

# Frost Brown Todd LLC
## ATTORNEYS

KENTUCKY · OHIO · INDIANA · TENNESSEE

Susan J. Pope
(859) 244-3204
SPOPE@FBTLAW.COM

August 11, 2006

**VIA HAND DELIVERY**

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, Kentucky 40208

    Re:    Swanagin v. Merck & Co., Inc., et al.

Dear Ann:

    Pursuant to rulings of the Court at the July 27, 2006, hearing concerning Merck's renewed motion for protective order and plaintiffs' motion to compel, your agreement to be bound by Merck's proposed protective order pending entry of further orders of the Court, and your requests for production, we are producing to you the following:

- Six hard drives containing non-case specific universal document productions. These hard drives contain the documents listed on the MDL confidentiality log we produced to you. We are also producing to you an index describing the contents of this production.

- One CD-ROM containing a FACTs Table Definition Report, including a load file and objective coding.

    Again, please note that the confidential documents and data referenced above are being provided to you pursuant to the protective order. Further, while the documents and data are being provided to you pursuant to the Court's orders in the *Swanagin* case and your requests for production therein, they are, of course, responsive as well to discovery you have served on Merck in all of the other remanded cases in which you are counsel.

Ann B. Oldfather
August 11, 2006
Page 2

If you have any questions, please do not hesitate to contact me.

                Sincerely,

                Susan J. Pope

SJP:kml

Enclosures

LEXLibrary 0106603.0538362 308397v.1



Non-Case Specific Documents
August 4, 2006

| Start | End | Description |
|---|---|---|
| MRK-AEF0004298 | MRK-AEF0012510 | A supplemental production of documents from the files of Deborah Nicoll-Griffith. |
| MRK-AEG0000001 | MRK-AEG0050417 | A production of documents from the files of Denis Riendeau. |
| MRK-AEG0050418 | MRK-AEG0095416 | A supplemental production of documents from the files of Denis Riendeau. |
| MRK-AEH0000001 | MRK-AEH0016903 | A production of documents from the files of Robert Young. |
| MRK-AEI0000001 | MRK-AEI0006421 | A production of documents from the files of David Percival. |
| MRK-AEI0006422 | MRK-AEI0013834 | A supplemental production of documents from the files of David Percival. |
| MRK-AEJ0000001 | MRK-AEJ0000022 | A production of documents from the files of Kevin Bateman. |
| MRK-AEJ0000023 | MRK-AEJ0006838 | A supplemental production of documents from the files of Kevin Bateman. |
| MRK-AEY0000001 | MRK-AEY0000178 | A production of documents from the files of Michael Gresser. |
| MRK-AFE0000001 | MRK-AFE0000610 | A production of documents from the files of Greg Bell. |
| MRK-AFF0000001 | MRK-AFF0000201 | An interim production of documents concerning the APPROVe study. |
| MRK-AFF0000202 | MRK-AFF0000203 | A supplemental production of documents concerning the APPROVe study. |
| MRK-AFF0000204 | MRK-AFF0000232 | A supplemental production of documents concerning the APPROVe study. |
| MRK-AFF0000233 | MRK-AFF0000416 | A supplemental production of documents concerning the APPROVe study. |
| MRK-AFF0000417 | MRK-AFF0000445 | A supplemental production of documents relating to the APPROVe study. |
| MRK-AFH0000001 | MRK-AFH0058483 | A production of cardiovascular adjudication packets. |
| MRK-AFH0058484 | MRK-AFH0087885 | A supplemental production of cardiovascular adjudication packets. |

Non-Case Specific Documents
August 4, 2006

| Start | End | Description |
|---|---|---|
| MRK-AFH0087886 | MRK-AFH0092245 | A supplemental production of cardiovascular adjudication packets. |
| MRK-AFH0092246 | MRK-AFH0092321 | A supplemental production of cardiovascular adjudication packets. |
| MRK-AFH0092322 | MRK-AFH0112642 | A supplemental production of cardiovascular adjudication packets |
| MRK-AFI0000001 | MRK-AFI0209052 | A production of documents from the files of Susan Baumgartner. |
| MRK-AFI0209053 | MRK-AFI0290292 | A production of documents from the files of Susan Baumgartner. |
| MRK-AFI0290293 | MRK-AFI0290517 | A supplemental production of documents from the files of Susan Baumgartner. |
| MRK-AFI0290518 | MRK-AFI0291556 | A supplemental production of documents from the files of Susan Baumgartner. |
| MRK-AFJ0000001 | MRK-AFJ0009907 | A production of documents from the files of Peter Kim. |
| MRK-AFJ0009908 | MRK-AFJ0009921 | A supplemental production of documents from the files of Peter Kim. |
| MRK-AFJ0009922 | MRK-AFJ0014136 | A supplemental production of documents from the files of Peter Kim. |
| MRK-AFJ0015004 | MRK-AFJ0015025 | A supplemental production of documents from the files of Peter Kim. |
| MRK-AFJ0015026 | MRK-AFJ0015214 | A supplemental production of documents from the files of Peter Kim. |
| MRK-AFK0000001 | MRK-AFK0174174 | A production of documents from the files of Janet Van Adelsberg. |
| MRK-AFK0174175 | MRK-AFK0219049 | A supplemental production of documents from the files of Janet van Adelsberg. |

