UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
MARCH 1, 2012
SUGGESTED AGENDA

I.  Special Master and Deputy Special Masters

II.  Class Actions

III.  State/Federal Coordination -- State Liaison Committee

IV.  *Pro Se* Claimants

V.  Government Actions

VI.  Third Party Payor

VII.  Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

VIII.  Other Pending Motions/Matters

IX.  Appeals

X.  Next Status Conference

1

1080515v1