### LAW OFFICE OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

*Also Admitted in the District of Columbia*

Phone: (607) 772-1442
Fax (607) 772-1678

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

Email: ronbenjaminlaw@stny.rr.com

February 28, 2012

**By ECF**
The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street. Suite C151
New Orleans, LA 70130

    Re:    In Re: Vioxx Products Liability Litigation, MDL 1657

Dear Judge Fallon:

I am writing to advise the Court that it is my understanding Ms. Oldfather may be seeking an adjournment of the currently scheduled return date of March 14, 2012 with regard to the motion to be excluded from PTO 19.

As the moving papers make clear the settlement concerns only heart attack and stroke cases and Ms. Old father in her own papers, as noted in my moving papers, indicated she did not have any role in connection with the same and therefore I respectfully submit has no interest in the instant motion. In view of the same if she does seek to adjourn the motion please let this letter serve as my opposition to the same.

Thank you for your consideration regarding the above.

                                                          Respectfully submitted,

                                                          Ronald R. Benjamin

RRB/dw
cc:    Phillip Wittmann, Esq.
        Russ Herman, Esq.
        Ann Oldfather, Esq.
        Doug Marvin, Esq.