# EXHIBIT A

## Ann Oldfather

| | |
|---|---|
| **From:** | Megan J. Hastings |
| **Sent:** | Thursday, January 05, 2012 2:17 PM |
| **To:** | Russ Herman |
| **Cc:** | Ann Oldfather; Colleen Shields; Michelle L. Chiavene; Lenny Davis; Penny Herman; Andy D. Birchfield Jr. (PSC); Christopher Seeger (PSC); Judge Eldon Fallon |
| **Subject:** | Re: Vioxx repository |

Russ,

Thank you for your speedy response. Ann and I will be there on the 18-19, and perhaps other members of our firm. Since many of the materials may be available electronically, it may be easier to assess our copy needs after our review. Should we require only minimal hard copies, we hope you will be able to accommodate our needs. We welcome your recommendations on a copy service.

In order to make the process as efficient as possible, it may help you to know that our primary focus will be on the following materials: 1) any adverse event reports regarding VTEs, 2) discovery from the FACTS database accomplished in the MDL, and 3) any materials related to Briggs Morrison, given his upcoming deposition. Thank you for your assistance.

Regards,
Megan


Sent from my iPhone

On Jan 5, 2012, at 12:56 PM, "Russ Herman" <RHERMAN@hhkc.com> wrote:

> Jan 18 , 19 is ok Please advise if other lawyers wish to be present We will provide lunch coffee etc A paralegal will be present to orient you to the files Mark any materials for copying Advise in advance which copy service you will employ and any requirements for hard and or electronic copies .
>
>
>
>
> Sent from my iPhone
>
> On Jan 5, 2012, at 12:06 PM, "Megan J. Hastings" <mjh@oldfather.com> wrote:
>
>> Russ,
>>
>> Pursuant to today's discussion at the status conference, Ann and I would like to set up a time to visit the document repository. We anticipate this will take at least two full days. We would like to propose Jan. 16-17, or, if your office is closed for the MLK holiday, we suggest Jan. 18-19. Please let me know if either

1

of those date sets work for you. I look forward to hearing back from you.
>>
>> Regards,
>>
>> Megan Hastings
>> Oldfather Law Firm
>>
>> Sent from my iPhone
>
>
>
> CONFIDENTIAL ATTORNEY WORK PRODUCT
> This e-mail message contains confidential, privileged information intended
> solely for the addressee.  Please do not read, copy, or disseminate it unless
> you are the addressee.  If you have received it in error, please call us
> (collect) immediately at (504) 581-4892 and ask to speak with the message
> sender.  Also, we would appreciate your forwarding the message back to us and
> deleting it from your system.  Thank you.

## Ann Oldfather

| | |
|---|---|
| **From:** | Penny Herman Grisamore [pennyhg14@gmail.com] |
| **Sent:** | Friday, January 13, 2012 10:38 AM |
| **To:** | Colleen Shields |
| **Cc:** | Ann Oldfather; Megan J. Hastings; Russ Herman; Michelle L. Chiavene; Lenny Davis; Nicole Becker; Andy Birchfield; Christopher Seeger |

**Subject:** Re: Vioxx repository

It will be Version 10.

My instructions were to let you know that you cannot take any hard copies or make any electronic copies during your visit.  I was instructed that you will be tagging hard copies with sticky notes and creating a list of bates numbers and witness testimony, etc... of everything you would like copied after you leave.

I will be checking on the tagging feature today and let you know because if it does work, that is indeed the easiest thing for you and me in terms of getting you electronic copies of the documents you would like after your visit is complete.

I will get back to you once the database has been loaded and I can look at everything.

Thanks
Penny

On Fri, Jan 13, 2012 at 9:18 AM, Colleen Shields <cms@oldfather.com> wrote:

> Penny,
>
>
> Could you please advise me which version of Concordance you are using?  Also, please advise whether we will have permissions set for us to tag and folder documents, as well as copy the images we tag/folder to a flash drive (preferably through the option of generating a load file).
>
>
> Thank you,
>
>
> **Colleen M. Shields**
>
> *Certified Kentucky Paralegal*
>
> Oldfather Law Firm
>
> 1330 South Third Street
>
> Louisville, KY 40208
>
> Phone: (502) 637-7200
>
> Fax:   (502) 637-3999

2/29/2012

Email: cms@oldfather.com

Website: www.oldfather.com

This communication may contain confidential attorney/client and/or attorney work product information. Unauthorized use or disclosure of such information is prohibited. If you are not the intended recipient, please contact the sender immediately.

