# EXHIBIT B

**OLDFATHER LAW FIRM**
ATTORNEYS AT LAW
1330 SOUTH THIRD STREET
LOUISVILLE, KENTUCKY 40208

ANN B. OLDFATHER†
aoldfather@oldfather.com
VICKI L. BUBA*
vbuba@oldfather.com
R. SEAN DESKINS
sdeskins@oldfather.com
SHELDON L. HADEN
shaden@oldfather.com
MEGAN J. HASTINGS
mhastings@oldfather.com

* Also admitted in Indiana
† Board Certified in Civil Trial Advocacy

TELEPHONE 502.637.7200
FAX 502.637.3999
www.oldfather.com

February 1, 2012

**VIA E-MAIL**
Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

***RE: Vioxx MDL: Science and Discovery Committees***

Dear Russ:

First, I want to thank you for your hospitality during our trip to the Vioxx Depository at your offices. As you know, we are continuing to marshal proof on general causation, and our deadline to file an expert report is now just over three months away. During our trip to the Depository, we did not find any items specific to the Science Committee or the Discovery Committee, or any work product they produced such as notes or summaries of efforts undertaken. While we are specifically interested in VTE events, and events other than MI and IS, all research, discovery, and work efforts of the PSC and its committees would be useful to us.

No notes

Please let me know if we missed these items, and let us know how we can get copies of all minutes and notes and other work product from any Science and/or Discovery Committee meetings. Additionally, since I may be overlooking a relevant committee, please provide me with the committee listings and memberships.

Thank you for your cooperation as we continue our discovery against Merck. Please do not hesitate to call if you have any questions.

Sincerely,

Megan J. Hastings

MJH:mlc

Dear Megan —
There are no notes of Committee meetings
However, we will provide the names of lawyers who served and you may contact them

OLDFATHER LAW FIRM
ATTORNEYS AT LAW
1330 SOUTH THIRD STREET
LOUISVILLE, KENTUCKY 40208

ANN B. OLDFATHER†
aoldfather@oldfather.com

VICKI L. BUBA*
vbuba@oldfather.com

R. SEAN DESKINS
sdeskins@oldfather.com

SHELDON L. HADEN
shaden@oldfather.com

MEGAN J. HASTINGS
mhastings@oldfather.com

* Also admitted in Indiana
† Board Certified in Civil Trial Advocacy

TELEPHONE 502.637.7200
FAX 502.637.3999
www.oldfather.com

February 29, 2012

**VIA E-MAIL**
Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

***RE: Vioxx MDL***

Dear Russ:

In your Response to our Motion to Compel Delivery of the Vioxx Concordance Database [Rec. Doc. 63690], you stated that "the PSC investigated deep vein thrombosis as well as issues other than MI and strokes. Ms. Oldfather in her brief acknowledges that during her visit to the depository such information was revealed to her and made available."

I did not "acknowledge" anything along these lines in my "brief," and I am certainly unaware of any information in the Depository pertaining to an investigation by the PSC into deep vein thrombosis. Please provide a specific reference to where, when, and how such material was provided to me, and please provide a specific bates reference if possible. Additionally, I would request copies of all of these materials although I would like to discuss that with you before the copies are made.

In that this matter deals with work product which should remain confidential to the Plaintiffs, please respond to me privately, without copies to the Court or opposing counsel. If you feel the need to let Judge Fallon know that you have responded to me, I have no objection to a simple confirmation of that fact.

Sincerely,

Ann B. Oldfather

ABO:mlc