# EXHIBIT C

| | |
|---|---|
| From: | Penny Herman Grisamore [pennyhg14@gmail.com] |
| Sent: | Friday, February 03, 2012 8:13 AM |
| To: | Ann Oldfather |
| Cc: | Megan J. Hastings; Colleen Shields; Russ Herman; Lenny Davis; Christopher Seeger; Andy Birchfield; Catalanotto |
| Subject: | Vioxx - Invoice |

**Attachments:** Vioxx - Invoice for Oldfather - 1-23-12.pdf

Good Morning Ms. Oldfather,

Attached, please find an invoice for the CD's that we sent out to be copied for you while you were here in New Orleans. Please pay this invoice and email me a copy of your check.

Thank You so much
Penny

--
Penny Herman Grisamore
Chair of the Paralegal Affiliate of AAJ

Independent Contract Paralegal:
Senior Paralegal / Manager for the PSC:
 Chinese Drywall MDL Depository
 Vioxx MDL Depository
 Propulsid MDL Depository
 Steve Herman (BP Oil Depository)

"This posting is under the general direction of Russ Herman, my AAJ sponsoring attorney."

1008 Napa Way
Niceville, FL 32578
o: (850) 897-6024
c: (850) 420-5307

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT

**Digital Legal Services**

1010 Common St.
Suite 910
New Orleans, LA 70112

# Invoice

| Date | Invoice # |
|---|---|
| 2/7/2012 | 85755 |
| Rep | Project ID# |
| H | 0004 |

Bill To

MDL: 16577 Vioxx Depository
820 OKeefe Avenue
New Orleans LA 70113
Attn:Penny Herman Grisamore

Did you know Digital Legal does
MEDICAL RECORDS RETRIEVAL?
Ask about our
Records Retrieval Services!!!

| Reference 1 | Refrence 2 and 3 | Due Date | Order By |
|---|---|---|---|
|  | Vioxx | 2/7/2012 | Nicole |

| Quantity | Project Detail | DESCRIPTION | Price Per Unit | Amount |
|---|---|---|---|---|
| 8 | CD Duplication |  | 10.00 | 80.00T |
| 4 | DVD Duplication |  | 15.00 | 60.00T |

Thank You for your business. Tax-ID # 72-1505151.
Call Nicole 504-522-1621 for any questions.
Please pay from this copy. Party Name on bill is held responsible for this payment. NET 30
Pay online at:: https://ipn.intuit.com/dq4rpnvf
Recieved By: _____

| | |
|---|---|
| **Sales Tax  (9.0%)** | $12.60 |
| **Total** | $152.60 |
| **Balance Due** | $152.60 |

**Digital Legal Services**
1010 Common St.
Suite 910
New Orleans, LA 70112

*Penny?*
*Lane?*

# Invoice

| Date | Invoice # |
|---|---|
| 1/23/2012 | 85446 |
| Rep | Project ID# |
| H | 0090 |

| Bill To |
|---|
| MDL: 16577 Vioxx Depository<br>820 OKeefe Avenue<br>New Orleans LA 70113<br>Attn:Penny Herman Grisamore |

Did you know Digital Legal does
MEDICAL RECORDS RETRIEVAL?
Ask about our
Records Retrieval Services!!!

| Reference 1 | Refrence 2 and 3 | Due Date | Order By |
|---|---|---|---|
|  | Vioxx | 1/23/2012 | Nicole |

| Quantity | Project Detail | DESCRIPTION | Price Per Unit | Amount |
|---|---|---|---|---|
| 21 | CD Duplication |  | 10.00 | 210.00T |

Thank You for your business. Tax-ID # 72-1505151.
Call Nicole 504-522-1621 for any questions.

Please pay from this copy. Party Name on bill is held responsible for this payment. NET 30

Recieved By: _____

| | |
|---|---|
| **Sales Tax  (9.0%)** | $18.90 |
| **Total** | $228.90 |
| **Balance Due** | $228.90 |

**10583**

**OLDFATHER LAW FIRM**
**CLIENT COST ACCOUNT**

| DATE | INVOICE # | REFERENCE | AMOUNT |
|---|---|---|---|
| 2/7/2012 | | | $ 228.90 |
| | | Matter ID # Matter Description | Extended Amount |
| | 1414-01 | Vioxx Litigation: Liaison and PSC Duties | 228.90 |
| | | Vioxx, CD Duplication | 228.90 |

PAYEE:   Digital Legal Services

**10602**

**OLDFATHER LAW FIRM**
**CLIENT COST ACCOUNT**

| DATE | INVOICE # | REFERENCE | AMOUNT |
|---|---|---|---|
| 2/13/2012 | | | $ 152.60 |
| | | Matter ID # Matter Description | Extended Amount |
| | 1414-01 | Vioxx Litigation: Liaison and PSC Duties | 152.60 |
| | | Vioxx, Video Duplication Services | 152.60 |

PAYEE:   Digital Legal Services