**EXHIBIT A**

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

|   | A | B | C |
|---|---|---|---|
| 1 | Title | Response Date | Case number (if case specific) |
| 2 | P's First RFPD | 7/14/2005 | Mary Campbell, ATL-L-2098-03 MT |
| 3 | P's RFPD | 7/17/2005 | Charles Zajicek, 03-5-12117 |
| 4 | P's RFPD & Notice of Depo | 8/2/2005 | All Cases MDL # 1657 |
| 5 | P's RFPD & Notice of Depo | 8/2/2005 | All Cases MDL # 1657 |
| 6 | P's First ROGS | 8/9/2005 | Mary Campbell, ATL-L-2098-03 MT |
| 7 | P's RFPD & Notice of Depo | 8/10/2005 | All Cases MDL # 1657 |
| 8 | P's RFPD | 8/12/2005 | Marjorie Benton & Robert Benton, 50-2005-CA-004801-AO |
| 9 | P's RFPD & Notice of Depo | 8/16/2005 | All Cases MDL # 1657 |
| 10 | P's RFPD & Notice of Depo | 8/19/2005 | All Cases MDL # 1657 |
| 11 | Supp. Response RFA | 8/23/2005 | Earl Gori, Michael Elward, & Beverly Huber 04-L-01254 |
| 12 | Supp. ROGS | 8/23/2005 | Earl Gori, Michael Elward, & Beverly Huber 04-L-01254 |
| 13 | Supp. RFPD | 8/23/2005 | Earl Gori, Michael Elward, & Beverly Huber 04-L-01254 |
| 14 | P's RFPD & Notice of Depo | 8/23/2005 | All Cases MDL # 1657 |
| 15 | P's RFPD & Notice of Depo | 8/23/2005 | All Cases MDL # 1657 |
| 16 | P's RFDisclsoure (RFD*) | 8/24/2005 | Thomas Chilek, 2005-CI-09870 |
| 17 | P's First ROGS | 8/25/2005 | Diana Caruso, 04-L-1089 |
| 18 | P's First RFPD | 8/25/2005 | Diana Caruso, 04-L-1089 |
| 19 | P's RFPD & Notice of Depo | 8/29/2005 | All Cases MDL # 1657 |
| 20 | P's RFPD & Notice of Depo | 8/29/2005 | All Cases MDL # 1657 |
| 21 | P's RFPD & Notice of Depo | 9/1/2005 | All Cases MDL # 1657 |
| 22 | P's RFPD & Notice of Depo | 9/1/2005 | All Cases MDL # 1657 |
| 23 | P's RFPD & Notice of Depo | 9/1/2005 | All Cases MDL # 1657 |
| 24 | P's RFPD & Notice of Depo | 9/1/2005 | All Cases MDL # 1657 |
| 25 | P's RFPD & Notice of Depo | 9/2/2005 | All Cases MDL # 1657 |
| 26 | P's Corrected ROGS | 9/6/2005 | Diana Caruso, 04-L-1089 |
| 27 | P's First RFPD | 9/8/2005 | Jeffrey & Barbara Jacobs, ATL-L-3876-05-MT |
| 28 | P's First RFPD | 9/8/2005 | Jeffrey & Barbara Jacobs, ATL-L-3876-05-MT |
| 29 | P's First RFD | 9/9/2005 | Douglas N. & Sue Drumheller, 2005-CI09319 |
| 30 | Response and OBJ by Alise Reicin | 9/15/2005 | Philip & Cynthia DiPietro, 04-19198 |
| 31 | Response and OBJ by Alan Neis | 9/15/2005 | Philip & Cynthia DiPietro, 04-19198 |
| 32 | PSC's First ROGS | 9/15/2005 | All Cases MDL # 1657 |
| 33 | P's ROGS | 9/15/2005 | All Cases MDL # 1657 |
| 34 | P's RFPD | 9/15/2005 | All Cases MDL # 1657 |
| 35 | P's First ROGS | 9/16/2005 | Philip & Cynthia DiPietro, 04-19198 |
| 36 | P's RFPD & Notice of Depo | 9/20/2005 | All Cases MDL # 1657 |
| 37 | P's RFPD & Notice of Depo | 9/23/2005 | All Cases MDL # 1657 |
| 38 | P's First Amended ROGS | 9/27/2005 | Philip & Cynthia DiPietro, 04-19198 |

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

|    | A | B | C |
|----|---|---|---|
| 1  | Title | Response Date | Case number (if case specific) |
| 39 | P's RFPD & Notice of Depo | 9/30/2005 | All Cases MDL # 1657 |
| 40 | P's Third RFPD | 10/3/2005 | Mark & April Tomlin, 04-CA-001523 (ON) |
| 41 | P's Fourth RFPD | 10/7/2005 | Mark & April Tomlin, 04-CA-001523 (ON) |
| 42 | P's Second RFPD | 10/11/2005 | Dick Donohoo, 05-L-000118 |
| 43 | P's First RFD | 10/12/2005 | Terrell G. Franklin, 2005-44208 |
| 44 | P's First RFD | 10/24/2005 | Javier Guerra, C-490-02-C |
| 45 | P's RFPD & Notice of Depo | 10/27/2005 | Gaulden Starr, ATL-L-2297-03-MT |
| 46 | P's Fifth RFPD | 10/31/2005 | Mark & April Tomlin, 04-CA-001523 (ON) |
| 47 | P's Sixth RFPD | 11/1/2005 | Mark & April Tomlin, 04-CA-001523 (ON) |
| 48 | P's RFPD & Notice of Depo | 11/4/2005 | All Cases MDL # 1657 |
| 49 | P's First RFD | 11/8/2005 | Bobbie Duncan, 2005-59082 |
| 50 | P's First RFD | 11/8/2005 | Robin Earvin, 2005-59085 |
| 51 | P's RFD | 11/8/2005 | Debbie and Cecil Holder, 2005-59083 |
| 52 | P's RFD | 11/8/2005 | Keith Krell, 2005-59084 |
| 53 | P's RFD | 11/8/2005 | Patricia Robinson, 2005-59086 |
| 54 | P's RFD | 11/8/2005 | Bernice & Lorenzo Terrell, 05-59087 |
| 55 | P's Third RFPD | 11/18/2005 | Dick Donohoo, 05-L-000118 |
| 56 | P's RFPD & Notice of Depo | 11/18/2005 | Gaulden Starr, ATL-L-2297-03-MT |
| 57 | P's RFPD & Notice of Depo | 11/18/2005 | Gaulden Starr, ATL-L-2297-03-MT |
| 58 | Letter | 11/23/2005 | Dick Donohoo, 05-L-000118 |
| 59 | P's RFPD & Notice of Depo | 11/29/2005 | All Cases MDL # 1657 |
| 60 | P's RFPD & Notice of Depo | 11/29/2005 | All Cases MDL # 1657 |
| 61 | P's RFPD & Notice of Depo | 11/29/2005 | All Cases MDL # 1657 |
| 62 | P's RFPD & Notice of Depo | 11/29/2005 | All Cases MDL # 1657 |
| 63 | P's RFPD & Notice of Depo | 11/29/2005 | All Cases MDL # 1657 |
| 64 | P's RFPD & Notice of Depo | 11/29/2005 | All Cases MDL # 1657 |
| 65 | P's RFPD & Notice of Depo | 12/6/2005 | JCCP No. 4247 |
| 66 | P's RFPD & Notice of Depo | 12/7/2005 | In re: Vioxx |
| 67 | P's RFPD & Notice of Depo | 12/7/2005 | All Cases MDL # 1657 |
| 68 | P's RFPD & Notice of Depo | 12/9/2005 | Kenneth Lennon, ATL-L-1878-03-MT |
| 69 | P's RFPD & Notice of Depo | 12/9/2005 | Kenneth Lennon, ATL-L-1878-03-MT |
| 70 | P's First RFA | 12/14/2005 | Elvis P Anderson CV-426-05 |
| 71 | P's RFD | 12/19/2005 | All Cases MDL # 1657 |
| 72 | P's Thirteenth RFPD | 12/22/2005 | Felicia Garza, DC-03-84 |
| 73 | P's Third Supp. To First ROGS | 12/22/2005 | Felicia Garza, DC-03-84 |
| 74 | PSC's Second ROGS & RFPD | 12/22/2005 | All Cases MDL # 1657 |
| 75 | P's RFPD | 1/3/2006 | JCCP No. 4247 |
| 76 | P's RFPD & Notice of Depo | 1/3/2006 | John McDarby, ATL-L-1296-05-MT |
| 77 | P's RFPD & Notice of Depo | 1/3/2006 | John McDarby, ATL-L-1296-05-MT |
| 78 | P's RFPD & Notice of Depo | 1/3/2006 | John McDarby, ATL-L-1296-05-MT |
| 79 | P's RFPD & Notice of Depo | 1/3/2006 | John McDarby, ATL-L-1296-05-MT |

