UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Numbers:**<br>2:07-cv-08080 |
| **Akosua Akyaamaa** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

**O R D E R**

Motion having been made by the Plaintiff,

IT IS HEREBY ORDERED BY THE COURT that Plaintiff Akosua Akyaamaa's Response to Defendant's Motion for Scheduling Order, attached as Exhibit A, is deemed FILED.

So ordered.

New Orleans, Louisiana, this 27th day of February, 2012.

_____
Eldon E. Fallon
United State District Judge