Feb. 10 2012 —

I am writing to seek the Hon. Court permission to extend the deadline proposed by Merck and Co. Inc. with respect to "Entry of a Comprehensive Scheduling order."

The notice is obviously too short to comply and therefore ask the Honorable court to extend the time to give plaintiffs additional time to comply with the demand by the defendant, Merck and Co. Inc.

Ernest Adjekum

TO: UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL 1657, SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

FROM: ERNEST ADJEKUM
347-543-2360.