# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Melvin Cormier, et al. v. Merck & Co., Inc.,* | * | |
| 2:05-cv-04991-EEF-DEK | * | |
| | * | |
| **Only with regard to:** | | |
| **Cheryl Kuykendall** | | |

*************************************************************************

## ORDER

Considering the foregoing Defendant Merck & Co., Inc.'s Motion for Leave to File Motion for Summary Judgment and Incorporated Memorandum of Law and Accompanying Exhibits Under Seal,

**IT IS ORDERED,** that the motion is granted and the pleadings shall be filed under seal.

**NEW ORLEANS, LOUISIANA**, this 27th day of February, 2012.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

1

1085577v.1