UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|    Products Liability Litigation | * |
| | * |
| This Document Relates to: | *  MDL No. 1657 |
| | * |
| DISTRICT OF COLUMBIA, *ex rel* | *  SECTION L |
|   KENNETH  WALKER, | * |
| | *  JUDGE ELDON E. FALLON |
|             Plaintiff, | * |
| | *  MAGISTRATE JUDGE |
|   versus | *  KNOWLES |
| | * |
| MERCK & CO., INC., | * |
| | * |
|            Defendant. | * |
| | * |
| Case No. 2:08-cv-04148 | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Joint Motion to Extend Briefing Schedule and HearingDate for Defendant's Motion for Judgment on the Pleadings,

**IT IS ORDERED** that the motion be and it hereby is granted and, accordingly, plaintiff's response is now due on or before February 27, 2012, Merck's reply is due on or before March 7, 2012, and the matter will be heard on March 14, 2012 at 9:00 a.m.

**NEW ORLEANS, LOUISIANA,** this 29th day of February, 2012.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**