MINUTE ENTRY
FALLON, J.
MARCH 1, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                         CIVIL ACTION
         LIABILITY LITIGATION

                                                                                               NO.  05-MD-1657

                                                                                               SECTION: L

**This document relates to: All Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances: Russ Herman, Esq. and Chris Seeger, Esq., Plaintiffs' Steering Committee
                Ann Oldfather, Esq. for Certain Plaintiffs
                Doug Marvin, Esq., Dorothy Wimberly, Esq., Elaine Horn, Esq. and Ben Barnett,
                Esq., for  Merck
                Janice Baum, Pro Se Plaintiff

I. Merck & Co., Inc.'s Motion for an Order to Show Cause Why Remaining Settlement Program Releases and Stipulations Should Not be Tendered to Merck   (63015)

II. Merck's Cross Motion to Dismiss for Lack of Prosecution (63639)

III. Merck's Motion for Entry of a Comprehensive Scheduling Order for "Other Injury" and "PTO 29" Cases (63640)

IV. Certain Plaintiffs' Motion for Extension of Time to Complete Discovery and Motion To Compel Delivery of the Vioxx Concordance Database (63667)

Argument was heard on all four motions - Court's written reasons to follow.


JS10:   : 56