UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO: 08-1422,** *as to Emmanuel Iwobi ONLY*

## ORDER & REASONS

The Court has pending before it Vioxx claimant Emmanuel Iwobi's Motion for Reconsideration (Rec. Doc. 63006). The Court has reviewed the briefs and the applicable law and now issues this Order and Reasons.

Mr. Iwobi filed suit against Merck on or about January 15, 2008, in Texas State Court, through his attorney Tekenari Wariboko. The case was removed to federal court and transferred to the MDL on April 3, 2008. Despite several notices, no materials required by Pretrial Order 29 were ever produced in connection with Mr. Iwobi's case, including no *Lone Pine* report. Mr. Iwobi's claim was dismissed on February 3, 2009 pursuant to a Merck motion to dismiss for failure to comply with the Pretrial Order 29 *Lone Pine* requirements. (Rec. Doc. 17703).

Mr. Iwobi has now sought reconsideration of the Court's order of dismissal. He asserts that his attorney, Mr. Wariboko, was disbarred by the State of Texas in February, 2010, more than a year *after* Mr. Iwobi's case was dismissed. Likewise, the request for relief was filed more than a year after his case was dismissed and is therefore is governed by Federal Rule of Civil Procedure 60(b)(4)-(6). Although the Court is sympathetic to Mr. Iwobi's situation, he was represented by counsel at all times prior to dismissal of his case. Under these circumstances the

1

post-dismissal disciplinary action against a party's attorney is not sufficient grounds to revisit the dismissal under Rule 60. The Court express no opinion regarding Mr. Iwobi's possible remedy against his former attorney.

IT IS ORDERED that the motion for reconsideration is DENIED.

New Orleans, Louisiana, this 29th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:
Emmanuel Iwobi
22802 Willhanna Drive
Katy, TX 77449