IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | *  MDL No. 1657 <br> * <br> *  SECTION L <br> * <br> *  JUDGE ELDON E. FALLON <br> * |
| This document relates to: <br> *D.C. ex. rel. Kenneth Walker v. Merck & Company*, Civil Action No. 08-4148 | * <br> *  MAGISTRATE JUDGE KNOWLES <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF KENNETH WALKER'S MOTION FOR LEAVE TO AMEND
COMPLAINTS AND ULLR 7.6E CERTIFICATE**

Comes now Plaintiff Kenneth Walker, by and through the undersigned counsel, and moves this Honorable Court for leave to amend his original and amended complaints. Before the Court is Mr. Walker's claim, filed individually and in a representative capacity for the consumers of the District of Columbia, alleging that Merck engaged in deceptive trade practices regarding the sale of Vioxx to both himself and citizens of the District of Columbia in violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code § 28-3901, *et. seq.* Mr. Walker seeks leave to amend his prior pleadings to specifically adhere to the requirements imposed by Fed. R. Civ. R 23 to establish a class of consumers who purchased Vioxx in the District of Columbia. Merck will not suffer any prejudice as a result of this amendment as it has conceded that this action is a mass or class action in its remand papers. Mr. Walker urges the Court to grant this Motion. In further support of this Motion, Mr. Walker refers the Court to the attached Memorandum in Support of Plaintiff Kenneth Walker's Motion for Leave to Amend Complaints as well as to the proposed Second Amended and Restated Complaint, a copy of which is attached hereto.

In accordance with the provisions of ULLR 7.6E, undersigned counsel hereby certifies that counsel for Merck has been contacted for the purpose of seeking consent for the filing and granting of this Motion for Leave and that counsel has refused to consent.

DATED: March 5, 2012      /s/ H. Vincent McKnight
H. Vincent McKnight
vmcknight@mcknightandkennedy.com
MCKNIGHT & KENNEDY, LLC
8601 Georgia Avenue, Suite 1010
Silver Spring, MD 20910
(301) 565-5281

Elizabeth J. Cabraser
ecabraser@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Dawn M. Barrios (#2821)
barrios@bkc-law.com
BARRIOS KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: (504) 524-3300
Facsimile: (504) 524-3313

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of March 2012.

/s/ Dawn M. Barrios
Dawn M. Barrios