# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| This document relates to: | * | |
| *D.C. ex. rel. Kenneth Walker v.* | * | MAGISTRATE JUDGE KNOWLES |
| *Merck & Company*, Civil Action No. 08-4148 | * | |

**************************************************************************

## NOTICE OF SUBMISSION

TO:    John H. Beisner, Esq.
       Skadden, Arps, Slate, Meagher & Flom LLP
       1440 New York Avenue, N.W.
       Washington, D.C.  20005

**PLEASE TAKE NOTICE** that, pursuant to ULLR 7.2E, Plaintiff's Motion for Leave to Amend Complaints will be submitted for decision to the Honorable Eldon E. Fallon on March 28, 2012 at 9:00 a.m., or at some other date as may be set by the Court.

Dated: March 5, 2011                      Respectfully submitted,

   DATED:  March 5, 2012        /s/ H. Vincent McKnight_____
                                H. Vincent McKnight
                                vmcknight@mcknightandkennedy.com
                                MCKNIGHT & KENNEDY, LLC
                                8601 Georgia Avenue, Suite 1010
                                Silver Spring, MD 20910
                                (301) 565-5281

Elizabeth J. Cabraser
ecabraser@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Dawn M. Barrios (#2821)
barrios@bkc-law.com
BARRIOS KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone:  (504) 524-3300
Facsimile:   (504) 524-3313

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of March 2012.

        /s/ Dawn M. Barrios
        Dawn M. Barrios