IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 12-90002

MDL 1657

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 2 4 2012
LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

******************************************

KENTUCKY COMMONWEALTH, ex rel., Attorney General, Jack Conway,

Plaintiff-Respondent,

versus

MERCK SHARP & DOHME CORPORATION,

Defendant-Petitioner.

Motion for Leave To Appeal
Pursuant to 28 U.S.C. § 1453

Before DAVIS, SMITH, and PRADO, Circuit Judges.
PER CURIAM:

    IT IS ORDERED that the motion for leave to appeal pursuant to 28 U.S.C. § 1453 is DENIED.

A true copy
Attest FEB 2 4 2012
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 24, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 12-90002, In Re: Vioxx Prod Liability
    USDC No. 2:05-MD-1657
    USDC No. 2:10-CV-1115

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Angelique D. Batiste
Angelique D. Batiste, Deputy Clerk
504-310-7715

cc w/encl:
    Mr. John H. Beisner
    Mr. Jack Conway
    Mr. William Robert Garmer
    Mr. Todd E. Leatherman
    Mr. Douglas Marvin
    Mr. Donald Patrick McKenna
    Ms. Jessica Davidson Miller
    Mr. Matthew C. Minner
    Ms. Elizabeth Ungar Natter
    Mr. Scott A Powell
    Mr. Jerome Park Prather
    Mr. Brian M. Vines
    Ms. Dorothy Hudson Wimberly
    Mr. Phillip A. Wittmann
    Mr. Geoffrey M. Wyatt