READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING
## TRANSCRIPT ORDER

District Court: U.S. District Court MDL #1657
Eastern District of Louisiana

District Court Docket Number: 2:06-CV-01344

Short Case Title: In Re Vioxx

Court Reporter: Toni Sims-Bx

Date Notice of Appeal Filed by Clerk of District Court: 6-28-11

Court of Appeals #: 11-30347 (if available)

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☒ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: (check appropriate box)

Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| October 7, 2010 | | Fallon |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds; 28 USC §753(F)
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☒ Other Adkins v. E.I. DuPont de Nemours & Co, 335 U.S. 331 (1948)

Signature: Jamaal ali Bilal
Date Transcript Ordered: 2-24-12
Print Name: Jamaal Ali Bilal
Counsel for: Pro Se
Address: FCCC, 13619 S.E. Hwy 70, Arcadia, FL 34266
Telephone: (263) 491-4800

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify) _____

Date _____ Signature of Court Reporter _____ Telephone _____
Address of Court Reporter: _____
* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.
Process ___
X Dktd ___
CtRmDep ___
Actual Number of Pages _____ Actual Number of Volumes DocNo _____

Date _____ Signature of Court Reporter _____

DKT-13 (5/96)

**Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I**

**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

## TRANSCRIPT ORDER

District Court: United States District Court MDL 1657 Eastern District of Louisiana
District Court Docket Number: 2:06-cv-02364
Short Case Title: In re Vioxx
Court Reporter: Toni Tusa
Date Notice of Appeal Filed by Clerk of District Court: 6/23/11
Court of Appeals #: 11-9126-397 (If Available)

### PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete one of the following:**
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☒ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: (check appropriate box)
  - Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  - Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  - Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| July 27, 2011 | | Fallon |

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds; 28 USC §753(f)
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☒ Other: Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331 (1948)

Signature: Jamaal Ali Bilal
Date Transcript Ordered: 2-24-12
Print Name: Jamaal Ali Bilal
Counsel for: Pro Se
Address: FCCC, 13619 S.E. Hwy 70, Arcadia, FL 34266
Telephone: (863) 491-4200

ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

### PART II. COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify)

Date _____ Signature of Court Reporter _____ Telephone _____

Address of Court Reporter: _____
* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

### PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Court Reporter _____

DKT-13 (Rev. 6/88) Copy 6 – Appellant's Copy to be sent to the District Court upon completion of Part I

[Stamps: TENDERED FOR FILING FEB 29 2012 U.S. DISTRICT COURT Eastern District of Louisiana Deputy Clerk; LORETTA G. WHYTE CLERK]

**District Court** United States District Court MDL 1657  
**District Court Docket Number** 2:06-cv-02364  
**Short Case Title** In re Vioxx  
**Court Reporter** Cathy Penner  
**Date Notice of Appeal Filed by Clerk of District Court** 6/2/11  
**Court of Appeals #** 11-31233

2012 FEB 29 PM 1:06  
LORETTA G. WHYTE  
CLERK

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☒ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: (check appropriate box)

  Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;  
  Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;  
  Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| June 3, 2010 | | Fallon |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds; 28 USC § 753(f)
- ☒ Other Askin v. E.I. DuPont de Nemours & Co., 335 U.S. 331 (1948)

**Signature** Jamaal Ali Bilal  
**Date Transcript Ordered** 2-24-12  
**Print Name** Jamaal Ali Bilal  
**Counsel for** Pro Se  
**Address** FCCC, 13619 SE Hwy 70, Arcadia, FL 34266  **Telephone** (863) 491-4800

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | 3/5/12 | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify) _____

_____ Date  _____ Signature of Court Reporter  _____ Telephone

Address of Court Reporter: _____

*Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages  _____ Actual Number of Volumes

_____ Date  _____ Signature of Court Reporter

DKT-13 (5/96)

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I