**MINUTE ENTRY**
**FALLON, J.**
**MARCH 1, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| ALL PENDING GOVERNMENT ACTION | : | JUDGE FALLON |
| CASES | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a telephone status conference was held with Judge Eldon E. Fallon. Counsel for Merck, representatives of the PSC participated, and counsel for the various Governmental Entities participated. At the conference, the parties discussed with the Court the status of various matters related to the remaining Government Actions. The parties indicated they are in the process of discussing a proposed scheduling order.

JS10(00:15)