UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx<br><br>PRODUCTS LIABILITY<br>LITIGATION<br><br>*This document relates to*<br><br>*Escamilla, Rosie v. Merck & Co, Inc.*<br>**2:08-cv-03573-EEF-DEK**<br><br>Defendants. | MDL Case No. 1657<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES<br><br>SUPPLEMENTAL DECLARATION OF SWAMINATHA B. GURUDEVAN, M.D., FACC |

### SUPPLEMENTAL DECLARATION OF

### SWAMINATHA V. GURUDEVAN, M.D. FACC

Re: Robert Escamilla

I, Swaminatha Gurudevan, M.D., FACC, declare as follows:

1.  I am a physician licensed to practice medicine in the State of California since 1998. I have been board certified in Internal Medicine since 2011. I received subspecialty certification in Cardiovascular Diseases in 2005. I also received certification in Cardiovascular CT in 2007 and Comprehensive Adult Echocardiography in 2008.

///

2. I earned a Bachelor of Science degree in 1993 and a Master of Science degree in 1994 from Stanford University. I completed medical school at New York Medical College, earning a medical degree in 1998. Continuing my training, I completed an Internal Medicine Residency in 2001 at University of California, San Diego (UCSD). In 2005, I completed a Cardiovascular Disease Fellowship at UCSD. I completed my formalized medical training from 2005 to 2006 with a Cardiac CT Mini-Fellowship at Harbor-UCLA Medical Center.

3. I am currently an Assistant Professor of Clinical Medicine at the UCLA David Geffen School of Medicine and serve as a full-time staff cardiologist in the cardiac noninvasive laboratory at Cedars-Sinai Medical Center.

4. My medical practice involves direct clinical care and treatment of patients suffering from cardiovascular diseases, including myocardial infraction (MI) and sudden cardiac death (SCD).

5. I have multiple scientific publications in professional medical journals to my credit and I have served as the principal and sub-investigator on several research trials.

6. I maintain memberships in many professional societies including the American College of Cardiology, American Heart Association, American Society of Echocardiography and Society for Cardiovascular CT.

7. For the purposes of forming my expert opinions regarding Robert Escamilla's medical condition on or about 3/1/07, I reviewed the salient portions of his medical chart including his prior medical records, prior laboratory records and the 911 summary report from the City of Alhambra. I also reviewed the sworn depositions from Alfonso Ahumada and Jeffrey Pickfort, who were bystanders that performed CPR and witnessed the events leading up to his cardiac. Arrest. I also reviewed the worn deposition of Wen-Chen Chung, MD who is Mr. Escamilla's primary care physician.

Mr. Escamilla was a 50-year-old man with a past medical history of hypertension and hyperlipidemia who was employed as a troubleman with Southern California Edison. He had a longstanding history of lumbosacral disc disease and chronic low back pain for which he took rofecoxib (Vioxx). On the morning of 3/1/07, while working, he developed 2 episodes of prolonged chest pain lasting 45 to 60 minutes requiring him to stop work and sit down to rest. He had no prior

SUPPLEMENTAL DECLARATION OF SWAMINATHA B. GURUDEVAN, M.D., FACC

episodes of chest pain on earlier days and his chest pain continued while he was resting. While his co-workers were making arrangements to take him to a hospital for medical attention, he suddenly lost consciousness and was found to be both pulseless and apneic. CPR was started by two of his co-workers (Jeffrey Brown and Alfonso Ahumada) and 911 was called. Upon arrival, the emergency medical services crew connected a defibrillator to Mr. Escamilla, which revealed ventricular fibrillation. Mr. Escamilla was then given a 360J countershock using the defibrillator as well as 2 mg of IV epinephrine and 1 mg of IV atropine. His rhythm then converted to asystole and despite prolonged attempts at CPR while en route to the hospital, he passed away and was pronounced dead at the Emergency Department at San Gabriel Valley Medical Center. In summary, Mr. Escamilla had two significant risk factors for coronary artery disease (hypertension and hyperlipidemia) and had two episode of chest discomfort followed by an acute cardiopulmonary arrest. Based upon my review of Mr. Escamilla's relevant medical records, as well as based upon my training education and experience, I am of the opinion that Mr. Escamilla suffered an acute myocardial infarction on 3/1/2007 that was complicated by ventricular fibrillation and sudden cardiac death.

8. The most common cause of ventricular fibrillation arrest in the United States today is plaque rupture leading to coronary thrombosis and acute myocardial infraction. It is further my opinion that Mr. Escamilla, to a reasonable degree of medical probability, suffered acute myocardial infarction because of his risk factors including hypertension, hyperlipidemia, and ongoing use of rofecoxib (Vioxx) for long standing history of lumbosacral disc disease and chronic low back pain. Based on my education, training, and experience, and based on my review of medical literature, use of rofecoxib (Vioxx) increases risk of coronary events in at-risk patients, including increased risk of myocardial infarction, cardiopulmonary arrest and sudden cardiac death. The use of rofecoxib
///

(Vioxx), *particularly in combination* with Mr. Escamilla's other significant risk factors, to a reasonable degree of medical probability, ultimately caused him to have acute myocardial infarction which then resulted in acute cardiopulmonary arrest and his subsequent death.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this __2nd__ day of March, 2012, at __2:00 PM__

*[signature]*
SWAMINATHA GURUDEVAN, M.D.
Declarant

## CERTIFICATE OF SERVICE

I also hereby certify that the above and foregoing **SUPPLEMENTAL DECLARATION OF SWAMINATHA V. GURUDEVAN, M.D., FACC;** has been served on Defendants' Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of March, 2012.

/s/ *Gary L. Chambers*
GARY L. CHAMBERS
CHAMBERS, NORONHA & KUBOTA
2070 N. Tustin Avenue
Santa Ana, CA 92705
Phone: 714/558-1400
Fax:    714/558-0885
chambers102@msn.com

Attorney for Plaintiff Escamilla