# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL Case No. 1657 |
| | SECTION L |
| PRODUCTS LIABILITY | JUDGE FALLON |
| LITIGATION | MAGISTRATE JUDGE KNOWLES |
| *This document relates to* | [PROPOSED] ORDER |
| *Escamilla, Rosie v. Merck & Co., Inc.* | Hearing: March 14, 2012 |
| **2:08-cv-03573-EEF-DEK** | Time: 9:00 a.m. |

The Motion for Summary Judgment of Defendant, MERCK, SHARP & DOHME, came on for hearing on March 14, 2012, at 9:00 a.m. in the above entitled Court. The parties appeared by and through their attorneys of record.

After careful consideration, the Court denies the Motion for Summary Judgment, having found there to be a genuine dispute as to causation.

It is ordered that the Motion for Summary Judgment is denied.

_____

JUDGE FALLON, *Presiding*

-1-
[PROPOSED] ORDER

## CERTIFICATE OF SERVICE

I also hereby certify that the above and foregoing [PROPOSED] ORDER; has been served on Defendants' Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of March, 2012.

/s/ *Gary L. Chambers*
GARY L. CHAMBERS
CHAMBERS, NORONHA & KUBOTA
2070 N. Tustin Avenue
Santa Ana, CA 92705
Phone: 714/558-1400
Fax:    714/558-0885
chambers102@msn.com

Attorney for Plaintiff Escamilla