MINUTE ENTRY
FALLON, J.
MARCH 6, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| *District of Columbia ex rel. Kenneth* : | JUDGE FALLON |
| *Walker v. Merck & Co.*, No. 08-4148: : | MAG. JUDGE KNOWLES |
| : | |

On this date, a telephone status conference was held with Judge Eldon E. Fallon. Andy Birchfield, Elizabeth Cabraser, and Leonard Davis participated on behalf of the PSC. Dawn Barrios participated as State-Federal Liaison Counsel. John Beisner and Geoff Wyatt participated on behalf of Merck. Vince McKnight participated on behalf of Kenneth Walker. The parties discussed scheduling of various motions pending with respect to this matter.

IT IS ORDERED that oral argument on Merck's Motion for Judgment on the Pleadings (Rec. Doc. 63656), currently scheduled for Wednesday, March 14, 2012 at 9:00 a.m., is CONTINUED, to be rescheduled at a later date if necessary.

IT IS FURTHER ORDERED that oral argument on Plaintiff's Motion for Leave to Amend Complaints (Rec. Doc. 63713) will be heard on Wednesday, March 21, 2012 at 8:30 a.m. Oral argument on this matter can be heard telephonically at the parties' request.

JS10(00:11)