# EXHIBIT A

| | |
|---|---|
| **David Agard, et al., v. Merck & Co.** | **Case No.: 2:05-cv-01089 (Agard, Henderson)** |
| **Adnan Aljibory, et al., v. Merck & Co.** | **Case No.: 2:05-cv-01090 (Santacrose, Bozich)** |
| **Matthew Cavallo, et al., v. Merck & Co.** | **Case No.: 2:05-cv-01513** |
| **Lori Dufresne v. Merck & Co.** | **Case No.: 2:08-cv-3220** |
| **Marjorie Connolly, et al., v. Merck & Co.** | **Case No.: 2:06-cv-02708 (Curtis) (Hia)(Hoyt)** |
| **Marilyn F. Core, et al. v. Merck & Co.** | **Case No.: 2:05-cv-02583** |
| **Carlo Devincentiis, et al., v. Merck & Co.** | **Case No.: 2:05-cv-02297 (Pratt)** |
| **Robert D. Gates, et al., v. Merck & Co.** | **Case No.: 2:05-cv-06221 (Berthel)** |
| **James Spencer Oakley v. Merck & Co.** | **Case No.: 05-cv-5912** |
| **Anthony Orioles et al., v. Merck & Co.** | **Case No.: 2:09-cv-3612** |
| **Ronald Quackenbush, Sr., v. Merck & Co.** | **Case No.: 2:10-cv-04506** |
| **Mary Kurtz v. Merck & Co.** | **Case No.: 2:06-cv-05779** |