READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

# TRANSCRIPT ORDER

District Court: Eastern District Louisiana MDL 1657
United States District Court Eastern District

District Court Docket Number: 05-MDL-1657-L(3)

Short Case Title: In re Vioxx

Court Reporter: ___

Date Notice of Appeal Filed by Clerk of District Court: 2-7-12

Court of Appeals #: 11-30349
(If Available)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR -7 2012
LORETTA G. WHYTE
CLERK

U.S. COURT OF APPEALS
RECEIVED
FEB 23 2012
FIFTH CIRCUIT

**PART I.** (To be completed by party ordering transcript. Appellant to place order with court reporter after satisfactory financial arrangements have been made.)

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: (check appropriate box)

Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐
Closing argument of plaintiff ☐ defendant ☐ Opinion of court ☐
Jury instructions ☐; Sentencing ☐; Bail hearing ☐

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 1) 11/8/2010 9:00 a.m. Infront Judge Fallon | | Fallon |
| 2) Transcript of monthly status conferences 6/3/2010; 7/29/2010; 9/23/2010; 10/21/2010; 11/18/2010 | | |
| 3) I need docket # 5625 order denying # 5604 7/15/2010 | | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☒ U.S. Government Funds; 28 U.S.C. §753(f)
- ☒ Other: Atkins v. E.T. Dutch Jackson, 435 US 331 (1948)

See also July 20, 2010 order of Judge Ed Carnes, U.S. 11thCir (attached)

Signature: Ismael Ali Bilal
Print Name: Ismael Ali Bilal
Address: FCCC, 13619 SE Hwy 70, Arcadia FL 34266

Date Transcript Ordered: 2/7/12
Counsel for: Pro Se
Telephone: (863) 491-4200

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify) _____

Date _____ Signature of Court Reporter _____ Telephone _____
Address of Court Reporter: _____
* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Court Reporter _____

Fee ___
Process ___
X Dkld ___
X CtRmDep ___
Doc. No. ___

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I

Jamaal ali Bilal 990124
Florida Civil Commitment Center
13619 S.E. Hwy 70
Arcadia, FL 34266

Legal Mail

United States District Court
Eastern District of Louisiana
Clerk of Court
New Orle

NIXIE 708 4E 1 86 02/11/12

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 34265786119 *0501-09540-08-34