UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO: 08-03573,** *Rosie Escamilla, et al. v. Merck & Co., Inc.***;
05-04991,** *Melvin Cormier, et al. v. Merck & Co., Inc.***, ONLY AS TO Cheryl Kuykendall**

## ORDER

The Court has pending before it motions for summary judgment regarding the above-named Plaintiffs (Rec. Docs. 63662, 63674). The motions are noticed for Wednesday, March 14, 2012. The Court does not require oral argument on these motions, and accordingly they will be taken under submission WITHOUT ORAL ARGUMENT on March 14, 2012.

New Orleans, Louisiana, this 7th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

1