UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *District of Columbia, ex rel Kenneth* | * | **KNOWLES** |
| *Walker v. Merck & Co., Inc.* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# ORDER

Considering the foregoing Motion for Leave to File Defendant Merck & Co., Inc.'s Reply Support of its Motion for Judgment on the Pleadings,

**IT IS ORDERED** that the motion is granted and Merck & Co., Inc. be and it hereby is granted leave to file its reply memorandum.

**NEW ORLEANS,** this \_\_\_\_ day of March, 2012.

_____
**DISTRICT JUDGE**

1087220v.1