UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *District of Columbia, ex rel Kenneth Walker v. Merck & Co., Inc.* | * | |
| | * | |

*************************************************************************

# ORDER

Considering the foregoing Motion for Leave to File Defendant Merck & Co., Inc.'s Reply Support of its Motion for Judgment on the Pleadings,

**IT IS ORDERED** that the motion is granted and Merck & Co., Inc. be and it hereby is granted leave to file its reply memorandum.

**NEW ORLEANS,** this 12th day of March, 2012.

_____
**DISTRICT JUDGE**