**MINUTE ENTRY**
**FALLON, J.**
**MARCH 13, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| PENDING VTE CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

    On this date, a telephone status conference was held with Judge Eldon E. Fallon.  Russ Herman, Chris Seeger, Leonard Davis, Ann Oldfather, Doug Marvin, and Ben Barnett participated.  The parties discussed the status of efforts to exchange discovery materials relevant to the VTE cases subject to Merck's pending motion for summary judgment.

    IT IS ORDERED that a telephone status conference on this matter shall be held on Tuesday, March 20, 2012 at 10:00 a.m. CST.  The Court will circulate the call-in information.

JS10(00:18)