UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                              |   |                      |
|----------------------------------------------|---|----------------------|
|                                              | : | MDL NO. 1657         |
| IN RE: VIOXX                                 | : |                      |
|     PRODUCTS LIABILITY LITIGATION            | : | SECTION: L           |
|                                              | : |                      |
|                                              | : | JUDGE FALLON         |
|                                              | : | MAG. JUDGE KNOWLES   |
| ................................................ | : |                 |

**THIS DOCUMENT RELATES TO: CASE NO. 10-1115**

## ORDER

On January 3, 2012, the Court granted the Commonwealth of Kentucky's motion to remand (Rec. Doc. 63613). In that Order and Reasons, the Court stayed the remand pending a potential appeal to the Fifth Circuit Court of Appeals. The Fifth Circuit has now denied Merck's motion for leave to appeal. (Rec. Doc. 63715). Accordingly, the remand shall now be given effect.

IT IS ORDERED that this case be remanded to the Circuit Court of Franklin County, Commonwealth of Kentucky.

New Orleans, Louisiana, this 20th day of March 2012.

_____
UNITED STATES DISTRICT JUDGE