UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: VIOXX® PRODUCTS LIABILITY LITIGATION

This document relates to:

**RUTH JENKINS,** *et al.*

v.

**MERCK & CO., INC.**

*Only with regard to:*

*Plaintiff James R. Haynes*

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:05-cv-04054

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff James R. Haynes in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 20th day of March, 2012.

_____
DISTRICT JUDGE