MINUTE ENTRY
FALLON, J.
MARCH 20, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| PENDING VTE CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a telephone status conference was held with Judge Eldon E. Fallon. Russ Herman, Andy Birchfield, Leonard Davis, Ann Oldfather, Megan Hastings, Doug Marvin, and Elaine Horn participated. The parties discussed the status of efforts to exchange discovery materials relevant to the VTE cases subject to Merck's pending motion for summary judgment. The parties reported progress.

IT IS ORDERED that counsel will submit to the Court a joint proposed protective order governing use of the discovery materials, consistent with the matters discussed at the conference.

IT IS FURTHER ORDERED that a telephone status conference on this matter shall be held on Tuesday, March 27, 2012 at 10:00 a.m. CST. The Court will circulate the call-in information.

JS10(00:25)