MINUTE ENTRY
FALLON, J.
MARCH 21, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO. 05-MD-1657<br><br>SECTION: L |

**This document relates to: 08-4148**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:  Russ Herman, Esq., Elizabeth Cabraser, Esq., Vince McKnight, Esq.,
Leonard Davis, Esq. and Dawn Barrios, Esq., for plaintiffs
Jeff Wyatt, Esq. for Merck

Motion of Plaintiff, Kenneth Walker, for leave to amend complaints under LR 7.6E (63713) - Argument - Matter TAKEN UNDER SUBMISSION

JS10:    : 38