IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
|  | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: *All Settled Third-Party-Payor and Personal-Injury Claims Involving Missouri Vioxx Users* | ) | |

### DEFENDANT'S MOTION TO ENJOIN MISSOURI PLAINTIFFS MARY PLUBELL AND TED IVEY FROM PURSUING RELIEF FOR VIOXX EXPENDITURES ALREADY SUBJECT TO SETTLEMENTS

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully requests that the Court issue an order enjoining Mary Plubell and Ted Ivey, the class representatives in *Plubell v. Merck & Co., Inc.*, No. 04CV235817-01 (Mo. Cir. Ct.), from seeking to recover money spent on Vioxx purchases in the State of Missouri by personal injury ("PI") plaintiffs and third-party payors ("TPPs") who have settled with Merck and released the Company from any further liability with respect to Vioxx.

As set forth in the accompanying memorandum, such relief is appropriate for two reasons. ***First***, an order enjoining the Missouri plaintiffs from seeking to recover purported economic-loss damages based on payments for Vioxx by PI and TPP claimants who have settled their cases with Merck would aid this Court's jurisdiction. ***Second***, such an order would serve to protect and effectuate the judgments of this Court that are embodied in the thousands of stipulations of dismissal that were filed to give effect to the PI and TPP settlements.

1088400v1

WHEREFORE, the Court should enter an Order enjoining plaintiffs Mary Plubell and Ted Ivey from pursuing relief with respect to Vioxx expenditures made by PI claimants and TPPs that have already settled with Merck. Alternatively, the Court should enter an Order enjoining the state-court proceedings to the extent the Missouri plaintiffs seek such relief.

Dated: March 22, 2012

                                         Respectfully submitted,

                                         s/ *Dorothy H. Wimberly*_____
                                         Phillip A. Wittmann, 13625
                                         Dorothy H. Wimberly, 18509
                                         STONE PIGMAN WALTHER
                                         WITTMANN L.L.C.
                                         546 Carondelet Street
                                         New Orleans, LA 70130

                                         Douglas R. Marvin
                                         WILLIAMS & CONNOLLY LLP
                                         725 Twelfth St., N.W.
                                         Washington, DC 20005
                                         John H. Beisner
                                         Jessica Davidson Miller
                                         Geoffrey M. Wyatt
                                         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                         1440 New York Avenue, N.W.
                                         Washington, DC 20005

                                         ATTORNEYS FOR MERCK SHARP & DOHME CORP.

1088400v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Defendant's Motion To Enjoin Missouri Plaintiffs Mary Plubell and Ted Ivey from Pursuing Relief for Vioxx Expenditures Already Subject to Settlements* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of March, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel