EXHIBIT 5



Fincham

EXHIBIT NO. 3
12-1-11
Metropolitan
COURT REPORTER

**Mary Plubell & Ted Ivy v. Merck & Co., Inc.**

**Jack E. Fincham, Ph.D.**

**December 1, 2011**

I will testify and offer opinions about Missouri consumers' damages as a result of their purchases of Vioxx.  I will also testify and offer opinions about certain aspects of Merck's advertising, promotion, marketing, and sales of Vioxx.  Documents and materials that inform and support my opinions include, but are not limited to, the following:

- ○ **DAMAGES**

  - MAI 4.03 ("If you find in favor of Plaintiffs, then you must award Plaintiffs such sum as you believe was the difference between the actual value of Vioxx [during the time period] it was sold to Plaintiffs and what Vioxx's value would have been [during that time period] had Vioxx been as represented by Defendant Merck.")

    - ○ See also Plubell Court of Appeals decision dated May 12, 2009

  - Value "as represented" – value "as is" = damages

- ○ **VIOXX "AS REPRESENTED"**

  - Value "as represented" may be based on the market price of Vioxx as it was represented by Merck

    - ○ CV safety
    - ○ Superior pain relief
    - ○ Superior GI safety

  - Conservatively, the value "as represented" = the price paid by Missouri consumers for Vioxx

  - "As represented" value calculation

    - ○ Merck's "rules of thumb" for determining the retail price for Vioxx

      - ▫ Retail price = AWP – (12% - 18% discount) + (dispensing fee)
        - ○ AWP = WAC + (20% - 25% increase)
        - ○ Dispensing fee per prescription = $1.50 to $2.25

- ▫ Shepherd deposition, pp. 143-145, 158-59, 163, 171-172

o Prescriptions filled in Missouri hospitals, non-retail pharmacies, federal, state, city-owned institutions, county-owned institutions, alternative care institutions, physician clinic institutions, etc. are typically not included in IMS Xponent

- ▫ Moore deposition, pp. 279-293, 414-430

o Methodology

- ▫ (A) Pull numbers from IMS Exponent Missouri data (Total Quantity (i.e. pills)) by each mg dosage and organize by the following time periods: 12.5mg/25mg/50 mg for 5/99 - 10/00; 12.5mg/25mg/50mg for 11/00 – 7/01; 12.5mg/25mg/50mg for 8/01 – 8/02; 12.5mg/25mg/50mg for 9/02 – 5/03; 12.5mg/25mg/50mg for 6/03 – 3/04; 12.5mg/25mg/50mg for 4/04 – 10/04;
- ▫ (B) Take total number for each mg dosage for each relevant time period noted above and then multiply by the WAC price for each relevant time period (Dep. Ex. 158) (this will give you the total WAC price for all mg pills purchased in Missouri);
- ▫ (C) Take total WAC price for all mg pills purchased in Missouri and multiply by 20-25% mark up for each to get a total AWP for all mg pills purchased in Missouri;
- ▫ (D) Take the total AWP price for all mg purchased in Missouri and deduct by a range of 12-18% for each mg to get a total Retail Cost for each mg pill purchased in Missouri;
- ▫ (E) Separately, take the IMS Exponent Missouri data (Total Prescriptions OS – Product Code 552) and organize by the following time periods: 5/99 - 10/00; 11/00 – 7/01; 8/01 – 8/02; 9/02 – 5/03; 6/03 – 3/04; 4/04 – 10/04;
- ▫ (F) Take the OS WAC pricing for each relevant time period (Dep. Ex. 153 pricing guides) and multiply the Total Prescriptions of OS during each relevant time period to get the Total WAC price for all mg OS purchased in Missouri;
- ▫ (G) Take total WAC price for all mg OS purchased in Missouri and multiply by 20-25% mark up for each to get a total AWP for all mg OS purchased in Missouri;
- ▫ (H) Take the total AWP price for all mg OS purchased in Missouri and deduct by a range of 12-18% for each mg to get a total Retail Cost for each mg OS purchased in Missouri;

2

- (I) Separately, take the total prescriptions for Vioxx in Missouri and multiply by 1.50 – 2.25 per prescription – this will give you the total amount of dispensing fees charged in the state of Missouri;
- (J) Add (D) The Total Retail Cost for each mg pill in Missouri + (H) The total Retail Cost for all mg OS purchased in Missouri + (I) the Total Dispensing Fees in Missouri to get the Total Retail Cost charged in the state of Missouri for Vioxx;
- (K) Separately, look to Dep. Ex 52 and 53 and add up the total amount of sales to Missouri Hospitals, Missouri Long Term Care Facilities, Missouri Alternative Care Facilities, and federal, state and city owned institutions and facilities (these entities and their sales to Missouri customers are not tracked and included in IMS – accordingly, simply add all of these total numbers together);
- (L) Add (J) Total Retail Cost charged in the State of Missouri by pharmacies to (K) Total Cost charged to Missouri Hospitals, Missouri Long Term Care Facilities, Alternative Care Facilities, and federal, state and city institutions and facilities to get a total sales number for all Vioxx purchased in Missouri.

