IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) | |
| *All Settled Third-Party-Payor and Personal-Injury Claims Involving Missouri Vioxx Users* | ) | |

**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO ENJOIN MISSOURI PLAINTIFFS MARY PLUBELL AND TED IVEY FROM PURSUING RELIEF FOR VIOXX EXPENDITURES ALREADY SUBJECT TO SETTLEMENTS**

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and the Missouri plaintiffs are hereby **ENJOINED** from seeking to recover money spent on Vioxx purchases in the State of Missouri by personal-injury plaintiffs and third-party payors that have settled their claims against Merck.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE