United States District Court for the District of

. EASTERN DISTRICT OF LOUISIANA

File Number _208 CV 01422_

| | | |
|---|---|---|
| EMMANUEL IWOBI | ) | MDL NO. 1657 |
| *Plaintiff,* | ) | JUDGE FALLON |
| v. | ) | Notice of Appeal |
| | | 08-1422 |
| MERCK & CO., INC | ) | |
| *Defendant.* | ) | |

*U. S. DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*
*FILED MAR 21 2012*
*LORETTA G. WHYTE*
*CLERK*

Notice is hereby given that EMMANUEL IWOBI, (plaintiffs) in the above-named case, hereby appeal to the United States Court of Appeals for the __FIFTH__ Circuit (from the final judgment) (from an order denying motion to reconsider and reinstate case) entered in this action on the _29th_ day of _February_, 2012.

/s/ *Emmanuel Iwobi*

EMMANUEL IWOBI,         *Pro Se*
22802 Willhanna Drive, Katy, TX 77449
cajun_tony@hotmail.com
713-398-8001

Attorneys for Defendant

| | | |
|---|---|---|
| Douglas R. Marvin (Lead Counsel) | Dorothy H. Wimberly | Plaintiffs Liaison Counsel |
| Williams & Connolly, LLP | Stone Pigman Walther Wittmann LLC | Russ M. Herman |
| 725 Twelfth St. NW | 546 Carondelet Street | Herman, Herman, Katz & Cotler |
| Washington, DC 2005 | New Orleans, Louisiana 70130 | 820 O'Keefe Avenue New Orleans, LA 70113 |

Certificate of service: defendants are served by their attorneys through U.S. Postal Service March 16, 2012.

TENDERED FOR FILING

MAR 21 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc. No. _____



Emmanuel Pwol
22502 Willhanna Dr
Katy Tx 77449

Clerk's Office
U.S. District Court
Eastern District of Louisiana
New Orleans, LA 70130