IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Vioxx** ) | MDL Docket No. 1657 |
| ) | |
| PRODUCTS LIABILITY ) | SECTION L |
| LITIGATION ) | |
| ) | Case No: ATL-L-2227-06 (NJ) |
| *This document relates to Merry* ) | |
| *DeLorenzo, as Personal* ) | JUDGE FALLON |
| *Representatives of the Estate of* ) | |
| *Clayton A. Dane, Jr. v. Merck & Co.,* ) | MAGISTRATE JUDGE KNOWLES |
| *Inc.* ) | |
| ) | |
| _____/ | |

## MOTION FOR RELEASE OF SETTLEMENT FUNDS

On behalf of Merry DeLorenzo, personal representative of the Estate of Clayton A. Dane, Jr., Lopez McHugh, LLP respectfully requests that the Court release settlement funds to Lopez McHugh, LLP and in support thereof state the following:

1. Plaintiff filed a claim on behalf of the Estate of Clayton Dane, Jr., enrolled in the Vioxx Settlement Program and received a Points Award.

2. Clayton Dane, Jr. left two children, Merry DeLorenzo and Clayton Dane, III as personal representatives of his Estate.

3. Clayton Dane, III refused to participate in the settlement process, including stating his refusal to sign the Release for Merck upon receiving notice that points had been awarded.

4. On August 11, 2011, this Court entered an Order giving certain identified plaintiffs, including Plaintiff in the instant matter, until September 16, 2011 to resolve any deficiencies and/or obstacles to payment or the Claims Administrator would deposit the settlement funds of those claims with the registry of this Court and tender releases and stipulations of dismissal to Merck.

5. With the assistance of outside counsel from New Jersey, Merry DeLorenzo had Clayton Dane, III removed as co-executor of the Estate on August 15, 2011. Counsel at Lopez McHugh forwarded the documents to the Claims Administrator on August 25, 2011 and explained that Ms. DeLorenzo had previously provided a signed Release. A copy of the letter to the Claims Administrator with the removal documents is attached hereto as Exhibit A.

6. On December 29, 2011 counsel at Lopez McHugh received notification from the Claims Administrator of an update regarding the case on behalf of the Estate of Clayton Dane, Jr., and the update reflected that a deficiency no longer existed and presumably had been cured.

7. Upon information and belief, Merry DeLorenzo is the sole executor of the Estate of Clayton Dane, Jr. and there remain no outstanding deficiencies and/or obstacles preventing payment of settlement funds out of the registry of this Honorable Court.

WHEREFORE, the undersigned counsel respectfully requests this Honorable Court enter an Order as proposed herein, releasing from the Court's registry the settlement funds due to the Estate of Clayton Dane, Jr.

Dated: 3/26/12

Respectfully Submitted,

**Lopez McHugh, LLP**

James J. McHugh, Jr.
Carrie R. Capouellez
1123 Admiral Peary Way
Quarters K
Philadelphia, PA 19112

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Motion for Release of Settlement Funds has been served on Liaison Counsel, Phillip Wittman, by electronic mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-trial Order No. 8B, and the foregoing Response was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accord with procedures established in MDL 1657.

Dated: 3/26/12

_____
Carrie R. Capouellez, Esquire