# Exhibit A

# LOPEZ McHUGH LLP
ATTORNEYS & COUNSELORS AT LAW

www.LopezMcHugh.com

CALIFORNIA · NEW JERSEY · PENNSYLVANIA

Carrie R. Capouellez
Member Pennsylvania Bar
ccapouellez@lopezmchugh.com

Reply To:
Philadelphia Office

August 25, 2011

**VIA UPS OVERNIGHT DELIVERY AND ELECTRONIC MAIL**
Claims Administrator
115 South 15th Street, Suite 400
Richmond, VA 23219

    Re:    Lopez McHugh, LLP Vioxx Settlement Enrollment Documents
             Claimant: Clayton Dane, Deceased
             VCN: 1092407

To Whom It May Concern:

    Enclosed please find a copy of the documents from the Burlington County Surrogate's Court removing Clayton Dane, III as co-administrator of the estate of Clayton Dane, Jr. As such, Merry DeLorenzo is solely and properly authorized to execute the Release in this matter. A completed Release was previously provided and payment of the above claim is now appropriate.

    If, after review, there remains a deficiency, please advise our office promptly as this case is subject to dismissal at Merck & Co. Inc.'s request. If you have any questions, please do not hesitate to contact our office at (215) 952-6910.

                      Yours very truly,

                      LOPEZ McHUGH, LLP

                      CARRIE R. CAPOUELLEZ

cc: David Smith, Esq. (via email)

100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
Phone (949) 737-1501 · Fax (949) 737-1504

712 East Main Street, Suite 2A
Moorestown, NJ 08057
Phone (856) 273-8500 · Fax (856) 273-8502

1123 Admiral Peary Way, Quarters K
Philadelphia, PA 19112
Phone (215) 952-6910 · Fax (215) 952-6914

## State of New Jersey

## Burlington County Surrogate's Court

Docket #  2004-0700

**EXECUTOR SHORT CERTIFICATE**

In the Matter of the Estate of     CLAYTON A DANE JR     , DECEASED

I, GEORGE T. KOTCH, Surrogate, do hereby certify that the last Will of the above named decedent late of the County of Burlington and State of New Jersey, was admitted to probate by the Surrogate of Burlington County on March 25, 2004, and Letters Testamentary were issued to CLAYTON A DANE III AND MERRY A DELORENZO; and the said CLAYTON A DANE III was removed on August 11, 2011;

Whereas, on August 11, 2011, the Superior Court of New Jersey, Chancery Division, Probate Part, Burlington County, did appoint MERRY DELORENZO, Executor who is duly authorized to take upon herself the administration of the estate of said testator in accordance with the Will and said Letters Testamentary have never been revoked and still remain in full force and effect.

WITNESS my hand and seal of office, this 15TH day of August 2011



Form3  6-2009

*George T. Kotch*

GEORGE T. KOTCH, Surrogate

# State of New Jersey

## Burlington County Surrogate's Court

Docket #   2004-0700

**AUTHORIZATION TO ACCEPT SERVICE OF PROCESS AND QUALIFICATION**

In the Matter of the Estate of  CLAYTON A DANE JR , DECEASED

I, MERRY A DE LORENZO

residing at  4 RIDGEMONT DRIVE   MARLTON, NJ 08053

State of New Jersey do hereby appoint GEORGE T. KOTCH, Surrogate of the County of Burlington, in the State of New Jersey, and his successors in office, my attorney, upon whom may be served all process affecting the aforesaid estate, or any interest therein, whereof I am the EXECUTOR-SUPERIOR COURT And I do further agree that any process against the aforesaid estate, so served, shall be of the same effect as if duly served upon me within the State, pursuant to the provisions of N.J.S.A. 3B:14-47: and furthermore, being duly sworn according to law, on oath, deposes and says, that he will exhibit into the Surrogate Court and the Superior Court of the County of Burlington when required by law a true and perfect inventory of all and singular the goods and chattels, rights and credits of said deceased that have or shall come to his knowledge and possession or to the possession of any other person for their use; that he will comply with the provisions of all State Laws concerning Inheritance Taxes; that he will well and truly perform the duties of such Office by paying first the debts of said deceased, and then the legacies therein specified, so far as the assets of the estate can thereunto extend, and render a just and true account when required by law.

_____
MERRY A DE LORENZO

Subscribed and sworn to this   15TH
day of   August
2011  , before me.

_____
COLLEEN IRWIN           Probate Clerk

Form4 6-2009

𝔖tate of 𝔑ew 𝔍ersey          Docket #   2004-0700

# 𝔅urlington 𔠀ounty 𝔖urrogate's 𔠀ourt

LETTERS TESTAMENTARY

In the Matter of the Estate of    CLAYTON A DANE JR    , Deceased

I, GEORGE T. KOTCH, Surrogate, do hereby certify the annexed to be true copy of the Last Will [and codicil thereto] of the above named decedent, late of the County of Burlington and the State of New Jersey, was admitted to Probate by the Superior Court of New Jersey, Chancery Division, Probate Part of Burlington County on    March 25, 2004

and that Letters Testamentary were issued to

MERRY A DE LORENZO

the Executor named therein, who is duly authorized to take upon himself the administration of the estate of said testator agreeably to the said Will.



Form127  2-2011

WITNESS my hand and seal of office, this

15TH   day of   August 2011

*George T. Kotch*

GEORGE T. KOTCH, Surrogate