IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | ) MDL Docket No. 1657 |
| | ) |
| PRODUCTS LIABILITY | ) SECTION L |
| LITIGATION | ) |
| | ) Case No: ATL-L-2227-06 (NJ) |
| *This document relates to Merry* | ) |
| *DeLorenzo, as Personal* | ) JUDGE FALLON |
| *Representatives of the Estate of* | ) |
| *Clayton A. Dane, Jr. v. Merck & Co.,* | ) MAGISTRATE JUDGE KNOWLES |
| *Inc.* | ) |
| | ) |
| | / |

## ORDER

Based upon the Motion of counsel for deceased Claimant Clayton A. Dane, Jr. and Personal Representative Merry DeLorenzo seeking the release of funds attributable to Claimant Clayton A. Dane, Jr. from the registry of this Court, IT IS ORDERED that this motion is GRANTED. The Clerk of the United States District Court, Eastern District of Louisiana, is authorized and directed to draw a check on the funds deposited into the registry of this Court attributable to Claimant Clayton A. Dane, Jr. in the amount of $69,909.00, payable to his attorneys Lopez McHugh, LLP, 1123 Admiral Peary Way, Quarters K, Philadelphia, Pennsylvania 19112 and the estate of Clayton Dane, Jr..

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
United States District Judge