**MINUTE ENTRY**
**FALLON, J.**
**MARCH 27, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| PENDING VTE CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a telephone status conference was held with Judge Eldon E. Fallon. Russ Herman, Leonard Davis, Ann Oldfather, and Ben Barnett participated. The parties discussed the status of efforts to exchange discovery materials relevant to the VTE cases subject to Merck's pending motion for summary judgment. The parties are directed to keep the Court apprised of progress, and the Court will schedule a follow-up conference at an appropriate time.

JS10(00:19)