*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

*[Filed stamp: U.S. DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, FILED MAR 27 2012, LORETTA G. WHYTE, CLERK]*

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 23, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 11-30347   In Re: Vioxx Prod Liability
       USDC No. 2:05-MD-1657
       USDC No. 2:06-CV-2364

The court has denied the Appellant's motion to supplement the record in the above case.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By: *Shea E. Pertuit*
               Shea E. Pertuit, Deputy Clerk
               504-310-7666

Mr. Jamal Ali Bilal
Ms. Loretta Whyte
Ms. Dorothy Hudson Wimberly
Mr. Phillip A. Wittmann