UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:** *Douglas L. Lyman*

## ORDER

The Court previously entered correspondence from Vioxx claimant Douglas Lyman into the record and directed the Claims Administrator, the Pro Se Curator, and Plaintiffs' Liaison Counsel to take whatever action, if any they deemed necessary. (Rec. Docs. 44567, 62723). The Court has received reports from Liaison Counsel's office and from the Pro Se Curator. They have reviewed the processing of Mr. Lyman's claim through the Settlement Program and communicated to him that he did not qualify pursuant to the terms of the Program and that he received the same review opportunities as every other claimant in the Program. Accordingly, the Court considers the matter to be concluded.

New Orleans, Louisiana, this 28th day of March, 2012.

                                                                  UNITED STATES DISTRICT JUDGE

1

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Douglas Lyman
6261 Fire Tower Rd. West
Theodore, AL 36582

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130