UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**This document relates to:** *Dearled Knotts*, **07-815**

## ORDER

The Court has received multiple duplicate copies of correspondence from Vioxx claimant Dearled Knotts, submitted under the pseudonym "Gary Baker." Mr. Knotts reports harassment and suspicious activity that he attributes in part to his involvement in Vioxx litigation.

The correspondence is ordered entered into the record. The matter is referred to the Pro Se Curator to take whatever action, if any, may be appropriate.

New Orleans, Louisiana, this 28th day of March, 2012.

                                    UNITED STATES DISTRICT JUDGE

Clerk to serve:
Dearled Knotts                          Vioxx Pro Se Curator
PO Box 16923                            400 Poydras Street
San Diego, CA 92176                     Suite 2450
                                        New Orleans, LA 70130

1