PO Box 16923

San Diego, CA 92176

619-267-1450

February 12, 2012

To the Federal Court of Louisiana
Honorable Judge Eldon E. Fallon

Gary Baker has been used for Dearled Knotts due too problems getting anything through with my name on it. I have used Gary Baker to fight under when I was a kick boxer. This letter to the court is to inform them of post events of the things happening to the people, including myself, that originally was awarded a judgement from Vioxx settlement fund. In my case, my mailbox has been broken into since the verdict came in for me and I won my fight against Vioxx. Even as I write this letter my mailbox was broken into Friday morning the 3rd February. These incidents can be verified by the reports we have made too our postman, the postmaster due to the mail they have delivered to us which they have received in their office that has been ripped open from your office addressed to us with the contents exposed.

My last attorney's(Kevin Mirch) daughter, was threatened and so had to drop our case. Prior to that, his office was broken into and only my paper work and Dee Hayes paper work was destroyed and representation for us was denied. Dee Hayes was supposed to have received $10,000 a month from Vioxx and all her paperwork disappeared. I was supposed to receive $33,000 a month plus back pay from the beginning of the case through the end of the fund running out plus a whistle blower's fee. My information was

pertainent for all the cases to go through so I was a major target for Vioxx to go against. Vioxx has proved theirselves repeatly uncooperative in my case and has tried to erased my name, case number and file number out of their system. So I do not get any money post trial even though all settlements has been settled. We have submitted paperwork repeatly to show we have rights too checks and proper claims and they refuse to acknowledge them. The last check they sent to me was for $627.00, due to my attorney yelling at them over the phone.    $627.00  12/23/10

Ms. Hayes has not received a check at all. Also we were in contact with a Rose Moody whose mother passed away due to Vioxx and her attorney has advertised the law suit win on his law firms website and she was also part of the original lawsuit . She has not received a paycheck either. Her attorney after the lawsuit said he nevers has to work again due too her case and she cannot contact him. When she asked for the checks she gets the runaround. She also lives in San Diego and I met her by a mutual acquaintance. I figured out, if they have treated us so shabbily and dishonestly, then we represent a percentage of the original Vioxx complaintants who are also being treated the same way. Proving again that they have no intentions of comforming and respecting the courts decision and rulings on what was agreed to pay me, Ms. Hayes and Ms. Moody and possibly the rest of the other persons part of the original settlement class, anything.

In my case after the settlement I have had death threat over my phone towards me and my household. My phone tapped, AT&T has found devices in my phone box one house away from my home repeatly. I also have had strange people drive up and speak my name who I have never met in my life while I was checking my mail. I am afraid I may get gunned down on the street. I would like to go to a safer location but I have no income to do so, due to the finances being scurried away from me and not paid. I have been followed inside Sam's Club and they have the lady and man who was following me on camera and witnesses, store employees and they had to chase the people out of the store being they were'nt even members. I have been followed on various occasions to doctors

appointments. I have had doctors appointments canceled on me. I believe it was because they were listening to me knowing when and where I was going to meet the doctor and they knew my schedule before I could put it on paper. This has caused havoc in my life.

Recently I had to change phone companies because of the phone tampering which I was assisted through a friend and when I did it my phones all went dead because it was wired incorrectly. It was rewired by someone tampering with the box again. We called AT&T, who sent out a individual technichian and he privately told me in January that Black Water opened a regional office less then three blocks from me secretivley without the area knowing. He knew because he was the one who wired the phones for them. He also said he found a loop in the lines right by my box in order for them to hear any conversation coming from his box. My neighborhood is ex-military, officers and generals used to live in the home I live in now. From my home there is a street lamp that has a sucipicous antennae receiver on it, like none of the other poles and we found bugs hidden in my home. I have in the past made police reports of activities in my house but I know my home has been broken into on many occasions. We had to fire the lawn man due to him constantly spying on us as if he was paid to do so. My home broken in and things were being changing our house around, things missing in my home, doors opened when we left them closed. Very suspicious things happening to our food in the freezer outside always getting sick until we put a lock on the freezer. The last hard blow was our dog being poisoned and the doctor sayings she was in perfect health and she doesn't know why she died. Our pets would also have injured ribs when we came home and we took them to the vets and found out they were injured. This would happen when we leave home to run errands and make doctors appointments. To remedy this we had to change our locks and put extra security around the home and not leave home so much. This has caused major depression at times not to be free to move about like any american should be able to.

I have had my social security history almost erased completely, little by little my check has gotten smaller and smaller. I have also had money stolen from my bank accounts and my worker went to pay

bills and someone from behind her snatched $600.00 of the bill money from her. Also $400.00 stolen from the bill payment center itself. Anything with my name attached to it will be saboutaged. As mentioned before, if I was paid the money owed I could disappear and insure the safety of my family but for now I have no protection and it seems as if the only way the want me to leave this place is in a body bag. I request that these people sitting over the Vioxx fund are not honest nor trustworthy. Since they they do'nt want to listen to the court is there any way I could be paid in full or someone else trustworthy could be put over the money that has nothing to do with Vioxx or their sister companies and cannot be paid or bought off just so I can buy safety for me and my household and I can protect my home, pets, family and friends who are helping me. I am so sorry this letter took so long to get here but every effort I have made to send you anything has been flouted and blocked when attached to my name. As if it is a signal call to stop at all cost from the headquaters of Vioxx, it's partners and sister companies which is *MARCH Drug Company, P#K, Halliburton* Dick Cheney and Black Water. Which, unfornately, we keep running into each other or stepping on each others feet. I would appreciate your fairness and your justice in these matters to liberate me from my prison cell in San Diego. Please address any communications to Gary Baker c/o Sandra Baker..PO Box 16923, San Diego, CA 92176. My home address is still the same. If any checks are UPS or DHL to me which is 7207 Terra Cotta Road, San Diego, CA 92114. My email address is:knottslegacy@gmail.com or dhaze6@gmail.com. Thank you for your time and diligence in these matters.

*[signature]*

Dearled Holt Knotts

PS. How is it That after our case was settle with 4.85 Billion for the original case. Then lawyers after Nov 2007 after Settlement *was going to submit* added additional 10,000 people later is that fair? I *submitted* a cassette tape of me explaining in these letters I am sending I hope you receive one of them from one of the locations.

Vioxx Settlement Fund
c/o Claims Administrator
115 S. 15th Street, Suite 400
Richmond, VA 23219

| | |
|---|---:|
| Check No. | 55426 |
| Check Date | 12/23/10 |
| Check Amount | $627.00 |

*410-104574-55426*

KNOTTS, DEARLED
7207 TERRA COTTA ROAD
SAN DIEGO, CA 92114

Copy of check stub

| | |
|---|---:|
| | 55426 |
| | 12/23/10 |
| | $627.00 |