UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**This document relates to:** *Antonio Denson*

### ORDER

The Court has received further correspondence from Vioxx claimant Antonio Denson. Mr. Denson persists in his mistaken belief that he is entitled to $47.5 million, an amount apparently based on a jury award to a different, unrelated individual with a different Vioxx injury after that individual's case was tried to verdict in state court in New Jersey. Mr. Denson's claim was resolved through his voluntary participation in the Settlement Program. His claim is concluded and the Court is not able to award him any amount of money because there is no basis for such an award. The Court has attempted to explain this on numerous occasions. (*See* Rec. Docs. 51200, 54507, 62697, 63675).

In the most recent "2nd Attempt to Retrieve Monies Related to Settlement," Mr. Denson asserts that he was qualified to receive compensation through the Settlement Program. Mr. Denson failed the Injury Gate requirement of the Settlement Program. That determination was affirmed by the Special Master and thus Mr. Denson received the review of his claim to which he was contractually entitled in the opt-in Settlement Program in which he voluntarily participated. He is not contractually entitled to additional review or recourse from this Court. The Court notes

1

that Mr. Denson's attached materials amply support the conclusion that he suffered from congestive heart failure and not a heart attack.

IT IS ORDERED that Mr. Denson's letter be entered into the record and that the attachments be entered into the record UNDER SEAL because they contain medical records and identifying information.

New Orleans, Louisiana, this 27th day of March, 2012.

                                                  UNITED STATES DISTRICT JUDGE

Clerk to serve:
Antonio Denson                    Vioxx Pro Se Curator
804 Lyons Street                    400 Poydras Street
New Orleans, LA 70115        Suite 2450
                                        New Orleans, LA 70130