IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: *All Settled Third-Party-Payor and Personal-Injury Claims Involving Missouri Vioxx Users* | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO ENJOIN**

Considering the foregoing Motion for and Incorporated Memorandum for Leave to File Supplemental Memorandum in Support of Motion to Enjoin,

**IT IS ORDERED** that the motion is granted and Merck & Co., Inc. be and it hereby is granted leave to file its supplemental memorandum.

**NEW ORLEANS,** this 30th day of March, 2012.

_____
**DISTRICT JUDGE**