# EXHIBIT C

### IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
### AT INDEPENDENCE

| | |
|---|---|
| MARY PLUBELL, on behalf of herself and all others similarly situated, )<br><br>TED IVEY, on behalf of himself and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>MERCK & CO., INC., )<br><br>Defendant. ) | Case No. 04CV235817-01<br><br>Division 16<br><br>Class Action |

### CASE MANAGEMENT SCHEDULING ORDER

Pursuant to the agreement of the parties, the Court enters the following scheduling and case management order:

### I.   Discovery

The parties may engage in discovery pursuant to the Missouri Rules of Civil Procedure, subject to the following:

Defendant must produce all Corporate Representative(s) responsive to Plaintiffs' 57.03(b)(4) deposition notice per the Court's order of December 1, 2010, on or before **June 3, 2011;**

Plaintiffs' Expert Disclosures Due:        **July 29, 2011;**

Plaintiffs' Experts Will Be Produced for Deposition on or before **September 30, 2011;**

Defendant's Expert Disclosures Due:        **October 28, 2011;**

Defendant's Experts Will Be Produced for Deposition on or before **January 13, 2012;**

The parties have agreed to simultaneously provide notice to the other party by providing a list of the names of any witness depositions or testimony taken in other Vioxx cases that either party wishes to play or read at trial, in whole or in part, no later than **November 4, 2011.** Such

identification shall be made by listing the name of the witness, the case caption and number of the action in which the testimony was taken, the date and location which the testimony was taken, and whether the testimony was taken by deposition or trial;

The parties further agree that each party will simultaneously provide notice to the other party if they object to the use of any such depositions no later than **December 16, 2011.** By that date, the parties further agree to identify the names of any additional testimony they intend to use at trial in light of the testimony identified by the opposing party as outlined above;

The parties shall simultaneously file a list of any other fact witnesses who in good faith are likely to be called at trial but which have not already been deposed in this case by **January 6, 2012;**

The services of the Special Master for discovery shall end on **January 13, 2012.** Until that date, discovery issues should be raised initially with the Special Master.

Discovery Closes: **March 9, 2012.** The parties may seek leave from the Court to extend this deadline, if necessary, upon a showing of good cause.

**II.     Trial**

This case is set as a Number 1 special setting for trial with opening statements beginning on **May 21, 2012** at 9:00 a.m. Based upon the length of previous Vioxx trials and based upon the issues in this case as outlined by the Missouri Court of Appeals for the Western District, the parties believe this case can be tried in four (4) weeks.

**III.     Pretrial Conference**

This case is set for a Pretrial Conference on **May 7, 2012.**

**IV.     Status Conference**

This case will be set for a status conference, following the close of discovery, on **March 16, 2012.**

2

### V.    Dispositive Motion(s) Deadlines

The parties shall file any dispositive, or partially dispositive, motions by **March 9, 2012.** The parties reserve the right to file such motions and pursue a ruling on them at an earlier date.

### VI.    Pretrial Pleading(s)/Motion(s) Deadlines

The parties shall file motions in limine, pretrial motions, proposed jury questionnaires, proposed jury instructions and trial briefs by **April 13, 2012.** The parties reserve the right to seek rulings on these issues before that date;

The parties shall file any designated portion of depositions to be read or shown or played to the jury by videotape by **April 13, 2012;**

The parties shall file a list of exhibits to be offered or referred to in the evidence by **April 13, 2012;**

The parties shall file a list of witnesses who in good faith are likely to be called at trial by **April 13, 2012;**

The parties shall file any objections, responses or counter-designations of portions of depositions to be read or shown or played to the jury by videotape by **April 27, 2012;**

The parties shall file any response to motions in limine, pretrial motions and trial briefs by **April 27, 2012.**

### VII.    Jury Questionnaire/Voir Dire

The parties shall attempt in good-faith to agree upon a joint Jury Questionnaire and file it with the Court by **April 20, 2012.** If the parties are unable to come to agreement on a joint Jury Questionnaire by that date, the parties shall submit the proposed Jury Questionnaire that the parties have agreed upon, the question(s) in dispute and any briefing in support of the questions in dispute to the Court by **April 20, 2012.**

3

The parties shall provide 300 copies of the joint Jury Questionairre (or if no agreement between the parties, the final Jury Questionairre ordered by the Court), along with 300 pens, to the Court by **May 7, 2012.**

This case is set for two jury panels of 100-120 each to be brought to Court on **May 9, 2012.** One panel will be brought in the morning at 9:00 a.m. and the second panel will be brought in the afternoon at 1:30 p.m.  On that date, the panel members will answer the Jury Questionnaire, be told to raise any hardships, be admonished, and then will be released until oral voir dire. After the jury panels have been released, the Jury Questionnaires, along with the pens, will be picked up by an agreed-upon third-party who shall collect everything, make sufficient copies for all parties, provide all copies to the respective parties' counsel, return the original Jury Questionnaires to the Court, and provide a Certification that all copies are true and accurate, that no alteration has occurred while in the third-party's custody, that all copies have been provided to counsel as outlined above, and that all original Jury Questionnaires have been returned to the Court.

The parties and the Court will address any issues relating to potential strikes for cause based on responses in the Jury Questionnaires on **May 11, 2012**.  The jury panels will return to Court for oral voir dire which is set for **May 16, 17 and 18 (if necessary), 2012.**

Dated:  __5-16-11__

_____
CIRCUIT COURT JUDGE

4