# EXHIBIT F

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111
———
TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

DIRECT DIAL
(202) 371-7410
DIRECT FAX
(202) 661-8301
EMAIL ADDRESS
JOHN.BEISNER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

March 22, 2012

**VIA E-MAIL**

Patrick J. Stueve
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112

Don M. Downing
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101

RE: *Plubell v. Merck & Co.*

Dear Pat and Don:

      Attached is a motion that Merck Sharpe & Dohme Corp. filed this morning in the federal Vioxx multidistrict litigation proceeding ("MDL"), asking that court to enjoin plaintiffs in this case from seeking recovery of money spent on Vioxx by personal injury ("PI") plaintiffs and third-party payors ("TPPs") who have settled with Merck and released the Company from any further liability with respect to Vioxx.

      As you know, we have already raised our concerns regarding plaintiffs' quest for "double recovery" both with you and in our pending motions before Judge Roldan. Merck felt compelled to file a motion in federal court as well, in order to protect the settlements that Merck and the MDL plaintiffs have worked so hard to achieve.

Patrick J. Stueve
Don M. Downing
March 22, 2012
Page 2

      We have shared the motion with Judge Roldan and wanted to share it with you as well, so that you are aware of its pendency. Please let me know if you have any questions about it.

      Sincerely,

      John H. Beisner