"Certification of Funds in the Registry"

PRINCIPAL: $ 69,909.00

Financial Deputy: _Kolong_ Date: 3-27-12

# IN THE U.S. DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY | ) | SECTION L |
| LITIGATION | ) | |
| | ) | Case No: ATL-L-2227-06 (NJ) |
| *This document relates to Merry* | ) | |
| *DeLorenzo, as Personal* | ) | JUDGE FALLON |
| *Representatives of the Estate of* | ) | |
| *Clayton A. Dane, Jr. v. Merck & Co.,* | ) | MAGISTRATE JUDGE KNOWLES |
| *Inc.* | ) | |

## ORDER

Based upon the Motion of counsel for Merry DeLorenzo, representative of the estate of deceased claimant Clayton A. Dane, Jr. seeking the release of funds attributable to Claimant Clayton A. Dane, Jr. from the registry of this Court, IT IS ORDERED that this motion is GRANTED. The Clerk of the United States District Court, Eastern District of Louisiana, is authorized and directed to draw a check on the funds deposited into the registry of this Court attributable to Claimant Clayton A. Dane, Jr. in the principle amount of $69,909.00, plus all interest earned less the assessment fee for the administration of funds, payable to his attorneys, Lopez McHugh, LLP, and mail to Lopez McHugh, LLP at 1123 Admiral Peary Way, Quarters K, Philadelphia, Pennsylvania 19112.

New Orleans, Louisiana, this _____ day of _April_ 2012.

United States District Judge