UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | § § § § § § § § § § | MDL NO. 1657 / CA:2:05-MD-1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| This Document Relates to Claimant Joan Horton, Deceased | | |

### NOTICE OF APPEARANCE

COMES NOW, Buffy K. Martines of the Laminack, Pirtle & Martines law firm and enters an appearance as counsel in this matter for and on behalf of Plaintiff Joan Horton.

Respectfully submitted, this the _____ day of April, 2012.

_____
BUFFY K. MARTINES
Texas Bar No.24030311

Laminack, Pirtle & Martines
5020 Montrose Boulevard, 9th Floor
Houston, Texas  77006
(713) 292-2750
(713) 292-2755 fax
buffym@lpm-triallaw.com

### CERTIFICATE OF SERVICE

I, Buffy K. Martines, do hereby certify that I have served a true and correct copy of the above and foregoing Notice of Appearance on all known counsel of record.

Dated, this 9th day of April, 2012.

_____
BUFFY K. MARTINES