UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | § § § § § | MDL NO. 1657 / CA 2:05-MD-1657 SECTION L JUDGE FALLON |
| This Document Relates to Claimant Joan Horton, Deceased | § § § § | MAGISTRATE JUDGE KNOWLES |

## MOTION FOR DISBURSEMENT OF FUNDS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1. In September 2011, The Vioxx Claims Administrator transferred the settlement funds for Claimant Joan Hoton, Deceased, into the registry of the Court pending completion of the necessary probate proceedings.

2. The Claims Administrator deposited the sum of $39,892.56 into the registry of this Court representing the total settlement funds attributable to Claimant Joan Horton, Deceased.

3. The Court's order of August 11, 2011 provided that Claimants may petition the Court for an order releasing said funds by showing that any legal impediment to receiving those funds has been resolved.

4. On December 7, 2011 The Honorable Darrell Cockerham, Presiding Judge of the County Court of Hood County, Texas issued an Order Appointing an Administrator of Ms. Horton's estate and issued Letters of Independent Administration. *See* Attached Exhibits "A" and "B".

5. These orders give Administrator Leeanna Bryant authority to sign the settlement release for the Estate of Joan Horton.

6. On January 10, 2012 both the Claims Administrator and Merck approved Exhibits "A" and "B" and revoked all applicable deficiencies as to the release of Claimant Joan Horton, Deceased, so the legal impediment to receiving Claimant's settlement funds has now been resolved.

WHEREFORE, Claimants' undersigned counsel respectfully requests that this Court release all said funds attributable to Claimant Joan Horton, Deceased, as provided in the accompanying proposed Order.

Respectfully submitted,

**LAMINACK, PIRTLE & MARTINES**

Richard N. Laminack
Thomas W. Pirtle
Buffy K. Martines
5020 Montrose Boulevard, 9th Floor
Houston, Texas 77006
Telephone: 713-292-2750
Facsimile: 713-292-2755

COUNSEL FOR CLAIMANT
JOAN HORTON, DECEASED