## LETTER OF INDEPENDENT ADMINISTRATION

| | |
|---|---|
| ESTATE OF JOAN HORTON | *    CAUSE NUMBER P06120 |
| | *    IN PROBATE COURT |
| DECEASED | *    HOOD COUNTY, TEXAS |

THE STATE OF TEXAS    *

COUNTY OF HOOD    *

I, Mary Burnett, Clerk of the County Court of Hood County, Texas do hereby certify that on the 7th day of December 2011, LEEANNA BRYANT was/were duly granted by said Court LETTERS OF INDEPENDENT ADMINISTRATION in the Estate of JOAN HORTON, Deceased, and that he/she qualifies as INDEPENDENT ADMINISTRATOR of said Estate as the law requires, and that said appointment is still in full force and effect.

Given under my hand and seal of office at Granbury, Texas, the 09th day of December 2011.

                                                Mary Burnett
                                                County Clerk, Hood County, Texas
                                                P.O. Box 339, Granbury, Texas 76048

By: *Paula Uhles*
      PAULA UHLES Deputy Clerk


PLAINTIFF'S EXHIBIT B