UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO. 1657 |
| | § | SECTION L |
| This Document Relates to Claimant Joan Horton, Deceased | § § § § | JUDGE FALLON |
| | | MAGISTRATE JUDGE KNOWLES |

### ORDER ON MOTION FOR DISBURSEMENT OF FUNDS

Based upon the Motion of counsel for Claimant Joan Horton, Deceased seeking the release of funds attributable to Claimant Joan Horton, Deceased from the registry of this Court,

IT IS ORDERED that the motion is GRANTED. The Clerk of the United State District Court for the Eastern District of Louisiana is authorized and directed to draw a check on the funds deposited in to the registry of this Court in the principal amount of $39,892.56 plus all interest earned less the assessment fee for the administration of funds, payable to "Leeanna Bryant and Laminack, Pirtle & Martines, L.L.P" and mail or otherwise deliver the check to Claimants attorneys, Laminack, Pirtle & Martines, 5020 Montrose Boulevard, 9th Floor, Houston, Texas 77006.

At New Orleans, Louisiana, this _____ day of _____, 2012

_____
UNITED STATES DISTRICT JUDGE