UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | § § § § § § § § § § | MDL NO. 1657 / CA:2:05-MD-1657  SECTION L  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |
| This Document Relates to Claimant Joan Horton, Deceased | | |

## NOTICE OF SUBMISSION

Please take notice that Plaintiff The Estate of Joan Horton, Deceased's Motion for Disbursement of Funds will be submitted for consideration on Wednesday, April 25, 2012 at 9:00 a.m., by the Honorable Eldon E. Fallon Judge, United States District Court, eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

DATED:  April 9, 2012.

_____
BUFFY K. MARTINES
Texas Bar No.24030311

Laminack, Pirtle & Martines
5020 Montrose Boulevard, 9th Floor
Houston, Texas  77006
(713) 292-2750
(713) 292-2755 fax
buffym@lpm-triallaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Buffy K. Martines, do hereby certify that I have served a true and correct copy of the above and foregoing Notice of Appearance on all known counsel of record.

Dated, this 9th day of April, 2012.

_____
BUFFY K. MARTINES