UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

THIS DOCUMENT RELATES TO: ALL CASES

## ORDER

IT IS ORDERED that the Court will take Merck's Motion to Enjoin Missouri Plaintiffs Mary Plubell and Ted Ivey From Pursuing Relief for Vioxx Expenditures Already Subject to Settlements (Rec. Doc. 63744) under submission on the briefs, WITHOUT ORAL ARGUMENT, on Wednesday, April 11, 2012.

New Orleans, Louisiana, this 9th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE