IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX )<br>)<br>PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>*All Settled Third-Party-Payor and* )<br>*Personal-Injury Claims Involving* )<br>*Missouri Vioxx Users* )<br>) | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**DEFENDANT'S MOTION AND INCORPORATED MEMORANDUM
FOR LEAVE TO SUBMIT REPLY IN SUPPORT OF
MOTION TO ENJOIN MISSOURI PLAINTIFFS MARY PLUBELL
AND TED IVEY FROM PURSUING RELIEF FOR VIOXX
EXPENDITURES ALREADY SUBJECT TO SETTLEMENTS**</u>

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully requests leave to submit the attached reply in support of its Motion to Enjoin Missouri Plaintiffs Mary Plubell and Ted Ivey from Pursuing Relief for Vioxx Expenditures Already Subject to Settlements. In light of the importance and complexity of the issues involved in Merck's motion, Merck respectfully believes that the attached reply will assist the Court in its consideration of the motion.

Dated: April 9, 2012

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

1090158v1

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK & CO., INC.

2

1090158v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of April, 2012.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1090158v1