IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX ) | MDL NO. 1657 | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L | |
| THIS DOCUMENT RELATES TO: ) | JUDGE FALLON | |
| *All Settled Third-Party-Payor and Personal-Injury Claims Involving Missouri Vioxx Users* ) | | |

*************************************************************************

## ORDER

Considering the foregoing Motion for and Incorporated Memorandum for Leave to File Reply Memorandum in Support of Motion to Enjoin,

**IT IS ORDERED** that the motion is granted and Merck & Co., Inc. be and it hereby is granted leave to file its reply memorandum.

**NEW ORLEANS,** this 10th day of April, 2012.

_____
**DISTRICT JUDGE**

1

1090159v1