UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:** *Rose Marie Moody v. Merck & Co., Inc., et al.*, **Case Number 07-673;** *Rose Marie Moody v. Merck & Co., Inc., et al.*, **Case Number 07-675**

## ORDER

The Court is in receipt of correspondence from Vioxx claimant Rose Moody. IT IS ORDERED that the correspondence be entered into the record. The record reflects that Ms. Moody's cases were dismissed via joint stipulations of dismissal on November 4, 2010. (Rec. Docs. 55133, 55135).[1] Ms. Moody inquires about inquires about the status of her settlement. She states that "was supposed to receive a lump sum initially and so much a month" but has not received any money. She also states that she has had difficulty obtaining information from her attorney. The matter is referred to Plaintiffs' Liaison Counsel, who is directed to contact Ms. Moody's Vioxx attorney, ascertain that attorney's position on the matter, and report to the Court. If Plaintiff's Liaison Counsel has difficulty contacting Ms. Moody's Vioxx attorney or is unable to obtain that attorney's position on the matter, he shall report that to the Court and the Court will

---

[1] Five other related cases arising from the death of Jessie M. Moody were also dismissed. Rec. Doc. 55131 (dismissing Case No. 07-671, *Lyle Gene Nobles v. Merck & Co., Inc.*); Rec. Doc. 55132 (dismissing Case No. 07-672, *Laveta Danette Thomas v. Merck & Co., Inc.*); Rec. Doc. 55134 (dismissing Case No. 07-674, *David Lawrence Moody v. Merck & Co., Inc.*); Rec. Doc. 55136 (dismissing Case No. 07-677, *John Wesley Moody v. Merck &. Co., Inc.*); Rec. Doc. 55234 (dismissing Case No. 07-676, *Kenneth Wesley Moody v. Merck & Co., Inc.*).

1

take appropriate further steps.

New Orleans, Louisiana, this 17th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman  
Plaintiffs' Liaison Counsel  
Herman, Herman Katz & Cotlar, LLP  
820 O'Keefe Ave.  
New Orleans, LA 70113

Rose Moody  
809 Leppert St.  
San Diego, CA 92114

Mr. Douglas S. Gilliland  
Ainbinder, Hitzke & Gilliland  
402 W. Broadway Suite 1760  
San Diego, CA 92101

Vioxx Pro Se Curator  
400 Poydras Street  
Suite 2450  
New Orleans, LA 70130