RECEIVED
APR 16 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

809 Leppert St
San Diego, 92114
619-263-7658

Honorable Judge Eldon

US Eastern District Court  Federal Court Eastern Division of Louisiana

RE: Moody V. Merck   Vioxx Settlement Fund
2:07-CV-00673-EEF-DER

Dear Sir

My name is Rose Moody over 30 a loan processor and notary, I am an Original compliant and awardees from the Vioxx case against Merck; I lost my mother due to her taking Vioxx. I was told that I won and I don't know what is happening I have not seen any money yet. My attorney, Doug Gilliland, has posted on his web site that he has won million due to my case and it seems he is the only one enjoying it. I have called and called his office and the last I got is that he does have to work anymore for life after my case was won. Enclose is copy of his sites info.

Well what about me? The stress of my case has accelerated my health issues and prevented me from getting proper care. I was just going into remission and dealing with him I came out of remission and almost lost my life. I fought my way back and cancer hasn't claimed my life yet but made it really had to tolerate it. Maybe he thought I wouldn't be around to see the results but I am, and to ask questions. My friend happened to know a Mr. Knotts and a Ms. Hays who were having the same problems with their representation and it seems that I am not an isolated case.

I was suppose to receive a lump sum initially and so much a month. I don't know how the laws that are allow this to happen and we are left out in the cold once more. The attorney seems to have used me for his gain and enjoy life of my pain and my mother's death and leave nothing for her off springs, or mine. Please could you look into this for me and right the wrongs or make it so that I get the monies owed to me in a lump sum because whoever is over the funds are not handling them appropriately. I have my health to consider and the toil that it has taken out on me, my mother's loving arms will never hug me again and her life was shortened and years were stolen from me, and my family.

Thank you for your wisdom and fairness

Rose Moody
Rose Moody

P.S My Mother Died from Vioxx and all I get from this attorney is spoon fed information when I want to know the truth, About our settlement agreement. I have been sick with cancer recovery.

## Attorneys



Douglas S. Gilliland, Esq.: Mr. Gilliland is a trial lawyer with over 20 years of experience in personal injury law. He has obtained jury verdicts or settlements in excess of one million dollars in each of the four largest counties in the State of California (Los Angeles, Orange, San Diego and San Francisco). He recently handled the Davis v. Davis matter (12 million dollar settlement), the representation of multiple clients against a local water district for providing contaminated water (1.4 million dollars) and completed the representation of multiple clients in the 4.85 billion dollar VIOXX class action lawsuit. Mr. Gilliland has also provided civil defenses in the Burdock Bandits murder/assault case and the notorious BUMFIGHTS video.

Mr. Gilliland received his Bachelor of Arts degree in 1995 from the University of Washington in Seattle, Washington. He attended law school at the University of Oregon School of Law in Eugene, Oregon where he was an associate editor of the Oregon Law Review and teaching assistant in personal injury law. Mr. Gilliland received his Juris Doctorate (law degree) from the University of Oregon in 1990. Mr. Gilliland then



CONTACT OUR FIRM

Name
E-mail Address
Phone
Please Describe Your Case in Detail and at Any Length

submit info

EMAIL DIRECTLY WITH AN ATTORNEY NOW

HOME   ATTORNEYS   CASE RESULTS   ARTICLES   CIVIL RIGHTS   TEAMSTERS   RESOURCES   CONTACT US

**United States v. Account Services Corporation**, United States District Court for the Southern District of New York: Statutory immunity for individuals in the 20 million dollar on-line poker siezure by the United States Attorney's Office in Manhattan.

Press Coverage: Worldwide.

**Moody v. Merck**: United States District Court for the Eastern District of Louisiana: Representation of six plaintiffs in the 4.85 billion dollar VIOXX class action lawsuit in the (New Orleans).

Press Coverage: Worldwide

**Norris v. Wells Fargo Guard Services**, 1.6 million dollar jury verdict: Plaintiff was a 21 year old college student at San Diego State University. He was asked to leave Belmont Park in Mission Beach, California on a Sunday afternoon by Wells Fargo security guards. Merchants feared that Blacks in the park would scare off tourists. The guard service offered $5,000 to settle the case before trial. The jury awarded Mr. Norris $600,000. A second phase of trial was conducted at which the jury was to assess punitive damages. The guard service offered $200,000 to settle the case before the second phase. It was refused and the jury awarded an additional $1,000,000 in punitive damages against the defendants. The defendants bonded the verdict and unsuccessfully appealed to the Court of Appeal and the California Supreme Court. Payment to plaintiff exceeded 2.2 million dollars after interest accrued on appeal.

