UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:** *Edna McGhee, et al. v. Merck & Co., Inc.*, Case Number 05-2573, as to Margaret Longdon ONLY

### ORDER

The Court is in receipt of correspondence from Vioxx claimant Margaret Longdon. IT IS ORDERED that the correspondence be entered into the record. Ms. Longdon inquires about the status of her case, which the docket reflects was dismissed with prejudice on September 24, 2009 (Rec. Doc. 24224) pursuant to Merck's First Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43. Thus, Ms. Longdon's case has been dismissed and no action appears necessary or appropriate at this time. Ms. Longdon may contact the *pro se* curator's office for additional information.

New Orleans, Louisiana, this 17th day of April, 2012.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE

Clerk to serve:
Margaret Longdon
1102 Masters Dr.
Maldon, MO 63863-1344

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130