Hello Judge Fallon:

My name is Margaret Longdon. I has been a person on the Vioxx case and my lawyer were dismissed without predijuot. And I haven't heard anything from anyone else until I called and they said my case was dismissed. Judge I feal like I have been giving the run around by my first attoenoeies - Carey & Daenis from St. Louis & from these 2 lawyers down here Judge I just went theough another attack like the first one I had and these Doctors did a MRI on my brain and found out that I had had a stroke some years ago on my brain

And did a Angiegram and Found I had a heart attack some years ago and got 50% Blockage in my Main atteries I only had one Stroke & Heart Attack that was in 2001 when I was taking The Vioxx Medican and I Never had any Problems With any Stroke or heart attacks before I was seing the Doctor for Bleeding Hemail Problems not my heart. I am ask no Pleading With you Will you Please look at my Case again I have all my Medical Records From 2001 and I Can

Get My Records From This Months And The MRI And Angegramo. Judge Will You Please help Me. I Pray You Do

Yours Truly
Margaret London

Ms. Margaret Longdon
1102 Masters Dr.
Malden, MO 63863-1344



7013 0/3313

CAPE GIRARDEAU MO 637
17 APR 2012 PM 1 T

Judge Fallon
US District Court
500 Poydras Street
New Orleans, LA 6/30