# EXHIBIT 4

Attachment I

MRK-I8940060171

Bonnie J. Goldmann, M.D.
Vice President
Regulatory Affairs

Merck & Co., Inc.
West Point PA 19486
Fax 610 397 2516
Tel 610 397 2383
215 652 5000

March 23, 2000

Robert J. DeLap, M.D., Ph.D., Director
  Office of Drug Evaluation V
    HFD-105, Room S219
Food and Drug Administration
9201 Corporate Boulevard
Rockville, MD  20850



**MERCK**
Research Laboratories

Dear Dr. DeLap:

**IND 46,894: VIOXX™ (rofecoxib)**
**Amendment to Pending Application**

Reference is made to the telephone conversation between Dr. Robert DeLap and Ms. Maryjane Walling, FDA and Dr. Bonnie J. Goldmann, Merck Research Laboratories, (MRL), a division of Merck & Co., Inc. on March 22, 2000. The topic of this discussion was the **VI**OXX® **G**astrointestinal **O**utcome **R**esearch study (**VIGOR**).

We request that you provide this fax of document to the appropriate members of the Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products. This report will be submitted by hard copy to IND 46,894 on Monday, March 27, 2000. If you require additional copies to be faxed before Monday, do not hesitate to contact the office of Dr. David W. Blois (610/397-2304).

Further, as discussed, we will provide the letter being sent to all investigators on March 24, 2000.

We trust you will find this information helpful. Please do not hesitate to contact me at (610/397-2383) or Dr. Blois (610/397-2304) if further information is required.

Sincerely,

Bonnie J. Goldmann, M.D.
Vice President
Regulatory Affairs

Attachment

VIA FACSIMILE: Dr. DeLap (301/827-2317)
Cc: Dr. Murray Lumpkin, Woodmont II, 1451 Rockville Pike, HFD-002, Room 6027
    IND 46,894

MRK-I8940060172

## I. Introduction

### A. Considerations in the Benefits and Risks of Therapy with COX-2 Selective Inhibitors vs. Non-specific COX-1/COX-2 Inhibitors

Nonselective inhibitors of cyclo-oxygenase (COX) isoforms 1 and 2 (the so called non-steroidal anti-inflammatory drugs, or NSAIDs) have been demonstrated to induce potent analgesic and anti-inflammatory effects. However, the use of NSAIDs is complicated by anti-platelet and gastrointestinal toxicity that lead to the development of perforations, ulcers and gastrointestinal bleeding (PUBs) in 2-4% of patients per year. Recently, it has been shown that the analgesic and anti-inflammatory properties of these compounds are mediated through inhibition of the COX-2 isoform. On the other hand, the gastrointestinal toxicity and platelet inhibitory effects have been shown to be mediated exclusively by the COX-1 isoform. Based on this observation, it was hypothesized that COX-2 selective inhibition would be accompanied by potent analgesic and anti-inflammatory properties without the associated gastrointestinal toxicity. A compound with such characteristics would therefore have a substantially improved benefit-risk profile relative to NSAIDs with regards to serious gastrointestinal complications.

Platelet aggregation plays a central role in the pathophysiology underlying thromboembolic cardiovascular events such as myocardial infarction and stroke. An extensive body of research has demonstrated that therapy with aspirin, an irreversible inhibitor of COX-1 and COX-2 with anti-platelet properties, results in a reduction in the incidence of serious cardiovascular events in patients presenting with an acute coronary syndrome and in patients with history of myocardial infarction or stroke. Because COX-2 selective inhibitors do not inhibit COX-1-mediated platelet aggregation, it was hypothesized that therapy with non-specific COX-1/COX-2 inhibitors may result in a lower incidence of serious cardiovascular events as compared to the COX-2 selective inhibitors [1]. Such an observation would have to be factored in to the overall risk-benefit profile of the COX-2 selective inhibitors.

### B. Rofecoxib (VIOXX)

Rofecoxib (VIOXX™) is a selective inhibitor of cyclooxygenase-2 isoform (COX-2). An extensive Phase II/III program in 5495 patients demonstrated that therapy with rofecoxib at doses ranging from 12.5 mg QD to 50 mg QD resulted in potent analgesic and anti-inflammatory effects in patients with acute pain syndromes, dysmenorrhea, and osteoarthritis. On the basis of this program, rofecoxib was approved by the FDA in 1999 for the relief of acute pain, treatment of dysmenorrhea, and osteoarthritis. The drug is currently approved for use in 60 other countries worldwide.

The Phase II/III program for rofecoxib in patients with osteoarthritis included both endoscopy studies and a combined analysis of clinically significant GI events (PUBs). These studies demonstrated that the incidence of endoscopic ulcers in patients treated with rofecoxib was similar to placebo and significantly reduced compared to standard NSAIDs (ibuprofen). In addition, the incidence of

MRK-I8940060173

PUBs was reduced by 55% in patients treated with rofecoxib compared with standard NSAIDs (diclofenac, ibuprofen).

The overall safety profile of rofecoxib in the Phase IIb/III studies in osteoarthritis was generally favorable. Rofecoxib was safe and well tolerated.

Because COX-2 inhibitors do not affect platelet function whereas NSAIDs do, we examined the incidence of serious cardiovascular adverse events in patients who received rofecoxib, placebo or NSAIDs. In the Phase II/III studies, NSAIDs (diclofenac, ibuprofen) did not appear to reduce the incidence of cardiovascular events compared to rofecoxib or placebo.

All tables and figures included in this document are also in Appendix 1.

## C. The VIGOR (VIOXX Gastrointestinal Outcomes Research) Study

Although the Phase II/III osteoarthritis studies in aggregate demonstrated that therapy with rofecoxib was accompanied by significantly fewer episodes of clinically significant gastrointestinal adverse events than therapy with NSAIDs, it was felt that an outcomes study comparing long term therapy with high-dose rofecoxib and NSAIDS was necessary to definitively confirm these observations. To fulfill this requirement, Merck Research Laboratories initiated a study called VIGOR (VIOXX Gastrointestinal Outcomes Research Study), a double blind, randomized, study of rofecoxib 50 mg po QD vs. naproxen 500 mg BID in 8075 patients with rheumatoid arthritis. The primary objective of the study was to determine the relative risk of confirmed gastroduodenal perforations, symptomatic ulcers, and upper GI bleeds (PUBs) and the subgroup of more serious confirmed complicated PUBs in patients treated with rofecoxib versus a standard NSAID comparator, naproxen. The study was conducted in rheumatoid arthritis patients because as noted above, therapy with rofecoxib had already been shown to be accompanied by a lower incidence of PUBs relative to NSAIDs in osteoarthritis patients. Additionally, patients with rheumatoid arthritis are at greater risk of developing PUBs with NSAIDs than are patients with osteoarthritis so that proving gastrointestinal safety of rofecoxib in rheumatoid arthritis would provide a most rigorous test of the COX-2 hypothesis. Low dose aspirin was not permitted in this study.

The primary endpoint of the study was the number of patients with confirmed clinically significant GI events: gastroduodenal perforations, symptomatic ulcers, obstructions and upper GI bleeds (PUBs). Secondary endpoints included confirmed complicated PUBs and confirmed and unconfirmed PUBs. All endpoints were adjudicated by an independent Case Review Committee who were blinded to treatment allocation. The study duration of VIGOR was determined by the pre-defined requirement to observe a minimum of 120 confirmed PUBs and 40 confirmed complicated PUBs, or to have the last patient in complete at least 6 months of study therapy, whichever came last.

To determine the incidence of serious cardiovascular events in patients receiving rofecoxib, a standard operating procedure (SOP) was developed to monitor and adjudicate acute thromboembolic vascular events across ongoing studies in the

MRK-I8940060174

rofecoxib program. VIGOR was included in this plan, which involved adjudication by independent experts who were blinded to treatment allocations. The VIGOR study was overseen by a Steering Committee composed of experts in the fields of rheumatology, gastroenterology, epidemiology, and biostatistics. A separate Data Safety Monitoring Board monitored the trial for evidence of beneficial and/or adverse effects of the study treatment.

VIGOR was terminated when the predetermined number of endpoints had been confirmed; 09-Mar-2000 was set by the Steering Committee as the date by which all patients must have completed their end-of-study visit.  On 09-March-2000, a small group of Merck personnel were unblinded to preliminary study results to facilitate summarizing the results for submission to regulatory agencies. All personnel who were unblinded were removed from any activities relating to data clean-up, endpoint review, or serious adverse experience (SAE) review.

Preliminary results revealed that the incidence of both PUBs and complicated PUBs was significantly lower in the rofecoxib group compared with the naproxen group. These findings are consistent with the results of the prespecified combined analysis of PUBs performed in the Phase IIb/III studies in patients with osteoarthritis treated with rofecoxib or an NSAID comparator.

A preliminary review of safety data confirmed the general tolerability of rofecoxib. The incidence of discontinuations for adverse experiences were low (15%) and similar between treatment groups. A preliminary analysis of serious adverse experiences (SAEs) in the study indicated that there was a lower incidence of cardiovascular SAEs (including myocardial infarctions and cerebrovascular accidents) in the naproxen group compared with the rofecoxib group.

In response to this finding, an extensive review of safety data from all ongoing clinical trials, as well as the postmarketing experience with rofecoxib, was performed. This document contains the preliminary results of both the GI and cardiovascular safety analyses from the VIGOR study along with analyses of cardiovascular SAEs from the Phase III studies in osteoarthritis, ongoing studies in Alzheimer disease and early dementia, a large postmarketing study in osteoarthritis, and postmarketing data. Conclusions from this total body of information are provided.

## II.   VIGOR Study – Preliminary Results

**Please note that the data presented below are preliminary. The final database will not be frozen until the week of 24-Apr-2000. All personnel working on cleaning of the database, endpoint and SAE review remain completely blinded to the results of the study as of 23-March-2000. These personnel will remain blinded to specific results or treatment by allocation number until the database is frozen.**

### A.   Demographics

Between January 1999 and July 1999, 9527 patients with rheumatoid arthritis were screened and 8075 were randomized. The mean age was 58 years and 80%

MRK-I8940060175

were female. Eight percent of the patients had a prior history of a clinical GI event and 56% were taking oral corticosteroids. Forty six percent of patients had a prior history of cardiac disease, including 30% with a history of hypertension. Patients were followed for a mean period of 8.2 months, with a median of 9.2 months as of 24-Feb-2000. Overall rates of discontinuation were similar between treatment groups, 28% on rofecoxib and 28% on naproxen.

## B.  GI Safety

As of 09-Mar-2000, 193 PUBs had been reported to have occurred within 14 days of the last dose of study therapy; 175 have been reviewed and adjudicated by the endpoint adjudication committee. The results presented below refer only to events already adjudicated by the committee. The additional 18 cases will be adjudicated prior to freezing of the database.

Therapy with rofecoxib was accompanied by a substantial reduction in the incidence of PUBs as compared to therapy with naproxen. Relative risks for the primary and secondary GI endpoints ranged between 0.45 and 0.33 (rofecoxib compared with naproxen) and were significant for all endpoints ($p \leq 0.004$). This translates into a 55 to 67% reduction in GI events in patients treated with rofecoxib compared with naproxen. A summary of results of all upper GI safety endpoints can be found in Table 1. Kaplan-Meier plots of time-to-first event are presented for confirmed PUBs and confirmed complicated PUBs (Figures 1 and 2, respectively). Constancy of treatment effect over time was verified for all endpoints, i.e., the p-values for the proportionality assumption were not significant. This implies that the relative risk was constant over time and also means that absolute risk diverged over time. Results of a per-protocol analysis, multiple sensitivity analyses, and subgroup analyses confirmed the primary results.

The results of this study which assessed the GI safety of 50 mg rofecoxib (a dose that is 2 to 4 times the recommended dose for the treatment of osteoarthritis and is anticipated to be 2 times the primary dose for the treatment of RA) provides conclusive evidence of the improved GI safety of rofecoxib compared with standard NSAIDs in patients at high risk for developing significant GI toxicity . These results confirm the results of the combined PUB analysis previously reported in patients with osteoarthritis.

MRK-I8940060176

Rofecoxib—VIGOR

Table 1
Summary of Gastrointestinal Safety Endpoints in VIGOR in Patients with Rheumatoid Arthritis

| Endpoint | Trmt | N | Patients with Events | PYR[1] | Rates[2] | Proportionality Assumption p-value | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Estimate | 95% CI[4] | p-value |
| **Primary-** **Confirmed PUBs** | Rofecoxib Naproxen | 4052 4031 | 51 112 | 2774 2758 | 1.84 4.06 | 0.275 | 0.45 | (0.32, 0.63) | <0.001 |
| **Secondary Endpoints** | | | | | | | | | |
| Confirmed, Complicated PUBs | Rofecoxib Naproxen | 4052 4031 | 14 35 | 2775 2761 | 0.50 1.27 | 0.427 | 0.40 | (0.21, 0.74) | 0.004 |
| Confirmed and Unconfirmed PUBs | Rofecoxib Naproxen | 4052 4031 | 53 122 | 2774 2757 | 1.91 4.42 | 0.341 | 0.43 | (0.31, 0.60) | <0.001 |
| Confirmed and Unconfirmed, Complicated PUBs | Rofecoxib Naproxen | 4052 4031 | 15 40 | 2775 2761 | 0.54 1.45 | 0.507 | 0.37 | (0.21, 0.68) | 0.001 |
| **Exploratory Endpoint** | | | | | | | | | |
| Any GI Bleed | Rofecoxib Naproxen | 4052 4031 | 24 72 | 2775 2757 | 0.86 2.61 | 0.840 | 0.33 | (0.21, 0.53) | <0.001 |

[1]Patient-years at risk
[2]Per 100 PYR
[3]Relative risk of rofecoxib with respect to naproxen from Cox model stratified by prior history of PUBs (and study region for Confirmed and Unconfirmed PUBs)
[4]95.29% CI for primary endpoint

Rofecoxib—VIGOR

Figure 1

VIGOR-Rheumatoid Arthritis Patient Population
Primary Endpoint - Confirmed PUBs
Time-to-Event Plot (All Patients Randomized)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4052 | 3648 | 3413 | 3205 | 2938 | 1294 | 543 |
| Naproxen | n=4031 | 3643 | 3391 | 3168 | 2928 | 1285 | 515 |

MRK-I8940060178

Rofecoxib—VIGOR

Figure 2

VIGOR- Rheumatoid Arthritis Patient Population
Confirmed Complicated PUBs
Time-to-Event Plot (All Patients Randomized)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4052 | 3651 | 3418 | 3206 | 2938 | 1294 | 543 |
| Naproxen | n=4031 | 3645 | 3396 | 3175 | 2932 | 1285 | 515 |

MRK-I8940060179

### C.  Cardiovascular Safety

This large study provided an opportunity to determine if the NSAID naproxen, which inhibits platelet aggregation, reduced cardiovascular risk compared with the COX-2 inhibitor rofecoxib, which has no effect on platelet aggregation. A standard operating procedure was developed for the adjudication of serious thromboembolic cardiovascular events. The SAE terms used to identify cases to be sent for adjudication can be found in Appendix 2. Adjudication of these SAEs is being conducted by three independent committees (cardiovascular, neurological, and peripheral vascular). The committees conduct their adjudications separately based on hospital or other source documents associated with the cardiovascular event in question. All adjudications are performed blinded to treatment allocation. Analyses of confirmed adjudicated thromboembolic cardiovascular events was predefined as the primary analysis of this standard operating procedure. Analyses of unadjudicated thromboembolic cardiovascular events were to be provided as supportive information. As of 09-Mar-2000, 50% of the cases had been adjudicated. Therefore, the information provided below refers to all thromboembolic cardiovascular events, regardless of the status of adjudication. As of 23-March-00, the committee has remained blinded to all preliminary results of the VIGOR study.

The overall incidence of serious thromboembolic cardiovascular adverse events was low in both treatment groups. However the incidence of such events was significantly lower in patients on naproxen compared to rofecoxib. Patients on naproxen experienced these events at a rate of 1.13 per 100 patient years versus 2.12 per 100 patient years for patients on rofecoxib (relative risk 0.53). A summary of the all serious cardiovascular adverse events, all serious thromboembolic cardiovascular adverse events and specific thromboembolic SAEs are provided in Tables 2 and 3. The incidences of myocardial infarction and cerebrovascular accidents were both lower in patients on naproxen compared to rofecoxib. The difference in rates between treatment groups did not become apparent until after patients had been on study therapy for 6 weeks or more. (Figure 3).

The incidence of overall deaths and cardiovascular deaths was low and not significantly different between treatment groups. Thirty-five deaths occurred during the course of the study, 20 in patients on rofecoxib and 15 in patients on naproxen. Eighteen of the 35 deaths were either cardiovascular in origin or "unknown cause of death," with 10 occurring in patients on rofecoxib and 8 occurring in patients on naproxen.

The differences in the incidences of cardiovascular SAEs between patients who received rofecoxib and patients who received naproxen was observed consistently between men and women, in patients above and below the age of 65, in patients with and without a history of atherosclerotic cardiovascular disease, and in patients with or without classic risk factors for cardiovascular disease.

MRK-I8940060180

Rotecoxib—VIGOR

Table 2

Summary of Analysis of Serious Cardiovascular Adverse Experiences in VIGOR in Patients with Rheumatoid Arthritis
From WAES as of 09-Mar-2000

| Subgroup | Trmt | N | Patients with Events | PYR[1] | Rates[2] | Relative Risk[3] | |
| | | | | | | Estimate | 95% CI |
|---|---|---|---|---|---|---|---|
| All Serious Cardiovascular AEs | Rofecoxib | 4046 | 92 | 2731 | 3.37 | 0.50 | (0.35, 0.71) |
| | Naproxen | 4029 | 46 | 2731 | 1.68 | | |
| All Serious Thromboembolic AEs | Rofecoxib | 4046 | 58 | 2736 | 2.12 | 0.53 | (0.35, 0.83) |
| | Naproxen | 4029 | 31 | 2735 | 1.13 | | |

[1]Patient-years at risk

[2]Per 100 PYR

[3]Relative risk of naproxen with respect to Rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

MRK-I8940060181

Table 3

Summary of Serious Thromboembolic Cardiovascular Adverse Events
VIGOR-In Patients with Rheumatoid Arthritis

| Adverse Experience | Rofecoxib (N=4046) n (%) | Naproxen (N=4029) n (%) |
|---|---|---|
| Total number of patients with Serious Thromboembolic AE | 58  ( 1.4) | 31  ( 0.8) |
| **Cardiovascular system** | **58  ( 1.4)** | **31  ( 0.8)** |
| Acute myocardial infarction | 4  ( 0.1) | 4  ( 0.1) |
| Angina pectoris | 2  ( 0.0) | 6  ( 0.1) |
| Arterial occlusion | 1  ( 0.0) | 0  ( 0.0) |
| Cardiac arrest | 1  ( 0.0) | 0  ( 0.0) |
| Carotid artery obstruction | 2  ( 0.0) | 0  ( 0.0) |
| Cerebral infarction | 0  ( 0.0) | 1  ( 0.0) |
| Cerebrovascular accident | 14  ( 0.3) | 6  ( 0.1) |
| Cerebrovascular disorder | 1  ( 0.0) | 0  ( 0.0) |
| Coronary artery disease | 1  ( 0.0) | 3  ( 0.1) |
| Coronary artery occlusion | 1  ( 0.0) | 0  ( 0.0) |
| Deep venous thrombosis | 3  ( 0.1) | 1  ( 0.0) |
| Femoral artery occlusion | 0  ( 0.0) | 1  ( 0.0) |
| Intracranial hemorrhage | 0  ( 0.0) | 2  ( 0.0) |
| Ischemic heart disease | 1  ( 0.0) | 1  ( 0.0) |
| Myocardial infarction | 16  ( 0.4) | 5  ( 0.1) |
| Non-Q-wave myocardial infarction | 1  ( 0.0) | 0  ( 0.0) |
| Peripheral vascular disorder | 2  ( 0.0) | 0  ( 0.0) |
| Thrombosis | 1  ( 0.0) | 0  ( 0.0) |
| Transient ischemic attack | 2  ( 0.0) | 2  ( 0.0) |
| Unstable angina | 5  ( 0.1) | 1  ( 0.0) |
| Ventricular fibrillation | 1  ( 0.0) | 0  ( 0.0) |

MRK-I8940060182

Figure 3

**VIGOR Serious Thromboembolic Events**



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4046 | 3641 | 3402 | 3181 | 2848 | 1190 | 528 |
| Naproxen | n=4029 | 3645 | 3395 | 3170 | 2845 | 1178 | 506 |

## III. Serious Cardiovascular Events in Rofecoxib Studies in Patients with Osteoarthritis, Alzheimer and Early Dementia

As reviewed below, the VIGOR trial represents the only study that demonstrates a difference in the incidence of adverse cardiovascular events in patients who were given rofecoxib versus patients who were given placebo or standard NSAIDs. The reduced incidence of serious thromboembolic cardiovascular events in the naproxen treatment group in the VIGOR study was inconsistent with previous analyses done in the Phase III osteoarthritis (OA) studies that showed identical rates of these events in patients on rofecoxib compared with patients on the NSAID comparators.

### A. Osteoarthritis Phase IIb/III Studies: A Combined Analysis of Cardiovascular Adverse Event Rates

The OA safety database consists of 5495 OA patients who participated in 9 randomized, controlled clinical trials of rofecoxib. The duration of these studies ranged from 6 to 86 weeks. The overall duration of exposure was 1655 and 706 patient years for the combined rofecoxib (all doses) and combined NSAID (all comparators) groups, respectively. Diclofenac-treated patients accounted for almost 70% of the NSAID comparator exposure, with the remaining 30% of

MRK-I8940060183

patients on ibuprofen. The mean age of patients was 63 years with a range of 39 to 94 years; approximately 75% of the patients were female. Over 50% of patients had a preexisting history of one of more cardiovascular conditions. Approximately 40% of patients had a history of hypertension and 11% had a history of hypercholesterolemia. Low dose aspirin was not allowed in these trials.

The incidence of serious cardiovascular adverse events and serious thromboembolic cardiovascular adverse events was similar between the rofecoxib and NSAID comparator treatment groups (Tables 4 and 5 and Figure 4). The incidence of serious thromboembolic cardiovascular adverse events was 2.05 per 100 patient years in the rofecoxib treatment group compared to 2.27 per 100 patient years in the combined NSAID group. Of note, the incidence of serious thromboembolic cardiovascular events also was similar between placebo and rofecoxib cohorts (relative risk = 1.05 for placebo compared with rofecoxib) although the number of patient years of exposure in the placebo group was small (127 patient years). Of further note, the incidence rates for all groups in these trials were similar to the incidence rate for rofecoxib in the VIGOR trial. The naproxen rate in VIGOR is lower.

MRK-I8940060184

Rotecoxib—VIGOR

Table 4
Analysis of Serious Cardiovascular Adverse Events in OA Phase IIb/III Studies

| Type of Adverse Experience | Treatment Group | N | Patients with Events | PYR[1] | Rates[2] | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI | p-value |
| All serious cardiovascular AEs | Rofecoxib | 3357 | 50 | 1655 | 3.02 | 1.05 | (0.64, 1.73) | 0.851 |
| | NSAIDs | 1564 | 23 | 706 | 3.26 | | | |
| Serious thromboembolic cardiovascular AEs | Rofecoxib | 3357 | 34 | 1657 | 2.05 | 1.09 | (0.60, 1.99) | 0.767 |
| | NSAIDs | 1564 | 16 | 706 | 2.27 | | | |

[1]Patient-years at risk

[2]Per 100 PYR

[3]Relative risk of NSAIDs with respect to rofecoxib from Cox Model stratified by protocol where the number of cases is at least 11, otherwise

relative risk is ratio of rates and p-value is from discrete logrank distribution.

