# EXHIBIT 5

FAXER: BURRELLE'S    1-800-866-7188    02/09-0107:58:35EDT    Page 4

Burrelle's NEWSEXPRESS
Page 1 of 1 (UAL439AP)

Fri February 9, 2001
Appears On Page 5B
Circulation: 2,169,859


USA TODAY

# Data: Vioxx might raise heart risk

By Rita Rubin
USA TODAY

GAITHERSBURG, Md. — Arthritis patients who take Vioxx because they think it's safer on the stomach should know that the blockbuster drug might increase their risk of suffering a heart attack, an FDA advisory committee concluded Thursday.

"It would be indefensible not to share this information with the public," says David Wofsy, a University of California at San Francisco rheumatologist who served as a consultant to the committee. The FDA usually follows its advisory committee's recommendations.

Merck had come before the advisory committee to make the case that Vioxx should not have to carry the same warning about gastrointestinal (GI) complications as other non-steroidal anti-inflammatory drugs, or NSAIDs. Vioxx and its rival, Celebrex, came on the market in 1999 and had two of the most successful launches of any drug, with sales totaling more than $3 billion last year.

Vioxx and Celebrex had gained a reputation as "super aspirins" because they were thought to be safer on the stomach than aspirin and other NSAIDs.

Merck conducted a study of more than 8,000 patients comparing Vioxx with naproxen, sold as Aleve. The study, dubbed Vigor, found that Vioxx patients experienced significantly fewer serious ulcers than those on naproxen. On the basis of that study, the advisory committee recommended that Merck be allowed to claim only that Vioxx is safer than naproxen in patients who are not also taking low-dose aspirin to protect against heart attacks. (The Vigor study excluded patients who also were taking aspirin.)

However, Vigor also found that patients on Vioxx were more likely to suffer heart attacks and other cardiovascular complications than those on naproxen. The advisory committee recommended that this finding be noted on Vioxx's label.

On Wednesday, the advisory committee concluded that Pharmacia, the maker of Celebrex, had failed to prove that its drug was safer on the stomach. However, Pharmacia's study included patients taking aspirin, which might have erased Celebrex's GI safety advantage. Their study also compared Celebrex to two NSAIDs, not just one as Merck had done.

MRK-ADX0022440

# EXHIBIT 6

Case 2:05-md-01657-EEF-DEK Document 63776-6 Filed 04/18/12 Page 4 of 15
Case 2:05-md-01657-EEF-DEK Document 12704-15 Filed 10/22/2007 Page 135 of 169

Page 1

38 of 38 DOCUMENTS

Copyright 2000 Newark Morning Ledger Co.
All Rights Reserved
The Star-Ledger (Newark, New Jersey)

April 29, 2000 Saturday
FINAL EDITION

**SECTION:** BUSINESS; Pg. 17

**LENGTH:** 528 words

**HEADLINE:** Merck shares fall on **Vioxx** study

**BYLINE:** Edward R. Silverman, Star-Ledger Staff

**BODY:**

A pall was cast over Merck & Co. yesterday after investors reacted to a study that found its hot-selling **Vioxx** painkiller - the drug maker's most important new product - caused a higher incidence of strokes or heart attacks than a generic medicine.

The Merck study found that **Vioxx** compared favorably with naproxen, a non-steroidal anti-inflammatory sold by several companies, when measuring gastrointestinal effects in 8,000 patients. But it also detected statistically "significant" **cardiovascular problems.**

As a result, the company's stock fell 2, or 2.8 percent, to close at 69 1/2, as Wall Street analysts fretted that the study, which was actually released last month but only discussed in greater detail yesterday, may prompt additional scrutiny from the Food and Drug Administration.

"This drug is the driver for Merck earnings for the next several years, and they need this drug to work," said Michael Krensavage, an analyst at Brown Bros. Harriman Inc., who follows the drug industry.

Concern among investors is palpable, given what some believe is the agency's new get-touch stance on troubled drugs. Earlier this month, Bristol-Myers Squibb Co. was forced to yank its application for a new hypertension drug after the FDA raised safety issues.

That highly publicized move followed a spate of harsh criticism directed at the FDA over its handling of several other medicines that were recently withdrawn only after protracted battles that trained a spotlight on the agency's review procedures.

Merck is particularly vulnerable to an FDA crackdown, analysts said. Several of its big-selling drugs lose patent protection soon, and Merck is counting on **Vioxx** to compensate for revenue expected to be lost to cheaper generic rivals.

"But people have the heebie-jeebies," Krensavage said. "Doctors will pay attention to anything that causes heart attacks. If they were to lose this drug, they'd be in trouble. Their whole strategy of remaining independent then goes out of the window."

A Merck spokeswoman said a review of its **Vioxx** studies didn't indicate patients taking the drug were at any higher risk of heart problems than those on similar medicines or a placebo, or dummy pill.

**Vioxx** was approved by the FDA last May to treat osteoarthritis and to relieve acute pain in adults. Merck is currently testing the drug in the hopes that it will also be approved to treat rheumatoid arthritis.

