# EXHIBIT 15

 **MERCK**

**News Release**

**FOR IMMEDIATE RELEASE**

Media Contacts:       Greg Reaves            Investor Contact:      Mark Stejbach
                      908/423-6022                                  908/423-5185

                      Christine Fanelle
                      267/305-3203

### FDA Approves Label Changes for Vioxx® to Reflect Data from Landmark Gastrointestinal Outcomes Study and Approves New Indication for Adult Rheumatoid Arthritis

WHITEHOUSE STATION, N.J., April 11, 2002 -- Merck & Co., Inc. announced today that the U.S. Food and Drug Administration has approved changes to the prescribing information for Vioxx® (rofecoxib) to include results from the landmark 8,000-patient Vioxx Gastrointestinal Outcomes Research (VIGOR) study. The FDA also has approved Vioxx 25 mg once daily for the relief of the signs and symptoms of rheumatoid arthritis in adults. Vioxx is the Company's once-daily medicine for osteoarthritis and acute pain in adults.

Vioxx is now the first and only medicine that selectively inhibits the COX-2 enzyme that is proven to reduce the risk of developing clinically important gastrointestinal (GI) side effects in patients with or without risk factors for such GI side effects compared to the non-steroidal anti-inflammatory drug (NSAID) naproxen. In VIGOR, Vioxx 50 mg -- a dose two-times the highest recommended chronic dose -- significantly reduced serious GI side effects, including perforations, obstructions, ulcers and bleeds, by 54 percent compared to a commonly used dose of naproxen (1,000 mg) in rheumatoid arthritis patients. The GI safety benefit compared to naproxen, as shown in VIGOR, now appears as a modification to the GI Warning section of the prescribing information, a section included in the prescribing information for all NSAIDs, including those that selectively inhibit COX-2.

The prescribing information also has been revised to include cardiovascular data from VIGOR. In this study, the number of patients with serious cardiovascular thrombotic events in the group treated with Vioxx 50 mg (n=45) was higher than in the group taking naproxen (n=19). In a placebo-controlled database derived from two other studies (n=2,142), the number of patients with serious cardiovascular thrombotic events among those receiving Vioxx 25 mg was 21 compared to 35 for patients taking placebo. These data also are reflected in the prescribing

- more -

Vioxx® **is the Merck registered trademark for rofecoxib.**

information.  The significance of the cardiovascular findings from these three studies (VIGOR and the placebo-controlled studies) is unknown.  Vioxx is not a substitute for aspirin to prevent cardiovascular events because of its lack of effect on platelets.  The Precautions section of the prescribing information states that all of this information should be taken into consideration and caution should be exercised when Vioxx is used in patients with a medical history of ischemic heart disease, which includes patients with a history of angina or heart attack.

"Merck is confident in the efficacy and safety profile of Vioxx.  VIGOR was a rigorous test of the GI safety of Vioxx versus naproxen and based on that study, the FDA has approved a modification to the standard GI warning section.  Our label now reads: 'Although the risk of GI toxicity is not completely eliminated with Vioxx, the results of the VIGOR study demonstrate that in patients treated with Vioxx, the risk of GI toxicity with Vioxx 50 mg once daily is significantly less than with naproxen 500 mg twice daily,'" said Edward M. Scolnick, M.D., executive vice president, science and technology, and president, Merck Research Laboratories, Merck & Co., Inc.

**Vioxx reduced risk of GI damage in rigorous GI outcomes study**

In the large GI outcomes study known as VIGOR, Vioxx 50 mg once daily (n=4,047) -- a dose twice the highest recommended chronic dose -- was compared to a common therapeutic dose of naproxen 500 mg twice daily (n=4,029) in patients with rheumatoid arthritis (median length of participation was nine months).  The study assessed the incidence of serious GI events and the most serious, or "complicated," GI events, which included perforations, obstructions or major bleeding (PUB) in the upper GI tract.  The study was designed to exclude patients requiring aspirin for cardioprotection.

In VIGOR, Vioxx 50 mg once daily significantly reduced the risk of serious GI events by 54 percent and the risk of complicated GI events by 57 percent compared to naproxen 500 mg twice daily.  A total of 56 patients treated with Vioxx experienced a serious GI event compared to 121 patients taking naproxen, and a total of 16 patients receiving Vioxx had a complicated GI event versus 37 patients taking naproxen.

In the study, the reduction in risk for serious and complicated GI events with Vioxx was maintained in patients both at high risk for developing a PUB and in patients without risk factors. Such risk factors include: prior history of a PUB, age of 65 or older, *Helicobacter pylori* infection or concomitant use of corticosteroids.

