# EXHIBIT 21

Case 2:05-md-01657-EEF-DEK Document 63776-10 Filed 04/18/13 Page 2 of 65
Case 2:05-md-01657-EEF-DEK Document 2704-75 Filed 07/22/2007 Page 92 of 169

Page 1

FOCUS - 29 of 1393 DOCUMENTS

Copyright 2004 Cable News Network
All Rights Reserved

CNN

**SHOW:** AMERICAN MORNING 07:00

September 30, 2004 Thursday

Transcript # 093002CN.V74

**SECTION:** News; International

**LENGTH:** 3951 words

**HEADLINE:** Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market

**GUESTS:** Sajjan Gohel

**BYLINE:** Bill Hemmer, Heidi Collins, Rick Sanchez, Dana Bash, Frank Buckley, Dr. Sanjay Gupta, Andy Serwer, Jack Cafferty

**HIGHLIGHT:**
The presidential candidates are making last-minute preparations for tonight's debates.  Pakistani officials say they may have broken the back of al Qaeda with the recent killing of terrorist Amjad Hussain Farooqi.  Merck pulls its arthritis drug Vioxx from the market due to the possibility of heart attacks and strokes.

**BODY:**

    BILL HEMMER, CNN ANCHOR: Good morning, everyone.  Welcome back, live on the University of Miami campus for our special election coverage of the first presidential debate.  It's a sunny morning here in southern Florida.

    I'm Bill Hemmer.  Good to have you along with us today.  John Kerry and George Bush know what they need to do tonight, the question is: Can they do it?  And if so, how?  Reports from both campaigns in a moment here.  Breaking down the strategies, looking at how each candidate intends to score points on his opponent.

    Also this morning, we'll talk to three undecided voters.  What would make them vote for the president, or what would make them vote for Senator Kerry?  What questions do they want answered later tonight?

    Also rather interesting sidebar here: University of Miami students have been given an opportunity to attend this debates. Hundreds wrote essays to compete for half a dozen -- only six tickets. Hundreds competed, and they gave out those tickets earlier in the week.  So, six lucky students will be inside watching John Kerry and George Bush face off tonight at 9:00 Eastern time in primetime.

    Also, Heidi Collins with us back in New York.  Heidi, good morning, again, to you.

    HEIDI COLLINS, CNN ANCHOR: Only six tickets?  Boy, both candidates probably could have scored a little

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

more than that to get that younger demographic maybe.

HEMMER: Kind of cheap, you're right.

COLLINS: All right, Bill.  We'll check back in just a moment.

Also coming up, just made this announcement here on CNN moments ago: Merck making a major announcement about a multibillion dollar drug.  You've heard of it, Vioxx.  They are voluntarily taking the drug off the market effective immediately.  This is the drug that many people are taking for arthritis.

Sanjay Gupta is going to be with us to talk more about this, why it's happening and the potential health effects from that drug.  Once again, Vioxx being taken off the shelves today.

Want to check in on the stories now in the news, once again with Rick Sanchez, this morning.  Good morning once again, Rick.

RICK SANCHEZ, CNN ANCHOR: We're going to start with the Middle East where there is more violence, Heidi.

Machine guns and explosions are ripping through a Palestinian refugee camp in the Gaza.  Dozen of masked Palestinian gunmen have taken up positions along the streets.  They are fighting Israeli forces that moved on to the area overnight.  Now, sources are telling us at least 15 Palestinians and three Israelis have been killed thus far.

More foreign workers have been abducted in Iraq.  There's a video now that shows what appears to be a group of about 10 electric workers.  It was broadcast on the Arabic language television network Al-Jazeera.  It happened just about hours ago.

Meanwhile, Britain says that it's going to talk with the group that's holding Ken Bigley, but it will not negotiate.  New photos show Bigley chained in a cage.  The two Americans abducted with him have been killed, by the way.

Milton Bradley's got no game -- well, the baseball player, that is.  Major League Baseball suspended the Los Angeles Dodgers outfielder for the rest of the season yesterday because of that right there.  You are seeing it.  Bradley threw a plastic bottle near a fan after someone tossed it on the field in his direction.  He became extremely upset and was ejected.

There you have it. Let's take you to Miami now.  Bill Hemmer following things there on this eve, I should say, as we prepare for the big event tonight -- Bill?

HEMMER: Yeah, best name of the day, don't you think, Rick? Milton Bradley?  Got to go a long way to get that one.  Thank you, Rick.

Thirty-three days and counting right now.  And CNN, the folks at Gallup have just completed polls in some of the bigger battleground states.  The race very tight in Ohio.  We know that. Senator Kerry leading among registered voters, but the president is ahead with likely voters.  There's the same difference in Pennsylvania. Registered voters put John Kerry ahead by four points, but likely voters have George Bush up three.

Also, in Florida, here in the Sunshine State, President Bush a measurable lead -- nine percentage points over John Kerry among likely voters.

Both men are here in the Sunshine State, arriving yesterday -- then again, last evening.  Frank Buckley is watching the Kerry campaign in Bal Harbour, and Dana Bash is covering the Bush campaign in Miami.

Let's start with Dana this morning, and good morning to you.

Page 3

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

DANA BASH, CNN CORRESPONDENT: Good morning to you.

Well, the president is going, for the second day in a row here in Florida, to try to take advantage of the fact that he's the incumbent. He is going to tour some hurricane damage just as he did yesterday. Yesterday, the president toured an orange grove, something in the center of the state, a very crucial part of the state for the president to continue his lead, according to our poll, in this state.

Now, he's promising to do everything he can to help with federal funds. Not an official campaign stop, but certainly his aides are hoping that this will really play well with voters.

And the imagery, Bill, has another purpose. It's to show the president out and about, not necessarily concerned about the monumental event he has tonight.

And the president isn't going to be having any mock sessions as he did over the weekend to prepare for the debate. He is, of course, going to be consulting, we're told, with some senior advisors throughout the day on last minute preparations for debate strategy.

But the president, in terms of what we expect from him tonight, his lines of offense are not going to be a mystery. We have heard him building it for months on the campaign trail, that John Kerry, because what the president calls his changing positions on Iraq, is not fit to be commander-in-chief.

But what the president's aides knows he has to do and be prepared for are his lines of defense on Iraq. Unlike campaign rallies where he certainly defends the war, perhaps in campaign commercials, this is going to be a lengthy forum where a lot of people watching where he is going to have to defend questions about: the number of troops that went into Iraq that he sent into Iraq; the cost of war, whether or not he underestimated that; and those kinds of questions.

His campaign knows, in order to keep his lead, he has to answer those questions and answer them well -- Bill?

HEMMER: Dana, thanks for that. One thing's for sure both men are getting a whole lot of advice, too.

Here is Frank Buckley with the Kerry campaign. Frank, good morning.

FRANK BUCKLEY, CNN CORRESPONDENT: Good morning, Bill. This is really a second chance for John Kerry to make a first impression. Yes he's been on the campaign for a year-and-a-half. Yes he's had his Democratic National Convention and introduced himself to many voters that way.

But historically, this is the period when those undecided voters really start paying attention. That's who he's got to connect with tonight. Much riding on this debate tonight for John Kerry.

(BEGIN VIDEOTAPE)

UNIDENTIFIED MALE: Ladies and gentlemen, Senator John Kerry.

BUCKLEY (voice-over): Senator John Kerry arrived in Florida, the burden on him, to convince voters they need to change presidents.

SEN. JOHN KERRY (D-MA), PRESIDENTIAL CANDIDATE: I want you to know we're going to get an opportunity to debate with the president about the direction of our country. I'm looking forward to that debate.

BUCKLEY: Kerry's strategists say the senator has to show he can be a strong leader and that he offers a better choice than President Bush. Aides say mock debates in Wisconsin help to hone his arguments and to keep his answers focused.

Page 4

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

KERRY: ... to be able to share with Americans the truth -- not the soundbites, not the advertisements, but the truth.

BUCKLEY: Kerry also reportedly read this advice on how to debate George Bush in "The New York Times," written by Al Gore, who advised Kerry, "Be prepared for the toughest debate of your career."

Gore, someone who know, better than anyone, that debate press is not debate performance.

AL GORE, FMR. VICE PRESIDENT: It's quite interesting.  It just makes me sort of -- want to sigh.

BUCKLEY: Kerry will no doubt avoid the Gore sigh.  His advisors say he will press the case against President Bush and his management of the war in Iraq.

KERRY: I can be a stronger commander-in-chief who solves the problem of Iraq and gets our troops home.

(END VIDEOTAPE)

BUCKLEY (on camera): We're told that Senator Kerry may do some practice this morning.  At around 1:00 or 1:30 this afternoon, he's expected to head over to the debate site for a technical walkthrough. Bill, a heads up to you, Joe Lockhart and company are headed over there right now. They're just saddling up here in the lobby.  So, they will be moving in that direction shortly.

Fortunately for both candidates, tonight, the debate is inside, where it will be cooled to an industry-standard temperature and not outside, where we're standing, where the humidity would surely cause a Nixon flop sweat -- Bill?

HEMMER: Indeed it would.  Whatever industry-standard means, we are all going to find out later tonight.  Frank, thanks for that. Dana Bash also, thanks.

Our live coverage starts later tonight at 7:00 Eastern.  Debate starts at 9:00 Eastern.  You have it live here on CNN. Tomorrow will be live in Columbus, Ohio.  Frank mention the undecided voters. Two dozen have gathered there.

And later tonight -- you'll also see it in primetime here on CNN -- we will monitor their reactions -- these voters, online and also on one of our other networks, CNNfn -- so you can gauge them as a viewer and as a Web user how the candidates and how their responses are getting reaction from undecided voters.  Should be very interesting later tonight.

More from Miami in a moment.  Here's Heidi again in New York. Heidi, good morning there.

COLLINS: Thanks, Bill.

Switching topics now for just a moment -- Pakistani forces say they could have broke the back of al Qaeda in their country.  A key al Qaeda operative was killed this weekend when he refused to surrender to Pakistani security troops.

Amjad Hussain Farooqi is suspected in several assassination attempts and is believed to be the killer of "Wall Street Journal" reporter Daniel Pearl.  That is just one of the significant developments as we follow terrorist trail.

Terrorism expert Sajjan Gohel is joining us now from London this morning to shed a little light on what all of this means.  Sajjan, good morning to you.  Tell us, if you could put this in perspective, what is the significance of killing Farooqi?

SAJJAN GOHEL, TERRORISM EXPERT: Amjad Farooqi is a very important individual.  He's linked to various terrorist groups inside Pakistan, as well as being closely tied to al Qaeda.

Now, the fact that he's killed is disappointing news, because he would have been better off alive because he could have provided valuable intelligence, valuable information as to other al Qaeda individuals that are inside Pakistan.

Case 2:05-md-01657-EEF-DEK   Document 62776-10   Filed 04/18/13   Page 6 of 65
Case 2:05-md-01657-EEF-DEK   Document 12704-75   Filed 10/22/2007   Page 96 of 169

Page 5

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

Unfortunately, because of his close ties in the past with the Pakistani intelligence groups, it is believed it was better they killed him, because in effect, he could have exposed his ties with the intelligence group in the past.

Let's look at the other killer of Daniel Pearl, Ahmed Omar Saeed Sheikh, another Pakistani. He's still awaiting to be executed. Now, he was also closely tied with Pakistani security forces. And he should have also been handed over to the U.S., but the Pakistanis have been reluctant to do that. And unfortunately, they have a different tactic when it concerns Arab terrorists to Pakistani terrorists.

COLLINS: So, possibly then that -- might have missed out on some information coming to us from Farooqi. Who still then is at large in the murder of Daniel Pearl?

GOHEL: There's one other main key individual, Abu Faraj al- Libbi, who is in fact senior to Farooqi. He is believed to have master planner for 9/11 Khalid Shaikh Mohammed. He is believed to be closely tied to running the al Qaeda cells inside Pakistan.

And had Farooqi been alive, we could have provided information as to where al-Libbi is hiding. Unfortunately now, intelligence is going to have to start from the beginning. And it's going to be delaying the process in hunting down the key members of al Qaeda inside Pakistan who have made Pakistan their base of operations.

And a U.S. general in Afghanistan this week is pointing to Pakistan, saying that this is the haven for these top al Qaeda figures. But he says he has seen, quote, "relatively little evidence of senior al Qaeda figures being inside Afghanistan."

So, why is he saying this now?

GOHEL: Well, it's almost inevitable that this type of comment would come out, because the U.S. forces in Afghanistan have been there for a while. Their specific purpose was to pick up key senior members of al Qaeda, but they have not been able to find any.

Ultimately, let's look at the fact that key senior members of al Qaeda have all been caught in major urban areas inside Pakistan along with their entourages. For example, master planner of 9/11 Khalid Shaikh Mohammed was found in Rawalpindi. Abu Zubaydah in Faisalabad. Tawfiq bin Attash was caught in Karachi.

So, you've got key people all being found in major cities. There's no point looking in mountainous areas when the people are actually in major cities inside Pakistan.

COLLINS: And very quickly, Sajjan, before we let you go, I have to get the situation in Yemen. This week, in fact, two men got the death penalty for their involvement in the USS Cole. Four years later, what are the lessons that we learn from the Cole?

GOHEL: Well, USS Cole was a very important development in the evolution of al Qaeda's tactics. It was the incident prior to 9/11. And what we always have to remember is that hunting down and killing al Qaeda people are important, but we also have to look at two other dimensions.

One is that the recruitment for terrorism is still continuing. For every terrorist killed or captured, there's another one coming on the assembly line. And al Qaeda's weapons of mass committee, led by Midhat Mursi, is still out there. They're still trying to plot attacks against the U.S. So, that needs to be looked into in the future if we're to avoid another catastrophic terrorist attack again.

COLLINS: Boy, you got that right. All right, Sajjan Gohel, thanks so much for your insight on this this morning. See you again soon.

Still to come on AMERICAN MORNING, breaking news on a popular painkiller being pulled because of a link to

Page 6

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

heart attacks and strokes. Dr. Sanjay Gupta has the very latest on that, here on AMERICAN MORNING.

