# EXHIBIT 36

Case 2:05-md-01657-EEF-DEK   Document 63776-11   Filed 04/18/12   Page 2 of 8
Case 2:05-md-01657-EEF-DEK   Document 12704-16   Filed 10/22/2007   Page 31 of 45

Page 1

FOCUS - 25 of 27 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Newschannel 5 At Five

September 30, 2004, Thursday 17:00-17:30 CT

**NETWORK:** KSDK-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 70 words

**BODY:**

START: 00:11:05

Teased Segment - Vioxx; Merck is voluntary recalling Vioxx due to an increase risk in heart attack and stroke.
Visual - Vioxx. Vioxx is used to treat arthritis.
Visual - Merck building.
Interview - Dr peter S Kim, Merck research Labs, comments on recall.
Visual - Celebrex.
Interview - Dr Deepak Bhatt, Cardiologist, comments on risks.
Visual - NY Stock Exchange. :LR
END: 00:12:47

**SEGMENT-ID:** 14

**PROGRAM-ID:** ksdk17000930

**LOAD-DATE:** October 14, 2004

```
                                                                    100434
********** Print Completed **********

Time of Request: Friday, October 19, 2007   17:34:16 EST

Print Number:    1822:54599333
Number of Lines: 36
Number of Pages: 1

















Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```

# EXHIBIT 37

Copyright 2004 Chicago Sun-Times, Inc.
Chicago Sun-Times

October 1, 2004 Friday

**SECTION:** NEWS; Pg. 3

**LENGTH:** 642 words

**HEADLINE: Arthritis drug pulled by maker;**
Study shows Vioxx could increase risk of heart attack, stroke

**BYLINE:** Lori Rackl

**BODY:**

Before Eileen Burden began taking the popular arthritis drug Vioxx, her joints ached so much she could barely get dressed in the morning.

A few months later, the 65-year-old Elk Grove Village woman felt good enough to take part in an AARP triathlon.

The drug she credits with helping her "get my life back" was abruptly pulled from pharmacy shelves Thursday by its maker, Merck & Co. Inc. Merck voluntarily yanked the blockbuster pain reliever off the market after a new study showed the prescription drug -- taken by about 2 million Americans for everything from arthritis to post-operative pain -- increased the risk of heart attacks and strokes after 18 months of use.

The news left Burden and many others in a quandary, wondering what to do now that Vioxx would no longer be an option.

"My phone hasn't stopped ringing all day," said Dr. Michael Ellman, a rheumatologist at University of Chicago Hospitals. Ellman and other physicians spent much of Thursday finding their patients alternative medications that their insurance would cover. "There are a lot of unhappy people because Vioxx seemed to work better for them than the other drugs."

When Vioxx and other medicines known as COX-2 inhibitors hit the market in 1999, they were hailed as "super aspirin" because of their ability to reduce inflammation and pain without causing irritating and potentially deadly stomach bleeding, a downside of traditional nonsteroidal anti-inflammatory drugs such as aspirin or ibuprofen.

It didn't take long for researchers to raise red flags about the potentially dangerous cardiovascular side effects of Vioxx, especially when taken at doses higher than 25 milligrams. Safety concerns prompted the Food and Drug Administration in 2001 to require that Merck add a new warning to the Vioxx label.

In August, an analysis of reports from patients and doctors found more heart attacks and strokes in those taking Vioxx or Celebrex, another COX-2 drug, than in those on conventional nonsteroidal anti-inflammatories.

The FDA said it will closely monitor all COX-2 drugs, but doctors said the risks appear to be greatest with Vioxx, the only such drug to be taken off the market so far. And those risks

likely will go away quickly once the patient stops taking the drug, according to Dr. Alastair J.J. Wood, professor of medicine and pharmacology at Vanderbilt University Medical Center.

After hearing the news about Vioxx, staff at Midwest Heart Specialists searched the records of all of their patients.

"We're in the midst of calling 1,600 patients to tell them to stop taking the drug," said Dr. Vincent Bufalino, president of the suburban heart practice and medical director of Edward Heart Hospital in Naperville.

Rich Ringelstein of Naperville was particularly worried when he heard the news because he'd had heart bypass surgery a decade ago. He has been taking Vioxx for osteoarthritis.

"I went straight to my drug cabinet and threw it in the garbage," said Ringelstein, 62. "I'm going back to Celebrex."

Contributing: *Sun-Times wires*

VIOXX ALTERNATIVES

*Patients on Vioxx should talk to their doctors about possibly switching to one of these drugs.*

*Other COX-2 inhibitors: *Celebrex, Bextra.*

*Prescription nonsteroidal anti-inflammatories, or NSAIDs: *Clinoril, Orudis, Oruvail, Meloxicam.*

*Over-the-counter NSAIDs: *aspirin, ibuprofen (Motrin, Advil), naproxen (Aleve).*

HOW TO GET A REFUND

*Some pharmacies may give a refund for patients' unused Vioxx, or you can mail back the remaining pills in the original container along with a pharmacy receipt to:*

*NNC Group*

*Merck Returns*

*2670 Executive Dr.*

*Indianapolis, Ind. 46241*

*Include a note with the patient's name, address and phone number. The company will reimburse the cost of the full prescription plus regular shipping. Get more information at www.vioxx.com or by calling (888) 368-4699.*

**GRAPHIC:** Eileen Burden of Elk Grove Village says Vioxx helped her fight arthritis pain so well that she was able to participate in a triathlon. Now she and other users are wondering what can take its place. CHARTS; See below. Tom Cruze

**LOAD-DATE:** October 28, 2004

# EXHIBIT 38

Copyright 2004 Chicago Tribune Company
Chicago Tribune

October 1, 2004 Friday
RedEye Edition

**SECTION:** Pg. 11

**LENGTH:** 291 words

**HEADLINE:** Sheriff to release Bryant records

**BODY:**

Some previously sealed documents and evidence from the sexual assault case against Kobe Bryant will be released Friday, the Eagle County, Colo., sheriff's office said Thursday.

The records could include a transcript of the NBA star's interview with investigators, statements from some witnesses, an arrest affidavit and investigators' reports.

They also could include phone records and other documents.

LOAN LOOPHOLE TARGETED: Congress is trying to end a practice that gives lenders a guaranteed return of 9.5 percent on student loans financed by tax-exempt bonds. The government must pay lenders the interest that is not covered by students. A bill introduced Thursday shifts the spending to teachers, giving them $17,500 in loan forgiveness.

MT. ST. HELENS TO ERUPT?: The flurry of earthquakes at Mt. St. Helens in southwest Washington intensified further Thursday, and one scientist put the chance of a small eruption happening in the next few days at 70 percent.

RIGHT-TO-DIE LAWYER QUITS: The lead attorney for the parents of a woman at the center of a right-to-die dispute announced his withdrawal from the case Thursday in St. Petersburg, Fla. Pat Anderson is quitting after more than three years representing Bob and Mary Schindler, Terri Schiavo's parents.

**ARTHRITIS DRUG RECALLED:** Vioxx, the blockbuster arthritis drug heavily promoted on TV and taken by tens of millions of people, was pulled from the market by New Jersey-based Merck on Thursday after a study found it doubled the risk of heart attacks and strokes. Experts advised patients to immediately stop taking Vioxx and talk to their doctors about alternatives.

Compiled from news services and edited by Curt Wagner (cwwagner@tribune.com) and Victoria Rodriguez (vrodriguez@tribune.com)

**NOTES:** F.Y.I. NATION
EXPRESS LANE. Around the nation in 10 items or fewer

**LOAD-DATE:** October 2, 2004