# EXHIBIT 40

Westlaw.                                                                    NewsRoom

10/1/04 STLSPD A06                                                           Page 1


10/1/04 St. Louis Post-Dispatch A06
2004 WLNR 1316276

St. Louis Post-Dispatch (MO)
Copyright (c) 2004 St. Louis Post-Dispatch

October 1, 2004


Section: News

Alternatives and answers for consumers

The Associated Press

Consumers looking for alternatives to Vioxx have plenty of effective painkillers to choose from, ranging from similar prescription drugs like Celebrex to that old medicine chest standby, aspirin. Here are answers for consumers:

Q. If I've been on Vioxx, do I face a higher risk of heart problems in the future?

A. "The answer to that is almost certainly 'no'. The drug's effects disappear very quickly," so stopping it should reverse risk, said Dr. Alastair J.J. Wood, professor of medicine and pharmacology and associate dean of Vanderbilt University Medical Center.

Q. What about children? Some take it for juvenile arthritis.

A. No safety problems have been seen in children, according to the Food and Drug Administration, but Vioxx is being withdrawn from the market for everybody.

Q. Is it safe to stop taking Vioxx suddenly or should people go off the drug slowly?

A. People can and should stop taking the drug immediately. It is only used to treat arthritis pain symptoms, not the underlying disease.

Q. Are other Cox-2 inhibitors safe?

A. All drugs of this type can raise blood pressure, but only Vioxx has been linked to higher risk of heart attack, stroke and other cardiovascular problems, FDA officials say.

Q. What can people take in place of Vioxx?

A. Two other Cox-2 inhibitors are sold in the United States -- Celebrex and Bextra. Other nonsteroidal anti-inflammatory drugs available by prescription include sulindac, sold as Clinoril, and ketoprofen, sold as Orudis and Oruvail. Nonprescription pain relievers include aspirin, ibuprofen (Advil), acetaminophen (Tylenol) and naproxen (Aleve).

Q. Can I get a refund on unused Vioxx?

A. Yes. Merck will require patients to mail back the unused drug in the original container, along with a pharmacy receipt, to: NNC Group, Merck Returns, 2670 Executive Drive, Indianapolis, Ind. 46241. A note with the patient's name, address and phone number should be included. The company will reimburse the cost of the full prescription plus regular shipping.

More instructions and information are available through the Internet at www.vioxx.com and www.merck.com or by calling 888-368-4699. Doctors are being asked to send back samples, and pharmacists will be contacted by Merck representatives on returning unsold inventory.

WITHDRAWAL OF VIOXX

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

10/1/04 STLSPD A06                                                      Page 2

---- INDEX REFERENCES ----

NEWS SUBJECT:   (Health & Family (1HE30); Major Corporations (1MA93))

INDUSTRY:   (Healthcare (1HE06); Analgesics (1AN10); Pharmaceuticals & Biotechnology
(1PH13); Orthopedics & Rheumatology (1OR79); Internal Medicine (1IN54); Healthcare
Practice Specialties (1HE49); Manufacturing (1MA74); Prescription Drugs (1PR52))

Language:   EN

OTHER INDEXING:   (BEXTRA; CELEBREX; EXECUTIVE DRIVE; MERCK; MERCK RETURNS; VANDERBILT
UNIVERSITY MEDICAL CENTER; **VIOXX**)   (Alastair J.J. Wood; Drug; Nonprescription; Vioxx)
(pain-killers;pharmaceutical industry)

EDITION: Five Star Late Lift

Word Count: 459
10/1/04 STLSPD A06
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

# EXHIBIT 41

Westlaw.                                                          NewsRoom

10/1/04 STLSPD A01                                                Page 1


10/1/04 St. Louis Post-Dispatch A01
2004 WLNR 20672288

St. Louis Post-Dispatch (MO)
Copyright 2004 St. Louis Post-Dispatch

October 1, 2004

Section: News

Vioxx users scramble for replacement

MARY J* FELDSTEIN, AND KIM BELL Of the Post-Dispatch The Washington Post contributed to this report.

Patients who have been taking Vioxx for arthritis or other chronic pain should call their doctors immediately to switch to a different medication. But they should not have a higher long-term risk of heart disease or stroke, several physicians said. Merck & Co. voluntarily removed Vioxx on Thursday from the worldwide market after a three-year trial showed patients who took the drug for more than 18 months had a higher risk of cardiovascular disease or stroke than those taking a placebo. The drug won approval from the Food and Drug Administration in 1999.

The company made the decision independently of the FDA. The FDA said the risk of stroke or heart attack is very small for an individual patient taking Vioxx. Merck said about 1.3 million Americans take Vioxx. Many people in the area began calling doctors and pharmacists after the announcement Thursday. "I feel very badly for the people with pain. ... They might have to be off the old medicine for one day before taking anything new, and so they'll probably have a full day of not being able to move," said Ann Mangelsdorf, director of services for the local chapter of the Arthritis Foundation. Other research has shown similar findings. In 2002, one of those studies prompted Merck to change Vioxx's label to include information on higher risks for heart attacks.

