# EXHIBIT 43

Westlaw.                                                           NewsRoom

10/7/04 STLSPD A01                                                 Page 1

10/7/04 St. Louis Post-Dispatch A01
2004 WLNR 20633171

St. Louis Post-Dispatch (MO)
Copyright 2004 St. Louis Post-Dispatch

October 7, 2004

Section: News

Merck will pay UPS costs to return Vioxx

CAROLYN TUFT Of the Post-Dispatch

Merck & Co. plans to announce today a change in the way people should send back their recalled Vioxx pills. Company officials learned Wednesday that mailing the drugs violated federal regulations. The company will provide free shipping containers so Vioxx customers can return the drugs via United Parcel Service.

The drug manufacturer announced last week that it was recalling all of the Vioxx it had distributed because tests showed that patients on it for 18 months or longer had an increased risk of heart problems. About 2 million people -- 1.3 million of them in the United States -- used the drug. Merck had instructed buyers to return unused pills in the original pharmacy packaging, along with the receipt, by U.S. mail for a refund. But U.S. Postal Service Regulation Publication 52, Section 483.2 allows only manufacturers, pharmacies and licensed vendors to mail prescription drugs. Burt St. John, Postal Service spokesman for the St. Louis region, said Wednesday evening that he had not yet heard of the problem. He said refusal to accept such packages was not "inconsistent with past practices," but he had no specific knowledge of the Vioxx mailings. Merck spokeswoman Anita Larsen said the company had gotten complaints about mailing problems, and, starting today, will change its refund instructions. Rather than quibble, she said, Merck decided to "take the right course of action" and send out UPS shipping containers. Merck asks customers to call the National Notification Center, a clearinghouse for Merck, toll-free at 1-800-805-9542. It will send a postage-free, UPS shipping container. Customers must include the pills in their original pharmacy package, the pharmacy receipt and the customer's name, address and phone number. Until the problem was brought to Merck's attention, the drug manufacturer had not offered to pay postage for the recall.

Sue Crisman, 46, of Olivette, is one of those who discovered the Vioxx mailing problems. On Tuesday, she had followed Merck's nationally publicized instructions for sending back her mother's recalled pills.

She packed up her mother's $210 worth of unused Vioxx and went to the Florissant

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

post office. A postal clerk shook the box, heard it rattle and refused the shipment, saying it violated Postal Service regulations for ordinary people to send prescription medicine.

"She looked at the package and saw Merck on it and said, 'Oh. No. We can't take that,'" Crisman said. "It was so frustrating for her to say 'You can't mail it,' because my mom had gotten her medicine through the mail."

Crisman's 80-year-old mother, Jeannette Bernard, who took the drug for arthritis, had gotten the Vioxx from a mail-order pharmacy, Crisman said.

Crisman admitted that when the postal employees weren't looking, she weighed the box at a self-mailer station in the post office and then sent it anyway.

Crisman said that the postal workers had told her to take her package to Federal Express, which she said costs significantly more money than regular mail.

"I gathered that they turned away a significant number of frustrated elderly people," Crisman said. "I know I was really hot about it."

                    ---- INDEX REFERENCES ----

COMPANY: UNITED PARCEL SERVICE INC; FEDEX CORP; UNITED STATES POSTAL SERVICE; MERCK AND CO INC

NEWS SUBJECT:  (Health & Family (1HE30); Major Corporations (1MA93); Economics & Trade (1EC26))

INDUSTRY:  (Healthcare Regulatory (1HE04); Mail Order Prescriptions (1MA26); Drugs (1DR89); Pharmacy (1PH23); Healthcare (1HE06); Pharmaceuticals Regulatory (1PH03); Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Healthcare Services (1HE13); Pain Management (1PA72); Healthcare Services Regulatory (1HE66); Manufacturing (1MA74); Prescription Drugs (1PR52))

Language:   EN

OTHER INDEXING:  (FEDERAL EXPRESS; MERCK; MERCK CO; NATIONAL NOTIFICATION CENTER; POSTAL SERVICE; US POSTAL SERVICE; UNITED PARCEL; VIOXX)   (Anita Larsen; Burt St. John; Crisman; Jeannette Bernard; Sue Crisman)

KEYWORDS: pharmaceutical drug Vioxx recall;U.S. Postal Service refusal law;UPS return shipping directions

EDITION: Five Star Late Lift

Word Count: 666
10/7/04 STLSPD A01
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

# EXHIBIT 44

Page 1

218 of 401 DOCUMENTS

Copyright 2004 The Pantagraph
The Pantagraph (Bloomington, Illinois)

October 1, 2004 Friday

**SECTION:** NEWS; Pg. A1

**LENGTH:** 437 words

**HEADLINE:** Doctors taking calls on Vioxx

**BYLINE:** Edith Brady-Lunny

**BODY:**

CLINTON -- Central Illinois doctors are fielding questions from concerned patients after pharmaceutical giant Merck & Co. pulled the popular arthritis drug Vioxx from the market.

