# EXHIBIT 46

189 of 401 DOCUMENTS

Copyright 2004 Journal Sentinel Inc.
Milwaukee Journal Sentinel (Wisconsin)

October 1, 2004 Friday
Final Edition

**SECTION:** A News; Pg. 1

**LENGTH:** 1155 words

**HEADLINE:** Vioxx pulled from shelves;
Data says arthritis drug increases heart risks

**BYLINE:** KAWANZA L. GRIFFIN, kgriffin@journalsentinel.com, Journal Sentinel, Milwaukee Journal Sentinel

**BODY:**

The maker of Vioxx is pulling the popular arthritis painkiller from shelves based on more data showing that it increases the risk of heart attack and stroke.

Local health providers and drug-maker Merck are urging patients who are taking the drug to contact their doctors about an alternative treatment so that those patients can stop using it.

"For people who've been on this drug and not having any problems, this is not a medical emergency," said Paul Halverson, a rheumatologist with St. Joseph Regional Medical Center.

"That said, if a person is taking it, they need to call their physician for a recommendation for a change (of medication)," he said. "If they can't reach them, possibly take Tylenol or, if their stomach can handle it, another stronger over-the-counter medication."

About 2 million people worldwide take Vioxx, which has been sold in the U.S. since 1999 and marketed in more than 80 countries. In some countries, the product is marketed under the name Ceoxx.

However, concerns about the safety of Vioxx are not new.

In 1991, research presented to the Food and Drug Administration showed that patients taking Vioxx had a higher, but still relatively low, risk of heart attacks than patients taking naproxen, which is sold both generically and under the brand names Naprosyn or Aleve.

And a 2002 study published in the journal Science showed how painkillers Vioxx and Celebrex, part of a class known as cox-2 inhibitors, could increase the risk of heart attack by causing a chemical imbalance that spurs blood clots in patients with heart disease.

Last month, Vioxx once again drew national attention after an FDA study showed that doses higher than 25 milligrams per day tripled the rate of heart attack. Lower doses of the drug also increased the risk of a heart attack, "but not significantly so," the study says.

That study, which was presented at an epidemiology conference in France, compared Vioxx with Pfizer's Celebrex.

Page 2

Vioxx pulled from shelves; Data says arthritis drug increases heart risks Milwaukee Journal Sentinel (Wisconsin)
October 1, 2004 Friday

Though Merck questioned the study and defended the safety of its $2.5 billion-a-year drug, it has now halted a separate clinical trial because it confirmed a heightened risk for heart attack and stroke after 18 months in patients with a history of colorectal tumors.

Taking drug off the market

On Thursday, the company began contacting vendors to remove the product from circulation.

"Although we believe it would have been possible to continue to market Vioxx with labeling that would incorporate these new data, given the availability of alternative therapies and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take," said Raymond V. Gilmartin, chairman, president and chief executive officer of Merck in a written statement on the company's Web site.

The move is voluntary and the company has no plans of reintroducing the product at a later date, said Kevin Colgan, Merck spokesman.

In addition, there will be no refunds for patients who have already filled their prescriptions, but the company is devising a plan to collect and reimburse pharmacies and wholesalers for their unused drug, he said.

Ruth Wartgow, 76, and her husband, Bill, 80, of Greendale began taking Vioxx for arthritis in July.

Her husband, who also has diabetes, high blood pressure and cancer, has been hospitalized twice since taking the medication, though there are too many factors to say that Vioxx is the culprit, she said.

Last week, a cardiologist told her husband to stop taking the medicine, and she decided to take the doctor's advice, too.

"I was shocked when I heard it on TV," she said. "But I was so glad we had stopped taking it."

She said that she never had any problems with the drug and that she'll just do without taking any medication for a while.

"We've just lost the money," she said.

As news of a problem with Vioxx trickled through the Milwaukee metro area, pharmacists and physicians' offices were starting to receive calls from patients wondering what to do.

Finding alternatives

Most recommend that patients also should consider alternatives, including other available prescription medications, and over-the-counter medications such as Motrin and naproxen, which are less expensive.

"There are some other very good (over-the-counter) medicines, but the problem to consider is dosage," said Spencer Block, a neurosurgeon with Aurora Health Care who frequently prescribes anti-inflammatory drugs for his patients. "Often, the appropriate over-the-counter dosage is less than what you get with a prescription."

He started contacting patients still taking the drug on Thursday morning to get appropriate substitutes for them, he said.

Block said that his office had begun to prescribe Vioxx less because of anecdotal stories and previous reports about the drug's cardiovascular side effects.

"For the vast majority of Americans, this is not going to be a big deal," said Jim Searles, a pharmacist at Brady

Page 3

Vioxx pulled from shelves; Data says arthritis drug increases heart risks Milwaukee Journal Sentinel (Wisconsin)
October 1, 2004 Friday

Street Pharmacy in Milwaukee. "The problem will be how to make this transition go as smooth as possible."

