# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Stanley Long v. Merck & Co., Inc.,* 2:05-cv-06510-EEF-DEK | * | |
| | * | |

*************************************************************************

## DEFENDANT MERCK & CO., INC.'S
## REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL

Pursuant to LR5.6 and Pretrial Order No. 13, Defendant Merck & Co., Inc., by undersigned counsel, hereby requests that the Court order that Exhibits 2, 3, 14, 15, and 16 to Defendant Merck & Co., Inc.'s Statement of Material Facts as to Which There is No Dispute, filed contemporaneously with this motion, be filed under seal.

In support of this request, Defendant states that these exhibits contain Plaintiffs' medical records or summaries of Plaintiffs' medical records that are Confidential under Pretrial Order No. 13.

Dated: April 18, 2012                              Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:   504-581-3361

    Defendants' Liaison Counsel

1

1091120v1

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

1091120v1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request to File Certain Documents Under Seal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of April, 2012.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1091120v1