UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Stanley Long v. Merck & Co., Inc.,* | * | KNOWLES |
| **2:05-cv-06510-EEF-DEK** | * | |
| | * | |

**************************************************************************

**[PROPOSED] ORDER GRANTING MERCK & CO., INC.'S
REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Exhibits 2, 3, 14, 15, and 16 to Defendant Merck & Co., Inc.'s Statement of Material Facts as to Which There is No Dispute are to be filed under seal.

DATED: this _____ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1

1091121v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing [Proposed] Order Granting Merck's Request to File Certain Documents Under Seal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of April, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1091121v1