## Uses

temporarily relieves the minor aches and pains of muscles and joints associated with: • simple backache • arthritis • sprains • bruises • strains

## Warnings

For external use only.
**Do not use:** • on wounds or damaged skin • with a heating pad • on a child under 12 years of age with arthritis-like conditions.
**Ask a doctor before use if** • you have redness over the affected area.
**When using this product** • avoid contact with eyes or mucous membranes • do not bandage tightly.
**Stop use and ask a doctor if:** • condition worsens or symptoms persist for more than 7 days • symptoms clear up and occur again within a few days • excessive skin irritation occurs.
**Keep out of reach of children to avoid accidental ingestion.** If swallowed, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

## Directions

• use only as directed • adults and children 12 years of age and older: apply to affected area not more than 3 to 4 times daily • children under 12 years of age: ask a doctor
**Other Information** • store at 20-25° C (68-77° F) Protect from freezing
**Inactive ingredients**
C12-15 alkyl benzoate, carbomer, cocoglycerides, dimethicone, distearyl ether, edetate disodium, ethylparaben, fragrance, glyceryl laurate, glyceryl stearate, methylparaben, myristyl alcohol, phenoxyethanol, propylparaben, sodium hydroxide, steareth-2, steareth-21, stearyl alcohol, water

## PRECISE™ PAIN RELIEVING PATCH - EXTRA STRENGTH

**Drug Facts**
**Active ingredients** .................................................. **Purpose**
Menthol 5% ............................................... Topical analgesic

## Uses

PRECISE™ Pain Relieving Heat Patch provide temporary relief of minor muscular and joint aches and pains associated with overexertion, strains, sprains, and arthritis.

## Directions

Tear open pouch when ready to use. Peel away liner to reveal adhesive side. Place on area of pain with adhesive side toward your skin. Apply firmly. For maximum effectiveness, wear the heat patch for 8 hours. Do not use for more than 8 hours in a 24-hour period. It may take up to 30 minutes for the patch to reach its therapeutic temperature.
**Do not use:**
If the heat patch is damaged or torn
With medicated lotions, creams, or ointments
On damaged, broken, or sensitive skin
On areas of bruising or swelling that has occurred within 48 hours
On people who are not capable of applying and removing the heat patch themselves, including infants, children 12 and under, and some elderly
On areas of the body where heat cannot be felt
With other forms of heat
**Ask a doctor before use if you have** diabetes, poor circulation, heart disease, rheumatoid arthritis, or are pregnant.
**When using this product:**
Check skin frequently for signs of irritation, burns or blistering – if found, stop use immediately. It is normal to experience slight skin redness after removing the heat patch. If your skin is still red after a few hours, stop using heat patch until the redness goes away completely. If product feels too hot, stop use or wear over clothing. Do not place extra pressure or tight clothing over this product. Do not use for more than 8 hours in a 24-hour period.
**Stop use and call a doctor if:**
You experience any discomfort, burning, swelling, rash, or other changes in your skin that persist where the heat patch is worn. After 7 days, your pain gets worse or remains unchanged, as this may be a sign of a more serious condition.

## Warnings

Do not use this product while sleeping. Check skin frequently during use. This product has the potential to cause skin irritation or burns. If you find irritation or a burn, remove product immediately. IF YOU ARE 55 OR OLDER, wear the patch over a layer of clothing and not directly against your skin, as your risk of burns increase with age.
**Additional Warnings** The heat patch contains iron that can be harmful if ingested. If swallowed, rinse mouth with water and call a Poison Control Center immediately. If heat patch contents come in contact with your skin or eyes, rinse with water immediately. To avoid the risk of fire, DO NOT MICROWAVE THIS PRODUCT OR ATTEMPT TO RE-HEAT. KEEP OUT OF REACH OF CHILDREN AND PETS. FOR EXTERNAL USE ONLY. KEEP AWAY FROM HEAT.
**Other Information**
• store between 20-25° C (68-77° F)
**Inactive ingredients** carboxymethylcellulose sodium, colloidal silicone dioxide, fragrance, glycerin, kaolin, methyl acrylate/2 - ethylhexyl acrylate copolymer, methylparaben, polyacrylate acid, polysorbate 80, propylparaben, sodium polyacrylate, sodium polyacrylate starch, sorbitan monooleate, sorbitol, tartaric acid, titanium dioxide, water

