# EXHIBIT 11

**Pls. Claims Form**

# CLAIMS FORM

The Claims Package, including this Claims Form, must be submitted no later than July 1, 2008, on behalf of all Enrolled Program Claimants, including *pro se* Enrolled Program Claimants, ("Claimant") in the Resolution Program outlined in the Settlement Agreement of November 9, 2007 (the "Agreement").

## INSTRUCTIONS

1. Counsel for Claimants, and all *pro se* Claimants, must complete this Claims Form.

2. Attachment A to this Claims Form must be completed by a Claimant only if the Claimant *has not completed and supplied a Profile Form,* as defined in Section 17.1.71 of the Settlement Agreement. If a Claimant has completed a Profile Form, it must be included in the Claims Package.

## A. VIOXX USER INFORMATION

| 1. Name | Last: Long | First: Stanley | Middle Initial: |
|---|---|---|---|

| 2. Current Address | Street: 1705 Kirkwood Road |
|---|---|
| | City: Salvisa — State: Kentucky — Zip: 40372 — Country: USA |

| 3. Telephone Number | (859) 865-2339 | 4. Date of Birth | 1 / 25 / 45 (Month/Day/Year) |
|---|---|---|---|

| 5. Social Security Number | 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 | 6. Sex | [X] Male  [ ] Female |
|---|---|---|---|

7. Date of Death of Product User (if applicable): _____ (Month/Day/Year)

8. Do you claim Vioxx caused the death?  [ ] Yes  [X] No

9. Any Other Names Used or by which Vioxx User has been known, including but not limited to maiden name:

## B. REPRESENTATIVE CLAIMANT INFORMATION FOR DECEASED OR INCAPACITATED CLAIMANTS

| 10. Does the Vioxx User have a Representative? | [ ] Yes  [X] No (If Yes, Complete Items 11-14) (If No, Skip to Section C) | 11. Relationship to Vioxx User | |
|---|---|---|---|

| 12. Name | Claimant Name: |
|---|---|

| 13. Address | Street: |
|---|---|
| | City:  State:  Zip:  Country: |

14. Social Security Number: ___-__-____

*E-Signature*

Page 1 of 3

Long, Stanley    1072499
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

LongS - CPME - 466172 - 000001

LongS-CPME-    00001

## C. COUNSEL INFORMATION

| 15. Counsel Name | Last: Getty | First: Richard | Middle: A. |
|---|---|---|---|
| 16. Firm Name | Getty & Childers, PLLC | | |

| 17. Current Address | Street: 1900 Lexington Financial Center 250 West Main Street | | |
|---|---|---|---|
| | City: Lexington | State: Kentucky | Zip: 40507 |

| 18. Telephone # | (859) 259-1900 | 19. Fax | (859) 259-1909 | 20. Email | rgetty@gettychilders.com |
|---|---|---|---|---|---|

## D. LAWSUIT INFORMATION

**21.** Has a civil action been filed in court alleging injuries as a result of the Product User's use of Vioxx?  [X] Yes  [ ] No

| 22. Court/Jurisdiction | E.D. LA | 23. Case Caption | In re: VIOXX Products Liability Litigation, No. 2:05cv6510 |
|---|---|---|---|
| 24. Docket Number | 1657 | | |

**25.** Did Claimant seek tolling at any time under the Federal MDL Tolling Agreement for the Product User's injuries allegedly arising from use of Vioxx?   [ ] Yes   [X] No

**26.** Date of First Submission under the Federal MDL Tolling Agreement   ___/___/___ (Month/Day/Year)

**27.** Date Submitted Claimant Profile Form (If never submitted, you must complete Attachment A).   2 / 24 / 06 (Month/Day/Year)

## E. INJURY INFORMATION

**28.** Check the primary injury Claimant is alleging or has alleged previously in a Complaint or Profile Form from Product User's use of Vioxx and indicate the date of occurrence (select only one Injury Type as the primary injury).

| Primary Injury Types | Date (Month/Day/Year) |
|---|---|
| [X] Myocardial Infarction ("MI") | 12 / 1 / 02 |
| [ ] Myocardial Infarction, Fatal | ___/___/___ |
| [ ] Sudden Cardiac Death ("SCD") | ___/___/___ |
| [ ] Ischemic Stroke ("IS") | ___/___/___ |
| [ ] Ischemic Stroke, Fatal | ___/___/___ |

**29.** If applicable, check the secondary injury Claimant is alleging or has alleged previously in a Complaint or Profile Form from Product User's use of Vioxx and indicate the date of occurrence (select only one Injury Type as the secondary injury).

| Secondary Injury Types | Date (Month/Day/Year) |
|---|---|
| [ ] Myocardial Infarction ("MI") | ___/___/___ |
| [ ] Myocardial Infarction, Fatal | ___/___/___ |
| [ ] Sudden Cardiac Death ("SCD") | ___/___/___ |
| [ ] Ischemic Stroke ("IS") | ___/___/___ |
| [ ] Ischemic Stroke, Fatal | ___/___/___ |

Long, Stanley   1072499
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

LongS - CPME - 466172 - 000002

LongS-CPME-   00002

| 30. Is Claimant applying to receive Extraordinary Injury Payments pursuant to Section 4.2 of the Settlement Agreement? [X] Yes [ ] No |
|---|

### F. CLAIMS PACKAGE MATERIALS

You must submit all Claims Package materials required by Section 1.3 of the Settlement Agreement. Indicate that you have included or will include the following in your submission:

[X] All PME Records specified in Exhibit 1.3.1 to the Settlement Agreement.

[X] This Claims Form

[X] A Profile Form, as defined in Section 17.1.71 of the Settlement Agreement.

Dated: 7/1/08        Signature of Counsel: /s/ Richard A. Getty



Page 3 of 3

Long, Stanley   1072499
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

LongS-CPME-    00003