IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT INDEPENDENCE

| | |
|---|---|
| MARY PLUBELL, et al., <br><br> Plaintiff, <br><br> vs. <br><br> MERCK SHARP & DOHME CORP., <br><br> Defendant. | Case No. 04CV235817-01 <br><br> Division: 16 |

### ORDER

Now on this day the Court takes up the Plaintiff's *Motion and Suggestions In Support Of Motion In Limine To Exclude Inadmissible Evidence and Argument Pertaining to Celebrex*, filed on March 14, 2012. The Court being duly informed hereby SUSTAINS said motion.

Further the Court takes up the Plaintiff's *Motion and Suggestions In Support Of Motion In Limine To Immediately Exclude All Evidence Of Collateral Source Payments For Vioxx Prescription*, filed on Marc 14, 2012. The Court being duly informed hereby SUSTAINS said motion.

IT IS SO ORDERED.

MARCO A. ROLDAN
JUDGE, DIVISION 16

Dated: April 20, 2012

I hereby certify that copies of the foregoing were
duly faxed or mailed this day to all counsel of record.

PATRICK JOSEPH STUEVE
TODD HILTON
(816) 714-7101

Dan Ball