UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| THIS DOCUMENT RELATES | § | MAG. JUDGE KNOWLES |
| TO ALL CASES | § | SPECIAL MASTER |
| | § | PATRICK A. JUNEAU |
| FILER:  Jack E. Urquhart | § | |
| | § | April 20, 2012 |

## KATHRYN SNAPKA'S MOTION FOR DISBURSEMENT OF FUNDS BEING HELD IN THE COURT'S REGISTRY

COMES NOW Kathryn Snapka (Successor in Interest to Snapka, Turman & Waterhouse, referred to herein as "Snapka"), and files this Motion for the Disbursement of Funds Being Held in the Court's Registry.

This motion is filed to retrieve monies owed to Snapka that are being held in the registry of the Court.  The money held in the registry that is owed to Snapka is Three Hundred Seventy Thousand, One Hundred Thirty Dollars and 36/100 ($370,130.36).  Snapka requests the transfer of these funds from the registry of the Court to the Trust Account of Snapka's attorneys, Beirne, Maynard & Parsons, L.L.P.

On or about April 6, 2011, the Court ordered Michael Stratton to "void disputed checks issued to Snapka and issue new checks to the Clerk of the Court of the United States District Court for the Eastern District Court of Louisiana, where the funds will be deposited in the registry of the Court."[1]  On our about April 12, 2011, Stratton filed a notice indicating that he

---

[1] Exhibit 1, Document No. 62797.

had complied with the Courts order.[2]  The Court ordered the funds to remain in the registry of the Court until further Order.[3]

Snapka requests that the funds be transferred by check or wire in the amount of $370,130.36, plus interest, payable to the trust fund account of Snapka's attorneys, Beirne, Maynard & Parsons, LLP.  If the funds are paid by check Snapka requests that the check be mailed to Jack Urquhart, Beirne, Maynard & Parsons, LLP, Suite 2500, Houston, Texas 77056.

Respectfully submitted,

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

 /s/ Jack E. Urquhart
Jack E. Urquhart
State Bar No. 20415600
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

**ATTORNEYS FOR KATHRYN SNAPKA**

---

[2] Exhibit 2, Document No. 62806.
[3] *See* Exhibit 1.

- 3 -

Of Counsel:

Gary Alfred
Texas Bar No. 24011214
Terry Adams
Texas Bar No. 00874010
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydras Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile:  (504) 799-2224

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

Russ Herman, rherman@hhkc.com

Andy Birchfield, andy.birchfield@beasleyallen.com

Special Master Patrick Juneau, PAJ@juneaudavid.com

Michael Stratton, mstratton@strattonfaxon.com

This 20th day of April, 2012.

        /s/ Jack E. Urquhart
Jack E. Urquhart

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| THIS DOCUMENT RELATES | § | MAG. JUDGE KNOWLES |
| TO ALL CASES | § | SPECIAL MASTER |
| | § | PATRICK A. JUNEAU |
| FILER: Jack E. Urquhart | § | |
| | § | |

**ORDER GRANTING KATHRYN SNAPKA'S MOTION FOR DISBURSEMENT
OF FUNDS BEING HELD IN THE COURT'S REGISTRY**

The Clerk of the United States District Court, Eastern District of Louisiana, is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of Three Hundred Seventy Thousand, One Hundred Thirty Dollars and 36/100 ($370,130.36), together with any and all legal interest earned, less the assessment fee for the administration of funds, payable to Beirne, Maynard & Parsons, LLP, Suite 2500, Houston, Texas 77056, and mail or deliver the check to Jack Urquhart, Beirne, Maynard & Parsons, LLP, Suite 2500, Houston, Texas 77056.

SIGNED this the _____ day of _____, 2012.

_____
**JUDGE PRESIDING**