IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | |
| PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| This pleading applies to: | SECTION L |
| Plaintiff for decedent Joyce Robinson on the <u>Joseph Squillace et al v. Merck & Co Inc. et al</u>, 2:05-cv-02931-EEF-DEK | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

MOTION FOR DISBURSEMENT OF SETTLEMENT FUNDS FOR
DECEDENT JOYCE ROBINSON

Come now Carey & Danis, as attorney of record for decedent Joyce Robinson, and request an order that the principal balance amount of $51,917.35. be dispersed from the registry to Carey & Danis for the surviving heirs of Joyce Robinson, and in support thereof states:

1. Carey & Danis settled the Vioxx personal-injury case for decedent Joyce Robinson in the Vioxx settlement program

2. Merck & Co. did not disperse the settlement funds because of issues with her probate estate, notably the determination of heirs.

3. As the attached Order indicates, the probate court resolved these issues and determined the heirs who are entitled to the Vioxx settlement funds. (Attached as Exhibit A).

4. The principal sum initially deposited was $51,917.35.

5. The amount of principal balance to be disbursed is $51,917.35.

54855.1                                         1

6.  The principal balance should be made payable to Carey & Danis,

LLC and mailed to 8235 Forsyth, Suite 1100, St. Louis, Missouri 63105.

Wherefore, Carey & Danis requests that this Court grant the Order

that the principal balance be paid to Carey & Danis and for other relief that

is just and proper.

CAREY & DANIS, LLC

By    \s\  Francis Flynn
      Jeffrey J. Lowe
      Francis J. "Casey" Flynn
      Attorney for Plaintiffs
      8235 Forsyth, Suite 1100
      St. Louis, Missouri 63105
      (314) 678-3400
      Fax: (314) 678-3401

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

\s\  Francis Flynn