IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> This pleading applies to: <br> Plaintiff for decedent Joyce Robinson on the Joseph Squillace et al v. Merck & Co Inc. et al, 2:05-cv-02931-EEF-DEK | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

CERTIFICATION BY COUNSEL FOR DECEDENT JOYCE ROBINSON

The undersigned counsel hereby certifies that the motion for disbursement of registry funds accompanied a proposed order has been submitted to the Clerk of the district court for review.

                                          Carey & Danis, LLC

                                 By   \s\ Francis Flynn
                                          Francis J. "Casey" Flynn
                                          Attorney for Plaintiffs
                                          8235 Forsyth, Suite 1100
                                          St. Louis, Missouri 63105
                                          (314) 678-3400
                                          Fax: (314) 678-3401

54855.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

\s\  Francis Flynn

54855.1