# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| State of Utah v. Merck, et al. | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |

## MOTION TO FILE AMENDED COMPLAINT

Plaintiff, the State of Utah (hereinafter "the State"), by and through its Attorney General Mark L. Shurtleff, hereby files its Motion to Amend the Complaint. The specific grounds for this Motion are particularly set forth in the State's Memorandum in Support of Motion to File Amended Complaint.

DATED this 17th day of April, 2012.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123
*Attorneys for Plaintiff*

1

/S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ 08901
*Attorney for Plaintiff*


/S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 17th day of April, 2012.

/S/
Joseph W. Steele