**EXHIBIT B**

**ONCE DAILY**
**VIOXX®**
(rofecoxib)

**FOR RELIEF OF CHRONIC OSTEOARTHRITIS PAIN AND THE MANAGEMENT OF ACUTE PAIN IN MANY ADULT PATIENTS**

# The POWER of VIOXX® (rofecoxib)

### SELECTED SAFETY INFORMATION

VIOXX is contraindicated in patients with known hypersensitivity to rofecoxib or any other component of VIOXX.

VIOXX should not be given to patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other nonsteroidal anti-inflammatory drugs (NSAIDs). Severe, rarely fatal, anaphylactic-like reactions to NSAIDs have been reported in such patients.

Serious gastrointestinal toxicity can occur with or without warning symptoms with NSAIDs.

Common adverse events included upper respiratory infection (8.5%), diarrhea (6.5%), nausea (5.2%), and hypertension (3.5%).

VIOXX is not a substitute for aspirin for cardiovascular prophylaxis because it does not affect platelet function.

### NO SULFONAMIDE CONTRAINDICATION

Please read Brief Summary of Prescribing Information on adjacent page.

VIOXX is a registered trademark of Merck & Co., Inc.
**MERCK** ©2001 Merck & Co., Inc. All rights reserved.   vioxx.com   **STRENGTH. SAFETY. QD SIMPLICITY.**