**EXHIBIT C**

# "I don't want to go running."

## VIOXX IS HERE. POWERFUL 24-HOUR RELIEF OF ARTHRITIS PAIN.

It isn't about winning a marathon. Or making you feel like a kid again. It's about controlling the pain that keeps you from doing everyday things. And VIOXX may help. VIOXX is a prescription medicine for arthritis pain and stiffness.

**ONE PILL—ALL DAY AND ALL NIGHT RELIEF.**

You take VIOXX only once a day. Just one little pill can relieve your pain all day and all night for a full 24 hours.

**VIOXX EFFECTIVELY REDUCED PAIN AND STIFFNESS.**

In clinical studies, once-daily VIOXX effectively reduced pain and stiffness. So VIOXX can help make it easier for you to do the things you want to do. Like getting out for an early morning walk with a friend.

**TAKE WITH OR WITHOUT FOOD.**

VIOXX doesn't need to be taken with food. So you don't have to worry about scheduling VIOXX around meals.

**VIOXX IS NOT A NARCOTIC.**

**IMPORTANT INFORMATION ABOUT VIOXX.**

People with allergic reactions, such as asthma, to aspirin or other arthritis medicines should not take VIOXX. In rare cases, serious stomach problems, such as bleeding, can occur without warning.

Tell your doctor if you have liver or kidney disease, or a history of angina, heart attack, or a blocked artery in your heart. VIOXX cannot take the place of aspirin for the prevention of heart attack or stroke. VIOXX should not be used by women in late pregnancy.

VIOXX has been extensively studied in large clinical trials. Commonly reported side effects included upper respiratory infection, diarrhea, nausea, and high blood pressure. Report any unusual symptoms to your doctor.

**FIND OUT IF VIOXX CAN MAKE A DIFFERENCE IN YOUR LIFE.**

Ask your doctor or healthcare professional about VIOXX today. Call 1-800-MERCK-30 for more information, or visit vioxx.com. Please see the Patient Product Information for VIOXX on the next page for additional information that should be discussed with your doctor.

ONCE DAILY
**VIOXX**
(rofecoxib)

FOR EVERYDAY VICTORIES