# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Comes now Eric H. Weinberg, and gives notice of his entry of appearance on behalf of the State of Utah. He may be served by email at ehw@ericweinberg.com or The Law Office of Eric H. Weinberg, 149 Livingston Avenue, New Brunswick, New Jersey 08901.

DATED this 10 day of April, 2012.

_____
Eric H. Weinberg
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 17th day of April, 2012.

*/s/ Kay D. Hanso*