UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
APRIL 27, 2012
<u>SUGGESTED AGENDA</u>

I.   Class Actions

II.  State/Federal Coordination -- State Liaison Committee

III. *Pro Se* Claimants

IV.  Government Actions and Consumer Class Claims

V.   Third Party Payor

VI.  Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

VII. Other Pending Motions/Matters

VIII. Appeals

IX.  Next Status Conference

1