UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to ALL Personal Injury Actions | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \*

**MEMORANDUM IN SUPPORT OF TENDERED
<u>PRE-TRIAL SCHEDULING ORDER</u>**

On March 1, 2012, this Court order Plaintiffs Liaison Counsel to suggest a Pre-Trial Scheduling Order in response to that filed by Merck with regard to the "Other Injury" cases. [Rec. Doc. 63640-2]. Due to focus on the Vioxx Concordance database, and the need to solicit and receive input from diverse parties, the undersigned was not able to submit ideas for pre-trial scheduling to Merck's counsel until earlier this week. Despite productive conversations, Merck and the undersigned are not able to agree on an approach to these cases, and as a result, the Plaintiffs Liaison Counsel submits the attached proposed Pre-Trial Scheduling Order for *ALL* remaining personal injury cases.

As mentioned, the attached applies to *ALL* remaining personal injury cases, not just the "Other Injury" cases. Additionally, the proposed Order builds on the same approach the Court is using in the Venous Thromboembolism ("VTE") cases—where the focus is (rightly) on general causation before expense and (more importantly) time is expended in other more routine discovery. The proposed Order allows the Court to address a routine schedule for completion of discovery and expert reports *after* general

causation is established, and once this Court knows whether a case will be tried in this District, and, if so, when.  Moreover, not every case would need to have the same final trail schedule, as not all cases would be tried simultaneously.

Respectfully submitted,

/s/ Ann B. Oldfather

Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Tendered Pre-Trial Scheduling Order has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of April, 2012.

/s/ Ann B. Oldfather

Ann B. Oldfather