UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases* | * | KNOWLES |

*************************************************************************

**DEFENDANT MERCK'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION SEEKING ENTRY OF A COMPREHENSIVE SCHEDULING ORDER**

Defendant Merck Sharp & Dohme Corp. ("Merck") h hereby moves the Court for entry of an Order granting it leave to file the attached Supplemental Memorandum of Law in Support of its Motion Seeking Entry of a Comprehensive Scheduling Order. The supplemental memorandum is filed to address the issues raised by a memorandum and proposed order submitted by Liaison Counsel for PSC II on April 25, 2012

Dated:  April 26, 2012              Respectfully submitted,

 /s/ *Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

—and—

1091917v1

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

1091917v1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Leave has been served on Liaison Counsel, Russ Herman, Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail, upon Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(C) in accord with the procedures established in MDL 1657 on this 26th day of April, 2012.

                                                      */s/ Dorothy H. Wimberly*
                                                      Dorothy H. Wimberly, 18509
                                                      STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                      546 Carondelet Street
                                                      New Orleans, Louisiana  70130
                                                      Phone:  504-581-3200
                                                      Fax:     504-581-3361
                                                      dwimberly@stonepigman.com

1091917v1