UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|        PRODUCTS LIABILITY LITIGATION | : | |
|  | : | SECTION:  L |
|  | : | |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO:** *AvMed, Inc. et al v. BrownGreer PLC et al.*, **Case No. 08-1633**

### ORDER

The Court has pending before it a motion filed by Plaintiffs, a number of Third Party

Payors, to amend their pleadings to add certain law firms as defendants.  The motion has been

under submission for some time.  Plaintiffs and the proposed law firm defendants are directed to

submit status letters to the Court regarding any changed circumstances surrounding the case on

or before Friday, May 4, 2012.  The Court will thereafter schedule a telephone conference to

discuss expeditious resolution of the matter.

New Orleans, Louisiana, this 26th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE