# United States District Court
# Eastern District of Louisiana

IN Re: VIOXX R PRODUCTS LIABILITY      MDL 1657
LITIGATION     SECTION L
    JUDGE FALLON
    MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

AKOSUA AKYAAMAA     PLAINTIFF

V.

MERCK & CO., INC     DEFENDANTS



FILED APR 27 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
LORETTA G. WHYTE
CLERK

*******
## SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PARTIES

Comes now the Plaintiff, pursuant to Fed. R. Civ. P. 25, and in this Motion for Substitution of Parties, states as follows:

1) That on or about <u>DEC 11, 2010</u>, Plaintiff, <u>Akosua Akyaamaa,</u> died. By order dated <u>March 08, 2012</u>, a copy of which is attached hereto as Exhibit A, <u>Ernest Adjekum</u> was appointed Administrator of the Estate of <u>Akosua Akyaamaa</u>

2) That causes of action asserted herein were not extinguished by the death of <u>Akosua Akyaamaa</u>, Plaintiff, and that <u>Ernest Adjekum,</u> the duly appointed personal representative, is the person authorized to continue and maintain this action.

3) That <u>Ernest Adjekum</u>, will act as the personal Representative with authority to prosecute and settle this action on behalf of said Estate.

WHEREFORE, Plaintiff, by counsel, moves this Honorable Court to substitute <u>Ernest Adjekum</u> as successor or representative of <u>Akosua Akyaamaa</u>, Plaintiff for

TENDERED FOR FILING
APR 27 2012
U.S. DISTRICT COURT
Eastern District of Louisiana

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc No. _____

all purposes concerning prosecution of the claims against Defendants herein with authority to prosecute and settle this lawsuit on behalf of the Estate of said plaintiff and for such other relief as this Court deems just and proper under the premises.

Dated:

April 25, 2012

Respectfully submitted,

_____
Ernest Adjekum

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Suggestion Of Death and Motion For Substitution has been served on Liaison Counsel, Russ Herman, Ann Oldfather and Phillip Wittmann, by U.S. Mail on this 25th day April, 2012.

_____
Ernest Adjekum
1860 Morris Avenue apt# 1D
Bronx, NY 10453
(347) 543-2360

To:

The Clerk of Court
500 poydras street
New Orleans, Louisiana 70130

Russ Herman
820 Okeese ave.
New Orleans, Louisiana 70113

Phillip Whitman
546 Carondelet street
New Orleans, Louisiana 70130

Old Father Law Firm
1330 South Third street
Louisville, Kentucky 40208

On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:

File #: 2012-489

Name of Decedent: **Akosua Akyaamaa**

Date of Death: **December 11, 2010**

Domicile of Decedent: **Bronx NY**

Fiduciary Appointed:
Mailing Address

**Ernest Adjekum**
**1860 Morris Avenue Apt 1D**
**Bronx NY  10453**

Letters Issued:          **PRELIMINARY LETTERS TESTAMENTARY**

Letters Expire:          **September 8, 2012**

Limitations:             **PLEASE TAKE NOTICE THAT THESE LETTERS WILL EXPIRE SIX MONTHS AFTER MARCH 8, 2012.**

These letters authorize the collection of a total of $10,000.00. The collection in excess of that amount must be authorized by a further order of the Surrogate.

These letters so far as they affect the cause of action from damages are subject to the limitations, restrictions and restraint specified in Sec. 702 SCPA (1)

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: March 8, 2012

IN TESTIMONY WHEREOF, the seal of the Bronx County Surrogate's Court has been affixed.

WITNESS, Hon Lee L Holzman, Judge of the Bronx County Surrogate's Court.

Michael P. Hausler, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Bronx County Surrogate's Court*

**Attorney:**
**Gail M Walton**
**Law Offices Of Gail M Walton**
690 Mace Avenue
Bronx NY  10467






USPS Flat Rate Mailing Envelope

From: ERNEST ADJEKUM
1860 MORRIS AVE. #10
BRONX, N.Y. 10453

To: THE CLERK OF COURT
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS
LOUISIANA 70130

BRONX, NY 10451
APR 25 '12
AMOUNT
$10.45
00100214-19

7011 2970 0003 2496 6357

