# United States District Court
## Eastern District of Louisiana

IN Re: VIOXX R PRODUCTS LIABILITY LITIGATION

MDL 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

**AKOSUA AKYAAMAA**                                    PLAINTIFF

V.

**MERCK & CO., INC**                                   DEFENDANTS

### ORDER

\*\*\*\*\*\*\*\*

Considering the Suggestion of Death and Motion For Substitution Of Parties,

IT IS ORDERED that Ernest Adjekum's Suggestion of Death and Motion For Substitute of Parties is granted. Ernest Adjekum as the personal representative of the deceased, shall be substituted for Akosua Akyaamaa for all purposes in this action.

NEW ORLEANS, LOUUISANA, this _____ day of _____, 2012.

_____
DISTRICT JUDGE