UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: L |
| | * | |
| THIS RELATES TO: | * | JUDGE FALLON |
| | * | |
| Plaintiff: Joanne Eldridge | * | MAG. JUDGE KNOWLES |
| Case No. 05-04447 | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF JOANNE ELDRIDGE'S MOTION IN SUPPORT OF "OTHER INJURY" CASE DEADLINES

    Plaintiff Joanne Eldridge, by and through her attorney Jeffrey A. Bowersox, Bowersox Law Firm, P.C., hereby informs the court that she supports the case scheduling deadlines for "other injury" cases as proposed by Merck & Co. in its motion and proposed order filed with the court on April 26, 2012.

    Ms. Eldridge sustained a stroke (arterial side circulatory injury). Her stroke occurred below the brainstem and therefore did not qualify for inclusion in the master settlement agreement as the location of the infarct prevented her claim from passing Gates.

Ms. Eldridge supports the discovery and case scheduling timelines for "other injury" cases as proposed by Merck & Co., Inc. and requests that the court enter an appropriate order incorporating those case scheduling deadlines.

Respectfully Submitted,

Dated: May 2, 2012.

/s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox, OSB #81442
BOWERSOX LAW FIRM, P.C.
5285 Meadows Road, Suite 320
Lake Oswego, OR 97035
Telephone: 503-452-5858
Facsimile: 503-345-6893
Attorney for Plaintiff Joanne Eldridge