**MINUTE ENTRY**
**FALLON, J.**
**APRIL 27, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_____

In Re:  VIOXX                                          :
                                                       :         MDL Docket No. 1657
PRODUCTS LIABILITY LITIGATION    :
                                                       :         SECTION L
**THIS DOCUMENT RELATES TO:**         :
ALL PENDING GOVERNMENT ACTION :          JUDGE FALLON
CASES                                              :         MAG. JUDGE KNOWLES
                                                       :

      On this date, a telephone status conference was held with Judge Eldon E. Fallon.

Counsel for Merck, representatives of the PSC, and counsel for the remaining Litigating States

participated.  At the conference, the Court heard from the parties on the status of the cases and

the parties' respective positions on future proceedings in the MDL.  A separate Order on the

scope of future proceedings in the MDL will follow shortly.

      The status conference was transcribed by Ms. Toni Tusa, Official Court Reporter.

JS10(00:38)