IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | |
| *All Cases* ) | |

*************************************************************************

**O R D E R**

Considering the foregoing Defendant Merck's Motion Incorporated Memorandum for Leave to File Supplemental Memorandum in Support of its Motion Seeking Entry of a Comprehensive Scheduling Order,

**IT IS ORDERED** that the motion is granted and Merck & Co., Inc. be and it hereby is granted leave to file its supplemental memorandum.

**NEW ORLEANS,** this  1st  day of May, 2012.

_____
**DISTRICT JUDGE**

1