UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Stanley Long v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:05-cv-06510-EEF-DEK | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING MERCK & CO., INC.'S
REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Exhibits 2, 3, 14, 15, and 16 to Defendant Merck & Co., Inc.'s Statement of Material Facts as to Which There is No Dispute are to be filed under seal.

DATED:  this  1st  day of  May , 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1