# EXHIBIT 4

## Diclofenac Package Insert



# Voltaren®

**(diclofenac sodium enteric-coated tablets)**

**Tablets of 75 mg**

**Rx only**

**Prescribing Information**

## CARDIOVASCULAR RISK

- NSAIDs may cause an increased risk of serious cardiovascular thrombotic events, myocardial infarction, and stroke, which can be fatal. This risk may increase with duration of use. Patients with cardiovascular disease or risk factors for cardiovascular disease may be at greater risk. (See WARNINGS.)
- Voltaren® (diclofenac sodium enteric-coated tablets) is contraindicated for the treatment of perioperative pain in the setting of coronary artery bypass graft (CABG) surgery (see WARNINGS).

## GASTROINTESTINAL RISK

- NSAIDs cause an increased risk of serious gastrointestinal adverse events including inflammation, bleeding, ulceration, and perforation of the stomach or intestines, which can be fatal. These events can occur at any time during use and without warning symptoms. Elderly patients are at greater risk for serious gastrointestinal events. (See WARNINGS.)

## DESCRIPTION

Voltaren® (diclofenac sodium enteric-coated tablets) is a benzene-acetic acid derivative. Voltaren is available as delayed-release (enteric-coated) tablets of 75 mg (light pink) for oral administration. The chemical name is 2-[(2,6-dichlorophenyl)amino] benzeneacetic acid, monosodium salt. The molecular weight is 318.14. Its molecular formula is $C_{14}H_{10}Cl_2NNaO_2$, and it has the following structural formula

The inactive ingredients in Voltaren include: hydroxypropyl methylcellulose, iron oxide, lactose, magnesium stearate, methacrylic acid copolymer, microcrystalline cellulose, polyethylene glycol, povidone, propylene glycol, sodium hydroxide, sodium starch glycolate, talc, titanium dioxide.

# CLINICAL PHARMACOLOGY

## Pharmacodynamics

Voltaren® (diclofenac sodium enteric-coated tablets) is a nonsteroidal anti-inflammatory drug (NSAID) that exhibits anti-inflammatory, analgesic, and antipyretic activities in animal models. The mechanism of action of Voltaren, like that of other NSAIDs, is not completely understood but may be related to prostaglandin synthetase inhibition.

## Pharmacokinetics

### *Absorption*

Diclofenac is 100% absorbed after oral administration compared to IV administration as measured by urine recovery. However, due to first-pass metabolism, only about 50% of the absorbed dose is systemically available (see Table 1). Food has no significant effect on the extent of diclofenac absorption. However, there is usually a delay in the onset of absorption of 1 to 4.5 hours and a reduction in peak plasma levels of <20%.

**Table 1. Pharmacokinetic Parameters for Diclofenac**

| PK Parameter | Normal Healthy Adults (20-48 yrs.) | |
|---|---|---|
| | **Mean** | **Coefficient of Mean Variation (%)** |
| Absolute Bioavailability (%) [N = 7] | 55 | 40 |
| $T_{max}$ (hr) [N = 56] | 2.3 | 69 |
| Oral Clearance (CL/F; mL/min) [N = 56] | 582 | 23 |
| Renal Clearance (% unchanged drug in urine) [N = 7] | <1 | — |
| Apparent Volume of | 1.4 | 58 |

| | | |
|---|---|---|
| Distribution (V/F; L/kg)<br>[N = 56] | | |
| Terminal Half-life (hr)<br>[N = 56] | 2.3 | 48 |

### *Distribution*

The apparent volume of distribution (V/F) of diclofenac sodium is 1.4 L/kg.

Diclofenac is more than 99% bound to human serum proteins, primarily to albumin. Serum protein binding is constant over the concentration range (0.15-105 μg/mL) achieved with recommended doses.

Diclofenac diffuses into and out of the synovial fluid. Diffusion into the joint occurs when plasma levels are higher than those in the synovial fluid, after which the process reverses and synovial fluid levels are higher than plasma levels. It is not known whether diffusion into the joint plays a role in the effectiveness of diclofenac.

### *Metabolism*

Five diclofenac metabolites have been identified in human plasma and urine. The metabolites include 4'-hydroxy-, 5-hydroxy-, 3'-hydroxy-, 4',5-dihydroxy- and 3'-hydroxy-4'-methoxy-diclofenac. The major diclofenac metabolite, 4'-hydroxy-diclofenac, has very weak pharmacologic activity. The formation of 4'-hydroxy- diclofenac is primarily mediated by CPY2C9. Both diclofenac and its oxidative metabolites undergo glucuronidation or sulfation followed by biliary excretion. Acylglucuronidation mediated by UGT2B7 and oxidation mediated by CPY2C8 may also play a role in diclofenac metabolism. CYP3A4 is responsible for the formation of minor metabolites, 5-hydroxy- and 3'-hydroxy-diclofenac. In patients with renal dysfunction, peak concentrations of metabolites 4'-hydroxy- and 5-hydroxy-diclofenac were approximately 50% and 4% of the parent compound after single oral dosing compared to 27% and 1% in normal healthy subjects.

### *Excretion*

Diclofenac is eliminated through metabolism and subsequent urinary and biliary excretion of the glucuronide and the sulfate conjugates of the metabolites. Little or no free unchanged diclofenac is excreted in the urine. Approximately 65% of the dose is excreted in the urine and approximately 35% in the bile as conjugates of unchanged diclofenac plus metabolites. Because renal elimination is not a significant pathway of elimination for unchanged diclofenac, dosing adjustment in patients with mild to moderate renal dysfunction is not necessary. The terminal half-life of unchanged diclofenac is approximately 2 hours

### *Drug Interactions*

When co-administered with voriconazole (inhibitor of CYP2C9, 2C19 and 3A4 enzyme), the Cmax and AUC of diclofenac increased by 114% and 78%, respectively (see PRECAUTIONS, Drug Interactions).

### Special Populations

***Pediatric:*** The pharmacokinetics of Voltaren has not been investigated in pediatric patients.

***Race:*** Pharmacokinetic differences due to race have not been identified.

***Hepatic Insufficiency:*** Hepatic metabolism accounts for almost 100% of Voltaren elimination, so patients with hepatic disease may require reduced doses of Voltaren compared to patients with normal hepatic function.

***Renal Insufficiency:*** Diclofenac pharmacokinetics has been investigated in subjects with renal insufficiency. No differences in the pharmacokinetics of diclofenac have been detected in studies of patients with renal impairment. In patients with renal impairment (inulin clearance 60-90, 30-60, and <30 mL/min; N=6 in each group), AUC values and elimination rate were comparable to those in healthy subjects.

## INDICATIONS AND USAGE

Carefully consider the potential benefits and risks of Voltaren® (diclofenac sodium enteric-coated tablets) and other treatment options before deciding to use Voltaren. Use the lowest effective dose for the shortest duration consistent with individual patient treatment goals (see WARNINGS).

Voltaren is indicated:

- For relief of the signs and symptoms of osteoarthritis
- For relief of the signs and symptoms of rheumatoid arthritis
- For acute or long-term use in the relief of signs and symptoms of ankylosing spondylitis

## CONTRAINDICATIONS

Voltaren® (diclofenac sodium enteric-coated tablets) is contraindicated in patients with known hypersensitivity to diclofenac.

Voltaren should not be given to patients who have experienced asthma, urticaria, or other allergic-type reactions after taking aspirin or other NSAIDs. Severe, rarely fatal, anaphylactic-like reactions to NSAIDs have been reported in such patients (see WARNINGS, Anaphylactic Reactions, and PRECAUTIONS, Preexisting Asthma).

Voltaren is contraindicated for the treatment of perioperative pain in the setting of coronary artery bypass graft (CABG) surgery (see WARNINGS).

## WARNINGS

### Cardiovascular Effects

***Cardiovascular Thrombotic Events***

Clinical trials of several COX-2 selective and nonselective NSAIDs of up to three years duration have shown an increased risk of serious cardiovascular (CV) thrombotic events, myocardial infarction, and stroke, which can be fatal. All NSAIDs, both COX-2 selective and nonselective, may have a similar risk. Patients with known CV disease or

risk factors for CV disease may be at greater risk. To minimize the potential risk for an adverse CV event in patients treated with an NSAID, the lowest effective dose should be used for the shortest duration possible. Physicians and patients should remain alert for the development of such events, even in the absence of previous CV symptoms. Patients should be informed about the signs and/or symptoms of serious CV events and the steps to take if they occur.

There is no consistent evidence that concurrent use of aspirin mitigates the increased risk of serious CV thrombotic events associated with NSAID use. The concurrent use of aspirin and an NSAID does increase the risk of serious GI events (see WARNINGS, GI Effects).

Two large, controlled, clinical trials of a COX-2 selective NSAID for the treatment of pain in the first 10-14 days following CABG surgery found an increased incidence of myocardial infarction and stroke (see CONTRAINDICATIONS).

***Hypertension***

NSAIDs can lead to onset of new hypertension or worsening of preexisting hypertension, either of which may contribute to the increased incidence of CV events. Patients taking thiazides or loop diuretics may have impaired response to these therapies when taking NSAIDs. NSAIDs, including Voltaren® (diclofenac sodium enteric-coated tablets), should be used with caution in patients with hypertension. Blood pressure (BP) should be monitored closely during the initiation of NSAID treatment and throughout the course of therapy.

***Congestive Heart Failure and Edema***

Fluid retention and edema have been observed in some patients taking NSAIDs. Voltaren should be used with caution in patients with fluid retention or heart failure.

## Gastrointestinal (GI) Effects: Risk of GI Ulceration, Bleeding, and Perforation

NSAIDs, including Voltaren, can cause serious gastrointestinal (GI) adverse events including inflammation, bleeding, ulceration, and perforation of the stomach, small intestine, or large intestine, which can be fatal. These serious adverse events can occur at any time, with or without warning symptoms, in patients treated with NSAIDs. Only one in five patients, who develop a serious upper GI adverse event on NSAID therapy, is symptomatic. Upper GI ulcers, gross bleeding, or perforation caused by NSAIDs occur in approximately 1% of patients treated for 3-6 months, and in about 2%-4% of patients treated for one year. These trends continue with longer duration of use, increasing the likelihood of developing a serious GI event at some time during the course of therapy. However, even short-term therapy is not without risk.

NSAIDs should be prescribed with extreme caution in those with a prior history of ulcer disease or gastrointestinal bleeding. Patients with a *prior history of peptic ulcer disease and/or gastrointestinal bleeding* who use NSAIDs have a greater than 10-fold increased risk for developing a GI bleed compared to patients with neither of these risk factors. Other factors that increase the risk for GI bleeding in patients treated with NSAIDs include concomitant use of oral corticosteroids or anticoagulants, longer duration of

NSAID therapy, smoking, use of alcohol, older age, and poor general health status.  Most spontaneous reports of fatal GI events are in elderly or debilitated patients and therefore, special care should be taken in treating this population.

To minimize the potential risk for an adverse GI event in patients treated with an NSAID, the lowest effective dose should be used for the shortest possible duration.  Patients and physicians should remain alert for signs and symptoms of GI ulceration and bleeding during NSAID therapy and promptly initiate additional evaluation and treatment if a serious GI adverse event is suspected.  This should include discontinuation of the NSAID until a serious GI adverse event is ruled out.  For high risk patients, alternate therapies that do not involve NSAIDs should be considered.

## Renal Effects

Caution should be used when initiating treatment with Voltaren in patients with considerable dehydration.

Long-term administration of NSAIDs has resulted in renal papillary necrosis and other renal injury.  Renal toxicity has also been seen in patients in whom renal prostaglandins have a compensatory role in the maintenance of renal perfusion.  In these patients, administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent reduction in prostaglandin formation and, secondarily, in renal blood flow, which may precipitate overt renal decompensation.  Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and ACE inhibitors, and the elderly.  Discontinuation of NSAID therapy is usually followed by recovery to the pretreatment state.

## Advanced Renal Disease

No information is available from controlled clinical studies regarding the use of Voltaren in patients with advanced renal disease. Therefore, treatment with Voltaren is not recommended in these patients with advanced renal disease. If Voltaren therapy must be initiated, close monitoring of the patient's renal function is advisable.

## Hepatic Effects

Elevations of one or more liver tests may occur during therapy with Voltaren. These laboratory abnormalities may progress, may remain unchanged, or may be transient with continued therapy. Borderline elevations (i.e., less than 3 times the ULN [ULN = the upper limit of the normal range]) or greater elevations of transaminases occurred in about 15% of diclofenac-treated patients. Of the markers of hepatic function, ALT (SGPT) is recommended for the monitoring of liver injury.

In clinical trials, meaningful elevations (i.e., more than 3 times the ULN) of AST (GOT) (ALT was not measured in all studies) occurred in about 2% of approximately 5,700 patients at some time during diclofenac treatment. In a large, open-label, controlled trial of 3,700 patients treated for 2-6 months, patients were monitored first at 8 weeks and 1,200 patients were monitored again at 24 weeks. Meaningful elevations of ALT and/or AST occurred in about 4% of patients and included marked elevations (i.e., more than 8 times the ULN) in about 1% of the 3,700 patients. In that open-label study, a higher incidence of borderline (less than 3 times the ULN), moderate (3-8 times the ULN), and

marked (>8 times the ULN) elevations of ALT or AST was observed in patients receiving diclofenac when compared to other NSAIDs. Elevations in transaminases were seen more frequently in patients with osteoarthritis than in those with rheumatoid arthritis.

Almost all meaningful elevations in transaminases were detected before patients became symptomatic. Abnormal tests occurred during the first 2 months of therapy with diclofenac in 42 of the 51 patients in all trials who developed marked transaminase elevations.

In postmarketing reports, cases of drug-induced hepatotoxicity have been reported in the first month, and in some cases, the first 2 months of therapy, but can occur at any time during treatment with diclofenac. Postmarketing surveillance has reported cases of severe hepatic reactions, including liver necrosis, jaundice, fulminant hepatitis with and without jaundice, and liver failure. Some of these reported cases resulted in fatalities or liver transplantation.

Physicians should measure transaminases periodically in patients receiving long-term therapy with diclofenac, because severe hepatotoxicity may develop without a prodrome of distinguishing symptoms. The optimum times for making the first and subsequent transaminase measurements are not known. Based on clinical trial data and postmarketing experiences, transaminases should be monitored within 4 to 8 weeks after initiating treatment with diclofenac. However, severe hepatic reactions can occur at any time during treatment with diclofenac.

If abnormal liver tests persist or worsen, if clinical signs and/or symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash, abdominal pain, diarrhea, dark urine, etc.), Voltaren should be discontinued immediately.

To minimize the possibility that hepatic injury will become severe between transaminase measurements, physicians should inform patients of the warning signs and symptoms of hepatotoxicity (e.g., nausea, fatigue, lethargy, diarrhea, pruritus, jaundice, right upper quadrant tenderness, and "flu-like" symptoms), and the appropriate action patients should take if these signs and symptoms appear.

To minimize the potential risk for an adverse liver related event in patients treated with Voltaren, the lowest effective dose should be used for the shortest duration possible. Caution should be exercised in prescribing Voltaren with concomitant drugs that are known to be potentially hepatotoxic (e.g., antibiotics, anti-epileptics).

## Anaphylactic Reactions

As with other NSAIDs, anaphylactic reactions may occur both in patients with the aspirin triad and in patients without known sensitivity to NSAIDs or known prior exposure to Voltaren.  Voltaren should not be given to patients with the aspirin triad.  This symptom complex typically occurs in asthmatic patients who experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal bronchospasm after taking aspirin or other NSAIDs. (See CONTRAINDICATIONS and PRECAUTIONS, Preexisting Asthma.)  Anaphylaxis-type reactions have been reported with NSAID products, including with diclofenac products, such as Voltaren.  Emergency help should be sought in cases where an anaphylactic reaction occurs.

### Skin Reactions

NSAIDs, including Voltaren, can cause serious skin adverse events such as exfoliative dermatitis, Stevens-Johnson Syndrome (SJS), and toxic epidermal necrolysis (TEN), which can be fatal. These serious events may occur without warning. Patients should be informed about the signs and symptoms of serious skin manifestations and use of the drug should be discontinued at the first appearance of skin rash or any other sign of hypersensitivity.

### Pregnancy

In late pregnancy, as with other NSAIDs, Voltaren should be avoided because it may cause premature closure of the ductus arteriosus.

## PRECAUTIONS

### General

Voltaren® (diclofenac sodium enteric-coated tablets) cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency. Abrupt discontinuation of corticosteroids may lead to disease exacerbation. Patients on prolonged corticosteroid therapy should have their therapy tapered slowly if a decision is made to discontinue corticosteroids.

The pharmacological activity of Voltaren in reducing fever and inflammation may diminish the utility of these diagnostic signs in detecting complications of presumed noninfectious, painful conditions.

### Hematological Effects

Anemia is sometimes seen in patients receiving NSAIDs, including Voltaren. This may be due to fluid retention, occult or gross GI blood loss, or an incompletely described effect upon erythropoiesis. Patients on long-term treatment with NSAIDs, including Voltaren, should have their hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia.

