

**New York**
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

**Pennsylvania**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

May 4, 2012

**_By ECF_**

The Honorable Eldon E. Fallon
United States District Judge
United States District Court for the
 Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA  71030

**Re:**   *AvMed, Inc., et al. v. BrownGreer PLC et al.*,
         **Case No. 08-1633**

Dear Judge Fallon:

We represent plaintiffs in the referenced matter.  In connection with Your Honor's April 26, 2012 Order [Docket No. 63802, filed in Docket No. 2:05-md-01657-EEF-DEK] (the "Order"), we write to advise you that no circumstances have changed surrounding this case since Mr. Sobol last provided a status report to this Court on February 28, 2012.  We attach this letter as Exhibit "A" hereto.

We thank Your Honor for your consideration of this matter and look forward to discussing it further during the telephone conference referenced in the Order.

Very truly yours,

Peter D. St. Phillip, Jr.

Enclosure

cc:    All Counsel of Record (via e-mail)
       Joseph Escandon, MDL Law Clerk , MDL No. 1657 (via fax)

{1851 / LTR / 00112692.DOC v1}

# EXHIBIT A

SEATTLE    BOSTON    CHICAGO    LOS ANGELES    PHOENIX    SAN FRANCISCO                          T 617.482.3700    F 617.482.3003



Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 CAMBRIDGE PARKWAY, SUITE 301
CAMBRIDGE, MA  02142
www.hbsslaw.com
(617) 482 3700
tom@hbsslaw.com

February 28, 2012

**Via Fax**

Joseph Escandon, MDL Law Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street Room C-456
New Orleans, LA  70130

      Re: *In re Vioxx Prods. Liab. Litig.,* MDL No. 1657

Dear Clerk Escandon:

      This letter is to request, a) that the below matter be placed on the agenda for this Thursday and b) that you determine whether the Court would prefer that I participate by phone meeting or in person (as I have already planned to do so).

      In late June of 2010, the Avmed group filed a motion relating to certain law firms whose clients chose not to participate in the private lien resolution program ("PLRP"). See Corrected Motion: Docket No. 45429. There was an opposition filed. See Docket No. 48677. And a reply. See Docket No. 50009.

      A year later (and at the request of Avmed counsel) I brought the issue to the attention of the Court. This Court suggested the parties meet and confer as to whether there were settlement discussions, and whether the motion was ripe for settlement. On August 9, 2011, Avmed counsel wrote to the defendant law firms advising them that the motion to amend had been raised at the last status conference and that the Court had requested the parties meet and confer in an effort to narrow any outstanding issues pertinent to the motion. Avmed counsel scheduled a call for August 11, 2011. The parties had the call at the scheduled time. Later that day, Avmed counsel circulated the take-away from the call where the parties agreed that:

    (1)    All parties agree that there is no further briefing necessary in connection with the motion;

    (2)    All parties agree that the motion is ready for decision; and

    (3)    The parties are not pursuing any form or resolution for the motion or the case, so no one believed there was any reason to delay a decision.

      Later e-mail traffic suggests that Russ Herman reported these three things to the Court.

August 2, 2010
Page 2


        I have been asked by Avmed counsel to again have this matter placed on the agenda for this week's status conference.

        Thank you.

                                        Sincerely,

                                        Thomas M. Sobol
                                        Partner
                                        HAGENS BERMAN SOBOL SHAPIRO LLP

TMS:lc
cc: Russ Herman
    Lenny Davis

001809-26 505717 V1