"Certification of Funds in the Registry"

PRINCIPAL: $ 51,917.35

Financial Deputy: K Day    Date: 4-23-12

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> This pleading applies to: <br> Plaintiff for decedent Joyce Robinson on the Joseph Squillace et al v. Merck & Co Inc. et al, 2:05-cv-02931-EEF-DEK | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

## ORDER

The clerk is authorized and directed to draw a check (or checks) on the funds on deposit in the registry of this court in the principal amount of $51,917.35 plus all interest earned less the assessment fee for the administration of funds, payable to Carey & Danis, LLC, 8235 Forsyth, Suite 1100, St. Louis, Missouri 63105.

SO ORDERED:

Judge Fallon

54855.1