EXHIBITS OF FILING FEE'S PAID ON CASE 05-6618, L (3)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

September 21, 2009

Mr. Lawrence W. Fitzgerald, #66345
Kit Carson Correctional Center
Unit AA - 122
Box 2000
Burlington, CO  80807

SUBJECT:  Request for Refund

Dear Mr. Fitzgerald:

Enclosed is your payment history indicating that the Department of Corrections has overpaid your balance due by $13.38.

A refund in the amount of $13.38 will be sent to the Colorado Department of Corrections within the next few weeks.

With kind regards, I am

Sincerely,

Pro Se Unit

Enclosure

UNITED STATE~
EASTERN DIST~
OFFICE O~

~T COU~
~OUISIA~
~ERK

500 POYDRAS~ ROOM C-151
NEW ORLEANS, LA 70130

October 31, 2008

LORETTA G. WHYTE
CLERK

Mr. Lawrence Fitzgerald, Jr., #66345
KCCC - D/B-122
P.O. Box 2000
Burlington, CO  80807

SUBJECT:  Your 10/16/08 Letter, 05-6618, L (3)

Dear Mr. Fitzgerald:

Enclosed is a copy of your payment history.  We have received your payment of $13.38 and a second payment of $32.52.  Your balance is $409.10.

You will be notified of any further action taken by the Court.

With kind regards, I am

Sincerely,

Pro Se Unit
Enclosure

FEDERAL COURT SYSTEM                    PAYMENT HISTORY FOR PLRA ACCOUNTS          Report Date:  13/
EASTERN DISTRICT OF LOUISIANA                    PAYOR  8374                       Report Time:  12.
                                                                                  Page No.:        1

| PAYOR NO. | PAYOR NAME | NO. | DATE | TYPE | FUND | TOTAL OWED | DATE | NUMBER | AMOUNT | BALANC |
|-----------|------------|-----|------|------|------|------------|------|--------|--------|--------|
| 8374 | LAWRENCE FITZGERALD, JR | 1 | 09/18/08 | CF | 5100PL | 150.00 | 09/18/08 | 20035593100 | 13.38 | |
| | | | | | | | 10/09/08 | 20036044300 | 32.52 | |
| | | >> Invoice Total << | | | | | | | 45.90 | |
| | | 2 | 09/18/08 | CF | 0869PL | 105.00 | | | 0.00 | |
| | | 3 | 09/18/08 | CF | 086400 | 200.00 | | | 0.00 | |
| | | >> Payor Total << | | | | 455.00 | | | 45.90 | |

>> FUND TOTALS <<

|  | 5100PL | 150.00 | 45.90 | |
|--|--------|--------|-------|--|
|  | 086?PL | 105.00 | 0.00 | |
|  | 0864PL | 0.00 | 0.00 | |
|  | 086400 | 200.00 | 0.00 | |

>> REPORT TOTALS <<                               455.00                          45.90

LISTING OF EXHIBITS AS FOLLOW:

COURT ORDER'S
SHOW CAUSE
CLAIMS ADMINISTRATOR

SHOW CAUSE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 23   AM 6: 47

LORETTA G. WHYTE
CLERK

LAWRENCE WILLIAM
FITZGERALD, JR.

VERSUS

MANUFACTURE OF VIOXX,
MERCK & CO., INC.

NUMBER  05-6618

SECTION "L" (3)

## ORDER

IT IS ORDERED that the Plaintiff's Motion for Appointment of Counsel is DENIED.  IT
IS FURTHER ORDERED that the Plaintiff's Motion for Leave to Proceed In Forma Pauperis is
DENIED.  Plaintiffs' Liaison Counsel is directed to contact the Plaintiff to inform him of the
status of MDL 1657 and to assist him in obtaining counsel.

New Orleans, Louisiana, this __22ⁿᵈ__ day of February, 2006.

UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Lawrence William Fitzgerald, Jr.
Inmate Number 66345
Unit 3-C A.V.C.F.
Colorado Department of Corrections
P.O. Box 1000
Crowley, Colorado 81034

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

LAWRENCE W. FITZGERALD, JR.                     *    CIVIL ACTION

VERSUS                                          *    NO. 05-6618

MERCK & CO., INC.                               *    SECTION "L" (3)

### ORDER

     IT IS ORDERED that Plaintiff's Motion to Clarify Order Denying Pauper Status (Rec. Doc. 6) IS GRANTED.

     The Plaintiff seeks to have the Government finance his personal injury claims against Merck for alleged injuries resulting from Vioxx. In the Vioxx MDL, many plaintiffs who could not otherwise afford representation have been able to pursue their personal injury claims against Merck with the benefit of contingent fee representation. In addition, still more plaintiffs have decided to pursue their personal injury claims against Merck without the benefit of counsel but with the guidance and advice of the Pro Se Curator appointed by this Court. Upon denying Plaintiff's earlier Motion for Leave to Proceed in Forma Pauperis, this Court referred the matter to Plaintiffs' Liaison Counsel "to advise [Plaintiff] of the status of MDL 1657 and to assist him in obtaining counsel." (Doc. 3).

     New Orleans, Louisiana, this _2nd_ day of _July_, 2008.

<br>

_____
UNITED STATES DISTRICT JUDGE

FILED 09 FEB 05 07:59USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    :    MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION              :
                                                :    SECTION: L
                                                :
                                                :    JUDGE FALLON
                                                :    MAG. JUDGE KNOWLES
. . . . . . . . . . . . . . . . . . . . . . . . :

**THIS ORDER RELATES TO:     CASE NO. 05-6618**

## ORDER

The Court is in receipt of the attached correspondence from pro se Vioxx plaintiff Lawrence Fitzgerald regarding the status of his claim. IT IS ORDERED that the correspondence be entered into the record. In addition, copies of the letter shall be forwarded to Plaintiff's Liaison Counsel, the Pro Se Curator, and the Claims Administrator so that the appropriate actions, if any, may be taken.

New Orleans, Louisiana, this 3rd day of February, 2009.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Vioxx Plaintiff's Liaison Counsel          Mr. Robert Johnston
Herman, Herman, Katz & Cotlar, LLP         Vioxx Pro Se Curator
820 O'Keefe Avenue                         400 Poydras Street, Suite 2450
New Orleans, LA 70113                      New Orleans, LA 70130

Mr. Lawrence Fitzgerald 66345              Vioxx Claims Administrator
KCCC Unit B/C Box 2000                     P.O. Box 85031
Burlington, CO 80807                       Richmond, VA 23285-5031

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

'EXHIBIT A'

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAWRENCE WILLIAM FITZGERALD Jr

v.

MERCK CO., Inc.,
IN RE: VIOXX
        PRODUCTION LIABILITY LITIGATION

Judge Fallon

Civil Action
Case Number 05-6618

MDL NO. 1657
Section: L

## MOTION TO SHOW CAUSE

COMES NOW, the Plaintiff Lawrence W. Fitzgerald appearing
pro se, respectfully requests this Honorable Court to order
a show cause order in Plaintiff's behalf as to the order
of February 3, 2009 and in support of the show cause is
as follows:

Plaintiff received an Order by the Court stating in
receipt of the attached correspondence from pro se Vioxx
plaintiff Lawrence Fitzgerald regarding status of his
claim. IT IS ORDERED that the correspondence be entered
into the record. In Addition, copies of the letter shall
be forwarded to Plaintiff's Liasison Counsel, the Pro Se
Curator, and the Claims Administrator so that the approp-
riate action, if any, may be taken as of this request for
motion to show cause respectfully placed before the Court
the Plaintiff has written two times and called asking the
status of his claims and his letters and calls have been
disregarded by those that were Ordered by this Court to
review my claims letter included with medical report to
show this Honorable Court the irregular heart beat caused
by the Vioxx product by Doctor Susan Tiona.

