UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**This document relates to:** *Lawrence W. Fitzgerald v. Merck & Co., Inc.*, Case No. 05-6618

## ORDER

The Court is in receipt of a "Motion to Amend Relation Back Amendments Pursuant Fed. R. Civ. P. Rule. 15 A, B, and C 1, (B), (c)" from Lawrence W. Fitzgerald. IT IS ORDERED that the motion be filed into the record, and the attachment to the motion entitled "Medical Records Supporting Use of Vioxx and It's Harm It's Caused" be filed UNDER SEAL.

The Court has issued numerous Orders denying Mr. Fitzgerald's requests for appointment of counsel or to proceed *in forma pauperis* in a civil damages suit against Merck for alleged Vioxx-related injuries. (Rec. Docs. 3, 5, 10, 12, 13, 14, 23, 25 in Case No. 05-6618). He has appealed twice to the United States Court of Appeals for the Fifth Circuit, unsuccessfully. (Rec. Docs. 19, 35). As the Court has stated on numerous occasions, Mr. Fitzgerald's case was dismissed in 2006 for failure to pay the filing fee. Now Mr. Fitzgerald again seeks reinstatement of his case against Merck and "relief under the Vioxx Settlement Program for the Plaintiff." The motion is untimely and without merit and accordingly is DENIED.

1

2

New Orleans, Louisiana, this 1st day of May, 2012.

Clerk to Serve:

Russ Herman  
Plaintiff's Liaison Counsel  
Herman, Herman Katz & Cotlar, LLP  
820 O'Keefe Ave.  
New Orleans, LA 70113

Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130

Lawrence W. Fitzgerald 66345  
Sterling Correctional Facility  
Unit 2-C-108 Box 6000  
Sterling, CO 80751

Vioxx Pro Se Curator  
400 Poydras Street  
Suite 2450  
New Orleans, LA 70130