**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY | * | MDL No. 1657 |
| LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| This document relates to: | * | |
| *State of Montana ex rel Mike McGrath* | * | MAGISTRATE JUDGE KNOWLES |
| *v. Merck & Company*, Civil Action No. 06-4302 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT
AND ULLR 7.6E CERTIFICATE**

The State of Montana, by and through the Attorney General of Montana Steve Bullock, hereby moves this Honorable Court for leave to amend the original complaint filed by his predecessor, Attorney General Mike McGrath in the State District Court for Lewis and Clark County, Montana. Attached hereto is General Bullock's proposed Amended Complaint brought in the exercise of the Attorney General's common law and statutory powers, alleging that Merck engaged in unfair and deceptive trade practices regarding the marketing and sale of Vioxx to citizens of the State of Montana in violation of the Montana Unfair Trade Practices and Consumer Protection Act, Montana Code Annotated § 30-14-101 *et. seq.*

General Bullock seeks leave to amend the State's prior pleadings in order change the caption to reflect that he is now the duly elected Attorney General and to narrow the scope of this action and to limit his claims against Merck to only those provided in the Montana Unfair Trade Practices and Consumer Protection Act. Because this amendment will eliminate all claims for restitution or reimbursement, Merck will not suffer any prejudice as a result of this amendment but instead will benefit both in terms of less discovery and less potential liability exposure from the reduced claims and narrower focus of the relief sought by the State.

1

Because the Rules of Civil Procedure provide that leave to amend shall be freely granted and for the reasons set forth it his Memorandum in Support of Motion for Leave to Amend, General Bullock respectfully urges the Court to grant this Motion.

In accordance with the provisions of ULLR 7.6E, undersigned counsel hereby certifies that Merck was provided a copy of the proposed Amended Complaint on approximately April 11, 2012, and that counsel for Merck has been contacted for the purpose of seeking consent for the filing and granting of this Motion for Leave and that counsel has not yet agreed to consent.

DATED this 8th day of May, 2012

/s/ William A. Rossbach
William A. Rossbach
ROSSBACH HART, P.C.
P.O. Box 8988
Missoula, MT  59807-8988
Telephone: (406) 543-5156
Telefax:  (406) 728-8878
bill@rossbachlaw.com

**CERTIFICATE OF SERVICE**

**I** hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day, 2012.

       /s/ Bruce Kingsdorf
       Bruce Kingsdorf