# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 1657 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE KNOWLES |
| This document relates to: *State of Montana ex rel Mike McGrath v. Merck & Company*, Civil Action No. 06-4302 | | |

*****************************************************************************

## NOTICE OF SUBMISSION

TO: John H. Beisner, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

   PLEASE TAKE NOTICE that, pursuant to ULLR 7.2E, Plaintiff's Motion for Leave to Amend Complaint will be submitted for decision to the Honorable Eldon E. Fallon on May 23, 2012 at 9:00 a.m., or at some other date as may be set by the Court.

   DATED this 8th day of May, 2012

                                         /s/ William A. Rossbach
                                        William A. Rossbach
                                        ROSSBACH HART, P.C.
                                        P.O. Box 8988
                                        Missoula, MT  59807-8988
                                        Telephone: (406) 543-5156
                                        Telefax:  (406) 728-8878
                                        bill@rossbachlaw.com

**CERTIFICATE OF SERVICE**

**I** hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day, 2012.

       /s/ Bruce Kingsdorf