```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


In Re:  VIOXX PRODUCTS              *     MDL Docket No. 1657
        LIABILITY LITIGATION        *
                                    *     Section L
                                    *
                                    *     April 27, 2012
This Document Relates to All Cases  *
                                    *     9:00 a.m.
* * * * * * * * * * * * * * * * * *


              MONTHLY STATUS CONFERENCE BEFORE
                THE HONORABLE ELDON E. FALLON
                 UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:        Herman Herman Katz & Cotlar, LLP
                           BY:  LEONARD A. DAVIS, ESQ.
                           820 O'Keefe Avenue
                           New Orleans, Louisiana 70113

For the Defendant:         Williams & Connolly
                           BY:  DOUGLAS R. MARVIN, ESQ.
                           725 Twelfth Street N.W.
                           Washington, D.C. 20005

Also Participating:        Dawn Barrios, Esq.
                           Heather Reznik, Esq.

Official Court Reporter:   Toni Doyle Tusa, CCR, FCRR
                           500 Poydras Street, Room B-406
                           New Orleans, Louisiana 70130
                           (504) 589-7778



Proceedings recorded by mechanical stenography using
computer-aided transcription software.
```

**PROCEEDINGS**

(April 27, 2012)

(The following proceedings were held in open court.)

**THE COURT:** Be seated, please. Good morning, ladies and gentlemen. We are down now to the stalwarts. We used to have an overflowing courtroom, which brings me to we have to focus on the endgame on all of these cases. Hopefully, we can get them finished by the end of the year.

Let me hear counsel first.

**MR. DAVIS:** Good morning, Your Honor. Leonard Davis on behalf of plaintiff liaison counsel's office.

**MR. MARVIN:** Good morning, Your Honor. Douglas Marvin on behalf of Merck.

**THE COURT:** We are here for our status conference. We have had these conferences now since February 2005 on a monthly basis. We have now moved them to every two months. The parties have participated in the conferences and also on the phone. In its heydey, we had 200 to 300 on the phone and at least 100 or so in the audience. We still have people on the phone. I put this on my Web site so that the individuals know that it's available to them. Sometimes we have *pro se* litigants as well as attorneys.

I met with the liaison counsel and lead counsel a moment ago to discuss the agenda. I will take it in the order that is given. Any class actions?

```
 1           MR. DAVIS:  No, Your Honor.  There's nothing new to
 2   report.
 3           THE COURT:  State/federal coordination, anything on
 4   that?
 5           MS. BARRIOS:  Your Honor, I can tell we are
 6   continuing to wind down because I say the same thing every
 7   time.  With your permission, I won't make a report the next
 8   status conference unless there's something different.
 9           THE COURT:  Okay.
10           MS. BARRIOS:  There's been no CTOs filed since the
11   last status conference.  Just one new remand motion was filed.
12   We continue to update databases and remove cases.  There are 95
13   cases open with pending remands and that constitutes 148
14   plaintiffs.  There are 5 cases that we believe should be closed
15   because the actual plaintiff ingestor settled its case but the
16   derivative claimant is still open.  I spoke with Mr. Marvin
17   today and he said he would take care of that.
18           THE COURT:  Well, we started out with about 50,000
19   claims from every state in the union and every district court
20   in the union, 94 districts we have.  Close to 50,000 have been
21   resolved.  In addition, we are dealing with less than 100 now,
22   many of whom are *pro se's*, and the various injuries that are
23   being claimed.  We started with about 26 attorneys general
24   seeking relief for citizens of their states.  We are down now
25   to 5 attorneys general.  We are at the final end of this case.
```

```
 1  Hopefully we will see the end of it this year.
 2              The next item is pro se claimants.  Anything on
 3  that?
 4         MS. REZNIK:  Good morning, Your Honor.  Heather
 5  Reznik for pro se curator Bob Johnston.  Not much new to
 6  report.  We receive occasional calls on a weekly basis, and we
 7  just assist pro se's the best we can.
 8         THE COURT:  In cases of this sort, as we all know, we
 9  have individuals who don't have lawyers and don't want to have
10  lawyers, so they need to have somebody to at least call and
11  talk to to find out information.  I post everything on the Web
12  site for them, but they like to pick up the phone and talk to
13  someone.
14              I appointed a pro se liaison counsel who is
15  available for their call.  The pro se counsel explains all of
16  the information, tries to answer all of their questions and
17  keep them updated.  That's what's been done.  It's been very
18  helpful, and I appreciate your work on that.
19         MS. REZNIK:  Thank you.
20         THE COURT:  Government actions and consumer claims?
21         MR. DAVIS:  Yes, Your Honor.  We have combined these
22  two in this report.  The consumer class claims, we put that
23  topic in.
24              There have been a number of discussions since
25  the last conference between Dawn, myself, what I'll call the
```

