UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| This document relates to: | * * * | SECTION L |
| *David Agard, et al.* v. *Merck & Co., Inc., et al.* | * * * * | JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
| Only with regard to: *Edward Henderson* and *Louis Henderson* | * * * * | |
| Docket No. *2:05-cv-01089* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Edward Henderson and Louise Henderson in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2012.

_____
DISTRICT JUDGE