**MINUTE ENTRY**
**FALLON, J.**
**MAY 9, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| PENDING PERSONAL INJURY CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a telephone status conference was held with Judge Eldon E. Fallon. Andy Birchfield, Leonard Davis, Ann Oldfather, Megan Hastings, Doug Marvin, and Elaine Horn participated. The parties discussed the status of the seventy remaining personal injury actions pending in the MDL and proposals for completing discovery and *Daubert* motions.

JS10(00:14)