# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| This document relates to All Cases | * |
| | * MAGISTRATE JUDGE |
| | * KNOWLES |

**************************************************************************

## PRE-TRIAL ORDER NO. 23(F)
*(Re-dating of authorizations by Merck's Records Vendor)*

To avoid the administrative costs and related burdens incurred by the parties in seeking new Authorizations for the release of medical and other records ("Authorizations"),

**IT IS HEREBY ORDERED:**

1. Plaintiffs shall provide <u>undated</u> Authorizations to Merck. As to all undated Authorizations, whether received before or after the date of this Order, Merck's records vendor(s) may date those Authorizations to the date they are being sent to the healthcare providers and other entities that require Authorizations, so long at the date affixed is not later than December 31, 2012.

2. As to Authorizations provided to Merck that have already been dated, Merck's record vendor(s) may "white-out" that date and re-date those Authorizations to the date they are being sent to the healthcare providers and other entities that require Authorizations, so long as the date affixed is not later than December 31, 2012.

NEW ORLEANS, LOUISIANA, this 10th day of May, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE