UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    VIOXX PRODUCTS<br>LIABILITY LITIGATION | )<br>)<br>) | MDL NO. 1657 / CA:205-MD-1657 |
| _____ | )<br>) | Section L<br>JUDGE FALLON |
| This Document Relates to<br>*All Settled Third-Party-Payor and*<br>*Personal-Injury Claims Involving*<br>*Missouri Vioxx Users*<br>_____ | )<br>)<br>)<br>)<br>)<br>) | MAGISTRATE JUDGE KNOWLES |

## NOTICE OF APPEARANCE

Patrick J. Stueve of Stueve Siegel Hanson LLP hereby enters an appearance as counsel in this matter for and on behalf of Ted Ivey and Mary Plubell, who are not parties to this proceeding and do not consent to jurisdiction in this proceeding. This notice of appearance is being entered for the sole and express purpose of appealing from an injunction issued against Mr. Ivey and Ms. Plubell and their counsel of record.

Respectfully submitted this 17th day of May, 2012.

s/ Patrick J. Stueve
Patrick J. Stueve
Missouri Bar No. 37682
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri  64112
(816) 714-7100
(816) 714-7101 facsimile
stueve@stuevesiegel.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on Liason Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 17th day of May, 2012.

s/ Patrick J. Stueve