## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | VIOXX PRODUCTS | ) | MDL NO. 1657 / CA:205-MD-1657 |
| | LIABILITY LITIGATION | ) | |
| | | ) | Section L |
| _____ | | ) | JUDGE FALLON |
| | | ) | MAGISTRATE JUDGE KNOWLES |
| This Document Relates to | | ) | |
| *All Settled Third-Party-Payor and* | | ) | |
| *Personal-Injury Claims Involving,* | | ) | |
| *Missouri Vioxx Users* | | ) | |
| _____ | | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Missouri Plaintiffs Mary Plubell and Ted Ivey, nonparties to these proceedings, on behalf of themselves and the certified class in *Mary Plubell, et al. v. Merck & Co., Inc.*, pending in the Circuit Court of Jackson County, Missouri under Case No. 04CV235817-01, and their counsel in that case, hereby appeal pursuant to 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for the Fifth Circuit from the Injunction Order entered in this action on April 23, 2012 enjoining them in their Missouri trial from "offering any evidence that does not sufficiently exclude damages attributable to claims already settled through the PI and TPP settlements achieved in this ML and from executing any judgment obtained through admission of such evidence."  Doc. 63782.

Ms. Plubell, Mr. Ivey, their counsel, and the Missouri class do not consent to personal or subject matter jurisdiction in this Court.  This Notice is being filed solely for the purpose of appealing the injunction issued against them.

Dated:   May 17th, 2012

Respectfully submitted,

s/ Patrick J. Stueve
**STUEVE SIEGEL HANSON LLP**
Patrick J. Stueve, Mo. Bar #37682
stueve@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:     (816) 714-7100
Facsimile:     (816) 714-7101

**GRAY, RITTER & GRAHAM, P.C.**
Don M. Downing, Mo. Bar #30405
ddowning@grgpc.com
701 Market Street, Suite 800
St. Louis, Missouri 63101
Telephone:     (314) 241-5620
Facsimile:     (314) 241-4140

*Attorneys for Missouri Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appeal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of May, 2012.

s/ Patrick J. Stueve_____