# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | MDL Docket No. 1657 |
| Product Liability Litigation | |
| | SECTION L |
| This document relates to: | |
| | |
| *Adnan Aljibory, et al.* | JUDGE FALLON |
| *v.* | |
| *Merck & Co., Inc., et al.* | MAGISTRATE JUDGE KNOWLES |
| | |
| Only with regard to: | |
| Mary Anne Bozick | |
| | |
| Docket No. 2:05-cv-01090 | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Mary Anne Bozick in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 17th day of May, 2012.

_____
DISTRICT JUDGE