UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: 10-868,** *Walter J. Roach, Jr. v. Merck & Co., Inc.*; **05-6510,** *Stanley Long v. Merck & Co., Inc.*

## ORDER

The Court will take Merck's motions for summary judgment in the above-listed cases (Rec. Docs. 63776, 63812) under submission on the briefs, WITHOUT ORAL ARGUMENT, on Wednesday, May 23, 2012.

New Orleans, Louisiana, this 18th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

1