UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO: 10-868, *Walter J. Roach, Jr. v. Merck & Co., Inc.*; 05-6510, *Stanley Long v. Merck & Co., Inc.***

## <u>ORDER</u>

The Court will take Merck's motions for summary judgment in the above-listed cases

(Rec. Docs. 63776, 63812) under submission on the briefs, WITHOUT ORAL ARGUMENT, on

Wednesday, May 23, 2012.

New Orleans, Louisiana, this 18th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

1