UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In Re: VIOXX PRODUCTS LIABIITY LITIGATION | MDL No. 1657 |
|  | SECTION L |
| STATE OF OKLAHOMA, ex rel OKLAHOMA HEALTHCARE AUTHORITY, | JUDGE FALLON |
|  | MAG. JUDGE KNOWLES |
| Plaintiff, |  |
| v. | No. 2:09-cv-07218 |
| MERCK & CO., INC., |  |
| Defendant. |  |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by Plaintiff STATE OF OKLAHOMA, *ex rel* OKLAHOMA HEALTHCARE AUTHORITY, and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action, is hereby dismissed by Plaintiff with prejudice and with each party to bear its own costs and fees.

Dated: May 10, 2012

STATE OF OKLAHOMA
By authorized counsel:

_____
Shelly A. Sanford, Esq.
SANFORD LAW FIRM PLLC
16225 Park Ten Place, Suite 500
Houston, Texas 77084

*Counsel for Plaintiff State of Oklahoma*

Merck & Co., Inc.
By authorized counsel:

_____
John H. Beisner, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

*Counsel for Defendant Merck & Co., Inc.*