UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : : : : : : : : | **NOTICE OF APPEAL**<br><br>MDL 1657<br>SECTION: L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| ---------------------------------------------------:| | |

THIS DOCUMENT RELATES TO:   Gene Weeks v. Merck & Co., Inc.,
Case No.: 2:05-cv-04578

    Notice is hereby given that plaintiff Gene Weeks hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Reasons ( Doc. No.: 63793) signed by the Honorable Judge Eldon E. Fallon April 25, 2012, and filed and entered on the 25th day of April, 2012 with the exception of that portion granting appellant's seventh objection.

Dated:   May 22, 2012

                                                          /s/
                                RONALD R. BENJAMIN, Fed. Bar Roll No.: 101131
                                LAW OFFICE OF RONALD R. BENJAMIN
                                126 Riverside Drive, P.O. Box 607
                                Binghamton, New York 13902-0607
                                (607) 772-1442/Telephone
                                (607) 772-1678/Facsimile
                                ronbenjaminlaw@stny.rr.com

TO COUNSEL ON ATTACHED LIST :

**SERVICE LIST**

Phillip A. Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Russ Herman, Esq.
Herman Gerel LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Douglas Marvin, Esq.
Williams & Connolly
725 12th Street, NW
Washington, DC 20005

Maria D. Tejedor, Esq
505 North Mills Avenue
Orlando, FL 32803