UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX  ) | Judge Fallon |
| ) | Magistrate Judge Knowles |
| PRODUCTS LIABILITY  ) | |
| LITIGATION  ) | MDL Case No. 1657 |
| ) | |
| *This document relates to*  ) | |
| ) | EX PARTE MOTION FOR |
| *Stanley Long v. Merck & Co., Inc.*  ) | EXTENSION OF TIME |
| 2:05-cv-06510-EEF-DEK  ) | TO PLEAD |
| ) | |

      The Plaintiff, Stanley Long ("Long"), through counsel, respectfully submits this Motion for a 21-day extension of time to plead in response to the Defendant Merck & Co. Inc.'s ("Merck") Motion for Summary Judgment. As grounds for his Motion, the Plaintiff respectfully states as follows:

      Merck's Motion for Summary Judgment in this case is noticed for submission on May 23, 2012. Pursuant to Local Rule 7.8 of the United States District Court for the Eastern District of Louisiana – which falls under the section "Pleadings Allowed; Form of Motions" – a party may, on ex parte motion and order, receive an automatic 21-day extension of time to submit a pleading "[u]pon certification by a moving party that there has been no previous extension of time to plead and that the opposing party has not filed into the record an objection to an extension of time . . ." See LR 7.8.

      The Plaintiff hereby certifies that no previous extension of time to plead has previously been requested in this case. Furthermore, the Plaintiff is unaware of any objection having been filed in the record disputing an extension of time for Plaintiff to respond to the Motion for Summary Judgment. Accordingly, the Plaintiff respectfully requests until Wednesday, June 13,

1

2012 (21 days from the due date) to issue his response to the Motion for Summary Judgment filed on behalf of Merck in this matter.

## CONCLUSION

For the foregoing reasons, the Plaintiff respectfully requests that his Ex Parte Motion For Extension Of Time To Plead be granted in all aspects. A Proposed Order is tendered simultaneously herewith.

Respectfully submitted,

/s/ Richard A. Getty
RICHARD A. GETTY

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909

COUNSEL FOR PLAINTIFF
STANLEY LONG

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, as well as Susan Giamportone, by U.S. Mail; and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PTO No. 8; and filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this the 22nd day of May, 2012.

/s/ Richard A. Getty
COUNSEL FOR PLAINTIFF