UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL Case No. 1657 |
| | ) | |
| *This document relates to* | ) | |
| | ) | |
| *Stanley Long v. Merck & Co., Inc.* | ) | |
| 2:05-cv-06510-EEF-DEK | ) | <u>ORDER</u> |
| | ) | |
| | ) | |

Motion having been filed and the Court being otherwise sufficiently advised, it is hereby ordered that the Ex Parte Motion of Stanley Long for a 21-day extension of time to plead in response to the Defendant's Motion for Summary Judgment is GRANTED.

The Plaintiff shall have until June 13, 2012 to file his response to the Motion for Summary Judgment.

 

JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DATE:

1