# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Walter J. Roach v. Merck & Co., Inc.,* | * | KNOWLES |
| *2:10-cv-00868-EEF-DEK* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY IN <u>SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully requests leave to submit the attached reply in support of its Motion for Summary Judgment to reply briefly to the arguments raised in plaintiff's opposition. Merck respectfully believes that the attached reply will assist the Court in its consideration of the motion.

Dated: May 23, 2012

                                                                     Respectfully submitted,

                                                                     */s/ Dorothy H. Wimberly*
                                                                    Phillip A. Wittmann, 13625
                                                                    Dorothy H. Wimberly, 18509
                                                                    STONE, PIGMAN WALTHER
                                                                    WITTMANN L.L.C.
                                                                    546 Carondelet Street
                                                                    New Orleans, Louisiana 70130
                                                                    Phone:  504-581-3200
                                                                    Fax:     504-581-3361

                                                                    Defendants' Liaison Counsel

                                                                    —and—

1094514v1

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
527 Twelfth Street, N.W.
Washington, D.C. 20005
Phone:  202-434-5000
Fax:     202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

2

1094514v1

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion for Leave to File Reply in Support of Merck Sharp & Dohme Corp.'s Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of May, 2012.

                                                                                                          */s/ Dorothy H. Wimberly*
                                                                                                          Dorothy H. Wimberly, 18509
                                                                                                          STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                                                                          546 Carondelet Street
     New Orleans, Louisiana 70130
     Phone: 504-581-3200
     Fax:    504-581-3361
     dwimberly@stonepigman.com