# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Walter J. Roach v. Merck & Co., Inc.,* | * | KNOWLES |
| *2:10-cv-00868-EEF-DEK* | * | |
| | * | |

**************************************************************************

## **ORDER**

Considering the foregoing Motion of Defendant Merck Sharp & Dohme Corp. for Leave to File Reply in Support of Its Motion for Summary Judgment,

**IT IS ORDERED** that the motion is granted and Merck & Co., Inc. be and it hereby is granted leave to file its reply memorandum.

**NEW ORLEANS,** this \_\_\_\_ day of May, 2012.

_____
**DISTRICT JUDGE**

1094526v1