UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Stanley Long v. Merck*, 2:05-cv-6510-EEF-DEK | * | KNOWLES |
| | * | |

********************************************************************************

### DEFENDANT MERCK, SHARP & DOHME'S RESPONSE TO PLAINTIFF LONG'S REQUEST FOR AN EXTENSION OF TIME

Defendant Merck, Sharp & Dohme ("Merck"), through undersigned counsel, hereby submits this memorandum in response to Plaintiff Long's "Ex Parte Motion for Extension of Time to Plead," and states as follows:

1. On April 18, 2012 Merck filed a Motion for Summary Judgment in the above-referenced case. The Motion was set for submission for May 23, 2012. Pursuant to PTO No. 17, Plaintiff's opposition papers, if any, were due 20 days after the service of Merck's Motion—the date of May 8, 2012.

2. Yesterday, on May 22 (two weeks after the due date and one day before the scheduled submission date), Plaintiff files a motion seeking an extension of time to submit its response. In that motion, Plaintiff erroneously invokes Local Rule 7.8; asserts that he should be entitled to a 21 day extension; apparently calculates the extended deadline from the May 23 submission date rather than the original due date; and requests and extension until June 13, 2012.

3. Without taking any position as to whether Plaintiff's request should be granted, Merck respectfully requests that, if the Court does extend the response deadline to June 13, then

1094505v1

the Court set the submission date for the motion as submission on June 20 (the next motions date on the Court's calendar).

Dated: May 23, 2012

        Respectfully submitted,

        /s/ Dorothy H. Wimberly
        Phillip A. Wittmann, 13625
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana 70130
        Phone: 504-581-3200
        Fax:    504-581-3361

        Defendants' Liaison Counsel

        —and—

        Douglas R. Marvin
        Eva Petko Esber
        M. Elaine Horn
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Phone: 202-434-5000
        Fax:    202-434-5029

        Attorneys for Merck, Sharp & Dohme.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of May, 2012.

                                                */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1094505v1