UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Numbers:**<br>2:10-cv-00868 |
| **Walter J. Roach, Jr.** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

**O R D E R**

Motion having been made by the Plaintiff,

IT IS HEREBY ORDERED BY THE COURT that Plaintiff Walter J. Roach, Jr.'s Response to Defendant's Motion for Summary Judgment, attached as Exhibit A, is deemed FILED.

So ordered.

New Orleans, Louisiana, this 22nd day of May, 2012.

_____
Eldon E. Fallon
United State District Judge