UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:** *Virginia Pickett v. Merck Sharp & Dohme Corp.,* **Case Number 10-43**

# ORDER

Considering Ms. Pickett's motion to dismiss her counsel (Rec. Doc. 62812) and her counsel's response agreeing that the attorney-client relationship should be terminated (Rec. Doc. 62810),

IT ORDERED that the motion is GRANTED, and Mr. Ronald Benjamin is no longer counsel of record for Ms. Virginia Pickett.

New Orleans, Louisiana, this 22nd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

1