

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ELENA STRUJAN

       Plaintiff,

-Against-

"Jury Trial Demanded"

MERK & Co., Inc.
126E, Lincoln Ave
Rahway, New Jersey
07065

JOHN/JANE DOE

       Defendants,
------------------------------------------------x



TO: UNITED STATES DISTRICT COURT- SOUTHERN
DISTRICT OF NEW YORK

# Complaint

Elena Strujan- Plaintiff
PO Box 20632,
New York, NY 10021.
Phone # 212-861-4565



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
ELENA STRUJAN

                Plaintiff,

    -Against-

MERK & Co., Inc.
126E, Lincoln Ave
Rahway, New Jersey
07065

JOHN/JANE DOE

        Defendants,
-------------------------------------------------x

                Complaint

                "Jury Trial Demanded"

### TO: UNITED STATES DISTRICT COURT- SOUTHERN DISTRICT OF NEW YORK

The complaint of the Plaintiff, Elena Strujan, respectfully shows and alleges as fellows:

1. I, the Plaintiff herein, ELENA Strujan, resident of the State of New York, I reside at 1413 York Avenue, apt # 4, New York, N.Y.10021, and my mailing address is P.O. Box 20632, New York, NY 10021.

2. The first Defendant herein, MERK & Co., Inc. MERK & Co., Inc.,126E, Lincoln Avenue, Rahway, New Jersey, 07065.

-2-

3. John/Jane Doe unknown.

4. The jurisdiction of this court is invoked to 28 U.S.C Paragraph 1332, and 1391.

5. This is an action seeking court decision against defendants for following accusations:

- Consumer fraud law, regarding theirs drug, painkiller Vioxx.
- Negligence contempt.
- Severe heart problems and chest pain.
- Acute and continuous emotional distress.

On September 12, 1997, I had an accident, I felt on the strers. My doctors, prescribed Vioxx and Celebrex, starting with 1999, for painkiller. At that time, nobody from outside the Merck Co., knew the secondary effect of Vioxx and, that started chest pain, palpitations, and lead to hard attacks.

On September 2004, the Pharmacist called me at home, to stop taking Vioxx, because is dangerous for body, and from that date Vioxx isn't on sale.

During 1999 and 2004, I took Vioxx constantly and my heart problems increased every day; I started to have a lot of chest pain, palpitation, fatigue, and shortness of breath. I saw 4 cardiologists during this period.

- Dr. George Brief, M.D. F.A.C.C.- Internal Medicine Cardiologist, on

-3-

    2000. please see Exhibit page 1, 2.

- Dr. Seban Cocioba M. D., on 2002. Please see Exhibit page 3 to 7.
- Dr. William J. Schwartz, M.D., F.A.C.C- Cardiologist, Cardiologist on 2004. please see exhibit page 8 to 10.
- Dr. Emanuel Goldberg –2004. He put the diagnostic Angina Pectorals and Post Traumatic Stress Disorder. He prescribed Nitroglycerine. Also, he decided, after I took a stress test, which I failed, to have heart Catheterization, which was done on February 8, 2005. Please see Exhibit Page 11, 12.

Also, please see Dr. Enrique Ergas's report, where he prescribed Vioxx and Celebrex ( Exhibit page 13 to 15), Dr. Cocioba's report who also prescribed Vioxx. (Exhibit page 4 to7), a few pharmacy history at ( Exhibit page 16 to 19), and some materials about Vioxx product and lawsuits. (Exhibit page 20 to 23).

From 2004 until March, 2006, I had from 8 AM to 10 PM, patch with Nitroglycerin on my skin. Presently, I have to carry with me Nitroquick that I need for chest angina.

On 1997, I had a bad accident at work. when a doctor stock me with a needle infected from a HIV positive patient. After, I develop Posttraumatic Stress Disorder, and I accused all my heart problems, related at that incident, because 4 years nobody knew about Vioxx danger, which I took every day with

-4-

antidepressants.

Having taking Vioxx for 4 years (2000- 2004), beginning the reason of my cardiovascular problems, permanent risk at heart attack, fatigue, excessive anxiety, depression and a huge emotional stress disorder.

I consider myself a victim of consumer fraud by Merck & Co., Inc.

So far MERK & Co., Inc., had 16,000 filed lawsuit cases for theirs product Vioxx. I feel, I have a meritorious claim.

**Wherefore, by reason of all facts stated above, with respect Plaintiff demands against Defendant disbursements for pain and chest problems, for severe stress disorders, together with any other relief the Court find to be just and proper.**

Dated: 8/27/06

By: *[signature]*

Elena Strujan-Plaintiff
PO Box 20632,
New York, NY 10021.
Phone # 212-861-4565

On this 27th day of August 2006 personally appeared Elena Strujan who presented her NY drivers license as identification.

