1

2    SUPREME COURT OF THE STATE OF NEW YORK

3    COUNTY OF NEW YORK

4    -------------------------------------------------- x

5    ELENA STRUJAN,

6                            Plaintiff,      Index No.

                                             401164/10

7            -against-

8    TEPERMAN & TEPERMAN, LLC, JOHN DOE,

9                            Defendants.

10   -------------------------------------------------- x

11

12

13        EXAMINATION BEFORE TRIAL of the Plaintiff,

14   ELENA STRUJAN, taken by the Defendant, pursuant to

15   Order, held at the offices of Rivkin Radler, LLP,

16   555 Madison Avenue, New York, New York, on November

17   4, 2010, at 10:15 a.m., before a Notary Public of

18   the State of New York.

19

20

21

22   *********************************************

23        BARRISTER REPORTING SERVICE, INC.

                  120 Broadway

24            New York, N.Y. 10271

                212-732-8066

25

```
 1

 2    A P P E A R A N C E S:

 3

 4

 5         ELENA STRUJAN
                     Plaintiff Pro Se
 6                   PO BOX 20632
                     New York, New York   10021

 7

          BY:    ELENA STRUJAN, PRO SE
 8

 9

10

11                                         .

          RIVKIN, RADLER, LLP
12                   Attorneys for Defendant
                     TEPERMAN & TEPERMAN, LLC
13                   926 RXR Plaza
                     Uniondale, New York   11556

14

          BY:    PETER CONTINO, ESQ.
15                   File No.:  4638-00040

16

17

18    ALSO PRESENT:

19         MR. TEPERMAN, Defendant Observer

20

21                       xxxxx

22

23

24

25
```

1

2                    S T I P U L A T I O N S

3    IT IS HEREBY STIPULATED AND AGREED by and between the

4    attorneys for the respective parties hereto, that:

5    All rights provided by the C.P.L.R., and Part 221 of

6    the Uniform Rules for the Conduct of Depositions,

7    including the right to object to any question, except

8    as to form, or to move to strike any testimony at this

9    examination is reserved; and in addition, the failure

10   to object to any question or to move to strike any

11   testimony at this examination shall not be a bar or

12   waiver to make such motion at, and is reserved for,

13   the trial of this action.

14   This deposition may be sworn to by the witness being

15   examined before a Notary Public other than the Notary

16   Public before whom this examination was begun, but the

17   failure to do so or return the original of this

18   examination to counsel, shall not be deemed a waiver

19   of the rights provided by Rule 3116 of the C.P.L.R.,

20   and shall be controlled thereby.

21   The filing of the original of this deposition is

22   waived.

23   IT IS FURTHER STIPULATED, that a copy of this

24   examination shall be furnished to the attorney for the

25   witness being examined without charge.

```
 1              Elena Strujan

 2    E L E N A   S T R U J A N,

 3    called as a witness, having been first duly sworn

 4    by a Notary Public of the State of New York, was

 5    examined and testified as follows:

 6

 7    EXAMINATION BY

 8    MR. CONTINI:

 9    Q      Please state your name for the record.

10    A      Elena Strujan.

11    Q      What is your address?

12    A      PO Box 20632, New York, New York,

13    10021.

14    Q      You gave a mailing address. What is

15    your street address as well?

16    A      I don't have a street address.  I can

17    give you the address where I am staying now.

18    Just a second.  I just moved.

19    Q      Okay.

20    A      43-05 44th Street, Long Island City,

21    New York, 11104.

22    Q      How long have you lived at that

23    address?

24    A      A week.

25    Q      You are in the process of moving
```

9

```
 1                    Elena Strujan

 2   Q        What is your married name?

 3   A        Chitoiu.

 4   Q        That was your married name?

 5   A        Yes, married name.

 6   Q        Since you're not married now, when did

 7   your marriage end?

 8   A        1997.

 9   Q        What is your educational background?

10   A        I will give this paper to you. I am at

11   the University of Zootechny and Veterinary

12   Medicine in Iasi, Romania.

13   Q        You graduated in what year?

14   A        Seventy-eight.

15   Q        Have you had education or training

16   since then?

17   A        Yes.

18   Q        Where?

19   A        I had three years law school in my

20   country.

21   Q        Any other training or education?

22   A        I almost finished a masters in

23   biological science in Lehman College.

24   Q        When was that?

25   A        Between 2003 and 2004.
```

10

```
 1                    Elena Strujan

 2    Q       Anything else?

 3    A       I am certified paralegal.

 4    Q       When did you become a certified

 5    paralegal?

 6    A       If I remember very well, I believe in

 7    2006.  I also certified per diem substitute

 8    teacher.

 9    Q       When did you become a certified per

10    diem substitute teacher?

11    A       From 2008.

12    Q       Where did you receive your paralegal

13    certification?

14    A       Hunter College.

15    Q       How long a program was that?

16    A       I believe one semester.

17    Q       One semester?

18    A       Yes.

19    Q       Was that full time?

20    A       I don't remember.

21    Q       From what institution did you receive

22    your certification as a part-time substitute

23    teacher?

24    A       Department of Education.

25    Q       Was that something that you went to
```

1                    Elena Strujan

2    take a test or did you have to take classes?

3    How is that done?

4    A       I must take and I took 21 credits in

5    education.  I had biology, but I did not have

6    credits in education.  After 21 credits, I

7    completed requirement for substitute per diem

8    substitute teacher and I have a permanent

9    card.

10   Q       Where did you go to take your 21

11   credits in education?

