## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: Elena Strujan | CASE NO.: 05−48478−ajg |
| aka   Elena Chitoiu | |
| SSN/TAX ID: xxx−xx−6592 | CHAPTER:  7 |

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Ian J. Gazes is discharged as trustee of the estate; the bond is cancelled; and the chapter 7 case of the above named debtor is closed.

Dated: March 17, 2006

Arthur J. Gonzalez, Bankruptcy Judge