UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY : **NOTICE OF MOTION**
LITIGATION :
: MDL 1657
SECTION: L
:
: JUDGE FALLON
MAGISTRATE JUDGE KNOWLES
:
:
-----------------------------------------------------:

THIS DOCUMENT RELATES TO:      Gene Weeks v. Merck & Co., Inc.,
                               Case No.: 2:05-cv-04578

PLEASE TAKE NOTICE that upon the attorney affirmation of Ronald R. Benjamin, dated May 25, 2012, and upon all the pleadings and prior proceedings heretofore had, served and/or filed herein, attorney Ronald R. Benjamin will move this Court, before the Honorable Eldon E. Fallon, United States District Judge, at the United States Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, onWednesday, May 30, 2012 or at a date and time to be established by the Court, for an order permitting appellant to withdraw his incorrectly filed Notice of Appeal (filed by ECF on May 22, 2012; Doc. #63866) and proceed on his Amended Notice of Appeal filed May 25, 2012.

Dated:  May 25, 2012
        Binghamton, New York

                            /s/ Ronald R. Benjamin
                            RONALD R. BENJAMIN, Fed. Bar Roll No.: 101131
                            LAW OFFICE OF RONALD R. BENJAMIN
                            126 Riverside Drive, P.O. Box 607
                            Binghamton, New York 13902-0607
                            (607) 772-1442
                            ronbenjaminlaw@stny.rr.com

**SERVICE LIST**

Phillip A. Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Russ Herman, Esq.
Herman Gerel LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Douglas Marvin, Esq.
Williams & Connolly
725 12th Street, NW
Washington, DC 20005

Maria D. Tejedor, Esq
505 North Mills Avenue
Orlando, FL 32803