UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY : | |
|     LITIGATION           : | |
| : | MDL 1657 |
|   | SECTION: L |
| : | |
| : | JUDGE FALLON |
|   | MAGISTRATE JUDGE KNOWLES |
| : | |
| : | |
| ------------------------------------------------ : | |

THIS DOCUMENT RELATES TO:    Gene Weeks v. Merck & Co., Inc.,
                             Case No.: 2:05-04578

CERTIFICATE OF SERVICE

    I hereby certify that on May 25, 2012, the above and forgoing Notice of Motion with Attorney Affirmation and Amended Notice of Appeal has been served on counsel on the attached service list by US Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No.: 8B, and that the foregoing was electronically filed with the Clerk of the District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a notice of electronic filing in accord with the procedures established in MDL 1657. I further certify that all parties on the attached service list have been served by US Mail.

                                                     /s/ Ronald R. Benjamin
                                           RONALD R. BENJAMIN, Fed Bar Roll No.: 101131
                                           LAW OFFICE OF RONALD R. BENJAMIN
                                           126 Riverside Drive, P.O. Box 607
                                           Binghamton, New York 13902-0607
                                           (607) 772-1442

ronbenjaminlaw@stny.rr.com

**SERVICE LIST**

Maria D. Tejedor, Esq
505 North Mills Avenue
Orlando, FL 32803

Phillip A. Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Russ Herman, Esq.
Herman Gerel LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Douglas Marvin, Esq.
Williams & Connolly
725 12th Street, NW
Washington, DC 20005