

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| DISTRICT OF COLUMBIA ex rel<br><br>KENNETH WALKER<br>1301 Belmont Street, N. W., #7<br>WASHINGTON, DC 20009<br><br>BRINGING THIS ACTION ON<br>BEHALF OF THE DISTRICT<br>OF COLUMBIA<br><br>c/o Robert J. Spagnoletti<br>Attorney General, DC<br>1350 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br><br>      Plaintiffs,<br><br>v.<br><br>MERCK & COMPANY<br>One Merck Drive<br>Whitehouse Station, NJ 08889<br><br>Serve:<br>  Registered Agent<br>  C.T. Corporation Systems<br>  1015 15th Street, N. W.,<br>   Suite 1000<br>  Washington, D. C. 20005<br><br>      Defendant. | COMPLAINT FOR<br><br>DISTRICT OF COLUMBIA FALSE<br>  CLAIMS ACT<br><br>FILED UNDER SEAL<br><br>JURY TRIAL DEMAND<br><br>Civil Action No.: |

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
1301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

## COMPLAINT

1.  This is an action to recover damages and civil penalties on behalf of the District of Columbia arising from the false claims made by the Merck & Company in violation of the False Claims Act, DC Code Section 2-308.14, et. seq. This court has

jurisdiction over the subject matter of this action pursuant to DC Code 11-921 (1981).

2. Plaintiff Mr. Kenneth Walker is a resident of the District of Columbia and a Medicaid beneficiary.

3. Defendant, Merck & Company, is an American pharmaceutical company incorporated under the laws of the State of New Jersey with its principal place of business at One MERCK Drive, P. O. Box 100, Whitehouse Station, New Jersey. Defendant was in the business of profiting from the design, manufacture, marketing, distribution and/or sales of the brand-name prescription drug VIOXX (rofecoxib).

4. The False Claims Act, was enacted by the City Council to enhance the Government's ability to recover losses sustained as a result of fraud against the District of Columbia.

5. The False Claims Act provides that any person who knowingly submits, and/or causes another to submit, a false or fraudulent claim to the Government for payment or approval is liable for a civil penalty of up to $10,000 for each such claim, plus three times the amount of the damages sustained by the Government, and attorneys' fees. The Act allows any person having information regarding a false or fraudulent claim against the Government to bring a private cause of action for himself and on behalf of the Government and to share in any recovery. The complaint is to be filed under seal for 180 days (without service on the defendant during such 180-day period) to enable the Government (a) to conduct its own investigation without the defendant's knowledge and (b) to determine whether to join the action.

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

6. Based on these provisions, Relator seeks to recover damages and civil penalties arising from Defendant's presentation of false claims to the United States Government.

## BACKGROUND

7. Kenneth Walker, a resident of the District of Columbia, has been a Medicaid beneficiary on and off for the last several years.

8. In approximately 2001, Dr. Paul A. Manner, GWU Medical Faculty Associates, 2150 Pennsylvania Avenue, NW, Washington, DC, was treating Mr. Walker for complaints of pain in his knee and was considering performing a total knee replacement.

9. As Dr. Manner evaluated Mr. Walker, he prescribed Vioxx for him to take to relieve his pain.

10. Mr. Walker usually filled his prescriptions at Morton Care Pharmacy, 724 E. Capitol Street, NE, Washington, DC. When Mr. Walker presented his prescription for Vioxx, the pharmacist told him that the prescription for Vioxx would have to be approved by Medicaid before the pharmacist could give him the drug. The pharmacist told him to return the next day.

11. The following day, Mr. Walker obtained Vioxx from the pharmacist who had secured approval from DC Medicaid. He continued to take Vioxx through October, 2004. In this period, DC Medicaid paid for his prescription most of the time when he

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
1301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

submitted it for refill. However, there were occasions when Mr. Walker paid for the refill out of his own funds.

12. Prior to taking Vioxx, Mr. Walker had a medical history of diabetes, high blood pressure, and coronary problems.

13. While he was taking Vioxx, he suffered a stroke and renal failure. No one warned him of any problems that may have been associated with taking Vioxx.

14. In October, 2004, he attempted to get his prescription for Vioxx refilled and the pharmacist advised him that the manufacturer had recalled the drug.

15. Upon hearing this, Mr. Walker contacted his Family Physician, Dr. Sadona, and the Perry Family Clinic, who confirmed that Vioxx had indeed been recalled. Still needing medication for his knee, Dr. Sadona prescribed a combination of Tylenol and Indocin to control his knee pain.

16. The DC Medicaid program has a preference for generic drugs and will not pay for a non-generic prescription unless the physician requesting it completes an authorization form.

17. When a Medicaid patient submits a non-generic drug prescription to a pharmacist, and the pharmacist enters the drug into the computer, it elicits an error code, denying the authority to dispense the drug.

18. The pharmacist then communicates with the prescribing doctor who must fill out a form authorizing the non-generic prescription. The physician must provide information to justify the use of the non-generic drug. This form is transmitted to the

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

DC Medicaid Pharmacy Benefit Manager who then evaluates the drug, its proposed use, and then approves or disapproves the drug.

