# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

May 14, 2012

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  James D. Schneller, Individually and on Behalf of the Estate of George H. Schneller
v. Merck and Company, Incorporated
No. 11-1117
(Your No. 10-31097)

05-md-1657 L

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter, Clerk**

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 15, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 2 4 2012
LORETTA G. WHYTE
CLERK

　　　No. 10-31097,  In Re: Vioxx Prod Liability
　　　　　　　USDC No. 2:05-MD-1657
　　　　　　　USDC No. 2:05-CV-5382

Enclosed is a copy of the Supreme Court order denying certiorari.

　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　By: *Dawn Eiserloh*
　　　　　　　　　　　　Dawn S. Eiserloh, Deputy Clerk