UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|   Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|   STATE OF OKLAHOMA, *ex rel* | * | SECTION L |
|     OKLAHOMA HEALTHCARE | * | |
|     AUTHORITY, | * | JUDGE ELDON E. FALLON |
| | * | |
|                     Plaintiff, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|   versus | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|                     Defendant. | * | |
| | * | |
| Case No. 2:09-cv-07218-EEF-DEK | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

**IT IS ORDERED** that all claims of plaintiff be and they hereby are dismissed with prejudice, each party to bears its own costs.

**NEW ORLEANS, LOUISIANA**, this 24th day of May, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE