UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO: 05-6510,** *Stanley Long v. Merck & Co., Inc.*

### ORDER

The Court has pending before it Merck's motions for summary judgment (Rec. Doc. 63812) with respect to the claims of Plaintiff Stanley Long. The motion was noticed for submission on Wednesday, May 23, 2012. On the date of submission, counsel for Mr. Long filed a motion for an extension to respond (Rec. Doc. 63867).[1] Merck has filed a response to the motion for an extension (Rec. Doc. 63869) in which it states that, if an extension is granted, the submission date for the motion should be continued to June 20, 2012.

IT IS ORDERED that Merck's motion for summary judgment will be taken under submission on Wednesday, June 20, 2012, without oral argument. Counsel for Plaintiff shall file any opposition on or before Tuesday, June 12, 2012.

New Orleans, Louisiana, this 24th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The motion incorrectly cited Local Rule 7.8, which pertains only to pleadings.

1