UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>        Plaintiff,<br>vs.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | No. 2:08-cv-05057 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

This stipulation is entered by and between Plaintiff the State of Florida (hereinafter "the State"), on its own behalf including its departments, municipalities, governmental entities, political subdivisions, state agencies and other units of government, and Defendant Merck & Co., Inc. (hereinafter "Merck").

IT IS HEREBY STIPULATED AND AGREED by and between the State and Merck that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the above-captioned actions be and hereby are dismissed with prejudice as to Merck and each party is to bear its own costs.

Respectfully submitted,

STATE OF FLORIDA

PAMELA JO BONDI
ATTORNEY GENERAL

*/s/ James D. Young*
JAMES D. YOUNG (No. 567507)
Special Counsel
James.Young@myfloridalegal.com
Office of the Attorney General
1300 Riverplace Blvd. Suite 405
Jacksonville, Florida 32204
Tel: (904) 348-2720
Fax: (904) 858-6918

MERCK & CO., INC.

*/s/ John H. Beisner*
JOHN H. BEISNER (No. _____)
JOHN.BEISNER@SKADDEN.Com
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Tel: (202) 371-7000
Fax: (202) 393-5760

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 1st day of June, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

1094514v1