UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF FLORIDA, OFFICE OF THE | * | SECTION L |
|     ATTORNEY GENERAL, DEPARTMENT | * | |
|     OF LEGAL AFFAIRS, | * | JUDGE ELDON E. FALLON |
| | * | |
|         Plaintiff, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|     versus | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|         Defendant. | * | |
| | * | |
| Case No. 2:08-cv-05057-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

**IT IS ORDERED** that all claims of plaintiff be and they hereby are dismissed with

prejudice, each party to bears its own costs.

**NEW ORLEANS, LOUISIANA**, this _____ day of June, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1095276v.1