UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABIITY LITIGATION | MDL No. 1657 |
| | SECTION L |
| THE PEOPLE OF THE STATE OF NEW YORK and the CITY of NEW YORK, | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| Plaintiffs, | |
| v. | No. 2:08-cv-00960-EEF-DEK |
| MERCK & CO., INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by Plaintiffs THE PEOPLE OF THE STATE OF NEW YORK and the CITY OF NEW YORK, and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the action entitled *People of the State of New York and the City of New York v. Merck & Co.*, originally filed in New York State Supreme Court for the County of New York under Index No. 406439/2007, and subsequently removed to federal court and transferred to multidistrict proceeding MDL No. 1657 pending in the United States District Court for the Eastern District of Louisiana and assigned docket number

2:08cv00960-EEF-DEK, is hereby dismissed by Plaintiffs with prejudice and with each party to bear its own costs and fees.

Dated: ~~May~~ June 1, 2012

THE PEOPLE OF THE STATE OF
NEW YORK
By authorized counsel:

*[signature]*

Monica Hickey-Martin
Special Deputy Attorney General
Medicaid Fraud Control Unit
Office of the Attorney General of the State of
New York
120 Broadway - 13th Floor
New York, New York 10271

*Counsel for Plaintiff The People of the State of New York*

Merck & Co., Inc.
By authorized counsel:

*[signature]*

John H. Beisner, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

*Counsel for Defendant Merck & Co., Inc.*

The CITY OF NEW YORK
By authorized counsel:

*[signature]*

New York City Law Department
100 Church Street
New York, New York 10007

By: John R. Low-Beer
    Senior Counsel

*Counsel for Plaintiff the City of New York*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of May, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

1094514v1