UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|    THE PEOPLE OF THE STATE OF NEW | * | SECTION L |
|    YORK and the CITY OF NEW YORK | * | |
| | * | JUDGE ELDON E. FALLON |
|                                Plaintiffs, | * | |
| | * | MAGISTRATE JUDGE |
|    versus | * | KNOWLES |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|                                Defendant. | * | |
| | * | |
| Case No. 2:08-cv-00960-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

**IT IS ORDERED** that all claims of plaintiffs be and they hereby are dismissed with prejudice, each party to bears its own costs.

**NEW ORLEANS, LOUISIANA**, this ____ day of June, 2012.

                                                            _____
                                                            ELDON E. FALLON
                                                             UNITED STATES DISTRICT JUDGE

1095395v.1