UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY : 
      LITIGATION :
:   MDL 1657
:   SECTION: L
:
:   JUDGE FALLON
  MAGISTRATE JUDGE KNOWLES
:
:
---------------------------------------------------:

THIS DOCUMENT RELATES TO:   Gene Weeks v. Merck & Co., Inc.,
  Case No.: 2:05-cv-04578

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## NOTICE OF SUBMISSION

      Please take notice that Attorney Ronald R. Benjamin, in accordance with Rule 7.4 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, hereby submits his Motion to Withdraw his incorrectly filed Notice of Appeal, document number 63866, and proceed on the Amended Notice of Appeal, document number 63874, for decision on Wednesday, June 20, 2012 at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  June 2, 2012
       Binghamton, New York

                              Respectfully submitted,

                                /s/ Ronald R. Benjamin
                            Ronald R. Benjamin, Fed Bar Roll No.: 101131
                            LAW OFFICE OF RONALD R. BENJAMIN

126 Riverside Drive, P.O. Box 607
Binghamton, New York 13902-0607
Phone: (607) 772-1442
Fax: (607) 772-1678
ronbenjaminlaw@stny.rr.com