UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY : 
       LITIGATION :
: MDL 1657
: SECTION: L
:
: JUDGE FALLON
  MAGISTRATE JUDGE KNOWLES
:
:
---------------------------------------------------:

THIS DOCUMENT RELATES TO:    Gene Weeks v. Merck & Co., Inc.,
   Case No.: 2:05-cv-04578

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM IN SUPPORT OF APPELLANT'S MOTION
TO WITHDRAW DEFICIENT DOCUMENT**

     Pursuant to Rule 7.4 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, appellant Ronald R. Benjamin hereby submits his Motion to Withdraw his incorrectly filed Notice of Appeal, document number 63866, and proceed on the Amended Notice of Appeal, document number 63874, for decision on Wednesday, June 20, 2012 at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, and in support thereof states the following matters.

     On April 24, 2012 the Honorable Eldon E. Fallon issued an Order & Reasons regarding the attorney fee lien dispute in the above matter following a settlement of the claims of the plaintiff Gene Weeks. The Order awarded the attorney fees in dispute to Attorney Maria

Tejedor, and denied attorney fees to Attorney Ronald R. Benjamin.

Attorney Ronald R. Benjamin's office filed a Notice of Appeal from that Order on May 22, 2012.  Thereafter, on May 24, 2012 Attorney Benjamin received an email from the Clerk's Office of the Fifth Circuit Court of Appeals advising of the need to file an amended Notice of Appeal on behalf of Attorney Benjamin rather than on behalf of plaintiff Weeks.  A clerk at the district court advised of the necessity of filing a Notice of Motion requesting permission to withdraw the defective Notice of Appeal. On May 25, 2012 a Notice of Motion with Attorney Affirmation was e-filed requesting permission to withdraw the defective document. Attorney Benjamin's office also e-filed an Amended Notice of Appeal at the same time in order to be timely with same.

On May 29, 2012 the District Court filed a Notice of Deficient Document. The instant Memorandum and Notice of Submission are submitted herewith to cure the deficiency.

For the foregoing reasons, it is respectfully submitted that this Court should grant Benjamin's request to allow the deficient Notice of Appeal (document number 63866) to be withdrawn from the docket.

Dated:   June 2, 2012
         Binghamton, New York

                                         /s/ Ronald R. Benjamin
                                        Ronald R. Benjamin, Fed Bar Roll No.: 101131
                                        LAW OFFICE OF RONALD R. BENJAMIN
                                        126 Riverside Drive, P.O. Box 607
                                        Binghamton, New York 13902-0607
                                        Phone: (607) 772-1442
                                        Fax: (607) 772-1678
                                        ronbenjaminlaw@stny.rr.com