UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY : | |
|     LITIGATION : | |
| : | MDL 1657 |
| | SECTION: L |
| : | |
| : | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| : | |
| : | |
| ----------------------------------------------------- : | |

THIS DOCUMENT RELATES TO:     Gene Weeks v. Merck & Co., Inc.,
    Case No.: 2:05-04578

CERTIFICATE OF SERVICE

    I hereby certify that on June 3, 2012, the above and forgoing Notice of Submission, Memorandum in Support, Notice of Motion with Attorney Affirmation and Amended Notice of Appeal has been served on counsel on the attached service list by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No.: 8B, and that the foregoing was electronically filed with the Clerk of the District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a notice of electronic filing in accord with the procedures established in MDL 1657.

                                    /s/ Ronald R. Benjamin
                              RONALD R. BENJAMIN, Fed Bar Roll No.: 101131
                              LAW OFFICE OF RONALD R. BENJAMIN
                              126 Riverside Drive, P.O. Box 607
                              Binghamton, New York 13902-0607
                              (607) 772-1442
                              ronbenjaminlaw@stny.rr.com

**SERVICE LIST**

Maria D. Tejedor, Esq
505 North Mills Avenue
Orlando, FL 32803

Phillip A. Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Russ Herman, Esq.
Herman Gerel LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Douglas Marvin, Esq.
Williams & Connolly
725 12th Street, NW
Washington, DC 20005