**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

RECEIVED
MAY 3 1 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

May 30, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 12-30560   In Re: Vioxx Prod Liability, et al
   USDC No. 2:05-MD-1657

Enclosed is an order entered in this case.

Please be advised the designation of the record on appeal must be filed in the U.S. District Court within 14 days from the date of this order. Counsel is required to also provide the U.S. Fifth Circuit with a copy of the designation when filed.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Cindy M. Broadhead, Deputy Clerk
                    504-310-7707

Mr. Don Manley Downing
Mr. Russ M Herman
Mr. Todd E. Hilton
Mr. Patrick Joseph Stueve
Ms. Loretta Whyte
Mr. Bradley T. Wilders
Mr. Phillip A. Wittmann

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 31 2012

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: VIOXX LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
Deputy
New Orleans, Louisiana   MAY 30 2012