UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX  Products Liability Litigation | * * * |
| This Document Relates to: | * MDL No. 1657 * |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | * SECTION L * * JUDGE ELDON E. FALLON * |
| Plaintiff, | * MAGISTRATE JUDGE * KNOWLES |
| versus | * * |
| MERCK & CO., INC., | * * |
| Defendant. | * * |
| Case No. 2:08-cv-05057-EEF-DEK | * * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

**IT IS ORDERED** that all claims of plaintiff be and they hereby are dismissed with prejudice, each party to bears its own costs.

**NEW ORLEANS, LOUISIANA**, this __4th__ day of June, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE