# United States District Court
# Eastern District of Louisiana

| | |
|---|---|
| IN Re: VIOXX r PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| **AKOSUA AKYAAMAA** | PLAINTIFF |
| V. | |
| **MERCK & CO., INC** | DEFENDANTS |

## ORDER

\*\*\*\*\*\*\*\*

Considering the Suggestion of Death and Motion For Substitution Of Parties,

IT IS ORDERED that Ernest Adjekum's Suggestion of Death and Motion For Substitute of Parties is granted. Ernest Adjekum as the personal representative of the deceased, shall be substituted for Akosua Akyaamaa for all purposes in this action.

NEW ORLEANS, LOUUISANA, this 31st day of May, 2012.

_____
DISTRICT JUDGE