UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Mary Ann Nolan v. Merck & Co., Inc.,* | * | KNOWLES |
| *2:05-cv-06146-EEF-DEK* | * | |
| | * | |

*************************************************************************

## ORDER GRANTING MERCK SHARPE & DOHME CORP.'S REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Request to File Certain Documents Under Seal,

IT IS HEREBY ORDERED that Exhibits 1, 3, 4, 6, and 7 to Defendant Merck Sharp & Dohme Corp.'s Statement of Material Facts as to Which There is No Dispute are to be filed under seal.

DATED:  this _____ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1

1095472v1