# EXHIBIT 1 TO LR 56.1 STATEMENT

# FILED UNDER SEAL

1095484v1