Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  VIOXX                    MDL DOCKET NO. 1657

PRODUCTS LIABILITY             SECTION L

LITIGATION


                                JUDGE FALLON

                                MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Mary Ann Nolan v. Merck & Co., Inc.,

2:05-cv-6146-EEF-DEK


_____


                WITNESS:  MARY ANN NOLAN

_____


         The deposition of MARY ANN NOLAN was taken
before Jolinda S. Todd, Registered Professional
Reporter, CCR(KY) and Notary Public in and for the
State of Kentucky at Large, at the Holiday Inn
Express, 2608 South Highway 421, Harlan, Kentucky
on Monday, June 20, 2011, commencing at the
approximate hour of 10:00 a.m.  Said deposition was
taken pursuant to Notice, for all purposes as
permitted by the Federal Rules of Civil Procedure.

Mary Ann Nolan

```
                                                    Page 2
 1
 2
 3          APPEARANCES:
 4
 5
 6              Kristopher D. Collman, Esq.
                GETTY & CHILDERS, PLLC
 7              250 West Main Street, Suite 1900
                Lexington, Kentucky  40507
 8              (859)259-1900
 9              ATTORNEYS FOR MARY ANN NOLAN
10
11
12
13
14              Daniel P. Pierce, Esq.
                WILLIAMS & CONNOLLY, LLP
15              725 Twelfth Street, N.W.
                Washington, D.C.  20005
16              (202)434-5000
17              ATTORNEYS FOR MERCK & CO.
18
19
20
21
22
23
24
```

Mary Ann Nolan

Page 3

```
 1
 2
 3
                              INDEX
 4
 5
 6   WITNESS: MARY ANN NOLAN
                                                   PAGE
 7
 8   EXAMINATION
              By Mr. Pierce........................6-187
 9
10   EXAMINATION
              By Mr. Collman.....................187-188
11
12   RE-EXAMINATION
              By Mr. Pierce..........................188
13
14
     REPORTER'S CERTIFICATE.......................189-190
15
16
17
18
19
20
21
22
23
24
```

Mary Ann Nolan

Page 4

1

2                          EXHIBIT INDEX

3

4    EXHIBIT 1       AMENDED PLAINTIFF PROFILE FORM    37

5    EXHIBIT 2            MEDICAL RECORD               62

6    EXHIBIT 3            MEDICAL RECORD               68

7    EXHIBIT 4            MEDICAL RECORD               83

8    EXHIBIT 5            MEDICAL RECORD               92

9    EXHIBIT 6            MEDICAL RECORD               95

10   EXHIBIT 7            MEDICAL RECORD               98

11   EXHIBIT 8            MEDICAL RECORD               99

12   EXHIBIT 9            MEDICAL RECORD              100

13   EXHIBIT 10           MEDICAL RECORD              102

14   EXHIBIT 11           MEDICAL RECORD              105

15   EXHIBIT 12           MEDICAL RECORD              108

16   EXHIBIT 13           MEDICAL RECORD              111

17   EXHIBIT 14           MEDICAL RECORD              118

18   EXHIBIT 15           MEDICAL RECORD              121

19   EXHIBIT 16           MEDICAL RECORD              124

20   EXHIBIT 17           MEDICAL RECORD              128

21   EXHIBIT 18           MEDICAL RECORD              131

22   EXHIBIT 19           MEDICAL RECORD              134

23   EXHIBIT 20           MEDICAL RECORD              135

24   EXHIBIT 21           MEDICAL RECORD              138

Mary Ann Nolan

Page 5

```
 1   EXHIBIT 22          MEDICAL RECORD            139

 2   EXHIBIT 23          MEDICAL RECORD            141

 3   EXHIBIT 24          MEDICAL RECORD            142

 4   EXHIBIT 25          MEDICAL RECORD            144

 5   EXHIBIT 26          MEDICAL RECORD            147

 6   EXHIBIT 27          MEDICAL RECORD            149

 7   EXHIBIT 28          MEDICAL RECORD            151

 8   EXHIBIT 29          MEDICAL RECORD            153

 9   EXHIBIT 30          MEDICAL RECORD            158

10   EXHIBIT 31          MEDICAL RECORD            164

11   EXHIBIT 32          MEDICAL RECORD            167

12   EXHIBIT 33          MEDICAL RECORD            169

13   EXHIBIT 34  SECOND AMENDED NOTICE OF DEPOSITION  180
```

```
14

15

16

17

18

19

20

21

22

23

24
```

