# EXHIBIT 3 TO LR 56.1 STATEMENT

# FILED UNDER SEAL

1095481v1