# EXHIBIT 7 TO LR 56.1 STATEMENT

# FILED UNDER SEAL

1095488v1