UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Elena Strujan v. Merck Sharpe & Dohme Corp.,* | * | KNOWLES |
| *2:07-cv-00906-EEF-DEK* | * | |
| | * | |

******************************************************************************

## ORDER GRANTING MERCK SHARPE & DOHME CORP.'S REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion of Merck Sharpe & Dohme Corp. to File Certain Documents Under Seal,

IT IS HEREBY ORDERED that Exhibits 3, 4, 5, 6, and 7 to Defendant Merck Sharp & Dohme Corp.'s Statement of Material Facts as to Which There is No Dispute are to be filed under seal.

NEW ORLEANS, LOUISIANA, this  4th  day of   June  , 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1

1094550v1