UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Michael Heavrin, et al v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:05-CV-00458-EEF-DEK | * | |
| | * | |
| **Only with regard to:** | | |
| **Janice Baum** | | |

*************************************************************************

### DEFENDANT MERCK, SHARP & DOHME'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE ITS MOTION FOR SUMMARY JUDGMENT, <u>LOCAL RULE 56.1 STATEMENT AND EXHIBITS A-AA UNDER SEAL</u>

Pursuant to LR5.6 and Pretrial Order No. 13, Defendant Merck Sharp & Dohme Corp., by undersigned counsel, hereby requests that the Court enter an Order allowing the filing under seal of its Motion for Summary Judgment and Incorporated memorandum of Law, Local Rule 56.1 Statement of Material Facts, and all Exhibits to the motion, *i.e.*, Exhibits A-AA, under seal.

In support of this request, Defendant states that these pleadings and exhibits contain Plaintiff's medical records or summaries of Plaintiff's medical records that are Confidential under Pretrial Order No. 13.

Dated:  June 6, 1012

Respectfully submitted,

 /s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
Defendants' Liaison Counsel

1

1095685v1

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck, Sharp & Dohme

1095685v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave to File Under Seal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of June, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

3

1095685v1