UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Michael Heavrin, et al v. Merck & Co., Inc.,* | * | KNOWLES |
| *2:05-CV-00458-EEF-DEK* | * | |
| | * | |
| **Only with regard to:** | | |
| **Janice Baum** | | |

**************************************************************************

# ORDER

Considering the foregoing Defendant Merck Sharp & Dohme Corp.'s Motion for Leave to File its Motion for Summary Judgment, Local Rule 56.1 Statement and Exhibits A-AA Under Seal,

IT IS HEREBY ORDERED that the motion is granted and the entire summary judgment filing shall be filed under seal.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1

1095687v1