**EXHIBIT 1 TO LR 56.1 STATEMENT**

**FILED UNDER SEAL**

Mary Ann Nolan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  VIOXX                  MDL DOCKET NO. 1657

PRODUCTS LIABILITY            SECTION L

LITIGATION


                               JUDGE FALLON

                               MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Mary Ann Nolan v. Merck & Co., Inc.,

2:05-cv-6146-EEF-DEK


_____


            WITNESS:  MARY ANN NOLAN

_____


        The deposition of MARY ANN NOLAN was taken
before Jolinda S. Todd, Registered Professional
Reporter, CCR(KY) and Notary Public in and for the
State of Kentucky at Large, at the Holiday Inn
Express, 2608 South Highway 421, Harlan, Kentucky
on Monday, June 20, 2011, commencing at the
approximate hour of 10:00 a.m.  Said deposition was
taken pursuant to Notice, for all purposes as
permitted by the Federal Rules of Civil Procedure.

Mary Ann Nolan

Page 2

```
 1

 2

 3          APPEARANCES:

 4

 5

 6                  Kristopher D. Collman, Esq.
                    GETTY & CHILDERS, PLLC
 7                  250 West Main Street, Suite 1900
                    Lexington, Kentucky  40507
 8                  (859)259-1900
 9                  ATTORNEYS FOR MARY ANN NOLAN

10

11

12

13

14                  Daniel P. Pierce, Esq.
                    WILLIAMS & CONNOLLY, LLP
15                  725 Twelfth Street, N.W.
                    Washington, D.C.  20005
16                  (202)434-5000
17                  ATTORNEYS FOR MERCK & CO.

18

19

20

21

22

23

24
```

Mary Ann Nolan

Page 3

1
2
3

                              INDEX

4
5
6    WITNESS: MARY ANN NOLAN

                                            PAGE

7
8    EXAMINATION
              By Mr. Pierce........................6-187
9
10   EXAMINATION
              By Mr. Collman....................187-188
11
12   RE-EXAMINATION
              By Mr. Pierce.........................188
13
14
     REPORTER'S CERTIFICATE......................189-190
15
16
17
18
19
20
21
22
23
24

Golkow Technologies, Inc. - 1.877.370.DEPS

Mary Ann Nolan

Page 4

```
 1

 2                      EXHIBIT INDEX

 3
```

```
 4   EXHIBIT 1      AMENDED PLAINTIFF PROFILE FORM   37

 5   EXHIBIT 2          MEDICAL RECORD               62

 6   EXHIBIT 3          MEDICAL RECORD               68

 7   EXHIBIT 4          MEDICAL RECORD               83

 8   EXHIBIT 5          MEDICAL RECORD               92

 9   EXHIBIT 6          MEDICAL RECORD               95

10   EXHIBIT 7          MEDICAL RECORD               98

11   EXHIBIT 8          MEDICAL RECORD               99

12   EXHIBIT 9          MEDICAL RECORD              100

13   EXHIBIT 10         MEDICAL RECORD              102

14   EXHIBIT 11         MEDICAL RECORD              105

15   EXHIBIT 12         MEDICAL RECORD              108

16   EXHIBIT 13         MEDICAL RECORD              111

17   EXHIBIT 14         MEDICAL RECORD              118

18   EXHIBIT 15         MEDICAL RECORD              121

19   EXHIBIT 16         MEDICAL RECORD              124

20   EXHIBIT 17         MEDICAL RECORD              128

21   EXHIBIT 18         MEDICAL RECORD              131

22   EXHIBIT 19         MEDICAL RECORD              134

23   EXHIBIT 20         MEDICAL RECORD              135

24   EXHIBIT 21         MEDICAL RECORD              138
```

Mary Ann Nolan

Page 5

|  |  |  |  |
|---|---|---|---|
| 1 | EXHIBIT 22 | MEDICAL RECORD | 139 |
| 2 | EXHIBIT 23 | MEDICAL RECORD | 141 |
| 3 | EXHIBIT 24 | MEDICAL RECORD | 142 |
| 4 | EXHIBIT 25 | MEDICAL RECORD | 144 |
| 5 | EXHIBIT 26 | MEDICAL RECORD | 147 |
| 6 | EXHIBIT 27 | MEDICAL RECORD | 149 |
| 7 | EXHIBIT 28 | MEDICAL RECORD | 151 |
| 8 | EXHIBIT 29 | MEDICAL RECORD | 153 |
| 9 | EXHIBIT 30 | MEDICAL RECORD | 158 |
| 10 | EXHIBIT 31 | MEDICAL RECORD | 164 |
| 11 | EXHIBIT 32 | MEDICAL RECORD | 167 |
| 12 | EXHIBIT 33 | MEDICAL RECORD | 169 |
| 13 | EXHIBIT 34 | SECOND AMENDED NOTICE OF DEPOSITION | 180 |

14
15
16
17
18
19
20
21
22
23
24

Mary Ann Nolan

Page 6

1           The witness, MARY ANN NOLAN, after first

2    being duly sworn, was examined and testified as

3    follows:

4                          EXAMINATION

5    By Mr. Pierce:

6           Q        Good morning, Ms. Nolan, my name

7    is Daniel Pierce and I represent Merck in the

8    litigation that you brought against it concerning

9    your Vioxx use.

10          A        Okay.

11          MR. COLLMAN PIERCE:  Counsel, if you want

12          to introduce yourself.

13          MR. COLLMAN:  Kris Collman on behalf of the

14          Plaintiff, Getty & Childers.

15   BY MR. PIERCE:

16          Q        Ms. Nolan, have you ever had your

17   deposition taken before?

18          A        No.

19          Q        So before we get started, I'm

20   going to go over a couple of the ground rules, just

21   so you know what's going on.  The first thing

22   that's important is the court reporter here is

23   taking down everything that we say, so it's

24   important that you give oral answers to my

Mary Ann Nolan

Page 18

```
 1          Q         What branch was he a part of?

 2          A         Marines.

 3          Q         And when was that?

 4          A         Oh, gee, let's see, I don't know.

 5          Q         Was it before you were married?

 6          A         Yes.

 7          Q         Are you currently employed?

 8          A         No.

 9          Q         When was the last time that you

10     were employed?

11          A         Well, I used to baby-sit, so --

12     but as a regular job, it was in 1992.

13          Q         Where did you work in 1992?

14          A         I worked at Pizza Hut.  I was

15     dining room manager.

16          Q         How long did you work at Pizza

17     Hut?

18          A         Let's see, I started 1982, so

19     about ten years.

20          Q         Before that did you work

21     anywhere?

22          A         Yeah.  I worked in -- well, in

23     Chicago.

24          Q         Okay.  Where did you work in
```

Mary Ann Nolan

Page 19

1    Chicago?

2           A          Let's see, I worked -- it was a

3    factory.  I can't remember the name of it.

4           Q          So since 1992, when you ceased to

5    be employed at Pizza Hut --

6           A          Uh-huh (affirmative).

7           Q          -- you have baby-sat?

8           A          Yeah.  I had a license to work --

9    baby-sit with the state of Kentucky.

10          Q          Okay.  And do you still do that

11   today?

12          A          No.

13          Q          When was the last time that you

14   were doing baby-sitting?

15          A          Oh, I guess it was about two

16   years ago.

17          Q          And how often would you baby-sit

18   for people?  Was it an everyday kind of thing or --

19          A          Yeah.  I used to stay with my

20   daughter and I watched her kids while she went to

21   college and worked.

22          Q          Okay.  Did you ever baby-sit for

23   people who weren't related to you?

24          A          No.

Mary Ann Nolan

1          Q          Why did you leave your job at the

2     Pizza Hut?

3          A          I could no longer work.  I --

4     from my arthritis.

5          Q          Where did you have arthritis at

6     that time that caused you to stop working?

7          A          In my knees.

8          Q          Do you receive disability as a

9     result of your arthritis?

10          A          I did receive disability, but now

11    I'm on regular Social Security.

12          Q          How long did you receive

13    disability?

14          A          I quit work -- since '92.

15          Q          So from '92 until you started

16    receiving?

17          A          Till I got 65.

18          Q          When you were working at the

19    Pizza Hut, did you ever miss work for more than ten

20    consecutive days --

21          A          No.

22          Q          -- because of illness?

23          Did you ever have an accident or injury on

24    the job?

Mary Ann Nolan

Page 21

```
 1            A          No.
 2            Q          Have you ever filed for Worker's
 3    Compensation?
 4            A          No.
 5            Q          When you were receiving
 6    disability benefits, was it total disability?
 7            A          Yes, total disability.
 8            Q          Is your husband also disabled?
 9            A          He was disabled.
10            Q          And now he also receives Social
11    Security?
12            A          Right.
13            Q          Okay.  Do you know when he was
14    disabled?
15            A          1982.
16            Q          So other than your baby-sitting
17    job, from let's say 1998, you haven't held any
18    other jobs; correct?
19            A          No.
20            Q          Were you insured when you worked
21    at Pizza Hut?
22            A          Yes.
23            Q          Did you ever have any
24    communications with your insurer about your use of
```

Mary Ann Nolan

```
 1    anti-inflammatory drugs?

 2              A         No.

 3              Q         Ms. Nolan, did you take a drug

 4    called Vioxx?

 5              A         Yes.

 6              Q         What did you take that for?

 7              A         Arthritis.

 8              Q         And I believe you said this

 9    earlier, but where was your arthritis again?

10              A         It was -- it started in my knees.

11              Q         And it since has spread?

12              A         Yes.

13              Q         Where else do you have it?

14              A         Just about every joint in my

15    body.  And I also have fibromyalgia.

16              Q         When you began to take Vioxx,

17    were you in severe pain?

18              A         Yes.

19              Q         How long had you been in severe

20    pain at that point?

21              A         Well, it started in about 1992.

22    I broke my ankle and my leg at home, and after that

23    it seemed like the arthritis started to spread.

24              Q         Who prescribed your Vioxx?
```

Mary Ann Nolan

Page 23

```
 1          A          Dr. Stoltzfus.

 2          Q          Did anyone else ever give you a

 3   prescription for Vioxx?

 4          A          Yeah, Dr. -- yeah, let me see

 5   what his name is.  Dr. -- I always forget his name.

 6   He was the heart doctor I went to.  Saleh,

 7   Dr. Saleh.

 8          Q          Do you still see Dr. Stoltzfus

 9   today?

10          A          I did up until this last month.

11   He retired.

12          Q          And do you still see Dr. Saleh?

13          A          No.  He's in Somerset now.

14          Q          Another other than Drs. Stoltzfus

15   and Saleh, do you recall any other doctor

16   prescribing you Vioxx?

17          A          No.

18          Q          Do you recall why you were put on

19   Vioxx rather than some other pain medication?

20          A          Well, it had just come out and

21   Dr. Stoltzfus said it was a good drug for me to use

22   and for my husband to use because, you know, he had

23   bleeding ulcers before.

24          Q          Had you previously had problems
```

Mary Ann Nolan

1          Q          When did you start doing that?

2          A          When -- after I got kidney

3     disease.

4          Q          And when did you get kidney

5     disease?

6          A          Well, I don't exactly know

7     because when I went to Dr. Saleh, he's the one that

8     told me on my first visit, he said do you know

9     you've got kidney disease, and I said no, I didn't

10    and he said, well, you do.  And he took some tests,

11    24-hour urine test and when he come back he said

12    you have kidney disease.  Had a lot of protein in

13    my urine.

14         Q          And then after that point you

15    decided to start reading the medication --

16         A          Right.

17         Q          -- inserts more closely?

18         A          Right.

19         Q          Is there any reason you decided

20    that after you got kidney disease you should do

21    that?

22         A          I didn't want it to get any

23    worse.  He said I had to really watch what medicine

24    I took.  I wasn't allowed to take any kind of

Mary Ann Nolan

Page 28

1    anti-inflammatory medicine.  And I had to -- they

2    gave me Tramadol for pain, and Tylenol.

3              Q          How many times did you say you

4    filled your prescription for Vioxx?

5              A          Probably once a month.

6              Q          Once a month for the duration

7    that you took it?

8              A          Uh-huh (affirmative).  I think

9    so.  I'm not exactly sure about that.

10             Q          What pharmacies did you use to

11   fill your Vioxx prescriptions?

12             A          It was -- I used to go to

13   Walgreens and then when my husband started working

14   at Food City, we had our prescription filled there.

15   I'm sorry, it's not Walgreens.  It was Wal-Nart.

16             Q          Wal-Mart?

17             A          Wal-Mart.

18             Q          Did you ever use any other

19   pharmacies to fill prescriptions other than those

20   two?

21             A          No, unless it was at the

22   hospital, but I don't remember that exactly.  Be

23   about the only place.

24             Q          I believe I asked you this

Mary Ann Nolan

Page 29

1    question, but I don't remember.  Did any other pain

2    medication ever bother your stomach before you were

3    on Vioxx?

4            A        No.

5            Q        What damages do you allege that

6    Vioxx caused you?

7            A        Kidney disease.

8            Q        Okay.  Any other problems that

9    you allege were caused --

10           A        My blood pressure started going

11   higher, too, when I got the kidney disease.

12           Q        Do you still have kidney disease?

13           A        Yes.

14           Q        Has it gotten worse?

15           A        Yes.

16           Q        What year was it that you were

17   diagnosed with kidney disease?

18           A        I can't remember exact -- exact

19   date.  It was right before I went into renal

20   failure.

21           Q        So the first time that you

22   remember having kidney problems was when Dr. Saleh

23   told you that you had kidney disease?

24           A        Yes.

Mary Ann Nolan

Page 30

```
 1          Q          Do you recall what year that was?
 2          A          It might -- let's see, no, I
 3     don't.
 4          Q          And what exactly did he tell you
 5     on that occasion?
 6          A          He just said that I had kidney
 7     disease and he referred me to kidney specialist.
 8          Q          Okay.  How did he know that you
 9     had kidney disease?  Did he say?
10          A          He looked at my medical chart and
11     seen where the other doctors had failed to tell me
12     that I -- my kidneys weren't functioning right.
13          Q          What other doctors were you
14     seeing at that time?
15          A          Let's see, I seen -- I seen the
16     heart doctor there, but he's gone.  His name is
17     Dr. -- what was his name?  I don't remember.
18          Q          Was there a Dr. Dubin?
19          A          Dr. Dubin he was -- I went to him
20     when I broke my leg.  He's an orthopedic doctor.
21          Q          What about Dr. Halukurite --
22     Halukurite?  Do you recognize that name?
23          A          No.
24          Q          Dr. Victorina?
```

Mary Ann Nolan

Page 39

1          through it a little bit more closely.  Just

2          if you notice any glaring errors or

3          omissions.

4          MR. COLLMAN:  Okay.

5          THE WITNESS:  (Reviews document.)  Okay.

6   BY MR. PIERCE:

7          Q        Does it still appear to be

8   generally correct to you?

9          A        Probably more correct than some

10  of the answers I gave you, the dates.

11         Q        Sure.  So let's just go through,

12  why don't we.

13         Starting on Page 2 of 10, down at the

14  bottom -- it says Part C 1b that you were

15  hospitalized for renal failure in March of 2004; is

16  that right.

17         A        Yes, uh-huh (affirmative).

18         Q        And it says that Dr. Khaled Saleh

19  diagnosed that -- diagnosed you; correct?

20         A        Uh-huh (affirmative).  Yes.

21         Q        And that was when you were

22  hospitalized in Harlan Hospital for a day and a

23  half with kidney failure; right?

24         A        I seen him before -- he diagnosed

Mary Ann Nolan

Page 40

1    it before that, but not too much.  Maybe a month

2    before that.

3            Q        So Dr. Saleh had diagnosed you

4    with kidney problems and then you had kidney

5    failure in March of 2004?

6            A        Right.

7            Q        And which doctors treated you for

8    the kidney failure?

9            A        Dr. Victorina.

10           Q        Did Dr. Victorina work at the

11   hospital?

12           A        No.  He worked under Dr. Saleh.

13           Q        Do you remember any doctors at

14   the hospital treating you?

15           A        In the emergency room.  It was a

16   woman doctor, but I don't know her name.

17           Q        Once you were admitted,

18   Dr. Victorina took over your care?

19           A        (Witness nods head.)

20           Q        Since you experienced kidney

21   failure in March of 2004, have you continued to

22   have kidney problems?

23           A        Yes.

24           Q        What kidney problems have you

Mary Ann Nolan

Page 48

1     I -- they kept increasing my blood pressure pills.

2          Q          So other than the increased

3     medications related to your high blood pressure, is

4     there any other reason that you think Vioxx caused

5     that?

6          A          Just by looking at my reports

7     from the -- from the hospital, from the tests they

8     took.

9          Q          And what about those tests led

10    you to believe the Vioxx was the cause?

11         A          Because it -- before I started

12    taking it, I had no -- my creatinine level and BUN

13    level was good, but after I started taking Vioxx it

14    started to get bad.

15         Q          How long had you had high blood

16    pressure before you started taking Vioxx?

17         A          Probably since 1975.

18         Q          Did doctors ever tell you why you

19    had high blood pressure?

20         A          No.  They just were trying -- I

21    guess it ran in the family.

22         Q          Who else in your family had high

23    blood pressure?

24         A          My grandfather and I think my

Mary Ann Nolan

Page 56

1          "What information did you receive?"

2          "The pamphlet attached to my pharmacy

3    receipt which outlines the required information

4    related to the medication as required by the FDA or

5    other governmental agency, regulatory commission or

6    statute."  Do you see that?

7          A          Oh, yes.

8          Q          Okay.  This pamphlet was the one

9    page sheet that you were mentioning --

10         A          Uh-huh (affirmative).

11         Q          -- and the insert from the

12   pharmacy?

13         A          The insert might have been -- was

14   in there, but I didn't read it.  But I did read

15   the -- some of the lists on the -- the drugstore

16   gave me.

17         Q          Okay.  That who gave you?

18         A          The drugstore -- when you take to

19   the pharmacy, give you a sheet.

20         Q          Right.  Do you recall anything

21   that that sheet said?

22         A          Just the uses for it and the --

23   and then I also -- I did read some of the side

24   effects.

Mary Ann Nolan

Page 57

1          Q          Okay.  And what were some of the
2     side effects that it said?
3          A          I don't remember that.
4          Q          Do you remember whether it said
5     that kidney problems are a side effect?
6          A          It might have.
7          Q          Under K, it says, "What
8     over-the-counter pain relief medications, if any,
9     were you taking at the same time you were taking
10     Vioxx?"  And it says "Tylenol."  Do you see that?
11          A          Yeah.
12          Q          Were you taking any other
13     medications alongside of Vioxx for pain?
14          A          No.  If something don't help me,
15     I just don't take it.
16          Q          Turning over to Page 8, it lists
17     your current primary care, family physician,
18     Stoltzfus.  Do you see that?
19          A          Yeah.
20          Q          Since he has retired, have you
21     started seeing another doctor?
22          A          Yes.
23          Q          Which doctor do you see now?
24          A          I don't know, but Dr. Uy is a

Mary Ann Nolan

Page 109

```
 1          Q         Do you recall your doctor telling
 2   you that your high blood pressure was uncontrolled?
 3          A         Uh-huh (affirmative).
 4          Q         Did your doctor say why it was
 5   uncontrolled?
 6          A         Well, I get real -- I would get
 7   real nervous when we went to the doctor's office
 8   and -- that was part of it, but he says it was
 9   probably hereditary.
10          Q         Why did he think it was
11   hereditary?  Did he say?
12          A         Well, because my grandfather and
13   my mother had high blood pressure and her -- her
14   mother also had it.  I forgot.
15          Q         So both your mother, her father
16   and her mother --
17          A         Right.
18          Q         -- had high blood pressure?
19          Would you regularly measure your blood
20   pressure at home?
21          A         Yes.
22          Q         Even in '95?
23          A         I don't remember about '95, I do
24   not, but I know I do have a blood pressure kit and
```

Mary Ann Nolan

Page 155

```
 1          A          Uh-huh (affirmative).
 2          Q          Do you recall taking Ultracet and
 3    Vioxx at the same time?
 4          A          Yes.
 5          Q          Was it to make up for what Vioxx
 6    wasn't curing?
 7          A          Yes.
 8          Q          And your doctor told you to take
 9    those; correct?
10          A          Yes.
11          Q          We saw earlier that there was a
12    medical record from 2003 that had diabetes as a --
13          A          Right.
14          Q          -- diagnosis?
15          A          Dr. Saleh.
16          Q          Do you recall whether you were
17    diagnosed with diabetes in 2003 or earlier than
18    that?
19          A          Just in 2003.  He was the first
20    doctor that told me that.
21          Q          What did Dr. Saleh say that you
22    should do since you had diabetes?
23          A          He put me on Metformin.
24          Q          Is that an insulin or --
```

Mary Ann Nolan

Page 160

1    help with her diabetic nephropathy.  She reports

2    that since she started taking the first dose, she

3    started feeling some heaviness in her chest that

4    last for three days and then disappeared."  Do you

5    see that?

6            A        Uh-huh (affirmative).

7            Q        Why were you put on Cardizem?

8            A        I don't even know what that is.

9    I don't know.

10           Q        Do you recall that Cardizem

11   started making you feel heaviness in your chest?

12           A        No, I don't.

13           Q        On the second page under

14   "Assessment/Plan," No. 3, it says "renal failure."

15   Do you see that?

16           A        Yes.

17           Q        Do you recall the doctor saying

18   that you had renal failure?

19           A        Yes.

20           Q        It also says "Will also stop

21   Vioxx."  Do you see that?  It's at the end of that

22   same bullet.

23           A        Okay.  Yes.

24           Q        Was it Dr. Victorina who took you

Mary Ann Nolan

Page 161

1    off of Vioxx?

2            A        Yes.

3            Q        And remind me of why you were

4    seeing Dr. Victorina.

5            A        For my diabetes.

6            Q        Okay.  Did he tell you why he was

7    taking you off the Vioxx?

8            A        Because of my kidneys.

9            Q        Did he say the Vioxx caused the

10   problem with your kidneys?

11           A        No, he didn't.  He just said that

12   that's why he took me off of it because it was

13   hurting my kidneys.

14           Q        Did he tell you that any other

15   medications might hurt your kidneys?

16           A        The Metformin could hurt my

17   kidneys.

18           Q        And so he stopped you on

19   Metformin as well; right?

20           A        Right, uh-huh (affirmative).

21           Q        Did Dr. Victorina then, or at any

22   point, tell you that you shouldn't take

23   anti-inflammatory drugs anymore?

24           A        Yes.

Mary Ann Nolan

Page 189

```
 1   STATE OF KENTUCKY       )

 2   COUNTY OF FAYETTE       )

 3

 4

 5          I, JOLINDA S. TODD, Registered

 6   Professional Reporter and Notary Public in and for

 7   the State of Kentucky at Large, certify that the

 8   facts stated in the caption hereto are true; that

 9   at the time and place stated in said caption the

10   witness named in the caption hereto personally

11   appeared before me, and that, after being by me

12   duly sworn, was examined by counsel for the

13   parties; that said testimony was taken in stenotype

14   by me and later reduced to computer-aided

15   transcription and the foregoing is a true record of

16   the testimony given by said witness.

17          No party to said action nor counsel for

18   said parties requested in writing that said

19   deposition be signed by the testifying witness.

20          I further certify that I am a

21   disinterested person; that I am in no way

22   interested in the outcome of said action and am

23   neither a relative nor an employee of any of the

24   parties.
```

Mary Ann Nolan

Page 190

1          My commission expires:  August 6, 2011.

2          IN TESTIMONY WHEREOF, I have hereunto set

3    my hand and seal of office on this the 8th day of

4    July 2011.

5

                         JOLINDA S. TODD, RPR

6                        NOTARY PUBLIC, STATE AT LARGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**EXHIBIT 3 TO LR 56.1 STATEMENT**

**FILED UNDER SEAL**

**EXHIBIT 4 TO LR 56.1 STATEMENT**

**FILED UNDER SEAL**

HARLAN CIRCUIT COURT
26TH JUDICIAL DISTRICT
DIVISION _____

| | | |
|---|---|---|
| MARY ANN NOLAN, | ) | Case No. *05 -CE- 00687* |
| Plaintiff, | ) | |
| V. | ) | **COMPLAINT** |
| MERCK & COMPANY, INC. | ) | |
| Defendant. | ) | |

The Plaintiff herein, Mary Ann Nolan, (the "Plaintiff"), through counsel, for her multiple claims and causes of action against Merck & Co., Inc. ("Merck" or "Defendant"), set forth in her Complaint, respectfully states the following:

**PARTIES, JURISDICTION AND VENUE**

1.    Plaintiff is a citizen of the Commonwealth of Kentucky and resides at 738 Belcher Lane, Baxter, Kentucky 40806. The Plaintiff brings this action to recover damages for personal injuries sustained after ingesting Vioxx.

2.    The Defendant is a New Jersey corporation with its principal place of business in New Jersey and is subject to jurisdiction in this Court. Merck describes itself as a global research-driven pharmaceutical products company.

3.    This action is brought in Harlan Circuit Court because the Plaintiff's claims against the Defendant arise out of acts or omissions of the Defendant in this jurisdiction and the Plaintiff seeks damages in excess of the minimum jurisdictional requirements of this Court.

MDVI E08079

4.      Venue is proper in the Harlan Circuit Court because the Defendant is subject to its jurisdiction, the Defendant has transacted business in this jurisdiction and the Plaintiff's claims against the Defendant arise from acts or omissions of the Defendant in this jurisdiction.

