UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: ALL CASES**

### ORDER

The Court has pending before it a Motion to Require Court Approval of Liaison Counsel's Fees of Michael A. Stratton (Rec. Doc. 63389), filed by Ann Oldfather as a member of the Kentucky Vioxx Working Group. The motion relates to the Court's appointment of Michael Stratton as Liaison Counsel for the Common Benefit Fee Application Objectors during one stage of this Court's determination and allocation of common benefit attorneys' fees. *See* Pretrial Order No. 52 (Rec. Doc. 24522); *see also In re Vioxx Prods. Liab. Litig.*, 760 F. Supp. 2d 640, 646-47 (E.D. La. 2010).

Throughout this litigation, this Court has exercised oversight over compensation of Court-appointed attorneys who performed common benefit tasks or served in Liaison or Lead Counsel capacities. *In re Vioxx Prods. Liab. Litig.*, 760 F. Supp. 2d 640 (setting percentage of common benefit attorneys' fees); *In re Vioxx Prods. Liab. Litig.*, 802 F. Supp. 2d 740 (allocating common benefit attorneys' fees); (Rec. Doc. 63531) (setting fees of Liaison and Co-Lead counsel for objectors to recommended fee allocation).

The Court will continue to exercise that oversight. Accordingly, Ms. Oldfather's motion and the related issues will be added to the agenda for the upcoming Monthly Status Conference

1

2

on Thursday, June 14, 2012.

    New Orleans, Louisiana, this 6th day of June, 2012.

                                                        UNITED STATES DISTRICT JUDGE