UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA          MDL Docket No.: 1657
-----------------------------------------------------------------X
In re: VIOXX                                                      Section L

PRODUCTS LIABLILITY LITIGATION                   MOTION TO
                                                 RELEASE FUNDS
                                                 FROM COURT
                                                 REGISTRY

ANN NASH and SHIRLEY NASH as
Co-Administrator of the Estate                   Judge Fallon
of HAROLD NASH,
                                                 Magistrate Judge Knowles
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the affirmation of David S. Ratner, affirmed on May 16, 2012, and upon the exhibits attached thereto, the Plaintiff will move this court at the Courthouse located at 500 Poydras Street, Room C-151, New Orleans, LA 70130, for an Order releasing funds previously deposited with the Court, and for any such Order that the court deems just.

      An affirmation concerning the issues raised in this motion is annexed hereto.

Dated: New York, New York
       May 16, 2012

                                      Yours, etc.

                                      David S. Ratner, Esq.
                                      MORELLI RATNER, PC.
                                      950 Third Avenue
                                      New York, NY, 10022
                                      (212) 751-9800
                                      File No. VX1191MHM

TO:   Kristi B. Mollins
        BROWNGREER PLC
        115 S. 15th Street, Ste. 400
        Richmond, VA 23219-4209

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-----------------------------------------------------------------------X    MDL Docket No.: 1657
In re: VIOXX

PRODUCTS LIABLILITY LITIGATION                                              Section L

                                                              **AFFIRMATION
IN SUPPORT
OF MOTION**

ANN NASH and SHIRLEY NASH as
Co-Administrator of the Estate                                              Judge Fallon
of HAROLD NASH,
-----------------------------------------------------------------------X    Magistrate Judge Knowles

STATE OF NEW YORK   )

COUNTY OF NEW YORK ) SS:

      David S. Ratner, an attorney admitted to practice law in the Courts of the State of New York, hereby affirms the following under penalty of perjury:

1. I am associated with MORELLI RATNER PC, the attorneys of record for the Plaintiff HAROLD NASH, in the captioned matter. This affirmation is made in support of this motion to release the funds previously deposited with the Court Registry.

2. This case involves a mass tort action which was globally settled in November, 2007. Plaintiff-decedent's share of the settlement was SEVENTY SEVEN THOUSAND SEVEN HUNDRED AND FOURTEEN ($77,714.97) DOLLARS and 97/100 CENTS.

3. Plaintiff's Estate Attorney moved to the Surrogate's Court to Amend the Letters of Administration. On August 24, 2011, the Amended Letters of Administration were issued. (Annexed hereto as Exhibit "A" is a copy of the Amended Letters of Administration).

2

4. On January 4, 2012, Plaintiff was contacted by Brown Greer, the settlement coordinator for Defendant MERCK & CO., via electronic mail in reference to a discrepancy with the settlement release. On January 18, 2012, the corrected document was sent via electronic mail to Brown Greer. (Annexed hereto as Exhibit "B" is a copy of the corrected release and electronic communications with Brown Greer).

5. Meanwhile, on or about August 4, 2011, a hearing was held with reference to the Claims Administrator's Memorandum to Show Cause to deposit the full adjudicated amount of SEVENTY ONE THOUSAND SEVEN HUNDRED AND SIXTY NINE ($71,769.73) DOLLARS and 73/100 CENTS which constitutes the gross settlement amount SEVENTY SEVEN THOUSAND SEVEN HUNDRES AND FOURTEEN ($77,714.97) DOLLARS and 97/100 CENTS, less the common benefit fund fees FIVE THOUSAND EIGHT HUNDRED TWENTY EIGHT ($5,828.62) DOLLARS and 62/100 CENTS, and less the Medicare Lien ONE HUDRED SIXTEEN, ($116.62) DOLLARS and 62/100 CENTS with the Court Registry, pending the resolution of all issues.

6. On September 30, 2011, the Claims Administrator's motion to deposit said funds with the Court Registry was granted. (Annexed as Exhibit "B" is a copy of the order).

7. On or about September 30, 2011, the amount of SEVENTY ONE THOUSAND SEVEN HUNDRED SIXTY NINE ($71,769.73) DOLLARS and 73/100 CENTS was deposited into the Court Registry.

8. MORELLI RATNER PC, as counsel for Plaintiff-decedent, expended THREE THOUSAND TWO HUNDRED TWENTY SIX ($3,226.91) DOLLARS and 91/100

CENTS in total disbursements. (Annexed as Exhibit "C" is a copy of the disbursement sheet).

9. From the SEVENTY FOUR THOUSAND FOUR HUNDRED AND EIGHTY EIGHT ($74,488.06) DOLLARS and 06/100 CENTS settlement, MORELLI RATNER, PC., as counsel for Plaintiff-decedent, 32% attorney's fees EIGHTEEN THOUSAND SEVEN HUNDRED EIGHTY FOUR ($18,784.71) DOLLARS and 71/100 CENTS, on behalf of Plaintiff-decedent.

10. Plaintiff respectfully requests, pursuant to the attached proposed order, that the funds currently on deposit with the Court Registry, in full settlement of this action, be released and distributed as follows:

   a. To MORELLI RATNER, PC., located at 950 3rd Avenue, New York, New York, 10022, the total sum of TWENTY TWO THOUSAND ONE HUNDRED AND ONE ($22,101.62) DOLLARS and 62/100 CENTS, representing:

      i) the disbursements expended during the course of litigation in the amount of THREE THOUSAND TWO HUNDRED AND TWENTY SIX ($3,226.91) DOLLARS and 91/100 CENTS,

      ii) *plus* 32% for attorney's fees, in the amount of EIGHTEEN THOUSAND SEVEN HUNDRED EIGHTY FOUR ($18,784.71) DOLLARS and 71/100 CENTS,

      iii) To ANN NASH and SHIRLEY NASH as Co-Administrators of the Estate of HAROLD NASH, in settlement of the claims brought in this case, the sum of

FORTY NINE THOUSAND SEVEN HUNDRED FIFTY EIGHT ($49,758.11)

DOLLARS and 11/100 CENTS.

11. To date, Plaintiff has not received opposition to their motion.

**WHEREFORE**, Plaintiff respectfully requests this motion be granted in all respects.

Dated: New York, New York
       May 16, 2012

                                               Yours, etc.

                                               David S. Ratner, Esq.
                                               MORELLI RATNER, PC.
                                               950 Third Avenue
                                               New York, NY, 10022
                                               (212) 751-9800
                                               File No. VX1191MHM

TO:   Kristi B. Mollins
      BROWNGREER PLC
      115 S. 15th Street, Ste. 400
      Richmond, VA 23219-4209

5