"Certification of Funds in the Registry"

PRINCIPAL: $ 71,769.73

Financial Deputy: K Jay   Date: 5-14-12

At an IAS Part of the United States District Court Eastern District of Louisiana, at the Courthouse located at ADDRESS, on the 6th day of June, 2012

PRESENT: _____
Justice.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
------------------------------------------------------------------X
In re: VIOXX

PRODUCTS LIABLILITY LITIGATION

ANN NASH and SHIRLEY NASH as
Co-Administrator of the Estate
of HAROLD NASH,.
------------------------------------------------------------------X

MDL Docket No.: 1657

Section L

**ORDER**

Judge Fallon

Magistrate Judge Knowles

The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of SEVENTY ONE THOUSAND SEVEN HUNDRED SIXTY NINE ($71,769.73) DOLLARS and 73/100 CENTS, plus all interest earned less the assessment fee for the administration of funds, payable to ANN NASH and SHIRLEY NASH as Co-Administrators of the Estate of HAROLD NASH, and mail or deliver the check to MORELLI RATNER PC at 950 Third Avenue, 11th Floor, New York, New York 10022.

ENTER

_____
J.S.C.

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.

1