# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Ruth Jenkins, et. al v. Merck & Co., Inc.,* | * | KNOWLES |
| *2:05-cv-04054-EEF-DEK* | * | |
| | * | |
| **Only with regard to:** | * | |
| **Lynn Hudnut** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT MERCK SHARPE & DOHME CORP.'S
## REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL

Pursuant to LR5.6 and Pretrial Order No. 13, Defendant Merck Sharp & Dohme Corp.,

by undersigned counsel, hereby requests that the Court order that Exhibits 2, 3, 4, 5, 6, 7 and 8 to

Defendant Merck Sharp & Dohme Corp.'s Statement of Material Facts as to Which There is No

Dispute, filed contemporaneously with this motion, be filed under seal.

In support of this request, Defendant states that these exhibits contain Plaintiff's medical

records or summaries of Plaintiff's medical records that are Confidential under Pretrial Order

No. 13.

Dated:  June 7, 2012                                  Respectfully submitted,

                                                                       */s/ Dorothy H. Wimberly*
                                                                      Phillip A. Wittmann, 13625
                                                                      Dorothy H. Wimberly, 18509
                                                                      STONE PIGMAN WALTHER
                                                                      WITTMANN L.L.C.
                                                                      546 Carondelet Street
                                                                      New Orleans, Louisiana 70130
                                                                      Phone: 504-581-3200
                                                                      Fax:    504-581-3361

1

Defendants' Liaison Counsel

  —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

1095786v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Request to File Certain Documents

Under Seal has been served on Plaintiff Lynn Hudnut by Federal Express at:

> 1405 Wyanconda Avenue
> Canton, MO 63435

I also hereby certify that the above and foregoing Request to File Certain

Documents Under Seal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann,

by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by

e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve

Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically

filed with the Clerk of Court of the United States District Court for the Eastern District of

Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord

with the procedures established in MDL 1657, on this 7th day of June, 2012.

> _/s/ Dorothy H. Wimberly_
> Dorothy H. Wimberly, 18509
> STONE PIGMAN WALTHER
> WITTMANN L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana  70130
> Phone:  504-581-3200
> Fax:     504-581-3361
> dwimberly@stonepigman.com
>
> Defendants' Liaison Counsel

3

1095786v1