**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Ruth Jenkins, et. al v. Merck & Co., Inc.,* | * | KNOWLES |
| *2:05-cv-04054-EEF-DEK* | * | |
| | * | |
| **Only with regard to:** | * | |
| **Lynn Hudnut** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MERCK SHARPE & DOHME CORP.'S**
**REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL**


Considering the foregoing Request to File Certain Documents Under Seal,

IT IS HEREBY ORDERED that Exhibits 2, 3, 4, 5, 6, 7 and 8 to Defendant Merck Sharp

& Dohme Corp.'s Statement of Material Facts as to Which There is No Dispute are to be filed

under seal.

New Orleans, Louisiana, this _____ day of _____, 2012.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE


1