UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Ruth Jenkins, et. al v. Merck & Co., Inc.,* | * KNOWLES |
| *2:05-cv-04054-EEF-DEK* | * |
| | * |
| Only with regard to: | * |
| Lynn Hudnut | * |

******************************************************************************

**DEFENDANT MERCK SHARP & DOHME CORP.'S LR56.1 STATEMENT OF
MATERIAL FACTS AS TO WHICH THERE IS NO DISPUTE**

Pursuant to LR56.1, Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, hereby submits the following statement of material facts as to which there is no genuine issue to accompany its Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56:

1. On August 24, 2005, Plaintiff Lynn Hudnut, a Missouri resident, filed this lawsuit against Merck alleging that his prior use of Vioxx caused him to suffer "renal elevation of his creatinine." Compl. (attached hereto as Ex. 1) ¶ 7; Pl. Profile Form (attached hereto as Ex. 2) at 2.

2. In 1998, Mr. Hudnut suffered an acute inferior wall myocardial infarction and underwent two angioplasties. *See* Ex. 2 at 7; Affidavit of Juan Jorge Olivero, M.D., F.A.S.N. (attached hereto as Ex. 3) ¶ 7; Selected medical records of Eugene Childress, M.D. (attached hereto as Ex. 4) at 00060-62.

1

1095789v1

3. Mr. Hudnut has a history of poorly controlled hypertension stretching back to the 1980s.  Ex. 4 at 00085.

4. Dr. Christopher Bieniek, an orthopedic surgeon, began prescribing Vioxx 25 mg to Mr. Hudnut starting on March 7, 2000 to treat his arthritic pain, and that his primary care physician, Dr. Eugene Childress, continued Mr. Hudnut's prescription for Vioxx beginning in September 2001.  Prescription records from Osco Drug (attached hereto as Ex. 5) at 00006; Selected medical records of Christopher M. Bieniek, M.D. (attached hereto as Ex. 6) at 00006-07.

5. The prescriptions filled by Mr. Hudnut for Vioxx were generally for 25 mg of Vioxx in quantities of 30 pills per month, but he also filled prescriptions for 50mg of Vioxx on June 28, 2002 (30 pills) and August 1, 2002 (30 pills).  *See* Ex. 5 at 00005.

6. In August 2001, Dr. Bienick recommended to Mr. Hudnut "occasional[]" use of 50mg of Vioxx daily.  Ex. 6 at 00008.

7. Throughout the time that Mr. Hudnut was prescribed Vioxx, he was also using prescription medications known as ACE inhibitors (*e.g.*, Lotensin and Lisinopril) to treat his hypertension.  *See, e.g.*, Ex. 6 at 00006-07; Ex. 4 at 00089, 57-58; Selected medical records from Veterans Administration Medical Center (attached hereto as Ex. 7) at 000187-188, 168-169, 155-158; 147-148.

8. For the first two years that Mr. Hudnut took Vioxx, his lab work documented normal creatinine levels, and Vioxx helped control his arthritis pain.  *See* Ex. 7 at 00150, 00170; Selected medical records from Quincy Medical Group (attached hereto as Ex. 8) at 00017; Ex. 3 ¶10.

9. In the summer of 2002, Mr. Hudnut's Vioxx dose was increased from 25 mg to 50mg.  Ex. 5 at 00002; Ex. 7 at 00145; Ex. 3 ¶ 11.

10. In July 2002, laboratory reports showed elevated serum creatinine levels in Mr. Hudnut's blood.  Ex. 7 at 00151-152; Ex. 4 at 00037; Ex. 3 ¶ 11.

11. On July 11, 2002, Dr. Grant Hammons at the Columbia, Missouri VA Medical Center notified Mr. Hudnut of his elevated creatinine and instructed him to stop taking Vioxx until repeat testing could be done.   Ex. 7 at 00151.

12. On July 24, 2002, Dr. Childress noted "[p]ossible medication induced renal insufficiency" in Mr. Hudnut, and instructed him to "hold the Vioxx as it has a renal component and may be a factor."  Ex. 4 at 00016.

13. Mr. Hudnut continued to take Vioxx following these warnings from his physicians.  *See* Ex. 5 at 00002; Ex. 3 ¶¶ 12-15.

14. On August 22, 2002, new lab work showed that Mr. Hudnut's creatine levels continued to be elevated and he was again instructed to discontinue taking Vioxx.  Ex. 4 at 00038.

