# EXHIBIT 6 TO LR 56.1 STATEMENT

# FILED UNDER SEAL

1095803v1