# EXHIBIT 8 TO LR 56.1 STATEMENT

# FILED UNDER SEAL

1095806v1