UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Ruth Jenkins, et. al v. Merck & Co., Inc.,* | * | KNOWLES |
| *2:05-cv-04054-EEF-DEK* | * | |
| | * | |
| Only with regard to: | * | |
| Lynn Hudnut | * | |
| | * | |

*****************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Merck Sharp & Dohme Corp.'s Motion for Summary Judgment will be submitted on the 11th day of July, 2012, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: June 7, 2012                                   Respectfully submitted,

                                                      /s/ Dorothy H. Wimberly
                                                      Phillip A. Wittmann, 13625
                                                      Dorothy H. Wimberly, 18509
                                                      STONE PIGMAN WALTHER
                                                      WITTMANN L.L.C.
                                                      546 Carondelet Street
                                                      New Orleans, Louisiana 70130
                                                      Phone: 504-581-3200
                                                      Fax:    504-581-3361

                                                      Defendants' Liaison Counsel

                                                          —and—

1

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiff Lynn Hudnut by Federal Express at:

   1405 Wyanconda Avenue
   Canton, MO 63435

I also hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of June, 2012.

                                                   /s/ Dorothy H. Wimberly
                                                   Dorothy H. Wimberly, 18509
                                                   STONE PIGMAN WALTHER
                                                   WITTMANN L.L.C.
                                                   546 Carondelet Street
                                                   New Orleans, Louisiana 70130
                                                   Phone:  504-581-3200
                                                   Fax:     504-581-3361
                                                   dwimberly@stonepigman.com

                                                   Defendants' Liaison Counsel

1095807v1