IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL NO. 1657 / CA:205-MD-1657<br><br>Section L<br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| This Document Relates to<br>*All Settled Third-Party-Payor and Personal-Injury Claims Involving Missouri Vioxx Users* | ) ) ) ) ) ) | |

## DESIGNATION OF RECORD ON APPEAL
## OF THE APRIL 23, 2012 ORDER [DOC. 63782]

Ms. Plubell, Mr. Ivey and the Missouri Class (hereinafter "the Missouri Plaintiffs"), pursuant to the May 30, 2012 Order of the United States Court of Appeals for the Fifth Circuit, [Doc. 00511870347 and Doc. 00511870350] in Case No. 12-30560, hereby designate the following as the agreed-upon Designation of Record on Appeal in Case No. 12-30560[1]:

- Motion Enjoin Missouri Plaintiffs Mary Plubell and Ted Ivey from Pursing Relief for Vioxx Expenditures Already Subject to Settlements by Defendant [Doc. 63744];

- Exparte/Consent Motion for Leave to File Supplemental Memorandum of Law in Support of Motion to Enjoin Missouri Plaintiffs Mary Plubell and Ted Ivey from Pursuing Relief for Vioxx Expenditures Already Subject to Settlements [Doc. 63757];

---

[1] Counsel for Defendant Merck & Co., Inc. (hereinafter "Merck") has informed Counsel for the Missouri Plaintiffs that, while they agree that all such documents listed herein should be included in the Designation of Record on Appeal, they may file a Supplemental Designation of Record on Appeal in order to include additional material that Counsel for Merck believes should also be incorporated as part of the Record on Appeal. Counsel for the Missouri Plaintiffs object to such Supplemental Designation of Record on Appeal because the additional material that Counsel for Merck wishes to include are irrelevant to this Appeal and were never incorporated as exhibits to any of the briefing presented to the District Court related to the issues on appeal or otherwise cited anywhere by the District Court as the basis for its April 23, 2012 Order. Accordingly, Counsel for the Missouri Plaintiffs do not believe any of the material included in any Supplemental Designation of Record on Appeal to be filed by Merck should be made part of the Record on Appeal in Case No. 12-30560.

- Order granting Motion for Leave to File Supplemental Memorandum [Doc. 63758];

- Supplemental Memorandum filed by Defendant, in support of MOTION Enjoin Missouri Plaintiffs Mary Plubell and Ted Ivey from Pursuing Relief for Vioxx Expenditures already subject to Settlements [Doc. 63759];

- Response/Memorandum in Opposition filed by Plaintiff re Motion Enjoin Missouri Plaintiffs Mary Plubell and Ted Ivey from Pursuing Relief for Vioxx Expenditures already subject to Settlements [Doc. 63761];

- Order that the Court will take Motion Enjoin Missouri Plaintiffs Mary Plubell and Ted Ivey from Pursuing Relief for Vioxx Expenditures already subject to Settlements under submission on the briefs, without oral argument [Doc. 63766];

- Exparte/Consent Motion for Leave to File Reply in Support of Motion to Enjoin Missouri Plaintiffs Mary Plubell and Ted Ivey From Pursuing Relief for Vioxx Expenditures Already Subject to Settlements [Doc. 63767];

- Order granting Motion for Leave to File Reply Memorandum [Doc. 63769];

- Reply to Response to Motion filed by Defendant re Motion Enjoin Missouri Plaintiffs Mary Plubell and Ted Ivey from Pursuing Relief for Vioxx Expenditures already subject to Settlements [Doc. 63770];

- Notice by Defendant re Motion Enjoin Missouri Plaintiffs Mary Plubell and Ted Ivey from Pursuing Relief for Vioxx Expenditures already subject to Settlements [Doc. 63779];

- Order & Reasons granting Motion to Enjoin Missouri Plaintiffs Mary Plubell and Ted Ivey From Pursuing Relief for Vioxx Expenditures Already Subject to Settlements [Doc. 63782];

- Notice of Appearance by Patrick J. Stueve on behalf of Mary Plubell [Doc. 63843];

- Notice of Appeal by Mary Plubell [Doc. 63844].

The parties further request that all exhibits to the above-referenced Documents also be included in the Record on Appeal in Case No. 12-30560.

Dated:   June 7, 2012                              Respectfully submitted,

                                                   s/ Patrick J. Stueve
                                                   **STUEVE SIEGEL HANSON LLP**
                                                   Patrick J. Stueve, Mo. Bar #37682
                                                   stueve@stuevesiegel.com
                                                   460 Nichols Road, Suite 200
                                                   Kansas City, Missouri 64112
                                                   Telephone:   (816) 714-7100
                                                   Facsimile:   (816) 714-7101

                                                   **GRAY, RITTER & GRAHAM, P.C.**
                                                   Don M. Downing, Mo. Bar #30405
                                                   ddowning@grgpc.com
                                                   701 Market Street, Suite 800
                                                   St. Louis, Missouri 63101
                                                   Telephone:   (314) 241-5620
                                                   Facsimile:   (314) 241-4140

                                                   *Attorneys for the Missouri Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Designation of Record on Appeal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of June, 2012.

s/ Patrick J. Stueve