"Certification of Funds in the Registry"

PRINCIPAL: $ 370,130.36

Financial Deputy: _____ Date: 4·23·12

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| THIS DOCUMENT RELATES | § | MAG. JUDGE KNOWLES |
| TO ALL CASES | § | SPECIAL MASTER |
| | § | PATRICK A. JUNEAU |
| FILER: Jack E. Urquhart | § | |

## ORDER GRANTING KATHRYN SNAPKA'S MOTION FOR DISBURSEMENT OF FUNDS BEING HELD IN THE COURT'S REGISTRY

The Clerk of the United States District Court, Eastern District of Louisiana, is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of Three Hundred Seventy Thousand, One Hundred Thirty Dollars and 36/100 ($370,130.36), together with any and all legal interest earned, less the assessment fee for the administration of funds, payable to Beirne, Maynard & Parsons, LLP, Suite 2500, Houston, Texas 77056, and mail or deliver the check to Jack Urquhart, Beirne, Maynard & Parsons, LLP, Suite 2500, Houston, Texas 77056.

SIGNED this the 6 day of June, 2012.

_____
JUDGE PRESIDING