UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
---------------------------------------------------------  X
In Re:  VIOXX PRODUCTS LIABIITY LITIGATION   :     MDL No. 1657
                                             :
---------------------------------------------------------  :     SECTION L
STATE OF SOUTH CAROLINA, Ex rel Henry        X
McMaster, in his capacity as Attorney General of the       JUDGE FALLON
State of South Carolina,                     :     MAG. JUDGE KNOWLES
                                             :
                             Plaintiff,      :     No. 2:10-cv-00319-EEF-DEK
                                             :
v.                                           :
                                             X
MERCK & CO., INC.,

                             Defendant.
---------------------------------------------------------
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by Plaintiff STATE OF SOUTH CAROLINA,

Ex rel Henry McMaster, in his capacity as Attorney General of the State of South Carolina, and

Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP

41(a)(1)(A)(ii), the above captioned action, is hereby dismissed by Plaintiff with prejudice and

with each party to bear its own costs and fees.

Dated: May 11, 2012

STATE OF SOUTH CAROLINA                     Merck & Co., Inc.
By authorized counsel:                      By authorized counsel:


_____ 6/11/12            _____
C. HAVIRD JONES, JR.                        John H. Beisner, Esq.
Senior Assistant Attorney General           Skadden, Arps, Slate, Meagher & Flom LLP
Post Office Box 11549                        1440 New York Avenue, N.W.
Columbia, South Carolina 29211              Washington, D.C.  20005

*Counsel for Plaintiff State of South Carolina*    *Counsel for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice As to All Defendants* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of June, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

866478v.1