UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| STATE OF SOUTH CAROLINA, Ex, rel Henry McMaster, in his capacity as Attorney General for the State of South Carolina | SECTION L |
| | JUDGE ELDON E. FALLON |
| Plaintiff, | MAGISTRATE JUDGE KNOWLES |
| versus | |
| MERCK & CO., INC., | |
| Defendant. | |
| This Document Relates to: Case No. 2:10-cv-00319 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

**IT IS ORDERED** that all claims of plaintiff be and they hereby are dismissed with prejudice, each party to bears its own costs.

**NEW ORLEANS, LOUISIANA**, this ____ day of June, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1096063v.1