UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EMMANUEL IWOBI | CIVIL ACTION |
| VERSUS | NO.  MDL 1657 |
| MERCK & CO., INC. | SECTION  L (3) |

**ORDER**

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☑  the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐  the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐  the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: _____

_____

 New Orleans, Louisiana, this 8th day of June, 2012.

*[signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE