**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Eastern District of Louisiana | MD 05-1657 "L" |

Short Case Title _In Re: Vioxx Prod. Liab. Litigation_ Court Reporter _Karen Ibos_

Date Notice of Appeal Filed by Clerk of District Court _5/15/12_ Court of Appeals # _12-30586_

(If Available)

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☒ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings; *(check appropriate box)*

Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

*(stamp, vertical):* LORETTA G. WHYTE CLERK — U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA — FILED JUN -5 AM 10:5 TMM

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 10/19/2010 | Motion Proceeding | Patrick Juneau |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE A PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☒ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature _____ Date Transcript Ordered _5/25/12_

Print Name _Ronald R. Benjamin Pro Se_ Counsel for _____

Address _126 Riverside Dr. P.O. Box 607, Binghamton NY_ Telephone _607-772-1442_

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side to copy 4 before completing.)*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____ _____ _____
Date / Signature of Court Reporter / Telephone

Address of Court Reporter: _____

**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by the court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Fee _____
_____ Process _____
X Dktd

_____ _____
Date / Signature of Court Reporter

Actual Number of Pages _____ Actual Number of Volumes _____

Dep. No. _____

**Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I**

DKT-13 (5/96)