UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY<br>LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **NOTICE OF MOTION**<br><br>MDL 1657<br>SECTION: L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| ---------------------------------------------------- : | | |

THIS DOCUMENT RELATES TO:     Gene Weeks v. Merck & Co., Inc.,
                              Case No.: 2:05-cv-04578

PLEASE TAKE NOTICE that upon the attorney affirmation of Ronald R. Benjamin, dated May 25, 2012, and upon all the pleadings and prior proceedings heretofore had, served and/or filed herein, attorney Ronald R. Benjamin will move this Court, before the Honorable Eldon E. Fallon, United States District Judge, at the United States Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on Wednesday, June 20, 2012 or at a date and time to be established by the Court, for an order permitting appellant to withdraw his incorrectly filed Notice of Appeal (filed by ECF on May 22, 2012; Doc. #63866).

Dated: June 12, 2012
       Binghamton, New York

                                           /s/ Ronald R. Benjamin
                               RONALD R. BENJAMIN, Fed. Bar Roll No.: 101131
                               LAW OFFICE OF RONALD R. BENJAMIN
                               126 Riverside Drive, P.O. Box 607
                               Binghamton, New York 13902-0607
                               (607) 772-1442
                               ronbenjaminlaw@stny.rr.com

## SERVICE LIST

Phillip A. Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Russ Herman, Esq.
Herman Gerel LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Douglas Marvin, Esq.
Williams & Connolly
725 12th Street, NW
Washington, DC 20005

Maria D. Tejedor, Esq
505 North Mills Avenue
Orlando, FL 32803