UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY<br>     LITIGATION | : | **ATTORNEY AFFIRMATION** |
| | : | |
| | : | MDL 1657 |
| | | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | | MAGISTRATE JUDGE KNOWLES |
| | : | |
| | : | |
| ------------------------------------------------------ | : | |

THIS DOCUMENT RELATES TO:    Gene Weeks v. Merck & Co., Inc.,
                                                                  Case No.: 2:05-cv-04578

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF BROOME   )

      Ronald R. Benjamin, being duly sworn, deposes and states:

1.    I am the actual party in interest in the instant appeal, appearing pro se, and make the instant motion to withdraw the Notice of Appeal filed by my office on May 22, 2012 and proceed on the amended Notice of Appeal, filed May 25, 2012 which amendment is annexed hereto as **Exhibit A**.

2.    The appeal arises out of a dispute over counsel fees from the proceeds paid over to plaintiff Gene Weeks and as such, the notice of appeal filed on his behalf is not proper.

3.    The appellee in this case would be his former counsel Maria D. Tejedor.

4.    Since no prejudice would attach to granting the instant motion it is respectfully requested the same be granted.

Dated: May 25, 2012
         Binghamton, New York

           /s/ Ronald R. Benjamin
Ronald R. Benjamin; Fed Bar Roll No.: 101131
Law Office of Ronald R. Benjamin
126 Riverside Drive, P.O. Box 607
Binghamton, New York 13902-0607
(607) 772-1442
ronbenjaminlaw@stny.rr.com

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : | **AMENDED NOTICE OF APPEAL** |
| | : | |
| | : | MDL 1657 |
| | | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | | MAGISTRATE JUDGE KNOWLES |
| | : | |
| | : | |
| -------------------------------------------------- | : | |

THIS DOCUMENT RELATES TO:   Gene Weeks v. Merck & Co., Inc.,
Case No.: 2:05-cv-04578

Notice is hereby given that attorney Ronald R. Benjamin hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Reasons ( Doc. No.: 63793) signed by the Honorable Judge Eldon E. Fallon April 25, 2012, and filed and entered on the 25th day of April, 2012, with the exception of that portion granting appellant's seventh objection.

Dated:   May 25, 2012

         /s/   Ronald R. Benjamin
        RONALD R. BENJAMIN, Fed. Bar Roll No.: 101131
        LAW OFFICE OF RONALD R. BENJAMIN
        126 Riverside Drive, P.O. Box 607
        Binghamton, New York 13902-0607
        (607) 772-1442/Telephone
        (607) 772-1678/Facsimile
        ronbenjaminlaw@stny.rr.com

TO COUNSEL ON ATTACHED LIST :

**SERVICE LIST**

Maria D. Tejedor, Esq
505 North Mills Avenue
Orlando, FL 32803

Phillip A. Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Russ Herman, Esq.
Herman Gerel LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Douglas Marvin, Esq.
Williams & Connolly
725 12th Street, NW
Washington, DC 20005