UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : | MDL NO. 1657 |
| | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:** ***Rose Marie Moody v. Merck & Co., Inc., et al.*, Case Number 07-673; *Rose Marie Moody v. Merck & Co., Inc., et al.*, Case Number 07-675**

**ORDER**

On April 18, 2012, the Court entered correspondence from Vioxx Claimant Rose Moody into the record. (Rec. Doc. 63774). The record reflects that Ms. Moody's cases were dismissed via joint stipulations of dismissal on November 4, 2010. (Rec. Docs. 55133, 55135).[1] Ms. Moody inquires about inquires about the status of her settlement. She states that "was supposed to receive a lump sum initially and so much a month" but has not received any money. She also states that she has had difficulty obtaining information from her attorney. The Court referred the matter to Plaintiffs' Liaison Counsel, who contacted Ms. Moody's Vioxx attorney and ascertained his position on the matter.

The Court has reviewed the attorney's report and finds the explanation of the resolution of Jessie M. Moody's Vioxx claim to be satisfactory as well as unremarkable. He reports that he

[1]Five other related cases arising from the death of Jessie M. Moody were also dismissed. Rec. Doc. 55131 (dismissing Case No. 07-671, *Lyle Gene Nobles v. Merck & Co., Inc.*); Rec. Doc. 55132 (dismissing Case No. 07-672, *Laveta Danette Thomas v. Merck & Co., Inc.*); Rec. Doc. 55134 (dismissing Case No. 07-674, *David Lawrence Moody v. Merck & Co., Inc.*); Rec. Doc. 55136 (dismissing Case No. 07-677, *John Wesley Moody v. Merck &. Co., Inc.*); Rec. Doc. 55234 (dismissing Case No. 07-676, *Kenneth Wesley Moody v. Merck & Co., Inc.*).

is a friend of Ms. Moody's family and is readily available if she wishes to contact him. The Court considers the matter to be concluded.

New Orleans, Louisiana, this 11th day of June, 2012.

UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman
Plaintiffs' Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Douglas S. Gilliland
Ainbinder, Hitzke & Gilliland
402 W. Broadway Suite 1760
San Diego, CA 92101

Rose Moody
809 Leppert St.
San Diego, CA 92114

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130