UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | :<br>:<br>:<br>:<br>:<br>: | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**This document relates to:** *Elizabeth Alexander,* 07-3147; *Johen Manuel Rodriquez,* 07-3150

## ORDER

The Court previously entered into the record correspondence from an attorney on behalf of two of his clients whose claims were excluded from the Vioxx Settlement Program due to untimely filing of materials. (Rec. Doc. 60482). The attorney indicates that he was led to believe by the Claims Administrator that his clients' claims were being processed, when in fact they were not. The Court entered the correspondence into the record, with copies to Plaintiff's Liaison Counsel, to Defendant's Liaison Counsel, and to the Claims Administrator to take appropriate action on the matter. The Court has been informed that the Claims Administrator has declined to revisit its decision. The MSA does not provide for direct review by this Court of Claims Administrator decisions of this type. Accordingly, the Court considers the matter to be concluded.

New Orleans, Louisiana, this 11th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

1

2

Clerk to serve:

| | |
|---|---|
| Mr. Russ Herman | Mr. Michael D'Agostino |
| Plaintiff's Liaison Counsel | 880 Third Avenue |
| Herman, Herman Katz & Cotlar, LLP | New York, NY 10022 |
| 820 O'Keefe Ave. | |
| New Orleans, LA 70113 | |
| | |
| Mr. Phillip Wittmann | Claims Administrator |
| Defendant's Liaison Counsel | BrownGreer PLC |
| Stone Pigman Walter Wittmann, LLC | 115 S. 15th St. |
| 546 Carondelet Street | Suite 400 |
| New Orleans, LA 70130 | Richmond, VA 23219 |