UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Ruth Jenkins, et. al v. Merck & Co., Inc.,* | * | KNOWLES |
| *2:05-cv-04054-EEF-DEK* | * | |
| | * | |
| Only with regard to: | * | |
| Lynn Hudnut | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING MERCK SHARPE & DOHME CORP.'S
REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Considering the foregoing Request to File Certain Documents Under Seal,

IT IS HEREBY ORDERED that Exhibits 2, 3, 4, 5, 6, 7 and 8 to Defendant Merck Sharp & Dohme Corp.'s Statement of Material Facts as to Which There is No Dispute are to be filed under seal.

New Orleans, Louisiana, this   11th   day of     June    , 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1

1095788v1