

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 AUG 24   PM 12: 17
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

RUTH JENKINS,            )
                         )
WANDA MADDEN,            )
                         )
EDWARD PAYUK,            )
                         )
RICHARD SIMPSON,         )
                         )
KIM MOHN,                )
OBO RON MOHN, DECEASED   )
                         )
LYNN HUDNUT,             )
                         )
MARLIN MARTIN, JR.,      )
                         )
DEAN HOLLIDAY,           )
                         )
SANDRA ALLEN,            )
                         )
NELSON DAVIS,            )
                         )
OLIVIA GILLESPIE,        )
                         )
MARY PRUETT,             )
                         )
JAMES ALEXANDER,         )
                         )
THOMAS COSTELLO,         )
                         )
CHARLES GARRISON,        )
                         )
BILLY KAMP,              )

**05-4054**
**CIVIL MAG. 3**

Fee $250.
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No _____

MARJORIE LEWIS,                          )
                                         )
MIKE LONG,                               )
                                         )
JOHN MANGANARO,                          )
                                         )
ERNEST MANNING,                          )
                                         )
LEONARD PAGANO,                          )
                                         )
W.C. ROBY,                               )
                                         )
TED THORNBURG,                           )
                                         )
IMOGENE BADE,                            )
                                         )
MARY P. BAKER,                           )
                                         )
EDITH BALLENTINE,                        )
                                         )
JERRY BLAGG,                             )
                                         )
WAYNE CAMPBELL,                          )
                                         )
JAMES DAVID CARAWAY,                     )
                                         )
GENETTA CARR,                            )
                                         )
O.L. CROWE,                              )
                                         )
MARY HELEN CUMMINGS,                     )
                                         )
EVA GASKINS,                             )
                                         )
MARY ANN GORMAN,                         )
OBO EDDIE MAE MITCHELL                    )
                                         )
JAMES GREGORY,                           )
                                         )
CLIFFORD HALFORD,                        )
                                         )
JOHN HALL,                               )
                                         )
RICK HALL,                               )
                                         )

| | |
|---|---|
| JAMES R. HAYNES, | ) |
| LARKIN HOUSEHOLDER, | ) |
| MARY SUE HOWELL, | ) |
| CONNIE HUBBARD, | ) |
| MATTIE JACKSON, | ) |
| PATRICIA JONES, | ) |
| JOHN KOVACS, | ) |
| FLOSSIE MARTIN, | ) |
| ANNA MCCOY, | ) |
| OPAL MCLEMORE, | ) |
| HUBERT MOORE, | ) |
| W.S. NORRID, | ) |
| CHERYL PATTERSON, | ) |
| BILLIE JEAN RAY, | ) |
| RUBIN RUFF, | ) |
| BETTY SKAGGS, | ) |
| TONIA SWINK, | ) |
| SHELBY THURMAN, | ) |
|      Plaintiffs, | )  MDL No. 1657 |
| v. | ) |
| MERCK & CO., INC. | ) |
|      Defendant. | ) |

## COMPLAINT

2

COMES NOW, each individually named Plaintiff and for their causes of action against Merck & Co., Inc. ("Merck"), allege as follows:

1.     This is a civil action brought on behalf of each individually named plaintiff for the personal injuries and/or death sustained after using Vioxx (Rofecoxib). Each individually named plaintiff and/or decedent was prescribed and used the prescription medication Vioxx. This action seeks monetary damages for the personal injuries and/or death of each individually named plaintiff and/or decedent caused by the drugs named herein and ingested by each individually named plaintiff and/or decedent.

## PARTIES

2.     Plaintiff Ruth Jenkins is a resident of St. Louis, Missouri, who was prescribed and ingested Vioxx prior to undergoinog stent placement on May 25, 2004.

3.     Plaintiff Wanda Madden is a resident of Monroe City, Missouri, who was prescribed and ingested Vioxx prior to suffering a heart attack on December 29, 2001.

4.     Plaintiff Edward Payuk is a resident of Creve Coeur, Missouri, who was prescribed and ingested Vioxx prior to suffering a heart attack on June 18, 2001.

5.     Plaintiff Richard Simpson is a resident of Fenton, Missouri, who was prescribed and ingested Vioxx prior to undergoing stent placement on September 28, 2004.

6.     Plaintiff Kim Mohn is bringing her action individually and on behalf of Ron Mohn as decedent Mohn's surviving wife. Plaintiff Mohn is a resident of Fulton, Missouri. Decedent Mohn was prescribed and ingested Vioxx prior to suffering cardiomyopathy and subsequent death on April 11, 2004.

7.     Plaintiff Lynn Hudnut is a resident of Canton, Missouri, who was prescribed and ingested Vioxx prior to suffering renal elevation of his creatinine.

3

8. Plaintiff Marlin Martin, Jr. is a resident of Bernie, Missouri, who was prescribed and ingested Vioxx from prior to suffering a heart attack in August 2002.

9. Plaintiff Dean Holliday is a resident of Hannibal, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack on June 15, 2001.

10. Plaintiff Sandra Allen is a resident of Mexico, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke on October 17, 2004.

11. Plaintiff Nelson Davis is a resident of Madison, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack on October 29, 2002.

12. Plaintiff Olivia Gillespie is a resident of Poplar Bluff, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke in December 2001.

13. Plaintiff Mary Pruett is a resident of Poplar Bluff, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke in May 2004.

14. Plaintiff James Alexander is a resident of St. Louis, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke on August 23, 2002.

15. Plaintiff Thomas Costello is a resident of Sullivan, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack in 2002 and on November 23, 2004.

16. Plaintiff Charles Garrison is a resident of Kirkwood, Missouri who was prescribed and ingested Vioxx prior to suffering heart attacks on May 13, 2003, October 6, 2003 and June 26, 2004.

17. Plaintiff Billy Kamp is a resident of Shelbina, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke in March 2003.

18. Plaintiff Marjorie Lewis is a resident of New Madrid, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke on October 11, 2001.

4

19.     Plaintiff Mike Long is a resident of Kennett, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack in March 2001.

20.     Plaintiff John Manganaro is a resident of Des Peres, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack on July 7, 2001.

21.     Plaintiff Ernest Manning is a resident of Gatewood, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack on March 29, 2003.

22.     Plaintiff Leonard Pagano is a resident of St. Peters, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack on August 20, 2002.

23.     Plaintiff W.C. Roby is a resident of Bloomsdale, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack.

24.     Plaintiff Ted Thornburg is a resident of Moberly, Missouri who was prescribed and ingested Vioxx prior to suffering coronary artery disease and a gastrointestinal bleeding on April 15, 2001 and June 26, 2001.

25.     Plaintiff Imogene Bade is a resident of Owensville, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke on July 14, 2001.

26.     Plaintiff Mary P. Baker is a resident of Cardwell, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke.

27.     Plaintiff Edith Ballentine is a resident of Steele, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke.

28.     Plaintiff Jerry Blagg is a resident of Holcomb, Missouri who was prescribed and ingested Vioxx prior to suffering heart attacks.

29.     Plaintiff Wayne Campbell is a resident of Marston, Missouri who was prescribed and ingested Vioxx prior to suffering cardiovascular damage and undergoing stent placement.

5

30.    Plaintiff James David Caraway is a resident of Kennett, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke in August 2004.

31.    Plaintiff Genetta Carr is a resident of Holcomb, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke.

32.    Plaintiff O.L. Crowe is a resident of Hayti, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke.

33.    Plaintiff Mary Helen Cummings is a resident of Caruthersville, Missouri who was prescribed and ingested Vioxx prior to undergoing stent placement in May 2004.

34.    Plaintiff Eva Gaskins is a resident of Wardell, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack in 2001 and undergoing stent placements.

35.    Plaintiff Mary Ann Gorman is bringing her action individually and on behalf of Eddie Mae Mitchell as decedent Mitchell's surviving daughter. Plaintiff Gorman is a resident of Steele, Missouri. Decedent Mitchell was prescribed and ingested Vioxx prior to suffering a heart attack and stroke and subsequent death.

36.    Plaintiff James Gregory is a resident of Kennett, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack in 2000.

37.    Plaintiff Clifford Halford is a resident of Portageville, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack.

38.    Plaintiff John Hall is a resident of Braggadocio, Missouri who was prescribed and ingested Vioxx prior to suffering heart attacks.

39.    Plaintiff Rick Hall is a resident of Caruthersville, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke.

6

40.     Plaintiff James R. Haynes is a resident of Kennett, Missouri who was prescribed and ingested Vioxx prior to suffering blood clotting.

41.     Plaintiff Larkin Householder is a resident of Caruthersville, Missouri who was prescribed and ingested Vioxx prior to suffering strokes.

42.     Plaintiff Mary Sue Howell is a resident of Holcomb, Missouri who was prescribed and ingested Vioxx prior to suffering cardiovascular damage and undergoing stent placement in 2001 and suffering a stroke.

43.     Plaintiff Connie Hubbard is a resident of Caruthersville, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack.

44.     Plaintiff Mattie Jackson is a resident of Kennett, Missouri who was prescribed and ingested Vioxx prior to suffering multiple strokes between 1999-2003.

45.     Plaintiff Patricia Jones is a resident of Kennett, Missouri who was prescribed and ingested Vioxx prior to undergoing stent placements in 2001.

46.     Plaintiff John Kovacs is a resident of Holland, Missouri who was prescribed and ingested Vioxx prior to suffering a transcient ischemic attack in 2001.

47.     Plaintiff Flossie Martin is a resident of Kennett, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke in 2002.

48.     Plaintiff Anna McCoy is a resident of Portageville, Missouri who was prescribed and ingested Vioxx prior to suffering blood clotting in 2003.

49.     Plaintiff Opal McLemore is a resident of Hayti, Missouri who was prescribed and ingested Vioxx prior to suffering a transcient ischemic event on August 13, 2003.

50.     Plaintiff Hubert Moore is a resident of Pascola, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack in May 2002.

7

51.     Plaintiff W.S. Norrid is a resident of Holland, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke in 2003.

52.     Plaintiff Cheryl Patterson is a resident of Dexter, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke in 2002 and two heart attacks.

53.     Plaintiff Billie Jean Ray is a resident of Kennett, Missouri who was prescribed and ingested Vioxx prior to suffering a stroke on July 6, 2001.

54.     Plaintiff Rubin Ruff is a resident of Hayti, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack and stroke in 2001.

55.     Plaintiff Betty Skaggs is a resident of Kennett, Missouri who was prescribed and ingested Vioxx prior to suffering a heart attack.

56.     Plaintiff Tonia Swink is a resident of Senath, Missouri who was prescribed and ingested Vioxx prior to suffering cardiovascular damage.

57.     Plaintiff Shelby Thurman is a resident of Kennett, Missouri who was prescribed and ingested Vioxx prior to suffering strokes in October 2003.

58.     Defendant Merck is a New Jersey corporation with its principal place of business in White House Station, New Jersey.  At all times relevant hereto, Merck was engaged in the business of testing, developing, manufacturing, distributing, licensing, labeling, and marketing, either directly or indirectly through third parties or related entities, the pharmaceutical drug Vioxx.

## JURISDICTION AND VENUE

59.     Each plaintiff seeks in excess of $75,000, excluding costs and interests.  This Court has jurisdiction of this matter under 28 U.S.C § 1332.

60.     Venue is proper in this District pursuant to MDL No. 1657 Pretrial Order No. 11.

8

## FACTS COMMON TO ALL COUNTS

61.     Vioxx is the brand name of rofecoxib, one of a class of drugs called

"prostaglandins," which work to reduce inflammation and pain by providing analgesic and anti-

inflammatory benefits to persons with, among other conditions, arthritis and muscle pain.

Prostaglandins are COX (cyclooxygenase) inhibitors; COX enzymes metabolize arachidonic

acid to produce prostaglandins.

62.     Vioxx is a COX-2 inhibitor, which is designed to produce prostaglandins at

inflammatory sites, and to produce prostacyclin, a vasodilator and an inhibitor of platelet

aggregation.

63.     In February of 1997, when Merck was developing Vioxx, an internal Merck e-

mail warned that a proposed trial of the drug may show Vioxx patients having more blood clots

than those taking another medication and such trial may "kill [the] drug."

64.     Defendant Merck submitted an Application to Market a New Drug for Human

Use ("NDA") for rofecoxib to the United States Food and Drug Administration ("FDA") on

November 23, 1998, for tablets, at doses of 12.5 mg and 25 mg, for relief of the signs and

symptoms of osteoarthritis, the management of acute pain, and the treatment of primary

dysmenorrhea. This application was denoted NDA 21-042 by the FDA.

65.     Defendant Merck also submitted an Application to Market a New Drug for

Human Use ("NDA") for rofecoxib to the United States Food and Drug Administration

("FDA") on November 23, 1998, for oral suspension, at doses of 12.5 mg/mL and 25 mg/mL, for

relief of the signs and symptoms of osteoarthritis, the management of acute pain, and the

treatment of primary dysmenorrhea. This application was denoted NDA 21-052 by the FDA.

9

66. On or about May 20, 1999, the FDA approved NDA 21-042 and NDA 21-052 (hereinafter the "NDA") for rofecoxib, for relief of the signs and symptoms of osteoarthritis, the management of acute pain, and the treatment of primary dysmenorrhea.

67. At the time the drug was approved by the FDA the labeling for rofecoxib stated, in the section entitled "Special Studies -- Upper Endoscopy in Patients with Osteoarthritis," "Treatment with VIOXX 25 mg daily or 50 mg daily was associated with a significantly lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with ibuprofen 2400 mg daily. However, the studies cannot rule out at least some increase in the rate of endoscopic gastroduodenal ulcers when comparing VIOXX to placebo."

68. The "Warnings" section of the labeling for rofecoxib, at the time the drug was approved by the FDA, contains a section, "Gastrointestinal (GI) Effects -- Risk of GI Ulceration, Bleeding, and Perforation."

69. Defendant Merck submitted sNDA-007 with the goal of establishing a gastrointestinal ("GI") safety claim for rofecoxib. In conjunction with the sNDA, Defendant Merck performed the Vioxx GI Outcomes Research (VIGOR) Protocol, No. 088-04, entitled "A Double-Blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUBs During Chronic Treatment With MK-0966 or Naproxen in Patients With Rheumatoid Arthritis: U.S. Cohort." The VIGOR study was performed from January 6, 1999 through March 17, 2000.

70. The objectives of the VIGOR study were to (1) "determine the relative risk of confirmed PUB (Perforation, Ulcers, Bleeding) in patients taking MK-0966 50 mg daily compared to patients in the group taking naproxen 1000 mg/day," and (2) "study the safety and tolerability of MK-0966 in patients with rheumatoid arthritis."

10

71.     In March of 2000, the VIGOR trial results were known inside Merck. These trial results showed that patients taking Vioxx in the study group had five times the rate of heart attacks as in the naproxen study group.

72.     In March of 2000, a Merck research chief stated in an internal e-mail that cardiovascular problems "are clearly there" in the VIGOR trial and appear to be "mechanism based."

73.     In April of 2000, Merck issued a misleading press release that the VIGOR trial results are consistent with the clot-preventing effects of naproxen.

74.     In industry-sponsored studies presented at the European United League Against Rheumatism (EULAR), an organization in which Merck is a member and corporate sponsor, in June of 2000, it was shown that Vioxx use resulted in a statistically significant increase in hypertension and stroke. Not only did Merck do nothing to further accurately publish these studies, or warn consumers, but it denied the results with respect to hypertension in the official publication of the American Pharmaceutical Association, Pharmacy Today, *Spin War Aside, Lessons Emerge From COX-2 Trials,* in August 2000, page 3.

75.     Merck continued to deny the ill health effects associated with Vioxx while at the same time reaping profits obtained through its non-disclosure and concealment. Merck engaged in a massive advertising and sampling program and gained continued increases in the market share, which enhanced Merck's financial stability to the detriment of its consumers. As a result of Merck's scheme, it reaped more than $2 billion in profit in the year 2000 alone, and appropriated approximately 23 percent share of the market.

76.     Merck continued to profit from its scheme by withholding information from Plaintiff, the consuming public, and the health care industry. For example, in November of 2000,

11

Merck caused the publication of a study in the New England Journal of Medicine in which it knowingly downplayed and/or withheld the severity of cardiovascular risks associated with Vioxx consumption over naproxen consumption.

77.     In May of 2001, Merck issued a press release confirming "Favorable Cardiovascular Safety Profile of Vioxx."

78.     In May of 2001, the FDA responded to Merck's press release that "Your claim in the press release is simply incomprehensible . . . . The implications that Vioxx cardiovascular profile is superior to other NSAIDS is misleading."

79.     On or about August 29, 2001, the Journal of the American Medical Association (JAMA) published a peer-reviewed human epidemiologic study by the Cleveland Clinic Foundation, Cleveland, Ohio, Dr. D. Mukhisjee, et al., showing what Merck had concealed that the relative risk of developing a "confirmed adjudicated thrombotic cardiovascular event" (defined in the article as "myocardial infarction, unstable angina, cardiac thrombus, resuscitated cardiac arrest, sudden or unexplained death, ischemic stroke, and transient ischemic attacks") among Vioxx users in Merck's trials, including VIGOR, at a 95% confidence interval ranged from 2.2 for event-free survival analysis, 2.38 compared to naproxen users, and 4.89 for developing serious cardiovascular events among aspirin-indicated patients. *See* Mukhisjee, D., *et al., Risk of Cardiovascular Events Associated With Selective Cox-2 Inhibitors*, J.A.M.A. 286:8, 954-959, Aug. 22/29, 2001. In addition, the annualized myocardial infarction rates for Vioxx users compared to placebo revealed a statistically significant increase among Vioxx users.

80.     In the JAMA study, the authors stated that "by decreasing PGI2 production [Vioxx] may tip the natural balance between prothrombotic thromboxane A2 and antithrombotic PGI2, potentially leading to an increase in thrombotic cardiovascular events." *Id.* at 957. In a

follow-up peer-reviewed study reported in the Journal of the American College of Cardiology on or about February 6, 2002, Dr. Richard J. Bing conducted scientific testing and confirmed that the Cox-2 inhibitor "tips the balance of prostacyclinlthromboxane in favor of thromboxane, leading to increased vascular and thrombotic events." Bing, R., & Lomnicka, M., *Why Do CycloOxygenase-2 Inhibitors Cause Cardiovascular Events?, J.A.C.C.*, 39:3, Feb. 6, 2002. This is further supported by studies completed at the University of Pennsylvania. Cheng, Y., et al., *Role of Prostacyclin in the Cardiovascular Response to Thrornboxane A2, Journal of* Science, V. 296:539-541, Apr. 19, 2002.

