UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | | |

MONTHLY STATUS CONFERENCE
JUNE 14, 2012
SUGGESTED AGENDA

I.     Class Actions

II.    State/Federal Coordination -- State Liaison Committee

III.   *Pro Se* Claimants

IV.    Government Actions

V.     Third Party Payor

VI.    Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

VII.   Other Pending Motions/Matters

VIII.  Appeals

IX.    Next Status Conference