**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | ) | |
| In re: VIOXX | ) | **Judge Fallon** |
| | ) | **Magistrate Judge Knowles** |
| **PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | **MDL Case No. 1657** |
| | ) | |
| *This document relates to* | ) | |
| | ) | |
| *Stanley Long v. Merck & Co., Inc.* | ) | |
| **2:05-cv-06510-EEF-DEK** | ) | <u>**ORDER**</u> |
| | ) | |
| | ) | |

     Motion having been filed and the Court being otherwise sufficiently advised, it is hereby ordered that the Motion of Plaintiff for a 14-day extension of time to plead in response to the Defendant's Motion for Summary Judgment is GRANTED.

     The Plaintiff shall have until June 26, 2012 to plead in response to the Motion for Summary Judgment.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DATE: