# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 11-30347

05-md-1657 L
06-CV-2364

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

------

JAMAL ALI BILAL, formerly known as John L. Burton,

    Plaintiff - Appellant

v.

MERCK AND COMPANY, INCORPORATED,

    Defendant - Appellee

------

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

------

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of June 8, 2012, for want of prosecution. The appellant failed to timely file brief and record excerpts.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                By: _____
                Shawn D. Henderson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE



June 08, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 11-30347,  In Re: Vioxx Prod Liability
        USDC No. 2:05-MD-1657
        USDC No. 2:06-CV-2364

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By:
                    Shawn D. Henderson, Deputy Clerk
                    504-310-7668

cc w/encl:
    Mr. Jamal Ali Bilal
    Ms. Dorothy Hudson Wimberly
    Mr. Phillip A. Wittmann