UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to | * | JUDGE FALLON |
| Cases Listed on Exhibit A | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF FILING

Ann B. Oldfather, Liaison Counsel for Certain Cases, and in compliance with Pretrial Order No. 58, Section IV, and for the benefit of all claimants identified on Exhibit A attached hereto, as listed on Exhibit C to PTO 58, hereby submits the attached generic expert report for preliminarily establishing general causation as to the event and sufficiency of Vioxx usage, in general, for the injuries alleged by these claimants.   In the event Merck notifies counsel that any or all of the cases on Exhibit C will, in its view, require a *Daubert* hearing on general causation and/or Vioxx usage, the disclosure dates for expert reports as set out in PTO 58, Section IV (February 18, 2013) shall apply.  The submitted reports are those of the following:

1. Jerry Avorn, M.D. (Exhibit B attached hereto);

2. Edward Feldmann, M.D. (Exhibit C attached hereto);

3. Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A. (Exhibit D attached hereto); and

4. Russell V. Luepker, M.D., M.S. (Exhibit E attached hereto).

    Respectfully submitted,

    /s/ Ann B. Oldfather

    Ann B. Oldfather
    KBA Bar #52553
    Liaison Counsel/Lead Counsel
    OLDFATHER LAW FIRM
    1330 S. Third Street
    Louisville, KY   40208
    502.637.7200
    502.637.3999  (fax)
    aoldfather@oldfather.com
    *Counsel for Certain Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, (without attachments which are provided electronically) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of June, 2012.

    /s/ Ann B. Oldfather

    Ann B. Oldfather