# EXHIBIT A

**Exhibit C**
*(MI/Stroke/TIA Cases)*

|  | Plaintiff | Plaintiff's Counsel | Case Caption | Case Number |
|---|---|---|---|---|
| 1. | Akyaamaa, Akosua | Pro Se | Akyaamaa, Akosua v. Merck & Co., Inc. | 2:07-cv-08080-EEF-DEK |
| 2. | Butcher, Lawrence K | Oldfather Law Firm | Butcher, Lawrence K. v. Merck & Co., Inc. | 2:06-cv-01901-EEF-DEK |
| 3. | DeRose, Gary A | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |
| 4. | Donaldson, William J | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |
| 5. | Escamilla, Robert | Law Offices of Chambers, Noronha & Kubota | Escamilla, Rosie v. Merck & Co., Inc. | 2:08-cv-03573-EEF-DEK |
| 6. | Flewellen, Neil | Lopez, Hodes, Restaino, Milman & Skikos // Stratton Faxon | Flewellen, Neil v. Merck & Co., Inc. | 2:08-cv-04165-EEF-DEK |
| 7. | Gros, Cheryl D | Law Offices of Donald J. Melancon | Gros, Cheryl D. v. Merck | 2:08-cv-05128-EEF-DEK |
| 8. | Hess, Denise R | Stratton Faxon | Hess, Denise R. v. Merck & Co., Inc. | 2:05-cv-05893-EEF-DEK |
| 9. | Knotts, Jerrlyn Kay S | Law Office of Robert L. Salim | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 10. | Levitt, Jo | Pro Se | Levitt, Jo v. Merck & Co., Inc. | 2:06-cv-09757-EEF-DEK |
| 11. | Lewis, Barbara J | Pro Se | Lewis, Barbara v. Merck & Co., Inc. | 2:08-cv-04925-EEF-DEK |
| 12. | Lockhart, Dolena | Paul A. Weykamp Law | Lockhart, Jimmy v. Merck & Co., Inc. | 2:08-cv-00876-EEF-DEK |
| 13. | Lynch, Judith A | Stratton Faxon | Lynch, Judith v. Merck & Co., Inc. | 2:05-cv-05072-EEF-DEK |
| 14. | Mannino, Ann M | Pro Se | Holobosky, Rosemary v. Merck & Co., Inc. | 2:05-cv-01091-EEF-DEK |
| 15. | Moxter, Bobby L | Fibich, Hampton & Leebron, LLP | Barker, Rita B. v. Merck & Co., Inc. | 2:05-cv-06535-EEF-DEK |
| 16. | Nestor, James | Law Offices of Douglas T. Sachse | Nestor, James v. Merck & Co. Inc. | 2:09-cv-07648-EEF-DEK |
| 17. | Novick, Kenneth A | Oldfather Law Firm | Novick, Kenneth v. Merck & Co., Inc. | 2:07-cv-07756-EEF-DEK |
| 18. | Perry, Samuel C | Stratton Faxon | Chambers, Marianne v. Merck & Co., Inc. | 2:05-cv-01997-EEF-DEK |
| 19. | Pickett, Virginia G | Pro Se | Pickett, Virginia v. Merck Sharp & Dohme, Corp. | 2:10-cv-00043-EEF-DEK |
| 20. | ███████████ | ███████████ | ███████████ | ███████████ |
| 21. | Rodriguez, Marjorie | Stratton Faxon | Whittaker, Denise v. Merck & Co., Inc. | 2:05-cv-01257-EEF-DEK |
| 22. | Russel, Donna C | Oldfather Law Firm | Russel, Donna C. v. Merck & Co., Inc. | 2:06-cv-00781-EEF-DEK |
| 23. | Schnepf, James K | Harding & Moore | Schnepf, James K. v. Merck & Co., Inc. | 2:06-cv-00321-EEF-DEK |

|  | **Plaintiff** | **Plaintiff's Counsel** | **Case Caption** | **Case Number** |
|---|---|---|---|---|
| 24. | Smith, Larry L | Trenam, Kemker, Scharf, Barkin, Frye | Smith, Larry L. v. Merck & Co., Inc. | 2:08-cv-04639-EEF-DEK |
| 25. | Strujan, Elena | Pro Se | Strujan, Elena v. Merck & Co., Inc. | 2:07-cv-00906-EEF-DEK |
| 26. | Valencia-Bernal, Susana | Pro Se | Valencia Bernal, Susana v. Merck & Co., Inc. | 2:07-cv-01049-EEF-DEK |
| 27. | White, Jackie K | Oldfather Law Firm | White, Jackie v. Merck & Co., Inc. | 2:10-cv-00504-EEF-DEK |
| 28. | Wodowski, Michael | The Miserendino Law Firm | Wodowski, Michael v. Merck & Co., Inc. | 2:08-cv-04559-EEF-DEK |