Non-Case Specific Documents
August 4, 2006

| | | |
|---|---|---|
| MRK-AFK0219050 | MRK-AFK0287279 | A supplemental production of documents from the files of Janet van Adelsberg. |
| MRK-AFK0287280 | MRK-AFK0333777 | A supplemental production of documents from the files of Janet van Adelsberg. |
| MRK-AFL0000001 | MRK-AFL0112616 | A production of documents from the files of Jennifer Ng. |
| MRK-AFM0000001 | MRK-AFM0006945 | A production of vascular adverse experience reports. |
| MRK-AFN0000001 | MRK-AFN0051349 | A production of documents from the files of Bettina Oxenius. |
| MRK-AFN0051350 | MRK-AFN0106743 | A supplemental production of documents from the files of Bettina Oxenius. |
| MRK-AFN0106762 | MRK-AFN0198015 | A supplemental production of documents from the files of Bettina Oxenius. |
| MRK-AFO0000001 | MRK-AFO0260434 | A production of documents from the files of James Bolognese. |

Non-Case Specific Documents
August 4, 2006

| | | |
|---|---|---|
| MRK-AFO0260435 | MRK-AFO0260461 | A supplemental production of documents from the files of James Bolognese. |
| MRK-AFO0260462 | MRK-AFO0260462 | A supplemental production of documents from the files of James Bolognese. |
| MRK-AFO0260463 | MRK-AFO0287432 | A supplemental production of documents from the files of James Bolognese. |
| MRK-AFO0287433 | MRK-AFO0314897 | A supplemental production of documents from the files of James Bolognese. |
| MRK-AFQ0000001 | MRK-AFQ0008967 | A production of documents from the files of Nancy Santanello. |
| MRK-AFQ0008968 | MRK-AFQ0011462 | A supplemental production of documents from the files of Nancy Santanello. |
| MRK-AFS0000001 | MRK-AFS0025646 | A production of documents from the files of Raymond Bain. |
| MRK-AFS0025647 | MRK-AFS0029354 | A supplemental production of documents from the files of Raymond Bain. |

Non-Case Specific Documents
August 4, 2006

| | | |
|---|---|---|
| MRK-AFT0000001 | MRK-AFT0015640 | A production of documents from the files of Bonnie Goldmann. |
| MRK-AFV0000001 | MRK-AFV0320702 | A production of documents from the files of Ned Braunstein. |
| MRK-AFV0320703 | MRK-AFV0320739 | A production of documents from the files of Ned Braunstein. |
| MRK-AFV0320740 | MRK-AFV0387294 | A second supplemental production of documents from the files of Ned Braunstein. |
| MRK-AFV0387295 | MRK-AFV0388206 | A third supplemental production of documents from the files of Ned Braunstein. |
| MRK-AFV0388207 | MRK-AFV0451783 | A fourth supplemental production of documents from the files of Ned Braunstein. |
| MRK-AFV0451784 | MRK-AFV0460467 | A fifth supplemental production of documents from the files of Ned Braunstein. |
| MRK-AFV0460468 | MRK-AFV0493917 | A supplemental production of documents from the files of Ned Braunstein. |
| MRK-AFV0493918 | MRK-AFV0519039 | A supplemental production of documents from the custodial files of Ned Braunstein. |

Non-Case Specific Documents
August 4, 2006

| | | |
|---|---|---|
| MRK-AFV0519040 | MRK-AFV0519740 | A supplemental production of documents from the files of Ned Braunstein. |
| MRK-AFW0000001 | MRK-AFW0026897 | A production of documents from the files of Gil Block. |
| MRK-AFW0026898 | MRK-AFW0027363 | A supplemental production of documents from the files of Gil Block. |
| MRK-AFW0027364 | MRK-AFW0027387 | A second supplemental production of documents from the files of Gil Block. |
| MRK-AFX0000001 | MRK-AFX0047579 | A production of documents from the files of Dawn Chitty. |
| MRK-AFY0000001 | MRK-AFY0009094 | A production of documents from the files of Sam Cifelli. |
| MRK-AFZ0000001 | MRK-AFZ0015098 | A production of documents from the files of Diane Benezra-Kurshan. |
| MRK-AGA0000001 | MRK-AGA0012774 | A production of documents from the files of Kalpana Venkataraman. |
| MRK-AGB0000001 | MRK-AGB0021650 | A production of documents from the files of Gaye Margiatto. |
| MRK-AGC0000001 | MRK-AGC0014854 | A production of documents from the files of Paul Kuhnert. |