**From:** Penny Herman Grisamore [mailto:pennyhg14@gmail.com]

**Sent:** Thursday, January 12, 2012 7:24 PM
**To:** Ann Oldfather
**Cc:** Megan J. Hastings; Russ Herman; Colleen Shields; Michelle L. Chiavene; Lenny Davis; Nicole Becker; Andy Birchfield; Christopher Seeger
**Subject:** Re: Vioxx repository

Hello Ms. Oldfather,

I apologize for any confusion regarding the Vioxx Depository Index. I knew something was wrong when you said the index I sent ended in April of 2010. There have been several additions since that time. I did not have the print screen set correctly, so it did not print all of the pages. Please see attached and use this version. I am attaching it both as a PDF and an excel spreadsheet, as you requested.

The reason that the last column "location in the depository" was removed is because the materials have been moved within the depository, so it no longer applies. Everything is clearly marked and Nicole can direct you to where the documents are located.

You asked what I meant by the following statement "I have an IT person loading the Vioxx Database of documents sent by Seeger Weiss into Concordance today or tomorrow" We do not access the documents the same way as we did prior to the settlement, which was via the internet. So, Seeger Weiss sent us an external hard drive of the Vioxx documents to load into a local version of Concordance, which is the database software needed to search and review all of the produced discovery documents. We have been receiving all productions post the MDL settlement and we have everything Seeger Weiss has received in Vioxx. The index is correct and is what you will need to use to run your searches in Concordance. Due to the fact you will be accessing the documents' database locally, the cheat sheet no longer applies. As stated in the prior email, please have an IT savvy person, knowledgeable in Concordance, come with you so you are able to maneuver in Concordance. I do have a user guide sitting next to the computer as well. Once the database, is finished loading, I

2/29/2012

will take a look to see if there is anything else to report that you will need.

Also, as explained in my prior email, the Trial Package, contained on an external hard drive, is available for you to review. It includes all AG relevant materials as well, including the LA AG trial package of discovery, depositions and trial transcripts, etc....

With respect to the excel spreadsheets produced by Merck with their monthly productions, they are all contained on the computer at the depository in New Orleans. If I can copy them over to mine, I will email them to you. I will also email you the trial package index.

I realize you may have signed a confidentiality order previously, but due to a change over in the staff I cannot locate it. So, could you please re-sign and email back to me. Also, with respect to Pre-trial order 13A, it says with respect to Government Actions, so I think it does apply to you. It would be best if it were also signed and sent back. All of the members of your firm who will be attending the depository will need to sign both.

I believe I have addressed all of your questions.

Thank You

Penny

On Thu, Jan 12, 2012 at 1:28 PM, Ann Oldfather <aoldfather@oldfather.com> wrote:

Thanks, Penny.

We appreciate the Index, but I note that the Index, although dated today, has not been updated since April, 2010, when it was last provided to me. Since Mr. Herman has several times told the court that the repository is being kept up to date with materials from post-

2/29/2012

settlement activities (the Louisiana AG trial, the AG's discovery, etc.), I am sure that there must be another version.  Could you let us know?  And could you please send it in excel (whatever is the native format) so it can be searched and sorted, manipulated etc. so as to be the most useful to us.

Also, you mention a "monthly" Merck production and attendant CDs and excel spreadsheets.  Could you email those to us please?  [Also in a non-pdf format, such as (preferably) excel or Word}.

Reading between the lines, it sounds like we are going to be on our own in finding our way around the repository and that we are wasting our time letting you k now in advance what we are looking for.  Is that the case?

Lastly, could you explain what you mean by your comment below, and how that effects the Index?