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

|   | A | B | C |
|---|---|---|---|
| 1 | Title | Response Date | Case number (if case specific) |
| 80 | P's RFPD and Depo | 1/10/2006 | JCCP No. 4247 |
| 81 | P's RFPD and Depo | 1/10/2006 | JCCP No. 4247 |
| 82 | P's Third Amended RFD | 1/16/2006 | Felicia Garza, DC-03-84 |
| 83 | P's RFPD & Depo | 1/17/2006 | Thomas Cona, ATL-L-3553-05-MT |
| 84 | P's RFPD & Depo | 1/17/2006 | Thomas Cona, ATL-L-3553-05-MT |
| 85 | P's First RFD | 1/18/2006 | Carolyn Eller, 03-59,764-b |
| 86 | P's First RFPD | 1/18/2006 | Refic Kozik, 03-9248 |
| 87 | P's RFD | 1/18/2006 | Charles Zajicek, 03-5-12117 |
| 88 | Amended ROGS | 1/19/2006 | Refic Kozik, 03-9248 |
| 89 | P's RFPD & Notice of Depo | 1/19/2006 | John McDarby, ATL-L-1296-05-MT |
| 90 | P's RFPD & Notice of Depo | 1/19/2006 | John McDarby, ATL-L-1296-05-MT |
| 91 | P's RFPD & Notice of Depo | 1/19/2006 | John McDarby, ATL-L-1296-05-MT |
| 92 | P's RFPD & Notice of Depo | 1/19/2006 | John McDarby, ATL-L-1296-05-MT |
| 93 | P's RFPD & Notice of Depo | 1/19/2006 | John McDarby, ATL-L-1296-05-MT |
| 94 | P's RFPD & Notice of Depo | 1/19/2006 | John McDarby, ATL-L-1296-05-MT |
| 95 | P's RFPD & Notice of Depo | 1/20/2006 | All Cases MDL # 1657 |
| 96 | P's RFPD & Notice of Depo | 1/22/2006 | John McDarby, ATL-L-1296-05-MT |
| 97 | P's RFPD & Notice of Depo | 1/23/2006 | John McDarby, ATL-L-1296-05-MT |
| 98 | P's RFPD & Depo | 1/24/2006 | Thomas Cona, ATL-L-3553-05-MT |
| 99 | P's RFPD & Depo | 1/24/2006 | Thomas Cona, ATL-L-3553-05-MT |
| 100 | P's RFPD & Notice of Depo | 1/25/2006 | Refic Kozik, 03-9248 |
| 101 | P's RFPD & Notice of Depo | 1/25/2006 | Refic Kozik, 03-9248 |
| 102 | P's ROGS | 1/26/2006 | Gary Auslander, 05-L-559 |
| 103 | P's ROGS | 1/26/2006 | Rosalyn Jackson, 05-L-0036 |
| 104 | P's RFPD & Notice of Depo | 1/26/2006 | Refic Kozik, 03-9248 |
| 105 | P's RFPD & Notice of Depo | 1/26/2006 | Refic Kozik, 03-9248 |
| 106 | P's RFPD & Notice of Depo | 1/26/2006 | Refic Kozik, 03-9248 |
| 107 | P's RFPD & Notice of Depo | 1/26/2006 | Refic Kozik, 03-9248 |
| 108 | P's RFPD & Notice of Depo | 1/26/2006 | Refic Kozik, 03-9248 |
| 109 | P's RFPD & Depo | 1/27/2006 | Thomas Cona, ATL-L-3553-05-MT |
| 110 | P's RFPD & Depo | 1/27/2006 | Thomas Cona, ATL-L-3553-05-MT |
| 111 | P's RFPD & Depo | 1/27/2006 | Thomas Cona, ATL-L-3553-05-MT |
| 112 | P's RFPD & Depo | 1/27/2006 | Thomas Cona, ATL-L-3553-05-MT |
| 113 | P's RFPD & Depo | 1/27/2006 | Thomas Cona, ATL-L-3553-05-MT |
| 114 | P's RFPD & Notice of Depo | 1/27/2006 | Benjamin Lopresti, ATL-L-5960-05-MT |
| 115 | P's RFPD & Notice of Depo | 1/27/2006 | Benjamin Lopresti, ATL-L-5960-05-MT |
| 116 | P's RFPD & Notice of Depo | 1/27/2006 | Benjamin Lopresti, ATL-L-5960-05-MT |
| 117 | P's RFPD & Notice of Depo | 1/27/2006 | Benjamin Lopresti, ATL-L-5960-05-MT |

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

| | A<br>Title | B<br>Response Date | C<br>Case number (if case specific) |
|---|---|---|---|
| 118 | P's RFPD & Notice of Depo | 1/27/2006 | Benjamin Lopresti, ATL-L-5960-05-MT |
| 119 | P's RFPD & Notice of Depo | 1/27/2006 | Benjamin Lopresti, ATL-L-5960-05-MT |
| 120 | P's RFPD & Notice of Depo | 1/27/2006 | Benjamin Lopresti, ATL-L-5960-05-MT |
| 121 | P's Supp First RFPD | 1/30/2006 | Refic Kozik, 03-9248 |
| 122 | P's Second RFPD | 1/31/2006 | Gary Auslander, 05-L-559 |
| 123 | P's First RFPD | 1/31/2006 | Gary Auslander, 05-L-559 |
| 124 | P's First RFPD | 1/31/2006 | Alfred Brame, 04-L-0761 |
| 125 | P's Second RFPD | 1/31/2006 | Alfred Brame, 04-L-0761 |
| 126 | P's ROGS | 1/31/2006 | Alfred Brame, 04-L-0761 |
| 127 | P's RFPD and Depo | 1/31/2006 | JCCP No. 4247 |
| 128 | P's First RFPD | 1/31/2006 | Loretta Davis, 05-L-458 |
| 129 | P's First ROGS | 1/31/2006 | Loretta Davis, 05-L-458 |
| 130 | P's Second RFPD | 1/31/2006 | Loretta Davis, 05-L-458 |
| 131 | P's ROGS | 1/31/2006 | Dick Donohoo, 05-L-000118 |
| 132 | P's Supp RFPD | 1/31/2006 | Dick Donohoo, 05-L-000118 |
| 133 | P's First RFPD | 1/31/2006 | Rosalyn Jackson, 05-L-0036 |
| 134 | P's Second RFPD | 1/31/2006 | Rosalyn Jackson, 05-L-0036 |
| 135 | P's Second RFPD | 1/31/2006 | Chester Karwoski, No-L-0023 |
| 136 | P's First RFPD | 1/31/2006 | Chester Karwoski, No-L-0023 |
| 137 | P's First ROGS | 1/31/2006 | Chester Karwoski, No-L-0023 |
| 138 | P's RFPD & Notice of Depo | 1/31/2006 | John McDarby, ATL-L-1296-05-MT |
| 139 | P's RFPD & Notice of Depo | 1/31/2006 | John McDarby, ATL-L-1296-05-MT |
| 140 | P's RFPD & Notice of Depo | 1/31/2006 | John McDarby, ATL-L-1296-05-MT |
| 141 | P's First RFPD | 1/31/2006 | Joyce Morgan, 05-L-357 |
| 142 | P's First ROGS | 1/31/2006 | Joyce Morgan, 05-L-357 |
| 143 | P's Second RFPD | 1/31/2006 | Joyce Morgan, 05-L-357 |
| 144 | P's RFPD & Notice of Depo | 1/31/2006 | All Cases MDL # 1657 |
| 145 | P's ROGS | 1/31/2006 | Ralph Rabe, 05-L-231 |
| 146 | P's Second RFPD | 1/31/2006 | Ralph Rabe, 05-L-231 |
| 147 | P's First RFPD | 1/31/2006 | Ralph Rabe, 05-L-231 |
| 148 | P's RFPD & Notice of Depo | 2/2/2006 | All Cases MDL # 1657 |
| 149 | P's RFPD & Notice of Depo | 2/3/2006 | All Cases MDL # 1657 |
| 150 | P's Cross Notice of Depo | 2/6/2006 | John Braun, ATL-L-2911-05 MT |
| 151 | P's Cross Notice of Depo | 2/6/2006 | John Braun, ATL-L-2911-05 MT |
| 152 | P's Cross Notice of Depo | 2/6/2006 | John Braun, ATL-L-2911-05 MT |
| 153 | P's RFPD and Depo | 2/6/2006 | JCCP No. 4247 |
| 154 | P's RFA | 2/6/2006 | Thomas Cona, ATL-L-3553-05-MT; John McDarby, ATL-L-1296-05-MT |
| 155 | P's Cross Notice of Depo | 2/7/2006 | John Braun, ATL-L-2911-05 MT |
| 156 | P's RFPD & Depo | 2/7/2006 | Thomas Cona, ATL-L-3553-05-MT |
| 157 | P's RFPD & Notice of Depo | 2/8/2006 | John McDarby, ATL-L-1296-05-MT |
| 158 | P's RFA, First ROGS, RFPD | 2/8/2006 | All Cases MDL # 1657 |
| 159 | P's RFPD & Notice of Depo | 2/9/2006 | John Klug, ATL-L-633-05-MT |
| 160 | P's RFPD & Notice of Depo | 2/9/2006 | John Klug, ATL-L-633-05-MT |
| 161 | P's RFPD & Notice of Depo | 2/9/2006 | John McDarby, ATL-L-1296-05-MT |
| 162 | P's RFPD & Notice of Depo | 2/9/2006 | John McDarby, ATL-L-1296-05-MT |
| 163 | P's RFPD & Notice of Depo | 2/10/2006 | John Klug, ATL-L-633-05-MT |