  - See <u>Exhibit A</u> for calculations

- The value "as represented" (CV safety, superior pain relief, and superior GI safety) is conservatively valued between $197,380,715.79 and $220,668,675.50

- The value "as represented" is conservative for several reasons, including, but not limited to:

  - The 20% markup from WAC price is less than the 25% markup that major publishers of prescription drug pricing in the U.S. (First Databank and McKesson) were publishing during that time
  - The 12 - 18% markdown from AWP is a greater markdown than may have been present during the time period
  - The $1.50 to $2.25 dispensing fee per prescription is significantly lower than was generally charged by retail pharmacies during the time period
  - $12 million worth of Vioxx purchased through "closed pharmacies" at the institutional level is significantly lower

than the likely and reasonable sales from such entities in the State of Missouri during the time period
- Merck could have charged much more for the Vioxx "superstar" drug it represented

- Vioxx "as represented" – fantasy "superstar" drug

  o CV safety (including, but not limited to, the following)
    - See, e.g., Plubell Ex. 79, May 22, 2001 News Release ("Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx")
    - See, e.g., Plubell Ex. 78, Warning Letter
    - See, e.g., sample PMRD/ImpactRx verbatims
      o May 2000 PMRD (MRK-PLBAH0028455)
        o P. 8545 – "no increase risk of MI with Vioxx"
        o P. 8629 – "it is essentially equal to placebo"
      o May/June 2001 PMRD (MRK-AKC0002879)
        o P. 2902 – "Vioxx does not cause heart attacks"
      o 2/28/2003 ImpactRx (MRK-PLBAI0004684)
        o P. 4698 – "no cardiac issues"; "no cardiac effect"
      o 9/24/2004 ImpactRx (MRK-PLBAI0007005)
        o P. 7015 – "vioxx does not cause MI's"

  o Superior pain relief (including, but not limited to, the following)
    - See, e.g., Plubell Ex. 126, War Games For Vioxx, p.2 ("Substantiate unsurpassed (superior) efficacy story")
    - See, e.g., Plubell Ex. 11, Anstice Launch Speech, p.1 (Vioxx is a "superstar"); p.7 ("The strength of Vioxx is unsurpassed.")
    - See, e.g., Scientific Communication Plan for Vioxx (MRK-ABO257) ("Regain the offensive by shifting physicians' focus back to the superior pain relief and superior safety provided by VIOXX.")
    - See, e.g., 2002 Profit Plan (MRK-AAO0000127), p.2 ("Continue to Build Superior Pain Relief Image")
    - See, e.g., Dorothy Hammill ads
    - See, e.g., sample PMRD/ImpactRx verbatims
      o September 1999 PMRD (MRK-PLBAH14536)
        o P. 14748 – "greater pain relief for pain"
      o December 1999 – January 2000 PMRD (MRK-PLBAH0003170)
        o P. 3265 – "best pain relief"
      o March 2000 PMRD (MRK-PLBAH19614)
        o P. 19857 – "better pain relief"; "better pain control"
      o January 2002 PMRD (MRK-PLBAH24854)

4

- - - - P. 24881 – "best nsaid for pain relief"
  - - March 2003 ImpactRx (MRK-PLBAI4676)
    - - P. 4680 – "superior pain relief"

- - Superior GI safety (including, but not limited to, the following)
  - See, e.g., 2001 A&A WBST Management Committee Briefing, p. 4 (MRK-ABW0018150) (Key Drivers of Business; "opportunities" include "superior GI image")
  - See, e.g., Plubell Ex. 78, Warning Letter
  - See, e.g., sample PMRD/ImpactRx verbatims
    - July 1999 PMRD (MRK-PLBAH5545)
      - P. 5645 – "easy on the stomach"; "GI safe"
      - P. 5794 – "it has fewer GI effects than placebo"
    - January 2000 PMRD (MRK-PLBAH3170)
      - P. 3263 – "very effective with no GI side effects"; "no GI side effects"; "essentially no GI effects"; "safety – no GI side effects"
    - February 2001 PMRD (MRK-PLBAH1839)
      - P. 2084 – "superior GI safety"
    - February 2003 ImpactRx (MRK-PLBAI4603)
      - P. 4607 – "proven safest in GI use"