RECEIVED
APR 16 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

809 Leppert St
San Diego, 92114
619-263-7658

Honorable Judge Eldon
US Eastern District Court  Federal Court Eastern Division of Louisiana
RE: Moody V. Merck  Vioxx Settlement Fund
2:07-CV-00673-EEF-DEK

Dear Sir:

My name is Rose Moody over 30 a loan processor and notary, I am an Original complainant and awardee from the Vioxx case against Merck; I lost my mother due to her taking Vioxx. I was told that I won and I don't know what is happening I have not seen any money yet. My attorney, Doug Gilliland has passed on the information for has won million due to my case and it seems he is the only one enjoying it. I have called and called his office and the last I got is that he doesn't have to work anymore for life after my case was won. Enclose is copy of his time info.

Well what about me? The stress of all this has accelerated my health issues and prohibited me from getting proper care. I was just given chemotherapism and dealing with him I came out of the illness and almost lost my life. I fought my way back and cancer hasn't claimed my life in that condition really had to tolerate it. Maybe he thought I wouldn't be around to see the results of the work or stand to ask questions. My friend happened to know a Mr. Knotts and a Ms. Hays who were having the same problems with their representation and it seems that I am not an isolated case.

I was suppose to receive a lump sum initially and so much a month. I don't know the people that are allow this to happen and we are left out in the cold once more. The attorney I should have used me for his gain and enjoy life of no pain and my mother's death and there may be his other off springs, or mine. Please could you look into this for me and right the wrong please and get me the monies owed to me in a lump sum because whoever is over the funds are not handling them appropriately. I have my health to consider and the toll that is has taken out and my mother's loving arms will never hug me again and her life was shortened and years were stolen from me, and my family.

Thank you for your wisdom and fairness

x  *Rose Moody*
Rose Moody

P.S. My mother died from taking Vioxx and all I can get from this attorney is spoon fed information, when I need to know the truth about our settlement agreement. I have been sick with cancer recovery.

## Attorneys



Douglas S. Gilliland, Esq.: Mr. Gilliland is a trial lawyer with over 20 years of experience in personal injury law. He has obtained jury verdicts or settlements in excess of one million dollars in each of the four largest counties in the State of California (Los Angeles, Orange, San Diego and San Francisco). He recently handled the Davis v. Davis matter (12 million dollar settlement), the representation of multiple clients against a local water district for providing contaminated water ( 1.4 million dollars) and completed the representation of multiple clients in the 4.85 billion dollar VIOXX class action lawsuit. Mr. Gilliland has also provided civil defenses in the Birdrock Bandits misdemeanor case and the notorious BUMFIGHTS video.

Mr. Gilliland received his Bachelor of Arts degree in 1985 from the University of Washington in Seattle, Washington. He attended law school at the University of Oregon School of Law in Eugene, Oregon where he was an associate editor of the Oregon Law Review and teaching assistant in personal injury law. Mr. Gilliland received his Juris Doctorate law degree from the University of Oregon in 1990. Mr. Gilliland then



**United States v. Account Services Corporation.** United States District Court for the Southern District of New York: Statutory immunity for individuals in the 20 million dollar on-line poker siezure by the United States Attorney's Office in Manhattan.

**Press Coverage:** Worldwide.

**Moody v. Merck:** United States District Court for the Eastern District of Louisiana: Representation of six plaintiffs in the 4.85 billion dollar VIOXX class action lawsuit in the (New Orleans).

**Press Coverage:** Worldwide

**Norris v. Wells Fargo Guard Services,** 1.6 million dollar jury verdict. Plaintiff was a 21 year old college student at San Diego State University. He was asked to leave Belmont Park in Mission Beach, California on a Sunday afternoon by Wells Fargo security guards. Merchants feared that Blacks in the park would scare off tourists. The guard service offered $5,000 to settle the case before trial. The jury awarded Mr. Norris $600,000. A second phase of trial was conducted at which the jury was to assess punitive damages. The guard service offered $200,000 to settle the case before the second phase. It was refused and the jury awarded an additional $1,000,000 in punitive damages against the defendants. The defendants bonded the verdict and unsuccessfully appealed to the Court of Appeal and the California Supreme Court. Payment to plaintiff exceeded 2.2 million dollars after interest accrued on appeal.