MRK-I8940060185

Rofecoxib—VIGOR

Table 5

Summary of Serious Cardiovascular Adverse Experiences
Rofecoxib OA Phase IIb/III  Studies

| | Rofecoxib (N =3357 ) | | NSAIDs (N =1564) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| All Cardiovascular System Serious Adverse Experiences (Including Thromboembolic) | 50 | (1.5) | 23 | (1.5) |
| Thromboembolic Cardiovascular Serious Adverse Experiences | 34 | (1.0) | 16 | (1.0) |
| **Thromboembolic Cardiovascular Serious Adverse Experiences** | | | | |
| Acute myocardial infarction | 3 | (0.1) | 0 | (0.0) |
| Angina pectoris | 2 | (0.1) | 4 | (0.3) |
| Arterial occlusion | 1 | (0.0) | 0 | (0.0) |
| Cardiac arrest | 0 | (0.0) | 2 | (0.1) |
| Cerebrovascular accident | 6 | (0.2) | 3 | (0.2) |
| Coronary artery disease | 4 | (0.1) | 2 | (0.1) |
| Coronary artery occlusion | 1 | (0.0) | 1 | (0.1) |
| Coronary vasospasm | 1 | (0.0) | 0 | (0.0) |
| Deep venous thrombosis | 4 | (0.1) | 0 | (0.0) |
| Myocardial infarction | 5 | (0.1) | 3 | (0.2) |
| Peripheral vascular disorder | 1 | (0.0) | 0 | (0.0) |
| Pulmonary embolism | 1 | (0.0) | 0 | (0.0) |
| Transient ischemic attack | 3 | (0.1) | 0 | (0.0) |
| Unstable angina | 2 | (0.1) | 0 | (0.0) |
| Vascular insufficiency | 0 | (0.0) | 1 | (0.1) |

MRK-I8940060186

Figure 4

Serious Thromboembolic Cardiovascular AEs
Pooled OA Data
Time-to-Event Plot



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=3357 | 2074 | 1679 | 1169 | 891 | 849 | 660 |
| NSAIDs | n=1564 | 896 | 675 | 493 | 389 | 369 | 261 |

## B. Serious Cardiovascular Adverse Events in the Rofecoxib Alzheimer Disease and Early Dementia Program

Two large placebo-controlled trials in elderly patients with Alzheimer's disease and early dementia are ongoing. Due to the results of the VIGOR cardiovascular analyses on 12-Mar-2000, serious cardiovascular adverse events were unblinded into Treatment Group A and Treatment Group B for each of these studies. A brief description of the study designs and patient populations, along with cardiovascular safety results from the combined patient population, are presented below.

MRK-I8940060187

Rofecoxib—VIGOR

## 1. Review of Protocol Design

Protocol 091 (The Safety and Efficacy of MK-0966 in Slowing the Progression of the Symptoms of Alzheimer's Disease) is a placebo-controlled, parallel-group, 15-month, double-blind study (with in-house blinding), to evaluate the efficacy and safety of MK-0966 25 mg to slow the progression of symptoms of Alzheimer's disease. Patients ages 50 years or older were randomized to receive MK-0966 25 mg qd (n~280) or placebo (n~280) daily for 12 months, followed by an additional 3-month treatment phase in which 90% of patients initially assigned to rofecoxib 25 mg will be treated with placebo while the other patients will remain on their initial treatment.

Between 10-Feb-1999 and 08-Sep-1999, 692 patients were enrolled. The study is ongoing. To date there have been 150 dropouts and it is estimated that as of March 2000, total duration of exposure in each treatment group is approximately 261 patient years. Of the 692 randomized patients, 53.2% were females and 46.8% were males. Ages ranged from 49 to 92 years, with a mean age of 77.0 years. The study sample is predominantly Caucasian (94.5%). At least one pre-existing condition that mapped to the cardiovascular condition was identified in approximately 68% of the randomized patients in the trial. In addition, 34% of patients had a history of hypertension. Low dose aspirin was not allowed in this trial.

Protocol 078 (The Safety and Efficacy of MK-0966 for the Prevention of Alzheimer's Disease in Patients at Risk) is a placebo-controlled, parallel-groups, double-blind study (with in-house blinding), to evaluate the effects of rofecoxib 25 mg per day on the prevention of Alzheimer's Disease and cognitive decline in patients ≥65 years of age with Mild Cognitive Impairment. Patients were randomized to receive rofecoxib 25 mg (n~704) or placebo (~ 704) for 2 years or until 220 cases of clinically-diagnosed probable or possible Alzheimer's disease are observed, whichever comes later.

Enrollment began 19-Apr-1998 and is expected to continue until 31-Mar-2000. As of 3/8/00, 1408 patients have been randomized. To date, there have been 180 dropouts and it is estimated that as of March 2000, total duration of exposure in each treatment group is approximately 611 patient years.

Approximately 32% of randomized patients are female and 68% are males. Ages range from 63 to 95 years, with a mean and median of 74.9 and 75.0 years, respectively. The study sample is predominantly Caucasian (94.7%) Approximately 59% of the randomized patients had at least 1 secondary diagnosis in the Cardiovascular System and 34% had a history of hypertension. Low dose aspirin was not allowed in this trial.

## 2. Combined Analysis of Cardiovascular Events in Protocol 091 and 078

The incidence of serious Cardiovascular adverse events is presented for the combined study groups (Table 6). The total duration of therapy is

MRK-I8940060188

approximately 872 patient years per treatment group. The rates of overall serious cardiovascularadverse events, the subgroup of serious thromboembolic cardiovascular events, myocardial infarction, and cerebrovascular accident were similar between rofecoxib and placebo. This analysis is based on all serious cardiovascular adverse experiences in the Regulatory (WAES) database as of 12-March-00. This database provides a more complete count of events than is currently reflected in the clinical trial database for this ongoing trial. Likewise, the estimate of current patient-years of exposure cited above for this trial is necessarily approximate.

Table 6

Summary of Serious Cardiovascular Adverse Experiences
Rofecoxib Protocols 091 and 078 Pooled  (WAES DATA)

| | Treatment Group A (N =1050 ) | | Treatment Group B (N =1050) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| All Cardiovascular System Serious Adverse Experiences (Including Thromboembolic) | 38 | (3.6) | 43 | (4.1) |
| Thromboembolic Cardiovascular Serious Adverse Experiences | 26 | (2.5) | 32 | (3.0) |
| **Thromboembolic Cardiovascular Serious Adverse Experiences** | | | | |
| Acute myocardial infarction | 1 | (0.1) | 3 | (0.3) |
| Angina pectoris | 1 | (0.1) | 1 | (0.1) |
| Cardiac arrest | 1 | (0.1) | 0 | (0.0) |
| Carotid artery obstruction | 2 | (0.2) | 5 | (0.5) |
| Cerebrovascular accident | 5 | (0.5) | 5 | (0.5) |
| Coronary artery disease | 4 | (0.4) | 1 | (0.1) |
| Coronary artery stenosis | 0 | (0.0) | 1 | (0.1) |
| Deep venous thrombosis | 0 | (0.0) | 2 | (0.2) |
| Intracranial hemorrhage | 1 | (0.1) | 1 | (0.1) |
| Lacunar infarction | 0 | (0.0) | 1 | (0.1) |
| Myocardial infarction | 7 | (0.7) | 5 | (0.5) |
| Pulmonary embolism | 1 | (0.1) | 0 | (0.0) |
| Transient ischemic attack | 3 | (0.3) | 5 | (0.5) |
| Unstable angina | 2 | (0.2) | 2 | (0.2) |
| Vascular graft occlusion | 0 | (0.0) | 1 | (0.1) |
| Ventricular fibrillation | 1 | (0.1) | 0 | (0.0) |
| Ventricular tachycardia | 0 | (0.0) | 1 | (0.1) |

MRK-I8940060189

**C. Assessment of Differences Between VIOXX™ AND Naproxen To Ascertain Gastrointestinal Tolerability and Effectiveness (ADVANTAGE)**

This study is a randomized, double-blind, multicenter study to evaluate the tolerability and effectiveness of 12 weeks of therapy with rofecoxib versus naproxen in patients with osteoarthritis of the knee, hip, hand or spine. Patients have been randomized to receive either rofecoxib 25 mg QD (N=2795) or naproxen 500 mg BID (N=2795). Patients taking low-dose aspirin (≤81 mg QD or less frequently) for cardioprotective benefit have been allowed to participate in this trial.

Between 26-Mar-1999 and 08-Mar-2000, 5590 patients were randomized. The study is ongoing with last patient out expected on 24-March-2000. To date, 3602 patients have completed the study protocol and 960 have discontinued; 1028 patients are still participating in the study. As of 08-Mar-2000, the total duration of exposure in each treatment group has been approximately 570 patient years. Seventy-three percent of the patients are females and 27% are males. The mean age of the patients is 64 years. The study sample is predominately caucasian (88%).

As was the case with the studies in Alzheimer's disease and early dementia, on 14-Mar-2000, serious cardiovascular adverse experiences in the ADVANTAGE study were unblinded into Treatment Group A and Treatment Group B for this study.

Serious Cardiovascular adverse events in the study are presented in Table 7. The rates of overall serious cardiovascular events, the subgroup of serious thromboembolic cardiovascular events, myocardial infarction, and cerebrovascular accident were similar between treatment groups. As with the studies in Alzheimer's disease, this analysis is based on all serious cardiovascular adverse experiences in the Regulatory (WAES) database, which provides a more complete count of events than is currently reflected in the clinical trial database for this ongoing trial. Likewise, the estimate of current patient-years of exposure cited above for this trial is necessarily approximate.

MRK-I8940060190

Table 7

Summary of Serious Cardiovascular Adverse Experiences
Rofecoxib Protocol 102  (ADVANTAGE)

|  | Treatment Group A (N =2795 ) | | Treatment Group B (N =2795 ) | |
|---|---|---|---|---|
|  | n | (%) | n | (%) |
| All Cardiovascular System Serious Adverse Experiences (Including Thromboembolic) | 22 | (0.8) | 19 | (0.7) |
| Thromboembolic Cardiovascular Serious Adverse Experiences | 13 | (0.5) | 13 | (0.5) |
| **Thromboembolic Cardiovascular Serious Adverse Experiences** | | | | |
| Acute myocardial infarction | 1 | (0.0) | 0 | (0.0) |
| Cardiac arrest | 1 | (0.0) | 1 | (0.0) |
| Carotid artery obstruction | 1 | (0.0) | 0 | (0.0) |
| Cerebral infarction | 0 | (0.0) | 3 | (0.1) |
| Cerebrovascular accident | 0 | (0.0) | 1 | (0.0) |
| Coronary artery disease | 0 | (0.0) | 2 | (0.1) |
| Coronary artery occlusion | 1 | (0.0) | 0 | (0.0) |
| Deep venous thrombosis | 0 | (0.0) | 3 | (0.1) |
| Myocardial infarction | 5 | (0.2) | 2 | (0.1) |
| Non-Q-wave myocardial infarction | 1 | (0.0) | 0 | (0.0) |
| Thrombophlebitis | 1 | (0.0) | 0 | (0.0) |
| Transient ischemic attack | 1 | (0.0) | 2 | (0.1) |
| Unstable angina | 1 | (0.0) | 0 | (0.0) |
| Vasospasm | 1 | (0.0) | 0 | (0.0) |
| Ventricular fibrillation | 0 | (0.0) | 1 | (0.0) |

## D.    Postmarketing Passive Adverse Experience Surveillance for Rofecoxib

As of March 13, 2000, the company's worldwide adverse experiences database (WAES)  for rofecoxib contained a total of 5576 spontaneous marketed-use adverse experience (AE) reports.  Of these 3491 were received from sources in the USA and 2085 from sources ex-USA.  Among the 5576 total reports there were 617 (11.1%) which contained one or more AE codes mapping to the cardiovascular body system in the company's medical codes dictionary: 431 were received from sources in the USA and 186 were received ex-USA.

Seventy-eight of the  617 reports containing one or more cardiovascular AEs (1.4% of all reports) contained AEs designated as "thromboembolic" (See Appendix 2).  Of these 47 were reported in the USA and 31 ex-USA (See Table 8).

MRK-I8940060191

Table 8

Thromboembolic AEs among Spontaneous AE Reports for
Patients Treated with VIOXX

| Vascular AE | USA | Ex-USA | Worldwide |
|---|---|---|---|
| angina pectoris | 3 | 5 | 8 |
| arterial thrombosis | 1 | 0 | 1 |
| cardiac arrest | 2 | 0 | 2 |
| cardiovascular disorder | 0 | 3 | 3 |
| cerebrovascular accident | 12 | 4 | 16 |
| cerebrovascular disorder | 0 | 1 | 1 |
| coronary artery disease | 1 | 1 | 2 |
| coronary artery occlusion | 1 | 1 | 2 |
| cyanosis | 3 | 0 | 3 |
| deep venous thrombosis | 3 | 3 | 6 |
| electrocardiographic abnormality | 3 | 1 | 4 |
| embolism | 1 | 0 | 1 |
| gangrene | 1 | 1 | 2 |
| intracranial hemorrhage | 3 | 3 | 6 |
| ischemic heart disease | 0 | 1 | 1 |
| lower extremity ischemia | 0 | 1 | 1 |
| myocardial infarction | 9 | 6 | 15 |
| pulmonary embolism | 4 | 1 | 5 |
| thrombophlebitis | 0 | 1 | 0 |
| transient ischemic attack | 4 | 2 | 6 |
| ventricular tachycardia | 1 | 0 | 1 |
| Total Reports* | 47 | 31 | 78 |
| * Sum of reports may exceed total as a report may contain more than one AE. | | | |

Based on drug distribution data, assuming a single unit dose per day
irrespective of the dosage strength, a total of 967,000 patient-treatment years
of VIOXX have been distributed world-wide as of January 31, 2000. Six
hundred and seventy eight thousand single dose units have been distributed in
the USA and 289,000 ex-US. The 78 reports represent a reporting rate of 8.1
reports per 100,000 patient-treatment-years distributed. These reports are
small in number relative to the background occurrence of such events in the
age-group of patients in which VIOXX is predominately prescribed.
Furthermore the number of reports is not disproportionate to the numbers
reported with other products which have no known associated cardiovascular
risks and are indicated for treatment populations of similar age.

## IV. Summary of Clinical Results for Rofecoxib

The Phase III Program for rofecoxib in acute pain and osteoarthritis patients
demonstrated that therapy with rofecoxib resulted in potent analgesic and anti-
inflammatory effects. Therapy with rofecoxib was accompanied by substantial
reduction in the incidence of PUBs as compared to therapy with standard
NSAIDs without reductions in clinical efficacy. The cardiovascular safety
profiles of rofecoxib and NSAIDs were found to be comparable.

MRK-I8940060192

The preliminary results of the VIGOR study in rheumatoid arthritis patients confirm the improved gastrointestinal safety profile of rofecoxib vs. the standard NSAID naproxen observed in osteoarthritis patients.  Patients treated with rofecoxib had a dramatic reduction in all PUBs, including the subgroup of complicated PUBs. These results represent a clear health benefit for the large population of patients who require acute or chronic therapy with NSAIDs.

Rheumatoid arthritis patients in the VIGOR study who were given naproxen experienced a lower rate of serious cardiovascular adverse experiences than patients given rofecoxib. These results stand in contradistinction to the cardiovascular safety findings of rofecoxib/NSAID or rofecoxib/placebo comparison studies in other populations (osteoarthritis, alzheimer disease, early dementia) .

## V. Potential Explanations for the Cardiovascular Findings in the VIGOR Study

To date, VIGOR is the only study to demonstrate a difference in the incidence of serious thromboembolic cardiovascular adverse events in patients treated with rofecoxib compared with another treatment (placebo or NSAID comparator). Of note, VIGOR is the only study of rofecoxib performed in patients with Rheumatoid Arthritis( aside from smaller ongoing Phase III studies) and is the only study in the clinical program conducted by Merck in which there was a long-term exposure to the NSAID naproxen. The following factors, either alone or in combination, may account for the finding of divergent cardiovascular safety profiles for rofecoxib and naproxen in the VIGOR study, but not in any other trials:

- Non-specific COX-1/COX-2 inhibitors such as naproxen may have cardioprotective effects through COX-1 mediated inhibition of platelet aggregation.  The longer duration of therapy with naproxen in VIGOR and the size of the trial may have provided a sufficient sample size and period of observation to demonstrate the cardiovascular protective effects of naproxen. Additionally, VIGOR is the only trial in patients with rheumatoid arthritis. Such patients are known to be at higher risk for serious cardiovascular events so that this population would be more likely to demonstrate the benefit of antiplatelet therapy.

- Therapy with COX-2 selective inhibitors has been shown to cause moderate reductions in the synthesis of prostacylin (an inhibitor of platelet aggregation) without COX-1 mediated inhibition of platelet aggregation [1]. The resulting imbalance could theoretically have mildly pro-aggregatory platelet effects. As discussed below, a subset of patients with rheumatoid arthritis have circulating prothrombotic factors such as anticardiolipin antibody, which may put them at higher risk for thrombotic events.  A modest pro-aggregatory effect of COX-2 selective inhibitors that would be insufficient to increase cardiovascular event rates in normal patients might be sufficient to trigger events in these susceptible patients.

MRK-I8940060193

Rofecoxib—VIGOR

### A. The Potential Cardioprotective Effects of COX-1 Inhibition by Naproxen

#### 1. The role of platelets in acute coronary and cerebrovascular syndromes

The acute cardiovascular and cerebrovascular syndromes, including myocardial infarction and stroke, share a common underlying pathophysiology – the rupture of an arterial atherosclerotic plaque. The rupture of such a plaque results in rapid thrombus formation that leads to arterial occlusion, ischemia, and clinical symptoms.

Platelet activation and aggregation is central to the development of the nascent arterial thrombus that causes ischemia and infarction. The prostaglandins thromboxane ($TXA_2$) and prostacyclin ($PGI_2$) play a major role in these processes. $TXA_2$ is produced by activated platelets. This compound has several proaggregatory effects. First, it activates the platelet GP IIb/IIIa receptor, the protein that with fibrinogen actually forms the platelet thrombus meshwork. $TxA_2$ also activates the surface membrane of nearby platelets, increasing their intracytoplasmic calcium concentrations and promoting further platelet aggregation. Finally, $TXA_2$ also constricts vascular smooth muscle, which promotes thrombosis by reducing the lumen of the damaged artery [2]. $PGI_2$, on the other hand, is produced in the macrovascular endothelium and acts as a vasodilator and platelet aggregation inhibitor [1].

Cyclo-oxygenase enzymes are involved in the synthesis of $TXA_2$ and PGI2. Platelets contain COX-1 but not COX-2. Platelets produce $TXA_2$ following activation through a COX-1 dependent process. $TXA_2$ is converted non-enzymatically to the more stable $TXB_2$. The urinary excretion of the thromboxane metabolite 11-dehydro TxB2 (TxB-M) is an index of thromboxane production in vivo [3]. This metabolite is suppressed by NSAIDs and aspirin but not by rofecoxib [4]. Urinary excretion of PGI-M reflects predominantly extrarenal formation of $PGI_2$ [5].

#### 2. The effects of aspirin and NSAIDs on COX-1 activity

Aspirin is a potent and irreversible inhibitor of platelet COX-1. By irreversibly inhibiting COX-1, aspirin completely inhibits the formation of $TxA_2$, thereby preventing $TXA_2$-dependent platelet aggregation and increasing bleeding time. Aspirin's anti-platelet effect has been shown to result in substantial reductions in death following presentation with an acute myocardial infarction. Aspirin has also been shown to decrease the incidence of serious cardiovascular events in patients at high risk for such thrombotic events [6].

Whether NSAIDs can also serve as vascular-protective agents remains largely unknown. Unlike aspirin, NSAIDs do not irreversibly inhibit platelet COX-1. It is likely that to serve as a vascular-protective agent, near complete inhibition of $TXA_2$ sustained over time is needed [7]. Thus, any potential vascular protective platelet inhibitory properties of such

MRK-I8940060194

compounds are highly dependent on the unique pharmacokinetic and pharmacodynamic profiles of each of these compounds.

Non selective COX-1/COX-2 inhibitors such as diclofenac which lack a sustained inhibition of platelet $TXA_2$ and which do not affect bleeding time would not be expected to provide cardioprotective effects similar to aspirin. Conversely, non selective COX-1/COX-2 inhibitors, such as naproxen or possibly ibuprofen, which cause sustained maximal inhibition of platelet $TXA_2$, platelet aggregation, and prolonged bleeding time, may provide vascular protective effects comparable to those observed with aspirin.

Support for this hypothesis is provided by studies evaluating the NSAID flurbiprofen. Like naproxen, flubiprofen is a potent inhibitor of platelet-derived $TXA_2$ that prolongs bleeding time [8]. In patients successfully treated for acute myocardial infarction by thrombolysis and/or coronary angioplasty, therapy with flubiprofen, as compared to placebo, was associated with a >50% reduction in the incidence of reinfarction and coronary revascularization at 6 months [9]. Thus, high-level, reversible inhibition of COX-1 by NSAIDs may have vascular protective effects, especially with high-dose therapy under clinical trial conditions where medication compliance is actively reinforced.

The effect of rofecoxib and standard NSAIDS on prostaglandin metabolism and platelet function were compared in Merck Research Laboratory Study 061. In this study, the degree of inhibition of platelet COX-1 activity in patients treated with placebo, rofecoxib, diclofenac, naproxen, and ibuprofen, was assessed by the weighted average inhibition (WAI) of $TXB_2$ generation after 6 days of dosing. In these assays, rofecoxib did not inhibit $TXB_2$ formation to a significant degree whereas diclofenac resulted in a 50% reduction of $TXB_2$, ibuprofen resulted in 87% inhibition, and naproxen resulted in 95% inhibition (Figure 5). Similarly, the WAI percent of platelet aggregation on Day 6, using 1mM arachidonic acid as an agonist, was not significantly inhibited by rofecoxib, whereas diclofenac resulted in 21.5% inhibition compared with ibuprofen and naproxen which, like aspirin, resulted in almost complete inhibition (77.0 and 88.3%, respectively). As one might expect, placebo, rofecoxib, and diclofenac did not result in a prolongation of bleeding time whereas ibuprofen and naproxen did. This difference in the anti-platelet effects of the various NSAIDs is also reflected in the United States (U.S.) circulars for these compounds. The diclofenac circular states: "Diclofenac increases platelet aggregation time but does not affect bleeding time." Conversely the naproxen circular states: "Naproxen may decrease platelet aggregation and prolong bleeding time. This effect should be kept in mind when bleeding times are determined."

Taken together, the MRL study and the flurbiprofen trial in myocardial infarction patients suggest that the NSAIDs compounds have distinct platelet inhibitory profiles, and that NSAIDs such as aspirin and

MRK-I8940060195

flurbiprofen that mediate near complete inhibition of TxA2 synthesis appear to have vascular-protective properties.

Figure 5

TXB$_2$ WAI (%) for Treatments on Day 6
(Mean ±SE)[†]



### 3. Evidence to support the hypothesis that a naproxen-mediated vascular-protective effect was responsible for the reduced incidence of serious cardiovascular adverse experiences in the VIGOR trial

The cardioprotective effects of naproxen as the reason for the decreased incidence of serious CV adverse events compared to rofecoxib rather than rofecoxib playing a causal role is supported by the following observations:

- Rofecoxib demonstrated rates of serious thromboembolic cardiovascular adverse events that were similar to placebo both in the ongoing Alzheimer's disease study and in the Phase III OA studies.can we say something about equal exposure in these trials i.e., pt.yrs of Rx

MRK-I8940060196

- Diclofenac, which does not provide complete sustained inhibition of $TXA_2$ or a prolongation of bleeding time, demonstrated rates of serious thromboembolic cardiovascular adverse events that were similar to placebo and to rofecoxib.

- The absolute rates of serious thromboembolic cardiovascular adverse events was similar in patients treated with rofecoxib in both the Phase III OA combined analyses and VIGOR suggesting that the difference between rofecoxib and naproxen in VIGOR was driven by a reduction in events in the naproxen group.

- Freedom of information (FOI) data, for the COX-2 specific inhibitor, celecoxib, noted the following rates of serious myocardial events:

  Celecoxib 200 to 800 mg/day: 17 events/888 patient years of exposure (1.9 events per 100 patient years)

  Placebo: 7 events/207 patient years of exposure (3.3 events per 100 patient years);

  Combined NSAID group:  4 events per 535 patient years of exposure (0.7 patient per 100 patient years).

These data demonstrate a reduced rate of events in the NSAID comparator group compared to placebo or celecoxib, although it should be noted that the placebo group had few patient years of exposure.  The majority of data in the NSAID comparator group from the celecoxib FOI material comes from naproxen and ibuprofen, both potent inhibitors of platelet aggregation. Also, this FOI data includes patients with rheumatoid arthritis as well as patients with osteoarthritis.