Case 2:05-md-01657-EEF-DEK Document 63776-6 Filed 04/18/12 Page 5 of 15
Case 2:05-md-01657-EEF-DEK Document 12704-15 Filed 10/22/2007 Page 14 of 169

Page 2

Merck shares fall on Vioxx study The Star-Ledger (Newark, New Jersey) April 29, 2000 Saturday

**Vioxx** is part of a new type of drug known as Cox-2 inhibitors. It's supposedly easier on the stomach than existing medications, primarily non-steroidal anti-inflammatories. Another Cox-2 is Celebrex, sold by jointly by Pharmacia Corp. and Pfizer Inc.

Late yesterday, Merck issued a statement saying preliminary study data found the incidence of **cardiovascular problems** in patients taking **Vioxx** was 0.5 percent, compared with 0.1 percent in naproxen. Final results will be disclosed later this month.

Meanwhile, Pharmacia released its own statement yesterday noting Celebrex doesn't indicate the same problem, but the drug maker's stock dropped anyway - closing at 49-15/16, down 2-9/16, or 4.8 percent.

"It's guilt by association," said drug industry analyst Hemant Shah.

**LOAD-DATE:** April 16, 2007

# EXHIBIT 7

Case 2:05-md-01657-EEF-DEK Document 63776-6 Filed 04/18/12 Page 7 of 15
Case 2:05-md-01657-EEF-DEK Document 12704-15 Filed 10/22/2007 Page 16 of 169

Page 1

1 of 1 DOCUMENT

Copyright 2001 The New York Times Company
The New York Times

September 26, 2001 Wednesday
Late Edition - Final

**SECTION:** Section A; Column 5; National Desk; Pg. 14

**LENGTH:** 88 words

**HEADLINE:** National Briefing Science And Health: U.S. **Warns Merck About Marketing** Arthritis Drug

**BYLINE:** AP

**BODY:**

The Food and Drug Administration has ordered Merck & Company to cease promotions intended to persuade doctors to prescribe its arthritis painkiller Vioxx, saying the promotions minimize potential risks.

Merck has until Oct. 1 to respond. A recent study comparing Vioxx to another painkiller, naproxen, suggested that Vioxx users faced an increased risk of heart attacks and strokes, but many heart experts want more research. Still, an F.D.A. advisory panel has said Vioxx should carry a warning label about the potential risk.

**URL:** http://www.nytimes.com

**LOAD-DATE:** September 26, 2001

# EXHIBIT 8

Westlaw NewsRoom
8/26/04 STLGRN 52 Page 1

8/26/04 Star-Ledger (Newark N.J.) 52
2004 WLNR 20259711

Star-Ledger, The (Newark, NJ)
Copyright 2004 The Star-Ledger. All Rights Reserved. Used by NewsBank with Permission.

August 26, 2004

Section: BUSINESS

### FDA study stresses concerns about Merck's Vioxx
ED SILVERMAN

A government analysis found Merck's best-selling Vioxx painkiller demonstrated a greater chance of causing heart attacks and sudden cardiac death than Celebrex, a rival drug made by Pfizer.

The review, which reiterates safety concerns about one of Merck's most important drugs, was conducted by a Food and Drug Administration team, which presented the findings at a conference yesterday.

The team analyzed medical records of 1.4 million people insured by Kaiser Permanente, the health maintenance organization, and also found patients taking the highest Vioxx dosages had three times the risk of cardiovascular events as those taking nonsteroidal anti-inflammatories.

"Based upon the evidence in this study, I don't think doctors should prescribe high-dosage Vioxx, and patients shouldn't take it," David Graham, the FDA epidemiologist who led the analysis, told Reuters. He said his conclusions didn't reflect FDA views.

"The problem is that some patients continue to take it for 30, 60 or 90 days," he said, adding this may place patients at an elevated risk of heart attack and sudden cardiac death.

A spokeswoman for the Whitehouse Station-based drug maker, which has struggled to convince doctors its $2.5-billion-a-year medicine is safe, took exception to his findings.

"Merck disagrees with the conclusions. It's an observational analysis and not a clinical trial," said Mary Elizabeth Blake, the spokeswoman. "We have clinical trial data in the labeling for Vioxx that shows no difference between Vioxx and placebo in the rate of serious cardiovascular events."

She said the FDA findings didn't demonstrate a statistical significance when comparing lower dosages of Vioxx with Celebrex. And she said the FDA analyzed only 10 patients on higher dosages of Vioxx, which she said was too small a sample to be meaningful. The FDA team said further comparison is needed.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

8/26/04 STLGRN 52                                                           Page 2

Nonetheless, Tim Anderson, a securities analyst with Prudential Equity Group, wrote to investors that the findings add credibility to concerns about Vioxx because the analysis was conducted by an FDA team.

"This is a negative for Merck," he wrote, pointing out the study showed both high doses of Vioxx for acute pain and low doses for chronic pain significantly increased the risk compared with all doses of Celebrex.