- more -

- 3 -

**Other safety findings in VIGOR: cardiovascular data**

In VIGOR, a statistically significant higher incidence of serious cardiovascular thrombotic events was seen in patients receiving Vioxx 50 mg once daily compared to patients treated with naproxen 500 mg twice daily.  A total of 45 serious cardiovascular thrombotic events occurred among 4,047 patients taking Vioxx compared to 19 among 4,029 taking naproxen.  This was largely due to a difference in the incidence of non-fatal heart attacks: 18 for Vioxx and 4 for naproxen.  The number of cardiovascular thrombotic deaths was similar in patients treated with Vioxx (n=7) compared to naproxen (n=6).

The GI and cardiovascular safety findings from VIGOR were published in *The New England Journal of Medicine* in November 2000 and publicly presented at an FDA Advisory Committee meeting in February 2001.

Also included in the prescribing information are data from a placebo-controlled database derived from two studies with a total of 2,142 elderly patients (mean age 75; Vioxx n=1,067, placebo n=1,075).  The median exposure in these studies was approximately 14 months.  The number of patients with a serious cardiovascular thrombotic event was 21 for patients treated with Vioxx 25 mg once daily versus 35 for patients receiving placebo.  In these same two placebo-controlled studies, mortality due to cardiovascular thrombotic events was 8 versus 3 for Vioxx versus placebo, respectively.  The significance of the cardiovascular findings from these three studies (VIGOR and the placebo-controlled studies) is unknown.  Prospective studies with Vioxx to compare the incidence of serious cardiovascular events to NSAID comparators or placebo have not been performed.

**GI side effects of NSAIDs**

Serious GI side effects of NSAIDs are associated with an estimated 100,000 hospitalizations and an estimated 16,500 deaths each year in the United States.[1]  Four out of 5 people who develop a serious GI side effect while taking a NSAID do not have warning symptoms.

**New indication approved for treatment of adult rheumatoid arthritis**

The efficacy and safety of Vioxx 25 mg once daily for the relief of the signs and symptoms of rheumatoid arthritis were evaluated in two 12-week studies involving nearly 2,000 patients that compared Vioxx 25 mg once daily to naproxen 500 mg twice daily.  Results of these studies, which included extensions of up to one year, are included in the Clinical Studies and Adverse Events sections of the label.

- more -

In these studies, the adverse experience profile was generally similar to that reported in the osteoarthritis studies.  In studies of at least three months, the incidence of hypertension in rheumatoid arthritis patients receiving Vioxx 25 mg once daily was 10.0 percent and the incidence of hypertension in patients receiving naproxen 500 mg twice daily was 4.7 percent.

Rheumatoid arthritis is a chronic, systemic inflammatory disease that affects more than 2 million Americans, mostly women.

"We are excited about the expanded use of Vioxx 25 mg as a once-daily treatment for adult rheumatoid arthritis," said Dr. Scolnick.  "This new indication offers patients suffering from the pain and inflammation of this disease a new treatment option."

**Important information about Vioxx**

In rare cases, serious stomach problems, such as bleeding, can occur without warning symptoms.  People who have had an allergic reaction, such as asthma, to Vioxx, aspirin or other arthritis medicines should not take Vioxx.  People who have had liver or kidney problems, or are pregnant, should tell their doctors.  Vioxx should not be used by women in late pregnancy.

Common side effects reported in the osteoarthritis clinical trials with Vioxx were upper-respiratory infection, diarrhea, nausea and high blood pressure.

**About Vioxx**

Vioxx was first approved in the United States in 1999 for the relief of the signs and symptoms of osteoarthritis, management of acute pain in adults and treatment of menstrual pain.  Since its introduction, more than 52 million prescriptions have been written in the United States.[2]

The recommended starting dose of Vioxx for treatment of osteoarthritis is 12.5 mg once daily.  Some patients may receive additional benefit by increasing the dose to 25 mg once daily.  For rheumatoid arthritis, the recommended dose is 25 mg once daily.  The maximum daily dose for osteoarthritis and rheumatoid arthritis is 25 mg once daily.  Vioxx 50 mg once daily is the recommended dose for acute pain and menstrual pain.  The chronic use of Vioxx 50 mg is not recommended; use of Vioxx 50 mg for more than five days in the management of pain has not been studied.

Merck's 2002 sales guidance for its coxib franchise of $2.8 billion to $3.1 billion remains unchanged from guidance provided earlier this year.

- more -

MRK-PRL0000249

- 5 -

Merck & Co., Inc. is a leading research-driven pharmaceutical products and services company.  Merck discovers, develops, manufactures and markets a broad range of innovative products to improve human and animal health, directly and through its joint ventures. Merck-Medco manages pharmacy benefits for employers, insurers and other plan sponsors, encouraging the appropriate use of medicines and providing disease management programs.

This press release contains "forward-looking statements" as that term is defined in the Private Securities Litigation Reform Act of 1995.  No forward-looking statement can be guaranteed, and actual results may differ materially from those projected.  We undertake no obligation to publicly update any forward-looking statement, whether as a result of new information, future events, or otherwise.  Forward-looking statements in this document should be evaluated together with the many uncertainties that affect our businesses, particularly those mentioned in the cautionary statements in Item 1 of our Form 10-K for the year ended Dec. 31, 2001, and in our periodic reports on Form 10-Q and Form 8-K (if any) which we incorporate by reference.