(COMMERCIAL BREAK)

COLLINS: We're "Paging Dr. Gupta" this morning about a story that is breaking right at this time. Arthritis drug Vioxx being voluntarily pulled from the market. And Sanjay is joining us from the CNN Center in Atlanta now to explain more on how this came about. They are pulling it right now effective immediately, Sanjay.

DR. SANJAY GUPTA, CNN SR. MEDICAL CORRESPONDENT: Yes, effective immediately. If it is in your medicine cabinet, if Vioxx is a medication that you're taking -- stop, throw it away. That's the message from Merck. It's a huge drug for them.

There's been some speculation for some time that Vioxx may be related to heart attacks and strokes. There was a trial that was ongoing, Heidi, actually looking at something totally unrelated to Vioxx and heart attacks, and they found that after 18 months, the people that were taking Vioxx had a significantly increased incidence of heart attacks and stroke. They actually stopped the trial. They're making this announcement saying throw it away, don't use it anymore.

You remember, Heidi, that Vioxx became quite popular -- take a look. This is part of the announcement there. "In this study, there was an increased relative risk for confirmed cardiovascular events, such as heart attack and stoke." And that really sums it up. Again, speculation on this for some time.

Heidi, you may remember, this drug has been around for about five years or so. It became quite popular in the beginning because it was supposed to be an anti-inflammatory medication that wouldn't make your stomach as upset. A lot of people who take Motrin, Naprosyn, other anti-inflammatories, got a lot of stomach upset. Vioxx was supposed to be the answer to that. And it worked as far as that goes. Unfortunately now, we're hearing five years later too many heart attacks, too many strokes associated with this drug. It'll be gone, Heidi.

COLLINS: Wow. Talk one second if you could, Sanjay, about the dosage. Now, the information that I have here says that higher dosages, higher than 25 milligrams per day, is what they were looking at. Does it matter how much you were taking?

GUPTA: The study that they particularly looked at -- again, they stopped because they saw the heart attack and stroke was 25 milligrams per day. That is a standard dosage.

Some people make illusion to the fact that people take this medication as if it were a painkiller. So, you take more than the 25 milligrams. They have always urged people not to do that, to only take the standard dosage. But there does appear to be a what they call a dose linkage, meaning the more you take, the higher likelihood you may have some of these other problems, Heidi.

COLLINS: All right. Thanks so much for that, Heidi. Making it all make sense, as usual.

GUPTA: Thank you.

COLLINS: Appreciate it.

Andy Serwer here now as well, "Minding Your Business" on this -- and some serious business implications, as well.

ANDY SERWER, "FORTUNE" MAGAZINE: Oh, huge. I mean, this drug is blockbuster, Heidi. No question about it. And it's the 16th largest drug in the United States in terms of sales -- $2.5 billion.

Put that in perspective for Merck, Heidi. Merck has overall sales of $23 billion. So, in other words, right now today, the company is wiping away more than 10 percent of its sales. This could be good news for Pfizer, which makes

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

Celebrex and Johnson & Johnson which makes Remicade.

In fact, Pfizer stock is up in pre-market trading. Merck taking a big hit, down $7, or about 15 percent, to $38.

And what can we expect here?  Well, you can expect possibly layoffs at Merck.  You can expect possibly more litigation.  And they were expecting this drug to sell $750 million in the fourth quarter and, again, that is just gone.  It is a huge blow.

A very, very respected company, Merck has been...

COLLINS: Right.

SERWER: ... and you just don't see this kind of thing happening to big drug companies where they voluntarily remove a drug just like that.

COLLINS: Yeah.  And also, if people are wondering how they can get more information on the drug in case they're not familiar with it, don't go to the Web site.  Because right now their Web site says, "This site currently unavailable. Please check back shortly."

SERWER: Oh, no kidding.

COLLINS: So, yeah, that's what you'd see if you tried to pull that up.

So, once again, just to reiterate, Vioxx voluntarily being taken off the shelves -- actually off the shelves, we should say...

SERWER: That's right.

COLLINS: ... at this time.  All right, Andy, thanks so much for that.

SERWER: You're welcome.

COLLINS: And still to come, you have no doubt heard it a few times by now.  Senator Kerry's infamous line about voting for the $87 billion before voting against it.  The Democrat has an explanation, and it makes today's "Cafferty File."

Stay with us for that on AMERICAN MORNING.

(COMMERCIAL BREAK)

COLLINS: Jack Cafferty here now with my favorite part of the morning, "The Lafferty File."

JACK CAFFERTY, CNN ANCHOR: Now, watch we'll go from over there...

COLLINS: I know, they said camera five.

CAFFERTY: ... to over here.

COLLINS: All the others are numbered except for that one.

CAFFERTY: All right.

Another attempt Heidi by John Kerry to explain his notorious comments about voting for the $87 billion before voting against it. In an interview, he now said it was, quote, "One of those inarticulate moments late in the evening

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

when I was dead tired," unquote.

There's one problem with that explanation: Kerry made the comments in the early afternoon at an appearance at Marshall University in Huntington, West Virginia.  CNN covered the event.  The comment was made at 1:20 in the afternoon.

Not only is the Hummer SUV a gas guzzling annoyance on the road, now a cologne bearing its name set to assault your sense of smell.  A scent inspired by the less-than-fuel-efficient sports utility vehicle, Riviera Concepts is launching a new fragrance simply called Hummer Fragrance for Men.

COLLINS: Nice bottle.

CAFFERTY: If you can't afford the Hummer, for $52 a bottle, you can take home the cologne and smell as cheesy as the men who can.

And they finally come up with an idea that could kill reality television.  Farrah Fawcett signing up with TV Land for six episodes of "Chasing Farrah." The press kit promises a, quote, "wild ride with the jet-set actress as she travels from Hollywood to Miami to New York to Texas," unquote.

Think Anna Nicole Smith on diet pills.  Think watching a squirrel look for a nut.  Episodes will include Farrah going shopping, Farrah going to the spa, Farrah visiting her parents.  Maybe they should name it "Watching a Weird Old Woman Wander Around."

COLLINS: Remember her on David Letterman?  It was a little odd.

CAFFERTY: Farrah on David Letterman was like Jessica Savage the night she blew her career up doing the update after having had some sort of chemical alterations done to herself.

COLLINS: Done to herself.  Yes, all right.  Very good, Jack.  Thanks for the analogy.

Back now to Bill once again in Miami.  Hey, Bill.

HEMMER: Hey, Jack?  Hey, Heidi, you know, even a blind squirrel finds a nut once in a while.

CAFFERTY: Yeah, we found you in Miami.

HEMMER: Yeah, how about "Chasing Cheryl?"

CAFFERTY: Chasing -- oh, now come on.

HEMMER: Cheryl Ladd?

CAFFERTY: Oh, OK.  No, that's better.  I thought you were talking about Cheryl Tiegs.

HEMMER: ... down here...

CAFFERTY: What?

HEMMER: ... for crying out loud.  No.  Thanks. We're gone.

In a moment here, a look at what it is going to take for either candidate to have a successful debate later tonight. Rudy Giuliani is back. Madeleine Albright -- they have some advice on a specially important issue. We'll get to that after the break.

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

Later tonight, 7:00 Eastern, starts our primetime coverage. Debate starts at 9:00 Eastern.

We are back in a moment here live in Miami after this, on AMERICAN MORNING.

(COMMERCIAL BREAK)

HEMMER: Good morning.  A critical moment in the presidential campaign.  The first debate is tonight.  Can either candidate break through in the 90 minutes here?

Breaking news for the millions of Americans who take the drug Vioxx. It's being pulled from the market today.

And will SpaceShipOne really leave earth again just days from now?  We'll ask the man who took a wild and twisting ride, on this AMERICAN MORNING.

ANNOUNCER: This is AMERICAN MORNING.  Live from the University of Miami in Coral Gables, Florida, here's Bill Hemmer. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

**LOAD-DATE:** October 1, 2004

# EXHIBIT 22

Case 2:05-md-01657-EEF-DEK   Document 63776-10   Filed 04/18/12   Page 12 of 65
Case 2:05-md-01657-EEF-DEK   Document 12784-15   Filed 10/22/2007   Page 94 of 169

Page 1

FOCUS - 7 of 1393 DOCUMENTS

Copyright 2004 CBS Worldwide Inc.
All Rights Reserved
CBS News Transcripts

**SHOW:** The Early Show 7:00 AM EST CBS

September 30, 2004 Thursday

**LENGTH:** 33  words

**HEADLINE:** Vioxx recalled by Merck

**ANCHORS:** HARRY SMITH

**BODY:**

HARRY SMITH, co-host:

The popular arthritis drug Vioxx is being recalled worldwide. Drugmaker Merck is halting sales after studies found that Vioxx raised the risk of stroke and heart attack for users.

**LOAD-DATE:** October 1, 2004

# EXHIBIT 23

Case 2:05-md-01657-EEF-DEK Document 6377-10 Filed 04/18/12 Page 14 of 65
Case 2:05-md-01657-EEF-DEK Document 12764-15 Filed 10/22/2007 Page 73 of 169

Page 1

FOCUS - 10 of 1393 DOCUMENTS

Copyright 2004 CBS Worldwide Inc.
All Rights Reserved
CBS News Transcripts

**SHOW:** CBS Evening News 6:30 PM EST CBS

September 30, 2004 Thursday

**LENGTH:** 452  words

**HEADLINE:** Merck pulls its arthritis drug Vioxx off the shelves after a study showed it increases the risk of heart attack and stroke

**ANCHORS:** DAN RATHER

**REPORTERS:** ELIZABETH KALEDIN

**BODY:**

DAN RATHER, anchor:

It's the night of the first joint appearance by the presidential candidates. It's not actually a debate; it's a television happening well short of that, but potentially important, nonetheless, so we'll give you full coverage in a moment.

But first, a medical bombshell about a prescription drug used by millions. Vioxx, the arthritis drug, is being withdrawn from the market worldwide. The manufacturer of this FDA-approved drug says it has found the strongest evidence yet that Vioxx can trigger heart attacks and strokes. CBS News medical correspondent Elizabeth Kaledin begins our coverage of the trouble with Vioxx.

ELIZABETH KALEDIN reporting:

When it hit the market in 1999, Vioxx was billed as the future...

(Excerpt of Vioxx advertisement)

KALEDIN: ...one of a brand-new class of drugs called COX-2 inhibitors that could ease pain without hurting the stomach. Today, that future came crashing to a halt.

Mr. RAYMOND GILMARTIN (President & CEO, Merck and Co.): We are announcing a voluntary worldwide withdrawal of Vioxx.

KALEDIN: The drug, used by two million people primarily to treat arthritis, has been found to drastically increase the risk of heart attack and stroke. Merck researches found irrefutable evidence while studying the drug's long-term effects. Data show that after 18 months, patients taking both placebo and Vioxx had the same risks, but after three years, those taking Vioxx doubled their cardiovascular risk.

Mr. PETER KIM (Merck and Co.): The majority of the cardiovascular events that we saw were either heart attacks or strokes.

Case 2:05-md-01657-EEF-DEK   Document 6377-6   Filed 04/18/12   Page 15 of 65
Case 2:05-md-01657-EEF-DEK   Document 12704-16   Filed 10/22/2007   Page 74 of 169

Page 2

Merck pulls its arthritis drug Vioxx off the shelves after a study showed it increases the risk of heart attack and stroke
CBS News Transcripts September 30, 2004 Thursday

KALEDIN: So patients in this study did actually have both heart attack and stroke?

Mr. KIM: Yes.

KALEDIN: That's no surprise to cardiologist Dr. Eric Topol. He's been calling for warning labels on Vioxx because he says it causes an unusual level of clotting.

Dr. ERIC TOPOL (The Cleveland Clinic): But our findings and our concerns, at least by the manufacturer, were summarily dismissed and very strongly refuted until today.

KALEDIN: Patients taking Vioxx, like Marvin Brill, should consult their doctors about what to do next.

Mr. MARVIN BRILL (Vioxx Patient): It's scary for any medication that can have such side effects. Strokes? Heart attacks? That's major.

KALEDIN: There are options, like Naprosyn and ibuprofen, that are cheaper and, for the time being, safer.

(Graphic on screen)

More Information for Vioxx Patients CBSNEWS.com

KALEDIN: Of course, the fall of this blockbuster drug is raising questions about the safety of other COX-2 inhibitors. Right now no one knows for sure if the problems are specific to Vioxx alone, or the whole class of drugs. That is something the FDA will be investigating. Dan.

RATHER: Elizabeth Kaledin, thanks.

**LOAD-DATE:** October 1, 2004

# EXHIBIT 24

Case 2:05-md-01657-EEF-DEK   Document 62376-10   Filed 04/18/12   Page 17 of 65
Case 2:05-md-01657-EEF-DEK   Document 12704-15   Filed 10/22/2007   Page 18 of 169

Page 1

FOCUS - 67 of 1393 DOCUMENTS

Copyright 2004 National Broadcasting Co. Inc.
All Rights Reserved
NBC News Transcripts

**SHOW:** NBC Nightly News 6:30 PM EST NBC

September 30, 2004 Thursday

**LENGTH:** 358  words

**HEADLINE:** Merck recalls Vioxx after study reveals increase in risk of heart attacks and stroke

**REPORTERS:** ROBERT BAZELL

**BODY:**

TOM BROKAW, anchor (Coral Gables, Florida):

Now to what could be the largest drug recall ever in this country. Merck pharmaceutical company pulling its arthritis drug called Vioxx off the market after a new study disclosed that it could increase the risk of heart attacks and stroke. Losing Vioxx is a major blow to Merck and to the two million people who take it. Here's NBC's chief science correspondent Robert Bazell with that story.

ROBERT BAZELL reporting:

Dr. Jack Locke, like physicians across the country, was telling many patients today they have to switch from Merck's Vioxx to another medication to treat pain and inflammation.

Dr. JACK LOCKE: Now move this as much as you can there. Well, Merck is a pretty reliable company. They're pretty high on the list for reliability. And for this to happen is kind of a shock for me and, I'm sure, to my patients.