"We kind of thought they would pull the drug off the market, but there was not enough evidence" before, said Brett Williams, a registered pharmacist and president of Williams Community Pharmacies, a group of independent drugstores in the St. Louis area. "We thought this would be inevitable."

D. Douglas Miller, a cardiologist and chief of internal medicine at St. Louis University's School of Medicine, said the evidence is not conclusive, but Merck made the right decision.

Merck will refund patients who mail back the unused drug in the original container with a pharmacy receipt. Some pharmacies, including Walgreens, said they would

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Case 2:05-md-01657-EEF-DEK   Document 63776-13   Filed 04/18/12   Page 6 of 11
Case 2:05-md-01657-EEF-DEK   Document 12704-17   Filed 10/22/2007   Page 3 of 69

10/1/04 STLSPD A01                                                    Page 2

give refunds to customers who bring in unused pills. Other pharmacies were waiting for further instruction from Merck.

Pharmacists said voluntary removal of medications and recalls are uncommon. **Vioxx** is the first prescription drug to be withdrawn since 2001, when the cholesterol-lowering drug Baycol was taken off the market.

**Vioxx** had been on the preferred formulary list at Express Scripts Inc. of Maryland Heights. Express Scripts said it will notify all of its customers by mail about Merck's action. The pharmacy benefits manager said it would call customers who are in the process of getting a **Vioxx** prescription filled at its mail-order pharmacy.

Express Scripts added two similar drugs, Celebrex and Bextra, to its preferred list this year. Research pointing to **Vioxx's** increased risks of heart disease contributed to that decision, said company spokesman Steve Littlejohn.

**Vioxx**, Celebrex and Bextra are all nonsteroidal, anti-inflammatory drugs, known as NSAIDs. They also are Cox-2 inhibitors, a class of drugs designed to reduce joint inflammation with less risk of stomach ulcers and bleeding than other NSAIDs, such as ibuprofen.

Some doctors said switching patients to another Cox-2 inhibitor would be relatively easy. But some patients could respond differently to the other medications, doctors said.

FDA officials said additional study of the other Cox-2 inhibitors would be initiated. They said the other Cox-2 drugs have not been associated with the same dangers of stroke and heart attack, but acknowledged that no patients using them have been followed for 18 months, which was the case with **Vioxx**.

---- INDEX REFERENCES ----

COMPANY: EXPRESS SCRIPTS INC; MERCK AND CO INC

NEWS SUBJECT:  (Health & Family (1HE30); Major Corporations (1MA93))

INDUSTRY:  (Pharmaceuticals & Biotechnology (1PH13); Clinical Outcomes (1CL11); Arthritis (1AR77); Manufacturing (1MA74); Healthcare (1HE06); Drugs (1DR89); Allergy & Immunology (1AL96); Analgesics (1AN10); Inflammatory Diseases (1IN19); Pain Management (1PA72); Orthopedics & Rheumatology (1OR79); Internal Medicine (1IN54); Healthcare Practice Specialties (1HE49); Prescription Drugs (1PR52))

REGION:  (Americas (1AM92); North America (1NO39); USA (1US73))

Language:  EN

OTHER INDEXING:  (ARTHRITIS FOUNDATION; EXPRESS SCRIPTS; EXPRESS SCRIPTS INC; FDA; FOOD AND DRUG ADMINISTRATION; MARYLAND HEIGHTS; MERCK; MERCK CO; SCHOOL OF MEDICINE; ST LOUIS UNIVERSITY; **VIOXX**; WILLIAMS COMMUNITY PHARMACIES)  (Ann Mangels-

10/1/04 STLSPD A01                                                      Page 3

dorf; Baycol; Bextra; Brett Williams; Celebrex; D. Douglas Miller; Steve Little-
john; Walgreens)

KEYWORDS: drug;pain-killer;pharmaceutical industry;public record;public safety

EDITION: Five Star Late Lift

Word Count: 716
10/1/04 STLSPD A01
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

# EXHIBIT 42

**Westlaw.**                                                    **News**Room

10/2/04 STLSPD 3                                                Page 1


10/2/04 St. Louis Post-Dispatch 3
2004 WLNR 20672552

St. Louis Post-Dispatch (MO)
Copyright 2004 St. Louis Post-Dispatch

October 2, 2004

Section: Business

Merck's search for income sounds alarm for millions

LINDA A. JOHNSON The Associated Press

TRENTON, N.J. * Vioxx case recalls other debacles and stirs criticism of regulators. Vioxx was a big success as an arthritis pain reliever, but Merck & Co. thought sales could be stronger. The drug seemed to have some cancer-prevention qualities, so Merck began a lengthy study to test it for that use.