Dr. Farrukh Kureishy of Clinton Internal Medicine said he and partner Dr. Brit Williams heard from patients with questions about a medication they could no longer take.

"It was a common medicine to use for arthritis. It was a great addition to our way of treating patients," said Kureishy.

Merck voluntarily pulled Vioxx after data indicated an increased risk of heart attack and stroke. A three-year study involving 2,600 patients was under way to determine if Vioxx could prevent recurrence of polyps in the rectum and colon.

Study participants showed a higher risk for heart and other cardiovascular complications 18 months after taking the drug.

After Merck's announcement, the Clinton doctors counseled patients to stop taking Vioxx. Alternative drugs may be available, said Kureishy, but those choices may be limited for patients with allergies to sulfur.

Kureishy said Vioxx also was prescribed for acute pain ranging from menstrual cramps to sports injuries and migraine headaches. Vioxx offered doctors a treatment option to narcotics, he said. "All that's out the window now."

Vioxx was removed from the shelves at Bloomington's Medical Hills Internists. Staff members answered several calls but "the switchboard hasn't been lit up," said Jim McNeely, office administrator.

The 11 physicians and staff members had not discussed the drug's withdrawal, said McNeely. "We're looking at what each patient is taking and handling it on a case-by-case basis."

The McLean County branch of the Arthritis Foundation issued a statement on the withdrawal.

"We applaud Merck's decision to withdraw Vioxx and its desire to keep the best interests of patients in mind," said Dr. John H. Klippel, Arthritis Foundation president and CEO. The foundation encouraged patients to work with physicians "to determine an appropriate treatment plan for their individual situation."

Page 2

Doctors taking calls on Vioxx The Pantagraph (Bloomington, Illinois) October 1, 2004 Friday

Bridget Matson, a supervisor with Hopedale Pharmacy, said callers and visitors were being directed to their doctors for advice.

"Vioxx can cause some fluid retention and people predisposed to heart problems should be aware of that," said Matson. She added that the potential for fluid retention is listed in informational material included with Vioxx.

----------

Do you take Vioxx?

If you have been taking Vioxx and are willing to talk about you reaction to the new health warning with a Pantagraph reporter, e-mail your name and telephone number to newsroom@pantagraph.com.

**LOAD-DATE:** October 4, 2004

# EXHIBIT 45

Case 2:05-md-01657-EEF-DEK   Document 63776-14   Filed 04/18/12   Page 8 of 10
Case 2:05-md-01657-EEF-DEK   Document 12704-17   Filed 10/22/2007   Page 16 of 69

Page 1

1 of 14 DOCUMENTS

Copyright 2004 Belleville News-Democrat
All Rights Reserved

**BELLEVILLE NEWS-DEMOCRAT**

Found on Belleville.com

Belleville News-Democrat

October 1, 2004 Friday

**SECTION:** LOCAL: NATIONAL; Pg. 5A

**LENGTH:** 975 words

**HEADLINE:** MERCK WITHDRAWS ARTHRITIS MEDICINE

**BODY:**

Cites increased risk of heart attack, stroke

By Linda Loyd

Knight Ridder

DASH: -

PHILADELPHIA -- Merck & Co., in a sudden admission of problems with a blockbuster drug, said Thursday it is withdrawing its Vioxx arthritis pain medicine because of an increased risk of heart attack and stroke.

The announcement stunned Wall Street, sending Merck's shares down 27 percent, and even took the blue-chip Dow Jones Industrial Average lower. Until now, the company had consistently defended Vioxx, its $2.5 billion-a year medicine for arthritis and acute pain, even after several earlier studies raised safety questions.

Although Merck remains financially solid, the announcement pressures the company to bolster its pipeline of new drugs, and raises new concerns over whether it will face costly litigation from patients who took the drug.

The company said new data from a three-year clinical trial found that patients taking Vioxx for more than 18 months had double the risk of heart attack and stroke, compared to those taking a placebo.

"It's a big negative for Merck -- in timing and in dollars," said Hemant Shah, independent pharmaceutical analyst in Warren, N.J. Vioxx is one of Merck's five largest drugs, accounting for about 11 percent of sales in 2003. But Vioxx sales had slipped in the second quarter this year, due to increasing concerns about the drug's safety.