For instance, insurance companies may only provide coverage for specific drugs, some patients may not realize the drug is no longer available until they attempt to get a refill, and some may decide they're not going to do anything until they're forced, Halverson said.

"Right now, there are a lot of people sort of scrambling," he said. "But there are alternatives available, and there is something we can do."

TOP-SELLING DRUGS

The top-selling drugs in the United States in 2003, with annual sales, what it treats and its manufacturer. The 2003 figures are the most recent audited data available.

1. Lipitor, $6.8 billion, cholesterol, Pfizer

2. Zocor, $4.4 billion, cholesterol, Merck

3. Prevacid, $4 billion, heartburn, TAP Pharmaceutical Products

4. Procrit, $3.3 billion, anemia, Johnson & Johnson

5. Zyprexa, $3.2 billion, mental illness, Eli Lilly

6. Epogen, $3.1 billion, anemia, Amgen

6. Nexium, $3.1 billion, heartburn, Merck

8. Zoloft, $2.9 billion, depression, Pfizer

9. Celebrex, $2.6 billion, arthritis, Pfizer

10. Neurontin, $2.4 billion, epilepsy, Pfizer

11. Advair Diskus, $2.3 billion, asthma, GlaxoSmithKline

12. Plavix, $2.2 billion, blood clots, Bristol-Myers Squibb

12. Norvasc, $2.2 billion, high blood pressure, Pfizer

14. Effexor XR, $2.1 billion, depression, Wyeth

15. Pravachol, $2 billion, cholesterol, Bristol-Myers Squibb

15. Risperdal, $2 billion, mental illness, Johnson & Johnson

17. Oxycontin, $1.9 billion, pain, Perdue Pharma

18. Fosamax, $1.8 billion, osteoporosis, Merck

18. Protonix, $1.8 billion, gastrointestinal reflux disease, Wyeth

18. Vioxx, $1.8 billion, arthritis, Merck

Source:  IMS Health

Page 4

Vioxx pulled from shelves; Data says arthritis drug increases heart risks Milwaukee Journal Sentinel (Wisconsin)
October 1, 2004 Friday

WHAT TO DO

-- Patients taking Vioxx should call their physician.

— They should consider alternative prescription medications such as Celebrex and Bextra or over-the-counter medications such as Motrin and naproxen, a local pharmacist says.

— For information on the recall, call (888) 368-4699 or go to www.merck.com or www.vioxx.com.

**LOAD-DATE:** October 20, 2004

# EXHIBIT 47

Northwest Herald - Local News and Video for McHenry County, Illinois - Merck recalls ...   Page 1 of 3



**MAIN**

PRINT THIS STORY | EMAIL THIS STORY | DISCUS

## Merck recalls Vioxx for heart, stroke risks

By LINDA A. JOHNSON

Comments (No comments posted.)

The Associated Press

with local reports

TRENTON, N.J. - Vioxx, the arthritis drug taken by tens of millions of people, was pulled from the market by its maker Thursd study found that it doubled the risk of heart attacks and strokes.

Experts advised patients to stop taking Vioxx and talk to their doctors about alternatives.

"Given the availability of alternative therapies and the questions raised by the data, we concluded that a voluntary withdrawal responsible course to take," said Ray V. Gilmartin, chairman, president and chief executive of Merck & amp; Co.

See VIOXX, page 2A

Vioxx

Continued from page 1

The news of Vioxx's dangers came five years after Merck put the drug on the market with great fanfare. Vioxx has since beco the world's most aggressively marketed drugs, advertised in magazines and in TV commercials, with celebrity endorsements former athletes Dorothy Hamill and Bruce Jenner.

The withdrawal marks a serious blow to New Jersey-based Merck, the world's third-largest drug maker. Vioxx accounted for $ in worldwide sales in 2003, and has been taken by 84 million people worldwide since its introduction. An estimated 2 million p now using it.

Merck stock plunged $12.07, or nearly 27 percent, to close at $33 in extremely heavy trading, wiping out $28 billion in market Merck also dragged down the Dow Jones industrial average, which was off by more than 55 points.

The shelving of Vioxx, which also is prescribed for acute pain and disorders such as carpal tunnel syndrome, caught some loc pharmacists by surprise.

Don Gattone with Gattone Pharmacy in Woodstock heard about the recall from his customers.

"I haven't had a lot of people asking about it, except they are telling me that they heard about it," Gattone said.

Dr. John Daniels, an orthopedic surgeon with Crystal Lake Orthopaedic Surgery and Sports Medicine Ltd , said Vioxx is a pop for treating arthritis and sports-related injuries. It is less likely to create ulcers than older anti-inflammatory drugs, such as Nap

Northwest Herald - Local News and Video for McHenry County, Illinois – Merck recalls ...   Page 2 of 3

"A lot of people have been on Vioxx and have never had a problem with it," he said.

Daniels said 20 of his 60 patients on Thursday were concerned about the recall. One patient did not want to stop taking the m
because of its effectiveness.

"If they are pulling the drug off the market, then we advise our patients not to take it," he said.