---

## ST. JOSEPH 81 mg Aspirin  OTC
### ST. JOSEPH 81 mg Adult Low Strength Aspirin Chewable & Enteric Coated Tablets

### Description

Active ingredient (in each tablet)                    Purpose
Aspirin 81 mg (NSAID)* ................................. pain reliever
*nonsteroidal anti-inflammatory drug

### Uses

temporarily relieves minor aches and pains

### Directions

• drink a full glass of water with each dose

| adults and children 12 years and over | • take 4 to 8 tablets every 4 hours while symptoms last<br>• do not exceed 48 tablets in 24 hours or as directed by a doctor |
|---|---|
| children under 12 years | do not use unless directed by a doctor |

### Warnings

**Reye's syndrome:** Children and teenagers who have or are recovering from chicken pox or flu-like symptoms should not use this product. When using this product, if changes in behavior with nausea and vomiting occur, consult a doctor because these symptoms could be an early sign of Reye's syndrome, a rare but serious illness.
**Allergy alert:** Aspirin may cause a severe allergic reaction which may include:
• hives • facial swelling • asthma (wheezing) • shock
**Stomach bleeding warning:** This product contains an NSAID, which may cause severe stomach bleeding. The chance is higher if you
• are age 60 or older
• have had stomach ulcers or bleeding problems
• take a blood thinning (anticoagulant) or steroid drug
• take other drugs containing prescription or nonprescription NSAIDs (aspirin, ibuprofen, naproxen, or others)
• have 3 or more alcolholic drinks every day while using this product
• take more or for a longer time than directed
**Do not use**
• if you have ever had an allergic reaction to any pain reliever or fever reducer
• for at least 7 days after tonsillectomy or oral surgery unless directed by a doctor *(chewable tablet only)*
**Ask a doctor before use if**
• the stomach bleeding warning applies to you
• you have a history of stomach problems such as heartburn
• you have high blood pressure, heart disease, liver cirrhosis, or kidney disease
• you have asthma
• you are taking a diuretic
**Ask a doctor or pharmacist before use if you are taking a prescription drug for:**
• gout • diabetes • arthritis
**Stop use and ask a doctor if**
• you experience any of the following signs of stomach bleeding
• feel faint • vomit blood • have bloody or black stools
• have stomach pain that does not get better
• allergic reaction occurs
• ringing in the ears or loss of hearing occurs
• pain gets worse or lasts more than 10 days
• new symptoms occur
• redness or swelling is present
This could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use. It is especially important not to use ibuprofen during the last 3 months of pregnancy unless definitely directed to do so by a doctor because it may cause problems in the unborn child or complications during delivery.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)
**Other information:**
• store between 20–25°C (68–77°F). Avoid high humidity.

---

**Inactive ingredients:** *St. Joseph 81 mg Adult Low Strength Aspirin Chewable Tablets:* corn starch, FD&C yellow #6 aluminum lake, flavor, mannitol, pregelatinized starch, saccharin, silicon dioxide, stearic acid.
*Enteric Coated Tablets:* colloidal silicon dioxide, FD&C red #40 dye, FD&C yellow #6 dye, glyceryl monostearate, iron oxide, magnesium stearate, methacrylic acid copolymer, microcrystalline cellulose, pregelatinized starch, propylene glycol, shellac, simethicone, stearic acid, triethyl citrate.

### How Supplied

*St. Joseph Adult Low Strength Aspirin Chewable Tablets* are round, orange flavored, orange colored tablets that are debossed with the "SJ" logo. Available in: tamper evident bottles of 38 and 108 (Tri-Pack).
*St. Joseph Adult Low Strength Aspirin Enteric Coated Tablets* are round, pink-coated tablets that are printed with the "StJ" logo. Available in: tamper evident bottles of 36, 100, 180 and 300.