NSAIDs inhibit platelet aggregation and have been shown to prolong bleeding time in some patients. Unlike aspirin, their effect on platelet function is quantitatively less, of shorter duration, and reversible. Patients receiving Voltaren who may be adversely affected by alterations in platelet function, such as those with coagulation disorders or patients receiving anticoagulants, should be carefully monitored.

### Preexisting Asthma

Patients with asthma may have aspirin-sensitive asthma. The use of aspirin in patients with aspirin-sensitive asthma has been associated with severe bronchospasm which can be fatal. Since cross-reactivity, including bronchospasm, between aspirin and other nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients, Voltaren should not be administered to patients with this form of aspirin sensitivity and should be used with caution in patients with preexisting asthma.

## Information for Patients

**Patients should be informed of the following information before initiating therapy with an NSAID and periodically during the course of ongoing therapy. Patients should also be encouraged to read the NSAID Medication Guide that accompanies each prescription dispensed.**

1.   Voltaren, like other NSAIDs, may cause serious CV side effects, such as MI or stroke, which may result in hospitalization and even death. Although serious CV events can occur without warning symptoms, patients should be alert for the signs and symptoms of chest pain, shortness of breath, weakness, slurring of speech, and should ask for medical advice when observing any indicative sign or symptoms. Patients should be apprised of the importance of this follow-up (see WARNINGS, Cardiovascular Effects).

2.   Voltaren, like other NSAIDs, can cause GI discomfort and, rarely, more serious GI side effects, such as ulcers and bleeding, which may result in hospitalization and even death. Although serious GI tract ulcerations and bleeding can occur without warning symptoms, patients should be alert for the signs and symptoms of ulcerations and bleeding, and should ask for medical advice when observing any indicative sign or symptoms including epigastric pain, dyspepsia, melena, and hematemesis. Patients should be apprised of the importance of this follow-up (see WARNINGS, Gastrointestinal Effects: Risk of Ulceration, Bleeding, and Perforation).

3.   Voltaren, like other NSAIDs, can cause serious skin side effects such as exfoliative dermatitis, SJS, and TEN, which may result in hospitalizations and even death. Although serious skin reactions may occur without warning, patients should be alert for the signs and symptoms of skin rash and blisters, fever, or other signs of hypersensitivity such as itching, and should ask for medical advice when observing any indicative signs or symptoms. Patients should be advised to stop the drug immediately if they develop any type of rash and contact their physicians as soon as possible.

4.   Patients should promptly report signs or symptoms of unexplained weight gain or edema to their physicians.

5.   Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g., nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-like" symptoms). If these occur, patients should be instructed to stop therapy and seek immediate medical therapy (see WARNINGS, Hepatic Effects).

6.   Patients should be informed of the signs of an anaphylactic reaction (e.g., difficulty breathing, swelling of the face or throat).  If these occur, patients should be instructed to seek immediate emergency help (see WARNINGS, Anaphylactic Reactions).

7.   In late pregnancy, as with other NSAIDs, Voltaren should be avoided because it will cause premature closure of the ductus arteriosus.

## Laboratory Tests

Because serious GI tract ulcerations and bleeding can occur without warning symptoms, physicians should monitor for signs or symptoms of GI bleeding.  In patients on long-term treatment with NSAIDs, including Voltaren, the CBC and a chemistry profile (including transaminase levels) should be checked periodically. If clinical signs and

symptoms consistent with liver or renal disease develop, systemic manifestations occur (e.g., eosinophilia, rash, etc.) or if abnormal liver tests persist or worsen, Voltaren should be discontinued.

## Drug Interactions

***Aspirin:*** When Voltaren is administered with aspirin, its protein binding is reduced. The clinical significance of this interaction is not known; however, as with other NSAIDs, concomitant administration of diclofenac and aspirin is not generally recommended because of the potential of increased adverse effects.

***Methotrexate:*** NSAIDs have been reported to competitively inhibit methotrexate accumulation in rabbit kidney slices. This may indicate that they could enhance the toxicity of methotrexate. Caution should be used when NSAIDs are administered concomitantly with methotrexate.

***Cyclosporine:*** Voltaren, like other NSAIDs, may affect renal prostaglandins and increase the toxicity of certain drugs. Therefore, concomitant therapy with Voltaren may increase cyclosporine's nephrotoxicity. Caution should be used when Voltaren is administered concomitantly with cyclosporine.

***ACE Inhibitors:*** Reports suggest that NSAIDs may diminish the antihypertensive effect of ACE inhibitors. This interaction should be given consideration in patients taking NSAIDs concomitantly with ACE inhibitors.

***Furosemide:*** Clinical studies, as well as postmarketing observations, have shown that Voltaren can reduce the natriuretic effect of furosemide and thiazides in some patients. This response has been attributed to inhibition of renal prostaglandin synthesis. During concomitant therapy with NSAIDs, the patient should be observed closely for signs of renal failure (see WARNINGS, Renal Effects), as well as to assure diuretic efficacy.

***Lithium:*** NSAIDs have produced an elevation of plasma lithium levels and a reduction in renal lithium clearance. The mean minimum lithium concentration increased 15% and the renal clearance was decreased by approximately 20%. These effects have been attributed to inhibition of renal prostaglandin synthesis by the NSAID. Thus, when NSAIDs and lithium are administered concurrently, subjects should be observed carefully for signs of lithium toxicity.

***Warfarin:*** The effects of warfarin and NSAIDs on GI bleeding are synergistic, such that users of both drugs together have a risk of serious GI bleeding higher than users of either drug alone.

***CYP2C9 Inhibitors or Inducers:*** Diclofenac is metabolized by cytochrome P450 enzymes, predominantly by CYP2C9. Co-administration of diclofenac with CYP2C9 inhibitors (e.g. voriconazole) may enhance the exposure and toxicity of diclofenac whereas co-administration with CYP2C9 inducers (e.g. rifampin) may lead to compromised efficacy of diclofenac. Use caution when dosing diclofenac with CYP2C9 inhibitors or inducers; a dosage adjustment may be warranted (see CLINICAL PHARMACOLOGY, Pharmacokinetics, *Drug Interactions*).

### Pregnancy

***Teratogenic Effects:*** Pregnancy Category C

Reproductive studies conducted in rats and rabbits have not demonstrated evidence of developmental abnormalities. However, animal reproduction studies are not always predictive of human response. There are no adequate and well-controlled studies in pregnant women.

***Nonteratogenic Effects:*** Because of the known effects of nonsteroidal anti-inflammatory drugs on the fetal cardiovascular system (closure of ductus arteriosus), use during pregnancy (particularly late pregnancy) should be avoided.

### Labor and Delivery

In rat studies with NSAIDs, as with other drugs known to inhibit prostaglandin synthesis, an increased incidence of dystocia, delayed parturition, and decreased pup survival occurred. The effects of Voltaren on labor and delivery in pregnant women are unknown.

### Nursing Mothers

It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from Voltaren, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

### Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

### Geriatric Use

As with any NSAIDs, caution should be exercised in treating the elderly (65 years and older).

## ADVERSE REACTIONS

In patients taking Voltaren® (diclofenac sodium enteric-coated tablets), or other NSAIDs, the most frequently reported adverse experiences occurring in approximately 1%-10% of patients are:

Gastrointestinal experiences including: abdominal pain, constipation, diarrhea, dyspepsia, flatulence, gross bleeding/perforation, heartburn, nausea, GI ulcers (gastric/duodenal) and vomiting.

Abnormal renal function, anemia, dizziness, edema, elevated liver enzymes, headaches, increased bleeding time, pruritus, rashes and tinnitus.

Additional adverse experiences reported occasionally include:

***Body as a Whole:*** fever, infection, sepsis

***Cardiovascular System:*** congestive heart failure, hypertension, tachycardia, syncope

***Digestive System:*** dry mouth, esophagitis, gastric/peptic ulcers, gastritis, gastrointestinal bleeding, glossitis, hematemesis, hepatitis, jaundice

***Hemic and Lymphatic System:*** ecchymosis, eosinophilia, leukopenia, melena, purpura, rectal bleeding, stomatitis, thrombocytopenia

***Metabolic and Nutritional:*** weight changes

***Nervous System:*** anxiety, asthenia, confusion, depression, dream abnormalities, drowsiness, insomnia, malaise, nervousness, paresthesia, somnolence, tremors, vertigo

***Respiratory System:*** asthma, dyspnea

***Skin and Appendages:*** alopecia, photosensitivity, sweating increased

***Special Senses:*** blurred vision

***Urogenital System:*** cystitis, dysuria, hematuria, interstitial nephritis, oliguria/polyuria, proteinuria, renal failure

Other adverse reactions, which occur rarely are:

***Body as a Whole:*** anaphylactic reactions, appetite changes, death

***Cardiovascular System:*** arrhythmia, hypotension, myocardial infarction, palpitations, vasculitis

***Digestive System:*** colitis, eructation, fulminant hepatitis with and without jaundice, liver failure, liver necrosis, pancreatitis.

***Hemic and Lymphatic System:*** agranulocytosis, hemolytic anemia, aplastic anemia, lymphadenopathy, pancytopenia

***Metabolic and Nutritional:*** hyperglycemia

***Nervous System:*** convulsions, coma, hallucinations, meningitis

***Respiratory System:*** respiratory depression, pneumonia

***Skin and Appendages:*** angioedema, toxic epidermal necrolysis, erythema multiforme, exfoliative dermatitis, Stevens-Johnson syndrome, urticaria

***Special Senses:*** conjunctivitis, hearing impairment

## OVERDOSAGE

Symptoms following acute NSAID overdoses are usually limited to lethargy, drowsiness, nausea, vomiting, and epigastric pain, which are generally reversible with supportive care.  Gastrointestinal bleeding can occur. Hypertension, acute renal failure, respiratory depression and coma may occur, but are rare.  Anaphylactoid reactions have been reported with therapeutic ingestion of NSAIDs, and may occur following an overdose.

Patients should be managed by symptomatic and supportive care following a NSAID overdose. There are no specific antidotes. Emesis and/or activated charcoal (60 to 100 g in adults, 1 to 2 g/kg in children) and/or osmotic cathartic may be indicated in patients seen within 4 hours of ingestion with symptoms or following a large overdose (5 to 10 times the usual dose). Forced diuresis, alkalinization of urine, hemodialysis, or hemoperfusion may not be useful due to high protein binding.

## DOSAGE AND ADMINISTRATION

Carefully consider the potential benefits and risks of Voltaren® (diclofenac sodium enteric-coated tablets) and other treatment options before deciding to use Voltaren. Use the lowest effective dose for the shortest duration consistent with individual patient treatment goals (see WARNINGS).

After observing the response to initial therapy with Voltaren, the dose and frequency should be adjusted to suit an individual patient's needs.

For the relief of osteoarthritis, the recommended dosage is 100-150 mg/day in divided doses (50 mg b.i.d. or t.i.d., or 75 mg b.i.d.).

For the relief of rheumatoid arthritis, the recommended dosage is 150-200 mg/day in divided doses (50 mg t.i.d. or q.i.d., or 75 mg b.i.d.).

For the relief of ankylosing spondylitis, the recommended dosage is 100-125 mg/day, administered as 25 mg q.i.d., with an extra 25-mg dose at bedtime if necessary.

Different formulations of diclofenac [Voltaren® (diclofenac sodium enteric-coated tablets); Voltaren®-XR (diclofenac sodium extended-release tablets); Cataflam® (diclofenac potassium immediate-release tablets)] are not necessarily bioequivalent even if the milligram strength is the same.

## HOW SUPPLIED

**Voltaren®** (diclofenac sodium enteric-coated tablets)
**75 mg -** light pink, biconvex, triangular-shaped, enteric-coated tablets (imprinted VOLTAREN 75 on one side in black ink)

Bottles of 100 .......................................................................................... NDC 0028-0264-01

Do not store above 30°C (86°F). Protect from moisture.

*Dispense in tight container (USP).*

**MEDICATION GUIDE FOR NON-STEROIDAL ANTI-INFLAMMATORY DRUGS (NSAIDs)**

(See the end of this Medication Guide for a list of prescription NSAID medicines.)

**What is the most important information I should know about medicines called Non-Steroidal Anti-Inflammatory Drugs (NSAIDs)?**

***NSAID medicines may increase the chance of a heart attack or stroke that can lead to death.***

This chance increases:

- with longer use of NSAID medicines
- in people who have heart disease

***NSAID medicines should never be used right before or after a heart surgery called a "coronary artery bypass graft (CABG)."***

***NSAID medicines can cause ulcers and bleeding in the stomach and intestines at any time during treatment. Ulcers and bleeding:***

- can happen without warning symptoms
- may cause death

**The chance of a person getting an ulcer or bleeding increases with:**

- taking medicines called "corticosteroids" and "anticoagulants"
- longer use
- smoking
- drinking alcohol
- older age
- having poor health

***NSAID medicines should only be used:***

- exactly as prescribed
- at the lowest dose possible for your treatment
- for the shortest time needed

**What are Non-Steroidal Anti-Inflammatory Drugs (NSAIDs)?**

NSAID medicines are used to treat pain and redness, swelling, and heat (inflammation) from medical conditions such as:

- different types of arthritis
- menstrual cramps and other types of short-term pain

**Who should not take a Non-Steroidal Anti-Inflammatory Drug (NSAID)?**

**Do not take an NSAID medicine:**

- if you had an asthma attack, hives, or other allergic reaction with aspirin or any other NSAID medicine
- for pain right before or after heart bypass surgery

**Tell your healthcare provider:**

- about all your medical conditions.
- about all of the medicines you take. NSAIDs and some other medicines can interact with each other and cause serious side effects. Keep a list of your medicines to show to your healthcare provider and pharmacist.
- if you are pregnant. NSAID medicines should not be used by pregnant women late in their pregnancy.
- if you are breastfeeding. Talk to your doctor.

**What are the possible side effects of Non-Steroidal Anti-Inflammatory Drugs (NSAIDs)?**

| **Serious side effects include:** | **Other side effects include:** |
|---|---|
| • heart attack | • stomach pain |

| | |
|---|---|
| • stroke<br>• high blood pressure<br>• heart failure from body swelling (fluid retention)<br>• kidney problems including kidney failure<br>• bleeding and ulcers in the stomach and intestine<br>• low red blood cells (anemia)<br>• life-threatening skin reactions<br>• life-threatening allergic reactions<br>• liver problems including liver failure<br>• asthma attacks in people who have asthma | • constipation<br>• diarrhea<br>• gas<br>• heartburn<br>• nausea<br>• vomiting<br>• dizziness |

**Get emergency help right away if you have any of the following symptoms:**

- shortness of breath or trouble breathing
- chest pain
- weakness in one part or side of your body
- slurred speech
- swelling of the face or throat

**Stop your NSAID medicine and call your healthcare provider right away if you have any of the following symptoms:**

- nausea
- more tired or weaker than usual
- itching
- your skin or eyes look yellow
- stomach pains
- flu-like symptoms
- vomit blood

- there is blood in your bowel movement or it is black and sticky like tar
- unusual weight gain
- skin rash or blisters with fever
- swelling of the arms and legs, hands and feet

These are not all the side effects with NSAID medicines. Talk to your healthcare provider or pharmacist for more information about NSAID medicines. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**Other information about Non-Steroidal Anti-Inflammatory Drugs (NSAIDs)**

- Aspirin is an NSAID medicine but it does not increase the chance of a heart attack. Aspirin can cause bleeding in the brain, stomach, and intestines. Aspirin can also cause ulcers in the stomach and intestines.
- Some of these NSAID medicines are sold in lower doses without a prescription (over the counter). Talk to your healthcare provider before using over the counter NSAIDs for more than 10 days.

**<u>NSAID medicines that need a prescription</u>**

| Generic Name | Tradename |
|---|---|
| Celecoxib | Celebrex |
| Diclofenac | Cataflam, Voltaren, Arthrotec (combined with misoprostol) |
| Diflunisal | Dolobid |
| Etodolac | Lodine, Lodine XL |
| Fenoprofen | Nalfon, Nalfon 200 |
| Flurbirofen | Ansaid |
| Ibuprofen | Motrin, Tab-Profen, Vicoprofen* (combined with hydrocodone), Combunox (combined with oxycodone) |
| Indomethacin | Indocin, Indocin SR, Indo-Lemmon, Indomethagan |
| Ketoprofen | Oruvail |
| Ketorolac | Toradol |
| Mefenamic Acid | Ponstel |
| Meloxicam | Mobic |
| Nabumetone | Relafen |
| Naproxen | Naprosyn, Anaprox, Anaprox DS, EC-Naproxyn, Naprelan, Naprapac (copackaged with lansoprazole) |
| Oxaprozin | Daypro |
| Piroxicam | Feldene |

| | |
|---|---|
| Sulindac | Clinoril |
| Tolmetin | Tolectin, Tolectin DS, Tolectin 600 |

* Vicoprofen contains the same dose of ibuprofen as over-the-counter (OTC) NSAIDs, and is usually used for less than 10 days to treat pain. The OTC NSAID label warns that long term continuous use may increase the risk of heart attack or stroke.