Plaintiff being a laymen of the law and a Colorado State Prisoner who was on the Vioxx product which caused his health troubles is requesting the Honorable Court to Order a "Show Cause" why this Courts order of February 3rd 2009 was not followed as this Court can see by the exhibits Plaintiff did everything in his power as an incarcerated inmate to get his claims reviewed in support with even more information and these's letter and information fell on death ears regarding an incarcerated prisoner who has the same right as a freeworld individual seeking relief in this litigation before Honorable Federal District Court in Louisiana.

**Wherefore,** the Plaintiff pray this Court will Order a show cause why this Honorable Courts order is not being followed and why Plaintiff's letter are not being answered regarding the subject matter of this litigation to be placed on the same list would be result in protracted litigation in the settlement program will ensure that those who suffered injuries as my self, as a result of vioxx are compensated fairly and efficiently in the interest of justice.

Date May 10, 2009

Respectfully Submitted

Lawrence W. Fitzgerald #66?4?
KCCC Unit CC-122 Box 2000
Burlington Colorado 80807

## CERTIFICATE OF MAILING

I, Lawrence William Fitzgerald, place this Motion To Show Cause within the United States Mail, postage was prepaid on this 11th day of May 2009, and addressed to the following bellow: Exhibit letter included

United States District Court
Clerk of Court for:
Honorable Judge
**Eldon F. Fallon**
500 Poydras St
New Orleans, LA 70130

Robert Johnson
Vioxx Pro Se Curator
400 Poydras Street. Suit 2450
New Orleans Colorado 70130

Vioxx Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Vioxx Claim Administrator
P.O. Box 85031
Richmond, VA 23285

Lawrence Fitzgerald
KCCC UNIT B/C-107
P.O. Box 2000
Burlington CO 8080?

Claim's Administrator
Brown Greer PLC
115 South 15th Street
Suite 400
Richmond, VA 23219-4209

Fitzgerald V. Merrec K + Co, Inc.
05-CV-06618-EEF-DEK

To Whom it may concern,
   I have just received pro se
Registration affidavit and
That is why it is late.

   I thank you for the time
and effort to allow the late
Filing.

                              Sincerely
                              Lawrence Fitzgerald

Dated: February 3, 2009

## PRO SE REGISTRATION AFFI....

By completing and signing this Registration Affidavit, I certify pursuant to 28 U.... § 1746 to all the information in this Affidavit. I make this certification pursuant to the November 9, 2007 Order regarding registration of plaintiffs.

### A. PLAINTIFF INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last Fitzgerald | First Lawrence | Middle William |
| **Date of Birth** | 6/10/1955 (Month/Day/Year) | **Social Security Number** | 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 |

| **Current Address** | Street K.C.C.C. P.O.Box 2000 / 49474 COUNTY ROAD V | | |
|---|---|---|---|
| | City Burlington, Colorado | State CC | Zip 80807 | Country U.S.A. |
| **Telephone Number** | Daytime N/A | Evening N/A | Email N/A |

### B. LAWSUIT INFORMATION

I represent myself in the following lawsuit:

| | | | |
|---|---|---|---|
| **Case Caption** | Fitzgerald v. Merck & Co. Inc. | **Date Filed** | 02/17/2006 (Month/Day/Year) |
| **Docket Number** | 05-CV-06618-EEF-DEK | | |

### C. INJURY INFORMATION

I claim that I sustained a personal injury as a result of taking Vioxx®. I have marked the category of my injury and specified the date and place of my injury below:

☒ Myocardial Infarction or Sudden Cardiac Death

☐ Ischemic Stroke (not a hemorrhagic stroke or a transient ischemic attack)

☐ All other Injuries

| **Date of Specified Injury** | 5/19/2002 (Month/Day/Year) | **Place of Injury** | Colorado State Prison Kimao Correctional Facility |
|---|---|---|---|

### D. USE OF VIOXX®

I took Vioxx before my claimed injury. I have specifically checked the category below that corresponds to my duration of Vioxx® use.