1  AGs, as well as Ben Barnett to further the issues.  I know
2  there's a conference that's scheduled after this where we can
3  address those matters.
4          **THE COURT:**  Third-party payors?
5          **MR. DAVIS:**  On the third-party payors, the only
6  remaining issue is the fee allocation.  We have had continuing
7  discussions on that and hopefully will present something to the
8  Court very shortly on that.
9          **THE COURT:**  Pending personal injury cases subject to
10 PTOs 28, 29, and 43?
11         **MR. MARVIN:**  Yes, Your Honor.  I can address that.
12 There are 70 cases that remain, as Your Honor noted, out of
13 more than 50,000.  Of those 70 cases, about 30 are subject to a
14 motion that we filed sometime ago in cases that allege a venous
15 thromboembolism, VTE cases.
16              Ms. Oldfather and I have spoken, and I believe
17 that there is an agreement that on August 15 the expert
18 reports, if any, that would be filed in connection with the
19 VTEs on general causation to address our motion, that date
20 would be set.  So I think that, though, there is an agreement
21 for the entry of that order.
22              As for the other cases and beyond the VTEs, I
23 understand that Your Honor would like to set a conference with
24 Ms. Oldfather and myself and the PSC to discuss the disposition
25 of those cases and a further schedule.

1     **THE COURT:** Yes. I have scheduled that for this
2  Monday at 3:30 to talk about a scheduling order. I would like
3  to get a scheduling order in place that's consistent with
4  resolving these matters by this year.
5     **MR. MARVIN:** Your Honor, one additional point there.
6  In the *Escamilla* case, Your Honor entered an order there. In
7  that case, we were not served with the papers filed by
8  Escamilla. If we had been, we would have withdrawn the motion
9  because it included an expert report that we believe would have
10 satisfied your *Lone Pine* requirement. Plaintiff counsel there
11 has graciously offered to vacate the judgment and to allow us
12 time to submit the opposition; but in light of the fact we are
13 satisfied with the expert report that they submitted, there's
14 no need to do that.
15    **THE COURT:** Okay. I got an expert report. I don't
16 make any judgment on the *Daubert* evaluation of it or
17 significance of that particular expert, but it certainly passes
18 the *Lone Pine* requirement, so I feel that that's been
19 satisfied.
20           Other pending motions, anything?
21    **MR. MARVIN:** No, Your Honor. There are no motions
22 set to be heard today.
23    **THE COURT:** How about appeals, anything on that?
24    **MR. MARVIN:** Nothing new, Your Honor.
25    **THE COURT:** We have a meeting following this meeting

```
 1   with the AGs.  Anything other than that?
 2              Dorothy, do you have anything today?
 3         MS. WIMBERLY:  No, Your Honor.
 4         THE COURT:  The next meeting is June 14.  I have on
 5   that date Chinese Drywall, which is another MDL case that I am
 6   dealing with.  In this case, I have one defendant.  In
 7   Chinese Drywall, I have only 26,000 plaintiffs but 1,000
 8   defendants.  The interesting thing, there's 1,000 lawyers in
 9   this case; I have 1,400 lawyers in that one.  It just keeps
10   moving up.  I will work this in some kind of way.  The meeting
11   on the 14th, we will just probably follow the Chinese Drywall
12   meeting.
13              Anything further in open court?  We will get the
14   AGs on the line soon and I'll talk to them.  Thank you very
15   much.
16              (Proceedings adjourned.)
17                            * * *
```

### CERTIFICATE

I, Toni Doyle Tusa, CCR, FCRR, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled matter.

s/ Toni Doyle Tusa
Toni Doyle Tusa, CCR, FCRR
Official Court Reporter