*[signature]*
Notary Public

JACQUELINE M. ZIEGLER
NOTARY PUBLIC, State of New York
No. 02ZI5035376
Qualified in New York County
Commission Expires October 31, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

06 CV 7745

---

ELENA STRUJAN
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

v.

MERK & Co, Inc
126 E, Lincoln Avenue
RAHWAY, New Jersey
07065
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

> **I.F.P. GRANTED.**
> Leave to proceed in this Court without payment of fees is authorized 28 U.S.C. §1915.
> *IN FORMA PAUPERIS*
> So Ordered;
> SEP 2 6 2006
> (Date)
> UNITED STATES DISTRICT COURT
> SOUTHERN DISTRICT OF NEW YORK
> Chief Judge

I, ELENA STRUJAN, *(print or type your name)* am the plaintiff /petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   I am not employed.

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   October 2005, to June 23, 2006.
   $1,000 per month

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   Unemployment $169/week

   a) Are you receiving any public benefits?   ☐ No.   ☑ Yes, $ 90.

   b) Do you receive any income from any other source?   ☑ No.   ☐ Yes, $ _____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

_N/A_

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No.   ☒ Yes, _Roth IRA penny stocks total value $115._

6. List the person(s) that you pay money to support and the amount you pay each month.

_N/A_

7. Do you pay for (rent) or for a mortgage? If so, how much each month?

_$870.35_

8. State any special financial circumstances which the Court should consider.

_As a substitute teacher, I do not have every day job._

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _28_ day of _August_, _2006_.

_Elena Strujan_
signature

rev. 3/2006

2

(Rev. 2/5/98) Summons in a Civil Action

# United States District Court

SOUTHERN _____ **DISTRICT OF** _____ NEW YORK

Elena Strujan

v.

Merk & Co., Inc.
126E, Lincoln Ave
Rahway, New Jersey
07065

John/Jane Doe

RECEIVED DEC 1 4 2006 LEGAL RECORDS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**06 CV 7745**

Judge Berman

**TO:** (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)
*Pro Se* Elena Strujan           Mailing address: P.O. Box 20632
     1413 York Avenue, Apt. 4           New York, New York 10021
     New York, New York 10021

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    SEP 27 2006

CLERK                                 DATE

(BY) DEPUTY CLERK

(Rev. 2/5/98) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | Date |
|---|---|
| NAME OF SERVER (PRINT) | Title |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    Signature of Server _____
    Date

Address of Server _____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Joan Dearborn
Served
on 12/14/06 at 4:15pm
by Anthony Reid
CI/ Deputy U.S. Marshal
Lobby A, Whitehouse Station NJ

UNITED STATES MARSHALS SERVICE
DEPARTMENT OF JUSTICE
DISTRICT OF NEW JERSEY

50 WALNUT STREET
NEWARK, N.J. 07102

TEL: (973) 645-2404 x269
ALT#: (973) 390-7301

StrujanE-Complaint-        00010

Restricted
R ✓ Confidential
limited access

MERCK & CO., INC.
LEGAL DEPARTMENT
ONE MERCK DRIVE - P.O. BOX 100
WHITEHOUSE STATION, NJ 08889-0100

LINDY BARAN – 908-423-4711
SHEILA DIXON – 908-423-7762

**DATE:** *December 14*, 2006

**PLAINTIFF:** *STRUJAN, ELENA*

**TO:** Womble Carlyle Sandridge & Rice, PLLC

**TEL:** 336-747-2677 (Kristie Foster)
336-721-3729 (Ellen Gregg)

**SUBJECT:** VIOXX COMPLAINTS – PDF FILES

---

**ITEM:** (SUMMONS)
**OTHER:** _____

**RECEIVED BY** ✓ _____

**DATE RECEIVED:** _____

**TIME RECEIVED:** _____

**POSTMARKED:** _____

**MAIL RECEIVED VIA:**
FED EX _____
CERTIFIED _____
REGULAR MAIL _____
PRIORITY MAIL _____
REGISTERED MAIL _____
SPECIAL COURIER _____

---

**SERVED IN LOBBY 'A' WHITEHOUSE STATION, NEW JERSEY** ✓
**DATE SERVED** *12/14/06* **TIME SERVED** *4:15pm* **PERSON SERVED** *Joan Dearborn*
**PERSON SERVING VIOXX LAWSUITS** *Anthony Reid, US Marshall's Office, 50 Walnut St, Newark, NJ 07102  973-645-2404 x369*

**COMMENTS:**

*We received the attached Vioxx lawsuit today. Original will be sent to you via UPS Priority Overnight after the lawsuit has been scanned into a PDF file and e-mailed to complaints@nikacmf.com.*

*Lindy Baran-Sheila Dixon*