12   A       I took at Touro College.  I went to

13   St. John's College, Hunter College, CITE, a

14   masters in education college.

15   Q       Over what period of time did you take

16   the studies?

17   A       From 2005 I took up to 2008.

18   Q       That was on a part-time basis?

19   A       Part-time school you mean?

20   Q       Yes.

21   A       Yes, on the weekend.  Only the masters

22   was full-time student matriculated.

23   Q       You were in a full-time masters

24   program from the fall of 2003 to the spring

25   of 2004?

12

```
 1                    Elena Strujan

 2    A      Yes, including the spring of 2004.

 3    Q      One year?

 4    A      Yes, matriculate masters degree.

 5    Q      Full time?

 6    A      Yes.

 7    Q      Each semester you were taking how many

 8  courses?

 9    A      First semester I took 12 credits.

10    Q      Four courses, three credits a course?

11    A      Yes, four courses.  Also 12 credits

12  second.  I believe I took eight credits.  I

13  transferred eight, 12 credits from another

14  college from New York, yes.

15    Q      Those credits were taken, the 12

16  credits were taken full time, during the day?

17    A      Yes.

18    Q      The same with eight credits?

19    A      Yes.

20    Q      Taken during the day?

21    A      Yes.

22    Q      How many days a week would you attend

23  school toward your masters in 2003 and '04?

24    A      I believe three days.

25    Q      Three days a week?
```

13

1                    Elena Strujan

2    A       I believe so, but I am not sure.   I

3    believe it was three days a week.

4    Q       After you came to the United States in

5    1994 --

6    A       I forgot something.

7    Q       Yes?

8    A       I have diploma for registered medical

9    assistant, sorry.

10   Q       Where did you get that?

11   A       Here in New York at Mandel.

12   Q       When did you get that?

13   A       Diploma I got in '97.

14   Q       Did that require a period of study?

15   A       Yes.

16   Q       How long?

17   A       One year full-time student.

18   Q       That would have between from the fall

19   of '96 to the end of the spring semester of

20   '97?

21   A       Yes.

22   Q       How many credits did you take for

23   that?

24   A       Not credit courses.

25   Q       How many courses did you take each

14

```
 1                    Elena Strujan

 2    semester?

 3    A       It's a school program.  I don't

 4    remember.  It is like medical school.  You do

 5    not take credits.

 6    Q       You take courses?

 7    A       Yes.

 8    Q       You took courses during the day?

 9    A       Yes.

10    Q       At Mandel?

11    A       Yes.

12    Q       Monday to Friday?

13    A       Yes.

14    Q       After you came to the United States in

15    '94, what was your first employment here?

16    A       New York Hospital.

17    Q       You worked at New York Hospital?

18    A       Yes.

19    Q       What did you do there?

20    A       Nurse technician.

21    Q       When were you employed at New York

22    Hospital?

23    A       April 1, '97.

24    Q       How long did you have that job?

25    A       Until April -- no March 1.  I
```

15

1                    Elena Strujan

2    apologize.  It was until April 1, '99.

3    Q        What did you do there as a nurse

4    technician?

5    A        I assisted the doctor during the

6    colonoscopy.  I prepared the procedure.  I

7    helped the doctor.  I helped the patient.

8    Q        Was it basically the same work the

9    whole time you were there?

10   A        Yes, the same work.

11   Q        What was your next job after New York

12   Hospital?

13   A        My next job was full-time teacher at

14   Cathedral High School.

15   Q        When did you start that job?

16   A        2000.

17   Q        How long did you keep that job?

18   A        I keep my job until 2002.

19   Q        What did you teach at Cathedral High

20   School?

21   A        Introduction to health.

22   Q        Was that a full-time job?

23   A        Yes.

24   Q        How many classes did you teach?

25   A        I taught a few classes.  I don't

140

1                    Elena Strujan

2    did not know that he lost the Statute of

3    Limitation then.

4    Q       The answer is yes?

5    A       Repeat the question.

6    Q       You filed a lawsuit in 2007 on your

7    own?

8    A       Yes.

9    Q       Before you were aware of a problem

10   with Mr. Teperman?

11   A       Yes.

12   Q       Yes or no?

13   A       Yes.

14   Q       Thank you.  In that lawsuit did you

15   claim that you were suffering from

16   posttraumatic chest angina, by cramps,

17   insomnia, and phobias as a result of the

18   accident in the case?

19   A       Yes.

20   Q       What was the accident in that case?

21   A       Was not an accident.  I went in 2004

22   to ask the history of my medication.  The

23   pharmacist deleted the history for Vioxx and

24   Celebrex.

25   Q       Because you were going to pursue a

141

1               Elena Strujan

2    claim against the manufacturer of Vioxx, the

3    Merck company?

4    A       Yes.

5    Q       Claiming that your heart problems were

6    caused by Vioxx?

7    A       Yes, I was on that from '99.  Vioxx

8    was used as a painkiller.

9    Q       Did you file a lawsuit against Merck &

10     Company?

11   A       Yes.

12   Q       Was that tiled in March of 2007?

13   A       Yes.

14   Q       In your lawsuit against Merck, did you

15   claim that you thought your posttraumatic

16   stress was the result of a 1997 situation

17   when you were stuck with a needle at work but

18   that now you understand that it was Vioxx

19   that caused your problem?

20   A       I have an objection.  Posttraumatic

21   stress disorder, primary cause is me stuck

22   with needle from HIV patient.  The second

23   disorder from the pharmacist, when I was

24   asked why he deleted, he said go to hell,

25   idiot woman and in front of everyone and