19. This procedure was followed in Mr. Walker's case as indicated in paragraphs 7 to 11 above.

20. Defendant Merck & Company withdrew Vioxx from the market on September 30, 2004 after announcing that, in a study, patients using Vioxx had experienced significantly more heart attacks and strokes than patients taking a placebo.

21. However, prior to this announcement, Defendant Merck & Company, was aware of significant cardiovascular risks associated with the use of Vioxx and yet, in an aggressive and intentional sales blitz, obfuscated the risks and encouraged physicians and medical providers to prescribe Vioxx.

22. A highly trained Merck & Company sales force met face to face with medical providers and provided them with inaccurate and misleading information to encourage them to prescribe Vioxx to their patients.

23. Through this effort, Merck & Company caused medical providers in the District of Columbia to prescribe Vioxx to Medicaid patients, whose prescriptions were being paid for in whole or in part, by the District of Columbia, when, in fact, generic drugs would have been safer.

24. Through this effort, Merck & Company caused Pharmacy Benefit Managers, charged with approving the use of non-generic drugs to continue to approve prescriptions for Vioxx for DC Medicaid patients, whose prescriptions were being paid

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

for, in whole or in part, by the District of Columbia, when, in fact, generic drugs would have been safer.

25. Through this effort, Merck & Company provided medical providers in the District of Columbia with misleading and unscientific studies that served as the basis for the physicians to prescribe Vioxx and to fill out the authorizing forms for DC Medicaid patients, like Mr. Walker, to obtain Vioxx over available generic drugs.

26. From 1999 through 2004, 7177 Vioxx prescriptions were prescribed and paid for by DC Medicaid. In this period, DC Medicaid paid $724,046.88 for Vioxx prescriptions.

27. But for the intentionally false and misleading campaign of Defendant Merck & Company, these prescriptions would not have been prescribed, and/or approved and paid for by DC Medicaid.

### Violation of DC Code Section 2-308.14 (a)(2)

28. Under DC Code Section 2-308.14(a)(2) it is unlawful for any person to knowingly make, use, or caused to be made or used a false record or statement to get a false claim paid or approved by the District of Columbia.

29. As indicated above, the DC Medicaid program has a preference for generic drugs when available. Non-generic drugs, like Vioxx, will not be paid for unless the prescribing doctor justifies that the non-generic drug is safer and more effective than the generic alternative.

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
1301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

30. The prescribing doctor must complete a form in which he presents his justification that the non-generic drug is safer and more effective than the generic alternative.

31. In the case of Vioxx, the doctors, who prescribed the drug for Mr. Walker and other DC Medicaid patients, relied upon false and misleading information in completing the authorizing form that led to the approval of Vioxx for use with DC Medicaid patients. These forms were false and misleading because they stated that Vioxx was safer and/or more effective than available generic alternatives.

32. Defendant, Merck & Company, by providing the physicians and Pharmacy Benefit Managers, with false and misleading information, knowingly caused the physicians and Pharmacy Benefit Managers to generate false records and statements to get prescription claims for Vioxx paid for by the District of Columbia Medicaid program.

33. Defendant Merck & Company, by its conduct, as described above, caused the District of Columbia to spend $724,046.88 to pay for Vioxx prescriptions for DC Medicaid patients like Mr. Walker between 1999 and 2004. Pursuant to DC Code Section 2-308.14 (a), Defendant Merck & Company are liable for three times this amount as a penalty. Defendant Merck & Company is liable for $2,172,140.64 in consequential damages.

34. Defendant Merck & Company, by its conduct, as described above, caused the District of Columbia to pay for 7,177 Vioxx prescriptions between 1999 and 2004.

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-947-1261

DC Code Section 2-308.14 (a) penalizes each false claim with a penalty between $5,000.00 and $10,000.00.  Defendant Merck & Company is liable for statutory penalties in an amount between $35,885,000.00 and $71,770,000.00.

Wherefore, Plaintiff Kenneth Walker, on behalf of himself as a Medicaid patient, and the District of Columbia, urges this court to enter judgment against Defendant Merck & Company and to award consequential and statutory damages as indicated in DC Code Section 2-308.14 (a) plus attorney's fees and costs associated with the prosecution of this action.

RESPECTFULLY SUBMITTED,

ASHCRAFT & GEREL, LLP

By: /s/ H. Vincent McKnight, Jr.
H. Vincent McKnight, Jr.
D.C. Bar No. 293811
2000 L Street, N. W., Suite 400
Washington, D. C.  20036
(202) 783-6400
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Complaint was hand-delivered, this 3rd day of August, 2005, to:

Robert J. Stagnoletti, Esquire
Attorney General
District of Columbia
1350 Pennsylvania Avenue, N. W.
Washington, D. C.  20004

/s/ H. Vincent McKnight, Jr.
H. Vincent McKnight, Jr.

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L. STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
1301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261