Mary Ann Nolan

1          The witness, MARY ANN NOLAN, after first

2     being duly sworn, was examined and testified as

3     follows:

4                    EXAMINATION

5     By Mr. Pierce:

6          Q          Good morning, Ms. Nolan, my name

7     is Daniel Pierce and I represent Merck in the

8     litigation that you brought against it concerning

9     your Vioxx use.

10          A          Okay.

11          MR. COLLMAN PIERCE:  Counsel, if you want

12               to introduce yourself.

13          MR. COLLMAN:  Kris Collman on behalf of the

14               Plaintiff, Getty & Childers.

15     BY MR. PIERCE:

16          Q          Ms. Nolan, have you ever had your

17     deposition taken before?

18          A          No.

19          Q          So before we get started, I'm

20     going to go over a couple of the ground rules, just

21     so you know what's going on.  The first thing

22     that's important is the court reporter here is

23     taking down everything that we say, so it's

24     important that you give oral answers to my

Mary Ann Nolan

Page 18

1          Q          What branch was he a part of?

2          A          Marines.

3          Q          And when was that?

4          A          Oh, gee, let's see, I don't know.

5          Q          Was it before you were married?

6          A          Yes.

7          Q          Are you currently employed?

8          A          No.

9          Q          When was the last time that you

10    were employed?

11          A          Well, I used to baby-sit, so --

12    but as a regular job, it was in 1992.

13          Q          Where did you work in 1992?

14          A          I worked at Pizza Hut.  I was

15    dining room manager.

16          Q          How long did you work at Pizza

17    Hut?

18          A          Let's see, I started 1982, so

19    about ten years.

20          Q          Before that did you work

21    anywhere?

22          A          Yeah.  I worked in -- well, in

23    Chicago.

24          Q          Okay.  Where did you work in

Mary Ann Nolan

Page 19

1    Chicago?

2          A          Let's see, I worked -- it was a

3    factory.  I can't remember the name of it.

4          Q          So since 1992, when you ceased to

5    be employed at Pizza Hut --

6          A          Uh-huh (affirmative).

7          Q          -- you have baby-sat?

8          A          Yeah.  I had a license to work --

9    baby-sit with the state of Kentucky.

10         Q          Okay.  And do you still do that

11   today?

12         A          No.

13         Q          When was the last time that you

14   were doing baby-sitting?

15         A          Oh, I guess it was about two

16   years ago.

17         Q          And how often would you baby-sit

18   for people?  Was it an everyday kind of thing or --

19         A          Yeah.  I used to stay with my

20   daughter and I watched her kids while she went to

21   college and worked.

22         Q          Okay.  Did you ever baby-sit for

23   people who weren't related to you?

24         A          No.

Mary Ann Nolan

Page 20

1          Q          Why did you leave your job at the
2     Pizza Hut?
3          A          I could no longer work.  I --
4     from my arthritis.
5          Q          Where did you have arthritis at
6     that time that caused you to stop working?
7          A          In my knees.
8          Q          Do you receive disability as a
9     result of your arthritis?
10         A          I did receive disability, but now
11    I'm on regular Social Security.
12         Q          How long did you receive
13    disability?
14         A          I quit work -- since '92.
15         Q          So from '92 until you started
16    receiving?
17         A          Till I got 65.
18         Q          When you were working at the
19    Pizza Hut, did you ever miss work for more than ten
20    consecutive days --
21         A          No.
22         Q          -- because of illness?
23                    Did you ever have an accident or injury on
24    the job?