## SUBSTANTIVE ALLEGATIONS

5.      Plaintiff brings this action to recover damages for personal injury, restitution, refund and/or for equitable, injunctive and other relief against Merck, who tested, marketed, distributed, promoted, sold, prescribed and provided Vioxx, which the Plaintiff took after it was prescribed to her, and as a result thereof, suffered serious damages and risk of harm to her health.

6.      This case involves the Plaintiff's use of a drug called Vioxx (rofecoxib). It was purportedly designed to treat osteoarthritis, rheumatoid arthritis, acute pain, and migraines.

7.      The drug was designed, formulated, patented, marketed, sold, and ultimately distributed by the Defendant as Vioxx.

8.      Osteoarthritis, or degenerative joint disease, is characterized by the breakdown of the joint's cartilage (which cushions the ends of bones). Cartilage breakdown causes bones to rub against each other, leading to pain and loss of movement.

9.      Rheumatoid arthritis is a chronic syndrome characterized by inflammation in the lining of the joints, causing pain, stiffness, warmth, redness and swelling, leading to pain and loss of movement.

10.     Vioxx is in a class of drugs called non-steroidal anti-inflammatory drugs ("NSAIDs"). It is purported to reduce substances that cause inflammation, pain and fever.

11.     Prostaglandins are chemicals that are important in promoting inflammation and its symptoms (pain, fever, swelling and tenderness). Vioxx allegedly blocks the enzyme that makes prostaglandins thereby reducing the amounts of prostaglandins, and reducing inflammation and its symptoms.

2

12.     The United States Food and Drug Administration ("FDA") first approved Vioxx in 1999 for the reduction of pain and inflammation caused by osteoarthritis, acute pain and menstrual pain. It was subsequently approved to treat rheumatoid arthritis in adults and children.

13.     In June 2000, Merck submitted a safety study to the FDA entitled "Vioxx Gastrointestinal Outcomes Research" that found an increased risk of serious cardiovascular events, including heart attacks and strokes in patients taking Vioxx.

14.     In February, 2001, the FDA consulted its Arthritis Advisory Committee regarding the clinical interpretation of this new safety information.

15.     In April, 2001, the FDA implemented labeling changes which included information about the increase in risk of cardiovascular events, including heart attacks and stroke.

16.     Other studies have only recently suggested an increased risk of serious and life threatening cardiovascular events, and the FDA has been in the process of reviewing these studies to determine if further labeling changes were needed.

17.     On September 30, 2004, Merck voluntarily withdrew Vioxx from the market after the Data Safety Monitoring Board overseeing a long-term study of the drug recommended that the study be halted because of an increased risk of serious cardiac events, including heart attack and strokes. The risk was approximately twice that of individuals taking a placebo. Given the nature and extent of information gleaned from the earlier June 2000 study and other information available to Merck but not timely or fully disclosed to the consuming public, Merck knew or should have known of the substantial and increased risk of harm to those members of the public using Vioxx but failed to fully and adequately inform the public of all aspects of such serious increased risk of harm to which the Plaintiff was subjected. Thus, the Defendant knew or should have known of the serious and life threatening harmful effects of Vioxx to the Plaintiff and to

3

M001E0031

others but remained silent as to certain aspects concerning such harm and effects.  The Plaintiff has suffered similar or the same harmful effects as a result of taking Vioxx, including but not limited to significant cardiovascular damage.

18.      Annual sales of Vioxx total approximately $2.5 billion.  Defendant's conduct and actions or inactions, the awareness of the Defendant of the serious immediate and life-threatening hazard of Vioxx, and the failure by Defendant to fully disclose and publicize the dangers of said medication, subject the Defendant to exemplary damages to the fullest extent of the law.  At all relevant times, the Defendant's conduct was oppressive, fraudulent and carried forth with malice.

### COUNT I
### (Products (Strict) Liability)

19.      Plaintiff restates and realleges each and every allegations set forth in Paragraphs 1-18 above and in addition states the matters set forth below.

20.      The Defendant was engaged in the business of manufacturing, creating, designing, testing, labeling, packaging, supplying, marketing, selling, advertising, and/or distributing Vioxx, a dangerous drug which poses a hazard to the general public, which they sold and distributed throughout the world, including in Kentucky.

21.      The Plaintiff was using Vioxx in the manner for which it was intended and/or in a reasonably foreseeable manner.

22.      The Plaintiff was not aware of, and reasonably could not have discovered, the dangerous nature of Vioxx and the serious risk of harm to her health.  The Defendant was aware, or should have been aware, of the extremely dangerous nature of Vioxx.  The Defendant either knew or could have reasonably discovered such extremely dangerous nature.  Pursuant to the above-described conduct and the Product Liability Act of Kentucky, the Defendant is liable to

4

the Plaintiff for all general, special and punitive damages as well as for all equitable relief to which the Plaintiff may be entitled.

## COUNT II
### (Negligence And/Or Gross Negligence)

23.     Plaintiff restates and realleges each and every allegation set forth in Paragraphs 1-22 above and in addition, states the matters set forth below.

24.     The Defendant owed a duty of care to the Plaintiff regarding Vioxx.

25.     By virtue of its conduct, the Defendant breached its duty and is guilty of negligent acts and/or omissions.  By virtue of the above-described conduct, the Defendants conduct was grossly negligent and the Defendant was aware, or should have been aware, of the dangerous nature of Vioxx, or the Defendant could have reasonably discovered its dangerous nature and avoided harm to the Plaintiff and others.

26.     As a direct and proximate result, the Plaintiff has suffered serious injuries and is entitled to recover special and compensatory damages.

## COUNT III
### (Negligence Per Se)

27.     Plaintiff restates and realleges each and every allegation set forth in Paragraphs 1-26 above and in addition, states the matters set forth below.

28.     The Defendant had an obligation not to violate the law in the manufacture, design, and sale of Vioxx.

29.     By virtue of the above-described conduct, Defendant violated the Federal Food, Drug and Cosmetic Act, 21 U.S.C. §301, et seq.

30.     The Defendant failed to meet the standard of care set by the above statues and regulations, which were intended for the benefit of individual consumers such as the Plaintiff, thereby making the Defendant negligent per se.

MD01E63063

31.     As a result of the violations of the statues described above, the Plaintiff has suffered injuries for which the Defendant is liable.

## COUNT IV
### (Violations Of The Kentucky Consumer Protection Act)

32.     Plaintiffs restate and reallege each and every allegation set forth in Paragraphs 1-31 above and in addition, states the matters set forth below.

33.     The Defendant engaged in the unfair trade practices set forth above and specifically declared unlawful under KRS § 367.170, et seq.  Such practices included making false or misleading representations, knowingly or with reason to know, as to the characteristics of Vioxx, and violated such statutory provisions by committing a deceptive trade practice as defined by KRS Chapter 367.

34.     Plaintiff respectfully requests judgment for actual damages plus the costs and attorney fees incurred in bringing this action as provided for under applicable Kentucky law.  In addition the Plaintiff respectfully requests an award of a civil penalty against the Defendants in the amount of $10,000 per violation, pursuant to the Kentucky Consumer Protection Act because of the Defendant's above-described conduct.  Pursuant to KRS § 446.070, the Plaintiff has suffered compensatory damages to which they are also entitled, the exact amount of which will be determined at trial

## COUNT V
### (Unjust Enrichment)

35.     Plaintiff restates and realleges each and every allegation set forth in Paragraphs 1-34 above and in addition, states the matters set forth below.

36.     As an intended and expected result of their conscious wrongdoing, the Defendant has unfairly and wrongfully profited and benefited from the purchases of Vioxx by the Plaintiff.

6

37.    The Defendant has voluntarily accepted and retained these substantial profits and benefits, with full knowledge and awareness that people who took Vioxx have suffered serious injuries and increased risks of harm to their health.

38.    The Defendant has thus been unjustly enriched at the expense of the Plaintiff.

39.    The Plaintiff respectfully requests that the Defendant be ordered to disgorge its profits made from the sale of Vioxx.

## COUNT VI
### (Breach Of Express Warranty)

40.    Plaintiff restates and realleges each and every allegation set forth in Paragraphs 1-39 above and in addition, states the matters set forth below.

41.    The Defendant expressly warranted to the market, including the Plaintiff, by and through statements made by the Defendant or its authorized agents or sales representatives, orally and in publications, package inserts and other written materials to the health care community, that Vioxx was safe, effective, fit and proper for its intended use.

42.    In using Vioxx, the Plaintiff relied on the skill, judgment, representations, and foregoing express warranties of the Defendant.  These warranties and representations proved to be false because the product was not safe and was unfit for the uses for which it was intended.

43.    As a direct and proximate result of Defendant's breaches of warranties, the Plaintiff was injured and has suffered special and compensatory damages in amounts to be proven at trial.

## COUNT VII
### (Breach Of Implied Warranty)

44.    Plaintiff restates and realleges each and every allegation set forth in Paragraphs 1-43 above and in addition, states the matters set forth below.

7

45.   Prior to the time that Vioxx was used by the Plaintiff, the Defendant impliedly warranted to the market, including the Plaintiff, that Vioxx was of merchantable quality and safe and fit for the use for which is was intended.

46.   As a direct and proximate result of Defendant's breaches of warranties, the Plaintiff was injured and has suffered special and compensatory damages in amounts to be proven at trial.

WHEREFORE, the Plaintiff respectfully requests Judgment on her Complaint as follows:

A.   Judgment for  Plaintiff on all Counts of the Complaint in excess of the minimum jurisdictional amounts of this Court;

B.   A trial by jury on all Counts of the Complaint;

C.   Judgment on Count I of the Complaint against the Defendant for consequential and punitive damages for Products Liability;

D.   Judgment on Count II of the Complaint against the Defendant for special, consequential and punitive damages for Negligence and/or Gross Negligence;

E.   Judgment on Count III of the Complaint against the Defendant for special and consequential damages for Negligence Per Se;

F.   Judgment on Count IV of the Complaint against the Defendant for consequential and punitive damages for violation of the Kentucky Consumer Protection Act;

G.   Judgment on Count V of the Complaint against the Defendant for consequential damages for Unjust Enrichment;

H.   Judgment on Count VI of the Complaint against the Defendant for consequential damages for Breach of Express Warranty;

I.   Judgment on Count VII of the Complaint against the Defendant for consequential damages for Breach of Implied Warranty;

8

J.     A reasonable attorney's fee; and

K.     Such other and further relief which this Court deems just and proper in addition to

the costs and disbursements of this action.

Respectfully submitted,

RICHARD A. GETTY

GETTY HARGADON MILLER
& KELLER, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507
(859) 259-1900
(859) 259-1909 (fax)

COUNSEL FOR PLAINTIFF

U:\GK&M\mmiller\Vioxx\Nolan Complaint.doc

9

NolanM-Complaint-         00009

| AOC-105 | Doc. Code: CI | | Case No. | *05-CI-00687* |
|---|---|---|---|---|
| Rev. 4-01 | 09/22/2005 01:38 pm | | Court | ☑ Circuit ☐ District |
| Page 1 of 1 | Ver. 1.01 | | | |
| Commonwealth of Kentucky | | | County | Harlan |
| Court of Justice | | | | |
| CR 4.02; CR Official Form 1 | | CIVIL SUMMONS | | |

PLAINTIFF

MARY ANN                              NOLAN
738 Belcher Lane

Baxter                    Kentucky              40806

VS.

DEFENDANT

MERCK & CO., INC.
One Merck Drive, WS3AB-05

Whitehouse Station          New Jersey            08889

**Service of Process Agent for Defendant:**
C.T. CORP. SYSTEM
Registered Agent for Merck & Co., Inc.
KY Home Life Building, Room 1102
Louisville                  Kentucky              40202

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf and filed in the Clerk's Office within 20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: *Sept. 27. 2005*                          *Paul J. Williams*                    Clerk

By: *Evelyn Cheek*                    D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other Initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

---

Page 1 of 1

M001E09088

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
10/06/2005
Log Number 510598270

TO: Debra A Bollwage 519047798999
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ, 08889-0100

RE: **Process Served in Kentucky**

FOR: Merck & Co., Inc. (Domestic State: NJ)



**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Mary Ann Nolan vs. Merck & Company Inc |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Harlan County Circuit Court, KY Case # 05-CI-687 |
| **NATURE OF ACTION:** | Personal Injury - Re: Vioxx |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Louisville, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 10/06/2005 postmarked on 10/04/2005 |
| **APPEARANCE OR ANSWER DUE:** | within 20 days |
| **ATTORNEY(S) / SENDER(S):** | Richard A Getty 1900 Lexington Financial Center 250 W Main St Lexington, KY, 40507 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 790178037623 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1511 Kentucky Home Life Building Louisville, KY, 40202 |
| **TELEPHONE:** | 502-587-5960 |

Page 1 of 1 / GH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

**EXHIBIT 6 TO LR 56.1 STATEMENT**

**FILED UNDER SEAL**

**EXHIBIT 7 TO LR 56.1 STATEMENT**

**FILED UNDER SEAL**



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

NDA 21-042

Food and Drug Administration
Rockville MD 20857

Merck Research Laboratories
Attention: Robert E. Silverman, M.D., Ph.D.
Senior Director, Regulatory Affairs                    MAY 2 0 1999
Sumneytown Pike
P.O. Box 4, BLA-20
West Point, Pennsylvania 19486

Dear Dr. Silverman:

Please refer to your new drug application (NDA) dated November 23, 1998, received November 23, 1998, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Vioxx (rofecoxib tablets) Tablets 12.5 mg and 25 mg.

We acknowledge receipt of your submissions dated November 23 and 25; December 10, 16 (two), 18 (three), 22, and 23, 1998; January 5, 7 (two), 12 (two), 13, 18, 19, 26, and 27 (two); February 1, 2 (two), 5 (three), 9 (two), 11, 18 (three), 19, and 23; March 4 (two), 5 (five), 8, 9 (two), 10 (eight), 12 (two), 15 (three), 16 (three), 17, 18 (three), 19 (two), 22 (two), 23 (five), 25 (two), and 31 (four); April 1 (two), 5 (two), 6, 12, 13 (two), 15 (two), 16, 19 (two), 26, and 30; and May 4, 5, 6 (three), 7 (two), 10, 11 (two), 12, 13, 14, 17, 18, and 19, 1999.

This new drug application provides for the use of Vioxx (rofecoxib tablets) Tablets 12.5 mg and 25 mg for relief of the signs and symptoms of osteoarthritis, the management of acute pain, and the treatment of primary dysmenorrhea.

We have completed the review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the enclosed labeling text. Accordingly, the application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the enclosed labeling (text for the package insert). Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

Please submit 20 copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, this submission should be designated "FPL for approved NDA 21-042." Approval of this submission by FDA is not required before the labeling is used.

Regulatory Affairs

MAY 2 0 1999

R. E. Silverman

MRK-99420021411

DEFENDANT'S
EXHIBIT
**2001**

NDA 21-042

If additional information relating to the safety or effectiveness of this drug becomes available, revision of the labeling may be required.

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

Please note that any advertising and/or promotional activity of this product will be considered false and/or misleading under Section 502 of the Act if it presents suggestions or representations that COX-2 selectivity confers on the product any claims of safety beyond what has been demonstrated in clinical studies and presented in the approved labeling. Additionally, promotional activities that make or imply comparative claims about the frequency of clinically serious gastrointestinal (GI) events compared to groups of NSAIDs or specific NSAIDs will be considered false and/or misleading without differences having been demonstrated in adequate, well-controlled studies. Finally, any promotional use of the endoscopic data without the qualifying explanations of that data found in the approved labeling (paragraph beginning on line 231 in the enclosed label text, and the sentence on lines 209 and 210) will be considered false and/or misleading. If you have any questions or concerns about this matter please contact the Center for Drug Evaluation and Research's Division of Drug Marketing, Advertising and Communications.

In addition, please submit three copies of the introductory promotional materials that you propose to use for this product. All proposed materials should be submitted in draft or mock-up form, not final print. Please send one copy to the Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products and two copies of both the promotional materials and the package insert directly to:

> Division of Drug Marketing, Advertising, and Communications, HFD-40
> Food and Drug Administration
> 5600 Fishers Lane
> Rockville, Maryland 20857

Be advised that, as of April 1, 1999, all applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred (63 *FR* 66632). We note that you have not fulfilled the requirements of 21 CFR 314.55 (or 601.27). We are deferring submission of your pediatric studies until December 3, 2000. However, in the interim, please submit your pediatric drug development plans within 120 days from the date of this letter unless you believe a waiver is appropriate.

2

MRK-99420021412

NDA 21-042

If you believe that this drug qualifies for a waiver of the pediatric study requirement, you should submit a request for a waiver with supporting information and documentation in accordance with the provisions of 21 CFR 314.55 within 60 days from the date of this letter. We will notify you within 120 days of receipt of your response whether a waiver is granted. If a waiver is not granted, we will ask you to submit your pediatric drug development plans within 120 days from the date of denial of the waiver.

Pediatric studies conducted under the terms of section 505A of the Federal Food, Drug, and Cosmetic Act may result in additional marketing exclusivity for certain products (pediatric exclusivity). You should refer to the *Guidance for Industry on Qualifying for Pediatric Exclusivity* (available on our web site at www.fda.gov.cder/pediatric) for details. If you wish to qualify for pediatric exclusivity you should submit a "Proposed Pediatric Study Request" in addition to your plans for pediatric drug development described above. If you do not submit a Proposed Pediatric Study Request within 120 days from the date of this letter, we will presume that you are not interested in obtaining pediatric exclusivity [NOTE: You should still submit a pediatric drug development plan.] and we will notify you of the pediatric studies that are required under section 21 CFR 314.55. Please note that satisfaction of the requirements in 21 CFR 314.55 alone may not qualify you for pediatric exclusivity.

Please submit one market package of the drug product when it is available.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, contact Sandra N. Cook, Project Manager, at (301) 827-2090.

Sincerely,

Robert J. DeLap, M.D., Ph.D.
Director
Office of Drug Evaluation V
Center for Drug Evaluation and Research

Enclosure

3

MRK-99420021413

# VIOXX®(rofecoxib tablets and oral suspension)

## DESCRIPTION

VIOXX[*] (rofecoxib) is described chemically as 4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone.  It has the following chemical structure:



Rofecoxib is a white to off-white to light yellow powder. It is sparingly soluble in acetone, slightly soluble in methanol and isopropyl acetate, very slightly soluble in ethanol, practically insoluble in octanol, and insoluble in water.  The empirical formula for rofecoxib is $C_{17}H_{14}O_4S$, and the molecular weight is 314.36.

Each tablet of VIOXX for oral administration contains either 12.5 or 25 mg of rofecoxib and the following inactive ingredients: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide.

Each 5 mL of the oral suspension contains either 12.5 or 25 mg of rofecoxib and the following inactive ingredients: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, and purified water.  Added as preservatives are sodium methylparaben 0.13% and sodium propylparaben 0.02%.

## CLINICAL PHARMACOLOGY

### Mechanism of Action

VIOXX is a nonsteroidal anti-inflammatory drug that exhibits anti-inflammatory, analgesic, and antipyretic activities in animal models.  The mechanism of action of VIOXX is believed to be due to inhibition of prostaglandin synthesis, via inhibition of cyclooxygenase-2 (COX-2).  At therapeutic concentrations in humans, VIOXX does not inhibit the cyclooxygenase-1 (COX-1) isoenzyme.

### Pharmacokinetics

---

[*] Registered trademark of MERCK & CO., Inc., Whitehouse Station, New Jersey, USA
COPYRIGHT © MERCK & CO., Inc., 1998
All rights reserved.

MRK-99420021414

*Absorption*

The mean oral bioavailability of VIOXX at therapeutically recommended doses of 12.5, 25 and 50 mg is approximately 93%. The area under the curve (AUC) and peak plasma level ($C_{max}$) following a single 25 mg dose were 3286($\pm$843) ng*hr/mL and 207 ($\pm$111) ng/mL, respectively. Both $C_{max}$ and AUC are roughly dose proportional across the clinical dose range. At doses greater than 50 mg, there is a less than proportional increase in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous media. The plasma concentration-time profile exhibited multiple peaks. The median time to maximal concentration ($T_{max}$), as assessed in nine pharmacokinetic studies, is 2 to 3 hours. Individual $T_{max}$ values in these studies ranged between 2 to 9 hours. This may not reflect rate of absorption as $T_{max}$ may occur as a secondary peak in some individuals. With multiple dosing, steady state conditions are reached by Day 4. The $AUC_{0-24hr}$ and $C_{max}$ at steady-state after multiple doses of 25 mg rofecoxib was 4018 ($\pm$1140) ng*hr/mL and 321 ($\pm$104) ng/mL, respectively. The accumulation factor based on geometric means was 1.67.

VIOXX Tablets and VIOXX Oral Suspension are bioequivalent.

*Food and Antacid Effects*

Food had no significant effect on either the peak plasma concentration ($C_{max}$) or extent of absorption (AUC) of rofecoxib when VIOXX tablets were taken with a high fat meal. The time to peak plasma concentration ($T_{max}$), however, was delayed by 1 to 2 hours. The food effect on the suspension formulation has not been studied. VIOXX tablets can be administered without regard to timing of meals.

There was a 13% and 8% decrease in AUC when VIOXX was administered with calcium carbonate antacid and magnesium/aluminum antacid to elderly subjects, respectively. There was an approximate 20% decrease in $C_{max}$ of rofecoxib with either antacid.

*Distribution*

Rofecoxib is approximately 87% bound to human plasma protein over the range of concentrations of 0.05 to 25 $\mu$g/mL. The apparent volume of distribution at steady state ($V_{dss}$) is approximately 91 L following a 12.5 mg dose and 86 L following a 25 mg dose.

Rofecoxib has been shown to cross the placenta in rats and rabbits, and the blood-brain barrier in rats.

*Metabolism*

Metabolism of rofecoxib is primarily mediated through reduction by cytosolic enzymes. The principal metabolic products are the *cis*-dihydro and *trans*-dihydro derivatives of rofecoxib, which account for nearly 56% of recovered radioactivity in the urine. An additional 8.8% of the dose was recovered as the glucuronide of the hydroxy derivative, a product of oxidative metabolism. The biotransformation of rofecoxib and this metabolite is reversible in humans to a limited extent (<5%). These metabolites are inactive as COX-1 or COX-2 inhibitors.

2

MRK-99420021415

84 Cytochrome P450 plays a minor role in metabolism of rofecoxib. Inhibition of CYP3A
85 activity by administration of ketoconazole 400 mg daily does not affect rofecoxib
86 disposition. However, induction of general hepatic metabolic activity by administration
87 of the non-specific inducer rifampin 600 mg daily produces a 50% decrease in rofecoxib
88 plasma concentrations. (Also see **Drug Interactions**).
89

90 *Excretion*
91 Rofecoxib is eliminated predominantly by hepatic metabolism with little (<1%)
92 unchanged drug recovered in the urine. Following a single radiolabeled dose of 125 mg,
93 approximately 72% of the dose was excreted into the urine as metabolites, and 14% in the
94 feces as unchanged drug.
95

96 The plasma clearance after 12.5 and 25 mg doses was approximately 141 and 120
97 mL/min, respectively. Higher plasma clearance was observed at doses below the
98 therapeutic range, suggesting the presence of a saturable route of metabolism (i.e, non-
99 linear elimination). The effective half-life (based on steady state levels) was
100 approximately 17 hours.
101

102 **Special Populations**
103

104 *Gender*
105 The pharmacokinetics of rofecoxib are comparable in men and women.
106

107 *Geriatric*
108 After a single dose of 25 mg VIOXX in elderly subjects (over 65 years old) a 34%
109 increase in AUC was observed as compared to the young subjects. Dosage adjustment in
110 the elderly is not necessary; however, therapy with VIOXX should be initiated at the
111 lowest recommended dose.
112

113 *Pediatric*
114 VIOXX has not been investigated in patients below 18 years of age.
115

116 *Race*
117 Meta-analysis of pharmacokinetic studies has suggested a slightly (10-15%) higher AUC
118 of rofecoxib in Blacks and Hispanics as compared to Caucasians. No dosage adjustment
119 is necessary on the basis of race.
120

121 *Hepatic Insufficiency*
122 A pharmacokinetic study in mild (Child-Pugh score ≤6) hepatic insufficiency patients
123 indicated that rofecoxib AUC was similar between these patients and healthy subjects.
124 Limited data in patients with moderate (Child-Pugh score 7-9) hepatic insufficiency
125 suggest a trend towards higher AUC (about 69%) of rofecoxib in these patients, but more
126 data are needed to evaluate pharmacokinetics in these patients. Patients with severe
127 hepatic insufficiency have not been studied.