15. On September 9, 2002, his medical records document that he had in fact discontinued Vioxx and his creatine levels were decreasing.  Ex. 4 at 00039.

16. By December 2002, Mr. Hudnut's creatine levels had returned to normal range.  Ex. 4 at 00040; Ex. 3 ¶ 18.

17. Dr. Childress noted in December 2002:  Mr. Hudnut "has had difficulty in the past with renal induced dysfunction secondary to Vioxx therapy.  As we discontinued the Vioxx, his lab values . . . have all normalized." Ex. 4 at 00017.

18. In February 2003, Dr. Daryl Miller, a rheumatologist, also noted that Mr. Hudnut "had an elevation of his creatinine with Vioxx. The medication was discontinued. The renal problem was reversible." Ex. 8 at 00019-20.

19. Vioxx is a nonsteroidal anti-inflammatory medication ("NSAID") that was approved by the FDA to treat, among other things, osteoarthritis. FDA Approval Letter and initial Vioxx Package Insert (attached hereto as Ex. 9) at MRK-99420021411.

20. Throughout the time that Vioxx was available for use in the United States from May 1999 to September 2004, each version of its FDA-approved product labeling contained detailed information about the potential for renal injury associated with NSAIDs like Vioxx. Ex. 3 ¶¶ 22-27.

21. In the original May 1999 FDA-approved Vioxx package insert, the PRECAUTIONS section stated:

> *Renal Effects*
>
> Long-term administration of NSAIDs has resulted in renal papillary necrosis and other renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins have a compensatory role in the maintenance of renal perfusion. In these patients, administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent reduction in prostaglandin formation and, secondarily, in renal blood flow, which may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed by recovery to the pretreatment state. Clinical trials with VIOXX at daily doses of 12.5 and 25 mg have shown renal effects (e.g., hypertension, edema) similar to those observed with comparator NSAIDs; these occur with an increased frequency with chronic use of VIOXX at doses above the 12.5 to 25 mg range. (See ADVERSE REACTIONS.)
>
> Caution should be used when initiating treatment with VIOXX in patients with considerable dehydration. It is advisable to rehydrate patients first and then start therapy with VIOXX. Caution is also

4

> recommended in patients with pre-existing kidney disease (see WARNINGS, Advanced Renal Disease).

Ex. 9 at MRK-99420021424.

22. The ADVERSE REACTIONS section of the March 2000 FDA-approved Vioxx package insert stated:

> The following serious adverse events have been reported rarely (estimated <0.1%) in patients taking VIOXX, regardless of causality. Cases reported only in the post-marketing experience are indicated in italics. . . .
>
> *Urogenital System: acute renal failure*, breast malignant neoplasm, *interstitial nephritis*, prostatic malignant neoplasm, urolithiasis, *worsening chronic renal failure.*

March 2000 Vioxx package insert (attached hereto as Ex. 10) at MRK-LBL0000042.

23. The original Vioxx Patient Information Sheet provided to patients and appended to the physician prescribing information stated:

> **What are the possible side effects of VIOXX?**
>
> Serious but rare side effects that have been reported in patients taking VIOXX and/or related medicines have included: . . .
>
> - Serious kidney problems occur rarely in patients taking NSAIDs. . . .

October 1999 Vioxx Patient Information Sheet (attached hereto as Ex. 11) at MRK-LBL0000001.

24. The March 2000 Vioxx Patient Information Sheet provided to patients and appended to the physician prescribing information stated:

> **What are the possible side effects of VIOXX?**
>
> Serious but rare side effects that have been reported in patients taking VIOXX and/or related medicines have included: . . .
>
> - Serious kidney problems occur rarely, including acute kidney failure and worsening of chronic kidney failure. . . .

March 2000 Vioxx Patient Information Sheet (attached hereto as Ex. 12) at MRK-LBL0000003.

Dated: June 7, 2012                                    Respectfully submitted,

                                                                                                  */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

  —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Statement of Material Facts has been served on Plaintiff Lynn Hudnut by Federal Express at:

    1405 Wyanconda Avenue
    Canton, MO 63435

I also hereby certify that the above and foregoing Statement of Material Facts has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of June, 2012.

        */s/ Dorothy H. Wimberly*
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana  70130
        Phone:  504-581-3200
        Fax:     504-581-3361
        dwimberly@stonepigman.com
        Defendants' Liaison Counsel

1095789v1