81.     On September 17, 2001, Thomas W. Abrams, R.Ph., MBA, Director of the FDA Division of Drug Marketing, Advertising, and Communications, issued a "Warning Letter" to Raymond V. Gilmartin, President and CEO of Defendant Merck, relating to "promotional activities and materials for the marketing of Vioxx (rofecoxib) tablets."

82.     The Warning Letter stated that Defendant Merck had "engaged in a promotional campaign for Vioxx that minimizes the potentially serious cardiovascular findings that were observed in the Vioxx Gastrointestinal Outcomes Research (VIGOR) study, and thus, misrepresents the safety profile for Vioxx." The letter further states:

> Specifically, your promotional campaign discounts the fact that in the VIGOR study, patients on Vioxx were observed to have a four to five fold increase in myocardial infarctions (MIs) compared to patients on the comparator non-steroidal anti-inflammatory drug (NSAID), Naprosyn (naproxen).

83.     The eight (8) page Warning Letter outlines, in detail, the conduct of Defendant Merck that supports the FDA's issuance of the Warning Letter, and makes the following **"Conclusions and Requested Actions:"**

The promotional activities and materials described above minimize the potentially

13

serious Cardiovascular findings that were observed in the VIGOR study, minimize the Vioxx / Coumadin drug interaction, omit crucial risk information associated with Vioxx therapy, contain unsubstantiated comparative claims, and promote unapproved uses. On December 16, 1999, we also objected to your dissemination of promotional materials for Vioxx that misrepresented Vioxx's safety profile, contained unsubstantiated comparative claims, and lacked fair balance.

Due to the seriousness of these violations, and the fact that your violative promotion of Vioxx has continued despite our prior written notification regarding similar violations, we request that you provide a detailed response to the issues raised in this Warning Letter on or before October 1, 2001.

This response should contain an action plan that includes a comprehensive plan to disseminate corrective messages about the issues discussed in this letter to the audiences that received these misleading messages. This corrective action plan should also include:

> Immediately ceasing all violative promotional activities, and the dissemination of violative promotional materials for Vioxx.

> Issuing a "Dear Healthcare provider" letter to correct false or misleading impressions and information. This proposed letter should be submitted to us for review prior to its release. After agreement is reached on the content and audience, the letter should be disseminated by direct mail to all healthcare providers who were, or may have been exposed to the violative promotion.

> A written statement of your intent to comply with "1" and "2" above.

84.     In January of 2002, Merck continued to deny safety concerns regarding Vioxx in the magazine "Circulation."

85.     On April 11, 2002, the FDA approved a supplemental application for the use of Vioxx (rofecoxib) for rheumatoid arthritis, adding this indication to the previously approved indications for osteoarthritis and pain. The FDA also approved new labeling, a "Dear Doctor" letter, and a new patient package insert. The labeling and the "Dear Doctor" letter contained information concerning the results of the VIGOR study.

14

86.     The revised labeling further states that the administration of Vioxx 50 mg, was associated with a higher incidence of gastrointestinal symptoms.

**Clinical Studies in OA and BA with VIOXX 50 mg (Twice the highest dose recommended for chronic use)**

In OA and RA clinical trials which contained VIOXX 12.5 or 25 mg as well as VIOXX 50 mg, VIOXX 50 mg OD was associated with a higher incidence of gastrointestinal symptoms (abdominal pain, epigastric pain, heartburn, nausea and vomiting), lower extremity edema, hypertension, serious adverse experiences and discontinuation due to clinical adverse experiences compared to the recommended chronic doses of 12.5 and 25 mg (see DOSAGE AND ADMINISTRATION).

87.     Further, the "Dear Doctor" letter, approved in conjunction with the revisions to the Vioxx labeling, outlines the changes to the Vioxx labeling.

88.     The revised "Patient Information" sheet does not add any information about the results of the VIGOR study."

89.     The "Patient Information" sheet is the only written document that is provided to a patient for whom Vioxx is prescribed.

90.     Both the initial labeling and the revised labeling are ineffective because they do not properly advise physicians and patients of the potential side effects of Vioxx.

91.     Despite knowledge of the ineffectiveness of the warnings, and despite knowledge that Vioxx may cause serious side effects, Defendant Merck has concealed and/or downplayed the dangers associated with Vioxx, and continued to market the drug in the United States and abroad until September 30, 2004. In its 2001 Annual Report, for example, Defendant Merck states:

The Company also noted that a number of federal and state lawsuits, involving individual claims as well as purported class actions, have been filed against the Company with respect to *Vioxx*.... The lawsuits include allegations regarding gastrointestinal bleeding and cardiovascular events. The Company believes that these lawsuits are completely without merit and will vigorously defend them.

15

92.     Further, in its January 23, 2001 8-K filing with the Securities and

Exchange Commission, the Defendant fails to mention the cardiac and cardiothrombotic

findings of the VIGOR study:

> "Our results reflect the strength of our growth strategy," Mr. Gilmartin said. "Our
> five key products, VIOXX, ZOCOR, COZAAR/HYZAAR*, FOSAMAX and
> SINGULAIR, drove Merck's performance for the year and created a
> powerful platform for growth." These products accounted for 57% of Merck's
> worldwide human health sales for 2000 and 61% for the fourth quarter.
>
> "Each of the five medicines offers unique competitive advantages," Mr. Gilmartin
> said. VIOXX, a once-a-day medicine, is the only COX-2 indicated in the
> United States both for osteoarthritis and acute pain. Since its extraordinarily
> successful 1999 launch, VIOXX has become the world's fastest growing
> branded prescription arthritis medicine, and it is already Merck's second largest-
> selling medicine. In the United States, VIOXX now accounts for
> approximately 50 percent of new prescriptions in the COX-2 class, despite
> being second to market in this class in the United States. VIOXX achieved $2.2
> billion in sales for the full year 2000, with $700 million in the fourth quarter.
>
> A Food and Drug Administration (FDA) Advisory Committee meeting is
> scheduled for Feb. 8 to review labeling changes Merck has requested based
> on the strong results of the VIGOR Study. This 8,000-patient gastrointestinal
> outcomes research study, in which VIOXX reduced the risk of serious
> gastrointestinal complications by half compared to the NSAID naproxen, was
> published in November in THE NEW ENGLAND JOURNAL OF
> MEDICINE. Another study, presented in November, showed that VIOXX
> significantly reduced moderate-to-severe acute pain after dental surgery to a
> greater degree compared to codeine combined with acetaminophen.

93.     Despite the foregoing, Defendant Merck continued until September 30, 2004 to

represent to consumers that Vioxx is safe, and that any cardiovascular and/or

cardiothrombotic side effects are not associated with the drug. The Defendant has also

downplayed any potential gastrointestinal side effects of the drug, promoting it as safer and

more efficacious than other medications approved for treatment of similar conditions.

94.     As a direct and proximate result of each plaintiff's ingestion of Vioxx, each

16

plaintiff and/or decedent suffered injuries and/or death as more fully set forth above.

95.    Merck acted in a willful, wanton, and/or fraudulent manner toward plaintiffs and/or decedents and other Vioxx consumers, and plaintiffs are therefore entitled to punitive and/or aggravating circumstances damages.

## COUNT I
## STRICT LIABILITY

96.    Plaintiffs incorporate by reference the allegations in the above paragraphs.

97.    Merck was engaged in the business of manufacturing, designing, testing, marketing, selling, advertising, warning, and distributing Vioxx. The Vioxx consumed by each plaintiff and/or decedents reached plaintiffs and/or decedents without substantial change in the condition in which it was sold by Merck.

98.    Plaintiffs and/or decedents used Vioxx in the manner for which it was intended and a manner which was reasonably foreseeable.

99.    Plaintiffs and/or decedents were not aware of, nor could they have discovered, the dangerous nature of Vioxx.

100.    The Vioxx consumed by plaintiffs and/or decedents was in a defective condition and unreasonably dangerous in that it was defective in design, manufacturing, instructions and/or warnings to doctors, the FDA, and the consuming public, and such defects existed at the time the Vioxx was sold by Merck.

101.    As a direct and proximate result of the defects in Vioxx, plaintiffs were injured and damaged.

102.    The actions of Merck caused or contributed to cause the pain, suffering, and death of decedents.

103.    As a direct and proximate result of the defects in Vioxx, plaintiffs, on behalf of the

17

individuals entitled to bring a lawsuit by reason of the wrongful death of decedents, have been forced to expend monies for decedents' medical treatment prior to their deaths, for funeral and burial expenses, have incurred lost wages as a result of time taken to care for and be with decedents in their unnatural medical condition leading up to their death, and for such other expenses.

104.   As a direct and proximate result of the defects in Vioxx, plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, have been forever deprived of decedents' services, comfort, companionship, consortium, instruction, guidance, counsel, training and support and have forever lost the benefits derived from any future income provided by decedents.

105.   As a direct and proximate result of the defects of Vioxx, decedents were forced to incur pecuniary losses for which plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, are entitled to recover.

106.   As a direct and proximate result of the defects of Vioxx, decedents were forced to suffer great mental pain and anguish prior to their death for which plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, are entitled to recover.

107.   The deaths of decedents occurred under aggravating circumstances that the jury should consider.

108.   Merck acted with conscious disregard for the safety of plaintiffs and/or decedents and others and the jury should be permitted to return a verdict that will serve to punish and deter other from like conduct.

WHEREFORE, plaintiffs demand judgment against defendant Merck for compensatory

18

and punitive and/or aggravating circumstances damages, together with interest, costs of suit, attorneys' fees and all other such relief as the Court deems proper.

## COUNT II
### NEGLIGENCE

109.    Plaintiffs incorporate by reference the allegations in the above paragraphs.

110.    Merck had a duty to use reasonable care in the manufacturing, design, testing, marketing, warning, and advertising of its product Vioxx.

111.    Merck was negligent and breached its duty of reasonable care in that Merck:

    a.    Failed to adequately and properly test Vioxx so as to ascertain whether or not it was safe and proper for the purpose for which it was designed, manufactured and sold;

    b.    Failed to utilize and/or implement a reasonably safe design in the manufacture of Vioxx;

    c.    Failed to manufacture Vioxx in a reasonably safe condition for which it was intended;

    d.    Failed to adequately and properly warn doctors, the FDA, and the consuming public regarding the risks of complications in using Vioxx in a manner for which it was intended;

    e.    Failed to adequately and properly label Vioxx so as to warn doctors and the consuming public of the risks of complications in using Vioxx; and

    f.    Failed to adequately and properly label Vioxx so as to warn plaintiffs and/or decedents and doctors of the risk of heart attack and stroke with the use of Vioxx;

112.    As a direct and proximate result of Merck's negligence, plaintiffs were injured and

HudnutL-Complaint-    00020

damaged.

113. The actions of Merck caused or contributed to cause the pain, suffering, and death of decedents.

114. As a direct and proximate result of the defects in Vioxx, plaintiffs, on behalf of the individuals entitled to bring a lawsuit by reason of the wrongful death of decedents, have been forced to expend monies for decedents' medical treatment prior to their deaths, for funeral and burial expenses, have incurred lost wages as a result of time taken to care for and be with decedents in their unnatural medical condition leading up to their death, and for such other expenses.

115. As a direct and proximate result of the defects in Vioxx, plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, have been forever deprived of decedents' services, comfort, companionship, consortium, instruction, guidance, counsel, training and support and have forever lost the benefits derived from any future income provided by decedents.

116. As a direct and proximate result of the defects of Vioxx, decedents were forced to incur pecuniary losses for which plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, are entitled to recover.

117. As a direct and proximate result of the defects of Vioxx, decedents were forced to suffer great mental pain and anguish prior to their death for which plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, are entitled to recover.

118. The deaths of decedents occurred under aggravating circumstances that the jury should consider.

HudnutL-Complaint-    00021

119.   Merck acted with conscious disregard for the safety of plaintiffs and/or decedents and others and the jury should be permitted to return a verdict that will serve to punish and deter other from like conduct.

WHEREFORE, plaintiffs demand judgment against Merck for compensatory and punitive and/or aggravating circumstances damages, together with interest, costs of suit, attorneys' fees and all such other relief as the Court deems proper.

## COUNT III
## NEGLIGENCE PER SE

120.   Plaintiffs incorporate by reference the allegations in the above paragraphs.

121.   Merck had an obligation to comply with the law in the manufacture, design, testing, production, research, distribution, marketing, labeling, and warning of the risks and dangers of Vioxx.

122.   Merck violated the Federal Food, Drug and Cosmetic Act, 21 U.S.C. §301, et seq., related amendments and codes of federal regulations provided thereunder, the Sherman Food, Drug and Cosmetic Law, and other applicable laws, statutes and regulations.

123.   Plaintiffs and/or decedents, as purchasers and consumers of Vioxx, are within the class of persons the statutes and regulations described above are designed to protect and each plaintiff's injuries are the type of harm these statutes are designed to prevent.

124.   Merck's actions constitute an adulteration and/or misbranding as defined by the Federal Food, Drug and Cosmetic Act, 21 U.S.C. §331 and constitute a breach of duty subjecting Merck to civil liability for all damages arising therefrom.

125.   Merck failed to meet the standard of care set by the following statute and regulations, which were intended for the benefit of individuals such as plaintiffs, making defendant negligent per se:

21

a.   The labeling lacked adequate information on the use of the drug Vioxx (21

C.F.R. §201.56(a) and (d));

b.   The labeling failed to provide adequate warnings of severe and disabling

medical conditions including, without limitation, thromboembolic events,

primarily heart attacks or stroke, and other adverse medical conditions, as

soon as there was reasonable evidence of their association with the drug (21

C.F.R. §201.57(e));

c.   There was inadequate information for patients for the safe and effective use

of Vioxx (21 C.F.R. §201.57(f)(2));

d.   There was inadequate information regarding special care to be exercised by

the doctor for safe and effective use of Merck's drug Vioxx (21 C.F.R.

§201.57(f)(1)); and

e.   The labeling was misleading and promotional (21 C.F.R. §201.56(b)).

126.   As a direct and proximate result of Merck's violations of the statutes described

above, plaintiffs were injured and damaged.

127.   Merck's violations of the statutes described above, caused or contributed to cause

the pain, suffering, and death of decedents.

128.   The actions of Merck caused or contributed to cause the pain, suffering, and death

of decedents.

129.   As a direct and proximate result of the defects in Vioxx, plaintiffs, on behalf of the

individuals entitled to bring a lawsuit by reason of the wrongful death of decedents, have been

forced to expend monies for decedents' medical treatment prior to their deaths, for funeral and

burial expenses, have incurred lost wages as a result of time taken to care for and be with

22

decedents in their unnatural medical condition leading up to their death, and for such other expenses.

130.    As a direct and proximate result of the defects in Vioxx, plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, have been forever deprived of decedents' services, comfort, companionship, consortium, instruction, guidance, counsel, training and support and have forever lost the benefits derived from any future income provided by decedents.

131.    As a direct and proximate result of the defects of Vioxx, decedents were forced to incur pecuniary losses for which plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, are entitled to recover.

132.    As a direct and proximate result of the defects of Vioxx, decedents were forced to suffer great mental pain and anguish prior to their death for which plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, are entitled to recover.

133.    The deaths of decedents occurred under aggravating circumstances that the jury should consider.

134.    Merck acted with conscious disregard for the safety of plaintiffs and/or decedents and others and the jury should be permitted to return a verdict that will serve to punish and deter other from like conduct.

WHEREFORE, plaintiffs demand judgment against Merck for compensatory and punitive and/or aggravating circumstances damages, together with interest, costs of suit, attorneys' fees and all such other relief as the Court deems proper.

23

## COUNT IV
## BREACH OF EXPRESS WARRANTY

135.    Plaintiffs incorporate by reference the allegations in the above paragraphs.

136.    Merck expressly warranted to plaintiffs and/or decedents, by and through statements made through authorized agents or sales representatives, orally and in publications, package inserts and other written materials intended for physicians, medical patients and the general public, that Vioxx was safe, effective, and fit and proper for its intended use.

137.    In using Vioxx, plaintiffs and/or decedents relied on the skill, judgment, representations and foregoing expressed warranties made by Merck.  Said warranties and representations were false in that Vioxx was not safe and was unfit for the use for which it was intended.

138.    As a direct and proximate result of Merck's breaches of warranties, plaintiffs were injured and damaged.

139.    The actions of Merck caused or contributed to cause the pain, suffering, and death of decedents.

140.    As a direct and proximate result of the defects in Vioxx, plaintiffs, on behalf of the individuals entitled to bring a lawsuit by reason of the wrongful death of decedents, have been forced to expend monies for decedents' medical treatment prior to their deaths, for funeral and burial expenses, have incurred lost wages as a result of time taken to care for and be with decedents in their unnatural medical condition leading up to their death, and for such other expenses.

141.    As a direct and proximate result of the defects in Vioxx, plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, have been forever deprived of decedents' services, comfort, companionship, consortium, instruction,

24

guidance, counsel, training and support and have forever lost the benefits derived from any future income provided by decedents.

142.    As a direct and proximate result of the defects of Vioxx, decedents were forced to incur pecuniary losses for which plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, are entitled to recover.

143.    As a direct and proximate result of the defects of Vioxx, decedents were forced to suffer great mental pain and anguish prior to their death for which plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, are entitled to recover.

WHEREFORE, plaintiffs demand judgment against Merck for compensatory and punitive and/or aggravating circumstances damages, together with interest, costs of suit, attorneys' fees and such other relief as the Court deems proper.

## COUNT V
## BREACH OF IMPLIED WARRANTY

144.    Plaintiffs incorporate by reference the above paragraphs.

145.    Prior to the time that Vioxx was used by plaintiffs and/or decedents, Merck impliedly warranted to plaintiffs and/or decedents that Vioxx was of merchantable quality and safe and fit for the use for which it was intended.

146.    Plaintiffs and/or decedents were unskilled in the research, design and manufacture of Vioxx and reasonably relied entirely on the skill, judgment and implied warranty of Merck in using Vioxx.

147.    Vioxx was neither safe for its intended use nor of merchantable quality in that it had dangerous propensities when put to its intended use and would cause injuries to the user.

148.    As a direct and proximate result of Merck's breaches of warranties, plaintiffs were

25

injured and damaged.

149.    The actions of Merck caused or contributed to cause the pain, suffering, and death of decedents.

150.    As a direct and proximate result of the defects in Vioxx, plaintiffs, on behalf of the individuals entitled to bring a lawsuit by reason of the wrongful death of decedents, have been forced to expend monies for decedents' medical treatment prior to their deaths, for funeral and burial expenses, have incurred lost wages as a result of time taken to care for and be with decedents in their unnatural medical condition leading up to their death, and for such other expenses.