<<I have an IT person loading the Vioxx Database of documents sent by Seeger Weiss into Concordance today or tomorrow.>>

Megan will be following up with you about the Trial Package, and the remaining details of our inspection.  We very much appreciate your help.

Ann Oldfather

Ann B. Oldfather

OLDFATHER LAW FIRM

1330 S. Third St.

Louisville, KY  40208

502.637.7200

502.637.3999 fax

Email: aoldfather@oldfather.com

2/29/2012

www.oldfather.com

**From:** Penny Herman Grisamore [mailto:pennyhg14@gmail.com]
**Sent:** Thursday, January 12, 2012 12:41 PM

**To:** Megan J. Hastings
**Cc:** Russ Herman; Ann Oldfather; Colleen Shields; Michelle L. Chiavene; Lenny Davis; Nicole Becker; Andy Birchfield; Christopher Seeger
**Subject:** Re: Vioxx repository

Attached, please find the most recent index of all documents received at the depository.

With respect to Depositions, the index is current through the MDL settlement. All of the CD's received from Merck as part of their Monthly productions are loaded on the Vioxx Depository Computer. Merck included an excel spreadsheet with each of their productions, between those and my index, that is all of the depositions we have in the depository.

In terms of you providing a list of the documents you want to focus on, you will need to look through the index and find the bates ranges that correspond to those descriptions and then run searches on those bates numbers for the documents. You can also run searches on terms and phrases throughout the database to find the documents you are looking for.

I suggest you look through the MDL Trial Package first, which includes a Microsoft Access Database, that you can run searches on. There is an index of the trial package on the hard drive as well.

In terms of the Vioxx Cheat sheet, it has never been updated. I am not sure if numbers 1-6 will apply for you or not. The online Depository that used these instructions has been taken down. I have an IT person loading the Vioxx Database of documents sent by Seeger Weiss into Concordance today or tomorrow.

2/29/2012

Thank You

Penny

On Thu, Jan 12, 2012 at 10:36 AM, Megan J. Hastings <mjh@oldfather.com> wrote:

Good morning Penny!  Thank you for your email and to all parties for their assistance thus far.  Ann Oldfather, Colleen Shields and I will be in attendance next week.  We don't expect that list to change but will notify you if it does.

As we have previously indicated to Russ, we are attempting to maximize our efficiency and have indicated that we will focus on locating the following materials:



We would like to expand that list to include the following:



Any assistance you or Nicole can provide us in locating these items in particular will be greatly appreciated. Again, these are some of the items that will be our primary focus, but we intend to look through as much of the depository as possible. To that end, in advance of our trip please send copies of any of the following that have been updated since Ann's last visit to the depository on April 27, 2010:

2/29/2012

- Vioxx MDL 1657: Index of All Documents Received at NOLA Depository (last document produced on 4/6/10)
- Index of Vioxx depositions, sorted by depo date (last printed on 4/28/10)
- Any updates to that Vioxx MDL 1657: Database Training Cheat Sheet (attached)

I believe you tried to attach an index, but we didn't receive it on our end.

As far as Concordance goes, please let us know if the documents contained in Concordance are OCR'd. We would also like a chart in advance of our travel that provides all the objective and subjective coding applied to the database, so we can begin to develop search terms prior to our visit.

Nicole, it sounds like we will be working together a great deal in the days to come, so feel free to call or email if you have any specific questions. We greatly appreciate everyone's help as we move forward with our discovery against Merck.

Regards and many thanks,

Megan

Megan Hastings

Attorney

Oldfather Law Firm

1330 S. Third Street

Louisville, KY 40208

502.637.7200

502.637.3999 fax

Email: mhastings@oldfather.com

---

**From:** Penny Herman Grisamore [mailto:pennyhg14@gmail.com]
**Sent:** Thursday, January 12, 2012 10:33 AM
**To:** Megan J. Hastings
**Cc:** Russ Herman; Ann Oldfather; Colleen Shields; Michelle L. Chiavene; Lenny Davis; Nicole Becker; Andy

Birchfield; Christopher Seeger
**Subject:** Re: Vioxx repository

Good Morning Ms. Hastings,

My name is Penny Herman Grisamore.  I am the manager of the Vioxx MDL Depository.  I will not be able to be in the depository during your visit on January 18 and 19.  My assistant, Nicole, knows where everything is and will be there to show you where the documents can be found, both hard copies and on the Vioxx Computer we have in the depository.  We only have 1 computer in the depository, so bring laptops if you want others to be looking at CD's and /or external hard drives.