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

|  | A | B | C |
|---|---|---|---|
| 1 | Title | Response Date | Case number (if case specific) |
| 164 | P's RFPD & Notice of Depo | 2/10/2006 | John Klug, ATL-L-633-05-MT |
| 165 | P's RFPD & Notice of Depo | 2/10/2006 | John Klug, ATL-L-633-05-MT |
| 166 | P's Third Supp RFPD | 2/15/2006 | Refic Kozik, 03-9248 |
| 167 | RFPD Response and OBJ | 2/17/2006 | Elaine M. Doherty & Daniel J. Doherty, ATL-L-638-05-MT |
| 168 | RFPD Response and OBJ | 2/17/2006 | Elaine M. Doherty & Daniel J. Doherty, ATL-L-638-05-MT |
| 169 | RFPD Response and OBJ | 2/17/2006 | Elaine M. Doherty & Daniel J. Doherty, ATL-L-638-05-MT |
| 170 | RFPD Response and OBJ | 2/17/2006 | Elaine M. Doherty & Daniel J. Doherty, ATL-L-638-05-MT |
| 171 | P's RFPD & Notice of Depo | 2/17/2006 | All Cases MDL # 1657 |
| 172 | Response and OBJ by NonWitness | 2/21/2006 | Thomas Cona, ATL-L-3553-05-MT |
| 173 | Response and OBJ by NonWitness | 2/21/2006 | Thomas Cona, ATL-L-3553-05-MT |
| 174 | Response and OBJ by NonWitness | 2/21/2006 | Thomas Cona, ATL-L-3553-05-MT |
| 175 | RFPD Response and OBJ | 2/21/2006 | Elaine M. Doherty & Daniel J. Doherty, ATL-L-638-05-MT |
| 176 | P's RFPD & Notice of Depo | 2/21/2006 | All Cases MDL # 1657 |
| 177 | P's Amendment RFPD & Depo | 2/22/2006 | Thomas Cona, ATL-L-3553-05-MT; John McDarby, ATL-L-1296-05-MT |
| 178 | P's RFPD | 2/24/2006 | Benjamin Lopresti, ATL-L-5960-05-MT |
| 179 | P's RFPD and Depo | 2/27/2006 | JCCP No. 4247 |
| 180 | Mtn for More Time | 2/27/2006 | Earl Gori, Michael Elward, & Beverly Huber 04-L-01254 |
| 181 | P's Notice to Deposition | 3/1/2006 | Benjamin Lopresti, ATL-L-5960-05 |
| 182 | P's Notice of Depo | 3/2/2006 | All Cases MDL # 1657 |
| 183 | P's First RFA | 3/6/2006 | Benjamin Lopresti, ATL-L-5960-05 |
| 184 | P's First RFPD | 3/7/2006 | Elaine M. Doherty, ATL-L-638-05-MT |
| 185 | P's First RFPD | 3/7/2006 | John Klug, ATL-L-633-05-MT |
| 186 | P's RFPD & OJB to Depo | 3/13/2006 | JCCP No. 4247 |
| 187 | D's Response to Demand | 3/13/2006 | Carmen Cintron No. 21705-05 |
| 188 | P's Notice of Videotaped Oral Depo | 3/13/2006 | Patricia Hatch, ATL-L-0403-05-MT |
| 189 | P's ROGS | 3/13/2006 | Patricia Hatch, ATL-L-0403-05-MT |
| 190 | P's First RFPD | 3/13/2006 | Patricia Hatch, ATL-L-0403-05-MT |
| 191 | P's RFA | 3/13/2006 | Patricia Hatch, ATL-L-0403-05-MT |
| 192 | P's First RFA | 3/15/2006 | Elvis P Anderson CV-426-05 |
| 193 | P's Supp. RFA | 3/16/2006 | Elvis P Anderson CV-426-05 |
| 194 | P RFA | 3/17/2006 | Thomas Cona, ATL-L-3553-05-MT; John McDarby, ATL-L-1296-05-MT |
| 195 | P's First RFPD | 3/17/2006 | Ellis Maximo Diaz and Norka D. Diaz, No. 05-1614 |
| 196 | P's Notice of Deposition | 3/17/2006 | Elaine Kleinman, ATL-L-3954-04-MT; Ronald Martin, ATL-L-24-05-MT |
| 197 | P's Notice of Deposition | 3/17/2006 | Elaine Kleinman, ATL-L-3954-04-MT; Ronald Martin, ATL-L-24-05-MT |
| 198 | P's Notice of Deposition | 3/17/2006 | Elaine Kleinman, ATL-L-3954-04-MT; Ronald Martin, ATL-L-24-05-MT |

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

|   | A | B | C |
|---|---|---|---|
| 1 | Title | Response Date | Case number (if case specific) |
| 199 | P's Notice of Deposition | 3/17/2006 | Elaine Kleinman, ATL-L-3954-04-MT; Ronald Martin, ATL-L-24-05-MT |
| 200 | P's Notice of Videotaped Oral Deposition of Ann Gilsenan | 3/20/2006 | Patricia Hatch, ATL-L-0403-05-MT |
| 201 | P's Notice to Deposition of Kevin Burton | 3/22/2006 | Refic Kozik, 03-9248 |
| 202 | P's First RFA | 3/23/2006 | Elaine M. Doherty, ATL-L-638-05-MT |
| 203 | P's First ROGS | 3/23/2006 | Elaine M. Doherty, ATL-L-638-05-MT |
| 204 | P's RFA | 3/23/2006 | John Klug, ATL-L-633-05-MT |
| 205 | P's ROGS | 3/23/2006 | John Klug, ATL-L-633-05-MT |
| 206 | P's Second RFPD | 3/24/2006 | Ellis Maximo Diaz and Norka D. Diaz, No. 05-1614 |
| 207 | P's RFPD | 3/24/2006 | Elaine Kleinman, ATL-L-3954-04-MT; Ronald Martin, ATL-L-24-05-MT |
| 208 | P's RFPD | 3/24/2006 | Refic Kozik, 03-9248 |
| 209 | P's RFPD | 3/28/2006 | Elaine M. Doherty, ATL-L-638-05-MT |
| 210 | P's Second RFPD | 3/28/2006 | John Klug, ATL-L-633-05-MT |
| 211 | Collagenex Pharm. Response to Notice of Subpoena | 3/29/2006 | All Cases MDL # 1657 |
| 212 | P's ROGS for Affidavit of Sue A. Reick | 3/30/2006 | Earl Gori, Michael Elward, & Beverly Huber 04-L-01254 |
| 213 | P's First RFPD | 3/31/2006 | Cheryl Adams 05-CI-00359 |
| 214 | P's First RFPD | 3/31/2006 | Tresa Brady 05-CI-1183 |
| 215 | P's First RFA | 3/31/2006 | Raymond G. Cordle, 06-CI-00078 |
| 216 | P's First RFPD | 3/31/2006 | Raplh Crager, 05-CI-1004 |
| 217 | P's First RFPD | 3/31/2006 | Anthony Dattilo, 05-CI-01092 |
| 218 | P's First RFPD | 3/31/2006 | Gary W. Hall 05-CI-01048 |
| 219 | P's First RFPD | 3/31/2006 | Kathleen Harp, 05-CI-01045 |
| 220 | P's First RFPD | 3/31/2006 | William Kelly, 05-CI-590 |
| 221 | P's First RFPD | 3/31/2006 | Gary L. Kratzer, 05-CI-2585 |
| 222 | P's First RFPD | 3/31/2006 | Hubert Little, 05-CI-00182 |
| 223 | P's First RFPD | 3/31/2006 | Jerma Madon, 05-CI-00699 |
| 224 | PSC Mtn to Compel FDA to PD | 3/31/2006 | All Cases MDL # 1657 |
| 225 | P's First RFPD | 3/31/2006 | Londis Meek, 05-CI-00520 |
| 226 | P's First RFPD | 3/31/2006 | Patricia Moore, 05-CI-381 |
| 227 | P's First RFPD | 3/31/2006 | Clarence Parido, 05-CI-4241 |
| 228 | P's First RFPD | 3/31/2006 | Larry Smith, 05-CI-4258 |
| 229 | P's First RFPD | 3/31/2006 | Pamela Smith, 05-CI-00459 |
| 230 | P's First RFPD | 3/31/2006 | Richard D. Southworth, 05-CI-00133 |
| 231 | P's First RFPD | 3/31/2006 | Patricia Swanagin, 05-CI-4240 |
| 232 | P's First RFPD | 3/31/2006 | Noah Taylor, 05-CI-4257 |
| 233 | P's First RFPD | 3/31/2006 | Theresa Taylor, 05-CI-1313 |
| 234 | P's First RFPD | 3/31/2006 | Adron Thornsberry, 05-CI-00997 |
| 235 | P's First ROGS | 3/31/2006 | Nancy Tufford, ATL-L-4211-05 MT |
| 236 | P's First RFPD | 3/31/2006 | Mark A. York Sr, 05-CI-1324 |
| 237 | P's Notice of Depo | 4/3/2006 | Robert McFarland, ATL-L-0199-04-MT |
| 238 | P's Notice of Depo | 4/6/2006 | Case Code No. 619 |
| 239 | P's First RFPD | 4/6/2006 | Nancy Tufford, ATL-L-4211-05 MT |
| 240 | P'S RFA | 4/14/2006 | Refic Kozik, 03-9248 |
| 241 | P's First RFA on venue | 4/14/2006 | All Cases MDL # 1657 |