- VIOXX "AS IS" – THE ACTUAL DRUG MERCK SOLD

  - Deadly CV risk (including, but not limited to, the following)
    - See, e.g., Madigan Ex. 2, Madigan PowerPoint
    - See, e.g., VIGOR publication (MRK-Reicin8A)
    - See, e.g., Plubell Ex. 78, Warning Letter
    - See, e.g., Plubell Ex. 127, APPROVe CV Safety Report, p.8
    - See, e.g., September 30, 2004 News Release ("Merck Announces Voluntary Worldwide Withdrawal of Vioxx")

  - Same pain relief (including, but not limited to, the following)
    - See, e.g., Cannon paper (MRK-ABY4604-4610), p.11S ("the clinical efficacy of rofecoxib and celecoxib is similar to, but not greater than, the therapeutic effects of currently available NSAIDs.")
    - See, e.g., Plubell Ex. 138 (NSAID + PPI provides same pain relief and GI benefit as Vioxx.)
    - See, e.g., Plubell Ex. 33, Reicin Witness Statement, paragraphs 33, 55 (Vioxx provides "same pain relief as traditionally NSAIDs"; "comparable efficacy to other NSAIDs in the relief of pain and inflammation")

- Severe and deadly GI risk (including, but not limited to, the following)
  - See, e.g., 1999 label, p.9 (MRK-PLBAA0006502-25)
  - See, e.g., April 2002 label, p.8 (MRK-NJ0094478-93)
  - See, e.g., Clinical Study Report, p. 32, table 44 (MRK-PLBAB0010723)
  - See, e.g., Plubell Ex. 78, Warning Letter
  - See, e.g., Graham, et al., Rofecoxib and Clinically Significant Upper and Lower Gastrointestinal Events, Nov. 2011, American Journal of the Medical Sciences.

- **SUMMARY OF DAMAGES CALCULATION**

  - No reasonable Missouri consumer would have purchased Vioxx "as is" if Vioxx "as represented" were available

  - Given the choice between Merck's "superstar" drug – Vioxx "as represented" – and Vioxx "as is," Missouri consumers would have paid $0 for Vioxx "as is"

  - $220,668,675.50 (value "as represented") – $0 (value "as is") = $220,668,675.50

- **OTHER FACTORS, INCLUDING SOME IDENTIFIED BY MERCK, CONFIRM THE DAMAGE TO MISSOURI CONSUMERS**

  - *Treating and preventing disease* (Shepherd deposition, p. 36)

    - Vioxx neither prevented nor treated arthritis
    - Vioxx was associated only with treating one symptom of arthritis, i.e., pain

  - *Reducing the risk of costly complications such as hospitalizations and surgery* (Shepherd deposition, p. 36)

    - Vioxx increased the risk of costly complications such as hospitalizations and surgery
    - Plubell Ex. 152, Hospitalization Cost Memo (MRK-ABY96739-96743), p. 4, table 2
    - WMPAA 2000 PowerPoint

- *Improving quality of life* (Shepherd deposition, p. 36)

    o Vioxx did not improve the quality of life
    o Plubell Ex. 150, Outcomes Research Support for Vioxx Pricing and Reimbursement PowerPoint (MRK-ABY33631-33652)

- *Risks outweigh benefits*

    o Merck withdrew Vioxx from the market – see, e.g., September 30, 2004 News Release ("Merck Announces Voluntary Worldwide Withdrawal of Vioxx")
    o FDA prevented any additional testing – see, e.g., October 2004 letter from FDA to Merck (MRK-AID7283)("there are unreasonable and significant risks of illness or injury to human subjects")
    o Safer alternatives existed, and Merck knew about at least one of them before the launch of Vioxx – see, e.g., Plubell Ex.138, 1995 Research

o ADVERTISING, PROMOTION, MARKETING, AND SALES

- Standards governing pharmaceutical marketing

    o Merck – Drug Regulations: The Essentials (MRK-PLBAC0024224-99) (e.g., p. 44 – Merck's statement of "General Principles of Promotion")
    o Plubell Ex. 10, Prescription Drugs and Mass Media Advertising) (e.g., p.14 – "What Are the Rules?")
    o Plubell Ex. 19, PhRMA Code on Interactions with Healthcare Professionals
    o Missouri Revised Statutes §§ 407.020, 407.025
    o Missouri Regulations, 15 CSR 60-7 through 60-9