One might have expected that the ADVANTAGE study in which naproxen was the NSAID comparator would have demonstrated a decreased incidence of serious cardiovascular adverse experiences compared with rofecoxib. The fact that the incidence in the rofecoxib and naproxen groups is similar is most likely secondary to several factors including: 1) Unrestricted use of low-dose aspirin which would confer cardioprotective effects to those patients on rofecoxib; 2) The short duration of the study (12 weeks) and small number of events, since differences in rates were not apparent until 6 weeks after the start of study therapy in VIGOR; 3) the effects of cardioprotective NSAIDs may not be as evident in patients with osteoarthritis as in patients with RA (see section IVB below).

B.  **Cardiovascular Disease in the Setting of Rheumatoid Arthritis (RA) – The Role of Platelet and Coagulant System Activation**

Epidemiologic studies have suggested that patients with RA have an increased incidence of cardiovascular disease [10, 11]. The etiology of the increased risk is uncertain but may relate to increased atherogenesis in the setting of chronic inflammation [12, 13]. Although the presence of anticardiolipin (aCL) antibodies, which are associated with vascular thrombosis, is classically

MRK-I8940060197

associated with systemic lupus erythematosus (SLE), aCL antibodies have been demonstrated in 16 to 33% of patients with RA [14, 15]. Recent reports have confirmed that increased concentrations of aCL antibodies in some patients with RA results in an increased risk of arterial or venous thrombosis [16]. Studies in a select group of RA patients who were being followed in a clinic specializing in extra-articular manifestations of RA found that the incidence of thrombotic events was higher in patients with RA than age-matched controls (18% versus 6%, respectively). In particular, thrombotic events were diagnosed in 36% of aCL antibody-positive patients, 11% of aCL antibody-negative patients, and 6% of controls, respectively [17]. Because the study population consisted of a selected group of patients seen in a specialty clinic, it is likely that the overall rates of thrombotic events in this study would overestimate the expected rate of such events in the general RA patient population. However, a subgroup of patients with RA, particularly those with detectable aCL antibody titers, appear to be at particular risk of sustaining a thrombotic cardiovascular event.

The etiology of this increased tendency for thrombosis in patients with RA or detectable aCL antibodies is not well understood. Disturbances in the regulation of coagulation and fibrinolysis have been associated with RA [18] and a reduction in protein S was associated with thrombotic events in aCL antibody-positive patients with RA [19]. In addition, aCL-positive patients with lupus and without lupus have been shown to have a 4 fold increase in $TXA_2$ synthesis as measured by urinary excretion of TXB-M as well as a small increase in prostacyclin synthesis as measured by prostacyclin urinary metabolites as compared to healthy age matched controls [20, 21]. Treatment with low-dose aspirin significantly reduced urinary TXB-M but did not significantly affect levels of prostacyclin metabolites [20]. These findings suggest that patients with RA (or a subgroup) are at increased risk of having a baseline hypercoagulable state. Inhibition of $TXA_2$ by aspirin or NSAIDs which maintain almost complete inhibition of $TXA_2$ may significantly decrease the incidence of thrombotic events in the subset of patients at risk. Of note, aspirin has been shown to significantly decrease the incidence of recurrent thrombosis and spontaneous abortions in aCL-positive patients [22]. Thus, the cardioprotective effects of $TXA_2$ inhibition could be exaggerated in the rheumatoid patient population and may also explain the discrepant cardiovascular safety results of VIGOR versus studies in patients with OA and Alzheimer's Disease.

Although the aggregate of clinical and postmarketing data does not suggest that rofecoxib increases the risk of patients sustaining a thromboembolic event; the negative impact of COX-2 selective inhibitors such as rofecoxib in a small subgroup of patients with RA or other chronic inflammatory diseases cannot be ruled out. Inhibition of prostacyclin synthesis as measured by urinary PGI-M has been shown to be reduced by both nonselective COX-1/COX-2 inhibitors as well as by the selective inhibitors of COX-2, rofecoxib and celecoxib [1, 23]. COX-2 selective inhibitors, therefore have the potential to create an imbalance in the coagulation cascade through inhibition of prostacylin without thromboxane inhibition. If this partial inhibition of

MRK-I8940060198

prostacyclin is of clinical relevance, it may be limited to a subset of susceptible patients. Based on the finding that serious thromboembolic events were not increased compared with placebo in patients with dementia or OA, it is likely that in normal patients, a 50% decrease in prostacyclin without $TXA_2$ inhibition is without clinical consequence. However, patients with a hypercoagulable state such as RA or Lupus patients who are aCL-positive patients and have decreased levels of protein S might be particularly susceptible to this partial inhibition. Of note, there have been case reports of 2 patients with SLE, high levels of aCL antibodies and low levels of protein S who sustained thrombotic events shortly after the initiation of celecoxib [24]. However these events occurred within a short time after the initiation of celecoxib therapy. The difference observed cardiovascular events in VIGOR was not apparent until 6 weeks after initiation of study therapy. This implies that an acute imbalance of prostacyclin and thromboxane did not account for the findings in VIGOR.

## V.  Summary

Rofecoxib, a specific COX-2 inhibitor has clearly demonstrated that it has a superior GI safety profile compared to nonselective COX-1/COX-2 inhibitors. This finding has been demonstrated both in patients with OA and RA. An extensive review of rofecoxib clinical trials databases and post marketing surveillance does not suggest that rofecoxib causes an increased rate of serious thromboembolic cardiovascular events. The similar incidence of these events in patients treated with rofecoxib, placebo and the NSAID diclofenac (which does not provide complete and sustainable inhibition of platelet aggregation) as well as post marketing surveillance studies supports this conclusion. The reduced incidence of serious thromboembolic cardiovascular events in patients with rheumatoid arthritis treated with naproxen compared to rofecoxib is likely the result of the cardioprotective effects of naproxen, a potent inhibitor of platelet aggregation. It is possible that these effects may be enhanced in a small subgroup of patients with rheumatoid arthritis or other inflammatory diseases who may have an increased tendency to the development of pro-thrombotic states. Although the role of COX-2 specific inhibitors such as rofecoxib in potentiating a pro-thrombotic state in patients with rheumatoid arthritis cannot be ruled out, this scenario seems less likely. In clinical studies of patients with OA or memory impairment, this potential alteration in the balance between thromboxane and prostacyclin was of no apparent clinical consequence.

MRK-I8940060199

<u>List of References</u>

1.  McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci USA 1999;96:272-7.

2.  Fuster V, Cohen M, Chesebro JH. Usefulness of aspirin for coronary artery disease. Am J Cardiol 1988;61:637-40.

3.  Patrono C, Davi G, Ciabattoni G. Thromboxane biosynthesis and metabolism in relation to cardiovascular risk factors. Trends Cardiovasc Med 1992;2:15-20.

4.  MRL Clinical Study Report, Multicenter Study: A Partially Blinded, Randomized, Parallel-Group, Placebo Controlled Study to Assess the Selectivity of MK–0966, Diclofenac, Ibuprofen, Naproxen and Meloxicam on COX-1 vs. COX-2 Activity in Female Volunteers Based on Biochemical Markers and Indices of Platelet Function (Protocol 061).

5.  FitzGerald GA, Brash AR, Falardeau P, Oates JA. Estimated rate of prostacyclin secretion into the circulation of normal man. J Clin Invest 1981;68:1272-6.

6.  Hennekens CH, Dyken ML, Fuster V. Aspirin as a therapeutic agent in cardiovascular disease. Circulation 1997;96:2751-3.

7.  Reilly IAG, FitzGerald GA. Inhibition of thromboxane formation in vivo and ex vivo: implications for therapy with platelet inhibitory drugs. Blood 1987;69(1):180-6.

8.  Package insert for Ansaid® (flurbiprofen tablets): May, 1999.

9.  Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis of angioplasty in acute myocardial infarction. Eur Heart J 1993;14:951-7.

10. Myllykangas-Luosujarvi RA, Aho K, Isomaki HA. Mortality in rheumatoid arthritis. Semin Arthristis Rheum 1995;25:193-202.

11. Wallberg-Jonsson S, Ohman M-L, Rantapaa-Dahlqvist S. Cardiovascular morbidity and mortality in patients with seropositive rheumatoid arthritis in northern Sweden. J Rheumatol 1997;24:445-51.

12. Wallberg-Jonsson S, Johansson H, Ohman M-L, Rantapaa-Dahlqvist S. Extent of inflammation predicts cardiovascular disease and overall mortality in seropositive rheumatoid arthritis. A retrospective cohort study from disease onset. J Rheumatol 1999;26:2562-71.

MRK-I8940060200

13.  Wallberg-Jonsson S, Cederfelt M, Rantapaa-Dahlqvist S. Hemostatic factors
     and cardiovascular disease in active rheumatoid arthritis: An 8 year followup
     study. J Rheumatol 2000;27:71-5.

14.  Merkel PA, Chang Y-C, Pierangeli SS, Convery K, Harris EN, Polisson RP.
     The prevalence and clinical associations of anticardiolipin antibodies in a large
     inception cohort of patients with connective tissue diseases. Am J Med
     1996;101:576-83.

15.  Fort JG, Cowchock S, Abruzzo JL, Smith JB. Anticardiolipin antibodies in
     patients with rheumatic diseases.Arthritis Rheum 1987;30:752-60.

16.  Seriolo B, Accardo S, Cutolo M in a Letter to the Editor. Von Willebrand
     factor and vascular injury in rheumatoid arthritis. Ann Rheum Dis
     1994;53:550-2.

17.  Seriolo B, Accardo S, Fasciolo D, Bertolini S, Cutolo M. Lipoproteins,
     anticardiolipin antibodies and thrombtoic events in rheumatoid arthritis. Clin
     Exp Rheumatol 1996;14:593-9.

18.  Wallberg-Jonsson S, Dahlen GH, Nilsson TK, Ranby M, Rantapaa-Dahlqvist
     S. Tissue plasminogen activator, plasmingen activator inhibitor-1 and von
     Willebrand factor in rheumatoid arthritis. Clin Rheumatol 1993;12(3):318-
     24.

19.  Seriolo B, Accardo S, Garnero A, Fasciolo D, Cutolo M. Anticardiolipin
     antibodies, free protein S levels and thrombosis: a survey in a selected
     population of rheumatoid arthritis patients. Rheumatol 1999;38:675-8.

20.  Lellouche F, Martinuzzo M, Said P, Maclouf J, Carreras LO. Imbalance of
     thromboxane/prostacyclin biosynthesis in patients with lupus anticoagulant.
     Blood 1991;78(11):2894-9.

21.  Arfors L, Vesterqvist O, Johnsson H, Green K. Increased thromboxane
     formation in patients with antiphospholipid syndrome. Eur J Clin Invest
     1990;20:607-12.

22.  Munoz-Rodriguez FJ, Font J, Cervera R, Reverter JC, Tassies D, Espinosa G,
     Lopez-Soto A, Carmona F, Balasch J, Ordinas A, Ingelmo M. Clinical study
     and follow-up of 100 patients with the antiphospholipid syndrome. Semin
     Arthritis Rheum 1999;29:182-90.

23.  Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L,
     Lasseter KC, Quan H, Gertz BJ, Fitzgerald GA. Effects of specific inhibition
     of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive
     eicosanoids. J Pharmacol Exp Ther 1999;289(2):735-41.

MRK-I8940060201

Rofecoxib—VIGOR

24.   Gupta S, McCune WJ, Kaplan MJ, McDonagh KT, Schmaier AH, Crofford
      LJ. Thrombosis and ischemia in patients with systemic lupus erythematosis
      treated with celecoxib: A series of two cases [Abstract 473]. Arthritis Rheum
      1999;42(Suppl 9):S149.

MRK-I8940060202

Rofecoxib—VIGOR

APPENDIX 1

Tables and Figures Included in the Document

MRK-I8940060203

Rofecoxib—VIGOR

Table 1

Summary of Gastrointestinal Safety Endpoints in VIGOR in Patients with Rheumatoid Arthritis

| Endpoint | Trmt | N | Patients with Events | PYR[1] | Rates[2] | Proportionality Assumption p-value | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Estimate | 95% CI[4] | p-value |
| **Primary-** **Confirmed PUBs** | Rofecoxib | 4052 | 51 | 2774 | 1.84 | 0.275 | 0.45 | (0.32, 0.63) | <0.001 |
| | Naproxen | 4031 | 112 | 2758 | 4.06 | | | | |
| **Secondary Endpoints** | | | | | | | | | |
| Confirmed, Complicated PUBs | Rofecoxib | 4052 | 14 | 2775 | 0.50 | 0.427 | 0.40 | (0.21, 0.74) | 0.004 |
| | Naproxen | 4031 | 35 | 2761 | 1.27 | | | | |
| Confirmed and Unconfirmed PUBs | Rofecoxib | 4052 | 53 | 2774 | 1.91 | 0.341 | 0.43 | (0.31, 0.60) | <0.001 |
| | Naproxen | 4031 | 122 | 2757 | 4.42 | | | | |
| Confirmed and Unconfirmed, Complicated PUBs | Rofecoxib | 4052 | 15 | 2775 | 0.54 | 0.507 | 0.37 | (0.21, 0.68) | 0.001 |
| | Naproxen | 4031 | 40 | 2761 | 1.45 | | | | |
| **Exploratory Endpoint** | | | | | | | | | |
| Any GI Bleed | Rofecoxib | 4052 | 24 | 2775 | 0.86 | 0.840 | 0.33 | (0.21, 0.53) | <0.001 |
| | Naproxen | 4031 | 72 | 2757 | 2.61 | | | | |

[1]Patient-years at risk

[2]Per 100 PYR

[3]Relative risk of rofecoxib with respect to naproxen from Cox model stratified by prior history of PUBs (and study region for Confirmed and Unconfirmed PUBs)

[4]95.29% CI for primary endpoint

MRK-I8940060204

03/23/2000

Rofecoxib—VIGOR

Figure 1

VIGOR-Rheumatoid Arthritis Patient Population
Primary Endpoint - Confirmed PUBs
Time-to-Event Plot (All Patients Randomized)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4052 | 3648 | 3413 | 3205 | 2938 | 1294 | 543 |
| Naproxen | n=4031 | 3643 | 3391 | 3168 | 2928 | 1285 | 515 |

MRK-I8940060205

Rofecoxib—VIGOR

Figure 2

VIGOR- Rheumatoid Arthritis Patient Population
Confirmed Complicated PUBs
Time-to-Event Plot (All Patients Randomized)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4052 | 3651 | 3418 | 3206 | 2938 | 1294 | 543 |
| Naproxen | n=4031 | 3645 | 3396 | 3175 | 2932 | 1285 | 515 |

MRK-I8940060206

Rofecoxib—VIGOR

Table 2

Summary of Analysis of Serious Cardiovascular Adverse Experiences in VIGOR in Patients with Rheumatoid Arthritis From WAES as of 09-Mar-2000

| Subgroup | Trmt | N | Patients with Events | PYR[1] | Rates[2] | Relative Risk[3] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All Serious Cardiovascular AEs | Rofecoxib | 4046 | 92 | 2731 | 3.37 | 0.50 | (0.35, 0.71) |
| | Naproxen | 4029 | 46 | 2731 | 1.68 | | |
| All Serious Thromboembolic AEs | Rofecoxib | 4046 | 58 | 2736 | 2.12 | 0.53 | (0.35, 0.83) |
| | Naproxen | 4029 | 31 | 2735 | 1.13 | | |

[1]Patient-years at risk

[2]Per 100 PYR

[3]Relative risk of naproxen with respect to Rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

MRK-I894006O207

Table 3

Summary of Serious Thromboembolic Cardiovascular Adverse Events
VIGOR-In Patients with Rheumatoid Arthritis

| Adverse Experience | Rofecoxib (N=4046) n (%) | Naproxen (N=4029) n (%) |
|---|---|---|
| Total number of patients with Serious Thromboembolic AE | 58 ( 1.4) | 31 ( 0.8) |
| **Cardiovascular system** | **58 ( 1.4)** | **31 ( 0.8)** |
| Acute myocardial infarction | 4 ( 0.1) | 4 ( 0.1) |
| Angina pectoris | 2 ( 0.0) | 6 ( 0.1) |
| Arterial occlusion | 1 ( 0.0) | 0 ( 0.0) |
| Cardiac arrest | 1 ( 0.0) | 0 ( 0.0) |
| Carotid artery obstruction | 2 ( 0.0) | 0 ( 0.0) |
| Cerebral infarction | 0 ( 0.0) | 1 ( 0.0) |
| Cerebrovascular accident | 14 ( 0.3) | 6 ( 0.1) |
| Cerebrovascular disorder | 1 ( 0.0) | 0 ( 0.0) |
| Coronary artery disease | 1 ( 0.0) | 3 ( 0.1) |
| Coronary artery occlusion | 1 ( 0.0) | 0 ( 0.0) |
| Deep venous thrombosis | 3 ( 0.1) | 1 ( 0.0) |
| Femoral artery occlusion | 0 ( 0.0) | 1 ( 0.0) |
| Intracranial hemorrhage | 0 ( 0.0) | 2 ( 0.0) |
| Ischemic heart disease | 1 ( 0.0) | 1 ( 0.0) |
| Myocardial infarction | 16 ( 0.4) | 5 ( 0.1) |
| Non-Q-wave myocardial infarction | 1 ( 0.0) | 0 ( 0.0) |
| Peripheral vascular disorder | 2 ( 0.0) | 0 ( 0.0) |
| Thrombosis | 1 ( 0.0) | 0 ( 0.0) |
| Transient ischemic attack | 2 ( 0.0) | 2 ( 0.0) |
| Unstable angina | 5 ( 0.1) | 1 ( 0.0) |
| Ventricular fibrillation | 1 ( 0.0) | 0 ( 0.0) |

MRK-I8940060208

Rofecoxib VIGOR

Figure 3

**VIGOR Serious Thromboembolic Events**



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4046 | 3641 | 3402 | 3181 | 2848 | 1190 | 528 |
| Naproxen | n=4029 | 3645 | 3395 | 3170 | 2845 | 1178 | 506 |

MRK-I8940060209

Rotecoxib—VIGOR

Table 4

Analysis of Serious Cardiovascular Adverse Events  in OA Phase IIb/III Studies

| Type of Adverse Experience | Treatment Group | N | Patients with Events | PYR[1] | Rates[2] | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI | p-value |
| All serious cardiovascular AEs | Rofecoxib | 3357 | 50 | 1655 | 3.02 | 1.05 | (0.64, 1.73) | 0.851 |
| | NSAIDs | 1564 | 23 | 706 | 3.26 | | | |
| Serious thromboembolic cardiovascular AEs | Rofecoxib | 3357 | 34 | 1657 | 2.05 | 1.09 | (0.60, 1.99) | 0.767 |
| | NSAIDs | 1564 | 16 | 706 | 2.27 | | | |

[1]Patient-years at risk

[2]Per 100 PYR

[3]Relative risk of NSAIDs with respect to rofecoxib from Cox Model stratified by protocol where the number of cases is at least 11, otherwise

relative risk is ratio of rates and p-value is from discrete logrank distribution.

MRK-I894006O210

Rofecoxib—VIGOR

Table 5

Summary of Serious Cardiovascular Adverse Experiences
Rofecoxib OA Phase IIb/III Studies

| | Rofecoxib (N =3357 ) | | NSAIDs (N =1564) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| All Cardiovascular System Serious Adverse Experiences (Including Thromboembolic) | 50 | (1.5) | 23 | (1.5) |
| Thromboembolic Cardiovascular Serious Adverse Experiences | 34 | (1.0) | 16 | (1.0) |
| **Thromboembolic Cardiovascular Serious Adverse Experiences** | | | | |
| Acute myocardial infarction | 3 | (0.1) | 0 | (0.0) |
| Angina pectoris | 2 | (0.1) | 4 | (0.3) |
| Arterial occlusion | 1 | (0.0) | 0 | (0.0) |
| Cardiac arrest | 0 | (0.0) | 2 | (0.1) |
| Cerebrovascular accident | 6 | (0.2) | 3 | (0.2) |
| Coronary artery disease | 4 | (0.1) | 2 | (0.1) |
| Coronary artery occlusion | 1 | (0.0) | 1 | (0.1) |
| Coronary vasospasm | 1 | (0.0) | 0 | (0.0) |
| Deep venous thrombosis | 4 | (0.1) | 0 | (0.0) |
| Myocardial infarction | 5 | (0.1) | 3 | (0.2) |
| Peripheral vascular disorder | 1 | (0.0) | 0 | (0.0) |
| Pulmonary embolism | 1 | (0.0) | 0 | (0.0) |
| Transient ischemic attack | 3 | (0.1) | 0 | (0.0) |
| Unstable angina | 2 | (0.1) | 0 | (0.0) |
| Vascular insufficiency | 0 | (0.0) | 1 | (0.1) |

MRK-I8940060211

Rofecoxib—VIGOR

Figure 4

Serious Cardiovascular AEs- Adjudicated Terms
Pooled OA Data
Time-to-Event Plot



| # at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib | n=3357 | 1838 | 1169 | 867 | 786 | 262 |
| NSAIDs | n=1564 | 775 | 493 | 380 | 337 | 102 |

MRK-I8940060212

Rofecoxib—VIGOR

Table 6

Summary of Serious Cardiovascular Adverse Experiences
Rofecoxib Protocols 091 and 078 Pooled  (WAES DATA)

| | Treatment Group A (N =1050 ) | | Treatment Group B (N =1050) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| All Cardiovascular System Serious Adverse Experiences (Including Thromboembolic) | 38 | (3.6) | 43 | (4.1) |
| Thromboembolic Cardiovascular Serious Adverse Experiences | 26 | (2.5) | 32 | (3.0) |
| **Thromboembolic Cardiovascular Serious Adverse Experiences** | | | | |
| Acute myocardial infarction | 1 | (0.1) | 3 | (0.3) |
| Angina pectoris | 1 | (0.1) | 1 | (0.1) |
| Cardiac arrest | 1 | (0.1) | 0 | (0.0) |
| Carotid artery obstruction | 2 | (0.2) | 5 | (0.5) |
| Cerebrovascular accident | 5 | (0.5) | 5 | (0.5) |
| Coronary artery disease | 4 | (0.4) | 1 | (0.1) |
| Coronary artery stenosis | 0 | (0.0) | 1 | (0.1) |
| Deep venous thrombosis | 0 | (0.0) | 2 | (0.2) |
| Intracranial hemorrhage | 1 | (0.1) | 1 | (0.1) |
| Lacunar infarction | 0 | (0.0) | 1 | (0.1) |
| Myocardial infarction | 7 | (0.7) | 5 | (0.5) |
| Pulmonary embolism | 1 | (0.1) | 0 | (0.0) |
| Transient ischemic attack | 3 | (0.3) | 5 | (0.5) |
| Unstable angina | 2 | (0.2) | 2 | (0.2) |
| Vascular graft occlusion | 0 | (0.0) | 1 | (0.1) |
| Ventricular fibrillation | 1 | (0.1) | 0 | (0.0) |
| Ventricular tachycardia | 0 | (0.0) | 1 | (0.1) |

MRK-I8940060213

Table 7

Summary of Serious Cardiovascular Adverse Experiences
Rofecoxib Protocol 102  (ADVANTAGE)

| | Treatment Group A (N =2795 ) | | Treatment Group B (N =2795) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| All Cardiovascular System Serious Adverse Experiences (Including Thromboembolic) | 22 | (0.8) | 19 | (0.7) |
| Thromboembolic Cardiovascular Serious Adverse Experiences | 13 | (0.5) | 13 | (0.5) |
| **Thromboembolic Cardiovascular Serious Adverse Experiences** | | | | |
| Acute myocardial infarction | 1 | (0.0) | 0 | (0.0) |
| Cardiac arrest | 1 | (0.0) | 1 | (0.0) |
| Carotid artery obstruction | 1 | (0.0) | 0 | (0.0) |
| Cerebral infarction | 0 | (0.0) | 3 | (0.1) |
| Cerebrovascular accident | 0 | (0.0) | 1 | (0.0) |
| Coronary artery disease | 0 | (0.0) | 2 | (0.1) |
| Coronary artery occlusion | 1 | (0.0) | 0 | (0.0) |
| Deep venous thrombosis | 0 | (0.0) | 3 | (0.1) |
| Myocardial infarction | 5 | (0.2) | 2 | (0.1) |
| Non-Q-wave myocardial infarction | 1 | (0.0) | 0 | (0.0) |
| Thrombophlebitis | 1 | (0.0) | 0 | (0.0) |
| Transient ischemic attack | 1 | (0.0) | 2 | (0.1) |
| Unstable angina | 1 | (0.0) | 0 | (0.0) |
| Vasospasm | 1 | (0.0) | 0 | (0.0) |
| Ventricular fibrillation | 0 | (0.0) | 1 | (0.0) |