Merck is awaiting FDA approval for a follow-up drug called Arcoxia.

Copyright © 2004 The Star-Ledger. All Rights Reserved. Used by NewsBank with Permission.

---- INDEX REFERENCES ----

COMPANY: PRUDENTIAL FINANCIAL INC; PFIZER INC; MERCK AND CO INC

NEWS SUBJECT: (Health & Family (1HE30); Major Corporations (1MA93); Economics & Trade (1EC26))

INDUSTRY: (Healthcare (1HE06); Pharmaceuticals Regulatory (1PH03); Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain Management (1PA72); Drug Approval Process (1DR91); Orthopedics & Rheumatology (1OR79); Internal Medicine (1IN54); Healthcare Practice Specialties (1HE49); Manufacturing (1MA74))

Language:  EN

OTHER INDEXING: (FDA; MERCK; PFIZER; PRUDENTIAL EQUITY GROUP; VIOXX)  (David Graham; Kaiser Permanente; Mary Elizabeth Blake; Tim Anderson)

EDITION: FINAL

Word Count: 488
8/26/04 STLGRN 52
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 9

Westlaw.                                                          NewsRoom
4/22/02 MLWK 2                                                    Page 1


4/22/02 Milwaukee J. & Sentinel 2
2002 WLNR 3607554

                     Milwaukee Journal Sentinel (WI)
                    Copyright 2002 Journal Sentinel Inc.

                              April 22, 2002


               Section: G HEALTH AND SCIENCE


ARTHRITIS DRUG LINKED TO  **HEART**   **ATTACK**   **RISK**  L. GRIFFIN, JOURNAL SENTINEL MEDICAL
                              REPORTER.

         COMPILED FROM WIRE REPORTS BY **KAWANZA** L. GRIFFIN

Medical Briefing   Switching from aspirin to a more stomach-friendly arthritis drug could increase the risk of heart attacks, according to a study published in the journal Science.

   Human bodies harbor two forms of an enzyme that plays a role in pain-causing inflammation and blood clotting. One of the enzymes, Cox-1, makes thromboxane, which causes blood vessels to constrict and platelets to become sticky, steps important in a heart attack or stroke. The other, Cox-2, is a major source of prostacyclin, which dilates blood vessels and prevents platelets from clumping together.

   In a healthy person, the two coxes are thought to balance each other so blood doesn't excessively clot.

    For the study, researchers irritated an artery to spur release of both clotting chemicals in genetically engineered mice. Mice resistant to prostacyclin's effects, a model of Cox-2 inhibition, experienced more thromboxane-caused clotting activity.

   Merck & Co., makers of the popular arthritis pain relievers Vioxx, dismissed the study as irrelevant, because it is in mice and presumes an effect in the human body far larger than the drug actually causes.

   But a leading heart expert called the new research a very important step in explaining an earlier study that found certain Vioxx users suffered twice the risk of heart attacks as users of an older painkiller.

                        ---- INDEX REFERENCES ----

COMPANY: MERCK AND CO INC

NEWS SUBJECT:  (Health & Wellness (1HE60); Health & Family (1HE30))

INDUSTRY: (Healthcare (1HE06); Analgesics (1AN10); Orthopedics & Rheumatology (1OR79);

              © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

4/22/02 MLWK 2                                                                Page 2

Internal Medicine (1IN54); Healthcare Practice Specialties (1HE49))

Language:   EN

OTHER INDEXING:   (MEDICAL BRIEFING SWITCHING; MERCK CO)   (ARTHRITIS DRUG LINKED; RISK
L. GRIFFIN)

EDITION: All

Word Count: 271
4/22/02 MLWK 2
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 10

Case 2:05-md-01657-EEF-DEK Document 63776-6 Filed 04/18/12 Page 15 of 15
Case 2:05-md-01657-EEF-DEK Document 12704-19 Filed 10/22/2007 Page 24 of 169

Page 1

1 of 1 DOCUMENT

Copyright 2002 The New York Times Company
The New York Times

April 12, 2002 Friday
Late Edition - Final

**SECTION:** Section C; Column 1; Business/Financial Desk; Pg. 2

**LENGTH:** 102 words

**HEADLINE:** COMPANY NEWS;
MERCK TO REVISE LABEL INFORMATION FOR VIOXX

**BYLINE:** Bloomberg News

**BODY:**

Merck & Company said yesterday that it would revise prescribing information for its Vioxx painkiller to show both cardiovascular risks and a benefit in reducing side effects like ulcers in arthritis patients.

Merck will include information on higher risks of heart attacks for Vioxx patients, compared with the risk in patients taking an older painkiller, naproxen. The Food and Drug Administration will also allow changes in the drug's label to reflect results from a study showing that Vioxx patients had fewer gastrointestinal side effects than patients on naproxen. Vioxx had sales of $2.6 billion last year.

**URL:** http://www.nytimes.com

**LOAD-DATE:** April 12, 2002