# # #

**The full prescribing information and patient package insert for Vioxx® are attached.  The full prescribing information is also available by calling 1-800-546-8173 and the patient package insert is available by calling 1-800-344-7833.**

---

[1]  Singh, G., Recent considerations in NSAID gastropathy, *American Journal of Medicine*, July 1998.

[2]  IMS Health, National Prescription Audit Plus™.  Based on total dispensed prescriptions for the period May 1999 through January 2002.

MRK-PRL0000250

# EXHIBIT 16



**MERCK**
Research Laboratories

| | | | |
|---|---|---|---|
| **To:** | Peter Kim/Barry Gertz | **From:** | Kevin Horgan |
| **Phone:** | 215 652 0808 | **Sender Phone:** | 484-344-7264 |
| **Company:** | | **Sender Company:** | |
| **Fax Number:** | 215 993 1770 | **Sender Fax Number:** | |
| **Date:** | Sept 24th 2004 | **Total # of pages to follow:** | 2 |

CONFIDENTIALITY NOTE: This telefax contains confidential information belonging to Merck & Co. Inc. If you are not the intended recipient, any disclosure, copying or use of this telefax is strictly prohibited and you should immediately notify the sender to arrange for return of the documents.

**If you do not receive all pages, please contact:**

**Operator: KH**                    **Operator Phone: 484-344-7264**

**Message to Recipient**
Peter/Barry

Appended are the minutes of the VIOXX colon polyp APPROV trial ESMB which convened last Friday and reviewed the cumulative safety data from the trial up to 8/16/04. There is a consensus among the ESMB members and also the members of the administrative committee for the study that it should be terminated because of trends noted with respect to adverse events. This message was communicated to me by the chairman of the administrative committee, John Baron (Dartmouth) yesterday evening.

The study is a three year placebo controlled evaluation of VIOXX 25 mg for the prevention of colon polyps with scheduled colonoscopies at screening, 1 and 3 years. FPI was Feb. 2000 and LPO was scheduled to be in 8 weeks (11/26/04). 2612 patients were randomized patients and 712 discontinued. A total of 1,143 SAEs have been reported with 32 deaths with 148 adjudicated cardiovascular events Approximately 20% of the enrolled patients were on aspirin.

Kevin

MRK-ACM0000710

SEP 23 2004 18:45 FR DMS BIO-EPI      603 650 3473 TO 914843447145      P.02/03
SEP-23-2004  18:17      CBARDS



**Final**

### APPROVe ESMB MEETING MINUTES

### Mtg Date: 17-September- 2004

**Closed Session**

Attendees: David Bjorkman, Marvin Konstam, Richard Logan, James Neaton, Hui Quan

Cumulative safety data up to 8/16/04 were reviewed. Significant between-treatment differences were observed in many categories of AEs including adjudicated/confirmed APTC and adjudicated/confirmed thromboembolic CV events. These adjudicated findings were supported by the unadjudicated (all reported) event analysis and by adverse trends in a heart failure, pulmonary edema and cardiac failure composite outcome. In addition, as before, more patients on treatment B than treatment A are experiencing stage 2 hypertension (DBP 100+ or SBP 160+ mmHg) during follow-up. It appears the average DBP and SBP are increased by about 2 and 4 mmHg, respectively, with treatment B.

The trend for excess risk for treatment B for confirmed APTC events has continued to grow at each meeting over the last 1-2 years. In May 2003, the hazard ratio was 1.2; in November 2003 it was 1.4; last February it 1.8; and currently it is 2.2. Whereas there was an excess of 2 events on treatment B in May 2003, there are now 17.

Based on the K-M plots and event rates in 6-month time intervals, there was a trend for the treatment differences for major CVD outcomes to increase over time. For example, during the first year of follow-up there were 7 confirmed APTC events on A and 8 on B; in the 2nd year there were 7 on A and 10 on B; after 2 years there were 2 events on A and 15 on B.

The ESMB noted that the changing relative risk with increasing follow-up indicating adverse effects with longer treatment exposure was also present in the Alzheimer analyses reviewed by the ESMB last February.

Even though the study is close to its completion, the ESMB considered all of these data and decided it was important to communicate their safety concerns to the Executive Committee. The ESMB unanimously recommends that the Executive Committee be unblinded to the safety data and that participating patients be instructed to discontinue study treatment. In their deliberations the ESMB considered the impact this might have on the completion of the 3-year colonoscopies, which they feel is very important, and they believe that this would not adversely impact the planned efficacy analysis using the Year 3 colonoscopy results. These data are obviously important for a full assessment of risk/benefit in this population.