BAZELL: For years, studies have suggested there might be a heart disease danger from Vioxx. They were enough for the FDA to require a warning label in 2001. The latest study left no doubt. It was an incidental finding. Merck had put more than 2,000 people on a trial to see if Vioxx, compared to a placebo--a dummy pill, would reduce the chances of getting precancerous growths in the colon. For the first 18 months, there was no problem.

Mr. RAY GILMARTIN (Merck & Company Chief Executive Officer): Beginning after 18 months, however, the risk of a cardiovascular event did increase among those on Vioxx.

BAZELL: For Merck, it is a financial catastrophe. The company sold $2.5 billion worth of Vioxx last year, 11 percent of its sales. Today the stock price fell 27 percent.

Dr. LOCKE: Do both of these knees hurt in the same place?

BAZELL: Vioxx is one of a class of drugs called COX-2 inhibitors, intended to treat arthritis and similar conditions without upsetting the stomach. With Vioxx gone, there are two similar drugs on the market, Celebrex and Bextra, both made by Pfizer. Pfizer says these drugs are safe, and the FDA says it agrees for now. But scientists point out these two drugs have not been put to the same strict long-term trial as Vioxx. Robert Bazell, NBC News, New York.

Case 2:05-md-01657-EEF-DEK   Document 6377-6-10   Filed 04/18/12   Page 18 of 65
Case 2:05-md-01657-EEF-DEK   Document 12764-16   Filed 10/22/2007   Page 79 of 169

Page 2

Merck recalls Vioxx after study reveals increase in risk of heart attacks and stroke NBC News Transcripts September 30, 2004 Thursday

**LOAD-DATE:** October 1, 2004

# EXHIBIT 25

Case 2:05-md-01657-EEF-DEK   Document 63776-10   Filed 04/18/12   Page 20 of 65
Case 2:05-md-01657-EEF-DEK   Document 12704-15   Filed 10/22/2007   Page 83 of 169

Page 1

FOCUS - 5 of 1393 DOCUMENTS

Copyright 2004 American Broadcasting Companies, Inc.
ABC News Transcripts

**SHOW:** WORLD NEWS TONIGHT WITH PETER JENNINGS (06:30 PM ET) - ABC

September 30, 2004 Thursday

**LENGTH:** 473 words

**HEADLINE:** A CLOSER LOOK VIOXX RECALLED

**BODY:**

PETER JENNINGS, ABC NEWS

(Off Camera) The pharmaceutical company, pharmaceutical giant, Merck and Company made very big news today when it said that it was voluntarily taking its popular drug, Vioxx, off the market.  About two million people currently take Vioxx for pain, especially for pain of arthritis.  Merck said today that data from a clinical trial found an increased risk for heart attack and stroke.  The ramifications of this are medical, financial and scientific.  First, we take "A Closer Look" at why Merck did what it did.  Here's ABC's John McKenzie.

JOHN MCKENZIE, ABC NEWS

(Voice Over) Tens of millions of people have taken Vioxx since it came on the market five years ago.  It was approved for use in children just three weeks ago.  Today, Merck announced the drug is not safe enough to keep selling.

RAY GILMARTIN,

CEO, MERCK AND COMPANY, INCORPORATED

Given the availability of alternative therapies and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take.

JOHN MCKENZIE

(Voice Over) The company said it began analyzing results of a new clinical trial and discovered that patients taking Vioxx for more than 18 months were developing heart attacks at twice the rate of people taking a placebo.

SUE ANNE HUMPHRIES, VIOXX USER

The majority of people that take Vioxx are senior citizens.  And we trust our companies.  We trust our doctors. And then something comes along like this, no more trust.

JOHN MCKENZIE

(Off Camera) Researchers have issued repeated warnings that Vioxx can cause heart problems.  Since the drug was approved, there have been at least five major studies, rising safety concerns.

JOHN MCKENZIE

Case 2:05-md-01657-EEF-DEK   Document 63776-10   Filed 04/18/12   Page 21 of 65
Case 2:05-md-01657-EEF-DEK   Document 12764-15   Filed 10/22/2007   Page 84 of 169

Page 2

A CLOSER LOOK VIOXX RECALLED ABC News Transcripts September 30, 2004 Thursday

(Voice Over) This "New England Journal of Medicine" study in November 2000, showed Vioxx was 4-times more likely to cause a heart attack, than an older, generic drug.

DOCTOR ERIC TOPOL, CLEVELAND CLINIC

The warning sides were hard, solid evidence that there was a problem with heart attacks with Vioxx.  But the company continued to refute these warnings.

JOHN MCKENZIE

(Voice Over) And it continued to promote Vioxx, heavily.

COMMERCIAL VOICE-OVER, MALE

Ask your doctor today about Vioxx.

JOHN MCKENZIE

(Voice Over) What many patients never knew, Vioxx was no more effective than cheaper, over-the-counter pain pills.

DOCTOR JERRY AVORN, HARVARD MEDICAL SCHOOL

There was never any shred of evidence that these drugs were more powerful pain relievers than the old drugs, like Motrin or ibuprofen.

JOHN MCKENZIE

(Voice Over) And tonight, many doctors suggest patients who have been taking Vioxx, now consider those over-the-counter pain pills.  As for any lasting effects from Vioxx, researchers say there's no evidence the risks continue after you stop taking the drug.  John McKenzie, ABC News, New York.

**LANGUAGE:** ENGLISH

**LOAD-DATE:** October 1, 2004

# EXHIBIT 26

Case 2:05-md-01657-EEF-DEK Document 6327-6 10 Filed 04/18/12 Page 23 of 65
Case 2:05-md-01657-EEF-DEK Document 12764-16 Filed 10/22/2007 Page 37 of 169

Page 1

FOCUS - 2 of 2 DOCUMENTS

Copyright 2004 Cable News Network
All Rights Reserved

CNN

**SHOW:** LOU **DOBBS** TONIGHT 18:00

**September** 30, 2004 Thursday

Transcript # 093000CN.V19

**SECTION:** News; International

**LENGTH:** 8154 words

**HEADLINE:** Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight

**GUESTS:** David Frum, Michael Waldman, Roger Simon, Karen Tumulty, Ron Brownstein, Carol Liu

**BYLINE:** Lou **Dobbs,** Jamie McIntyre, Jane Arraf, John King, Candy Crowley, David Grange, Kitty Pilgrim, Peter Viles, Casey Wian

**HIGHLIGHT:**
Insurgents massacred dozens of Iraqis, 30 of them children. Two American soldiers have also been killed. Defense Secretary Donald Rumsfeld now admits the insurgency is worsening. Iraq is the central issue in the face-to-face meeting of Bush and Kerry tonight. Aides say Bush will make the case repeatedly that Kerry is not fit to be commander in chief.

**BODY:**

   LOU **DOBBS,** CNN ANCHOR: Tonight, Carnage in Iraq. Insurgents massacred dozens of children. Two American soldiers have been killed. Defense Secretary Donald Rumsfeld now admits the insurgency is worsening.

   Iraq is the central issue in tonight's face-to-face meeting between President Bush and Senator Kerry. The so-called debate begins in just three hours. I'm joined tonight by David Frum, former speechwriter for President Bush, and Michael Waldman, former speechwriter for President Clinton.

   A dramatic victory for the powerful supporters of outsourcing American jobs to cheap foreign labor markets. Governor Schwarzenegger of California vetoes legislation that would have stopped the export of American jobs.

   (BEGIN VIDEO CLIP)

   UNIDENTIFIED FEMALE: We need to continue to be integrated and involved in the global marketplace.

   (END VIDEO CLIP)

   **DOBBS:** California State Assembly Member Carol Liu says we ignore the export of American middle-class jobs at our peril. She's my guest.

   And today, stunning news for millions of Americans who use one of this country's most popular prescription drugs. Merck recalls **Vioxx** because it's not safe.

   (BEGIN VIDEO CLIP)

   RAYMOND GILMARTIN, CHAIRMAN, PRESIDENT & CEO, MERCK: We saw the beginning of a trend in this trial for an increased risk of cardiovascular events.

   (END VIDEO CLIP)

Case 2:05-md-01657-EEF-DEK Document 6337-6-10 Filed 04/18/12 Page 24 of 65
Case 2:05-md-01657-EEF-DEK Document 12704-15 Filed 10/22/2007 Page 88 of 169

Page 2

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

**DOBBS:** And Homeland Security has a new partner. That's right, Homeland Security has decided to allow Mexican government officials into this country to help track suspicious aircraft, the same Mexican government officials who will not police their own border with the United States. We'll have a special report.

ANNOUNCER: This is LOU **DOBBS** TONIGHT for Thursday, September 30. Here now for an hour of news, debate and opinion is Lou **Dobbs.**

**DOBBS:** Good evening.

Insurgents today launched a wave of deadly attacks across Iraq, just hours before President Bush and Senator Kerry face off on national security. Two American soldiers were killed in today's attacks. Fifty Iraqis were also killed. More than 30 of the dead are children.

Senior Pentagon Correspondent Jamie McIntyre has the report, but before we go to Jamie, I want to warn you that his report contains video that is shocking, it is brutal, and you may well want to avoid seeing the images contained in his report. Jamie McIntyre.

(BEGIN VIDEOTAPE)

JAMIE MCINTYRE, CNN SENIOR PENTAGON CORRESPONDENT (voice-over): It was a grisly punctuation mark to what has been a very grim month in Iraq. Dozens of Iraqi children who gathered to get free candy at the opening of a sewage plant were killed when a series of car bombs exploded.

More than 40 people died, with more than 140 wounded. The number of children killed by insurgents, at least 34, is the highest of any single incident, and it was just one of several attacks across Iraq which left Iraqis or Americans dead.

The latest attacks come as Defense Secretary Donald Rumsfeld, in a Tuesday radio interview and in recent public statements, is acknowledging the bloodshed is getting worse.

DONALD RUMSFELD, SECRETARY OF DEFENSE: We recognize that there's an increased level of violence, as we move towards these elections.

MCINTYRE: Pentagon estimates vary widely on the size of the insurgency, from just several thousand to almost 20,000. Also in dispute is whether the extremist movement is spreading.

But by any measure, September was a bad month, with an average of roughly 50 attacks per day against U.S. and Iraqi forces, according to the multinational forces in Iraq. While that's down slightly from last month's average, it includes a spike in mid-month when the average jumped briefly to about 90 attacks per day.

Iraq's interim leader continues to insist the insurgency will be brought under control in time for January elections.

IYAD ALLAWI, INTERIM IRAQI PRIME MINISTER: Those elections will signal the momentous changes brought by the coalition's's liberation of my country, and they will strike a huge blow to the insurgents and to the terrorists.

(END VIDEOTAPE)

MCINTYRE: And it appears tonight that one of those blows is beginning to be struck. It appears that one of the offensives against Samarra, one of the insurgent strongholds, has begun according to CNN's Jane Arraf. Sources here at the Pentagon say it's part of a plan to move gradually against smaller cities before moving in on the biggest problem, Fallujah -- Lou.

**DOBBS:** Thank you very much.

Jamie McIntyre.

As Jamie just reported, we're hearing word from Jane Arraf with the 1st Infantry Division near Samarra. We're going to go now to her. She's joining us now on the telephone.

Jane, can you tell us what is -- what you know about this new offensive?

JANE ARRAF, CNN CORRESPONDENT: Lou, yes. Troops have been moving through the streets. We've been moving with them in one of their Bradleys. Now we're stopped in town in Samarra in front of a mosque, which is being cleared by Iraqi National Guard.

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

What they're doing, fronted by the Iraqi National Guard, is moving sector to sector through the city to clear it of insurgents. Now this is the biggest offensive that they have launched in this city, and the soldiers we're with say it is a battle for the City of Samarra.

They estimate there may be up to 2,000 fighters that they're up against, up to 250 of them foreign fighters. This is a brigade-size operation, absolutely huge.

We've been hearing rocket-propelled grenades landing not far from us and quite a heavy exchange of gunfire in front of us, as the Iraqi National Guard and U.S. soldiers clear buildings and mosques. They are moving through the city to root out the insurgents.

Now they -- this city has been essentially off-limits to U.S. troops in an agreement after the transfer to sovereignty, but they came back in three weeks ago. This is the first time they have allowed journalists in for this major offensive -- Lou.

**DOBBS:** Jane, thank you very much.

Jane Arraf. She is embedded with the U.S. 1st Infantry Division. Obviously an offensive underway on Samarra, which had been one of the no-go cities and, as she indicated, had been one of the cities in which the United States has agreed not to move into after the cessation of major combat operations back on May 1st.

We'll keep you up to date on that story here throughout this broadcast and the evening here on CNN.

The escalating violence in Iraq will be the central issue in tonight's presidential presentations in Florida. Those presentations will begin in just under three hours.

For the first time, President Bush and Senator Kerry will appear at the same time on the same stage, but strict rules are in place and they will prevent virtually any interaction between the two candidates.

Senior White House Correspondent John King is covering President Bush and has the report -- John.

JOHN KING, CNN SENIOR WHITE HOUSE CORRESPONDENT: Well, Lou, despite those rules, the Bush campaign certainly expects Senator Kerry to ask rhetorically perhaps, but hoping to get answers from the president tonight, pointed questions about his policy in Iraq.

Today's deadly violence, this deadly violence, again more vivid evidence to us, sad evidence, of the burden of in-cumbency that the president will carry into this hall tonight. Aides say he will repeatedly try to make the case that Senator Kerry is not fit to be commander in chief, that he has changed his positions on the war in Iraq, on what to spend on the war in Iraq.

Repeatedly, the president will make that case, but they also understand that he simply cannot tonight only criticize his rival, but in the first debate, with an estimated 50 million Americans watching at home, the president must explain and defend his policies in Iraq, especially after the past two weeks when Senator Kerry has turned so forceful and aggressive in criticizing them.

So the president will make the case, we are told, that he has given the generals every troop they have asked for and said they have needed in Iraq.

The president will say, yes, there have been setbacks, and, yes, there are hardships -- today, of course, another ex-ample -- but that in his view -- and he will be optimistic about this, we are told -- that there is a path toward progress in Iraq and that the American people should stay with him and stay the course in Iraq. Now foreign policy and Homeland Se-curity, the focus tonight.