Merck's strategy backfired. The study showed Vioxx doubled the risk of heart attack and stroke. At the same time, the study sounded an alarm for the millions of people who took the drug. On Thursday, Merck pulled it off the market.

A similar situation arose two years ago with Wyeth's hormone treatment Prempro. The huge Women's Health Initiative study, launched to show that the drug could protect older women from heart disease, unexpectedly found it did the opposite -- and more.

Not only did Prempro raise the risk of heart attack, it also brought a greater risk of stroke and breast cancer. Since then, sales of Prempro and another Wyeth hormone drug, Premarin, have plunged by nearly half.

Earlier this year, Bristol-Myers Squibb Co.'s effort to give its cholesterol drug Pravachol an edge over Pfizer Inc.'s Lipitor, the country's top-selling drug, went awry when a head-to-head study funded by Bristol-Myers showed Pravachol was inferior.

"The only way these studies wind up getting done is if the companies see the gold at the end of the rainbow," said Dr. Sidney Wolfe, co-founder of Public Citizen's Health Research Group.

Wolfe said the Food and Drug Administration ought to push drug companies harder to do long-term safety studies of drugs on the market once concerns develop.

"I think greed may be a part of it," said Dr. John Norris, an internist, speaking of the motives behind drug companies doing additional studies after they've

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Case 2:05-md-01657-EEF-DEK   Document 63776-13   Filed 04/18/12   Page 10 of 11
Case 2:05-md-01657-EEF-DEK   Document 12704-17   Filed 10/22/2007   Page 7 of 69

10/2/04 STLSPD 3                                                          Page 2

already received approval. Norris is acting chief of staff at University Hospital in Newark, N.J.

University of Pennsylvania bioethicist Arthur Caplan said the problem is, "We're relying on the fox to tell us about what's wrong inside the chicken coop."

FDA spokeswoman Crystal Rice said the agency's authority is limited by law. The agency can ask -- but not order -- companies to do additional safety studies on drugs already approved, she said.

However, the FDA was able to require makers of antidepressants to study their safety with children under a law meant to increase testing for drugs for kids. Those studies led to findings that antidepressants increase suicidal tendencies in children and adolescents.

As a result, FDA advisers now are urging that stringent warnings be added to package inserts for Celexa, Effexor, Luvox, Paxil, Prozac, Remeron, Serzone, Wellbutrin and Zoloft.

In some cases, experts say, such warnings on a drug's official labeling aren't sufficient.

Since 2002, Merck's **Vioxx** had a warning about increased cardiac risks based on results of its own post-approval study, but disputed its own findings and the drug remained on the market.

Merck undertook the latest study because less-rigorous experiments indicated **Vioxx** could prevent recurrence of potentially cancerous colon polyps, said company spokesman Tony Plohoros.

Dr. Alastair Wood, professor of pharmacology and associate dean at Vanderbilt University School of Medicine, said it should not have taken so long for the heart risks to come to light.

"A helluva lot of people got the drug between 2000 and 2004, and a very quick, very cheap study would have determined that risk" had the FDA taken a tougher stance after the first sign of trouble, Wood said.

Independent health care analyst Hemant Shah of HKS & Co. in Warren, N.J., said that if Merck had not done the colon polyps study, **Vioxx** probably would have been on the market for another year or two. That's how long it would have taken for the results of a study focused on cardiovascular risk. Merck canceled that study after the cancer study findings.

---- INDEX REFERENCES ----

COMPANY: PFIZER INC; WYETH; BRISTOL MYERS SQUIBB CO; MERCK AND CO INC

NEWS SUBJECT: (Health & Family (1HE30); Major Corporations (1MA93); Economics &

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

10/2/04 STLSPD 3                                                                Page 3

Trade (1EC26))

INDUSTRY: (Healthcare (1HE06); Allergy & Immunology (1AL96); Pharmaceuticals Regulatory (1PH03); Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain Management (1PA72); Inflammatory Diseases (1IN19); Arthritis (1AR77); Internal Medicine (1IN54); Healthcare Practice Specialties (1HE49); Manufacturing (1MA74))

Language: EN

OTHER INDEXING: (BRISTOL MYERS; BRISTOL MYERS SQUIBB CO; FDA; HKS CO; MERCK; MERCK CO; PFIZER INC; PREMPRO; PUBLIC CITIZENS HEALTH RESEARCH GROUP; UNIVERSITY HOSPITAL; UNIVERSITY OF PENNSYLVANIA; VANDERBILT UNIVERSITY SCHOOL; VIOXX; WYETH) (Alastair Wood; Arthur Caplan; Crystal Rice; Drug; Hemant Shah; John Norris; Norris; Pravachol; Premarin; Sidney Wolfe; Tony Plohoros; Wolfe; Wood; Zoloft)

KEYWORDS: arthritis drug recall heart disease link connection;health risk medicine pharmaceutical drug industry;Vioxx recall

EDITION: Five Star Late Lift

Word Count: 767
10/2/04 STLSPD 3
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.