Merck, which is based in Whitehouse Station, N.J., employs 12,000 people at its huge research operation in Montgomery County.

The withdrawal of Vioxx comes as Merck, the second-largest U.S. drug maker and the fourth largest in the world, faces patent expiration in two years of its top-selling cholesterol-lowering drug Zocor. Zocor's patent expires in early 2006 when sales are expected to fall to generic competition.

Case 2:05-md-01657-EEF-DEK   Document 63776-14   Filed 04/18/12   Page 9 of 10
Case 2:05-md-01657-EEF-DEK   Document 12704-17   Filed 10/22/2007   Page 17 of 69

Page 2

MERCK WITHDRAWS ARTHRITIS MEDICINE Belleville News-Democrat October 1, 2004 Friday

Merck said the data showing the increased risk of cardiovascular complications began 18 months after patients began taking Vioxx at a 25-milligram dose once daily.

"We believe it would have been possible to continue to market Vioxx with labeling that would incorporate these new data," said chief executive officer Raymond V. Gilmartin at a New York press conference. "However, given the availability of alternative therapies, and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take."

The U.S. Food and Drug Administration said the risk to individual Vioxx patients of a heart attack or stroke "is very small." The FDA said it plans to monitor other drugs in the class of medicines known as Cox-2 inhibitors for possible heart risks.

Peter S. Kim, president of Merck research labs, said at Thursday's press conference that 7.5 patients out of 1,000 taking the placebo had a heart attack or stroke after 18 months, while 15 patients out of 1,000 taking Vioxx had a heart attack or stroke during the same 18 months.

"There were five cardiovascular deaths on placebo and five cardiovascular deaths on Vioxx -- no difference in number of cardiovascular deaths between placebo and Vioxx," Kim said.

Merck's announcement could benefit rival Pfizer Inc.,'s Celebrex, which was the first Cox-2 inhibitor in 1998 before Vioxx came on the market in 1999. Pfizer said Thursday that Celebrex, which is No. 1 in sales in the Cox-2 inhibitor group of arthritis drugs, is safe.

Adam Greene, an analyst with First Albany Capital, said the company's withdrawal of Vioxx for safety reasons could "lead to years of litigation expenses." Vioxx has been used by 84 million patients worldwide since it was introduced, the company said.

Shah, the analyst in Warren, N.J., said the biggest negative for Merck will be if the Vioxx recall results in "fen-phen liability" expenses for Merck, referring to the $16.6 billion in charges Wyeth has set aside for litigation costs stemming from its recall for health reasons of two diet drugs in 1997.

Kenneth Frazier, Merck's general counsel, said that "numerous lawsuits alleging personal injury" have been filed against the company by Vioxx users, including two proposed class-action lawsuits that are pending. "The company believes it has meritorious defenses to these cases and will defend them vigorously."

Merck emphasized that it is strong financially, with more than $13 billion in cash and investments.

Gilmartin also rejected talk that the company should find a merger partner. "We continue to believe a large-scale merger does not meet our definition of creating shareholder value," said Gilmartin, who added he does not intend to resign because of the Vioxx recall.

He said the company sees no reason to change its strategy, which includes licensing promising drugs from other companies and investing in research in its own labs. The company spent $2 billion on research and development in the first half of this year.

Gilmartin said the company would not close any plants as a result of the recall, but that it would redeploy sales representatives, scientists and marketing employees to other products. However, Gilmartin did not rule out future layoffs.

Merck has laid off 4,400 employees worldwide in the past year, including an undisclosed number at its campus in West Point, Pa.

Merck said the Vioxx recall would not affect the company's application to the FDA to sell the next-generation

Case 2:05-md-01657-EEF-DEK   Document 63776-14   Filed 04/18/12   Page 10 of 10
Case 2:05-md-01657-EEF-DEK   Document 12704-17   Filed 10/22/2007   Page 18 of 69

Page 3

MERCK WITHDRAWS ARTHRITIS MEDICINE Belleville News-Democrat October 1, 2004 Friday

successor to Vioxx, Arcoxia, which is already sold in 47 countries. An FDA decision on Arcoxia is due by Oct. 30, the company said.

Merck officials estimated that the recall would cut its 2004 earnings by 50 to 60 cents a share from the previous estimate of $3.11 to $3.17 a share. The company estimated that in this year's fourth quarter, the lost Vioxx sales would be $700 to $750 million.

Merck shares fell $12.07, or 26.78 percent, to close at $33 on the New York Stock Exchange.

**LOAD-DATE:** September 1, 2005