Vioxx also is seen as a potential cancer-prevention medicine. In fact, the recall was prompted by a three-year study aimed at
that the drug could prevent the recurrence of potentially cancerous polyps in the colon and rectum.

Participants taking Vioxx for more than 18 months were found to be twice as likely as those given dummy pills to suffer a hear
stroke or other heart complications.

The Food and Drug Administration said there were early signs of potential problems with Vioxx. A Merck study led to warnings
heart risks being placed on the drug's label in 2001, and the FDA has been monitoring problems that have been reported sinc

"This is not a total surprise," said Dr. Steven Galson, acting director of the FDA's Center for Drug Evaluation and Research.

Vioxx is part of a class of anti-inflammatory drugs called cox-2 inhibitors that have been heavily touted by the pharmaceutical
as being more effective and having fewer side effects, particularly on the stomach, than older drugs. Pfizer's Celebrex and Be
are cox-2 inhibitors. But so far there has been no evidence that these other drugs pose any dangers to the heart.

Officials do not yet know how Vioxx might be causing the increased risk.

Alternatives to Vioxx include generic pain relievers such as ibuprofen and aspirin, as well as Celebrex.

"There are very few patients for whom there won't be a good alternative drug," said Dr. Steven Abramson, director of rheumat
New York University Hospital for Joint Diseases.

Abramson said there is no reason for those who used Vioxx in the past to panic; he said there is no evidence that the elevate
heart attack persists after a patient stops taking the drug.

In the study that was halted, 45 of the 1,287 people taking Vioxx had heart attacks or other cardiovascular problems versus 2
1,299 who got dummy pills, Merck reported. That translated to 3.5 percent of patients on the drug and only 1.9 percent on pla
according to the FDA.

Personal-injury lawyers already have begun circling Merck, with at least one announcing plans for a class-action lawsuit. Ano
claimed that he already represents 58 patients around the country allegedly harmed by Vioxx, including people who suffered
attack, stroke, internal bleeding, or kidney failure.

"It's a disaster for Merck, coming at the worst time," said health-care analyst Hemant Shah of HKS & amp; Co. in Warren, N.J

Merck said patients with leftover pills can mail them back to the company for a refund. Vioxx is costly, with a 30-day supply co
about $100, far more than generic pain relievers.

* Northwest Herald reporter Jeff Gard contributed to this report.

# COMMENTS

*The following are comments from the readers. In no way do they represent the view of NWHerald.com or Shaw News*

Comment posters are responsible for the opinions they express and the accuracy of the information they provide. We u
comment writers to treat this as a public forum where manners matter. We encourage a collegial, non-insulting tone.

**All readers comments are posted immediately, but will be monitored for inappropriate content. Be aware, i
accordance with the** Communications Decency Act **and provisions upheld in judicial appeal, that you are
responsible for comments posted on this Web site. The Northwest Herald is not liable for messages from tl
parties.**

**IP addresses of persons who post are not treated as confidential records.**

Do not post:
* **Potentially libelous statements or damaging innuendo.**

Northwest Herald - Local News and Video for McHenry County, Illinois - Merck recalls ...   Page 3 of 3

* Obscene, explicit, or racist language.
* Personal attacks, insults or threats.
* The use of another person's real name to disguise your identity.
* Comments unrelated to the story.

If you believe that a commenter has not followed these guidelines, please use our online complaint form.

Opinions, advice and all other information expressed in NWHerald.com's story comments represent the individual's own and not necessarily those of the Northwest Herald. The Northwest Herald provides an interactive computer service and endorse and is not responsible for statements, advice or opinions offered by anyone other than authorized Northwest H spokespersons.

Having trouble logging in? Click Here REPORT ABUSE





©2007 Northwest Herald. All rights reserved.
Published in Crystal Lake, Illinois, USA by the Northwest News Group, a Division of Shaw.
About Us | Contact Us | Feedback | Advertise | Media Kit | Subscribe | RSS | Privacy Policy

# EXHIBIT 48

FOCUS - 5 of 6 DOCUMENTS

Copyright 2004 Chicago Sun-Times, Inc.
Chicago Sun-Times

October 5, 2004 Tuesday

**SECTION:** NEWS; Pg. 20

**LENGTH:** 361 words

**HEADLINE:** Illinoisans join parade of suits against Merck over Vioxx

**BYLINE:** Lori Rackl

**BODY:**

Merck & Co.'s decision late last week to pull Vioxx off the market for safety reasons has sparked an eruption of lawsuits -- one of them filed Monday on behalf of all Illinois residents who used the popular pain drug.

The class action complaint covers an estimated 300,000 people who took the medication for everything from arthritis pain to menstrual symptoms.

The only named plaintiff, Constance Oswald, said an attorney who happened to know she took Vioxx asked if she wanted to join the lawsuit.

"My experience with Vioxx was great; it really helped me," said the Chicago woman, who'd used the drug for four years to combat osteoarthritis pain in her knees and feet.