### Comprehensive Prescribing Information
### Description

St. Joseph Adult Low Strength Aspirin Chewable & Enteric Coated Tablets (acetylsalicylic acid) are available in 81 mg for oral administration. Aspirin is an odorless white, needle-like crystalline or powdery substance. When exposed to moisture, aspirin hydrolyzes into salicylic and acetic acids, and gives off a vinegary-odor. It is highly lipid soluble and slightly soluble in water.

### Clinical Pharmacology

**Mechanism of Action:** Aspirin is a more potent inhibitor of both prostaglandin synthesis and platelet aggregation than other salicylic acid derivatives. The differences in activity between aspirin and salicylic acid are thought to be due to the acetyl group on the aspirin molecule. This acetyl group is responsible for the inactivation of cyclo-oxygenase via acetylation.
**Pharmacokinetics:** Absorption: In general, immediate release aspirin is well and completely absorbed from the gastrointestinal (GI) tract. Following absorption, aspirin is hydrolyzed to salicylic acid with peak plasma levels of salicylic acid occurring within 1–2 hours of dosing (see Pharmacokinetics—Metabolism). The rate of absorption from the GI tract is dependent upon the dosage form, the presence or absence of food, gastric pH (the presence or absence of GI antacids or buffering agents), and other physiologic factors. Enteric coated aspirin products are erratically absorbed from the GI tract.
**Distribution:** Salicylic acid is widely distributed to all tissues and fluids in the body including the central nervous system (CNS), breast milk, and fetal tissues. The highest concentrations are found in the plasma, liver, renal cortex, heart, and lungs. The protein binding of salicylate is concentration-dependent, is nonlinear. At low concentrations (<100 micrograms/milliliter µg/mL), approximately 90 percent of plasma salicylate is bound to albumin while at higher concentrations (400 µg/mL), only about 75 percent is bound. The early signs of salicylate overdose (salicylism), including tinnitus (ringing in the ears), occur at plasma concentrations approximating 200 µg/mL. Severe toxic effects are associated with levels 400 µg/mL. (See Adverse Reactions and Overdosage.)
**Metabolism:** Aspirin is rapidly hydrolyzed in the plasma to salicylic acid such that plasma levels of aspirin are essentially undetectable 1–2 hours after dosing. Salicylic acid is primarily conjugated in the liver to form salicyluric acid, a phenolic glucuronide, an acyl glucuronide, and a number of minor metabolites. Salicylic acid has a plasma half-life of approximately 6 hours. Salicylate metabolism is saturable and total body clearance decreases at higher serum concentrations due to the limited ability of the liver to form both salicyluric acid and phenolic glucuronide. Following toxic doses (10–20 grams (g)), the plasma half-life may be increased to over 20 hours.
**Elimination:** The elimination of salicylic acid follows zero order pharmacokinetics; (i.e., the rate of drug elimination is constant in relation to plasma concentration). Renal excretion of unchanged drug depends upon urine pH. As urinary pH rises above 6.5, the renal clearance of free salicylate increases from <5 percent to 80 percent. Alkalinization of the urine is a key concept in the management of salicylate overdose. (See Overdosage.) Following therapeutic doses, approximately 10 percent is found excreted in the urine as salicylic acid, 75 percent as salicyluric acid, and 10 percent phenolic and 5 percent acyl glucuronides of salicylic acid.
**Pharmacodynamics:** Aspirin affects platelet aggregation by irreversibly inhibiting prostaglandin cyclo-oxygenase. The effect lasts for the life of the platelet and prevents the formation of the platelet aggregating factor thromboxane A2. Nonacetylated salicylates do not inhibit this enzyme and have no effect on platelet aggregation. At somewhat higher doses, aspirin reversibly inhibits the formation of prostaglandin I2 (prostacyclin), which is an arterial vasodilator and inhibits platelet aggregation.