The brands listed are the trademarks or register marks of their respective owners and are not trademarks or register marks of Novartis.

***This Medication Guide has been approved by the U.S. Food and Drug Administration.***

REV: February 2011 ~~T2009-34/T2009-35~~

NOVARTIS

Manufactured by:
Mova Pharmaceuticals Corporation
Caguas, Puerto Rico 00726

Distributed by:
Novartis Pharmaceuticals Corporation
East Hanover, NJ 07936

© Novartis

*Uses*

temporarily relieves the minor aches and pains of muscles and joints associated with: • simple backache • arthritis • sprains • bruises • strains

*Warnings*

For external use only.

**Do not use:** • on wounds or damaged skin • with a heating pad • on a child under 12 years of age with arthritis-like conditions.

**Ask a doctor before use if** • you have redness over the affected area.

**When using this product** • avoid contact with eyes or mucous membranes • do not bandage tightly.

**Stop use and ask a doctor if:** • condition worsens or symptoms persist for more than 7 days • symptoms clear up and occur again within a few days • excessive skin irritation occurs.

**Keep out of reach of children to avoid accidental ingestion.** If swallowed, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

*Directions*

• **use only as directed** • adults and children 12 years of age and older: apply to affected area not more than 3 to 4 times daily • children under 12 years of age: ask a doctor

***Other Information*** • store at 20-25° C (68-77° F) Protect from freezing

***Inactive ingredients***

C12-15 alkyl benzoate, carbomer, cocoglycerides, dimethicone, distearyl ether, edetate disodium, ethylparaben, fragrance, glyceryl laurate, glyceryl stearate, methylparaben, myristyl alcohol, phenoxyethanol, propylparaben, sodium hydroxide, steareth-2, steareth-21, stearyl alcohol, water

**PRECISE™ PAIN RELIEVING PATCH - EXTRA STRENGTH**

***Drug Facts***

***Active ingredients*** .............................................. ***Purpose***
Menthol 5% .............................................. Topical analgesic

*Uses*

PRECISE™ Pain Relieving Heat Patch provide temporary relief of minor muscular and joint aches and pains associated with overexertion, strains, sprains, and arthritis.

*Directions*

Tear open pouch when ready to use. Peel away liner to reveal adhesive side. Place on area of pain with adhesive side toward your skin. Apply firmly. For maximum effectiveness, wear the heat patch for 8 hours. Do not use for more than 8 hours in a 24-hour period. It may take up to 30 minutes for the patch to reach its' therapeutic temperature.

**Do not use:**

If the heat patch is damaged or torn
With medicated lotions, creams, or ointments
On damaged, broken, or sensitive skin
On areas of bruising or swelling that has occurred within 48 hours
On people who are not capable of applying and removing the heat patch themselves, including infants, children 12 and under, and some elderly
On areas of the body where heat cannot be felt
With other forms of heat

**Ask a doctor before use if you have** diabetes, poor circulation, heart disease, rheumatoid arthritis, or are pregnant.

**When using this product:**

Check skin frequently for signs of irritation, burns or blistering – if found, stop use immediately. It is normal to experience slight skin redness after removing the heat patch. If your skin is still red after a few hours, stop using heat patch until the redness goes away completely. If product feels too hot, stop use or wear over clothing. Do not place extra pressure or tight clothing over this product. Do not use for more than 8 hours in a 24-hour period.

**Stop use and call a doctor if:**

You experience any discomfort, burning, swelling, rash, or other changes in your skin that persist where the heat patch is worn. After 7 days, your pain gets worse or remains unchanged, as this may be a sign of a more serious condition.

*Warnings*

Do not use this product while sleeping. Check skin frequently during use. This product has the potential to cause skin irritation or burns. If you find irritation or a burn, remove product immediately. IF YOU ARE 55 OR OLDER, wear the patch over a layer of clothing and not directly against your skin, as your risk of burns increase with age. ***Additional Warnings*** The heat patch contains iron that can be harmful if ingested. If swallowed, rinse mouth with water and call a Poison Control Center immediately. If heat patch contents come in contact with your skin or eyes, rinse with water immediately. To avoid the risk of fire, DO NOT MICROWAVE THIS PRODUCT OR ATTEMPT TO REHEAT. KEEP OUT OF REACH OF CHILDREN AND PETS. FOR EXTERNAL USE ONLY. KEEP AWAY FROM HEAT.

***Other Information***

• store between 20-25° C (68-77° F)

***Inactive ingredients*** carboxymethylcellulose sodium, colloidal silicone dioxide, fragrance, glycerin, kaolin, methyl acrylate/2 - ethylhexyl acrylate copolymer, methylparaben, polyacrylate acid, polysorbate 80, propylparaben, sodium polyacrylate, sodium polyacrylate starch, sorbitan monooleate, sorbitol, tartaric acid, titanium dioxide, water

---

## ST. JOSEPH 81 mg Aspirin — OTC

**ST. JOSEPH 81 mg Adult Low Strength Aspirin Chewable & Enteric Coated Tablets**

*Description*

Active ingredient (in each tablet) — Purpose
Aspirin 81 mg (NSAID)* .............................. pain reliever
*nonsteroidal anti-inflammatory drug

*Uses*

temporarily relieves minor aches and pains

*Directions*

• drink a full glass of water with each dose

| | |
|---|---|
| adults and children 12 years and over | • take 4 to 8 tablets every 4 hours while symptoms last<br>• do not exceed 48 tablets in 24 hours or as directed by a doctor |
| children under 12 years | do not use unless directed by a doctor |

*Warnings*

**Reye's syndrome:** Children and teenagers who have or are recovering from chicken pox or flu-like symptoms should not use this product. When using this product, if changes in behavior with nausea and vomiting occur, consult a doctor because these symptoms could be an early sign of Reye's syndrome, a rare but serious illness.

**Allergy alert:** Aspirin may cause a severe allergic reaction which may include:

• hives • facial swelling • asthma (wheezing) • shock

**Stomach bleeding warning:** This product contains an NSAID, which may cause severe stomach bleeding. The chance is higher if you

- are age 60 or older
- have had stomach ulcers or bleeding problems
- take a blood thinning (anticoagulant) or steroid drug
- take other drugs containing prescription or nonprescription NSAIDs (aspirin, ibuprofen, naproxen, or others)
- have 3 or more alcoholic drinks every day while using this product
- take more or for a longer time than directed

**Do not use**

- if you have ever had an allergic reaction to any pain reliever or fever reducer
- for at least 7 days after tonsillectomy or oral surgery unless directed by a doctor *(chewable tablet only)*

**Ask a doctor before use if**

- the stomach bleeding warning applies to you
- you have a history of stomach problems such as heartburn
- you have high blood pressure, heart disease, liver cirrhosis, or kidney disease
- you have asthma
- you are taking a diuretic

**Ask a doctor or pharmacist before use if you are taking a prescription drug for:**

• gout • diabetes • arthritis

**Stop use and ask a doctor if**

- you experience any of the following signs of stomach bleeding
  - feel faint • vomit blood • have bloody or black stools
  - have stomach pain that does not get better
- allergic reaction occurs
- ringing in the ears or loss of hearing occurs
- pain gets worse or lasts more than 10 days
- new symptoms occur
- redness or swelling is present

This could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. It is especially important not to use ibuprofen during the last 3 months of pregnancy unless definitely directed to do so by a doctor because it may cause problems in the unborn child or complications during delivery.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

***Other information:***

• store between 20–25°C (68–77°F). Avoid high humidity.

***Inactive ingredients:*** *St. Joseph 81 mg Adult Low Strength Aspirin Chewable Tablets:* corn starch, FD&C yellow #6 aluminum lake, flavor, mannitol, pregelatinized starch, saccharin, silicon dioxide, stearic acid.

*Enteric Coated Tablets:* colloidal silicon dioxide, FD&C red #40 dye, FD&C yellow #6 dye, glyceryl monostearate, iron oxide, magnesium stearate, methacrylic acid copolymer, microcrystalline cellulose, pregelatinized starch, propylene glycol, shellac, simethicone, stearic acid, triethyl citrate.

*How Supplied*

*St. Joseph Adult Low Strength Aspirin Chewable Tablets* are round, orange flavored, orange colored tablets that are debossed with the "SJ" logo. Available in: tamper evident bottles of 38 and 108 (Tri-Pack).

*St. Joseph Adult Low Strength Aspirin Enteric Coated Tablets* are round, pink-coated tablets that are printed with the "StJ" logo. Available in: tamper evident bottles of 36, 100, 180 and 300.

***Comprehensive Prescribing Information***

***Description***

St. Joseph Adult Low Strength Aspirin Chewable & Enteric Coated Tablets (acetylsalicylic acid) are available in 81 mg for oral administration. Aspirin is an odorless white, needle-like crystalline or powdery substance. When exposed to moisture, aspirin hydrolyzes into salicylic and acetic acids, and gives off a vinegary-odor. It is highly lipid soluble and slightly soluble in water.

***Clinical Pharmacology***

**Mechanism of Action:** Aspirin is a more potent inhibitor of both prostaglandin synthesis and platelet aggregation than other salicylic acid derivatives. The differences in activity between aspirin and salicylic acid are thought to be due to the acetyl group on the aspirin molecule. This acetyl group is responsible for the inactivation of cyclo-oxygenase via acetylation.

Pharmacokinetics: Absorption: In general, immediate release aspirin is well and completely absorbed from the gastrointestinal (GI) tract. Following absorption, aspirin is hydrolyzed to salicylic acid with peak plasma levels of salicylic acid occurring within 1–2 hours of dosing (see Pharmacokinetics—Metabolism). The rate of absorption from the GI tract is dependent upon the dosage form, the presence or absence of food, gastric pH (the presence or absence of GI antacids or buffering agents), and other physiologic factors. Enteric coated aspirin products are erratically absorbed from the GI tract.

Distribution: Salicylic acid is widely distributed to all tissues and fluids in the body including the central nervous system (CNS), breast milk, and fetal tissues. The highest concentrations are found in the plasma, liver, renal cortex, heart, and lungs. The protein binding of salicylate is concentration-dependent, i.e., nonlinear. At low concentrations (<100 micrograms/milliliter µg/mL), approximately 90 percent of plasma salicylate is bound to albumin while at higher concentrations (400 µg/mL), only about 75 percent is bound. The early signs of salicylic overdose (salicylism), including tinnitus (ringing in the ears), occur at plasma concentrations approximating 200 µg/mL. Severe toxic effects are associated with levels 400 µg/mL. (See Adverse Reactions and Overdosage.)

Metabolism: Aspirin is rapidly hydrolyzed in the plasma to salicylic acid such that plasma levels of aspirin are essentially undetectable 1–2 hours after dosing. Salicylic acid is primarily conjugated in the liver to form salicyluric acid, a phenolic glucuronide, an acyl glucuronide, and a number of minor metabolites. Salicylic acid has a plasma half-life of approximately 6 hours. Salicylate metabolism is saturable and total body clearance decreases at higher serum concentrations due to the limited ability of the liver to form both salicyluric acid and phenolic glucuronide. Following toxic doses (10–20 grams (g)), the plasma half-life may be increased to over 20 hours.

Elimination: The elimination of salicylic acid follows zero order pharmacokinetics; (i.e., the rate of drug elimination is constant in relation to plasma concentration). Renal excretion of unchanged drug depends upon urine pH. As urinary pH rises above 6.5, the renal clearance of free salicylate increases from <5 percent to 80 percent. Alkalinization of the urine is a key concept in the management of salicylate overdose. (See Overdosage.) Following therapeutic doses, approximately 10 percent is found excreted in the urine as salicylic acid, 75 percent as salicyluric acid, and 10 percent phenolic and 5 percent acyl glucuronides of salicylic acid.

Pharmacodynamics: Aspirin affects platelet aggregation by irreversibly inhibiting prostaglandin cyclo-oxygenase. The effect lasts for the life of the platelet and prevents the formation of the platelet aggregating factor thromboxane A2. Nonacetylated salicylates do not inhibit this enzyme and have no effect on platelet aggregation. At somewhat higher doses, aspirin reversibly inhibits the formation of prostaglandin I2 (prostacyclin), which is an arterial vasodilator and inhibits platelet aggregation.

At higher doses, aspirin is an effective anti-inflammatory agent, partially due to inhibition of inflammatory mediators via cyclo-oxygenase inhibition in peripheral tissues. In vitro studies suggest that other mediators of inflammation may also be suppressed by aspirin administration, although the precise mechanism of action has not been elucidated. It is this nonspecific suppression of cyclo-oxygenase activity in peripheral tissues following large doses that leads to its primary side effect of gastric irritation. (See Adverse Reactions.)

***Clinical Studies***

Ischemic Stroke and Transient Ischemic Attack (TIA): In clinical trials of subjects with TIA's due to fibrin platelet emboli or ischemic stroke, aspirin has been shown to significantly reduce the risk of the combined endpoint of stroke or death and the combined endpoint of TIA, stroke, or death by about 13–18 percent.

Suspected Acute Myocardial Infarction (MI): In a large, multi-center study of aspirin, streptokinase, and the combination of aspirin and streptokinase in 17,187 patients with suspected acute MI, aspirin treatment produced a 23-percent reduction in the risk of vascular mortality. Aspirin was also shown to have an additional benefit in patients given a thrombolytic agent.

Prevention of Recurrent MI and Unstable Angina Pectoris: These indications are supported by the results of six large, randomized, multi-center, placebo-controlled trials of predominantly male post-MI subjects and one randomized placebo-controlled study of men with unstable angina pectoris. Aspirin therapy in MI subjects was associated with a significant reduction (about 20 percent) in the risk of the combined endpoint of subsequent death and/or nonfatal reinfarction in these patients. In aspirin-treated unstable angina patients, the event rate was reduced to 5 percent from the 10 percent rate in the placebo group.

Chronic Stable Angina Pectoris: In a randomized, multi-center, double-blind trial designed to assess the role of aspirin for prevention of MI in patients with chronic stable angina pectoris, aspirin significantly reduced the primary combined endpoint of nonfatal MI, fatal MI, and sudden death by 34 percent. The secondary endpoint for vascular events (first occurrence of MI, stroke, or vascular death) was also significantly reduced (32 percent).

Revascularization Procedures: Most patients who undergo coronary artery revascularization procedures have already had symptomatic coronary artery disease for which aspirin is indicated. Similarly, patients with lesions of the carotid bifurcation sufficient to require carotid endarterectomy are likely to have had a precedent event. Aspirin is recommended for patients who undergo revascularization procedures if there is a preexisting condition for which aspirin is already indicated.

Rheumatologic Diseases: In clinical studies in patients with rheumatoid arthritis, juvenile rheumatoid arthritis, ankylosing spondylitis and osteoarthritis, aspirin has been shown to be effective in controlling various indices of clinical disease activity.

***Animal Toxicology***

The acute oral 50 percent lethal dose in rats is about 1.5 g/kilogram (kg) and in mice 1.1 g/kg. Renal papillary necrosis and decreased urinary concentrating ability occur in rodents chronically administered high doses. Dose-dependent gastric mucosal injury occurs in rats and humans. Mammals may develop aspirin toxicosis associated with GI symptoms, circulatory effects, and central nervous system depression. (See Overdosage.)

***Indications and Usage***

Vascular Indications (Ischemic Stroke, TIA, Acute MI, Prevention of Recurrent MI, Unstable Angina Pectoris, and Chronic Stable Angina Pectoris): Aspirin is indicated to: (1) Reduce the combined risk of death and nonfatal stroke in patients who have had ischemic stroke or transient ischemia of the brain due to fibrin platelet emboli, (2) reduce the risk of vascular mortality in patients with a suspected acute MI, (3) reduce the combined risk of death and nonfatal MI in patients with a previous MI or unstable angina pectoris, and (4) reduce the combined risk of MI and sudden death in patients with chronic stable angina pectoris.

Revascularization Procedures (Coronary Artery Bypass Graft (CABG), Percutaneous Transminase Coronary Angioplasty (PTCA), and Carotid Endarterectomy): Aspirin is indicated in patients who have undergone revascularization procedures (i.e., CABG, PTCA, or carotid endarterectomy) when there is a preexisting condition for which aspirin is already indicated.

Rheumatologic Disease Indications (Rheumatoid Arthritis, Juvenile Rheumatoid Arthritis, Spondyloarthropathies, Osteoarthritis, and the Arthritis and Pleurisy of Systemic Lupus Erythematosus (SLE)): Aspirin is indicated for the relief of the signs and symptoms of rheumatoid arthritis, juvenile rheumatoid arthritis, osteoarthritis, spondyloarthopathies, and arthritis and pleurisy associated with SLE.