Check One:

☐ Duration of use up until the specified injury of 12 months or less

☒ Duration of use up until the specified injury of more than 12 months

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 01/13/2009 (Month/Day/Year) | _Lawrence W. Fitzgerald_ Pro Se Claimant |
|---|---|---|

# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
Facsimile: (804)521-7299
claimsadmin@browngreer.com

**Mailing Address:**
P.O. Box 85031
Richmond, Virginia 23285-5031

**Delivery Address:**
115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

May 29, 2009

**By U.S. Mail**

Lawrence William Fitzgerald #66345
KCCC, CC – 122
Box 2000
Burlington, CO 80807

**Re:** **Request to Enroll in the Vioxx Settlement Program**
**Vioxx Claim Number (VCN): 1122804**

Dear Mr. Fitzgerald:

We have received your request to Enroll in the Vioxx Settlement Program after the Final Enrollment Deadline Date of October 30, 2008. According to information from Merck, you are not eligible to participate in the Program, for you were not a party to a pending lawsuit or a Tolling Agreement with Merck as of November 9, 2007, which is a requirement to participate in the Program. If you feel this is in error, contact us within 20 days and send us documents showing the existence of a lawsuit or Tolling Agreement as of November 9, 2007. Otherwise we will not be able to ask the Parties if you are permitted to Enroll in the Program at this time.

Please contact me if you have any questions or comments. Thank you.

Sincerely,

Diann W. Bates

Diann Bates
Pro Se Coordinator

**DEPARTMENT OF CORRECTIONS**

DC 200-

**MISC. WITHDRAWAL TICKET**

DATE 6/10/2004                              AMOUNT 1.73

OFFENDER NO 63943   FAC KCCC   UNIT A-122

OFFENDER NAME FITZGERALD

REASON FOR TRANSACTION VIOX DIRECTOR
DIANA BATES

I hereby authorize this amount to be deducted from my account.

Authorized by

Offender Signature

2000SR.5(11)

Toll Free
Facsimile: (804)521-7299
claimsadmin@browngreer.com

Mailing Address:
P.O. Box 85031
Richmond, Virginia 23285-5031

Delivery Address:
115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

August 6, 2009

**By U.S. Mail**

Lawrence Fitzgerald #66345
KCCC, CC-122
Box 2000
Burlington, CO 80807

Re:   **Notice of Closed Vioxx Claim
Vioxx Claim Number (VCN): 1122804**

Dear Claimant:

You or someone on your behalf submitted Registration and/or Enrollment materials to us as the Claims Administrator for the Vioxx Settlement Program. To be eligible to participate in the Vioxx Settlement Program, the Vioxx Settlement Agreement requires that, as of November 9, 2007, you must either have had a pending lawsuit in any court in the United States against Merck relating to Vioxx use or been a party to a Tolling Agreement with Merck in which Merck agreed to suspend the running of statutes of limitation that apply to how long you had to file suit relating to Vioxx. Anyone who did not have a pending lawsuit or Tolling Agreement as of November 9, 2009, cannot participate in the Vioxx Settlement Program and cannot receive any payments in it.

Merck has informed us that you did not have a pending lawsuit or were not a part of a Tolling Agreement as of November 9, 2007, which means that you are not eligible to participate in the Vioxx Settlement Program. As a result, we have closed your claim. You will not receive any further mailings from us relating to the Program and cannot receive any payments in the Program.

If you have any questions, contact Diann Bates, the Pro Se Coordinator, by toll free telephone at (866) 866-1729 or by email at dbates@browngreer.com, or contact the Pro Se Curator appointed by the Court by telephone at (504) 561-7799 or by email at ijr@ahhelaw.com.

Sincerely,

Vioxx Claims Administrator

\Exhibit F'