Mary Ann Nolan

Page 21

```
 1          A          No.
 2          Q          Have you ever filed for Worker's
 3    Compensation?
 4          A          No.
 5          Q          When you were receiving
 6    disability benefits, was it total disability?
 7          A          Yes, total disability.
 8          Q          Is your husband also disabled?
 9          A          He was disabled.
10          Q          And now he also receives Social
11    Security?
12          A          Right.
13          Q          Okay.  Do you know when he was
14    disabled?
15          A          1982.
16          Q          So other than your baby-sitting
17    job, from let's say 1998, you haven't held any
18    other jobs; correct?
19          A          No.
20          Q          Were you insured when you worked
21    at Pizza Hut?
22          A          Yes.
23          Q          Did you ever have any
24    communications with your insurer about your use of
```

Mary Ann Nolan

Page 22

1    anti-inflammatory drugs?

2           A         No.

3           Q         Ms. Nolan, did you take a drug

4    called Vioxx?

5           A         Yes.

6           Q         What did you take that for?

7           A         Arthritis.

8           Q         And I believe you said this

9    earlier, but where was your arthritis again?

10          A         It was -- it started in my knees.

11          Q         And it since has spread?

12          A         Yes.

13          Q         Where else do you have it?

14          A         Just about every joint in my

15   body.  And I also have fibromyalgia.

16          Q         When you began to take Vioxx,

17   were you in severe pain?

18          A         Yes.

19          Q         How long had you been in severe

20   pain at that point?

21          A         Well, it started in about 1992.

22   I broke my ankle and my leg at home, and after that

23   it seemed like the arthritis started to spread.

24          Q         Who prescribed your Vioxx?

Mary Ann Nolan

Page 23

```
1              A            Dr. Stoltzfus.

2              Q            Did anyone else ever give you a

3    prescription for Vioxx?

4              A            Yeah, Dr. -- yeah, let me see

5    what his name is.  Dr. -- I always forget his name.

6    He was the heart doctor I went to.  Saleh,

7    Dr. Saleh.

8              Q            Do you still see Dr. Stoltzfus

9    today?

10             A            I did up until this last month.

11   He retired.

12             Q            And do you still see Dr. Saleh?

13             A            No.  He's in Somerset now.

14             Q            Another other than Drs. Stoltzfus

15   and Saleh, do you recall any other doctor

16   prescribing you Vioxx?

17             A            No.

18             Q            Do you recall why you were put on

19   Vioxx rather than some other pain medication?

20             A            Well, it had just come out and

21   Dr. Stoltzfus said it was a good drug for me to use

22   and for my husband to use because, you know, he had

23   bleeding ulcers before.

24             Q            Had you previously had problems
```

Mary Ann Nolan

```
 1          Q          When did you start doing that?
 2          A          When -- after I got kidney
 3    disease.
 4          Q          And when did you get kidney
 5    disease?
 6          A          Well, I don't exactly know
 7    because when I went to Dr. Saleh, he's the one that
 8    told me on my first visit, he said do you know
 9    you've got kidney disease, and I said no, I didn't
10    and he said, well, you do.  And he took some tests,
11    24-hour urine test and when he come back he said
12    you have kidney disease.  Had a lot of protein in
13    my urine.
14          Q          And then after that point you
15    decided to start reading the medication --
16          A          Right.
17          Q          -- inserts more closely?
18          A          Right.
19          Q          Is there any reason you decided
20    that after you got kidney disease you should do
21    that?
22          A          I didn't want it to get any
23    worse.  He said I had to really watch what medicine
24    I took.  I wasn't allowed to take any kind of
```

Mary Ann Nolan

Page 28

1    anti-inflammatory medicine.  And I had to -- they

2    gave me Tramadol for pain, and Tylenol.

3              Q         How many times did you say you

4    filled your prescription for Vioxx?

5              A         Probably once a month.

6              Q         Once a month for the duration

7    that you took it?

8              A         Uh-huh (affirmative).  I think

9    so.  I'm not exactly sure about that.