MRK-99420021416

128
129 *Renal Insufficiency*
130 In a study (N=6) of patients with end stage renal disease undergoing dialysis, peak
131 rofecoxib plasma levels and AUC declined 18% and 9%, respectively, when dialysis
132 occurred four hours after dosing. When dialysis occurred 48 hours after dosing, the
133 elimination profile of rofecoxib was unchanged. While renal insufficiency does not
134 influence the pharmacokinetics of rofecoxib, use of VIOXX in advanced renal disease is
135 not recommended at present because no safety information is available regarding the use
136 of VIOXX in these patients.
137
138 **Drug Interactions**
139
140 Also see **PRECAUTIONS – Drug Interactions.**
141
142 *General:* In human studies the potential for rofecoxib to inhibit or induce CYP 3A4
143 activity was investigated in studies using the intravenous erythromycin breath test and the
144 oral midazolam test. No significant difference in erythromycin demethylation was
145 observed with rofecoxib (75 mg daily) compared to placebo, indicating no induction of
146 hepatic CYP 3A4. A 30% reduction of the AUC of midazolam was observed with
147 rofecoxib (25 mg daily). This reduction is most likely due to increased first pass
148 metabolism through induction of intestinal CYP 3A4 by rofecoxib. *In vitro* studies in rat
149 hepatocytes also suggest that rofecoxib might be a mild inducer for CYP 3A4.
150
151 Drug interaction studies with rofecoxib have identified potentially significant interactions
152 with rifampin, methotrexate and warfarin. Patients receiving these agents with VIOXX
153 should be appropriately monitored. Drug interaction studies do not support the potential
154 for clinically important interactions between antacids or cimetidine with rofecoxib.
155 Similar to experience with other nonsteroidal antiinflammatory drugs (NSAIDs), studies
156 with rofecoxib suggest the potential for interaction with ACE inhibitors. The effects of
157 rofecoxib on the pharmacokinetics and/or pharmacodynamics of ketoconazole,
158 prednisone/prednisolone, oral contraceptives, and digoxin have been studied *in vivo* and
159 clinically important interactions have not been found .
160
161 **CLINICAL STUDIES**
162
163 **Osteoarthritis (OA)**
164 VIOXX has demonstrated significant reduction in joint pain compared to placebo.
165 VIOXX was evaluated for the treatment of the signs and symptoms of OA of the knee and
166 hip in placebo- and active-controlled clinical trials of 6 to 86 weeks duration that enrolled
167 approximately 3900 patients. In patients with OA, treatment with VIOXX 12.5 mg and
168 25 mg once daily resulted in improvement in patient and physician global assessments
169 and in the WOMAC (Western Ontario and McMaster Universities) osteoarthritis
170 questionnaire, including pain, stiffness, and functional measures of OA. In six studies of
171 pain accompanying OA flare, VIOXX provided a significant reduction in pain at the first
172 determination (after one week in one study, after two weeks in the remaining five
173 studies); this continued for the duration of the studies. In all OA clinical studies, once

4

MRK-99420021417

174 daily treatment in the morning with VIOXX 12.5 and 25 mg was associated with a
175 significant reduction in joint stiffness upon first awakening in the morning. At doses of
176 12.5 and 25 mg, the effectiveness of VIOXX was shown to be comparable to ibuprofen
177 800 mg TID and diclofenac 50 mg TID for treatment of the signs and symptoms of OA.
178 The ibuprofen studies were 6 week studies; the diclofenac studies were 12 month studies
179 in which patients could receive additional arthritis medication during the last 6 months.

180 **Analgesia, including Dysmenorrhea**

181 In acute analgesic models of post-operative dental pain, post-orthopedic surgical pain,
182 and primary dysmenorrhea, VIOXX relieved pain that was rated by patients as moderate
183 to severe. The analgesic effect (including onset of action) of a single 50-mg dose of
184 VIOXX was generally similar to 550 mg of naproxen sodium or 400 mg of ibuprofen. In
185 single-dose post-operative dental pain studies, the onset of analgesia with a single 50 mg
186 dose of VIOXX occurred within 45 minutes. In a multiple-dose study of post-orthopedic
187 surgical pain in which patients received VIOXX or placebo for up to 5 days, 50 mg of
188 VIOXX once daily was effective in reducing pain. In this study, patients on VIOXX
189 consumed a significantly smaller amount of additional analgesic medication than patients
190 treated with placebo (1.5 versus 2.5 doses per day of additional analgesic medication for
191 VIOXX and placebo, respectively).

192

193 **Special Studies**
194 *Upper Endoscopy in Patients with Osteoarthritis:*
195 Two identical (U.S. and Multinational) endoscopy studies in a total of 1516 patients were
196 conducted to compare the percentage of patients who developed endoscopically
197 detectable gastroduodenal ulcers with VIOXX 25 mg daily or 50 mg daily, ibuprofen
198 2400 mg daily, or placebo. Entry criteria for these studies permitted enrollment of
199 patients with active *Heliobacter pylori* infection, baseline gastroduodenal erosions, prior
200 history of an upper gastrointestinal perforation, ulcer, or bleed (PUB), and/or age $\geq 65$
201 years. However, patients receiving aspirin (including low-dose aspirin for cardiovascular
202 prophylaxis) were not enrolled in these studies. Patients who were 50 years of age and
203 older with osteoarthritis and who had no ulcers at baseline were evaluated by endoscopy
204 after weeks 6, 12, and 24 of treatment. The placebo-treatment group was discontinued at
205 week 16 by design.

206

207 Treatment with VIOXX 25 mg daily or 50 mg daily was associated with a significantly
208 lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with
209 ibuprofen 2400 mg daily. However, the studies cannot rule out at least some increase in
210 the rate of endoscopic gastroduodenal ulcers when comparing VIOXX to placebo. See
211 Figures 1 and 2 and accompanying Tables for the results of these studies.

5

MRK-99420021418

212

## Figure 1

**COMPARISON TO IBUPROFEN**

**Life-Table Cumulative Incidence Rate of Gastroduodenal
Ulcers ≥ 3mm\*\* (Intention-to-Treat)**



†   p < 0.001 versus ibuprofen 2400 mg
\*\*   Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
\*\*\*   The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

213
214
215
216
217
218

## TABLE 1
### Endoscopic Gastroduodenal Ulcers at 12 weeks
### U.S. Study

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Ratio of Rates vs. Placebo | 95% CI on Ratio of Rates |
|---|---|---|---|---|
| Placebo | 11/158 | 9.9% | – | – |
| VIOXX 25 mg | 7/186 | 4.1% | 0.41 | (0.16, 1.05) |
| VIOXX 50 mg | 12/178 | 7.3% | 0.74 | (0.33, 1.64) |
| Ibuprofen | 42/167 | 27.7% | 2.79 | (1.47, 5.30) |

219   *by life table analysis
220

6

MRK-99420021419

221



## Figure 2

### COMPARISON TO IBUPROFEN

**Life-Table Cumulative Incidence Rate of Gastroduodenal Ulcers ≥ 3mm** (Intention-to-Treat)

| Placebo | (N=182) |
| Rofecoxib 25mg | (N=187) |
| Rofecoxib 50mg | (N=182) |
| Ibuprofen 2400 mg | (N=187) |

† p < 0.001 versus ibuprofen 2400 mg
** Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

222
223
224
225
226
227

## TABLE 2
### Endoscopic Gastroduodenal Ulcers at 12 weeks
### Multinational Study

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Ratio of Rates vs. Placebo | 95% CI on Ratio of Rates |
|---|---|---|---|---|
| Placebo | 5/182 | 5.1% | – | – |
| VIOXX 25 mg | 9/187 | 5.3% | 1.04 | (0.36, 3.01) |
| VIOXX 50 mg | 15/182 | 8.8% | 1.73 | (0.65, 4.61) |
| Ibuprofen | 49/187 | 29.2% | 5.72 | (2.36, 13.89) |

228    *by life table analysis

MRK-99420021420

229
230
231 The correlation between findings of endoscopic studies, and the relative incidence of
232 clinically serious upper GI events that may be observed with different products, has not
233 been fully established. Serious clinically significant upper GI bleeding has been observed
234 in patients receiving VIOXX in controlled trials, albeit infrequently (see WARNINGS –
235 Gastrointestinal [GI] Effects). Prospective, long-term studies required to compare the
236 incidence of serious, clinically significant upper GI adverse events in patients taking
237 VIOXX versus comparator NSAID products have not been performed.
238
239 ***Assessment of Fecal Occult Blood Loss in Healthy Subjects:***
240 Occult fecal blood loss associated with VIOXX 25 mg daily, VIOXX 50 mg daily,
241 ibuprofen 2400 mg per day, and placebo was evaluated in a study utilizing $^{51}$Cr-tagged
242 red blood cells in 67 healthy males. After 4 weeks of treatment with VIOXX 25 mg daily
243 or VIOXX 50 mg daily, the increase in the amount of fecal blood loss was not statistically
244 significant compared with placebo-treated subjects. In contrast, ibuprofen 2400 mg per
245 day produced a statistically significant increase in fecal blood loss as compared with
246 placebo-treated subjects and VIOXX-treated subjects. The clinical relevance of this
247 finding is unknown.
248
249 ***Platelets:***
250 Multiple doses of VIOXX 12.5, 25, and up to 375 mg administered daily up to 12 days
251 had no effect on bleeding time relative to placebo. Similarly, bleeding time was not
252 altered in a single dose study with 500 or 1000 mg of VIOXX. There was no inhibition
253 of *ex vivo* arachidonic acid- or collagen-induced platelet aggregation with 12.5, 25, and
254 50 mg of VIOXX.
255
256 **INDICATIONS AND USAGE**
257
258 VIOXX is indicated:
259
260 For relief of the signs and symptoms of osteoarthritis.
261
262 For the management of acute pain in adults (see CLINICAL STUDIES).
263
264 For the treatment of primary dysmenorrhea.
265
266 **CONTRAINDICATIONS**
267
268 VIOXX is contraindicated in patients with known hypersensitivity to rofecoxib or any
269 other component of VIOXX.
270
271 VIOXX should not be given to patients who have experienced asthma, urticaria, or
272 allergic-type reactions after taking aspirin or other NSAIDs. Severe, rarely fatal,

MRK-99420021421

273   anaphylactic-like reactions to NSAIDs have been reported in such patients (see
274   WARNINGS - Anaphylactoid Reactions, and PRECAUTIONS - Preexisting Asthma).
275
276
277   **WARNINGS**
278
279   **Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation:**
280   Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the
281   stomach, small intestine or large intestine, can occur at any time, with or without warning
282   symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs).
283   Minor upper gastrointestinal problems, such as dyspepsia, are common and may also
284   occur at any time during NSAID therapy.  Therefore, physicians and patients should
285   remain alert for ulceration and bleeding, even in the absence of previous GI tract
286   symptoms.  Patients should be informed about the signs and/or symptoms of serious GI
287   toxicity and the steps to take if they occur.  The utility of periodic laboratory monitoring
288   has not been demonstrated, nor has it been adequately assessed.  Only one in five patients
289   who develop a serious upper GI adverse event on NSAID therapy is symptomatic.  It has
290   been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by
291   NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in
292   about 2-4% of patients treated for one year.  These trends continue thus, increasing the
293   likelihood of developing a serious GI event at some time during the course of therapy.
294   However, even short-term therapy is not without risk.
295
296   It is unclear, at the present time, how the above rates apply to VIOXX (see CLINICAL
297   STUDIES, Special Studies, *Upper Endoscopy in Patients with Osteoarthritis*).  Among
298   3357 patients who received VIOXX in controlled clinical trials of 6 weeks to one year
299   duration (most were enrolled in six month or longer studies) at a daily dose of 12.5 mg to
300   50 mg, a total of 4 patients experienced a serious upper GI event, using protocol derived
301   criteria.  Two patients experienced an upper GI bleed within three months (at day 62 and
302   87 respectively) (0.06%).  One additional patient experienced an obstruction within six
303   months (Day 130) and the remaining patient developed an upper GI bleed within 12
304   months (Day 322) (0.12%).  Approximately 23% of these 3357 patients were in studies
305   that required them to be free of ulcers at study entry.  It is unclear if this study population
306   is representative of the general population.  Prospective, long-term studies required to
307   compare the incidence of serious, clinically significant upper GI adverse events in
308   patients taking VIOXX vs comparator NSAID products have not been performed.
309
310   NSAIDs should be prescribed with extreme caution in patients with a prior history of
311   ulcer disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are
312   in elderly or debilitated patients and therefore special care should be taken in treating this
313   population. **To minimize the potential risk for an adverse GI event, the lowest**
314   **effective dose should be used for the shortest possible duration.**  For high risk
315   patients, alternate therapies that do not involve NSAIDs should be considered.
316

9

MRK-99420021422

317  Studies have shown that patients with a *prior history of peptic ulcer disease and/or*
318  *gastrointestinal bleeding* and who use NSAIDs, have a greater than 10-fold higher risk
319  for developing a GI bleed than patients with neither of these risk factors.  In addition to a
320  past history of ulcer disease, pharmacoepidemiological studies have identified several
321  other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such
322  as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of
323  NSAID therapy, smoking, alcoholism, older age, and poor general health status.
324

**Anaphylactoid Reactions**

325  
326  Anaphylactoid reactions were not reported in patients receiving VIOXX in clinical trials.
327  However, as with NSAIDs in general, anaphylactoid reactions may occur in patients
328  without known prior exposure to VIOXX.  VIOXX should not be given to patients with
329  the aspirin triad.  This symptom complex typically occurs in asthmatic patients who
330  experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal
331  bronchospasm after taking aspirin or other NSAIDs (see  CONTRAINDICATIONS and
332  PRECAUTIONS - Preexisting Asthma).  Emergency help should be sought in cases
333  where an anaphylactoid reaction occurs.
334

**Advanced Renal Disease**

335  
336  No safety information is available regarding the use of VIOXX in patients with advanced
337  kidney disease. Therefore, treatment with VIOXX is not recommended in these patients.
338  If VIOXX therapy must be initiated, close monitoring of the patient's kidney function is
339  advisable (see PRECAUTIONS - Renal Effects).
340

**Pregnancy**

341  
342  In late pregnancy VIOXX should be avoided because it may cause premature closure of
343  the ductus arteriosus.
344

**PRECAUTIONS**

345  
346  **General**
347  VIOXX cannot be expected to substitute for corticosteroids or to treat corticosteroid
348  insufficiency.  Abrupt discontinuation of corticosteroids may lead to exacerbation of
349  corticosteroid-responsive illness.  Patients on prolonged corticosteroid therapy should
350  have their therapy tapered slowly if a decision is made to discontinue corticosteroids.
351

352  The pharmacological activity of VIOXX in reducing inflammation, and possibly fever,
353  may diminish the utility of these diagnostic signs in detecting infectious complications of
354  presumed noninfectious, painful conditions.
355

**Hepatic Effects:**

356  
357  Borderline elevations of one or more liver tests may occur in up to 15% of patients taking
358  NSAIDs, and notable elevations of ALT or AST (approximately three or more times the
359  upper limit of normal) have been reported in approximately 1% of patients in clinical
360  trials with NSAIDs.  These laboratory abnormalities may progress, may remain
361  unchanged, or may be transient with continuing therapy.  Rare cases of severe hepatic

MRK-99420021423

362 reactions, including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic
363 failure (some with fatal outcome) have been reported with NSAIDs. In controlled clinical
364 trials of VIOXX, the incidence of borderline elevations of liver tests at doses of 12.5 and
365 25 mg daily was comparable to the incidence observed with ibuprofen and lower than that
366 observed with diclofenac. In placebo-controlled trials, approximately 0.5% of patients
367 taking rofecoxib (12.5 or 25 mg QD) and 0.1% of patients taking placebo had notable
368 elevations of ALT or AST.
369
370 A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an
371 abnormal liver test has occurred, should be monitored carefully for evidence of the
372 development of a more severe hepatic reaction while on therapy with VIOXX. Use of
373 VIOXX is not recommended in patients with moderate or severe hepatic insufficiency
374 (see **Pharmacokinetics** – Special Populations). If clinical signs and symptoms consistent
375 with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash,
376 etc.), VIOXX should be discontinued.
377
378 Renal Effects:
379 Long-term administration of NSAIDs has resulted in renal papillary necrosis and other
380 renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins
381 have a compensatory role in the maintenance of renal perfusion. In these patients,
382 administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent
383 reduction in prostaglandin formation and, secondarily, in renal blood flow, which may
384 precipitate overt renal decompensation. Patients at greatest risk of this reaction are those
385 with impaired renal function, heart failure, liver dysfunction, those taking diuretics and
386 ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed
387 by recovery to the pretreatment state. Clinical trials with VIOXX at daily doses of 12.5
388 and 25 mg have shown renal effects (e.g., hypertension, edema) similar to those observed
389 with comparator NSAIDs; these occur with an increased frequency with chronic use of
390 VIOXX at doses above the 12.5 to 25 mg range. (See ADVERSE REACTIONS.)
391
392 Caution should be used when initiating treatment with VIOXX in patients with
393 considerable dehydration. It is advisable to rehydrate patients first and then start therapy
394 with VIOXX. Caution is also recommended in patients with pre-existing kidney disease
395 (see WARNINGS-Advanced Renal Disease).
396
397 *Hematological Effects:*
398 Anemia is sometimes seen in patients receiving VIOXX. In placebo-controlled trials,
399 there were no significant differences observed between VIOXX and placebo in clinical
400 reports of anemia. Patients on long-term treatment with VIOXX should have their
401 hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or
402 blood loss. VIOXX does not generally affect platelet counts, prothrombin time (PT), or
403 partial thromboplastin time (PTT), and does not inhibit platelet aggregation at indicated
404 dosages (See CLINICAL STUDIES-Special Studies-Platelets).
405
406 *Fluid Retention and Edema:*

11

MRK-99420021424

407 Fluid retention and edema have been observed in some patients taking VIOXX (see
408 ADVERSE REACTIONS). VIOXX should be used with caution, and should be
409 introduced at the lowest recommended dose, in patients with fluid retention,
410 hypertension, or heart failure.
411
412 *Preexisting Asthma:*
413 Patients with asthma may have aspirin-sensitive asthma. The use of aspirin in patients
414 with aspirin-sensitive asthma has been associated with severe bronchospasm which can
415 be fatal. Since cross reactivity, including bronchospasm, between aspirin and other
416 nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients,
417 VIOXX should not be administered to patients with this form of aspirin sensitivity and
418 should be used with caution in patients with preexisting asthma.
419
420 **Information for Patients**
421 VIOXX can cause discomfort and, rarely, more serious side effects, such as
422 gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes.
423 Although serious GI tract ulcerations and bleeding can occur without warning symptoms,
424 patients should be alert for the signs and symptoms of ulcerations and bleeding, and
425 should ask for medical advice when observing any indicative signs or symptoms. Patients
426 should be apprised of the importance of this follow-up (see WARNINGS,
427 Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding and Perforation).
428
429 Patients should promptly report signs or symptoms of gastrointestinal ulceration or
430 bleeding, skin rash, unexplained weight gain, or edema to their physicians.
431
432 Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g.,
433 nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-
434 like" symptoms). If these occur, patients should be instructed to stop therapy and seek
435 immediate medical therapy.
436
437 Patients should also be instructed to seek immediate emergency help in the case of an
438 anaphylactoid reaction (see WARNINGS).
439
440 In late pregnancy VIOXX should be avoided because it may cause premature closure of
441 the ductus arteriosus.
442
443 **Laboratory Tests**
444 Because serious GI tract ulcerations and bleeding can occur without warning symptoms,
445 physicians should monitor for signs or symptoms of GI bleeding.
446
447 **Drug Interactions**
448
449 *ACE-inhibitors:* Reports suggest that NSAIDs may diminish the antihypertensive effect
450 of Angiotensin Converting Enzyme (ACE) inhibitors. In patients with mild to moderate
451 hypertension, administration of 25 mg daily of VIOXX with the ACE inhibitor

12

MRK-99420021425

452 benazepril, 10 to 40 mg for 4 weeks, was associated with an average increase in mean
453 arterial pressure of about 3 mm Hg compared to ACE inhibitor alone. This interaction
454 should be given consideration in patients taking VIOXX concomitantly with
455 ACE-inhibitors.
456
457 *Aspirin:* Concomitant administration of low-dose aspirin with VIOXX may result in an
458 increased rate of GI ulceration or other complications, compared to use of VIOXX alone.
459 At steady state, VIOXX 50 mg once daily had no effect on the anti-platelet activity of
460 low-dose (81 mg once daily) aspirin, as assessed by *ex vivo* platelet aggregation and
461 serum $TXB_2$ generation in clotting blood. VIOXX is not a substitute for aspirin for
462 cardiovascular prophylaxis.
463
464 *Cimetidine:* Co-administration with high doses of cimetidine [800 mg twice daily]
465 increased the $C_{max}$ of rofecoxib by 21%, the $AUC_{0-120hr}$ by 23% and the $t_{1/2}$ by 15%.
466 These small changes are not clinically significant and no dose adjustment is necessary.
467
468 *Digoxin:* Rofecoxib 75 mg once daily for 11 days does not alter the plasma concentration
469 profile or renal elimination of digoxin after a single 0.5 mg oral dose.
470
471 *Furosemide:* Clinical studies, as well as post marketing observations, have shown that
472 NSAIDs can reduce the natriuretic effect of furosemide and thiazides in some patients.
473 This response has been attributed to inhibition of renal prostaglandin synthesis.
474
475 *Ketoconazole:* Ketoconazole 400 mg daily did not have any clinically important effect on
476 the pharmacokinetics of rofecoxib.
477
478 *Lithium:* NSAIDs have produced an elevation of plasma lithium levels and a reduction in
479 renal lithium clearance. Thus, when VIOXX and lithium are administered concurrently,
480 subjects should be observed carefully for signs of lithium toxicity.
481
482 *Methotrexate:* VIOXX 75 mg administered once daily for 10 days increased plasma
483 concentrations by 23% as measured by $AUC_{0-24 hr}$ in patients receiving methotrexate 7.5
484 to 15 mg/week for rheumatoid arthritis. An equivalent magnitude of reduction in
485 methotrexate renal clearance was observed. At 24 hours postdose, a similar proportion of
486 patients treated with methotrexate alone (94%) and subsequently treated with
487 methotrexate co-administered with 75 mg of rofecoxib (88%) had methotrexate plasma
488 concentrations below the measurable limit (5 ng/mL). The effects of the recommended
489 doses for osteoarthritis (12.5 and 25 mg) of VIOXX on plasma methotrexate levels are
490 unknown. Standard monitoring of methotrexate-related toxicity should be continued if
491 VIOXX and methotrexate are administered concomitantly.
492
493 *Oral Contraceptives:* Rofecoxib did not have any clinically important effect on the
494 pharmacokinetics of ethinyl estradiol and norethindrone.
495
496 *Prednisone/prednisolone:* Rofecoxib did not have any clinically important effect on the

MRK-99420021426

pharmacokinetics of prednisolone or prednisone.

*Rifampin:* Co-administration of VIOXX with rifampin 600mg daily, a potent inducer of hepatic metabolism, produced an approximate 50% decrease in rofecoxib plasma concentrations.  Therefore, a starting daily dose of 25 mg of VIOXX should be considered for the treatment of osteoarthritis when VIOXX is co-administered with potent inducers of hepatic metabolism.

*Warfarin:* Prothrombin time (measured as INR) increased in both single and multiple dose cross-over studies in healthy individuals receiving both warfarin and rofecoxib. In a 21 day multiple dose study in healthy individuals stabilized on warfarin (2 to 8.5 mg daily), administration of rofecoxib 25 mg QD was associated with mean increases in INR of approximately 8% (range of INR on warfarin alone, 1.1 to 2.2; range of INR on warfarin plus rofecoxib, 1.2 to 2.4).  Somewhat greater mean increases in INR of approximately 11% (range of maximum INR on warfarin alone, 1.5 to 2.7; range of maximum INR on warfarin plus rofecoxib, 1.6 to 4.4) were also seen in a single dose PK screening study using a 30 mg dose of warfarin and 50 mg of rofecoxib.   Standard monitoring of INR values should be conducted when therapy with VIOXX is initiated or changed, particularly in the first few days, in patients receiving warfarin or similar agents.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**
Rofecoxib was not carcinogenic in mice given oral doses up to 30 mg/kg (male) and 60 mg/kg (female) (approximately 5- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) and in male and female rats given oral doses up to 8 mg/kg (approximately 6- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) for two years.

Rofecoxib was not mutagenic in an Ames test or in a V-79 mammalian cell mutagenesis assay, nor clastogenic in a chromosome aberration assay in Chinese hamster ovary (CHO) cells, in an *in vitro* and an *in vivo* alkaline elution assay, or in an *in vivo* chromosomal aberration test in mouse bone marrow.

Rofecoxib did not impair male fertility in rats at oral doses up to 100 mg/kg (approximately 20- and 7-fold human exposure at 25 and 50 mg daily based on the $AUC_{0-24}$) and rofecoxib had no effect on fertility in female rats at doses up to 30 mg/kg (approximately 19- and 7-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$).