151.    As a direct and proximate result of the defects in Vioxx, plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, have been forever deprived of decedents' services, comfort, companionship, consortium, instruction, guidance, counsel, training and support and have forever lost the benefits derived from any future income provided by decedents.

152.    As a direct and proximate result of the defects of Vioxx, decedents were forced to incur pecuniary losses for which plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, are entitled to recover.

153.    As a direct and proximate result of the defects of Vioxx, decedents were forced to suffer great mental pain and anguish prior to their death for which plaintiffs, on behalf of the individuals entitled to bring an action by reason of the wrongful death of decedents, are entitled to recover.

WHEREFORE, plaintiffs demand judgment against Merck for compensatory and punitive and/or aggravating circumstances damages, together with interest, costs of suit, attorneys' fees and

HudnutL-Complaint-    00027

all other such relief as the Court deems proper.

## REQUEST FOR JURY TRIAL

Plaintiffs request a jury trial.

Respectfully submitted,

Thomas P. Cartmell          MO #45366
Brian J. Madden             MO #40637
Thomas J. Preuss            MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

J. Scott Bertram            MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO  64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever           MO #24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO  64105
(816) 221-2288
FAX (816) 221-3999

James P. Frickleton         MO # 31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, Ks  66211
(913) 266-2300
Fax (913) 266-2366

27

Kirk Goza                    MO #32475
Brad Honnold                 MO #39818
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street, P.O. Box 482355
Kansas City, Mo  64148-2355
(816) 512-2171
Fax (816) 512-2172

Grant L. Davis               MO #34799
Shawn Foster                 MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, Mo  64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey              Atty ID #31017
Shrager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, Pa  19103
(800) 568-5868
Fax (215) 568-7495

**ATTORNEYS FOR PLAINTIFFS**

28

§JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

**05-4054**

The §S 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a)  PLAINTIFFS**
See Attachment (a)

**DEFENDANTS**
Merck & Co., Inc.

**(b)**  County of Residence of First Listed Plaintiff    St. Louis County, MO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Hunterdon County, NJ
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**SECT. L MAG.3**

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)
See Attachment (c)

Attorneys (If Known)
Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☒ 365 Personal Injury - Product Liability | **SOCIAL SECURITY** | ☐ 790 Other Labor Litigation | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 861 HIA (1395ff) | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | **PERSONAL PROPERTY** | ☐ 862 Black Lung (923) | | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 370 Other Fraud | ☐ 863 DIWC/DIWW (405(g)) | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 371 Truth in Lending | ☐ 864 SSID Title XVI | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 380 Other Personal Property Damage | ☐ 865 RSI (405(g)) | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 385 Property Damage Product Liability | | | ☐ 950 Constitutionality of State Statutes |
| **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 442 Employment | **Habeas Corpus:** | | | |
| ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☒ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1332

Brief description of cause:
Vioxx product liability

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** >$75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE    Eldon Fallon    DOCKET NUMBER    Vioxx MDL-1657

DATE    8-23-05    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## ATTACHMENT FOR (a)

## LIST OF PLAINTIFFS

1.  RUTH JENKINS

2.  WANDA MADDEN

3.  EDWARD PAYUK

4.  RICHARD SIMPSON

5.  KIM MOHN
    OBO RON MOHN, DECEASED

6.  LYNN HUDNUT

7.  MARLIN MARTIN, JR.

8.  DEAN HOLLIDAY

9.  SANDRA ALLEN

10. NELSON DAVIS

11. OLIVIA GILLESPIE

12. MARY PRUETT

13. JAMES ALEXANDER

14. THOMAS COSTELLO

15. CHARLES GARRISON

16. BILLY KAMP

17. MARJORIE LEWIS

18. MIKE LONG

19. JOHN MANGANARO

20. ERNEST MANNING

1

21.   LEONARD PAGANO

22.   W.C. ROBY

23.   TED THORNBURG

24.   IMOGENE BADE

25.   MARY P. BAKER

26.   EDITH BALLENTINE

27.   JERRY BLAGG

28.   WAYNE CAMPBELL

29.   JAMES DAVID CARAWAY

30.   GENETTA CARR

31.   O.L. CROWE

32.   MARY HELEN CUMMINGS

33.   EVA GASKINS

34.   MARY ANN GORMAN
      OBO EDDIE MAE MITCHELL

35.   JAMES GREGORY

36.   CLIFFORD HALFORD

37.   JOHN HALL

38.   RICK HALL

39.   JAMES R. HAYNES

40.   LARKIN HOUSEHOLDER

41.   MARY SUE HOWELL

42.   CONNIE HUBBARD

2

43.    MATTIE JACKSON

44.    PATRICIA JONES

45.    JOHN KOVACS

46.    FLOSSIE MARTIN

47.    ANNA MCCOY

48.    OPAL MCLEMORE

49.    HUBERT MOORE

50.    W.S. NORRID

51.    CHERYL PATTERSON

52.    BILLIE JEAN RAY

53.    RUBIN RUFF

54.    BETTY SKAGGS

55.    TONIA SWINK

56.    SHELBY THURMAN

HudnutL-Complaint-    00033

## ATTACHMENT (c)

### LIST OF ATTORNEYS

Thomas P. Cartmell  MO #45366
Brian J. Madden   MO #40637
Thomas J. Preuss   MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

J. Scott Bertram   MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO  64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever  MO #24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO  64105
(816) 221-2288
FAX (816) 221-3999

James P. Frickleton  MO # 31178
Bartimus, Frickleton, Et Al.,
11150 Overbrook Drive
Leawood, Ks  66211
(913) 266-2300
Fax (913) 266-2366

Kirk Goza     MO #32475
Brad Honnold    MO #39818
Goza & Honnold, Llc
2630 City Center Square
1100 Main Street, P.O. Box 482355
Kansas City, Mo  64148-2355
(816) 512-2171
Fax (816) 512-2172

Grant L. Davis          MO #34799
Shawn Foster            MO #47663
Davis Bethune & Jones, Llc
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, Mo  64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey         Atty ID #31017
Shrager, Spivey & Sachs
Two Commerce Square
32nd Floor
Philadelphia, Pa  19103
(800) 568-5868
Fax (215) 568-7495

**ATTORNEYS FOR PLAINTIFFS**

2

HudnutL-Complaint-      00035

**EXHIBIT 2 TO LR 56.1 STATEMENT**

**FILED UNDER SEAL**

**EXHIBIT 3 TO LR 56.1 STATEMENT**

**FILED UNDER SEAL**

**EXHIBIT 4 TO LR 56.1 STATEMENT**

**FILED UNDER SEAL**

**EXHIBIT 5 TO LR 56.1 STATEMENT**

**FILED UNDER SEAL**

**EXHIBIT 6 TO LR 56.1 STATEMENT**

**FILED UNDER SEAL**

**EXHIBIT 7 TO LR 56.1 STATEMENT**

**FILED UNDER SEAL**

**EXHIBIT 8 TO LR 56.1 STATEMENT**

**FILED UNDER SEAL**

1095806v1



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

---

NDA 21-042

Food and Drug Administration
Rockville MD 20857

Merck Research Laboratories
Attention: Robert E. Silverman, M.D., Ph.D.
Senior Director, Regulatory Affairs
Sumneytown Pike
P.O. Box 4, BLA-20
West Point, Pennsylvania 19486

MAY 2 0 1999

Dear Dr. Silverman:

Please refer to your new drug application (NDA) dated November 23, 1998, received November 23, 1998, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Vioxx (rofecoxib tablets) Tablets 12.5 mg and 25 mg.

We acknowledge receipt of your submissions dated November 23 and 25; December 10, 16 (two), 18 (three), 22, and 23, 1998; January 5, 7 (two), 12 (two), 13, 18, 19, 26, and 27 (two); February 1, 2 (two), 5 (three), 9 (two), 11, 18 (three), 19, and 23; March 4 (two), 5 (five), 8, 9 (two), 10 (eight), 12 (two), 15 (three), 16 (three), 17, 18 (three), 19 (two), 22 (two), 23 (five), 25 (two), and 31 (four); April 1 (two), 5 (two), 6, 12, 13 (two), 15 (two), 16, 19 (two), 26, and 30; and May 4, 5, 6 (three), 7 (two), 10, 11 (two), 12, 13, 14, 17, 18, and 19, 1999.

This new drug application provides for the use of Vioxx (rofecoxib tablets) Tablets 12.5 mg and 25 mg for relief of the signs and symptoms of osteoarthritis, the management of acute pain, and the treatment of primary dysmenorrhea.

We have completed the review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the enclosed labeling text. Accordingly, the application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the enclosed labeling (text for the package insert). Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

Please submit 20 copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, this submission should be designated "FPL for approved NDA 21-042." Approval of this submission by FDA is not required before the labeling is used.

Regulatory Affairs

MAY 2 0 1999

R. E. Silverman

DEFENDANT'S
EXHIBIT
**2001**

MRK-99420021411

If additional information relating to the safety or effectiveness of this drug becomes available, revision of the labeling may be required.

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

Please note that any advertising and/or promotional activity of this product will be considered false and/or misleading under Section 502 of the Act if it presents suggestions or representations that COX-2 selectivity confers on the product any claims of safety beyond what has been demonstrated in clinical studies and presented in the approved labeling. Additionally, promotional activities that make or imply comparative claims about the frequency of clinically serious gastrointestinal (GI) events compared to groups of NSAIDs or specific NSAIDs will be considered false and/or misleading without differences having been demonstrated in adequate, well-controlled studies. Finally, any promotional use of the endoscopic data without the qualifying explanations of that data found in the approved labeling (paragraph beginning on line 231 in the enclosed label text, and the sentence on lines 209 and 210) will be considered false and/or misleading. If you have any questions or concerns about this matter please contact the Center for Drug Evaluation and Research's Division of Drug Marketing, Advertising and Communications.

In addition, please submit three copies of the introductory promotional materials that you propose to use for this product. All proposed materials should be submitted in draft or mock-up form, not final print. Please send one copy to the Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products and two copies of both the promotional materials and the package insert directly to:

> Division of Drug Marketing, Advertising, and Communications, HFD-40
> Food and Drug Administration
> 5600 Fishers Lane
> Rockville, Maryland 20857

Be advised that, as of April 1, 1999, all applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred (63 *FR* 66632). We note that you have not fulfilled the requirements of 21 CFR 314.55 (or 601.27). We are deferring submission of your pediatric studies until December 3, 2000. However, in the interim, please submit your pediatric drug development plans within 120 days from the date of this letter unless you believe a waiver is appropriate.

2

MRK-99420021412

NDA 21-042

If you believe that this drug qualifies for a waiver of the pediatric study requirement, you should submit a request for a waiver with supporting information and documentation in accordance with the provisions of 21 CFR 314.55 within 60 days from the date of this letter. We will notify you within 120 days of receipt of your response whether a waiver is granted. If a waiver is not granted, we will ask you to submit your pediatric drug development plans within 120 days from the date of denial of the waiver.

Pediatric studies conducted under the terms of section 505A of the Federal Food, Drug, and Cosmetic Act may result in additional marketing exclusivity for certain products (pediatric exclusivity). You should refer to the *Guidance for Industry on Qualifying for Pediatric Exclusivity* (available on our web site at www.fda.gov.cder/pediatric) for details. If you wish to qualify for pediatric exclusivity you should submit a "Proposed Pediatric Study Request" in addition to your plans for pediatric drug development described above. If you do not submit a Proposed Pediatric Study Request within 120 days from the date of this letter, we will presume that you are not interested in obtaining pediatric exclusivity [NOTE: You should still submit a pediatric drug development plan.] and we will notify you of the pediatric studies that are required under section 21 CFR 314.55. Please note that satisfaction of the requirements in 21 CFR 314.55 alone may not qualify you for pediatric exclusivity.

Please submit one market package of the drug product when it is available.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, contact Sandra N. Cook, Project Manager, at (301) 827-2090.

Sincerely,

Robert J. DeLap, M.D., Ph.D.
Director
Office of Drug Evaluation V
Center for Drug Evaluation and Research

Enclosure

3

# VIOXX®(rofecoxib tablets and oral suspension)

# DESCRIPTION

VIOXX* (rofecoxib) is described chemically as 4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone.  It has the following chemical structure:



Rofecoxib is a white to off-white to light yellow powder. It is sparingly soluble in acetone, slightly soluble in methanol and isopropyl acetate, very slightly soluble in ethanol, practically insoluble in octanol, and insoluble in water.  The empirical formula for rofecoxib is $C_{17}H_{14}O_4S$, and the molecular weight is 314.36.

Each tablet of VIOXX for oral administration contains either 12.5 or 25 mg of rofecoxib and the following inactive ingredients: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide.

Each 5 mL of the oral suspension contains either 12.5 or 25 mg of rofecoxib and the following inactive ingredients: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, and purified water. Added as preservatives are sodium methylparaben 0.13% and sodium propylparaben 0.02%.

# CLINICAL PHARMACOLOGY

## Mechanism of Action
VIOXX is a nonsteroidal anti-inflammatory drug that exhibits anti-inflammatory, analgesic, and antipyretic activities in animal models.  The mechanism of action of VIOXX is believed to be due to inhibition of prostaglandin synthesis, via inhibition of cyclooxygenase-2 (COX-2).  At therapeutic concentrations in humans, VIOXX does not inhibit the cyclooxygenase-1 (COX-1) isoenzyme.

## Pharmacokinetics

---

* Registered trademark of MERCK & CO., Inc., Whitehouse Station, New Jersey, USA
COPYRIGHT © MERCK & CO., Inc., 1998
All rights reserved.

MRK-99420021414

*Absorption*

The mean oral bioavailability of VIOXX at therapeutically recommended doses of 12.5, 25 and 50 mg is approximately 93%. The area under the curve (AUC) and peak plasma level ($C_{max}$) following a single 25 mg dose were 3286( ±843) ng*hr/mL and 207 (±111) ng/mL, respectively. Both $C_{max}$ and AUC are roughly dose proportional across the clinical dose range. At doses greater than 50 mg, there is a less than proportional increase in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous media. The plasma concentration-time profile exhibited multiple peaks. The median time to maximal concentration ($T_{max}$), as assessed in nine pharmacokinetic studies, is 2 to 3 hours. Individual $T_{max}$ values in these studies ranged between 2 to 9 hours. This may not reflect rate of absorption as $T_{max}$ may occur as a secondary peak in some individuals. With multiple dosing, steady state conditions are reached by Day 4. The $AUC_{0-24hr}$ and $C_{max}$ at steady-state after multiple doses of 25 mg rofecoxib was 4018 (±1140) ng*hr/mL and 321 (±104) ng/mL, respectively. The accumulation factor based on geometric means was 1.67.

VIOXX Tablets and VIOXX Oral Suspension are bioequivalent.

*Food and Antacid Effects*

Food had no significant effect on either the peak plasma concentration ($C_{max}$) or extent of absorption (AUC) of rofecoxib when VIOXX tablets were taken with a high fat meal. The time to peak plasma concentration ($T_{max}$), however, was delayed by 1 to 2 hours. The food effect on the suspension formulation has not been studied. VIOXX tablets can be administered without regard to timing of meals.

There was a 13% and 8% decrease in AUC when VIOXX was administered with calcium carbonate antacid and magnesium/aluminum antacid to elderly subjects, respectively. There was an approximate 20% decrease in $C_{max}$ of rofecoxib with either antacid.

*Distribution*

Rofecoxib is approximately 87% bound to human plasma protein over the range of concentrations of 0.05 to 25 µg/mL. The apparent volume of distribution at steady state ($V_{dss}$) is approximately 91 L following a 12.5 mg dose and 86 L following a 25 mg dose.

Rofecoxib has been shown to cross the placenta in rats and rabbits, and the blood-brain barrier in rats.

*Metabolism*

Metabolism of rofecoxib is primarily mediated through reduction by cytosolic enzymes. The principal metabolic products are the *cis*-dihydro and *trans*-dihydro derivatives of rofecoxib, which account for nearly 56% of recovered radioactivity in the urine. An additional 8.8% of the dose was recovered as the glucuronide of the hydroxy derivative, a product of oxidative metabolism. The biotransformation of rofecoxib and this metabolite is reversible in humans to a limited extent (<5%). These metabolites are inactive as COX-1 or COX-2 inhibitors.

2

MRK-99420021415

83
84  Cytochrome P450 plays a minor role in metabolism of rofecoxib. Inhibition of CYP3A
85  activity by administration of ketoconazole 400 mg daily does not affect rofecoxib
86  disposition. However, induction of general hepatic metabolic activity by administration
87  of the non-specific inducer rifampin 600 mg daily produces a 50% decrease in rofecoxib
88  plasma concentrations. (Also see **Drug Interactions**).
89
90  *Excretion*
91  Rofecoxib is eliminated predominantly by hepatic metabolism with little (<1%)
92  unchanged drug recovered in the urine. Following a single radiolabeled dose of 125 mg,
93  approximately 72% of the dose was excreted into the urine as metabolites, and 14% in the
94  feces as unchanged drug.
95
96  The plasma clearance after 12.5 and 25 mg doses was approximately 141 and 120
97  mL/min, respectively. Higher plasma clearance was observed at doses below the
98  therapeutic range, suggesting the presence of a saturable route of metabolism (i.e, non-
99  linear elimination). The effective half-life (based on steady state levels) was
100 approximately 17 hours.
101
102 **Special Populations**
103
104 *Gender*
105 The pharmacokinetics of rofecoxib are comparable in men and women.
106
107 *Geriatric*
108 After a single dose of 25 mg VIOXX in elderly subjects (over 65 years old) a 34%
109 increase in AUC was observed as compared to the young subjects. Dosage adjustment in
110 the elderly is not necessary; however, therapy with VIOXX should be initiated at the
111 lowest recommended dose.
112
113 *Pediatric*
114 VIOXX has not been investigated in patients below 18 years of age.
115
116 *Race*
117 Meta-analysis of pharmacokinetic studies has suggested a slightly (10-15%) higher AUC
118 of rofecoxib in Blacks and Hispanics as compared to Caucasians. No dosage adjustment
119 is necessary on the basis of race.
120
121 *Hepatic Insufficiency*
122 A pharmacokinetic study in mild (Child-Pugh score $\leq$6) hepatic insufficiency patients
123 indicated that rofecoxib AUC was similar between these patients and healthy subjects.
124 Limited data in patients with moderate (Child-Pugh score 7-9) hepatic insufficiency
125 suggest a trend towards higher AUC (about 69%) of rofecoxib in these patients, but more
126 data are needed to evaluate pharmacokinetics in these patients. Patients with severe
127 hepatic insufficiency have not been studied.