Please send me a list of all of the people who will be visiting the depository with you, so Nicole can check everyone in.  Nicole will provide you with a complete index of all of the documents received by the MDL depository to assist you (also attached).  All of the documents produced by Merck, as well as most third parties, have been loaded into a "Concordance" database on our Vioxx Computer; so, please make sure to have whatever IT person necessary that knows Concordance and will be able to run your searches for you.  There is also a Concordance User Guide next to the computer.

Nicole will provide you with sticky notes, so that you can tag whatever hard copy documents you would like copied.  After your visit, if you have tagged less than 100 pages, not documents, Nicole will make the copies for you at no charge; however, if you have tagged more than 100 pages, we will send out the documents to be copied at your cost.  I recommend we send them to Digital Legal.

Please create a complete list of all documents and testimony you would like electronically, including bates numbers and / or exhibit numbers.  It is important to include the complete bates number range for all documents you would like.  The depository can burn the CD's for you at cost + $20 per CD.

If you have any further questions regarding your visit, please do not hesitate to ask.

Thank You

Penny

On Thu, Jan 5, 2012 at 1:16 PM, Megan J. Hastings <mjh@oldfather.com> wrote:

2/29/2012

Russ,

Thank you for your speedy response.  Ann and I will be there on the 18-19, and perhaps other members of our firm. Since many of the materials may be available electronically, it may be easier to assess our copy needs after our review.  Should we require only minimal hard copies, we hope you will be able to accommodate our needs.  We welcome your recommendations on a copy service.

In order to make the process as efficient as possible, it may help you to know that our primary focus will be on the following materials: 1) any adverse event reports regarding VTEs, 2) discovery from the FACTS database accomplished in the MDL, and 3) any materials related to Briggs Morrison, given his upcoming deposition. Thank you for your assistance.

Regards,
Megan


Sent from my iPhone


On Jan 5, 2012, at 12:56 PM, "Russ Herman" <RHERMAN@hhkc.com> wrote:

> Jan 18 , 19 is ok Please advise if other lawyers wish to be present We will provide lunch coffee etc A paralegal will be present to orient you to the files Mark any materials for copying Advise in advance which copy service you will employ and any requirements for hard and or electronic copies .
>
>
>
>
> Sent from my iPhone
>
> On Jan 5, 2012, at 12:06 PM, "Megan J. Hastings" <mjh@oldfather.com> wrote:
>
>> Russ,
>>
>> Pursuant to today's discussion at the status conference, Ann and I would like to set up a time to visit the document repository. We anticipate this will take at least two full days. We would like to propose Jan. 16-17, or, if your office is closed for the MLK holiday, we suggest Jan. 18-19. Please let me know if either of those date sets work for you. I look forward to hearing back from you.
>>
>> Regards,
>>
>> Megan Hastings
>> Oldfather Law Firm
>>
>> Sent from my iPhone
>
>
>
> CONFIDENTIAL ATTORNEY WORK PRODUCT
> This e-mail message contains confidential, privileged information intended
> solely for the addressee.  Please do not read, copy, or disseminate it unless
> you are the addressee.  If you have received it in error, please call us

2/29/2012

> (collect) immediately at (504) 581-4892 and ask to speak with the message
> sender.  Also, we would appreciate your forwarding the message back to us and
> deleting it from your system.  Thank you.


--

Penny Herman Grisamore

Chair of the Paralegal Affiliate of AAJ


Independent Contract Paralegal:

Senior Paralegal / Manager for the PSC:
  Chinese Drywall MDL Depository
  Vioxx MDL Depository
  Propulsid MDL Depository

  Steve Herman (BP Oil Depository)



"This posting is under the general direction of Russ Herman, my AAJ sponsoring attorney."