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

|   | A | B | C |
|---|---|---|---|
| 1 | Title | Response Date | Case number (if case specific) |
| 242 | P's Responses and Objs to RFA | 4/18/2006 | Refic Kozik, 03-9248 |
| 243 | P's Second RFPD on venue | 4/19/2006 | Earl Gori, Michael Elward, 04-L-01254 |
| 244 | P's Second ROGS on venue | 4/19/2006 | Earl Gori, Michael Elward, 04-L-01254 |
| 245 | P's First RFA on venue | 4/19/2006 | Earl Gori, Michael Elward, 04-L-01254 |
| 246 | P's Second Supp RFPD on venue | 4/19/2006 | Earl Gori, Michael Elward, 04-L-01254 |
| 247 | P's Supp RFA | 4/19/2006 | Refic Kozik, 03-9248 |
| 248 | P's Demand for Particulars (DFP) | 4/26/2006 | Carmen Cintron No. 21705-05 |
| 249 | Response to P's Demand | 4/26/2006 | Carmen Cintron No. 21705-05 |
| 250 | P's RFPD and Depo | 4/27/2006 | All Cases MDL # 1657 |
| 251 | P's RFPD & Notice of Depo | 5/2/2006 | Jeffrey L. Crook, CV-05-2315 |
| 252 | P's RFPD & Notice of Depo | 5/4/2006 | Elaine & Daniel Doherty, ATL-L-638-05-MT |
| 253 | P's RFPD & Notice of Depo | 5/4/2006 | Elaine & Daniel Doherty, ATL-L-638-05-MT |
| 254 | P's RFPD & Notice of Depo | 5/4/2006 | Elaine & Daniel Doherty, ATL-L-638-05-MT |
| 255 | P's RFPD & Notice of Depo | 5/4/2006 | Elaine & Daniel Doherty, ATL-L-638-05-MT |
| 256 | P's RFPD & Notice of Depo | 5/4/2006 | Elaine & Daniel Doherty, ATL-L-638-05-MT |
| 257 | P's RFPD & Notice of Depo | 5/4/2006 | Elaine & Daniel Doherty, ATL-L-638-05-MT |
| 258 | P's RFPD & Notice of Depo | 5/4/2006 | Elaine & Daniel Doherty, ATL-L-638-05-MT |
| 259 | P's RFPD & Notice of Depo | 5/4/2006 | Elaine & Daniel Doherty, ATL-L-638-05-MT |
| 260 | P's RFPD & Notice of Depo | 5/5/2006 | Elvis P Anderson CV-426-05 |
| 261 | P's RFPD and Depo | 5/5/2006 | Elvis P Anderson CV-426-05 |
| 262 | P's First ROGS | 5/11/2006 | Larry King, 05-L-657 |
| 263 | P's RFPD | 5/11/2006 | Larry King, 05-L-657 |
| 264 | P's RFPD and Notice of Depo | 5/17/2006 | Robert McFarland, ATL-L-0199-04-MT |
| 265 | P's Second RFPD | 5/19/2006 | Elvis P Anderson CV-426-05 |
| 266 | P's Amended First RFPD | 5/19/2006 | Elaine & Daniel Doherty, ATL-L-638-05-MT |
| 267 | OBJ to Taking Depo of Corp. Reps | 5/31/2006 | All Cases MDL # 1657 |
| 268 | P's RFPD and OBJ to Depo | 6/2/2006 | All Cases MDL # 1657 |
| 269 | RFPD and OBJ to Depo | 6/5/2006 | All Cases MDL # 1657 |
| 270 | P's First RFPD | 6/7/2006 | Gerald D. Barnett, 2:06-cv-00485-EEF-DEK |
| 271 | P's First ROGS | 6/7/2006 | Gerald D. Barnett, 2:06-cv-00485-EEF-DEK |
| 272 | P's First RFPD | 6/9/2006 | Glenda Turpin, ATL-L-1483-05 MT |
| 273 | P's Fifth RFPD | 6/9/2006 | All Cases MDL # 1657 |
| 274 | P's RFPD & Notice of Depo | 6/12/2006 | All Cases MDL # 1657 |
| 275 | P's Second RFA | 6/14/2006 | Gerald D. Barnett, 2:06-cv-00485-EEF-DEK |
| 276 | P's Second RFA | 6/19/2006 | All Cases MDL # 1657 |
| 277 | P's RFPD | 6/19/2006 | Texas State Vioxx, 2005-59499 |
| 278 | P's RFPD | 6/19/2006 | Texas State Vioxx, 2005-59499 |
| 279 | P's Third RFA | 6/26/2006 | Elvis P Anderson CV-426-05 |
| 280 | Merck's Responses to Third RFA | 6/26/2006 | Elvis P Anderson CV-426-05 |
| 281 | P's Revised ROGS | 6/26/2006 | Texas State Vioxx, 2005-59499 |