- FDA believed that Merck had a pattern and practice of promoting its products in a false and misleading manner

    o Pattern and practice – other drugs

        ▫ January 16, 1997 DDMAC letter re: Zocor
        ▫ Plubell Ex. 106 (February 21, 1997 DDMAC letter re: Trusopt)
        ▫ MRK-Anstice-0169 (March 14, 1997 DDMAC letter re: Prinivil)
        ▫ April 14, 1997 DDMAC letter re: Fosamax
        ▫ MRK-Anstice-0173 (July 2, 1997 DDMAC letter re: Zocor)

7

- MRK-Anstice-0172 (July 2, 1997 DDMAC letter re: Fosamax)
- August 6, 1997 DDMAC letter re: Fosamax
- MRK-Anstice-0175 (August 26, 1997 DDMAC letter re: Coumadin)
- September 22, 1997 DDMAC letter re: Zocor
- MRK-Anstice-0174 (October 20, 1997 DDMAC letter re: Cozaar and Hyzaar)
- January 26, 1998 DDMAC letter re: Zocor
- MRK-Anstice-0178 (April 1, 1998 DDMAC letter re: Propecia)
- MRK-Anstice-0179 (April 23, 1998 DDMAC letter re: Cosopt)
- May 11, 1998 DDMAC letter re: Aggrastat
- MRK-Anstice-0181 (June 4, 1998 DDMAC letter re: Cozaar and Hyzaar)
- **Plubell Ex. 105 (June 16, 1998 DDMAC Warning Letter re: five drugs)** ("continuing pattern and practice of widespread corporate behavior to avoid compliance with the regulations concerning the disclosure of risk information")
- July 13, 1998 DDMAC letter re: Singulair
- MRK-Anstice-0183 (July 30, 1998 DDMAC letter re: Propecia)
- MRK-Anstice-0184 (August 20, 1998 DDMAC letter re: Trusopt)
- MRK-Anstice-0185 (November 3, 1998 DDMAC letter re: Cosopt)
- MRK-Anstice-0186 (November 19, 1998 DDMCA letter re: Aggrastat)
- MRK-Anstice-0187 (December 22, 1998 DDMAC letter re: Cozaar and Hyzaar)
- July 2, 1999 DDMAC letter re: Crixivan
- June 20, 2001 DDMAC letter re: Fosamax
- July 19, 2001 DDMAC letter re: Cancidas

o  Vioxx-specific warnings

- Plubell Ex. 81 (6/29/99 DDMAC letter re: Vioxx)
- MRK-PLBAB0010424-6 (7/16/99 DDMAC letter re: Vioxx and Fosamax)
- Plubell Ex. 82 (11/12/99 DDMAC letter re: Vioxx)
- Plubell Ex. 83 (12/1/99 DDMAC letter re: Vioxx)
- Plubell Ex. 104 (12/16/99 DDMAC letter re: Vioxx); and attached MRK-AAF0006965 ("Ten Reasons Why Vioxx is Better than Celebrex")

- MRK-ABI0002226-29 (5/12/00 letter from E. Westrick to DDMAC)
- MRK-PLBAB0010898-905 (9/15/00 letter from E. Westrick to DDMAC) ("Summary of Major Points of 9/14/00 Teleconference to Discuss 8/29/00 Television Broadcast of 'Larry King Live' Program")
- MRK-AAF0007786-87 (12/12/00 DDMAC letter re: Vioxx)
- Plubell Exhibit 79 (5/22/01 press release) ("Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx")
- Plubell Ex. 78 (9/17/01 Warning Letter)

  - DDMAC "has reviewed your promotional activities and materials and has concluded that they are false, lacking in fair balance, or otherwise misleading in violation of the Federal Food, Drug, And Cosmetic Act"
  - "You have engaged in a promotional campaign for Vioxx that minimizes the potentially serious cardiovascular findings that were observed in the Vioxx Gastrointestinal Outcomes Research (VIGOR) study, and thus, misrepresents the safety profile for Vioxx."
  - "Additionally, your claim in the press release that Vioxx has a 'favorable cardiovascular safety profile,' is simply incomprehensible, given the rate of MI and serious cardiovascular events compared to naproxen."
  - "You have also engaged in promotional activities that … make unsubstantiated superiority claims against other NSAIDs …"
  - "Due to the seriousness of these violations, and the fact that your violative promotion of Vioxx has continued despite our prior written notification regarding similar violations, we request that you provide a detailed response to the issues raised in this Warning Letter on or before October 1, 2001."