MRK-I8940060214

Rofecoxib—VIGOR

Table 8

Thromboembolic Cardiovascular AEs among Spontaneous AE Reports for
Patients Treated with VIOXX

| Vascular AE | Worldwide | USA | Ex-USA |
|---|---|---|---|
| angina pectoris | 8 | 3 | 5 |
| arterial thrombosis | 1 | 1 | 0 |
| cardiac arrest | 2 | 2 | 0 |
| cardiovascular disorder | 3 | 0 | 3 |
| cerebrovascular accident | 16 | 12 | 4 |
| cerebrovascular disorder | 1 | 0 | 1 |
| coronary artery disease | 2 | 1 | 1 |
| coronary artery occlusion | 2 | 1 | 1 |
| cyanosis | 3 | 3 | 0 |
| deep venous thrombosis | 6 | 3 | 3 |
| electrocardiographic abnormality | 4 | 3 | 1 |
| embolism | 1 | 1 | 0 |
| gangrene | 2 | 1 | 1 |
| intracranial hemorrhage | 6 | 3 | 3 |
| ischemic heart disease | 1 | 0 | 1 |
| lower extremity ischemia | 1 | 0 | 1 |
| myocardial infarction | 15 | 9 | 6 |
| pulmonary embolism | 5 | 4 | 1 |
| thrombophlebitis | | 0 | 1 |
| transient ischemic attack | 6 | 4 | 2 |
| ventricular tachycardia | 1 | 1 | 0 |
| Total Reports* | 78 | 47 | 31 |
| * Sum of reports may exceed total as a report may contain more than one AE. | | | |

MRK-I8940060215

Rofecoxib—VIGOR

Figure 5

TXB$_2$ WAI (%) for Treatments on Day 6
(Mean ±SE)$^†$



MRK-I8940060216

Rofecoxib—VIGOR

APPENDIX 2

Serious Thromboembolic Cardiovascular Terms
Eligible for Case Adjudication

acute myocardial infarction
angina pectoris
anterior spinal artery
obstruction
aortoiliac obstruction
arterial embolism
arterial occlusion
arterial thrombosis
basilar artery obstruction
brachial artery occlusion
cardiac arrest
cardiac catheter complication
cardiac stress test abnormality
cardiac thrombosis
cardiogenic shock
cardiovascular disorder
cardiovascular hemodynamics
abnormality
carotid artery disorder
carotid artery obstruction
cerebellar artery obstruction
cerebellar hemorrhage
cerebral artery obstruction
cerebral atherosclerosis
cerebral hypoxia
cerebral infarction
cerebral ischemia
cerebral thrombosis
cerebrovascular accident
cerebrovascular disorder
coronary artery disease
coronary artery occlusion
coronary artery stenosis
coronary vasospasm
coronary vessel surgery
complication
cyanosis
deep venous thrombosis
electrocardiographic
abnormality
embolic stroke
embolism

endocardial disorder
endocardial thrombus
extracranial artery obstruction
extradural hemorrhage
femoral artery occlusion
gangrene
iliac artery occlusion
intermittent claudication
intracranial hemorrhage
intracranial venous sinus
phlebitis
ischemic heart disease
lacunar infarction
lower extremity arterial
occlusion
lower extremity ischemia
myocardial infarction
myocardial infarction
complication
myocardial reinfarction
myocardial rupture
non-Q-wave myocardial
infarction
nonspecific ST-T change
old myocardial infarction
papillary muscle disorder
peripheral ischemia
peripheral pulse absent
peripheral pulse decreased
peripheral vascular disorder
popliteal artery occlusion
pulmonary embolism
pulmonary infarction
pulmonary thrombosis
pulmonary vascular disease
pulmonary veno-occlusive
disease
pulse absent
Q-wave abnormality
Q-wave myocardial infarction
QRS complex abnormality
shock

sinus thrombosis
small vessel disease
ST segment abnormality
ST segment depression
ST segment elevation
ST-T change compatible with
ischemia
subclavian steal syndrome
sudden death
superior vena cava thrombosis
T-wave abnormality
T-wave flat
T-wave inversion
thromboembolic stroke
thromboembolism
thrombolysis
thrombophlebitis
thrombophlebitis migrans
thrombosis
thrombotic microangiopathy
transient ischemic attack
ulnar artery occlusion
unstable angina
upper extremity arterial
occlusion
upper extremity ischemia
vascular disorder
vascular graft occlusion
vascular insufficiency
vascular occlusion
vasospasm
venous compression
venous disorder
venous occlusion
venous thrombosis
ventricular fibrillation
ventricular flutter
ventricular tachycardia
ventricular thrombus
vertebral artery obstruction
vertebrobasilar insufficiency

MRK-I8940060217

*European Heart Journal* (1993) 14, 951–957

# Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction

M. L. BROCHIER

*University Department of Cardiology, Tours, France
for the flurbiprofen French trial*

KEY WORDS: Flurbiprofen, acute myocardial infarction, secondary prevention, reocclusion.

*Thirty-eight coronary care units (CCUs) in France participated in this double-blind, placebo-controlled, multicentre study to assess the efficacy of flurbiprofen, a non-steroidal anti-inflammatory agent (NSAID) with potent anti-platelet activity (PAA), in the prevention and recurrence of myocardial infarction (MI) and reocclusion of the infarct-related artery (IRA) in patients successfully treated for acute MI by thrombolysis and/or coronary angioplasty within 6 h of onset of symptoms. A coronary angiogram was performed within the first 24 h to confirm successful reperfusion. Two hundred and thirty-three patients (group 1) were randomly allocated to flurbiprofen 50 mg twice daily and 228 patients (group 2) to placebo. All patients complied with the entry criteria, and drug treatment was commenced within 48 h of MI. Patients were assessed at 3 weeks, 3 months and 6 months, data being recorded on major clinical events and survival status.*

*Overall mortality was low (1·1%) and similar for both groups, confirming the benefit of early reperfusion therapy. The reinfarction rate documented during the 6-month follow-up was 3% (7/233) in group 1 and 10·5% (24/228) in group 2 (P<0·001).*

*The need for coronary angioplasty and/or coronary bypass graft was decreased by 51% (group 1: 39/233 = 17%; group 2: 75/228 = 33%) (P<0·001). Coronary angiogram at 6 months showed a similar reocclusion rate between treatments.*

*Flurbiprofen appears to be an effective drug for the prevention of reinfarction after coronary reperfusion and in reducing the need for secondary revascularization procedures. It may offer advantages over aspirin, but comparable efficacy remains to be established.*

## Introduction

Since 1986 several well designed clinical studies[1–6] have demonstrated the efficacy of intravenous thrombolysis in acute MI. However, the long-term success of these procedures is limited due to reocclusion of the artery and, to prevent this complication, inhibitors of platelet aggregation have been used[7] since platelets have an important role in reocclusion mechanisms and thrombus formation.

To date, the majority of studies investigating the role of platelet anti-aggregants (PAA) have involved aspirin and trials such as the Physicians Health Study[8], PARIS II[9] and ISIS II[10] have demonstrated its efficacy in primary or secondary prevention of MI, including a reduction in cardiovascular mortality.

In common with aspirin, flurbiprofen is an NSAID used mainly in musculoskeletal conditions such as rheumatoid disease, osteoarthritis and ankylosing spondylitis. It is a potent inhibitor of prostaglandins synthesis.

PAA activity was first demonstrated for flurbiprofen[11–15] as early as 1973 and it acts in a similar manner to aspirin by inhibition of the synthesis of thromboxane A$_2$ via cyclo-oxygenase. However, inhibition of platelet cyclo-oxygenase is reversible with flurbiprofen within a few hours, giving it potential advantages over aspirin with its

Submitted for publication on 25 July 1991 and in final revised form 22 January 1993.

*Correspondence:* M. L. Brochier, University Department of Cardiology, CHU Tours 37044, France.

prolonged action on platelet aggregation and endothelial prostacyclins.

The optimum dose of flurbiprofen required for PAA is 50–100 mg daily[16,17] with plasma drug concentrations significantly lower than therapeutically active doses of aspirin. At this dose, flurbiprofen rarely prolongs the bleeding time above normal values[18]. Thus, flurbiprofen can be used in the immediate post-infarct period without precluding further emergency surgical intervention.

The aim of this multicentre, double-blind study was to assess the efficacy of flurbiprofen when used as early intervention treatment to prevent recurrent MI and reocclusion of the IRA in patients who had previously been successfully treated for acute MI by thrombolysis and/or coronary angioplasty.

## Methods

### PATIENT SELECTION

Thirty-eight coronary care units (CCUs) in France participated in this placebo-controlled, multicentre, double-blind study over 2 years (May 1986 to July 1988). Patients included in the study were those admitted to the CCU within 6 h of onset of acute MI and treated by thrombolysis and/or angioplasty. Only patients with definite evidence of MI as judged by clinical, biological and ECG testing were included in the study after documented evidence of successful reperfusion of the IRA (TIMI

0195-668X/93/070951 + 07 S08.00/0

© 1993 The European Society of Cardiology

MRK-I8940060218

grade 2 or 3)[3] assessed by a coronary angiogram performed within 24 h of admission (Day 0).

Four hundred and sixty-four patients below the age of 75 years were randomly allocated to receive either flurbiprofen 50 mg or matching placebo twice daily (Day 1). The mean number of patients in each of the 38 coronary care units was 12 (range 2 to 36; median 14). Exclusion criteria were: patients with no coronary patency (TIMI grade 0 or 1) at the initial coronary angiogram and patients in whom thrombolytic treatment or angioplasty were contraindicated. Also excluded were patients in whom NSAID use was contraindicated (the presence of gastrointestinal ulcer, a potential for abnormal bleeding, thrombocytopenia, or severe kidney failure with high serum creatinine $> 250\ \mu M\ .\ l^{-1}$), patients on oral anticoagulant therapy with a prothrombin index less than 30%, pregnant women, diabetic patients with retinal microangiopathy, patients with uncontrolled hypertension (diastolic blood pressure $> 95$ mmHg), and patients treated with ticlopidine or aspirin. Oral anticoagulants and all anti-ischaemic drugs such as nitrates, calcium antagonists and beta-blockers were allowed during the 6-month follow-up.

The protocol was approved by the Ethics Committee of the French Society of Cardiology according to French law and informed consent was obtained from each patient before the start of the study. A Scientific Committee (seven members) independently monitored the progress of the study and were empowered to stop the trial at any time for safety or ethical reasons. The study remained blinded until completion at 6 months.

ASSESSMENTS

At baseline, before randomization, each patient was assessed for suitability for inclusion in the study; age, sex, time of onset of pain and previous medical history including previous MI or stroke, arteriopathy and hypertension were recorded.

Patients enrolled in the study were subsequently assessed clinically at 3 weeks, 3 months and 6 months. At the 6-month follow-up, data were recorded on clinical course and major clinical events including cardiac and non-cardiac death, emergency interventional procedures such as angioplasty (PTCA) and coronary artery bypass graft (CABG), coronary occlusion of vessels other than the IRA, laboratory examinations and other treatment occurring before the 6-month assessment. A second coronary angiogram was performed on completing the 6-month follow-up. The primary end-points of the study were (i) recurrent MI (confirmed on clinical, biochemical and ECG evidence) and (ii) reocclusion of IRA (confirmed by coronary angiogram at 6-month follow-up). Secondary end points included death, the number of interventional procedures, and reports of symptoms of ischaemic heart disease (IHD). The category 'free of major ischaemic events' included patients alive at 6 months without reinfarction or secondary intervention. However, patients suffering from stable angina treated with anti-anginal medication were not categorized. Those with increasing or unstable angina were classified

separately as secondary cardiovascular events. Tolerability of the treatment was assessed by recording adverse events, particularly any haemorrhagic accidents.

Six-month survival status was ascertained for all patients randomized except for three lost to follow-up during the first 3 weeks.

STATISTICAL METHODS

A minimum of 354 subjects were planned to complete the 6-month study, in order to demonstrate a difference of 10% in reinfarction rates between the flurbiprofen and placebo groups, assuming a placebo effect of 20% to 25% ($\alpha = 5\%$, $\beta = 30\%$)[19].

The Chi-square test was used to compare patients on the basis of categorical variables, that is, reinfarction, reocclusion rate, PTCA and CABG. The time periods to subsequent reinfarction were evaluated using the Kaplan-Meier method to construct probability curves for both treatment groups (with reinfarction as end point) which were compared by a log rank test. Results were also expressed as relative risk (RR) ratios and as 95% confidence intervals of the mean[20]. Apart from the three patients lost to follow-up in the first 3 weeks of the study, *all* patients who discontinued the study (15 at week 3, 15 at week 12 and 5 at week 24), were followed up and included in the final intention-to-treat analysis.

Results

An analysis blinded for actual treatment allocation was performed and presented to the Scientific Committee in 1989, 3 years after the commencement of the study. This interim analysis did not consider loss to follow-up or withdrawn patients but only patients who had completed 6 months. In view of the significant difference in reinfarction rates between the two blinded treatment groups and evidence from the recently published ISIS study of the efficacy of aspirin in preventing reinfarction, the Committee recommended stopping the study.

The final analysis was performed on a total of 464 patients admitted into the 38 CCUs for acute MI within a maximum 6 h between onset of pain and reperfusion therapy. Three patients were subsequently excluded, based on the results of the initial coronary angiogram performed within the first 24 h, and of the remaining 461 patients studied, 233 were allocated to receive flurbiprofen 50 mg twice daily and 228 patients to placebo. Both groups were well matched for baseline characteristics, including initial reperfusion therapy (Table 1). Initial angioplasty was performed on 43 patients (22 flurbiprofen, 21 placebo) the remainder received thrombolytic therapy.

MORTALITY

Six month survival was ascertained for all patients randomized. Five patients died during the study (1·1% overall mortality during 6 months), two in the flurbiprofen group and three in the placebo group. In the former, one patient died on day 53, classified as sudden death, and the second, who was receiving anticoagulants concurrently, died on day 53 from subarachnoid haemorrhage. In the

*Table 1  Baseline characteristics (n = 461)*

|  | Flurbiprofen (n = 233) | Placebo (n = 228) |
|---|---|---|
| Sex: Male, n (%) | 206 (88·0%) | 205 (89·0%) |
| Mean age/years (range) | 54·5 (20–74) | 55·1 (28–74) |
| History of previous MI | 16/232 (6·9%) | 19/227 (8·4%) |
| Infarct Location |  |  |
| Anterior. n (%) | 116 (49·8) | 100 (43·8) |
| Postero-inferior. n (%) | 116 (49·8) | 126 (55·3) |
| Undetermined. n (%) | 1 (0·4) | 2 (0·9) |
| Time (min) from symptom onset to |  |  |
| initial treatment mean (± SEM) | 214·0 ± 20·7 | 194·3 ± 14·8 |
| Initial treatment |  |  |
| Thrombolysis alone (%) | 114/233 (49·0) | 112/228 (49·0) |
| Angioplasty alone (%) | 23/233 (10·0) | 20/228 (9·0) |
| Both (%) | 96/233 (41·0) | 96/228 (42·0) |
| Streptokinase (%) | 173/210 (82·4) | 176/208 (84·6) |
| Urokinase (%) | 22/210 (10·5) | 14/208 ( 6·7) |
| tPA (%) | 13/210 (6·2) | 10/208 (4·8) |
| Unknown | 2/210 (0·95) | 8/208 (3·8) |
| Heparin (%) | 221/233 (94·8) | 215/228 (94·3) |

SEM = Standard error of the median.

*Table 2  Cumulative incidence of reinfarction*

| Delay | Flurbiprofen |  | Placebo |
|---|---|---|---|
| Within 3rd week (%) | 4/233 (1·7) |  | 16/228 (7) |
| Within 3rd month (%) | 6/233 (2·5) |  | 20/228 (8·8) |
| Within 6th month (%) | 7/233 (3) |  | 24/228 (10·5) |
| Total (%) | 7/233 (3) | P < 0·001 | 24/228 (10·5) |

RR 0·285 (95% CI 0·116–0·649).

placebo group, one patient died on day 10 due to cardiogenic shock following reinfarction, one death resulted from ruptured aneurysm of the sub-renal aorta on day 67 and one patient died suddenly at 5 months.

REINFARCTION

A total of 31 reinfarctions, confirmed by clinical, ECG and enzymatic criteria, were recorded during the 6-month follow-up period, seven (3%) patients in the flurbiprofen group and 24 (10·5%) in the placebo group (P < 0·001) (Table 2). Survival took into account all patients except the three patients lost to follow-up in the first 3 weeks. The calculation of rate ratio[21] showed that flurbiprofen led to a reinfarction risk ratio of 0·285 (95% CI 0·116–0·649). Among the 31 reinfarctions, three followed secondary PTCA (1 flurbiprofen, 2 placebo).

The Kaplan–Meier probability curves for the two treatment groups are shown in Fig. 1 and the difference between percentages of patients free of reinfarction over time is highly significant (P < 0·001).

REOCCLUSION OF THE INFARCT RELATED ARTERY

Repeat coronary angiography was performed at 6 months on 167 (72%) patients allocated to flurbiprofen and on 150 (66%) in the placebo group. The number of

coronary reocclusions detected by angiogram was 25/167 in the flurbiprofen group and 21/150 in the placebo group and the difference was not significant (Table 3). Of the remaining 66 patients (28%) in the flurbiprofen group and 78 (34%) in the placebo group who did not undergo coronary angiography at 6 months, 14 in the flurbiprofen group and 41 in the placebo group had presented intercurrent coronary events such as reinfarction, or needed further CABG or PTCA, which led to termination of the study. This difference was highly significant (P < 0·001). Coronary angiography was not performed on these patients due either to patient or physician refusal or to administrative reasons.

Overall, secondary interventional procedures (PTCA or CABG) were performed in 39 patients in the flurbiprofen group and 75 patients in the placebo group (P < 0·001). Thus, in the flurbiprofen group, the need for secondary procedures was reduced by 50%. The number of patients free of IHD symptoms including those with stable angina at 6 months was 153 (65·7%) in the flurbiprofen group and 98 (43%) in the placebo group (P < 0·001) (Table 3). Thus, the number of asymptomatic patients on flurbiprofen was increased by 52% compared with placebo.

The subgroup of 43 patients treated initially with angioplasty alone (22 flurbiprofen, 21 placebo) showed that the

MRK-I8940060220

954   *M. L. Brochier*



*Figure 1* Percentage of patients free of infarction over time (Kaplein–Meier estimates) for patients allocated to flurbiprofen (n = 233) and to placebo (n = 228) respectively. ○ = flurbiprofen; ● = placebo.

*Table 3* Total number of events at 6 months and patients free of symptoms at 6 months

|  | Flurbiprofen | | Placebo | | |
|---|---|---|---|---|---|
| Reinfarction, n (%) | 7/233 | (3) | 24/228 | (10·5) | P < 0·001 |
| Secondary interventional procedures, n (%) | 39/233 | (16·74) | 76/228 | (33·3) | P < 0·001 |
| PTCA, n (%) | 34/233 | (14·6) | 60/228 | (26·3) | P < 0·002 |
| CABG, n (%) | 5/233 | (2·2) | 16/228 | (7) | P < 0·01 |
| 6th month reocclusion, n (%) | 25/167 | (15) | 21/150 | (14) | ns |
| Deaths, n (%) | 2/233 | (0·8) | 3/228 | (1·3) | ns |
| Free of symptoms, n (%) | 153/233 | (65·7) | 98/228 | (43) | P < 0·001 |

proportions of reinfarctions were similar to the total population. The need for secondary surgical intervention therapy (i.e. CABG or secondary angioplasty) was similar to placebo in this thrombolytic therapy and/or coronary angioplasty. Patients with evidence of persistent occlusion on the coronary angiogram (TIMI grade 0 or 1) performed within 24 h of the initial MI were excluded. The trial design permitted a direct comparison between the active and untreated groups for rates of reinfarction and reduction of secondary re-vascularization procedures following documented, successful reperfusion after acute MI. The primary end-points (recurrent MI and reocclusions) and secondary end-points (re-vascularization procedures and

survival) of the study were easily measurable and entirely objective so adding to the reliability of the results.

In this study, flurbiprofen 50 mg twice daily significantly decreased the rate of reinfarction (P < 0·001) compared with placebo, reducing the overall risk during the 6-month follow-up period by 71%. Most of the reinfarctions (4 flurbiprofen, 16 placebo) occurred within the first 3 weeks).

Overall mortality was very low (1·1%) throughout the study (2 flurbiprofen, 3 placebo), only one patient in the placebo group had reinfarction as the cause of death. The low mortality rate was undoubtedly due to the strict patient inclusion criteria. The rate of secondary vascularization

MRK-I8940060221

*Table 4   Outcome following initial angioplasty vs no initial angioplasty*

|  | Flurbiprofen (n = 233) | Placebo (n = 228) |
|---|---|---|
| **Initial angioplasty alone** | | |
| Total number | 22  (9·4%) | 21  (9·2%) |
| Reinfarction | 1  (4·6%) | 3  (14·3%) |
| Six month reocclusion | 0 | 3  (14·3%) |
| CABG | 1  (4·6%) | 1  (4·8%) |
| Secondary angioplasty | 5  (22·7%) | 4  (19·0%) |
| Free of symptoms | 14  (64·6%) | 9  (42·9%) |
| **Initial angioplasty plus thrombolysis** | | |
| Total number | 97  (41·6%) | 95  (41·7%) |
| Reinfarction | 4  (4·1%) | 6  (6·3%) |
| Six month reocclusion | 9  (9·3%) | 7  (7·4%) |
| CABG | 0 | 3  (3·2%) |
| Secondary angioplasty | 18  (18·6%) | 26  (27·4%) |
| Free of symptoms | NK | NK |
| **No initial angioplasty** | | |
| Total number | 114  (48·9%) | 112  (49·1%) |
| Reinfarction | 2  (1·8%) | 15  (13·4%) |
| Six month reocclusion | 16  (14·0%) | 11  (9·8%) |
| CABG | 4  (3·5%) | 12  (10·7%) |
| Secondary angioplasty | 11  (9·6%) | 30  (26·8%) |
| Free of symptoms | NK | NK |

NK = not known.

*Table 5   Side-effects reported and number of withdrawals due to side-effects during the 6 month study period*

| Adverse event | Number (%) of events reported | | Statistical significance |
|---|---|---|---|
| | Flurbiprofen (n = 233) | Placebo (n = 228) | |
| **Total** | 66  (28·3) | 37  (16·2) | $P < 0.01$ |
| **Haemorrhagic complication** | | | |
| Total | 34  (14·5) | 18  (7·9) | $P = 0.058$ |
| Bruising | 11 | 4 | |
| Digestive bleeding | 9 | 3 | |
| Haematuria | 4 | 1 | |
| Minor bleeds | 6 | 6 | |
| Others | 3 | 3 | |
| Fatal | 1* | 1** | |
| Digestive disorders | 26  (11·1) | 16  (7·0) | |
| Allergy | 4  (1·7) | 1  (0·4) | |
| Others | 2  (0·8) | 2  (0·8) | |
| Drug withdrawals | 21  (9·0) | 11  (4·8) | NS |

*Subarachnoid haemorrhage.
**Ruptured aneurysm of the sub-renal aorta.

procedures (PTCA or CABG) was reduced by 51% in the flurbiprofen treated group. The majority were performed within the first 3 months (75%).

The reocclusion rate of the IRA, as demonstrated by the 6-month coronary angiogram, showed no significant difference between the groups (Table 3). However, only a proportion of patients underwent this investigation (167 flurbiprofen, 150 placebo) and there was an imbalance between the groups with regard to intercurrent clinical events and secondary revascularization group in contrast to those patients who received no angioplasty initially (Table 4).

ADVERSE EVENTS

Side effects were reported by 66 patients on flurbiprofen and by 37 patients in the placebo group during the 6-month follow-up period ($P < 0.01$) (Table 5). Twenty-one patients in the flurbiprofen group and 11 in the placebo group were withdrawn due to drug-related side-effects, but this difference was not significant.