Ø002      GI CLINICAL RES      09/24/2004 07:24 FAX 4843447145

SEP 23 2004 18:45 FR DMS BIO-EPI    603 650 3473 TO 51484544[45
SEP-23-2004  18:17        CBARDS



Other related issues that the ESMB will discuss with the sponsor are:

- Timetable for notification (and possible reconsent) of patients;
- Communication of APPROVe results with other study groups carrying out trials of rofecoxib;
- The importance of further analyses to understand the extent to which BP differences between treatment groups explains the adverse CVD findings (prior analyses for VIGOR study may be relevant);
- Inclusion of heart failure outcomes in pooled analysis; and
- Importance in future studies of collecting all CVD events occurring in the study including those that occur more than 2 weeks after treatment discontinuation.

ESmB

4:00 on drug

143 dropped out

MRK-ACM0000712

# EXHIBIT 17

Ned S. Braunstein, M.D.
Senior Director
Regulatory Affairs

Merck & Co., Inc.
P.O. Box 2000, RY 32-605
Rahway NJ 07065-0900
Tel 732 594 2886
Fax 732 594 1030
ned_braunstein@merck.com

September 30, 2004

Brian E. Harvey, M.D., Ph.D., Acting Director
Division of Anti-Inflammatory, Analgesic,
        And Ophthalmologic Drug Products
HFD-550, Room N314
Office of Drug Evaluation V (CDER)
Food and Drug Administration
9201 Corporate Boulevard
Rockville, MD 20850



**MERCK**
Research Laboratories

### NDA 21-052: VIOXX™ (Rofecoxib Oral Suspension)

### GENERAL CORRESPONDENCE
### Voluntary Withdrawal of Product from the Market

Dear Dr. Harvey:

Reference is made to the above New Drug Application submitted by Merck Research Laboratories (MRL), a Division of Merck & Co., Inc. Reference is also made to telephone conversations between Dr. Brian Harvey, FDA and Dr. Dennis M. Erb, MRL on September 27, 2004, and a meeting between FDA representatives and MRL representatives on September 28, 2004 during which Merck informed the Agency of results from the APPROVe trial and our decision to voluntarily withdraw VIOXX™ (rofecoxib) from the market.

The APPROVe trial was designed to evaluate the efficacy of VIOXX™ 25 mg in preventing recurrence of colorectal polyps in patients with a history of colorectal adenomas. In this study, there was an increased relative risk for confirmed cardiovascular events, such as heart attack and stroke, beginning after 18 months of treatment in the patients taking VIOXX™ compared to those taking placebo. The results for the first 18 months of the APPROVe study did not show any increased risk of confirmed cardiovascular events on VIOXX™, and in this respect, are similar to the results of two placebo-controlled studies described in the current U.S. labeling for VIOXX™.

We are taking this action because we believe it best serves the interests of patients. Although we believe it would have been possible to continue to market VIOXX™ with labeling that would incorporate these new data, given the availability of alternative therapies, and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take.

With this letter, we are providing formal notification of the voluntary worldwide withdrawal of VIOXX™ (rofecoxib) from the market. This withdrawal which is being effected to the pharmacy (retail) level involves all strengths and formulations of rofecoxib.

This submission is formatted as required in Title 21 paragraph 314.50 of the Code of Federal Regulations and is being submitted in accordance with the January 1999, *Guidance for Industry – Providing Regulatory Submissions in Electronic Format – NDAs.* As an attachment to this letter, Merck Research Laboratories (MRL), a Division of Merck & Co., Inc., is providing one Compact Disk (CD) which contains the submission. All documents requiring signatures for certification are included as paper for archival purposes.

Confidential - Subject To Protective Order

Brian E. Harvey, M.D., Ph.D., Acting Director
NDA 21-052: VIOXX™ (Rofecoxib Oral Suspension)
Page 2

All of the information is contained on one CD and is not more than 100 MB. We have taken precautions to ensure that the contents of this CD are free of computer viruses (Norton Anti-Virus 7.51, Symantec Corp., 2000) and we authorize the use of anti-virus software, as appropriate.

A list of reviewers from the Division of Anti-Inflammatory, Analgesic, and Ophthalmologic Drug Products who should be provided access to this electronic submission on their desktops may be obtained from Ms. Barbara J. Gould, Regulatory Project Manager, Division of Anti-Inflammatory, Analgesic, and Ophthalmologic Drug Products.

We consider the information included in this submission to be a confidential matter, and request the Food and Drug Administration not make the content, nor any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

Questions concerning this submission should be directed to Ned S. Braunstein, M.D. (732-594-2886) or in my absence, Dennis M. Erb, Ph.D. (484-344-7597).