Mr. Bush also expects questions about his policies on Iran and North Korea and other issues, but, Lou, both cam-paigns concede Iraq is the major flashpoint in the debate. One key challenge for President Bush is not to lose his temper. Sometimes you see him get irritated at a question he doesn't like. Aides tell us today that in his mock debates, they have asked him scathing questions about his Iraq policy to test his ability to keep his temper in check -- Lou.

**DOBBS:** How did he do, John?

KING: We're told he did quite well, Lou. One of the challenges, of course, here is for the president to defend his policy and to be optimistic about it. They believe that optimism is one of his great attributes and one of the better contrasts that he can draw in this type of an appearance on national television with Senator Kerry.

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

So the president, we are told, has been warned by aides that some of the questions from moderator Jim Lehrer and some questions Senator Kerry poses in his own answers will be quite tough, and he needs to keep his temper in check, and they say, in those mock sessions, he did quite well. We'll see tonight.

**DOBBS:** John King, our senior White House correspondent in Miami.

Thank you.

And now turning to Senator Kerry's assets, Senator Kerry, of course, is hoping tonight's debate will allow him to clarify for voters his positions on Iraq and the global war on terror and to cut into President Bush's lead in the national opinion polls.

Senior Political Correspondent Candy Crowley is covering the Kerry campaign and joins us now from the University of Miami.

Candy, what are we expecting from the senator tonight?

CANDY CROWLEY, CNN SENIOR POLITICAL CORRESPONDENT: Well, what the strategists around John Kerry say he has to do is look, sound and talk like a commander in chief, that he has to present himself as a viable alternative to George Bush.

They know it's very tough in times of war to convince voters that -- as John Kerry has been saying on the campaign trail, to switch horses in midstream, but they believe that this kind of chaos we're now seeing in Iraq certainly does give John Kerry the material that he needs to say, look, we need a new commander in chief, the current one we have got us into this mess, I'm the only one that can get us out of it.

Now what does he have to do in addition to looking at George Bush and portraying George Bush as a man who has made misjudgments and miscalculations all along the way in Iraq?

They also know in the Kerry campaign that John Kerry is going to have to say and I've got a plan and here's my plan. Now he's been trying to do that to sort of set the table for this debate in the last couple weeks of his campaign. He gave a speech at New York University on Iraq and on what he would do. He then gave a speech at temple in Philadelphia about the war on terror.

So they believe that they have begun to start this process of showing John Kerry as a man who does have a plan and a man who can step in and be commander in chief, and that is their number one goal for tonight, is to have John Kerry be seen in the eyes of the American people as someone who could walk into the White House and become a commander in chief -- Lou.

**DOBBS:** Are the members of his staff excited about his prospects? Do they feel he's doing well in preparation?

CROWLEY: You know, they obviously believe he is a good debater. They have dropped any attempt to spin it any other way and say, look, we expect him to do very well. The one thing that they are -- two things they're worried about.

Number one, they concede the point George Bush is a likable guy. George Bush is someone that people like to see on their television sets in their living room, but they say, look, this isn't about personality.

The other point that they are worried about is that too many stakes have been put into this debate by commentators. They say this is not now or never, that there are two other debates. John Kerry does not have to have a knockout punch -- Lou.

**DOBBS:** Candy, thank you.

Candy Crowley, covering the Kerry campaign tonight from the University of Miami.

Returning now to the dramatic news developments from Iraq tonight. As we've just reported, American troops have launched apparently a major offensive against the insurgents in the City of Samarra. That's north of Baghdad.

Joining me now is General David Grange.

General, let me first turn to you on the latest development, the idea that the United States has obviously, along with the Iraqi troops, decided that the no-go cities are now no longer off-limits. What do you make of it?

BRIG. GEN. DAVID GRANGE (RET.), CNN MILITARY ANALYST: Well, that's going to happen all over Iraq, Lou. Samarra obviously was the first targets. They have a sufficient number of Iraqi soldiers trained to conduct the op-

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

eration, along with the brigade of the 1st Infantry Division, to take it down, and I think you're going to see that elsewhere as we lead up to the elections in January.

**DOBBS:** And would you concur with the judgment that it needs to be done and needs to be done quickly?

GRANGE: Absolutely. It needs to be done when the time's right for the coalition of Iraqi forces to do so, regardless of election dates.

**DOBBS:** Secretary of Defense Rumsfeld today joining with Secretary of State Colin Powell in admitting that the insurgency in Iraq is worsening. What does the United States have to do first to start acknowledging quickly what is the reality and the obvious reality on the ground much sooner than they have in the past and, secondly, to deal effectively with it, if they can?

GRANGE: Well, they can't. I think it has been acknowledged today. Many have talked about it already, that the surge is on to disrupt elections in the U.S., Afghanistan, and Iraq. It's -- the time is perfect for the bad guys, they're going to continue to do this, but now's the time for the coalition to pick up the pressure on the enemy.

It's the only way. Negotiations for any peaceful settlement will not work with the people they're fighting right now. They need to take them down when the time's right all the way up through January.

**DOBBS:** The issue of manpower remains critical. Rumors talking about a draft if necessary to bring forward enough recruits to man an army of sufficient size to meet policy objectives.

We have seen, in terms of the call-up of the IRR, the ready reserve, about 600 have not shown up at the last count that I saw. We see a 12 percent decline in recruiting shortage of goals, and we're seeing a lot of concern about the adequacy of our National Guard and our Reserves in their preparation.

What are we going to do in the short term, General, to deal with these issues?

GRANGE: Well, I don't believe the draft is needed right now. I do believe that the active force needs to be increased in size. I believe you can do that through the volunteer army, which surpassed the goals for this year. But the Army does need to get bigger, that service for sure. But the draft's not needed right now.

But I fully believe that if a draft is need, members of Congress and the American people will say, by gosh, we've got to do it, and they'll do a draft. But, right now, it's not needed. National Guard training has improved. I just came from a conference today, as a matter of fact, that we hosted, referenced that same subject, and there have been some problems, but it's improving.

The problem is, in the National Guard, maintaining that force structure because of their other life, their other employee status, and how do you maintain that? That's the bigger challenge.

**DOBBS:** General David Grange.

Thank you.

GRANGE: My pleasure.

**DOBBS:** There was a sharp escalation in violence between Israelis and Palestinians today as well and greater tragedy. Israeli troops fought pitched battles with Palestinian gunmen in northern Gaza. The Israelis launched their offensive after a Palestinian rocket killed two children in an Israeli border town. Today's fighting killed 29 people. Twenty-six of them were identified as Palestinian; three, Israelis.

Still ahead here, a shocking prescription drug recall today. A health warning for millions of Americans who have taken the arthritis drug **Vioxx.** We'll have details on that coming right up.

Also tonight, the Department of Homeland Security sees nothing wrong with permitting Mexican government officials into U.S. tracking facilities despite the obvious refusal of the Mexican government to police its border with the United States. We'll have that special report.

And the first presidential presentation is now just hours away. David Frum, former speechwriter for President Bush, and Michael Waldman, former speechwriter for President Clinton, will join me.

(COMMERCIAL BREAK)

Case 2:05-md-01657-EEF-DEK   Document 63376-10   Filed 04/18/12   Page 28 of 65
Case 2:05-md-01657-EEF-DEK   Document 12704-16   Filed 10/28/2007   Page 92 of 169

Page 6

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

**DOBBS:** Tonight, millions of people who take the arthritis drug **Vioxx** could be at risk of an even more dangerous medical condition. The drug's manufacturer, Merck, today pulled **Vioxx** off the market and told anyone who takes it to immediately contact their physician.

Kitty Pilgrim reports.

(BEGIN VIDEOTAPE)

KITTY PILGRIM, CNN BUSINESS CORRESPONDENT (voice-over): How could it happen?  Eighty-four million prescriptions since it was introduced in 1999.  About 1.3 million Americans are using it right now.  But, today, Merck pulled the drug.  Recent clinical trials turned up a risk of stroke and heart attack in patients taking **Vioxx** for more than 18 months.

GILMARTIN: We basically went through an extensive analysis of the data, determined that the cardiovascular trend we were seeing was important and, therefore, quickly acted to make the decision to voluntarily withdraw the drug.

PILGRIM: **Vioxx** is mainly used to treat arthritis.  The condition is common.  Sixty million adults in the U.S. have arthritis or chronic joint problems.  That's one in every three people.  Arthritis is the leading cause of disability in adults in the country.  Drugs like **Vioxx** were considered revolutionary when they were introduced.

DR. MARIE GRIFFIN, VANDERBILT UNIVERSITY: This new class of anti-inflammatories has sort of taken over the market, and, within that, **Vioxx** is a very big player.

PILGRIM: The FDA sent Merck a warning letter about the risks after a 2001 study, and Merck started putting a warning on the label in 2002.  But a study this past August found doses of 25 milligrams or higher more than tripled the risk of heart attack.

Author Dr. John Abramson has been studying the drug for more than three years and says the drug was aggressively marketed to doctors, and the risks were buried in the marketing push.

DR. JOHN ABRAMSON, AUTHOR, "OVERDOSED AMERICA": The most frightening part of all this is that the cardiovascular risk of **Vioxx** has been public since 2001, available to anybody who wants to find it on the FDA Web site, and yet the intense marketing that was done for **Vioxx** and the marketing to the public, the marketing to the doctors override what that data really showed.

(END VIDEOTAPE)

PILGRIM: Now the very second the drug was recalled, 30 people in Oklahoma City filed a class-action suit against Merck for failing to warn the public of the risks, and experts say there will probably be more -- Lou.

**DOBBS:** Kitty, thank you very much.  This is very troubling for all those millions of people who have been taking that drug.  Thank you very much.

Kitty Pilgrim.

We will continue here in just one moment.  Stay with us.

(COMMERCIAL BREAK)

ANNOUNCER: LOU **DOBBS** TONIGHT continues.  Here now for more news, debate and opinion, Lou **Dobbs.**

**DOBBS:** British Prime Minister Tony Blair will undergo treatment tomorrow for an irregular heartbeat.  The prime minister will have what he calls a routine procedure in a London hospital.  Prime Minister Blair was treated for the same condition a year ago, but he says his doctors assure him that it's not a sign of a larger problem. Blair says he'll be back at work Monday.

The so-called presidential debate tonight is unlikely to be an impromptu exchange of ideas.  In fact, if it were, it would be shocking.  It's more likely to be a recitation of the candidates' stump speeches and campaign promises.

My guests tonight are experts at crafting the kind of presidential one-liners and catch phrases that we can expect to hear tonight.  Theirs, of course, far more profound than anything you will hear from other writers. David Frum is former speechwriter for President Bush, joining us tonight from Washington, D.C.

Good to have you with us, David.

Case 2:05-md-01657-EEF-DEK   Document 6337-10   Filed 04/18/12   Page 29 of 65
Case 2:05-md-01657-EEF-DEK   Document 12704-16   Filed 10/28/2007   Page 93 of 169

Page 7
Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

DAVID FRUM, FORMER BUSH SPEECHWRITER: Thank you.

**DOBBS:** Joining us here in New York, Michael Waldman, former speechwriter for President Clinton.

Good to be have you, Michael.

MICHAEL WALDMAN, FORMER CLINTON SPEECHWRITER: Good to be here.

**DOBBS:** Let's begin with you, David. This -- the president is ready to go. We're going to hear tonight foreign policy issues. Are we going to hear with great precision what the president plans to do from here?

FRUM: I don't think you will hear a highly specific plan, no. I think President Bush always indicates what he's going to do by doing it, and you're seeing with this extraordinary military campaign now under way in Iraq some indication of what's to come.

President Bush's job tonight is to avoid mistakes. He's got a big lead in this election. I think Senator Kerry has made enough mistakes along the way that, at this point, Senator Kerry can't really win the debate by himself. He needs the president to fail.

So, if the president doesn't fail, the president's done his job. Kerry has to hope for the president to stumble and give an opportunity to him.

Do you agree, Michael?

WALDMAN: Not really. I'm tempted to use the vernacular of the campaign and say that's a fantasy world of spin, but it was...

**DOBBS:** I'm proud of the way you resisted that.

WALDMAN: I resisted it. You won't hear that tonight either, I'm sure.

I think that President Bush can't have a huge catastrophic mistake, but the one thing to remember is that the challenger almost always benefits from standing toe to toe with the incumbent, who's better known, who is already presidential by dint of being president, and I think that, for Kerry, President Bush has been very successful, especially in his convention, at having a monologue, in effect, when he can go out there and proclaim his policies on his own, but he hasn't yet had to really face a questioner and a challenge in front of the public.

**DOBBS:** Well, let me ask you this: One of the complaints today coming from the Kerry campaign was that the lights and the buzzers that are going to flash and buzz if the candidate goes too far -- they were very excited about that. Senator Kerry, it doesn't seem to me, should be concerned about lights and buzzers because, if he isn't succinct and direct tonight, again, it seems to me, he's got a real problem.

WALDMAN: Well, that's right.

**DOBBS:** Would you agree?

WALDMAN: Absolutely. And it's a very tough thing to actually condense real thought into the kind of 30-second one-liners, memorable phrases that these debates have come down to. I think actually having the light right there would -- you know, would distract anybody, but remember George Bush's father had a visual image of looking at his watch, and I'm sure Kerry and President Bush, too, don't want to have something like that.

**DOBBS:** The idea, that image of President Bush's father looking at his watch has been shown quite a bit on network television today, David. The idea of the president being careful -- isn't there also a great pitfall awaiting him if he's too careful here tonight?

FRUM: Well, I don't know what that would be. I mean, the country -- this election has been going on for a long time. The country's had a long time, four years, to take a look at President Bush, but quite a number of months to look at Senator Kerry. He's introduced himself again and again and again.

I think Senator Kerry is looking to this debate to recapture the mistake he made at the Democratic Convention. He had this glorious moment when he really could show the American public who he was. He didn't use that time well. He's now going to try to use this debate to do again what he should have done in July. That's why he's in so much trouble.