Merck voluntarily put a halt to Vioxx sales after a large study found that people taking the drug over many months had twice the risk of heart attack and stroke compared to those on a placebo. Patients were told to stop using Vioxx and to consult their doctors about alternatives.

Attorneys who filed the lawsuit in Cook County Circuit Court allege that Merck knew about Vioxx's harmful side effects at least since 1999, when the drug was approved. The pharmaceutical giant "intentionally tried to downplay the risks" until the evidence "was so overwhelming they had no choice," said Michael Moirano, one of the lawyers representing the class.

The suit seeks reimbursement for the cost of doctor visits and diagnostic procedures related to Vioxx use, as well as a refund of the money patients spent to buy the drug. No individual claim could exceed $75,000, according to the suit, which now must get certified by a judge as a class action case. That could take several months, Moirano added.

Numerous Vioxx-related lawsuits, including two seeking class-action status, had been lodged against Merck before the drug was taken off the market. Since then, more lawsuits have cropped up, including one filed Friday by a Missouri woman who claimed Vioxx killed her daughter.

"We anticipate additional lawsuits alleging personal injury from Vioxx may be filed," said Merck spokesman Tony Plohoros. "We will vigorously defend against any such lawsuit."

Contributing: *Steve Patterson*

Page 2

Illinoisans join parade of suits against Merck over Vioxx Chicago Sun-Times October 5, 2004 Tuesday

**LOAD-DATE:** October 31, 2004

# EXHIBIT 49

2 of 2 DOCUMENTS

Copyright 2004 St. Louis Post-Dispatch, Inc.
St. Louis Post-Dispatch (Missouri)

October 6, 2004 Wednesday Five Star Late Lift Edition
Correction Appended

**SECTION:** BUSINESS; Pg. D03

**LENGTH:** 308 words

**HEADLINE: Vioxx** class-action suits are filed in Madison County

**BYLINE:** PAUL HAMPEL Of the Post-Dispatch The Associated Press contributed to this report.

**BODY:**

Law firms in St. Louis and Edwardsville on Tuesday filed class-action suits over the arthritis-pain drug **Vioxx,** joining the rush of claims worldwide against its manufacturer, Merck & Co.

The suits were filed in circuit court in Madison County. The first in the state was filed Monday in Cook County. The suits claim to represent the estimated 300,000 Illinois residents who took **Vioxx.** Suits have been filed elsewhere around the United States as well as in Canada and Israel.

Merck last week recalled **Vioxx** after a study showed people who took the prescription drug for more than 18 months were twice as likely to suffer a heart attack, stroke or blood clots.

The suits allege that Merck knew for years that **Vioxx** had harmful side effects.

The firm of Bilbrey & Hylla of Edwardsville and Marker Armstrong of St. Louis filed the suits in Madison County.

The Bilbrey suit named Patricia Bilbrey, 75, of Glen Carbon as lead plaintiff. She is the mother of Mike Bilbrey, managing partner of the firm.

"She was prescribed **Vioxx** for arthritic knee problems," Bilbrey said. "And she has taken the medication for over 18 months, which the study indicates puts her at increased health risk."

Bilbrey said his mother stopped taking the drug after her ankles swelled.

"Here you have a huge pharmaceutical company duping people into taking pain medication that really is not better than anything you could get over the counter, yet it's fraught with serious cardiovascular problems," Bilbrey said.

Merck officials expect more plaintiffs to come forward alleging injury from the drug, company spokesman Tony Plohoros said.

"We will vigorously defend against any such lawsuit," Plohoros said.

**Vioxx** accounted for $2.5 billion in worldwide sales last year. About 84 million prescriptions have been filled since the drug's introduction.

**CORRECTION-DATE:** October 14, 2004

**CORRECTION:**

A story that appeared in the Business section on Oct. 6 incorrectly stated when and where the first class-action suit in Illinois was filed regarding the recall of the arthritis pain drug **Vioxx.** Brown & Crouppen filed a suit in St. Clair County on Oct. 1.

**LOAD-DATE:** October 14, 2004

# EXHIBIT 50

Copyright 2001 Chicago Sun-Times, Inc.
Chicago Sun-Times

August 22, 2001 Wednesday

**SECTION:** NEWS SPECIAL EDITION; Pg. 3

**LENGTH:** 425 words

**HEADLINE: Pain pill linked to heart risk**

**BYLINE:** Jim Ritter

**HIGHLIGHT:**
Study urges caution when using Celebrex, Vioxx

**BODY:**
The hugely popular pain-killers Celebrex and Vioxx might increase the risk of heart attack, researchers are warning in a study disputed by the drug makers.

"We urge caution in prescribing these agents to patients at risk for cardiovascular [disease]," Cleveland Clinic researchers write in today's issue of the Journal of the American Medical Association.

Celebrex and Vioxx are a new class of prescription drugs called COX-2 inhibitors that went on sale in 1999. They treat arthritis, menstrual pain and pain from surgeries. Last year, sales totaled $4.4 billion.