At higher doses, aspirin is an effective anti-inflammatory agent, partially due to inhibition of inflammatory mediators via cyclo-oxygenase inhibition in peripheral tissues. In vitro studies suggest that other mediators of inflammation may also be suppressed by aspirin administration, although the precise mechanism of action has not been elucidated. It is this nonspecific suppression of cyclo-oxygenase activity in peripheral tissues following large doses that leads to its primary side effect of gastric irritation. (See Adverse Reactions.)

### Clinical Studies

Ischemic Stroke and Transient Ischemic Attack (TIA): In clinical trials of subjects with TIA's due to fibrin platelet emboli or ischemic stroke, aspirin has been shown to significantly reduce the risk of the combined endpoint of stroke or death and the combined endpoint of TIA, stroke, or death by about 13–18 percent.

Suspected Acute Myocardial Infarction (MI): In a large, multi-center study of aspirin, streptokinase, and the combination of aspirin and streptokinase in 17,187 patients with suspected acute MI, aspirin treatment produced a 23-percent reduction in the risk of vascular mortality. Aspirin was also shown to have an additional benefit in patients given a thrombolytic agent.

Prevention of Recurrent MI and Unstable Angina Pectoris: These indications are supported by the results of six large, randomized, multi-center, placebo-controlled trials of predominantly male post-MI subjects and one randomized placebo-controlled study of men with unstable angina pectoris. Aspirin therapy in MI subjects was associated with a significant reduction (about 20 percent) in the risk of the combined endpoint of subsequent death and/or nonfatal reinfarction in these patients. In aspirin-treated unstable angina patients, the event rate was reduced to 5 percent from the 10 percent rate in the placebo group.

Chronic Stable Angina Pectoris: In a randomized, multi-center, double-blind trial designed to assess the role of aspirin for prevention of MI in patients with chronic stable angina pectoris, aspirin significantly reduced the primary combined endpoint of nonfatal MI, fatal MI, and sudden death by 34 percent. The secondary endpoint for vascular events (first occurrence of MI, stroke, or vascular death) was also significantly reduced (32 percent).

Revascularization Procedures: Most patients who undergo coronary artery revascularization procedures have already had symptomatic coronary artery disease for which aspirin is indicated. Similarly, patients with lesions of the carotid bifurcation sufficient to require carotid endarterectomy are likely to have had a precedent event. Aspirin is recommended for patients who undergo revascularization procedures if there is a preexisting condition for which aspirin is already indicated.

Rheumatologic Diseases: In clinical studies in patients with rheumatoid arthritis, juvenile rheumatoid arthritis, ankylosing spondylitis and osteoarthritis, aspirin has been shown to be effective in controlling various indices of clinical disease activity.

### Animal Toxicology

The acute oral 50 percent lethal dose in rats is about 1.5 g/kilogram (kg) and in mice 1.1 g/kg. Renal papillary necrosis and decreased urinary concentrating ability occur in rodents chronically administered high doses. Dose-dependent gastric mucosal injury occurs in rats and humans. Mammals may develop aspirin toxicosis associated with GI symptoms, circulatory effects, and central nervous system depression. (See Overdosage.)

### Indications and Usage

Vascular Indications (Ischemic Stroke, TIA, Acute MI, Prevention of Recurrent MI, Unstable Angina Pectoris, and Chronic Stable Angina Pectoris): Aspirin is indicated to: (1) Reduce the combined risk of death and nonfatal stroke in patients who have had ischemic stroke or transient ischemia of the brain due to fibrin platelet emboli; (2) reduce the risk of vascular mortality in patients with a suspected acute MI, (3) reduce the combined risk of death and nonfatal MI in patients with a previous MI or unstable angina pectoris, and (4) reduce the combined risk of MI and sudden death in patients with chronic stable angina pectoris.

Revascularization Procedures (Coronary Artery Bypass Graft (CABG), Percutaneous Transluminal Coronary Angioplasty (PTCA), and Carotid Endarterectomy): Aspirin is indicated in patients who have undergone revascularization procedures (i.e., CABG, PTCA, or carotid endarterectomy) when there is a preexisting condition for which aspirin is already indicated.