***Contraindications***

Allergy: Aspirin is contraindicated in patients with known allergy to nonsteroidal anti-inflammatory drug products and in patients with the syndrome of asthma, rhinitis, and nasal polyps. Aspirin may cause severe urticaria, angioedema, or bronchospasm (asthma).

Reye's Syndrome: Aspirin should not be used in children or teenagers for viral infections, with or without fever, because of the risk of Reye's syndrome with concomitant use of aspirin in certain viral illnesses.

***Warnings***

Alcohol Warning: Patients who consume three or more alcoholic drinks every day should be counseled about the bleeding risks involved with chronic, heavy alcohol use while taking aspirin.

Coagulation Abnormalities: Even low doses of aspirin can inhibit platelet function leading to an increase in bleeding time. This can adversely affect patients with inherited (hemophilia) or acquired (liver disease or vitamin K deficiency) bleeding disorders.

GI Side Effects: GI side effects include stomach pain, heartburn, nausea, vomiting, and gross GI bleeding. Although minor upper GI symptoms, such as dyspepsia, are common and can occur anytime during therapy, physicians should remain alert for signs of ulceration and bleeding, even in the absence of previous GI symptoms. Physicians should inform patients about the signs and symptoms of GI side effects and what steps to take if they occur.

Peptic Ulcer Disease: Patients with a history of active peptic ulcer disease should avoid using aspirin, which can cause gastric mucosal irritation and bleeding.

***Precautions***

**General:** Renal Failure: Avoid aspirin in patients with severe renal failure (glomerular filtration rate less than 10 mL/minute)

Hepatic Insufficiency: Avoid aspirin in patients with severe hepatic insufficiency.

Sodium Restricted Diets: Patients with sodium-retaining states, such as congestive heart failure or renal failure, should avoid sodium-containing buffered aspirin preparations because of their high sodium content.

Laboratory Tests: Aspirin has been associated with elevated hepatic enzymes, blood urea nitrogen, serum creatinine, hyperkalemia, proteinuria, and prolonged bleeding time.

Drug Interactions: Angiotensin Converting Enzyme (ACE) Inhibitors: The hyponatremic and hypotensive effects of ACE inhibitors may be diminished by the concomitant administration of aspirin due to its indirect effect on the renin-angiotensin conversion pathway.

Acetazolamide: Concurrent use of aspirin and acetazolamide can lead to high serum concentrations of acetazolamide (and toxicity) due to competition at the renal tubule for secretion.

Anticoagulant Therapy (Heparin and Warfarin): Patients on anticoagulation therapy are at increased risk for bleeding because of drug-drug interactions and the effect on platelets. Aspirin can displace warfarin from protein binding sites, leading to prolongation of both the prothrombin time and the bleeding time. Aspirin can increase the anticoagulant activity of heparin, increasing bleeding risk.

Anticonvulsants: Salicylate can displace protein-bound phenytoin and valproic acid, leading to a decrease in the total concentration of phenytoin and an increase in serum valproic acid levels.

Beta Blockers: The hypotensive effects of beta blockers may be diminished by the concomitant administration of aspirin due to inhibition of renal prostaglandins, leading to decreased renal blood flow, and salt and fluid retention.

Diuretics: The effectiveness of diuretics in patients with underlying renal or cardiovascular disease may be diminished by the concomitant administration of aspirin due to inhibition of renal prostaglandins, leading to decreased renal blood flow and salt and fluid retention.

Methotrexate: Salicylate can inhibit renal clearance of methotrexate, leading to bone marrow toxicity, especially in the elderly or renal impaired.

Nonsteroidal Anti-Inflammatory Drugs (NSAID's): The concurrent use of aspirin with other NSAID's should be avoided because this may increase bleeding or lead to decreased renal function.

Oral Hypoglycemics: Moderate doses of aspirin may increase the effectiveness of oral hypoglycemic drugs, leading to hypoglycemia.

Uricosuric Agents (Probenecid and Sulfinpyrazone): Salicylates antagonize the uricosuric action of uricosuric agents.

Carcinogenesis, Mutagenesis, Impairment of Fertility: Administration of aspirin for 68 weeks at 0.5 percent in the feed of rats was not carcinogenic. In the Ames Salmonella assay, aspirin was not mutagenic; however, aspirin did induce chromosome aberrations in cultured human fibroblasts. Aspirin inhibits ovulation in rats. (See Pregnancy.)

Pregnancy: Pregnant women should only take aspirin if clearly needed. Because of the known effects of NSAID's on the fetal cardiovascular system (closure of the ductus arteriosus), use during the third trimester of pregnancy should be avoided. Salicylate products have also been associated with alterations in maternal and neonatal hemostasis mechanisms, decreased birth weight, and with perinatal mortality.

Labor and Delivery: Aspirin should be avoided 1 week prior to and during labor and delivery because it can result in excessive blood loss at delivery. Prolonged gestation and labor due to prostaglandin inhibition have been reported.

Nursing Mothers: Nursing mothers should avoid using aspirin because salicylate is excreted in breast milk. Use of high doses may lead to rashes, platelet abnormalities, and bleeding in nursing infants.

Pediatric Use: Pediatric dosing recommendations for juvenile rheumatoid arthritis are based on well-controlled clinical studies. An initial dose of 90–130 mg/kg/day in divided doses, with an increase as needed for anti-inflammatory efficacy (target plasma salicylate levels of 150–300 μg/mL) are effective. At high doses (i.e., plasma levels of greater than 200 μg/mL), the incidence of toxicity increases.

***Adverse Reactions***

Many adverse reactions due to aspirin ingestion are dose-related. The following is a list of adverse reactions that have been reported in the literature. (See Warnings.)

Body as a Whole: Fever, hypothermia, thirst.

Cardiovascular: Dysrhythmias, hypotension, tachycardia.

Central Nervous System: Agitation, cerebral edema, coma, confusion, dizziness, headache, subdural or intracranial hemorrhage, lethargy, seizures.

Fluid and Electrolyte: Dehydration, hyperkalemia, metabolic acidosis, respiratory alkalosis.

Gastrointestinal: Dyspepsia, GI bleeding, ulceration and perforation, nausea, vomiting, transient elevations of hepatic enzymes, hepatitis, Reye's Syndrome, pancreatitis.

Hematologic: Prolonged prothrombin time, disseminated intravascular coagulation, coagulopathy, thrombocytopenia.

Hypersensitivity: Acute anaphylaxis, angioedema, asthma, bronchospasm, laryngeal edema, urticaria.

Musculoskeletal: Rhabdomyolysis.

Metabolism: Hypoglycemia (in children), hyperglycemia.

Reproductive: Prolonged pregnancy and labor, stillbirths, lower birth weight infants, antepartum and postpartum bleeding.

Special Senses: Hearing loss, tinnitus. Patients with high frequency hearing loss may have difficulty perceiving tinnitus. In these patients, tinnitus cannot be used as a clinical indicator of salicylism.

Urogenital: Interstitial nephritis, papillary necrosis, proteinuria, renal insufficiency and failure.

***Drug Abuse and Dependence***

Aspirin is nonnarcotic. There is no known potential for addiction associated with the use of aspirin.

***Overdosage***

Salicylate toxicity may result from acute ingestion (overdose) or chronic intoxication. The early signs of salicylic overdose (salicylism), including tinnitus (ringing in the ears), occur at plasma concentrations approaching 200 μg/mL. Plasma concentrations of aspirin above 300 μg/mL are clearly toxic. Severe toxic effects are associated with levels above 400 μg/mL (See Clinical Pharmacology.) A single lethal dose of aspirin in adults is not known with certainty but death may be expected at 30 g. For real or suspected overdose, a Poison Control Center should be contacted immediately. Careful medical management is essential.

Signs and Symptoms: In acute overdose, severe acid-base and electrolyte disturbances may occur and are complicated by hyperthermia and dehydration. Respiratory alkalosis occurs early while hyperventilation is present, but is quickly followed by metabolic acidosis.

Treatment: Treatment consists primarily of supporting vital functions, increasing salicylate elimination, and correcting the acid-base disturbance. Gastric emptying and/or lavage is recommended as soon as possible after ingestion, even if the patient has vomited spontaneously. After lavage and/or emesis, administration of activated charcoal, as a slurry, is beneficial, if less than 3 hours have passed since ingestion. Charcoal adsorption should not be employed prior to emesis and lavage. Severity of aspirin intoxication is determined by measuring the blood salicylate level. Acid-base status should be closely followed with serial blood gas and serum pH measurements. Fluid and electrolyte balance should also be maintained. In severe cases, hyperthermia and hypovolemia are the major immediate threats to life. Children should be sponged with tepid water. Replacement fluids should be administered intravenously and augmented with correction of acidosis. Plasma electrolytes and pH should be monitored to promote alkaline diuresis of salicylate if renal function is normal. Infusion of glucose may be required to control hypoglycemia. Hemodialysis and peritoneal dialysis can be performed to reduce the body drug content. In patients with renal insufficiency or in cases of life-threatening intoxication, dialysis is usually required. Exchange transfusion may be indicated in infants and young children.

*Dosage and Administration*

Each dose of aspirin should be taken with a full glass of water unless the patient is fluid restricted. Anti-inflammatory and analgesic dosages should be individualized.

Ischemic Stroke and TIA: 50–325 mg once a day. Continue therapy indefinitely

Suspected Acute MI: The initial dose of 160–162.5 mg is administered as soon as an MI is suspected. The maintenance dose of 160–162.5 mg a day is continued for 30 days post-infarction. After 30 days, consider further therapy based on dosage and administration for prevention of recurrent MI.

Prevention of Recurrent MI: 75–325 mg once a day. Continue therapy indefinitely.

Unstable Angina Pectoris: 75–325 mg once a day. Continue therapy indefinitely.

Chronic Stable Angina Pectoris: 75–325 mg once a day. Continue therapy indefinitely.

CABG: 325 mg daily starting 6 hours post-procedure. Continue therapy for 1 year post-procedure.

PTCA: The initial dose of 325 mg daily should be given 2 hours pre-surgery. Maintenance dose is 160–325 mg daily. Continue therapy indefinitely.

Carotid Endarterectomy: Doses of 80 mg once daily to 650 mg twice daily, started presurgery, are recommended. Continue therapy indefinitely.

Rheumatoid Arthritis: The initial dose is 3 g a day in divided doses. Increase as needed for anti-inflammatory efficacy with target plasma salicylate levels of 150–300 µg/mL. At high doses (i.e., plasma levels of greater than 200 µg/mL), the incidence of toxicity increases.

Juvenile Rheumatoid Arthritis: Initial dose is 90–130 mg/kg/day in divided doses. Increase as needed for anti-inflammatory efficacy with target plasma salicylate levels of 150–300 µg/mL. At high doses (i.e., plasma levels of greater than 200 µg/mL), the incidence of toxicity increases.

Spondyloarthropathies: Up to 4 g per day in divided doses.

Osteoarthritis: Up to 3 g per day in divided doses.

Arthritis and Pleurisy of SLE: The initial dose is 3 g a day in divided doses. Increase as needed for anti-inflammatory efficacy with target plasma salicylate levels of 150–300 µg/mL. At high doses (i.e., plasma levels of greater than 200 µg/mL), the incidence of toxicity increases.

## CHILDREN'S SUDAFED® NON-DROWSY NASAL DECONGESTANT LIQUID — OTC

***Active ingredient (in each 5 mL*)*** — **Purpose**

Pseudoephedrine HCl 15 mg ............... Nasal decongestant

*5 mL = one tspful

***Uses***

- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies
- temporarily relieves sinus congestion and pressure
- promotes nasal and/or sinus drainage

***Warnings***

**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**

- heart disease • high blood pressure • thyroid disease
- diabetes

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**

- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

***Directions***

- find right dose on chart
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.
- if needed, repeat dose every 4 to 6 hours
- do not use more than 4 times in 24 hours

| Age (yr) | Dose (tsp or 5 mL) |
|---|---|
| under 4 years | do not use |
| 4 to 5 years | 1 teaspoonful (5 mL) |
| 6 to 11 years | 2 teaspoonfuls (10 mL) |

**Attention:** use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

***Other information***

- each teaspoonful contains: **sodium 5 mg**
- store between 20–25°C (68–77°F)

***Inactive ingredients*** anhydrous citric acid, edetate disodium, FD&C blue # 1, FD&C red # 40, flavor, glycerin, menthol, poloxamer 407, polyethylene glycol, povidone K-90, purified water, saccharin sodium, sodium benzoate, sodium citrate, sorbitol solution

## CHILDREN'S SUDAFED PE® NASAL DECONGESTANT LIQUID — OTC

***Active ingredient (in each 5 mL*)*** — ***Purpose***

Phenylephrine HCl 2.5 mg .................. Nasal decongestant

*5 mL = one teaspoonful

***Use*** temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

***Warnings***

**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**

- heart disease
- high blood pressure
- thyroid disease
- diabetes
- a sodium-restricted diet

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**

- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

***Directions***

- find right dose on chart
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.
- if needed, repeat every 4 hours
- do not use more than 6 times in 24 hours

| Age (yr) | Dose (tsp or mL) |
|---|---|
| under 4 years | do not use |
| 4 to 5 years | 1 teaspoonful (5 mL) |
| 6 to 11 years | 2 teaspoonfuls (10 mL) |

**Attention:** use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

***Other information***

- each teaspoonful contains: **sodium 14 mg**
- store between 20°-25°C (68°-77°F). Protect from light. Store in outer container until contents are used.

***Inactive ingredients*** carboxymethylcellulose sodium, citric acid, edetate disodium, FD&C red # 40, flavors, glycerin, sodium benzoate, sodium citrate, sorbitol, sucralose, water

## SUDAFED® CONGESTION TABLETS — OTC

***Active ingredient (in each tablet)*** — ***Purpose***

Pseudoephedrine HCl 30 mg ............... Nasal decongestant

***Uses***

- temporarily relieves sinus congestion and pressure
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

***Warnings***

**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**

- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**

- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

***Directions***

| | |
|---|---|
| adults and children 12 years and over | • take 2 tablets every 4 to 6 hours • do not take more than 8 tablets in 24 hours |
| children ages 6 to 11 years | • take 1 tablet every 4 to 6 hours • do not take more than 4 tablets in 24 hours |
| children under 6 years | do not use this product in children under 6 years of age |

***Other information***

- store between 20–25°C (68–77°F)

***Inactive ingredients*** carnauba wax, colloidal silicon dioxide, D&C yellow #10 aluminum lake, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, iron oxide, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, pregelatinized starch, shellac, sodium starch glycolate, talc, titanium dioxide

## SUDAFED PE® CONGESTION — OTC

***Drug Facts***

***Active ingredient (in each tablet)*** — ***Purpose***

Phenylephrine HCl 10 mg .................. Nasal decongestant

***Uses***

- temporarily relieves sinus congestion and pressure
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

***Warnings***

**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**

- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**

- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

***Directions***

| | |
|---|---|
| adults and children 12 years of age and over | • take 1 tablet every 4 hours • do not take more than 6 tablets in 24 hours |
| children under 12 years | • do not use this product in children under 12 years of age |

***Other information***

- store between 20-25° C (68-77° F)

***Inactive ingredients*** carnauba wax, corn starch, D & C yellow # 10 aluminum lake, FD&C red # 40 aluminum lake, FD&C yellow # 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, powdered cellulose, pregelatinized starch, sodium starch glycolate, talc, titanium dioxide.

- Put used and empty ORENCIA (abatacept) prefilled syringes in a biohazard container made specifically for disposing of used syringes (called a "sharps" container) or in a hard plastic container with a screw-on cap (such as an empty detergent bottle) or in a metal container with a plastic lid (such as a coffee can). Sharps containers can be purchased at your local pharmacy or many retail outlets.
- When the container is full, tape around the cap or lid to make sure the cap or lid does not come off.
- **Keep ORENCIA prefilled syringes and the disposal container out of the reach of children.**

**Record your Injection**

- Write the date, time, and specific part of your body where you injected yourself. It may also be helpful to write any questions or concerns about the injection so you can ask your healthcare provider.

**If you have questions or concerns about your ORENCIA prefilled syringe, please contact a healthcare provider familiar with ORENCIA or call our toll-free help line at 1-800-ORENCIA (1-800-673-6242).**

**Frequently Asked Questions**

**Injecting with the ORENCIA prefilled syringe**

**I feel a little bit of burning or pain during injection. Is this normal?**

- When giving yourself an injection, you may feel a prick from the needle. Sometimes, the medicine can cause slight irritation near the injection site. This may happen and the discomfort should be mild to moderate. If you have any side effects, including pain, swelling, or discoloration near the injection site, contact your healthcare provider.

**Traveling with ORENCIA prefilled syringes**

**How should I keep my prefilled syringes cool while traveling?**

- If you need to take your prefilled syringes with you, store them in a cool carrier between 36°F to 46°F (2°C to 8°C) until you are ready to use.
- **Do not** freeze ORENCIA.
- Keep ORENCIA in the original carton and protected from light. Your healthcare provider may know about special carrying cases for injectable medicines.