10             Q         What pharmacies did you use to

11   fill your Vioxx prescriptions?

12             A         It was -- I used to go to

13   Walgreens and then when my husband started working

14   at Food City, we had our prescription filled there.

15   I'm sorry, it's not Walgreens.  It was Wal-Nart.

16             Q         Wal-Mart?

17             A         Wal-Mart.

18             Q         Did you ever use any other

19   pharmacies to fill prescriptions other than those

20   two?

21             A         No, unless it was at the

22   hospital, but I don't remember that exactly.  Be

23   about the only place.

24             Q         I believe I asked you this

Mary Ann Nolan

Page 29

1    question, but I don't remember.  Did any other pain
2    medication ever bother your stomach before you were
3    on Vioxx?
4            A        No.
5            Q        What damages do you allege that
6    Vioxx caused you?
7            A        Kidney disease.
8            Q        Okay.  Any other problems that
9    you allege were caused --
10           A        My blood pressure started going
11   higher, too, when I got the kidney disease.
12           Q        Do you still have kidney disease?
13           A        Yes.
14           Q        Has it gotten worse?
15           A        Yes.
16           Q        What year was it that you were
17   diagnosed with kidney disease?
18           A        I can't remember exact -- exact
19   date.  It was right before I went into renal
20   failure.
21           Q        So the first time that you
22   remember having kidney problems was when Dr. Saleh
23   told you that you had kidney disease?
24           A        Yes.

Mary Ann Nolan

Page 30

```
 1          Q          Do you recall what year that was?
 2          A          It might -- let's see, no, I
 3     don't.
 4          Q          And what exactly did he tell you
 5     on that occasion?
 6          A          He just said that I had kidney
 7     disease and he referred me to kidney specialist.
 8          Q          Okay.  How did he know that you
 9     had kidney disease?  Did he say?
10          A          He looked at my medical chart and
11     seen where the other doctors had failed to tell me
12     that I -- my kidneys weren't functioning right.
13          Q          What other doctors were you
14     seeing at that time?
15          A          Let's see, I seen -- I seen the
16     heart doctor there, but he's gone.  His name is
17     Dr. -- what was his name?  I don't remember.
18          Q          Was there a Dr. Dubin?
19          A          Dr. Dubin he was -- I went to him
20     when I broke my leg.  He's an orthopedic doctor.
21          Q          What about Dr. Halukurite --
22     Halukurite?  Do you recognize that name?
23          A          No.
24          Q          Dr. Victorina?
```

Mary Ann Nolan

Page 39

1          through it a little bit more closely.  Just

2          if you notice any glaring errors or

3          omissions.

4          MR. COLLMAN:  Okay.

5          THE WITNESS:  (Reviews document.)  Okay.

6    BY MR. PIERCE:

7          Q          Does it still appear to be

8    generally correct to you?

9          A          Probably more correct than some

10   of the answers I gave you, the dates.

11         Q          Sure.  So let's just go through,

12   why don't we.

13         Starting on Page 2 of 10, down at the

14   bottom -- it says Part C 1b that you were

15   hospitalized for renal failure in March of 2004; is

16   that right.

17         A          Yes, uh-huh (affirmative).

18         Q          And it says that Dr. Khaled Saleh

19   diagnosed that -- diagnosed you; correct?

20         A          Uh-huh (affirmative).  Yes.

21         Q          And that was when you were

22   hospitalized in Harlan Hospital for a day and a

23   half with kidney failure; right?

24         A          I seen him before -- he diagnosed

Mary Ann Nolan

Page 40

1    it before that, but not too much.  Maybe a month

2    before that.

3         Q         So Dr. Saleh had diagnosed you

4    with kidney problems and then you had kidney

5    failure in March of 2004?

6         A         Right.

7         Q         And which doctors treated you for

8    the kidney failure?

9         A         Dr. Victorina.

10        Q         Did Dr. Victorina work at the

11   hospital?

12        A         No.  He worked under Dr. Saleh.

13        Q         Do you remember any doctors at

14   the hospital treating you?