**Pregnancy:**
*Teratogenic effects:* Pregnancy Category C.  Rofecoxib was not teratogenic in rats at doses up to 50 mg/kg/day (approximately 28- and 10-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$). There was a slight, non-statistically significant increase in the overall incidence of vertebral malformations only in the rabbit at doses of 50 mg/kg/day (approximately 1- or <1-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$).  There are no studies in pregnant women. VIOXX should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

MRK-99420021427

542
543 ***Nonteratogenic effects:*** Rofecoxib produced peri-implantation and post-implantation
544 losses and reduced embryo/fetal survival in rats and rabbits at oral doses $\geq 10$ and $\geq 75$
545 mg/kg/day, respectively (approximately 9- and 3-fold [rats] and 2- and <1-fold [rabbits]
546 human exposure based on the $AUC_{0-24}$ at 25 and 50  mg daily). These changes are
547 expected with inhibition of prostaglandin synthesis and are not the result of permanent
548 alteration of female reproductive function. There was an increase in the incidence of
549 postnatal pup mortality in rats at $\geq 5$ mg/kg/day (approximately 5- and 2-fold human
550 exposure at 25 and 50 mg daily based on $AUC_{0-24}$, ). In studies in pregnant rats
551 administered single doses of rofecoxib, there was a  treatment-related decrease in the
552 diameter of the ductus arteriosus at all doses used (3-300 mg/kg: 3 mg/kg is
553 approximately 2- and <1-fold human exposure at 25 or 50 mg daily based on $AUC_{0-24}$).
554 As with other drugs known to inhibit prostaglandin synthesis, use of VIOXX during the
555 third trimester of pregnancy should be avoided.
556
557 ***Labor and delivery:*** Rofecoxib produced no evidence of significantly delayed labor or
558 parturition in females at doses 15 mg/kg in rats (approximately 10- and 3-fold human
559 exposure as measured by the $AUC_{0-24}$ at 25 and 50 mg). The effects of VIOXX on labor
560 and delivery in pregnant women are unknown.
561
562 ***Nursing mothers:*** Rofecoxib is excreted in the milk of lactating rats at concentrations
563 similar to those in plasma.  There was an increase in pup mortality and a decrease in pup
564 body weight following exposure of pups to milk from dams administered VIOXX during
565 lactation.  The dose tested represents approximately 18- and 6-fold human exposure at 25
566 and 50 mg based on $AUC_{0-24}$. It is not known whether this drug is excreted in human
567 milk.  Because many drugs are excreted in human milk and because of the potential for
568 serious adverse reactions in nursing infants from VIOXX, a decision should be made
569 whether to discontinue nursing or to discontinue the drug, taking into account the
570 importance of the drug to the mother.
571
572 **Pediatric Use**
573 Safety and effectiveness in pediatric patients below the age of 18 years have not been
574 evaluated.
575
576 **Geriatric Use**
577 Of the patients who received VIOXX in osteoarthritis clinical trials, 1455 were 65 years
578 of age or older (this included 460 who were 75 years or older.  No substantial differences
579 in safety and effectiveness were observed between these subjects and younger subjects.
580 Greater sensitivity of some older individuals cannot be ruled out.  Dosage adjustment in
581 the elderly is not necessary; however, therapy with VIOXX should be initiated at the
582 lowest recommended dose.
583
584 In one of these studies (a six-week, double-blind, randomized clinical trial), VIOXX 12.5
585 or 25 mg once daily was administered to 174 osteoarthritis patients $\geq 80$ years of age. The

MRK-99420021428

586 safety profile in this elderly population was similar to that of younger patients treated
587 with VIOXX.
588
589
590 **ADVERSE REACTIONS**
591
592 *Osteoarthritis*
593
594 Approximately 3600 patients with osteoarthritis were treated with VIOXX;
595 approximately 1400 patients received VIOXX for 6 months or longer and approximately
596 800 patients for one year or longer. The following table of adverse experiences lists all
597 adverse events regardless of causality, occurring in at least 2% of patients receiving
598 VIOXX in nine controlled studies of 6 weeks to 6 months duration conducted in patients
599 with OA at the therapeutically recommended doses (12.5 and 25 mg), which included a
600 placebo and/or positive control group.

MRK-99420021429

601

### Clinical Adverse Experiences occurring in
### ≥ 2.0% of Patients Treated with VIOXX

| | Placebo | VIOXX 12.5 or 25 mg daily | Ibuprofen 2400 mg daily | Diclofenac 150 mg daily |
|---|---|---|---|---|
| | (N = 783) | (N = 2829) | (N = 847) | (N = 498) |
| **Body As A Whole/Site Unspecified** | | | | |
| Abdominal Pain | 4.1 | 3.4 | 4.6 | 5.8 |
| Asthenia/Fatigue | 1.0 | 2.2 | 2.0 | 2.6 |
| Dizziness | 2.2 | 3.0 | 2.7 | 3.4 |
| Influenza-Like Disease | 3.1 | 2.9 | 1.5 | 3.2 |
| Lower Extremity Edema | 1.1 | 3.7 | 3.8 | 3.4 |
| Upper Respiratory Infection | 7.8 | 8.5 | 5.8 | 8.2 |
| **Cardiovascular System** | | | | |
| Hypertension | 1.3 | 3.5 | 3.0 | 1.6 |
| **Digestive System** | | | | |
| Diarrhea | 6.8 | 6.5 | 7.1 | 10.6 |
| Dyspepsia | 2.7 | 3.5 | 4.7 | 4.0 |
| Epigastric Discomfort | 2.8 | 3.8 | 9.2 | 5.4 |
| Heartburn | 3.6 | 4.2 | 5.2 | 4.6 |
| Nausea | 2.9 | 5.2 | 7.1 | 7.4 |
| **Eyes, Ears, Nose, And Throat** | | | | |
| Sinusitis | 2.0 | 2.7 | 1.8 | 2.4 |
| **Musculoskeletal System** | | | | |
| Back Pain | 1.9 | 2.5 | 1.4 | 2.8 |
| **Nervous System** | | | | |
| Headache | 7.5 | 4.7 | 6.1 | 8.0 |
| **Respiratory System** | | | | |
| Bronchitis | 0.8 | 2.0 | 1.4 | 3.2 |
| **Urogenital System** | | | | |
| Urinary Tract Infection | 2.7 | 2.8 | 2.5 | 3.6 |

MRK-99420021430

The general safety profile of VIOXX 50 mg QD in OA clinical trials up to 6 months (476 patients) was similar to that of VIOXX at the recommended OA doses of 12.5 and 25 mg QD, except for a higher incidence of gastrointestinal symptoms (abdominal pain, epigastric pain, heartburn, nausea and vomiting), lower extremity edema (6.3%) and hypertension (8.2%).

In the OA studies, the following spontaneous adverse events occurred in >0.1% to 1.9% of patients treated with VIOXX regardless of causality:

**Body as a Whole:** abdominal distension, abdominal tenderness, abscess, chest pain, chills, contusion, cyst, diaphragmatic hernia, fever, fluid retention, flushing, fungal infection, infection, laceration, pain, pelvic pain, peripheral edema, postoperative pain, syncope, trauma, upper extremity edema, viral syndrome.

**Cardiovascular System:** angina pectoris, atrial fibrillation, bradycardia, hematoma, irregular heart beat, palpitation, premature ventricular contraction, tachycardia, venous insufficiency.

**Digestive System:** acid reflux, aphthous stomatitis, constipation, dental caries, dental pain, digestive gas symptoms, dry mouth, duodenal disorder, dysgeusia, esophagitis, flatulence, gastric disorder, gastritis, gastroenteritis, hematochezia, hemorrhoids, infectious gastroenteritis, oral infection, oral lesion, oral ulcer, vomiting.

**Eyes, Ears, Nose and Throat:** allergic rhinitis, blurred vision, cerumen impaction, conjunctivitis, dry throat, epistaxis, laryngitis, nasal congestion, nasal secretion, ophthalmic injection, otic pain, otitis, otitis media, pharyngitis, tinnitus, tonsillitis.

**Immune System:** allergy, insect bite reaction

**Metabolism And Nutrition:** appetite change, hypercholesterolemia, weight gain

**Musculoskeletal System:** ankle sprain, arm pain, arthralgia, back strain, bursitis, cartilage trauma, joint swelling, muscular cramp, muscular disorder, muscular weakness, musculoskeletal pain, musculoskeletal stiffness, myalgia, osteoarthritis, tendinitis, traumatic arthropathy, wrist fracture

**Nervous System:** hypesthesia, insomnia, median nerve neuropathy, migraine, muscular spasm, paresthesia, sciatica, somnolence, vertigo

**Psychiatric Disorder:** anxiety, depression, mental acuity decreased

**Respiratory System:** asthma, cough, dyspnea, pneumonia, pulmonary congestion, respiratory infection

MRK-99420021431

647 **Skin And Skin Appendages:** abrasion, alopecia, atopic dermatitis, basal cell carcinoma,
648 blister, cellulitis, contact dermatitis, herpes simplex, herpes zoster, nail unit disorder,
649 perspiration, pruritus, rash, skin erythema, urticaria, xerosis
650
651 **Urogenital System:** breast mass, cystitis, dysuria, menopausal symptoms, menstrual
652 disorder, nocturia, urinary retention, vaginitis
653
654 **Other serious adverse reactions which occur rarely (<0.1%), regardless of causality:**
655 The following serious adverse events have occurred rarely in patients taking VIOXX:
656
657 **Cardiovascular:** cerebrovascular accident, congestive heart failure, deep venous
658 thrombosis, myocardial infarction, pulmonary embolism, transient ischemic attack,
659 unstable angina
660
661 **Gastrointestinal:** colitis, colonic malignant neoplasm, cholecystitis, duodenal ulcer,
662 gastrointestinal bleeding, intestinal obstruction, pancreatitis
663
664 **Hemic and lymphatic:** lymphoma
665
666 **Urogenital:** breast malignant neoplasm, prostatic malignant neoplasm, urolithiasis
667
668 In 1-year controlled clinical trials and in extension studies for up to 86 weeks
669 (approximately 800 patients treated with VIOXX for one year or longer), the adverse
670 experience profile was qualitatively similar to that observed in studies of shorter duration.
671
672 *Analgesia, including primary dysmenorrhea*
673 Approximately one thousand patients were treated with VIOXX in analgesia studies. All
674 patients in post-dental surgery pain studies received only a single dose of study
675 medication. Patients in primary dysmenorrhea studies may have taken up to 3 daily doses
676 of VIOXX, and those in the post-orthopedic surgery pain study were prescribed 5 daily
677 doses of VIOXX.
678
679 The adverse experience profile in the analgesia studies was generally similar to those
680 reported in the osteoarthritis studies. The following additional adverse experience, which
681 occurred at an incidence of at least 2% of patients treated with VIOXX, was observed in
682 the post-dental pain surgery studies: post-dental extraction alveolitis (dry socket).
683
684 In 110 patients treated with VIOXX (average age approximately 65 years) in the post-
685 orthopedic surgery pain study, the most commonly reported adverse experiences were
686 constipation, fever, and nausea.
687

MRK-99420021432

688 **OVERDOSAGE**

689 No overdoses of VIOXX were reported during clinical trials.  Administration of single
690 doses of VIOXX 1000 mg to 6 healthy volunteers and multiple doses of 250 mg/day for
691 14 days to 75 healthy volunteers did not result in serious toxicity.
692
693 In the event of overdose, it is reasonable to employ the usual supportive measures, e.g.,
694 remove unabsorbed material from the gastrointestinal tract, employ clinical monitoring,
695 and institute supportive therapy, if required.
696
697 Rofecoxib is not removed by hemodialysis; it is not known whether rofecoxib is removed
698 by peritoneal dialysis.
699

700 **DOSAGE AND ADMINISTRATION**

701 VIOXX is administered orally.  The lowest dose of VIOXX should be sought for each
702 patient.
703
704 *Osteoarthritis*
705 The recommended starting dose of VIOXX is 12.5 mg once daily. Some patients may
706 receive additional benefit by increasing the dose to 25 mg once daily. The maximum
707 recommended daily dose is 25 mg.
708
709 *Management of Acute Pain and Treatment of Primary Dysmenorrhea*
710 The recommended initial dose of VIOXX is 50 mg once daily. Subsequent doses should
711 be 50 mg once daily as needed.  Use of VIOXX for more than 5 days in management of
712 pain has not been studied (See CLINICAL STUDIES, *Analgesia, including primary*
713 *dysmenorrhea.*)
714
715 VIOXX tablets may be taken with or without food.
716
717 *Oral Suspension*
718 VIOXX Oral Suspension 12.5 mg/5 mL or 25 mg/5 mL may be substituted for VIOXX
719 Tablets 12.5 or 25 mg, respectively, in any of the above indications.   Shake before using.
720

721 **HOW SUPPLIED**

722 No. 3810 – Tablets VIOXX, 12.5 mg, are cream/off-white, round, shallow cup tablets
723 engraved MRK 74 on one side and VIOXX on the other. They are supplied as follows:
724     **NDC** 0006-0074-31 unit of use bottles of 30
725     **NDC** 0006-0074-54 unit of use bottles of 90
726     **NDC** 0006-0074-28 unit dose packages of 100
727     **NDC** 0006-0074-68 bottles of 100
728     **NDC** 0006-0074-82 bottles of 1000
729     **NDC** 0006-0074-80 bottles of 8000.

MRK-99420021433

No. 3811 – Tablets VIOXX, 25 mg, are yellow, round, tablets engraved MRK 110 on one side and VIOXX on the other. They are supplied as follows:

**NDC** 0006-0110-31 unit of use bottles of 30

**NDC** 0006-0110-54 unit of use bottles of 90

**NDC** 0006-0110-28 unit dose packages of 100

**NDC** 0006-0110-68 bottles of 100

**NDC** 0006-0110-82 bottles of 1000

**NDC** 0006-0110-80 bottles of 8000.

No. 3784 – Oral Suspension VIOXX, 12.5 mg/5 mL is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.

**NDC** 0006-3784-64 unit of use bottles containing 150 mL (12.5 mg/5 mL).

No. 3785 – Oral Suspension VIOXX, 25 mg/5 mL, is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.

**NDC** 0006-3785-64 unit of use bottles containing 150 mL (25 mg/5 mL).

*Storage*

*VIOXX Tablets*:

Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]

*VIOXX Oral Suspension:*

Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]

Rx only.

---

Dist. by:

**MERCK & CO., INC.,** West Point, PA 19486, USA

Issued Month Year

Printed in USA

MRK-99420021434

9183804

MERCK & CO., INC.
Whitehouse Station, NJ 08889, USA

# VIOXX®
**(rofecoxib tablets and oral suspension)**

## DESCRIPTION

VIOXX (rofecoxib) is described chemically as 4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone. It has the following chemical structure:



Rofecoxib is a white to off-white to light yellow powder. It is sparingly soluble in acetone, slightly soluble in methanol and isopropyl acetate, very slightly soluble in ethanol, practically insoluble in octanol, and insoluble in water. The empirical formula for rofecoxib is $C_{17}H_{14}O_4S$, and the molecular weight is 314.36.

Each tablet of VIOXX for oral administration contains either 12.5 mg, 25 mg, or 50 mg of rofecoxib and the following inactive ingredients: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide. The 50 mg tablets also contain red ferric oxide.

Each 5 mL of the oral suspension contains either 12.5 mg or 25 mg of rofecoxib and the following inactive ingredients: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, and purified water. Added as preservatives are sodium methylparaben 0.13% and sodium propylparaben 0.02%.

## CLINICAL PHARMACOLOGY

### Mechanism of Action

VIOXX is a nonsteroidal anti-inflammatory drug that exhibits anti-inflammatory, analgesic, and antipyretic activities in animal models. The mechanism of action of VIOXX is believed to be due to inhibition of prostaglandin synthesis, via inhibition of cyclooxygenase-2 (COX-2). At therapeutic concentrations in humans, VIOXX does not inhibit the cyclooxygenase-1 (COX-1) isoenzyme.

### Pharmacokinetics

#### Absorption

The mean oral bioavailability of VIOXX at therapeutically recommended doses of 12.5, 25, and 50 mg is approximately 93%. The area under the curve (AUC) and peak plasma level ($C_{max}$) following a single 25-mg dose were 3286 (±843) ng•hr/mL and 207 (±111) ng/mL, respectively. Both $C_{max}$ and AUC are roughly dose proportional across the clinical dose range. At doses greater than 50 mg, there is a less than proportional increase in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous media. The plasma concentration-time profile exhibited multiple peaks. The median time to maximal concentration ($T_{max}$), as assessed in nine pharmacokinetic studies, is 2 to 3 hours. Individual $T_{max}$ values in these studies ranged between 2 to 9 hours. This may not reflect rate of absorption as $T_{max}$ may occur as a secondary peak in some individuals. With multiple dosing, steady-state conditions are reached by Day 4. The AUC$_{0-24hr}$ and $C_{max}$ at steady state after multiple doses of 25 mg rofecoxib was 4018 (±1140) ng•hr/mL and 321 (±104) ng/mL, respectively. The accumulation factor based on geometric means was 1.67.

VIOXX Tablets 12.5 mg and 25 mg are bioequivalent to VIOXX Oral Suspension 12.5 mg/5 mL and 25 mg/5 mL, respectively.

#### Food and Antacid Effects

Food had no significant effect on either the peak plasma concentration ($C_{max}$) or extent of absorption (AUC) of rofecoxib when VIOXX tablets were taken with a high fat meal. The time to peak plasma concentration ($T_{max}$), however, was delayed by 1 to 2 hours. The food effect on the suspension formulation has not been studied. VIOXX tablets can be administered without regard to timing of meals.

There was a 13% and 8% decrease in AUC when VIOXX was administered with calcium carbonate antacid and magnesium/aluminum antacid to elderly subjects, respectively. There was an approximate 20% decrease in $C_{max}$ of rofecoxib with either antacid.

#### Distribution

Rofecoxib is approximately 87% bound to human plasma protein over the range of concentrations of 0.05 to 25 µg/mL.

* Registered trademark of MERCK & CO., Inc., Whitehouse Station, New Jersey, USA.
COPYRIGHT © MERCK & CO., Inc., 1998
All rights reserved

VIOXX® (rofecoxib tablets and oral suspension)

The apparent volume of distribution at steady state ($V_{dss}$) is approximately 91 L following a 12.5-mg dose and 86 L following a 25-mg dose.

Rofecoxib has been shown to cross the placenta in rats and rabbits, and the blood brain barrier in rats.

#### Metabolism

Metabolism of rofecoxib is primarily mediated through reduction by cytosolic enzymes. The principal metabolic products are the cis-dihydro and trans-dihydro derivatives of rofecoxib, which account for nearly 56% of recovered radioactivity in the urine. An additional 8.8% of the dose was recovered as the glucuronide of the hydroxy derivative, a product of oxidative metabolism. The biotransformation of rofecoxib and this metabolite is reversible in humans to a limited extent (<5%). These metabolites are inactive as COX-1 or COX-2 inhibitors.

Cytochrome P450 plays a minor role in metabolism of rofecoxib. Inhibition of CYP 3A activity by administration of ketoconazole 400 mg daily does not affect rofecoxib disposition. However, induction of general hepatic metabolic activity by administration of the non-specific inducer rifampin 600 mg daily produces a 50% decrease in rofecoxib plasma concentrations. (Also see *Drug Interactions*.)

#### Excretion

Rofecoxib is eliminated predominantly by hepatic metabolism with little (<1%) unchanged drug recovered in the urine. Following a single radiolabeled dose of 125 mg, approximately 72% of the dose was excreted into the urine as metabolites and 14% in the feces as unchanged drug.

The plasma clearance after 12.5- and 25-mg doses was approximately 141 and 120 mL/min, respectively. Higher plasma clearance was observed at doses below the therapeutic range, suggesting the presence of a saturable route of metabolism (i.e., non-linear elimination). The effective half-life (based on steady-state levels) was approximately 17 hours.

#### Special Populations

**Gender**

The pharmacokinetics of rofecoxib are comparable in men and women.

**Geriatric**

After a single dose of 25 mg VIOXX in elderly subjects (over 65 years old) a 34% increase in AUC was observed as compared to the young subjects. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

**Pediatric**

VIOXX has not been investigated in patients below 18 years of age.

**Race**

Meta-analysis of pharmacokinetic studies has suggested a slightly (10-15%) higher AUC of rofecoxib in Blacks and Hispanics as compared to Caucasians. No dosage adjustment is necessary on the basis of race.

**Hepatic Insufficiency**

A pharmacokinetic study in mild (Child-Pugh score ≤6) hepatic insufficiency patients indicated that rofecoxib AUC was similar between these patients and healthy volunteers. Limited data in patients with moderate (Child-Pugh score 7-9) hepatic insufficiency suggest a trend towards higher AUC (about 69%) of rofecoxib in these patients, but more data are needed to evaluate pharmacokinetics in these patients. Patients with severe hepatic insufficiency have not been studied.

**Renal Insufficiency**

In a study (N=6) of patients with end stage renal disease undergoing dialysis, peak rofecoxib plasma levels and AUC declined 18% and 9%, respectively, when dialysis occurred four hours after dosing. When dialysis occurred 48 hours after dosing, the elimination profile of rofecoxib was unchanged. While renal insufficiency does not influence the pharmacokinetics of rofecoxib, use of VIOXX in advanced renal disease is not recommended at present because no safety information is available regarding the use of VIOXX in these patients.

#### Drug Interactions (Also see PRECAUTIONS, Drug Interactions.)

**General**

In human studies the potential for rofecoxib to inhibit or induce CYP 3A4 activity was investigated in studies using the intravenous erythromycin breath test and the oral midazolam test. No significant difference in erythromycin demethylation was observed with rofecoxib (75 mg daily) compared to placebo, indicating no induction of hepatic CYP 3A4. A 30% reduction of the AUC of midazolam was observed with rofecoxib (25 mg daily). This reduction is most likely due to increased first pass metabolism through induction of intestinal CYP 3A4 by rofecoxib. *In vitro* studies in rat hepatocytes also suggest that rofecoxib might be a mild inducer for CYP 3A4.

Drug interaction studies with rofecoxib have identified potentially significant interactions with rifampin, methotrexate and warfarin. Patients receiving these agents with VIOXX should be appropriately monitored. Drug interaction studies do not support the potential for clinically important interactions between antacids or cimetidine with rofecoxib. Similar to experience with other nonsteroidal anti-inflammatory drugs (NSAIDs), studies with rofecoxib suggest the potential for interaction with ACE inhibitors. No pharmacokinetic interaction on the pharmacokinetics and/or pharmacodynamics of ketoconazole, prednisone/prednisolone, oral contraceptives, and digoxin have been studied *in vivo* and clinically important interactions have not been found.

VIOXX® (rofecoxib tablets and oral suspension)

## CLINICAL STUDIES

### Osteoarthritis (OA)

VIOXX has demonstrated significant reduction in joint pain compared to placebo. VIOXX was evaluated for the treatment of the signs and symptoms of OA of the knee and hip, in placebo- and active-controlled clinical trials of 6 to 86 weeks duration that enrolled approximately 3900 patients. In patients with OA, treatment with VIOXX 12.5 mg and 25 mg once daily resulted in improvement in patient and physician global assessments and in the WOMAC (Western Ontario and McMaster Universities) osteoarthritis questionnaire, including pain, stiffness, and functional measures of OA. In six studies of pain accompanying OA flare, VIOXX provided a significant reduction in pain at the first determination after one week in one study, after two weeks in the remaining five studies); this continued for the duration of the studies. In all OA clinical studies, once daily treatment with the morning with VIOXX 12.5 and 25 mg was associated with a significant reduction in joint stiffness upon first awakening in the morning. At doses of 12.5 and 25 mg, the effectiveness of VIOXX was shown to be comparable to ibuprofen 800 mg TID and diclofenac 50 mg TID for treatment of the signs and symptoms of OA. The ibuprofen studies were 6-week studies; the diclofenac studies were 12-month studies in which patients could receive additional arthritis medication during the last 6 months.

### Analgesia, including Dysmenorrhea

In acute analgesic models of post-operative dental pain, post-orthopedic surgical pain, and primary dysmenorrhea, VIOXX relieved pain that was rated by patients as moderate to severe. The analgesic effect (including onset of action) of a single 50-mg dose of VIOXX was generally similar to 550 mg of naproxen sodium or 400 mg of ibuprofen. In single-dose post-operative dental pain studies, the onset of analgesia with a single 50-mg dose of VIOXX occurred within 45 minutes. In a multiple-dose study of post-orthopedic surgical pain in which patients received VIOXX or placebo for up to 5 days, 50 mg of VIOXX once daily was effective in reducing pain. In this study, patients on VIOXX consumed a significantly smaller amount of additional analgesic medication than patients treated with placebo (1.5 versus 2.5 doses per day of additional analgesic medication for VIOXX and placebo, respectively).

### Special Studies

**Upper Endoscopy in Patients with Osteoarthritis**

Two identical (U.S. and Multinational) endoscopy studies in a total of 1516 patients were conducted to compare the percentage of patients who developed endoscopically detectable gastroduodenal ulcers with VIOXX 25 mg daily or 50 mg daily, ibuprofen 2400 mg daily, or placebo. Entry criteria for these studies permitted enrollment of patients with active Helicobacter pylori infection, baseline gastroduodenal erosions, prior history of an upper gastrointestinal perforation, ulcer, or bleed (PUB), and/or age ≥65 years. However, patients receiving aspirin (including low-dose aspirin for cardiovascular prophylaxis) were not enrolled in these studies. Patients who were 50 years of age and older with osteoarthritis and who had no ulcers at baseline were evaluated by endoscopy after weeks 6, 12, and 24 of treatment. The placebo-treatment group was discontinued at week 16 by design.

Treatment with VIOXX 25 mg daily or 50 mg daily was associated with a significantly lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with ibuprofen 2400 mg daily. However, the studies cannot rule out at least some increase in the rate of endoscopic gastroduodenal ulcers when comparing VIOXX to placebo. See Figures 1 and 2 and the accompanying tables for the results of these studies.