MRK-99420021416

128
129 *Renal Insufficiency*
130 In a study (N=6) of patients with end stage renal disease undergoing dialysis, peak
131 rofecoxib plasma levels and AUC declined 18% and 9%, respectively, when dialysis
132 occurred four hours after dosing. When dialysis occurred 48 hours after dosing, the
133 elimination profile of rofecoxib was unchanged. While renal insufficiency does not
134 influence the pharmacokinetics of rofecoxib, use of VIOXX in advanced renal disease is
135 not recommended at present because no safety information is available regarding the use
136 of VIOXX in these patients.
137
138 **Drug Interactions**
139
140 Also see **PRECAUTIONS – Drug Interactions.**
141
142 *General:* In human studies the potential for rofecoxib to inhibit or induce CYP 3A4
143 activity was investigated in studies using the intravenous erythromycin breath test and the
144 oral midazolam test. No significant difference in erythromycin demethylation was
145 observed with rofecoxib (75 mg daily) compared to placebo, indicating no induction of
146 hepatic CYP 3A4. A 30% reduction of the AUC of midazolam was observed with
147 rofecoxib (25 mg daily). This reduction is most likely due to increased first pass
148 metabolism through induction of intestinal CYP 3A4 by rofecoxib. *In vitro* studies in rat
149 hepatocytes also suggest that rofecoxib might be a mild inducer for CYP 3A4.
150
151 Drug interaction studies with rofecoxib have identified potentially significant interactions
152 with rifampin, methotrexate and warfarin. Patients receiving these agents with VIOXX
153 should be appropriately monitored. Drug interaction studies do not support the potential
154 for clinically important interactions between antacids or cimetidine with rofecoxib.
155 Similar to experience with other nonsteroidal antiinflammatory drugs (NSAIDs), studies
156 with rofecoxib suggest the potential for interaction with ACE inhibitors. The effects of
157 rofecoxib on the pharmacokinetics and/or pharmacodynamics of ketoconazole,
158 prednisone/prednisolone, oral contraceptives, and digoxin have been studied *in vivo* and
159 clinically important interactions have not been found .
160
161 **CLINICAL STUDIES**
162
163 **Osteoarthritis (OA)**
164 VIOXX has demonstrated significant reduction in joint pain compared to placebo.
165 VIOXX was evaluated for the treatment of the signs and symptoms of OA of the knee and
166 hip in placebo- and active-controlled clinical trials of 6 to 86 weeks duration that enrolled
167 approximately 3900 patients. In patients with OA, treatment with VIOXX 12.5 mg and
168 25 mg once daily resulted in improvement in patient and physician global assessments
169 and in the WOMAC (Western Ontario and McMaster Universities) osteoarthritis
170 questionnaire, including pain, stiffness, and functional measures of OA. In six studies of
171 pain accompanying OA flare, VIOXX provided a significant reduction in pain at the first
172 determination (after one week in one study, after two weeks in the remaining five
173 studies); this continued for the duration of the studies. In all OA clinical studies, once

4

MRK-99420021417

174 daily treatment in the morning with VIOXX 12.5 and 25 mg was associated with a
175 significant reduction in joint stiffness upon first awakening in the morning. At doses of
176 12.5 and 25 mg, the effectiveness of VIOXX was shown to be comparable to ibuprofen
177 800 mg TID and diclofenac 50 mg TID for treatment of the signs and symptoms of OA.
178 The ibuprofen studies were 6 week studies; the diclofenac studies were 12 month studies
179 in which patients could receive additional arthritis medication during the last 6 months.

180 **Analgesia, including Dysmenorrhea**

181 In acute analgesic models of post-operative dental pain, post-orthopedic surgical pain,
182 and primary dysmenorrhea, VIOXX relieved pain that was rated by patients as moderate
183 to severe. The analgesic effect (including onset of action) of a single 50-mg dose of
184 VIOXX was generally similar to 550 mg of naproxen sodium or 400 mg of ibuprofen.  In
185 single-dose post-operative dental pain studies, the onset of analgesia with a single 50 mg
186 dose of VIOXX occurred within 45 minutes.  In a multiple-dose study of post-orthopedic
187 surgical pain in which patients received VIOXX or placebo for up to 5 days, 50 mg of
188 VIOXX once daily was effective in reducing pain.  In this study, patients on VIOXX
189 consumed a significantly smaller amount of additional analgesic medication than patients
190 treated with placebo (1.5 versus 2.5 doses per day of additional analgesic medication for
191 VIOXX and placebo, respectively).

192

193 **Special Studies**
194 *Upper Endoscopy in Patients with Osteoarthritis:*
195 Two identical (U.S. and Multinational) endoscopy studies in a total of 1516 patients were
196 conducted to compare the percentage of patients who developed endoscopically
197 detectable gastroduodenal ulcers with VIOXX 25 mg daily or 50 mg daily, ibuprofen
198 2400 mg daily, or placebo. Entry criteria for these studies permitted enrollment of
199 patients with active *Heliobacter pylori* infection, baseline gastroduodenal erosions, prior
200 history of an upper gastrointestinal perforation, ulcer, or bleed (PUB), and/or age $\geq 65$
201 years. However, patients receiving aspirin (including low-dose aspirin for cardiovascular
202 prophylaxis) were not enrolled in these studies.  Patients who were 50 years of age and
203 older with osteoarthritis and who had no ulcers at baseline were evaluated by endoscopy
204 after weeks 6, 12, and 24 of treatment. The placebo-treatment group was discontinued at
205 week 16 by design.

206

207 Treatment with VIOXX 25 mg daily or 50 mg daily was associated with a significantly
208 lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with
209 ibuprofen 2400 mg daily. However, the studies cannot rule out at least some increase in
210 the rate of endoscopic gastroduodenal ulcers when comparing VIOXX to placebo.  See
211 Figures 1 and 2 and accompanying Tables for the results of these studies.

MRK-99420021418

212

**Figure 1**

COMPARISON TO IBUPROFEN

Life-Table Cumulative Incidence Rate of Gastroduodenal
Ulcers ≥ 3mm** (Intention-to-Treat)



† p < 0.001 versus ibuprofen 2400 mg
** Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

213
214
215
216
217
218

**TABLE 1**
**Endoscopic Gastroduodenal Ulcers at 12 weeks**
**U.S. Study**

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Ratio of Rates vs. Placebo | 95% CI on Ratio of Rates |
|---|---|---|---|---|
| Placebo | 11/158 | 9.9% | – | – |
| VIOXX 25 mg | 7/186 | 4.1% | 0.41 | (0.16, 1.05) |
| VIOXX 50 mg | 12/178 | 7.3% | 0.74 | (0.33, 1.64) |
| Ibuprofen | 42/167 | 27.7% | 2.79 | (1.47, 5.30) |

219  *by life table analysis
220

MRK-99420021419

221

### Figure 2

**COMPARISON TO IBUPROFEN**

**Life-Table Cumulative Incidence Rate of Gastroduodenal Ulcers ≥ 3mm** (Intention-to-Treat)**



Multinational Study

†    p < 0.001 versus ibuprofen 2400 mg
**   Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
***   The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

222
223
224
225
226
227

### TABLE 2
### Endoscopic Gastroduodenal Ulcers at 12 weeks
### Multinational Study

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Ratio of Rates vs. Placebo | 95% CI on Ratio of Rates |
|---|---|---|---|---|
| Placebo | 5/182 | 5.1% | – | – |
| VIOXX 25 mg | 9/187 | 5.3% | 1.04 | (0.36, 3.01) |
| VIOXX 50 mg | 15/182 | 8.8% | 1.73 | (0.65, 4.61) |
| Ibuprofen | 49/187 | 29.2% | 5.72 | (2.36, 13.89) |

228    *by life table analysis

7

MRK-99420021420

229
230
231     The correlation between findings of endoscopic studies, and the relative incidence of
232     clinically serious upper GI events that may be observed with different products, has not
233     been fully established.  Serious clinically significant upper GI bleeding has been observed
234     in patients receiving VIOXX in controlled trials, albeit infrequently (see WARNINGS –
235     Gastrointestinal [GI] Effects).  Prospective, long-term studies required to compare the
236     incidence of serious, clinically significant upper GI adverse events in patients taking
237     VIOXX versus comparator NSAID products have not been performed.
238
239     *Assessment of Fecal Occult Blood Loss in Healthy Subjects:*
240     Occult fecal blood loss associated with VIOXX 25 mg daily, VIOXX 50 mg daily,
241     ibuprofen 2400 mg per day, and placebo was evaluated in a study utilizing $^{51}$Cr-tagged
242     red blood cells in 67 healthy males. After 4 weeks of treatment with VIOXX 25 mg daily
243     or VIOXX 50 mg daily, the increase in the amount of fecal blood loss was not statistically
244     significant compared with placebo-treated subjects. In contrast, ibuprofen 2400 mg per
245     day produced a statistically significant increase in fecal blood loss as compared with
246     placebo-treated subjects and VIOXX-treated subjects.  The clinical relevance of this
247     finding is unknown.
248
249     *Platelets:*
250     Multiple doses of VIOXX 12.5, 25, and up to 375 mg administered daily up to 12 days
251     had no effect on bleeding time relative to placebo.  Similarly, bleeding time was not
252     altered in a single dose study with 500 or 1000 mg of VIOXX.  There was no inhibition
253     of *ex vivo* arachidonic acid- or collagen-induced platelet aggregation with 12.5, 25, and
254     50 mg of VIOXX.
255
256     **INDICATIONS AND USAGE**
257
258     VIOXX is indicated:
259
260     For relief of the signs and symptoms of osteoarthritis.
261
262     For the management of acute pain in adults (see CLINICAL STUDIES).
263
264     For the treatment of primary dysmenorrhea.
265
266     **CONTRAINDICATIONS**
267
268     VIOXX is contraindicated in patients with known hypersensitivity to rofecoxib or any
269     other component of VIOXX.
270
271     VIOXX should not be given to patients who have experienced asthma, urticaria, or
272     allergic-type reactions after taking aspirin or other NSAIDs.  Severe, rarely fatal,

MRK-99420021421

273    anaphylactic-like reactions to NSAIDs have been reported in such patients (see
274    WARNINGS - Anaphylactoid Reactions, and PRECAUTIONS - Preexisting Asthma).
275
276

277    **WARNINGS**
278

279    **Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation:**
280    Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the
281    stomach, small intestine or large intestine, can occur at any time, with or without warning
282    symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs).
283    Minor upper gastrointestinal problems, such as dyspepsia, are common and may also
284    occur at any time during NSAID therapy. Therefore, physicians and patients should
285    remain alert for ulceration and bleeding, even in the absence of previous GI tract
286    symptoms. Patients should be informed about the signs and/or symptoms of serious GI
287    toxicity and the steps to take if they occur. The utility of periodic laboratory monitoring
288    has not been demonstrated, nor has it been adequately assessed. Only one in five patients
289    who develop a serious upper GI adverse event on NSAID therapy is symptomatic. It has
290    been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by
291    NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in
292    about 2-4% of patients treated for one year. These trends continue thus, increasing the
293    likelihood of developing a serious GI event at some time during the course of therapy.
294    However, even short-term therapy is not without risk.
295

296    It is unclear, at the present time, how the above rates apply to VIOXX (see CLINICAL
297    STUDIES, Special Studies, *Upper Endoscopy in Patients with Osteoarthritis*). Among
298    3357 patients who received VIOXX in controlled clinical trials of 6 weeks to one year
299    duration (most were enrolled in six month or longer studies) at a daily dose of 12.5 mg to
300    50 mg, a total of 4 patients experienced a serious upper GI event, using protocol derived
301    criteria. Two patients experienced an upper GI bleed within three months (at day 62 and
302    87 respectively) (0.06%). One additional patient experienced an obstruction within six
303    months (Day 130) and the remaining patient developed an upper GI bleed within 12
304    months (Day 322) (0.12%). Approximately 23% of these 3357 patients were in studies
305    that required them to be free of ulcers at study entry. It is unclear if this study population
306    is representative of the general population. Prospective, long-term studies required to
307    compare the incidence of serious, clinically significant upper GI adverse events in
308    patients taking VIOXX vs comparator NSAID products have not been performed.
309

310    NSAIDs should be prescribed with extreme caution in patients with a prior history of
311    ulcer disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are
312    in elderly or debilitated patients and therefore special care should be taken in treating this
313    population. **To minimize the potential risk for an adverse GI event, the lowest**
314    **effective dose should be used for the shortest possible duration.** For high risk
315    patients, alternate therapies that do not involve NSAIDs should be considered.
316

MRK-99420021422

Studies have shown that patients with a *prior history of peptic ulcer disease and/or gastrointestinal bleeding* and who use NSAIDs, have a greater than 10-fold higher risk for developing a GI bleed than patients with neither of these risk factors. In addition to a past history of ulcer disease, pharmacoepidemiological studies have identified several other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, older age, and poor general health status.

**Anaphylactoid Reactions**

Anaphylactoid reactions were not reported in patients receiving VIOXX in clinical trials. However, as with NSAIDs in general, anaphylactoid reactions may occur in patients without known prior exposure to VIOXX. VIOXX should not be given to patients with the aspirin triad. This symptom complex typically occurs in asthmatic patients who experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal bronchospasm after taking aspirin or other NSAIDs (see CONTRAINDICATIONS and PRECAUTIONS - Preexisting Asthma). Emergency help should be sought in cases where an anaphylactoid reaction occurs.

**Advanced Renal Disease**

No safety information is available regarding the use of VIOXX in patients with advanced kidney disease. Therefore, treatment with VIOXX is not recommended in these patients. If VIOXX therapy must be initiated, close monitoring of the patient's kidney function is advisable (see PRECAUTIONS - Renal Effects).

**Pregnancy**

In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

**PRECAUTIONS**

**General**

VIOXX cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency. Abrupt discontinuation of corticosteroids may lead to exacerbation of corticosteroid-responsive illness. Patients on prolonged corticosteroid therapy should have their therapy tapered slowly if a decision is made to discontinue corticosteroids.

The pharmacological activity of VIOXX in reducing inflammation, and possibly fever, may diminish the utility of these diagnostic signs in detecting infectious complications of presumed noninfectious, painful conditions.

*Hepatic Effects:*

Borderline elevations of one or more liver tests may occur in up to 15% of patients taking NSAIDs, and notable elevations of ALT or AST (approximately three or more times the upper limit of normal) have been reported in approximately 1% of patients in clinical trials with NSAIDs. These laboratory abnormalities may progress, may remain unchanged, or may be transient with continuing therapy. Rare cases of severe hepatic

MRK-99420021423

362 reactions, including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic
363 failure (some with fatal outcome) have been reported with NSAIDs.  In controlled clinical
364 trials of VIOXX, the incidence of borderline elevations of liver tests at doses of 12.5 and
365 25 mg daily was comparable to the incidence observed with ibuprofen and lower than that
366 observed with diclofenac.  In placebo-controlled trials, approximately 0.5% of patients
367 taking rofecoxib (12.5 or 25 mg QD) and 0.1% of patients taking placebo had notable
368 elevations of ALT or AST.

370 A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an
371 abnormal liver test has occurred, should be monitored carefully for evidence of the
372 development of a more severe hepatic reaction while on therapy with VIOXX.  Use of
373 VIOXX is not recommended in patients with moderate or severe hepatic insufficiency
374 (see **Pharmacokinetics** – Special Populations).  If clinical signs and symptoms consistent
375 with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash,
376 etc.), VIOXX should be discontinued.

378 Renal Effects:
379 Long-term administration of NSAIDs has resulted in renal papillary necrosis and other
380 renal injury.  Renal toxicity has also been seen in patients in whom renal prostaglandins
381 have a compensatory role in the maintenance of renal perfusion.  In these patients,
382 administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent
383 reduction in prostaglandin formation and, secondarily, in renal blood flow, which may
384 precipitate overt renal decompensation.  Patients at greatest risk of this reaction are those
385 with impaired renal function, heart failure, liver dysfunction, those taking diuretics and
386 ACE inhibitors, and the elderly.  Discontinuation of NSAID therapy is usually followed
387 by recovery to the pretreatment state. Clinical trials with VIOXX at daily doses of 12.5
388 and 25 mg have shown renal effects (e.g., hypertension, edema) similar to those observed
389 with comparator NSAIDs; these occur with an increased frequency with chronic use of
390 VIOXX at doses above the 12.5 to 25 mg range. (See ADVERSE REACTIONS.)

392 Caution should be used when initiating treatment with VIOXX in patients with
393 considerable dehydration.  It is advisable to rehydrate patients first and then start therapy
394 with VIOXX.  Caution is also recommended in patients with pre-existing kidney disease
395 (see WARNINGS-Advanced Renal Disease).

397 *Hematological Effects:*
398 Anemia is sometimes seen in patients receiving VIOXX.  In placebo-controlled trials,
399 there were no significant differences observed between VIOXX and placebo in clinical
400 reports of anemia.  Patients on long-term treatment with VIOXX should have their
401 hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or
402 blood loss.  VIOXX does not generally affect platelet counts, prothrombin time (PT), or
403 partial thromboplastin time (PTT), and does not inhibit platelet aggregation at indicated
404 dosages (See CLINICAL STUDIES-Special Studies-Platelets).