1008 Napa Way
Niceville, FL 32578
o: (850) 897-6024
c: (850) 420-5307


This e-mail message contains confidential, privileged information intended solely for the addressee.
Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in
error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your
system.  Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT




--

## Ann Oldfather

**From:**   Ann Oldfather

**Sent:**   Friday, January 13, 2012 4:32 PM

**To:**   'Russ Herman'

**Cc:**   Colleen Shields; Megan J. Hastings; Michelle L. Chiavene; Lenny Davis; Nicole Becker; Andy Birchfield; Christopher Seeger; Judge Eldon Fallon; Penny Herman

**Subject:** RE: Vioxx repository

Dear Russ,

You added Judge fallon to this email thread with no advance notice to us.  I am troubled by this, since Merck could legitimately object to this *ex parte* contact by you, and then have access to this entire thread, which contains our specific requests for information from the Repository and other work product content.  I apologize if Judge Fallon has asked to be added to these emails, but I am not aware that he has.

I will respond to the substance of your email separately, and without Judge Fallon on the thread.

Regards,

Ann Oldfather

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 S. Third St.
Louisville, KY  40208
502.637.7200
502.637.3999 fax
Email: aoldfather@oldfather.com
www.oldfather.com

**From:** Russ Herman [mailto:RHERMAN@hhkc.com]
**Sent:** Friday, January 13, 2012 11:01 AM
**To:** Penny Herman
**Cc:** Colleen Shields; Ann Oldfather; Megan J. Hastings; Michelle L. Chiavene; Lenny Davis; Nicole Becker; Andy Birchfield; Christopher Seeger; Judge Eldon Fallon
**Subject:** Re: Vioxx repository

Remember they can pick any copy vendor We want facilitate where they designate disc on day one we can get copied for them on day two so they can leave with it If there are very special docs they want to take back and not too voluminous and I am advised I will try copy in house but may not be possible because upcoming demands of BP oil trial set in Feb Penny I wonder if possible to copy trial package electronically today in advance so that they have it when they leave see if Nicole etc can get done today I thank penny , Nicole and Oldfathers team for all cooperation Regards Russ

Sent from my iPhone

2/29/2012

On Jan 13, 2012, at 9:34 AM, "Penny Herman Grisamore" <pennyhg14@gmail.com> wrote:

It will be Version 10.

My instructions were to let you know that you cannot take any hard copies or make any electronic copies during your visit. I was instructed that you will be tagging hard copies with sticky notes and creating a list of bates numbers and witness testimony, etc... of everything you would like copied after you leave.

I will be checking on the tagging feature today and let you know because if it does work, that is indeed the easiest thing for you and me in terms of getting you electronic copies of the documents you would like after your visit is complete.

I will get back to you once the database has been loaded and I can look at everything.

Thanks
Penny

On Fri, Jan 13, 2012 at 9:18 AM, Colleen Shields <cms@oldfather.com> wrote:
Penny,

Could you please advise me which version of Concordance you are using? Also, please advise whether we will have permissions set for us to tag and folder documents, as well as copy the images we tag/folder to a flash drive (preferably through the option of generating a load file).

Thank you,

**Colleen M. Shields**
*Certified Kentucky Paralegal*
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208
Phone: (502) 637-7200
Fax:    (502) 637-3999
Email: cms@oldfather.com
Website: www.oldfather.com

This communication may contain confidential attorney/client and/or attorney work product information. Unauthorized use or disclosure of such information is prohibited. If you are not the intended recipient, please contact the sender immediately.

**From:** Penny Herman Grisamore [mailto:pennyhg14@gmail.com]
**Sent:** Thursday, January 12, 2012 7:24 PM
**To:** Ann Oldfather
**Cc:** Megan J. Hastings; Russ Herman; Colleen Shields; Michelle L. Chiavene; Lenny Davis; Nicole Becker; Andy Birchfield; Christopher Seeger
**Subject:** Re: Vioxx repository

Hello Ms. Oldfather,

I apologize for any confusion regarding the Vioxx Depository Index. I knew something was wrong when you said the index I sent ended in April of 2010. There have been several additions since that time. I did not have the print screen set correctly, so it did not print all of the pages. Please see attached and use this version. I am attaching it both as a PDF and an excel spreadsheet, as you requested.