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

|   | A | B | C |
|---|---|---|---|
| 1 | Title | Response Date | Case number (if case specific) |
| 282 | P's ROGS | 6/26/2006 | Texas State Vioxx, 2005-59499 |
| 283 | P's Second ROGS | 6/28/2006 | Mark A. York Sr, 05-CI-1324 |
| 284 | P's First RFPD | 6/30/2006 | Glendora Turner, CV-05-7680 |
| 285 | P's First ROGS | 6/30/2006 | Glendora Turner, CV-05-7680 |
| 286 | P's First RFA | 6/30/2006 | Glendora Turner, CV-05-7680 |
| 287 | P's First ROGS | 6/30/2006 | Mark A. York Sr, 05-CI-1324 |
| 288 | P's Second RFPD | 6/30/2006 | Mark A. York Sr, 05-CI-1324 |
| 289 | P's Third RFPD | 6/30/2006 | Mark A. York Sr, 05-CI-1324 |
| 290 | P's First ROGS | 7/10/2006 | Sally Vollintine, 05-L-1233 |
| 291 | P's First RFPD | 7/10/2006 | Sally Vollintine, 05-L-1233 |
| 292 | P's First RFPD | 7/12/2006 | Drew Melton. 06-CI-00060 |
| 293 | P's RFPD | 7/13/2006 | Texas State Vioxx, 2005-59499 |
| 294 | Second Responses to Third RFA | 7/14/2006 | Elvis P Anderson CV-426-05 |
| 295 | Response Chart to Third RFA | 7/14/2006 | Elvis P Anderson CV-426-05 |
| 296 | P's Second RFPD | 7/14/2006 | Glendora Turner, CV-05-7680 |
| 297 | P's RFPD and Notice of Depo | 7/18/2006 | Jeffrey L. Crook, CV-05-2315 |
| 298 | P's RFPD and Notice of Depo | 7/18/2006 | Jeffrey L. Crook, CV-05-2315 |
| 299 | P's First RFPD | 7/24/2006 | Charles Laron Mason, MDL 1657 |
| 300 | P's First ROGS | 7/27/2006 | Anthony W. Dedrick, MDL 1657 |
| 301 | P's First RFPD | 7/27/2006 | Anthony W. Dedrick, MDL 1657 |
| 302 | P's First ROGS | 8/2/2006 | Robert G. Smith, MDL 1657 |
| 303 | P's Second RFPD | 8/11/2006 | Charles Laron Mason, MDL 1657 |
| 304 | P's First RFA | 8/16/2006 | All Cases MDL # 1657 |
| 305 | P's RFPD & Notice of Depo | 8/24/2006 | International Union of Operating Engineers, ATL-L-3015-03-MT |
| 306 | Letter | 8/25/2006 | Mary M. Carver, |
| 307 | P's First RFPD | 8/30/2006 | Fred Gladding, CV0500350 |
| 308 | P's RFPD & Notice of Depo | 8/30/2006 | Fred Gladding, CV0500350 |
| 309 | P's First RFPD from Julie Wurch | 8/30/2006 | Fred Gladding, CV0500350 |
| 310 | P's First RFPD& OBJ | 8/30/2006 | Fred Gladding, CV0500350 |
| 311 | P's First RFPD& OBJ | 8/30/2006 | Fred Gladding, CV0500350 |
| 312 | P's First RFPD& OBJ | 8/30/2006 | Fred Gladding, CV0500350 |
| 313 | P's First RFPD& OBJ | 8/30/2006 | Fred Gladding, CV0500350 |
| 314 | P's First RFPD& OBJ | 8/30/2006 | Fred Gladding, CV0500350 |
| 315 | P's First RFPD& OBJ | 8/30/2006 | Fred Gladding, CV0500350 |
| 316 | P's First RFPD& OBJ | 8/30/2006 | Fred Gladding, CV0500350 |
| 317 | P's First RFPD& OBJ | 8/30/2006 | Fred Gladding, CV0500350 |
| 318 | P's First RFPD& OBJ | 8/30/2006 | Fred Gladding, CV0500350 |
| 319 | P's First RFPD& OBJ | 8/30/2006 | Fred Gladding, CV0500350 |
| 320 | P's First RFPD | 8/30/2006 | Fred Gladding, CV0500350 |
| 321 | P's Supp ROGS | 8/30/2006 | Earl Gori, Michael Elward, 04-L-01254 |
| 322 | P's Second -RFPD | 9/1/2006 | Sharon D. Rigby, 2005-31016 |
| 323 | P's Second RFPD | Sep-06 | Frank Schwaller, 05-L-687 |
| 324 | P's Second Notice of Depo | 9/2/2006 | All Cases MDL # 1657 |
| 325 | P's First RFPD | 9/5/2006 | Ophelia Rios, 2005-59775 |
| 326 | P's First ROGS | 9/5/2006 | Robert G. Smith, MDL 1657 |
| 327 | Production of Non-Case Specific Docs | 9/6/2006 | Patricia McArthur, A499668 |
| 328 | P's RFPD | 9/8/2006 | Luis Franco, 002657 |
| 329 | P's RFPD | 9/8/2006 | Raymond McCloud, 02552 |
| 330 | P's RFPD | 9/8/2006 | Angela McCool,02018 |
| 331 | P's RFPD | 9/8/2006 | David Schramm, 2554 |
| 332 | P's RFPD & Notice of Depo | 9/11/2006 | Richard Allen, ATL-L-162-05 |
| 333 | P's RFPD & Notice of Depo | 9/11/2006 | Richard Allen, ATL-L-162-05 |

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

|   | A | B | C |
|---|---|---|---|
| 1 | Title | Response Date | Case number (if case specific) |
| 334 | P's RFPD & Notice of Depo | 9/11/2006 | Harrie F. Black, ATL-L-5200-05 |
| 335 | P's RFPD & OBJ to Depo | 9/16/2006 | Mary Ellen King, ATL-L-2242-05-MT |
| 336 | P's First ROGS | 9/18/2006 | Frank Schwaller, 05-L-687 |
| 337 | P's First RFPD | 9/18/2006 | Frank Schwaller, 05-L-687 |
| 338 | P's RFPD & OBJ to Depo | 9/19/2006 | Kathleen Hermans Messerschmidt, ATL-L-5520-05-MT |
| 339 | P's RFPD & OBJ to Depo | 9/20/2006 | Charles Mason, MDL 1657 |
| 340 | P's First RFPD | 9/20/2006 | Doris Rensing, 04-L-0058 |
| 341 | P's ROGS for Class Certification | 9/20/2006 | Doris Rensing, 04-L-0058 |
| 342 | P's RFA | 9/20/2006 | Doris Rensing, 04-L-0058 |
| 343 | P's RFPD & OBJ to Depo | 9/20/2006 | Xzavier Williams-McCray, ATL-L-1566-03MT |
| 344 | P's RFPD & OBJ to Depo | 9/21/2006 | Carolyn S. Sons, ATL-L-7788-05-MT |
| 345 | P's First ROGS | 9/22/2006 | All Cases MDL # 1657 |
| 346 | P's First RFPD | 9/22/2006 | All Cases MDL # 1657 |
| 347 | P's First ROGS | 9/22/2006 | All Cases MDL # 1657 |
| 348 | P's First RFPD | 9/22/2006 | All Cases MDL # 1657 |
| 349 | P's RFPD & OBJ to Depo | 9/25/2006 | Anthony W. Dedrick, MDL 1657 |
| 350 | P's RFPD & OBJ to Depo | 9/25/2006 | Anthony W. Dedrick, MDL 1657 |
| 351 | P's RFPD & OBJ to Depo | 9/25/2006 | Todd Hawes, ATL-L-2914-05-MT |
| 352 | P's RFPD & OBJ to Depo | 9/26/2006 | Richard Lee Smith, ATL-L-4040-04-MT |
| 353 | P's RFA | 9/28/2006 | Dorothy Record, 05-CA-002943-XXXXMB-AJ |
| 354 | P's ROGS | 9/28/2006 | Dorothy Record, 05-CA-002943-XXXXMB-AJ |
| 355 | P's RFPD & OBJ to Depo | 9/29/2006 | Kathleen Hermans Messerschmidt, ATL-L-5520-05-MT |
| 356 | P's RFPD & OBJ to Depo | 10/2/2006 | Carolyn Rodemoyer, ATL-L-0703-03-MT |
| 357 | P's RFD | 10/3/2006 | State of Texas, GV 503021 |
| 358 | P's RFPD & OBJ to Depo | 10/3/2006 | Mary Velasquez, ATL-L-7359-05-MT |
| 359 | P's RFPD & OBJ to Depo | 10/4/2006 | Richard Sinette, ATL-L-3317-05-MT |
| 360 | P's RFPD & OBJ to Depo | 10/5/2006 | Ronald J. Ellis, ATL-L-91-05-MT |
| 361 | P's First ROGS | 10/5/2006 | Noe O. Vaca, ATL-L-1560-05MT |
| 362 | P's RFPD | 10/5/2006 | Noe O. Vaca, ATL-L-1560-05MT |
| 363 | P's RFPD | 10/6/2006 | Gary Gatlin, ATL-L-4173-05-MT |
| 364 | P's First ROGS | 10/6/2006 | Gary Gatlin, ATL-L-4173-05-MT |
| 365 | P's RFPD & OBJ to Depo | 10/9/2006 | Gary Gatlin, ATL-L-4173-05-MT |
| 366 | P's RFPD & OBJ to Depo | 10/9/2006 | All Cases MDL # 1657 |
| 367 | P's RFPD & OBJ to Depo | 10/10/2006 | Sharon J. Adams, ATL-L-8159-05-MT |
| 368 | P's RFPD & OBJ to Depo | 10/10/2006 | Mary Velasquez, ATL-L-7359-05-MT |
| 369 | P's RFPD & OBJ to Depo | 10/10/2006 | Xzavier Williams-McCray, ATL-L-1566-03MT |
| 370 | PSC's First RFPD | 10/12/2006 | All Cases MDL # 1657 |
| 371 | PSC's First ROGS | 10/12/2006 | All Cases MDL # 1657 |