- Plubell Exhibit 80 (9/20/01 email from Santanello) ("That is one of the strongest Warning Letters I have ever read…")

○ Most egregious pattern and practice of deceptive marketing by a pharmaceutical company that I have seen in my 35 years as a pharmacist, academician, researcher, and consultant in the pharmaceutical area.

- Merck-Medco

  o Merck caused patients who had not been prescribed Vioxx by their doctors to switch to Vioxx without proper consultation by doctors or pharmacists

  o Merck-Medco's switch program was both unethical and breached Merck's duty to be truthful and fair and balanced in its communications with doctors and Missouri consumers

  o Plubell Ex. 126 (repeat) (War Games for Vioxx, June 23, 1998, Notes from General Session)
  o Plubell Ex. 211 – MRK-AIP0013053-158 (May 19, 1999 Business Plan Presentation) (e.g., p. 99 – "Incremental sales of $597MM")
  o Plubell Ex. 207 – MRK-EBDX0068243-45 (March 24, 1999 email from M. Hahn)
  o Plubell Ex. 210 – MRK-ACX0002478 (MVX re: Merck-Medco)
  o Plubell Ex. 123 (Request for Prescription Change)
  o Plubell Ex. 205 – MRK-EBBA0069659-73, p.2 (USHH Field Sales Guide to Merck-Medco)
  o MRK-AAR0008327 (Merck-Medco Detail Piece)
  o Plubell Ex. 226 – MRK-MFO0030195 (Merck-Medco Obstacle Resolution)
  o Plubell Ex. 219 – MRK-EBBA0032935-37 (September 21, 2000 email chain)
  o Plubell Ex. 216 – MRK-EBBA0032946-47 (October 10, 2000 email chain)
  o Plubell Ex. 217 – MRK-EBBA0032950-51 (October 20, 2000 email chain)
  o Plubell Ex. 218 – MRK-EBBA0032979-80 (November 29, 2000 email chain)
  o Plubell Ex. 224 – MRK-EBBA0033000-02 (January 19, 2001 email chain)
  o Plubell Ex. 223 – MRK-EBBA0033155-56 (July 31, 2001 email chain)
  o Plubell Ex. 220 – MRK-EBBA0033124-25 (June 21, 2001 email chain)
  o Plubell Ex. 221 – MRK-EBBA0032943-45 (October 2, 2000 email chain)
  o Plubell Ex. 222 – MRK-EBBA0033161-63 (August 17, 2001 email chain)
  o Plubell Ex. 225 – MRK-ACX0010785-91 (March 07, 2000 Competitive & Promotional Feedback) (e.g., p. 790 – Vioxx / Celebrex – Switch Campaign)

- Plubell Ex. 208 – MRK-ACW34795 (April 27, 2004 email re: NewsEdge Headlines for Vioxx) (pp. 797-99)
- Plubell Ex. 209 – MRK-EBDV0015719-21 (May 8, 2004 memorandum from Q. Kapadia re: Medco Settlement)

- The entire Merck Medco switch program violated Merck's mission statement and was nothing more than another avenue by which Merck thought it could drastically increase sales of its blockbuster drug

- **OLD MERCK VS. NEW MERCK**

  - Old Merck – Patients over Profits
    - George W. Merck – "We try never to forget that medicine is for the people. It is not for the profits." (Plubell Exhibit 55, Merck 1999 Annual Report)
    - Company-wide sales force of 2,400 in 1995. (Fincham & Wertheimer, Pharmacy and the U.S. Health Care System, Second Ed.)
    - Reputation in the industry
    - Marketing segregated from science (see, e.g., March 24, 2005 deposition of R. Gilmartin, pp. 59-60)

  - New Merck – Profits over Patients

    - Anstice launch speech - (Plubell Exhibit 11)
    - $160.8 million in DTC spending in 2000 alone (Plubell Exhibit 10, Prescription Drugs and Mass Media Advertising, p. 8)
      - more than any other prescription drug
      - more than spent on Pepsi, Budweiser and other well known consumer products
    - Vioxx sales force of 3,800 (Plubell Exhibit 11, Anstice launch speech)
    - Pattern and practice of misleading the public about its drugs
    - Business plans/financial analyses referenced in Alberti and Watson depositions; see, e.g., Plubell Ex. 109, Key Sensitivities Upside/Downside Sales Forecast

**This outline is based on the documents I have reviewed to date. The listings of documents are not exhaustive. I reserve the right to supplement my opinions based on future discovery and work.**