The most common events reported in each group were haemorrhagic accidents, 14·5% in the flurbiprofen group and 7·9% in the placebo group ($P = 0.058$), but the majority (81%) of these events occurred in patients on concomitant oral anticoagulant therapy and they were

956  M. L. Brochier

usually minor. The percentage of patients taking oral anticoagulants was similar in the groups (52% in flurbiprofen group, 47% in placebo group). One patient in each group required transfusion. A fatal subarachnoid haemorrhage occurred in a patient receiving both flurbiprofen and oral anticoagulation and one patient in the placebo group died as a result of ruptured aneurysm of the sub-renal aorta.

## Discussion

The value of aspirin in the prevention of secondary myocardial infarction has been clearly demonstrated in a number of studies[8–10], but this is the first published clinical trial intended to demonstrate similar effects with flurbiprofen, a NSAID with potent antiplatelet properties.

This multicentre, randomized, parallel, double-blind, placebo-controlled trial included 464 patients with acute MI successfully treated initially with revascularization procedures. This makes it difficult to draw any firm conclusions regarding the absence of any significant difference in the IRA reocclusion rates.

Finally, a 53% increase in the number of asymptomatic patients was observed at 6 months in the flurbiprofen group (66% flurbiprofen, 43% placebo) indicating potential for an improved quality of life. These improvements were achieved at the expense of a twofold increase in the number of side-effects reported (Table 5). However, they were mainly of a relatively mild nature and the majority of events including those leading to withdrawal occurred in patients taking concomitant anticoagulation therapy.

Unfortunately this study did not involve a standard, positive control such as aspirin. However, no study has ever tested the effects of aspirin on re-infarction rates in patients who have been successfully re-perfused. The use of this patient population combined with objective, observational end points makes this methodology particularly interesting and may be used to compare alternative antiplatelet agents to see if drugs, like flurbiprofen, could provide potential advantages over aspirin in the prevention of secondary infarction following acute MI.

The following centres and investigators collaborated:

NATIONAL CO-ORDINATOR
Mireille L. Brochier (*Tours*)

REGIONAL CO-ORDINATORS
F. Achard (*Centre Cardiologique du Nord*), P. Arnold (*Colmar*), P. Balansard (*Toulon*), J. P. Bassand (*Besancon*), P. Bernadet (*Toulouse*), M. Bertrand (*Lille*), P. Besse (*Bordeaux*), M. Blondeau (*Le Kremlin-Bicetre*), J. Bouhey/P. Louis (*Dijon*), M. L. Brochier (*Tours*), A. Castaigne (*H. Mondor — Creteil*), Y. Chestier (*Villeneuve — St-Georges*), J. Fechner (*Evecquemont*), R. Gerard (*Marseille*), J. Gouffault (*Rennes*), R. Gourgon (*Bichat — Paris*), R. Grolleau-Raoux (*Montpellier*), C. Guerot (*Boucicaut — Paris*), J. L. Hirsch (*Avignon*), F. Jan (*H. Mondor — Creteil*), B. Kalisa (*Poissy*), H. Lardoux (*Corbeil*), B. Letac (*Rouen*), J. Machecourt (*Grenoble*), C. Marien (*Aubervilliers*), J. P. Monassier (*Colmar*), P. Morand (*Nice*), J. P. Normand (*Versailles*), J. Pongonnaille (*Clermont-Ferrand*), J. C. Potier (*Caen*), J. C. Quiret (*Amiens*), R. Schmitt (*St.-Laurent-du-Var*), G. Souffrant(*Parly 2 — Le Chesnay*), A. Tadei (*Angers*), A. Vacheron (*Necker — Paris*), P. E. Valere (*Beaujon — Clichy*), M. Valois (*Orleans*), J. Valty (*Saint-Antoine — Paris*).

INVESTIGATORS
M. C. Aumont (*Bichat — Paris*), P. Barragan (*Marseille*), A. Baralla (*Toulon*), P. H. Blanc (*Nice*), C. Boesch (*H. Mondor — Creteil*), Bouchoucha (*Centre Cardiologique du Nord*), B. Boujon (*Le Kremlin-Bicetre*), Bourahoua (*Parly 2 — Le Chesnay*), C. Bourdonnec (*Rennes*), E. Brochat (*Beaujon — Clichy*), B. Charbonnier (*Tours*), B. Citron (*Clermont-Ferrand*), Collet (*Marseille*), T. Corcos (*Parly 2 — Le Chesnay*), P. Cristofini (*Boucicaut — Paris*), J. C. Daubert (*Rennes*), Delarche (*Bordeaux*), Dentan (*Dijon*), F. Derbel (*Toulouse*), M. Desnos (*Boucicaut — Paris*), B. Desveaux (*Tours*), P. Druelles (*Rennes*), C. Dubois-Rande (*H. Mondor — Creteil*), P. H. Durand (*Saint-Laurent-du-Var*), X. Favereau (*Parly 2 — Le Chesnay*), C. Fournier (*Le Kremlin-Bicetre*), J. L. Fourrier (*Lille*), O. Gourdon (*Montpellier*), G. Grollier (*Caen*), Gurdjian (*Aubervilliers*), M. Hanssen (*Colmar*), B. Hauer (*Colmar*), G. Jarry (*Amiens*), Jouve (*Marseille*), Juillard (*Bichat — Paris*), R. Krebs (*Montpellier*), M. Lang (*Tours*), Y. Louvard (*Corbeil*), X. Marchand (*Poissy*), Martin (*Evecquemont*), J. P. Metzger (*Necker — Paris*), P. Meyer (*Saint-Laurent-du-Var*), Morellon (*Dijon*), J.C. Pony (*Rennes*), P. H. Pruvost (*Boulogne sur Seine*), P. Raynaud (*Tours*), J. Rigaud (*Angers*), G. Robert (*Montpellier*), I. Sans (*Toulon*), T. Savin (*Rouen*), P. J. Scala (*Saint-Antoine — Paris*), J. Schwob (*Versailles*), J. Stecken (*Orleans*), C. Thery (*Lille*), P. Wyart (*Villeneuve-Saint-Georges*).

MEMBERS OF THE STEERING COMMITTEE
B. Avouac (*H. Mondor — Creteil*), M. L. Brochier (*Tours*), A. Castaigne (*H. Mondor — Creteil*), H. Geschwind (*H. Mondor — Creteil*), R. Haiat (*Saint-Germain-en-Laye*), B. Lancelin (*Versailles*), M. M. Samama (*Hotel-Dieu — Paris*).

MEMBERS OF THE ANGIOGRAPHY ASSESSMENT GROUP
B. Desveaux (*Tours*), G. Drobinski (*Pitie-Salpetriere — Paris*), H. Geschwind (*H. Mondor — Creteil*), B. Lancelin (*Versailles*), J. P. Metzger (*Necker — Paris*), M. Pornin (*Broussais — Paris*).

MEMBERS OF THE DATA CO-ORDINATING CENTRE
A. Castaigne (*H. Mondor — Creteil*), B. Charbonnier (*Tours*), R. Haiat (*St. Germain-en-Laye*), B. Houot (*Boots Pharma*).

MEMBERS OF THE DATA MONITORING AND STATISTICAL ANALYSIS COMMITTEE
E. Eschwege (*INSERM U. 21*), M. Vray (*INSERM U. 21*), Societe Processus

This study was supported by Boots Pharmaceuticals and we thank Dr J-M. Goehrs, Dr B. Houot, Dr M. Busson and Dr E. Leutenegger for their invaluable help.

## References

[1] GISSI (Gruppo Italiano per lo studio della streptochinasi nell'infarto miocardico). Effectiveness of intravenous thrombolytic treatment in acute myocardial infarction. Lancet 1986; i: 397–402.

[2] Sheehan FH, Braunwald E, Canner P et al. The effect of intravenous thrombolytic therapy on left ventricular function. A report on tissue-type plasminogen activator and streptokinase from the thrombolysis in myocardial infarction (TIMI Phase I) trial. Circulation 1987; 75: 817–29.

[3] TIMI Study Group (The). Comparison of invasive and conservative strategies after treatment with intravenous tissue plasminogen activator in acute myocardial infarction. Results of the thrombolysis in myocardial infarction (TIMI) Phase II trial. N Engl J Med 1989; 320: 618–27.

[4] Topol EJ, for The Thrombolysis and Angioplasty in Myocardial Infarction Study Group. A randomized trial of immediate versus delayed elective angioplasty after intravenous tissue plasminogen activator in acute myocardial infarction. N Engl J Med 1987; 317: 581–8.

[5] Werf F van de, Arnold AE, for The European Co-operative Study Group for Recombinant Tissue Type Plasminogen Activator. Intravenous tissue plasminogen activator and size of infarct, left ventricular function and survival in acute myocardial infarction. Br Med J 1988; 297: 1374–79.

[6] Wilcox RG, Von der Lippe G, Olsson CG, Jensen G, Skene AM, Hampton JR, for The Asset Study Group. Trial of tissue plasminogen activator for mortality reduction in acute myocardial infarction. Anglo-Scandinavian study of early thrombosis (ASSET). Lancet 1988; ii: 525–30.

[7] Stein B, Fuster V, Israel DH *et al*. Platelet inhibitor agents in cardiovascular disease: an update. JACC 1989; 14: 813–36.

[8] Steering Committee of the Physicians' Health Study Research Group. Final Report on the aspirin component of the on-going physicians' health study. N Engl J Med 1989; 321: 129–35.

[9] Klimt CR, Knatterud GL, Stamler J, Meier P. Persantine-aspirin reinfarction study. Part II. Secondary coronary prevention with persantine and aspirin. JACC 1986; 7: 251–69.

[10] ISIS-2 (Second International Study of Infarct Survival Collaborative Group). Randomised trial of intravenous streptokinase, oral aspirin, both, or neither among 17 187 cases of suspected acute myocardial infarction: ISIS-2. Lancet 1988; ii: 349–60.

[11] Abe T, Goto H, Imaoka S, Inoshita K, Kazama M. Influence of flurbiprofen on platelet aggregation. I. Metabolic and ultrastructural studies in vitro. Acta Haematol Jap 1978; 41: 111–26.

[12] Adams SS, Buckler JW. Ibuprofen and flurbiprofen. Clin Rheum Dis 1979; 5: 359–79.

[13] Davies T, Lederer DA, McNichol S, McNichol GP. The effect of flurbiprofen (2-(2-Fluoro-4-Biphenylyl)propionic acid) on platelet function and blood coagulation. Thromb Res 1974; 5: 667–83.

[14] Nishizawa EE, Wynalda DJ, Suydam DE, Molony BA. Flurbiprofen, a new potent inhibitor of platelet aggregation. Thromb Res 1973; 3: 577–88.

[15] Thebault JJ, Lagrue G, Blatrix CE, Cheynier L, Cluzan R. Clinical Pharmacology of flurbiprofen: a novel inhibitor of platelet aggregation. Curr Med Res Opin 1977; 5: 130–4.

[16] Levy-Toledano S, Maclouf J, Caen J, Bara L, Lecrubier C, Samama M. Effet du flurbiprofène sur les fonctions des plaquettes. Etude de l'interférence avec la synthèse de thromboxane plaquettaire et la production de prostacycline par l'aorte du lapin. J Pharmacol 1983; 14: 141–50.

[17] Stoltz JF, Voisin Ph, Guimont Ch, Louis J, Drouin P. Etude pharmacologique in vitro et in vivo chez l'animal et chez l'homme de l'action antiagrégante du flurbiprofène. Ann Med Est 1983; 22: 65–9.

[18] Pitney WR, Nichol M, Dean S, Hickey A. Effect of flurbiprofen on bleeding time and platelet aggregation. Throm Res 1978; 13: 811–9.

[19] Schwartz D, Flammant R, Lellouch J. L'essai thérapeutique chez l'homme. Paris: Flammarion Med Sc Ed, 1973.

[20] Fleiss JL. Statistical method for rates and proportions. New York: John Wiley and Sons, 1975.

[21] Cox DR. Regression models in life tables with discussion. J Roy Statis. SOS 1972; B32: 187–220.

MRK-I8940060224

*itl. Acad. Sci. USA*
pp. 272–277, January 1999
*...macology*

# Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2

(prostaglandins/platelets/monocytes/ibuprofen/celecoxib)

B. F. McAdam*, F. Catella-Lawson, I. A. Mardini, S. Kapoor, J. A. Lawson, and G. A. FitzGerald[†]

EUPENN Group of Investigators, Center For Experimental Therapeutics, University Of Pennsylvania, Philadelphia, PA 19104

Edited by Michael A. Gimbrone, Jr., Brigham and Women's Hospital, Boston, MA, and approved October 20, 1998 (received for review July 8, 1998)

**ABSTRACT**    Prostaglandins (PG) are synthesized by two isoforms of the enzyme PG G/H synthase [cyclooxygenase (COX). To examine selectivity of tolerated doses of an inhibitor of the inducible COX-2 in humans, we examined the effects of celecoxib on indices of COX-1-dependent platelet thromboxane (Tx) $A_2$ and on systemic biosynthesis of prostacyclin *in vivo*. Volunteers received doses of 100, 400, or 800 mg of celecoxib or 800 mg of a nonselective inhibitor, ibuprofen. Ibuprofen, but not celecoxib, significantly inhibited $TxA_2$-dependent aggregation, induced *ex vivo* by arachidonic acid ($83 \pm 11\%$ vs. $11.9 \pm 2.2\%$; $P < 0.005$) and by collagen. Neither agent altered aggregation induced by thromboxane mimetic, U46619. Ibuprofen reduced serum $TxB_2$ ($-95 \pm 2\%$ vs. $-6.9 \pm 4.2\%$; $P < 0.001$) and urinary excretion of the major Tx metabolite, 11-dehydro $TxB_2$ ($-70 \pm 9.9\%$ vs. $-20.3 \pm 5.3\%$; $P < 0.05$) when compared with placebo. Despite a failure to suppress $TxA_2$-dependant platelet aggregation, celecoxib had a modest but significant inhibitory effect on serum $TxB_2$ 4 hr after dosing. By contrast, both ibuprofen and celecoxib suppressed a biochemical index of COX-2 activity (endotoxin induced $PGE_2$ in whole blood *ex vivo*) to a comparable degree ($-93.3 \pm 2\%$ vs. $-83 \pm 6.1\%$). There was no significant difference between the doses of celecoxib on COX-2 inhibition. Celecoxib and ibuprofen suppressed urinary excretion of the prostacyclin metabolite, 2,3 dinor 6-keto $PGF_{1\alpha}$. These data suggest that (*i*) platelet COX-1-dependent aggregation is not inhibited by up to 800 mg of celecoxib; (*ii*) comparable COX-2 inhibition is attained by celecoxib (100–800 mg) and ibuprofen (800 mg) after acute dosing; and (*iii*) COX-2 is a major source of systemic prostacyclin biosynthesis in healthy humans.

Prostaglandins (PGs) are autacoidal lipid mediators of importance in physiological responses, inflammation and thrombosis (1). They are formed from arachidonic acid by the catalytic activity of prostaglandin G/H synthase, also known colloquially as cyclooxygenase (COX) (2). This rate-limiting, committed step in the formation of prostaglandins results in the formation of an unstable endoperoxide intermediate, $PGH_2$ (3). In turn, $PGH_2$ serves as substrate for cell-specific isomerases and synthases to produce the prostaglandins $PGE_2$, $PGD_2$, prostacyclin ($PGI_2$), and thromboxane (Tx) $A_2$ (3, 4). It is now recognized that there are two related but distinct gene products that possess COX activity, termed COX-1 and COX-2 (5–7). COX-1 is expressed constitutively in most tissues (8). It is thought to release prostaglandins involved in cellular "house-keeping" functions, such as the maintenance of gastrointestinal integrity and vascular homeostasis (9). COX-2 is undetectable in most tissues in the absence of stimulation but

is induced as an intermediate–early gene in a limited repertoire of cells, notably in monocytes, macrophages, neutrophils, and endothelial cells (10–12). Among the stimulants of COX-2 induction are bacterial lipopolysaccharides (LPS), growth factors, cytokines, and phorbol esters (13–16). Increased expression of COX-2, but not of COX-1, has been demonstrated in rheumatoid synovial tissues *in vivo* (17). Conversely, expression of this isoform is inhibited by glucocorticoids and by the anti-inflammatory cytokines interleukin 10 and interleukin 4 (18–20). These observations have led to the hypothesis that COX-2 expression mediates the enhanced prostanoid release, which characterizes the inflammatory response (21). COX-2 also has been implicated in tumorigenesis (22).

Inhibition of prostaglandin synthesis is thought to account for both the therapeutic and adverse effects associated with the administration of conventional nonsteroidal antiinflammatory drugs (NSAIDs) (23, 24). These compounds do not discriminate markedly between the two isoforms. For example, their $IC_{50}$ selectivity ratios for COX-2/COX-1 *in vitro* tend to be <10 (25, 26). It is thought that the therapeutic effects of these agents are related to the inhibition of COX-2 at sites of inflammation whereas the adverse gastrointestinal effects and bleeding associated with NSAIDs are attributed to inhibition of COX-1 in gastric epithelium and in platelets, respectively (27). Although both COX isoforms have similar catalytic activities and conserve critical amino acid residues, they differ particularly in the topography of the substrate binding pocket at the active site (28). Thus, it has been possible to develop small molecules that differ radically in their potencies for inhibition of COX-2 vs. COX-1 *in vitro* (29). Celecoxib is highly selective for COX-2 *in vitro* (30), with a selectivity ratio of >375 in a baculovirus expression system (31). However, it is unclear how usefully such *in vitro* assay systems may predict selectivity for COX-2 in humans.

$TxA_2$ is the major product of platelet COX-1 (5, 32), and inhibition of serum $TxB_2$, its inactive hydrolysis product, reflects inhibition of this isoform *ex vivo*. Actual Tx synthesis *in vivo* is reflected by urinary Tx metabolite excretion (33). Monocytes and macrophages express COX-2 when induced by LPS *in vitro* (34), producing $PGE_2$ and $TxA_2$ as major products in a time-dependant manner. Inhibition of COX-1 with aspirin followed by stimulation of whole blood with LPS results in COX-2-dependant formation of $PGE_2$ (35). Thus, inhibition of $PGE_2$ formation may be used to reflect COX-2 inhibition *ex vivo*. We report that celecoxib and ibuprofen potently and

The publication costs of this article were defrayed in part by page charge payment. This article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. §1734 solely to indicate this fact.

© 1999 by The National Academy of Sciences 0027-8424/99/96272-6$2.00/0
PNAS is available online at www.pnas.org.

This paper was submitted directly (Track II) to the *Proceedings* office.
Abbreviations: PG, prostaglandin; COX, cyclooxygenase; LPS, lipopolysaccharide; Tx, thromboxane; NSAID, nonsteroidal antiinflammatory drugs.
*Current address: Division of Cardiology, Vanderbilt University Medical Center, Nashville, TN 37232.
†To whom reprint requests should be addressed at: Center for Experimental Therapeutics, 905 Stellar Chance Laboratories, 422 Curie Boulevard, University of Pennsylvania, Philadelphia, PA 19104. e-mail: garret@spirit.gcrc.upenn.edu.

Pharmacology: McAdam *et al.*                                                                                 *Proc. Natl. Acad. Sci. USA 96* (1999)   273

reversibly inhibit COX-2 *ex vivo* in volunteers. Although ibuprofen inhibits COX-1 and COX-2 to a comparable degree, inhibition of COX-1 is much less pronounced, although detectable, with celecoxib. Unlike the conventional NSAID, celecoxib did not inhibit platelet function but suppressed excretion of both the hydration product, 6-keto $PGF_{1\alpha}$, and the major urinary metabolite of prostacyclin, 2,3 dinor-6-keto $PGF_{1\alpha}$ (PGI-M).

## METHODS

**Study Design.** The study protocol was approved by the Institutional Review Board of the University of Pennsylvania Health System (Philadelphia) and by the Advisory Council of the General Clinical Research Center (University of Pennsylvania, Philadelphia). All volunteers were healthy individuals who refrained from smoking and using any medication for 2 weeks before the start of the study. Volunteers with a history of coagulation disorders, a bleeding tendency, drug allergy, or gastrointestinal disorders were excluded from participation in the study.

**Subjects.** Thirty-seven subjects, 22 females and 15 males, aged from 21–49 years (median age 28), were randomized under double blind conditions to receive a single dose of celecoxib (100, 400, or 800 mg), 800 mg of ibuprofen, or placebo. There were seven subjects in each group. The drugs were administered between 0700 and 0800 hr on the study morning. Volunteers remained in the General Clinical Research Center for the duration of the study. Routine hematology, biochemistry, and urinalysis were assessed at baseline and at 24 hr after administration of the drugs on completion of the study.

**Platelet Aggregation.** Platelets were harvested as described (36). In brief, platelet-rich plasma was prepared by centrifugation of citrated blood sample at $160 \times g$ for 10 min followed by centrifugation of platelet-poor plasma at $900 \times g$ for 10 min at room temperature. Platelet number was adjusted to $2 \times 10^8$ platelets/ml with platelet-poor plasma. Platelet aggregation was assessed at 37°C in platelet-rich plasma by using a Biodata PAP-4 Aggregometer (Biodata, Hatboro, PA). Platelet responses to three agonists; collagen (0.5 and 2 $\mu$g/ml), arachidonate (20 M), and U46619 (4 $\mu$M), were assessed at baseline, 3, 8, and 24 hr after administration of the inhibitors. For each agonist, maximum aggregation was calculated as the percentage of maximal light transmission achieved within 5 min of addition of the agonist. Collagen and U46619 were purchased from Biodata. The arachidonic acid and deuterated internal standards were obtained from Cayman Chemicals (Ann Arbor, MI).

**Biochemical Analyses.** Whole blood samples without anticoagulant were drawn at baseline and at 2, 4, 6, and 24 hr after drug ingestion for measurement of $TxB_2$ as described (37). Heparinized blood, drawn at baseline and at 2, 4, 6, and 24 hr after drug administration, was treated with 10 $\mu$g/ml LPS (*Escherichia coli* serotype 026:B6) after addition of aspirin (10 $\mu$g/ml) as described (35). Plasma was separated by centrifugation and was kept at −70°C until assayed for $PGE_2$ as described (38). Aspirin and LPS *E. coli* 026:B6 were purchased from Sigma. Urine samples were saved at baseline (−2–0 hr) and at 0–2, 2–4, 4–6, 6–12, and 12–24 hr after dosing for the measurement of 11-dehydro thromboxane (Tx-M) and PGI-M, the major urinary metabolites of thromboxane and prostacyclin, respectively, indices of their systemic formation *in vivo* (38). Selected samples also were analyzed for urinary 6-keto $PGF_{2\alpha}$, an index that reflects predominantly renal biosynthesis of prostacyclin. Plasma samples were analyzed for celecoxib by HPLC. The assay involved the extraction of SC-58635 and the internal standard, SC-59751, from 30 $\mu$l of human plasma by using an Isolute Confirm 130-mg Solid Phase Extraction Column (Jones Chromatography, Lakewood, CO). The extract was analyzed

by HPLC by using a 15-cm $\times$ 3.9-mm $\times$ 4-mm Novapak C18 column (Waters) equipped with a 15- $\times$ 3.2- $\times$ 7-mm RP-18 New Guard cartridge, and fluorescence detection (excitation = 240 nm, emission = 380 nm). The HPLC mobile phase was acetonitrile: 0.01 M sodium phosphate (50:50, vol/vol). The standard curve ranged from 10.0 to 5,000 ng SC-58635/ml. A 1:10 dilution quality control sample was validated. Acceptable precision (coefficient of variation) and accuracy (analytical recovery) were obtained from both between and within run studies with quality control samples in the range 10.0 to 5,000 ng SC-58635/ml. Stability through three freeze/thaw cycles also was proven. Blood hemolysis had no effect on the quantitation. A run size of 72 standards, quality controls, and unknowns was established.

**GC/Mass Spectrometry Analyses.** All analyses by GC/mass spectrometry were performed on a Fissons MD-800 (VG Organic, Manchester, U.K.) equipped with a split/splitless injector operated in the splitless mode at 260°C. The interface was maintained at 300°C, and the ion source was maintained at 260°C. The mass spectrometer was operated in the negative ion, chemical ionization mode, using ammonia as the reagent gas. All solvents used in sample preparation for GC/mass spectrometry were of HPLC grade and were obtained from J. T. Baker. The LK 60 silica gel plates (0.25 mm thick) were from Whatman. Analysis of prostanoids was performed as described (39–42).