Sincerely,

for Ned S. Braunstein, M.D.
Senior Director, Regulatory Affairs

Enclosure: CD
Federal Express #1

Q:\Aller Maione\Coxib Letters to FDA\vioxx nda\VIOXX NDA Voluntary Product Withdrawal.NDA.21.052.doc

Desk Copies: Ms. Barbara J. Gould, Regulatory Project Manager (cover letter)
HFD-550, Room N367
Federal Express #1

Confidential - Subject To Protective Order

MRK-N0520018918

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| Form Approved: OMB No. 0910-0338 |
| Expiration Date: August 31, 2006 |
| See OMB Statement on page 2. |

# APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE

*(Title 21, Code of Federal Regulations, Parts 314 & 601)*

**FOR FDA USE ONLY**

APPLICATION NUMBER

## APPLICANT INFORMATION

| NAME OF APPLICANT | DATE OF SUBMISSION |
| Merck & Co., Inc. | *September 30, 2004* |

| TELEPHONE NO. *(include Area Code)* (732) 594-7186 | FACSIMILE (FAX) *Number (include Area Code)* (732) 594-1030 |

| APPLICANT ADDRESS *(Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued)*:<br>P.O. Box 2000<br>RY 32-605<br>Rahway, NJ 07065-0900 | AUTHORIZED U.S. AGENT NAME & ADDRESS *(Number, Street, City, State, ZIP Code, telephone & FAX number)* IF APPLICABLE<br>Diane Louie, M.D., M.P.H.<br>Director<br>Regulatory Affairs |

## PRODUCT DESCRIPTION

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER *(If previously issued)* 21-052

| ESTABLISHED NAME *(e.g., Proper name, USP/USAN name)*<br>Rofecoxib | PROPRIETARY NAME *(trade name)* IF ANY VIOXX™ |

| CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME *(if any)*<br>4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone | CODE NAME *(If any)* MK-0966 |

| DOSAGE FORM: Oral Suspension | STRENGTHS: 12.5 mg / 5 mL,<br>25 mg / 5 mL | ROUTE OF ADMINISTRATION: Oral |

(PROPOSED) INDICATION(S) FOR USE:
Relief of the signs and symptoms of osteoarthritis and rheumatoid arthritis in adults, management of acute pain in adults, treatment of primary dysmenorrhea, juvenile rheumatoid arthritis in patients 2 years and older.

## APPLICATION INFORMATION

APPLICATION TYPE
*(check one)*   ☒ NEW DRUG APPLICATION (21 CFR 314.50)   ☐ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
☐ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE   ☒ 505 (b)(1)   ☐ 505 (b)(2)

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug                                                    Holder of Approved Application

TYPE OF SUBMISSION (check one)   ☐ ORIGINAL APPLICATION   ☐ AMENDMENT TO A PENDING APPLICATION   ☐ RESUBMISSION
☐ PRESUBMISSION   ☐ ANNUAL REPORT   ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT   ☐ EFFICACY SUPPLEMENT
☐ LABELING SUPPLEMENT   ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT   ☒ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION:

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY   ☐ CBE   ☐ CBE-30   ☐ Prior Approval (PA)

REASON FOR SUBMISSION   *Voluntary Withdrawal of Product from the Market*

PROPOSED MARKETING STATUS *(check one)*   ☒ PRESCRIPTION PRODUCT (Rx)   ☐ OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED   *1*   |   THIS APPLICATION IS   ☐ PAPER   ☒ PAPER AND ELECTRONIC   ☐ ELECTRONIC

**ESTABLISHMENT INFORMATION** (Full establishment information should be provided in the body of the Application.)
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)

MRK-N0520018919

| | This application contains the following items: *(Check all that apply)* |
|---|---|
| ✕ | 1. Index |
| | 2. Labeling *(check one)*  ☐ Draft Labeling  ☐ Final Printed Labeling |
| | 3. Summary (21 CFR 314.50 (c)) |
| | 4. Chemistry section |
| | A. Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2) |
| | B. Samples (21 CIFIR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| | C. Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2) |
| | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2) |
| | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2) |
| | 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) |
| | 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2) |
| | 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) |
| | 10. Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2) |
| | 11. Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2) |
| | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601-2) |
| | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) |
| | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or 0)(2)(A)) |
| | 15. Establishment description (21 CFR Part 600, if applicable) |
| | 16. Debarment certification (FD&C Act 306 (k)(1)) |
| | 17. Field copy certification (21 CFR 314.50 (k)(3)) |
| | 18. User Fee Cover Sheet (Form FDA 3397) |
| | 19. Financial Information (21 CFR Part 54) |
| | 20. OTHER (Specify) |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contra i nd ications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

    1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
    2. Biological establishment standards in 21 CFR Part 600.
    3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
    4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
    5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
    6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
    7. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.
The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.