**DOBBS:** Michael, the idea that Senator Kerry can stand up there tonight on podiums, these two men meeting. This is hardly a debate, as we all acknowledge, but the fact is -- does he have to come tonight -- on the issue of foreign policy in

Case 2:05-md-01657-EEF-DEK Document 12637-10 Filed 04/18/13 Page 30 of 65
Case 2:05-md-01657-EEF-DEK Document 12704-15 Filed 10/28/2007 Page 94 of 169

Page 8

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

particular, it's not enough, is it, to simply criticize President Bush's policies? Doesn't he really have to say I have a plan and at least give an iteration of it, an early iteration of it?

WALDMAN: Yes, I absolutely think so. I think if he just comes in and is on the attack the whole time -- you know, he'll probably draw a bit of political blood, but he won't show people what he would do differently.

The difficult thing for him, what he, I'm sure, knows he has to do, is draw a sharp contrast, try to show in his mind in the way he would like voters to see it the failures of the president's foreign policy and lay out his own as an alternative, and, of course, there's a tension because you can't look too angry, you can't look too bitter. It's better to try to do it the way Reagan or Roosevelt did it, or Clinton, too, with a smile.

But, you know, both of these gentlemen are very strong debaters. Whether these are real debates or not, this is a format that they've both succeeded at, so I assume we'll see some good interaction.

DOBBS: Who, in your judgment, David -- and I'm going to ask you to be a nonpartisan here. Well, I'll be straightforward about it. It seems that President Bush to this point has the better speechwriters and the better crafting of language to this point. Is that accurate?

FRUM: Well, boy, would I like to believe the speechwriters made President Bush the man he is today. That...

DOBBS: No, I didn't quite say that, David. I didn't say that. We've got enough polarized partisanship in the world without you construing my statement.

FRUM: Look, here's...

DOBBS: I was talking about the preparation by his speechwriters.

FRUM: Yes, but the thing is -- I mean, the -- it's the president who is the candidate, the person who chooses these people. I mean, how...

DOBBS: David, you're not going to answer my question, are you?

FRUM: No, here -- here's what I'm saying. There are thousands of people who would love to write speeches for the president or for the nominee of the opposition party. They have to be chosen.

DOBBS: David...

FRUM: So President Bush has to...

DOBBS: David, we don't have buzzers here, we don't have lights, but I do insist upon my questions being answered.

FRUM: What was the question?

FRUM: What's the question?

DOBBS: The question was...

FRUM: Does he have good people working for him? Yes. But...

DOBBS: OK, let's turn...

(CROSSTALK)

DOBBS: Let's turn to Michael then. What do the people working for Senator Kerry -- and again, I would stipulate that Senator Kerry is a wonderful human being and a great personality, just for partisan reasons, to balance with David's characterization of President Bush -- he does not seem to have brought sharp focus to -- from his writers, from his speechwriters and advisers. Do you agree with that assessment?

WALDMAN: I think that if you look at the speeches he's given, especially in the last few weeks, he has really found his voice. And it reflects a political strategy and an issue determination, and rather than the words -- I think the words have been fine. I think -- I agree with David that he missed an opportunity at the convention in not laying out his own policy vision, but I think if you look at the speeches he's given on Iraq and the war on terror and finally making the argument that I'm sure David disagrees with, that the war in Iraq is a distraction from the war on terror, I think that it's pretty compelling. And so I'm hoping he has a rhetorical head of steam coming into this debate.

Case 2:05-md-01657-EEF-DEK   Document 12637-10   Filed 04/18/12   Page 31 of 65
Case 2:05-md-01657-EEF-DEK   Document 12704-16   Filed 10/26/2007   Page 95 of 169

Page 9
Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

FRUM: See, whether I agree with that or not, that's not I think the most important mistake he's made.  You know, Senator Kerry gave a speech at New York University.  It was a beautifully written speech, actually, very logical and powerful, but he forgot to put in the most important part, which is to say, "I want to win." Now, he then had a photo op two days later where he said that, but he should have said it at the time.  And in a way, you can't blame the writers or credit the writers for things like that.  Ultimately, the writers work for somebody.

DOBBS: David Frum, thank you very much.

FRUM: Thank you.

DOBBS: Michael Waldman.

WALDMAN: My pleasure.

DOBBS: Thank you very much for being here.  We'll watch what these gentlemen have to say this evening in their presentation.

We'll have much more on the presidential presentation this evening, ahead. Three of the country's top political journalists will be here.  Also ahead here tonight, waiting for an eruption in the Northwest.  New warnings tonight about the likelihood of an eruption at Mount St. Helens.  And also ahead, Homeland Security Secretary Tom Ridge says he's committed to protecting our borders, and his agency is including Mexican government officials in their tracking stations, who don't enforce their own border with the United States.  We'll have that special report.

And CNN will have complete live coverage from the University of Miami beginning tonight at 7:00 o'clock Eastern.  Anderson Cooper kicks it all off.  Stay with us.

(COMMERCIAL BREAK)

DOBBS: President Bush and Senator Kerry are now just over two hours away from the first presidential presentation, as we're calling it here.  Joining me now from the side of tonight's so-called debate at the University of Miami, three of the country's leading political journalists -- Ron Brownstein, national political correspondent for "The L.A. Times"; Karen Tumulty, national political correspondent for "Time" magazine; and Roger Simon, political editor, "U.S. News & World Report."

We've just heard Michael Waldman and David Frum basically bare their partisan teeth here and suggest, as best I can figure, that they're not expecting much out of this debate.  Are you, Roger?

ROGER SIMON, U.S. NEWS & WORLD REPORT: It has the capacity to be an event that shapes the campaign.  It has the capacity, the potential to determine the outcome of the campaign.  But that doesn't mean it will.  It is the first of three debates.  It's not an end-all or be- all, really, for either candidate, unless some huge mistake is made or some huge knockout punch is made, which is extremely unlikely.

DOBBS: Are we likely to hear sharp differences between these two men tonight, Karen?

KAREN TUMULTY, TIME MAGAZINE: Well, first of all, Lou, it sounds like your expectations are not terribly high for this debate, either.

DOBBS: Well, I'm still kind of chaffing at the idea that they can't ask one another questions, and offer rebuttal to one another's statement.  I look for -- silly me, I think of a debate as a debate.

TUMULTY: Well, I must say, I have got some pretty high hopes for Jim Lehrer, the moderator here, because he, of course, is not bound by any of these rules, and there are openings for him to sort of force a little bit of actual engagement here.

So, you know, if we can't count on the candidates, maybe we can count on Jim Lehrer.

DOBBS: Ron, at this point, on foreign policy, is it your judgment that we're going to see any particular issue sharply discussed here tonight?

RON BROWNSTEIN, L.A. TIMES: Sure.  I mean, you know, I guess I'm a little not in the frame of some of the others in the media who said there really is no difference, or the differences between the two candidates are exaggerated on foreign policy.

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

I think they do have fundamentally different perceptions of how America pursues its goals in the world. And now, in Iraq, the actual choices at this point are narrowed by the events on the ground and the history of the past year and a half, but I do think people will see a very different approach between President Bush, who puts the greatest emphasis on maintaining American freedom of action, even if that means some tension with traditional allies, and John Kerry, who does put a much higher priority on building international consensus, even if that means surrendering some freedom of action. I think you'll see that expressed in the way they talk about Iraq, and if we get on to other issues, I think you'll see it there as well.

DOBBS: Roger, the idea that John Kerry can criticize the Bush policies over the course of the past three years, but not forward a plan of his own to end what they're styling as the mess in Iraq, is it possible that he can perform tonight without at least discussing the outline, the framework of a plan?

SIMON: I don't think so. I think he really has to address that issue, Lou. I think you put your finger on one of the central problems that John Kerry has. He continues to criticize a war that he does not actually oppose. He opposes the way it's being conducted, he opposes going it alone, he opposes the U.S. troops bearing the brunt -- bearing the brunt of the casualties and not having enough funding from other countries, but if he were elected, he would still continue the war.

One wonders if the Democrats had actually come up with a candidate who said I think we should withdraw our troops from Iraq now, where that candidate would be in the polls.

DOBBS: As Jane Arraf has just reported, as we have reported on this broadcast, the offensive that's taking place now in Samarra, in the Sunni triangle, one of the no-go cities, now the 1st Infantry Division is obviously there, in at least brigade-size force, taking on the insurgents, the devastation, the killing, the murder, the massacre of three dozen, almost three dozen children there, along with other civilians, Iraqi civilians, and two American soldiers today, does that have an influence, do you believe, on the debate tonight, Karen?

TUMULTY: Well, I think it could have certainly an influence on how the debate is seen over the next few days, because that is in fact going to be the context of how everything that is said tonight is read, and it's important, however, to remember that, you know, to the degree the president wants to call the Iraq war part of the war on terrorism, he's got to show that he's serious about going after the terrorists who are in Iraq. Certainly this is something we have heard urged on him by a lot of members of his own party, who feel that he has just not shown the kind of resolve that they would like to see over there.

DOBBS: Ron, the idea that the Kerry campaign was so upset today about the buzzers, particularly on the podium -- apparently, there are sufficient lights and buzzers for anyone to understand when he has gone over the time limit, what do you make of that kind of bristling sensitivity?

BROWNSTEIN: Well, you know, we've had a lot of -- we have a 32- page agreement which reflects a lot of sensitivity going into the process. I think in the end, you know, the previous question negates the question you're asking me. People are dying in large numbers in Iraq, Americans and Iraqis. The American public is engaged in this campaign to a much higher degree, largely I would argue because of the fact that American soldiers are under fire and in the end I think they want answers on those questions. I still believe this race will turn on a referendum to the president's response to 9/11, broadly speaking, including the decision to invade Iraq and whether the people feel John Kerry offers a better alternative and keep America safe. And I do believe that in the end, more than lights and buzzers, people will be focused on judging these two men on those grounds.

DOBBS: It wasn't the public nor media focused on it, it was the Kerry campaign. And I go back to my question, Ron.

Why do you suppose they were so intent on that issue?

BROWNSTEIN: I think because they probably don't want the image of John Kerry plowing through the red light like Bill Clinton at the 1988 Democratic convention, when he gave the endless speech, and the red light was flashing for probably a about 15 minutes. The same kinds of things from all these negotiations.

Why do we have a fenced-off area where each candidate can't impose on the space of the other? I wonder how they're going to enforce that. You know, will Jim Lehrer get in there and separate them like those guys on "Jerry Springer." But you know, the whole process has been done in that way from both sides really to control the images the public sees.

DOBBS: Roger, the idea that in this time allotted tonight, will we be able to get to the critical issues as well of North Korea, of Iraq, global competitor or rival or simply an economic powerhouse, China?

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

How much -- how much of a canvas do you believe we'll see tonight in this discussion of foreign policy?

SIMON: I think you'll see more than just Iraq.  I don't think Jim Lehrer will allow 90 minutes to go by and just allow this to be a discussion on one matter of foreign policy.  As you listed, there are other serious matters.  The extent to which U.S. troops are spread over the globe acting as either trip wires or protectors or active participants, is a serious matter of U.S. security, and I think Jim Lehrer is bright enough to move the discussion around in 90 minutes.

**DOBBS:** Of course, within that discussion is the road map that's been lost and attention has been lost in point of fact in efficacy and 31 people dies today in Gaza, so the Israeli/Palestinian conflict obviously preeminent as well.

Thank you very much, Ron, Karen, and Roger.

When we continue, Governor Schwarzenegger squanders a golden opportunity to fight back against the "Exporting of American" jobs to cheap foreign labor markets.  He took sides.  We'll have that story and a great deal more next.

(COMMERCIAL BREAK)

**DOBBS:** In "Exporting America" tonight California Governor Arnold Schwarzenegger had a chance to take a stand against the export of American jobs to cheap foreign labor markets.  Instead, the governor chose to defend it. Governor Schwarzenegger has vetoed a series of bills that would have cracked down on outsourcing in the state of California.  Peter Viles, reports from Los Angeles.

(BEGIN VIDEOTAPE)

PETER VILES, CNN CORRESPONDENT (voice-over): The rising star of the Republican Party has finally taken a stand.  Outsourcing is OK with him.  Arnold Schwarzenegger vetoing Democratic attempts to limit outsourcing in California.

UNIDENTIFIED MALE: It's pretty shameful the governor sided with the California chamber of commerce and not with the people of California that elected him to office.

VILES: Analysts see a rookie governor bowing to the state's powerful high-tech lobby led by Hewlett-Packard.

He certainly has tried to strike the image of an independent freewheeling, more liberal on some social issue kind of governor, but on a hard business issue about people's livelihoods, but high-tech workers planning for the futures, he came down on the companies' side.

VILES: The governor's press secretary says it's about improving California's business climate.

He's been traveling around the country showing that California is open for business again.  This is extremely important to highlight we're doing everything we can here in California to make it more business-friendly.  Adding restrictions to how business operate is contrary to that bill.

VILES: One bill would have stopped outsourcing on projects related to homeland security, vetoed.  In his vetoed statement, he says there's no guarantee work done in America will be any safer than work performed in another country. Another bill required patient's consent if their medical information is sent outside the United States, vetoed.  Then the big one, work for the state must be done in America, vetoed.  The governor arguing that would have a negative impact on the California economy, and it's unconstitutional anyway, because only the federal government can make trade policy.

(END VIDEOTAPE)

VILES: Trade lawyers that we have talked to, Lou, tell us that argument is deeply flawed and probably wrong.  It's true that states can't have their own trade policy, their own quotas, their own tariffs.  That's not the issue here, the issue is can they spend their own money the way they want to.  On this issue, the law appears clear, states do have sovereignty over their own money, Lou.

**DOBBS:** These vetoes, extraordinary putting the governor, I suspect it will be suggested, on the girlie man side of the issue for some time.

Thank you very much, Peter Viles.

Joining me now is California state assembly member Carol Liu.  She authored the bill that required California to keep state work in this country.  Assembly member Liu joins me tonight from Los Angeles.  Good to have you with us.

CAROL LIU (D), CALIFORNIA STATE ASSEMBLY: Thank you very much.