Studies have found that Celebrex and Vioxx are far less likely to cause bleeding ulcers, perforated ulcers and blockages of the upper gastrointestinal tract than older anti-inflammatory drugs such as ibuprofen (Advil). Celebrex also reduces the risk of upset stomach, abdominal pain and nausea.

Today's study is an analysis of four previous clinical trials of COX-2 inhibitors. Researchers compared those findings with results from four other trials involving patients who took aspirin or a placebo. Among patients who took a placebo, the heart attack rate per year was 0.52 percent. By comparison, the annual heart attack rate was 0.74 percent among Vioxx users and 0.8 percent among Celebrex users.

Recent studies show Celebrex and Vioxx raise blood pressure, which might increase the risk of heart attack. The drugs also inhibit formation of a natural substance that prevents clotting, Cleveland Clinic researchers said.

Makers of Celebrex and Vioxx said the study is badly flawed. Comparing results from one set of studies with results from another set of studies is like comparing apples and oranges, they said, adding the various studies involved different drugs and different patient populations with different heart disease risks.

Merck, maker of Vioxx, said the study's conclusions aren't "scientifically supported by the totality of the data available." Pharmacia and Pfizer, which make Celebrex, said the article isn't based on new data, and it's essential "to exercise extreme caution in drawing any conclusions from this type of analysis." Celebrex was developed by Skokie-based Searle Co., which merged last year with Pharmacia.

COX-2 inhibitors reduce arthritis pain, inflammation and stiffness. Arthritis patient Beverly Dunham of Tinley Park said her fingers hurt and her shoulders were so sore she could barely turn over in bed. Since she began taking Celebrex every day, she said, her shoulder pain is gone and her hands rarely hurt.

**GRAPHIC:** Keith Hale,

**LOAD-DATE:** September 20, 2001

# EXHIBIT 51

STATE OF ILLINOIS
COUNTY OF LASALLE

IN THE CIRCUIT COURT THEREOF
THIRTEENTH CIRCUIT

WALTER J. ROACH, Jr., Administrator
of the Estate of Joanne I. Roach, Deceased,

No. 2009-L-___

     Plaintiff

At Law

v.

Judge: _____

MERCK & CO.,

     Defendant.

COMPLAINT

*FILED*

*NOV 1 2 2009*

*LASALLE COUNTY CIRCUIT CLERK*
*THIRTEENTH JUDICIAL CIRCUIT OF ILLINOIS*

Now comes Plaintiff Walter J. Roach, Jr., Administrator of the Estate of Joanne I. Roach,

Deceased, by his attorney Emmanuel F. Guyon, and for a cause of action against the Defendant

Merck and Co., complains and alleges as follows:

**A.**     **Jurisdiction**

     1.     Plaintiff Walter J. Roach, Jr., is the Administrator of the Estate of Joanne I.

Roach, Deceased.     Plaintiff Administrator resides at 1206 Carroll Street, Streator, LaSalle

County, Illinois, 61364.     Plaintiff's decedent, Joanne I. Roach, resided at 1010 Carroll Street,

Streator, LaSalle County, Illinois, during her entire lifetime, until her death on April 8, 2004, at

Streator, LaSalle County, Illinois.     The decedent's estate is being administered in LaSalle

County, Illinois, as cause number 2008-P-151.     Walter J. Roach, Jr., is the duly appointed

Administrator of the Estate, and is authorized to bring the instant action.

     2.     Defendant Merck and Co., is a foreign corporation authorized to do business in

the State of Illinois, and is doing business in the State of Illinois, thus submits to the jurisdiction

of the courts of Illinois pursuant to *735 ILCS 5/2-209(a)(2), and 735 ILCS 5/2-209 (b)(3).*

[E]MNUEL F. GUYON
[A]TTORNEY AT LAW
[...]ST BRIDGE STREET
[...]TOR, ILLINOIS 61364
(815) 673-2361
[FA]X (815) 673-2362

**WCSR**

**JAN 15 2010**

**RECEIVED**

**B.    Venue**

3.    The matters complained of hereafter occurred in Streator, LaSalle County, Illinois, by the medical prescription and ingestion of a certain drug, Vioxx, manufactured by Defendant Merck and Co., the drug prescribed by her personal physician, Dr. Indra Pal, Streator, Illinois. Upon taking of the drug according to directions given by the Defendant Merck and Co., the result was a serious and adverse change in the medical condition of the Plaintiff's decedent. Plaintiff's decedent ultimately died, but not directly and immediately from the taking of this drug, Vioxx. The drug ingestion was stopped when the cerebral incident commonly referred to as "stroke", became manifest in the physical condition of the Plaintiff's decedent.

4.    Defendant is a foreign corporation with principal business office in Morristown, New Jersey. Plaintiff believes the Defendant marketed the drug Vioxx in every county in the State of Illinois, thus has submitted itself to suit in any county of the State of Illinois, including LaSalle County, the home county and *domicil* of the Plaintiff and Plaintiff's decedent, and the location where the cause of action in favor of the Plaintiff's decedent accrued. Defendant derived substantial revenue from the sale of Vioxx prior to its withdrawal from commercial sales, and continues to derive substantial revenue from the sale of other pharmaceutical products in LaSalle County, Illinois.