Rheumatologic Disease Indications (Rheumatoid Arthritis, Juvenile Rheumatoid Arthritis, Spondyloarthropathies, Osteoarthritis, and the Arthritis and Pleurisy of Systemic Lupus Erythematosus (SLE)): Aspirin is indicated for the relief of the signs and symptoms of rheumatoid arthritis, juvenile rheumatoid arthritis, osteoarthritis, spondyloarthopathies, and arthritis and pleurisy associated with SLE.

### Contraindications

Allergy: Aspirin is contraindicated in patients with known allergy to nonsteroidal anti-inflammatory drug products and in patients with the syndrome of asthma, rhinitis, and nasal polyps. Aspirin may cause severe urticaria, angioedema, or bronchospasm (asthma).

Reye's Syndrome: Aspirin should not be used in children or teenagers for viral infections, with or without fever, because of the risk of Reye's syndrome with concomitant use of aspirin in certain viral illnesses.

### Warnings

Alcohol Warning: Patients who consume three or more alcoholic drinks every day should be counseled about the bleeding risks involved with chronic, heavy alcohol use while taking aspirin.

Coagulation Abnormalities: Even low doses of aspirin can inhibit platelet function leading to an increase in bleeding time. This can adversely affect patients with inherited (hemophilia) or acquired (liver disease or vitamin K deficiency) bleeding disorders.

GI Side Effects: GI side effects include stomach pain, heartburn, nausea, vomiting, and gross GI bleeding. Although minor upper GI symptoms, such as dyspepsia, are common and can occur anytime during therapy, physicians should remain alert for signs of ulceration and bleeding, even in the absence of previous GI symptoms. Physicians should inform patients about the signs and symptoms of GI side effects and what steps to take if they occur.

Peptic Ulcer Disease: Patients with a history of active peptic ulcer disease should avoid using aspirin, which can cause gastric mucosal irritation and bleeding.

### Precautions

General: Renal Failure: Avoid aspirin in patients with severe renal failure (glomerular filtration rate less than 10 mL/minute)

Hepatic Insufficiency: Avoid aspirin in patients with severe hepatic insufficiency.

Sodium Restricted Diets: Patients with sodium-retaining states, such as congestive heart failure or renal failure, should avoid sodium-containing buffered aspirin preparations because of their high sodium content.

Laboratory Tests: Aspirin has been associated with elevated hepatic enzymes, blood urea nitrogen, serum creatinine, hyperkalemia, proteinuria, and prolonged bleeding time.

Drug Interactions: Angiotensin Converting Enzyme (ACE) Inhibitors: The hyponatremic and hypotensive effects of ACE inhibitors may be diminished by the concomitant administration of aspirin due to its indirect effect on the renin-angiotensin conversion pathway.

Acetazolamide: Concurrent use of aspirin and acetazolamide can lead to high serum concentrations of acetazolamide (and toxicity) due to competition at the renal tubule for secretion.

Anticoagulant Therapy (Heparin and Warfarin): Patients on anticoagulation therapy are at increased risk for bleeding because of drug-drug interactions and the effect on platelets. Aspirin can displace warfarin from protein binding sites, leading to prolongation of both the prothrombin time and the bleeding time. Aspirin can increase the anticoagulant activity of heparin, increasing bleeding risk.

Anticonvulsants: Salicylate can displace protein-bound phenytoin and valproic acid, leading to a decrease in the total concentration of phenytoin and an increase in serum valproic acid levels.

Beta Blockers: The hypotensive effects of beta blockers may be diminished by the concomitant administration of aspirin due to inhibition of renal prostaglandins, leading to decreased renal blood flow, and salt and fluid retention.

Diuretics: The effectiveness of diuretics in patients with underlying renal or cardiovascular disease may be diminished by the concomitant administration of aspirin due to inhibition of renal prostaglandins, leading to decreased renal blood flow and salt and fluid retention.

Methotrexate: Salicylate can inhibit renal clearance of methotrexate, leading to bone marrow toxicity, especially in the elderly or renal impaired.