**Can I take my prefilled syringes on an airplane?**

- Generally you are allowed to carry ORENCIA prefilled syringes with you on an airplane. **Be sure to carry the prefilled syringes with you on board the plane, and do not put them in your "checked" luggage.** You should carry ORENCIA prefilled syringes with you in your travel cooler at a temperature of 36°F to 46°F (2°C to 8°C) until you are ready to use.
- Keep ORENCIA in the original carton, with its original preprinted labels and protected from light.

**What if my syringe does not stay cool for an extended period of time? Is it dangerous to use?**

- Contact 1-800-ORENCIA (1-800-673-6242) for details.

**If you have questions or concerns about your ORENCIA prefilled syringe, please contact a healthcare provider familiar with ORENCIA or call our toll-free help line at 1-800-ORENCIA (1-800-673-6242).**

Bristol-Myers Squibb
Princeton, NJ 08543 USA

This Instructions for Use has been approved by the U.S. Food and Drug Administration.

All other trademarks are property of their respective companies.

1292618/1294018 Rev July 2011

*Shown in Product Identification Guide, page 306*

---

## PLAVIX ℞

[*Plav-iks*]
**(clopidogrel bisulfate)**
**tablets**

**HIGHLIGHTS OF PRESCRIBING INFORMATION**

**These highlights do not include all the information needed to use PLAVIX safely and effectively. See full prescribing information for PLAVIX.**

**PLAVIX (clopidogrel bisulfate) tablets**
**Initial U.S. Approval: 1997**

**WARNING: DIMINISHED EFFECTIVENESS IN POOR METABOLIZERS**

***See full prescribing information for complete boxed warning.***

- **Effectiveness of Plavix depends on activation to an active metabolite by the cytochrome P450 (CYP) system, principally CYP2C19. (5.1)**
- **Poor metabolizers treated with Plavix at recommended doses exhibit higher cardiovascular event rates following acute coronary syndrome (ACS) or percutaneous coronary intervention (PCI) than patients with normal CYP2C19 function. (12.5)**
- **Tests are available to identify a patient's CYP2C19 genotype and can be used as an aid in determining therapeutic strategy. (12.5)**
- **Consider alternative treatment or treatment strategies in patients identified as CYP2C19 poor metabolizers. (2.3, 5.1)**

### RECENT MAJOR CHANGES

| | |
|---|---|
| Dosage and Administration (2.3, 2.4) | 08/2010 |
| Warnings and Precautions (5.1, 5.2, 5.3) | 08/2010 |

### INDICATIONS AND USAGE

Plavix is a $P2Y_{12}$ platelet inhibitor indicated for:

- Acute coronary syndrome
  - For patients with non-ST-segment elevation ACS [unstable angina (UA)/non-ST-elevation myocardial infarction (NSTEMI)] including patients who are to be managed medically and those who are to be managed with coronary revascularization, Plavix (clopidogrel bisulfate) has been shown to decrease the rate of a combined endpoint of cardiovascular death, myocardial infarction (MI), or stroke as well as the rate of a combined endpoint of cardiovascular death, MI, stroke, or refractory ischemia. (1.1)
  - For patients with ST-elevation myocardial infarction (STEMI), Plavix has been shown to reduce the rate of death from any cause and the rate of a combined endpoint of death, re-infarction, or stroke. The benefit for patients who undergo primary PCI is unknown. (1.1)
- Recent myocardial infarction (MI), recent stroke, or established peripheral arterial disease. Plavix has been shown to reduce the combined endpoint of new ischemic stroke (fatal or not), new MI (fatal or not), and other vascular death. (1.2)

### DOSAGE AND ADMINISTRATION

- Acute coronary syndrome (2.1)
  - Non-ST-segment elevation ACS (UA/NSTEMI): 300 mg loading dose followed by 75 mg once daily, in combination with aspirin (75–325 mg once daily)
  - STEMI: 75 mg once daily, in combination with aspirin (75–325 mg once daily), with or without a loading dose and with or without thrombolytics
- Recent MI, recent stroke, or established peripheral arterial disease: 75 mg once daily (2.2)

### DOSAGE FORMS AND STRENGTHS

Tablets: 75 mg, 300 mg (3)

### CONTRAINDICATIONS

- Active pathological bleeding, such as peptic ulcer or intracranial hemorrhage (4.1)
- Hypersensitivity to clopidogrel or any component of the product (4.2)

### WARNINGS AND PRECAUTIONS

- Reduced effectiveness in impaired CYP2C19 function: Avoid concomitant use with drugs that are strong or moderate CYP2C19 inhibitors (e.g., omeprazole). (5.1)
- Bleeding: Plavix increases risk of bleeding. Discontinue 5 days prior to elective surgery. (5.2)
- Discontinuation of Plavix: Premature discontinuation increases risk of cardiovascular events. (5.3)
- Recent transient ischemic attack or stroke: Combination use of Plavix and aspirin in these patients was not shown to be more effective than Plavix alone, but was shown to increase major bleeding. (5.4)
- Thrombotic thrombocytopenic purpura (TTP): TTP has been reported with Plavix, including fatal cases. (5.5)

### ADVERSE REACTIONS

Bleeding, including life-threatening and fatal bleeding, is the most commonly reported adverse reaction. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Bristol-Myers Squibb/Sanofi Pharmaceuticals Partnership at 1-800-633-1610 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

### DRUG INTERACTIONS

- Nonsteroidal anti-inflammatory drugs (NSAIDs): Combination use increases risk of gastrointestinal bleeding. (7.2)
- Warfarin: Combination use increases risk of bleeding. (7.3)

### USE IN SPECIFIC POPULATIONS

Nursing mothers: Discontinue drug or nursing, taking into consideration importance of drug to mother. (8.3)

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide**

**Revised: 05/2011**

**FULL PRESCRIBING INFORMATION: CONTENTS***

WARNING: DIMINISHED EFFECTIVENESS IN POOR METABOLIZERS
1 INDICATIONS AND USAGE
1.1 Acute Coronary Syndrome (ACS)
1.2 Recent MI, Recent Stroke, or Established Peripheral Arterial Disease
2 DOSAGE AND ADMINISTRATION
2.1 Acute Coronary Syndrome
2.2 Recent MI, Recent Stroke, or Established Peripheral Arterial Disease
2.3 CYP2C19 Poor Metabolizers
2.4 Use with Proton Pump Inhibitors (PPI)
3 DOSAGE FORMS AND STRENGTHS
4 CONTRAINDICATIONS
4.1 Active Bleeding
4.2 Hypersensitivity
5 WARNINGS AND PRECAUTIONS
5.1 Diminished Antiplatelet Activity Due to Impaired CYP2C19 Function
5.2 General Risk of Bleeding
5.3 Discontinuation of Plavix
5.4 Patients with Recent Transient Ischemic Attack (TIA) or Stroke
5.5 Thrombotic Thrombocytopenic Purpura (TTP)
6 ADVERSE REACTIONS
6.1 Clinical Studies Experience
6.2 Postmarketing Experience
7 DRUG INTERACTIONS
7.1 CYP2C19 Inhibitors
7.2 Nonsteroidal Anti-Inflammatory Drugs (NSAIDs)
7.3 Warfarin (CYP2C9 Substrates)
8 USE IN SPECIFIC POPULATIONS
8.1 Pregnancy
8.3 Nursing Mothers
8.4 Pediatric Use
8.5 Geriatric Use
8.6 Renal Impairment
8.7 Hepatic Impairment
10 OVERDOSAGE
11 DESCRIPTION
12 CLINICAL PHARMACOLOGY
12.1 Mechanism of Action
12.2 Pharmacodynamics
12.3 Pharmacokinetics
12.5 Pharmacogenomics
13 NONCLINICAL TOXICOLOGY
13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
14 CLINICAL STUDIES
14.1 Acute Coronary Syndrome
14.2 Recent Myocardial Infarction, Recent Stroke, or Established Peripheral Arterial Disease
14.3 Lack of Established Benefit of Plavix plus Aspirin in Patients with Multiple Risk Factors or Established Vascular Disease
16 HOW SUPPLIED/STORAGE AND HANDLING
17 PATIENT COUNSELING INFORMATION
17.1 Benefits and Risks
17.2 Bleeding
17.3 Other Signs and Symptoms Requiring Medical Attention
17.4 Invasive Procedures
17.5 Concomitant Medications
17.6 Medication Guide

*** Sections or subsections omitted from the full prescribing information are not listed**

**FULL PRESCRIBING INFORMATION**

**WARNING: DIMINISHED EFFECTIVENESS IN POOR METABOLIZERS**

**The effectiveness of Plavix (clopidogrel bisulfate) is dependent on its activation to an active metabolite by the cytochrome P450 (CYP) system, principally CYP2C19 *[see Warnings and Precautions (5.1)]*. Plavix at recommended doses forms less of that metabolite and has a smaller effect on platelet function in patients who are CYP2C19 poor metabolizers. Poor metabolizers with acute coronary syndrome or undergoing percutaneous coronary intervention treated with Plavix at recommended doses exhibit higher cardiovascular event rates than do patients with normal CYP2C19 function. Tests are available to identify a patient's CYP2C19 genotype; these tests can be used as an aid in determining therapeutic strategy *[see Clinical Pharmacology (12.5)]*. Consider alternative treatment or treatment strategies in patients identified as CYP2C19 poor metabolizers *[see Dosage and Administration (2.3)]*.**

## 1 INDICATIONS AND USAGE

### 1.1 Acute Coronary Syndrome (ACS)

- For patients with non-ST-segment elevation ACS [unstable angina (UA)/non-ST-elevation myocardial infarction (NSTEMI)], including patients who are to be managed medically and those who are to be managed with coronary revascularization, Plavix has been shown to decrease the rate of a combined endpoint of cardiovascular death, myocardial infarction (MI), or stroke as well as the rate of a combined endpoint of cardiovascular death, MI, stroke, or refractory ischemia.

**Table 1: CURE Incidence of Bleeding Complications (% patients)**

| Event | Plavix (+ aspirin)* (n=6259) | Placebo (+ aspirin)* (n=6303) |
|---|---|---|
| Major bleeding† | 3.7‡ | 2.7§ |
| Life-threatening bleeding | 2.2 | 1.8 |
| Fatal | 0.2 | 0.2 |
| 5 g/dL hemoglobin drop | 0.9 | 0.9 |
| Requiring surgical intervention | 0.7 | 0.7 |
| Hemorrhagic strokes | 0.1 | 0.1 |
| Requiring inotropes | 0.5 | 0.5 |
| Requiring transfusion (≥4 units) | 1.2 | 1.0 |
| Other major bleeding | 1.6 | 1.0 |
| Significantly disabling | 0.4 | 0.3 |
| Intraocular bleeding with significant loss of vision | 0.05 | 0.03 |
| Requiring 2–3 units of blood | 1.3 | 0.9 |
| Minor bleeding¶ | 5.1 | 2.4 |

* Other standard therapies were used as appropriate.
† Life-threatening and other major bleeding.
‡ Major bleeding event rate for Plavix + aspirin was dose-dependent on aspirin: <100 mg = 2.6%; 100-200 mg = 3.5%; >200 mg = 4.9%
Major bleeding event rates for Plavix + aspirin by age were: <65 years = 2.5%, ≥65 to <75 years = 4.1%, ≥75 years = 5.9%
§ Major bleeding event rate for placebo + aspirin was dose-dependent on aspirin: <100 mg = 2.0%; 100-200 mg = 2.3%; >200 mg = 4.0%
Major bleeding event rates for placebo + aspirin by age were: <65 years = 2.1%, ≥65 to <75 years = 3.1%, ≥75 years = 3.6%
¶ Led to interruption of study medication.

**Table 2: Incidence of Bleeding Events in COMMIT (% patients)**

| Type of bleeding | Plavix (+ aspirin) (n=22961) | Placebo (+ aspirin) (n=22891) | p-value |
|---|---|---|---|
| Major* noncerebral or cerebral bleeding† | 0.6 | 0.5 | 0.59 |
| Major noncerebral | 0.4 | 0.3 | 0.48 |
| Fatal | 0.2 | 0.2 | 0.90 |
| Hemorrhagic stroke | 0.2 | 0.2 | 0.91 |
| Fatal | 0.2 | 0.2 | 0.81 |
| Other noncerebral bleeding (non-major) | 3.6 | 3.1 | 0.005 |
| Any noncerebral bleeding | 3.9 | 3.4 | 0.004 |

* Major bleeds were cerebral bleeds or non-cerebral bleeds thought to have caused death or that required transfusion.
† The relative rate of major noncerebral or cerebral bleeding was independent of age. Event rates for Plavix + aspirin by age were: <60 years = 0.3%, ≥60 to <70 years = 0.7%, ≥70 years = 0.8%. Event rates for placebo + aspirin by age were: <60 years = 0.4%, ≥60 to <70 years = 0.6%, ≥70 years = 0.7%.

- For patients with ST-elevation myocardial infarction (STEMI), Plavix (clopidogrel bisulfate) has been shown to reduce the rate of death from any cause and the rate of a combined endpoint of death, re-infarction, or stroke. The benefit for patients who undergo primary percutaneous coronary intervention is unknown.

The optimal duration of Plavix therapy in ACS is unknown.

**1.2 Recent MI, Recent Stroke, or Established Peripheral Arterial Disease**

For patients with a history of recent myocardial infarction (MI), recent stroke, or established peripheral arterial disease, Plavix has been shown to reduce the rate of a combined endpoint of new ischemic stroke (fatal or not), new MI (fatal or not), and other vascular death.

## 2 DOSAGE AND ADMINISTRATION

**2.1 Acute Coronary Syndrome**

Plavix can be administered with or without food *[see Clinical Pharmacology (12.3)]*.

- For patients with non-ST-elevation ACS (UA/NSTEMI), initiate Plavix with a single 300 mg oral loading dose and then continue at 75 mg once daily. Initiate aspirin (75–325 mg once daily) and continue in combination with Plavix *[see Clinical Studies (14.1)]*.
- For patients with STEMI, the recommended dose of Plavix is 75 mg once daily orally, administered in combination with aspirin (75–325 mg once daily), with or without thrombolytics. Plavix may be initiated with or without a loading dose *[see Clinical Studies (14.1)]*.

**2.2 Recent MI, Recent Stroke, or Established Peripheral Arterial Disease**

The recommended daily dose of Plavix is 75 mg once daily orally, with or without food *[see Clinical Pharmacology (12.3)]*.

**2.3 CYP2C19 Poor Metabolizers**

CYP2C19 poor metabolizer status is associated with diminished antiplatelet response to clopidogrel. Although a higher dose regimen in poor metabolizers increases antiplatelet response *[see Clinical Pharmacology (12.5)]*, an appropriate dose regimen for this patient population has not been established.

**2.4 Use with Proton Pump Inhibitors (PPI)**

Omeprazole, a moderate CYP2C19 inhibitor, reduces the pharmacological activity of Plavix (clopidogrel bisulfate). Avoid using omeprazole concomitantly or 12 hours apart with Plavix. Consider using another acid-reducing agent with less CYP2C19 inhibitory activity. A higher dose regimen of clopidogrel concomitantly administered with omeprazole increases antiplatelet response; an appropriate dose regimen has not been established *[see Warnings and Precautions (5.1), Drug Interactions (7.1) and Clinical Pharmacology (12.5)]*.

## 3 DOSAGE FORMS AND STRENGTHS

- 75 mg tablets: Pink, round, biconvex, film-coated tablets debossed with "75" on one side and "1171" on the other
- 300 mg tablets: Pink, oblong, film-coated tablets debossed with "300" on one side and "1332" on the other

## 4 CONTRAINDICATIONS

**4.1 Active Bleeding**

Plavix is contraindicated in patients with active pathological bleeding such as peptic ulcer or intracranial hemorrhage.

**4.2 Hypersensitivity**

Plavix is contraindicated in patients with hypersensitivity (e.g., anaphylaxis) to clopidogrel or any component of the product *[see Adverse Reactions (6.2)]*.

## 5 WARNINGS AND PRECAUTIONS

**5.1 Diminished Antiplatelet Activity Due to Impaired CYP2C19 Function**

Clopidogrel is a prodrug. Inhibition of platelet aggregation by clopidogrel is due to an active metabolite. The metabolism of clopidogrel to its active metabolite can be impaired by genetic variations in CYP2C19 *[see Boxed Warning]* and by concomitant medications that interfere with CYP2C19. Avoid concomitant use of Plavix and strong or moderate CYP2C19 inhibitors.

Omeprazole, a moderate CYP2C19 inhibitor, has been shown to reduce the pharmacological activity of Plavix (clopidogrel bisulfate) if given concomitantly or if given 12 hours apart. Consider using another acid-reducing agent with less CYP2C19 inhibitory activity. Pantoprazole, a weak CYP2C19 inhibitor, had less effect on the pharmacological activity of Plavix than omeprazole *[see Drug Interactions (7.1) and Dosage and Administration (2.4)]*.