15        A         In the emergency room.  It was a

16   woman doctor, but I don't know her name.

17        Q         Once you were admitted,

18   Dr. Victorina took over your care?

19        A         (Witness nods head.)

20        Q         Since you experienced kidney

21   failure in March of 2004, have you continued to

22   have kidney problems?

23        A         Yes.

24        Q         What kidney problems have you

Mary Ann Nolan

Page 48

1    I -- they kept increasing my blood pressure pills.

2         Q        So other than the increased

3    medications related to your high blood pressure, is

4    there any other reason that you think Vioxx caused

5    that?

6         A        Just by looking at my reports

7    from the -- from the hospital, from the tests they

8    took.

9         Q        And what about those tests led

10   you to believe the Vioxx was the cause?

11        A        Because it -- before I started

12   taking it, I had no -- my creatinine level and BUN

13   level was good, but after I started taking Vioxx it

14   started to get bad.

15        Q        How long had you had high blood

16   pressure before you started taking Vioxx?

17        A        Probably since 1975.

18        Q        Did doctors ever tell you why you

19   had high blood pressure?

20        A        No.  They just were trying -- I

21   guess it ran in the family.

22        Q        Who else in your family had high

23   blood pressure?

24        A        My grandfather and I think my

Mary Ann Nolan

Page 56

1           "What information did you receive?"

2           "The pamphlet attached to my pharmacy

3    receipt which outlines the required information

4    related to the medication as required by the FDA or

5    other governmental agency, regulatory commission or

6    statute."  Do you see that?

7           A        Oh, yes.

8           Q        Okay.  This pamphlet was the one

9    page sheet that you were mentioning --

10          A        Uh-huh (affirmative).

11          Q        -- and the insert from the

12   pharmacy?

13          A        The insert might have been -- was

14   in there, but I didn't read it.  But I did read

15   the -- some of the lists on the -- the drugstore

16   gave me.

17          Q        Okay.  That who gave you?

18          A        The drugstore -- when you take to

19   the pharmacy, give you a sheet.

20          Q        Right.  Do you recall anything

21   that that sheet said?

22          A        Just the uses for it and the --

23   and then I also -- I did read some of the side

24   effects.

Mary Ann Nolan

Page 57

1            Q            Okay.  And what were some of the
2    side effects that it said?
3            A            I don't remember that.
4            Q            Do you remember whether it said
5    that kidney problems are a side effect?
6            A            It might have.
7            Q            Under K, it says, "What
8    over-the-counter pain relief medications, if any,
9    were you taking at the same time you were taking
10   Vioxx?"  And it says "Tylenol."  Do you see that?
11           A            Yeah.
12           Q            Were you taking any other
13   medications alongside of Vioxx for pain?
14           A            No.  If something don't help me,
15   I just don't take it.
16           Q            Turning over to Page 8, it lists
17   your current primary care, family physician,
18   Stoltzfus.  Do you see that?
19           A            Yeah.
20           Q            Since he has retired, have you
21   started seeing another doctor?
22           A            Yes.
23           Q            Which doctor do you see now?
24           A            I don't know, but Dr. Uy is a

Mary Ann Nolan

Page 109

1          Q          Do you recall your doctor telling
2     you that your high blood pressure was uncontrolled?
3          A          Uh-huh (affirmative).
4          Q          Did your doctor say why it was
5     uncontrolled?
6          A          Well, I get real -- I would get
7     real nervous when we went to the doctor's office
8     and -- that was part of it, but he says it was
9     probably hereditary.
10          Q          Why did he think it was
11     hereditary?  Did he say?
12          A          Well, because my grandfather and
13     my mother had high blood pressure and her -- her
14     mother also had it.  I forgot.
15          Q          So both your mother, her father
16     and her mother --
17          A          Right.
18          Q          -- had high blood pressure?
19          Would you regularly measure your blood
20     pressure at home?
21          A          Yes.
22          Q          Even in '95?
23          A          I don't remember about '95, I do
24     not, but I know I do have a blood pressure kit and