### Figure 1

**COMPARISON TO IBUPROFEN**

Life-Table Cumulative Incidence Rate of Gastroduodenal Ulcers ≥ 3mm** (Intention-to-Treat)

U.S. Study

| | 6-Week | 12-Week** | 24-Week |
|---|---|---|---|
| Placebo (N=158) | 3.4% | | |
| Rofecoxib 25mg (N=186) | 2.6% | 3.91% | 3.9% |
| Rofecoxib 50mg (N=173) | 3.9% | 9.6% | 14.7% |
| Ibuprofen 2400 mg (N=167) | 26.0% | 30.1% | 45.8% |

Time by Treatment

1. p < 0.001 versus ibuprofen 2400 mg
** Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcers at 12 weeks.

9183804
VIOXX® (rofecoxib tablets and oral suspension)

VIOXX® (rofecoxib tablets and oral suspension)



**TABLE 1**
Endoscopic Gastroduodenal Ulcers at 12 weeks
U.S. Study

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Ratio of Rates vs. Placebo | 95% CI on Ratio of Rates |
|---|---|---|---|---|
| Placebo | 11/156 | 9.9% | | |
| VIOXX 25 mg | 7/185 | 4.1% | 0.41 | (0.16, 1.05) |
| VIOXX 50 mg | 12/178 | 7.3% | 0.74 | (0.33, 1.64) |
| Ibuprofen | 42/167 | 27.7% | 2.79 | (1.47, 5.30) |

* by life table analysis

**Figure 2**
COMPARISON TO IBUPROFEN
Life-Table Cumulative Incidence Rate of Gastroduodenal
Ulcers ≥ 3mm** (Intention-to-Treat)

Cumulative Incidence Rate (%)

Multinational Study

Time by Treatment
6-Week   12-Week***   24-Week

Placebo (N=182)
Rofecoxib 25 mg (N=187)
Rofecoxib 50 mg (N=175)
Ibuprofen 2400 mg (N=187)

* p < 0.001 versus ibuprofen 2400 mg
** Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcers at 12 weeks.

**TABLE 2**
Endoscopic Gastroduodenal Ulcers at 12 weeks
Multinational Study

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Ratio of Rates vs. Placebo | 95% CI on Rate of Rates |
|---|---|---|---|---|
| Placebo | 5/182 | 5.1% | | |
| VIOXX 25 mg | 9/187 | 5.3% | 1.04 | (0.36, 3.01) |
| VIOXX 50 mg | 15/172 | 8.8% | 1.73 | (0.65, 4.61) |
| Ibuprofen | 49/187 | 29.2% | 5.72 | (2.36, 13.89) |

* by life table analysis

The correlation between findings of endoscopic studies, and the relative incidence of clinically serious upper GI events that may be observed with different products, has not been fully established. Serious clinically significant upper GI bleeding has been observed in patients receiving VIOXX in controlled trials, albeit infrequently (see WARNINGS, *Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*). Prospective, long-term studies required to compare the incidence of serious, clinically significant upper GI adverse events in patients taking VIOXX versus comparator NSAID products have not been performed.

*Assessment of Fecal Occult Blood Loss in Healthy Subjects*
Occult fecal blood loss associated with VIOXX 25 mg daily, VIOXX 50 mg daily, ibuprofen 2400 mg per day, and placebo was evaluated in a study utilizing $^{51}$Cr tagged red blood cells in 67 healthy males. After 4 weeks of treatment with VIOXX 25 mg daily or VIOXX 50 mg daily, the increase in the amount of fecal blood loss was not statistically significant compared with placebo-treated subjects. In contrast, ibuprofen 2400 mg per day produced a statistically significant increase in fecal blood loss as compared with placebo-treated subjects and VIOXX-treated subjects. The clinical relevance of this finding is unknown.

*Platelets*
Multiple doses of VIOXX 12.5, 25, and up to 375 mg administered daily up to 12 days had no effect on bleeding time relative to placebo. Similarly, bleeding time was not altered in a single dose study with 500 or 1000 mg of VIOXX. There was no inhibition of ex vivo arachidonic acid- or collagen-induced platelet aggregation with 12.5, 25, and 50 mg of VIOXX.

**INDICATIONS AND USAGE**
VIOXX is indicated:
For relief of the signs and symptoms of osteoarthritis.
For the management of acute pain in adults (see CLINICAL STUDIES).
For the treatment of primary dysmenorrhea.

**CONTRAINDICATIONS**
VIOXX is contraindicated in patients with known hypersensitivity to rofecoxib or any other component of VIOXX.
VIOXX should not be given to patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs. Severe, rarely fatal, anaphylactic-like reactions to NSAIDs have been reported in such patients (see WARNINGS, *Anaphylactoid Reactions* and PRECAUTIONS *Preexisting Asthma*).

**WARNINGS**
*Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*
Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the stomach, small intestine or large intestine, can occur at any time, with or without warning symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs). Minor upper gastrointestinal problems, such as dyspepsia, are common and may also occur at any time during NSAID therapy. Therefore, physicians and patients should remain alert for ulceration and bleeding, even in the absence of previous GI tract symptoms. Patients should be informed about the signs and/or symptoms of serious GI toxicity and the steps to take if they occur. The utility of periodic laboratory monitoring has not been demonstrated, nor has it been adequately assessed. Only one in five patients who develop a serious upper GI adverse event on NSAID therapy is symptomatic. It has been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year. These trends continue thus, increasing the likelihood of developing a serious GI event at some time during the course of therapy. However, even short-term therapy is not without risk.

It is unclear, at the present time, how the above rates apply to the use of VIOXX (see CLINICAL STUDIES, *Special Studies, Upper Endoscopy in Patients with Osteoarthritis*). Among 3357 patients who received VIOXX in controlled clinical trials of 6-weeks to one-year duration (most were enrolled in six-month or longer studies) at a daily dose of 12.5 mg to 50 mg, a total of 4 patients experienced a serious upper GI event, using protocol-derived criteria. Two patients experienced an upper GI bleed within three months (at day 62 and 87, respectively) (0.06%). One additional patient experienced an obstruction within six months (Day 130) and the remaining patient developed an upper GI bleed within 12 months (Day 322) (0.12%). Approximately 23% of these 3357 patients were in studies that required them to be free of ulcers at study entry. It is unclear if this study population is representative of the general population. Prospective, long-term studies required to compare the incidence of serious, clinically significant upper GI adverse events in patients taking VIOXX vs comparator NSAID products have not been performed.

NSAIDs should be prescribed with extreme caution in patients with a prior history of ulcer disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are in elderly or debilitated patients and therefore special care should be taken in treating this population. To minimize the potential risk for an adverse GI event, the lowest effective dose should be used for the shortest possible duration. For high risk patients, alternate therapies that do not involve NSAIDs should be considered.

Studies have shown that patients with a *prior history of peptic ulcer disease and/or gastrointestinal bleeding* and who use NSAIDs, have a greater than 10-fold higher risk for developing a GI bleed than patients with neither of these risk factors. In addition to a past history of ulcer disease, pharmacoepidemiological studies have identified several other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, older age, and poor general health status.

*Anaphylactoid Reactions*
As with NSAIDs in general, anaphylactoid reactions have occurred in patients without known prior exposure to VIOXX. In post-marketing experience, rare cases of anaphylactoid reactions and angioedema have been reported in patients receiving VIOXX. VIOXX should not be given to patients with the aspirin triad. This symptom complex typically occurs in asthmatic patients who experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal bronchospasm after taking aspirin or other NSAIDs (see CONTRAINDICATIONS and PRECAUTIONS, *Preexisting Asthma*). Emergency help should be sought in cases where an anaphylactoid reaction occurs.

*Advanced Renal Disease*
No safety information is available regarding the use of VIOXX in patients with advanced kidney disease. Therefore, treatment with VIOXX is not recommended in these patients. If VIOXX therapy must be initiated, close monitoring of the patient's kidney function is advisable (see PRECAUTIONS, *Renal Effects*).

*Pregnancy*
In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

**PRECAUTIONS**
*General*
VIOXX cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency. Abrupt discontinuation of corticosteroids may lead to exacerbation of corticosteroid-responsive illness. Patients on prolonged corticosteroid



**VIOXX®**
(rofecoxib tablets
and oral suspension)

Circular Number 9183804



**VIOXX®**
(rofecoxib tablets
and oral suspension)

Circular Number 9183804



**VIOXX®**
(rofecoxib tablets
and oral suspension)

Circular Number 9183804









VIOXX®
(rofecoxib tablets
and oral suspension)

VIOXX® (rofecoxib tablets and oral suspension)

therapy should have their therapy tapered slowly if a decision is made to discontinue corticosteroids.

The pharmacological activity of VIOXX in reducing inflammation, and possibly fever, may diminish the utility of these diagnostic signs in detecting infectious complications of presumed noninfectious, painful conditions.

### Hepatic Effects

Borderline elevations of one or more liver tests may occur in up to 15% of patients taking NSAIDs, and notable elevations of ALT or AST (approximately three or more times the upper limit of normal) have been reported in approximately 1% of patients in clinical trials with NSAIDs. These laboratory abnormalities may progress, may remain unchanged, or may be transient with continuing therapy. Rare cases of severe hepatic reactions, including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic failure (some with fatal outcome) have been reported with NSAIDs. In controlled clinical trials of VIOXX, the incidence of borderline elevations of liver tests at doses of 12.5 and 25 mg daily was comparable to the incidence observed with ibuprofen and lower than that observed with diclofenac. In placebo-controlled trials, approximately 0.5% of patients taking rofecoxib (12.5 or 25 mg QD) and 0.1% of patients taking placebo had notable elevations of ALT or AST.

A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver test has occurred, should be monitored carefully for evidence of the development of a more severe hepatic reaction while on therapy with VIOXX. Use of VIOXX is not recommended in patients with moderate or severe hepatic insufficiency (see *Pharmacokinetics, Special Populations*). If clinical signs and symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash, etc.), VIOXX should be discontinued.

### Renal Effects

Long-term administration of NSAIDs has resulted in renal papillary necrosis and other renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins have a compensatory role in the maintenance of renal perfusion. In these patients, administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent reduction in prostaglandin formation and, secondarily, in renal blood flow, which may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed by recovery to the pretreatment state. Clinical trials with VIOXX at daily doses of 12.5 and 25 mg have shown renal effects (e.g., hypertension, edema) similar to those observed with comparator NSAIDs; these occur with an increased frequency with chronic use of VIOXX at doses above the 12.5 to 25 mg range. (See ADVERSE REACTIONS.)

Caution should be used when initiating treatment with VIOXX in patients with considerable dehydration. It is advisable to rehydrate patients first and then start therapy with VIOXX. Caution is also recommended in patients with pre-existing kidney disease (see WARNINGS, *Advanced Renal Disease*).

### Hematological Effects

Anemia is sometimes seen in patients receiving VIOXX. In placebo-controlled trials, there were no significant differences observed between VIOXX and placebo in clinical reports of anemia. Patients on long-term treatment with VIOXX should have their hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or blood loss. VIOXX does not generally affect platelet counts, prothrombin time (PT), or partial thromboplastin time (PTT), and does not inhibit platelet aggregation at indicated dosages (see CLINICAL STUDIES, *Special Studies, Platelets*).

### Fluid Retention and Edema

Fluid retention and edema have been observed in some patients taking VIOXX (see ADVERSE REACTIONS). VIOXX should be used with caution, and should be introduced at the lowest recommended dose in patients with fluid retention, hypertension, or heart failure.

### Preexisting Asthma

Patients with asthma may have aspirin-sensitive asthma. The use of aspirin in patients with aspirin-sensitive asthma has been associated with severe bronchospasm which can be fatal. Since cross reactivity, including bronchospasm, between aspirin and other nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients, VIOXX should not be administered to patients with this form of aspirin sensitivity and should be used with caution in patients with preexisting asthma.

### Information for Patients

VIOXX can cause discomfort and, rarely, more serious side effects, such as gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes. Although serious GI tract ulcerations and bleeding can occur without warning symptoms, patients should be alert for the signs and symptoms of ulcerations and bleeding, and should ask for medical advice when observing any indicative signs or symptoms. Patients should be apprised of the importance of this follow-up (see WARNINGS, *Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding and Perforation*).

9183804

VIOXX® (rofecoxib tablets and oral suspension)

Patients should promptly report signs or symptoms of gastrointestinal ulceration or bleeding, skin rash, unexplained weight gain, or edema to their physicians.

Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g., nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-like" symptoms). If these occur, patients should be instructed to stop therapy and seek immediate medical therapy.

Patients should also be instructed to seek immediate emergency help in the case of an anaphylactoid reaction (see WARNINGS).

In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

### Laboratory Tests

Because serious GI tract ulcerations and bleeding can occur without warning symptoms, physicians should monitor for signs or symptoms of GI bleeding.

### Drug Interactions

*ACE inhibitors:* Reports suggest that NSAIDs may diminish the antihypertensive effect of Angiotensin Converting Enzyme (ACE) inhibitors. In patients with mild to moderate hypertension, administration of 25 mg daily of VIOXX with the ACE inhibitor benazepril, 10 to 40 mg for 4 weeks, was associated with an average increase in mean arterial pressure of about 3 mm Hg compared to ACE inhibitor alone. This interaction should be given consideration in patients taking VIOXX concomitantly with ACE inhibitors.

*Aspirin:* Concomitant administration of low-dose aspirin with VIOXX may result in an increased rate of GI ulceration or other complications, compared to use of VIOXX alone. At steady state, VIOXX 50 mg once daily had no effect on the anti-platelet activity of low-dose (81 mg once daily) aspirin, as assessed by ex vivo platelet aggregation and serum $TxB_2$ generation in clotting blood. VIOXX is not a substitute for aspirin for cardiovascular prophylaxis.

*Cimetidine:* Co-administration with high doses of cimetidine (800 mg twice daily) increased the $C_{max}$ of rofecoxib by 21%, the $AUC_{0-120 hr}$ by 23% and the $t_{1/2}$ by 15%. These small changes are not clinically significant and no dose adjustment is necessary.

*Digoxin:* Rofecoxib 75 mg once daily for 11 days does not alter the plasma concentration profile or renal elimination of digoxin after a single 0.5 mg oral dose.

*Furosemide:* Clinical studies, as well as post-marketing observations, have shown that NSAIDs can reduce the natriuretic effect of furosemide and thiazides in some patients. This response has been attributed to inhibition of renal prostaglandin synthesis.

*Ketoconazole:* Ketoconazole 400 mg daily did not have any clinically important effect on the pharmacokinetics of rofecoxib.

*Lithium:* NSAIDs have produced an elevation of plasma lithium levels and a reduction in renal lithium clearance. Thus, when VIOXX and lithium are administered concurrently, subjects should be observed carefully for signs of lithium toxicity.

*Methotrexate:* VIOXX 75 mg administered once daily for 10 days increased plasma concentrations by 23% as measured by $AUC_{0-24hr}$ in patients receiving methotrexate 7.5 to 15 mg/week for rheumatoid arthritis. An equivalent magnitude of reduction in methotrexate renal clearance was observed. At 24 hours postdose, a similar proportion of patients treated with methotrexate alone (94%) and subsequently treated with methotrexate co-administered with 75 mg of rofecoxib (88%) had methotrexate plasma concentrations below the measurable limit (5 ng/mL). The effects of the recommended doses for osteoarthritis (12.5 and 25 mg) of VIOXX on plasma methotrexate levels are unknown. Standard monitoring of methotrexate-related toxicity should be continued if VIOXX and methotrexate are administered concomitantly.

*Oral Contraceptives:* Rofecoxib did not have any clinically important effect on the pharmacokinetics of ethinyl estradiol and norethindrone.

*Prednisone/prednisolone:* Rofecoxib did not have any clinically important effect on the pharmacokinetics of prednisolone or prednisone.

*Rifampin:* Co-administration of VIOXX with rifampin 600 mg daily, a potent inducer of hepatic metabolism, produced an approximate 50% decrease in rofecoxib plasma concentrations. Therefore, a starting dose of 25 mg of VIOXX should be considered for the treatment of osteoarthritis when VIOXX is co-administered with potent inducers of hepatic metabolism.

*Warfarin:* Anticoagulant activity should be monitored, particularly in the first few days after initiating or changing VIOXX therapy in patients receiving warfarin or similar agents, since these patients are at an increased risk of bleeding complications. In single and multiple dose studies in healthy subjects receiving both warfarin and rofecoxib, prothrombin time (measured as INR) was increased by approximately 8% to 11%. In post-marketing experience, bleeding events have been reported, predominantly in the elderly, in association with increases in prothrombin time in patients receiving VIOXX concurrently with warfarin.

### Carcinogenesis, Mutagenesis, Impairment of Fertility

Rofecoxib was not carcinogenic in mice given oral doses up to 30 mg/kg (male) and 60 mg/kg (female) (approximately 5- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24hr}$) and in male and female rats given oral doses up to

VIOXX® (rofecoxib tablets and oral suspension)

8 mg/kg (approximately 6- and 2-fold the human exposure at 25 and 50 mg daily based on AUC$_{0-24}$) for two years.

Rofecoxib was not mutagenic in an Ames test on in a V-79 mammalian cell mutagenesis assay, nor clastogenic in a chromosome aberration assay in Chinese hamster ovary (CHO) cells, in an in vitro and an in vivo alkaline elution assay, or in an in vivo chromosomal aberration test in mouse bone marrow.

Rofecoxib did not impair male fertility in rats at oral doses up to 100 mg/kg (approximately 20- and 7-fold human exposure at 25 and 50 mg daily based on the AUC$_{0-24}$) and rofecoxib had no effect on fertility in female rats at doses up to 30 mg/kg (approximately 19- and 7-fold human exposure at 25 and 50 mg daily based on AUC$_{0-24}$).

**Pregnancy**

**Teratogenic effects: Pregnancy Category C.**

Rofecoxib was not teratogenic in rats at doses up to 50 mg/kg/day (approximately 28- and 10-fold human exposure at 25 and 50 mg/kg daily based on AUC$_{0-24}$). There was a slight, non-statistically significant increase in the overall incidence of vertebral malformations only in the rabbit at doses of 50 mg/kg/day (approximately 1- or <1-fold human exposure at 25 and 50 mg daily based on AUC$_{0-24}$). There are no studies in pregnant women. VIOXX should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Nonteratogenic effects:** Rofecoxib produced peri-implantation and post-implantation losses and reduced embryo/fetal survival in rats and rabbits at oral doses ≥10 and ≥75 mg/kg/day, respectively (approximately 9- and 3-fold [rats] and 2- and <1-fold [rabbits] human exposure based on the AUC$_{0-24}$ at 25 and 50 mg daily). These changes are expected with inhibition of prostaglandin synthesis and are not the result of permanent alteration of female reproductive function. There was an increase in the incidence of postnatal pup mortality in rats at ≥5 mg/kg/day (approximately 5- and 2-fold human exposure at 25 and 50 mg daily based on AUC$_{0-24}$). In studies in pregnant rats administered single doses of rofecoxib, there was a treatment-related decrease in the diameter of the ductus arteriosus at all doses used (3-300 mg/kg; 3 mg/kg is approximately 2- and <1-fold human exposure at 25 or 50 mg daily based on AUC$_{0-24}$). As with other drugs known to inhibit prostaglandin synthesis, use of VIOXX during the third trimester of pregnancy should be avoided.

**Labor and delivery**

Rofecoxib produced no evidence of significantly delayed labor or parturition in females at doses 15 mg/kg in rats (approximately 10- and 3-fold human exposure as measured by the AUC$_{0-24}$ at 25 and 50 mg). The effects of VIOXX on labor and delivery in pregnant women are unknown.

Merck & Co., Inc. maintains a registry to monitor the pregnancy outcomes of women exposed to VIOXX while pregnant. Healthcare providers are encouraged to report any prenatal exposure to VIOXX by calling the Pregnancy Registry at (800) 986-8999.

**Nursing mothers**

Rofecoxib is excreted in the milk of lactating rats at concentrations similar to those in plasma. There was an increase in pup mortality and a decrease in pup body weight following exposure of pups to milk from dams administered VIOXX during lactation. The dose tested represents an approximate 18- and 6-fold human exposure at 25 and 50 mg based on AUC$_{0-24}$. It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from VIOXX, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use**

Safety and effectiveness in pediatric patients below the age of 18 years have not been evaluated.

**Geriatric Use**

Of the patients who received VIOXX in osteoarthritis clinical trials, 1455 were 65 years of age or older (this included 460 who were 75 years or older). No substantial differences in safety and effectiveness were observed between these subjects and younger patients. Greater sensitivity of some older individuals cannot be ruled out. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

In one of these studies (a six-week, double-blind, randomized clinical trial), VIOXX 12.5 or 25 mg once daily was administered to 174 osteoarthritis patients ≥80 years of age. The safety profile in this elderly population was similar to that of younger patients treated with VIOXX.

**ADVERSE REACTIONS**

**Osteoarthritis**

Approximately 3600 patients with osteoarthritis were treated with VIOXX; approximately 1400 patients received VIOXX for 6 months or longer and approximately 800 patients for one year or longer. The following table of adverse experiences lists all adverse events, regardless of causality, occurring in at least 2% of patients receiving VIOXX in nine controlled studies of 6-week to 6-month duration conducted in patients with OA at the therapeutically recommended doses (12.5 and 25 mg), which included a placebo and/or positive control group.

9183804
VIOXX® (rofecoxib tablets and oral suspension)

| Clinical Adverse Experiences occurring in ≥ 2.0% of Patients Treated with VIOXX | | | | |
|---|---|---|---|---|
| | Placebo | VIOXX 12.5 or 25 mg daily | Ibuprofen 2400 mg daily | Diclofenac 150 mg daily |
| | (N = 783) | (N = 2829) | (N = 847) | (N = 498) |
| **Body As A Whole/Site Unspecified** | | | | |
| Abdominal Pain | 4.1 | 3.4 | 4.6 | 5.8 |
| Asthenia/Fatigue | 1.0 | 2.2 | 2.5 | 2.6 |
| Dizziness | 2.2 | 3.0 | 2.7 | 3.4 |
| Influenza-Like Disease | 3.1 | 2.9 | 1.5 | 3.2 |
| Lower Extremity Edema | 1.1 | 3.7 | 3.8 | 3.4 |
| Upper Respiratory Infection | 7.8 | 8.5 | 5.0 | 8.2 |
| **Cardiovascular System** | | | | |
| Hypertension | 1.3 | 3.5 | 3.0 | 1.6 |
| **Digestive System** | | | | |
| Diarrhea | 6.8 | 6.5 | 7.1 | 10.6 |
| Dyspepsia | 2.7 | 3.5 | 4.7 | 4.0 |
| Epigastric Discomfort | 2.8 | 3.8 | 9.2 | 5.4 |
| Heartburn | 3.6 | 4.2 | 5.2 | 4.6 |
| Nausea | 2.9 | 5.2 | 7.1 | 7.4 |
| **Eyes, Ears, Nose, And Throat:** | | | | |
| Sinusitis | 2.0 | 2.7 | 1.8 | 2.4 |
| **Musculoskeletal System** | | | | |
| Back Pain | 1.9 | 2.5 | 1.4 | 2.8 |
| **Nervous System** | | | | |
| Headache | 7.5 | 4.7 | 6.1 | 8.0 |
| **Respiratory System** | | | | |
| Bronchitis | 0.8 | 2.0 | 1.4 | 3.2 |
| **Urogenital System** | | | | |
| Urinary Tract Infection | 2.7 | 2.8 | 2.5 | 3.5 |

The general safety profile of VIOXX 50 mg QD in OA clinical trials of up to 6 months (476 patients) was similar to that of VIOXX at lower recommended OA doses of 12.5 and 25 mg QD, except for a higher incidence of gastrointestinal symptoms (abdominal pain, epigastric pain, heartburn, nausea and vomiting), lower extremity edema (6.3%) and hypertension (8.2%).

In the OA studies, the following spontaneous adverse events occurred in >0.1% to 1.9% of patients treated with VIOXX regardless of causality:

**Body as a Whole:** abdominal distension, abdominal tenderness, abscess, chest pain, chills, contusion, cyst, diaphragmatic hernia, fever, fluid retention, flushing, fungal infection, infection, laceration, pain, pelvic pain, peripheral edema, postoperative pain, syncope, trauma, upper extremity edema, viral syndrome.

**Cardiovascular System:** angina pectoris, atrial fibrillation, bradycardia, hematoma, irregular heart beat, palpitation, premature ventricular contraction, tachycardia, venous insufficiency.

**Digestive System:** acid reflux, aphthous stomatitis, constipation, dental caries, dental pain, digestive gas symptoms, dry mouth, duodenal disorder, dysgeusia, esophagitis, flatulence, gastric disorder, gastritis, gastroenteritis, hematochezia, hemorrhoids, infectious gastroenteritis, oral infection, oral lesion, oral ulcer, vomiting.

**Eyes, Ears, Nose, and Throat:** allergic rhinitis, blurred vision, cerumen impaction, conjunctivitis, dry throat, epistaxis, laryngitis, nasal congestion, nasal secretion, ophthalmic injection, otic pain, otitis, otitis media, pharyngitis, tinnitus, tonsillitis.

**Immune System:** allergy, hypersensitivity, insect bite reaction.

**Metabolism and Nutrition:** appetite change, hypercholesterolemia, weight gain.

**Musculoskeletal System:** ankle sprain, arm pain, arthralgia, back strain, bursitis, cartilage trauma, joint swelling, muscular cramp, muscular disorder, muscular weakness, musculoskeletal pain, musculoskeletal stiffness, myalgia, osteoarthritis, tendinitis, traumatic arthropathy, wrist fracture.