406 *Fluid Retention and Edema:*

MRK-99420021424

407 Fluid retention and edema have been observed in some patients taking VIOXX (see
408 ADVERSE REACTIONS).  VIOXX should be used with caution, and should be
409 introduced at the lowest recommended dose,  in patients with fluid retention,
410 hypertension, or heart failure.
411
412 *Preexisting Asthma:*
413 Patients with asthma may have aspirin-sensitive asthma.  The use of aspirin in patients
414 with aspirin-sensitive asthma has been associated with severe bronchospasm which can
415 be fatal.  Since cross reactivity, including bronchospasm, between aspirin and other
416 nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients,
417 VIOXX should not be administered to patients with this form of aspirin sensitivity and
418 should be used with caution in patients with preexisting asthma.
419
420 **Information for Patients**
421 VIOXX can cause discomfort and, rarely, more serious side effects, such as
422 gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes.
423 Although serious GI tract ulcerations and bleeding can occur without warning symptoms,
424 patients should be alert for the signs and symptoms of ulcerations and bleeding, and
425 should ask for medical advice when observing any indicative signs or symptoms.  Patients
426 should be apprised of the importance of this follow-up (see WARNINGS,
427 Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding and Perforation).
428
429 Patients should promptly report signs or symptoms of gastrointestinal ulceration or
430 bleeding, skin rash, unexplained weight gain, or edema to their physicians.
431
432 Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g.,
433 nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-
434 like" symptoms).  If these occur, patients should be instructed to stop therapy and seek
435 immediate medical therapy.
436
437 Patients should also be instructed to seek immediate emergency help in the case of an
438 anaphylactoid reaction (see WARNINGS).
439
440 In late pregnancy VIOXX should be avoided because it may cause premature closure of
441 the ductus arteriosus.
442
443 **Laboratory Tests**
444 Because serious GI tract ulcerations and bleeding can occur without warning symptoms,
445 physicians should monitor for signs or symptoms of GI bleeding.
446
447 **Drug Interactions**
448
449 *ACE-inhibitors:* Reports suggest that NSAIDs may diminish the antihypertensive effect
450 of Angiotensin Converting Enzyme (ACE) inhibitors. In patients with mild to moderate
451 hypertension, administration of 25 mg daily of VIOXX with the ACE inhibitor

MRK-99420021425

452 benazepril, 10 to 40 mg for 4 weeks, was associated with an average increase in mean
453 arterial pressure of about 3 mm Hg compared to ACE inhibitor alone. This interaction
454 should be given consideration in patients taking VIOXX concomitantly with
455 ACE-inhibitors.
456
457 *Aspirin:* Concomitant administration of low-dose aspirin with VIOXX may result in an
458 increased rate of GI ulceration or other complications, compared to use of VIOXX alone.
459 At steady state, VIOXX 50 mg once daily had no effect on the anti-platelet activity of
460 low-dose (81 mg once daily) aspirin, as assessed by *ex vivo* platelet aggregation and
461 serum $TXB_2$ generation in clotting blood. VIOXX is not a substitute for aspirin for
462 cardiovascular prophylaxis.
463
464 *Cimetidine:* Co-administration with high doses of cimetidine [800 mg twice daily]
465 increased the $C_{max}$ of rofecoxib by 21%, the $AUC_{0-120hr}$ by 23% and the $t_{1/2}$ by 15%.
466 These small changes are not clinically significant and no dose adjustment is necessary.
467
468 *Digoxin:* Rofecoxib 75 mg once daily for 11 days does not alter the plasma concentration
469 profile or renal elimination of digoxin after a single 0.5 mg oral dose.
470
471 *Furosemide:* Clinical studies, as well as post marketing observations, have shown that
472 NSAIDs can reduce the natriuretic effect of furosemide and thiazides in some patients.
473 This response has been attributed to inhibition of renal prostaglandin synthesis.
474
475 *Ketoconazole:* Ketoconazole 400 mg daily did not have any clinically important effect on
476 the pharmacokinetics of rofecoxib.
477
478 *Lithium:* NSAIDs have produced an elevation of plasma lithium levels and a reduction in
479 renal lithium clearance. Thus, when VIOXX and lithium are administered concurrently,
480 subjects should be observed carefully for signs of lithium toxicity.
481
482 *Methotrexate:* VIOXX 75 mg administered once daily for 10 days increased plasma
483 concentrations by 23% as measured by $AUC_{0-24 hr}$ in patients receiving methotrexate 7.5
484 to 15 mg/week for rheumatoid arthritis. An equivalent magnitude of reduction in
485 methotrexate renal clearance was observed. At 24 hours postdose, a similar proportion of
486 patients treated with methotrexate alone (94%) and subsequently treated with
487 methotrexate co-administered with 75 mg of rofecoxib (88%) had methotrexate plasma
488 concentrations below the measurable limit (5 ng/mL). The effects of the recommended
489 doses for osteoarthritis (12.5 and 25 mg) of VIOXX on plasma methotrexate levels are
490 unknown. Standard monitoring of methotrexate-related toxicity should be continued if
491 VIOXX and methotrexate are administered concomitantly.
492
493 *Oral Contraceptives:* Rofecoxib did not have any clinically important effect on the
494 pharmacokinetics of ethinyl estradiol and norethindrone.
495
496 *Prednisone/prednisolone:* Rofecoxib did not have any clinically important effect on the

MRK-99420021426

497   pharmacokinetics of prednisolone or prednisone.
498

499   ***Rifampin:*** Co-administration of VIOXX with rifampin 600mg daily, a potent inducer of
500   hepatic metabolism, produced an approximate 50% decrease in rofecoxib plasma
501   concentrations. Therefore, a starting daily dose of 25 mg of VIOXX should be
502   considered for the treatment of osteoarthritis when VIOXX is co-administered with potent
503   inducers of hepatic metabolism.
504

505   ***Warfarin:*** Prothrombin time (measured as INR) increased in both single and multiple
506   dose cross-over studies in healthy individuals receiving both warfarin and rofecoxib. In a
507   21 day multiple dose study in healthy individuals stabilized on warfarin (2 to 8.5 mg
508   daily), administration of rofecoxib 25 mg QD was associated with mean increases in INR
509   of approximately 8% (range of INR on warfarin alone, 1.1 to 2.2; range of INR on
510   warfarin plus rofecoxib, 1.2 to 2.4). Somewhat greater mean increases in INR of
511   approximately 11% (range of maximum INR on warfarin alone, 1.5 to 2.7; range of
512   maximum INR on warfarin plus rofecoxib, 1.6 to 4.4) were also seen in a single dose PK
513   screening study using a 30 mg dose of warfarin and 50 mg of rofecoxib. Standard
514   monitoring of INR values should be conducted when therapy with VIOXX is initiated or
515   changed, particularly in the first few days, in patients receiving warfarin or similar agents.
516

517 **Carcinogenesis, Mutagenesis, Impairment of Fertility**
518   Rofecoxib was not carcinogenic in mice given oral doses up to 30 mg/kg (male) and 60
519   mg/kg (female) (approximately 5- and 2-fold the human exposure at 25 and 50 mg daily
520   based on $AUC_{0-24}$) and in male and female rats given oral doses up to 8 mg/kg
521   (approximately 6- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$)
522   for two years.
523

524   Rofecoxib was not mutagenic in an Ames test or in a V-79 mammalian cell mutagenesis
525   assay, nor clastogenic in a chromosome aberration assay in Chinese hamster ovary (CHO)
526   cells, in an *in vitro* and an *in vivo* alkaline elution assay, or in an *in vivo* chromosomal
527   aberration test in mouse bone marrow.
528

529   Rofecoxib did not impair male fertility in rats at oral doses up to 100 mg/kg
530   (approximately 20- and 7-fold human exposure at 25 and 50 mg daily based on the $AUC_{0-24}$)
531   and rofecoxib had no effect on fertility in female rats at doses up to 30 mg/kg
532   (approximately 19- and 7-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$).
533

534 **Pregnancy:**
535   ***Teratogenic effects:*** Pregnancy Category C. Rofecoxib was not teratogenic in rats at
536   doses up to 50 mg/kg/day (approximately 28- and 10-fold human exposure at 25 and 50
537   mg daily based on $AUC_{0-24}$). There was a slight, non-statistically significant increase in
538   the overall incidence of vertebral malformations only in the rabbit at doses of
539   50 mg/kg/day (approximately 1- or <1-fold human exposure at 25 and 50 mg daily based
540   on $AUC_{0-24}$). There are no studies in pregnant women. VIOXX should be used during
541   pregnancy only if the potential benefit justifies the potential risk to the fetus.

MRK-99420021427

542
543 ***Nonteratogenic effects:*** Rofecoxib produced peri-implantation and post-implantation
544 losses and reduced embryo/fetal survival in rats and rabbits at oral doses ≥10 and ≥75
545 mg/kg/day, respectively (approximately 9- and 3-fold [rats] and 2- and <1-fold [rabbits]
546 human exposure based on the $AUC_{0-24}$ at 25 and 50 mg daily). These changes are
547 expected with inhibition of prostaglandin synthesis and are not the result of permanent
548 alteration of female reproductive function. There was an increase in the incidence of
549 postnatal pup mortality in rats at ≥5 mg/kg/day (approximately 5- and 2-fold human
550 exposure at 25 and 50 mg daily based on $AUC_{0-24}$, ). In studies in pregnant rats
551 administered single doses of rofecoxib, there was a treatment-related decrease in the
552 diameter of the ductus arteriosus at all doses used (3-300 mg/kg: 3 mg/kg is
553 approximately 2- and <1-fold human exposure at 25 or 50 mg daily based on $AUC_{0-24}$).
554 As with other drugs known to inhibit prostaglandin synthesis, use of VIOXX during the
555 third trimester of pregnancy should be avoided.
556
557 ***Labor and delivery:*** Rofecoxib produced no evidence of significantly delayed labor or
558 parturition in females at doses 15 mg/kg in rats (approximately 10- and 3-fold human
559 exposure as measured by the $AUC_{0-24}$ at 25 and 50 mg). The effects of VIOXX on labor
560 and delivery in pregnant women are unknown.
561
562 ***Nursing mothers:*** Rofecoxib is excreted in the milk of lactating rats at concentrations
563 similar to those in plasma. There was an increase in pup mortality and a decrease in pup
564 body weight following exposure of pups to milk from dams administered VIOXX during
565 lactation. The dose tested represents approximately 18- and 6-fold human exposure at 25
566 and 50 mg based on $AUC_{0-24}$. It is not known whether this drug is excreted in human
567 milk. Because many drugs are excreted in human milk and because of the potential for
568 serious adverse reactions in nursing infants from VIOXX, a decision should be made
569 whether to discontinue nursing or to discontinue the drug, taking into account the
570 importance of the drug to the mother.
571
572 **Pediatric Use**
573 Safety and effectiveness in pediatric patients below the age of 18 years have not been
574 evaluated.
575
576 **Geriatric Use**
577 Of the patients who received VIOXX in osteoarthritis clinical trials, 1455 were 65 years
578 of age or older (this included 460 who were 75 years or older. No substantial differences
579 in safety and effectiveness were observed between these subjects and younger subjects.
580 Greater sensitivity of some older individuals cannot be ruled out. Dosage adjustment in
581 the elderly is not necessary; however, therapy with VIOXX should be initiated at the
582 lowest recommended dose.
583
584 In one of these studies (a six-week, double-blind, randomized clinical trial), VIOXX 12.5
585 or 25 mg once daily was administered to 174 osteoarthritis patients ≥80 years of age. The

MRK-99420021428

586 safety profile in this elderly population was similar to that of younger patients treated
587 with VIOXX.
588
589
590 **ADVERSE REACTIONS**
591
592 *Osteoarthritis*
593
594 Approximately 3600 patients with osteoarthritis were treated with VIOXX;
595 approximately 1400 patients received VIOXX for 6 months or longer and approximately
596 800 patients for one year or longer. The following table of adverse experiences lists all
597 adverse events regardless of causality, occurring in at least 2% of patients receiving
598 VIOXX in nine controlled studies of 6 weeks to 6 months duration conducted in patients
599 with OA at the therapeutically recommended doses (12.5 and 25 mg), which included a
600 placebo and/or positive control group.

MRK-99420021429

601

**Clinical Adverse Experiences occurring in ≥ 2.0% of Patients Treated with VIOXX**

| | Placebo | VIOXX 12.5 or 25 mg daily | Ibuprofen 2400 mg daily | Diclofenac 150 mg daily |
|---|---|---|---|---|
| | (N = 783) | (N = 2829) | (N = 847) | (N = 498) |
| **Body As A Whole/Site Unspecified** | | | | |
| Abdominal Pain | 4.1 | 3.4 | 4.6 | 5.8 |
| Asthenia/Fatigue | 1.0 | 2.2 | 2.0 | 2.6 |
| Dizziness | 2.2 | 3.0 | 2.7 | 3.4 |
| Influenza-Like Disease | 3.1 | 2.9 | 1.5 | 3.2 |
| Lower Extremity Edema | 1.1 | 3.7 | 3.8 | 3.4 |
| Upper Respiratory Infection | 7.8 | 8.5 | 5.8 | 8.2 |
| **Cardiovascular System** | | | | |
| Hypertension | 1.3 | 3.5 | 3.0 | 1.6 |
| **Digestive System** | | | | |
| Diarrhea | 6.8 | 6.5 | 7.1 | 10.6 |
| Dyspepsia | 2.7 | 3.5 | 4.7 | 4.0 |
| Epigastric Discomfort | 2.8 | 3.8 | 9.2 | 5.4 |
| Heartburn | 3.6 | 4.2 | 5.2 | 4.6 |
| Nausea | 2.9 | 5.2 | 7.1 | 7.4 |
| **Eyes, Ears, Nose, And Throat** | | | | |
| Sinusitis | 2.0 | 2.7 | 1.8 | 2.4 |
| **Musculoskeletal System** | | | | |
| Back Pain | 1.9 | 2.5 | 1.4 | 2.8 |
| **Nervous System** | | | | |
| Headache | 7.5 | 4.7 | 6.1 | 8.0 |
| **Respiratory System** | | | | |
| Bronchitis | 0.8 | 2.0 | 1.4 | 3.2 |
| **Urogenital System** | | | | |
| Urinary Tract Infection | 2.7 | 2.8 | 2.5 | 3.6 |

17

The general safety profile of VIOXX 50 mg QD in OA clinical trials up to 6 months (476 patients) was similar to that of VIOXX at the recommended OA doses of 12.5 and 25 mg QD, except for a higher incidence of gastrointestinal symptoms (abdominal pain, epigastric pain, heartburn, nausea and vomiting), lower extremity edema (6.3%) and hypertension (8.2%).

In the OA studies, the following spontaneous adverse events occurred in >0.1% to 1.9% of patients treated with VIOXX regardless of causality:

**Body as a Whole:** abdominal distension, abdominal tenderness, abscess, chest pain, chills, contusion, cyst, diaphragmatic hernia, fever, fluid retention, flushing, fungal infection, infection, laceration, pain, pelvic pain, peripheral edema, postoperative pain, syncope, trauma, upper extremity edema, viral syndrome.

**Cardiovascular System:** angina pectoris, atrial fibrillation, bradycardia, hematoma, irregular heart beat, palpitation, premature ventricular contraction, tachycardia, venous insufficiency.

**Digestive System:** acid reflux, aphthous stomatitis, constipation, dental caries, dental pain, digestive gas symptoms, dry mouth, duodenal disorder, dysgeusia, esophagitis, flatulence, gastric disorder, gastritis, gastroenteritis, hematochezia, hemorrhoids, infectious gastroenteritis, oral infection, oral lesion, oral ulcer, vomiting.

**Eyes, Ears, Nose and Throat:** allergic rhinitis, blurred vision, cerumen impaction, conjunctivitis, dry throat, epistaxis, laryngitis, nasal congestion, nasal secretion, ophthalmic injection, otic pain, otitis, otitis media, pharyngitis, tinnitus, tonsillitis.

**Immune System:** allergy, insect bite reaction

**Metabolism And Nutrition:** appetite change, hypercholesterolemia, weight gain

**Musculoskeletal System:** ankle sprain, arm pain, arthralgia, back strain, bursitis, cartilage trauma, joint swelling, muscular cramp, muscular disorder, muscular weakness, musculoskeletal pain, musculoskeletal stiffness, myalgia, osteoarthritis, tendinitis, traumatic arthropathy, wrist fracture

**Nervous System:** hypesthesia, insomnia, median nerve neuropathy, migraine, muscular spasm, paresthesia, sciatica, somnolence, vertigo

**Psychiatric Disorder:** anxiety, depression, mental acuity decreased

**Respiratory System:** asthma, cough, dyspnea, pneumonia, pulmonary congestion, respiratory infection

MRK-99420021431

647 **Skin And Skin Appendages:** abrasion, alopecia, atopic dermatitis, basal cell carcinoma,
648 blister, cellulitis, contact dermatitis, herpes simplex, herpes zoster, nail unit disorder,
649 perspiration, pruritus, rash, skin erythema, urticaria, xerosis
650
651 **Urogenital System:** breast mass, cystitis, dysuria, menopausal symptoms, menstrual
652 disorder, nocturia, urinary retention, vaginitis
653
654 **Other serious adverse reactions which occur rarely (<0.1%), regardless of causality:**
655 The following serious adverse events have occurred rarely in patients taking VIOXX:
656
657 **Cardiovascular:** cerebrovascular accident, congestive heart failure, deep venous
658 thrombosis, myocardial infarction, pulmonary embolism, transient ischemic attack,
659 unstable angina
660
661 **Gastrointestinal:** colitis, colonic malignant neoplasm, cholecystitis, duodenal ulcer,
662 gastrointestinal bleeding, intestinal obstruction, pancreatitis
663
664 **Hemic and lymphatic:** lymphoma
665
666 **Urogenital:** breast malignant neoplasm, prostatic malignant neoplasm, urolithiasis
667
668 In 1-year controlled clinical trials and in extension studies for up to 86 weeks
669 (approximately 800 patients treated with VIOXX for one year or longer), the adverse
670 experience profile was qualitatively similar to that observed in studies of shorter duration.
671
672 *Analgesia, including primary dysmenorrhea*
673 Approximately one thousand patients were treated with VIOXX in analgesia studies. All
674 patients in post-dental surgery pain studies received only a single dose of study
675 medication. Patients in primary dysmenorrhea studies may have taken up to 3 daily doses
676 of VIOXX, and those in the post-orthopedic surgery pain study were prescribed 5 daily
677 doses of VIOXX.
678
679 The adverse experience profile in the analgesia studies was generally similar to those
680 reported in the osteoarthritis studies. The following additional adverse experience, which
681 occurred at an incidence of at least 2% of patients treated with VIOXX, was observed in
682 the post-dental pain surgery studies: post-dental extraction alveolitis (dry socket).
683
684 In 110 patients treated with VIOXX (average age approximately 65 years) in the post-
685 orthopedic surgery pain study, the most commonly reported adverse experiences were
686 constipation, fever, and nausea.
687

19

## OVERDOSAGE

No overdoses of VIOXX were reported during clinical trials. Administration of single doses of VIOXX 1000 mg to 6 healthy volunteers and multiple doses of 250 mg/day for 14 days to 75 healthy volunteers did not result in serious toxicity.

In the event of overdose, it is reasonable to employ the usual supportive measures, e.g., remove unabsorbed material from the gastrointestinal tract, employ clinical monitoring, and institute supportive therapy, if required.

Rofecoxib is not removed by hemodialysis; it is not known whether rofecoxib is removed by peritoneal dialysis.

## DOSAGE AND ADMINISTRATION

VIOXX is administered orally. The lowest dose of VIOXX should be sought for each patient.

*Osteoarthritis*
The recommended starting dose of VIOXX is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily. The maximum recommended daily dose is 25 mg.

*Management of Acute Pain and Treatment of Primary Dysmenorrhea*
The recommended initial dose of VIOXX is 50 mg once daily. Subsequent doses should be 50 mg once daily as needed. Use of VIOXX for more than 5 days in management of pain has not been studied (See CLINICAL STUDIES, *Analgesia, including primary dysmenorrhea.*)

VIOXX tablets may be taken with or without food.