The reason that the last column "location in the depository" was removed is because the materials have been moved within the depository, so it no longer applies.  Everything is clearly marked and Nicole can direct you to where the documents are located.

You asked what I meant by the following statement "I have an IT person loading the Vioxx Database of documents sent by Seeger Weiss into Concordance today or tomorrow"  We do not access the documents the same way as we did prior to the settlement, which was via the internet.  So, Seeger Weiss sent us an external hard drive of the Vioxx documents to load into a local version of Concordance, which is the database software needed to search and review all of the produced discovery documents.  We have been receiving all productions post the MDL settlement and we have everything Seeger Weiss has received in Vioxx.  The index is correct and is what you will need to use to run your searches in Concordance.  Due to the fact you will be accessing the documents' database locally, the cheat sheet no longer applies.  As stated in the prior email, please have an IT savvy person, knowledgeable in Concordance, come with you so you are able to maneuver in Concordance.  I do have a user guide sitting next to the computer as well.  Once the database, is finished loading, I will take a look to see if there is anything else to report that you will need.

Also, as explained in my prior email, the Trial Package, contained on an external hard drive, is available for you to review.  It includes all AG relevant materials as well, including the LA AG trial package of discovery, depositions and trial transcripts, etc....

With respect to the excel spreadsheets produced by Merck with their monthly productions, they are all contained on the computer at the depository in New Orleans.  If I can copy them over to mine, I will email them to you.  I will also email you the trial package index.

I realize you may have signed a confidentiality order previously, but due to a change over in the staff I cannot locate it.  So, could you please re-sign and email back to me.  Also, with respect to Pre-trial order 13A, it says with respect to Government Actions, so I think it does apply to you.  It would be best if it were also signed and sent back.  All of the members of your firm who will be attending the depository will need to sign both.

I believe I have addressed all of your questions.

Thank You
Penny

On Thu, Jan 12, 2012 at 1:28 PM, Ann Oldfather <aoldfather@oldfather.com> wrote:
Thanks, Penny.

We appreciate the Index, but I note that the Index, although dated today, has not been updated since April, 2010, when it was last provided to me.  Since Mr. Herman has several times told the court that the repository is being kept up to date with materials from post-settlement activities (the Louisiana AG trial, the AG's discovery, etc.), I am sure that there must be another version.  Could you let us know?  And could you please send it in excel (whatever is the native format) so it

can be searched and sorted, manipulated etc. so as to be the most useful to us.

Also, you mention a "monthly" Merck production and attendant CDs and excel spreadsheets. Could you email those to us please? [Also in a non-pdf format, such as (preferably) excel or Word}.

Reading between the lines, it sounds like we are going to be on our own in finding our way around the repository and that we are wasting our time letting you k now in advance what we are looking for. Is that the case?

Lastly, could you explain what you mean by your comment below, and how that effects the Index?

<<I have an IT person loading the Vioxx Database of documents sent by Seeger Weiss into Concordance today or tomorrow.>>

Megan will be following up with you about the Trial Package, and the remaining details of our inspection. We very much appreciate your help.

Ann Oldfather

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 S. Third St.
Louisville, KY  40208
502.637.7200
502.637.3999 fax
Email: aoldfather@oldfather.com
www.oldfather.com

---

**From:** Penny Herman Grisamore [mailto:pennyhg14@gmail.com]
**Sent:** Thursday, January 12, 2012 12:41 PM

**To:** Megan J. Hastings
**Cc:** Russ Herman; Ann Oldfather; Colleen Shields; Michelle L. Chiavene; Lenny Davis; Nicole Becker; Andy Birchfield; Christopher Seeger
**Subject:** Re: Vioxx repository

Attached, please find the most recent index of all documents received at the depository.

With respect to Depositions, the index is current through the MDL settlement. All of the CD's received from Merck as part of their Monthly productions are loaded on the Vioxx Depository Computer. Merck included an excel spreadsheet with each of their productions, between those and my index, that is all of the depositions we have in the depository.