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

|   | A | B | C |
|---|---|---|---|
| 1 | Title | Response Date | Case number (if case specific) |
| 372 | P's RFPD & OBJ to Depo | 10/12/2006 | Sharon D. Rigby, 2005-31016 |
| 373 | P's RFPD & OBJ to Depo | 10/12/2006 | Sharon D. Rigby, 2005-31016 |
| 374 | P's First ROGS | 10/12/2006 | Richard Lee Smith, ATL-L-4040-04-MT |
| 375 | P's First RFPD | 10/12/2006 | Richard Lee Smith, ATL-L-4040-04-MT |
| 376 | P's RFPD | 10/12/2006 | Fred Thomas, ATL-L-4933-05MT |
| 377 | P's First ROGS | 10/12/2006 | Fred Thomas, ATL-L-4933-05MT |
| 378 | P's First RFPD on Martin Report | 10/13/2006 | All Cases MDL # 1657 |
| 379 | P's First ROGS | 10/13/2006 | State of Texas, GV 503021 |
| 380 | P's First RFPD | 10/13/2006 | State of Texas, GV 503021 |
| 381 | P's RFPD & OBJ to Depo | 10/16/2006 | George Kieley, ATL-L-5817-05-MT |
| 382 | P's RFPD & OBJ to Depo | 10/16/2006 | Kathleen Hermans Messerschmidt, ATL-L-5520-05-MT |
| 383 | P's RFPD | 10/16/2006 | Dorothy Record, 05-CA-002943-XXXXMB-AJ |
| 384 | P's RFPD & OBJ to Depo | 10/17/2006 | Dennis Keys, ATL-L-6880-05-MT |
| 385 | P's RFPD & OBJ to Depo | 10/17/2006 | Kathleen Hermans Messerschmidt, ATL-L-5520-05-MT |
| 386 | P's RFPD & OBJ to Depo | 10/17/2006 | Carolyn Rodemoyer, ATL-L-0703-03-MT |
| 387 | P's RFPD & OBJ to Depo | 10/17/2006 | Carolyn S. Sons, ATL-L-7788-05-MT |
| 388 | P's Fourth RFPD | 10/17/2006 | Mark A. York Sr, 05-CI-1324 |
| 389 | P's RFPD & OBJ to Depo | 10/23/2006 | Gary Gatlin, ATL-L-4173-05-MT |
| 390 | P's Second RFPD | 10/23/2006 | All Cases MDL # 1657 |
| 391 | P's RFPD & OBJ to Depo | 10/23/2006 | Mattie Robinson, ATL-L-8022-05-MT |
| 392 | P's RFPD & OBJ to Depo | 10/26/2006 | Gary Albright, CV-05-2316 |
| 393 | P's RFPD & OBJ to Depo | 10/26/2006 | Gary Albright, CV-05-2316 |
| 394 | P's RFPD & OBJ to Depo | 10/26/2006 | Gary Albright, CV-05-2316 |
| 395 | P's RFPD & OBJ to Depo | 10/26/2006 | Gary Albright, CV-05-2316 |
| 396 | P's RFPD & OBJ to Depo | 10/27/2006 | Mattie Robinson, ATL-L-8022-05-MT |
| 397 | P's Second ROGS | 10/30/2006 | Anthony W. Dedrick, MDL 1657 |
| 398 | P's Second RFPD | 10/30/2006 | Anthony W. Dedrick, MDL 1657 |
| 399 | Email re: Dedrick v. Merck | 10/30/2006 | Anthony W. Dedrick, MDL 1657 |
| 400 | P's RFPD & OBJ to Depo | 10/30/2006 | Mary Ellen King, ATL-L-2242-05MT |
| 401 | P's RFPD & OBJ to Depo | 10/30/2006 | Carolyn Pritch, ATL-L-02213-05MT |
| 402 | P's RFPD & OBJ to Depo | 10/31/2006 | Greg Biehls, ATL-L-0161-04-MT |
| 403 | P's First RFPD | 10/31/2006 | All Cases MDL # 1657 |
| 404 | P's First ROGS | 10/31/2006 | All Cases MDL # 1657 |
| 405 | P's First RFPD | 10/31/2006 | All Cases MDL # 1657 |
| 406 | P's First ROGS | 10/31/2006 | All Cases MDL # 1657 |
| 407 | P's RFPD & OBJ to Depo | 10/31/2006 | Fred Thomas, ATL-L-4933-05MT |

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

|   | A | B | C |
|---|---|---|---|
| 1 | Title | Response Date | Case number (if case specific) |
| 408 | P's RFPD & OBJ to Depo | 11/3/2006 | Fred Thomas, ATL-L-4933-05MT |
| 409 | P's RFPD & OBJ to Depo | 11/6/2006 | Ronald J. Ellis, ATL-L-91-05-MT |
| 410 | PSC's Third ROGS | 11/6/2006 | All Cases MDL # 1657 |
| 411 | PSC's Third RFPD | 11/6/2006 | All Cases MDL # 1657 |
| 412 | P's RFPD & OBJ to Depo | 11/6/2006 | Jeffrey N. Smith, ATL-L-4049-05-MT |
| 413 | P's RFPD & OBJ to Depo | 11/13/2006 | Sharon Burns, ATL-L-8159-05MT |
| 414 | P's Second Notice of Depo | 11/13/2006 | Anthony W. Dedrick, MDL 1657 |
| 415 | P's RFPD & OBJ to Depo | 11/13/2006 | George Kieley, ATL-L-5817-05-MT |
| 416 | P's RFPD & OBJ to Depo | 11/13/2006 | George Kieley, ATL-L-5817-05-MT |
| 417 | P's RFPD & OBJ to Depo | 11/14/2006 | Greg Biehls, ATL-L-0161-04-MT |
| 418 | P's RFPD & OBJ to Depo | 11/14/2006 | Gregory Groff, ATL-L-3133-05MT |
| 419 | P's ROGS | 11/15/2006 | Joyce R. Sanders, 3:06av-99999 |
| 420 | P's Amendment RFPD & Depo | 11/16/2006 | Gary Gatlin, ATL-L-4173-05-MT |
| 421 | P's Notice of Corp. Depo | 11/16/2006 | All Cases MDL # 1657 |
| 422 | P's RFPD & OBJ to Depo | 11/16/2006 | Fred Thomas, ATL-L-4933-05MT |
| 423 | P's Amended First RFPD | 11/16/2006 | Noe O. Vaca, ATL-L-1560-05MT |
| 424 | P's RFPD & OBJ to Depo | 11/17/2006 | Carolyn Pritch, ATL-L-02213-05MT |
| 425 | P's Notice to Produce | 11/22/2006 | George Kieley, ATL-L-5817-05-MT |
| 426 | P's ROGS | 11/22/2006 | Leon Singleton, 06-000791 CAA |
| 427 | P's First RFPD | 11/22/2006 | Leon Singleton, 06-000791 CAA |
| 428 | P's RFPD & OBJ to Depo | 11/27/2006 | Mattie Robinson, ATL-L-8022-05-MT |
| 429 | P's RFPD & OBJ to Depo | 11/27/2006 | Mattie Robinson, ATL-L-8022-05-MT |
| 430 | P's RFPD & OBJ to Depo | 11/29/2006 | Angela McCool, 02018 |
| 431 | P's RFPD & OBJ to Depo | 12/4/2006 | Sharon J. Adams, ATL-L-8159-05-MT |
| 432 | Email | 12/4/2006 | Schwaller v. Merck, 05-L-687 |
| 433 | P's RFPD & OBJ to Depo | 12/8/2006 | Xzavier Williams-McCray, ATL-L-1566-03MT |
| 434 | P's RFA | 12/11/2006 | Dorothy Record, 05-CA-002943-XXXXMB-AJ |
| 435 | P's ROGS | 12/11/2006 | Frank Schwaller, 05-L-687 |
| 436 | Email | 12/13/2006 | Hermans v. Merck |
| 437 | P's Third RFPD | 12/14/2006 | Gary Auslander, 05-L-559 |
| 438 | P's Second ROGS | 12/14/2006 | Gary Auslander, 05-L-559 |
| 439 | P's RFPD & OBJ to Depo | 12/18/2006 | Gregory Groff, ATL-L-3133-05MT |
| 440 | P's RFA | 12/19/2006 | Richard Allen, ATL-L-162-05 |
| 441 | P's RFPD | 12/19/2006 | Richard Allen, ATL-L-162-05 |
| 442 | P's First ROGS | 12/20/2006 | Mississippi AG |
| 443 | P's First RFPD | 12/20/2006 | Mississippi AG |
| 444 | P's RFPD & OBJ to Depo | 12/29/2006 | George Kieley, ATL-L-5817-05-MT |
| 445 | P's RFPD & OBJ to Depo | 1/2/2007 | Glendora Turner, CV-05-7680 |
| 446 | P's RFPD & OBJ to Depo | 1/8/2007 | George Kieley, ATL-L-5817-05-MT |