**Statistical Analysis.** Results are expressed as mean and SEM. Statistical comparisons were made by using analysis of variance with subsequent application of Duncan's Multiple Range test, as appropriate.

## RESULTS

**Clinical.** Celecoxib was well tolerated at all doses given. No volunteer withdrew from the study or experienced serious adverse events. There were no clinically significant changes identified in hematology, biochemistry, urinalysis, supine vital signs, or physical examination during the course of the study period.

**Platelet Aggregation *ex Vivo*.** As expected, ibuprofen reversibly inhibited platelet function. The aggregation response to collagen was significantly inhibited with 800 mg ibuprofen 3 hr after dosing ($P < 0.05$) but returned toward normal 8 hr after drug administration. Collagen induced aggregation showed no consistent trend with time after placebo or celecoxib administration. Neither celecoxib nor ibuprofen inhibited aggregation induced by U46619. Aggregation responses to arachidonate 20 $\mu$M were significantly inhibited at 3 [$-83 \pm 6.5$ (ibuprofen) vs. $-2 \pm 1\%$ (placebo) expressed as percent change from baseline; $P < 0.005$] and 8 hr ($-41 \pm 15\%$ vs. $-2.2 \pm 3.4\%$; $P < 0.05$) after dosing with ibuprofen but returned to baseline 24 hr after drug administration. Celecoxib did not significantly inhibit the aggregation response to arachidonic acid (Fig. 1).

**Serum $TxB_2$.** Inhibition of serum $TxB_2$ was >95% inhibited between 2, 4, and 6 hr after dosing with ibuprofen ($P < 0.001$) with recovery evident at 24 hr. Although doses of celecoxib tended also to suppress serum $TxB_2$ to a minor degree, this change was statistically different from that observed after placebo ($-28 \pm 4.8\%$ vs. $-5.8 \pm 3.2\%$; $P < 0.05$) only with 800 mg, at 4 hr after dosing (Fig. 2A). There was a variable relationship between the plasma concentration of SC-58635 and the degree of inhibition of serum $TxB_2$. However, even at plasma concentrations of >500 ng/ml, <10% of samples exhibited >50% inhibition of serum $TxB_2$ (Fig. 2B).

**Pharmacokinetics.** The area under the plasma concentration-time curve (AUC$_{(0-24)}$) and the average maximal plasma and ($C_{max}$) concentrations of celecoxib attained in the study are shown in Table 1. The dose-response effect was nonlinear

MRK-I8940060226



Fig. 1.   Inhibition of arachidonic acid-induced platelet aggregation *ex vivo* in volunteers 3 hr after dosing with placebo, 800 mg ibuprofen, and various doses of celecoxib. ∗∗, $P < 0.01$ for comparisons with placebo.

across the range of doses administered. The median time to maximum plasma concentration ($T_{max}$) was 4.2 hr.

**Urinary Tx-M.** Ibuprofen significantly reduced urinary Tx-M; maximal effects were observed 4–6 hr ($-70.2 \pm 4\%$) and 6–12 hr ($-70.4 \pm 6.3\%$) after administration ($P < 0.05$). Suppression of Tx-M by celecoxib at the 100 mg, 400 mg, and 800 mg was not statistically different from that by placebo ($-16 \pm 5.3\%$, $-28.4 \pm 8\%$, and $43 \pm 5.3\%$ vs. $-20.6 \pm 9.9\%$), respectively (Fig. 3).

**Levels of Whole Blood Monocyte COX-2 Activity.** $PGE_2$ in stimulated whole blood varied with placebo administration,





Fig. 2.   (A) Inhibition of serum $TxB_2$, an index of COX-1 activity *ex vivo* in volunteers 4 hr after receiving placebo, 800 mg ibuprofen, or various doses of celecoxib. ∗, $P < 0.05$; ∗∗, $P < 0.01$ for comparisons with placebo. (B) The relationship between log plasma concentration of celecoxib taken 2, 4, 6, and 24 hr after dosing and inhibition of serum $TxB_2$ expressed as the percentage change from baseline values. A shallow but variable dose response effect is evident (see *Results*).

showing an average decrease of 35% compared with baseline at each time interval. Nonetheless, ibuprofen caused significantly greater inhibitory effect 2, 4, and 6 hr after treatment compared with placebo. The maximal inhibitory effect occurred at 4 hr after dosing [$-93.3 \pm 2\%$ vs. $-93.3 \pm 2\%$ vs. $-35.9 \pm 10.45$ (placebo)]. Celecoxib produced similar inhibitory effects on this index of monocyte COX-2 activity, but the effect was not dose-dependent ($-75.3 \pm 8.6\%$ vs. $-86.3 \pm 3.1$ vs. $-83.2 \pm 6.1\%$; 100, 400, and 800 mg, respectively) (Fig. 4A). Interindividual variability of response was again evident in the relationship of plasma concentration of celecoxib to inhibition of COX-2 activity. However, in contrast to the relationship with serum $TxB_2$, the plasma concentration-response relationship was steeper (Fig. 4B). For example, at plasma concentration >500 ng/ml, 75% of samples reflected >80% inhibition of this *ex vivo* index of COX-2 activity whereas only 16% of samples exhibited 40% inhibition of COX-1 activity.

**Urinary 2,3 dinor-6 keto $PGF_{1\alpha}$ and 6-keto $PGF_{1\alpha}$.** Urinary excretion of 2,3-dinor 6-keto $PGF_{1\alpha}$, an index of systemic prostacyclin biosynthesis, remained unchanged after placebo. However, it was reduced to a similar degree by 400 and 800 mg of celecoxib as well as by ibuprofen compared with placebo at both 4–6 and 6–12 hr after dosing (Table 2; $P < 0.01$). There were no significant differences between the effects of celecoxib and ibuprofen on PGI-M excretion. The effects of 800 mg celecoxib had tended to revert back toward predosing values ($288 \pm 82$ pg/mg creatine) in the sample collected 12–24 hr after dosing with 800 mg ($155.4 \pm 69$ pg/mg creatine) but was still significantly depressed ($P < 0.05$). Urinary 6-keto $PGF_{1\alpha}$ also was depressed by celecoxib 800 mg. Thus, predosing values ($172 \pm 73.4$ pg/mg creatine) fell to $88.5 \pm 17.4$ pg/mg creatinine ($P < 0.05$) 4–6 hr after dosing, partially recovering to $109.9 \pm 27.6$ pg/mg creatine 12–24 hr after dosing.

## DISCUSSION

The results of this study demonstrate that single doses of celecoxib, a highly selective COX-2 inhibitor *in vitro*, are well tolerated by healthy volunteers. All doses inhibited LPS-stimulated monocyte $PGE_2$ formation *ex vivo*, an index of COX-2 activity, to a degree that approximated that attained after 800 mg ibuprofen, a therapeutic dose of a nonselective, conventional NSAID. Although interindividual differences in response were apparent and the biochemical selectivity of Celecoxib for COX-2 was relative, rather than absolute, in humans, it did not influence $TxA_2$-dependant platelet aggregation *ex vivo*. Surprisingly, celecoxib and ibuprofen had comparable suppressive effects on the excretion of PGI-M. Celecoxib also suppressed urinary 6-keto $PGF_{1\alpha}$. This implies

MRK-I8940060227

Pharmacology: McAdam *et al.*                    *Proc. Natl. Acad. Sci. USA* 96 (1999)    275

Table 1.  Pharmacokinetics of celecoxib in healthy volunteers

| Dose | $AUC_{(0-24)}$, ng/hr/ml | $C_{max}$ at 4 h, ng/ml | $T_{max}$, hours |
|---|---|---|---|
| 100 mg, | | | |
| mean ± SEM | 4,513.6 ± 531.2 | 549.9 ± 65.0 | 4.1 ± 0.6 |
| 400 mg, | | | |
| mean ± SEM | 11,282.4 ± 1,339.0 | 970.6 ± 115.0 | 4.3 ± 0.9 |
| 800 mg, | | | |
| mean ± SEM | 23,109.0 ± 6,318.0 | 2,928.6 ± 437.0 | 4.0 ± 0.1 |

a major role for COX-2 in the biosynthesis of both systemic and renal $PGI_2$ under physiological conditions in young volunteers.

The two COX isoforms are distinct gene products prone to differential patterns of regulation (5–9, 13–17). Although their subcellular localization may be similar (43), it is thought that they have distinct roles in human biology and during development (44). Given its induction by growth factors and tumor promoters (14, 15), attention has focused on COX-2 as the likely source of prostaglandin formation during inflammation (17, 21), embryogenesis (44), and tumor growth (45). The COX isoforms exhibit marked conservation of their primary sequences (46). Differences in the topography of their active sites (47, 48) have permitted development of compounds highly selective for inhibition of COX-2 (49, 50). Biochemical selectivity for COX-2 inhibition has been assessed by assays based on measuring either oxygen consumption or prostaglandin formation (51), involving either nonhuman or human isozymes in a variety of expression systems (52, 53). Ranking of "conventional" NSAIDs for COX-2 inhibitory activity has reflected this variability (24–26). Presently, several compounds have emerged from such screening that exhibit a particularly high degree of selectivity for COX-2 ($IC_{50}$s for COX-2/COX-1 >500). At least two such compounds are at an advanced stage of clinical development. However, such inhibitors have been highly effective in models of inflammation (21, 60, 54, 55) and cancer (56) and exhibit minimal gastrotoxicity in clinical trials (57); there is little information as to their actual biochemical and functional selectivity for inhibition of COX-2 at doses tolerated by humans.

To address the hypothesis that celecoxib is highly selective for COX-2 in humans, we took advantage of assays (35, 37, 56) that reflect isozyme activity *ex vivo*. In the case of COX-2, pretreatment of heparinized blood with aspirin is used to inhibit constitutively expressed COX-1. Blood esterases deacetylate and inactivate aspirin rapidly. Thus, it does not interfere with $PGE_2$ formation by COX-2, which subsequently is induced by LPS. Although considerable baseline variability is apparent in this assay (35, 58), both celecoxib and ibuprofen



FIG. 3.  Urinary excretion of 11-dehydro $TxB_2$, a major $TxB_2$ metabolite largely derived from platelets after placebo (■—■), 800 mg of ibuprofen (▲—▲), and celecoxib at 100 (●—●), 400 (♦—♦), and 800 mg (▼—▼).





FIG. 4.  (A) Inhibition of LPS-stimulated plasma $PGE_2$, an index of COX-2 activity, *ex vivo* in volunteers receiving placebo, 800 mg of ibuprofen, and various doses of celecoxib. ∗∗, $P < 0.01$ when compared with placebo. (B) The relationship between LPS-stimulated plasma $PGE_2$ *ex vivo*, an index of COX-2 activity, and log plasma concentrations of celecoxib 2, 4, 6, and 24 hr after dosing. $PGE_2$ is expressed as a percentage of predosing values. A steep but variable dose-response is evident. ∗∗, $P < 0.01$ for comparisons with placebo.

significantly suppressed this index of COX-2 activity *ex vivo*. Of importance, celecoxib does not induce COX-2 expression in monocytes *in vitro* (P. Isakson, personal communication). Although the average maximal plasma concentration of celecoxib related to dose, there was no evident distinction between the maximal effect of acute doses in the range 100–800 mg with respect to inhibition of COX-2. This accords with the failure to discriminate between most indices of symptomatic relief afforded by chronic administration of these doses of celecoxib to patients with osteoarthritis (57). Although interindividual variability in the dose-response relationship was apparent, the relationship of plasma concentration to enzyme inhibition was sigmoidal. The $IC_{50}$ for COX-2 inhibition by celecoxib in *in vitro* systems ranges from 0.025 to 0.075 μM (31), which is lower than the range (1–3 μM) at which clinical efficacy in arthritis is expected (57). This is expected because the *in vitro* assays are performed in the absence of plasma

Table 2.  Urinary PGI-M (pg/mg creatinine) after treatment with placebo, 400 and 800 mg of celecoxib, or 800 mg of ibuprofen

| Treatment | Hours after dosing | |
|---|---|---|
| | 4–6 h | 6–12 h |
| Placebo | 117.1 ± 49.4 | 126.2 ± 63.8 |
| Celecoxib, 400 mg | 34.2 ± 7.3∗∗ | 25.1 ± 5.4∗∗ |
| Celecoxib, 800 mg | 22.8 ± 8.8∗∗ | 27.0 ± 11.8∗∗ |
| Ibuprofen, 800 mg | 51.3 ± 18.8∗ | 39.8 ± 6.3∗∗ |

∗∗, $P < 0.01$; ∗, $P < 0.05$ for comparisons with placebo.

276    Pharmacology: McAdam *et al.*                                    *Proc. Natl. Acad. Sci. USA 96* (1999)

proteins that bind the drug. It also raises the possibility that near-maximal inhibition of COX-2 is necessary for anti-inflammatory efficacy, although this remains to be established.

The biochemical selectivity of celecoxib for COX-2 was assessed by measurement of indices of COX-1 activity. Platelets possessing only the COX-1 isozyme are known to be the predominant source of $TxB_2$ formed in serum (5, 37, 58). Dose-dependent inhibition of serum $TxB_2$ *ex vivo* by aspirin (59) and Tx synthase inhibitors (60) has been reported. All doses of celecoxib in this study had some inhibitory effect on serum $TxB_2$. However, this effect was modest compared with celecoxib's effects on COX-2 activity. It is not surprising that $TxA_2$-dependent platelet aggregation induced by arachidonic acid was prevented by an efficient COX-1 inhibitor (ibuprofen) but not by celecoxib. It has been demonstrated that the relationship between inhibition of the capacity of platelets to form $TxA_2$ (serum $TxB_2$) and the $TxA_2$-dependant platelet aggregation is nonlinear; a residual 5–10% capacity to form $TxA_2$ is sufficient to sustain aggregation (61). Neither celecoxib nor ibuprofen affected Tx-independent platelet aggregation induced by the $TxA_2$ receptor agonist U46619. We also examined the effect of celecoxib on urinary 11-dehydro $TxB_2$, an index of $TxA_2$ biosynthesis *in vivo* (33). Previous studies have demonstrated that platelets are the predominant but not exclusive contributors to the excretion of Tx-M in healthy volunteers (33, 62). Ibuprofen, as expected, suppressed Tx-M, reflective of its action as a reversible inhibitor of COX-1 and COX-2. Celecoxib 800 mg also tended to suppress Tx-M, although this failed to attain statistical significance. Thus, although single doses of celecoxib exhibit relative rather than absolute biochemical specificity for inhibition of COX-2, they demonstrated functional specificity, at least with respect to the platelet. Whether this also will be true for other sites of COX-1 function, such as gastric epithelium and the brain, remains to be determined.

Prostacyclin is the major COX product of macrovascular endothelium. Urinary excretion of PGI-M reflects predominately extrarenal formation of this eicosanoid in healthy volunteers (63). Physical (64) or chemical (65) stimulation of the vasculature in humans results in increased excretion of PGI-M, as does systemic infusion of the eicosanoid (66). Administration of conventional NSAIDs and aspirin suppresses PGI-M excretion in volunteers (36, 67, 68). COX-1 is expressed constitutively in vascular endothelial cells and in smooth muscle cells (69, 70). However, COX-2 may be induced in these tissues by LPS and cytokines (69–71). Recently, Topper *et al.* (72) have shown that laminar, but not turbulent, shear will up-regulate COX-2 in endothelial cells. In the present study, ibuprofen, as expected, caused a marked reversible, inhibitory effect on PGI-M excretion. Surprisingly, celecoxib also depressed PGI-M excretion to comparable degree at doses (400 and 800 mg) that inhibited monocyte COX-2 activity to the same extent as 800 mg ibuprofen. We also found that celecoxib suppressed urinary 6-keto $PGF_{1\alpha}$. Although this index predominantly reflects renal biosynthesis of prostacyclin, in contrast to the metabolite, these distinctions are not absolute (38). Similar effects on both urinary 6-keto $PGF_{1\alpha}$ and PGI-M with a structurally distinct COX-2 inhibitor—Vioxx (MK 966)—under chronic dosing conditions in elderly humans recently have been reported[‡]. Thus, this appears to be a feature of this class of compounds, rather than a COX-2-independent effect of celecoxib alone.

Although these results clearly implicate COX-2 as a major source of $PGI_2$ biosynthesis in humans, the effects of this compound and a structurally distinct COX-2 inhibitor on this eicosanoid under chronic dosing conditions in therapeutically relevant populations remain to be determined. $PGI_2$ is a potent vasodilator and platelet inhibitor. However, its importance *in vivo* has remained speculative in the absence of a pharmacological antagonist of the $PGI_2$ receptor (IP). Recently, Narumiya and colleagues (73) have generated data in mice deficient in the IP receptor that suggest an important role for $PGI_2$ in mediating inflammation and in preventing thrombosis. It has been demonstrated that PGI-M excretion is increased in patients with syndromes of platelet activation, such as unstable angina, severe atherosclerosis, and, periprocedurally, during angioplasty (64, 74, 75). Given the role of cytokines, growth factors, and thrombin in the induction of COX-2 by vascular tissues *in vitro*, it might be expected that this isozyme also would contribute to the augmented $PGI_2$ biosynthesis observed in these conditions.

Celecoxib exhibits relative rather than absolute biochemical selectivity for COX-2 *ex vivo* at doses tolerated in humans. Nonetheless, it does not modify $TxA_2$-dependent platelet aggregation, reflective of its modest inhibitory effect on COX-1. Ibuprofen and 800 mg celecoxib inhibit COX-2 *ex vivo* and suppress urinary PGI-M to a comparable degree. This appears to extend to the class of COX-2 inhibitors. It remains to be determined whether this effect is sustained during chronic dosing in age groups at risk for cardiovascular disease. If this is so, trials much larger than those necessary to detect efficacy and safety in arthritis (57) will be necessary to determine whether cardiovascular consequences of inhibiting $PGI_2$ biosynthesis will modulate the anti-inflammatory benefit to be derived from chronic administration of COX-2 inhibitors in humans.

I.A.M. was supported by National Institutes of Health/National Institute of General Medical Sciences Grant T32-GM07612.

1.  FitzGerald, G. A. (1996) in *Cecil Loeb Textbook of Medicine* (Saunders, Philadelphia), pp. 1187–1193.
2.  Pace-Asciak, C. R. & Smith, W. L. (1983) *Enzyme* 16, 543–603.
3.  Vane, J. R. & Botting, R. (1987) *FASEB J.* 1, 89–96.
4.  Smith, W. L. (1992) *Am. J. Physiol* 263, F181–F191.
5.  Funk, C. D., Funk, L. B., Kennedy, M. E., Pong, A. S. & FitzGerald, G. A. (1991) *FASEB J.* 5, 2304–2312.
6.  Xie, W., Chipman, J. G., Robertson, D. L., Erikson, R. L. & Simmons, D. L. (1991) *Proc. Natl. Acad. Sci. USA* 88, 2692–2696.
7.  O' Bannion, M. K., Winn, V. D. & Young, D. A. (1992) *Proc. Natl. Acad. Sci. USA* 89, 4888–4892.
8.  O'Neill, G. P. & Ford-Hutchinson, A. W. (1993) *FEBS Lett.* 330, 156–160.
9.  Smith, W. L. (1989) *Biochem J.* 259, 315–324.
10. Fu, J., Masferrer, J. L., Siegel, N. & Needleman, P. (1990) *J. Clin. Invest.* 86, 1375–1379.
11. Niiro, H., Otsuka, T., Izuhara, K., Yamaoka, K., Ohshima, K., Tanabe, T., Hara, S., Nemoto, Y., Tanaka, Y., Nakashima, H., *et al.* (1997) *Blood* 89, 1621–1628.
12. Hla, T. & Neilson, K. (1992) *Proc. Natl. Acad. Sci. USA* 89, 7384–7388.
13. O'Sullivan, M. G., Huggins, E. M., Meade, E. A., DeWitt, D. L. & McCall C. E. (1992) *Biochem. Biophys. Res. Commun.* 187, 1123–1127.
14. Jones, D. A., Carlton, D. P., McIntyre, T. M., Zimmerman, G. A. & Prescott, S. M. (1993) *J. Biol. Chem.* 268, 9049–9054.
15. Kujubu, D. A., Reddy, S. T., Fletcher, B. S. & Herschman, H. R. (1993) *J. Biol. Chem.* 268, 5425–5430.
16. Evett, G. E., Xie, W., Chapman, J. G., Robertson, D. L. & Simmons, D. L. (1993) *Arch. Biochem. Biophys.* 306, 169–177.
17. Crofford, L. J., Wilder, R. L., Ristimaki, A. P., Sano, H., Remmers, E. F., Epps, H. R. & Hla, T. (1994) *J. Clin. Invest.* 93, 1095–1101.
18. Masferrer, J. L., Zweifel, B. S. Seibert, K. & Needleman, P. (1990) *J. Clin. Invest.* 86, 1375–1379.
19. Mertz, P. M., DeWitt, D. L., Steller-Stevenson, W. G. & Wahl, L. M. (1994) *J. Biol. Chem.* 269, 21322–21329.
20. Dworski, R. & Sheller, J. R. (1997) *Prostaglandins* 53, 237–251.

‡Catella-Lawson, F., McAdam, B., Morrison, B., Kapoor, S., Kujubu, D., Anes, L., Tournier, B., Green, S., Lasseter, K. & FitzGerald, G. A. Vascular Biology Symposium, April 15–18, 1998, San Francisco.

Pharmacology: McAdam *et al.*                              *Proc. Natl. Acad. Sci. USA* 96 (1999)   277

21. Masferrer, J. L., Zweifel, B. S., Manning, P. T., Hauser, S., Leahy, K. M., Smith, W. G., Isakson, P. & Seibert, K. (1994) *Proc. Natl. Acad. Sci. USA* 91, 3228–3232.
22. Eberhart, C. E., Coffey, R. J., Radhika, A., Giardiello, F. M., Ferrenbach, S. & DuBois, R. N. (1994) *Gastroenterology* 107, 1183–1188.
23. Vane, J. R. (1971) *Nature (London)* 231, 232–235.
24. Vane, J. R. & Botting, R. M. (1995) *Adv. Prostaglandin Thromboxane Leukotriene Res.* 23, 41–48.
25. Price, A. H. & Fletcher, M. (1990) *Drugs* 40, Suppl. 5, 1–11.
26. Smith, W. L., Meade, E. A. & DeWitt, D. L. (1994) *Ann. N.Y. Acad. Sci.* 722, 50–57.
27. Masferrer, J. L., Isakson, P. C. & Seibert, K. (1996) *Gastroenterol. Clin. North Am.* 25, 363–372.
28. Smith, W. L. & DeWitt, D. L. (1996) *Adv. Immunol.* 62, 167–215.
29. Penning, T. D., Talley, J. J., Bertenshaw, S. R., Carter, J. S., Collins, P. W., Docter, S., Graneto, M. J., Lee, L. F., Malecha, J. W., Miyashiro, J. M., *et al.* (1997) *J. Med. Chem.* 40, 1347–1365.
30. Khanna, I. K., Weier, R. M., Yu, Y., Collins, P. W., Miyashiro, J. M., Koboldt, C. M., Veenhuizen, A. W., Currie, J. L., Seibert, K. & Isakson, P. C. (1997) *J. Med. Chem.* 40, 1619–1633.
31. Seibert, K., Zhang, Y., Leahy, K., Hauser, S., Masferrer, J., Perkins, W., Lee, L. & Isakson, P. C. (1994) *Proc. Natl. Acad. Sci. USA* 91, 12013–12017.
32. Hamberg, M., Svensson, J. & Samuelsson, B. (1975) *Proc. Natl. Acad. Sci. USA* 72, 2294–2298.
33. Catella, F. & FitzGerald, G. A. (1987) *Throm. Res.* 47, 647–656.
34. Hempel, S. L., Monick, M. M. & Hunninghake, G. W. (1994) *J. Clin. Invest.* 93, 391–396.
35. Patrignani, P., Panara, M. R., Greco, A., Fusco, O., Natoli, C., Iacobelli, S., Cipollone, F., Garci, A., Creminon, C. & Maclouf, J. (1994) *J. Pharmacol. Exp. Ther.* 271, 1705–1712.
36. FitzGerald, G. A., Oates, J. A., Hawiger, J. A., Maas, R. L., Roberts, L. J. & Brash, A. R. (1983) *J. Clin. Invest.* 71, 676–688.
37. Patrono, C., Ciabattoni, G., Pinca, E., Pugilese, F., Castrucci, G., De Salvo, A., Satta, M. A. & Peskar, B. A. (1980) *Thromb. Res.* 17, 317–327.
38. FitzGerald, G. A. & Pedersen, A. K. & Patrono, C. (1983) *Circulation* 67, 1174–1177.
39. FitzGerald, G. A., Brash, A. R., Blair, I. A. & Lawson, J. (1985) in *Advances in Prostaglandin Thromboxane and Leukotriene*, eds. Hayaishi, O. & Yamamoto, S. (Raven, New York), pp. 87–90.
40. Catella, F. & FitzGerald, G. A. (1990) *Methods Enzymol.* 187, 42–50.
41. Ferretti, A. & Flanagan, V. P. (1979) *Lipids* 14, 483–491.
42. Knapp, H. R., Healy, C., Lawson, J. A. & FitzGerald, G. A. (1988) *Thromb. Res.* 50, 377–386.
43. Morita, I., Schindler, M., Reiger, M. K., Otto, J. C., Hori, T., DeWitt, D. L. & Smith, W. L. (1995) *J. Biol. Chem.* 270, 10902–10908.
44. Morham, S. G., Langenbach, R., Loftin, C. D., Tiano, H. F., Vouloumanos, N., Jennette, J. C., Mahler, J. F., Kluckman, K. D., Ledford, A. & Lee, C. A. (1995) *Cell* 83, 473–482.
45. Tsujii, M. & DuBois, R. N. (1995) *Cell* 83, 493–501.
46. Smith, W. L. & DeWitt, D. L. (1995) *Semin. Nephrol.* 15, 179–194.
47. Luong, C., Miler, A., Barnett, J., Chow, J., Ramesha, C. & Browner, M. F. (1996) *Nat. Struct. Biol.* 3, 926–933.
48. Gierse, J. K., McDonald, J. J., Hauser, S. D., Rangwala, S. H., Koboldt, C. M. & Seibert, K. (1996) *J. Biol. Chem.* 271, 15810–15814.
49. Khanna, I. K., Weier, R. M., Yu, Y., Xu, X. D., Koszyk, F. J., Collins, P. W., Koboldt, C. M., Veenhuizen, A. W., Perkins, W. E., Casler, J. J., *et al.* (1997) *J. Med. Chem.* 40, 1634–1647.