**Warning:** A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE  Diane Louie, M.D., M.P.H.  Director  Regulatory Affairs | DATE  September 30, 2004 |
|---|---|---|
| ADDRESS *(Street, City, State, and ZIP Code)*  P.O. Box 2000, RY 32-605  Rahway, NJ 07065-0900 | | Telephone Number  (732) 594-7186 |

**Public reporting burden for this collection of information** is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services
Food and Drug Administration
CDER, HFD-99
1401 Rockville Pike
Rockville, MD 20852-1448

Food and Drug Administration
CDER (HFD-94)
12229 Wilkins Avenue
Rockville, MD 20852

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

MRK-N0520018920

# EXHIBIT 18

 **MERCK**

**News Release**

---

Media Contact:    Anita Larsen          Investor Contact:    Michael Rabinowitz
                  (908) 423-6022                            (908) 423-5185

### Merck Announces Voluntary Worldwide Withdrawal of VIOXX®

WHITEHOUSE STATION, N.J., Sept. 30, 2004 – Merck &. Co., Inc. today announced a
voluntary worldwide withdrawal of VIOXX® (rofecoxib), its arthritis and acute pain medication.
The company's decision, which is effective immediately, is based on new, three-year data from
a prospective, randomized, placebo-controlled clinical trial, the APPROVe (Adenomatous Polyp
Prevention on VIOXX) trial.

The trial, which is being stopped, was designed to evaluate the efficacy of VIOXX 25 mg
in preventing recurrence of colorectal polyps in patients with a history of colorectal adenomas.
In this study, there was an increased relative risk for confirmed cardiovascular events, such as
heart attack and stroke, beginning after 18 months of treatment in the patients taking VIOXX
compared to those taking placebo.  The results for the first 18 months of the APPROVe study
did not show any increased risk of confirmed cardiovascular events on VIOXX, and in this
respect, are similar to the results of two placebo-controlled studies described in the current U.S.
labeling for VIOXX.

"We are taking this action because we believe it best serves the interests of patients,"
said Raymond V. Gilmartin, chairman, president and chief executive officer of Merck.  "Although
we believe it would have been possible to continue to market VIOXX with labeling that would
incorporate these new data, given the availability of alternative therapies, and the questions
raised by the data, we concluded that a voluntary withdrawal is the responsible course to take."

APPROVe was a multi-center, randomized, placebo-controlled, double-blind study to
determine the effect of 156 weeks (three years) of treatment with VIOXX on the recurrence of
neoplastic polyps of the large bowel in patients with a history of colorectal adenoma.  The trial
enrolled 2,600 patients and compared VIOXX 25 mg to placebo.  The trial began enrollment in
2000.

- more -

**VIOXX® (rofecoxib) is a registered trademark of Merck & Co., Inc.**

2

VIOXX was launched in the United States in 1999 and has been marketed in more than 80 countries. In some countries, the product is marketed under the trademark CEOXX. Worldwide sales of VIOXX in 2003 were $2.5 billion.

Results of the VIGOR (VIOXX Gastrointestinal Outcomes Research) study, released in March 2000, demonstrated that the risk of gastrointestinal toxicity with VIOXX was less than with naproxen, but indicated an increased risk of cardiovascular events versus naproxen. However, in other studies including Merck's Phase III studies that were the basis of regulatory approval of the product, there was not an increased risk of cardiovascular events with VIOXX compared with placebo or VIOXX compared with other non-naproxen non-steroidal anti-inflammatory drugs (NSAIDs). Merck began long-term randomized clinical trials to provide an even more comprehensive picture of the cardiovascular safety profile of VIOXX.

"Merck has always believed that prospective, randomized, controlled clinical trials are the best way to evaluate the safety of medicines. APPROVe is precisely this type of study – and it has provided us with new data on the cardiovascular profile of VIOXX," said Peter S. Kim, Ph.D., president of Merck Research Laboratories. "While the cause of these results is uncertain at this time, they suggest an increased risk of confirmed cardiovascular events beginning after 18 months of continuous therapy. While we recognize that VIOXX benefited many patients, we believe this action is appropriate."

Merck has informed the U.S. Food and Drug Administration and regulatory authorities in other countries of its decision. The company also is in the process of notifying health care practitioners in the United States and other countries where VIOXX is marketed. Patients who are currently taking VIOXX should contact their health care providers to discuss discontinuing use of VIOXX and possible alternative treatments. In addition, patients and health care professionals may obtain information from www.merck.com and www.vioxx.com, or may call (888) 36-VIOXX (1-888-368-4699).

The results of clinical studies with one molecule in a given class are not necessarily applicable to others in the class. Therefore, the clinical significance of the APPROVe trial, if any, for the long-term use of other drugs in this class, consisting of COX-2 specific inhibitors and NSAIDs, is unknown. The company will work with regulatory authorities in the 47 countries where ARCOXIA is approved to assess whether changes to the prescribing information for this class of drugs, including ARCOXIA, are warranted. Merck is continuing to seek approval for ARCOXIA in other countries, including the United States.

Merck will continue its extensive clinical program to collect additional longer-term data for ARCOXIA, its medication for arthritis and acute pain.