Case 2:05-md-01657-EEF-DEK    Document 6377-10    Filed 04/18/12    Page 34 of 65
Case 2:05-md-01657-EEF-DEK    Document 12764-10    Filed 10/28/2007    Page 98 of 169

Page 12

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

**DOBBS:** Were you surprised at the governor's veto?

LIU: No, but I was disappointed.  Since the governor took office we've heard a lot about jobs, jobs, jobs and the importance of buying California products.  If we're really trying to create jobs, then why is the state of California exporting jobs overseas?

**DOBBS:** The idea -- the governor suggests that the state of California contracts would not be right for them to be from -- exclusively from the U.S. on a constitutional basis.  Peter Viles, has just reported that is basically at the very least flawed reasoning. What's your reaction to that?

LIU: I agree with peter.  We have certainly tested this concept with our own legislative counsel, and it was declared that it was not unconstitutional.

**DOBBS:** The governor, Governor Schwarzenegger cited that a recent study by the Public Policy Institute of California, and in that study apparently found very few jobs in California had been outsourced.  Can that be correct?

LIU: We -- first of all, the report from the Public Policy Institute is not finished.  In fact, we look forward to some of their recommendations.  So, we don't know the conclusion of their report. As to -- we don't -- and we don't -- when we get that report, when the legislative analyst's office is also auditing the state of California as to how many jobs are being outsourced, we will have some kind of numbers and reach some kind of conclusions as to where we need to go.

**DOBBS:** Well, obviously middle-class workers, at least in the state of California, didn't take a step forward today, thanks to those vetoes.

What are you -- what are your assembly member colleagues going to do, if anything, from here on?

LIU: Well as I said, we're going to look at the audit, we're going to take a look at the conclusions of this report that will be coming out sometime this fall, and hopefully meet with the governor's office to see where we go forward.  This issue is not going to go away.

**DOBBS:** Assembly member Liu, we thank you very much for being here.

LIU: Thank you.

**DOBBS:** Coming up next, Mexican officials working side by side with American border patrol agents, purportedly to stop illegal aliens from crossing the very border that the Mexican force won't enforce: the border with the United States.  That story is next.  Stay with us.

(COMMERCIAL BREAK)

**DOBBS:** In Washington State tonight, seismic activity has again intensified on Mount St. Helens.  Scientists now say the volcano has a 70 percent chance of erupting.  Earthquakes, with magnitude as high as 3.3 have been rocking Mount St. Helens every few minutes today, and new measurements today show the lava dome in the volcano's crater has moved now 2 1/2 inches since Monday.

Yesterday, scientists issued what they call a volcano advisory, that is the highest warning before an eruption.

Turning now to the crisis along our nation's borders and the lack of a coherent national immigration policy, Homeland Security Department secretary Tom Ridge says his department is devoted to controlling illegal immigration into this country.  Nonetheless, 3 million illegal aliens will likely move into this country this year. And incredibly, the Department of Homeland Security is relying on the Mexican government to help police our border.  Casey Wian reports from Los Angeles.

(BEGIN VIDEOTAPE)

CASEY WIAN, CNN CORRESPONDENT (voice-over): After Homeland Security Secretary Tom Ridge toured his department's upgraded radar facility designed to prevent aircraft from sneaking across the border, he revealed an interesting detail.  Alongside U.S. detection system specialists who track 80,000 flights a month, including those flown by the president of the United States, are representatives of the Mexican government. Here's one shaking hands with Ridge.

TOM RIDGE, HOMELAND SECURITY SECRETARY: One of the reasons the center has been so successful is because of the on-site presence of representatives from the Mexican government, who are in a position to assist us upon our call...

Case 2:05-md-01657-EEF-DEK Document 6377-6 10 Filed 04/18/12 Page 35 of 65
Case 2:05-md-01657-EEF-DEK Document 12704-15 Filed 10/28/2007 Page 99 of 169

Page 13
Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

WIAN: We asked ridge if he saw any conflict on relying on Mexico to help catch aircraft carrying illegal aliens at a time when Mexican President Vicente Fox's government is pushing for more open borders.

RIDGE: There's been no conflict whatsoever within this operation. When we have called and identified the aircraft we were concerned about, the Mexican government has responded effectively and quickly. Open borders in my mind doesn't mean crossing indiscriminately when you want to.

WIAN: Yet minutes later, the man in charge of guarding the border for the Bush administration expressed sympathy for the millions of illegal aliens who cross each year.

RIDGE: These poor illegals, mostly of them are Mexican, and they are not coming into this country to do anything other than find a job. And the parasites that prey on these people, the human smugglers, are the ones we're going after.

WIAN: Ridge says during the past 18 months, his department has probably done more to prevent illegal immigration than was done in the previous ten years. As examples Ridge cited, a 70 percent increase in prosecutions of alien smugglers and the deployment of several hundred additional border patrol agents.

(END VIDEOTAPE)

WIAN: Ridge says as far as he's concerned, the border is closed to illegitimate travel and commerce. Of course, the reality is gaping holes remain and Ridge admits there's more to do to close them, Lou.

**DOBBS:** More to do to close them. I understand the politics of the matter, Casey, but with 3 million illegal aliens, Secretary Ridge can say that with a straight face?

WIAN: Absolutely. It's an example of the Bush administration's continuing mixed message on this issue. They talk about guest workers and amnesty, talk about controlling the border. The two don't seem to go along.

**DOBBS:** No. Nor would they be, of course, possibly compatible. Thank you very much, Casey Wian.

Taking a look now at some of your thoughts.

John Bush in Marshall Town, Iowa, "Why are we granting illegal aliens the right to break our laws and then rewarding them with free everything, including medical opportunities denied our own citizens?"

Greg may in Rockville, Maryland, "It's easily predictable that our next terrorist attack will be done by any number of the millions of people allowed to cross our borders illegally. For our government to suggest otherwise is simply wrong."

We love hearing from you. Send us your thoughts at loudobbs@CNN.com. Please send your name and address. Each of you whose e-mail is read on the broadcast, receives a free copy of my new book, "Exporting America."

We'll be right back.

(COMMERCIAL BREAK)

**DOBBS:** Thanks for being with us tonight. Stay with CNN tonight for complete coverage of the presidential presentations. Thanks for being with us.

For all of us here, good night from New York. "ANDERSON COOPER 360" is next, live from the University of Miami. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

**LOAD-DATE:** October 1, 2004

# EXHIBIT 27

793 of 932 DOCUMENTS

Copyright 2004 Gannett Company, Inc.
USA TODAY

October 1, 2004, Friday, FINAL EDITION

**SECTION:** NEWS; Pg. 1A

**LENGTH:** 402 words

**HEADLINE:** Merck halts Vioxx sales

**BYLINE:** Rita Rubin

**BODY:**
The maker of blockbuster pain reliever Vioxx said Thursday that it is voluntarily withdrawing the drug because of new data showing it increases the risk of heart attacks and strokes.

This is one of the largest-ever withdrawals of a drug, says the Food and Drug Administration's Steven Galson. Drugmaker Merck says 84 million people worldwide have taken the heavily promoted drug, available in the USA since May 1999. About 2 million Americans are on Vioxx, Galson says. "We have been concerned and aware of the potential for cardiovascular effects for the last few years," he says. "This is not a total surprise."

The news hit Merck's stock hard. It fell 27% to close at $33, wiping out $27 billion in market value.

In August, an FDA-funded analysis involving Kaiser Permanente patients found more heart attacks and sudden cardiac deaths among people taking Vioxx than among those on Celebrex or on conventional non-steroidal anti-inflammatory drugs (NSAIDs) such as ibuprofen and aspirin.

In November 2000, Merck published a study in *The New England Journal of Medicine* that found a higher rate of heart attacks in patients assigned to Vioxx than those assigned to naproxen (an NSAID sold as Aleve). Because of that finding, the FDA in April 2002 required a new warning on the Vioxx label.

Vioxx, Celebrex and Bextra are the three so-called COX-2 inhibitors on the U.S. market. Drugmakers say they treat arthritis pain but are less irritating to the gastrointestinal tract than traditional NSAIDs. At least two other COX-2 inhibitors -- including Merck's Arcoxia, already sold in 47 other countries -- are in the pipeline.

"It is important to note that the results of clinical studies with one drug in a given class are not necessarily applicable to others in a class," says Peter Kim, president of Merck Research Laboratories.

The implications of the Vioxx withdrawal for other COX-2 inhibitors aren't yet clear. Merck says the new data -- from a three-year study comparing Vioxx with a placebo in 2,600 patients with colon polyps -- showed a higher risk of heart attacks and stroke only after 18 months of use. None of the other COX-2 drugs has data for longer than a year, Galson says.

"It's too early for me to say right now how we're going to change our requirements for the future, but, obviously, we're going to be more interested in long-term data," he says.

**GRAPHIC:** GRAPHIC, color, Julie Snider, USA TODAY, Source: IMS Health(Line graph); PHOTO, color, AP; Vioxx tablet

**LOAD-DATE:** October 01, 2004

# EXHIBIT 28

1 of 1 DOCUMENT

Copyright 2004 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

## factiva

(Copyright (c) 2004, Dow Jones & Company, Inc.)

## THE WALL STREET JOURNAL.

The Wall Street Journal

October 1, 2004 Friday

**SECTION:** Pg. A1

**LENGTH:** 2729 words

**HEADLINE:** Expiration Date: Merck Pulls Vioxx From Market After Link to Heart Problems --- Stock Plunges Amid Questions About Drug Giant's Future;
Loss of $2.5 Billion in Sales --- Arthritis Patients' Quandary

**BYLINE:** By Barbara Martinez, Anna Wilde Mathews, Joann S. Lublin and Ron Winslow

**BODY:**

On the morning of Sept. 24, Raymond Gilmartin, chief executive of Merck & Co., got the call every pharmaceutical executive dreads. Peter Kim, Merck's research chief, told him an outside panel overseeing a clinical trial of the company's painkiller Vioxx had urged Merck the night before to halt the trial and immediately stop patients from taking the drug. The reason: Patients on the drug were twice as likely to have a heart attack or stroke as those on a placebo.

Six days after that call, Merck announced that it is withdrawing Vioxx from the world-wide market. The drug had global sales of $2.5 billion in 2003 and more than 100 million prescriptions have been written for it since it went on the market in 1999, according to Merck. But it had been dogged for several years by suggestions that it led to heart problems. Until yesterday, Merck vehemently denied there was a connection.

The decision will put millions of patients in a quandary. About two million people are taking Vioxx now, many for arthritis. Doctors say some can switch to similar drugs such as Pfizer Inc.'s Celebrex or over-the-counter pain relievers such as ibuprofen and naproxen, known by the brand names Advil and Aleve. However, patients and doctors will have to weigh the various drugs' side effects, which include stomach ulcers.

Vioxx's demise raises questions about Merck's future as a top-tier drug company and whether it might be forced into a merger, which Mr. Gilmartin has long resisted. Merck's shares plunged, erasing $26.8 billion from its market capitalization. Shares fell $12.07, or 27%, to $33 in 4 p.m. composite trading on the New York Stock Exchange. The stock is among the most widely held and is included in the 30-company Dow Jones Industrial Average. It was the largest drop in percentage terms for a Dow stock since United Technologies Corp. lost 28% in September 2001. Pfizer shares were up 1.4%.

Vioxx accounted for 11% of Merck's global sales in 2003, and its loss is expected to shave around 20% off the company's profit this year.

Once the industry leader, Merck has struggled in recent years largely due to its inability to come up with new hit products as older drugs lost patent protection. A series of candidates failed in large clinical trials. One of its few remaining candidates is Arcoxia, a pain drug that is awaiting the Food and Drug Administration's decision this month. But the FDA is unlikely to approve Arcoxia quickly, analysts say, because it works similarly to Vioxx.

Expiration Date: Merck Pulls Vioxx From Market After Link to Heart Problems --- Stock Plunges Amid Questions About Drug Giant's Future; Loss of $2.5 Billion in Sales --- Arthritis Patients'

Meanwhile, Merck's biggest-selling drug, the cholesterol-fighter Zocor, is due to lose U.S. patent protection in 2006 and already is under pressure from the market leader, Pfizer's Lipitor.

Investors have been critical of Mr. Gilmartin's handling of the company's troubles. The announcement raises questions about whether he can survive until his scheduled retirement in 2006. Mr. Gilmartin said yesterday he doesn't plan to resign or change his longstanding policy against large mergers or takeovers.

"We were financially strong before this and we'll be financially strong after," Mr. Gilmartin said. He also pointed to several drugs for diseases such as diabetes and obesity that Merck is developing.

Vioxx's problems raise questions about the class of similar painkillers, called Cox-2 inhibitors. Aside from Vioxx, other approved Cox-2 inhibitors in the U.S. are Celebrex and Bextra, both Pfizer drugs. The drugs are heavily advertised and widely used, despite being more expensive than older drugs. Celebrex hasn't been linked to heart problems but some studies have suggested it fails to live up to its original promise of reducing side effects, in particular stomach bleeding.

Meanwhile, regulators are facing criticism for their handling of the questions around Vioxx, which emerged first in 2000. "Why did it take four years to get the definitive data?" asked Jerry Avorn, an associate professor at Harvard Medical School. "Why didn't the FDA demand the company mount the appropriate study?"

FDA officials note that the early hints of problems came largely from analyses of big databases of patients whose heart attacks might have been affected by many factors, rather than from controlled clinical trials like the new Merck information. "It's just not as easy to make firm regulatory decisions based on" such data, said Steven Galson, acting director of the FDA's Center for Drug Evaluation and Research.

The decision to withdraw Vioxx was based on data from a big three-year clinical trial. The trial's main purpose was to determine whether Vioxx could prevent a recurrence of precancerous growths in the colon. If it could, that would open up a lucrative new market for the drug. But the trial also collected data on Vioxx's relationship to heart problems. John Jenkins, director of the FDA's office of new drugs, said the FDA pressed Merck to focus on cardiovascular safety in the trial's design. The study was a "very rigorous safety trial," he said. He added that FDA officials "feel confident, based on the data we had when we had it, we took the appropriate actions" with Vioxx.