**C.     Common Facts.**

5.    Plaintiff's decedent was treating with her personal physician, Dr. Indra Pal, with part of the treatment regimen being the use of various drugs for the medical conditions of the Plaintiff's decedent. Among the drugs initially prescribed by Dr. Meier, later by Dr. Pal, was the drug Vioxx, a widely used pain medication. Plaintiff's decedent ingested the drug Vioxx starting

about the date of July 25, 2001, with a new prescription *(Dr. Meier)* of 30 tablets, *25 MG;* refilled *(Dr. Meier)* August 23, 2001;  refilled *(Dr. Meier)* September 24, 2001; refilled *(Dr. Meier)* October 23, 2001; refilled *(coded "new" by Dr. Pal)* November 13, 2001.

6.       Plaintiff's decedent suffered a stroke on November 22, 2001, and the treating physicians immediately discontinued the use of the drug Vioxx as a result of the stroke.

7.       Plaintiff's decedent died on April 8, 2004.  During the course of events leading to her final illness, she used the drug Vioxx until her adverse experience that resulted in the stroke suffered by her on November 22, 2001.  After that date the physical condition of Plaintiff's decedent gradually deteriorated until her death on April 8, 2004.

8.       Plaintiff's family did not determine the use of Vioxx was in the medical treatment regimen of the decedent until reading of publicity about Vioxx in the newspapers about the adverse effect of the drug on individuals.  All of the drugs used by the decedent were prescribed by the various physicians treating the Plaintiff's decedent over a period of time.  Plaintiff's family relied on the physicians to prescribe proper drugs for their mother during her illness.  It was only the publicity in the media that suggested to the family to inquire about the possible use of Vioxx by their mother, Joanne I. Roach, to determine if use of the drug Vioxx was given to the decedent, all of which inquiry occurred after November 21, 2001, the date of termination of ingestion of the drug Vioxx, and after the notification in the media of the dangerous propensities of the drug, this date being July 1, 2008.  Thereafter, the family consulted an attorney about the possibility of a lawsuit alleging Vioxx to have caused harm to the Plaintiff's decedent during her lifetime.

9.       At all relevant times hereto, Merck & Co., regularly conducted and solicited business within the State of Illinois, and continues to do so.

10.     At all relevant times hereto, Merck & Co., through its agents, servants, and employees, was the designer, formulator, manufacturer, marketer, advertiser, distributor, and seller of Vioxx, which drug is believed to have not been modified from its original formulation by the manufacturer, defendant Merck & Co. before use by the Plaintiff's decedent.

11.     Plaintiff's decedent was prescribed the drug Vioxx by the treating medical doctors, purchased at their direction sufficient quantities of the drug known as Vioxx pursuant to normal prescription quantities as directed by the treating doctors, ingested the drugs at the rate of intake so prescribed from the date of July 25, 2001, through November 13, 2001 *(last re-fill of prescription date)* to date of November 22, 2001 *(cerebral incident-stroke date),* when she suffered a stroke as a direct result of continued, prescribed use of the drug Vioxx.

12.     As a direct and proximate result of Defendant's misconduct as set forth herein, summarily described as marketing a pharmaceutical drug with dangerous propensities, Plaintiff's decedent suffered physical injury, the cerebral incident-stroke, which affected her physical health and quality of life thereafter, all of which led to multiple system failure that gradually eroded the health of Plaintiff's decedent until the death of Joanne I. Roach on April 8, 2004.

13.     Defendant admitted the drug Vioxx can cause strokes, and also caused various other types of physical injury, the dangerous propensities well and fully known to the Defendant, yet the Defendant continued to market the drug for its stated and intended use by the general public in the United States for a period of time until the drug was voluntarily withdrawn from use by the Defendant.

14.     Defendant has admitted the dangerous propensities of the drug known as Vioxx, and has withdrawn the drug from the marketplace, and it is believed in good faith the drug is no longer manufactured or distributed for consumer use in the United States.   The withdrawal of

the drug Vioxx occurred after a multiplicity of lawsuits was filed against the Defendant, claiming serious injury and death from use of the product.

15.     Plaintiff seeks from the defendant all permissible damages under Illinois law, including damages for Plaintiff-decedent's probable future monetary contributions to the beneficiaries of her estate, and her family, and further, for the monetary value of the services the decedent would have rendered to the beneficiaries and family had the decedent lived.

## D.     NATURE OF THE CASE.

16.     Defendant, either directly or through its agents, servants, and employees, designed, formulated, manufactured, marketed, advertised, distributed, and sold for the treatment of various pain conditions the drug known as Vioxx until it was withdrawn from the marketplace voluntarily by the manufacturer as a result of voluminous reports of multiple injuries to cause death or stroke of the injured persons.