Nonsteroidal Anti-Inflammatory Drugs (NSAID's): The concurrent use of aspirin with other NSAID's should be avoided because this may increase bleeding or lead to decreased renal function.

Oral Hypoglycemics: Moderate doses of aspirin may increase the effectiveness of oral hypoglycemic drugs, leading to hypoglycemia.

Uricosuric Agents (Probenecid and Sulfinpyrazone): Salicylates antagonize the uricosuric action of uricosuric agents.

Carcinogenesis, Mutagenesis, Impairment of Fertility: Administration of aspirin for 68 weeks at 0.5 percent in the feed of rats was not carcinogenic. In the Ames Salmonella assay, aspirin was not mutagenic; however, aspirin did induce chromosome aberrations in cultured human fibroblasts. Aspirin inhibits ovulation in rats. (See Pregnancy.)

Pregnancy: Pregnant women should only take aspirin if clearly needed. Because of the known effects of NSAID's on the fetal cardiovascular system (closure of the ductus arteriosus), use during the third trimester of pregnancy should be avoided. Salicylate products have also been associated with alterations in maternal and neonatal hemostasis mechanisms, decreased birth weight, and with perinatal mortality.

Labor and Delivery: Aspirin should be avoided 1 week prior to and during labor and delivery because it can result in excessive blood loss at delivery. Prolonged gestation and labor due to prostaglandin inhibition have been reported.

Nursing Mothers: Nursing mothers should avoid using aspirin because salicylate is excreted in breast milk. Use of high doses may lead to rashes, platelet abnormalities, and bleeding in nursing infants.

Pediatric Use: Pediatric dosing recommendations for juvenile rheumatoid arthritis are based on well-controlled clinical studies. An initial dose of 90–130 mg/kg/day in divided doses, with an increase as needed for anti-inflammatory efficacy (target plasma salicylate levels of 150–300 µg/mL) are effective. At high doses (i.e., plasma levels of greater than 200 µg/mL), the incidence of toxicity increases.

### Adverse Reactions

Many adverse reactions due to aspirin ingestion are dose-related. The following is a list of adverse reactions that have been reported in the literature. (See Warnings.)

Body as a Whole: Fever, hypothermia, thirst.

Cardiovascular: Dysrhythmias, hypotension, tachycardia.

Central Nervous System: Agitation, cerebral edema, coma, confusion, dizziness, headache, subdural or intracranial hemorrhage, lethargy, seizures.

Fluid and Electrolyte: Dehydration, hyperkalemia, metabolic acidosis, respiratory alkalosis.

Gastrointestinal: Dyspepsia, GI bleeding, ulceration and perforation, nausea, vomiting, transient elevations of hepatic enzymes, hepatitis, Reye's Syndrome, pancreatitis.

Hematologic: Prolonged prothrombin time, disseminated intravascular coagulation, coagulopathy, thrombocytopenia.

Hypersensitivity: Acute anaphylaxis, angioedema, asthma, bronchospasm, laryngeal edema, urticaria.

Musculoskeletal: Rhabdomyolysis.

Metabolism: Hypoglycemia (in children), hyperglycemia.

Reproductive: Prolonged pregnancy and labor, stillbirths, lower birth weight infants, antepartum and postpartum bleeding.

Special Senses: Hearing loss, tinnitus. Patients with high frequency hearing loss may have difficulty perceiving tinnitus. In these patients, tinnitus cannot be used as a clinical indicator of salicylism.

Urogenital: Interstitial nephritis, papillary necrosis, proteinuria, renal insufficiency and failure.

### Drug Abuse and Dependence

Aspirin is nonnarcotic. There is no known potential for addiction associated with the use of aspirin.

### Overdosage

Salicylate toxicity may result from acute ingestion (overdose) or chronic intoxication. The early signs of salicylic overdose (salicylism), including tinnitus (ringing in the ears), occur at plasma concentrations approaching 200 µg/mL. Plasma concentrations of aspirin above 300 µg/mL are clearly toxic. Severe toxic effects are associated with levels above 400 µg/mL (See Clinical Pharmacology.) A single lethal dose of aspirin in adults is not known with certainty but death may be expected at 30 g. For real or suspected overdose, a Poison Control Center should be contacted immediately. Careful medical management is essential.