**5.2 General Risk of Bleeding**

Thienopyridines, including Plavix, increase the risk of bleeding. If a patient is to undergo surgery and an antiplatelet effect is not desired, discontinue Plavix five days prior to surgery. In patients who stopped therapy more than five days prior to CABG the rates of major bleeding were similar (event rate 4.4% Plavix + aspirin; 5.3% placebo + aspirin). In patients who remained on therapy within five days of CABG, the major bleeding rate was 9.6% for Plavix + aspirin, and 6.3% for placebo + aspirin.

Thienopyridines inhibit platelet aggregation for the lifetime of the platelet (7–10 days), so withholding a dose will not be useful in managing a bleeding event or the risk of bleeding associated with an invasive procedure. Because the half-life of clopidogrel's active metabolite is short, it may be possible to restore hemostasis by administering exogenous platelets; however, platelet transfusions within 4 hours of the loading dose or 2 hours of the maintenance dose may be less effective.

**5.3 Discontinuation of Plavix**

Avoid lapses in therapy, and if Plavix must be temporarily discontinued, restart as soon as possible. Premature discontinuation of Plavix may increase the risk of cardiovascular events.

**5.4 Patients with Recent Transient Ischemic Attack (TIA) or Stroke**

In patients with recent TIA or stroke who are at high risk for recurrent ischemic events, the combination of aspirin and Plavix has not been shown to be more effective than Plavix alone, but the combination has been shown to increase major bleeding.

**5.5 Thrombotic Thrombocytopenic Purpura (TTP)**

TTP, sometimes fatal, has been reported following use of Plavix, sometimes after a short exposure (<2 weeks). TTP is a serious condition that requires urgent treatment including plasmapheresis (plasma exchange). It is characterized by thrombocytopenia, microangiopathic hemolytic anemia (schistocytes [fragmented RBCs] seen on peripheral smear), neurological findings, renal dysfunction, and fever *[see Adverse Reactions (6.2)]*.

## 6 ADVERSE REACTIONS

The following serious adverse reactions are discussed below and elsewhere in the labeling:

- Bleeding *[see Warnings and Precautions (5.2)]*
- Thrombotic thrombocytopenic purpura *[see Warnings and Precautions (5.5)]*

**6.1 Clinical Studies Experience**

Because clinical trials are conducted under widely varying conditions and durations of follow up, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

Plavix has been evaluated for safety in more than 54,000 patients, including over 21,000 patients treated for 1 year or more. The clinically important adverse reactions observed in trials comparing Plavix plus aspirin to placebo plus aspirin and trials comparing Plavix alone to aspirin alone are discussed below.

*Bleeding*

*CURE*

In CURE, Plavix use with aspirin was associated with an increase in major bleeding (primarily gastrointestinal and at puncture sites) compared to placebo with aspirin (see Table 1). The incidence of intracranial hemorrhage (0.1%) and fatal bleeding (0.2%) were the same in both groups. Other bleeding events that were reported more frequently in the clopidogrel group were epistaxis, hematuria, and bruise.

The overall incidence of bleeding is described in Table 1.

[See table 1 above]

Ninety-two percent (92%) of the patients in the CURE study received heparin or low molecular weight heparin (LMWH), and the rate of bleeding in these patients was similar to the overall results.

*COMMIT*

In COMMIT, similar rates of major bleeding were observed in the Plavix and placebo groups, both of which also received aspirin (see Table 2).

[See table 2 above]

*CAPRIE (Plavix vs. Aspirin)*

In CAPRIE, gastrointestinal hemorrhage occurred at a rate of 2.0% in those taking Plavix vs. 2.7% in those taking aspirin; bleeding requiring hospitalization occurred in 0.7%

and 1.1%, respectively. The incidence of intracranial hemorrhage was 0.4% for Plavix (clopidogrel bisulfate) compared to 0.5% for aspirin.

Other bleeding events that were reported more frequently in the Plavix group were epistaxis and hematoma.

*Other Adverse Events*

In CURE and CHARISMA, which compared Plavix plus aspirin to aspirin alone, there was no difference in the rate of adverse events (other than bleeding) between Plavix and placebo.

In CAPRIE, which compared Plavix to aspirin, pruritus was more frequently reported in those taking Plavix. No other difference in the rate of adverse events (other than bleeding) was reported.

### 6.2 Postmarketing Experience

The following adverse reactions have been identified during post-approval use of Plavix. Because these reactions are reported voluntarily from a population of an unknown size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

- *Blood and lymphatic system disorders:* Agranulocytosis, aplastic anemia/pancytopenia, thrombotic thrombocytopenic purpura (TTP)
- *Eye disorders:* Eye (conjunctival, ocular, retinal) bleeding
- *Gastrointestinal disorders:* Gastrointestinal and retroperitoneal hemorrhage with fatal outcome, colitis (including ulcerative or lymphocytic colitis), pancreatitis, stomatitis, gastric/duodenal ulcer, diarrhea
- *General disorders and administration site condition:* Fever, hemorrhage of operative wound
- *Hepato-biliary disorders:* Acute liver failure, hepatitis (non-infectious), abnormal liver function test
- *Immune system disorders:* Hypersensitivity reactions, anaphylactoid reactions, serum sickness
- *Musculoskeletal, connective tissue and bone disorders:* Musculoskeletal bleeding, myalgia, arthralgia, arthritis
- *Nervous system disorders:* Taste disorders, fatal intracranial bleeding, headache
- *Psychiatric disorders:* Confusion, hallucinations
- *Respiratory, thoracic and mediastinal disorders:* Bronchospasm, interstitial pneumonitis, respiratory tract bleeding
- *Renal and urinary disorders:* Increased creatinine levels
- *Skin and subcutaneous tissue disorders:* Maculopapular or erythematous rash, urticaria, bullous dermatitis, eczema, toxic epidermal necrolysis, Stevens-Johnson syndrome, angioedema, erythema multiforme, skin bleeding, lichen planus, generalized pruritus
- *Vascular disorders:* Vasculitis, hypotension

## 7 DRUG INTERACTIONS

### 7.1 CYP2C19 Inhibitors

Clopidogrel is metabolized to its active metabolite in part by CYP2C19. Concomitant use of drugs that inhibit the activity of this enzyme results in reduced plasma concentrations of the active metabolite of clopidogrel and a reduction in platelet inhibition *[see Warnings and Precautions (5.1) and Dosage and Administration (2.4)]*.

*Proton Pump Inhibitors (PPI)*

A study was conducted with Plavix (300 mg loading dose followed by 75 mg/day) administered with a high dose (80 mg/day) of omeprazole. As shown in Table 3 below, with concomitant dosing of omeprazole, exposure ($C_{max}$ and AUC) to the clopidogrel active metabolite and platelet inhibition were substantially reduced. Similar reductions in exposure to the clopidogrel active metabolite and platelet inhibition were observed when Plavix and omeprazole were administered 12 hours apart (data not shown).

There are no adequate studies of a lower dose of omeprazole or a higher dose of Plavix in comparison with the approved dose of Plavix.

A study was conducted using Plavix (300 mg loading dose followed by 75 mg/day) and a high dose (80 mg/day) of pantoprazole, a PPI with less CYP2C19 inhibitory activity than omeprazole. The plasma concentrations of the clopidogrel active metabolite and the degree of platelet inhibition were less than observed with Plavix alone but were greater than observed when omeprazole 80 mg was co-administered with 300 mg loading dose followed by 75 mg/day of Plavix (Table 3).

[See table 3 above]

**Table 3. Comparison of Clopidogrel Active Metabolite Exposure and Platelet Inhibition with and without Proton Pump Inhibitors, Omeprazole and Pantoprazole**

| | % Change from Plavix (300 mg/75 mg) alone | | | | | |
|---|---|---|---|---|---|---|
| Plavix plus | $C_{max}$ (ng/mL) | | AUC | | Platelet Inhibition* (%) | |
| | Day 1 | Day 5 | Day 1 | Day 5† | Day 1 | Day 5 |
| Omeprazole‡ 80 mg | ↓46% | ↓42% | ↓45% | ↓40% | ↓39% | ↓21% |
| Pantoprazole 80 mg | ↓24% | ↓28% | ↓20% | ↓14% | ↓15% | ↓11% |

* Inhibition of platelet aggregation with 5 mcM ADP
† AUC at Day 5 is $AUC_{0-24}$
‡ Similar results seen when Plavix and omeprazole were administered 12 hours apart.

### 7.2 Nonsteroidal Anti-Inflammatory Drugs (NSAIDs)

Coadministration of Plavix and NSAIDs increases the risk of gastrointestinal bleeding.

### 7.3 Warfarin (CYP2C9 Substrates)

Although the administration of clopidogrel 75 mg per day did not modify the pharmacokinetics of S-warfarin (a CYP2C9 substrate) or INR in patients receiving long-term warfarin therapy, coadministration of Plavix with warfarin increases the risk of bleeding because of independent effects on hemostasis.

However, at high concentrations *in vitro*, clopidogrel inhibits CYP2C9.

## 8 USE IN SPECIFIC POPULATIONS

### 8.1 Pregnancy

*Pregnancy Category B*

Reproduction studies performed in rats and rabbits at doses up to 500 and 300 mg/kg/day, respectively (65 and 78 times the recommended daily human dose, respectively, on a $mg/m^2$ basis), revealed no evidence of impaired fertility or fetotoxicity due to clopidogrel. There are, however, no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of a human response, Plavix (clopidogrel bisulfate) should be used during pregnancy only if clearly needed.

### 8.3 Nursing Mothers

Studies in rats have shown that clopidogrel and/or its metabolites are excreted in the milk. It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from clopidogrel, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

### 8.4 Pediatric Use

Safety and effectiveness in pediatric populations have not been established.

A randomized, placebo-controlled trial (CLARINET) did not demonstrate a clinical benefit of clopidogrel in neonates and infants with cyanotic congenital heart disease palliated with a systemic-to-pulmonary arterial shunt. Possible factors contributing to this outcome were the dose of clopidogrel, the concomitant administration of aspirin and the late initiation of therapy following shunt palliation. It cannot be ruled out that a trial with a different design would demonstrate a clinical benefit in this patient population.

### 8.5 Geriatric Use

Of the total number of subjects in the CAPRIE and CURE controlled clinical studies, approximately 50% of patients treated with Plavix were 65 years of age and older, and 15% were 75 years and older. In COMMIT, approximately 58% of the patients treated with Plavix were 60 years and older, 26% of whom were 70 years and older.

The observed risk of bleeding events with Plavix plus aspirin versus placebo plus aspirin by age category is provided in Table 1 and Table 2 for the CURE and COMMIT trials, respectively *[see Adverse Reactions (6.1)]*. No dosage adjustment is necessary in elderly patients.

### 8.6 Renal Impairment

Experience is limited in patients with severe and moderate renal impairment *[see Clinical Pharmacology (12.2)]*.

### 8.7 Hepatic Impairment

No dosage adjustment is necessary in patients with hepatic impairment *[see Clinical Pharmacology (12.2)]*.

## 10 OVERDOSAGE

Platelet inhibition by Plavix is irreversible and will last for the life of the platelet. Overdose following clopidogrel administration may result in bleeding complications. A single oral dose of clopidogrel at 1500 or 2000 mg/kg was lethal to mice and to rats and at 3000 mg/kg to baboons. Symptoms of acute toxicity were vomiting, prostration, difficult breathing, and gastrointestinal hemorrhage in animals.

Based on biological plausibility, platelet transfusion may restore clotting ability.

## 11 DESCRIPTION

Plavix (clopidogrel bisulfate) is a thienopyridine class inhibitor of $P2Y_{12}$ ADP platelet receptors. Chemically it is methyl (+)-(*S*)-α-(2-chlorophenyl)-6,7-dihydrothieno[3,2-c]pyridine-5(4*H*)-acetate sulfate (1:1). The empirical formula of clopidogrel bisulfate is $C_{16}H_{16}ClNO_2S \bullet H_2SO_4$ and its molecular weight is 419.9.

The structural formula is as follows:

[See chemical structure at top of next column]

Clopidogrel bisulfate is a white to off-white powder. It is practically insoluble in water at neutral pH but freely soluble at pH 1. It also dissolves freely in methanol, dissolves sparingly in methylene chloride, and is practically insoluble in ethyl ether. It has a specific optical rotation of about +56°.

Plavix (clopidogrel bisulfate) for oral administration is provided as either pink, round, biconvex, debossed, film-coated tablets containing 97.875 mg of clopidogrel bisulfate which is the molar equivalent of 75 mg of clopidogrel base or pink, oblong, debossed film-coated tablets containing 391.5 mg of clopidogrel bisulfate which is the molar equivalent of 300 mg of clopidogrel base.

Each tablet contains hydrogenated castor oil, hydroxypropylcellulose, mannitol, microcrystalline cellulose and polyethylene glycol 6000 as inactive ingredients. The pink film coating contains ferric oxide, hypromellose 2910, lactose monohydrate, titanium dioxide and triacetin. The tablets are polished with Carnauba wax.

## 12 CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Clopidogrel is an inhibitor of platelet activation and aggregation through the irreversible binding of its active metabolite to the $P2Y_{12}$ class of ADP receptors on platelets.

### 12.2 Pharmacodynamics

Clopidogrel must be metabolized by CYP450 enzymes to produce the active metabolite that inhibits platelet aggregation. The active metabolite of clopidogrel selectively inhibits the binding of adenosine diphosphate (ADP) to its platelet $P2Y_{12}$ receptor and the subsequent ADP-mediated activation of the glycoprotein GPIIb/IIIa complex, thereby inhibiting platelet aggregation. This action is irreversible. Consequently, platelets exposed to clopidogrel's active metabolite are affected for the remainder of their lifespan (about 7 to 10 days). Platelet aggregation induced by agonists other than ADP is also inhibited by blocking the amplification of platelet activation by released ADP.

Dose-dependent inhibition of platelet aggregation can be seen 2 hours after single oral doses of Plavix. Repeated doses of 75 mg Plavix per day inhibit ADP-induced platelet aggregation on the first day, and inhibition reaches steady state between Day 3 and Day 7. At steady state, the average inhibition level observed with a dose of 75 mg Plavix per day was between 40% and 60%. Platelet aggregation and bleeding time gradually return to baseline values after treatment is discontinued, generally in about 5 days.

*Geriatric Patients*

Elderly (≥75 years) and young healthy subjects had similar effects on platelet aggregation.

*Renally-Impaired Patients*

After repeated doses of 75 mg Plavix per day, patients with severe renal impairment (creatinine clearance from 5 to 15 mL/min) and moderate renal impairment (creatinine clearance from 30 to 60 mL/min) showed low (25%) inhibition of ADP-induced platelet aggregation.

*Hepatically-Impaired Patients*

After repeated doses of 75 mg Plavix per day for 10 days in patients with severe hepatic impairment, inhibition of ADP-induced platelet aggregation was similar to that observed in healthy subjects.

*Gender*

In a small study comparing men and women, less inhibition of ADP-induced platelet aggregation was observed in women.

**Table 4: Active Metabolite Pharmacokinetics and Antiplatelet Responses by CYP2C19 Metabolizer Status**

| | Dose | Ultrarapid (n=10) | Extensive (n=10) | Intermediate (n=10) | Poor (n=10) |
|---|---|---|---|---|---|
| $C_{max}$ (ng/mL) | 300 mg (24 h) | 24 (10) | 32 (21) | 23 (11) | 11 (4) |
| | 600 mg (24 h) | 36 (13) | 44 (27) | 39 (23) | 17 (6) |
| | 75 mg (Day 5) | 12 (6) | 13 (7) | 12 (5) | 4 (1) |
| | 150 mg (Day 5) | 16 (9) | 19 (5) | 18 (7) | 7 (2) |
| IPA (%)* | 300 mg (24 h) | 40 (21) | 39 (28) | 37 (21) | 24 (26) |
| | 600 mg (24 h) | 51 (28) | 49 (23) | 56 (22) | 32 (25) |
| | 75 mg (Day 5) | 56 (13) | 58 (19) | 60 (18) | 37 (23) |
| | 150 mg (Day 5) | 68 (18) | 73 (9) | 74 (14) | 61 (14) |
| VASP-PRI (%)† | 300 mg (24 h) | 73 (12) | 68 (16) | 78 (12) | 91 (12) |
| | 600 mg (24 h) | 51 (20) | 48 (20) | 56 (26) | 85 (14) |
| | 75 mg (Day 5) | 40 (9) | 39 (14) | 50 (16) | 83 (13) |
| | 150 mg (Day 5) | 20 (10) | 24 (10) | 29 (11) | 61 (18) |

Values are mean (SD)
* Inhibition of platelet aggregation with 5mcM ADP; larger value indicates greater platelet inhibition
† Vasodilator-stimulated phosphoprotein – platelet reactivity index; smaller value indicates greater platelet inhibition

**Table 5: Outcome Events in the CURE Primary Analysis**

| Outcome | Plavix (+ aspirin)* (n=6259) | Placebo (+ aspirin)* (n=6303) | Relative Risk Reduction (%) (95% CI) |
|---|---|---|---|
| Primary outcome (Cardiovascular death, MI, stroke) | 582 (9.3%) | 719 (11.4%) | 20% (10.3, 27.9) p < 0.001 |
| All Individual Outcome Events:† | | | |
| CV death | 318 (5.1%) | 345 (5.5%) | 7% (-7.7, 20.6) |
| MI | 324 (5.2%) | 419 (6.6%) | 23% (11.0, 33.4) |
| Stroke | 75 (1.2%) | 87 (1.4%) | 14% (-17.7, 36.6) |

* Other standard therapies were used as appropriate.
† The individual components do not represent a breakdown of the primary and co-primary outcomes, but rather the total number of subjects experiencing an event during the course of the study.