Mary Ann Nolan

Page 155

1         A         Uh-huh (affirmative).

2         Q         Do you recall taking Ultracet and
3    Vioxx at the same time?

4         A         Yes.

5         Q         Was it to make up for what Vioxx
6    wasn't curing?

7         A         Yes.

8         Q         And your doctor told you to take
9    those; correct?

10        A         Yes.

11        Q         We saw earlier that there was a
12   medical record from 2003 that had diabetes as a --

13        A         Right.

14        Q         -- diagnosis?

15        A         Dr. Saleh.

16        Q         Do you recall whether you were
17   diagnosed with diabetes in 2003 or earlier than
18   that?

19        A         Just in 2003.  He was the first
20   doctor that told me that.

21        Q         What did Dr. Saleh say that you
22   should do since you had diabetes?

23        A         He put me on Metformin.

24        Q         Is that an insulin or --

Mary Ann Nolan

Page 160

1    help with her diabetic nephropathy.  She reports

2    that since she started taking the first dose, she

3    started feeling some heaviness in her chest that

4    last for three days and then disappeared."  Do you

5    see that?

6              A         Uh-huh (affirmative).

7              Q         Why were you put on Cardizem?

8              A         I don't even know what that is.

9    I don't know.

10             Q         Do you recall that Cardizem

11   started making you feel heaviness in your chest?

12             A         No, I don't.

13             Q         On the second page under

14   "Assessment/Plan," No. 3, it says "renal failure."

15   Do you see that?

16             A         Yes.

17             Q         Do you recall the doctor saying

18   that you had renal failure?

19             A         Yes.

20             Q         It also says "Will also stop

21   Vioxx."  Do you see that?  It's at the end of that

22   same bullet.

23             A         Okay.  Yes.

24             Q         Was it Dr. Victorina who took you

Mary Ann Nolan

Page 161

1    off of Vioxx?

2              A        Yes.

3              Q        And remind me of why you were

4    seeing Dr. Victorina.

5              A        For my diabetes.

6              Q        Okay.  Did he tell you why he was

7    taking you off the Vioxx?

8              A        Because of my kidneys.

9              Q        Did he say the Vioxx caused the

10   problem with your kidneys?

11             A        No, he didn't.  He just said that

12   that's why he took me off of it because it was

13   hurting my kidneys.

14             Q        Did he tell you that any other

15   medications might hurt your kidneys?

16             A        The Metformin could hurt my

17   kidneys.

18             Q        And so he stopped you on

19   Metformin as well; right?

20             A        Right, uh-huh (affirmative).

21             Q        Did Dr. Victorina then, or at any

22   point, tell you that you shouldn't take

23   anti-inflammatory drugs anymore?

24             A        Yes.

Mary Ann Nolan

Page 189

```
 1   STATE OF KENTUCKY      )

 2   COUNTY OF FAYETTE      )

 3

 4

 5          I, JOLINDA S. TODD, Registered

 6   Professional Reporter and Notary Public in and for

 7   the State of Kentucky at Large, certify that the

 8   facts stated in the caption hereto are true; that

 9   at the time and place stated in said caption the

10   witness named in the caption hereto personally

11   appeared before me, and that, after being by me

12   duly sworn, was examined by counsel for the

13   parties; that said testimony was taken in stenotype

14   by me and later reduced to computer-aided

15   transcription and the foregoing is a true record of

16   the testimony given by said witness.

17          No party to said action nor counsel for

18   said parties requested in writing that said

19   deposition be signed by the testifying witness.

20          I further certify that I am a

21   disinterested person; that I am in no way

22   interested in the outcome of said action and am

23   neither a relative nor an employee of any of the

24   parties.
```

Mary Ann Nolan

Page 190

1          My commission expires:  August 6, 2011.

2          IN TESTIMONY WHEREOF, I have hereunto set

3   my hand and seal of office on this the 8th day of

4   July 2011.

5

                        JOLINDA S. TODD, RPR

6                       NOTARY PUBLIC, STATE AT LARGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24