**Nervous System:** hypesthesia, insomnia, median nerve neuropathy, migraine, muscular spasm, paresthesia, sciatica, somnolence, vertigo.

**Psychiatric:** anxiety, depression, mental acuity decreased.

**Respiratory System:** asthma, cough, dyspnea, pneumonia, pulmonary congestion, respiratory infection.

**Skin and Skin Appendages:** abrasion, alopecia, atopic dermatitis, basal cell carcinoma, blister, cellulitis, contact dermatitis, herpes simplex, herpes zoster, nail cord disorder, perspiration, pruritus, rash, skin erythema, urticaria, xerosis.

**Urogenital System:** breast mass, cystitis, dysuria, menopausal symptoms, menstrual disorder, nocturia, urinary retention, vaginitis.

The following serious adverse events have been reported rarely (estimated <0.1%) in patients taking VIOXX, regardless of causality. Cases reported only in the post-marketing experience are indicated in italics.

**Cardiovascular:** cerebrovascular accident, congestive heart failure, deep venous thrombosis, myocardial infarction, pulmonary embolism, transient ischemic attack, unstable angina.

**Gastrointestinal:** cholecystitis, colitis, colonic malignant neoplasm, duodenal perforation, duodenal ulcer, esophageal ulcer, gastric perforation, gastric ulcer, gastrointestinal bleeding, intestinal obstruction, pancreatitis.

**Hemic and lymphatic:** lymphoma.

**Immune System:** anaphylactoid reaction, angioedema.

**Nervous System:** aseptic meningitis.

VIOXX® (rofecoxib tablets and oral suspension)

**Psychiatric:** hallucinations.

**Urogenital System:** acute renal failure, breast malignant neoplasm, interstitial nephritis, prostatic malignant neoplasm, urolithiasis, worsening chronic renal failure.

In 1-year controlled clinical trials and in extension studies for up to 86 weeks (approximately 800 patients treated with VIOXX for one year or longer), the adverse experience profile was qualitatively similar to that observed in studies of shorter duration.

**Analgesia, including primary dysmenorrhea**

Approximately one thousand patients were treated with VIOXX in analgesia studies. All patients in post-dental surgery pain studies received only a single dose of study medication. Patients in primary dysmenorrhea studies may have taken up to 3 daily doses of VIOXX, and those in the post-orthopedic surgery pain study were prescribed 5 daily doses of VIOXX.

The adverse experience profile in the analgesia studies was generally similar to those reported in the osteoarthritis studies. The following additional adverse experience, which occurred at an incidence of at least 2% of patients treated with VIOXX, was observed in the post-dental pain surgery studies: post-dental extraction alveolitis (dry socket).

In 110 patients treated with VIOXX (average age approximately 65 years) in the post-orthopedic surgery pain study, the most commonly reported adverse experiences were constipation, fever, and nausea.

**OVERDOSAGE**

No overdoses of VIOXX were reported during clinical trials. Administration of single doses of VIOXX 1000 mg to 6 healthy volunteers and multiple doses of 250 mg/day for 14 days to 75 healthy volunteers did not result in serious toxicity.

In the event of overdose, it is reasonable to employ the usual supportive measures, e.g., remove unabsorbed material from the gastrointestinal tract, employ clinical monitoring, and institute supportive therapy, if required.

Rofecoxib is not removed by hemodialysis; it is not known whether rofecoxib is removed by peritoneal dialysis.

**DOSAGE AND ADMINISTRATION**

VIOXX is administered orally. The lowest dose of VIOXX should be sought for each patient.

**Osteoarthritis**

The recommended starting dose of VIOXX is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily. The maximum recommended daily dose is 25 mg.

**Management of Acute Pain and Treatment of Primary Dysmenorrhea**

The recommended initial dose of VIOXX is 50 mg once daily. Subsequent doses should be 50 mg once daily as needed. Use of VIOXX for more than 5 days in management of pain has not been studied (see CLINICAL STUDIES, Analgesia, including dysmenorrhea).

VIOXX tablets may be taken with or without food.

**Oral Suspension**

VIOXX Oral Suspension 12.5 mg/5 mL or 25 mg/5 mL may be substituted for VIOXX Tablets 12.5 or 25 mg, respectively, in any of the above indications. Shake before using.

**HOW SUPPLIED**

No. 3810 — Tablets VIOXX, 12.5 mg, are cream/off-white, round, shallow cup tablets engraved MRK 74 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0074-31 unit of use bottles of 30
NDC 0006-0074-28 unit dose packages of 100
NDC 0006-0074-68 bottles of 100
NDC 0006-0074-82 bottles of 1000
NDC 0006-0074-80 bottles of 8000.

No. 3811 - Tablets VIOXX, 25 mg, are yellow, round, tablets engraved MRK 110 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0110-31 unit of use bottles of 30
NDC 0006-0110-28 unit dose packages of 100
NDC 0006-0110-68 bottles of 100
NDC 0006-0110-82 bottles of 1000
NDC 0006-0110-80 bottles of 8000.

No. 3818 — Tablets VIOXX, 50 mg, are orange, round, tablets engraved MRK 114 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0114-31 unit of use bottles of 30
NDC 0006-0114-28 unit dose packages of 100
NDC 0006-0114-68 bottles of 100
NDC 0006-0114-74 bottles of 500
NDC 0006-0114-81 bottles of 4000.

No. 3784 — Oral Suspension VIOXX, 12.5 mg/5 mL is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
NDC 0006-3784-64 unit of use bottles containing 150 mL (12.5 mg/5 mL).

No. 3785 - Oral Suspension VIOXX, 25 mg/5 mL, is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
NDC 0006-3785-64 unit of use bottles containing 150 mL (25 mg/5 mL).

**Storage**

**VIOXX Tablets:**
Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]

**VIOXX Oral Suspension:**
Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]

Rx only



Dist by
MERCK & CO., INC., Whitehouse Station, NJ 08889, USA

Issued March 2000
Printed in USA

**Patient Information about**
**VIOXX® (rofecoxib tablets and oral suspension)**
**VIOXX® (pronounced "VI-ox")**
**for Osteoarthritis and Pain**
**Generic name: rofecoxib ("ro-fa-COX-ib")**

9183900

You should read this information before you start taking VIOXX*. Also, read the leaflet each time you refill your prescription, in case any information has changed. This leaflet provides only a summary of certain information about VIOXX. Your doctor or pharmacist can give you an additional leaflet that is written for health professionals that contains more complete information. This leaflet does not take the place of careful discussions with your doctor. You and your doctor should discuss VIOXX when you start taking your medicine and at regular checkups.

**What is VIOXX?**

VIOXX is a nonsteroidal anti-inflammatory drug (NSAID) that is used to reduce pain and inflammation (swelling and soreness). VIOXX is available as a tablet or a liquid that you take by mouth.

VIOXX is a medicine for:
- relief of osteoarthritis (the arthritis caused by age-related "wear and tear" on bones and joints)
- management of acute pain in adults (like the short-term pain you can get after a dental or surgical operation)
- treatment of menstrual pain (pain during women's monthly periods).

**Who should not take VIOXX?**

Do not take VIOXX if you:
- have had an allergic reaction such as asthma attacks, hives, or swelling of the throat and face to aspirin or other NSAIDs (for example, ibuprofen and naproxen).
- have had an allergic reaction to rofecoxib, which is the active ingredient of VIOXX, or to any of its inactive ingredients. (See Inactive Ingredients at the end of this leaflet.)

**What should I tell my doctor before and during treatment with VIOXX?**

Tell your doctor if you are:
- pregnant or plan to become pregnant. VIOXX should not be used in late pregnancy because it may harm the fetus.
- breast-feeding or plan to breast-feed. It is not known whether VIOXX is passed through to human breast milk and what its effects could be on a nursing child.

Tell your doctor if you have:
- kidney disease
- liver disease
- heart failure
- high blood pressure
- had an allergic reaction to aspirin or other NSAIDs
  had a serious stomach problem in the past.

Tell your doctor about:
- any other medical problems or allergies you have now or have had.
- all medicines that you are taking or plan to take, even those you can get without a prescription.

Tell your doctor if you develop:
- ulcer or bleeding symptoms (for instance, stomach burning or black stools, which are signs of possible stomach bleeding).
- unexplained weight gain or swelling of the feet and/or legs.
- skin rash or allergic reactions. If you have a severe allergic reaction, get medical help right away.

**How should I take VIOXX?**

VIOXX should be taken once a day. Your doctor will decide what dose of VIOXX you should take and how long you should take it. You may take VIOXX with or without food.

**Can I take VIOXX with other medicines?**

Tell your doctor about all of the other medicines you are taking or plan to take while you are on VIOXX, even other medicines that you can get without a prescription. Your doctor may want to check that your medicines are working properly together if you are taking other medicines such as:
- methotrexate (a medicine used to suppress the immune system)
- warfarin (a blood thinner)
- rifampin (an antibiotic)
- ACE inhibitors (medicines used for high blood pressure and heart failure).

**What are the possible side effects of VIOXX?**

Serious but rare side effects that have been reported in patients taking VIOXX and/or related medicines have included:

- Serious stomach problems, such as stomach and intestinal bleeding, can occur with or without warning symptoms. These problems, if severe, could lead to hospitalization or death. Although this happens rarely, you should watch for signs that you may have this serious side effect and tell your doctor right away.

- Serious kidney problems occur rarely in patients taking NSAIDs.

- Severe liver problems occur rarely in patients taking NSAIDs. Tell your doctor if you develop symptoms of liver problems. These include nausea, tiredness, itching, tenderness in the right upper abdomen, and flu-like symptoms.

* Registered trademark of MERCK & CO., INC.
COPYRIGHT ©-MERCK & CO., INC., 1998
All rights reserved.



VIOXX®
(rofecoxib tablets
and oral suspension)

9183900



VIOXX®
(rofecoxib tablets
and oral suspension)

9183900



VIOXX®
(rofecoxib tablets
and oral suspension)

9183900

VIOXX® (rofecoxib tablets and oral suspension)

More common, but less serious side effects reported with VIOXX have included the following:

Upper and/or lower respiratory infection and/or inflammation
Headache
Dizziness
Diarrhea
Nausea and/or vomiting
Heartburn, stomach pain and upset
Swelling of the legs and/or feet
High blood pressure
Back pain
Tiredness
Urinary tract infection.

These side effects were reported in at least 2% of osteoarthritis patients receiving daily doses of VIOXX 12.5 mg to 25 mg in clinical studies.

The side effects described above do not include all of the side effects reported with VIOXX. Do not rely on this leaflet alone for information about side effects. Your doctor or pharmacist can discuss with you a more complete list of side effects. Any time you have a medical problem you think may be related to VIOXX, talk to your doctor.

VIOXX® (rofecoxib tablets and oral suspension

**What else can I do to help manage my osteoarthritis pain?**

Talk to your doctor about:
• Exercise
• Controlling your weight
• Hot and cold treatments
• Using support devices.

**What else should I know about VIOXX?**

This leaflet provides a summary of certain information about VIOXX. If you have any questions or concerns about VIOXX, osteoarthritis or pain, talk to your health professional. Your pharmacist can give you an additional leaflet that is written for health professionals.

Do not share VIOXX with anyone else; it was prescribed only for you. It should be taken only for the condition for which it was prescribed.

Keep VIOXX and all medicines out of the reach of children.

Inactive Ingredients:

Oral suspension: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, sodium methylparaben, sodium propylparaben.

Tablets: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide.

MERCK & CO., INC.
Whitehouse Station, NJ 08889, USA

Issued October 1999



**Patient Information about**
**VIOXX® (rofecoxib tablets and oral suspension)**
**VIOXX® (pronounced "VI-ox")**
**for Osteoarthritis and Pain**
**Generic name: rofecoxib ("ro-fa-COX-ib")**

9183901

You should read this information before you start taking VIOXX*. Also, read the leaflet each time you refill your prescription, in case any information has changed. This leaflet provides only a summary of certain information about VIOXX. Your doctor or pharmacist can give you an additional leaflet that is written for health professionals that contains more complete information. This leaflet does not take the place of careful discussions with your doctor. You and your doctor should discuss VIOXX when you start taking your medicine and at regular checkups.

**What is VIOXX?**

VIOXX is a nonsteroidal anti-inflammatory drug (NSAID) that is used to reduce pain and inflammation (swelling and soreness). VIOXX is available as a tablet or a liquid that you take by mouth.

VIOXX is a medicine for:
- relief of osteoarthritis (the arthritis caused by age-related "wear and tear" on bones and joints)
- management of acute pain in adults (like the short-term pain you can get after a dental or surgical operation)
- treatment of menstrual pain (pain during women's monthly periods).

**Who should not take VIOXX?**

Do not take VIOXX if you:
- have had an allergic reaction such as asthma attacks, hives, or swelling of the throat and face to aspirin or other NSAIDs (for example, ibuprofen and naproxen).
- have had an allergic reaction to rofecoxib, which is the active ingredient of VIOXX, or to any of its inactive ingredients. (See Inactive Ingredients at the end of this leaflet.)

**What should I tell my doctor before and during treatment with VIOXX?**

Tell your doctor if you are:
- pregnant or plan to become pregnant. VIOXX should not be used in late pregnancy because it may harm the fetus.
- breast-feeding or plan to breast-feed. It is not known whether VIOXX is passed through to human breast milk and what its effects could be on a nursing child.

Tell your doctor if you have:
- kidney disease
- liver disease
- heart failure
- high blood pressure
- had an allergic reaction to aspirin or other NSAIDs
- had a serious stomach problem in the past.

Tell your doctor if you:
- any other medical problems or allergies you have now or have had.
- all medicines that you are taking or plan to take, even those you can get without a prescription.

Tell your doctor if you develop:
- ulcer or bleeding symptoms (for instance, stomach burning or black stools, which are signs of possible stomach bleeding).
- unexplained weight gain or swelling of the feet and/or legs.
- skin rash or allergic reactions. If you have a severe allergic reaction, get medical help right away.

**How should I take VIOXX?**

VIOXX should be taken once a day. Your doctor will decide what dose of VIOXX you should take and how long you should take it. You may take VIOXX with or without food.

**Can I take VIOXX with other medicines?**

Tell your doctor about all of the other medicines you are taking or plan to take while you are on VIOXX, even other medicines that you can get without a prescription. Your doctor may want to check that your medicines are working properly together if you are taking other medicines such as:
- methotrexate (a medicine used to suppress the immune system)
- warfarin (a blood thinner)
- rifampin (an antibiotic)
- ACE inhibitors (medicines used for high blood pressure and heart failure).

**What are the possible side effects of VIOXX?**

Serious but rare side effects that have been reported in patients taking VIOXX and/or related medicines have included:

- Serious stomach problems, such as stomach and intestinal bleeding, can occur with or without warning symptoms. These problems, if severe, could lead to hospitalization or death. Although this happens rarely, you should watch for signs that you may have this serious side effect and tell your doctor right away.

- Serious allergic reactions including swelling of the face, lips, tongue, and/or throat which may cause difficulty breathing or swallowing occur rarely but may require treatment right away.

- Serious kidney problems occur rarely, including acute kidney failure and worsening of chronic kidney failure.

- Severe liver problems occur rarely in patients taking NSAIDs. Tell your doctor if you develop symptoms of liver problems. These include nausea, tiredness, itching, tenderness in the right upper abdomen, and flu-like symptoms.



VIOXX®
(rofecoxib tablets and oral suspension)

9183901



VIOXX®
(rofecoxib tablets and oral suspension)

9183901





VIOXX®
(rofecoxib tablets and oral suspension)

9183901

*Registered trademark of MERCK & CO., Inc.
COPYRIGHT © MERCK & CO., Inc., 1998
All rights reserved.

9183901

VIOXX® (rofecoxib tablets and oral suspension)

In addition, the following side effects have been reported: hallucinations, unusual headache with stiff neck (aseptic meningitis).

More common, but less serious side effects reported with VIOXX have included the following:

Upper and/or lower respiratory infection and/or inflammation
Headache
Dizziness
Diarrhea
Nausea and/or vomiting
Heartburn, stomach pain and upset
Swelling of the legs and/or feet
High blood pressure
Back pain
Tiredness
Urinary tract infection.

These side effects were reported in at least 2% of osteoarthritis patients receiving daily doses of VIOXX 12.5 mg to 25 mg in clinical studies.

The side effects described above do not include all of the side effects reported with VIOXX. Do not rely on this leaflet alone for information about side effects. Your doctor or pharmacist can discuss with you a more complete list of side effects. Any time you have a medical problem you think may be related to VIOXX, talk to your doctor.

VIOXX® (rofecoxib tablets and oral suspension)

**What else can I do to help manage my osteoarthritis pain?**

Talk to your doctor about:
- Exercise
- Controlling your weight
- Hot and cold treatments
- Using support devices.

**What else should I know about VIOXX?**

This leaflet provides a summary of certain information about VIOXX. If you have any questions or concerns about VIOXX, osteoarthritis or pain, talk to your health professional. Your pharmacist can give you an additional leaflet that is written for health professionals.

Do not share VIOXX with anyone else; it was prescribed only for you. It should be taken only for the condition for which it was prescribed.

Keep VIOXX and all medicines out of the reach of children.

Inactive Ingredients:

Oral suspension: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, sodium methylparaben, sodium propylparaben.

Tablets: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide.

Issued March 2000

MERCK & CO., INC.
Whitehouse Station, NJ 08889, USA



9183910



**MERCK & CO., INC.**
Whitehouse Station, NJ 08889, USA

# VIOXX®
(rofecoxib tablets and oral suspension)

## DESCRIPTION

VIOXX® (rofecoxib) is described chemically as 4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone. It has the following chemical structure:

Rofecoxib is a white to off-white to light yellow powder. It is sparingly soluble in acetone, slightly soluble in methanol and isopropyl acetate, very slightly soluble in ethanol, practically insoluble in octanol, and insoluble in water. The empirical formula for rofecoxib is $C_{17}H_{14}O_4S$, and the molecular weight is 314.36.

Each tablet of VIOXX for oral administration contains either 12.5 mg, 25 mg, or 50 mg of rofecoxib. Each tablet contains the following inactive ingredients: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide. The 50 mg tablets also contain red ferric oxide.

Each 5 mL of the oral suspension contains either 12.5 or 25 mg of rofecoxib and the following inactive ingredients: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, and purified water. Added as preservatives are sodium methylparaben 0.13% and sodium propylparaben 0.02%.

## CLINICAL PHARMACOLOGY

### Mechanism of Action

VIOXX is a nonsteroidal anti-inflammatory drug (NSAID) that exhibits anti-inflammatory, analgesic, and antipyretic activities in animal models. The mechanism of action of VIOXX is believed to be due to inhibition of prostaglandin synthesis, via inhibition of cyclooxygenase-2 (COX-2). At therapeutic concentrations in humans, VIOXX does not inhibit the cyclooxygenase-1 (COX-1) isoenzyme.

### Pharmacokinetics

#### Absorption

The mean oral bioavailability of VIOXX at therapeutically recommended doses of 12.5, 25, and 50 mg is approximately 93%. The area under the curve (AUC) and peak plasma level ($C_{max}$) following a single 25-mg dose were 3286 (±843) ng•hr/mL and 207 (±111) ng/mL, respectively. Both $C_{max}$ and AUC are roughly dose proportional across the clinical dose range. At doses greater than 50 mg, there is a less than proportional increase in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous media. The plasma concentration-time profile exhibited multiple peaks. The median time to maximal concentration ($T_{max}$), as assessed in nine pharmacokinetic studies, is 2 to 3 hours. Individual $T_{max}$ values in these studies ranged between 2 to 9 hours. This may not reflect rate of absorption as $T_{max}$ may occur as a secondary peak in some individuals. With multiple dosing, steady-state conditions are reached by Day 4. The $AUC_{0-24hr}$ and $C_{max}$ at steady state after multiple doses of 25 mg rofecoxib was 4018 (±1405) ng•hr/mL and 321 (±104) ng/mL, respectively. The accumulation factor based on geometric means was 1.67.

VIOXX Tablets 12.5 mg and 25 mg are bioequivalent to VIOXX Oral Suspension 12.5 mg/5 mL and 25 mg/5 mL, respectively.

#### Food and Antacid Effects

Food had no significant effect on either the peak plasma concentration ($C_{max}$) or extent of absorption (AUC) of rofecoxib when VIOXX Tablets were taken with a high fat meal. The time to peak plasma concentration ($T_{max}$), however, was delayed by 1 to 2 hours. The food effect on the suspension formulation has not been studied. VIOXX tablets can be administered without regard to timing of meals.

There was a 13% and 8% decrease in AUC when VIOXX was administered with calcium carbonate antacid and magnesium/aluminum antacid in elderly subjects, respectively. There was an approximate 20% decrease in $C_{max}$ of rofecoxib with either antacid.

#### Distribution

Rofecoxib is approximately 87% bound to human plasma protein over the range of concentrations of 0.05 to 25 mcg/mL. The apparent volume of distribution at steady state ($V_{dss}$) is approximately 91 L following a 12.5-mg dose and 86 L following a 25-mg dose.

Rofecoxib has been shown to cross the placenta in rats and rabbits, and the blood-brain barrier in rats.

#### Metabolism

Metabolism of rofecoxib is primarily mediated through reduction by cytosolic enzymes. The principal metabolic products are the *cis*-dihydro and *trans*-dihydro derivatives of rofecoxib, which account for nearly 56% of recovered radioactivity in the urine. An additional 8.8% of the dose was recovered as the glucuronide of the hydroxy derivative, a product of oxidative metabolism. The biotransformation of rofecoxib and this metabolite is reversible in humans to a limited extent (<5%). These metabolites are inactive as COX-1 or COX-2 inhibitors.

Cytochrome P450 plays a minor role in metabolism of rofecoxib. Inhibition of CYP 3A activity by administration of ketoconazole 400 mg daily does not affect rofecoxib disposition. However, induction of general hepatic metabolic activity by administration of the non-specific inducer rifampin 600 mg daily produces a 50% decrease in rofecoxib plasma concentrations. (Also see *Drug Interactions*.)

#### Excretion

Rofecoxib is eliminated predominantly by hepatic metabolism with little (<1%) unchanged drug recovered in the urine. Following a single radiolabeled dose of 125 mg, approximately 72% of the dose was excreted into the urine as metabolites and 14% in the feces as unchanged drug.

The plasma clearance after 12.5- and 25-mg doses was approximately 141 and 120 mL/min, respectively. Higher plasma clearance was observed at doses below the therapeutic range, suggesting the presence of a saturable route of metabolism (i.e., non-linear elimination). The effective half-life (based on steady-state levels) was approximately 17 hours.

### Special Populations

#### Gender

The pharmacokinetics of rofecoxib are comparable in men and women.

#### Geriatric

After a single dose of 25 mg VIOXX in elderly subjects (over 65 years old) a 34% increase in AUC was observed as compared to the young subjects. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

#### Pediatric

VIOXX has not been investigated in patients below 18 years of age.

#### Race

Meta-analysis of pharmacokinetic studies has suggested a slightly (10-15%) higher AUC of rofecoxib in Blacks and Hispanics as compared to Caucasians. No dosage adjustment is necessary on the basis of race.

#### Hepatic Insufficiency

A single-dose pharmacokinetic study in mild (Child-Pugh score ≤6) hepatic insufficiency patients indicated that rofecoxib AUC was similar between these patients and healthy subjects. A pharmacokinetic study in patients with moderate (Child-Pugh score 7-9) hepatic insufficiency indicated that mean rofecoxib plasma concentrations were higher (mean AUC: 58%; mean $C_{max}$: 53%) relative to healthy subjects. Patients with severe hepatic insufficiency have not been studied.

#### Renal Insufficiency

In a study (N=6) of patients with end-stage renal disease undergoing dialysis, peak rofecoxib plasma levels and AUC declined 18% and 9%, respectively, when dialysis occurred four hours after dosing. When dialysis occurred 48 hours after dosing, the elimination profile of rofecoxib was unchanged. While renal insufficiency does not influence the pharmacokinetics of rofecoxib, use of VIOXX in advanced renal disease is not recommended. (See WARNINGS, *Advanced Renal Disease*.)

### Drug Interactions (Also see PRECAUTIONS, *Drug Interactions*.)

#### General

In human studies the potential for rofecoxib to inhibit or induce CYP 3A4 activity was investigated in studies using the intravenous erythromycin breath test and the oral midazolam test. No significant difference in erythromycin demethylation was observed with rofecoxib (75mg daily) compared to placebo, indicating no induction of hepatic CYP 3A4. A 30% reduction of the AUC of midazolam was observed with rofecoxib (75 mg daily). This reduction is most likely due to increased first pass metabolism through induction of intestinal CYP 3A4 by rofecoxib. *In vitro* studies in rat hepatocytes also suggest that rofecoxib might be a mild inducer for CYP 3A4.

Drug interaction studies with the recommended doses of rofecoxib have identified potentially significant interactions with rifampin, theophylline, and warfarin. Patients receiving these agents with VIOXX should be appropriately monitored. Drug interaction studies do not support the potential for clinically important interactions between antacids or cimetidine with rofecoxib. Similar to experience with other nonsteroidal anti-inflammatory drugs (NSAIDs), studies with rofecoxib suggest the potential for interaction with ACE inhibitors. The effects of rofecoxib on the pharmacokinetics and/or pharmacodynamics of ketoconazole, prednisone/prednisolone, oral contraceptives, and digoxin have been studied *in vivo* and clinically important interactions have not been found.