*Oral Suspension*
VIOXX Oral Suspension 12.5 mg/5 mL or 25 mg/5 mL may be substituted for VIOXX Tablets 12.5 or 25 mg, respectively, in any of the above indications. Shake before using.

## HOW SUPPLIED

No. 3810 – Tablets VIOXX, 12.5 mg, are cream/off-white, round, shallow cup tablets engraved MRK 74 on one side and VIOXX on the other. They are supplied as follows:

**NDC** 0006-0074-31 unit of use bottles of 30
**NDC** 0006-0074-54 unit of use bottles of 90
**NDC** 0006-0074-28 unit dose packages of 100
**NDC** 0006-0074-68 bottles of 100
**NDC** 0006-0074-82 bottles of 1000
**NDC** 0006-0074-80 bottles of 8000.

MRK-99420021433

No. 3811 – Tablets VIOXX, 25 mg, are yellow, round, tablets engraved MRK 110 on one side and VIOXX on the other. They are supplied as follows:

**NDC** 0006-0110-31 unit of use bottles of 30
**NDC** 0006-0110-54 unit of use bottles of 90
**NDC** 0006-0110-28 unit dose packages of 100
**NDC** 0006-0110-68 bottles of 100
**NDC** 0006-0110-82 bottles of 1000
**NDC** 0006-0110-80 bottles of 8000.

No. 3784 – Oral Suspension VIOXX, 12.5 mg/5 mL is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.

**NDC** 0006-3784-64 unit of use bottles containing 150 mL (12.5 mg/5 mL).

No. 3785 – Oral Suspension VIOXX, 25 mg/5 mL, is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.

**NDC** 0006-3785-64 unit of use bottles containing 150 mL (25 mg/5 mL).

*Storage*
*VIOXX Tablets*:

Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]

*VIOXX Oral Suspension:*

Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]

Rx only.

---

Dist. by:
**MERCK & CO., INC.,** West Point, PA 19486, USA

Issued Month Year
Printed in USA

MRK-99420021434



9183804

**MERCK & CO., INC.**
Whitehouse Station, NJ 08889, USA

# VIOXX®
**(rofecoxib tablets and oral suspension)**

## DESCRIPTION

VIOXX® (rofecoxib) is described chemically as 4-(4-(methyl-sulfonyl)phenyl)-3-phenyl-2(5H)-furanone. It has the following chemical structure:

[chemical structure]

Rofecoxib is a white to off-white to light yellow powder. It is sparingly soluble in acetone, slightly soluble in methanol and isopropyl acetate, very slightly soluble in ethanol, practically insoluble in octanol, and insoluble in water. The empirical formula for rofecoxib is $C_{17}H_{14}O_4S$, and the molecular weight is 314.36.

Each tablet of VIOXX for oral administration contains either 12.5 mg, 25 mg, or 50 mg of rofecoxib and the following inactive ingredients: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide. The 50 mg tablets also contain red ferric oxide.

Each 5 mL of the oral suspension contains either 12.5 mg or 25 mg of rofecoxib and the following inactive ingredients: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, and purified water. Added as preservatives are sodium methylparaben 0.13% and sodium propylparaben 0.02%.

## CLINICAL PHARMACOLOGY

### Mechanism of Action

VIOXX is a nonsteroidal anti-inflammatory drug that exhibits anti-inflammatory, analgesic, and antipyretic activities in animal models. The mechanism of action of VIOXX is believed to be due to inhibition of prostaglandin synthesis, via inhibition of cyclooxygenase-2 (COX-2). At therapeutic concentrations in humans, VIOXX does not inhibit the cyclooxygenase-1 (COX-1) isoenzyme.

### Pharmacokinetics

**Absorption**

The mean oral bioavailability of VIOXX at therapeutically recommended doses of 12.5, 25, and 50 mg is approximately 93%. The area under the curve (AUC) and peak plasma level ($C_{max}$) following a single 25-mg dose were 3286 (±843) ng•hr/mL and 207 (±111) ng/mL, respectively. Both $C_{max}$ and AUC are roughly dose proportional across the clinical dose range. At doses greater than 50 mg, there is a less than proportional increase in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous media. The plasma concentration-time profile exhibited multiple peaks. The median time to maximal concentration ($T_{max}$), as assessed in nine pharmacokinetic studies, is 2 to 3 hours. Individual $T_{max}$ values in these studies ranged between 2 to 9 hours. This may not reflect rate of absorption as $T_{max}$ may occur as a secondary peak in some individuals. With multiple dosing, steady-state conditions are reached by Day 4. The AUC$_{0-24hr}$ and $C_{max}$ at steady state after multiple doses of 25 mg rofecoxib was 4018 (±1141) ng•hr/mL and 321 (±104) ng/mL, respectively. The accumulation factor based on geometric means was 1.67.

VIOXX Tablets 12.5 mg and 25 mg are bioequivalent to VIOXX Oral Suspension 12.5 mg/5 mL and 25 mg/5 mL, respectively.

**Food and Antacid Effects**

Food had no significant effect on either the peak plasma concentration ($C_{max}$) or extent of absorption (AUC) of rofecoxib when VIOXX tablets were taken with a high fat meal. The time to peak plasma concentration ($T_{max}$), however, was delayed by 1 to 2 hours. The food effect on the suspension formulation has not been studied. VIOXX tablets can be administered without regard to timing of meals.

There was a 13% and 8% decrease in AUC when VIOXX was administered with calcium carbonate antacid and magnesium/aluminum antacid to elderly subjects, respectively. There was an approximate 20% decrease in $C_{max}$ of rofecoxib with either antacid.

**Distribution**

Rofecoxib is approximately 87% bound to human plasma protein over the range of concentrations of 0.05 to 25 g/mL.

The apparent volume of distribution at steady state ($V_{dss}$) is approximately 91 L following a 12.5-mg dose and 86 L following a 25-mg dose.

Rofecoxib has been shown to cross the placenta in rats and rabbits, and the blood brain barrier in rats.

**Metabolism**

Metabolism of rofecoxib is primarily mediated through reduction by cytosolic enzymes. The principal metabolic products are the cis-dihydro and trans-dihydro derivatives of rofecoxib, which account for nearly 56% of recovered radioactivity in the urine. An additional 8.8% of the dose was recovered as the glucuronide of the hydroxy derivative, a product of oxidative metabolism. The biotransformation of rofecoxib and this metabolite is reversible in humans to a limited extent (<5%). These metabolites are inactive as COX-1 or COX-2 inhibitors.

Cytochrome P450 plays a minor role in metabolism of rofecoxib. Inhibition of CYP 3A activity by administration of ketoconazole 400 mg daily does not affect rofecoxib disposition. However, induction of general hepatic metabolic activity by administration of the non-specific inducer rifampin 600 mg daily produces a 50% decrease in rofecoxib plasma concentrations. (Also see *Drug Interactions*.)

**Excretion**

Rofecoxib is eliminated predominantly by hepatic metabolism with little (<1%) unchanged drug recovered in the urine. Following a single radiolabeled dose of 125 mg, approximately 72% of the dose was excreted into the urine as metabolites and 14% in the feces as unchanged drug.

The plasma clearance after 12.5- and 25-mg doses was approximately 141 and 120 mL/min, respectively. Higher plasma clearance was observed at doses below the therapeutic range, suggesting the presence of a saturable route of metabolism (i.e., non-linear elimination). The effective half-life (based on steady-state levels) was approximately 17 hours.

**Special Populations**

*Gender*

The pharmacokinetics of rofecoxib are comparable in men and women.

*Geriatric*

After a single dose of 25 mg VIOXX in elderly subjects (over 65 years old) a 34% increase in AUC was observed as compared to the young subjects. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated with the lowest recommended dose.

*Pediatric*

VIOXX has not been investigated in patients below 18 years of age.

*Race*

Meta-analysis of pharmacokinetic studies has suggested a slightly (10-15%) higher AUC of rofecoxib in Blacks and Hispanics as compared to Caucasians. No dosage adjustment is necessary on the basis of race.

*Hepatic Insufficiency*

A pharmacokinetic study in mild (Child-Pugh score ≤6) hepatic insufficiency patients indicated that rofecoxib AUC was similar between these patients and healthy subjects. Limited data in patients with moderate (Child-Pugh score 7-9) hepatic insufficiency suggest a trend towards higher AUC (about 69%) of rofecoxib in these patients, but more data are needed to evaluate pharmacokinetics in these patients. Patients with severe hepatic insufficiency have not been studied.

*Renal Insufficiency*

In a study (N=6) of patients with end stage renal disease undergoing dialysis, peak rofecoxib plasma levels and AUC declined 18% and 9%, respectively, when dialysis occurred four hours after dosing. When dialysis occurred 48 hours after dosing, the elimination profile of rofecoxib was unchanged. While renal insufficiency does not influence the pharmacokinetics of rofecoxib, use of VIOXX in advanced renal disease is not recommended at present because no safety information is available regarding the use of VIOXX in these patients.

### Drug Interactions (Also see PRECAUTIONS, Drug Interactions)

**General**

In human studies the potential for rofecoxib to inhibit or induce CYP 3A4 activity was investigated in studies using the intravenous erythromycin breath test and the oral midazolam test. No significant difference in erythromycin demethylation was observed with rofecoxib (75 mg daily) compared to placebo, indicating no induction of hepatic CYP 3A4. A 30% reduction of the AUC of midazolam was observed with rofecoxib (25 mg daily). This reduction is most likely due to increased first pass metabolism through induction of intestinal CYP 3A4 by rofecoxib. In vitro studies in rat hepatocytes also suggest that rofecoxib might be a mild inducer for CYP 3A4.

Drug interaction studies with rofecoxib have identified potentially significant interactions with rifampin, methotrexate and warfarin. Patients receiving these agents with VIOXX should be appropriately monitored. Drug interaction studies do not support the potential for clinically important interactions between antacids or cimetidine with VIOXX. Similar to experience with other nonsteroidal anti-inflammatory drugs (NSAIDs), studies with rofecoxib suggest the potential for interaction with ACE inhibitors and furosemide. On the pharmacokinetics and/or pharmacodynamics of ketoconazole, prednisone/prednisolone, oral contraceptives, and digoxin have been studied in vivo and clinically important interactions have not been found.

## CLINICAL STUDIES

### Osteoarthritis (OA)

VIOXX has demonstrated significant reduction in joint pain compared to placebo. VIOXX was evaluated for the treatment of the signs and symptoms of OA of the knee and hip in placebo- and active-controlled clinical trials of 6 to 86 weeks duration that enrolled approximately 3900 patients. In patients with OA, treatment with VIOXX 12.5 mg and 25 mg once daily resulted in improvement in patient and physician global assessments and in the WOMAC (Western Ontario and McMaster Universities) osteoarthritis questionnaire, including pain, stiffness, and functional measures of OA. In six studies, VIOXX provided a significant reduction in pain at the first determination after one week in one study, after two weeks in the remaining five studies; this continued for the duration of the studies. In all OA clinical studies, once daily treatment in the morning with VIOXX 12.5 and 25 mg was associated with a significant reduction in joint stiffness upon first awakening in the morning. At doses of 12.5 and 25 mg, the effectiveness of VIOXX was shown to be comparable to ibuprofen 800 mg TID and diclofenac 50 mg TID for treatment of the signs and symptoms of OA. The ibuprofen studies were 6-week studies; the diclofenac studies were 12-month studies in which patients could receive additional arthritis medication during the last 6 months.

### Analgesia, including Dysmenorrhea

In acute analgesic models of post-operative dental pain, post-orthopedic surgical pain, and primary dysmenorrhea, VIOXX relieved pain that was rated by patients as moderate to severe. The analgesic effect (including onset of action) of a single 50-mg dose of VIOXX was generally similar to 550 mg of naproxen sodium or 400 mg of ibuprofen. In single-dose post-operative dental pain studies, the onset of analgesia with a single 50-mg dose of VIOXX occurred within 45 minutes. In a multiple-dose study of post-orthopedic surgical pain in which patients received VIOXX or placebo for up to 5 days, 50 mg of VIOXX once daily was effective in reducing pain. In this study, patients on VIOXX consumed a significantly smaller amount of additional analgesic medication than patients treated with placebo (1.5 versus 2.5 doses per day of additional analgesic medication for VIOXX and placebo, respectively).

### Special Studies

**Upper Endoscopy in Patients with Osteoarthritis**

Two identical (U.S. and Multinational) endoscopy studies in a total of 1516 patients were conducted to compare the percentage of patients who developed endoscopically detectable gastroduodenal ulcers with VIOXX 25 mg daily or 50 mg daily, ibuprofen 2400 mg daily, or placebo. Entry criteria for these studies permitted enrollment of patients with active Helicobacter pylori infection, baseline gastroduodenal erosions, prior history of an upper gastrointestinal perforation, ulcer, or bleed (PUB), and/or age ≥65 years. However, patients receiving aspirin (including low-dose aspirin for cardiovascular prophylaxis) were not enrolled in these studies. Patients who were 50 years of age and older with osteoarthritis and who had no ulcers at baseline were evaluated by endoscopy after weeks 6, 12, and 24 of treatment. The placebo-treatment group was discontinued at week 16 by design.

Treatment with VIOXX 25 mg daily or 50 mg daily was associated with a significantly lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with ibuprofen 2400 mg daily. However, the studies cannot rule out at least some increase in the rate of endoscopic gastroduodenal ulcers when comparing VIOXX to placebo. See Figures 1 and 2 and the accompanying tables for the results of these studies.

## Figure 1

**COMPARISON TO IBUPROFEN**

Life-Table Cumulative Incidence Rate of Gastroduodenal Ulcers ≥ 3mm** (Intention-to-Treat)



[1] p < 0.001 versus ibuprofen 2400 mg
* Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
** The primary endpoint was the cumulative incidence of gastroduodenal ulcers at 12 weeks.

* Registered trademark of MERCK & CO., Inc., Whitehouse Station, New Jersey, USA
COPYRIGHT © MERCK & CO., Inc., 1998
All rights reserved

9183804
VIOXX® (rofecoxib tablets and oral suspension)

VIOXX® (rofecoxib tablets and oral suspension)



**TABLE 1**
Endoscopic Gastroduodenal Ulcers at 12 weeks
U.S. Study

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate[*] | Ratio of Rates vs. Placebo | 95% CI on Ratio of Rates |
|---|---|---|---|---|
| Placebo | 11/156 | 9.9% | | |
| VIOXX 25 mg | 7/185 | 4.1% | 0.41 | (0.16, 1.05) |
| VIOXX 50 mg | 12/178 | 7.3% | 0.74 | (0.33, 1.64) |
| Ibuprofen | 42/167 | 27.7% | 2.79 | (1.47, 5.30) |

[*] by life table analysis

**Figure 2**
COMPARISON TO IBUPROFEN
Life-Table Cumulative Incidence Rate of Gastroduodenal
Ulcers ≥ 3mm[**] (Intention-to-Treat)

[*] p < 0.001 versus ibuprofen 2400 mg
[**] Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
[***] The primary endpoint was the cumulative incidence of gastroduodenal ulcers at 12 weeks.

**TABLE 2**
Endoscopic Gastroduodenal Ulcers at 12 weeks
Multinational Study

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate[*] | Ratio of Rates vs. Placebo | 95% CI on Ratio of Rates |
|---|---|---|---|---|
| Placebo | 5/182 | 5.1% | | |
| VIOXX 25 mg | 9/187 | 5.3% | 1.04 | (0.36, 3.01) |
| VIOXX 50 mg | 15/172 | 8.8% | 1.73 | (0.65, 4.61) |
| Ibuprofen | 49/187 | 29.2% | 5.72 | (2.36, 13.89) |

[*] by life table analysis

The correlation between findings of endoscopic studies, and the relative incidence of clinically serious upper GI events that may be observed with different products, has not been fully established. Serious clinically significant upper GI bleeding has been observed in patients receiving VIOXX in controlled trials, albeit infrequently (see WARNINGS, *Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*). Prospective, long-term studies required to compare the incidence of serious, clinically significant upper GI adverse events in patients taking VIOXX versus comparator NSAID products have not been performed.

*Assessment of Fecal Occult Blood Loss in Healthy Subjects*
Occult fecal blood loss associated with VIOXX 25 mg daily, VIOXX 50 mg daily, ibuprofen 2400 mg per day, and placebo was evaluated in a study utilizing $^{51}$Cr tagged red blood cells in 67 healthy males. After 4 weeks of treatment with VIOXX 25 mg daily or VIOXX 50 mg daily, the increase in the amount of fecal blood loss was not statistically significant compared with placebo-treated subjects. In contrast, ibuprofen 2400 mg per day produced a statistically significant increase in fecal blood loss as compared with placebo-treated subjects and VIOXX-treated subjects. The clinical relevance of this finding is unknown.

*Platelets*
Multiple doses of VIOXX 12.5, 25, and up to 375 mg administered daily up to 12 days had no effect on bleeding time relative to placebo. Similarly, bleeding time was not altered in a single dose study with 500 or 1000 mg of VIOXX. There was no inhibition of ex vivo arachidonic acid- or collagen-induced platelet aggregation with 12.5, 25, and 50 mg of VIOXX.

**INDICATIONS AND USAGE**
VIOXX is indicated:
For relief of the signs and symptoms of osteoarthritis.
For the management of acute pain in adults (see CLINICAL STUDIES).
For the treatment of primary dysmenorrhea.

**CONTRAINDICATIONS**
VIOXX is contraindicated in patients with known hypersensitivity to rofecoxib or any other component of VIOXX.
VIOXX should not be given to patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs. Severe, rarely fatal, anaphylactic-like reactions to NSAIDs have been reported in such patients (see WARNINGS, *Anaphylactoid Reactions* and PRECAUTIONS *Preexisting Asthma*).

**WARNINGS**
*Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*
Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the stomach, small intestine or large intestine, can occur at any time, with or without warning symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs). Minor upper gastrointestinal problems, such as dyspepsia, are common and may also occur at any time during NSAID therapy. Therefore, physicians and patients should remain alert for ulceration and bleeding, even in the absence of previous GI tract symptoms. Patients should be informed about the signs and/or symptoms of serious GI toxicity and the steps to take if they occur. The utility of periodic laboratory monitoring has not been demonstrated, nor has it been adequately assessed. Only one in five patients who develop a serious upper GI adverse event on NSAID therapy is symptomatic. It has been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year. These trends continue thus, increasing the likelihood of developing a serious GI event at some time during the course of therapy. However, even short-term therapy is not without risk.