In terms of you providing a list of the documents you want to focus on, you will need to look through the index and find the bates ranges that correspond to those descriptions and then run searches on those bates numbers for the documents. You can also run searches on terms and phrases throughout the database to find the documents you are looking for.

2/29/2012

I suggest you look through the MDL Trial Package first, which includes a Microsoft Access Database, that you can run searches on.  There is an index of the trial package on the hard drive as well.

In terms of the Vioxx Cheat sheet, it has never been updated.  I am not sure if numbers 1-6 will apply for you or not.  The online Depository that used these instructions has been taken down.  I have an IT person loading the Vioxx Database of documents sent by Seeger Weiss into Concordance today or tomorrow.

Thank You
Penny



Nicole, it sounds like we will be working together a great deal in the days to come, so feel free to call

2/29/2012

**Ann Oldfather**

| | |
|---|---|
| **From:** | Penny Herman Grisamore [pennyhg14@gmail.com] |
| **Sent:** | Tuesday, January 17, 2012 12:31 PM |
| **To:** | Ann Oldfather; Colleen Shields; Megan J. Hastings |
| **Cc:** | Russ Herman; Lenny Davis; Nicole Becker; Andy Birchfield; Christopher Seeger; Lillian Flemming; Regina Valenti |

**Subject:** Visit to Vioxx Depository

Good Morning,

I just wanted to send you a few notes regarding your visit tomorrow, as well as a re-cap of some things we have discussed.

The depository hours are 8:30 to 5:30. When you arrive, please tell the receptionist that you are there to visit the Vioxx Depository and that Nicole is awaiting your arrival. Nicole will show where you can get coffee and refreshments throughout the day. As previously stated, we only have one computer, so please bring laptops with you. If you would like us to bring in lunch, please let Nicole know. I received both Ms. Oldfather and Ms. Hastings signed Confidentiality agreements, but have not received Ms. Shields'. Nicole will have a copy for her to sign when you arrive.

I have previously provided the depository index, index of depositions taken in the MDL, the trial package outline and the LA AG Trial package index. Nicole will also give you a hard copy of the depository index, upon arrival. Nicole will show you where the Depositions from Merck can be found on the computer, where you can access all of their excel spreadsheets. All of the depositions can also be accessed on CD's in binders, that Nicole can direct you to as well.

The Vioxx Production Database has been loaded into Version 10 of Concordance. There is a user guide next to the computer. You may create your own tags, folders and load files to your external hard drives / jump drives. I am working to try and get the document images viewable in Concordance as well. If successful, then you may copy documents to your external hard-drive and / or jump drives. If the images are not able to be seen through Concordance, you can pull them from the Binders of DVDs of productions, hard drives, and/ or other DVDs of productions. Nicole can direct you to where they are.

If you need to copy a document here and there and the amount does not exceed 200 pages, you may use the copier in the depository. If it looks like you will need a copy of 200 plus hard copy documents, please give them to Nicole, who will outsource them for you and then we will provide you with an invoice.

**Please bring your external hard drive with the prior version of the Trial Package to swap out for the new, updated version, which Nicole will have for you upon your arrival.**

I think this covers everything. If you have any questions or need further assistance, please do not hesitate to call me. Also, I am available by phone both tomorrow and Thursday afternoon, if you need to speak with me. I can be reached at 850-420-5307.

Thank you for your cooperation in this endeavor to facilitate your visit and review of documents.

Penny

--

2/29/2012

Penny Herman Grisamore
Chair of the Paralegal Affiliate of AAJ

Independent Contract Paralegal:
Senior Paralegal / Manager for the PSC:
  Chinese Drywall MDL Depository
  Vioxx MDL Depository
  Propulsid MDL Depository
  Steve Herman (BP Oil Depository)

"This posting is under the general direction of Russ Herman, my AAJ sponsoring attorney."

1008 Napa Way
Niceville, FL 32578
o: (850) 897-6024
c: (850) 420-5307

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT

2/29/2012