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

|   | A | B | C |
|---|---|---|---|
| 1 | Title | Response Date | Case number (if case specific) |
| 447 | Letter re: Call Notes in Vioxx Class Case | 1/8/2007 | JCCP No. 4247 |
| 448 | P's RFPD & OBJ to Depo | 1/9/2007 | Jeffrey N. Smith, ATL-L-4049-05-MT |
| 449 | P's RFPD & OBJ to Depo | 1/11/2007 | Clifford Bailey, CV 06 145 |
| 450 | P's RFPD & OBJ to Depo | 1/11/2007 | Mary M. Carver, ATL-L-1749-04MT |
| 451 | P's RFPD & OBJ to Depo | 1/11/2007 | George Kieley, ATL-L-5817-05-MT |
| 452 | P's RFPD & OBJ to Depo | 1/11/2007 | George Kieley, ATL-L-5817-05-MT |
| 453 | P's RFPD & OBJ to Depo | 1/12/2007 | Clifford Bailey, CV 06 145 |
| 454 | P's RFA | 1/16/2007 | Frank Schwaller, 05-L-687 |
| 455 | P's Second RFPD | 1/17/2007 | Patricia A. Swanagan, 05-CI-4241 |
| 456 | P's RFPD & OBJ to Depo | 1/18/2007 | Frank Schwaller, 05-L-687 |
| 457 | P's RFPD & OBJ to Depo | 1/18/2007 | Frank Schwaller, 05-L-687 |
| 458 | P's RFPD & OBJ to Depo | 1/18/2007 | Frank Schwaller, 05-L-687 |
| 459 | P's First RFA and First RFPD | 1/19/2007 | Steven Mitchell, 05 L 008819 |
| 460 | P's RFA | 1/22/2007 | Kathleen Hermans Messerschmidt, ATL-L-5520-05-MT |
| 461 | P's First ROGS | 1/31/2007 | Donna Harrell, CV 06 0502 |
| 462 | P's First RFPD | 1/31/2007 | Donna Harrell, CV 06 0502 |
| 463 | P's Fifth RFPD | 2/5/2007 | Mark A. York Sr, 05-CI-1324 |
| 464 | P's RFPD & OBJ to Depo | 2/12/2007 | Lowell Berwick, |
| 465 | P's RFPD & OBJ to Depo | 2/14/2007 | Lowell Berwick, |
| 466 | P's RFA | 2/20/2007 | Mary M. Carver, ATL-L-1749-04MT |
| 467 | P's RFPD & OBJ to Depo | 2/20/2007 | Lowell Berwick, |
| 468 | P's RFPD & OBJ to Depo | 2/20/2007 | Lowell Berwick, |
| 469 | P's RFPD & OBJ to Depo | 2/20/2007 | Lowell Berwick, |
| 470 | P's RFA | 2/20/2007 | Mary M. Carver, ATL-L-1749-04MT |
| 471 | P's RFPD | 2/22/2007 | Kathleen Hermans Messerschmidt, ATL-L-5520-05-MT |
| 472 | Letter | 2/26/2007 | Smithers v. Merck, et el. |
| 473 | P's First RFPD | 3/2/2007 | Richard Sinette, ATL-L-3317-05-MT |
| 474 | P's First ROGS | 3/14/2007 | Glendora Turner, CV-05-7680 |
| 475 | P's First RFPD | 3/14/2007 | Glendora Turner, CV-05-7680 |
| 476 | P's First RFPD | 3/14/2007 | Glendora Turner, CV-05-7680 |
| 477 | P's First ROGS | 3/14/2007 | Glendora Turner, CV-05-7680 |
| 478 | P's RFPD & OBJ to Depo | 3/23/2007 | Lowell Berwick, |
| 479 | P's First RFPD | 3/23/2007 | Robbie Tallas, 2846 |
| 480 | P's Second ROGS | 3/23/2007 | Texas State Vioxx, 2005-59499 |
| 481 | P's Second RFPD | 3/23/2007 | Texas State Vioxx, 2005-59499 |
| 482 | P's ROGS | 3/27/2007 | Richard Sinette, ATL-L-3317-05-MT |
| 483 | Letter | 3/29/2007 | Patricia Swanagin, 05-CI-4240 |
| 484 | P's Second RFPD | 4/2/2007 | Tresa Brady 05-CI-1183 |
| 485 | P's RFPD | 4/2/2007 | All Cases MDL # 1657 |
| 486 | Letter | 4/4/2007 | Allen v Merck |

**MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS**

|   | A | B | C |
|---|---|---|---|
| 1 | Title | Response Date | Case number (if case specific) |
| 487 | P's Supp RFPD | 4/4/2007 | Refic Kozik, 03-9248 |
| 488 | P's Second RFPD | 4/4/2007 | Robbie Tallas, 2846 |
| 489 | P's Third RFPD | 4/9/2007 | Robbie Tallas, 2846 |
| 490 | P's RFPD | 4/16/2007 | Larry King, 05-L-657 |
| 491 | Letter | 4/19/2007 | Clifford Bailey, CV 06 145 |
| 492 | P's RFPD & OBJ to Depo | 4/23/2007 | Robert Burch, ATL-L-3219-03 MT |
| 493 | P's RFPD & OBJ to Depo | 4/23/2007 | Neil Parkin, ATL-L-3772-04-MT |
| 494 | P's RFPD & OBJ to Depo | 4/23/2007 | Gaulden Starr, ATL-L-2297-03-MT |
| 495 | P's First RFPD | 4/24/2007 | Patricia Swanagin, 05-CI-4240 |
| 496 | P's Fourth RFPD | 4/27/2007 | Robbie Tallas, 2846 |
| 497 | P's Notice of Depo of Corp Designee | 5/1/2007 | Kathleen Hermans Messerschmidt, ATL-L-5520-05-MT |
| 498 | RFPD & Notice of Depo of Corp. Rep. | 5/1/2007 | All Cases MDL # 1657 |
| 499 | P's RFPD & OBJ to Depo | 5/2/2007 | Dean Baker, ATL-L-11580-06MT |
| 500 | P's RFPD & OBJ to Depo | 5/2/2007 | Werner Boelk, ATL-L-113447-05-MT |
| 501 | P's RFPD & OBJ to Depo | 5/2/2007 | Ronald Briggs, ATL-L-12566-06-MT |
| 502 | P's RFPD & OBJ to Depo | 5/2/2007 | Alice Hill, ATL-L-02981-05MT |
| 503 | P's RFPD & OBJ to Depo | 5/2/2007 | Sam Hill, ATL-L-13646-06-MT |
| 504 | P's RFPD & OBJ to Depo | 5/2/2007 | Jerrol P Johnson, ATL-L117022-06-MT |
| 505 | P's RFPD & OBJ to Depo | 5/2/2007 | Andrew Kelly, ATL-L-15503-06-MT |
| 506 | P's RFPD & OBJ to Depo | 5/2/2007 | Peggy McClanahan, ATL-L-1906-06-MT |
| 507 | P's RFPD & OBJ to Depo | 5/2/2007 | Karen Mitchell, ATL-L-12648-06MT |
| 508 | P's Fifth RFPD | 5/2/2007 | Robbie Tallas, 2846 |
| 509 | P's First RFPD | 5/3/2007 | Cheryl Adams 05-CI-00359 |
| 510 | P's First RFPD | 5/3/2007 | Tresa Brady 05-CI-1183 |
| 511 | P's First RFPD | 5/3/2007 | Raymond G. Cordle, 06-CI-00078 |
| 512 | P's First RFPD | 5/3/2007 | Ralph Crager, 05-CI-1004 |
| 513 | P's First RFPD | 5/3/2007 | Anthony P. Dattilo, 05-CI-1092 |
| 514 | P's First RFPD | 5/3/2007 | Gary W. Hall 05-CI-01048 |
| 515 | P's First RFPD | 5/3/2007 | Kathleen Harp, 05-CI-01045 |
| 516 | P's First RFPD | 5/3/2007 | William Kelly, 05-CI-590 |
| 517 | P's First RFPD | 5/3/2007 | Gary L. Kratzer, 05-CI-2585 |
| 518 | P's First RFPD | 5/3/2007 | Hubert Little, 05-CI-00182 |
| 519 | P's First RFPD | 5/3/2007 | Jerma Madon, 05-CI-00699 |
| 520 | P's First RFPD | 5/3/2007 | Londis Meek, 05-CI-00520 |
| 521 | P's First RFPD | 5/3/2007 | Drew Melton. 06-CI-00060 |
| 522 | P's First RFPD | 5/3/2007 | Patricia M Moore, 05-CI-0381 |
| 523 | Production of Professional Rep Docs | 5/3/2007 | All Cases MDL # 1657 |
| 524 | P's First RFPD | 5/3/2007 | Clarence Parido, 05-CI-4241 |
| 525 | P's First RFPD | 5/3/2007 | Larry Smith, 05-CI-4258 |
| 526 | P's First RFPD | 5/3/2007 | Pamela Smith, 05-CI-00459 |