50. Kurumbail, R. O., Stevens, A. M., Gierse J. K., McDonald, J. J., Stegeman, R. A., Pak, J. Y., Gildehaus, B., Miyashiro, J. M., Penning, T. D., Seibert, K., *et al.* (1996) *Nature (London)* 384, 644–648.
51. Laneuville, O., Breuer, D. K., DeWitt, D. L., Hla, T., Funk, C. D. & Smith, W. L. (1994) *J. Biol. Chem.* 271, 927–934.
52. Mitchell, J. A., Akarasereenont, P., Thiermermann, C. & Flower, R. J. (1994) *Proc. Natl. Acad. Sci. USA* 90, 11693–11697.
53. Riendeau, D., Percival, M. D., Brideau, C., Charleson, S., Cromlish, W., Ethier, D., Evans, J., Falgueyret, J.-D., Ford-Hutchinson, A. W., Gordon, R., *et al.* (1997) *Br. J. Pharmacol.* 121, 105–117.
54. Sheng, H., Shao, J., Kirkland, S. C., Isakson, P., Morrow, J., Beauchamp, R. D. & DuBois, R. N. (1997) *J. Clin. Invest.* 99, 2254–2259.
55. Kalgutkar, A. S., Crews, B. C., Rowlinson, S. W., Garner, C., Seibert, K. & Marnett, L. J. (1998) *Science* 280, 1268–1270.
56. Panara, M. R., Greco, A., Santini, G., Sciulli, M. G., Rotondo, M. T., Padovano, R., di Giamberardino, M., Cipollone, F., Cuccurullo, F., Patrono, C., *et al.* (1995) *Br. J. Pharmacol.* 116, 2429–2434.
57. Simon, L. S., Lanza, F. L., Lipsky, P. E., Hubbard, R. C., Talwalker, S., Schwartz, B. D., Isakson, P. C. & Geis, S. (1998) *Arthritis Rheum.* 41, 1591–1602.
58. Patrignani, P., Filabozzi, P. & Patrono, C. (1982) *J. Clin. Invest.* 69, 1366–1372.
59. Pedersen, A. K. & FitzGerald, G. A. (1984) *N. Engl. J. Med.* 311, 1206–1211.
60. FitzGerald, G. A., Reilly, I. A. G. & Pedersen, A. L. (1985) *Circulation* 72, 1194–1201.
61. Reilly, I. A. G. & FitzGerald, G. A. (1987) *Blood* 69, 180–186.
62. Catella, F., Healy, D., Lawson, J. A. & FitzGerald, G. A. (1986) *Proc. Natl. Acad. Sci. USA* 83, 5861–5865.
63. FitzGerald, G. A., Brash, A. R., Falardeau, P. & Oates, J. A. (1981) *J. Clin. Invest.* 68, 1271–1274.
64. Braden, G. A., Knapp, H. R. & FitzGerald, G. A. (1991) *Circulation* 84, 679–685.
65. Clarke, R. J., Mayo G., Price P. & FitzGerald, G. A. (1991) *N. Eng. J. Med.* 32, 1137–1141.
66. Brash A. R., Jackson, E. K., Saggese, C., Lawson, J. A., Oates, J. A. & FitzGerald, G. A. (1983) *J. Pharmacol. Exp. Ther.* 226, 78–87.
67. Pancera, P., Arosio, E., Minuz, P., Pirante, F., Ribul, M. & Lechi, A. (1996) *Prostaglandins Leukotrienes Essent. Fatty Acids* 54, 217–222.
68. FitzGerald, G. A., Lupinetti, M., Charman, S. A. & Charman, W. N. (1991) *J. Pharmacol. Exp. Ther.* 259, 1043–1049.
69. Habib, A., Creminon, C., Frobert, Y., Grassi, J., Pradelles, P. & Maclouf, J. (1993) *J. Biol. Chem.* 268, 23448–23545.
70. Rimarachin, J. A., Jacobson, J. A., Maclouf, J., Creminon, C. & Weksler, B. B. (1994) *Arterioscler. Thromb.* 14, 1021–1031.
71. Maier, J. A., Hla, T. & Maciag, T. (1990) *J. Biol. Chem.* 265, 10805–10808.
72. Topper, J. N., Jiexing, C., Falb, D. & Gimbrone, J. R. (1996) *Proc. Natl. Acad. Sci. USA* 93, 10417–10422.
73. Murata, T., Ushikubi, F., Matsuoka, T., Hirata, M., Yamasaki, A., Sugimoto, Y., Ichikawa, A., Axe, Y., Tanaka, T., Yoshida, N., *et al.* (1997) *Nature (London)* 388, 678–682.
74. FitzGerald, G. A., Smith, B., Pedersen, A. K. & Brash, A. R. (1984) *N. Engl. J. Med.* 310, 1065–1068.
75. Fitzgerald, D. J., Roy, L., Catella, F. & FitzGerald, G. A. (1986) *N. Engl. J. Med.* 315, 983–989.

MRK-I8940060230

0022-3565/99/2892-0735$03.00/0
THE JOURNAL OF PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS
Copyright © 1999 by The American Society for Pharmacology and Experimental Therapeutics
JPET 289:735–741, 1999

Vol. 289, No. 2
Printed in U.S.A.

# Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics, and Vasoactive Eicosanoids[1]

FRANCESCA CATELLA-LAWSON,[2] BRENDAN MCADAM,[2,3] BRIGGS W. MORRISON, SHIV KAPOOR, DEAN KUJUBU, LISA ANTES, KENNETH C. LASSETER, HUI QUAN, BARRY J. GERTZ, and GARRET A. FITZGERALD

*The EUPenn Group of Investigators at the Center for Experimental Therapeutics, The General Clinical Research Center (S.K.), and Division of Nephrology (D.K., L.A.), University of Pennsylvania, School of Medicine, Philadelphia, Pennsylvania (F.C.-L., B.M., G.A.F.); Merck & Co., Inc., Rahway, New Jersey (B.W.M., H.Q., B.J.G.); and Clinical Pharmacology Associates, Miami, Florida (K.C.L.)*

Accepted for publication December 22, 1998.     This paper is available online at http://www.jpet.org

## ABSTRACT

Conventional nonsteroidal anti-inflammatory drugs inhibit both cyclooxygenase (Cox) isoforms (Cox-1 and Cox-2) and may be associated with nephrotoxicity. The present study was undertaken to assess the renal effects of the specific Cox-2 inhibitor, MK-966. Healthy older adults ($n = 36$) were admitted to a clinical research unit, placed on a fixed sodium intake, and randomized under double-blind conditions to receive the specific Cox-2 inhibitor, MK-966 (50 mg every day), a nonspecific Cox-1/Cox-2 inhibitor, indomethacin (50 mg t.i.d.), or placebo for 2 weeks. All treatments were well tolerated. Both active regimens were associated with a transient but significant decline in urinary sodium excretion during the first 72 h of treatment. Blood pressure and body weight did not change significantly in any group. The glomerular filtration rate (GFR) was decreased by indomethacin but was not changed significantly by MK-966 treatment. Thromboxane biosynthesis by platelets was inhibited by indomethacin only. The urinary excretion of the prostacyclin metabolite 2,3-dinor-6-keto prostaglandin $F_{1\alpha}$ was decreased by both MK-966 and indomethacin and was unchanged by placebo. Cox-2 may play a role in the systemic biosynthesis of prostacyclin in healthy humans. Selective inhibition of Cox-2 by MK-966 caused a clinically insignificant and transient retention of sodium, but no depression of GFR. Inhibition of both Cox isoforms by indomethacin caused transient sodium retention and a decline in GFR. Our data suggest that acute sodium retention by nonsteroidal anti-inflammatory drugs in healthy elderly subjects is mediated by the inhibition of Cox-2, whereas depression of GFR is due to inhibition of Cox-1.

The clinical benefits and adverse effects of aspirin and other nonsteroidal anti-inflammatory drugs (NSAIDs) derive from inhibition of the enzyme cyclooxygenase (Cox), the first step in the conversion of arachidonic acid to prostaglandins (PGs), thromboxane (TX) $A_2$, and prostacyclin ($PGI_2$). For many years, only a single form of Cox was recognized. This isozyme, now referred to as Cox-1, is constitutively expressed in platelets, the gastric mucosa, and most tissues, where it is thought to exert "housekeeping" functions, such as vascular homeostasis and gastric cytoprotection (Smith et al., 1996). The amino acid sequence of human Cox-2 is 60% homologous to Cox-1. This isozyme is commonly termed "inducible," because it is transiently expressed in response to inflammatory mediators, tumor promoters, and growth factors (Hla and Neilson, 1992; Jones et al., 1993; Smith et al., 1996). However, these definitions are likely to oversimplify more complex regulatory mechanisms that govern expression of the two isozymes. Thus, Cox-2 is present in the kidney and the brain in the absence of inflammation (Harris et al., 1994; Guan et al., 1997; Komhoff et al., 1997; Yang et al., 1997), whereas growth factor induction and developmental regulation of the *Cox-1* gene have been reported.

Conventional NSAIDs inhibit both Cox-1 and Cox-2 with limited selectivity (Patrignani et al., 1994). It is generally assumed, albeit with few supporting data, that their anti-inflammatory and analgesic activity is mediated via Cox-2 inhibition (Zhang et al., 1997). Inhibition of Cox-1, by contrast, is thought to be responsible for the gastric toxicity and bleeding complications associated with NSAID treatment. It is unclear whether NSAID-induced nephrotoxicity is attrib-

Received for publication October 19, 1998.
[1] This work was supported in part by Grants HL 57847 and M01RR00040 from the National Institutes of Health and by funds from Merck & Co. G.A.F. is the Robinette Foundation Professor of Cardiovascular Medicine. Abstracts have been presented at the Vascular Biology Meeting (American Heart Association) in San Francisco in April and at the Second International Workshop on Cox-2 in Maui in July of this year.
[2] F.C.L. and B.M. have contributed equally to the design and execution of the study.
[3] Present address: Vanderbilt University, Nashville, TN 37232.

**ABBREVIATIONS:** Cox, cyclooxygenase; GFR, glomerular filtration rate; NSAID, nonsteroidal inflammatory drug; NICI-GC/MS, negative ion chemical ionization–gas chromatography/mass spectrometry; PG, prostaglandin; $PGI_2$, prostacyclin; PGI-M, 2,3-dinor-6-keto $PGF_{1\alpha}$; TX, thromboxane; TX-M, 11-dehydrothromboxane $_2$; $TXB_2$, thromboxane $_2$; q.d., every day.

MRK-I8940060231

utable to inhibition of Cox-1 or Cox-2. The intrarenal distri-bution and regulation of Cox-2 by sodium intake strongly suggest a role for this enzyme in renal physiology (Harris et al., 1994; Guan et al., 1997; Komhoff et al., 1997; Yang et al., 1997) and emphasize the need to clarify the renal effects of selective Cox-2 inhibitors that are at an advanced stage of clinical development. Notably, one such compound, flosulide, has been withdrawn from clinical development because of a high incidence of peripheral edema (Emery, 1996). The present study was undertaken to assess the renal effects of the specific Cox-2 inhibitor, MK-966, during a 2-week admin-istration to elderly subjects. This is a target population for these drugs and one that is the most susceptible to NSAID-induced nephrotoxicity. Sodium excretion and other indices of renal function were assessed under conditions of controlled sodium intake. We hypothesized that the effect of MK-966 on urinary sodium excretion would be comparable to that of a dual Cox-1/Cox-2 inhibitor, such as indomethacin.

Although we expected that selective inhibition of Cox-2 would fail to reduce urinary 11-dehydro-TXB$_2$ (TX-M) and serum TXB$_2$ indices of Cox-1-dependent thromboxane bio-synthesis by platelets, we also wished to address the hypoth-esis that prostacyclin biosynthesis, as reflected by urinary excretion of 2,3-dinor-6-keto PGF$_{1\alpha}$ (PGI-M), its major me-tabolite in vivo (FitzGerald et al., 1981; Brash et al., 1983), also would be unaffected by inhibition of Cox-2.

## Materials and Methods

**Human Subjects.** The study protocol was approved by the Insti-tutional Review Board of the University of Pennsylvania, the Advi-sory Committee of the General Clinical Research Center at the Hospital of the University of Pennsylvania, and the Southern Insti-tutional Review Board (Miami, FL). Thirty-six subjects were enrolled in the study. Stratification by gender and race (African Americans versus Caucasians/others) ensured a balance for these baseline char-acteristics. Subjects eligible for inclusion in the study were between 59 and 80 years of age. They were judged to be in good health for their age based on medical history, physical examination, and rou-tine hematology and biochemistry. Subjects requiring pharmacologic treatment for hypertension or diabetes mellitus were excluded from participation in the study. Other exclusion criteria included serum creatinine > 2 mg/dl and creatinine clearance < 50 ml/min. All participants gave written informed consent, refrained from smoking, and did not consume any medications containing aspirin or other NSAIDs for at least 2 weeks before and during the trial.

All study subjects were confined to the General Clinical Research Center or the Clinical Pharmacology Associates Research Unit for a minimum of 17 days and adhered to a fixed 200-mEq sodium (~0.8 g/kg protein, 60–80 mEq potassium, ~350 mg of magnesium, 800 mg of calcium, isocaloric) diet, prepared by the metabolic kitchen. This was started at least 5 days before dosing and continued for the entire duration of the study. Only patients in sodium balance on the met-abolic ward (based on weight within 1.0 kg for 2 consecutive days and 24-h urinary sodium between 180 and 220 mEq) were allowed to commence the study.

Study discontinuation was required for all subjects whose serum creatinine, blood pressures, or body weight increased above prespeci-fied safety values.

**Interventions.** Study subjects were randomized under double-blind conditions to receive 50 mg of MK-966 every day (q.d.; 8:00 AM), 50 mg of indomethacin t.i.d. (8:00 AM, 3:00 PM, and 11:00 PM), or matching placebo for 2 weeks. The dosage of MK-966 was selected on the basis of previous studies. A dose-ranging study in postsurgical dental pain showed that a single dose of 50 mg was the minimal dose

required to provide maximal analgesic efficacy (Ehrlich et al., 1996a). In addition, in a pilot study of the treatment of osteoarthritis of the knee, 25 mg once daily for 6 weeks was indistinguishable from 125 mg for all primary efficacy endpoints. Thus, the dose chosen for this study is twice the maximum dose needed for chronic treatment of osteoarthritis (Ehrlich et al., 1997). The dose of indomethacin chosen for the study is the standard dose used for chronic anti-inflamma-tory, analgesic treatment.

**Efficacy and Safety Assessments.** Twenty-four-hour urine col-lections (8:00 AM to 8:00 AM) were performed daily for the assess-ment of sodium and potassium excretion. Glomerular filtration rate (GFR) was assessed by iohexol clearance on day −1 and day 14. Creatinine clearance also was measured throughout the study. Uri-nary excretion of N-acetyl-β-glucosaminidase (Boehringer Mann-heim Biochemica, Indianapolis, IN), an index of renal proximal tu-bular dysfunction, was measured on day −2 and day 13. Blood pressure (three measurements after 10-min supine rest) was mea-sured every 4 h (from 8:00 AM to 8:00 PM). Body weight was mea-sured daily (8:00 AM) on a calibrated scale.

Six-hour urine collections (from 8:00 AM to 2:00 PM) were per-formed on day −2, day 1, and day 13 for measurement of TX-M, an index of Cox-1-dependent TX formation by platelets (FitzGerald et al., 1983; Catella et al., 1986a; Catella and FitzGerald, 1987), 6 keto-PGF$_{1\alpha}$, an index of the renal biosynthesis of prostacyclin (Ca-tella et al., 1986b), and PGI-M, an index of total body biosynthesis of prostacyclin (FitzGerald et al., 1981, 1983; Brash et al., 1983; Catella et al., 1986b). Urinary eicosanoids were measured by negative ion chemical ionization–gas chromatography/mass spectrometry (NICI-GC/MS) using authentic deuterated standards (Lawson et al., 1985, 1986; Catella et al., 1989; Catella and FitzGerald, 1990). In a sub-group of subjects, NICI-GC/MS also was applied to the measurement of serum TXB$_2$, an index of the capacity of the platelets to convert arachidonic acid through the Cox-1 pathway during whole-blood clotting (Patrono et al., 1980). Serum TXB$_2$ was measured at base-line and 4 h postdosing on day 1. Deuterated TX-M, 6 keto-PGF$_{1\alpha}$, and TxB$_2$ were obtained from Cayman Chemical Co., Inc. (Ann Arbor, MI). Deuterated PGI-M was obtained from Biomol Research Laboratories, Inc. (Plymouth Meeting, PA).

**Statistical Analysis.** The primary hypothesis of the study was that MK-966 and indomethacin would produce similar levels of mean reduction in urinary sodium excretion from baseline during the first 72 h of treatment. This assertion was evaluated by an ANOVA appropriate for a three-factor experimental design with repeated measures over Time (Pre- versus Post-) and nonrepeated classifica-tions of Treatment and Center. Model specification allowed for tests of significance of second-order interactions for Treatment × Center and Treatment × Time. Homogeneity of variance and normality assumptions were evaluated by the Shapiro-Wilk test and Levene's test, respectively. In addition to means and S.D. values for pre- and posttreatment time points, means of posttreatment measures ad-justed for their corresponding values and associated S.E. values were tabulated for all variables except for serum TXB$_2$ (no ANOVA was performed on this variable because of the small sample size).

A sample size of 12 subjects per treatment group was recruited for this study. We anticipated that if the mean reduction in urinary sodium excretion during the first 72 h for patients receiving 50 mg of MK-966 q.d. was equal to that for patients receiving 50 mg of indo-methacin t.i.d., then this sample size would provide 80% probability that a 90% confidence interval for the difference would fall within the prespecified similarity limits of ±90 mEq.

## Results

Age, weight, systolic and diastolic blood pressure, and se-rum creatinine and creatinine clearance of the three treat-ment groups at baseline are reported in Table 1.

All treatments were well tolerated. All subjects completed

TABLE 1
Baseline characteristics

| | Placebo | MK 966 | Indomethacin |
|---|---|---|---|
| | *mean (S.D.)* | | |
| Age (yr) | 64.6 (4.5) | 67.9 (6.8) | 68.0 (5.2) |
| Height (cm) | 165.4 (9.7) | 166.2 (11.5) | 163.3 (7.8) |
| Weight (kg) | 76.3 (11.5) | 80.4 (13.2) | 68.6 (15.7) |
| Diastolic BP (mm Hg) | 72.0 (6.6) | 75.9 (5.2) | 71.8 (7.4) |
| Systolic BP (mm Hg) | 125.2 (11.2) | 129.4 (9.6) | 127.3 (14.7) |
| Serum creatinine (mg/dl) | 0.81 (0.18) | 0.84 (0.15) | 0.85 (0.17) |
| Creatinine clearance (ml/min) | 98.1 (24.3) | 90.9 (23.2) | 89.8 (23.9) |

BP, blood pressure. $n = 12$ for all three columns.

the study according to the protocol, with the exception of one patient in the indomethacin group, who was discontinued prematurely because of increasing anxiety. One subject on MK-966 had a mild increase of serum transaminases that resolved upon drug discontinuation.

Both active treatments (MK-966 and indomethacin) significantly reduced net urinary sodium excretion during the first 72 h of treatment compared with baseline (Fig. 1). MK-966 and indomethacin were not different ($p = 0.35$) with respect to their effects on this parameter. In both groups, the sodium-retaining effect was short-lived, largely disappearing by day 3 (Fig. 2), and the urinary sodium excretion at day 7 was not different from baseline for all treatment groups. However, in indomethacin-treated subjects, sodium excretion declined again on day 14 (least-squares mean change from baseline = $-36.6 \pm 13.4$ mEq/24 h; $p < .05$). A trend toward delayed sodium retention also was present in the placebo (least-squares mean change from baseline = $-10 \pm 12.9$ mEq/24 h) and in the MK-966 group (least-squares mean change from baseline = $-8.1 \pm 12.7$ mEq/24 h). Also, the between-treatment comparisons showed that the effect of indomethacin on sodium excretion at day 14 was not different from placebo ($p = .169$) or MK-966 ($p = .134$). The change from baseline for the daily average urinary sodium excretion during the 14 days of treatment was significantly greater with indomethacin when compared with both MK-966 ($p < .05$) and placebo



Fig. 2. Daily sodium excretion (change from baseline) during treatment (mean ± S.E.M.; ▲, placebo; ■, MK-966; ●, indomethacin).

($p < .005$). The mean change over the 14 days of MK-966 treatment was not different from placebo.

There were no significant changes in any treatment group in the daily average urinary excretion of potassium during the first week or during the entire 2-week treatment period. Urinary excretion of potassium on days 7 and 14 also was unchanged by the three treatments. The urinary potassium excretion during the first 72 h of treatment was not modified by placebo or indomethacin. However, a decrease (from 146.5 ± 23.6 to 136.8 ± 21.6 mEq/72 h) was observed in the MK-966 group. Even though statistically significant by ANOVA ($p < .05$), this drop failed to reach significance by univariate analysis. Also, there was no difference between MK-966 and placebo ($p = .246$) or MK-966 and indomethacin ($p = .152$) in the between-treatment comparisons.

Body weight was not changed significantly by either of the active treatments or by placebo. At day 14, systolic blood pressure increased slightly from 129.4 ± 9.6 mm Hg to 135.0 ± 13.0 mm Hg in the MK-966 group, from 124.9 ± 12.9 mm Hg to 130.3 ± 11.9 mm Hg in the indomethacin group, and from 125.2 ± 11.2 mm Hg to 126.9 ± 16.4 mm Hg in the placebo group. None of these changes reached statistical significance in the within-treatment ANOVA or in the between-treatment comparisons. A similar trend toward a rise in diastolic blood pressure occurred at day 14. The least-squares mean change from baseline at day 14 was 1.7 ± 1.5, 2.6 ± 1.5, and 1.6 ± 1.6 mm Hg in the placebo, MK-966, and indomethacin groups, respectively. All changes failed to attain significance.