- more -

3

With regard to financial guidance, prior to today's announcement, Merck remained comfortable with its 2004 earnings per share guidance of $3.11 to $3.17. The company currently expects earnings per share to be negatively affected by $0.50 to $0.60 as a result of today's announcement. This estimate includes foregone sales, writeoffs of inventory held by Merck, customer returns of product previously sold and costs to undertake the pullback of the product. Included in this cost estimate is the expectation of foregone fourth quarter sales of VIOXX of $700 million to $750 million. In addition, Merck expects that worldwide approximately one month of inventory is held by customers and will be returned.

At this point it is uncertain which of these costs will be recorded in the third quarter and which will be recorded in the fourth quarter. Therefore, at this point, Merck is retracting the third quarter guidance it had previously provided.

Merck will report third-quarter earnings on Oct. 21. At that point, the company will provide additional information regarding the costs for product withdrawal.

**About Merck**

Merck & Co., Inc. is a global research-driven pharmaceutical company. Merck discovers, develops, manufactures and markets a broad range of innovative products to improve human and animal health, directly and through its joint ventures.

**Forward Looking Statement**

This press release contains "forward-looking statements" as that term is defined in the Private Securities Litigation Reform Act of 1995. These statements involve risks and uncertainties, which may cause results to differ materially from those set forth in the statements. The forward-looking statements may include statements regarding product development, product potential or financial performance. No forward-looking statement can be guaranteed, and actual results may differ materially from those projected. Merck undertakes no obligation to publicly update any forward-looking statement, whether as a result of new information, future events, or otherwise. Forward-looking statements in this press release should be evaluated together with the many uncertainties that affect Merck's business, particularly those mentioned in the cautionary statements in Item 1 of Merck's Form 10-K for the year ended Dec. 31, 2003, and in its periodic reports on Form 10-Q and Form 8-K (if any), which the company incorporates by reference.

# # #

# EXHIBIT 19

Case 2:05-md-01657-EEF-DEK   Document 62776-9   Filed 04/18/13   Page 21 of 26
Case 2:05-md-01657-EEF-DEK   Document 12704-76   Filed 04/22/2007   Page 41 of 169

Page 1

FOCUS - 65 of 1393 DOCUMENTS

Copyright 2004 National Broadcasting Co. Inc.
All Rights Reserved
NBC News Transcripts

**SHOW:** Today 7:00 AM EST NBC

September 30, 2004 Thursday

**LENGTH:** 309  words

**HEADLINE:** Merck pulls Vioxx off the market

**ANCHORS:** ANN CURRY

**REPORTERS:** ROBERT BAZELL

**BODY:**

ANN CURRY, anchor:

A major announcement this morning from drugmaker Merck. It's halting its sales worldwide of the popular arthritis drug Vioxx. The company's decision is effective immediately. We've got Robert Bazell, NBC's chief science correspondent, here to join us.

Bob, what is Merck's explanation as to why it's doing this?

ROBERT BAZELL reporting:

Merck just re--found out the results of a study that it sponsored, which was an attempt to find out if Vioxx could be helpful in preventing colon cancer. But the study revealed that people who were taking Vioxx as compared to taking a placebo had three times the risk of heart attack and stroke after about 18 months. And so there's been other indications in previous studies that Vioxx could increase the risk for heart disease. Merck finally said, this is the proof that we've been waiting for and they're taking it off the market, as you said, effective immediately, a $2.5 billion a year drug for Merck. Ann.

CURRY: So a lot of people may have this drug at home. What is the advice from Merck to those people this morning?

BAZELL: I think the advice from a lot of medical experts is don't panic. There is a three times increased rate of heart disease in a large study doesn't mean that it's much of an increase for you. And sometimes stopping taking a drug suddenly can be much more dangerous than just taking it for a few days. So this is something you're going to need to talk to your doctor about. You're going to need to get a replacement if you are taking it for arthritis or for some other indication. But there's no big rush, no big--no need to worry. This is a major business decision for Merck. This is not a tragedy for somebody who's taking Vioxx.

CURRY: But call your doctor.

BAZELL: Indeed.

Case 2:05-md-01657-EEF-DEK   Document 63776-9   Filed 04/18/12   Page 22 of 26
Case 2:05-md-01657-EEF-DEK   Document 12704-79   Filed 10/22/2007   Page 42 of 169

Page 2

Merck pulls Vioxx off the market NBC News Transcripts September 30, 2004 Thursday

CURRY: Robert Bazell, thank you so much for that story, that information on--on this breaking story.