Although the heart risk from Vioxx was the same as from a placebo through 18 months, people who took Vioxx for more than 18 months were twice as likely to have a heart attack or stroke during the study, Merck said. Lester M. Crawford, the acting FDA commissioner, said the risk that an individual patient would suffer a heart attack or stroke as a result of taking the drug is "very small." But he said patients taking any of the Cox-2 inhibitors or older painkillers for a long period should do so under a doctor's supervision.

Even prior to the withdrawal, Merck faced lawsuits from people who suffered heart attacks while taking Vioxx. Jay P. Mayesh, a partner with Kaye Scholer LLP in New York, who has defended drug makers in liability cases, predicted the recall will embolden plaintiffs. "It is going to be a king-size headache," Mr. Mayesh said. "Merck will be inundated with lawsuits." Merck said it will defend itself vigorously in the suits it faces.

The FDA approved Vioxx in 1999 for arthritis pain as well as other kinds of pain in adults. Later it was approved as a treatment for rheumatoid arthritis in adults and, just recently, for rheumatoid arthritis in children.

The long path to withdrawal of Vioxx began in 2000 when the New England Journal of Medicine published the results of a Merck trial called Vigor. It showed that patients taking the drug were four times as likely -- 0.4% to 0.1% -- to have a heart attack or stroke as patients taking naproxen.

In early 2001, at a meeting of an FDA advisory panel, Merck argued that the difference might reflect the protective effects of naproxen and not danger from its drug. The committee ended up recommending that the issue be noted on Vioxx's label, and members called for follow-up research to clear up the questions.

Steven E. Nissen, a cardiologist at the Cleveland Clinic, attended the meeting and was troubled by the data. Back at the clinic, he discussed his concerns with Eric Topol, chairman of cardiovascular medicine, and Debabrata Mukherjee, then a clinic fellow. They decided to take a closer look by examining data from several trials of patients who had taken Vioxx and other painkillers.

They published their findings in the Journal of the American Medical Association in August 2001, saying the "available data raise a cautionary flag about the risk of cardiovascular events" with Cox-2 inhibitors. Vioxx, they said,

Expiration Date: Merck Pulls Vioxx From Market After Link to Heart Problems --- Stock Plunges Amid Questions About Drug Giant's Future; Loss of $2.5 Billion in Sales --- Arthritis Patients'

appeared especially risky. The authors called for more studies to look specifically at heart-safety issues, but Merck and other companies didn't start any.

Had such a trial been started, an answer probably would have been available within a year or two, said Harvard's Dr. Avorn. "That was millions of patients and billions of dollars ago," he said. Merck says its trials prior to Vioxx's approval hadn't turned up cardiovascular risk, and by 2001 it was already conducting the study that would ultimately lead to Vioxx's withdrawal.

As concerns rose, however, Merck vigorously defended Vioxx. It attacked the Cleveland Clinic's data as inadequate. One study in which Merck researchers participated suggested that Vioxx was associated with a higher risk of heart attacks. It appeared last spring in Circulation, a journal published by the American Heart Association -- but without the name of a Merck scientist who participated. The company withdrew the employee's name from the list of authors because it disagreed with the study's conclusion.

The reason Vioxx might cause heart attacks isn't certain, but Cox-2 inhibitors suppress a protein responsible for the health of blood vessels and could promote clotting as a result. It's not clear why Vioxx produces a higher risk of heart attacks and Pfizer's Celebrex apparently does not, at least according to data so far.

In April 2002, the FDA, following up on the advisory panel's advice from the year before, approved new labeling for Vioxx that pointed out the association with higher heart-attack and stroke risk. In August of this year, the Cleveland Clinic's Dr. Topol wrote an editorial in the journal Lancet, saying it was time for the FDA "to have some teeth" on the issue and require a so-called black box label, the highest level of warning.

That turned out not to be necessary. Merck had been running a study testing whether Vioxx could prevent a recurrence of polyps, which are precursors to colon cancer. Typically in clinical trials an independent body reviews data periodically to check for signs of unexpected benefits or dangers. Early on the evening of Sept. 23, an aide to Dr. Kim, the Merck research chief, got a call that the outside body wanted to halt the trial because of the cardiovascular risk to patients taking Vioxx, says Dr. Kim. Unlike other trials that compared Vioxx to competing drugs, this one compared Vioxx to a placebo. When the heart effects showed up, that effectively ended Merck's defense going back to 2000 that other drugs might protect the heart and blood vessels but Vioxx didn't damage them.

(MORE)

On Friday morning, Dr. Kim called Mr. Gilmartin, the Merck chief executive. "He told me that he wanted me to figure out what was the best thing to do in terms of patient safety," Dr. Kim says. Researchers worked through Sunday morning reviewing the numbers that had sparked the outside panel's call. The panel, they concluded, was correct.

Merck executives then consulted about two dozen outside experts in several medical fields. Some rheumatologists, who deal with pain complaints, advised Dr. Kim to keep Vioxx on the market and add a warning label. They said some patients respond particularly well to Vioxx and couldn't easily switch to other painkillers. Other doctors suggested Merck take the pill off the market completely. In the end, Dr. Kim followed this advice, concluding that the alternative drugs on the market were acceptable.

William G. Bowen, a Merck director since 1986 and president of the Andrew W. Mellon Foundation in New York, said management met all day Monday "to decide what they thought they should do."

Merck directors arrived in a downpour late Tuesday morning for a regularly scheduled board meeting at the company's New Jersey headquarters. Over a three-and-a-half-hour lunch session, Mr. Gilmartin and then Dr. Kim presented the research findings. Directors spent nearly 40 minutes discussing the study's statistical significance. But "the results were compelling," Mr. Bowen said. Everyone in the boardroom agreed that Merck should withdraw the drug.

Vioxx is the latest in a series of major drugs to be recalled from the market. Others include Baycol, a cholesterol-lowering drug, the diabetes drug Rezulin and the diet-pill combination fen-phen. In several cases, the FDA has faced criticism that it should have acted faster.

The FDA said it will now ask to see more long-term safety data for all of the drugs in Vioxx's class, but it hasn't decided the details of its request yet. The FDA's Dr. Galson said regulators "can't extrapolate data from one drug to another," but that other painkillers and Cox-2s "do not have this same incidence of heart attacks and strokes in clinical trials" so far.

Case 2:05-md-01657-EEF-DEK   Document 62776-10   Filed 04/18/12   Page 42 of 65
Case 2:05-md-01657-EEF-DEK   Document 62704-9   Filed 02/22/07   Page 10 of 169

Page 4

Expiration Date: Merck Pulls Vioxx From Market After Link to Heart Problems --- Stock Plunges Amid Questions About Drug Giant's Future; Loss of $2.5 Billion in Sales --- Arthritis Patients'

Senate Finance Committee Chairman Charles Grassley, whose staff has been investigating the FDA's handling of safety issues, sent a letter asking for information about the agency's actions on Vioxx. "Once again, the FDA has remained on the sidelines while life-threatening issues threatened the American public," said the letter from the Iowa Republican.

One lawsuit against Merck, filed by relatives of a 37-year-old man who took Vioxx for a month and died from a heart attack at a car wash, is scheduled for trial in May. At a news conference, Merck's general counsel said the company has "substantial defenses" in current Vioxx cases.

Some lawyers say the withdrawal will insulate Merck from greater liability. "It was a good strategic move," said Kenneth M. Labbate, a lawyer with Ohrenstein & Brown LLP in New York who has defended drug companies in product-liability suits. "They know that the flood of litigation is coming one way or another, and what they're trying to do is put their best foot forward."

Even before yesterday's action, lawsuits against the drug maker had been mounting. Andy Birchfield, a lawyer for Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., in Montgomery, Ala., already has filed 58 individual lawsuits against Merck on behalf of patients who have suffered heart attacks, strokes or other problems while taking Vioxx.

Mr. Birchfield said he believes he can prove to a jury that Merck kept selling a product it knew was dangerous. He expects his first case to come to trial as early as December.

After Vioxx, Merck needs new hits even more badly. It has stepped up deals with outside partners and this year has licensed marketing rights for a sleep drug and a diabetes drug now in large human trials. Last November, Merck called off development of two potential big sellers that came from its own labs, one for depression and the other for diabetes.

One of the few bright spots in Merck's labs is a vaccine against the human papilloma virus, a major cause of cervical cancer. It plans to submit an application to the FDA in the second half of 2005.

For the time being, Merck's loss is shaping up as Pfizer's gain. A Pfizer spokesman said the company is anticipating a surge in demand and is increasing the inventory of Celebrex and Bextra available to drug wholesalers. "All our long-term studies to date show a safe cardiovascular profile" for the Pfizer drugs, said Gail Cawkwell, a Pfizer medical director for Celebrex. But the Vioxx recall could make it harder for other Cox-2 drugs in development to get FDA approval, in particular Novartis AG's Prexige.

---

                              Path to Withdrawal

Merck's Vioxx, which had sales last year of $2.5 billion, showed evidence of heart attack and stroke risks as early as 2000. A look at the path from approval to withdrawal.

-- May 1999: Vioxx is launched in the U.S. and is marketed in more than 80 countries.

-- 2000: Trial enrollment begins for a study to determine the effect of three years of treatment with Vioxx on the recurrence of polyps of the large bowel.

-- March 2000: Another study demonstrates that gastrointestinal risks with Vioxx are less than with naproxen, but the study shows increased cardiovascular risk.

-- February 2001: FDA federal advisory panel concludes that Vioxx is safer on stomachs than rival drug Celebrex.

-- August 2001: Cleveland Clinic study published in the Journal of the American Medical Association associates Vioxx with cardiovascular risks.

-- April 2002: FDA changes Vioxx label to say the drug may protect against ulcers, but increase heart risks.

Case 2:05-md-01657-EEF-DEK   Document 63776-10   Filed 04/18/12   Page 43 of 65
Case 2:05-md-01657-EEF-DEK   Document 2704-19   Filed 04/28/07   Page 102 of 169

Page 5

Expiration Date: Merck Pulls Vioxx From Market After Link to Heart Problems --- Stock Plunges Amid Questions About Drug Giant's Future;  Loss of $2.5 Billion in Sales --- Arthritis Patients'

-- October 2003: Merck-funded study finds patients taking Vioxx are at a 39% increased risk of heart attack within the first 90 days, compared with Celebrex.

-- August 2004: HMO Kaiser Permanente reconsiders Vioxx for its member patients after an FDA study finds that patients who had taken more than 25 mg a day were 3.15 times as likely to have a heart problem.

-- September 2004: FDA approves Vioxx to treat juvenile rheumatoid arthritis.

-- Sept. 30, 2004: Merck announces a voluntary world-wide withdrawal of Vioxx.

Sources: Merck; WSJ research

**NOTES:**
PUBLISHER: Dow Jones & Company Inc.

**LOAD-DATE:** December 5, 2004

# EXHIBIT 29

Case 2:05-md-01657-EEF-DEK Document 6377-10 Filed 04/18/12 Page 45 of 65
Case 2:05-md-01657-EEF-DEK Document 2704-19 Filed 04/22/09 Page 51 of 169

Page 4

630 of 932 DOCUMENTS

Copyright 2004 The New York Times Company
The New York Times

October 1, 2004 Friday
Correction Appended
Late Edition - Final

**SECTION:** Section A; Column 1; Business/Financial Desk; MERCK AND VIOXX: THE OVERVIEW; Pg. 1

**LENGTH:** 1549 words

**HEADLINE:** A Widely Used Arthritis Drug Is Withdrawn

**BYLINE:** By GINA KOLATA

**BODY:**

The drug company Merck announced yesterday that it would stop selling its arthritis and pain medication Vioxx, currently taken by close to two million people worldwide, because a new study found that it doubled patients' risk of heart attack and strokes.

Vioxx has been a blockbuster for Merck, with sales of $2.5 billion last year, and has been widely marketed as a safe alternative to drugs like aspirin, which can cause ulcers and gastrointestinal bleeding.

The decision to remove the drug from the market, the largest drug recall in history as measured by sales, comes as Merck has been struggling to find new drugs for its aging product line. [Page C1.]

Vioxx represented about 11 percent of the company's revenue last year. Merck stock plunged 27 percent yesterday on the news, reducing the company's stock market value by $25 billion and helping pull the Dow Jones industrial average down by 0.6 percent for the day.

The company decided to withdraw the drug from pharmacy shelves after a study that it had hoped would show that Vioxx prevented colon polyps, which can sometimes become cancerous. Merck quickly ended the trial after the results of the study showed last week that the drug led to heart attacks and strokes.

The risk was small -- 15 cases of heart attack, stroke or blood clots per thousand people over three years compared with 7.5 such events per thousand patients taking a placebo. But the data were so unambiguous that Merck told federal regulators this week that it had halted the trial and would take the drug off the market; it announced that decision yesterday.

"What we found in this study is that beginning after 18 months, there was a discernible and unexpected increase in cardiovascular disease rates," Dr. Peter S. Kim, president of Merck Research Labs, said in an interview yesterday.

There had been hints before that the drug might increase the risk of heart attacks and strokes, but the studies were not definitive and the company said it had not been convinced that the risk was real, although it did revise the drug's label two years ago to include that possibility.

This time was different.

"What we saw was stunning," Dr. Kim said. "We certainly don't understand the cause of this effect, but it is statistically significant and it indicated that there is an issue."

Dr. Kim said the decision came on Monday, after a series of urgent teleconferences with medical experts over the weekend. On Tuesday, company officials went to the Food and Drug Administration and said it was withdrawing the drug. The decision was the company's alone, and there was no pressure from the F.D.A., which said it was surprised by Merck's move but agreed with it.

A Widely Used Arthritis Drug Is Withdrawn The New York Times October 1, 2004 Friday Correction Appended

"We think Merck did the right thing," said Dr. Steven K. Galson, the acting director of the F.D.A.'s Center for Drug Evaluation and Research.

Not everyone who takes Vioxx does so for 18 months or longer. Or even daily. Some arthritis patients take it only during flare-ups. And other people might take it only for several months, after a sports injury, for example. Medical experts say that it is safe for patients to abruptly stop taking Vioxx, adding that there are many alternatives to the drug, including cheap over-the-counter drugs. One of those, aspirin, is much cheaper than Vioxx, which has sold for $2.50 or more a pill. Vioxx provides about the same pain relief as aspirin, although studies showed that patients taking Vioxx were less likely to develop ulcers or gastrointestinal bleeding.