17.     As a result of the defective nature of Vioxx as well as defendant's failure to warn of the increased cardiovascular risk, those persons prescribed Vioxx by their treating physicians, including Plaintiff's decedent, each of whom ingested Vioxx, have suffered and did continue to suffer severe and permanent personal injury, including increased risk of myocardial infarct, stroke, blood clots, and as well as other severe and permanent injuries, including death. Defendant had a duty to the Plaintiff's decedent to disclose the dangerous propensities of the drug by adequate warnings to the intended users, and a further affirmative duty to recall the product once the harmful effects of the use of the drug became known to the Defendant, which information was well known to the Defendant long before the recall of the drug Vioxx.

18.     Defendant concealed its knowledge of Vioxx's unreasonably dangerous risks from Plaintiff and Plaintiff's decedent, other consumers, and the medical community, until the many reported cases of similar injuries and death were reported and became known.

19.     Defendant failed to conduct adequate post-marketing surveillance of Vioxx after it began marketing, advertising, distributing, and selling the product.

20.     At the time of withdrawal of the product from the marketplace, many lawsuits were filed and were pending in the State of Illinois, and were filed in all other states of the United States without exception.

21.     The public posture of the Defendant Merck & Co. at the time of withdrawal of the drug was a legal position to defend each case individually, usually with jury demand. Plaintiff later became aware of the multitude of lawsuits, some of which have been tried to jury verdict in various jurisdictions, which cases were filed previously to this lawsuit of the Plaintiff.

22.     Subsequent to the information disseminated in the news media about the danger of the drug Vioxx, the Defendant Merck & Co. proposed a resolution of multitude of lawsuits by two approaches:

*First:* to defend each case individually, with jury demand, regardless of the time expected to be taken to hear the pending cases:

*Second:* propose a class action settlement filed in the United States District Court, Richmond, VA

Later, it was determined from reports in the news media, and by direct contact with the Claims Administrator, Brown Greer Law Firm, approximately 59,000 claims were filed in the class action litigation in the cases filed in the Richmond, Virginia, District Court action referenced. The class action litigation has been consolidated in the U. S. District Court, Eastern

District of Louisiana, as consolidated case No. MDL-1657 Vioxx Products Liability Litigation. *(Judge E. Fallon).*

23.     Plaintiff Administrator attempted to participate in the class action through contact with the Brown Greer Law Firm, Richmond, Virginia.  Plaintiff's counsel filed a claims package with Brown Greer, the Claims Administrator on July 17, 2008. However, the Plaintiff's administrator was recently informed by an agent of the Claims Administrator, Mr. Phil Sturm, the claim was not allowed to participate in the class action litigation.

24.     Defendant has admitted the dangerous propensities of the drug Vioxx by its voluntary proposal of settlement of the cases through a class action lawsuit.  Defendant has effectively admitted liability for the harm caused to the Plaintiff's decedent by the use of the prescription drug Vioxx.

25.     As a direct and proximate result of Defendant's fraudulent concealment, Plaintiff's decedent suffered, *inter alia,* heart damage, stroke, blockages, and other multiple body system overloads that led to failure of her body systems to cause her death on April 8, 2004.

26.     As a result of Defendant's conduct in the marketing, advertising, promotion, distribution and sale of Vioxx, and with knowledge of the dangerous propensities of the drug well before it was withdrawn from the market, Plaintiff's decedent, an others similarly situated, suffered harm.  Nevertheless, Defendant continued to market the drug without disclosing the dangerous propensities of the drug.  As a result of Defendant's conduct over a long period of time, Plaintiff's decedent, and others similarly situated, suffered severe and permanent injury, pain, mental anguish, including diminished enjoyment of life, and fear of developing other harmful conditions, including but not limited to  heart damage, stroke, blood clots,  and ultimately, death.

## COUNT I – WRONGFUL DEATH *(740 ILCS 180/2)*

27-53. Plaintiff's Administrator adopts the allegations made in paragraphs 1-26 *supra*, as and for paragraphs 27-53 of Count I, a claim for Wrongful Death of Joanne I. Roach pursuant to the statute, *740 ILCS 180, 2*.

54. Plaintiff Administrator seeks damages for the death of Joanne I. Roach, deceased, all damages, including economic and non-economic damages suffered by the decedent's next of kin as a result of the death of Joanne I. Roach, deceased.

WHEREFORE, Plaintiff Walter J. Roach, Jr., as Administrator of the Estate of Joanne I. Roach, Deceased, demands judgment for damages against the Defendant Merck & Co., to include compensatory damages, economic and non-economic damages, costs of this action, and such other and further relief as this Court deems just and proper.

WALTER J. ROACH, Jr., Administrator of the
Estate of Joanne I. Roach, Deceased

*Emmanuel F. Guyon*
Emmanuel F. Guyon, his attorney

(90) General Summons

GENSUMN(12/96)

# UNITED STATES OF AMERICA
## STATE OF ILLINOIS                    COUNTY OF LASALLE
## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT

WALTER J. ROACH, Jr., Administrator of the
Estate of Joanne I. Roach, Deceased

vs.