Signs and Symptoms: In acute overdose, severe acid-base and electrolyte disturbances may occur and are complicated by hyperthermia and dehydration. Respiratory alkalosis occurs early while hyperventilation is present, but is quickly followed by metabolic acidosis.

Treatment: Treatment consists primarily of supporting vital functions, increasing salicylate elimination, and correcting the acid-base disturbance. Gastric emptying and/or lavage is recommended as soon as possible after ingestion; even if the patient has vomited spontaneously. After lavage and/or emesis, administration of activated charcoal, as a slurry, is beneficial, if less than 3 hours have passed since ingestion. Charcoal adsorption should not be employed prior to emesis and lavage. Severity of aspirin intoxication is determined by measuring the blood salicylate level. Acid-base status should be closely followed with serial blood gas and serum pH measurements. Fluid and electrolyte balance should also be maintained. In severe cases, hyperthermia and hypovolemia are the major immediate threats to life. Children should be sponged with tepid water. Replacement fluids should be administered intravenously and augmented with correction of acidosis. Plasma electrolytes and pH should be monitored to promote alkaline diuresis of salicylate if renal function is normal. Infusion of glucose may be required to control hypoglycemia. Hemodialysis and peritoneal dialysis can be performed to reduce the body drug content. In patients with renal insufficiency or in cases of life-threatening intoxication, dialysis is usually required. Exchange transfusion may be indicated in infants and young children.

**Dosage and Administration**

Each dose of aspirin should be taken with a full glass of water unless the patient is fluid restricted. Anti-inflammatory and analgesic dosages should be individualized.

Ischemic Stroke and TIA: 50–325 mg once a day. Continue therapy indefinitely.

Suspected Acute MI: The initial dose of 160–162.5 mg is administered as soon as an MI is suspected. The maintenance dose of 160–162.5 mg a day is continued for 30 days post-infarction. After 30 days, consider further therapy based on dosage and administration for prevention of recurrent MI.

Prevention of Recurrent MI: 75–325 mg once a day. Continue therapy indefinitely.

Unstable Angina Pectoris: 75–325 mg once a day. Continue therapy indefinitely.

Chronic Stable Angina Pectoris: 75–325 mg once a day. Continue therapy indefinitely.

CABG: 325 mg daily starting 6 hours post-procedure. Continue therapy for 1 year post-procedure.

PTCA: The initial dose of 325 mg daily should be given 2 hours pre-surgery. Maintenance dose is 160–325 mg daily. Continue therapy indefinitely.

Carotid Endarterectomy: Doses of 80 mg once daily to 650 mg twice daily, started presurgery, are recommended. Continue therapy indefinitely.

Rheumatoid Arthritis: The initial dose is 3 g a day in divided doses. Increase as needed for anti-inflammatory efficacy with target plasma salicylate levels of 150–300 µg/mL. At high doses (i.e., plasma levels of greater than 200 µg/mL), the incidence of toxicity increases.

Juvenile Rheumatoid Arthritis: Initial dose is 90–130 mg/kg/day in divided doses. Increase as needed for anti-inflammatory efficacy with target plasma salicylate levels of 150–300 µg/mL. At high doses (i.e., plasma levels of greater than 200 µg/mL), the incidence of toxicity increases.

Spondyloarthropathies: Up to 4 g per day in divided doses.

Osteoarthritis: Up to 3 g per day in divided doses.

Arthritis and Pleurisy of SLE: The initial dose is 3 g a day in divided doses. Increase as needed for anti-inflammatory efficacy with target plasma salicylate levels of 150–300 µg/mL. At high doses (i.e., plasma levels of greater than 200 µg/mL), the incidence of toxicity increases.