### 12.3 Pharmacokinetics

Clopidogrel is a prodrug and is metabolized to a pharmacologically active metabolite and inactive metabolites.

*Absorption*

After single and repeated oral doses of 75 mg per day, clopidogrel is rapidly absorbed. Absorption is at least 50%, based on urinary excretion of clopidogrel metabolites.

*Effect of Food*

Plavix (clopidogrel bisulfate) can be administered with or without food. In a study in healthy male subjects when Plavix 75 mg per day was given with a standard breakfast, mean inhibition of ADP-induced platelet aggregation was reduced by less than 9%. The active metabolite $AUC_{0-24}$ was unchanged in the presence of food, while there was a 57% decrease in active metabolite $C_{max}$. Similar results were observed when a Plavix 300 mg loading dose was administered with a high-fat breakfast.

*Metabolism*

Clopidogrel is extensively metabolized by two main metabolic pathways: one mediated by esterases and leading to hydrolysis into an inactive carboxylic acid derivative (85% of circulating metabolites) and one mediated by multiple cytochrome P450 enzymes. Cytochromes first oxidize clopidogrel to a 2-oxo-clopidogrel intermediate metabolite. Subsequent metabolism of the 2-oxo-clopidogrel intermediate metabolite results in formation of the active metabolite, a thiol derivative of clopidogrel. This metabolic pathway is mediated by CYP2C19, CYP3A, CYP2B6 and CYP1A2. The active thiol metabolite binds rapidly and irreversibly to platelet receptors, thus inhibiting platelet aggregation for the lifespan of the platelet.

The $C_{max}$ of the active metabolite is twice as high following a single 300 mg clopidogrel loading dose as it is after four days of 75 mg maintenance dose. $C_{max}$ occurs approximately 30 to 60 minutes after dosing. In the 75 to 300 mg dose range, the pharmacokinetics of the active metabolite deviates from dose proportionality: increasing the dose by a factor of four results in 2.0- and 2.7-fold increases in $C_{max}$ and AUC, respectively.

*Elimination*

Following an oral dose of $^{14}$C-labeled clopidogrel in humans, approximately 50% of total radioactivity was excreted in urine and approximately 46% in feces over the 5 days post-dosing. After a single, oral dose of 75 mg, clopidogrel has a half-life of approximately 6 hours. The half-life of the active metabolite is about 30 minutes.

### 12.5 Pharmacogenomics

CYP2C19 is involved in the formation of both the active metabolite and the 2-oxo-clopidogrel intermediate metabolite. Clopidogrel active metabolite pharmacokinetics and antiplatelet effects, as measured by *ex vivo* platelet aggregation assays, differ according to CYP2C19 genotype. Genetic variants of other CYP450 enzymes may also affect the formation of clopidogrel's active metabolite.

The CYP2C19*1 allele corresponds to fully functional metabolism while the CYP2C19*2 and *3 alleles are nonfunctional. CYP2C19*2 and *3 account for the majority of reduced function alleles in white (85%) and Asian (99%) poor metabolizers. Other alleles associated with absent or reduced metabolism are less frequent, and include, but are not limited to, CYP2C19*4, *5, *6, *7, and *8. A patient with poor metabolizer status will possess two loss-of-function alleles as defined above. Published frequencies for poor CYP2C19 metabolizer genotypes are approximately 2% for whites, 4% for blacks and 14% for Chinese. Tests are available to determine a patient's CYP2C19 genotype.

A crossover study in 40 healthy subjects, 10 each in the four CYP2C19 metabolizer groups, evaluated pharmacokinetic and antiplatelet responses using 300 mg followed by 75 mg per day and 600 mg followed by 150 mg per day, each for a total of 5 days. Decreased active metabolite exposure and diminished inhibition of platelet aggregation were observed in the poor metabolizers as compared to the other groups. When poor metabolizers received the 600 mg/150 mg regimen, active metabolite exposure and antiplatelet response were greater than with the 300 mg/75 mg regimen (see Table 4). An appropriate dose regimen for this patient population has not been established in clinical outcome trials.

[See table 4 above]

Some published studies suggest that intermediate metabolizers have decreased active metabolite exposure and diminished antiplatelet effects.

The relationship between CYP2C19 genotype and Plavix (clopidogrel bisulfate) treatment outcome was evaluated in retrospective analyses of Plavix-treated subjects in CHARISMA (n=2428) and TRITON-TIMI 38 (n=1477), and in several published cohort studies. In TRITON-TIMI 38 and the majority of the cohort studies, the combined group of patients with either intermediate or poor metabolizer status had a higher rate of cardiovascular events (death, myocardial infarction, and stroke) or stent thrombosis compared to extensive metabolizers. In CHARISMA and one cohort study, the increased event rate was observed only in poor metabolizers.

## 13 NONCLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

There was no evidence of tumorigenicity when clopidogrel was administered for 78 weeks to mice and 104 weeks to rats at dosages up to 77 mg/kg per day, which afforded plasma exposures >25 times that in humans at the recommended daily dose of 75 mg.

Clopidogrel was not genotoxic in four *in vitro* tests (Ames test, DNA-repair test in rat hepatocytes, gene mutation assay in Chinese hamster fibroblasts, and metaphase chromosome analysis of human lymphocytes) and in one *in vivo* test (micronucleus test by oral route in mice).

Clopidogrel was found to have no effect on fertility of male and female rats at oral doses up to 400 mg/kg per day (52 times the recommended human dose on a mg/m² basis).

## 14 CLINICAL STUDIES

### 14.1 Acute Coronary Syndrome

*CURE*

The CURE study included 12,562 patients with ACS without ST-elevation (UA or NSTEMI) and presenting within 24 hours of onset of the most recent episode of chest pain or symptoms consistent with ischemia. Patients were required to have either ECG changes compatible with new ischemia (without ST-elevation) or elevated cardiac enzymes or troponin I or T to at least twice the upper limit of normal. The patient population was largely Caucasian (82%) and included 38% women, and 52% patients ≥65 years of age.

Patients were randomized to receive Plavix (clopidogrel bisulfate) (300-mg loading dose followed by 75 mg once daily) or placebo, and were treated for up to one year. Patients also received aspirin (75–325 mg once daily) and other standard therapies such as heparin. The use of GPIIb/IIIa inhibitors was not permitted for three days prior to randomization.

The number of patients experiencing the primary outcome (CV death, MI, or stroke) was 582 (9.3%) in the Plavix-treated group and 719 (11.4%) in the placebo-treated group, a 20% relative risk reduction (95% CI of 10%–28%; $p < 0.001$) for the Plavix-treated group (see Table 5).

[See table 5 above]

Most of the benefit of Plavix occurred in the first two months, but the difference from placebo was maintained throughout the course of the trial (up to 12 months) (see Figure 1).

**Figure 1: Cardiovascular Death, Myocardial Infarction, and Stroke in the CURE Study**

*Other standard therapies were used as appropriate

In CURE, the use of Plavix was associated with a lower incidence of CV death, MI or stroke in patient populations with different characteristics, as shown in Figure 2. The benefits associated with Plavix were independent of the use of other acute and long-term cardiovascular therapies, including heparin/LMWH, intravenous glycoprotein IIb/IIIa (GPIIb/IIIa) inhibitors, lipid-lowering drugs, beta-blockers, and ACE-inhibitors. The efficacy of Plavix was observed independently of the dose of aspirin (75–325 mg once daily). The use of oral anticoagulants, non-study anti-platelet drugs, and chronic NSAIDs was not allowed in CURE.

[See figure 2 at top of next page]

The use of Plavix in CURE was associated with a decrease in the use of thrombolytic therapy (71 patients [1.1%] in the Plavix group, 126 patients [2.0%] in the placebo group; relative risk reduction of 43%), and GPIIb/IIIa inhibitors (369 patients [5.9%] in the Plavix group, 454 patients [7.2%] in

**Figure 2: Hazard Ratio for Patient Baseline Characteristics and On-Study Concomitant Medications/Interventions for the CURE Study**

| Baseline Characteristics | | N | Percent Events PLAVIX (+aspirin)* | Percent Events Placebo (+aspirin)* |
|---|---|---|---|---|
| Overall | | 12562 | 9.3 | 11.4 |
| Diagnosis | Non-Q-W | 3295 | 12.7 | 15.5 |
| | Unst Ang | 8298 | 7.3 | 8.7 |
| | Other | 968 | 15.1 | 19.7 |
| Age | <65 | 5996 | 5.2 | 7.6 |
| | 65-74 | 4136 | 10.2 | 12.4 |
| | ≥75 | 2430 | 17.8 | 19.2 |
| Gender | Male | 7726 | 9.1 | 11.9 |
| | Female | 4836 | 9.5 | 10.7 |
| Race | Caucas | 10308 | 9.1 | 11.0 |
| | Non-Cauc | 2250 | 10.1 | 13.2 |
| Elev Card Enzy | No | 9381 | 8.8 | 10.9 |
| | Yes | 3176 | 10.7 | 13.0 |
| ST Depr >1.0mm | No | 7273 | 7.5 | 8.9 |
| | Yes | 5288 | 11.8 | 14.8 |
| Diabetes | No | 9721 | 7.9 | 9.9 |
| | Yes | 2840 | 14.2 | 16.7 |
| Previous MI | No | 8517 | 7.8 | 9.5 |
| | Yes | 4044 | 12.5 | 15.4 |
| Previous Stroke | No | 12055 | 8.9 | 11.0 |
| | Yes | 506 | 17.9 | 22.4 |
| **Concomitant Medication / Therapy** | | | | |
| Heparin/LMWH | No | 951 | 4.9 | 7.7 |
| | Yes | 11611 | 9.7 | 11.7 |
| Aspirin | <100mg | 1927 | 8.5 | 9.7 |
| | 100-200mg | 7428 | 9.2 | 10.9 |
| | >200mg | 3201 | 9.9 | 13.7 |
| GPIIb/IIIa Antag | No | 11739 | 8.9 | 10.8 |
| | Yes | 823 | 15.7 | 19.2 |
| Beta-Blocker | No | 2032 | 9.9 | 12.0 |
| | Yes | 10530 | 9.2 | 11.3 |
| ACEI | No | 4813 | 6.3 | 8.1 |
| | Yes | 7749 | 11.2 | 13.5 |
| Lipid-Lowering | No | 4461 | 10.9 | 13.1 |
| | Yes | 8101 | 8.4 | 10.5 |
| PTCA/CABG | No | 7977 | 8.1 | 10.0 |
| | Yes | 4585 | 11.4 | 13.8 |

PLAVIX Better / Placebo Better — Hazard Ratio (95% CI): 0.4, 0.6, 0.8, 1.0, 1.2

*Other standard therapies were used as appropriate

**Table 6: Outcome Events in the COMMIT Analysis**

| Event | Plavix (+ aspirin) (N=22961) | Placebo (+ aspirin) (N=22891) | Odds ratio (95% CI) | p-value |
|---|---|---|---|---|
| **Composite endpoint: Death, MI, or Stroke*** | 2121 (9.2%) | 2310 (10.1%) | 0.91 (0.86, 0.97) | 0.002 |
| Death | 1726 (7.5%) | 1845 (8.1%) | 0.93 (0.87, 0.99) | 0.029 |
| Non-fatal MI† | 270 (1.2%) | 330 (1.4%) | 0.81 (0.69, 0.95) | 0.011 |
| Non-fatal Stroke† | 127 (0.6%) | 142 (0.6%) | 0.89 (0.70, 1.13) | 0.33 |

* The difference between the composite endpoint and the sum of death+non-fatal MI+non-fatal stroke indicates that 9 patients (2 clopidogrel and 7 placebo) suffered both a non-fatal stroke and a non-fatal MI.
† Non-fatal MI and non-fatal stroke exclude patients who died (of any cause).

the placebo group, relative risk reduction of 18%). The use of Plavix (clopidogrel bisulfate) in CURE did not affect the number of patients treated with CABG or PCI (with or without stenting), (2253 patients [36.0%] in the Plavix group, 2324 patients [36.9%] in the placebo group; relative risk reduction of 4.0%).

*COMMIT*

In patients with STEMI, the safety and efficacy of Plavix (clopidogrel bisulfate) were evaluated in the randomized, placebo-controlled, double-blind study, COMMIT. COMMIT included 45,852 patients presenting within 24 hours of the onset of the symptoms of myocardial infarction with supporting ECG abnormalities (*i.e.*, ST-elevation, ST-depression or left bundle-branch block). Patients were randomized to receive Plavix (clopidogrel bisulfate) (75 mg once daily) or placebo, in combination with aspirin (162 mg per day), for 28 days or until hospital discharge, whichever came first.

The primary endpoints were death from any cause and the first occurrence of re-infarction, stroke or death.

The patient population included 28% women, 58% age ≥ 60 years (26% age ≥ 70 years), 55% patients who received thrombolytics, 68% who received ACE-inhibitors, and only 3% who underwent PCI.

As shown in Table 6 and Figure 3 and Figure 4 below, Plavix significantly reduced the relative risk of death from any cause by 7% (p=0.029), and the relative risk of the combination of re-infarction, stroke or death by 9% (p=0.002).

[See table 6 above]

**Figure 3: Cumulative Event Rates for Death in the COMMIT Study***

* All treated patients received aspirin.

**Figure 4: Cumulative Event Rates for the Combined Endpoint Re-Infarction, Stroke or Death in the COMMIT Study***

* All treated patients received aspirin.

The effect of Plavix did not differ significantly in various pre-specified subgroups as shown in Figure 5. The effect was also similar in non-prespecified subgroups including those based on infarct location, Killip class or prior MI history (see Figure 6). Such subgroup analyses should be interpreted cautiously.

[See figure 5 at top of next page]
[See figure 6 at top of next page]

**14.2 Recent Myocardial Infarction, Recent Stroke, or Established Peripheral Arterial Disease**

*CAPRIE*

The CAPRIE trial was a 19,185-patient, 304-center, international, randomized, double-blind, parallel-group study comparing Plavix (75 mg daily) to aspirin (325 mg daily). The patients randomized had: 1) recent histories of myocardial infarction (within 35 days); 2) recent histories of ischemic stroke (within 6 months) with at least a week of residual neurological signs; or 3) established peripheral arterial disease. Patients received randomized treatment for an average of 1.6 years (maximum of 3 years).

The trial's primary outcome was the time to first occurrence of new ischemic stroke (fatal or not), new myocardial infarc-

**Figure 5: Effects of Adding Plavix to Aspirin on the Combined Primary Endpoint across Baseline and Concomitant Medication Subgroups for the COMMIT Study**

| Baseline Categorisation | Events (%) Clopidogrel (22 961) | Placebo (22 891) | Heterogeneity or trend test $\chi^2$ (p-value) |
|---|---|---|---|
| **Sex:** | | | |
| Male | 1274 (7.7%) | 1416 (8.6%) | 1.0(0.3) |
| Female | 847 (13.3%) | 894 (14.0%) | |
| **Age at entry (years):** | | | |
| <60 | 485 (5.0%) | 512 (5.4%) | 0.0(0.9) |
| 60-69 | 745 (10.1%) | 835 (11.2%) | |
| 70+ | 891 (14.9%) | 963 (16.2%) | |
| **Hours since onset:** | | | |
| <6 | 709 (9.2%) | 830 (10.8%) | 5.7(0.02) |
| 6 to <13 | 738 (9.8%) | 808 (10.8%) | |
| 13 to 24 | 674 (8.8%) | 672 (8.8%) | |
| **SBP (mmHg):** | | | |
| <120 | 797 (10.4%) | 892 (11.6%) | 1.0(0.3) |
| 120-139 | 693 (8.6%) | 770 (9.5%) | |
| 140-159 | 388 (8.5%) | 399 (8.9%) | |
| 160+ | 243 (9.2%) | 249 (9.6%) | |
| **Heart rate (bpm):** | | | |
| <70 | 268 (5.3%) | 315 (6.2%) | 0.0(1.0) |
| 70-89 | 898 (8.1%) | 952 (8.5%) | |
| 90-109 | 632 (12.3%) | 683 (13.5%) | |
| 110+ | 323 (19.9%) | 360 (22.2%) | |
| **Fibrinolytic agent given:** | | | |
| Yes | 1003 (8.8%) | 1122 (9.9%) | 0.7(0.4) |
| No | 1118 (9.7%) | 1188 (10.3%) | |
| **Prognostic index (3 equal groups):*** | | | |
| Good | 228 (3.0%) | 282 (3.7%) | 3.1(0.08) |
| Average | 574 (7.5%) | 636 (8.3%) | |
| Poor | 1319 (17.3%) | 1392 (18.2%) | |
| **Metoprolol allocation:** | | | |
| Yes | 1063 (9.3%) | 1110 (9.7%) | 2.4(0.1) |
| No | 1058 (9.2%) | 1200 (10.5%) | |
| **Total** | 2121 (9.2%) | 2310 (10.1%) | |

Odds ratio & C.I. (Clopidogrel better : Placebo better); axis 0.5, 0.75, 1.0, 1.5

Proportional reduction 9% SE 3 (p = 0.002)

Global Heterogeneity Test: $\chi^2_{15} = 16.4$; p = 0.4

99% or 95% confidence interval

*Three similar-sized prognostic index groups were based on absolute risk of primary composite outcome for each patient calculated from baseline prognostic variables (excluding allocated treatments) with a Cox regression model.