## CLINICAL STUDIES

### Osteoarthritis (OA)

VIOXX has demonstrated significant reduction in joint pain compared to placebo. VIOXX was evaluated for the treatment of the signs and symptoms of OA of the knee and hip in placebo- and active-controlled clinical trials of 6 to 86 weeks duration that enrolled approximately 3900 patients. In patients with OA, treatment with VIOXX 12.5 mg and 25 mg once daily resulted in improvement in joint pain associated with global assessments and in the WOMAC (Western Ontario and McMaster Universities) osteoarthritis questionnaire, including pain, stiffness, and functional measures of OA. In six studies of pain accompanying OA flare, VIOXX provided a significant reduction in pain at the first determination (after one week in one study, after two weeks in the remaining five studies); this continued for the duration of the studies. In all OA clinical studies, once daily treatment in the morning with VIOXX 12.5 and 25 mg was associated with a significant reduction in joint stiffness upon first awakening in the morning. At doses of 12.5 and 25 mg, the effectiveness of VIOXX was shown to be comparable to ibuprofen 800 mg TID and diclofenac 50 mg TID for treatment of the signs and symptoms of OA. The ibuprofen studies were 6-week studies; the diclofenac studies were 12-month studies in which patients could receive additional arthritis medication during the last 6 months.

### Rheumatoid Arthritis (RA)

VIOXX has demonstrated significant reduction of joint tenderness/pain and joint swelling compared to placebo. VIOXX was evaluated for the treatment of the signs and symptoms of RA in two 12-week placebo- and active-controlled clinical trials that enrolled a total of approximately 2,000 patients. VIOXX was shown to be superior to placebo on all primary endpoints (number of tender joints, number of swollen joints, patient and physician global assessments of disease activity). In addition, VIOXX was shown to be superior to placebo using the American College of Rheumatology 20% (ACR20) Responder Index, a composite of clinical,

laboratory, and functional measures of RA. VIOXX 25 mg once daily and naproxen 500 mg twice daily showed generally similar effects in the treatment of RA. A 50-mg dose once daily of VIOXX was also studied; however, no additional efficacy was seen compared to the 25-mg dose.

### Analgesia, including Dysmenorrhea

In acute analgesic models of post-operative dental pain, post-orthopedic surgical pain, and primary dysmenorrhea, VIOXX relieved pain that was rated by patients as moderate to severe. The analgesic effect (including onset of action) of a single 50-mg dose of VIOXX was generally similar to 550mg of naproxen sodium or 400 mg of ibuprofen. In single-dose post-operative dental pain studies, the onset of analgesia with a single 50-mg dose of VIOXX occurred within 45 minutes. In a multiple-dose study of post-orthopedic surgical pain in which patients received VIOXX or placebo for up to 5 days, 50 mg of VIOXX once daily was effective in reducing pain. In this study, patients on VIOXX consumed a significantly smaller amount of additional analgesic medication than patients treated with placebo (1.5 versus 2.5 doses per day of additional analgesic medication for VIOXX and placebo, respectively).

### Special Studies

The following special studies were conducted to evaluate the comparative safety of VIOXX.

#### VIOXX GI Clinical Outcomes Research (VIGOR Study)

##### Study Design

The VIGOR study was designed to evaluate the comparative GI safety of VIOXX 50 mg once daily (twice the highest dose recommended for chronic use in OA and RA) versus naproxen 500 mg twice daily (common therapeutic dose). The general safety and tolerability of VIOXX 50 mg once daily versus naproxen 500 mg twice daily was also studied. VIGOR was a randomized, double-blind study (median duration of 9 months) in 8076 patients with rheumatoid arthritis (RA) requiring chronic NSAID therapy (mean age 58 years). Patients were not permitted to use concomitant aspirin or other antiplatelet drugs. Patients with a recent history of myocardial infarction or stroke and patients deemed to require low-dose aspirin for cardiovascular prophylaxis were to be excluded from the study. Fifty-six percent of patients used concomitant oral corticosteroids. The GI safety endpoints (confirmed by a blinded adjudication committee) included:

- PUBs=symptomatic ulcers, upper GI perforation, obstruction, major or minor upper GI bleeding.
- Complicated PUBs (a subset of PUBs)=upper GI perforation, obstruction or major upper GI bleeding.

##### Study Results

###### Gastrointestinal Safety in VIGOR

The VIGOR study showed a significant reduction in the risk of development of PUBs, including complicated PUBs in patients taking VIOXX compared to naproxen (see Table 1).

**Table 1**
**VIGOR–Summary of Patients with Gastrointestinal Safety Events[1]**
**COMPARISON TO NAPROXEN**

| GI Safety Endpoints | VIOXX 50 mg daily (N=4047)[2] (Cumulative Rate[3]) | Naproxen 1000 mg daily (N=4029)[2] (Cumulative Rate[3]) | Relative Risk of VIOXX compared to naproxen[4] | 95% CI[5] |
|---|---|---|---|---|
| PUBs | 56 (1.80) | 121 (3.97) | 0.46[*] | (0.33, 0.64) |
| Complicated PUBs | 16 (0.52) | 37 (1.29) | 0.43[*] | (0.24, 0.78) |

[1] As confirmed by an independent committee blinded to treatment; PN=Patients randomized, N=Patients with events.
[*] Kaplan-Meier cumulative event rate at end of study when at least 500 patients remained (approx. 10½ months). [3] Based on Cox proportional hazard model
[*] p-value ≤0.005 for relative risk compared to naproxen

The risk reduction for PUBs and complicated PUBs for VIOXX compared to naproxen (approximately 50%) was maintained in patients with or without the following risk factors for developing a PUB (Kaplan-Meier cumulative rate of PUBs at approximately 10½ months, VIOXX versus naproxen, respectively): with a prior PUB (5.12, 11.47); without a prior PUB (1.54, 3.27); age 65 or older (2.83, 6.49); younger than 65 years of age (1.48, 3.01). A similar risk reduction for PUBs and complicated PUBs (approximately 50%) was also maintained in patients with or without *Helicobacter pylori* infection or concomitant corticosteroid use.

###### Other Safety Findings: Cardiovascular Safety

The VIGOR study showed a higher incidence of adjudicated serious cardiovascular thrombotic events in patients treated with VIOXX 50 mg once daily as compared to patients treated with naproxen 500 mg twice daily (see Table 2). This finding was largely due to a difference in the incidence of myocardial infarction between the groups. (See Table 2.) (See PRECAUTIONS, *Cardiovascular Effects*.) Adjudicated serious cardiovascular events (confirmed by a blinded adjudication committee) included: sudden death, myocardial infarction, unstable angina, ischemic stroke, transient ischemic attack and peripheral venous and arterial thromboses.

**Table 2**
**VIGOR–Summary of Patients with Serious Cardiovascular Thrombotic Adverse Events[1] Over Time**
**COMPARISON TO NAPROXEN**

| Treatment Group | Patients Randomized | | 4 Months[2] | 8 Months[2] | 10 ½ months[3] |
|---|---|---|---|---|---|
| VIOXX 50 mg | 4047 | Total number of events | 17 | 29 | 45 |
| | | Cumulative Rate[*] | 0.46% | 0.82% | 1.81%[*] |
| Naproxen 1000 mg | 4029 | Total number of events | 9 | 15 | 19 |
| | | Cumulative Rate[*] | 0.23% | 0.43% | 0.60% |

[1] Confirmed by blinded adjudication committee. [2] Number of patients remaining after 4 months were 3405 and 3395 for VIOXX and naproxen respectively. [3] Number of patients remaining after 8 months were 2806 and 2798 for VIOXX and naproxen respectively. [4] Number of patients remaining were 531 and 514 for VIOXX and naproxen respectively.
[*] Kaplan-Meier cumulative rate.
[*] p-value <0.002 for the overall relative risk compared to naproxen by Cox proportional hazard model.

* Registered trademark of MERCK & CO., Inc.,
Whitehouse Station, New Jersey, USA
COPYRIGHT © MERCK & CO., Inc., 1999
All rights reserved

9183810
VIOXX® (rofecoxib tablets and oral suspension)

VIOXX® (rofecoxib tablets and oral suspension)

**Table 3**
**VIGOR–Serious Cardiovascular**
**Thrombotic Adverse Events[†]**

| | VIOXX 50 mg N=4047 n[‡] | Naproxen 1000 mg N=4029 n[‡] |
|---|---|---|
| Any CV thrombotic event | 45* | 19 |
| Cardiac events | 28** | 10 |
| Fatal MI/Sudden death | 5 | 4 |
| Non-fatal MI | 18** | 4 |
| Unstable angina | 5 | 2 |
| Cerebrovascular | 11 | 8 |
| Ischemic stroke | 9 | 8 |
| TIA | 2 | 0 |
| Peripheral | 6 | 1 |

[†]Confirmed by blinded adjudication committee. [‡]N=Patients randomized, [‡]n=Patients with events
*p-value <0.002 and ** p-value ≤0.006 for relative risk compared to naproxen by Cox proportional hazard model

For cardiovascular data from 2 long-term placebo-controlled studies, see PRECAUTIONS, *Cardiovascular Effects.*

**Upper Endoscopy in Patients with Osteoarthritis and Rheumatoid Arthritis**

The VIGOR study described above compared clinically relevant outcomes. Several studies summarized below have utilized scheduled endoscopic evaluations to assess the occurrence of asymptomatic ulcers in individual patients taking VIOXX or a comparative agent. The results of outcomes studies, such as VIGOR, are more clinically relevant than the results of endoscopy studies (see CLINICAL STUDIES, *Special Studies, VIGOR*).

Two identical (U.S. and Multinational) endoscopy studies in a total of 1516 patients were conducted to compare the percentage of patients who developed endoscopically detectable gastroduodenal ulcers with VIOXX 25mg daily or 50mg daily, ibuprofen 2400mg daily, or placebo. Entry criteria for these studies permitted enrollment of patients with active *Helicobacter pylori* infection, baseline gastroduodenal erosions, prior history of an upper gastrointestinal perforation, ulcer, or bleed (PUB), and/or age ≥65 years. However, patients receiving aspirin (including low-dose aspirin for cardiovascular prophylaxis) were not enrolled in these studies. Patients who were 50 years of age and older with osteoarthritis and who had no ulcers at baseline were evaluated by endoscopy after weeks 6, 12, and 24 of treatment. The placebo-treatment group was discontinued at week 16 by design.

Treatment with VIOXX 25mg daily or 50mg daily was associated with a significantly lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with ibuprofen 2400mg daily. See Figures 1 and 2 for the results of these studies.

**Figure 1**
**COMPARISON TO IBUPROFEN**
Life-Table Cumulative Incidence Rate of Gastroduodenal Ulcers ≥ 3mm** (Intention-to-Treat)



U.S. Study

† p < 0.001 versus ibuprofen 2400 mg
** Results of analyses using a ≥3mm gastroduodenal ulcer endpoint were consistent.
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

**Figure 2**
**COMPARISON TO IBUPROFEN**
Life-Table Cumulative Incidence Rate of Gastroduodenal Ulcers ≥ 3mm** (Intention-to-Treat)



Multinational Study

† p < 0.001 versus ibuprofen 2400 mg
** Results of analyses using a ≥3mm gastroduodenal ulcer endpoint were consistent.
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

In a similarly designed 12-week endoscopy study in RA patients treated with VIOXX 50 mg once daily (twice the highest dose recommended for chronic use in OA and RA) or naproxen 1000 mg daily (common therapeutic dose), treatment with VIOXX was associated with a significantly lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with naproxen.

Serious clinically significant upper GI bleeding has been observed in patients receiving VIOXX in controlled trials, albeit infrequently (see WARNINGS, *Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*).

**Assessment of Fecal Occult Blood Loss in Healthy Subjects**

Occult fecal blood loss associated with VIOXX 25mg daily, VIOXX 50mg daily, ibuprofen 2400mg per day, and placebo was evaluated in a study utilizing [51]Cr-tagged red blood cells in 67 healthy males. After 4 weeks of treatment with VIOXX 25mg daily or VIOXX 50mg daily, the increase in the amount of fecal blood loss was not statistically significant compared with placebo-treated subjects. In contrast, ibuprofen 2400mg per day produced a statistically significant increase in fecal blood loss as compared with placebo-treated subjects and VIOXX-treated subjects. The clinical relevance of this finding is unknown.

**Platelets**

Multiple doses of VIOXX 12.5, 25, and up to 375mg administered daily up to 12 days had no effect on bleeding time relative to placebo. There was no inhibition of *ex vivo* arachidonic acid- or collagen-induced platelet aggregation with 12.5, 25, and 50mg of VIOXX.

**Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis.** (See PRECAUTIONS, *Cardiovascular Effects.*)

**INDICATIONS AND USAGE**

VIOXX is indicated:
For relief of the signs and symptoms of osteoarthritis.
For relief of the signs and symptoms of rheumatoid arthritis in adults.
For the management of acute pain in adults.
For the treatment of primary dysmenorrhea.

**CONTRAINDICATIONS**

VIOXX is contraindicated in patients with known hypersensitivity to rofecoxib or any other component of VIOXX.

VIOXX should not be given to patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs. Severe, rarely fatal, anaphylactic-like reactions to NSAIDs have been reported in such patients (see WARNINGS, *Anaphylactoid Reactions* and PRECAUTIONS, *Preexisting Asthma*).

**WARNINGS**

*Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*

Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the stomach, small intestine or large intestine, can occur at any time, with or without warning symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs). Minor upper gastrointestinal problems, such as dyspepsia, are common and may also occur at any time during NSAID therapy. Therefore, physicians and patients should remain alert for ulceration and bleeding, even in the absence of previous GI tract symptoms. Patients should be informed about the signs and/or symptoms of serious GI toxicity and the steps to take if they occur. The utility of periodic laboratory monitoring has not been demonstrated, nor has it been adequately assessed. Only one in five patients who develop a serious upper GI adverse event on NSAID therapy is symptomatic. It has been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year. These trends continue thus, increasing the likelihood of developing a serious GI event at some time during the course of therapy. However, even short-term therapy is not without risk.

Although the risk of GI toxicity is not completely eliminated with VIOXX, the results of the VIOXX GI outcomes research (VIGOR) study demonstrate that in patients treated with VIOXX, the risk of GI toxicity with VIOXX 50 mg once daily is significantly less than with naproxen 500 mg twice daily. (See CLINICAL STUDIES, *Special Studies, VIGOR*.)

NSAIDs should be prescribed with extreme caution in patients with a prior history of ulcer disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are in elderly or debilitated patients and therefore special care should be taken in treating this population. **To minimize the potential risk for an adverse GI event, the lowest effective dose should be used for the shortest possible duration.** For high risk patients, alternate therapies that do not involve NSAIDs should be considered.

Previous studies have shown that patients with a *prior history of peptic ulcer disease and/or gastrointestinal bleeding* and who use NSAIDs, have a greater than 10-fold higher risk for developing a GI bleed than patients with neither of these risk factors. In addition to a past history of ulcer disease, pharmacoepidemiological studies have identified several other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, older age, and poor general health status.

*Anaphylactoid Reactions*

As with NSAIDs in general, anaphylactoid reactions have occurred in patients without known prior exposure to VIOXX. In post-marketing experience, rare cases of anaphylactic/anaphylactoid reactions and angioedema have been reported in patients receiving VIOXX. VIOXX should not be given to patients with the aspirin triad. This symptom complex typically occurs in asthmatic patients who experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal bronchospasm after taking aspirin or other NSAIDs (see CONTRAINDICATIONS and PRECAUTIONS, *Preexisting Asthma*). Emergency help should be sought in cases where an anaphylactoid reaction occurs.

*Advanced Renal Disease*

Treatment with VIOXX is not recommended in patients with advanced renal disease. If VIOXX therapy must be initiated, close monitoring of the patient's kidney function is advisable (see PRECAUTIONS, *Renal Effects*).

*Pregnancy*

In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.


VIOXX®
(rofecoxib tablets and oral suspension)
Circular Number 9183810


VIOXX®
(rofecoxib tablets and oral suspension)
Circular Number 9183810


VIOXX®
(rofecoxib tablets and oral suspension)
Circular Number 9183810


VIOXX®
(rofecoxib tablets and oral suspension)
Circular Number 9183810


VIOXX®
(rofecoxib tablets and oral suspension)
9183810



VIOXX® (rofecoxib tablets and oral suspension)

9183810
VIOXX® (rofecoxib tablets and oral suspension)

## PRECAUTIONS

### General

VIOXX cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency. Abrupt discontinuation of corticosteroids may lead to exacerbation of corticosteroid-responsive illness. Patients on prolonged corticosteroid therapy should have their therapy tapered slowly if a decision is made to discontinue corticosteroids.

The pharmacological activity of VIOXX in reducing inflammation, and possibly fever, may diminish the utility of these diagnostic signs in detecting infectious complications of presumed noninfectious, painful conditions.

### Cardiovascular Effects

The information below should be taken into consideration and caution should be exercised when VIOXX is used in patients with a medical history of ischemic heart disease.

In VIGOR, a study in 8076 patients (mean age 58; VIOXX n=4047, naproxen n=4029) with a median duration of exposure of 9 months, the risk of developing a serious cardiovascular thrombotic event was significantly higher in patients treated with VIOXX 50 mg once daily (n=45) as compared to patients treated with naproxen 500 mg twice daily (n=19). In VIGOR, mortality due to cardiovascular thrombotic events (7 vs 6, VIOXX vs naproxen, respectively) was similar between the treatment groups. (See CLINICAL STUDIES, Special Studies, VIGOR, Other Safety Findings: Cardiovascular Safety.) In a placebo-controlled database derived from 2 studies with a total of 2142 elderly patients (mean age 75; VIOXX n=1067, placebo n=1075) with a median duration of exposure of approximately 14 months, the number of patients with serious cardiovascular thrombotic events was 21 vs 35 for patients treated with VIOXX 25 mg once daily versus placebo, respectively. In these same 2 placebo-controlled studies, mortality due to cardiovascular thrombotic events was 8 vs 3 for VIOXX versus placebo, respectively. The significance of the cardiovascular findings from these 3 studies (VIGOR and 2 placebo-controlled studies) is unknown. Prospective studies specifically designed to compare the incidence of serious CV events in patients taking VIOXX versus NSAID comparators or placebo have not been performed.

**Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis.** Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, Special Studies, Platelets; PRECAUTIONS, Drug Interactions, Aspirin.) Prospective, long-term studies on concomitant administration of VIOXX and aspirin evaluating cardiovascular outcomes have not been conducted.

### Fluid Retention, Edema, and Hypertension

Fluid retention, edema, and hypertension have been reported in some patients taking VIOXX. In clinical trials of VIOXX at daily doses of 25 mg in patients with rheumatoid arthritis the incidence of hypertension was twice as high in patients treated with VIOXX as compared to patients treated with naproxen 1000 mg daily. Clinical trials with VIOXX at daily doses of 12.5 and 25 mg in patients with osteoarthritis have shown effects on hypertension and edema similar to those observed with comparator NSAIDs; these occurred with an increased frequency with chronic use of VIOXX at daily doses of 50 mg. (See ADVERSE REACTIONS.) VIOXX should be used with caution, and should be introduced at the lowest recommended dose in patients with fluid retention, hypertension, or heart failure.

### Renal Effects

Long-term administration of NSAIDs has resulted in renal papillary necrosis and other renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins have a compensatory role in the maintenance of renal perfusion. In these patients, administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent reduction in prostaglandin formation and, secondarily, in renal blood flow, which may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed by recovery to the pretreatment state.

Caution should be used when initiating treatment with VIOXX in patients with considerable dehydration. It is advisable to rehydrate patients first and then start therapy with VIOXX. Caution is also recommended in patients with pre-existing kidney disease (see WARNINGS, Advanced Renal Disease).

### Hepatic Effects

Borderline elevations of one or more liver tests may occur in up to 15% of patients taking NSAIDs, and notable elevations of ALT or AST (approximately three or more times the upper limit of normal) have been reported in approximately 1% of patients in clinical trials with NSAIDs. These laboratory abnormalities may progress, may remain unchanged, or may be transient with continuing therapy. Rare cases of severe hepatic reactions, including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic failure (some with fatal outcome) have been reported with NSAIDs, including VIOXX. In controlled clinical trials of VIOXX, the incidence of borderline elevations of liver tests at doses of 12.5 and 25 mg daily was comparable to the incidence observed with ibuprofen and lower than that observed with diclofenac. In placebo-controlled trials, approximately 0.5% of patients taking rofecoxib (12.5 or 25 mg OD) and 0.1% of patients taking placebo had notable elevations of ALT or AST.

A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver test has occurred, should be monitored carefully for evidence of the development of a more severe hepatic reaction while on therapy with VIOXX. Use of VIOXX is not recommended in patients with severe hepatic insufficiency (see Pharmacokinetics, Special Populations). If clinical signs and symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash, etc.), VIOXX should be discontinued.

### Hematological Effects

Anemia is sometimes seen in patients receiving VIOXX. In placebo-controlled trials, there were no significant differences observed between VIOXX and placebo in clinical reports of anemia. Patients on long-term treatment with VIOXX should have their hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or blood loss. VIOXX does not generally affect platelet counts, prothrombin time (PT), or partial thromboplastin time (PTT), and does not inhibit platelet aggregation at indicated dosages (see CLINICAL STUDIES, Special Studies, Platelets).

### Preexisting Asthma

Patients with asthma may have aspirin-sensitive asthma. The use of aspirin in patients with aspirin-sensitive asthma has been associated with severe bronchospasm which can be fatal. Since cross reactivity, including bronchospasm, between aspirin and other nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients, VIOXX should not be administered to patients with this form of aspirin sensitivity and should be used with caution in patients with preexisting asthma.

### Information for Patients

Physicians should instruct their patients to read the patient package insert before starting therapy with VIOXX and to reread it each time the prescription is renewed in case any information has changed.

VIOXX can cause discomfort and, rarely, more serious side effects, such as gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes. Although serious GI tract ulcerations and bleeding can occur without warning symptoms, patients should be alert for the signs and symptoms of ulcerations and bleeding, and should ask for medical advice when observing any indicative signs or symptoms. Patients should be apprised of the importance of this followup. For additional gastrointestinal safety information see CLINICAL STUDIES, Special Studies, VIGOR and WARNINGS, Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding and Perforation. Patients should be informed that VIOXX is not a substitute for aspirin for cardiovascular prophylaxis because of its lack of effect on platelets. For additional cardiovascular safety information see CLINICAL STUDIES, Special Studies, VIGOR and PRECAUTIONS, Cardiovascular Effects.

Patients should promptly report signs or symptoms of gastrointestinal ulceration or bleeding, skin rash, unexplained weight gain, edema or chest pain to their physicians.

Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g., nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-like" symptoms). If these occur, patients should be instructed to stop therapy and seek immediate medical therapy.

Patients should also be instructed to seek immediate emergency help in the case of an anaphylactoid reaction (see WARNINGS).

In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

### Laboratory Tests

Because serious GI tract ulcerations and bleeding can occur without warning symptoms, physicians should monitor for signs or symptoms of GI bleeding.

### Drug Interactions

*ACE inhibitors:* Reports suggest that NSAIDs may diminish the antihypertensive effect of Angiotensin Converting Enzyme (ACE) inhibitors. In patients with mild to moderate hypertension, administration of 25mg daily of VIOXX with the ACE inhibitor benazepril, 10 to 40mg for 4 weeks, was associated with an average increase in mean arterial pressure of about 3 mm Hg compared to ACE inhibitor alone. This interaction should be given consideration in patients taking VIOXX concomitantly with ACE inhibitors.

*Aspirin:* Concomitant administration of low-dose aspirin with VIOXX may result in an increased rate of GI ulceration or other complications, compared to use of VIOXX alone. At steady state, VIOXX 50mg once daily had no effect on the anti-platelet activity of low-dose (81 mg once daily) aspirin, as assessed by ex vivo platelet aggregation and serum $TXB_2$ generation in clotting blood. Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis. Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, Special Studies, Platelets and PRECAUTIONS, Cardiovascular Effects.) Prospective, long-term studies on concomitant administration of VIOXX and aspirin have not been conducted.

*Cimetidine:* Co-administration with high doses of cimetidine (800 mg twice daily) increased the $C_{max}$ of rofecoxib by 21%, the $AUC_{0-24hr}$ by 23% and the $t_{1/2}$ by 15%. These small changes are not clinically significant and no dose adjustment is necessary.

*Digoxin:* Rofecoxib 75mg once daily for 11 days does not alter the plasma concentration profile or renal elimination of digoxin after a single 0.5mg oral dose.

*Furosemide:* Clinical studies, as well as post-marketing observations, have shown that NSAIDs can reduce the natriuretic effect of furosemide and thiazides in some patients. This response has been attributed to inhibition of renal prostaglandin synthesis.

*Ketoconazole:* Ketoconazole 400mg daily did not have any clinically important effect on the pharmacokinetics of rofecoxib.

*Lithium:* NSAIDs have produced an elevation of plasma lithium levels and a reduction in renal lithium clearance. In post-marketing experience there have been reports of increases in plasma lithium levels. Thus, when VIOXX and lithium are administered concurrently, subjects should be observed carefully for signs of lithium toxicity.