It is unclear, at the present time, how the above rates apply to VIOXX (see CLINICAL STUDIES, *Special Studies, Upper Endoscopy in Patients with Osteoarthritis*). Among 3357 patients who received VIOXX in controlled clinical trials of 6-weeks to one-year duration (most were enrolled in six-month or longer studies) at a daily dose of 12.5 mg to 50 mg, a total of 4 patients experienced a serious upper GI event, using protocol-derived criteria. Two patients experienced an upper GI bleed within three months (at day 62 and 87, respectively) (0.06%). One additional patient experienced an obstruction within six months (Day 130) and the remaining patient developed an upper GI bleed within 12 months (Day 322) (0.12%). Approximately 23% of these 3357 patients were in studies that required them to be free of ulcers at study entry. It is unclear if this study population is representative of the general population. Prospective, long-term studies required to compare the incidence of serious, clinically significant upper GI adverse events in patients taking VIOXX vs comparator NSAID products have not been performed.

NSAIDs should be prescribed with extreme caution in patients with a prior history of ulcer disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are in elderly or debilitated patients and therefore special care should be taken in treating this population. To minimize the potential risk for an adverse GI event, the lowest effective dose should be used for the shortest possible duration. For high risk patients, alternate therapies that do not involve NSAIDs should be considered.

Studies have shown that patients with a *prior history of peptic ulcer disease and/or gastrointestinal bleeding* and who use NSAIDs, have a greater than 10-fold higher risk for developing a GI bleed than patients with neither of these risk factors. In addition to a past history of ulcer disease, pharmacoepidemiological studies have identified several other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, older age, and poor general health status.

*Anaphylactoid Reactions*
As with NSAIDs in general, anaphylactoid reactions have occurred in patients without known prior exposure to VIOXX. In post-marketing experience, rare cases of anaphylactoid reactions and angioedema have been reported in patients receiving VIOXX. VIOXX should not be given to patients with the aspirin triad. This symptom complex typically occurs in asthmatic patients who experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal bronchospasm after taking aspirin or other NSAIDs (see CONTRAINDICATIONS and PRECAUTIONS, *Preexisting Asthma*). Emergency help should be sought in cases where an anaphylactoid reaction occurs.

*Advanced Renal Disease*
No safety information is available regarding the use of VIOXX in patients with advanced kidney disease. Therefore, treatment with VIOXX is not recommended in these patients. If VIOXX therapy must be initiated, close monitoring of the patient's kidney function is advisable (see PRECAUTIONS, *Renal Effects*).

*Pregnancy*
In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

**PRECAUTIONS**
*General*
VIOXX cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency. Abrupt discontinuation of corticosteroids may lead to exacerbation of corticosteroid-responsive illness. Patients on prolonged corticosteroid



**VIOXX®**
(rofecoxib tablets and oral suspension)

Circular Number 9183804



**VIOXX®**
(rofecoxib tablets and oral suspension)

Circular Number 9183804



**VIOXX®**
(rofecoxib tablets and oral suspension)

Circular Number 9183804









**VIOXX®**
(rofecoxib tablets and oral suspension)

VIOXX® (rofecoxib tablets and oral suspension)

therapy should have their therapy tapered slowly if a decision is made to discontinue corticosteroids.

The pharmacological activity of VIOXX in reducing inflammation, and possibly fever, may diminish the utility of these diagnostic signs in detecting infectious complications of presumed noninfectious, painful conditions.

### Hepatic Effects

Borderline elevations of one or more liver tests may occur in up to 15% of patients taking NSAIDs, and notable elevations of ALT or AST (approximately three or more times the upper limit of normal) have been reported in approximately 1% of patients in clinical trials with NSAIDs. These laboratory abnormalities may progress, may remain unchanged, or may be transient with continuing therapy. Rare cases of severe hepatic reactions, including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic failure (some with fatal outcome) have been reported with NSAIDs. In controlled clinical trials of VIOXX, the incidence of borderline elevations of liver tests at doses of 12.5 and 25 mg daily was comparable to the incidence observed with ibuprofen and lower than that observed with diclofenac. In placebo-controlled trials, approximately 0.5% of patients taking rofecoxib (12.5 or 25 mg QD) and 0.1% of patients taking placebo had notable elevations of ALT or AST.

A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver test has occurred, should be monitored carefully for evidence of the development of a more severe hepatic reaction while on therapy with VIOXX. Use of VIOXX is not recommended in patients with moderate or severe hepatic insufficiency (see *Pharmacokinetics, Special Populations*). If clinical signs and symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash, etc.), VIOXX should be discontinued.

### Renal Effects

Long-term administration of NSAIDs has resulted in renal papillary necrosis and other renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins have a compensatory role in the maintenance of renal perfusion. In these patients, administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent reduction in prostaglandin formation and, secondarily, in renal blood flow, which may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed by recovery to the pretreatment state. Clinical trials with VIOXX at daily doses of 12.5 and 25 mg have shown renal effects (e.g., hypertension, edema) similar to those observed with comparator NSAIDs; these occur with an increased frequency with chronic use of VIOXX at doses above the 12.5 to 25 mg range. (See ADVERSE REACTIONS.)

Caution should be used when initiating treatment with VIOXX in patients with considerable dehydration. It is advisable to rehydrate patients first and then start therapy with VIOXX. Caution is also recommended in patients with pre-existing kidney disease (see WARNINGS, *Advanced Renal Disease*).

### Hematological Effects

Anemia is sometimes seen in patients receiving VIOXX. In placebo-controlled trials, there were no significant differences observed between VIOXX and placebo in clinical reports of anemia. Patients on long-term treatment with VIOXX should have their hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or blood loss. VIOXX does not generally affect platelet counts, prothrombin time (PT), or partial thromboplastin time (PTT), and does not inhibit platelet aggregation at indicated dosages (see CLINICAL STUDIES, *Special Studies, Platelets*).

### Fluid Retention and Edema

Fluid retention and edema have been observed in some patients taking VIOXX (see ADVERSE REACTIONS). VIOXX should be used with caution, and should be introduced at the lowest recommended dose in patients with fluid retention, hypertension, or heart failure.

### Preexisting Asthma

Patients with asthma may have aspirin-sensitive asthma. The use of aspirin in patients with aspirin-sensitive asthma has been associated with severe bronchospasm which can be fatal. Since cross reactivity, including bronchospasm, between aspirin and other nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients, VIOXX should not be administered to patients with this form of aspirin sensitivity and should be used with caution in patients with preexisting asthma.

### Information for Patients

VIOXX can cause discomfort and, rarely, more serious side effects, such as gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes. Although serious GI tract ulcerations and bleeding can occur without warning symptoms, patients should be alert for the signs and symptoms of ulcerations and bleeding, and should ask for medical advice when observing any indicative signs or symptoms. Patients should be apprised of the importance of this follow-up (see WARNINGS, *Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding and Perforation*).

9183804

VIOXX® (rofecoxib tablets and oral suspension)

Patients should promptly report signs or symptoms of gastrointestinal ulceration or bleeding, skin rash, unexplained weight gain, or edema to their physicians.

Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g., nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-like" symptoms). If these occur, patients should be instructed to stop therapy and seek immediate medical therapy.

Patients should also be instructed to seek immediate emergency help in the case of an anaphylactoid reaction (see WARNINGS).

In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

### Laboratory Tests

Because serious GI tract ulcerations and bleeding can occur without warning symptoms, physicians should monitor for signs or symptoms of GI bleeding.

### Drug Interactions

*ACE inhibitors:* Reports suggest that NSAIDs may diminish the antihypertensive effect of Angiotensin Converting Enzyme (ACE) inhibitors. In patients with mild to moderate hypertension, administration of 25 mg daily of VIOXX with the ACE inhibitor benazepril, 10 to 40 mg for 4 weeks, was associated with an average increase in mean arterial pressure of about 3 mm Hg compared to ACE inhibitor alone. This interaction should be given consideration in patients taking VIOXX concomitantly with ACE inhibitors.

*Aspirin:* Concomitant administration of low-dose aspirin with VIOXX may result in an increased rate of GI ulceration or other complications, compared to use of VIOXX alone. At steady state, VIOXX 50 mg once daily had no effect on the anti-platelet activity of low-dose (81 mg once daily) aspirin, as assessed by *ex vivo* platelet aggregation and serum $TXB_2$ generation in clotting blood. VIOXX is not a substitute for aspirin for cardiovascular prophylaxis

*Cimetidine:* Co-administration with high doses of cimetidine (800 mg twice daily) increased the $C_{max}$ of rofecoxib by 21%, the $AUC_{0-120hr}$ by 23% and the $t_{1/2}$ by 15%. These small changes are not clinically significant and no dose adjustment is necessary.

*Digoxin:* Rofecoxib 75 mg once daily for 11 days does not alter the plasma concentration profile or renal elimination of digoxin after a single 0.5 mg oral dose.

*Furosemide:* Clinical studies, as well as post-marketing observations, have shown that NSAIDs can reduce the natriuretic effect of furosemide and thiazides in some patients. This response has been attributed to inhibition of renal prostaglandin synthesis.

*Ketoconazole:* Ketoconazole 400 mg daily did not have any clinically important effect on the pharmacokinetics of rofecoxib.

*Lithium:* NSAIDs have produced an elevation of plasma lithium levels and a reduction in renal lithium clearance. Thus, when VIOXX and lithium are administered concurrently, subjects should be observed carefully for signs of lithium toxicity.

*Methotrexate:* VIOXX 75 mg administered once daily for 10 days increased plasma concentrations by 23% as measured by $AUC_{0-24hr}$ in patients receiving methotrexate 7.5 to 15 mg/week for rheumatoid arthritis. An equivalent magnitude of reduction in methotrexate renal clearance was observed. At 24 hours postdose, a similar proportion of patients treated with methotrexate alone (94%) and subsequently treated with methotrexate co-administered with 75 mg of rofecoxib (88%) had methotrexate plasma concentrations below the measurable limit (5 ng/mL). The effects of the recommended doses for osteoarthritis (12.5 and 25 mg) of VIOXX on plasma methotrexate levels are unknown. Standard monitoring of methotrexate-related toxicity should be continued if VIOXX and methotrexate are administered concomitantly.

*Oral Contraceptives:* Rofecoxib did not have any clinically important effect on the pharmacokinetics of ethinyl estradiol and norethindrone.

*Prednisone/prednisolone:* Rofecoxib did not have any clinically important effect on the pharmacokinetics of prednisolone or prednisone.

*Rifampin:* Co-administration of VIOXX with rifampin 600 mg daily, a potent inducer of hepatic metabolism, produced an approximate 50% decrease in rofecoxib plasma concentrations. Therefore, a starting daily dose of 25 mg of VIOXX should be considered for the treatment of osteoarthritis when VIOXX is co-administered with potent inducers of hepatic metabolism.

*Warfarin:* Anticoagulant activity should be monitored, particularly in the first few days after initiating or changing VIOXX therapy in patients receiving warfarin or similar agents, since these patients are at an increased risk of bleeding complications. In single and multiple dose studies in healthy subjects receiving both warfarin and rofecoxib, prothrombin time (measured as INR) was increased by approximately 8% to 11%. In post-marketing experience, bleeding events have been reported, predominantly in the elderly, in association with increases in prothrombin time in patients receiving VIOXX concurrently with warfarin.

### Carcinogenesis, Mutagenesis, Impairment of Fertility

Rofecoxib was not carcinogenic in mice given oral doses up to 30 mg/kg (male) and 60 mg/kg (female) (approximately 5- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24hr}$) and in male and female rats given oral doses up to

VIOXX® (rofecoxib tablets and oral suspension)

8 mg/kg (approximately 6- and 2-fold the human exposure at 25 and 50 mg daily based on AUC$_{0-24}$) for two years.

Rofecoxib was not mutagenic in an Ames test or in a V-79 mammalian cell mutagenesis assay, nor clastogenic in a chromosome aberration assay in Chinese hamster ovary (CHO) cells, in an in vitro and an in vivo alkaline elution assay, or in an in vivo chromosomal aberration test in mouse bone marrow.

Rofecoxib did not impair male fertility in rats at oral doses up to 100 mg/kg (approximately 20- and 7-fold human exposure at 25 and 50 mg daily based on the AUC$_{0-24}$) and rofecoxib had no effect on fertility in female rats at doses up to 30 mg/kg (approximately 19- and 7-fold human exposure at 25 and 50 mg daily based on AUC$_{0-24}$).

### Pregnancy

#### Teratogenic effects: Pregnancy Category C.

Rofecoxib was not teratogenic in rats at doses up to 50 mg/kg/day (approximately 28- and 10-fold human exposure at 25 and 50 mg/day based on the AUC$_{0-24}$). There was a slight, non-statistically significant increase in the overall incidence of vertebral malformations only in the rabbit at doses of 50 mg/kg/day (approximately 1- or <1-fold human exposure at 25 and 50 mg daily based on the AUC$_{0-24}$). There are no studies in pregnant women. VIOXX should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Nonteratogenic effects: Rofecoxib produced peri-implantation and post-implantation losses and reduced embryo/fetal survival in rats and rabbits at oral doses ≥10 and ≥75 mg/kg/day, respectively (approximately 9- and 3-fold [rats] and 2- and <1-fold [rabbits] human exposure based on the AUC$_{0-24}$ at 25 and 50 mg daily). These changes are expected with inhibition of prostaglandin synthesis and are not the result of permanent alteration of female reproductive function. There was an increase in the incidence of postnatal pup mortality in rats at ≥5 mg/kg/day (approximately 5- and 2-fold human exposure at 25 and 50 mg daily based on AUC$_{0-24}$). In studies in pregnant rats administered single doses of rofecoxib, there was a treatment-related decrease in the diameter of the ductus arteriosus at all doses used (3-300 mg/kg; 3 mg/kg is approximately 2- and <1-fold human exposure at 25 or 50 mg daily based on AUC$_{0-24}$). As with other drugs known to inhibit prostaglandin synthesis, use of VIOXX during the third trimester of pregnancy should be avoided.

### Labor and delivery

Rofecoxib produced no evidence of significantly delayed labor or parturition in females at doses 15 mg/kg in rats (approximately 10- and 3-fold human exposure as measured by the AUC$_{0-24}$ at 25 and 50 mg). The effects of VIOXX on labor and delivery in pregnant women are unknown.

Merck & Co., Inc. maintains a registry to monitor the pregnancy outcomes of women exposed to VIOXX while pregnant. Healthcare providers are encouraged to report any prenatal exposure to VIOXX by calling the Pregnancy Registry at (800) 986-8999.

### Nursing mothers

Rofecoxib is excreted in the milk of lactating rats at concentrations similar to those in plasma. There was an increase in pup mortality and a decrease in pup body weight following exposure of pups to milk from dams administered VIOXX during lactation. The dose tested represents an approximate 18- and 6-fold human exposure at 25 and 50 mg based on AUC$_{0-24}$. It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from VIOXX, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

### Pediatric Use

Safety and effectiveness in pediatric patients below the age of 18 years have not been evaluated.

### Geriatric Use

Of the patients who received VIOXX in osteoarthritis clinical trials, 1455 were 65 years of age or older (this included 460 who were 75 years or older). No substantial differences in safety and effectiveness were observed between these subjects and younger patients. Greater sensitivity of some older individuals cannot be ruled out. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

In one of these studies (a six-week, double-blind, randomized clinical trial), VIOXX 12.5 or 25 mg once daily was administered to 174 osteoarthritis patients ≥80 years of age. The safety profile in this elderly population was similar to that of younger patients treated with VIOXX.

### ADVERSE REACTIONS

#### Osteoarthritis

Approximately 3600 patients with osteoarthritis were treated with VIOXX; approximately 1400 patients received VIOXX for 6 months or longer and approximately 800 patients for one year or longer. The following table of adverse experiences lists all adverse events, regardless of causality, occurring in at least 2% of patients receiving VIOXX in nine controlled studies of 6-week to 6-month duration conducted in patients with OA at the therapeutically recommended doses (12.5 and 25 mg), which included a placebo and/or positive control group.

9183804
VIOXX® (rofecoxib tablets and oral suspension)

Clinical Adverse Experiences occurring in
≥ 2.0% of Patients Treated with VIOXX

| | Placebo | VIOXX 12.5 or 25 mg daily | Ibuprofen 2400 mg daily | Diclofenac 150 mg daily |
|---|---|---|---|---|
| | (N = 783) | (N = 2829) | (N = 847) | (N = 498) |
| **Body As A Whole/Site Unspecified** | | | | |
| Abdominal Pain | 4.1 | 3.4 | 4.6 | 5.8 |
| Asthenia/Fatigue | 1.0 | 2.2 | 2.5 | 2.6 |
| Dizziness | 2.2 | 3.0 | 2.7 | 3.4 |
| Influenza-Like Disease | 3.1 | 2.9 | 1.5 | 3.2 |
| Lower Extremity Edema | 1.1 | 3.7 | 3.8 | 3.4 |
| Upper Respiratory Infection | 7.8 | 8.5 | 5.0 | 8.2 |
| **Cardiovascular System** | | | | |
| Hypertension | 1.3 | 3.5 | 3.0 | 1.6 |
| **Digestive System** | | | | |
| Diarrhea | 6.8 | 6.5 | 7.1 | 10.6 |
| Dyspepsia | 2.7 | 3.5 | 4.7 | 4.0 |
| Epigastric Discomfort | 2.8 | 3.8 | 9.2 | 5.4 |
| Heartburn | 3.6 | 4.2 | 5.2 | 4.6 |
| Nausea | 2.9 | 5.2 | 7.1 | 7.4 |
| **Eyes, Ears, Nose, And Throat:** | | | | |
| Sinusitis | 2.0 | 2.7 | 1.8 | 2.4 |
| **Musculoskeletal System** | | | | |
| Back Pain | 1.9 | 2.5 | 1.4 | 2.8 |
| **Nervous System** | | | | |
| Headache | 7.5 | 4.7 | 6.1 | 8.0 |
| **Respiratory System** | | | | |
| Bronchitis | 0.8 | 2.0 | 1.4 | 3.2 |
| **Urogenital System** | | | | |
| Urinary Tract Infection | 2.7 | 2.8 | 2.5 | 3.6 |

The general safety profile of VIOXX 50 mg QD in OA clinical trials of up to 6 months (476 patients) was similar to that of VIOXX at the recommended OA doses of 12.5 and 25 mg QD, except for a higher incidence of gastrointestinal symptoms (abdominal pain, epigastric pain, heartburn, nausea and vomiting), lower extremity edema (6.3%) and hypertension (8.2%).