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

|     | A | B | C |
| --- | --- | --- | --- |
| 1 | Title | Response Date | Case number (if case specific) |
| 527 | P's First RFPD | 5/3/2007 | Richard Douglas Southworth, 05-CI-00133 |
| 528 | P's First RFPD | 5/3/2007 | Noah Taylor, 05-CI-4257 |
| 529 | P's First RFPD | 5/3/2007 | Theresa Taylor, 05-CI-1313 |
| 530 | P's First RFPD | 5/3/2007 | Adron Thornsberry, 05-CI-00997 |
| 531 | P's First RFPD | 5/3/2007 | Mark A. York Sr, 05-CI-1324 |
| 532 | P's First ROGS | 5/7/2007 | Ines Alegre, 06-L-10304 |
| 533 | P's First RFPD | 5/7/2007 | Ines Alegre, 06-L-10304 |
| 534 | P's RFPD & OBJ to Depo | 5/7/2007 | Suzanne Barthel, ATL-L-2000-05MT |
| 535 | P's RFPD & OBJ to Depo | 5/7/2007 | Leona Benson, ATL-L-651-05MT |
| 536 | P's RFPD & OBJ to Depo | 5/7/2007 | James Foley, ATL-L-1808-05-MT |
| 537 | P's RFPD & OBJ to Depo | 5/7/2007 | Juanita Harper, ATL-L-6911-05-MT |
| 538 | P's RFPD & OBJ to Depo | 5/7/2007 | Robert Israel, ATL-L-06523-05-MT |
| 539 | P's RFPD & OBJ to Depo | 5/7/2007 | Tim Luther, ATL-L-0458-05-MT |
| 540 | P's RFPD & OBJ to Depo | 5/7/2007 | Joyce Martina, ATL-L-2204-05-MT |
| 541 | Supp Production of Non-Case Materials | 5/7/2007 | Patricia McArthur, A499668 |
| 542 | RFPD & Notice of Depo | 5/7/2007 | All Cases MDL # 1657 |
| 543 | Supp Production of Non-Case Materials | 5/7/2007 | All Cases MDL # 1657 |
| 544 | Letter | 5/9/2007 | Strong v. Merck |
| 545 | P's Third RFPD | 5/10/2007 | Dick Donohoo, 05-L-000118 |
| 546 | P's RFPD & OBJ to Depo | 5/11/2007 | Geralleen Beasley, ATL-L-4154-06 MT |
| 547 | Letter | 5/11/2007 | Dick Donohoo, 05-L-000118 |
| 548 | P's First ROGS | 5/17/2007 | Richard Sinette, ATL-L-3317-05-MT |
| 549 | P's Seventh RFPD | 5/17/2007 | All Cases MDL # 1657 |
| 550 | Letter | 5/17/2007 | Robert Israel, ATL-L-06523-05-MT |
| 551 | P's First ROGS | 5/25/2007 | Ann Reid, 06-L-0575 |
| 552 | P's First RFA | 5/25/2007 | Ann Reid, 06-L-0575 |
| 553 | P's First RFPD | 5/28/2007 | Ann Reid, 06-L-0575 |
| 554 | Letter | 5/30/2007 | James Foley, ATL-L-1808-05-MT |
| 555 | P's RFPD & OBJ to Depo | 5/31/2007 | Gerald Crandall, CV07-00666 |
| 556 | P's First RFPD | 5/31/2007 | Gerald Crandall, CV07-00666 |
| 557 | P's First RFPD | 5/31/2007 | Gerald Crandall, CV07-00666 |
| 558 | P's First RFPD | 5/31/2007 | Gerald Crandall, CV07-00666 |
| 559 | P's First RFPD | 5/31/2007 | Gerald Crandall, CV07-00666 |
| 560 | P's First RFPD | 5/31/2007 | Gerald Crandall, CV07-00666 |
| 561 | P's First RFPD | 5/31/2007 | Gerald Crandall, CV07-00666 |
| 562 | P's First RFPD | 5/31/2007 | Gerald Crandall, CV07-00666 |
| 563 | P's First RFPD | 5/31/2007 | Gerald Crandall, CV07-00666 |
| 564 | P's First RFPD | 5/31/2007 | Gerald Crandall, CV07-00666 |
| 565 | P's First RFPD | 5/31/2007 | Gerald Crandall, CV07-00666 |
| 566 | P's First RFPD | 5/31/2007 | Gerald Crandall, CV07-00666 |
| 567 | P's RFPD & OBJ to Depo | 6/4/2007 | Paul Andreasen v. Merck |

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

| | A | B | C |
|---|---|---|---|
| 1 | Title | Response Date | Case number (if case specific) |
| 568 | P's RFPD & OBJ to Depo | 6/5/2007 | All Cases MDL # 1657 |
| 569 | P's First RFA | 6/5/2007 | Joyce C. Martina, ATL-L-2204-05MT |
| 570 | Letter | 6/7/2007 | Alice Hill, ATL-L-02981-05MT |
| 571 | P's RFPD | 6/12/2007 | Robbie Tallas, 2846 |
| 572 | P's RFPD | 6/18/2007 | Rhonda Lee Smith, 06-C-251 |
| 573 | P's Special ROGS | 6/22/2007 | All Cases MDL # 1657 |
| 574 | P's Sixth RFPD | 6/22/2007 | All Cases MDL # 1657 |
| 575 | P's First RFPD | 6/29/2007 | Joyce C. Martina, ATL-L-2204-05MT |
| 576 | P's RFPD & OBJ to Depo | 6/29/2007 | Joyce C. Martina, ATL-L-2204-05MT |
| 577 | P's Fifth RFPD | 7/2/2007 | Dick Donohoo, 05-L-000118 |
| 578 | P's First RFPD | 7/2/2007 | Barbara Rutherford, 06-L-44 |
| 579 | P's First RFA | 7/2/2007 | Barbara Rutherford, 06-L-44 |
| 580 | P's Seventh RFPD | 7/2/2007 | Robbie Tallas, 2846 |
| 581 | P's Eighth RFPD | 7/5/2007 | Robbie Tallas, 2846 |
| 582 | Letter | 7/6/2007 | Larry King, 05-L-657 |
| 583 | P's ROGS | 7/9/2007 | Larry King, 05-L-657 |
| 584 | P's First RFPD | 7/9/2007 | Joyce Morgan, 05-L-357 |
| 585 | P's First RFPD | 7/9/2007 | Dottie Ricker, 05-L-1084 |
| 586 | P's RFPD and Notice of Depo | 7/10/2007 | All Cases MDL # 1657 |
| 587 | P's RFPD and Notice of Depo | 7/11/2007 | Sally Vollintine, 05-L-1233 |
| 588 | P's RFPD and Notice of Depo | 7/11/2007 | Sally Vollintine, 05-L-1233 |
| 589 | P's RFPD and Notice of Depo | 7/11/2007 | Sally Vollintine, 05-L-1233 |
| 590 | P's RFPD and Notice of Depo | 7/11/2007 | Sally Vollintine, 05-L-1233 |
| 591 | P's RFPD and Notice of Depo | 7/11/2007 | Sally Vollintine, 05-L-1233 |
| 592 | Letter | 7/16/2007 | Jennie Tena v. Merck, |
| 593 | P's RFPD | 7/17/2007 | Clifford Bailey, CV 06 145 |
| 594 | P's Second RFPD | 7/17/2007 | Joyce Morgan, 05-L-357 |
| 595 | P's Second RFPD | 7/17/2007 | Dottie Ricker, 05-L-1084 |
| 596 | P's RFA | 7/19/2007 | Gerald Crandall, CV07-00666 |
| 597 | P's Ninth RFPD | 7/20/2007 | Robbie Tallas, 2846 |
| 598 | P's Eighth RFPD | 7/24/2007 | All Cases MDL # 1657 |
| 599 | P's Suppl. Non-Case Specific Docs | 7/24/2007 | Patricia McArthur, A499668 |
| 600 | P's Suppl. Non-Case Specific Docs | 7/24/2007 | Nevada Litigation |
| 601 | P's Tenth RFPD | 7/26/2007 | Robbie Tallas, 2846 |
| 602 | Letter | 7/30/2007 | Larry King, 05-L-657 |
| 603 | Letter | 8/3/2007 | Donna Harrell, CV 06 0502 |
| 604 | P's Suppl. Non-Case Specific Docs | 8/3/2007 | Patricia McArthur, A499668 |
| 605 | P's Suppl. Non-Case Specific Docs | 8/3/2007 | Nevada Litigation |
| 606 | P's RFPD & OBJ to Depo | 8/6/2007 | Helen Fink, ATL-L-1645-03-MT |
| 607 | P's Second RFPD | 8/7/2007 | Gerald Crandall, CV07-00666 |
| 608 | P's RFPD and Notice of Depo | 8/9/2007 | All Cases MDL # 1657 |
| 609 | P's RFPD & OBJ to Depo | 8/14/2007 | Gisela Levinson, ATL-L-1798-03 MT |
| 610 | P's RFPD & OBJ to Depo | 8/15/2007 | Jerry Gaspard, ATL-L-1099-04-MT |
| 611 | P's RFPD & OBJ to Depo | 8/20/2007 | Robert Ditrolio, ATL-L-3253-03MT |
| 612 | Letter | 4/23/2009 | Patricia Swanagin, 05-CI-4240 |

MDL DEPOSITORY: CHART OF DISCOVERY REQUESTS

|   | A | B | C |
|---|---|---|---|
| 1 | Title | Response Date | Case number (if case specific) |
| 613 | P's Second RFPD | None Listed | Angela McCool, 02018 |
| 614 | P's RFPD & OBJ to Depo | NOT LISTED | Jeffrey N. Smith, ATL-L-4049-05-MT |
| 615 | P's RFPD & OBJ to Depo | NOT LISTED | Richard Sinette, ATL-L-3317-05-MT |
| 616 | P's First RFPD |   | Refic Kozik, 03-9248 |
| 617 | Supp. PSC First ROG |   | All Cases MDL # 1657 |
| 618 | P's First RFPD |   | All Cases MDL # 1657 |