The GFR, as assessed by iohexol clearance, decreased after 2 weeks of indomethacin, but was not changed significantly by MK-966 treatment or placebo (Fig. 3). The effect of indomethacin on iohexol clearance was significantly different from that of placebo ($p = .014$) and MK-966 ($p = .004$). Creatinine clearance was also decreased after 2 weeks of indomethacin (from 86.03 ± 21.01 ml/min to 75.52 ± 26.51 ml/min; $p < .05$), but was not affected significantly by MK-966 treatment (from 90.90 ± 23.20 ml/min to 95.03 ± 21.48 ml/min; $p$ is not significant) or placebo (from 98.13 ± 24.26 ml/min to 90.92 ± 31.82 ml/min; $p$ is not significant). The effect of indomethacin on creatinine clearance was signifi-



Fig. 1. Sodium excretion at baseline and during the first 72 h of treatment (mean ± S.D.; ∗ $p < .05$).



Fig. 3. GFR, assessed by iohexol clearance, at baseline and after 14-day treatment (mean ± S.D.; *p < .05).

cantly different from that of MK-966 ($p < .05$) but was not different from placebo ($p = 0.57$).

Renal tubular function was assessed by measurement of urinary N-acetyl-β-glucosaminidase excretion. None of the treatments significantly altered this parameter.

Urinary excretion of TX-M, an index of Cox-1-dependent thromboxane biosynthesis by platelets, was decreased by 59.9 ± 16.6% (percentage of change least-squares mean ± S.E.M.) on indomethacin, but was not changed significantly by MK-966 (+1.74 ± 15.2% change least-squares mean ± S.E.M.) or placebo (+11.1 ± 13.8% change least-squares mean ± S.E.M.). The decrease in TX-M excretion was statistically significant only in the indomethacin group ($p < .05$) by ANOVA (Fig. 4). There were no differences between the effects of MK-966 and placebo treatments ($p = .652$), whereas the effects of indomethacin on TX-M excretion were significantly different both from placebo ($p = .002$) and MK-966 ($p = .017$).

Selectivity of MK-966 for the Cox-2 isozyme also was confirmed by measurement of serum $TXB_2$ in a subgroup of

subjects. Serum $TXB_2$, an index of the capacity of the platelets to synthesize TX via Cox-1, was not changed significantly by MK-966 (+10.8 ± 21.3% change from baseline; $n = 3$) or placebo (−42 ± 21.8% change from baseline; $n = 5$), whereas it was nearly completely inhibited by indomethacin (−96.3 ± 1.4% change from baseline; $n = 5$) 4 h after dosing on day 1.

Urinary 6 keto-$PGF_{1\alpha}$ and PGI-M were inhibited by indomethacin and MK-966, but were not affected significantly by placebo (Figs. 5 and 6). The least-squares mean change from baseline for urinary PGI-M was −64.8 ± 10.8 ($p < .05$), −73.6 ± 9.1 ($p < .05$), and −0.27 ± 9.1 pg/mg creatinine ($p < .05$) in the indomethacin, MK-966, and placebo groups, respectively. There were no differences between MK-966 and indomethacin with respect to their inhibitory effects on urinary PGI-M excretion ($p = .55$). Similarly, the least-squares mean change from baseline for urinary 6-keto $PGF_{1\alpha}$ was −25.3 ± 7.0 ($p < .05$), −27.1 ± 6.3 ($p < .05$), and 2.03 ± 6.4 pg/mg creatinine ($p < .05$) in the indomethacin, MK-966, and placebo groups, respectively.

## Discussion

It is unclear whether NSAID-induced renal toxicity is attributable to inhibition of Cox-1 or Cox-2. Both Cox isoforms are constitutively expressed in the kidney. However, Cox-1 mRNA is widely distributed, whereas expression of Cox-2 in the rat renal cortex is localized to the macula densa and surrounding cells of the cortical thick ascending limbs (Harris et al., 1994; Guan et al., 1997; Komhoff et al., 1997; Yang et al., 1997), which play a key role in the regulation of vascular tone and renin release. In the rabbit kidney, Cox-2 mRNA expression is present in the macula densa and in the interstitial cells of the outer medulla (Guan et al., 1997). In these cells, which may play an important role in regulating salt and water excretion, Cox-2 expression predominates over Cox-1 (Guan et al., 1997). In contrast to the rat and rabbit, Cox-2 is not expressed in the macula densa in human kidney, but is predominantly expressed intraglomerularly in podocytes (Komhoff et al., 1997). Thus, Cox-2 in humans might regulate glomerular hemodynamics by contracting the podocytes. Yang et al. (1997) have reported that expression of Cox-2 is regulated in a cell-specific fashion in response to



Fig. 4. Urinary excretion of TX-M at baseline and after 13-day treatment (mean ± S.D.; *p < .05).



Fig. 5. Urinary excretion of 6 keto-$PGF_{1\alpha}$ at baseline and after 13-day treatment (mean ± S.D.; *p < .05).

MRK-I8940060234



Fig. 6. Urinary excretion of PGI-M at baseline and after 13-day treatment (mean ± S.D.; *$p < .05$).

altered sodium intake, whereas Cox-1 expression is not influenced by dietary salt. Restriction of dietary sodium increases Cox-2 in the rat renal cortex, particularly in the macula densa, suggesting that this enzyme may play an important role in the homeostatic regulation of renal perfusion and glomerular hemodynamics. In contrast, a high-salt diet increases expression of Cox-2 in the renal medulla, supporting a role for Cox-2 in the regulation of sodium and water excretion (Yang et al., 1997).

Cox-2 also plays an important role in renal development in mice (Dinchuk et al., 1995; Morham et al., 1995). Deletion of the Cox-2 gene in mice results in severe nephropathy (Dinchuk et al., 1995; Morham et al., 1995). However, the renal localization and the temporal pattern of expression of the two Cox enzymes in human fetal kidney suggest that murine Cox-2 knockout data may not be applicable to humans (Komhoff et al., 1997).

Little is known about the selective roles of the Cox isoforms in humans. However, the studies in animals raise the possibility of adverse renal effects of selective Cox-2 inhibition in humans. To investigate this possibility we selected a dose of a Cox-2 inhibitor that has been shown to be biochemically selective (Ehrich et al., 1996b) and an effective analgesic in humans (Ehrich et al., 1996a). The dose of MK-966 chosen for this study is twice the maximum dose needed for chronic treatment of osteoarthritis (Ehrich et al., 1997).

Nephrotoxicity induced by conventional NSAIDs is most commonly characterized by impaired GFR and/or an acute decrease in sodium excretion (Murray and Brater, 1993; Nies, 1998). The decline in sodium excretion may result from reduced renal blood flow or from a direct inhibition on sodium absorption independent of renal hemodynamics. This study demonstrates that, in healthy elderly subjects, the decline in GFR observed during short-term NSAID therapy appears attributable to inhibition of Cox-1. In this population, an early, transient decline in sodium excretion occurred without a change of GFR, suggesting that it resulted from inhibition of Cox-2 in the renal tubules.

Sodium retention induced by MK-966 at a dose that was selective for inhibition of Cox-2 was short-lived and was not accompanied by a significant rise in blood pressure or body weight. The effects of selective Cox-2 inhibition in subjects with hypertension and/or impaired renal function remain to be established. Therefore, although the results of the present study indicate that short-term administration of MK-966 is not associated with impaired GFR or renal toxicity, they pertain only to healthy, elderly patients on a fixed intake of sodium.

The study population followed a constant 200-mEq sodium diet. This daily sodium intake is estimated to represent the typical American diet, even though it greatly exceeds the recommended minimum requirement of 20 mEq daily. The effects of Cox-2 inhibition under renoprival conditions that would activate the renin-angiotensin system are unknown and merit further investigation.

The effects on urinary excretion of TX-M and serum $TXB_2$ demonstrate that the dose of MK-966 that we studied (50 mg q.d.) has no effect on Cox-1-dependent thromboxane biosynthesis by platelets. By contrast, specific Cox-2 inhibition resulted in partial suppression of both renal and extrarenal biosynthesis of prostacyclin. Urinary excretion of 6 keto-$PGF_{1\alpha}$, an index of renal biosynthesis of prostacyclin (Catella et al., 1986b), and PGI-M, an index of total body biosynthesis of prostacyclin (FitzGerald et al., 1981, 1983; Brash et al., 1983; Catella et al., 1986b), both were inhibited similarly by MK-966 and indomethacin. Cox-2 is constitutively expressed in the rat, rabbit, and human kidney (Harris et al., 1994; Guan et al., 1997; Komhoff et al., 1997; Yang et al., 1997), and it is conceivable that it contributes to prostacyclin synthesis by the kidney under physiological conditions. However, systemic infusion of prostacyclin increases urinary 6 keto-$PGF_{1\alpha}$ as well as urinary PGI-M (Brash et al., 1983). Therefore, the suppressive effects of both indomethacin and MK-966 on 6 keto-$PGF_{1\alpha}$ may merely reflect inhibition of the extrarenal contribution to excretion of the hydrolysis product in urine.

An additional finding of this study was the suggestion that extrarenal biosynthesis of prostacyclin also was mediated by Cox-2. This was unexpected because Cox-1, but not Cox-2, is expressed constitutively by endothelial and vascular smooth muscle cells in vitro (Smith et al., 1996). One possible explanation may be related to the finding that laminar shear stress up-regulates Cox-2 in vascular endothelium in vitro (Topper et al., 1996). A further contribution from Cox-2 might be expected in advancing age and in syndromes of platelet activation and inflammation, where prostacyclin biosynthesis, as reflected by excretion of urinary PGI-M, is augmented (FitzGerald et al., 1984; Reilly and FitzGerald, 1986; Bernard et al., 1991). Thus, prothrombotic and inflammatory stimuli induce Cox-2 expression and prostacyclin generation by vascular tissues in vitro (Hla and Neilson, 1992; Jones et al., 1993). Furthermore, the arachidonic acid in microparticles shed from activated platelets can up-regulate Cox-2 expression in endothelial cells and be used as a substrate for increased prostacyclin biosynthesis (Barry et al., 1997). It is also formally possible that the inhibition of urinary PGI-M by MK-966 reflects a property of MK-966 in addition to, but distinct from, its capacity to inhibit Cox-2. MK-966 might inhibit β-oxidation of prostanoids, therefore shifting the metabolism of prostacyclin toward other products. The possibility that MK-966 might directly reduce the renal clearance of PGI-M also has not been excluded.

Prostacyclin is the major Cox product of macrovascular endothelium in vitro. Although it is a potent modulator of platelet function and vascular tone in vitro, its importance in vivo has been speculative. Thus, although the effects of prostacyclin appear to be mediated by a single-membrane G protein-coupled receptor, the absence of receptor antagonists have made it difficult to assess the role of this eicosanoid in integrated systems. However, Narumiya and coworkers (Murata et al., 1997) have reported that inactivation of the prostacyclin receptor gene results in an increased susceptibility to thrombosis in vivo. Although these results provide the first evidence for the homeostatic antithrombotic effect of endogenous prostacyclin in vivo, infusion of exogenous prostacyclin is an effective platelet inhibitor in vivo, albeit limited by gastrointestinal and vasoactive side effects (FitzGerald et al., 1979; Belch et al., 1995). Pharmacological enhancement of endogenous prostacyclin is also an effective antithrombotic strategy in vivo. Thus, adenoviral delivery of Cox-1 to canine coronary vasculature prevents platelet activation in vivo (Wu, 1997). Similarly, these results are consistent with experimental data that demonstrate that the antithrombotic effect of combining thromboxane synthase inhibitors with thromboxane receptor antagonists is largely attributable to augmented prostacyclin formation (Fitzgerald et al., 1988).

Presently, the implications of prostacyclin suppression in vivo are unclear. Results from prostacyclin receptor knockout mice would suggest that prevention of prostacyclin formation might be expected to contribute to, if not explain, the antiinflammatory and analgesic effects of such compounds (Murata et al., 1997). Prostacyclin formation by the vasculature is of functional importance in limiting the response to a thrombotic insult in mice, and we have shown previously that urinary excretion of PGI-M is increased in syndromes of platelet activation (Fitzgerald et al., 1986). It remains to be established whether treatment with specific Cox-2 inhibitors will suppress this response.

In conclusion, our results suggest that Cox-2 plays a role in the biosynthesis of prostacyclin under physiological conditions in humans, at least in healthy, elderly subjects on a controlled intake of sodium. In these subjects, MK-966 inhibited Cox-2 selectively, and this resulted in a clinically insignificant and transient retention of sodium, but no depression of GFR. Given the known renal effects of NSAIDs, it seems likely that Cox-2 inhibition causes acute sodium retention, whereas the decline in GFR is attributable to the blockade of Cox-1.

## Acknowledgments

We recognize and thank Mrs. Barbara Tournier, R.N., M.S.N., and Stephanie Green, R.D., for their expertise, efforts, and contribution.

## References

Barry OP, Pratico D, Lawson JA and FitzGerald GA (1997) Transcellular activation of platelets and endothelial cells by bioactive lipids in platelet microparticles. J Clin Invest 99:2118–2127.

Belch JJ, Capell HA, Cooke, ED, Kirby JD, Lau CS, Madhok R, Murphy E and Steinberg M (1995) Oral iloprost as a treatment for Raynaud's syndrome: A double blind multicentre placebo controlled study. Ann Rheum Dis 54:197–200.

Bernard GR, Reines HD, Halushka FV, Higgins SB, Metz CA, Swindell BB, Wright PE, Watts FL and Vrbanac JJ (1991) Prostacyclin and thromboxane A2 formation is increased in human sepsis syndrome. Am Rev Respir Dis 144:1095–1101.

Brash AR, Jackson EK, Saggese C, Lawson J, Oates JA and FitzGerald GA (1983) The metabolic disposition of prostacyclin in man. J Pharmacol Exp Ther 266:78–87.

Catella F and FitzGerald GA (1987) Paired analysis of urinary thromboxane B2 metabolites in humans. Thromb Res 47:647–656.

Catella F and FitzGerald GA (1990) Measurement of thromboxane metabolites by gas chromatography-mass spectrometry. Methods Enzymol 187:42–50.

Catella F, Healy D, Lawson JA and FitzGerald GA (1986a) ll-Dehydro-thromboxane B2: An index of thromboxane formation in the human circulation. Proc Natl Acad Sci USA 83:5861–5865.

Catella F, Johnson JM and FitzGerald GA (1989) Quantitative analysis of eicosanoids by gas chromatography-mass spectrometry, in Prostanoids and Drugs (Samuelsson B, Berti F, Folco G and Velo GP eds) pp 15–22, Plenum Press, New York.

Catella F, Nowak J and FitzGerald GA (1986b) Measurement of renal and nonrenal eicosanoid synthesis. Am J Med 81 (Suppl 2B):23–29.

Dinchuk JE, Car HD, Focht RJ, Johnston JJ, Jaffee BD, Covington MB, Contel NR, Eng VM, Collins RJ, Czerniak PM, Gorry SA and Trzaskos JM (1995) Renal abnormalities and an altered inflammatory response in mice lacking cyclooxygenase II. Nature (Lond) 378:406–409.

Ehrich E, Dallob A, Van-Hecken A, Depre M, Depeleire I, Brideau C, Hilliard D, Tanaka W, Mukhopadhyay S, Seibold J, Deshepper P and Gertz B (1996b) Demonstration of selective Cox-2 inhibition by MK 966 in humans. Arthritis Rheum 39:S81A.

Ehrich, E, Mehlisch D, Perkins S, Brown P, Wittreich J, Lipschutz K and Gertz B (1996a) Efficacy of MK-966, a highly selective inhibitor of Cox-2, in the treatment of postoperative dental pain. Arthritis Rheum 39:S81A.

Ehrich E, Schnitzer T, Kivitz A, Weaver A, Wolfe F, Morrison B, Zeng Q, Bolognese J and Seidenberg B (1997) MK-966, a highly selective Cox-2 inhibitor, was effective in the treatment of osteoarthritis of the knee and hip in a 6-week placebo controlled study. Arthritis Rheum 40:S85A.

Emery P (1996) Pharmacology, safety data and therapeutics of COX-2 inhibitors, in Improved Non-Steroidal Anti-Inflammatory Drugs (Vane J, Botting J and Botting R eds) pp 229–242, Kluwer, Dordrecht, the Netherlands.

Fitzgerald DJ, Catella F and FitzGerald GA (1986) Platelet activation in unstable coronary disease. N Engl J Med 316:983–989.

Fitzgerald DJ, Fragetta J and FitzGerald GA (1988) Prostaglandin endoperoxides modulate the response to thromboxane synthase inhibition during coronary thrombosis J Clin Invest 82:1708–1713.

FitzGerald GA, Brash AR, Falardeau P and Oates JA (1981) Estimated rate of prostacyclin secretion into the circulation of normal man. J Clin Invest 68:1272–1275.

FitzGerald GA, Friedman LA, Miyamori I, O'Grady J and Lewis PJ (1979) A double-blind placebo-controlled evaluation of prostacyclin in man. Life Sci 25:665–672.

FitzGerald GA, Pedersen AK and Patrono C (1983) Analysis of prostacyclin and thromboxane A2 biosynthesis in cardiovascular disease. Circulation 67:1174–1177.

FitzGerald GA, Smith B, Pedersen AK and Brash AR (1984) Increased prostacyclin biosynthesis is increased in patients with severe atherosclerosis and platelet activation. N Engl J Med 310:1065–1068.

Guan Y, Chang M, Cho W, Zhang Y, Redha R, Davis L, Chang S, Dubois RN, Hao C and Breyer M (1997) Cloning, expression, and regulation of rabbit cyclooxygenase-2 in renal medullary interstitial cells. Am J Physiol 273:F18–F26.

Harris RC, McKanna JA, Akai Y, Jacobson HR and Dubois RN (1994) Cyclooxygenase-2 is associated with the macula densa of rat kidney and increases with salt restriction. J Clin Invest 94:2504–2510.

Hla T and Neilson K (1992) Human cyclooxygenase-2 cDNA. Proc Natl Acad Sci USA 89:7384–7388.

Jones DA, Carlton DP, McIntyre TM, Zimmerman GA and Prescott SM (1993) Molecular cloning of human prostaglandin endoperoxide synthase type II and demonstration of expression in response to cytokines. J Biol Chem 268:9049–9054.

Komhoff M, Grone HJ, Klein T, Seyberth HW and Nusing HW (1997) Localization of cyclooxygenase-1 and -2 in adult and fetal human kidney: Implication for renal function. Am J Physiol 272:F460–F468.

Lawson JA, Brash AR, Doran J and FitzGerald GA (1985) Measurement of urinary 2,3-dinor-thromboxane B2 and thromboxane B2 using bonded-phase phenylboronic acid columns and capillary gas chromatography-negative ion chemical ionization mass spectrometry. Anal Biochem 150:463–470.

Lawson JA, Patrono C, Ciabattoni G and FitzGerald GA (1986) Long-lived enzymatic metabolites of thromboxane B2 in the human circulation. Anal Biochem 155:198–205.

Morham SG, Langenbach R, Loftin CD, Tiano HF, Vouloumanos N, Jennette JC, Mahler JF, Kluckman KD, Ledford A, Lee CA and Smithies O (1995) Prostaglandin synthase 2 gene disruption causes severe renal pathology in the mouse. Cell 83:473–482.

Murata T, Ushikubi F, Matsuoka T, Hirata M, Yamasaki A, Sugimoto Y, Ichikawa A, Aze Y, Tanaka T, Yoshida N, Ueno A, Oh-ishi S and Narumiya S (1997) Altered pain perception and inflammatory response in mice lacking prostacyclin receptor. Nature (Lond) 388:678–682.

Murray MD and Brater DC (1993) Renal toxicity of the nonsteroidal antiinflammatory drugs. Annu Rev Pharmacol Toxicol 32:435–465.

Nies AS (1998) Renal effects of nonsteroidal anti-inflammatory drugs. Agents Actions Suppl 24:95–106.

Patrignani P, Panara MR, Greco A, Fusco O, Natoli C, Iacobelli S, Cipollone F, Ganci A, Crenimon C, Maclouf J and Patrono C (1994) Biochemical and pharmacological characterization of the cyclooxygenase activity of human blood prostaglandin endoperoxide synthases. J Pharmacol Exp Ther 271:1706–1712.

Patrono C, Ciabattoni G, Pinca E, Pugliese F, Castrucci G, De Salvo A, Satta MA and Peskar BA (1980) Low dose aspirin and inhibition of thromboxane B2 production in healthy subjects. Thromb Res 17:317–327.

Reilly IAG and FitzGerald GA (1986) Eicosanoid biosynthesis and platelet function with advancing age. Thromb Res 41:545–554.

Smith WL, Garavito RM and DeWitt DL (1996) Prostaglandin endoperoxide H synthases (cyclooxygenase)-1 and -2. *J Biol Chem* 271:33157–33160.

Topper JN, Cai J, Falb D and Gimbrone MA Jr (1996) Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: Cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. *Proc Natl Acad Sci USA* 93:10417–10422.

Wu KK (1997) Prostacyclin and nitric oxide-related gene transfer in preventing arterial thrombosis and restenosis. *Agents Actions Suppl* 48:107–123.

Yang T, Singh I, Pham H, Sun D, Smart A, Schnermann JB and Briggs JP (1997) Regulation of cyclooxygenase expression in the kidney by dietary salt intake. *Am J Physiol* 274:F481–F489.

Zhang A, Shaffer S, Portanova J, Seibert K and Isakson P (1997) Inhibition of cyclooxygenase-2 rapidly reverses inflammatory hyperalgesia and prostaglandin E$_2$ production. *J Pharmacol Exp Ther* 283:1059–1075.

Send reprint requests to: Francesca Catella-Lawson, M.D., University of Pennsylvania, GCRC, 160 Dulles Building, 3400 Spruce St., Philadelphia, PA 19104. E-mail: francesca@spirit.GCRC.upenn.edu.

MRK-I8940060237

Arthritis and Rheumatism 42:No. 9 S149 (1999)

## 473

THROMBOSIS AND ISCHEMIA IN PATIENTS WITH SYSTEMIC LUPUS ERYTHEMATOSUS TREATED WITH CELECOXIB: A SERIES OF TWO CASES. Samardeep Gupta, W J McCune, Mariana J Kaplan, Kevin T McDonagh, Alvin H Schmaier, Leslie J Crofford Ann Arbor, MI

Prostaglandins and thromboxanes are regulators of platelet and endothelial cell function. Activated platelets synthesize thromboxane A2, which is a potent platelet aggregant and vasoconstrictor. Prostacyclin, which is primarily synthesized by endothelial cells, inhibits platelet activation by increasing cyclic AMP levels, and induces vasodilation. A multi-enzyme pathway that includes the cyclooxygenase (COX) enzymes is responsible for synthesis of prostanoids. There are two COX isoforms, COX-1 and COX-2. COX-1 is constitutively expressed in most tissues and is the only isform in platelets. The anti-platelet effects of aspirin and other NSAIDs are mediated through inhibition of COX-1-generated thromboxane production. Celecoxib is a specific inhibitor of COX-2 approved for treatment of osteoarthritis and rheumatoid arthritis. Unlike aspirin and NSAIDs, specific COX-2 inhibitors do not inhibit platelet activation and thromboxane production. However, similar to NSAIDs, these agents reduce systemic production of prostacyclin. The resulting imbalance between thromboxane and prostacyclin could result in an alteration of the coagulation system. Patients with systemic lupus erythematosus (SLE), who may be predisposed to thrombosis and vasculopathy, often have arthritis requiring treatment with anti-inflammatory agents. We report two patients with active SLE, as determined by elevated anti-ds-DNA antibodies and depressed complement levels, and high titer anti-cardiolipin antibodies that developed lower extremity ischemic events shortly after the initiation of treatment with celecoxib. Both patients also has reduced free protein S antigen that could contribute to their pro-thrombotic state. These data suggest that patients with underlying risk factors for thrombosis may experience adverse thrombotic events following treatment with specific COX-2 inhibitors. These agents should be used with caution, or low-dose aspirin used concomitantly, in patients with SLE and risk factors for thrombosis.

Disclosure: work reported in this abstract was supported by:
Speaker for Searle/Pfizer (LJC, WJM), Merck (LJC, WJM), Boehringer-Ingelheim (LJC), Consultant for Searle/Pfizer (LJC), Educational grants from Searle/Merck (LJC).

MRK-I8940060238