**LOAD-DATE:** September 30, 2004

# EXHIBIT 20

Case 2:05-md-01657-EEF-DEK Document 62776-9 Filed 04/18/12 Page 24 of 26
Case 2:05-md-01657-EEF-DEK Document 12704-75 Filed 10/22/2007 Page 46 of 169

Page 1

FOCUS - 1 of 1393 DOCUMENTS

Copyright 2004 American Broadcasting Companies, Inc.
ABC News Transcripts

**SHOW:** GOOD MORNING AMERICA (07:00 AM ET) - ABC

September 30, 2004 Thursday

**LENGTH:** 671 words

**HEADLINE:** NEWS HEADLINES

**BODY:**

ROBIN ROBERTS, ABC NEWS

(Off Camera) He keeps creeping in here, Joaquin Phoenix, to get a glance at you. Thank you, Diane. And good morning again.

ROBIN ROBERTS

(Off Camera) We do begin with that breaking news about a common arthritis drug. Drug giant Merck is halting the sale of Vioxx worldwide. The company says it is recalling the drug because it raises the risk of heart attack and stroke. And we will have more from ABC's Dr. Tim Johnson coming up, as Charlie said, in just a moment.

ROBIN ROBERTS

(Off Camera) Tonight, President Bush and Democratic challenger John Kerry go head to head in the first debate. But what will be more important, their stand on the issues or how they appear? Well, ABC's Claire Shipman joins us from Coral Gables, Florida with some surprising answers. Good morning again, Claire.

graphics: it's all about looks

graphics: inside the debate

CLAIRE SHIPMAN, ABC NEWS

(Off Camera) Oh, yes, Robin. Good morning. And, as you know, image, style, perception, those things really all do matter as much as substance in these events. After all, the debates are made-for-TV events.

CLAIRE SHIPMAN

(Voice Over) That sweaty, shifty-eyed glance. That wistful check of his watch. That contemptuous sigh. Fair or not, that's how it looked and these candidates surely know it's not always what you say ...

PRESIDENT GEORGE W. BUSH, UNITED STATES

... I am incredibly optimistic ...

SENATOR JOHN KERRY,

NEWS HEADLINES ABC News Transcripts September 30, 2004 Thursday

DEMOCRAT, PRESIDENTIAL CANDIDATE

...  17 months to figure out ...

CLAIRE SHIPMAN

(Voice Over) ...  that defines a debate.

HEIDI BERENSON,

MEDIA COACH, BERENSON COMMUNICATIONS

Television is a medium that is unforgiving and it doesn't tolerate mistakes.

CLAIRE SHIPMAN

(Voice Over) Heidi Berenson coaches politicians, Republicans and Democrats, on how to win over an audience.

HEIDI BERENSON

...  but look at the tie, it's moire-ing, it's moving, which can be distracting from his message.

CLAIRE SHIPMAN

(Voice Over) It starts with the basics, what to wear.  The standard choice, blue suit, red tie.

HEIDI BERENSON

If they wear a dark suit, that's going to convey authority.  When you talk about what color tie, red is a power color, but it's also friendly.

CLAIRE SHIPMAN

(Voice Over) Body language, gestures are critical, especially for Kerry whose gangly limbs can seem awkward.

HEIDI BERENSON

Their gestures should be in sync with their message.  They don't want to be a traffic cop. They don't want to be out there directing traffic or using gestures for the sake of it.

CLAIRE SHIPMAN

(Voice Over) Facial expressions, especially magnified on TV screens, may be the most important.  Smiling is key.  But ...

HEIDI BERENSON

There's a difference, though, between smiling and looking pleasant, and smiling and sort of snickering and having a sneer.

CLAIRE SHIPMAN

(Voice Over) In other words, that George W. Bush trademark smirk better be in short supply.  And believe it or not, even with men, hair matters.

Case 2:05-md-01657-EEF-DEK Document 63776-9 Filed 04/18/13 Page 26 of 26
Case 2:05-md-01657-EEF-DEK Document 12704-75 Filed 10/22/2007 Page 48 of 169

Page 3

NEWS HEADLINES ABC News Transcripts September 30, 2004 Thursday

HEIDI BERENSON

It's got to be neat and it's got to be trimmed or else it will distract from the message.

ROBIN ROBERTS

(Voice Over) The bottom line for the candidates ...

HEIDI BERENSON

People remember what they see three times longer than what they hear. So, don't be surprised if the visual trumps the verbal.

CLAIRE SHIPMAN

(Off Camera) Now, a couple of caveats.  Of course, you can't always coach charisma.  And if a candidate spends too much time focusing on those non-verbal skills he may appear phony which is worse than being himself.  Robin?

ROBIN ROBERTS

(Off Camera) All right, Claire. Appreciate it.  Claire Shipman on the campus of the University of Miami where the debate will be held.  And Peter Jennings will anchor ABC's live coverage of the first presidential debate tonight starting at 9:00 PM Eastern time.

graphics: presidential debate

ROBIN ROBERTS

(Off Camera) And that is the latest news at 8:33.  The latest weather, and I believe Tony Perkins has another special guest with him.  Tony?

**LANGUAGE:** ENGLISH

**LOAD-DATE:** October 1, 2004