There are also two prescription drugs, Celebrex and Bextra, both made by Pfizer, which are similar to Vioxx but have not been shown to pose cardiovascular risks. That, and Pfizer's extensive advertising, may help explain why sales of Celebrex have lately been twice those for Vioxx. The F.D.A. says, however, that studies of Celebrex and Bextra have lasted only a year, and the Vioxx study found risks only after people had taken it for 18 months.

Asked in a telephone news conference if the agency will start requiring longer-term studies for drugs of this class, Dr. Galson said no decision had been reached.

"It's too early to say right now, but obviously we will be more interested in long-term data," he replied.

Dr. Kim of Merck said he first learned of the new data on heart attacks and strokes on Thursday evening last week, when he got a call from an independent committee of scientists who were monitoring the colon polyp study. "They recommended we stop the study," he said.

"On Friday, I looked at the data with my team," Dr. Kim said. "The first thing you do is review the data. We did that. Second is you double-check the data, go through it and make sure that everything is O.K." At that point, he said, "I knew that barring some big mistake in the analysis, we had an issue here."

"Around noon, I called Ray Gilmartin and told him what was up," Dr. Kim continued, referring to Merck's chief executive. "He said, 'Figure out what was the best thing for patient safety.' We then spent Friday and the rest of the weekend going over the data and analyzing it in different ways and calling up medical experts to set up meetings where we would discuss the data and their interpretations and what to do."

On Sunday night and Monday morning, Dr. Kim and his team spoke to researchers doing studies and to medical experts in rheumatology, cardiology and gastroenterology.

Some, he said, told him to take the drug off the market right away. Others could not decide what recommendation to make. Rheumatologists, however, told him that there were patients who needed the drug.

By late Monday morning, Dr. Kim had made his decision. "We were going to withdraw," he said.

He told Mr. Gilmartin and got his agreement. On Tuesday, Merck notified its board and that afternoon the company told the F.D.A. On Wednesday, the company began notifying regulatory agencies in other countries. Yesterday morning, Merck made its public announcement.

Although Mr. Kim said he was stunned by the data, others were less surprised.

The possibility that Vioxx might increase the risk of heart attacks first emerged three years ago, in a Merck study of 7,000 patients with rheumatoid arthritis. The company was asking whether those taking a high dose of Vioxx, 50 milligrams a day, had fewer gastrointestinal side effects than those who were randomly assigned to take naproxen.

The results showed that the Vioxx patients had half the incidence of gastrointestinal complaints, but it also indicated that they had five times the number of heart attacks -- five per thousand patients as compared to one per thousand with naproxen.

The question was why. It could be, as some cardiologists argued, that Vioxx caused heart attacks. Or it could be, as Merck argued, that Vioxx was neutral, while naproxen actually reduced the likelihood of a heart attack.

In April 2002, at the request of the Food and Drug Administration, Merck added the study's finding about heart attack risk to the drug's label.

Case 2:05-md-01657-EEF-DEK Document 63776-10 Filed 04/18/12 Page 47 of 65
Case 2:05-md-01657-EEF-DEK Document 12704-79 Filed 10/22/2007 Page 170 of 169

Page 6
A Widely Used Arthritis Drug Is Withdrawn The New York Times October 1, 2004 Friday Correction Appended

Several other studies followed. One looked at a million Medicaid patients; another at 1.4 million patients enrolled in Kaiser Permanente's health care plans; another at more than 50,000 Medicare patients. Each found more heart attacks and strokes with Vioxx, but medical experts differed over how to interpret the data.

Dr. Eric Topol, a cardiologist at the Cleveland Clinic, writing in medical journals, argued vehemently that Vioxx and others in its class were not worth taking. He said they had "marginal efficiency, heightened risk, and excessive cost" compared with drugs like aspirin.

Dr. Daniel Solomon, a rheumatologist and epidemiologist at Brigham and Women's Hospital in Boston, said yesterday that he was convinced enough by the data that he stopped prescribing Vioxx two years ago.

Dr. Solomon scoffed at Merck's assertion that the new data were unexpected. "I was like, 'Please. Really,'" Dr. Solomon said.

But others, including Dr. Michael Lockshin, an arthritis specialist at the Hospital for Special Surgery in New York, were less certain. Dr. Lockshin said that, until now, "the data were quite minor" to indicate that Vioxx was causing a problem. The original study's findings had an alternative explanation, he said, and the other studies were complicated by the fact that they lacked enough rigor to make the case.

The new data, however, convinced him. Even if Merck had not withdrawn the drug, he would no longer prescribe it, Dr. Lockshin said.

"Although the numbers are not huge in terms of risk, these are the things that I, looking at it as a practitioner, couldn't say, 'Oh, well. This drug is as safe as another.'"

He added, however, that some of his patients might have difficulty finding an alternative to Vioxx. Pain relief, he said, is idiosyncratic and unpredictable. "Some patients respond beautifully to one drug and not to another."

And some patients are simply reluctant to give up a drug that worked for them.

Dr. Jerry Lynn, a retired dentist who lives in Manhattan, said Vioxx was the only drug he had ever taken for his arthritic knee. "It made a big difference," he said yesterday. He still has a large supply, he said, adding, "I'll just use them until I use them up."

**URL:** http://www.nytimes.com

**CORRECTION-DATE:** October 2, 2004

**CORRECTION:**

A front-page article yesterday about Merck's withdrawal of Vioxx, its arthritis and pain medication, from the market misstated the findings of the study that led to the action. Among patients taking Vioxx, the study found 15 cases of heart attack, stroke or blood clot per thousand people per year, not over three years. Among patients taking a placebo, the study found 7.5 such cases per thousand people per year, not over three years.

**GRAPHIC:** Photo: Charles Rothschild, a pharmacist in Wilmette, Ill., packed containers of Vioxx for shipping back to Merck. The drug company recalled the medication after a study linked it to increased risk of heart attack and stroke. (Photo by Tannen Maury/Bloomberg News)(pg. C4)Chart: "Recalled"Yesterday's voluntary recall of Vioxx, Merck's blockbuster painkiller, is the industry's biggest and it means a large loss of revenue for the company.VIOXXYESTERDAYRisk of heart disease or stroke2003: $2.5 billionGraph tracks Merck's stock this year (YESTERDAY: $33, Down: 26.8%).FEN-PHENSept. '97Pulmonary hypertensionGlobal sales in 1996: $360 million-REZULINMarch '00Liver damage and deaths1999: $773 millionBAYCOLAug. '01Muscle weakness and deaths2000: $554 million(Source by Bloomberg Financial Markets)(pg. C4)

**LOAD-DATE:** October 1, 2004

# EXHIBIT 30

Page 1

FOCUS - 53 of 64 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** ABC 7 News

September 30, 2004, Thursday 11:00-12:00 CT

**NETWORK:** WLS-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 120 words

**BODY:**

START: 00:29:56

Teased Segment - Arthritis Drug; Merck is voluntarily recalling the arthritis drug Vioxx.
Visual - bottle of Vioxx. Vioxx may increase the risk of heart attack and stroke. Arcoxia is a new arthritis treatment.
Press Conference - Peter Kim, Merck Research president, there was an increased risk for confirmed cardiovascular events in patients taking Vioxx.
Visual - exterior of Merck facility.
Interview - Calvin Brown, Rush University Medical Center, some patients can have an allergy to Celebrex.
Interview - Dawn Purnell, pharmacy manager, we can call their physicians and see if they would like us to change it over to something else. Evelyn Holmes reporting. :LR
END: 00:32:22

**SEGMENT-ID:** 29

**PROGRAM-ID:** wls11000930

**LOAD-DATE:** October 14, 2004

100434

```
********* Print Completed *********

Time of Request: Friday, October 19, 2007  11:22:49 EST

Print Number:   2842:54517253
Number of Lines: 38
Number of Pages: 1
```

```
Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```

# EXHIBIT 31

Page 1

FOCUS - 42 of 64 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** News 2 Chicago

September 30, 2004, Thursday 16:00-17:00 CT

**NETWORK:** WBBM-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 111 words

**BODY:**

START: 00:00:15
Merck; Vioxx is being recalled by
Visual - Merck due to an increased risk of heart attack and stroke.
Press Conference - Raymond V. Gilmartin, Merck Chairman & CEO, talks about the Vioxx recall.
Interview - a Vioxx user says that he wanted to be switched back to Celebrex.
Visual - Vioxx pills and bottle.
Visual - Celebrex bottle.
Visual - Bextra bottle.
Interview - Kevin F. Walsh, Edward Hospital, says that the problem becomes more obvious when others start using it.
Interview - Vincent Bufalino, MD, Edward Heart Hospital, says that the drug is part of a class and that we don't know its total effects. :LR
END: 00:02:16

**SEGMENT-ID:** 2

**PROGRAM-ID:** wbbm16000930

**LOAD-DATE:** October 14, 2004

100434

```
********** Print Completed **********

Time of Request: Friday, October 19, 2007  11:25:24 EST

Print Number:    1823:54517809
Number of Lines: 38
Number of Pages: 1
```

```
Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```

# EXHIBIT 32

Case 2:05-md-01657-EEF-DEK   Document 63776-10   Filed 04/18/12   Page 55 of 65
Case 2:05-md-01657-EEF-DEK   Document 12704-16   Filed 10/22/2007   Page 15 of 45

Page 1

FOCUS - 4 of 64 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** ChicagoLand News At 11

September 30, 2004, Thursday 23:00-23:30 CT

**NETWORK:** CLTV

**MEDIUM:** Cable

**TYPE:** Local Cable

**LENGTH:** 74 words

**BODY:**

START: 00:27:15

Teased Segment - Medical Watch; Vioxx is being recalled by Merck.
Interview - Dr. Ann Chadfra, talks about alternatives.
Visual - Vioxx.
Press Conference - Raymond Gilmartin, Merck and Co., announces recall.
Visual - Merck office.
Visual - Advil, which doesn't thin blood.
Visual - Celebrex, a possible alternative, but it may have the same heart risks as Vioxx. Dina Bair reporting. :LR
END: 00:29:40

**SEGMENT-ID:** 17

**PROGRAM-ID:** cltv23000930

**LOAD-DATE:** October 14, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  11:27:08 EST

Print Number:   1862:54518463
Number of Lines: 36
Number of Pages: 1

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT 33

Case 2:05-md-01657-EEF-DEK   Document 63776-10   Filed 04/18/12   Page 58 of 65
Case 2:05-md-01657-EEF-DEK   Document 12704-16   Filed 10/22/2007   Page 19 of 45

Page 1

FOCUS - 63 of 64 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



**vms**

Video Monitoring Services of America

**SHOW:** NBC 5 News At

September 30, 2004, Thursday 11:00-11:30 CT

**NETWORK:** WMAQ-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 124 words

**BODY:**

START: 00:14:45

Teased Segment - Vioxx; Merck is recalling arthritis drug Vioxx after evidence suggested prolonged use may increase
the risk of heart attack and stroke.
Visual - Clips of Vioxx commercial.
Visual - Exterior Merck.
Press Conference - Dr. Peter S. Kim, Pres., Merck Laboratories, While acknowledging that many patients have
benefited from Vioxx, we believe the withdraw is in the best interest of patients.
Interview - Dr. Deepak Bhatt, Cleveland Clinic, There is an overwhelming amount of Data that Vioxx is associated with
heart attack risk. Vioxx causes 50% greater risk of cardio-vascular difficulties than patients on Celebrex.
Visual - Bottles of Vioxx. Michelle Franzen reporting. :LR
END: 00:16:32

**SEGMENT-ID:** 18

**PROGRAM-ID:** wmaq11000930

**LOAD-DATE:** October 14, 2004

100434

```
********* Print Completed *********

Time of Request: Friday, October 19, 2007  11:21:39 EST

Print Number:    1821:54517049
Number of Lines: 38
Number of Pages: 1
```

```
Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```

# EXHIBIT 34

Page 1

FOCUS - 49 of 64 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** WGN Morning News

September 30, 2004, Thursday 08:00-09:00 CT

**NETWORK:** WGN-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 37 words

**BODY:**

START: 00:37:59
Vioxx.; Merck has announced that they will take their Vioxx off of the market because of recent trials that say it can cause heart attacks and strokes.
Visual - bottle of Vioxx. :LR
END: 00:38:31

**SEGMENT-ID:** 36

**PROGRAM-ID:** wgn08000930

**LOAD-DATE:** October 14, 2004

100434

```
********** Print Completed **********

Time of Request: Friday, October 19, 2007  11:24:38 EST

Print Number:   1821:54517693
Number of Lines: 33
Number of Pages: 1
```

```
Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```

# EXHIBIT 35

Case 2:05-md-01657-EEF-DEK   Document 63776-10   Filed 04/18/12   Page 64 of 65
Case 2:05-md-01657-EEF-DEK   Document 12704-16   Filed 10/22/2007   Page 27 of 45

Page 1

FOCUS - 18 of 27 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



**VmS**

Video Monitoring Services of America

**SHOW:** Channel 4 News

September 30, 2004, Thursday 17:00-17:30 CT

**NETWORK:** KMOV-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 77 words

**BODY:**

START: 00:03:59

Teased Segment - Vioxx recall; Vioxx pain drug recalled due to health risks.
Interview - Patient discusses pain in knee, use of Vioxx, says she would take it despite risks.
Visual - Vioxx container, Merck logo.
Interview - Dr. Mathew Matava of Washington University describes health risks of drug.
Graphic - Results of FDA study on heart attack risks.
Graphic - Info on Merck stock. Lisa Manzo reporting. :LR
END: 00:06:04

**SEGMENT-ID:** 6

**PROGRAM-ID:** kmov17000930

**LOAD-DATE:** October 14, 2004

100434

```
********** Print Completed **********

Time of Request: Friday, October 19, 2007  17:35:30 EST

Print Number:    1823:54599491
Number of Lines: 36
Number of Pages: 1
```

```
Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```