MERCK & Co., a foreign corporation

FILED

DEC 2 1 2009

_____ M. _____
SALLE COUNTY CIRCUIT CLERK
EENTH JUDICIAL CIRCUIT OF ILLINOIS

Case No. 2009-L-221

**FIRST ALIAS** ## SUMMONS

TO THE DEFENDANT: Merck & Co.,c/o CT Corporation System, 208 S. LaSalle Street, Ste 814
                                                          Chicgo, IL 60604
**YOU ARE HEREBY SUMMONED** and required to file an answer in this case, or otherwise file your
appearance, in the office of the clerk of this court, Room 201, 119 W. Madison Street, Ottawa, Illinois,
within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO,
A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF
ASKED IN THE COMPLAINT.

TO THE OFFICER:

This summons must be returned by the officer or other person to whom it was given for service, with
endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons
shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Witness, December 21, 2009

_____
Clerk of Court
(Seal of Court)

Name Emmanuel F. Guyon
Attorney for Adm. Walter J. Roach, Jr.
Address 5 East Bridge Street
City     Streator, IL 61364
Telephone 815/673-2361     FX    -2362
          eguyon@verizon.net

Date of Service_____,_____
(To be inserted by officer on copy left with defendant or other person)

## LASALLE COUNTY CIRCUIT CLERK
## OTTAWA, ILLINOIS  61350

GENSUMN(12/96)

### SHERIFF'S FEES

Service and return........................................ $ _____

Miles _____ ................................................. _____

Total.......................................................... $ _____

_____

Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(Check appropriate box, and complete information below)

☐  (a)--Individual defendants--personal):
   By leaving a copy and a copy of the complaint with each individual defendant personally.

☐  (b)--(Individual defendants--abode):
   By leaving a copy and a copy of the complaint at the usual place of abode of each individual
   defendant with a person of his family, of the age 13 years or upwards, informing that person of the
   contents and also by sending a copy of the summons in a sealed envelope with postage fully
   prepaid, addresses to each individual defendant at his usual place of abode.

☐  (c)--(Corporation defendants):
   By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each
   defendant corporation.

☐  (d)--(Other service):

Name of Defendant _____          Name of Defendant _____

Name of Person                                      Name of Person
Summons Given to _____            Summons Given to _____

Sex _____ Race _____ Approx. Age _____    Sex _____ Race _____ Approx. Age _____

Place of Service _____            Place of Service _____

_____                             _____

_____                             _____

Date of Service _____ Time _____      Date of Service _____ Time _____

Date of Mailing _____             Date of Mailing _____

(LETTERS OF OFFICE – ESTATE)

CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, COUNTY OF LASALLE, OTTAWA, ILLINOIS

In the Matter of the Estate of:                                    2008-P-151

JOANNE I. ROACH, Deceased

LETTERS OF OFFICE - DECEDENT'S ESTATE

WALTER J. ROACH, JR. has been appointed EXECUTOR of the estate of JOANNE I. ROACH, Deceased, who died on APRIL 8, 2004, and is authorized to take possession of and collect the estate of the decedent and to do all acts required of him by law.

Witness, _7-16,_ 2008

_Joseph M. Carey/dlh_
CLERK of COURT

CERTIFICATE

I certify that this is a copy of the letters of office now in force in this estate.

Name:     ATTORNEY EMMANUEL GUYON
          5 EAST BRIDGE STREET
          STREATOR, IL 61364
          (815) 673-2361

Witness, _____

_____
CLERK of COURT

 **CT Corporation**

**Service of Process
Transmittal**
01/14/2010
CT Log Number 516002634

| | |
|---|---|
| **TO:** | Ellen Gregg<br>Womble Carlyle Sandridge & Rice, PLLC<br>301 North Main Street, Suite 300<br>Winston-Salem, NC 27101 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | Merck & Co., Inc. (Former Name) (Domestic State: NJ)<br>Merck Sharp & Dohme Corp. (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Walter Roach, Jr., Adminsitrator of the Estate of Joanne I. Roach, deceased, Pltf. vs. Merck & Co., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Return Form, Complaint, Certificate |
| **COURT/AGENCY:** | LaSalle County - 13th Judicial Circuit Court, IL<br>Case # 2009L221 |
| **NATURE OF ACTION:** | Product Liability Litigation - Drug Litigation - Wrongful Death - Vioxx |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/14/2010 at 10:30 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Emmanuel F. Guyon<br>5 East Bridge Street<br>Streator, IL 61364<br>815-673-2361 |
| **REMARKS:** | Even though the documents show company as Merck & Co., the records of the Illinois Secretary of State shows only one company registered beginning with the above named. Process taken for Merck & Co., Inc. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex Priority Overnight , 792172582120<br>Email Notification, Debra A Bollwage debra_bollwage@merck.com<br>Email Notification, Tobi Loy Tobi_Loy@merck.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:** | C T Corporation System<br>Jill Duffy-Baricovich<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

**WCSR**

**JAN 1 5 2010**

**R E C E I V E D**

Page 1 of  1 / KS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.