---

**CHILDREN'S SUDAFED® NON-DROWSY NASAL DECONGESTANT LIQUID**    OTC

**Active ingredient** (in each 5 mL*)      **Purpose**
Pseudoephedrine HCl 15 mg ............... Nasal decongestant

*5 mL = one tspful

**Uses**
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies
- temporarily relieves sinus congestion and pressure
- promotes nasal and/or sinus drainage

**Warnings**

**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- heart disease • high blood pressure • thyroid disease
- diabetes

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

**Directions**
- find right dose on chart
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.
- if needed, repeat dose every 4 to 6 hours
- do not use more than 4 times in 24 hours

| Age (yr) | Dose (tsp or 5 mL) |
|---|---|
| under 4 years | do not use |
| 4 to 5 years | 1 teaspoonful (5 mL) |
| 6 to 11 years | 2 teaspoonfuls (10 mL) |

**Attention:** use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

**Other information**
- each teaspoonful contains: **sodium 5 mg**
- store between 20–25°C (68–77°F)

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue # 1, FD&C red # 40, flavor, glycerin, menthol, poloxamer 407, polyethylene glycol, povidone K-90, purified water, saccharin sodium, sodium benzoate, sodium citrate, sorbitol solution

---

**CHILDREN'S SUDAFED PE® NASAL DECONGESTANT LIQUID**    OTC

**Active ingredient** (in each 5 mL*)      **Purpose**
Phenylephrine HCl 2.5 mg ................... Nasal decongestant
*5 mL = one teaspoonful

**Use** temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

**Warnings**

**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- a sodium-restricted diet

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

**Directions**
- find right dose on chart
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.
- if needed, repeat every 4 hours
- do not use more than 6 times in 24 hours

| Age (yr) | Dose (tsp or mL) |
|---|---|
| under 4 years | do not use |
| 4 to 5 years | 1 teaspoonful (5 mL) |
| 6 to 11 years | 2 teaspoonfuls (10 mL) |

**Attention:** use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

**Other information**
- each teaspoonful contains: **sodium 14 mg**
- store between 20°-25°C (68°-77°F). Protect from light. Store in outer container until contents are used.

**Inactive ingredients** carboxymethylcellulose sodium, citric acid, edetate disodium, FD&C red # 40, flavors, glycerin, sodium benzoate, sodium citrate, sorbitol, sucralose, water

---

**SUDAFED® CONGESTION TABLETS**    OTC

**Active ingredient** (in each tablet)      **Purpose**
Pseudoephedrine HCl 30 mg ............... Nasal decongestant

**Uses**
- temporarily relieves sinus congestion and pressure
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

**Warnings**

**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you know your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

**Directions**

| adults and children 12 years and over | • take 2 tablets every 4 to 6 hours<br>• do not take more than 8 tablets in 24 hours |
|---|---|
| children ages 6 to 11 years | • take 1 tablet every 4 to 6 hours<br>• do not take more than 4 tablets in 24 hours |
| children under 6 years | do not use this product in children under 6 years of age |

**Other information**
- store between 20–25°C (68–77°F)

**Inactive ingredients** carnauba wax, colloidal silicon dioxide, D&C yellow #10 aluminum lake, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, iron oxide, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, pregelatinized starch, shellac, sodium starch glycolate, talc, titanium dioxide

---

**SUDAFED PE® CONGESTION**    OTC

**Drug Facts**

**Active ingredient** (in each tablet)      **Purpose**
Phenylephrine HCl 10 mg ................... Nasal decongestant

**Uses**
- temporarily relieves sinus congestion and pressure
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

**Warnings**

**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

**Directions**

| adults and children 12 years of age and over | • take 1 tablet every 4 hours<br>• do not take more than 6 tablets in 24 hours |
|---|---|
| children under 12 years | • do not use this product in children under 12 years of age |

**Other information**
- store between 20-25° C (68–77° F)

**Inactive ingredients** carnauba wax, corn starch, D & C yellow # 10 aluminum lake, FD&C red # 40 aluminum lake, FD&C yellow # 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, powdered cellulose, pregelatinized starch, sodium starch glycolate, talc, titanium dioxide