**Figure 6: Effects of Adding Plavix to Aspirin in the Non-Prespecified Subgroups in the COMMIT Study**

| Categorisation | Events (%) Clopidogrel (22 961) | Placebo (22 891) | Heterogeneity or trend test $\chi^2$ (p-value) |
|---|---|---|---|
| **Killip class:** | | | |
| I | 1273 (7.3%) | 1415 (8.2%) | 0.6(0.5) |
| II/III | 848 (15.0%) | 895 (16.0%) | |
| **Previous MI** | | | |
| Yes | 177 (9.0%) | 204 (11.1%) | 1.6(0.2) |
| No | 1944 (9.3%) | 2106 (10.0%) | |
| **Infarct location:** | | | |
| Anterior | 1083 (9.6%) | 1247 (10.8%) | 1.9(0.2) |
| Other | 1038 (8.9%) | 1063 (9.3%) | |
| **Total** | 2121 (9.2%) | 2310 (10.1%) | |

Odds ratio & C.I. (Clopidogrel better : Placebo better); axis 0.5, 0.75, 1.0, 1.5

Proportional reduction 9% SE 3 (p=0.002)

Global Heterogeneity Test: $\chi^2_3 = 4.1$; p=0.3

99% or 95% confidence interval

tion (fatal or not), or other vascular death. Deaths not easily attributable to nonvascular causes were all classified as vascular.

**Table 7: Outcome Events in the CAPRIE Primary Analysis**

| Patients | Plavix n=9599 | aspirin n=9586 |
|---|---|---|
| Ischemic stroke (fatal or not) | 438 (4.6%) | 461 (4.8%) |
| MI (fatal or not) | 275 (2.9%) | 333 (3.5%) |
| Other vascular death | 226 (2.4%) | 226 (2.4%) |
| Total | 939 (9.8%) | 1020 (10.6%) |

As shown in Table 7, Plavix (clopidogrel bisulfate) was associated with a lower incidence of outcome events, primarily MI. The overall relative risk reduction (9.8% vs. 10.6%) was 8.7%, p=0.045. Similar results were obtained when all-cause mortality and all-cause strokes were counted instead of vascular mortality and ischemic strokes (risk reduction 6.9%). In patients who survived an on-study stroke or myocardial infarction, the incidence of subsequent events was lower in the Plavix group.

The curves showing the overall event rate are shown in Figure 7. The event curves separated early and continued to diverge over the 3-year follow-up period.

**Figure 7: Fatal or Non-Fatal Vascular Events in the CAPRIE Study**

The statistical significance favoring Plavix over aspirin was marginal (p=0.045). However, because aspirin is itself effective in reducing cardiovascular events in patients with recent myocardial infarction or stroke, the effect of Plavix is substantial.

The CAPRIE trial included a population that was randomized on the basis of 3 entry criteria. The efficacy of Plavix relative to aspirin was heterogeneous across these randomized subgroups (p=0.043). It is not clear whether this difference is real or a chance occurrence. Although the CAPRIE trial was not designed to evaluate the relative benefit of Plavix over aspirin in the individual patient subgroups, the benefit appeared to be strongest in patients who were enrolled because of peripheral vascular disease (especially those who also had a history of myocardial infarction) and weaker in stroke patients. In patients who were enrolled in the trial on the sole basis of a recent myocardial infarction, Plavix was not numerically superior to aspirin.

### 14.3 Lack of Established Benefit of Plavix plus Aspirin in Patients with Multiple Risk Factors or Established Vascular Disease

*CHARISMA*

The CHARISMA trial was a 15,603 subject, randomized, double-blind, parallel group study comparing Plavix (75 mg daily) to placebo for prevention of ischemic events in pa tients with vascular disease or multiple risk factors for at' erosclerosis. All subjects were treated with aspiri 75–162 mg daily. The mean duration of treatment was 23 months. The study failed to demonstrate a reduction in the occurrence of the primary endpoint, a composite of CV death, MI, or stroke. A total of 534 (6.9%) patients in the Plavix group versus 573 (7.4%) patients in the placebo group experienced a primary outcome event (p=0.22). Bleeding of all severities was more common in the subjects randomized to Plavix.

## 16 HOW SUPPLIED/STORAGE AND HANDLING

Plavix (clopidogrel bisulfate) 75 mg tablets are available as pink, round, biconvex, film-coated tablets debossed with "75" on one side and "1171" on the other. Tablets are provided as follows:

NDC 63653-1171-6 Bottles of 30
NDC 63653-1171-1 Bottles of 90
NDC 63653-1171-5 Bottles of 500
NDC 63653-1171-3 Blisters of 100

Plavix (clopidogrel bisulfate) 300 mg tablets are available as pink, oblong, film-coated tablets debossed with "300" on one side and "1332" on the other. Tablets are provided as follows:
NDC 63653-1332-2 Unit-dose packages of 30
NDC 63653-1332-3 Unit-dose packages of 100
Store at 25° C (77° F); excursions permitted to 15°–30° C (59°–86° F) [see USP Controlled Room Temperature].

### 17 PATIENT COUNSELING INFORMATION

*[See Medication Guide (17.6)]*

**17.1 Benefits and Risks**
- Summarize the effectiveness features and potential side effects of Plavix (clopidogrel bisulfate).
- Tell patients to take Plavix exactly as prescribed.
- Remind patients not to discontinue Plavix without first discussing it with the physician who prescribed Plavix.

**17.2 Bleeding**
Inform patients that they:
- will bruise and bleed more easily.
- will take longer than usual to stop bleeding.
- should report any unanticipated, prolonged, or excessive bleeding, or blood in their stool or urine.

**17.3 Other Signs and Symptoms Requiring Medical Attention**
- Inform patients that TTP is a rare but serious condition that has been reported with Plavix and other drugs in this class of drugs.
- Instruct patients to get prompt medical attention if they experience any of the following symptoms that cannot otherwise be explained: fever, weakness, extreme skin paleness, purple skin patches, yellowing of the skin or eyes, or neurological changes.

**17.4 Invasive Procedures**
Instruct patients to:
- inform physicians and dentists that they are taking Plavix before any invasive procedure is scheduled.
- tell the doctor performing the invasive procedure to talk to the prescribing health care professional before stopping Plavix.

**17.5 Concomitant Medications**
Ask patients to list all prescription medications, over-the-counter medications, or dietary supplements they are taking or plan to take, including prescription or over-the-counter omeprazole, so the physician knows about other treatments that may affect how Plavix works (*e.g.*, warfarin and NSAIDs) *[see Warnings and Precautions (5)]*.

**17.6 Medication Guide**

**Medication Guide**
**Plavix® (PLAV-iks)**
**(clopidogrel bisulfate)**
**tablets**

Read this Medication Guide before you start taking Plavix and each time you get a refill. There may be new information. This Medication Guide does not take the place of talking with your doctor about your medical condition or your treatment.

**What is the most important information I should know about Plavix?**

**1. Plavix may not work as well in people who:**
- **have certain genetic factors that affect how the body breaks down Plavix**. Your doctor may do genetic tests to make sure Plavix is right for you.
- **take certain medicines, especially omeprazole (Prilosec®)**. Your doctor may change the medicine you take for stomach acid problems while you take Plavix.

**2. Plavix can cause bleeding which can be serious and can sometimes lead to death.** Plavix is a blood thinner medicine that lowers the chance of blood clots forming in your body. While you take Plavix:
- you may bruise and bleed more easily
- you are more likely to have nose bleeds
- it will take longer for any bleeding to stop

Call your doctor right away if you have any of these signs or symptoms of bleeding:
- unexpected bleeding or bleeding that lasts a long time
- blood in your urine (pink, red or brown urine)
- red or black stools (looks like tar)
- bruises that happen without a known cause or get larger
- cough up blood or blood clots
- vomit blood or your vomit looks like coffee grounds

Do not stop taking Plavix without talking to the doctor who prescribes it for you. People who are treated with a stent, and stop taking Plavix too soon, have a higher risk of getting a blood clot on the stent, having a heart attack, or dying. If you must stop Plavix because of bleeding, your risk of a heart attack may be higher.

**What is Plavix?**
Plavix is a prescription medicine used to treat people who have any of the following:
- chest pain due to heart problems
- poor circulation in their legs (peripheral arterial disease)
- a heart attack
- a stroke

Plavix is used alone or with aspirin to lower your chance of having another serious problem with your heart or blood vessels such as heart attack, stroke, or blood clot that can lead to death.

Platelets are blood cells that help your blood clot normally. Plavix (clopidogrel bisulfate) helps to prevent platelets from sticking together and forming a clot that can block an artery.

It is not known if Plavix is safe and effective in children.

**Who should not take Plavix?**
Do not take Plavix if you:
- currently have a condition that causes bleeding, such as a stomach ulcer
- are allergic to clopidogrel or other ingredients in Plavix. See the end of this leaflet for a complete list of ingredients in Plavix.

**What should I tell my doctor before taking Plavix?**
Before you take Plavix, tell your doctor if you:
- have a history of bowel (gastrointestinal) or stomach ulcers
- have a history of bleeding problems
- plan to have surgery or a dental procedure. See **"How should I take Plavix?"**
- are pregnant or plan to become pregnant. It is not known if Plavix will harm your unborn baby
- are breastfeeding or plan to breastfeed. It is not known if Plavix passes into your breast milk. You and your doctor should decide if you will take Plavix or breastfeed. You should not do both without talking to your doctor.

Tell all of your doctors and your dentist that you are taking Plavix. They should talk to the doctor who prescribed Plavix for you before you have any surgery or invasive procedure.

**Tell your doctor about all the medicines you take,** including prescription, non-prescription medicines, vitamins and herbal supplements.

Plavix may affect the way other medicines work, and other medicines may affect how Plavix works. See **"What is the most important information I should know about Plavix?"**

Taking Plavix with certain other medicines may increase your risk of bleeding. **Especially tell your doctor if you take:**
- **aspirin, especially if you have had a stroke. Always talk to your doctor about whether you should take aspirin along with Plavix to treat your condition.**
- **Non-steroidal anti-inflammatory drugs (NSAIDs). Ask your doctor or pharmacist for a list of NSAID medicines if you are not sure.**
- warfarin (Coumadin®, Jantoven®)

Know the medicines you take. Keep a list of them to show your doctor or pharmacist when you get a new medicine.

**How should I take Plavix?**
- Take Plavix exactly as your doctor tells you.
- Do not change your dose or stop taking Plavix without talking to your doctor first. Stopping Plavix may increase your risk of heart attack or stroke.
- Take Plavix with aspirin as instructed by your doctor.
- You can take Plavix with or without food.
- If you miss a dose, take Plavix as soon as you remember. If it is almost time for your next dose, skip the missed dose. Take the next dose at your regular time. Do not take 2 doses of Plavix at the same time unless your doctor tells you to.
- If you take too much Plavix, call your doctor or go to the nearest emergency room right away.
- Talk with your doctor about stopping your Plavix before you have surgery. Your doctor may tell you to stop taking Plavix at least 5 days before you have surgery to avoid excessive bleeding during surgery.

**What are the possible side effects of Plavix?**
**Plavix can cause serious side effects including:**
- See **"What is the most important information I should know about Plavix?"**
- **A blood clotting problem called Thrombotic Thrombocytopenic Purpura (TTP).** TTP can happen with Plavix, sometimes after a short time (less than 2 weeks). TTP is a blood clotting problem where blood clots form in blood vessels; and can happen anywhere in the body. TTP needs to be treated in a hospital right away, because it may cause death. Get medical help right away if you have any of these symptoms and they can not be explained by another medical condition:
  - purplish spots (called purpura) on the skin or in the mouth (mucous membranes) due to bleeding under the skin
  - your skin or the whites of your eyes are yellow (jaundice)
  - you feel tired or weak
  - your skin looks very pale
  - fever
  - fast heart rate or feeling short of breath
  - headache
  - speech changes
  - confusion
  - coma
  - stroke
  - seizure
  - low amount of urine, or urine that is pink or has blood in it
  - stomach area (abdominal) pain
  - nausea, vomiting, or diarrhea
  - vision changes

Tell your doctor if you have any side effect that bothers you or that does not go away.

These are not all the possible side effects of Plavix (clopidogrel bisulfate). For more information, ask your doctor or pharmacist.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store Plavix?**
- Store Plavix at 59°F to 86°F (15°C to 30°C).

**Keep Plavix and all medicines out of the reach of children.**

**General information about Plavix**
Medicines are sometimes used for purposes other than those listed in a Medication Guide. Do not take Plavix for a condition for which it was not prescribed. Do not give Plavix to other people, even if they have the same symptoms that you have. It may harm them.

This Medication Guide summarizes the most important information about Plavix. If you would like more information, talk to your doctor. Ask your doctor or pharmacist for information about Plavix that was written for healthcare professionals.

For more information, go to www.sanofi-aventis.us or www.bms.com or call 1-800-321-1335.

**What are the Ingredients in Plavix?**
**Active ingredient:** clopidogrel bisulfate
**Inactive ingredients:**
Tablet: hydrogenated castor oil, hydroxypropylcellulose, mannitol, microcrystalline cellulose, polyethylene glycol 6000
Film coating: ferric oxide, hypromellose 2910, lactose monohydrate, titanium dioxide, triacetin, Carnauba wax

**This Medication Guide has been approved by the U.S. Food and Drug Administration.**

Issued February 2011
Distributed by:
Bristol-Myers Squibb/Sanofi Pharmaceuticals Partnership
Bridgewater, NJ 08807

Plavix® is a registered trademark of sanofi-aventis.
Coumadin® is a registered trademark of Bristol-Myers Squibb Pharma Company.
Prilosec® is a registered trademark of AstraZeneca.
Jantoven® is a registered trademark of USL Pharma.

*Shown in Product Identification Guide, page 306*

**REYATAZ®** ℞
*[RAY-ah-taz]*
**(atazanavir sulfate)**
**Capsules**

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use REYATAZ safely and effectively. See full prescribing information for REYATAZ.**
**REYATAZ® (atazanavir sulfate) Capsules**
**Initial U.S. Approval: 2003**

**RECENT MAJOR CHANGES**

Dosage and Administration (2.3) 02/2011

**INDICATIONS AND USAGE**

REYATAZ is a protease inhibitor indicated for use in combination with other antiretroviral agents for the treatment of HIV-1 infection. (1)

**DOSAGE AND ADMINISTRATION**

- *Treatment-naive patients:* REYATAZ 300 mg with ritonavir 100 mg once daily with food or REYATAZ 400 mg once daily with food. When coadministered with tenofovir, the recommended dose is REYATAZ 300 mg with ritonavir 100 mg. (2.1)
- *Treatment-experienced patients:* REYATAZ 300 mg with ritonavir 100 mg once daily with food. (2.1)
- *Pediatric patients (6 to less than 18 years of age):* Dosage is based on body weight not to exceed the adult dose. (2.2)
- *Pregnancy:* REYATAZ 300 mg with ritonavir 100 mg once daily with food, with dosing modifications for some concomitant medications. (2.3)
- *Concomitant therapy:* Dosing modifications may be required. (2.1, 7)
- *Renal impairment:* Dosing modifications may be required. (2.4)
- *Hepatic impairment:* Dosing modifications may be required. (2.5)

**DOSAGE FORMS AND STRENGTHS**

- Capsules: 100 mg, 150 mg, 200 mg, 300 mg. (3, 16)

**CONTRAINDICATIONS**

- REYATAZ is contraindicated in patients with previously demonstrated hypersensitivity (eg, Stevens-Johnson syndrome, erythema multiforme, or toxic skin eruptions) to any of the components of this product. (4)
- Coadministration with alfuzosin, triazolam, orally administered midazolam, ergot derivatives, rifampin, irinotecan, lovastatin, simvastatin, indinavir, cisapride, pimozide, St. John's wort, and sildenafil when dosed as REVATIO®. (4)