*Methotrexate:* VIOXX 12.5, 25, and 50 mg, each dose administered once daily for 7 days, had no effect on the plasma concentration of methotrexate as measured by $AUC_{0-24hr}$ in patients receiving single weekly methotrexate doses of 7.5 to 20 mg for rheumatoid arthritis. At higher than recommended doses, VIOXX 75 mg administered once daily for 10 days increased plasma concentrations by 23% as measured by $AUC_{0-24hr}$ in patients receiving methotrexate 7.5 to 15mg/week for rheumatoid arthritis. At 24 hours postdose, a similar proportion of patients treated with methotrexate alone (94%) and subsequently treated with methotrexate co-administered with 75mg of rofecoxib (88%) had methotrexate plasma concentrations below the measurable limit (5 ng/mL). Standard monitoring of methotrexate-related toxicity should be continued if VIOXX and methotrexate are administered concurrently.

*Oral Contraceptives:* Rofecoxib did not have any clinically important effect on the pharmacokinetics of ethinyl estradiol and norethindrone.

*Prednisone/prednisolone:* Rofecoxib did not have any clinically important effect on the pharmacokinetics of prednisone or prednisone.

*Rifampin:* Co-administration of VIOXX with rifampin 600mg daily, a potent inducer of hepatic metabolism, produced an approximate 50% decrease in rofecoxib plasma concentrations. Therefore, a starting daily dose of 25mg of VIOXX should be considered for the treatment of osteoarthritis when VIOXX is co-administered with potent inducers of hepatic metabolism.

*Theophylline:* VIOXX 12.5, 25, and 50 mg administered once daily for 7 days increased plasma theophylline concentrations ($AUC_{0-∞}$) by 38 to

VIOXX® (rofecoxib tablets and oral suspension)

50% in healthy subjects administered a single 300-mg dose of theophylline. Adequate monitoring of theophylline plasma concentrations should be considered when therapy with VIOXX is initiated or changed in patients receiving theophylline.

These data suggest that rofecoxib may produce a modest inhibition of cytochrome P450 (CYP) 1A2. Therefore, there is a potential for an interaction with other drugs that are metabolized by CYP1A2 (e.g., amitriptyline, tacrine, and zileuton).

*Warfarin:* Anticoagulant activity should be monitored, particularly in the first few days after initiating or changing VIOXX therapy in patients receiving warfarin or similar agents, since these patients are at an increased risk of bleeding complications. In single and multiple dose studies in healthy subjects receiving both warfarin and rofecoxib, prothrombin time (measured as INR) was increased by approximately 8% to 11%. In post-marketing experience, bleeding events have been reported, predominantly in the elderly, in association with increases in prothrombin time in patients receiving VIOXX concurrently with warfarin.

*Carcinogenesis, Mutagenesis, Impairment of Fertility*

Rofecoxib was not carcinogenic in mice given oral doses up to 30 mg/kg (male) and 60 mg/kg (female) (approximately 5- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) and in male and female rats given oral doses up to 8 mg/kg (approximately 5- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) for two years.

Rofecoxib was not mutagenic in an Ames test or in a V-79 mammalian cell mutagenesis assay, nor clastogenic in a chromosome aberration assay in Chinese hamster ovary (CHO) cells, in an *in vitro* and an *in vivo* alkaline elution assay, or in an *in vivo* chromosomal aberration test in mouse bone marrow.

Rofecoxib did not impair male fertility in rats at oral doses up to 100 mg/kg (approximately 20- and 7-fold human exposure at 25 and 50 mg daily based on the $AUC_{0-24}$) and rofecoxib had no effect on fertility in female rats at doses up to 30 mg/kg (approximately 19- and 7-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$).

*Pregnancy*

*Teratogenic effects: Pregnancy Category C.*

Rofecoxib was not teratogenic in rats at doses up to 50 mg/kg/day (approximately 28- and 10-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$). There was a slight, non-statistically significant increase in the overall incidence of vertebral malformations only in the rabbit at doses of 50 mg/kg/day (approximately 1- or <1-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$). There are no studies in pregnant women. VIOXX should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

*Nonteratogenic effects*

Rofecoxib produced peri-implantation and post-implantation losses and reduced embryo/fetal survival in rats and rabbits at oral doses ≥10 and ≥25 mg/kg/day, respectively (approximately 9- and 3-fold [rats] and 2- and <1-fold [rabbits] human exposure based on the $AUC_{0-24}$ at 25 and 50 mg daily). These changes are expected with inhibition of prostaglandin synthesis and are not the result of permanent alteration of female reproductive function. There was an increase in the incidence of postnatal pup mortality in rats after ≥5 mg/kg/day (approximately 5- and 2-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) in studies in pregnant rats administered single doses of rofecoxib, there was a treatment-related decrease in the diameter of the ductus arteriosus at all doses used (3-300 mg/kg; 3 mg/kg is approximately 2- and <1-fold human exposure at 25 or 50 mg daily based on $AUC_{0-24}$). As with other drugs known to inhibit prostaglandin synthesis, use of VIOXX during the third trimester of pregnancy should be avoided.

*Labor and delivery*

Rofecoxib produced no evidence of significantly delayed labor or parturition in rats at doses 15 mg/kg in rats (approximately 10- and 3-fold human exposure as measured by the $AUC_{0-24}$ at 25 and 50 mg). The effects of VIOXX on labor and delivery in pregnant women are unknown.

Merck & Co., Inc. maintains a registry to monitor the pregnancy outcomes of women exposed to VIOXX while pregnant. Healthcare providers are encouraged to report any prenatal exposure to VIOXX by calling the Pregnancy Registry at (800) 986-8999.

*Nursing mothers*

Rofecoxib is excreted in the milk of lactating rats at concentrations similar to those in plasma. There was an increase in pup mortality and a decrease in pup body weight following exposure of pups to milk from dams administered VIOXX during lactation. The dose tested represents an approximate 19- and 6-fold human exposure at 25 and 50 mg based on $AUC_{0-24}$. It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from VIOXX, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

*Pediatric Use*

Safety and effectiveness in pediatric patients below the age of 18 years have not been evaluated.

*Geriatric Use*

Of the patients who received VIOXX in osteoarthritis clinical trials, 1456 were 65 years of age or older. This included 450 patients who were 75 years or older, and in one of these studies, 174 patients who were 80 years or older. No substantial differences in safety and effectiveness were observed between these subjects and younger subjects. Greater sensitivity of some older individuals cannot be ruled out. As with other NSAIDs, including those that selectively inhibit COX-2, there have been more spontaneous post-marketing reports of fatal GI events and acute renal failure in the elderly than in younger patients. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

## ADVERSE REACTIONS

### Osteoarthritis

Approximately 3600 patients with osteoarthritis were treated with VIOXX; approximately 1400 patients received VIOXX for 6 months or longer and approximately 800 patients for one year or longer. The following table of adverse experiences lists all adverse events, regardless of causality, occurring in at least 2% of patients receiving VIOXX in nine controlled studies of 6-week to 6-month duration conducted in patients with OA at the therapeutically recommended doses (12.5 and 25 mg), which included a placebo and/or positive control group.

| Clinical Adverse Experiences occurring in ≥ 2.0% of Patients Treated with VIOXX in OA Clinical Trials | | | |
|---|---|---|---|
| | Placebo | VIOXX 12.5 or 25 mg daily | Ibuprofen 2400 mg daily | Diclofenac 150 mg daily |
| | (N = 783) | (N = 2829) | (N = 847) | (N = 498) |
| ***Body As A Whole/Site Unspecified*** | | | | |
| Abdominal Pain | 4.1 | 3.4 | 4.6 | 5.8 |
| Asthenia/Fatigue | 1.0 | 2.2 | 2.0 | 2.6 |
| Dizziness | 2.2 | 3.0 | 2.7 | 3.4 |
| Influenza-Like Disease | 2.3 | 2.9 | 1.9 | 3.2 |
| Lower Extremity Edema | 1.1 | 3.7 | 3.8 | 3.4 |
| Upper Respiratory Infection | 7.8 | 8.5 | 5.8 | 8.2 |
| ***Cardiovascular System*** | | | | |
| Hypertension | 1.3 | 3.5 | 3.0 | 1.8 |
| ***Digestive System*** | | | | |
| Diarrhea | 6.8 | 6.5 | 7.1 | 10.6 |
| Dyspepsia | 2.7 | 3.5 | 4.7 | 4.0 |
| Epigastric Discomfort | 2.8 | 3.8 | 9.2 | 5.4 |
| Heartburn | 3.6 | 4.2 | 5.2 | 4.6 |
| Nausea | 2.9 | 5.2 | 7.1 | 7.6 |
| ***Eyes, Ears, Nose, and Throat*** | | | | |
| Sinusitis | 2.0 | 2.7 | 1.8 | 2.4 |
| ***Musculoskeletal System*** | | | | |
| Back Pain | 1.9 | 2.5 | 1.4 | 2.8 |
| ***Nervous System*** | | | | |
| Headache | 7.5 | 4.7 | 6.1 | 8.0 |
| ***Respiratory System*** | | | | |
| Bronchitis | 0.8 | 2.0 | 1.4 | 3.2 |
| ***Urogenital System*** | | | | |
| Urinary Tract Infection | 2.7 | 2.8 | 2.5 | 3.6 |

In the OA studies, the following spontaneous adverse events occurred in ≥0.1% to 1.9% of patients treated with VIOXX regardless of causality:

*Body as a Whole:* abdominal distension, abdominal tenderness, abscess, chest pain, chills, contusion, cyst, diaphragmatic hernia, fever, fluid retention, flushing, fungal infection, infection, laceration, pain, pelvic pain, peripheral edema, postoperative pain, syncope, trauma, upper extremity edema, viral syndrome.

*Cardiovascular System:* angina pectoris, atrial fibrillation, bradycardia, hematoma, irregular heartbeat, palpitation, premature ventricular contraction, tachycardia, venous insufficiency.

*Digestive System:* acid reflux, aphthous stomatitis, constipation, dental caries, dental pain, digestive gas symptoms, dry mouth, duodenal disorder, dyspepsia, esophagitis, flatulence, gastric disorder, gastritis, gastroenteritis, hemorrhoids, hemorrhoids, infectious gastroenteritis, oral infection, oral lesion, oral ulcer, vomiting.

*Eyes, Ears, Nose, and Throat:* allergic rhinitis, blurred vision, cerumen impaction, conjunctivitis, dry throat, epistaxis, laryngitis, nasal congestion, nasal secretion, ophthalmic injection, otic pain, otitis, otitis media, pharyngitis, tinnitus, tonsillitis.

*Immune System:* allergy, hypersensitivity, insect bite reaction.

*Metabolism and Nutrition:* appetite change, hypercholesterolemia, weight gain.

*Musculoskeletal System:* ankle sprain, arm pain, arthralgia, back strain, bursitis, cartilage trauma, joint swelling, muscular cramp, muscular disorder, muscular weakness, musculoskeletal pain, musculoskeletal stiffness, myalgia, osteoarthritis, tendinitis, traumatic arthropathy, wrist fracture.

*Nervous System:* hypesthesia, insomnia, median nerve neuropathy, migraine, muscular spasm, paresthesia, sciatica, somnolence, vertigo.

*Psychiatric:* anxiety, depression, mental acuity decreased.

*Respiratory System:* asthma, cough, dyspnea, pneumonia, pulmonary congestion, respiratory infection.

*Skin and Skin Appendages:* abrasion, alopecia, atopic dermatitis, basal cell carcinoma, blister, cellulitis, contact dermatitis, herpes simplex, herpes zoster, nail unit disorder, perspiration, pruritus, rash, skin erythema, urticaria, xerosis.

*Urogenital System:* breast mass, cystitis, dysuria, menopausal symptoms, menstrual disorder, nocturia, urinary retention, vaginitis.

The following serious adverse events have been reported rarely (estimated <0.1%) in patients taking VIOXX, regardless of causality. Cases reported only in the post-marketing experience are indicated in italics.

*Cardiovascular:* cerebrovascular accident, congestive heart failure, deep venous thrombosis, myocardial infarction, *pulmonary edema*, pulmonary embolism, transient ischemic attack, unstable angina.

*Gastrointestinal:* cholecystitis, colitis, colonic malignant neoplasm, *duodenal perforation*, duodenal ulcer, *esophageal ulcer*, *gastric perforation*, *gastric ulcer*, gastrointestinal bleeding, *hepatic failure*, hepatitis, intestinal obstruction, *jaundice*, pancreatitis.

*Hemic and Lymphatic:* agranulocytosis, leukopenia, lymphoma, thrombocytopenia.

*Immune System:* anaphylactic/anaphylactoid reaction, angioedema, bronchospasm, hypersensitivity vasculitis.

*Metabolism and nutrition:* hyponatremia.

*Nervous System:* aseptic meningitis.

*Psychiatric:* confusion, hallucinations.

*Skin and Skin Appendages:* severe skin reactions, including Stevens-Johnson syndrome and toxic epidermal necrolysis.

*Urogenital System:* acute renal failure, breast malignant neoplasm, hyperkalemia, interstitial nephritis, prostatic malignant neoplasm, urolithiasis, *worsening chronic renal failure.*

In 1-year controlled clinical trials and in extension studies for up to 86 weeks (approximately 800 patients treated with VIOXX for one year or longer), the adverse experience profile was qualitatively similar to that observed in studies of shorter duration.

### Rheumatoid Arthritis

Approximately 1,100 patients were treated in the Phase III rheumatoid arthritis efficacy studies. These studies included extensions of up to 1 year. The adverse experience profile was generally similar to that reported in the osteoarthritis studies. In studies of at least three months, the incidence of hypertension in RA patients receiving the 25 mg once daily dose of VIOXX was 10.0% and the incidence of hypertension in patients receiving naproxen 500 mg twice daily was 4.7%.

### Analgesia, including primary dysmenorrhea

Approximately one thousand patients were treated with VIOXX in analgesia studies. All patients in post-dental surgery pain studies received only a single dose of study medication. Patients in primary dysmenorrhea

studies may have taken up to 3 daily doses of VIOXX, and those in the post-orthopedic surgery pain study were prescribed 5 daily doses of VIOXX.

The adverse experience profile in the analgesia studies was generally similar to those reported in the osteoarthritis studies. The following additional adverse experience, which occurred at an incidence of at least 2% of patients treated with VIOXX, was observed in the post-dental pain surgery studies: post-dental extraction alveolitis (dry socket).

***Clinical Studies in OA and RA with VIOXX 50 mg (Twice the highest dose recommended for chronic use)***

In OA and RA clinical trials which VIOXX 12.5 or 25 mg as well as VIOXX 50 mg, VIOXX 50 mg QD was associated with a higher incidence of gastrointestinal symptoms (abdominal pain, epigastric pain, heartburn, nausea and vomiting), lower extremity edema, hypertension, serious* adverse experiences and discontinuation due to clinical adverse experiences compared to the recommended chronic doses of 12.5 and 25 mg (see DOSAGE AND ADMINISTRATION).

## OVERDOSAGE

No overdoses of VIOXX were reported during clinical trials. Administration of single doses of VIOXX 1000 mg to 6 healthy volunteers and multiple doses of 250 mg/day for 14 days to 75 healthy volunteers did not result in serious toxicity.

In the event of overdose, it is reasonable to employ the usual supportive measures, e.g., remove unabsorbed material from the gastrointestinal tract, employ clinical monitoring, and institute supportive therapy, if required.

Rofecoxib is not removed by hemodialysis; it is not known whether rofecoxib is removed by peritoneal dialysis.

## DOSAGE AND ADMINISTRATION

VIOXX is administered orally. The lowest dose of VIOXX should be sought for each patient.

### Osteoarthritis

The recommended starting dose of VIOXX is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily. The maximum recommended daily dose is 25 mg.

### Rheumatoid Arthritis

The recommended dose is 25 mg once daily. The maximum recommended daily dose is 25 mg.

### Management of Acute Pain and Treatment of Primary Dysmenorrhea

The recommended dose of VIOXX is 50 mg once daily. The maximum recommended daily dose is 50 mg. Use of VIOXX for more than 5 days in management of pain has not been studied. Chronic use of VIOXX 50 mg daily is not recommended. (See ADVERSE REACTIONS, *Clinical Studies in OA and RA with VIOXX 50 mg*).

### Hepatic Insufficiency

Because of significant increases in both AUC and $C_{max}$, patients with moderate hepatic impairment (Child-Pugh score 7-9) should be treated with the lowest possible dose (see CLINICAL PHARMACOLOGY, *Special Populations*).

VIOXX Tablets may be taken with or without food.

### Oral Suspension

VIOXX Oral Suspension 12.5 mg/5 mL or 25 mg/5 mL may be substituted for VIOXX Tablets 12.5 or 25 mg, respectively, in any of the above indications. Shake before using.

## HOW SUPPLIED

No. 3810 — Tablets VIOXX, 12.5 mg, are cream/off-white, round, shallow cup tablets engraved MRK 74 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0074-31 unit of use bottles of 30
NDC 0006-0074-28 unit dose packages of 100
NDC 0006-0074-68 bottles of 100
NDC 0006-0074-54 bottles of 100
NDC 0006-0074-80 bottles of 6000.

No. 3824 — Tablets VIOXX, 25 mg, are yellow, round tablets engraved MRK 110 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0110-31 unit of use bottles of 30
NDC 0006-0110-28 unit dose packages of 100
NDC 0006-0110-58 bottles of 100
NDC 0006-0110-54 bottles of 100
NDC 0006-0110-80 bottles of 6000.

No. 3835 — Tablets VIOXX, 50 mg, are orange, round tablets engraved MRK 114 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0114-31 unit of use bottles of 30
NDC 0006-0114-28 unit dose packages of 100
NDC 0006-0114-68 bottles of 100
NDC 0006-0114-54 bottles of 100
NDC 0006-0114-80 bottles of 4000.

No. 3784 — Oral Suspension VIOXX, 12.5 mg/5 mL, is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
NDC 0006-3784-64 unit of use bottles containing 150 mL (12.5 mg/5 mL).

No. 3785 — Oral Suspension VIOXX, 25 mg/5 mL, is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
NDC 0006-3785-64 unit of use bottles containing 150 mL (25 mg/5 mL).

### Storage

*VIOXX Tablets:*
Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]

*VIOXX Oral Suspension:*
Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]

Rx only



MERCK & CO., INC., Whitehouse Station, NJ 08889, USA

Issued April 2002
Printed in USA

---

*adverse experience that resulted in death, permanent or substantial disability, hospitalization, congenital anomaly, or cancer, was immediately life threatening, was due to an overdose, or was thought by the investigator to require intervention to prevent one of the these outcomes

9163810
VIOXX® (rofecoxib tablets and oral suspension)

### Patient Information about
### VIOXX® (rofecoxib tablets and oral suspension)
### VIOXX® (pronounced "VI-ox")
### for Osteoarthritis, Rheumatoid Arthritis and Pain
### Generic name: rofecoxib ("ro-fa-COX-ib")

9183906

You should read this information before you start taking VIOXX*. Also, read the leaflet each time you refill your prescription, in case any information has changed. This leaflet provides only a summary of certain information about VIOXX. Your doctor or pharmacist can give you an additional leaflet that is written for health professionals that contains more complete information. This leaflet does not take the place of careful discussions with your doctor. You and your doctor should discuss VIOXX when you start taking your medicine and at regular checkups.

**What is VIOXX?**

VIOXX is a nonsteroidal anti-inflammatory drug (NSAID) that is used to reduce pain and inflammation (swelling and soreness). VIOXX is available as a tablet or a liquid that you take by mouth.

VIOXX is a medicine for:
- relief of osteoarthritis (the arthritis caused by age-related "wear and tear" on bones and joints)
- relief of rheumatoid arthritis in adults
- management of acute pain in adults (like the short-term pain you can get after a dental or surgical operation)
- treatment of menstrual pain (pain during women's monthly periods).

**Who should not take VIOXX?**

Do not take VIOXX if you:
- have had an allergic reaction such as asthma attacks, hives, or swelling of the throat and face to aspirin or other NSAIDs (for example, ibuprofen and naproxen).
- have had an allergic reaction to rofecoxib, which is the active ingredient of VIOXX, or to any of its inactive ingredients. (See Inactive Ingredients at the end of this leaflet.)

**What should I tell my doctor before and during treatment with VIOXX?**

Tell your doctor if you are:
- pregnant or plan to become pregnant. VIOXX should not be used in late pregnancy because it may harm the fetus.
- breast-feeding or plan to breast-feed. It is not known whether VIOXX is passed through to human breast milk and what its effects could be on a nursing child.

Tell your doctor if you have:
- history of angina, heart attack or a blocked artery in your heart

- kidney disease
- liver disease
- heart failure
- high blood pressure
- had an allergic reaction to aspirin or other NSAIDs
- had a serious stomach problem in the past.

Tell your doctor about:
- any other medical problems or allergies you have now or have had.
- all medicines that you are taking or plan to take, even those you can get without a prescription.

Tell your doctor if you develop:
- serious stomach problems such as ulcer or bleeding symptoms (for instance, stomach burning or black stools, which are signs of possible stomach bleeding).
- unexplained weight gain or swelling of the feet and/or legs.
- skin rash or allergic reactions. If you have a severe allergic reaction, get medical help right away.

**How should I take VIOXX?**

VIOXX should be taken once a day. Your doctor will decide what dose of VIOXX you should take and how long you should take it. You may take VIOXX with or without food.

**Can I take VIOXX with other medicines?**

Tell your doctor about all of the other medicines you are taking or plan to take while you are on VIOXX, even other medicines that you can get without a prescription. Your doctor may want to check that your medicines are working properly together if you are taking other medicines such as:
- warfarin (a blood thinner)
- theophylline (a medicine used to treat asthma)
- rifampin (an antibiotic)
- ACE inhibitors (medicines used for high blood pressure and heart failure)
- lithium (a medicine used to treat a certain type of depression).

VIOXX cannot take the place of aspirin for prevention of heart attack or stroke. If you are currently taking aspirin for this purpose, you should not discontinue taking aspirin without consulting your doctor.

**What are the possible side effects of VIOXX?**

Serious but rare side effects that have been reported in patients taking VIOXX and/or related medicines have included:



VIOXX®
(rofecoxib tablets and oral suspension)

9183906



VIOXX®
(rofecoxib tablets and oral suspension)

9183906

9183906
(rofecoxib tablets and oral suspension)
VIOXX®



VIOXX®
(rofecoxib tablets and oral suspension)

9183906

*Registered trademark of MERCK & CO., Inc.
COPYRIGHT © MERCK & CO., Inc., 1998, 2002
All rights reserved.

MRK-LBL0000013

9183906

VIOXX® (rofecoxib tablets and oral suspension)

- Serious stomach problems, such as stomach and intestinal bleeding, can occur with or without warning symptoms. These problems, if severe, could lead to hospitalization or death. Although this happens rarely, you should watch for signs that you may have this serious side effect and tell your doctor right away.

- Heart attacks and similar serious events have been reported in patients taking VIOXX.

- Serious allergic reactions including swelling of the face, lips, tongue, and/or throat which may cause difficulty breathing or swallowing and wheezing occur rarely but may require treatment right away. Severe skin reactions have also been reported.

- Serious kidney problems occur rarely, including acute kidney failure and worsening of chronic kidney failure.

- Severe liver problems, including hepatitis, jaundice and liver failure, occur rarely in patients taking NSAIDs, including VIOXX. Tell your doctor if you develop symptoms of liver problems. These include nausea, tiredness, itching, tenderness in the right upper abdomen, and flu-like symptoms.

In addition, the following side effects have been reported: anxiety, blurred vision, confusion, decreased levels of sodium in the blood, depression, fluid in the lungs, hair loss, hallucinations, increased levels of potassium in the blood, insomnia, low blood cell counts, palpitations, pancreatitis, severe increase in blood pressure, tingling sensation, unusual headache with stiff neck (aseptic meningitis), vertigo.

More common, but less serious side effects reported with VIOXX have included the following:

Upper and/or lower respiratory infection and/or inflammation
Headache
Dizziness
Diarrhea
Nausea and/or vomiting
Heartburn, stomach pain and upset
Swelling of the legs and/or feet
High blood pressure
Back pain
Tiredness
Urinary tract infection.

Issued April 2002

VIOXX® (rofecoxib tablets and oral suspension)

These side effects were reported in at least 2% of osteoarthritis patients receiving daily doses of VIOXX 12.5 mg to 25 mg in clinical studies.

The side effects described above do not include all of the side effects reported with VIOXX. Do not rely on this leaflet alone for information about side effects. Your doctor or pharmacist can discuss with you a more complete list of side effects. Any time you have a medical problem you think may be related to VIOXX, talk to your doctor.

**What else can I do to help manage my arthritis pain?**

Talk to your doctor about:
- Exercise
- Controlling your weight
- Hot and cold treatments
- Using support devices.

**What else should I know about VIOXX?**

This leaflet provides a summary of certain information about VIOXX. If you have any questions or concerns about VIOXX, osteoarthritis, rheumatoid arthritis or pain, talk to your health professional. Your pharmacist can give you an additional leaflet that is written for health professionals.

Do not share VIOXX with anyone else; it was prescribed only for you. It should be taken only for the condition for which it was prescribed.

Keep VIOXX and all medicines out of the reach of children.

Inactive Ingredients:

Oral suspension: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, sodium methylparaben, sodium propylparaben.

Tablets: croscarmellose sodium, hydroxy-propyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide.

MERCK & CO., Inc.
Whitehouse Station, NJ 08889, USA