In the OA studies, the following spontaneous adverse events occurred in >0.1% to 1.9% of patients treated with VIOXX regardless of causality:

Body as a Whole: abdominal distension, abdominal tenderness, abscess, chest pain, chills, contusion, cyst, diaphragmatic hernia, fever, fluid retention, flushing, fungal infection, infection, laceration, pain, pelvic pain, peripheral edema, postoperative pain, syncope, trauma, upper extremity edema, viral syndrome.

Cardiovascular System: angina pectoris, atrial fibrillation, bradycardia, hematoma, irregular heart beat, palpitation, premature ventricular contraction, tachycardia, venous insufficiency.

Digestive System: acid reflux, aphthous stomatitis, constipation, dental caries, dental pain, digestive gas symptoms, dry mouth, duodenal disorder, dysgeusia, esophagitis, flatulence, gastric disorder, gastritis, gastroenteritis, hematochezia, hemorrhoids, infectious gastroenteritis, oral infection, oral lesion, oral ulcer, vomiting.

Eyes, Ears, Nose, and Throat: allergic rhinitis, blurred vision, cerumen impaction, conjunctivitis, dry throat, epistaxis, laryngitis, nasal congestion, nasal secretion, ophthalmic injection, otic pain, otitis, otitis media, pharyngitis, tinnitus, tonsillitis.

Immune System: allergy, hypersensitivity, insect bite reaction.

Metabolism and Nutrition: appetite change, hypercholesterolemia, weight gain.

Musculoskeletal System: ankle sprain, arm pain, arthralgia, back strain, bursitis, cartilage trauma, joint swelling, muscular cramp, muscular disorder, muscular weakness, musculoskeletal pain, musculoskeletal stiffness, myalgia, osteoarthritis, tendinitis, traumatic arthropathy, wrist fracture.

Nervous System: hypesthesia, insomnia, median nerve neuropathy, migraine, muscular spasm, paresthesia, sciatica, somnolence, vertigo.

Psychiatric: anxiety, depression, mental acuity decreased.

Respiratory System: asthma, cough, dyspnea, pneumonia, pulmonary congestion, respiratory infection.

Skin and Skin Appendages: abrasion, alopecia, atopic dermatitis, basal cell carcinoma, blister, cellulitis, contact dermatitis, herpes simplex, herpes zoster, nail cord disorder, perspiration, pruritus, rash, skin erythema, urticaria, xerosis.

Urogenital System: breast mass, cystitis, dysuria, menopausal symptoms, menstrual disorder, nocturia, urinary retention, vaginitis.

The following serious adverse events have been reported rarely (estimated <0.1%) in patients taking VIOXX, regardless of causality. Cases reported only in the post-marketing experience are indicated in italics.

Cardiovascular: cerebrovascular accident, congestive heart failure, deep venous thrombosis, myocardial infarction, pulmonary embolism, transient ischemic attack, unstable angina.

Gastrointestinal: cholecystitis, colitis, colonic malignant neoplasm, duodenal perforation, duodenal ulcer, esophageal ulcer, gastric perforation, gastric ulcer, gastrointestinal bleeding, intestinal obstruction, pancreatitis.

Hemic and lymphatic: lymphoma.

Immune System: anaphylactoid reaction, angioedema.

Nervous System: aseptic meningitis.

Psychiatric: hallucinations.

Urogenital System: acute renal failure, breast malignant neoplasm, interstitial nephritis, prostatic malignant neoplasm, urolithiasis, worsening chronic renal failure.

In 1-year controlled clinical trials and in extension studies for up to 86 weeks (approximately 800 patients treated with VIOXX for one year or longer), the adverse experience profile was qualitatively similar to that observed in studies of shorter duration.

### Analgesia, including primary dysmenorrhea

Approximately one thousand patients were treated with VIOXX in analgesia studies. All patients in post-dental surgery pain studies received only a single dose of study medication. Patients in primary dysmenorrhea studies may have taken up to 3 daily doses of VIOXX, and those in the post-orthopedic surgery pain study were prescribed 5 daily doses of VIOXX.

The adverse experience profile in the analgesia studies was generally similar to those reported in the osteoarthritis studies. The following additional adverse experience, which occurred at an incidence of at least 2% of patients treated with VIOXX, was observed in the post-dental pain surgery studies: post-dental extraction alveolitis (dry socket).

In 110 patients treated with VIOXX (average age approximately 65 years) in the post-orthopedic surgery pain study, the most commonly reported adverse experiences were constipation, fever, and nausea.

### OVERDOSAGE

No overdoses of VIOXX were reported during clinical trials. Administration of single doses of VIOXX 1000 mg to 6 healthy volunteers and multiple doses of 250 mg/day for 14 days to 75 healthy volunteers did not result in serious toxicity.

In the event of overdose, it is reasonable to employ the usual supportive measures, e.g., remove unabsorbed material from the gastrointestinal tract, employ clinical monitoring, and institute supportive therapy, if required.

Rofecoxib is not removed by hemodialysis; it is not known whether rofecoxib is removed by peritoneal dialysis.

### DOSAGE AND ADMINISTRATION

VIOXX is administered orally. The lowest dose of VIOXX should be sought for each patient.

#### Osteoarthritis

The recommended starting dose of VIOXX is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily. The maximum recommended daily dose is 25 mg.

#### Management of Acute Pain and Treatment of Primary Dysmenorrhea

The recommended initial dose of VIOXX is 50 mg once daily. Subsequent doses should be 50 mg once daily as needed. Use of VIOXX for more than 5 days in management of pain has not been studied (see CLINICAL STUDIES, Analgesia, including dysmenorrhea).

VIOXX tablets may be taken with or without food.

#### Oral Suspension

VIOXX Oral Suspension 12.5 mg/5 mL or 25 mg/5 mL may be substituted for VIOXX Tablets 12.5 or 25 mg, respectively, in any of the above indications. Shake before using.

### HOW SUPPLIED

No. 3810 - Tablets VIOXX, 12.5 mg, are cream/off-white, round, shallow cup tablets engraved MRK 74 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0074-31 unit of use bottles of 30
NDC 0006-0074-28 unit dose packages of 100
NDC 0006-0074-68 bottles of 100
NDC 0006-0074-82 bottles of 1000
NDC 0006-0074-80 bottles of 8000.

No. 3811 - Tablets VIOXX, 25 mg, are yellow, round, tablets engraved MRK 110 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0110-31 unit of use bottles of 30
NDC 0006-0110-28 unit dose packages of 100
NDC 0006-0110-68 bottles of 100
NDC 0006-0110-82 bottles of 1000
NDC 0006-0110-80 bottles of 8000.

No. 3818 - Tablets VIOXX, 50 mg, are orange, round, tablets engraved MRK 114 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0114-31 unit of use bottles of 30
NDC 0006-0114-28 unit dose packages of 100
NDC 0006-0114-68 bottles of 100
NDC 0006-0114-74 bottles of 500
NDC 0006-0114-81 bottles of 4000.

No. 3784 - Oral Suspension VIOXX, 12.5 mg/5 mL is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
NDC 0006-3784-64 unit of use bottles containing 150 mL (12.5 mg/5 mL).

No. 3785 - Oral Suspension VIOXX, 25 mg/5 mL, is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
NDC 0006-3785-64 unit of use bottles containing 150 mL (25 mg/5 mL).

### Storage

#### VIOXX Tablets:

Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]

#### VIOXX Oral Suspension:

Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]

Rx only



Dist. by
MERCK & CO., INC., Whitehouse Station, NJ 08889, USA

Issued March 2000
Printed in USA

**Patient Information about**
**VIOXX® (rofecoxib tablets and oral suspension)**                    9183900
**VIOXX® (pronounced "VI-ox")**
**for Osteoarthritis and Pain**
**Generic name: rofecoxib ("ro-fa-COX-ib")**

You should read this information before you start taking VIOXX*. Also, read the leaflet each time you refill your prescription, in case any information has changed. This leaflet provides only a summary of certain information about VIOXX. Your doctor or pharmacist can give you an additional leaflet that is written for health professionals that contains more complete information. This leaflet does not take the place of careful discussions with your doctor. You and your doctor should discuss VIOXX when you start taking your medicine and at regular checkups.

**What is VIOXX?**

VIOXX is a nonsteroidal anti-inflammatory drug (NSAID) that is used to reduce pain and inflammation (swelling and soreness). VIOXX is available as a tablet or a liquid that you take by mouth.

VIOXX is a medicine for:
- relief of osteoarthritis (the arthritis caused by age-related "wear and tear" on bones and joints)
- management of acute pain in adults (like the short-term pain you can get after a dental or surgical operation)
- treatment of menstrual pain (pain during women's monthly periods).

**Who should not take VIOXX?**

Do not take VIOXX if you:
- have had an allergic reaction such as asthma attacks, hives, or swelling of the throat and face to aspirin or other NSAIDs (for example, ibuprofen and naproxen).
- have had an allergic reaction to rofecoxib, which is the active ingredient of VIOXX, or to any of its inactive ingredients. (See Inactive Ingredients at the end of this leaflet.)

**What should I tell my doctor before and during treatment with VIOXX?**

Tell your doctor if you are:
- pregnant or plan to become pregnant. VIOXX should not be used in late pregnancy because it may harm the fetus.
- breast-feeding or plan to breast-feed. It is not known whether VIOXX is passed through to human breast milk and what its effects could be on a nursing child.

Tell your doctor if you have:
- kidney disease
- liver disease
- heart failure
- high blood pressure
- had an allergic reaction to aspirin or other NSAIDs
- had a serious stomach problem in the past.

Tell your doctor about:
- any other medical problems or allergies you have now or have had.
- all medicines that you are taking or plan to take, even those you can get without a prescription.

Tell your doctor if you develop:
- ulcer or bleeding symptoms (for instance, stomach burning or black stools, which are signs of possible stomach bleeding).
- unexplained weight gain or swelling of the feet and/or legs.
- skin rash or allergic reactions. If you have a severe allergic reaction, get medical help right away.

**How should I take VIOXX?**

VIOXX should be taken once a day. Your doctor will decide what dose of VIOXX you should take and how long you should take it. You may take VIOXX with or without food.

**Can I take VIOXX with other medicines?**

Tell your doctor about all of the other medicines you are taking or plan to take while you are on VIOXX, even other medicines that you can get without a prescription. Your doctor may want to check that your medicines are working properly together if you are taking other medicines such as:
- methotrexate (a medicine used to suppress the immune system)
- warfarin (a blood thinner)
- rifampin (an antibiotic)
- ACE inhibitors (medicines used for high blood pressure and heart failure).

**What are the possible side effects of VIOXX?**

Serious but rare side effects that have been reported in patients taking VIOXX and/or related medicines have included:

- Serious stomach problems, such as stomach and intestinal bleeding, can occur with or without warning symptoms. These problems, if severe, could lead to hospitalization or death. Although this happens rarely, you should watch for signs that you may have this serious side effect and tell your doctor right away.

- Serious kidney problems occur rarely in patients taking NSAIDs.

- Severe liver problems occur rarely in patients taking NSAIDs. Tell your doctor if you develop symptoms of liver problems. These include nausea, tiredness, itching, tenderness in the right upper abdomen, and flu-like symptoms.

* Registered trademark of MERCK & CO., INC.
COPYRIGHT ©-MERCK & CO., INC., 1999
All rights reserved.







VIOXX® (rofecoxib tablets and oral suspension)

More common, but less serious side effects reported with VIOXX have included the following:

Upper and/or lower respiratory infection and/or inflammation
Headache
Dizziness
Diarrhea
Nausea and/or vomiting
Heartburn, stomach pain and upset
Swelling of the legs and/or feet
High blood pressure
Back pain
Tiredness
Urinary tract infection.

These side effects were reported in at least 2% of osteoarthritis patients receiving daily doses of VIOXX 12.5 mg to 25 mg in clinical studies.

The side effects described above do not include all of the side effects reported with VIOXX. Do not rely on this leaflet alone for information about side effects. Your doctor or pharmacist can discuss with you a more complete list of side effects. Any time you have a medical problem you think may be related to VIOXX, talk to your doctor.

VIOXX® (rofecoxib tablets and oral suspension)

**What else can I do to help manage my osteoarthritis pain?**

Talk to your doctor about:
• Exercise
• Controlling your weight
• Hot and cold treatments
• Using support devices.

**What else should I know about VIOXX?**

This leaflet provides a summary of certain information about VIOXX. If you have any questions or concerns about VIOXX, osteoarthritis or pain, talk to your health professional. Your pharmacist can give you an additional leaflet that is written for health professionals.

Do not share VIOXX with anyone else; it was prescribed only for you. It should be taken only for the condition for which it was prescribed.

Keep VIOXX and all medicines out of the reach of children.

Inactive ingredients:

Oral suspension: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, sodium methylparaben, sodium propylparaben.

Tablets: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide.

MERCK & CO., INC.
Whitehouse Station, NJ 08889, USA

Issued October 1999



**Patient information about**                                        9183901
**VIOXX® (rofecoxib tablets and oral suspension)**
**VIOXX® (pronounced "VI-ox")**
**for Osteoarthritis and Pain**
**Generic name: rofecoxib ("ro-fa-COX-ib")**

You should read this information before you start taking VIOXX*. Also, read the leaflet each time you refill your prescription, in case any information has changed. This leaflet provides only a summary of certain information about VIOXX. Your doctor or pharmacist can give you an additional leaflet that is written for health professionals that contains more complete information. This leaflet does not take the place of careful discussions with your doctor. You and your doctor should discuss VIOXX when you start taking your medicine and at regular checkups.

**What is VIOXX?**

VIOXX is a nonsteroidal anti-inflammatory drug (NSAID) that is used to reduce pain and inflammation (swelling and soreness). VIOXX is available as a tablet or a liquid that you take by mouth.

VIOXX is a medicine for:
* relief of osteoarthritis (the arthritis caused by age-related "wear and tear" on bones and joints)
* management of acute pain in adults (like the short-term pain you can get after a dental or surgical operation)
* treatment of menstrual pain (pain during women's monthly periods).

**Who should not take VIOXX?**

Do not take VIOXX if you:
* have had an allergic reaction such as asthma attacks, hives, or swelling of the throat and face to aspirin or other NSAIDs (for example, ibuprofen and naproxen).
* have had an allergic reaction to rofecoxib, which is the active ingredient of VIOXX, or to any of its inactive ingredients. (See Inactive Ingredients at the end of this leaflet.)

**What should I tell my doctor before and during treatment with VIOXX?**

Tell your doctor if you are:
* pregnant or plan to become pregnant. VIOXX should not be used in late pregnancy because it may harm the fetus.
* breast-feeding or plan to breast-feed. It is not known whether VIOXX is passed through to human breast milk and what its effects could be on a nursing child.

Tell your doctor if you have:
* kidney disease
* liver disease
* heart failure
* high blood pressure
* had an allergic reaction to aspirin or other NSAIDs
* had a serious stomach problem in the past.

Tell your doctor if you:
* any other medical problems or allergies you have now or have had.
* all medicines that you are taking or plan to take, even those you can get without a prescription.

Tell your doctor if you develop:
* ulcer or bleeding symptoms (for instance, stomach burning or black stools, which are signs of possible stomach bleeding).
* unexplained weight gain or swelling of the feet and/or legs.
* skin rash or allergic reactions. If you have a severe allergic reaction, get medical help right away.

**How should I take VIOXX?**

VIOXX should be taken once a day. Your doctor will decide what dose of VIOXX you should take and how long you should take it. You may take VIOXX with or without food.

**Can I take VIOXX with other medicines?**

Tell your doctor about all of the other medicines you are taking or plan to take while you are on VIOXX, even other medicines that you can get without a prescription. Your doctor may want to check that your medicines are working properly together if you are taking other medicines such as:
* methotrexate (a medicine used to suppress the immune system)
* warfarin (a blood thinner)
* rifampin (an antibiotic)
* ACE inhibitors (medicines used for high blood pressure and heart failure).

**What are the possible side effects of VIOXX?**

Serious but rare side effects that have been reported in patients taking VIOXX and/or related medicines have included:

* Serious stomach problems, such as stomach and intestinal bleeding, can occur with or without warning symptoms. These problems, if severe, could lead to hospitalization or death. Although this happens rarely, you should watch for signs that you may have this serious side effect and tell your doctor right away.

* Serious allergic reactions including swelling of the face, lips, tongue, and/or throat which may cause difficulty breathing or swallowing occur rarely but may require treatment right away.

* Serious kidney problems occur rarely, including acute kidney failure and worsening of chronic kidney failure.

* Severe liver problems occur rarely in patients taking NSAIDs. Tell your doctor if you develop symptoms of liver problems. These include nausea, tiredness, itching, tenderness in the right upper abdomen, and flu-like symptoms.



VIOXX®
(rofecoxib tablets
and oral suspension)

9183901



VIOXX®
(rofecoxib tablets
and oral suspension)

9183901



VIOXX®
(rofecoxib tablets
and oral suspension)

9183901

*Registered trademark of MERCK & CO., Inc.
COPYRIGHT © MERCK & CO., Inc., 1998
All rights reserved.

9183901

VIOXX® (rofecoxib tablets and oral suspension)

In addition, the following side effects have been reported: hallucinations, unusual headache with stiff neck (aseptic meningitis).

More common, but less serious side effects reported with VIOXX have included the following:

Upper and/or lower respiratory infection and/or inflammation
Headache
Dizziness
Diarrhea
Nausea and/or vomiting
Heartburn, stomach pain and upset
Swelling of the legs and/or feet
High blood pressure
Back pain
Tiredness
Urinary tract infection.

These side effects were reported in at least 2% of osteoarthritis patients receiving daily doses of VIOXX 12.5 mg to 25 mg in clinical studies.

The side effects described above do not include all of the side effects reported with VIOXX. Do not rely on this leaflet alone for information about side effects. Your doctor or pharmacist can discuss with you a more complete list of side effects. Any time you have a medical problem you think may be related to VIOXX, talk to your doctor.

VIOXX® (rofecoxib tablets and oral suspension)

**What else can I do to help manage my osteoarthritis pain?**

Talk to your doctor about:
· Exercise
· Controlling your weight
· Hot and cold treatments
· Using support devices.

**What else should I know about VIOXX?**

This leaflet provides a summary of certain information about VIOXX. If you have any questions or concerns about VIOXX, osteoarthritis or pain, talk to your health professional. Your pharmacist can give you an additional leaflet that is written for health professionals.

Do not share VIOXX with anyone else; it was prescribed only for you. It should be taken only for the condition for which it was prescribed.

Keep VIOXX and all medicines out of the reach of children.

Inactive Ingredients:

Oral suspension: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, sodium methylparaben, sodium propylparaben.

Tablets: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide.

Issued March 2000

MERCK & CO., INC.
Whitehouse Station, NJ 08889, USA