# EXHIBIT D

# Lucchesi

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILTY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to** | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **KNOWLES** |
| **EVELYN IRVIN PLUNKETT,** | * | |
| As Personal Representative of the | * | |
| Estate of **RICHARD IRVIN, JR.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| **MERCK & CO., INC.,** | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REPORT OF BENEDICT R. LUCCHESI, M.D., Ph.D., M.S., F.A.H.A.

My name is Benedict Robert Lucchesi.  I have been retained by **Paul Sizemore, of the firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**, as an expert witness in the case of Plunkett, Evelyn Irvin OBO Richard Irvin, Jr.  I have been asked to provide a scientific opinion concerning the propensity of selective COX-2 inhibition, and specifically in the context of Merck's product Vioxx® (Rofecoxib), and its likelihood of causing thromboembolic events in healthy and at risk patients.

### I.      Background

My educational back ground includes the following:   I attended St. John's University in New York City where I received my Bachelor of Science degree in

Pharmacy in 1955 (*summa cum laude*), and a Masters degree in Physiology in 1957. I was then accepted at the University of Michigan Medical School where I obtained a doctorate (Ph.D.) in Pharmacology in 1961 and a Medical Degree (M.D.) in 1964. I was appointed to the faculty of the University of Michigan Medical School in 1961 as an instructor while attending medical school. I have been engaged in teaching students, postdoctoral fellows and physicians as well as conducting basic scientific and clinical investigations in the area of cardiovascular pharmacology for the better part of four decades. Currently I am a tenured professor of pharmacology, and I have served on the medical school faculty for 44 years. I have served as the Interim Director of the Upjohn Center for Clinical Pharmacology, as well as Director of Research of the Diabetes Research and Training Center.

Attached to this report, as exhibit "A" is my curriculum vitae, which more particularly sets out my educational background, appointments, honors and awards, editorial advisory boards, professional accomplishments publication history. To highlight some aspects of the history documented in my curriculum vitae, I have received the honor of serving as chairman for the Division of Cardiovascular Pharmacology, ASPET 2001-2002; Torald Sollmann Award, American Society of Pharmacology and Experimental Therapeutics, 2001; Chairman, Annual Meeting of the International Society of Heart Research – North American Section, May 1989 and August 1998; co-organizer ASPET Colloquium on Pharmacological Intervention in Thrombosis and Thrombolysis, University of Michigan, 1995; Co-organizer ASPET, Colloquium on Role of Adhesion Molecules in Cardiovascular Pharmacology, University of Michigan, June 1994, and I received the Merck Award in Pharmaceutical Chemistry, 1955. In 1985 I was selected by Karolinska Institutet, Stockholm, Sweden, to present the Gustav Nylin Lecture, Karolinska Institutet, Stockholm, Sweden in recognition for my studies on free radical

mediated tissue injury and inflammation in myocardial reperfusion injury.

I have been appointed to Study Sections for the National Institutes of Health and served for thee years on the Cardiology Advisory Committee of the National Institutes of Health, Heart, Lung and Blood Institute.

As an investigator in Cardiovascular Pharmacology, I had the good fortune of being funded for 38 consecutive years by the National Institutes of Health, Heart, Lung and Blood Institute for my studies on antiarrhythmic drugs, including the studies that led to the introduction of propranolol as the first member of its class into clinical medicine. To this day propranolol and related members of the class are primary drugs for the prevention of sudden cardiac death in patients with coronary artery disease. In the mid-sixties, along with my colleagues at the University of Michigan, we provided the first evidence demonstrating the ability of nicotine to produce a state of physical dependence (addiction) in human tobacco users.

I have served, and presently serve, on the editorial boards of numerous peer-reviewed medical and scientific journals. A complete list of the journals upon whose editorial boards I currently or have formerly served is included in my curriculum vitae, however a partial list includes the following: The American Journal of Physiology: Heart and Circulatory Physiology, 1993-Present; British Journal of Pharmacology, (Editor 2000-2004); Circulation, 1977-1980; 1994-present; Circulation Research, 1986-2000; Journal of Cardiovascular Pharmacology, 1977-Present; Journal of Cardiovascular Pharmacology and Therapeutics, 1995-Present; Journal of Molecular and Cellular Cardiology, 2000-2003; and the Journal of Pharmacology and Experimental Therapeutics, 1996-Present (Specific Field Editor in Cardiovascular Pharmacology, 1978-1981, 1987-1988 and 1994-1999).

4

In addition to my academic appointment and work, the professional and scientific writing I have contributed to, and the editorial boards outlined in my curriculum vitae, I have likewise served as a consultant to pharmaceutical companies regarding cardiovascular pharmacology, and related issues, including cardio-toxicity. I am a member of many scientific associations more particularly outlined in my curriculum vitae, exhibit "A". I have published, articles, reports, and book chapters, and I have made presentations to scientific conferences regarding the cardiovascular risks of numerous outside agents. I have been a peer reviewer for several scientific journals, including those previously mentioned herein, and more particularly set out in my curriculum vitae, exhibit "A".

II.      In connection with formulating my opinions, and more particularly with the preparation of this report, I have reviewed the materials set out in the attached exhibits "B". Additionally, I have reviewed the following:

      a.      The deposition of Edward Scolnick, M.D., with exhibits.

      b.      The deposition of Elise Reicin,

      c.      The deposition of Deborah Shapiro, Ph.D.

      c.      Numerous exhibits/documents that have been provided to me by counsel, and which have been represented to have been generated from the personal files of Elise Reicin, M.D.; Deborah Shapiro, Ph.D.; and Edward Scolnick, M.D., including but not limited to the following:

      1.      The Data Safety Monitoring Board minutes for the Vigor Trial for the months of October, November and December 1999

      2.      Email correspondence between several employees/physicians within Merck & Company, Inc., and with others internal and external to Merck.

3.      Marvin M. Konstam, et al. "Cardiovascular Thrombotic Events and Controlled Clinical Trials of Rofecoxib", Circulation, 2001; 104: 2280-2288.

4.      W. Ray, et al., "Non-Steroidal Anti-Inflammatory Drugs and Risks of Serious Coronary Heart Disease"; An Observational Cohort Study," The Lancet 359, January 12, 2002.

5.      W. Ray, et al., "COX-2 Selective Non-Steroidal Anti-Inflammatory Drugs and Risk of Serious Coronary Heart Disease," The Lancet, Volume 360, October 5, 2002.

I have, additionally, contributed to medical and scientific publications directly on point with this issue, to wit:

J. Hennan, et al., "Effects of Selective Cycloxygenase-2 Inhibition on Vascular Responses in Thrombosis in Canine Coronary Arteries." Circulation, August 14, 2001; 820-825.    The impetus for this study derived from my close association with Leslie Crofford, MD, who published one of the first accounts of patients who developed acute cardiovascular events soon after the administration of a COX-2 inhibitor. Dr. Crofford's observations were published in August 2000.

L. Crofford, et al., "Thrombosis in Patients with Connective Tissue Disease Treated with Specific Cyclooxygenase-2 Inhibitors," Arthritis and Rheumatism," 43(8), August 2000, 1891-1896.

As part of my work at the University of Michigan I have studied major areas of cardiovascular pharmacology in the laboratory. These investigations are focused on the cellular and electrophysiological mechanisms in the genesis of cardiac arrhythmias and sudden cardiac death, as well as developing pharmacological approaches in the prevention of lethal arrhythmias. Studies are conducted at the cellular and whole organ level with final evaluation in intact animal models of disease. Significant emphasis is placed on an integrated approach to the study of pharmacological interventions for the

purpose of understanding physiological and cellular mechanisms in drug actions related to ischemic heart disease.

Research is focused in areas involving cellular and electrophysiological mechanisms involved in the genesis of reentrant arrhythmias in the ischemic heart; the assessment of pharmacological interventions for the prevention of ventricular fibrillation or sudden coronary death; the study of pharmacological interventions that can protect against irreversible ischemic myocardial injury; as well as the study of drugs that prevent arterial and venous thrombosis, which by their nature can result in a myriad of thromboembolic events, including myocardial infarction and cerebral vascular accidents.

Critical to the latter area of research is a better knowledge of physiological, biochemical and pathologic events causing abnormal interactions among cellular elements in the blood and vasculature. In the arterial circulation blood platelets adhere and aggregate in response to vascular, endothelial wall injury. Thrombosis formation in the venous circulation differs from that in arteries. In the venous system, fibrin deposition forms the basis of clot formation, whereas in the arterial circulation, enhanced platelet reactivity in response to endothelial vessel wall changes and the subsequent platelet aggregation results in the development of an occlusive thrombus and tissue or organ ischemia. A major goal of our research effort is to identify pharmacological agents for the prevention of obstructive lesions (thrombi or blood clots) in the arterial and venous vascular beds. The studies involve the use of platelet specific interventions to prevent formation of occlusive arterial lesions, or specific antagonists of the coagulation cascade for prevention of arterial or venous thrombosis in experimental models. Based upon data developed in my laboratory under a contract with a pharmaceutical company, I provided the major pre-clinical data upon which subsequent clinical trials were developed leading to the FDA approval of ReoPro™ (abciximab), the first monoclonal antibody

introduced into clinical medicine, which today serves as a major adjunctive agent in patients undergoing coronary artery angioplasty or thrombolytic therapy. ReoPro™ inhibits platelet aggregation and thus prevents arterial thrombus formation, the major precipitating factor in the development of a myocardial infarction ("heart attack") or ischemic stroke ("brain stroke").

I have published in excess of 376 peer reviewed articles. I have received various awards for my professional work, such as the 2002 Bennett J. Cohen Educational Leadership Award in the field of cardiovascular pharmacology; the 1989 ASPET Award for Experimental Therapeutics and the 2001 Torald Sollmann Award. I have the distinction of having been supported by the longest, uninterrupted National Institutes of Health-HLBI Award (1961-1999), including ten years of funding as a MERIT Award. In 1984 I as selected to receive the Gustav Nylin Award from the Karolinska Institutet, Stockhom, Sweden, for my studies on free radical-induced myocardial reperfusion injury.

I have conducted many studies with the funding and support of the pharmaceutical industry, and have conducted laboratory experiments when serious medical questions required additional basic research. Among my work, and the work of others at the University of Michigan, has been research specific to the study of aspirin, non-steroidal anti-inflammatory drugs (NSAIDs) and selective inhibitors of cyclooxgenase (COX), including celecoxib (Celebrex™), rofecoxib (Vioxx™)valdecoxib (Bextra™) and nimesulide. In addition, I have published on the subject of COX-2 inhibition and was the first to provide scientific proof demonstrating taht COX-2 inhibition could increase the potential for arterial thrombosis. In addition, I have done numerous studies that focus on the development of pharmacological prevention of thrombosis that involve the study of pharmacological agents that prevent the formation of platelet dependent thrombi as well as potential therapeutic agents that inhibit the

coagulation cascade (antithrombin (hirudin) and inhibitors of factor Xa formation) .

Included among my papers is the article "Effects of Selective Cycloygenase-2 Inhibition

on Vascular Responses and Thrombosis in Canine Coronary Arteries" that appeared in

the journal *Circulation* and represents the first demonstration of COX-2 inhibition

leading to the increased potential for arterial thrombosis.   The abstract from my

publication is presented below:

*Background*—Prostanoid synthesis via the action of cyclooxygenase-2 (COX-2) is a component of the inflammatory response. Prostacyclin, a product of COX-2 in vascular endothelium, has important physiological roles, such as increasing blood flow to injured tissues, reducing leukocyte adherence, and inhibiting platelet aggregation. We examined the possibility that selective COX-2 inhibition could suppress the protective effects of prostacyclin, resulting in an alteration of the hemostatic balance and vascular tone.

*Methods and Results*—Circumflex coronary artery thrombosis was induced in dogs by vascular electrolytic injury. Orally administered celecoxib (COX-2 inhibition) or high-dose aspirin (HDA) (COX-1 and COX-2 inhibition) did not alter time to occlusive thrombus formation compared with controls (celecoxib 77.767.2 minutes, HDA 72.0618.5 minutes, control 93.0621.8 minutes). Oral HDA with an endothelial recovery period (HDA-ER) (COX-1 inhibition) produced a significant increase in time to vessel occlusion (257.0641.6 minutes). The observed increase in time to occlusion was abolished when celecoxib was administered to animals dosed with HDA-ER (80.7620.6 minutes). The vasomotor effect of endothelium-derived prostacyclin was examined by monitoring coronary flow during intracoronary administration of arachidonic acid or acetylcholine In celecoxib-treated animals, vasodilation in response to arachidonic acid was reduced significantly compared with controls.

*Conclusions*—The results indicate important physiological roles for COX-2–derived prostacyclin and raise concerns regarding an increased risk of acute vascular events in patients receiving COX-2 inhibitors. The risk may be increased in individuals with underlying inflammatory disorders, including coronary artery disease. (*Circulation*. 2001;104:820-825.

The above study, supported entirely by discretionary funds, is of significance since it is

the first to call attention to the potential adverse cardiovascular effects of COX-2

inhibition and to present scientific support for the mechanisms by which arterial

thrombosis is facilitated through disturbing the balance between COX-1 derived

thromboxane A2 (TXA2) and COX-2 derived prostacyclin (PGI2).  Since the introduction

of the selective COX-2 inhibitors into clinical medicine, I have investigated the effects of

COX-2 inhibition on coronary artery blood flow and vasomotor activity as well as their

effects on tissue injury in the heart subjected to myocardial ischemia (decreased blood

flow) and reperfusion. The hypothesis that we are testing is that the risk of an adverse cardiovascular event (thrombosis) will be increased in the presence of an underlying inflammatory disorder, including coronary artery disease and autoimmune diseases connective tissue disorders.

In relation to the present matter I was asked to review pertinent materials and formulate opinions relating to the efficacy and safety of the prescription drug Vioxx® (Rofecoxib), and the conduct of Merck & Co. Inc. relating to its testing, research and marketing of Vioxx®. In furtherance of this task, I have reviewed available documents produced in the present case.    Additionally I have reviewed available portions of the public record that includes such items as the warning letters to Merck, as well as relevant literature. I have also reviewed pertinent national and international patent applications filed by Merck and others related to the vascular safety of COX-2 inhibitors.    I understand document production and discovery is ongoing and I reserve the right to supplement any and all of my opinions as new information becomes available.

I also want to point out that prior to any involvement in this case I conducted my own research and laboratory experiments with my colleagues related to the vascular safety of COX-2 inhibitors (14). I was further generally aware of and saw advertisements directed to the public relating to Vioxx®. Because of the importance of the subject area and clinical medicine in pharmacology, my associates and I conducted basic investigations to better understand the full biological significance and physiological impact of selectively inhibiting cyclooxygenase-2 under normal and pathophysiological conditions. Our basic investigations are NOT supported by external sources of funding, and we did not – and do not – have a vested interest in any of the agents understudy.

Based upon my review of available materials and literature as well as my some 45 years of personal experiences in the areas of basic and clinical research and techniques I

10

have formed opinions as they relate to the safety and efficacy of Vioxx®, and the conduct of Merck & Co. Inc., related to Vioxx®. In forming opinions expressed herein I have relied upon published literature, textbooks in medicine, pharmacology and personal research in relevant areas of science. I have employed the same academic/scientific rigors in forming these opinions as I utilized in my every day practice as a research physician/scientist. I can summarized the opinions as follows:

a.     Merck was either actually aware of or should have been aware based on available scientific literature[1], of the potential vascular and hemostatic (prothrombotic) responses associated with Vioxx® before placing this product on the market. It appears evident from the series of emails last dated Feb.26, 1997, from B. Daniel to E. Ehrich, T. Simon, B. Morrison and E. Reicin, that Merck was in fact actually aware of this risk, and in fact predicted its occurrence in its clinical study. Thus, it was incumbent upon Merck, the product manufacturer, to undertake and or sponsor the necessary tests to determine the vascular responses of their drug before they put the drug on the market. Merck did not conduct, or if conducted did not publish, the necessary testing, and its failure to do so was and is beneath the standard of care, contrary to industry standards and good clinical practice. Merck's actions in this regards render Vioxx® defective and unreasonably dangerous. Specifically, well before the initial marketing of Vioxx® it was known that prostaglandins (PGs) regulate a number of important physiologic functions including gastrointestinal

---

[1] The work of Dr. John Vane and colleagues that began in the mid 1970s up to recent times provided sufficient words of caution regarding the potential to alter hemostasis by interfering with the COX enzymes. (Sir) John Vane shared the 1982 prize, for Physiology and Medicine, with Sune Bergstrom and Bengt Samuelsson (see Studies of Biochemical Mechanism to Novel Biological Mediators: Prostaglandin Endoperoxides, Thromboxnes, and Leukotrienes. Biosci. Rep. 3: 791 813, 1983). It was the work of Vane and colleagues that has been referred to erroneously as the "FitzGerald Hypothesis."

motility, vascular tone, mucosal protection, and immune responsiveness and above all platelet reactivity (Eberhart and DuBois 1995). Cyclooxygenase (COX) is of major importance in the synthesis of PGs from arachidonic acid. Two isoforms of the enzyme are known. COX-1 is expressed in most cells constitutively, while COX-2, in addition to being expressed constitutively, albeit at a low level of activity, is a readily inducible isoform produced in response to inflammatory stimuli (Feng et al. 1993). Thus, scientists and marketing personnel at Merck should have appreciated that COX-2 also is expressed constitutively in the vascular endothelium as well as in the kidney and is essential for maintaining important physiologic mechanisms in the vascular endothelium essential for normal control of the vascular bed and renal function, as well as modulating platelet reactivity by which the potential for arterial thrombus formation is prevented or reduced. Central to this theme is the failure of Merck to recognize the prostacyclin (PGI2) is the major "defense" mechanism for prevention of platelet dependent arterial thrombosis. Thus, Vioxx™ induced inhibition of COX-2 deletes the body's major defense against the development of platelet aggregates and occlusive thrombus formation. Steven Nichtberger, a Merck employee, filed a patent having an International Filing Date of 9-March-1998. The invention claimed in the Nichtberger patent as well as those subsequently submitted by other Merck employees (Dr. Jules Shafer and Dr. Edward Scolnick each discribe a method for preventing platelet dependent arterial thrombosis in patients being treated with a COX-2 inhibitor. The details of the patents are discussed in a later section. A reading of the inventions indicates that

Merck was attempting to develop one or more adjunctive agents to be used in combination with a COX-2 inhibitor to prevent arterial thrombus formation.

b.     Prostanoid synthesis via the action of COX-2 is recognized as a component of the inflammatory response. There is evidence, however that COX-2 is expressed constitutively in many tissues including the vascular endothelium and kidney where it serves important physiological functions. Prostacyclin or PGI2, a product of COX-2 in vascular endothelium, has important physiological roles such as increasing blood flow to injured tissues (vasodilatation), reducing leukocyte adherence and inhibiting platelet aggregation as well as leading to disaggregation of platelet thrombi. Basic studies resulted in concerns regarding an increased risk of acute vascular events in patients receiving COX-2 selective inhibitors. It is important to note the publication by McAdam et al. (Proc Nat Acad Sci 1999; 96:272-277) in which the authors conclude that COX-2 is a major source of systemic prostacyclin biosynthesis in healthy humans. This finding was reported before completion of the VIGOR Clinical Trail results and should have alerted Merck to the potential adverse cardiovascular events secondary to the inhibition of COX-2. The observations by McAdam et al. support the suggestion that the risk may be increased in individuals with underlying inflammatory disorder (lupus, scleroderma, rheumatoid arthritis and coronary artery disease as suggested in the case report by Crofford et al. (2000) and the Cleveland Clinic Study (2001). Selective COX-2 inhibitors decreased production of prostacyclin,

13

but not thromboxane and therefore have a prothrombotic effect (Fitzgerald and C Patrono, N Engl J Med 2001; 345 433), a conclusion supported by *in vivo* experimental data from my laboratory at the University of Michigan Medical School (Circulation 2001, 104:820-825). **Figure 1** illustrates the biochemical pathways by which COX-1 and COX-2 meatbolize arachidonic acid.



**Figure 1:** The conversion of PGG2 and PGH2 undergo metabolism to prostacyclin (PGI2) and thromboxane (TXA2), which then act upon their respective receptors, IP and TP to elicit tissue specific responses.

**Table 1** summarizes the actions of both TXA2 and PGI2 on the blood vessels and the blood platelet. Upon activation the blood platelet the enzymatic action of platelet COX-1 converts, arachidonic acid is converted to TXA2. The latter is both a vasoconstrictor and a platelet activator. Thus, TXA2 leads to the formation of a platelet aggregate and/or a platelet rich arterial thrombus. In contrast, COX-2 which is constituitively present in the

vascular endothelium and can be induced further by inflammatory mediators will convert arachidonic acid to an anti-aggregator, can prevent thrombus formation by inhibition of platelet aggregation.

| Table 1 | |
|---|---|
| Source and Actions of Prostacyclin and ThromboxaneA2 | |
| **Prostacyclin (PGI2)** | **Thromboxane-A2 (TXA2)** |
| Derived from the enzymatic conversion of arachidonic acid by COX-2 in the arterial endothelial cells. | A product of Cox-1 enzymatic activity in the blood platelet leading to the synthesis of thromboxane-A2. |
| Effective vasodilator resulting in relaxation of vascular smooth muscle. | Produces intense vasoconstriction in the coronary vasculature and peripheral vascular system. |
| Highly effective antiplatelet action capable of preventing formation of platelet dependent arterial thrombi, Also has the capacity to disaggregate platelet thrombi. | Produces platelet aggregation. The platelet production of TXA2 can be prevented by acetylsalicylic acid. |

c.    The DSMB minutes in the **VIGOR** trial show that Merck had actual knowledge before November of 1999 that vascular risks were present in Vioxx® users. Merck's conduct as it relates to these data is questionable and put consumers as patients enrolled in the clinical trials at unnecessary risk. Many well-known industry examples support the need to have stopped the study and to inform prescribing physicians and the public of the vascular risks. Two examples include the Cardiac Arrhythmia Suppression Trial (CAST)[2], and certain Hormone Replacement Therapy

---

[2] The authors conclude as follows: *We conclude that neither encainide nor flecainide should be used in the treatment of patients with asymptomatic or minimally symptomatic ventricular arrhythmia after myocardial infarction, even though these drugs may be effective initially in suppressing ventricular arrhythmia. N Engl J Med 1989 Aug 10;321(6):406-12.*

It is significant to note, that a publication (J Am Coll Cardiol. 1987 Feb; 9(2):359-65) from my laboratory two years earlier concluded: *"These findings suggest that flecainide acetate may not possess pharmacologic properties useful in managing ventricular tachycardia or in preventing ischemic ventricular*

trials. The extent to which Merck failed to break the code and stop the study was below the standard of care and put many persons at risk for adverse vascular events. It further delayed the reporting of vascular risks associated with Vioxx®, Merck knowingly ignored statistical data revealed by their own clinical studies. Informing prescribing physicians or the consumer public would have negatively impacted Merck's marketing position and profits. Merck placed the risk of failing to report vascular risks on the physicians and consumer public and such conduct falls well below the standard of care, and renders Vioxx® defective and/or unreasonably dangerous. Merck's theoretical position that Naproxen® is cardio- protective is without basis, and even if true would not explain the increased risk of thromboembolic events noticed in its VIGOR Trial. More recent documentation further demonstrates the incorrectness of Merck's attempt to describe naproxen as being cardio protective. A recent publication by Capone et al.(11) concludes as follows:

> *In conclusion, the present study demonstrates the pharmacodynamic plausibility of a COX-1-dependent cardio protective effect of naproxen and contributes to the interpretation of the VIGOR cardiovascular findings. Although our results are mechanistically informative of what may happen under the best-case scenario of a randomized clinical trial of regular, prolonged use of a high-dose reversible COX inhibitor, practicing physicians should not assume that the same holds true in the less-than-ideal circumstances of real-life use of these drugs, which is neither regular nor continuous nor necessarily at high doses.*

Additional confirmation of the conclusions expressed above come from studies by Garcia Rodriguez et al(12) who provide a precise estimate of the effect, in a broad study base, of non-aspirin NSAIDs on the occurrence of acute myocardial infarction (AMI) and death from coronary heart disease and to evaluate whether this class of drugs interferes with the

---

*fibrillation in the presence of recent myocardial damage."* This is a clear demonstration that argues against the often-made statement, "basic animal research has little value in predicting clinical outcome."

16

cardioprotection offered by aspirin. The authors conclude as follows:

> The results of our study confirm that NSAIDs lack the protective effect against MI afforded by aspirin. Even if we consider that naproxen had a true effect of an approximately 10% to 20% reduction on the incidence of MI, there would be no place for this drug in the therapeutic armamentarium for cardioprotection given the worse risk/benefit profile of naproxen compared with low-dose aspirin, the current standard therapy. Also, we found little evidence for a noticeable clinical interaction that would affect the cardioprotection provided by aspirin when concurrently taking an NSAID.

The more recent study results presented by Ray et al. (13) provide conclusive data on demonstrating a lack of cardioprotection by non-steroidal anti-inflammatory agents (e.g. naproxen)  The findings are summarized as follows:

> **BACKGROUND:**  Non-aspirin, non-steroidal anti-inflammatory drugs (NANSAIDs) have complex effects that could either prevent or promote coronary heart disease. Comparison of the NANSAID rofexocib with naproxen showed a substantial difference in acute myocardial infarction risk, which has been interpreted as a protective effect of naproxen.  We did an observational study to measure the effects of NANSAIDs, including naproxen, on risk of serious coronary heart disease.
>
> **METHODS:** We used data from the Tennessee Medicaid programme obtained between Jan 1, 1987, and Dec 31, 1998, to identify a cohort of new NANSAID users (n=181 441) and an equal number of non-users, matched for age, sex, and date NANSAID use began. Both groups were 50-84 years of age, were not resident in a nursing home, and did not have life-threatening illness.  The study endpoint was hospital admission for acute myocardial infarction or death from coronary heart disease.
>
> **FINDINGS:** During 532,634 person-years of follow-up, 6362 cases of serious coronary heart disease occurred, or 11.9 per 1000 person-years. Multivariate-adjusted rate ratios for current and former use of NANSAIDs were 1.05 (95% CI 0.97-1.14) and 1.02 (0.97-1.08), respectively. Rate ratios for naproxen, ibuprofen, and other NANSAIDs were 0.95 (0.82-1.09), 1.15 (1.02-1.28), and 1.03 (0.92-1.16), respectively.  There was no protection among long-term NANSAID users with uninterrupted use; the rate ratio among current users with more than 60 days of continuous use was 1.05 (0.91-1.21).  When naproxen was directly compared with ibuprofen, the current-use rate ratio was 0.83 (0.69-0.98).
>
> **INTERPRETATION:** Absence of a protective effect of naproxen or other NANSAIDs on risk of coronary heart

disease suggests that these drugs should not be used for cardioprotection.

Further confirmation of the above findings is provided by the report of Graham et al. (14) that is summarized as follows:

> **BACKGROUND:** Controversy has surrounded the question about whether high-dose rofecoxib increases or naproxen decreases the risk of serious coronary heart disease. We sought to establish if risk was enhanced with rofecoxib at either high or standard doses compared with remote non-steroidal anti-inflammatory drug (NSAID) use or celecoxib use, because celecoxib was the most common alternative to rofecoxib.
> **METHODS:** We used data from Kaiser Permanente in California to assemble a cohort of all patients age 18-84 years treated with a NSAID between Jan 1, 1999, and Dec 31, 2001, within which we did a nested case-control study. Cases of serious coronary heart disease (acute myocardial infarction and sudden cardiac death) were risk-set matched with four controls for age, sex, and health plan region. Current exposure to cyclo-oxygenase 2 selective and non-selective NSAIDs was compared with remote exposure to any NSAID, and rofecoxib was compared with celecoxib. FINDINGS: During 2302029 person-years of follow-up, 8143 cases of serious coronary heart disease occurred, of which 2210 (27.1%) were fatal. Multivariate adjusted odds ratios versus celecoxib were: for rofecoxib (all doses), 1.59 (95% CI 1.10-2.32, p=0.015); for rofecoxib 25 mg/day or less, 1.47 (0.99-2.17, p=0.054); and for rofecoxib greater than 25 mg/day, 3.58 (1.27-10.11, p=0.016). For naproxen versus remote NSAID use the adjusted odds ratio was 1.14 (1.00-1.30, p=0.05).
> **INTERPRETATION:** Rofecoxib use increases the risk of serious coronary heart disease compared with celecoxib use. Naproxen use does not protect against serious coronary heart disease.

The several studies cited above leave little doubt that the rationalization provided by Merck to explain the results of the VIGOR trial were not only unsupported by scientific evidence, but were incorrect and only prolonged the exposure of the consumer to a drug that had the potential to inflict harm and death. Instead of concluding that Vioxx caused heart attacks, Merck said the study showed naproxen was "cardioprotective", despite no evidence to support that, and issued a 2001 news release saying Vioxx had

ca,rdiovascular benefits.

     d.    Vioxx® was designed to be used in the limited instances where patients had prior serious gastrointestinal disorders or risk factors and Merck should have educated physicians on the basic pharmacology of this new drug and the ability to assess new uses knowing the basic pharmacology. Examples of this practice include the implementation into the market of the new class of drugs known as beta-blocking agents and calcium channel blockers. When dealing with Vioxx®, involving an enzymatic mechanism so vital in many areas of the animal and human organism, Merck should have avoided direct to consumer marketing. Instead, Merck should have engaged in direct physician educational programs designed to educate physicians about this new class of drugs and the effects and potential vascular effects of Vioxx®, especially in patients with cardiovascular disease. The advertising approach taken by Merck resulted in overuse of Vioxx® in the market at a significantly increased price to consumers. The vastly disparate costs are only justified in a small group of people with an appropriate cardiovascular profile and exceptional risk of gastrointestinal complications.

     e.    Vioxx® should have undergone more extensive study at the basic level prior to initially marketing Vioxx®, as well as post-marketing. The NSAID market was so flooded that the price of the drugs was low giving additional incentive to manufacturers such as Merck to search for new anti-inflammatory drugs. Scientists were able to determine that COX-1 was constitutively expressed in the mucosal lining of the stomach and that COX-2 was induced at times of inflammation. The simple premise that COX-1 served an important role in the body's normal function and that COX-2 only caused inflammation led to the idea

of selectively inhibiting synthesis of COX-2 and leaving COX-1 to protect against gastrointestinal events. Merck scientists assumed that the enhanced expression of COX-2 during inflammatory conditions justified the use of a COX-2 inhibitor, despite the fact that earlier publications provided clear evidence that COX-2 was essential for resolution of the inflammation and that suppressing the activity of COX-2 would impair healing (see Gilroy et al. in a subsequent section).

Prior to launch of the COX-2 inhibitors, scientists had determined that COX-2 was constitutively expressed in multiple human systems and organs, central nervous system, heart, kidneys, gastrointestinal tract, ovaries, uterus, vascular endothelium and the brain. Considering the wide spread distribution of the enzyme, should have been an indication that COX-2 may have important physiological functions thereby suggesting that its activity was of vital importance and should not be inhibited.

   f.     Vioxx® was launched with traditional NSAID warnings, no warning of any ill-effects of blocking COX-2 alone, and with the promise of gastrointestinal safety. COX-2 inhibitors are sometimes equal, but are not superior, in efficacy to traditional NSAIDs. The long term healing effects of COX-2 in the gastrointestinal tract were not explored in sufficient detail. Furthermore, concomitant aspirin therapy, as currently recommended as a means of reducing potential adverse vascular events, largely attenuates any gastrointestinal advantage of COX-2 inhibitors. Merck was aware of this from its internal studies.[3]  (See Patent Applications).

   g.     Vioxx®, under the proper experimental or clinical pathophysiological conditions has the potential to be prothrombotic. Due to inhibition of the inhibitors of platelet aggregation (i.e., prostacyclin or $PGI_2$) and the inhibition of vasodilators ($PGI_2$)

---

[3] Before the start and during the conduct of the VIGOR trial, Merck scientists, including Edward Scolnick, M.D. had submitted multiple patents in which the claimed "invention" was to combine a COX-2 inhibitor with a thromboxane antagonist. The latter was intended to counter the imbalance between COX-1 and COX-2 that would favor a predominant effect of thromboxane with the potential to increase platelet reactivity and the development of thrombosis.

the body is "tipped" to a prothrombotic state in the presence of COX-2 blocking therapy **Figure 3** summarized the interaction between PGI2 and TXA2 and the importance of maintaining a balance between antithrombotic (PGI2) and prothrombotic (TXA2) influences in the blood vessels. Inhibition of COX-2 favors the prothrombotic action of platelet derived TXA2 thereby leading to the formation of an occlusive arterial thrombus.



QuickTime™ and a
TIFF (Uncompressed) decompressor
are needed to see this picture

**Figure 3:** PGI2, derived primarily from the action of COX-2 in the endothelium, serves to prevent blood platelets from aggregating in the flowing blood stream. TXA2, is formed by the enzymatic activity of COX-1 when platelets stimulated by turbulent blood flow or shear forces in the vasculature. TXA2 leads to platelet aggregation and thrombus formation. Under normal physiological conditions, the prothrombotic actions of TXA2 are counteracted by PGI2. The inhibition of PGI2 synthesis by COX-2 inhibitors (Vioxx®) would favor the actions of TXA2 and thus be prothrombotic. The latter is accentuated in the presence of endothelial injury (endothelial dysfunction) as occurs in patients with atherosclerosis. The absence of normal endothelial function is associated with the failure to produce nitric oxide (NO), which has antiaggregatory and vasodilator properties. NO functions in concert with PGI2 to prevent platelet dependent arterial thrombosis. Therefore, the loss of normal endothelial function and the suppression of PGI2 synthesis by COX-2 inhibition tilts the balance in favor of prothrombotic state. Thus, patients with vascular disease are more prone to develop thrombotic episodes when administered COX-2 inhibitors such as Vioxx®

Adding aspirin, which inhibits TXA2 production, to avoid this problem may be counter productive due the ability of aspirin to inhibit COX-1 dependent synthesis of prostaglandins in the gastric mucosa, thereby circumventing the major advantage claimed for the use of COX-2 inhibitors, e.g. the failure to induce gastric perforation, ulceration and bleeding (PUB).

h.     COX-2 inhibitors result in an increase in blood pressure that imposes or exacerbates concomitant cardiovascular risk factors.  COX-2 inhibitors share the adverse renal effects of NSAIDs, further complicating the cardiovascular issues, and complications.  Merck's knowledge of the prothrombotic potential of Vioxx® was at least evident when it decided to apply for an international patent to suggest concomitant use of Vioxx® with a thromboxane-A2 inhibitor that Merck was attempting to develop. The patent I specifically refer to here is Scolnick, Edward, et al., *Combination Therapy Using Cox-2 Selective Inhibitor and Thromboxane Inhibitor and Compositions Therefore,* with a priority date of May 15, 2000.

i.     Vioxx® should contain a strong warning to physicians that patients with cardiovascular disease or risk factors for cardiovascular disease may be at increased risk of a thrombotic event when taking Vioxx®.  An additional black-box warning should state that except in cases of extreme gastrointestinal risk, alternate traditional NSAIDs should be used prior to Vioxx® and Vioxx® should be prescribed at its lowest dose of 12.5 mg in persons who are first time users.  Further, a patient insert should be provided in bold letters with a brightly colored background that persons with cardiovascular disease or who are at risk for cardiovascular disease may be at increased risk of blood clots when taking Vioxx®, and that the risk of blood clots may increase with longer use. Similar warnings should prominently appear on any direct to consumer advertising of Vioxx®.

j.     In view of the widespread use of Vioxx® and related COX-2 inhibitors especially in patients being treated for essential hypertension and or congestive heart failure, it is incumbent upon the industry to provide sufficient information to medical practitioners relating to the potential adverse events when COX-2 inhibitors are used in conjunction with antihypertensive agents and drugs used in the management of heart

failure. For example, the combined use of a COX-2 inhibitor along with an inhibitor of the angiotensin-converting enzyme (ACE) has resulted in severe hyperkalemia and cardiac arrest. Hypertension and heart failure often occur together in elderly patients who are also likely to be candidates for anti-rheumatic drug therapy. Failure to consider or call attention to the impact of COX-2 inhibition on renal function, especially under pathophysiological conditions, may be viewed as a serious deficiency in the pre-clinical development of the COX-2 inhibitor program.

Prior to revision of the package insert, the information provided to the practicing physician related to the effects of COX-2 inhibition on renal and electrolyte physiology and drug-drug interactions involving ACE inhibitors read as follows:

**Angiotensin-converting Enzyme Inhibitors**

> *Experience with other NSAIDs suggests that clinically important changes in blood pressure response may occur when Rofecoxib is used concomitantly with an angiotensin-converting enzyme (ACE) inhibitor. Because NSAIDs may reduce blood pressure lowering response to ACE inhibitors, blood pressure should be monitored carefully when any NSAID, including Rofecoxib, is initiated in patients receiving ACE inhibitor therapy. In patients with mild-to-moderate hypertension receiving ACE inhibitor therapy (i.e., benazepril 10-40 mg daily) and Rofecoxib 50 mg daily for 4 weeks resulted in an increase in mean arterial pressure of 3 mm Hg compared with administration of an ACE inhibitor alone.*

As far as I can determine, at the time this document was prepared initially (December 16, 2003), there was <u>no mention</u> of the potential for the combination of an ACE inhibitor along with a COX-2 inhibitor to result in an excess accumulation of potassium and with the potential to lead to cardiac arrest. As of October 19, 2004 the only reference in the PDR to the potential for the development of hyperkalemia is limited to a brief statement that read as follows:

> *Urogenital System: acute renal failure,* breast malignant neoplasm, *hyperkalemia, interstitial nephritis,* prostatic malignant neoplasm, urolithiasis, *worsening chronic renal failure.*

23

The information contained in the package insert as of October 15, 2003 contains the following brief statement in which hyperkalemia is mentioned:

> *Urogenital System: acute renal failure,* breast malignant neoplasm, *hyperkalemia, interstitial nephritis,* prostatic malignant neoplasm, urolithiasis, *worsening chronic renal failure.*

Considering the many millions of patients who were exposed to Vioxx® and who may have been hypertensive and/or who may have been receiving an ACE inhibitor or eplerenone, it seems that the subject of hyperkalemia would have had a more prominent position in the instructions to the prescribing physicians.

Under the section dealing with **Drug Interactions**, the package insert contains the following statement:

> ACE Inhibitors: *Reports suggest that NSAIDs may* diminish the *antihypertensive effect of Angiotensin Converting Enzyme (ACE) inhibitors. In patients with mild to moderate hypertension, administration of 25 mg daily of VIOXX with the ACE inhibitor benzipril, 10 to 40 mg for 4 weeks, was associated with an average increase in mean arterial pressure of about 3 mm Hg compared to ACE inhibitor alone. This interaction should be given consideration in patients taking VIOXX concomitantly with ACE inhibitors.*

It is surprising that there is no mention of the potential for developing hyperkalemia when Vioxx® is used concomitantly with an ACE inhibitor.

The publications listed below describe the effects of COX-2 inhibition on renal physiology and support the concerns expressed above.

> *Brater D.C. Effects of nonsteroidal anti-inflammatory drugs on renal function: focus on cyclooxygenase-2 selective inhibition. Am J Med. 1999 Dec 13; 107(6A);65S-70S; discussion 70S-71S. Review.*
>
> *Harris RC Jr. Cyclooxygenase-2 inhibition and renal physiology. AM J Cardiol. 2002 Mar 21; 89:10D-17-D. Review*

*Hay E. Derazon H. Bukish N. Katz L. Kruglyakov I, Armoni M. Fatal hyperkaledmia related to combined therapy with a COX-2 inhibitor, ACE inhibitor and potassium rich diet. J Emerg Med. 2002 may; 22:349-352)*

*Stichtenoth DO, Frolich JC. COX-2 and the kidneys.   Curr Pharm Des. 2000 Nov;6(17):1737-53. Review.*

Rather than provide adequate risk information to patients and physicians, Merck's actions demonstrate a willingness to keep valuable risk information from both the prescribing physician and the patients, and attempt to convince physicians that the risk simply does not exist or is no greater than the risks associated with conventional NSAIDs. Merck's failure to adequately advise patients and physicians of the recognized and documented cardiovascular/thrombotic risks associated with the use of Vioxx® is viewed as a serious flaw in this drug's pre-clinical and post marketing development.

k.       An elegant series of studies by Dr. Roberto Bolli and colleagues has called attention to an important cardioprotective mechanism dependent upon the activity of COX-2.  The phenomenon referred to a "myocardial preconditioning", documented in experimental animals as well as in humans, protects the heart against cell death during evolution of a myocardial infarction (heart attack).  In the presence of a COX-2 inhibitor, the cardioprotective mechanism of "ischemic preconditioning" is annulled, thus increasing the extent of myocardial tissue injury and the potential for increased morbidity (heart failure) or sudden death due to an arrhythmic event.  Since the prevention of ischemic preconditioning can be achieved by COX-2 inhibition, the mechanism of action of rofecoxib, that of inhibiting the activity of cyclooxygenase-2, would lead one to conclude that an identical outcome would be achieved with rofecoxib and other COX-2 inhibitors with comparable selectivity for the COX-2 enzyme.   A list of references originating from Dr. Bolli's laboratory is appended to this document.

Since the original preparation of this Declaration, a number of events have occurred that have a serious impact on the issue of COX-2 inhibition and potential adverse cardiovascular events, not the least of which is the Merck's voluntary withdrawal of Vioxx® (rofecoxib) from the market on September 30, 2004. The decision by Merck to remove Vioxx® from the market was precipitated by the unexpected finding in a trial of 2600 patients with colon polyps. The clinical trial sponsored by Merck (Adenomatous Polyp Prevention on Vioxx® – <u>APPROVe Study) enrolled study subjects who did not have clinically evident cardiovascular disease.</u> The study results revealed a 3.5 percent incidence in the Vioxx® treatment group of myocardial infarction or stroke. This represented a significant (P<0.001) increase over the control group (1.9 percent incidence) and was similar to the findings in the VIGOR clinical trial. The fortuitous observation resulted in the Data Safety Monitoring Board recommending suspension of the clinical trial. In his publication (N Eng J Med 351:17, 2004), Eric J. Topol, a world-renowned cardiologist made the following statement:

> *"Considering the tens of millions of patients who were taking rofecoxib, we are dealing with an enormous public health issue. Even a fraction of a percent excess in the rate of serious cardiovascular events would translate into thousands of affected people. Given the finding in the colon-polyp trial in low-risk patients without known cardiovascular disease — an excess of 16 myocardial infarctions or strokes per 1000 patients — there may be tens of thousands of patients who have had major adverse events attributable to rofecoxib "* (see Figure below).

26



From Topol, (16)

In an accompanying article, in the same issue of the New England Journal of Medicine

Dr. Garret A.FitzGerald (17), a leading authority in the field of prostaglandins and one

who acknowledges receiving research support from Merck, makes the following

statement:

> *"The rofecoxib story also reflects poorly on the process that leads to drug*
> *approval.* *The rational basis for addressing the cardiovascular effects of*
> *these drugs has been clear for the past five years, yet even the most*
> *fundamental questions have not been addressed directly.* *Much*
> *information could have been derived from careful mechanistic studies in*
> *small numbers of patients and volunteers. However, drug companies are*
> *driven by the current requirements for drug approval to design studies*
> *such as TARGET ().* *This most expensive and largest of the outcome*
> *studies involved exposing more than 18,000 patients to lumiracoxib for a*
> *year. It laid the foundation for the approval of another coxib, but it failed*

*to address important questions about cardiovascular risk raised by the VIGOR trial and by mechanistic and epidemiologic studies. "*

The preceding comment is a powerful indictment of pharmaceutical industry sponsored clinical trials that may place patients at risk of an adverse outcome. Based upon published scientific data as well as from their filing of a patent (see above) in which it is indicated that COX-2 inhibition may lead to an increased potential for thrombosis, Merck should have realized the potential for adverse cardiovascular events. Thus, Merck should have looked more closely at the results of the VIGOR trial instead of attempting to suggest that the comparator drug, naproxen, is cardioprotective, thereby obscuring the true facts.

Since the last update of this declaration submitted on October 12, 2004, a number of events have occurred that support my original experimental observations (14) indicating the prothrombotic effect secondary to the inhibition of the COX-2 enzyme. In addition to rofecoxib (Vioxx™), celecoxib (Celebrex™) and valdecoxib (Bextra™), have been reported to be pro-thrombotic. Celebrex™ (celecoxib), the popular arthritis and pain medicine from Pfizer has likewise become of interest. The company acknowledged that a 1999 clinical trial found that elderly patients taking the drug were far more likely to suffer heart problems than patients taking a placebo. Pfizer acknowledged that the 1999 study, which was intended to examine whether celecoxib could treat Alzheimer's disease, found that the number of celecoxib patients suffering heart attacks was almost <u>four times</u> that of those taking a placebo. The 1999 celecoxib Alzheimer's study found that 22 out of 285 patients taking celecoxib suffered heart attacks, strokes and other heart problems. Only 3 of 140 patients taking a placebo had similar problems. Even accounting for the difference in the sizes of the two groups, celecoxib users were almost four times as likely to suffer heart problems. <u>Pfizer's own analysis found the difference statistically</u>

<u>significant.</u>  It is of interest to note that the study was never published and the results were not submitted to the Food and Drug Administration until June 2001, four months after the F.D.A. conducted a major review of the safety of Vioxx™ and Celebrex™. <u>Dr. Kenneth Brandt, a professor of medicine at Indiana University School of Medicine, who participated in the review indicated that he was unaware of the data and that if the safety panel had known about the study, it might have recommended that both Vioxx and Celebrex be taken with greater caution.</u>  That panel decided to recommend that Vioxx, but not Celebrex, carry a warning about its cardiovascular risks.  That difference is one of the main reasons Celebrex had greater sales than Vioxx and was vigorously promoted immediately after Vioxx™ was withdrawn from the market.

An Editorial published in *The Lancet* (18) indicates that Merck felt compelled to withdraw rofecoxib after the APPROVe (Adenomatous Polyp Prevention On Vioxx), showed an adverse cardiovascular side-effect profile.  Of significance is the announcement by Pfizer on December 17, 2004 that the COX-2 inhibitor, celecoxib (Celebrex™) more than doubled the risk of cardiovascular events in subjects enrolled in the Adenoma Prevention with Celecoxib (APC) study.  As with the APPROVe trial, the APC study, conducted by the National Cancer Institute, was a large randomized, double-blind, placebo-controlled, multicenter study to investigate whether celecoxib could prevent colon cancer in subjects who previously had colon polyps. Subjects who took celecoxib had 2.5 times as many fatal and nonfatal heart attacks as those who did not take the drug, an observation similar to that observed in the Merck sponsored APPROVe trial.

It is of significance to note that although the TARGET trial published in *The Lancet* (19) in August 2004, and the largest COX-2 trial to date, failed to demonstrate a <u>statistically</u>

significant difference in cardiovascular side-effects between lumiracoxib and naproxen or ibuprofen, however more people taking lumiracoxib had a myocardial infarction.

At first glance, the prompt action by Merck in the face of safety concerns may appear commendable and might serve as an example of responsible pharmaceutical industry practice. However, the short history of cyclooxygenase (COX)-2 inhibitors has been beleaguered by persistent safety concerns. The question in need of an answer is, "why has it taken so long for Merck and government drug regulators to properly address the many warning signals?"

The introduction of COX-2 inhibitors for clinical application occurred in 1999 with the licensing of two first generation drugs, rofecoxib, and celecoxib, by the FDA. The primary indications were for the control of pain associated with several different conditions and their debut was announced in 2000 in the medical literature with two landmark trials: VIGOR for rofecoxib, and CLASS for celecoxib. Shortly thereafter, a number of second-generation COX-2 inhibitors were developed. These include valdecoxib, parecoxib, etoricoxib, and lumiracoxib, which for the most part had the same indications for clinical use.

An additional body of information comes from an analysis of a database of 1.4 million Kaiser Permanente members, in which it was found that those who took Vioxx™ were more likely to suffer a heart attack or sudden cardiac death than those who took Celebrex™. On August. 25, 2004, David J. Graham, M.D., M.P.H., Associate Director for Science presented results of a database analysis of 1.4 million patients; indicating that that Vioxx™ users are more likely to suffer a heart attack or sudden cardiac death than those taking Celebrex or an older NSAID. Based on their findings, Graham and his

collaborators linked Vioxx to more than 27,000 heart attacks or sudden cardiac deaths nationwide from the time it came on the market in 1999 through 2003 (15).

The latter findings strengthen the concept that the pro-thrombotic action observed with each of the chemically distinct Coxibs, represents a "class effect", which would suggest that all Coxibs, albeit differing in there chemical structure, but capable of inhibiting the COX-2 enzyme are capable of producing similar adverse cardiovascular events. Since each of the Coxibs is a unique molecule, they may differ in one or more characteristics that include how firmly they target COX-2 while sparing COX-1. Thus, as newer agents are introduced, it may be found that they do not demonstrate a consistent class effect. The observed differences in thrombotic risk among the COX-2 inhibitors may be due to trial design or their distinct physio-chemical properties. In particular, rofecoxib is a sulfone with relatively poor tissue distribution while celecoxib is a sulfonamide that is charged at physiologic pH and has extensive tissue distribution. These chemical properties may also contribute to the distinct effects that have been reported for these agents on endothelial function, a major indicator of vascular risk and for their effects on hemostasis. Specifically, celecoxib, but not rofecoxib, produced marked improvement in endothelial-dependent vasodilation and reduced markers of oxidative stress in human and animal studies (20-22).

Waltera and co-workers (23) compared the effects of various COX inhibitors on susceptibility of human plasma, isolated LDL and membrane lipids to peroxidation. Oxidative modification of LDL and membrane lipids contributes to foam cell formation, endothelial dysfunction and destructive inflammatory processes associated with plaque instability and thrombus formation. In patients, levels of oxidized LDL correlate with

severity of acute coronary syndromes and plaque instability. To test this objective, the

non-enzymatic effects of selective and non-selective COX inhibitors on oxidative stress

mechanisms were evaluated by spectroscopy approaches in various biological

preparations. The results of the studies are summarized below:

> Clinical investigations have demonstrated a link between use of the sulfone cyclooxygenase-2 (COX-2) inhibitor, rofecoxib, and increased risk for atherothrombotic events. This increased risk was not observed for a sulfonamide COX-2 inhibitor (celecoxib), indicating a potential non-enzymatic mechanism for rofecoxib. To test this hypothesis, we compared the independent effects of COX-2 inhibitors on human LDL oxidation, an important contributor to atherosclerotic cardiovascular disease. The results showed that rofecoxib (100 nM) significantly decreased (>40%, $p < 0.001$) the lag time for LDL conjugated diene formation and increased levels of thiobarbituric-acid-reactive-substances (TBARS) in vitro. The pro-oxidant activity of rofecoxib was dose-dependent and attenuated by 70% ($p < 0.001$) with the antioxidant, Trolox. Rofecoxib and etoricoxib (100 nM) also caused a marked increase (>35%, $p < 0.001$) in non-enzymatic generation of isoprostanes, as measured by mass spectroscopy. Addition of rofecoxib to fresh human plasma reduced the oxygen radical antioxidant capacity (ORAC) by 34% ($p < 0.0001$). By contrast, other selective (celecoxib, valdecoxib, meloxicam) and non-selective COX inhibitors (ibuprofen, naproxen, diclofenac) had no significant effect on LDL oxidation rates or plasma ORAC values, even at suprapharmacologic levels. X-ray diffraction analysis showed that sulfone COX-2 inhibitors interact differently with membrane phospholipids, suggesting a physico-chemical basis for the pro-oxidant activity. **These results demonstrate that sulfone COX-2 inhibitors increase the susceptibility of biological lipids to oxidative modification through a non-enzymatic process. These findings may provide mechanistic insight into reported differences in cardiovascular risk for COX-2 inhibitors.**



Chemical structures of representative sulfone (rofecoxib)
and sulfonamide (celecoxib) COX-2 selective inhibitors.



Schematic illustration of a two-step membrane binding pathway for COX-2 inhibition  Enzyme binding is preceded by partitioning of the drug into the lipid bilayer followed by diffusion to the hydrophobic active site of the membrane-bound COX-2 protein.(From Waltera et al.)

The essential finding in the study by Waltera et al.(23) was that the sulfone COX-2 inhibitors, etoricoxib and rofecoxib, exhibited **pro-oxidant** activity in human plasma samples and isolated LDL. The pro-oxidant effects of these agents were unrelated to COX-2 inhibition as they were reproduced in pure lipid vesicles enriched with arachidonic acid. Additionally, the authors did not observe changes in lipid peroxidation rates with sulfonamide COX-2 selective inhibitors (celecoxib and valdecoxib), other NSAIDs (naproxen, ibuprofen, diclofenac), or even other sulfone-containing compounds (methyl phenyl sulfone). The lack of activity for celecoxib was observed even at supra-pharmacologic doses. By contrast, the pro-oxidant effects of rofecoxib were concentration-dependent. Thus, in addition to its ability to inhibit COX-2 and shift the balance towards a pro-thrombotic state, rofecoxib in contrast to celecoxib, would have an additional mechanism by which it could perturb endothelial cell and/or platelet membranes leading to the release of arachidonic acid.  The latter would serve as a substrate for platelet thromboxane synthase leading to the synthesis of thromboxane-A2, a platelet aggregator and vasoconstrictor, thus augmenting the potential for vasoconstriction and thrombus development at a time when endothelial COX-2 is inhibited rendering the endothelium incapable of synthesizing both PGE2 and PGI2, that

are both vasodilators and anti-platelet agents.

The recognition of cardiovascular risk has been apparent for some time and Merck's vigorous defense of the VIGOR Trial results in the past and to the present represents an error and denial of the facts that served to obfuscate the trial results by suggesting that the comparator drug, naproxen, reduced the incidence of adverse events. If the dangers associated with rofecoxib were not proven, they were certainly possible, even probable, given the available basic and clinical scientific data, and it should not have been left to a small trial (24) (i,e, APPROVe) to reveal what is a true relationship between COX-2 inhibition and adverse cardiovascular events. At this point, one might even question whether the possibility of adverse cardiovascular events (stroke, heart attack) could have been suggested even in the absence of clinical data. The physiological role of endothelial derived PGI2 and platelet derived thromboxane A2 were well known before the introduction of COX-2 inhibitors and was reviewed in detail by Sir John Vane in 1982 and in the Nobel Lecture which details the development of prosaglandin research from the early 1970s to the present (25).

Bioscience Reports, Vol. 24, Nos. 4/5, August/October 2004 (© 2005)
DOI: 10.1007/s10540-005-2734-7

*NOBEL LECTURE*                    *8 DECEMBER, 1982*

### Adventures and Excursions in Bioassay: The Stepping Stones to Prostacylin

J. R. Vane[1]

This knowledge,by itself should have alerted the scientific community at Merck and the FDA to question the wisdom of inhibiting COX-2 especially in the presence of

34

<u>vascular disease.</u>  The fact that Merck scientists including, Steven Nichtberger, Jules

Shafer, Ph.D, and Edward Scolnick, M.D. and associates, filed multiple patents in which

the claimed invention as described is the 1998 patent by Dr. Nichtberger is as follows:

> "*The invention provides a method for treating, preventing, or reducing
> the risk of developing a condition selected from the group consisting of
> acute coronary ischemic syndrome, thrombosis, thromboembolism,
> thrombotic occlusion and reocclusion, restenosis, transient ischemic
> attack, and first or subsequent thrombotic stroke, in a patient, comprising
> administering to the patient a therapeutically effective amount of an
> antiplatelet agent in combination with a therapeutically effective amount
> of a COX-2 inhibitor.*"[4]

The patent described above, has a priority date of 13 March 1998. Assuming that

finalization of a patent application and gaining acceptance by the US Patent Office

requires at least 12 months, Merck scientists must have been concerned with the potential

for COX-2 inhibition to result in an adverse thromboembolic event; an event that was

predictable as dictated by the scientific data readily available to all basic and clinical

investigators.

The importance of COX-2 inhibition in the presence of vascular injury was made

apparent in the report by Crofford et al. (26) and summarized as follows:

> *Specific inhibitors of cyclooxygenase 2 (COX-2) have been approved for
> the treatment of osteoarthritis and rheumatoid arthritis. Unlike
> nonsteroidal anti-inflammatory drugs, specific COX-2 inhibitors do not
> inhibit platelet activation. However, these agents significantly reduce
> systemic production of prostacyclin. As a result, theoretical concerns
> have been raised that specific COX-2 inhibitors could shift the hemostatic
> balance toward a prothrombotic state. Patients with connective tissue
> diseases (CTD), who may be predisposed to vasculopathy and thrombosis,
> often have arthritis or pain syndromes requiring treatment with
> antiinflammatory agents. Herein we describe 4 patients with CTD who
> developed ischemic complications after receiving celecoxib. All patients
> had a history of Raynaud's phenomenon, as well as elevated
> anticardiolipin antibodies, lupus anticoagulant, or a history compatible
> with antiphospholipid syndrome. It was possible to measure a urinary
> metabolite of thromboxane A2 in 2 of the patients as an indicator of in
> vivo platelet activation, and this was markedly elevated in both. In*

---

[4]International Publication Number WO 99/45913. International Application Number: PCT/US99/05063, US Filing Date: 9 March 1999; Priority Date: 13 March 1998. Title: COMBINATION THERAPY AND COMPOSITION FOR ACUTE CORONARY ISCHEMIC SYDROME AND RELATED CONDITIONS  Inventor: NICHTBERGER, Steven. 126 East Lincoln Avenue, Rahway, NJ 07065

*addition, the patients had evidence of ongoing inflammation as indicated by elevated erythrocyte sedimentation rate, hypocomplementemia, and/or elevated levels of anti-DNA antibodies. **The findings in these 4 patients suggest that COX-2 inhibitor-treated patients with diseases that predispose to thrombosis should be monitored carefully for this complication.***

An important issue concerns the pharmacokinetic properties of each Coxib. Consideration must be given to the duration of action of each drug or how long the drugs remain in the body and whether or not there is the formation of active or inactive metabolites and how each of the parent compounds or their respective metabolites interact with the cell membrane.

It is conceivable that despite the similar mechanism of action (i.e. inhibition of COX-2) among the Coxibs, there may be subtle difference in their respective pharmacodynamic properties that determine the duration of exposure before the development of an adverse event expressing itself as occlusive vascular thrombosis.

Attention should be given to the study results reported by Waltera et al. (23), which are presented below in abstract form.

*Clinical investigations have demonstrated a link between use of the sulfone cyclooxygenase-2 (COX-2) inhibitor, rofecoxib, and increased risk for atherothrombotic events. This increased risk was not observed for a sulfonamide COX-2 inhibitor (celecoxib), indicating a potential non-enzymatic mechanism for rofecoxib. To test this hypothesis, we compared the independent effects of COX-2 inhibitors on human LDL oxidation, an important contributor to atherosclerotic cardiovascular disease. The results showed that rofecoxib (100 nM) significantly decreased (>40%, p < 0.001) the lag time for LDL conjugated diene formation and increased levels of thiobarbituric-acid-reactive-substances (TBARS) in vitro. The pro-oxidant activity of rofecoxib was dose-dependent and attenuated by 70% (p < 0.001) with the antioxidant, Trolox. Rofecoxib and etoricoxib (100 nM) also caused a marked increase (>35%, p < 0.001) in non-enzymatic generation of isoprostanes, as measured by mass spectroscopy. Addition of rofecoxib to fresh human plasma reduced the oxygen radical antioxidant capacity (ORAC) by 34% (p < 0.0001). By contrast, other*

> *selective (celecoxib, valdecoxib, meloxicam) and non-selective COX inhibitors (ibuprofen, naproxen, diclofenac) had no significant effect on LDL oxidation rates or plasma ORAC values, even at suprapharmacologic levels. X-ray diffraction analysis showed that sulfone COX-2 inhibitors interact differently with membrane phospholipids, suggesting a physio-chemical basis for the pro-oxidant activity.* ***These results demonstrate that sulfone COX-2 inhibitors increase the susceptibility of biological lipids to oxidative modification through a non-enzymatic process. These findings may provide mechanistic insight into reported differences in cardiovascular risk for COX-2 inhibitors.***

As early as 1998 and continuing up to the present, a series of studies by Derek W. Gilroy and co-workers provided evidence to suggest a beneficial role of COX-2 described as being able to regulate the inflammatory response (26-34). A recent review by Colville-Nash and Gilroy (29) calls attention to an heretofore-unrecognized "anti-inflammatory" benefit derived from the upregulation of the COX-2 enzyme as summarized below.

> *The synthesis of bioactive prostanoids is controlled, in part, by the action of the cyclooxygenase (COX; prostaglandin H synthase; prostaglandin endoperoxidase) family of enzymes. Inhibition of these enzymes underlies the therapeutic action of the nonsteroidal antiinflammatory drugs (NSAIDs) and also leads to the adverse side effects, such as gastrointestinal ulceration, associated with these drugs. Interest in the therapeutic targeting of this system as a means of controlling inflammation was further expanded by the demonstration in the early 1990s of the existence of a second, inducible, isoform of COX, COX-2. Originally, it was believed that this isoform was expressed at sites of inflammation but not in noninflamed tissue, where a constitutively expressed isoform, COX-1, was thought to be responsible for the physiological production of eicosanoid mediators. This presented the opportunity to develop novel "super aspirins," which could selectively inhibit the inducible isoform, exert potently antiinflammatory effects and, importantly, be largely devoid of the deleterious side effects of conventional NSAIDs. However, it is now being increasingly accepted that COX-2 is also expressed in chronic inflammatory diseases and is seen during the resolution of inflammatory reactions and in areas undergoing wound healing. Inhibition of this isoform in these situations has revealed potential, previously hidden, pitfalls associated with COX-2 inhibition. This article examines the roles of the COX enzymes in inflammation, with emphasis on the emerging role of COX-2 during inflammatory resolution, as well as discussion of some future directions for antiinflammatory therapy that this research has suggested.*

In a subsequent publication (34), Gilroy and colleagues present experimental data that provides an explanation as to why COX-2 inhibition may lead to progression of an inflammatory lesion (e.g. atherosclerotic plaque).   The abstract of the publication is presented below:

*Failure of acute inflammation to resolve leads to persistence of the inflammatory response and may contribute to the development of chronic inflammation. Thus, an understanding of inflammatory resolution will provide insight into the etiology of chronic inflammation. In an acute pleurisy, polymorphonuclear leukocytes (PMNs) were found to predominate at the onset of the lesion but decreased in number by undergoing apoptosis, the principal mechanism by which PMNs died in this model. PMNs were progressively replaced by monocytes, which differentiated into macrophages. As with PMNs, macrophages also underwent programmed cell death leading to an abatement of the inflammatory response and eventual resolution. It was found that apoptosis of both these inflammatory cell types was mediated by pro-resolving cyclooxygenase 2-derived 15deoxyDelta12-14PGJ2, which is uniquely expressed during active resolution. Although PMN programmed cell death is well understood, the observation that macrophages apoptose during resolution of acute inflammation is less well described. These results provide insight into the mechanisms that switch off acute inflammation and prevent complications of wound healing and potentially the development of immune-mediated chronic inflammation.*

*Two isoforms of cyclooxygenase (COX) have been identified and characterized. In general, COX 1 is constitutively expressed in most tissues, where it synthesizes prostaglandins (PGs) in an immediate manner at low levels to maintain physiological functions. COX 2, on the other hand, is highly inducible in response to proinflammatory stimuli, resulting in delayed, but exaggerated PG release, leading to the suggestion it contributes significantly to the development of an inflammatory response. However, recent studies have suggested that COX 2 may also be protective in wound healing and tissue injury. We have previously shown that COX 2 mediates acute inflammatory resolution in a rat carrageenin-induced pleurisy through the generation of anti-inflammatory PGs, PGD2, and 15-deoxy-*□$^{12-14}$*PGJ2. **In the current paper we uncover the mechanism by which COX 2 and its fatty acid metabolites bring acute inflammation under control and mediate resolution.***

Originally, it was thought that macrophage clearance in self-limiting inflammatory lesions was *via* lymphatic drainage.   The study by Gilroy and colleagues (31) provides evidence that apoptosis is an additional route by which macrophages undergo removal from and inflammatory site.   Macrophages can damage tissues by the

release of histotoxic enzymes and proinflammatory cytokines and initiate an immune response by the presentation of antigens to T cells. Through the sustained release of TGFß1, macrophages can also contribute significantly to fibrosis, collagen, and fibronectin synthesis as well as granulation tissue formation. Whereas macrophages are essential to remove cells and debris from a region of tissue injury, their persistence at an inflammatory site must be tightly controlled in order to prevent the development of chronic inflammation. Gilroy et al. (31) show that macrophages undergo apoptosis locally at the end phase of an acute resolving inflammatory lesion. The authors suggest that COX-2 mediated macrophage apoptosis may represent an important endogenous means of preventing the transition from acute inflammation to chronic non-resolving inflammatory diseases as would be the case with inhibition of COX-2. The study demonstrates that apoptosis of both neutrophils and macrophages is mediated by COX-2 derived15-deoxy$\square^{12-14}$PGJ2. In short, COX-2 inhibition prevents resolution of the inflammatory response to injury thus leading to progressive tissue demolition.

Since their approval by the FDA in 1999, the first two Coxibs, celecoxib and rofecoxib, to be introduced into clinical use have been used throughout the world for the relief of pain associated with rheumatic diseases. More recently, however, concern has been expressed that COX-2 inhibition may in fact have a number of potential, previously hidden, pitfalls. These have arisen from the demonstration that COX-2 induction is not exclusively associated with the onset of an inflammatory reaction, with expression limited to inflammatory sites. In fact, COX-2 is expressed more chronically, and is also seen during the resolution of inflammation and in areas of wound healing. The application of COX-2-selective inhibitors during these periods has been shown to be deleterious in that resolution of inflammation is delayed, gastric ulcer healing is delayed

and, in some patients, ulcers have been shown to progress further to perforation and severe bleeding (35). The suggestion has now been made that, in these situations, COX-2 may help resolve the pathology, perhaps by generating alternative series of prostaglandins such as the cyclopentenone prostaglandins. The finding that these prostaglandins can affect proteins by direct chemical modifications as well as having their own receptor families has rekindled debate on the deleterious and beneficial effects of prostanoids, and the implications of inhibiting the production of these mediators, in the body. Therefore, Gilroy and colleagues, through their series of studies have presented valuable new insights with respect to the role of COX-2 in inflammation and the potential adverse effects of its inhibition.

While cyclooxygenase-2 (COX-2) inhibitors were introduced to the U.S. market with the promise of less gastrointestinal (GI) toxicity than nonselective nonsteroidal anti-inflammatory drugs (NSAIDs), additional research was needed to examine this outcome in the naturalistic setting. The study by Stockl and colleagues examined whether use of COX-2 inhibitors is associated with reduced risk of GI bleed in a managed care population. This study provides insight into the rates of GI bleeding among a large population of managed care patients initiated on COX-2 inhibitors or nonselective NSAIDs. Patients using a COX-2 inhibitor did not have a reduced risk of a GI bleed compared with patients with similar baseline characteristics who were using nonselective NSAIDs. With the high direct-drug cost of COX-2 inhibitors and the uncertain risk of adverse cardiovascular events, further research is needed to reevaluate the appropriate patient populations for cost-effective treatment with COX-2 inhibitors.

In summary, I previously took the position that inhibition of COX-2, under specific clinical situations involving vascular pathology, would increase the potential for platelet dependent occlusive thrombus formation. My opinion was based upon clinical events as described by my former colleague Dr. Leslie Crofford (see reference #25) and later confirmed in an experimental model of arterial thrombosis (see reference #14). Before submitting my manuscript for publication, I felt obligated to send the paper to

Monsanto/Searle for their comments. Shortly thereafter, I was asked to present my data before a group of scientists at the Monsanto/Searle Pharmaceutical Company in St. Louis. The meeting took place in St. Louis on October 10-11, 2000. Despite severe criticism of my work by the staff at Monsanto/Searle, the manuscript was accepted for publication in the journal *Circulation*. The study was funded entirely by discretionary funds (Cardiovascular Research Fund, University of Michigan Medical School) and which made use of celecoxib (Celebrex™) obtained from commercial sources, demonstrated an enhancement of thrombus formation in the presence of COX-2 inhibition in arterial vessels subjected to injury. The experimental observations served to form my opinions regarding the potential of COX-2 inhibition to enhance the potential for thrombus formation under certain pathophysiological states. My opinions were in agreement with subsequent clinical events as reported in the subsequent clinical trials, some of which have been documented in this Disclosure. I have continued to conduct basic investigations on the subject of COX-2 inhibition in which I have examined rofecoxib, celecoxib, ibuprofen, naproxen and acetaminophen in animal models of thrombosis and myocardial infarction. As mentioned above, my studies related to the pharmacology of COX-2 inhibitors are funded by discretionary funds. I do not have any conflicts of interest or relationships with pharmaceutical companies at this time.

41

# REFERENCES

1. Xuan YT, Guo Y, Zhu Y, Han H, Langenbach R, Dawn B, Bolli R. Mechanism of cyclooxygenase-2 upregulation in late preconditioning.J Mol Cell Cardiol. 2003 May;35(5):525-37.

2: Li Q, Guo Y, Xuan YT, Lowenstein CJ, Stevenson SC, Prabhu SD, Wu WJ, Zhu Y,Bolli R. Gene therapy with inducible nitric oxide synthase protects against myocardial infarction via a cyclooxygenase-2-dependent mechanism. Circ Res. 2003 Apr 18;92(7):741-8.

3: Shinmura K, Kodani E, Xuan YT, Dawn B, Tang XL, Bolli R. Effect of aspirin on late preconditioning against myocardial stunning in conscious rabbits. J Am Coll Cardiol. 2003 Apr 2;41(7):1183-94.

4: Shinmura K, Nagai M, Tamaki K, Tani M, Bolli R. COX-2-derived prostacyclin mediates opioid-induced late phase o preconditioning in isolated rat hearts Am J Physiol Heart Circ Physiol. 2002 Dec;283(6):H2534-43. Epub 2002 Aug 08.

5: Kodani E, Xuan YT, Shinmura K, Takano H, Tang XL, Bolli R. Delta-opioid receptor-induced late preconditioning is mediated by cyclooxygenase-2 in conscious rabbits. Am J Physiol Heart Circ Physiol. 2002 Nov;283(5):H1943-57.

6: Bolli R, Shinmura K, Tang XL, Kodani E, Xuan YT, Guo Y, Dawn B. Discovery of a new function of cyclooxygenase (COX)-2: COX-2 is a cardioprotective protein that alleviates ischemia/reperfusion injury and mediates the late phase of preconditioning. Cardiovasc Res. 2002 Aug 15;55(3):506-19. Review.

7: Shinmura K, Xuan YT, Tang XL, Kodani E, Han H, Zhu Y, Bolli R. Inducible nitric oxide synthase modulates cyclooxygenase-2 activity in the heart of conscious rabbits during the late phase of ischemic preconditioning. Circ Res. 2002 Mar 22;90(5):602-8.

8: Kodani E, Shinmura K, Xuan YT, Takano H, Auchampach JA, Tang XL, Bolli R. Cyclooxygenase-2 does not mediate late preconditioning induced by activation of adenosine A1 or A3 receptors. Am J Physiol Heart Circ Physiol. 2001 Aug;281(2):H959-68.

9: Guo Y, Bao W, Wu WJ, Shinmura K, Tang XL, Bolli R. Evidence for an essential role of cyclooxygenase-2 as a mediator of the late phase of ischemic preconditioning in mice. Basic Res Cardiol. 2000 Dec;95(6):479-84.

10: Shinmura K, Tang XL, Wang Y, Xuan YT, Liu SQ, Takano H, Bhatnagar A, Bolli R. Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits. Proc Natl Acad Sci U S A. 2000 Aug 29;97(18):10197-202.

11: Capone ML, Tacconelli S, Sciulli MG, Grana M, Ricciotti E, Minuz P, Di Gregorio P, Merciaro G, Patrono C, Patrignani P. Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. Circulation. 2004 Mar 30;109(12):1468-71. Epub 2004 Mar 22.

12: Garcia Rodriguez LA, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A. Nonsteroidal antiinflammatory drugs and the risk of myocardial infarction in the general population. Circulation. 2004 Jun 22;109(24):3000-6. Epub 2004 Jun 14

13: Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet. 2002 Oct 5;360(9339):1071-3.

14: Hennan JK, Huang J, Barrett TD, Driscoll EM, Willens DE, Park AM, Crofford LJ, Lucchesi BR. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries.
Circulation. 2001, 14;104(7):820-5.

15: Graham DJ, Campen D, Hui R, Spence M, Cheetham C, Levy G, Shoor S, Ray WA. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet. 2005 Feb 5-11;365(9458):475-81.

16: Topol EJ. Failing the Public Health — Rofecoxib, Merck, and the FDA. Eng J Med 2004; 351:1707-1709.

17: FitzGerald GA. Coxibs and Cardiovascular Disease N Engl J Med 2004; 351:1709-1711.

18: Editor. Vioxx: an unequal partnership between safety and efficacy. *The Lancet* 2004, 3641287-88

19: Prof Thomas J Schnitzer, Prof Gerd R Burmester, Prof Eduardo Mysler, Prof Marc C Hochberg, Michael Prof Doherty, Elena Ehrsam, Xavier Gitton, Gerhard Krammer, Bernhard Mellein, Patrice Matchaba et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. The Lancet 2004, 364:665-674.

20: Chenevard R, Hurlimann D, Bechir M, et al. Selective COX-2 inhibition improves endothelial function in coronary artery disease. Circulation 2003;107:405–9.

21: Hermann M, Camici G, Fratton A, et al. Differential effects of selective cyclooxygenase-2 inhibitors on endothelial function in salt-induced hypertension. Circulation 2003:108.

22: Monakier D, Mates M, Klutstein MW, et al. Rofecoxib, a COX-2 inhibitor, lowers c-reactive protein and interleukin-6 levels in patientswith acute coronary syndromes. Chest 2004;125:1610–5.

23: Waltera MF, Jacoba RF, Daya CA, Dahlborga R, Wenga Y, Mason RP. Sulfone

COX-2 inhibitors increase susceptibility of human LDL an plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs. Atherosclerosis 2004; 177: 235–43

24 Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lanas A, Konstam MA, Baron JA; Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators. Related Articles, Links Free Full Text Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med. 2005 Mar 17;352(11):1092-102. Epub 2005 Feb 15.

25: Crofford LJ, Oates JC, McCune WJ, Gupta S, Kaplan MJ, Catella-Lawson F, Morrow JD, McDonagh KT, Schmaier AH. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors. A report of four cases. Arthritis Rheum. 2000,43:1891-6.

26: Colville-Nash PR, Gilroy DW. Cyclooxygenase enzymes as targets for therapeutic intervention in inflammation. Drug News Perspect. 2000,10:587-97.

27: Colville-Nash PR, Gilroy DW. Potential adverse effects of cyclooxygenase-2 inhibition: evidence from animal models of inflammation. BioDrugs. 2001, 15:1-9. Review.

28: Liou JY, Deng WG, Gilroy DW, Shyue SK, Wu KK. Colocalization and interaction of cyclooxygenase-2 with caveolin-1 in human fibroblasts. J Biol Chem. 2001,276:34975-82. Epub 2001.

29: Colville-Nash PR, Gilroy DW. COX-2 and the cyclopentenone prostaglandins - a new chapter in the book of inflammation? Prostaglandins Other Lipid Mediat. 2000, 62:33-43. Review.

30: Gilroy DW, Colville-Nash PR. New insights into the role of COX 2 in inflammation. J Mol Med. 2000,78:121-9. Review.

31: Gilroy DW, Colville-Nash PR, Willis D, Chivers J, Paul-Clark MJ, Willoughby DA. Inducible cyclooxygenase may have anti-inflammatory properties. Nat Med. 1999 5:698-701.

32: Gilroy DW, Tomlinson A, Willoughby DA. Differential effects of inhibition of isoforms of cyclooxygenase (COX-1, COX-2)in chronic inflammation. Inflamm Res. 1998, 47:79-85.

33: Tomlinson A, Appleton I, Moore AR, Gilroy DW, Willis D, Mitchell JA, Willoughby DA. Cyclo-oxygenase and nitric oxide synthase isoforms in rat carrageenin-induced pleurisy. Br J Pharmacol. 1994,113:693-8.

34: Gilroy DW, Colville-Nash PR, McMaster S, Sawatzky DA, Willoughby DA, Lawrence T.Inducible cyclooxygenase-derived 15-deoxy(Delta)12-14PGJ2 brings about acute inflammatory resolution in rat pleurisy by inducing neutrophil and macrophage apoptosis. FASEB J. 2003,17:2269-71. Epub 2003 Oct 16.

35:   Stockl K, Cyprien L, Chang EY. Gastrointestinal Bleeding Rates Among Managed Care Patients Newly Started on COX-2 Inhibitors or Nonselective NSAIDs. J Manag Care Pharm.2005 Sep-Oct;11(7):550-558.

45

I am continuing to review information as it is made available and expressly reserve my right to change or add to my opinions based upon new information.  I also understand Merck has or will retain experts and I reserve the right to respond directly to any opinions set forth by such experts independently or in response to my opinions stated herein.

Upon careful consideration of the scientific facts presented in this affidavit and a review of the St. Johns County Fire Rescue Department report and the Flagler Hospital Emergency Room report allows me to conclude based on reasonable medical probability, that the use of rofecoxib (Vioxx™) caused or contributed substantially to cause the adverse cardiac event experienced by Mr. Richard Irvin that culminated in the development of ventricular fibrillation (cardiac arrest) and sudden cardiac death.

I am being compensated at $500.00/hour for review of documents, $1,000 per day when away from my home office and $700.00 per hour for deposition and/or trial.

In the past four years, I have testified by deposition or in court in the matters listed on the attached pages.

Dated this the __23__ day of __September__ 2005

By: ___

Benedict R. Lucchesi M.D., Ph.D., F.A.H.A.

46

**Benedict R Lucchesi, M.D., Ph.D., F.A.H.A.**
**University of Michigan Medical School**
**Department of Pharmacology**
**Ann Arbor, Michigan 48109-0632**

Phone:  734-647-3134
Fax:    734-647-4782
E-Mail: benluc@umich.edu

**Prepared: September 23, 2005**

## LISTING OF CASE FILES REVIEWED, DEPOSITIONS and COURT TESTIMONY:

| | | |
|---|---|---|
| Kurt D. Yockey<br>Yockey Yockey & Schliem<br>Attorneys & Counselors at Law<br>33742 West Twelve Mile Road<br>Farmington Hills,MI 48331 | Elegrably *v* St Joseph's Mercy Hosp<br><br><br><br>Sudden Cardiac Death LQT Syndrome | Nov 2001 |
| Goforth Lewis LLP<br>Attorneys at Law<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, Texas  77002 | Vioxx Litigation<br><br><br><br>Deposition | Oct  2002 |
| Mr. P. Jeffrey Archibald<br>Habush Habush & Rottier, S.C.<br>Attorneys at Law<br>Suite 2000<br>150 East Gilman Street<br>Madison, Wisconsin 53703 | Expert Consultation on Vioxx | March 2003 |
| Girardi / Kesse Lawyers<br>1126 Wilshire Boulevard<br>Los Angeles, California 90017-1904 | Vioxx Litigation | March 2003 |
| Smith Haughey Rice & Roegge<br>250 Monroe Avenue, N.W.<br>Suite 200<br>Grand Rapids, MI 49503 | Cipro / Warfarin Drug Interaction<br><br><br>Deposition | April 2003 |
| Mr. David Miceli<br>Beasley, Allen, Crow, Methvin,<br>Portis & Miles, P.C.<br>Attorneys at Law<br>200 Cooosa Street<br>P.O.Box 4160<br>Montgomery, Alabama 36103-4160 | Vioxx Litigation<br><br><br><br><br><br>Deposition | April 2004 |

| | | |
|---|---|---|
| Mr. Paul A. Nugent<br>O'Hara & Nugent<br>Professional Association<br>First Sanford Tower<br>312 West First Street<br>Suite 600<br>Sanford, Florida 32771 | Shwartz *vs* Theodotou<br><br><br><br><br><br>Medical Legal – Anticoagulant | April 2004 |
| Mr. David M. Thomas<br>Attorney<br>Rutledge, Manion, Rabaut,<br>Terry and Thomas<br>Attorneys and Counsellors<br>4000 Penobscott Building<br>Detroit, Michigan 48226 | Jackson *v* RiteAid<br><br><br><br><br><br>Cocaine –Narcotic Drug - Abuse – Death | April 2004 |
| Ms Renee Walsh<br>Attorney<br>Johnson & Wyngaarden , P.C.<br>3445 Woods Edge Drive<br>Okemos, MI 48864-5901 | Knudsen v McPhersonHosp<br><br><br><br>Cilostazol Reaction | August 2004 |
| Mr. Kurt D. Yockey<br>Yockey Yodkey & Schliem<br>Attorneys & Councilors at Law<br>33742 West Twelve Mile Road<br>Farmington Hills, Michigan 48331 | Estate of Judith Beckley vs<br>Providence Hospital, et al.<br><br><br>Serotonin Syndrome | Dec 2004 |
| Mr. Ted Trief<br>Attorney at Law<br>Trief & Olk<br>150 East 58th Street<br>34th Floor<br>New York City, New York 10155 | Vioxx – Consultation<br><br><br><br><br>Serotonin Syndrome | Dec 2004 |
| Plunkett Cooney, P.C.<br>Attorneys and Counsellors at Law<br>38505 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, MI 48304 | Koslowski *v*<br>William Beaumont Hosp | Jan 2005 |
| Sonneborn Rutter Cooney<br>& Klingensmith<br>1545 Centrepark Drive North<br>West Palm Beach, FL 33401-7414 | Silber *v* Edep<br><br><br>Warfarin – Atrial Fibrillation | February 2005 |
| Hovde Dassow & Deets LLC<br>10585 Meridian Street<br>Indianapolis, IN 46290 | <br><br>Review Medical Records – RE Vioxx | February 2005 |

48

| Provided Expert WitnessTestimony<br>RE: Carol Ernst *vs* Merck Angleton, Texas | August & September 2005 |
|---|---|
| Provided Expert Witness Testimony<br>RE: Frederick Michael Humeston *vs* Merck<br>Atlantic City, NJ | September 2005 |

—

# CURRICULUM VITAE

**NAME AND HOME ADDRESS**

Benedict Robert Lucchesi
2614 Salisbury Lane
Ann Arbor, Michigan  48103
(734) 663-7434

**BUSINESS ADDRESS**

Department of Pharmacology
A220 Medical Science Research Building III
The University of Michigan Medical School
Ann Arbor, Michigan  48109-0632
(734) 764-9116, Fax: (734) 647-4782
E-Mail:  benluc@umich.edu

**DATE AND PLACE OF BIRTH**

June 9, 1933; New York City, New York

**MARITAL STATUS**

Married to Diana Mannarino (nee)

**CHILDREN'S NAMES AND DATES OF BIRTH**

John David - October 9, 1965
Steven John - May 15, 1964
Richard Michael - January 1, 1963
Mary Ellen - September 4, 1961
Thomas Robert - October 18, 1959

## EDUCATION

The University of Michigan, Ann Arbor, Michigan, 1961-1964 (M.D.)

The University of Michigan, Ann Arbor, Michigan, 1957-1961 (Ph.D., Pharmacology)

St. John's University, New York, New York, 1955-1957 (M.S., Physiology)

St. John's University, New York, New York, 1951-1955 (B.S., Summa Cum Laude)

Newtown High School, Elmhurst, New York, 1948-1951

## APPOINTMENTS

Director of Research, Michigan Diabetes Research and Training Center, The University of Michigan, 1981-1986

Director, Upjohn Center for Clinical Pharmacology, The University of Michigan, 1978-1981

Professor, Department of Pharmacology, The University of Michigan, 1973-Present

Associate Professor, Department of Pharmacology, The University of Michigan, 1968-1973

Assistant Professor, Department of Pharmacology, The University of Michigan, 1965-1968

Instructor (full-time), Department of Pharmacology, The University of Michigan, 1964-1965

Instructor (half-time), Department of Pharmacology, The University of Michigan, 1960-1964

Teaching Assistant, Department of Physiology, St. John's University, 1956-1957



EXHIBIT
**A**

**MILITARY SERVICE**   None

**HONORS AND AWARDS**

Lifetime Achievement Award in Medical Education - University of Michigan Medicl School - November 2004.

Token of Appreciation from Medical Students (TAMS) Award - May 2004

Selected to participate in the Presidential Symposium - Cardiovascular Science and the Internati-nal Society for Heart Reseach along with Richard Bing, M.D, and Naranjan Dhalla, Ph.D. May 2-5, 2004, Cancun, Mexico.

Nominated as a candidate for the 2003 Arrigo Recordat International Prie for Scientific Research: Lifetime Achievemet in Heart Failure.

Fellow of the International  Academy of Cardiovascular Scientists - 2002

Bennett J. Cohen Educational Leadership Award from the Michigan Society for Medical Research - 2002.

Chairman, Division for Cardiovascular Pharmacology, ASPET, 2001 - 2002

Fellow, Council on Basic Cardiovascular Sciences, American Heart Association, 2001-Present

Founding Fellow, International Society for Heart Research, 2001

Torald Sollmann Award, American Society for Pharmacology and Experimental Therapeutics, 2001

Chairman, XX Annual Meeting of the International Society for Heart Research--North American Section, August 1998.

Co-Organizer, ASPET Colloquium on Pharmacologic Interventions in Thrombosis and Thrombolysis, University of Michigan, June, 1995.

Co-Organizer, ASPET Colloquium on Role of Adhesion Molecules in Cardiovascular Pharmacology, University of Michigan, June 1994.

Selected for the A.N. Richards Lecture, A.N. Richards Symposium on Reperfusion Injury, 1992

Sigma Xi National Lecturer, 1992 - 1994

Windsor C. Cutting Memorial Lecture,  University of Hawaii, 1991

SmithKline Beecham Distinguished Lecturer, 1990

The University of Michigan Distinguished Faculty Lectureship in Biomedical Sciences, 1990

ASPET Award for Experimental Therapeutics, 1989

National Institutes of Health Merit Award for "Analysis of Antiarrhythmic Agents", 1988-1998

Johnson & Johnson Focused Giving Award, 1988-1991

Chairman, XIII Congress of the International Society for Heart Research, 1989

Pfizer Lecturer in Clinical Pharmacology, October, 1983 (Medical College of Wisconsin); and February, 1987 (University of Connecticut)

Gustav Nylin Lecture, Karolinska Institutet, Stockholm, Sweden, 1985

Summa Cum Laude, St. John's University, 1955

Merck Award in Pharmaceutical Chemistry, 1955

Who's Who Among Students in American Universities, 1954
Rho Chi Honor Society, St. John's University, 1953

## MEMBERSHIPS

American Federation for Medical Research (formerly American Federation for Clinical Research)
  Midwestern Section, 1983-Present

American Heart Association
  Council on Clinical Cardiology, 2001-Present
  Council on Circulation: Fellow, 1978-Present; Assembly Delegate Alternate, 1982-2000
  Basic Science Council, 1975-Present
  Cardiovascular BII Research Study Committee 1986-1987
  Cardiovascular Physiology and Pathophysiology Research Study Committee, 1989-1990

American Heart Association, Michigan Affiliate
  Executive Committee, 1970-1975
  Research Committee, 1970-1975

American Physiology Society, 1986-Present

American Society for Pharmacology and Experimental Therapeutics, 1981-Present
  Great Lakes Chapter, 1989-Present

British Pharmacological Society, 2000 - Present

Heart Failure Society of America - 2000-present

Cardiac Electrophysiologic Society, 1981-Present

Cardiac Muscle Society - 1985 - Present

International Society of Cardiovascular Pharmacotherapy, 1992-Present

International Society for Heart Research, 1977-Present

United States Pharmacopoeial Convention (Panelist), 1980-1983

## ADVISORY BOARDS AND CONSULTING AGREEMENTS

Scientific Advisory Board - Cardiovascular Biology Programme - National University of Singapore April 2005 - March 2008

Board of Directors - CorDynamics, Inc.   Chicago, IL - 2003 - Present

Consultant to Neil J. Thomas, MD on clinical study involving "Controlled Cardiac Reoxygenation", University of Chicago Medical School Departent of Thoracic Surgery. May 2005 - Present.

## EDITORIAL ADVISORY BOARDS

American Journal of Physiology: Heart and Circulatory Physiology, 1993-Present

British Journal of Pharmacology, Editor, 2000-Present

Circulation, 1977-1980; 1994 - 2004. Reappointed March 19, 2004 by the new Editor, Dr. Joseph Loscalzo. 2005 -present

Circulation Research, 1986-2000

Drug Reviews, 1997-Present

European Journal of Pharmacology, 1993-Present

Journal of Cardiovascular Pharmacology, 1977-Present

Journal of Cardiovascular Pharmacology and Therapeutics, 1995-Present

Journal of Critical Care, 1987-1997

Journal of Molecular and Cellular Cardiology, 2000

Journal of Pharmacology and Experimental Therapeutics, 1969-Present

Journal of Pharmacology and Experimental Therapeutics , Specific Field Editor in Cardiovascular Pharmacology, 1978-1981, 1987-1988, 1994-1999

Meeting Reports, Cardiovascular; 1993-Present

Molecular In(ter)ventions, 2000-Present

Pharmacology, International Journal of Experimental and Clinical Pharmacology, 1977-2000

**Ad Hoc Reviewer:**

American Journal of Cardiology

Circulation Research

Arteriosclerosis, Thrombosis, and Vascular Biology

## NATIONAL INSTITUTES OF HEALTH COMMITTEES

Ad Hoc, NIH Research Training Review Committee, 1994 -1996

Peer Review and Detection of Misconduct Meeting, 1988

Cardiology Advisory Committee - National Heart, Lung and Blood Institute, 1981-1985

Cardiac Diseases Branch Task group - National Heart, Lung and Blood Institute, 1981-1984
   Subcommittees of the Cardiology Advisory Committee
   1.     Molecular Biology and Heart Disease
   2.     Pharmacology and Therapeutics (Chairman)
   3.     Laboratory Research in Cardiac Diseases
   4.     Ischemic Heart Disease Specialized Centers of Research
   5.     Cardiovascular Disease in the Young

Co-Chairman for the National Heart, Lung and Blood Institute's Workshop on Advanced
   Congestive Heart Failure, 1981

Committee to study End Stage Heart Disease, Division of Heart and Vascular Diseases, 1980

Review Committee for the Evaluation of Proposals for More Uniform Animal Models for the
   Assessment of Interventions to Protect Ischemic Myocardium, 1979-1983

Pharmacology Study Section, 1976-1980

Review Committee for the Evaluation of Proposals for The Collaborative Clinical Trial of
   Therapy to Protect Ischemic Myocardium, 1976

Review Committee for the Evaluation of Proposals for The Collaborative Clinical Trial of
   Therapy to Protect Ischemic Myocardium,  (Parent Committee), 1976

Review Committee for the Evaluation of Proposals for Ischemic Heart Disease Specialized
   Centers of Research, (Parent Committee), 1974-1975

## PRESENT COMMITTEE AND ADMINISTRATIVE SERVICES FOR THE
## UNIVERSITY OF MICHIGAN

Member, Data Safety Monitoring Board - "Strategies for Prevention of Weight Regain in Obese
Men and Women Following Weight Loss (MPOWR)" - University of Michigan - David E.
Schteingart,MD, Principal Investigator. 2004 - Present

Member, Best Practices Task Force - 2003-Present.

Medical School Faculty Satisfaction Group, Sept 2003 - present.

Admissions Committee of the University of Michigan Medical School 2003-Present

Chairman, McKay Grant Committee, Cardiovascular Research Center, 2001-Present

Page 6

Senior Advisor, Committee for Student Biomedical Research; 2000-Present; member since 1995

Member, Medical Scientist Training Program Career Advisory Panel, 1999-Present

Member, Medical School Advisory Committee for the Center for Clinical Investigation and Therapeutics, 1999-Present

Member, Dean's Research Award Committee, University of Michigan Medical School, 1999-Present

Member, Pharmacology Department Animal Care Committee

Member, Pharmacology Department Advisory Committee, 2000-2003

Member, Diversity and Career Development Committee, 1996-Present

Member, Pharmacology Department Appointments and Promotions Committee, 1996-Present

Chairman, Pharmacology Department Graduate Colloquium Committee

Mentor:  Minority High School Summer Research Apprenticeship Program, Summer Research Opportunity Program (SROP),  Student Biomedical Research Summer Fellowship Program, ASPET Summer Research Fellowship Program, and Undergraduate Research Opportunity Program (UROP), 1994-Present

Member, Pharmacology Faculty Search Committee, 1994-Present

Founder, Chairman and Mentor, Charles Ross Summer Fellowship for  Minority Undergraduate and Graduate Students Committee, 1992-Present

Established the Annual Pharmacology Colloquium in 1978 which sponsors a scientific session involving pharmacology graduate students and postdoctoral fellows from the University of Michigan Medical School, Michigan State School for  Human Medicine, Wayne State University Medical School and the Medical College of Ohio.  The 26th annual event is scheduled to be held at Michigan State University.

## FORMER COMMITTEE AND ADMINISTRATIVE SERVICES FOR THE UNIVERSITY OF MICHIGAN

Member, Search Committee for Cardiology Division Chief, Department of Internal Medicine, 2001- 2002

Member, Search Committee, Director, Division of Cardiology 2001-2002

Member, Search Committee, Chair of Surgery, 2000-2001

Member, Medical School Bylaws Committee, 2000-2001

Member, Basic Science Academic Review Board, 1996-2001

Co-Coordinator, Cardiology Sequence: Component II of Curriculum Policy Committee, 1992-2000

Member, Medical School Executive Committee;  1992-1995, 1999-2000

Chairman, Medical School Advisory Committee on Appointments, Promotions, Titles and Tenure, 1998-1999 (Member since 1996)

Member, Curriculum Policy Committee, 1996-1999

Member, President's Executive Committees Steering Committee, 1996-1999

Member, Task Force for Intellectual Properties and Outside Contracts

Chairman, Medical School Curricular Evaluation Advisory Committee

Chairman, Awards Committee for the Department of Pharmacology

Member, Medical School Curriculum Policy Committee

Member, Basic Science Departments Animal Facilities Committee

Member, Departmental Advisory Committee, Department of Pharmacology

Member, Basic Science Academic Review Board

Chairman, Funding Committee for Retreat on Graduate Education

Chairman, Departmental Advisory Committee, Department of Pharmacology

Chairman, Medical School Advisory Committee on Appointments, Promotions, Titles and Tenure

Member, Task Force on Faculty Career Development

Member, Dean's Committee on Curriculum Improvement

Chairman, Basic Science Task Force

Member, Department of Pharmacology Centennial Committee

Chairman, Cardiovascular Content of Medical School Curriculum Planning Committee

Member, Anesthesiology Chairman Search Task Force Committee

Member, Dean's Committee on Large Animal Use

Member, External Review Committee for the Department of Postgraduate Medicine and Health Professions Education

Member, Appointments and Promotions Committee, Department of Pharmacology

Member, Medical School Misconduct in Research Advisory Committee

Member, Chairman Search Committee for the Department of Anesthesiology

Member, Chairman Search Committee for the Department of Physiology

Medical School Representative, Senate Assembly

Member, Clinical Research Center Operating Committee

Member, Medical School Executive Committee

Member, Senate Assembly

Member, Graduate Student Admissions Committee

Member, Graduate Student Candidacy Committee

Member, Interdepartmental Coordinating Committee for the Management. of Professional Fees & Income

Member, Ad Hoc Committee to Review Medical School Curriculum (Schneider Committee)

Member, Preceptors for Undergraduate Cardiovascular Training Program

Member, Faculty Steering Committee, Study of Management of Income for Professional Services

Member, Ad Hoc Committee for Curriculum Appraisal (Bohr Committee)

Mentor, Class of 1969

Supervisor, Animal Care Facilities for the Department of Pharmacology

Member, Medical School Sesquicentennial Committee

Member, Vertical Core Curriculum Committee for Cardiovascular Functions

Member, Financial Aid Committee

Member, Committee on Concurrent Examinations

Member, Medical School Animal Care Committee

Chairman, Medical School Safety Committee

Chairman, Public Relations Committee

## COMMITTEE SERVICE FOR OUTSIDE ORGANIZATIONS

Member, Scientific Council, American Society for Pharmacology and Experimental Therapeutics (ASPET); 2001-Present

Member, Cardiovascular Section Industry Liaison Committee, American Physiological Society, 1999-Present

Member, Committee on Industrial-Academic Relations for American Society for Pharmacology and Experimental Therapeutics (ASPET); 1999-Present

Biomed Research Foundation - International Advisory Committee 2002-Present

## FORMER COMMITTEE SERVICE FOR OUTSIDE ORGANIZATIONS

Chairman, Committee on Cardiovascular Pharmacology for American Society for Pharmacology and Experimental Therapeutics (ASPET); 2001-2003; Section Member 1992

Member, International Advisory Board for the XVII World Congress of the International Society for Heart Research (Winnipeg, Canada; July 6-11, 2001); 1998-2001

Reviewer, Cardiovascular Study Section, Tobacco-Related Disease Research Programs Awards Committee, University of California

Member, Clinical Research Center Policy Committee - Henry Ford Hospital

Member, Pharmaceutical Technology Advisory Committee, Department of Social Services, State of Michigan

## GRANT AND RESEARCH CONTRACT SUPPORT:

Dr. Lucchesi received his first grant support in 1961 and since then has maintained an active research program with continuous funding from the National Institutes of Health, Heart Lung and Blood Institute, the American Heart Association, the AMA-ERF and from major pharmaceutical companies in the United States, Europe and Japan. Other financial support derived from gifts and contributions has led to the establishment of the Cardiovascular Research Fund which provides support for the training of graduate students and post-doctoral fellows in Cardiovascular Pharmacology.

Dr. Lucchesi had the longest uninterrupted (38 years)  NIH-HLBI supported study which ter;minated in 1998 at the end of a ten year Merit Award.

A complete listing of past and present grant support is on file with the University of Michigan Division for Research Development and Administration (DRDA).

## PUBLICATIONS

1.    Lucchesi, B.R. and Hardman, H.F.:  The influence of dichloroisoproterenol (DCI) and related compounds upon ouabain and acetylstrophanthidin induced cardiac arrhythmias.  J. Pharmacol. Exp. Therap. 132: 372, 1961.

2.    Lucchesi, B.R.:   The action of dichloroisoproterenol (DCI) and several other pharmacological agents upon the aconitine-induced ventricular arrhythmia in the isolated rabbit heart. J. Pharmacol. Therap. 137: 291, 1962.

3.    Lucchesi, B.R. and Shivak, R.:   Effect of quinidine and procaine amide upon acetylstrophanthidin cardiotoxicity. J. Pharmacol. Exp. Therap. 143: 366, 1964.

4.    Lucchesi, B.R.: The action of nethalide upon experimentally-induced cardiac arrhythmias. J. Pharmacol. Exp. Therap. 145: 286, 1964.

5.    Lucchesi, B.R.: The effects of pronethalol and its dextro-isomer upon experimental cardiac arrhythmias. J. Pharmacol. Exp. Therap. 148: 94, 1965.

6.    Lucchesi, B.R., Whitsitt, L.S. and Brown, N.L.: Propranolol (Inderal) in experimentally-induced cardiac arrhythmias. Canadian J. Physiol. Pharmacol. 44: 543, 1966.

7.    Judge, R.D., Preston, T.A., Lucchesi, B.R. and Bowers, D.L.:  Myocardial threshold in patients with artificial pacemakers. Am. J. Cardiol. 18: 83, 1966.

8.    Lucchesi, B.R., Whitsitt, L.S. and Stickney, J.L.: Antiarrhythmic effects of beta-adrenergic blocking agents. Ann. N. Y. Acad. Sci. 139: 940, 1967.

9.    Whitsitt, L.S. and Lucchesi, B.R.: The cardiac beta-adrenergic receptor blocking actions of propranolol and its stereoisomers. Life Sci. 6: 939-950, 1967.

10.   Preston, T.A., Fletcher, R.D., Lucchesi, B.R. and Judge, R.D.:  Changes in myocardial threshold. Physiologic and pharmacologic factors in patients with implanted pacemakers. Am. Heart J. 74: 235-242, 1967.

11.   Whitsitt, L.S. and Lucchesi, B.R.:  Effects of propranolol and its stereoisomers upon coronary vascular resistance. Circ. Res. 21: 305-317, 1967.

12.   Lucchesi, B.R., Schuster, C.R. and Emley, G.S.:  The role of nicotine as a determinant of cigarette smoking frequency in man with observations on certain cardiovascular effects associated with the tobacco alkaloid. Clin. Pharmacol. Therap. 8: 789-796, 1967.

13.   Lucchesi, B.R.: Cardiac actions of glucagon. Circ. Res. 22: 777-787, 1968.

14.   Emley, G.S., Schuster, C.R. and Lucchesi, B.R.:  Trends observed in the time estimation of three stimulus intervals within and across sessions. Percept. Motor Skills, 26: 391-398, 1968.

15.   Lucchesi, B.R. and Iwami, T.:  The antiarrhythmic properties of ICI-46037, a quaternary analogue of propranolol. J. Pharmacol. Exp. Therap. 162: 49-59, 1968.

16.   Whitsitt, L.S. and Lucchesi, B.R.: Effects of beta-receptor blockade and glucagon on the atrioventricular transmission system in the dog. Circ. Res. 23: 585-595, 1968.

17.   Lucchesi, B.R. and Whitsitt, L.S.: The pharmacology of beta-adrenergic blocking agents. Prog. Cardiovasc. Dis. 11: 410-430, 1969.

18.   Stickney, J.L. and Lucchesi, B.R.:  The effect of sympatholytic agents on the cardiovascular responses produced by the injection of acetylstrophanthidin into the cerebral ventricles.  Eur. J. Pharmacol. 6: 107, 1969.

19.   Lucchesi, B.R., Stutz, D.R. and Winfield, R.A.:   Glucagon:  Its enhancement of atrioventricular nodal pacemaker activity and failure to increase ventricular automaticity in dogs. Circ. Res. 25: 183-190, 1969.

20.   Antonaccio, M.J. and Lucchesi, B.R.:  The interaction of glucagon with theophylline, PGE$_1$, isoproterenol, ouabain, and CaCl$_2$ on the dog isolated papillary muscle.  Life Sci. 9: 1081-1089, 1970.

21.   Lucchesi, B.R., Whitsitt, L.S. and Iwami, T.:  Effect of propranolol and its dextro-isomer on experimentally-induced arrhythmias.  UCLA Med. Sci. Forum 13: 21-43, 1970.

22.   Lucchesi, B.R. and Stutz, D.R.:   The cardiovascular pharmacology and potential clinical uses of glucagon.  The Univ. Mich. Med. Ctr. J. 36: 101-105, 1970.

23.   Lucchesi, B.R.:  Beta-adrenergic receptor blocking agents:  Part I, Pharmacology.  Univ. Mich. Med. Ctr. J. 36: 127-133, 1970.

24.   Lucchesi, B.R.:  Beta-adrenergic receptor blocking agents:  Part II, Clinical applications. Univ. Mich. Med. Ctr. J. 36:  159-171, 1970.

25.   Lucchesi, B.R. and Hodgeman, R.J.:   Effect of 4-(2-hydroxy-3-isopropylaminopropoxy) acetanilide (AY 21-011) on the myocardial and coronary vascular responses to adrenergic stimulation.  J. Pharmacol. Exp. Therap. 176: 200-211, 1971.

26.   Lucchesi, B.R.:  The pharmacology and clinical uses of antiarrhythmic drugs.  Univ. Mich. Med. Ctr. J. 37: 61-73, 1971.

27.   Kirsh, M.M., Kahn, D.R., Lucchesi, B.R., Gago, O., Dufer, J.H., Lee, R.V.S., Stutz, D. and Sloan, H.:  Effect of glucagon on pulmonary vascular resistance.  Surgery 70:  439-442, 1971.

28.   Lucchesi, B.R., Medina, M. and Kniffen, F.J.:  The positive inotropic action of insulin in the canine heart.  Eur. J. Pharmacol. 18:  107-115, 1972.

29.   Schuster, D.P., Lucchesi, B.R., Nobel, N.L., Mimnaugh, M.N., Counsell, R.E. and Kniffen, F.J.:   The antiarrhythmic properties of UM-272, the dimethyl quaternary derivative of propranolol.  J. Pharmacol. Exp. Therap. 184: 213-227, 1973.

30.   Lucchesi, B.R. and Haley, N.R.:  Failure of potassium canrenoate to alter experimentally-induced digitalis arrhythmias.  Eur. J. Pharmacol. 22: 256-262, 1973.

31.   Lucchesi, B.R., Curtis, G.P., Lomas, T. and Setchfield, J.:  The effects of tolbutamide on cardiac contractility and coronary blood flow in the canine heart.  Univ. Mich. Med. Ctr. J. 39: 30-34, 1973.

32.   Kniffen, F.J., Schuster, D.P. and Lucchesi, B.R.:  Antiarrhythmic and electrophysiological properties of UM-272, dimethyl quaternary propranolol, in the canine heart.  J. Pharmacol. Exp. Therap. 184: 213-227, 1973.

33.   Nobel-Allen, N., Kirsh, M. and Lucchesi, B.R.:  Glucagon:  Its enhancement of cardiac performance in the cat with chronic heart failure.  J. Pharmacol. Exp. Therap. 187: 475-481, 1973.

34.   Lucchesi, B.R.:  The pharmacologic approach to the treatment of the failing myocardium.
Univ. Mich. Med. Ctr. J. 39: 62-70, 1973.

35.   Kniffen, F.J., Lomas, T.E., Nobel-Allen, N.L. and Lucchesi, B.R.:  The comparative
antiarrhythmic actions of lidocaine and its quaternary derivative, methyl lidocaine.  Circulation
49: 264-271, 1974.

36.   Nielsen, C.J. and Lucchesi, B.R.:   Inability of potassium canrenoate to convert
experimentally induced ouabain arrhythmias in the canine heart. Circ. Res. 34: 635-640, 1974.

37.   Kroll, D.A. and Lucchesi, B.R.:  The theory and practice of measuring cardiac output by
thermodilution techniques. Univ. Mich. Med. Ctr. J. 40: 77-80, 1974.

38.   Lucchesi, B.R.:  Recent advances in cardiovascular pharmacology.   Am. Assoc. Nurse
Anes. J. 42:  419-438, 1974.

39.   Curtis, G.P., Setchfield, J. and Lucchesi, B.R.:  The cardiac pharmacology of tolbutamide.
J. Pharmacol. Exp. Therap. 194: 264-273, 1975.

40.   Kniffen, F.J., Lomas, T.E., Counsell, R.E. and Lucchesi, B.R.:  The antiarrhythmic and
antifibrillatory actions of bretylium and its o-iodobenzyl trimethylammonium analog, UM-360.
J. Pharmacol. Exp. Therap. 192: 120-128, 1975.

41.   Winokur, S., Nobel-Allen, N.L. and Lucchesi, B.R.:  The positive inotropic effects of
glucagon in the chronically failed cat isolated heart. Eur. J. Pharmacol. 32: 349-356, 1975.

42.   Kniffen, F.J., Lomas, T.E., Burmeister, W. and Lucchesi, B.R.:   Effects of dimethyl
quaternary propranolol (UM-272) on oxygen consumption and ischemic ST-segment changes in
the canine myocardium. J. Pharmacol. Exp. Therap. 194: 234-243, 1975.

43.   Lucchesi, B.R. and Kniffen, F.J.:   Pharmacologic modification of arrhythmias after
experimentally induced acute myocardial infarction.   Drugs acting on the nervous system.
Circulation 52: 5-18, 1975.

44.   Bookstein, J.J., Kirsh, M.M., Prager, R.L., Lucchesi, B.R. and Dunn, J.M.:
Pharmacoangiographic evaluation of the hemodynamic significance of coronary artery stenoses.
Radiology 117: 5-18, 1975.

45.   Kroll, D.A. and Lucchesi, B.R.:  Antiarrhythmic and antifibrillatory properties of aprindine.
J. Pharmacol. Exp. Therap. 194: 427-434, 1975.

46.   Kniffen, F.J., Winokur, S., Counsell, R.E. and Lucchesi, B.R.:  The antiarrhythmic and
cardiovascular   properties   of   1-dimethyl   isopropylamino-3-(2-phenylphenoxy)-propan-2-ol
chloride, UM-424. J. Pharmacol. Exp. Therap. 196: 420-432, 1976.

47.   Lucchesi, B.R., Burmeister, W.E., Lomas, T.E. and Abrams, G.D.: Ischemic changes in the
canine heart as affected by the dimethyl quaternary analog of propranolol, UM-272 (SC-27761).
J. Pharmacol. Exp. Therap. 199: 310-328, 1976.

48.   Argenta, L.C., Kirsh, M.M., Bove, E.L., Cimmino, V.M., Lucchesi, B.R., Straker, J., Baker,
R., Lee, R. and Sloan, H.:  A comparison of the hemodynamic effects of inotropic agents. Ann.
Thorac. Surg. 22:  50-57, 1976.

49.   Lucchesi, B.R.: Digitalis Therapy. Univ. Mich. Med. Ctr. J. 42: 189-199, 1976.

50.   Vogel,   W.M.,   Zannoni,   V.G.,   Abrams,   G.D.   and   Lucchesi,   B.R.:      Inability   of

methylprednisolone sodium succinate to decrease infarct size or preserve enzyme activity measured 24 hours after coronary occlusion in the dog. Circulation 55: 588-595, 1977.

51. Peterson, A., Lucchesi, B.R. and Kirsh, M.M.: The effect of glucagon in animals on chronic propranolol. Ann. Thorac. Surg. 25: 340-345, 1978.

52. Ku, D.D. and Lucchesi, B.R.: Effects of dimethyl propranolol (UM-272; SC-27761) on myocardial ischemic injury in the canine heart after temporary coronary artery occlusion. Circulation 57: 541-548, 1978.

53. Vogel, W.M. and Lucchesi, B.R.: Methylprednisolone and the size of myocardial infarcts. Chest 73: 444, 1978,

54. Keyes, J.W., Jr., Leonard, P.F., Brody, S.L., Svetkoff, D.J., Rogers, W.L. and Lucchesi, B.R.: Myocardial infarct quantification in the dog by single photon emission computed tomography. Circulation 58: 227-232, 1978.

55. Lucchesi, B.R.: Pharmacologic basis for the management of supraventricular tachyarrhythmias. Univ. Mich. Med. Ctr. J. 44: 3-1, 1978.

56. Schuster, C.R., Lucchesi, B.R. and Emley, G.S.: The effects of d-amphetamine, meprobamate and lobeline on the cigarette smoking behavior of normal human subjects. Chapter 8, National Institute on Drug Abuse Research Monograph #23, 1979.

57. Keyes, J.W., Jr., Leonard, P.F., Svetkoff, D.J., Brody, S.L., Rogers, W.L. and Lucchesi, B.R.: Myocardial imaging using emission computed tomography. Radiology 127: 809-812, 1978.

58. Gibson, J.K., Burmeister, J.L. and Lucchesi, B.R.: Electrophysiologic effects of UM-272 on myocardial ischemia in the canine heart. J. Pharmacol. Exp. Therap. 207: 304-310, 1978.

59. Lucchesi, B.R.: Electropharmacology of drugs used in the treatment of ventricular arrhythmias. Univ. Mich. Med. Ctr. J. 44: 54-59, 1978.

60. Vogel, W.M, Lum, D. and Lucchesi, B.R.: Methylprednisolone sodium succinate treatment in global ischemia of the cat isolated heart. J. Cardiovasc. Pharmacol. 1: 53-68, 1979.

61. Ku, D.D. and Lucchesi, B.R.: Ischemia-induced alterations in cardiac sensitivity to digitalis. Eur. J. Pharmacol. 57: 135-147, 1979.

62. Warren, S., Lucchesi, B.R. and Shlafer, M.: Effects of N-dimethyl propranolol (UM-272) on isolated cardiac mitochondria and microsomes. Chem. Path. Pharmacol. 25: 227-239, 1979.

63. Patterson, E., Stetson, P. and Lucchesi, B.R.: Disopyramide plasma and myocardial tissue concentrations as they relate to antiarrhythmic activity. J. Cardiovasc. Pharmacol. 1: 541-550, 1979.

64. Lucchesi, B.R.: The expanding clinical role of beta-adrenergic receptor blockade. Univ. Mich. Med. Ctr. J. 45: 1-11, 1979.

65. Lo, K.S., Gantz, K.B., Stetson, P.L., Lucchesi, B.R. and Pitt, B.: Disopyramide induced ventricular tachycardia. Arch. Intern. Med. 140: 413-414, 1980.

66. Patterson, E., Lucchesi, B. and Stetson, P.: A sensitive gas chromatographic assay for the quantitation of bretylium in plasma, urine and myocardial tissue. J. Chrom. 181: 33-39, 1980.

67. Stewart, J.R., Burmeister, W.E., Burmeister, J. and Lucchesi, B.R.: Electrophysiologic and

antiarrhythmic effects of phentolamine in experimental coronary artery occlusion and reperfusion in the dog. J. Cardiovasc. Pharmacol. 2: 77-91, 1980.

68. Bush, L.R., Shlafer, M., Haack, D.W. and Lucchesi, B.R.: Time-dependent changes in canine cardiac mitochondrial function and ultrastructure resulting from coronary occlusion and reperfusion. Bas. Res. Cardiol. 75: 555-571, 1980.

69. Vogel, W.M. and Lucchesi, B.R.: An isolated blood perfused, feline heart preparation for evaluating pharmacological interventions during myocardial ischemia. J. Pharmacol Meth. 4: 291-303, 1980.

70. Anderson, J.L., Patterson, E., Wagner, J.G., Stewart, J.R., Behm, H.L. and Lucchesi, B.R.: Oral and intravenous bretylium disposition. Clin. Pharmacol. Therap. 28: 468-478, 1980.

71. Korn, N., Gibson, J., Kniffen, F., Lucchesi, B., Ranade, V., Yu, T., Mimnaugh, M. and Counsell, R.: Potential organ or tumor imaging agents XIX: Radioiodinated antiarrhythmic drugs as potential myocardial imaging agents. J. Pharmaceut. Sci. 69: 1010-1013, 1980.

72. Vogel, W.M., Romson, J.L., Busch, L.R., Shlafer, M. and Lucchesi, B.R.: Protective effects of dimethyl-propranolol (UM-272) during global ischemia of isolated feline hearts. J. Pharmacol. Exp. Therap. 212: 560-568, 1980.

73. Anderson, J.L., Patterson, E., Conlon, M., Pasyk, S., Pitt, B. and Lucchesi, B.R.: Kinetics of antifibrillatory effects of bretylium: Correlation with myocardial drug concentrations. Am. J. Cardiol. 46: 583-592, 1980.

74. Patterson, E., Stetson, P. and Lucchesi, B.R.: Plasma and myocardial tissue concentrations of UM-272 (N,N-dimethyl-propranolol) after oral administration in dogs. J. Pharmacol. Exp. Therap. 214: 449-453, 1980.

75. Romson, J.L., Haack, D.W. and Lucchesi, B.R.: Electrical induction of coronary artery thrombosis in the ambulatory canine: A model for in vivo evaluation of antithrombotic agents. Thromb. Res. 17: 841-853, 1980.

76. Gibson, J.K. and Lucchesi, B.R.: Electrophysiologic actions of UM-272 (Pranolium) on reentrant ventricular arrhythmias in post-infarction canine myocardium. J. Pharmacol. Exp. Therap. 214: 247-253, 1980.

77. Patterson, E., Gibson, J.K. and Lucchesi, B.R.: Electrophysiologic effects of disopyramide phosphate upon reentrant ventricular arrhythmias in conscious dogs after myocardial infarction. Am. J. Cardiol. 46: 792-799, 1980.

78. Bush, L.R., Haack, D.W., Shlafer, M. and Lucchesi, B.R.: Protective effects of beta-adrenergic blockade in isolated ischemic hearts. Eur. J. Pharmacol. 67: 209-217, 1980.

79. Romson, J.L., Bush, L.R., Haack, D.W. and Lucchesi, B.R.: The beneficial effects of oral ibuprofen on coronary artery thrombosis and myocardial ischemia in the conscious dog. J. Pharmacol. Exp. Therap. 215: 271-278, 1980.

80. Patterson, E., Gibson, J.K. and Lucchesi, B.R.: Prevention of chronic canine ventricular tachyarrhythmias with bretylium tosylate. Circulation 64: 1045-1050, 1981.

81. Kirlin, P.C., Pitt, B. and Lucchesi, B.R.: Comparative effects of prenalterol and dobutamine in acute ischemic heart failure in the anesthetized dog. J. Cardiovasc. Pharmacol. 3: 896-905, 1981.

82. Culp, B.R., Lands, W.E.M., Lucchesi, B.R., Pitt, B. and Romson, J.: The effect of dietary

supplementation of fish oil on experimental myocardial infarction. Prostaglandins 20: 1021-1031, 1980.

83. Shlafer, M., Lucchesi, B.R., Kirsh, M.M., Slater, A.D. and Warren, S.: Mitochrondrial function after global cardiac ischemia and reperfusion: Influences of organelle isolated protocols. Basic Res. Cardiol. 76: 250-266, 1981.

84. Patterson, E., Gibson, J.K. and Lucchesi, B.R.: Postmyocardial infarction re-entrant ventricular arrhythmias in conscious dogs: Suppression by bretylium tosylate. J. Pharmacol. Exp. Therap. 216: 453-458, 1981.

85. Bush, L.R., Warren, S. Mesh, C.L. and Lucchesi, B.R.: The comparative effects of aspartate and glutamate during myocardial ischemia. Pharmacology 23: 297-304, 1981.

86. Anderson, J.L., Patterson, E., Wagner, J.G., Johnson, T.A., Lucchesi, B.R. and Pitt, B.: Clinical pharmacokinetics of intravenous and oral bretylium tosylate in survivors of ventricular tachycardia or fibrillation: Clinical application of a new assay for bretylium. J. Cardiovasc. Pharmacol. 3: 485-499, 1981.

87. Patterson, E. and Lucchesi, B.R.: Chronic ventricular tachyarrhythmias in the conscious dog: Prevention by UM-272 (dimethylpropranolol). J. Cardiovasc. Pharmacol. 3: 769-780, 1981.

88. Haack, D.W., Bush, L.R., Shlafer, M. and Lucchesi, B.R.: Lanthanum staining of coronary microvascular endothelium: Effects of ischemia reperfusion, propranolol, and atenolol. Microvasc. Res. 21: 362-376, 1981.

89. Romson, J.L., Haack, D.W., Abrams, G.D. and Lucchesi, B.R.: Prevention of occlusive coronary artery thrombosis by prostacyclin. Circulation 64: 906-914, 1981.

90. Bush, L.R., Li, Y.-P., Shlafer, M., Jolly, S.R. and Lucchesi, B.R.: Protective effects of diltiazem during myocardial ischemia in isolated cat hearts. J. Pharm. Exp. Therap. 218: 653-661, 1981.

91. Lucchesi, B.R. and Patterson, E.: Therapeutic advances in the management of cardiac arrhythmias. Part I - Disopyramide. Prac. Cardiol. 8: 121-134, 1982.

92. Lucchesi, B.R. and Patterson, E.: Therapeutic advances in the management of cardiac arrhythmias. Part II - Bretylium. Prac. Cardiol. 8: 43-59, 1982.

93. Lucchesi, B.R. and Patterson, E.: Therapeutic advances in the management of cardiac arrhythmias. Part III - Verapamil. Prac. Cardiol. 8: 43-59, 1982.

94. Bush, L.R., Romson, J.L., Ash, J.L. and Lucchesi, B.R.: Effects of diltiazem on extent of ultimate myocardial injury resulting from temporary coronary artery occlusion in dogs. J. Cardiovasc. Pharmacol. 4: 285-296, 1982.

95. Romson, J.L., Bush, L.R., Jolly, S.R. and Lucchesi, B.R.: Cardioprotective effects of ibuprofen in experimental regional and global myocardial ischemia. J. Cardiovasc. Pharmacol. 4: 187-196, 1982.

96. Patterson, E., Gibson, J.K. and Lucchesi, B.R.: Electrophysiologic actions of lidocaine in a canine model of chronic myocardial ischemic damage - arrhythmogenic actions of lidocaine. J. Cardiovasc. Pharmacol. 4: 925-934, 1982.

97. Shea, M.J., Bush, L.R., Romson, J.L., Driscoll, E.M. and Lucchesi, B.R.: The effect of diltiazem on coronary thrombosis in the conscious canine. Eur. J. Pharmacol. 77: 67, 1982.

98. Anderson, J.L., Tucker, E.M., Donahue, R.P., Conlon, M.E., Pasyk, S., Patterson, E., Simon, A.B., Burmeister, W.E., Pitt, B. and Lucchesi, B.R.: Long-term intravenous infusion of antiarrhythmic drugs using a totally implanted drug delivery system. Am. J. Cardiol. 49: 1954-1958, 1982.

99. Anderson, L.C., Fiedler, V.B., Cohen B.J., Anver, M.R., Simmons, J.L. and Lucchesi, B.R.: Diagnostic exercise. Lab Animal Med., 32: 141-142, 1982.

100. Kirlin, P.C., Pitt, B. and Lucchesi, B.R.: Intravenous prenalterol in acute and chronic heart failure. Acta Medica. Scand. 659: 1982.

101. Jolly, S.R., Abrams, G.D., Romson, J.L., Bailie, M.B. and Lucchesi, B.R.: Effects of lodoxamide on ischemic reperfused myocardium. J. Cardiovasc. Pharm. 4: 441-448, 1982.

102. Colfer, H., Stetson, P., Lucchesi, B.R., Wagner, J. and Pitt, B.: The nitroglycerin polymer gel matrix system: A new method for administering nitroglycerin evaluated with plasma nitroglycerin levels. J. Cardiovasc. Pharm. 4: 521-525, 1982.

103. Stewart, J.R., Gibson, J.K. and Lucchesi, B.R.: Effect of infarct size limitation by propranolol on ventricular arrhythmias after myocardial infarction. Ann. N. Y. Acad. Sci. 382: 223-227, 1982.

104. Patterson, E., Holland, K., Eller, B. and Lucchesi, B.R.: Ventricular fibrillation resulting from ischemia at a site remote from previous myocardial infarction. A conscious canine model of sudden coronary death. Am. J. Cardiol. 50: 1414-1423, 1982.

105. Patterson, E. and Lucchesi, B.R.: Antifibrillatory actions of nadolol. J. Pharmacol. Exp. Therap. 223: 144-152, 1982.

106. Romson, J.L., Hook, B.G., Rigot, V.H., Schork, M.A., Swanson, D.P. and Lucchesi, B.R.: The effect of ibuprofen on accumulation of indium-111-labeled platelets and leukocytes in experimental myocardial infarction. Circulation 66: 1002-1011, 1982.

107. Anderson, J.L., Brodine, W.N., Patterson, E., Marshall, H.S., Allison, S.D. and Lucchesi, B.R.: Serial electrophysiologic effects of bretylium in man: Correlation with plasma bretylium concentrations. J. Cardiovasc. Pharmacol. 4: 871-882, 1982.

108. Kirlin, P.C., Romson, J.L., Pitt, B., Abrams, G.D., Schork, M.A., and Lucchesi, B.R.: Ibuprofen mediated infarct size reduction: Effects on regional myocardial function in canine myocardial infarction. Am. J. Cardiol. 50: 849-846, 1982.

109. Gibson, J.K., Stewart, J.R., Li, Y.-P. and Lucchesi, B.R.: Electrophysiologic effects of bretylium tosylate upon the canine heart during coronary artery occlusion and reperfusion. J. Cardiovasc. Pharmacol. 5: 517-524, 1983.

110. Holland, K., Patterson, E. and Lucchesi, B.R.: Prevention of ventricular fibrillation by bretylium in a conscious canine model of sudden coronary death. Am. Heart J. 105: 711-721, 1983.

111. Eller, B.T., Patterson, E. and Lucchesi, B.R.: Ventricular fibrillation in a conscious canine model - Its prevention by UM-272. Eur. J. Pharmacol. 87: 407-413, 1983.

112. Romson, J.L., Hook, B.G., Kunkel, S.L., Abrams, G.D., Schork, M.A. and Lucchesi, B.R.: Reduction of the extent of ischemic myocardial injury by neutrophil depletion in the dog. Circulation 67: 1016-1023, 1983.

113. Patterson, E., Eller, B.T. and Lucchesi, B.R.: Effects of diltiazem upon experimental

ventricular dysrhythmias. J. Pharmacol. Exp. Therap. 225: 224-233, 1983.

114. Pitt, B., Shea, M.J., Romson, J.L. and Lucchesi, B.R.: Prostaglandins and prostaglandin inhibitors in ischemic heart disease. Ann. Int. Med. 99: 83-91, 1983.

115. Hook, B.G., Romson, J.L., Jolly, S.R., Bailie, M.B. and Lucchesi, B.R.: Effect of zomepirac on experimental coronary artery thrombosis and ischemic myocardial injury in the conscious dogs. J. Cardiovasc. Pharmacol. 5: 302-308, 1983.

116. Jolly, S.R. and Lucchesi, B.R.: Effect of BW 755C in an occlusion-reperfusion model of ischemic myocardial injury. Am. Heart J. 106: 8-13, 1983.

117. Patterson, E. and Lucchesi, B.R.: Antifibrillatory actions of d,l-nadolol in a conscious canine model of sudden coronary death. J. Cardiovasc. Pharmacol. 5: 737-744, 1983.

118. Patterson, E., Stetson, P. and Lucchesi, B.R.: Sublingual absorption of the quaternary ammonium antiarrhythmic agent, UM-272. Pharmacology 27: 192-196, 1983.

119. Patterson, E. and Lucchesi, B.R.: Bretylium: A prototype for future development of antidysrhthmic agents. Am. Heart J. 106: 426-431, 1983.

120. Shea, M.J. and Lucchesi, B.R.: Drugs and techniques that can alter coronaries in progress. Consultant 23: 175-191, 1983.

121. Kopia, G.A., Driscoll, E.M., Yeung, K.-F. and Lucchesi, B.R.: Antiarrhythmic and cardiovascular actions of the new antibiotic agent, pirlimycin adenylate. Pharmacology 27: 255-266, 1983.

122. Romson, J.L., Hook, B.G. and Lucchesi, B.R.: Potentiation of the antithrombotic effect of prostacyclin by simultaneous administration of aminophylline in a canine model of coronary artery thrombosis. J. Pharmacol. Exp. Therap. 227: 288-294, 1983.

123. Patterson, E., Eller, B.T., Abrams, G.D., Vasiliades, J. and Lucchesi, B.R.: Ventricular fibrillation in a conscious canine model of sudden coronary death -- Prevention by short- and long-term amiodarone administration. Circulation 68: 857-864, 1983.

124. Schumacher, W.A. and Lucchesi, B.R.: Effect of the thromboxane synthetase inhibitor, UK-37,248 (Dazoxiben) upon platelet aggregation, coronary artery thrombosis and vascular reactivity. J. Pharmacol. Exp. Therap. 227: 790-796, 1983.

125. Kirlin, P.C., Romson, J.L., Pitt, B.and Lucchesi, B.: Regional myocardial contractile response to the beta-adrenergic stimulant prenalterol in the conscious dog following myocardial infarction. Pharmacology 28: 51-60, 1984.

126. Shea, M.J., Driscoll, E.M., Romson, J.L., Pitt, B. and Lucchesi, B.R.: The beneficial effects of nafazatrom (BAYg6575 ) on experimental coronary thrombosis. Am. Heart J. 107: 629-637, 1984.

127. Shea, M.J., Driscoll, E.M., Romson, J.L., Pitt, B. and Lucchesi, B.R.: Effect of OKY-1581, a thromboxane synthetase inhibitor on coronary thrombosis in the canine. Eur. J. Pharmacol. 105: 285-291, 1984.

128. Patterson, E., Amalfitano, D.J., and Lucchesi, B.R.: Development of ventricular tachyarrhythmias in the conscious canine during the recovery phase of experimental ischemic injury: effect of bethanidine administration. J. Cardiovasc. Pharmacol. 6: 47-475, 1984.

129. Patterson, E. and Lucchesi, B.R.: Antifibrillatory properties of the beta-adrenergic receptor

antagonists, nadolol, sotalol, atenolol and propranolol, in the anesthetized dog. Pharmacology 28: 121-129, 1984.

130. Patterson, E., Montgomery, D.G., Lynch, J.J. and Lucchesi, B.R.: Cardiac electrophysiologic actions of KB-944 (Fostedil), a new calcium antagonist in the anesthetized dog. J. Pharmacol. Exp. Therap. 230: 632-640, 1984.

131. Patterson, E., Lynch, J.J. and Lucchesi, B.R.: Antiarrhythmic and antifibrillatory actions of the *beta* adrenergic receptor antagonist, *dl*-sotalol. J. Pharmacol. Exp. Therap. 230: 519-526, 1984.

132. Jolly, S.R., Kane, W.J., Bailie, M.B., Abrams, G.D. and Lucchesi, B.R.: Canine myocardial reperfusion injury: Its reduction by the combined administration of superoxide dismutase and catalase. Circ. Res. 54: 277-285, 1984.

133. Romson, J.L., Jolly, S.R. and Lucchesi, B.R.: Protection of ischemic myocardium by pharmacologic manipulation of leukocyte function. Cardiovasc. Res. Repts. 5: 690-709, 1984.

134. Lynch, J.J., Wilber, D.J., Montgomery, D.G., Hsieh, T.M., Patterson, E., and Lucchesi, B.R.: Antiarrhythmic and antifibrillatory actions of the levo- and dextrorotatory isomers of sotalol. J. Cardiovasc. Pharmacol. 6: 1132-1141, 1984.

135. Lucchesi, B.R.: Rationale of therapy in the patient with acute myocardial infarction and life-threatening arrhythmias: a focus on bretylium. Am. J. Cardiol. 54: 14A-19A, 1984.

136. Shea, M.J., Murtagh, J.J., Jolly, S.R., Abrams, G.D. and Lucchesi, B.R.: Beneficial effects of nafazatrom on ischemic reperfused myocardium. Eur. J. Pharmacol. 102: 63-70, 1984.

137. Lucchesi, B.R.: Sudden coronary death: Pharmacological interventions for the prevention of ventricular fibrillation. TIPS Rev., 5: 145-148, 1984.

138. Lynch, J.J. and Lucchesi, B.R.: New antiarrhythmic agents: Part II: The Pharmacology and Clinical Use of Encainide. Prac. Cardiol. 10: 109-132, 1984.

139. Zimmerman, J.M., Patterson, E., Pitt, B. and Lucchesi, B.R.: Antidysrhythmic actions of meobentine sulfate. Am. Heart J. 107: 1117-1124, 1984.

140. Schumacher, W.A., Buda, A.J. and Lucchesi, B.R.: Streptokinase thrombolysis in experimental coronary artery thrombosis: Pattern of reflow and effect of a stenosis. Intl. J. Cardiol. 6: 615-627, 1984.

141. Lynch, J.J. and Lucchesi, B.R.: New antiarrhythmic agents: Part IV - The pharmacology and clinical use of tocainide. Prac. Cardiol. 11: 108-137, 1984.

142. Wilber, D.J., Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.: Postinfarction sudden death: Significance of inducible ventricular tachycardia and infarct size in a conscious canine model. Am. Heart J. 109: 8-18, 1985.

143. Kopia, G.A., Eller, B.T., Patterson, E., Shea, M. and Lucchesi, B.R.: Antiarrhythmic and electrophysiologic actions of clofilium in experimental canine models. Eur. J. Pharm. 116: 49-61, 1985.

144. Mitsos, S., Jolly, S.R. and Lucchesi, B.R.: Protective effects of AICAriboside in the globally ischemic isolated cat heart. Pharmacol. 31: 121-131, 1985.

145. Hook, B.G., Schumacher, W.A., Lee, D.L., Jolly, S.R. and Lucchesi, B.R.: Experimental

coronary artery thrombosis in the absence of thromboxane $A_2$ synthesis: Evidence for alternate pathways for coronary thrombosis. J. Cardiovasc. Pharmacol. 7: 174-181, 1985.

146. Lynch, J.J., Rahwan, R.G., Lucchesi, B.R.: Antifibrillatory actions of bepridil and butyl-MDI, two intracellular calcium antagonists. Eur. J. Pharmacol. 111: 9-15, 1985.

147. Jolly, S.R., Schumacher, W.A., Kunkel, S.L., Abrams, G.D., Liddicoat, J. and Lucchesi, B.R.: Platelet depletion in experimental myocardial infarction. Basic Res. Cardiol. 80: 269-279, 1985.

148. Jackson, C.V., Mitsos, S.E., Simpson, P.J., Driscoll, E.M. and Lucchesi, B.R.: Effects of bepridil on regional and global myocardial ischemia/reperfusion-induced injury. Pharmacology 30: 320-332, 1985.

149. Gibson, J.K., Patterson, E. and Lucchesi, B.R.: The antiarrhythmic actions of intravenous and oral UM-424 in postinfarction canine myocardium. J. Cardiovasc. Pharmacol. 7: 211-218, 1985.

150. Schumacher, W.A., Lee, E.C. and Lucchesi, B.R.: Augmentation of streptokinase-induced thrombolysis by heparin and prostacyclin. J. Cardiovasc. Pharmacol. 7: 739-746, 1985.

151. Lynch, J.J., Montgomery, D.G., Ventura A. and Lucchesi, B.R.: Antiarrhythmic and electrophysiologic effects of bepridil in chronically infarcted conscious dogs. J. Pharmacol. 234: 72-80, 1985.

152. Werns, S.W., Shea, M.J. and Lucchesi, B.R.: Free radicals in ischemic myocardial injury. Free Radicals in Biol. and Med. 1: 103-110, 1985.

153. Lynch, J., Coskey, L., Montgomery, D.G., and Lucchesi, B.R.: Prevention of ventricular fibrillation by dextrorotatory sotalol in a conscious canine model of sudden coronary death. Am. Heart J. 109: 949-958, 1985.

154. Gadsby, J.E., Keyes, P.L., Schwartz, T.S., Bill, C.H., II and Lucchesi, B.R.: Do catecholamines play a physiologic role in regulating corpus luteum function in the pseudopregnant rabbit? Biol. of Repro. 32: 907-915, 1985.

155. Lynch, J.J., DiCarlo, L.A. and Lucchesi, B.R.: New antiarrhythmic agents: Part VI - The pharmacology and clinical use of amiodarone. Prac. Cardiol. 11: 137-167, 1985.

156. Werns, S.W., Shea, M.J., Driscoll, E.M., Cohen, H.C., Abrams, G.D., Pitt, P. and Lucchesi, B.R.: The independent effects of oxygen radical scavengers on canine infarct size: Reduction by superoxide dismutase but not catalase. Circ. Res. 56: 895-898, 1985.

157. Hess, M.L., Rowe, G.T., Caplan, M., Romson, J.L. and Lucchesi, B.R.: Identification of hydrogen peroxide and hydroxyl radicals as mediators of leukocyte-induced myocardial dysfunction. Limitation of infarct size with neutrophil inhibition and depletion. Adv. Myocardiol. 5: 159-175, 1985.

158. Jackson, C.V., Schumacher, W.A., Kunkel, S.L., Driscoll, E.M. and Lucchesi, B.R.: Platelet activating factor and the release of a platelet-derived coronary artery vasodilator substance in the canine. Circ. Res. 58(2): 218-229, 1986.

159. Lucchesi, B.R. and Mullane, K.M.: Leukocytes and ischemia-induced myocardial injury. Ann. Rev. Pharmacol. Toxicol. 26: 201-224, 1986.

160. Lynch, J., Montgomery, D., Ventura, A., Wilber, D. and Lucchesi, B.: Antiarrhythmic vs.

antifibrillatory activity of the basic diphenylhydantoin derivative 3-[3-(4-phenyl-1-piperidyl) propyl]-5-(4-methoxyphenyl)-5-phenylhydantoin hydrochloride.  Arzniem.-Forsch./Drug Res. 36: 475-481, 1986.

161. Jackson, C.V., Mickelson, J.D., Stringer, K., Rao, P.S. and Lucchesi, B.R.:  Electrolysis-induced myocardial dysfunction:  A novel method for the study of free radical mediated tissue injury.  J. Pharmacol. Meth. 15: 305-320, 1986.

162. Mitsos, S.E., Askew, T.E., Fantone, J.C., Kunkel, S.L., Abrams, G.D., Schork, M.A. and Lucchesi, B.R.:  Protective effects of N-2-mercaptopropionyl glycine against myocardial reperfusion injury after neutrophil depletion in the dog:  Evidence for the role of intracellular derived free radicals.  Circulation 73: 1077-1086, 1986.

163. Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.:  Facilitation of lethal ventricular arrhythmias by therapeutic digoxin in conscious postinfarction dogs.  Am. Heart J. 111: 883-890, 1986.

164. Werns, S.W., Shea, M.J. and Lucchesi, B.R.:  Free radicals and myocardial injury: pharmacologic implications.  Circulation 74: 1-5, 1986.

165. Gibson, J.K., Patterson, E. and Lucchesi, B.R.:  The electrophysiologic, antiarrhythmic and cardiovascular actions of UM-301, a quaternary ammonium compound.  J. Pharmacol. Exp. Therap. 237: 318-325, 1986.

166. Werns, S.W., Shea, M.J., Mitsos, S.E., Dysko, R.C., Fantone, J.C., Schork, M.A., Abrams, G.D., Pitt, B. and Lucchesi, B.R.:  Reduction of the size of infarction by allopurinol in the ischemic-reperfused canine heart.  Circulation 73: 518-524, 1986

167. Simpson, P.J., Smith, C.B., Jr., Rosenthal, G. and Lucchesi, B.R.:  Reduction in the incidence of thrombosis by the thromboxane synthetase inhibitor CGS 13080 in a canine model of coronary artery injury.  J. Pharmacol. Exp. Therap. 238: 497-501, 1986.

168. Lucchesi, B.R. and Lynch, J.J.:  Preclinical assessment of antiarrhythmic drugs.  Fed. Proc. 45: 2197-2205, 1986.

169. Wilber, D.J., Lynch, J.J. and Lucchesi, B.R.:  Electrophysiologic effects of prazosin during acute myocardial ischemia.  Eur. J. Pharmacol. 127: 157-161, 1986.

170. Mitsos, S.E., Fantone, J.C., Gallagher, K.P., Walden, K.M., Simpson, P.J., Abrams, G.D., Schork, M.A. and Lucchesi, B.R.:  Canine myocardial reperfusion injury:  Protection by a free radical scavenger, N-2-mercaptopropionyl glycine.  J. Cardiovasc. Pharmacol. 8: 978-988, 1986.

171. Lynch, J.J., DiCarlo, L.A., Montgomery, D.G. and Lucchesi, B.R.:  Electrophysiologic effects of bepridil in normal and infarcted canine myocardium.  J. Cardiovasc. Pharmacol. 8: 957-966, 1986.

172. Lynch, J.J., DiCarlo, L.A., Montgomery, D.G., Hassan, T. and Lucchesi, B.R.: Electrophysiologic actions of pirmenol in dogs with recent myocardial infarction.  Am. Heart J. 112: 752-758, 1986.

173. Jolly, S.R., Kane, W.J., Hook, B.G., Abrams, G.D., Kunkel, S.L. and Lucchesi, B.R.: Reduction of myocardial infarct size by neutrophil depletion:  Effect of duration of occlusion. Am. Heart J. 112: 682-690, 1986.

174. Patterson, E., Walden, K.M., Khazaeli, M.B., Montgomery, D.G. and Lucchesi, B.R.: Cardiac electrophysiologic effects of acute and chronic amiodarone administration in the isolated perfused rabbit heart:  The role of altered thyroid hormone metabolism.   J. Pharmacol. Exp.

Therap. 239: 179-184, 1986.

175. Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.: The effects of calcium entry blockade on the vulnerability of infarcted canine myocardium toward ventricular fibrillation. J. Pharmacol. Exp. Therap. 239: 340-345, 1986.

176. Jackson, C.V., Mickelson, J.K., Pope, T.K., Rao, P.S. and Lucchesi, B.R.: Oxygen free radical mediated myocardial and vascular dysfunction. Am . J. Physiol. (Heart Circ. Physiol. 20) 251: H1225 - H1231, 1986.

177. Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.: Cardiac electrophysiologic actions of SCH 19927 (Dilevalol), the R,R-isomer of labetalol. J. Pharmacol. Exp. Therap. 239: 719-723, 1986.

178. Lucchesi, B.R., Mickelson, J.K., Homeister, J.W. and Jackson, C.V.: Interaction of the formed elements of blood with the coronary vasculature in vivo. Fed. Proc. 46: 63-72, 1987.

179. Kou, W.H., Nelson, S.D., Lynch, J.J., Montgomery, D.G., DiCarlo, L. and Lucchesi, B.R.: Effect of flecainide acetate on prevention of electrical induction of ventricular tachycardia and occurrence of ischemic ventricular fibrillation during the early postmyocardial infarction period: Evaluation in a conscious canine model of sudden death. J. Am. Coll. Cardiol. 9: 359-365, 1987.

180. Eller, B.T., Lynch, J.J., Patterson, E. and Lucchesi, B.R.: Electrophysiologic and antiarrhythmic actions of sulphinpyrazone and its sulfide metabolite G25671. Pharmacology, 34: 121-130, 1987.

181. Kopia, G.A. and Lucchesi, B.R.: Antifibrillatory action of bretylium: Role of the sympathetic nervous system. Pharmacology 34: 37-47, 1987.

182. Werns, S.W., Shea, M.J., Vaporciyan, A., Phan, S., Abrams, G.D., Buda, A.J., Pitt, B., Ventura, A., and Lucchesi, B.R.: Superoxide dismutase does not cause scar thinning after myocardial infarction. J. Am. Coll. Cardiol. 9: 898-902, 1987.

183. Werns, S.W. and Lucchesi, B.R.: Inflammation and Myocardial Infarction. Brit. Med. Bull. 43: 460-471, 1987.

184. Giger, U., Boxer, L.A., Simpson, P.J., Lucchesi, B.R. and Todd, R.F., III: Deficiency of leukocyte surface glycoproteins Mo1, LFA-1, and Leu M5 in a dog with recurrent bacterial infections: An animal model. Blood 69: 1622-1630, 1987.

185. Simpson, P.J., Mickelson, J.K. and Lucchesi, B.R.: Free radical scavengers in myocardial ischemia. Fed. Proc. 46: 2413-2421, 1987.

186. Lynch, J.J., Montgomery, D.G., Nelson, S.D., Huante, D.M. and Lucchesi, B.R.: Lack of concordance between the antiarrhythmic and antifibrillatory actions of UM-424, a quaternary ammonium analogue of propranolol. J. Pharmacol. Exp. Therap. 9: 414-424, 1987.

187. Wilber, D.J., Lynch, J.J., Montgomery, D. and Lucchesi, B.R.: Alpha-adrenergic influences in canine ischemic sudden death: Effects of alpha$_1$-adrenoceptor blockade with prazosin. J. Cardiovasc. Pharmacol. 10: 96-106, 1987.

188. Mickelson, J.K., Simpson, P.J., Gallas, M.T. and Lucchesi, B.R.: Thromboxane synthetase inhibition with CGS 13080 improves coronary blood flow after streptokinase-induced thrombolysis. Am. Heart J. 113: 1345-1352, 1987.

189. Jackson, C.V., Pope, T.K. and Lucchesi, B.R.: Coronary artery vasodilation in the canine:

Physiological and pharmacological roles of beta-adrenergic receptors. J. Cardiovasc. Pharmacol. 10: 196-204, 1987.

190. Lynch, J.J., Nelson, S.D., MacEwen, S.A., Driscoll, E.M. and Lucchesi, B.R.: Antifibrillatory efficacy of concomitant beta-adrenergic receptor blockade with dilevalol, the R,R-isomer of labetalol, and muscarinic receptor blockade with methylscopolamine. J. Pharmacol. Exp. Therap. 241: 741-749, 1987.

191. Simpson, P.J., Mickelson, J.K., Fantone, J.C., Gallagher, K.P. and Lucchesi, B.R.: Iloprost inhibits neutrophil function in vitro and in vivo and limits experimental infarct size in the canine heart. Circ. Res. 60: 666-673, 1987.

192. Lynch, J.J., DiCarlo, L.A., Montgomery, D.G. and Lucchesi, B.R.: Effects of flecainide acetate on ventricular tachyarrhythmia and fibrillation in dogs with recent myocardial infarction. Pharmacology 35: 181-193, 1987.

193. Simpson, P.J. and Lucchesi, B.R.: Free radicals and myocardial ischemia and reperfusion injury. J. Lab. Clin. Med., 110: 13-30, 1987.

194. Simpson, P.J., Mitsos, S.E., Ventura, A., Gallagher, K.P., Abrams, G.D., Schork, M.A. and Lucchesi, B.R.: Prostacyclin protects ischemic reperfused myocardium in the dog by inhibition of neutrophil activation. Am. Heart J. 113: 129-137, 1987.

195. Jolly, S.R., Kipnis, J.N. and Lucchesi, B.R.: Cardiovascular depression by verapamil: Reversal by glucagon and interactions with propranolol. Pharmacology 35: 249-255, 1987.

196. Patterson, E., Shlafer, M., Walden, K.M., Khazaeli, M.B., Montgomery, D.G. and Lucchesi, B.R.: Changes in cardiac muscle function and biochemistry produced by long-term amiodarone administration in the rabbit: Reversal by the concomitant administration of triiodothyronine. Pharmacology 35: 130-140, 1987.

197. Werns, S.W., Simpson, P.J., Mickelson, J.K., Shea, M.J., Pitt, B. and Lucchesi, B.R.: Sustained limitation by superoxide dismutase of canine myocardial injury due to regional ischemia followed by reperfusion. J. Cardiovasc. Pharm. 11: 36-44, 1988.

198. Werns, S.W. and Lucchesi, B.R.: Leukocytes, oxygen radicals and myocardial injury due to ischemia and reperfusion. J. Free Radicals Biol. Med. 4: 31-37, 1988.

199. Lynch, J.J. and Lucchesi, B.R.: Effect of digoxin on the extent of injury and severity of arrhythmias during acute myocardial ischemia and infarction in the dog. J. Cardiovasc. Pharmacol. 11 193-203, 1988.

200. Simpson, P.J., Mickelson, J.K., Fantone, J.C., Gallagher, K.P. and Lucchesi, B.R.: Reduction of experimental canine myocardial infarct size with prostaglandin $E_1$: Inhibition of neutrophil migration and activation. J. Pharmacol. Exp. Therap. 244: 619-624, 1988.

201. Patterson, E., Gibson, J.K. and Lucchesi, B.R.: Antiarrhythmic and arrhythmogenic actions of methyl lidocaine during the recovery phase after canine myocardial infarction. Pharmacology 36: 73-83, 1988.

202. Lynch, J.J., Simpson, P.J., Gallagher, K.P., McClanahan, T.B., Lee, K.A. and Lucchesi, B.R.: Increase in experimental infarct size with digoxin in a canine model of myocardial ischemia-reperfusion injury. Am. Heart J. 115: 1171-1182, 1988.

203. Larson, L.O., Hantler, C.B., Lynch, J.J., Landau, S.N., Buben, J.A., Lucchesi, B.R. and Knight, P.R.: Cardiac electrophysiologic interactions of bepridil, a new calcium antagonist, with

enflurane, halothane and isoflurane. J. Cardiothor. Anesth. 2: 346-355, 1988.

204. Lynch, J.J., Kitzen, J.M., Hoff, P.T., and Lucchesi, B.R.: Reduction in digitalis- associated postinfarction mortality with nadolol in conscious dogs. Am. Heart J. 115: 67-76, 1988.

205. Nelson, S.D., Lucchesi, B.R., Sanders, D.G. and Lynch, J.J.: Antiarrhythmic actions of left stellectomy in digitalis-mediated malignant ventricular arrhythmias in the postinfarcted canine heart. J. Cardiovasc. Pharmacol. 12: 196-207, 1988.

206. Mickelson, J.K., Jackson, C.V., Simpson, P.J. and Lucchesi, B.R.: Protection of myocardial function and coronary vasculature by streptokinase. J. Cardiovasc. Pharmacol. 12: 186-195, 1988.

207. Simpson, P.J., Todd III, R.F., Fantone, J.C., Mickelson, J.K., Griffin, J.D. and Lucchesi, B.R.: Reduction of experimental canine myocardial reperfusion injury by a monoclonal antibody (anti-Mo1, anti-CD11b) that inhibits leukocyte adhesion. J. Clin. Invest. 81: 624-629, 1988.

208. Kitzen, J.M., Lynch, J.J., Driscoll, E.M. and Lucchesi, B.R.: Cardiac electrophysiologic and hemodynamic activity of pimobendan (UD-CG 115 BS), a new inotropic agent. J. Pharmacol. Exp. Therap. 244: 929-939, 1988.

209. Sisson, J.C., Lynch, J.J., Johnson, J., Jaques Jr., S., Wu, D., Bolgos, G., Lucchesi, B.R., and Wieland, D.M.: Scintigraphic detection of regional disruption of adrenergic neurons in the heart. Am. Heart J. 116: 67-76, 1988.

210. Söhngen, W., Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.: Recombinant single-chain urokinase-type plasminogen activator (rscu-PA) induces thrombolysis and systemic fibrinolysis in a canine model of coronary artery thrombosis. Thromb. Res. 51: 63-74, 1988.

211. Lynch, J.J., Kitzen, J.M., Hoff, P.T. and Lucchesi, B.R.: Effects of pimobendan (UD-CG 115BS), a new positive inotropic agent, on ventricular tachycardia and ischemic ventricular fibrillation in a conscious canine model of recent myocardial function. J. Cardiovasc. Pharmacol. 12: 547-554, 1988.

212. Werns, S.W., Eller, B.T., Shea, M.J., Simpson, P.J., Dysko, R.C., Abrams, G.D. and Lucchesi, B.R.: Protection of reperfused ischemic canine myocardium by CI-922, a new inhibitor of leukocyte activation. J. Cardiovasc. Pharmacol. 12: 608-614, 1988.

213. Söhngen, W., Winbury, M.M., Kitzen, J.M., Ventura, A. and Lucchesi, B.R.: The mechanism for the clonidine induced coronary artery dilatation in the canine heart. J. Cardiovasc. Pharmacol. 12: 689-700, 1988.

214. Mickelson, J.K., Simpson, P.J., Lucchesi, B.R.: Myocardial dysfunction and coronary vasoconstriction induced by platelet-activating factor in the post-infarcted rabbit isolated heart. J. Mol. Cell. Cardiol. 20: 547-561, 1988.

215. Kitzen, J.M., Lynch, J.J., Uprichard, A.C.G., Venkatesh, N. and Lucchesi, B.R.: Failure of thromboxane synthetase inhibition to protect the postinfarcted heart against the induction of ventricular tachycardia and ventricular fibrillation in a conscious canine model of sudden coronary death. Pharmacology 37: 171-186, 1988.

216. Tamura, Y., Chi, L., Driscoll, E.M., Hoff, P.T., Freeman, B.A., Gallagher, K.P. and Lucchesi, B.R.: Superoxide dismutase conjugated to polyethylene glycol provides sustained protection against myocardial ischemia/reperfusion injury in the canine heart. Circ. Res. 63: 944-959, 1988.

217. Simpson, P.J., Fantone, J.C., Mickelson, J.K., Gallagher, K.P. and Lucchesi, B.R.:

Identification of a time window for therapy to reduce experimental canine myocardial injury: Suppression of neutrophil activation during 72 hours of reperfusion.   Circ. Res. 63: 1070-1079, 1988.

218. Patterson, E. and Lucchesi, B.R.: Electrophysiologic and antiarrhythmic actions of nadolol -- Acute ischemia in the presence of previous myocardial infarction.   Am. Heart J. 116: 1223-1232, 1988.

219. Mitsos, S.E., Kim, D., Lucchesi, B.R. and Fantone, J.C.: Modulation of myoglobin-$H_2O_2$ mediated peroxidation reactions by sulfhydryl compounds.   J. Lab. Invest. 59: 824-830, 1988.

220. Werns, S.W. and Lucchesi, B.R.: Myocardial ischemia and reperfusion: The role of oxygen radicals in tissue injury. Cardiovasc. Drugs Ther. 2: 761-769, 1989.

221. Mickelson, J.K., Simpson, P.J., Gallas, M.T. and Lucchesi, B.R.: Streptokinase improves reperfusion blood flow after coronary artery occlusion. Int. J. Cardiol. 23: 373-384, 1989.

222. Chi, L., Tamura, Y., Hoff, P.T., Macha, M., Gallagher, K.P., Schork, M.A. and Lucchesi, B.R.: Effect of superoxide dismutase on myocardial infarct size in the canine heart after 6 hours of regional ischemia and reperfusion: A demonstration of myocardial salvage. Circ. Res. 64: 665-675, 1989.

223. Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.: Antiplatelet monoclonal F(ab')$_2$ antibody directed against the platelet GPIIb/IIIa receptor complex prevents coronary artery thrombosis in the canine heart. J. Mol. Cell Cardiol., 21: 393-405, 1989.

224. Uprichard, A.C.G., Chi, L., Lynch, J.J., Driscoll, E.M., Frye, J.W. and Lucchesi, B.R.: Alinidine protects against ischemic ventricular fibrillation in a conscious canine model: Probable anti-ischemic mode of action. J. Cardiovasc. Pharmacol. 14: 475-482, 1989.

225. Lynch, J.J., Uprichard, A.C.G., Frye, J.W., Driscoll, E.M., Kitzen, J.M. and Lucchesi, B.R.: Effects of the positive inotropic agents milrinone and pimobendan upon the development of lethal ischemic arrhythmias in conscious dogs with recent myocardial infarction.   J. Cardiovasc. Pharmacol. 14: 585-597, 1989.

226. Nelson, D.S., Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.: Electrophysiologic actions and antifibrillatory efficacy of subacute left stellectomy in a conscious, post-infarction canine model of ischemic ventricular fibrillation. Int. J. Cardiol., 22: 365-376, 1989.

227. Lucchesi, B.R. and Tamura, Y.: Cardioprotective effects of amlodipine in the ischemic-reperfused heart. Am. Heart J. 118: 1121-1122, 1989.

228. Hoff, P.T., Tamura, Y. and Lucchesi, B.R.: Cardioprotective effects of amlodipine in the ischemic-reperfused heart. Am. J. Cardiol. 64:1011-116I, 1989.

229. Uprichard, A.C.G., Lynch, J.J., Kitzen, J.M., Frye, J.W. and Lucchesi, B.R.: Celiprolol does not protect against ventricular tachycardia or sudden death in the conscious canine: A comparison with pindolol in assessing the role of intrinsic sympathomimetic activity.   J. Pharmacol. Exp. Therap. 251: 571-577, 1989.

230. Lucchesi, B.R.: Role of calcium on excitation contraction-coupling in cardiac and vascular smooth muscle. Circulation, 80(Suppl. IV): 1-13, 1989.

231. Lucchesi, B.R., Werns, S.W. and Fantone, J.C.: The role of the neutrophil and free radicals in ischemic myocardial injury. J. Mol. Cell. Cardiol. 21: 1241-1251, 1989.

232. Lucchesi, B.R.: The role of oxygen-derived radicals in myocardial reoxygenation injury. Age of Reperfusion 1(3): 1-4, 1989.

233. Simpson, P.J., Todd, R.F., Mickelson, J.K., Fantone, J.C., Gallagher, K.P., Lee, K.A., Tamura, Y., Cronin, M. and Lucchesi, B.R.: Sustained limitation of myocardial reperfusion injury by a monoclonal antibody that alters leukocyte function. Circulation 81: 226-237, 1990.

234. Mickelson, J.K., Simpson, P.J., Cronin, M., Homeister, J.W., Laywell, E. and Lucchesi, B.R.: Antiplatelet antibody [7E3 F(ab')$_2$] prevents rethrombosis after recombinant tissue-type plasminogen activator-induced coronary artery thrombolysis in a canine model. Circulation 81: 617-627, 1990.

235. Lucchesi, B.R.: The neutrophil and reperfusion injury. Age of Reperfusion 2(1):1-4, 1990.

236. Lucchesi, B.R.: Modulation of leukocyte mediated myocardial reperfusion injury. Annu. Rev. Physiol., 52: 561-576, 1990.

237. Werns, S.W. and Lucchesi, B.R.: Free radicals and ischemic tissue injury. TIPS 11: 161-166, 1990.

238. Lucchesi, B.R.: Myocardial ischemia, reperfusion and free radical injury. Am. J. Cardiol. 65: 141-23I, 1990.

239. Kitzen, J.M., Chi, L., Uprichard, A.C.G. and Lucchesi, B.R.: Effects of combined thromboxane synthetase inhibition/thromboxane receptor antagonism in two models of sudden cardiac death: Limited role for thromboxane. J. Cardiovasc. Pharmacol. 16: 68-80, 1990.

240. Li, G.C., Vasquez, J.A., Gallagher, K.P. and Lucchesi, B.R.: Myocardial protection with preconditioning. Circulation 82: 609-619, 1990.

241. Homeister, J.W., Hoff, P.T., Fletcher, D.D. and Lucchesi, B.R.: Combined adenosine and lidocaine administration limits myocardial reperfusion injury. Circulation 82: 595-608, 1990.

242. Chi, L., Mu, D.-X., Driscoll, E. and Lucchesi, B.R.: Antiarrhythmic and electrophysiologic actions of CK-3579 and sematilide in a conscious canine model of sudden coronary death. J. Cardiovasc. Pharmacol.16: 312-324, 1990.

243. Schumacher, W.A. and Lucchesi, B.R.: Effect of diltiazem on experimental coronary artery thrombosis in dogs. Pharmacology, 41: 16-23, 1990.

244. Chi, L., Uprichard, A.C.G. and Lucchesi, B.R.: Profibrillatory actions of pinacidil in a conscious canine model of sudden coronary death. J. Cardiovasc. Pharmacol. 15: 452-464, 1990.

245. Hoff, P.T., Tamura, Y. and Lucchesi, B.R.: Cardioprotective effects of amlodipine on ischemia and reperfusion in two experimental models. Am. J. Cardiol. 66: 10H-16H, 1990.

246. Sisson, J.C., Johnson, J., Bolgos, G., Lynch, J.J., Uprichard, A., Driscoll, A., Wieland, D. M. and Lucchesi, B.: Portrayal of adrenergic denervation in the presence of myocardial infarction: A feasibility study. Am. J. Physiologic Imaging 5: 151-166, 1990.

247. Lucchesi, B.R., Hoff, P.T. and Tamura, Y.: Cardioprotective effects of amlodipine in animal models of ischemia reperfusion. J. Cardiovasc. Pharmacol. 17(Suppl 1): S34-S39, 1991.

248. Chi, L., Mu, D.-X. and Lucchesi, B.R.: Electrophysiology and antiarrhythmic actions of E-4031 in the experimental animal model of sudden coronary death. J. Cardiovasc. Pharmacol.,

17: 285-295, 1991.

249. Lucchesi, B.R., Bürgi, R. and Heim, J: The *in vivo* thrombolytic activity of CGP 42935, a hybrid plasminogen activator and fibrinolytic agent. Coronary Artery Dis., 2: 247-258, 1991.

250. Homeister, J.W., Mickelson, J.K., Hoff, P.T. and Lucchesi, B.R.: Recombinant hirudin (CGP 39393) reduces the incidence of thrombotic occlusion in a canine model of coronary vascular injury. Coronary Artery Dis., 2: 237-246, 1991.

251. Werns, S.W., Grum, C.M., Ventura, A., Hahn, R.A., Ho, P.K., Towner, R.D., Fantone, J.C., Schork, M.A. and Lucchesi, B.R.: Xanthine oxidase inhibition does not limit canine infarct size. Circulation 83: 995-1005, 1991.

252. Black, S.C., Chi, L., Mu, D-X. and Lucchesi, B.R.: The antifibrillatory actions of UK-68,798, a Class III antiarrhythmic agent. J. Pharmacol. Exp. Therap. 258: 416-423, 1991.

253. Schumacher, W.A., Fantone, J.C., Kunkel, S.E., Webb, R.C. and Lucchesi, B.R.: The anaphylatoxins C3a and C5a are vasodilators in the canine coronary vasculature *in vitro* and *in vivo*. Agents Actions 34: 345-349, 1991.

254. Venkatesh, N., Lynch, J.J., Uprichard, A.C.G., Kitzen, J.M., Singh, B.N. and Lucchesi, B.R.: Hypothyroidism renders protection against lethal ventricular arrhythmias in a conscious canine model of sudden death. J. Cardiovasc. Pharmacol. 18: 703-710, 1991.

255. Bates, E.R., Walsh, D.G., Mu, D.-X., Abrams, G.D. and Lucchesi, B.R.: Sustained inhibition of the vessel wall-platelet interaction after deep coronary artery injury by temporary inhibition of the platelet glycoprotein IIb/IIIa receptor. Cor. Artery Dis. 3: 67-76, 1992.

256. Romson, J.L., Jolly, S.R. and Lucchesi, B.R.: Protection of ischemic myocardium by pharmacologic manipulation of leukocyte function. *Reprinted* as Master Teacher Classic Paper in Cardiovasc. Rev. Rept. 13: 21-35, 1992; (author update follows article).

257. Homeister, J.W., Satoh, P.S. and Lucchesi, B.R.: Effects of complement activation in the isolated heart — Role of the terminal complement components. Circ. Res. 71: 303-319, 1992.

258. Black, S.C. and Lucchesi, B.R.: UK-68,798, a class III antiarrhythmic drug with antifibrillatory properties. Cardiovasc. Drug Rev. 10: 170-181, 1992.

259. Black, S.C., Driscoll, E.M. and Lucchesi, B.R.: Inhibition of platelet-activating factor fails to limit ischemia and reperfusion-induced myocardial damage. J. Cardiovasc. Pharmacol. 20: 997-1005, 1992.

260. Werns, S.W., Fantone, J.C., Ventura, A. and Lucchesi, B.R.: Myocardial glutathione depletion impairs recovery of isolated, blood-perfused hearts after global ischemia. J. Mol. Cell. Cardiol. 24: 1215-1220, 1992.

261. Chi, L., Black, S.B., Kou P., Fagbemi, S.O. and Lucchesi, B.R.: Actions of pinacidil at a reduced potassium concentration: A direct cardiac effect possibly involving the ATP-dependent potassium channel. J. Cardiovasc. Pharmacol. 21: 179-190, 1993.

262. Mickelson, J.K., Hoff, P.T., Homeister, J.W., Fantone, J.C. and Lucchesi, B.R.: High-dose intravenous aspirin, not low dose intravenous or oral aspirin, inhibits thrombus formation and stabilizes blood flow in experimental coronary vascular injury. J. Am Coll. Cardiol. 21:502-510, 1993.

263. Homeister, J.W., Satoh, P.S., Kilgore, K.S. and Lucchesi, B.R.: Soluble complement receptor Type 1 prevents human complement-mediated damage of the rabbit isolated heart. J.

Immunol., 150: 1055-1064,1993.

264. Black, S.C. and Lucchesi, B.R.:   Heat shock proteins and the ischemic heart.   An endogenous protective mechanism. Circulation 87: 1048-1051, 1993. (invited editorial)

265. Rote, W.E., Werns, S.W., Davis, J.H., Feigen, L.P., Kilgore, K.S. and Lucchesi, B.R.: Platelet GPIIb/IIIa receptor inhibition by SC-49992 prevents thrombosis and rethrombosis in the canine carotid artery. Cardiovasc. Res. 27: 500-507, 1993.

266. Fagbemi, S.O., Chi, L. and Lucchesi, B.R.:   Antifibrillatory and profibrillatory actions of selected Class I antiarrhythmic agents. J. Cardiovasc. Pharmacol. 21: 709-719, 1993.

267. Rote, W.E., Mu,-D.-X. and Lucchesi, B.R.:   Thromboxane antagonism in experimental canine carotid artery thrombosis. Stroke 24: 820-828, 1993.

268. Kilgore, K.S. and Lucchesi, B.R.:   Effect of hypoxia and reoxygenation upon the rabbit isolated heart as determined by monoclonal antimyosin uptake.   Cardiovasc. Res. 27: 1260-1267, 1993.

269. Homeister, J.W. and Lucchesi, B.R.:   Complement activation and inhibition in myocardial ischemia and reperfusion injury. Ann. Rev. Pharmacol. Toxicol., 34: 17-40, 1993.

270. Friedrichs, G.S., Chi, L., Black, S.C., Manley, P.J., Oh, J. and Lucchesi, B.R.: Antifibrillatory effects of ibutilide in the rabbit isolated heart:  Mediation via ATP-dependent potassium channels. J. Pharmacol. Exp. Therap. 266: 1348-1354, 1993.

271. Minami, M., Driscoll, E.M. and Lucchesi, B.R.:   Antithrombotic effects of BMY21190, an inhibitor of cAMP phosphodiesterase, in a canine model of coronary artery thrombosis.   Jpn. Circ. J. 57: 979-992, 1993.

272. Uprichard, A.C.G., Chi, L. and Lucchesi, B.R.:   Functional consequence of big-endothelin conversion:   Demonstration  with  isolated  neutrophils  but  not  in  a  postinfarction model. Pharmacology 47: 277-285, 1993.

273. Kilgore, K.S. and Lucchesi, B.R.:   Reperfusion injury after myocardial infarction: The role of free radicals and the inflammatory response. Clin. Biochem. 26: 359-370, 1993.

274. Tschopp, J.F., Driscoll, E.M., Mu, D.-X., Black, S.C., Pierschbacher, M.D. and Lucchesi, B.R.:  Prevention of coronary artery reocclusion after thrombolysis with an RGD-containing peptide with no effect on bleeding time. Coronary Artery Dis. 4: 809-817, 1993.

275. Rote, W.E., Mu, D.-X., Roncinske, R.A., Frelinger, A.L., III, and Lucchesi, B.R.: Prevention of experimental carotid artery thrombosis by applaggin. J. Pharmacol. Exp. Ther. 267: 809-814, 1993.

276. Black, S.C., Butterfield, J.L. and Lucchesi, B.R.:   Protection against programmed electrical stimulation-induced ventricular tachycardia and sudden cardiac death by NE-10064, a Class III antiarrhythmic drug. J. Cardiovasc. Pharmacol. 22: 810-818, 1993.

277. Black, S.C., Friedrichs, G.S. and Lucchesi, B.R.:   The autonomic nervous sytem, myocardial infarct size and ventricular fibrillation (editorial letter). Invited submission for the J. Mol. Cell. Cardiol. 25: 1291-1292, 1993.

278. Black, S.C., Fagbemi, S.O., Chi, L., Friedrichs, G.S. and Lucchesi, B.R.: Phorbol ester-induced ventricular fibrillation in the Langendorff-perfused rabbit heart:   Antagonism by inhibitors of protein kinase C and glybenclamide. J. Mol. Cell Cardiol. 25: 1427-1438, 1993.

279. Lucchesi, B.R.: Complement activation, neutrophils and oxygen radicals in reperfusion injury. Stroke 24(Suppl 1): I-41—I-47, 1993.

280. Friedrichs, G.S., Chi, L., Black, S.C., Manley, P.J. and Lucchesi, B.R.: Antiarrhythmic agent, MS-551, protects against pinacidil + hypoxia-induced ventricular fibrillation in the Langendorff-perfused rabbit isolated heart. J. Cardiovasc. Pharmacol. 23: 120-126, 1994.

281. Rote, W.E., Mu, D.-X., Bates, E.R., Nedelman, M.A. and Lucchesi, B.R.: Prevention of rethrombosis after coronary thrombolysis in a chronic canine model. I. Adjunctive therapy with monoclonal antibody 7E3-F(ab'),$_2$ fragment. J. Cardiovasc. Pharmacol. 23: 194-202, 1994.

282. Rote, W.E., Mu, D.-X., Bates, E.R., Nedelman, M.A. and Lucchesi, B.R.: Prevention of rethrombosis after coronary thrombolysis in a chronic canine model. II. Adjunctive therapy with r-hirudin. J. Cardiovasc. Pharmacol. 23: 203-211, 1994.

283. Trikha, M., Rote, W.E., Manley, P.J., Lucchesi, B.R. and Markland, F.S.: Purification and characterization of platelet aggregation inhibitors from snake venoms. Thromb. Res. 73: 39-52, 1993.

284. Lucchesi, B.R., Chi, L., Friedrichs, G.S., Black, S.C. and Uprichard, A.C.G.: Antiarrhythmic vs antifibrillatory actions: Inference from experimental studies. Am. J. Cardiol. 72(Suppl): 25F-44F, 1993.

285. Rote, W.E., Davis, J.H., Mousa, S.A., Reilly, T.M. and Lucchesi, B.R.: Antithrombotic effects of DMP728, a platelet GPIIb/IIIa receptor antagonist, in a canine model of arterial thrombosis. J. Cardiovasc. Pharmacol. 23: 681-689, 1994.

286. Werns, S.W., Rote, W.E., Davis, J.H., Guevara, T. and Lucchesi, B.R.: Nitroglycerin inhibits experimental thrombosis and reocclusion after thrombolysis. Am. Heart J. 127: 727-737, 1994.

287. Eitzman, D.T., Schwartz, R.S., Saggin, L., Chi, L., Lucchesi, B.R. and Fay, W.P.: Heparin neutralization by platelet-rich thrombi: Role of platelet factor 4. Circulation 89: 1523-1529, 1994.

288. Kilgore, K.S., Friedrichs, G.S., Homeister, J.W. and Lucchesi, B.R.: The complement system in myocardial ischaemia/reperfusion injury. Masterclass Review. Cardiovasc. Res. 28: 437-444, 1994.

289. Lucchesi, B.R.: Complement, neutrophils and free radicals: Mediators of reperfusion injury. Arzneim.-Forsch./Drug Res. 44: 420-432, 1994.

290. Kilgore, K.S., Homeister, J.W., Satoh, P.S. and Lucchesi, B.R.: Inhibition of complement-mediated myocardial injury by the sulfhydryl compounds captopril and N-(2-mercapto-propionyl)-glycine. Am. J. Physiol. 266: H28-H35, 1994.

291. Chi, L., Black, S.C., Friedrichs, G.S. and Lucchesi, B.R.: The cardiac ATP-dependent potassium channel and myocardial protection. Invited editorial letter for Cardiovasc. Res. 28: 136-137, 1994.

292. Rote, W.E., Nedelman, M.A., Mu, D.-X., Manley, P.J., Weisman, H., Cunningham, M.R. and Lucchesi, B.R.: Chimeric 7E3 prevents carotid artery thrombosis in Cynomolgus monkeys. Stroke 25:1223-1232, 1994.

293. Black, S.C. and Lucchesi, B.R.: Potassium channel openers are likely to be proarrhythmic in the diseased human heart (invited editorial). Cardiovasc. Res. 28:923-924, 1994.

294. Gralinski, M.R., Black, S.C., Kilgore, K.S., Chou, A.Y., McCormack, J.G. and Lucchesi, B.R.: Cardioprotective effects of ranolazine (RS-43285) in the isolated perfused rabbit heart. Cardiovasc. Res. 28: 1231-1237, 1994.

295. Friedrichs, G.S., Chi, L., Green, A.L. and Lucchesi, B.R.: Antifibrillatory effects of clofilium in the rabbit isolated heart. Br. J. Pharmacol. 113: 209-215, 1994.

296. Kilgore, K.S., Friedrichs, G.S., Johnson, C.R., Schasteen, C.S., Riley, D.P., Weiss, R.H., Ryan, U. and Lucchesi, B.R.: Protective effects of the SOD-mimetic SC-52608 against ischemia/reperfusion damage in the rabbit isolated heart. J. Mol. Cell. Cardiol. 26: 995-1006, 1994.

297. Friedrichs, G.S., Kilgore, K.S., Manley, P.J., Gralinski, M.R. and Lucchesi, B.R.: Effects of heparin and N-acetyl heparin on ischemia/reperfusion-induced alterations in myocardial function in the rabbit isolated heart. Circ. Res. 75: 701-710, 1994.

298. Black, S.C., Schasteen, C.S., Weiss, R.H., Riley, D.P., Driscoll, E.M. and Lucchesi, B.R.: Inhibition of *in vivo* myocardial ischemic and reperfusion injury by a synthetic manganese-based superoxide dismutase mimetic. J. Pharmacol. Exp. Ther. 270: 1208-1215, 1994.

299. Minami, M., Hirafuji, M., Driscoll, E.M. and Lucchesi, B.R.: BMY21190, a potent inhibitor of cAMP phosphodiesterase. Cardiovasc. Drug Rev. 12: 173-192, 1994.

300. Chi, L., Friedrichs, G.S., Oh, J.Y., Green, A.L. and Lucchesi, B.R.: Effect of Ado A1- and A2-receptor activation on ventricular fibrillation during hypoxia-reoxygenation. Am. J. Physiol. 267: H1447-H1454, 1994.

301. Lucchessi (Sic.), B.R., Rote, W.E., Driscoll, E.M. and Mu, D.-X.: Prevention of thrombosis and rethrombosis and enhancement of recombinant tissue-type plasminogen activator in the canine heart by DMP728, a glycoprotein IIb/IIIa antagonist. Br. J. Pharmacol. 113: 1333-1343, 1994.

302. Black, S.C., Gralinski, M.R., McCormack, J.G., Driscoll, E.M. and Lucchesi, B.R.: Effect of ranolazine on infarct size in a canine model of regional myocardial ischemia and reperfusion. J. Cardiovasc. Pharmacol. 24: 921-928, 1994.

303. Markland, F.S., Friedrichs, G.S., Pewitt, S.R. and Lucchesi, B.R.: Thrombolytic effects of recombinant fibrolase or APSAC in a canine model of carotid artery thrombosis. Circulation 90: 2448-2456, 1994.

304. Friedrichs, G.S., Chi, L., Gralinski, M.R., Black, S.C., Basler, G.C., Mu D.-X., Pewitt, S.R., Johnson, C.R. and Lucchesi, B.R.: MS-551 protects against ventricular fibrillation in a chronic canine model of sudden death. J. Cardiovasc. Pharmacol. 25: 314-323, 1995.

305. Minami, M., Driscoll, E.M., Simpson, P.J., Hoff, P.T. and Lucchesi, B.R.: Effects of BMY21190, an inhibitor of cAMP phosphodiesterase, on infarct size and myeloperoxidase activity in the ischemic myocardium of a canine occlusion-reperfusion model. Pharmacology 50: 24-33, 1995.

306. Black, S.C., Gralinski, M.R., Friedrichs, G.S., Kilgore, K.S., Driscoll, E.M. and Lucchesi, B.R.: Cardioprotective effects of heparin on N-acetylheparin in an *in vivo* model of regional myocardial ischemic and reperfusion injury. Cardiovasc. Res. 29: 629-636, 1995.

307. Minami, M., Driscoll, E. and Lucchesi, B.R.: Antithrombotic and cardiovascular effects of BMY-20844, an inhibitor of cAMP phosphodiesterase, in a canine model of coronary artery

thrombosis. Biogenic Amines 11: 269-280, 1995.

308. Virkhaus, R., Lucchesi, B.R., Simpson, P.J. and Shebuski, R.J.: The role of adhesion molecules in cardiovascular pharmacology. Meeting review. J. Pharmacol. Exp. Ther. 273: 569-575, 1995.

309. Sudo, Y., Kilgore, K.S. and Lucchesi, B.R.: Monoclonal antibody [7E3-F(ab'₂] prevents arterial, but not venous rethrombosis. J. Cardiovasc. Pharmacol. 26: 241-250, 1995.

310. Kilgore, K.S., Park, J.L., Chi, L., Musser, J.H., Date, V., Abbas, S. and Lucchesi, B.R.: Reduction of myocardial infarct size in the rabbit by a carbohydrate analog of sialyl Lewis$^X$. J. Cardiovasc. Pharmacol. Ther. 1: 49-56, 1996.

311. Mousa, S.A., DeGrado, W.F., Mu, D.-X., Kapil, R.P., Lucchesi, B.R. and Reilly, T.M.: Oral antiplatelet, antithrombotic efficacy of DMP 728, a novel platelet GPIIb/IIIa antagonist. Circulation 93: 537-543, 1996.

312. Sudo, Y. and Lucchesi, B.R.: Antithrombotic effect of GYKI-14766 in a canine model of arterial and venous rethrombosis: A comparison with heparin. J. Cardiovasc. Pharmacol. 27: 545-555, 1996.

313. Chi, L., Park, J.L., Friedrichs, G.S., Banglawala, Y.A., Perez, M.A., Tanhehco, E.J. and Lucchesi, B.R.: Effects of tedisamil (KC-8857) on cardiac electrophysiology and ventricular fibrillation in the rabbit isolated heart. Br. J. Pharmacol. 117: 1261-1269, 1996.

314. Gralinski, M.R., Chi, L., Park, J.L., Friedrichs, G.S., Tanhehco, E.J., McCormack, J.G. and Lucchesi, B.R.: Protective effects of ranolazine on ventricular fibrillation induced by activation of the ATP-dependent potassium channel in the rabbit heart. J. Cardiovasc. Pharmacol. Ther. 1: 141-148, 1996.

315. Kilgore, K.S. and Lucchesi, B.R.: Complement-associated myocardial compromise is positively influenced by blood filtration. Bloodlink 5: 1-6, 1996

316. Friedrichs, G.S., Black, S.C., Chi, L., Mu, D.-X., Pewitt, S.R. and Lucchesi, B.R.: 5-hydroxydecanoate fails to attenuate ventricular fibrillation in a conscious canine model of sudden cardiac death. Eur. J. Pharmacol. 306: 99-106, 1996.

317. Gralinski, M.R., Black, S.C., Stancato, L.F., Kilgore, K.S., Campau, P.A., Park, J.L., Ozeck, M., Pratt, W.B. and Lucchesi, B.R.: Heat stress protects human plasma perfused rabbit heart from hyperacute xenograft rejection. Am. J. Physiol. 271: H571-H578, 1996.

318. Cousins, G.R., Friedrichs, G.S., Sudo, Y., Rebello, S.S., Rote, W.E., Vlasuk, G.P., Nolan, T.J., Mendoza, C. and Lucchesi, B.R.: Orally effective CVS-1123 prevents coronary artery thrombosis in the conscious canine. Circulation 94: 1705-1712, 1996.

319. Gralinski, M.R., Driscoll, E.M., Friedrichs, G.S., DeNardis, M.R. and Lucchesi, B.R.: Reduction of myocardial necrosis after glycosaminoglycan administration: Effects of a single intravenous administration of heparin or N-acetylheparin 2 hours before regional ischemia and reperfusion. J. Cardiovasc. Pharmacol. Ther., 1: 219-228,1996.

320. Gralinski, M.R., Wiater, B.C., Assenmacher, A.N. and Lucchesi, B.R.: Selective inhibition of the alternative complement pathway by sCR1[desLHR-A] protects the rabbit isolated heart from human complement-mediated damage. Immunopharmacology 34: 79-88, 1996.

321. Friedrichs, G.S., Abreu, J.N., Cousins, G.R., Chi, L., Borlak, J. and Lucchesi, B.R.: Tedisamil attenuates ventricular fibrillation in a conscious canine model of sudden cardiac death.

J. Cardiovasc. Pharmacol. Ther. 1: 313-324, 1996.

322. Lucchesi, B.R.: Lethal myocardial "reperfusion injury". (Invited editorial) J. Thrombos. Thrombol. 4: 55-58, 1997.

323. Rebello, S.S., Miller, B.V., Basler, G.C. and Lucchesi, B.R.: CVS-1123, a direct thrombin inhibitor, prevents occlusive arterial and venous thrombosis in a canine model of vascular injury. J. Cardiovasc Pharmacol. 29: 240-249, 1997.

324. Mousa, S.A., Mu, D.-X. and Lucchesi, B.R.: Prevention of carotid artery thrombosis by oral platelet GPIIb/IIIa antagonist in dogs. Stroke 28: 830-836, 1997.

325. Gralinski, M.R., Park, J.L., Ozeck, M.A., Wiater, B.C. and Lucchesi, B.R.: LU 51198, a highly sulfated, low-molecular-weight heparin derivative, prevents complement-mediated myocardial injury in the perfused rabbit heart. J. Pharmacol. Exp. Ther. 282: 554-560, 1997.

326. Rebello, S.S., Blank, H.S., Rote, W.W., Vlasuk, G.P. and Lucchesi, B.R.: Antithrombotic efficacy of a recombinant nematode anticoagulant peptide (rNAP5) in canine models of thrombosis after single subcutaneous administration. J. Pharmacol. Exp. Ther. 283: 91-99, 1997.

327. Rebello, S.S., Driscoll, E.M. and Lucchesi, B.R.: TP-9201, a glycoprotein IIb/IIIa platelet receptor antagonist, prevents rethrombosis after successful arterial thrombolysis in the dog. Stroke 28: 1789-1796, 1997.

328. Park, J.L., Tanhehco, E.J., Kilgore, K.S., Gralinski, M.R. and Lucchesi, B.R.: Reviparin-sodium prevents complement-mediated myocardial injury in the isolated rabbit heart. J. Cardiovasc. Pharmacol. 30: 658-666, 1997.

329. Friedrichs, G.S., Chi, L., Park, J.L. and Lucchesi, B.R.: Adrenergic dependent effect of adenosine-induced ventricular fibrillation in the rabbit isolated heart. J. Cardiovasc. Pharmacol. Ther. 2: 299-308, 1997.

330. Lucchesi, B.R. and Kilgore, K.S.: Complement inhibitors in myocardial ischemia/ reperfusion injury. Immunopharmacology 38: 27-42, 1997.

331. Kilgore, K.S., Tanhehco, E.J., Park, J.L., Naylor, K.B., Anderson, M.B. and Lucchesi, B.R.: Reduction of myocardial infarct size *in vivo* by carbohydrate-based glycomimetics. J. Pharmacol. Exp. Ther. 284: 427-435, 1998.

332. Friedrichs, G.S., Abreu, J.N., Driscoll, E.M., Jr., Borlak, J. and Lucchesi, B.R.: Antifibrillatory efficacy of long-term tedisamil administration in a postinfarcted canine model of ischemic ventricular fibrillation. J. Cardiovasc. Pharmacol. 31: 56-66, 1998.

333. Kilgore, K.S., Park, J.L., Tanhehco, E.J., Booth, E.A., Marks, R.M. and Lucchesi, B.R.: Attenuation of interleukin-8 expression in C6-deficient rabbits after myocardial ischemia/ reperfusion. J. Mol. Cell. Cardiol. 30: 75-85, 1998.

334. Rebello, S.S., Huang, J., Saito, K. and Lucchesi, B.R.: In vivo efficacy of SM-20302, a GP IIb/IIIa receptor antagonist, correlates with ex vivo platelet inhibition in heparinized blood but not in citrated blood. Arterioscler. Thromb. Vasc. Biol. 18: 954-960, 1998.

335. Yasojima, K., Kilgore, K.S., Washington, R.A., Lucchesi, B.R. and McGeer, P.L.: Complement gene expression by rabbit heart: Upregulation by ischemia and reperfusion. Circ. Res. 82: 1224-1230, 1998.

336. Kilgore, K.S., Naylor, K.B., Tanhehco, E.J., Park, J.L., Booth, E.A., Washington, R.A. and Lucchesi, B.R.: The semisynthetic polysaccharide pentosan polysulfate prevents complement-

mediated myocardial injury in the rabbit perfused heart. J. Pharmacol. Exp. Ther. <u>285</u>: 987-994, 1998.

337. Black, S.C., Driscoll, E.M. and Lucchesi, B.R.:   Effect of ramiprilat or captopril on myocardial infarct size:  Assessment in canine models of ischemia alone and ischemia with reperfusion. Pharmacology <u>57</u>: 35-46, 1998.

338. Rebello, S.S., Huang, J., Shiu, W.J., Saito, K., Kaneko, M., Saitoh, Y. and Lucchesi, B.R.: Pharmacokinetics and pharmacodynamics of SM-20302, a GPIIb/IIIa receptor antagonist, in anesthetized dogs. J. Cardiovasc. Pharmacol. <u>32</u>:485-494, 1998.

339. Lucchesi, B.R.:  Free radicals and tissue injury. Dialogues Cardiovasc. Res. <u>3</u>: 3-22, 1998.

340. Huang, J., Rebello, S.S., Rosenberg, L.A., Kaneko, M., Sakurama, T. and Lucchesi, B.R.: Temporary and partial inhibition of platelets by SM-20302 prevents coronary artery thrombosis in a chronic canine model. Eur. J. Pharmacol. <u>366</u>: 203-213, 1999.

341. Park, J.L., Kilgore, K.S., Naylor, K.B., Booth, E.A., Murphy, K.L. and Lucchesi, B.R.: N-Acetylheparin pretreatment reduces infarct size in the rabbit.  Pharmacology <u>58</u>: 120-131, 1999.

342. Huang, J., Rebello, S.S., Faul, J.D. and Lucchesi, B.R.:  Correlation between the *in vivo* efficacy of GPIIb/IIIa receptor antagonists (m7E3, MK-383 and DMP-728) and *ex vivo* platelet inhibition. Pharmacology <u>58</u>: 252-264, 1999 .

343. Tanhehco, E.J., Kilgore, K.S., Naylor, K.B., Park, J.L., Booth, E.A. and Lucchesi, B.R.: Reduction of myocardial infarct size after ischemia and reperfusion by the glycosaminoglycan pentosan polysulfate. J. Cardiovasc. Pharmacol. <u>34</u>: 153-161, 1999.

344. Rebello, S.S., Huang, J., Saito, K., Saucedo, J., Bates, E.R. and Lucchesi, B.R.:  Effect of time of 7E3 administration on tPA-induced reperfusion:    study in a canine model of thrombus-based occlusion-reperfusion. Eur. J. Pharmacol. <u>374</u>: 399-410, 1999.

345. Fischbach, P.S., Johnston, P.V., Friedrichs, G.S., Lucchesi, B.R.:  Tedisamil in a chronic canine model of atrial flutter. J. Cardiovasc. Pharmacol. <u>34</u>: 212-218, 1999.

346. Kilgore, K.S., Tanhehco, E.J., Naylor, K.B. and Lucchesi, B.R.:   Ex vivo reversal of heparin-mediated cardioprotection by heparinase after ischemia and reperfusion.  J. Pharmacol. Exp. Ther. <u>290</u>: 1041-1047, 1999.

347. Hasan, A.A.K., Rebello, S.S., Smith, E., Srikanth, S., Werns, S., Driscoll, E., Faul, J., Brenner, D., Nonnolle, D., Lucchesi, B.R. and Schmaier, A.H.: Thrombostatin inhibits induced canine coronary thrombosis. Thromb. Haemost. <u>82</u>: 1182-1187, 1999.

348. Annich, G., White, T., Damm, D., Zhao, Y., Mahdi, F., Meinhardt, J., Rebello, S., Lucchesi, B., Bartlett, R.H., Schmaier, A.H.:  Recombinant Kunitz protease inhibitory domain of the amyloid ß-protein precursor as an anticoagulant in venovenous extracorporeal circulation in rabbits. Thromb. Haemost. <u>82</u>: 1474-1481, 1999.

349. Park, J.L. and Lucchesi, B.R.:  Mechanisms of myocardial reperfusion injury. Ann. Thorac. Surg. <u>68</u>: 1905-1912, 1999.

350. Tanhehco, E.J., Yasojima, K., McGeer, P.L., Washington, R.A., Kilgore, K.S., Homeister, J.W. and Lucchesi, B.R.:   Preconditioning reduces tissue complement gene expression in the rabbit isolated heart. Am. J. Physiol. <u>277</u>: H2373-H2380, 1999.

351. Tanhehco, E.J., Kilgore, K.S., Liff, D.A., Murphy, K.L., Fung, M.S., Sun, W.N., Sun, C.

and Lucchesi, B.R.:  The Anti-Factor D antibody, MAb 166-32, inhibits the alternative pathway of the human complement system. Transplant. Proc. 31: 2168-2171, 1999.

352. Schwartz, C.F., Kilgore, K.S., Homeister, J.W., Levy, B.A., Lucchesi, B.R. and Bolling, S.F.:  Increased rat cardiac allograft survival by the glycosaminoglycan pentosan polysulfate. J. Surg. Res. 86:24-28, 1999.

353. Tanhehco, E.J., Yasojima, K., McGeer, P.L., Washington, R.A. and Lucchesi, B.R.:  Free radicals upregulate complement expression in the rabbit isolated heart.   Am. J. Physiol. 277: H195-H-201, 2000.

354. Rebello, S.S., Huang, J., Faul, J.D. and Lucchesi, B.R.:  Role of extracellular ionized calcium in the in vitro assessment of GPIIb/IIIa receptor antagonists. J. Thrombos. Thrombolys. 9: 23-28, 2000.

355. Kilgore, K.S. and Lucchesi, B.R.:  Neutrophils and altered myocardial function (invited editorial). Am. Heart J. 139: 32-34, 2000

356. Tanhehco, E.J., Yasojima, K., McGeer, P.L. and Lucchesi, B.R.:  Acute cocaine exposure upregulates complement expression in the rabbit heart. J. Pharmacol. Exp. Ther., 292: 201-208, 2000.

357. Tanhehco, E.J. and Lucchesi, B.R.:  Therapeutic potential of complement inhibitors in myocardial ischemia (invited editorial). Exp. Opin. Invest. Drugs 9:975-991, 2000.

358. Rebello, S.S., Blank, H.S. and Lucchesi, B.R.:  Antithrombotic efficacy of single subcutaneous administration of a recombinant nematode anticoagulant peptide (rNAP5) in a canine model of coronary artery thrombolysis. Thromb. Res. 98: 531-540, 2000.

359. Tanhehco, E.J., Yasojima, K., McGeer, P.L., McGeer, E.G. and Lucchesi, B.R.:  Preconditioning reduces myocardial complement gene expression in vivo. Am. J. Physiol. 279: H1157-H1165, 2000.

360. Tanhehco, E.J., Lee, H. and Lucchesi, B.R.:  Sublytic complement attack reduces infarct size in rabbit isolated hearts:  Evidence for C5a-mediated cardioprotection. Immunopharmacology 49: 391-399, 2000.

361. Huang, J., Driscoll, E.M., Gonzales, M.L., Park, A.M., and Lucchesi, B.R.:  Prevention of arterial thrombosis by intravenously administered platelet P2T-receptor antagonist AR-C69931MX in a canine model. J. Pharmacol. Exp. Ther. 295:492-499, 2000.

362. Barrett, T.D., Hennan, J.K., Fischbach, P.S., O'Neill, B.P., Driscoll, E.M. Jr., and Lucchesi, B.R.:  Tedisamil and dofetilide-induced torsades de pointes, rate and potassium dependence. Brit. J. Pharmacol. 132: 1493-1500, 2001.

363. Lucchesi, B.R.:  Torald Sollmann Award Lecture:  Looking toward the future, using lessons from the past.  J. Pharmacol. Exp. Ther., 297: 829-843, 2001.

364. Hennan, J.K., Huang, J., Barrett, T.D., Driscoll, E.M., Willens, D.E., Park, A.M., Crofford, L.J. and Lucchesi, B.R.:  Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. Circulation 104:820-825, 2001.

365. Huang, J., Feldbaum, V.M., Lucchesi, B.R. and Werns, S.W.:  Effects of adenosine on thrombosis and thrombolysis in a canine experimental preparation. Pharmacology 63: 166-174, 2001.

366. Fischbach, P.S., Barrett, T.D., Goyal, R., Tran, B.C., Syed, Z.A., Hennan, J.K. and Lucchesi, B.R.: Conversion of atrial fibrillation by the experimental anti-arrhythmic drug tedisamil in two canine models. J. Cardiovasc. Electrophys. 12: 1138-1144, 2001.

367. Patel, M.B., Kilgore, K.S., Ortolano, G.A., Gryboski, C.L., Qureshi, M.A., Marcovitz, P., Naylor, K.B., Park, J.L., Wenz, B., Gikalis, N., Freedman, R.J. Jr., Lucchesi, B.R., O'Neill, W.W.: Conditioned blood reperfusion during angioplasty (CoBRA) treatment of acute myocardial infarction. Perfusion 16(Suppl): 39-49, 2001.

368. Hennan, J.K., Hong, T.-T., Shergill, A.K., Driscoll, E.M., Cardin, A.D. and Lucchesi, B.R.: Intimatan prevents arterial and venous thrombosis in a canine model of deep vessel wall injury. J. Pharmacol. Exp. Ther, 301: 1151-1156, 2002.

369. Hasan, A.A.K., Schmaier, A.H., Warnock, M., Normolle, D., Driscoll, E., Lucchesi, B.R., and Werns, S.W.: Thrombostatin inhibits cyclic flow variations in stenosed canine coronary arteries. Thromb Haemost. 2001;86:1296-1304.

370. Hennan, J.K., Willens, D.E., Driscoll, E.M., Hong, T.-T., Giboulot, T.A. and Lucchesi, B.R.: Prevention of experimental carotid and coronary artery thrombosis by the glycoprotein IIb/IIIa receptor antagonist CRL42796. Br J Pharmacol. 2002;136:927-937.

371. Barrett, T.D., Hennan, J.K., Marks, R.M. and Lucchesi, B.R.: C-Reactive protein associated increase in myocardial infarct size after ischemia/reperfusion is mediated by activation of complement. J Pharmacol Exp Ther. 2002;303:1007-1013.

372. Fischbach, P.S., Barrett, T.D., Reed, N.J., Hennan, J.K. and Lucchesi, B.R.: SNC-80-induced preconditioning: selective activation of the mitochondrial adenosine triphosphate-gated potassium channel. J Cardiovasc Pharmacol. 2003;41:744-50.

373. Hennan JK, Hong TT, Willens DE, Driscoll EM, Giboulot TA, Lucchesi BR. Prevention of experimental carotid and coronary artery thrombosis by the glycoprotein IIb/IIIa receptor antagonist CRL42796. Br J Pharmacol. 2002;136:927-37. Brit J Pharmacol , 2002;136:927-937.

374. Hennan JK, Hong TT, Shergill AK, Driscoll EM, Cardin AD, Lucchesi BR. Intimatan prevents arterial and venous thrombosis in a canine model of deep vessel wall injury. J Pharmacol Exp Ther. 2002 Jun;301(3):1151-6.

375. Rodriguez M, Lucchesi BR, Schaper J. Apoptosis in myocardial infarction. Ann Med. 2002;34:470-479.

376. Hong TT, Driscoll EM, White AJ, Sherigill A, Giboulot TA, Lucchesi BR. Glycoprotein IIb/IIIa Receptor Antagonist CRL42796, in Combination with Aspirin and/or Enoxaparin, Prevents Coronary Artery Rethrombosis after Successful Thrombolytic Treatment by Recombinant Tissue Plasminogen Activator (rt-PA)1. J Pharmacol Exp Ther. 2003;306:616-623.

377. Booth EA, Marchesi M,. Kilbourne EJ, LucchesiBR. 17ß-Estradiol as a Receptor Mediated Cardioprotective Agent. J Pharmacol Exp Ther. 2003 Oct;307:395-401.

378. Weber JE, Larkin GL, Boe CT, Fras A, Kalaria AS, Maio RF, Lucchesi B, Ensign L, Sweeney B, Hollander JE. Effect of cocaine use on bone marrow-mediated erythropoiesis. Acad Emerg Med. 2003;10:705-708.

379. Hennan JK, Willens DE, Driscoll Jr EM, Hong TT, Giboulot T, Lucchesi BR. Prevention of Carotid Artery Thrombosis After Oral Administration of the Glycoprotein IIb/IIIa Antagonist CRL42796. J Cardiovasc Pharmacol. 2003;42:71-77.

380. Fischbach PS, White A, Barrett TD, Lucchesi BR.  Risk of Ventricular Proarrhythmia with Selective Opening of the Myocardial Sarcolemmal Versus Mitochondrial ATP Gated Potassium Channel. J Pharmacol Exp Ther. 2004; 309:554-559.  Jan 27 [Epub ahead of print]

381. Nieman MT, Warnock M, Hasan AA, Mahdi F, Lucchesi BR, Brown NJ, Murphey LJ, Schmaier AH. The Preparation And Characterization Of Novel Peptide Antagonists To Thrombin, Factor VIIa And Activation Of Protease Activated Receptor 1 Activated Receptors.  J Pharmacol Exp Ther. 2004 Jun 21 [Epub ahead of print]

382. Booth EA, Marchesi M, Kilbourne EJ, Lucchesi BR.  17Beta-estradiol as a receptor-mediated cardioprotective agent. J Pharmacol Exp Ther. 2003 Oct;307(1):395-401. Epub 2003 Jul 31.

383. Lauver DA, Booth EA, White AJ, Poradosu E, Lucchesi BR. Sulodexide attenuates myocardial ischemia/reperfusion injury and the deposition of C-reactive protein in areas of infarction without affecting hemostasis. J Pharmacol Exp Ther. 2005 Feb;312(2):794-800. Epub 2004 Sep 13.

384. Marchesi M, Booth EA, Davis T, Bisgaier CL, Lucchesi BR. Apolipoprotein AI Milano and 1-palmitoyl-2-oleoyl phosphatidylcholine complex (ETC-216) protects the in vivo rabbit heart from regional ischemia-reperfusion injury. J Pharmacol Exp Ther. 2004 Dec;311(3):1023-31. Epub 2004 Sep 16.

385. Hong TT, White AJ, Lucchesi BR. Dermatan disulfate (Intimatan) prevents complement-mediated myocardial injury in the human-plasma-perfused rabbit heart.Int Immunopharmacol. 2005 Feb;5(2):381-91.

386. Hong T-T, VanGorp CL, Cardin AD, Lucchesi BR.  Intimatan (Dermatan 4,6-O-Disulfate) Prevents Rethrombosis after Successful Thrombolysis in the Canine Model of Deep Vessel Wall Injury. Thromb Res. 2005 May 10; [Epub ahead of print]

387. Lauver DA, Lockwood SF, Lucchesi BR. Disodium Disuccinate Astaxanthin (CardaxTM) Attenuates Complement Activation and Reduces Myocardial Injury Following Ischemia/Reperfusion. J Pharmacol Exp Ther. 2005 May 4; [Epub ahead of print]

388. Rodriguez M, Cai WJ, Kostin S, Lucchesi BR, Schaper J.  Ischemia depletes dystrophin and inhibits protein synthesis in the canine heart: Mechanisms of myocardial ischemic injury. J Mol Cell Cardiol. 2005 May;38(5):723-33.

389. Hong T-T, Huang J, Driscoll E, Lucchesi BR. The Antithrombotic Effect of Melagatran in Combination with Clopidogrel and/or Aspirin.  J Cardiovas Pharmacol (accepted for publication (July 13, 2005)

390. Booth EA, Obeid NR, Lucchesi BR. Activation of Estrogen Receptor alpha Protects the in vivo Rabbit Heart from Ischemia-Reperfusion Injury. Am J Physiol Heart Circ Physiol. 2005 Jul 1; [Epub ahead of print]

## ABSTRACTS

1.   Moore, J.I. and Lucchesi, B.R.:  Effects of dichloroisoproterenol on cardiac conduction and refractory periods. Pharmacologist 1: 76, 1959.

2.   Lucchesi, B.R.:   The reversal of ouabain induced cardiac arrhythmias by dichloroisoproterenol. Fed. Proc. 19: 121, 1960.

3.   Stickney, J.L., Lucchesi, B.R. and Abrams, G.D.:  Pharmacological alterations of the response of the mammalian heart to acetylstrophanthidin. Fed. Proc. 25: 621, 1966.

4.   Preston, T.A., Fletcher, R.D., Lucchesi, B.R. and Judge, R.D.:  Myocardial threshold changes in humans. Circulation 34: III-91, 1966.

5.   Kniffen, F., Medina, M. and Lucchesi, B.R.:  The positive inotropic effect of insulin in the depressed heart. Pharmacologist 12: 1970.

6.   Lucchesi, B.R. and Hodgeman, R.J.:  Myocardial and coronary vascular responses to adrenergic stimulation before and after AY 21-011, a cardioselective beta-adrenergic receptor blocking agent. Pharmacologist 12: 1970.

7.   Kirsh, M., Kahn, D.R., Morres, W.Y., Gago, O., Lucchesi, B.R. and Sloan, H.:  Effect of glucagon on pulmonary hypertension. Circulation 42: III-125, 1970.

8.   Lucchesi, B.R., Schuster, D.P., Nobel, N.L., Mimnaugh, M.N. and Counsell, R.E.:  Antiarrhythmic activity of dimethyl quaternary propranolol, UM-272. Fed. Proc. 31: 354, 1972.

9.   Vogel, W.M., Zannoni, V. and Lucchesi, B.R.:  Inability of methylprednisolone (MP) to reduce infarct size in dogs. Circulation 54: II-161, 1976.

10.  Ku, D.D., Peterson, A.C. and Lucchesi, B.R.:  Effects of dimethyl quaternary analog of propranolol (UM-272, SC-27761I) on myocardial ischemic injury after coronary artery occlusion: Assessed by electrocardiographic and enzymatic changes. Fed. Proc. 36: 1977.

11.  Ku, D.D. and Lucchesi, B.R.:  Ischemia-induced alterations in cardiac sensitivity to digitalis. Circulation 56: II-611, 1977.

12.  Keyes, J.W., Jr., Leonard, P.F., Brody, S.L., Svetkoff, D.J., Rogers, W.L. and Lucchesi, B.R.:  Quantification of myocardial infarct size by radionuclide computed tomography. Circulation 56: II-237, 1977.

13.  Gibson, J.K., Burmeister, J.L. and Lucchesi, B.R.:  Electrophysiologic changes in the ischemic canine heart as effected by pranolium (UM-272). Fed. Proc. 37: 2715, 1978.

14.  Vogel, W.M., Lum, D., Romson, J. and Lucchesi, B.R.:  Protection of globally ischemic cats' hearts by N-dimethyl propranolol (UM-272). Fed. Proc. 37: 124, 1978.

15.  Gibson, J.K. and Lucchesi, B.R.:  Effect of pranolium on ventricular tachycardia induced in canine myocardium after myocardial infarction. Circulation 58: II-45, 1978.

16.  Morcillo, E., Lucchesi, B.R. and Pitt, B.:  Influence of prostaglandin synthesis inhibition on canine peripheral vascular response to vasodilator agents. Proceedings of Seventh International Congress of Pharmacology, Paris, 1978.

17.  Drescher, C.W., Chucales, A.G., Grocock, A.M. and Lucchesi, B.R.:  The effects of BL-4162A on the development of coronary artery thrombosis in the conscious dog. Presented at

the Midwest Student Medical Research Forum X, The University of Michigan, 1979.

18.   Patterson, E., Stetson, P. and Lucchesi, B.R.: Disopyramide plasma and myocardial tissue concentrations as they relate to antiarrhythmic activity. Am. J. Cardiol. 43: 358, 1979.

19.   Stewart, J.R., Burmeister, W.E., Burmeister, J.L. and Lucchesi, B.R.: Electrophysiologic and antiarrhythmic effects of phentolamine in experimental coronary artery occlusion and reperfusion in the dog. Am. J. Cardiol. 43: 359, 1979.

20.   Anderson, J., Patterson, E., Conlin, M., Pitt, B. and Lucchesi, B.R.: Clinical and laboratory pharmacokinetics of bretylium using a new drug assay. Circulation 60: II-201, 1979.

21.   Patterson, E., Burmeister, W.E. and Lucchesi, B.R.: Pharmacologic protection of ischemic canine myocardium by combined administration of propranolol and phentolamine. Circulation 60: II-214, 1979.

22.   Gibson, J.K., Stewart, J.R., Li, Y., and Lucchesi, B.R.: Electrophysiologic effects of bretylium tosylate during coronary artery occlusion and reperfusion. Circulation 60: II-85, 1979.

23.   Stewart, J.R., Gibson, J.K., Pitt, B. and Lucchesi, B.R.: Post-infarction arrhythmias in the conscious dog: Electrophysiologic observations. Circulation 60: II-159, 1979.

24.   Gibson, J.K., Korn, N.L., Counsell, R.E. and Lucchesi, B.R.: Tissue distribution and antiarrhythmic action of N-dimethyl propranolol (UM-272) in the dog. Fed. Proc. 38: 697, 1979.

25.   Burmeister, W.E. and Lucchesi, B.R.: Protection of the ischemic myocardium by phentolamine and propranolol. Fed. Proc. 38: 694, 1979.

26.   Bush, L., Vogel, W., Warren, S., Shlafer, M. and Lucchesi, B.R.: Prevention of ischemia-induced loss of ventricular compliance, contractility and microsomal calcium accumulation by propranolol and its dimethyl analog. Fed. Proc. 38: 530, 1979.

27.   Stewart, J.R., Gibson, J.K., Li, Y.P., Pitt, B. and Lucchesi, B.R.: Effect of infarct size reduction by propranolol on post-infarction arrhythmias. Clin. Res. 27: 206A, 1979.

28.   Brymer, J.F., Stetson, P., Walton, J.A., Jr., Lucchesi, B.R. and Pitt, B.: Correlation of hemodynamic effects and plasma levels of nitroglycerin. Clin. Res. 27: 229A, 1979.

29.   Bush, L.R., Vogel, W.M., Shlafer, M. and Lucchesi, B.R.: Dimethyl propranolol prevents ischemia-induced loss of ventricular compliance and microsomal Ca-accumulation. J. Mol. Cell. Cardiol. 1(Suppl. 1): 12, 1979.

30.   Anderson, J., Patterson, E., Conlon, M., Pitt, B. and Lucchesi, B.R.: Clinical and laboratory pharmacokinetics of bretylium using a new drug assay. Circulation 60: II-201, 1979.

31.   Anderson, J.L., Patterson, E., Conlon, M., Pasyk, S. and Lucchesi, B.R.: Kinetics of antiarrhythmic effects of bretylium: Correlation with myocardial drug concentrations. Am. J. Cardiol. 45: 474, 1980.

32.   Gibson, J.K., Patterson, E. and Lucchesi, B.R.: Suppression of reentrant ventricular tachycardia in post-infarction canine myocardium by UM-424. Fed. Proc. 39: 10, 1980.

33.   Patterson, E., Gibson, J.K. and Lucchesi, B.R.: Electrophysiological actions of disopyramide in acute myocardial ischemia. Fed. Proc. 39: 627, 1980.

34.   Romson, J.L. and Lucchesi, B.R.: The antithrombotic effects of ibuprofen in a conscious canine model of coronary artery thrombosis. Fed. Proc. 39: 427, 1980.

35.   Bush, L.R., Haack, D.W., Shlafer, M. and Lucchesi, B.R.:  Prevention by propranolol or atenolol of ischemia-induced ultrastructural damage in isolated blood-perfused hearts.  Fed. Proc. 39: 531, 1980.

36.   Haack, D.W., Bush, L.R., Shlafer, M. and Lucchesi, B.R.:  Lanthanum staining of coronary microvascular endothelium:  Effects of ischemia, propranolol and atenolol.  Fed. Proc. 39: 774, 1980.

37.   Shlafer, M., Bush, L.R. and Lucchesi, B.R.:  Prevention by propranolol or atenolol of ischemic-induced losses of contractile and subcellular functions in isolated blood-perfused hearts.  Fed. Proc. 39: 1002, 1980.

38.   Anderson, J.L., Patterson, E., Wagner, J.G., Stewart, J.R., Behm, H.L. and Lucchesi, B.R.:  Comparative disposition of oral versus intravenous bretylium in man.  Clin. Res. 28: 233A, 1980.

39.   Romson, J., Bush, L.R., Haack, D.W. and Lucchesi, B.R.:  Protection of ischemic canine myocardium with oral ibuprofen.  Circulation 62: III-240, 1980.

40.   Gibson, J.K., Patterson, E., Abrams, G.D., Lucchesi, B.R.:  Relationship of ventricular fibrillation to histologic changes in a canine model of chronic myocardial ischemic injury.  Circulation 62: III-196, 1980.

41.   Anderson, J.L., Patterson, E., Wagner, J.G., Lucchesi, B.R., Johnson, T.A. and Pitt, B.:  Oral bretylium (B) in patients with recurrent ventricular tachycardia or fibrillation:  Pharmacodynamics, efficacy, comparison with IV therapy.  Circulation 62: III-180, 1980.

42.   Romson, J.L., Haack, D.W. and Lucchesi, B.R.:  The antithrombotic and hemodynamic effects of prostacyclin infusion in the dog.  Circulation 62: III-165, 1980.

43.   Patterson, E., Gibson, J.K. and Lucchesi, B.R.:  Suppression of reentrant ventricular tachyarrhythmias by chronic bretylium therapy in postinfarction conscious dogs.  Circulation 62: III-140, 1980.

44.   Rizi, H.R., Pasyk, S., Fiedler, V.B., Mori, K.W., Lucchesi, B.R., Pitt, B. and Keyes, J.W., Jr.:  TL-201 transaxial ECT:  In vivo quantification of myocardial ischemia in dogs.  Society of Nuclear Medicine, 28th Annual Meeting, 1981.

45.   Lucchesi, B.R., Bush, L.R., Romson, J.L.:  Beneficial effects of diltiazem (D) during global and regional myocardial ischemia. Presented at the Symposium on Calcium Blocking Agents, "A Novel Intervention for Treatment of Cardiac Disease: (A satellite symposium to the VIII International Congress of Pharmacology), Tokyo, Japan, 1981.

46.   Patterson, E., Gibson, J.K. and Lucchesi, B.R.:  Electrophysiologic actions of lidocaine in a canine model of chronic myocardial ischemic injury-arrhythmogenic actions of lidocaine.  Circulation 64: IV-123, 1981.

47.   Patterson, E., Holland, K., Eller, B. and Lucchesi, B.R.:  Ventricular fibrillation resulting from ischemia at a distant site in a conscious canine model of sudden coronary death.  Circulation 64: IV-218, 1981.

48.   Patterson, E., Holland, K. and Lucchesi, B.R.:  Prevention of ventricular fibrillation by bretylium in a conscious canine model of sudden coronary death.  Circulation 64: IV-125, 1981.

49.   Patterson, E. and Lucchesi, B.R.:  Antifibrillatory properties of nadolol - Lack of correlation between ventricular fibrillation threshold determinations and programmed electrical stimulation.  Circulation 64: IV-125, 1981.

50. Bush, L., Shlafer, M., Jolly, S. and Lucchesi, B.R.: Preservation of contractile and subcellular function of diltiazem after global ischemia in isolated, blood-perfused cat hearts. Circulation 64: IV-99, 1981.

51. Shea, M.J., Driscoll, E.M., Romson, J.L. and Lucchesi, B.R.: Effect of OKY-1581 (O), a thromboxane synthetase inhibitor, on coronary thrombosis in the conscious canine. Circulation 64: IV-281, 1981.

52. Kopia, G.A., Hess, T.A. and Lucchesi, B.R.: The antifibrillatory actions of clofilium in the ischemic canine heart. Circulation 64: IV-124, 1981.

53. Lucchesi, B.R., Jolly, S.R., Bailie, M.B. and Abrams, G.D.: Protection of ischemic myocardium by BW755C. Fed. Proc. 41: 8576, 1982.

54. Bailie, M.B., Jolly, S.R. and Lucchesi, B.R.: Reduction of myocardial ischemic injury by superoxide dismutase plus catalase. Fed. Proc. 41: 8574, 1982.

55. Jolly, S.R., Kopia, G.A. and Lucchesi, B.R.: Protection against ischemic injury by lodoxamide (L) in the isolated blood perfused cat heart. Fed. Proc. 41: 7957, 1982.

56. Eller, B.T., Patterson, E. and Lucchesi, B.R.: Protection from ventricular fibrillation by UM-272 in a conscious canine model of sudden coronary death. Fed. Proc. 41: 8433, 1982.

57. Romson, J., Hook, B., Rigot, V., Swanson, D. and Lucchesi, B.R.: Effect of ibuprofen on the accumulation of 111-In leukocytes and platelets in infarcted dog myocardium. Fed. Proc. 41: 8752, 1982.

58. Kopia, G.A., Hess, T.A. and Lucchesi, B.R.: Role of the sympathetic nervous system in bretylium's antifibrillatory action. Fed. Proc. 41: 8577, 1982.

59. Hook, B. and Lucchesi, B.: The effect of ibuprofen on the accumulation of 111-Indium labeled platelets in acute canine myocardial infarction. Clin. Res. 30: 811A, 1982.

60. Bailie, M. and Lucchesi, B.: Protective effects of lodoxamide tromethamine on global and regional myocardial ischemia. Clin. Res. 30: 815A, 1982.

61. Jolly, S.R., Kipnis, J.M. and Lucchesi, B.R.: Myocardial depression by verapamil: Synergism with propranolol and reversal by glucagon. J. Mol. Cell. Cardiol. 14: 41, 1982.

62. Lucchesi, B.R. and Jolly, S.R.: Protective effects of lodoxamide tromethamine in myocardial ischemia. J. Mol. Cell. Cardiol. 14: 47, 1982.

63. Patterson, E., and Lucchesi, B.R.: Antifibrillatory actions of the beta-adrenergic receptor antagonists, nadolol and sotalol. Circulation 66: II-131, 1982.

64. Patterson, E. and Lucchesi, B.R.: Ventricular fibrillation in a conscious canine model of sudden coronary death - Prevention by chronic amiodarone therapy. Circulation 66: II-132, 1982.

65. Schumacher, W.A., Armada, A.M. and Lucchesi, B.R.: Effect of thromboxane synthetase inhibitor UK-37-428 (Dazosiben) upon coronary artery thrombosis and platelet aggregation. Circulation 66: II-321, 1982.

66. Romson, J., Hook, B., Kunkel, S., Abrams, G. and Lucchesi, B.R.: Reduction in myocardial infarct size by neutrophil depletion in the dog. Circulation 66: II-85, 1982.

67. Jolly S.R., Kipnis, J.M. and Lucchesi, B.R.: Experimental cardiac depression by verapamil:

Reversal by glucagon. Circulation <u>66</u>: II-139, 1982.

68.   Anderson, J.L., Brodine, W.N., Patterson, E., Marshall, H.W., Allison, S.D. and Lucchesi, B.R.: Serial electrophysiologic effects of bretylium in man. Circulation <u>66</u>: II-142, 1982.

69.   Patterson, E., Amalfitano, D.J. and Lucchesi, B.R.:   The antifibrillatory effects of bethanidine - lack of dependence upon adrenergic actions. Fed. Proc. <u>42</u>: 635, 1983.

70.   Hook, B.G., Romson, J.L., Jolly, S.R., Bailie, M.B., and Lucchesi, B.R.:  The effect of zomepirac on experimental coronary artery thrombosis and ischemic myocardial injury.  Fed. Proc. <u>42</u>: 1290, 1983.

71.   Jolly, S.R., Romson, J.L., Hook, B.G., Kane, W.J. and Lucchesi, B.R.:  Effect of zomepirac on arachidonic acid induced coronary vasodilation. Fed. Proc. <u>42</u>: 1290, 1983.

72.   Schumacher, W.A., Driscoll, E.M., and Lucchesi, B.R.:  Thrombolysis of coronary artery thrombi by streptokinase in dogs. Fed. Proc. <u>42</u>: 1292, 1983.

73.   Mitsos, S.E., Jolly, S.R. and Lucchesi, B.R.:  Recovery of myocardial function in the globally ischemic isolated cat heart with Aicarboside. Fed. Proc. <u>42</u>: 1359, 1983.

74.   Kane, W.J., Jolly, S.R. and Lucchesi, B.R.:   Reduction of myocardial infarct size by FPL-55712. Fed. Proc. <u>42</u>: 1360, 1983.

75.   Lucchesi, B.R. and Patterson, E.:  Effects of diltiazem in a conscious canine model of sudden coronary death. Fed. Proc. <u>42</u>: 845, 1983.

76.   Gadsby, J.E., Schwartz, T.S., Keyes, P.L., Bill, C.H., II, Kopia, G. and Lucchesi, B.: Do catecholamines play a physiological role in the maintenance of the rabbit corpus luteum? Society for the Study of Reproduction, 1983.

77.   Patterson, E., Shlafer, M., Walden, K.M., Montgomery, D.G., and Lucchesi, B.R.: Depression of cardiac mitochrondrial respiratory activity by chronic amiodarone treatment - Reversal by T3. Circulation <u>68</u>: III-66, 1983.

78.   Patterson, E. and Lucchesi, B.R.:  Quinidine gluconate in chronic myocardial ischemic injury - Differential effects in response to programmed stimulation and acute myocardial ischemia in the dog. Circulation <u>68</u>: III-155, 1983.

79.   Jolly, S.R., Kane, W.J., Bailie, M.B., Abrams, G.D. and Lucchesi, B.R.:  Reduction of reperfusion injury after canine myocardial ischemia by superoxide dismutase plus catalase. Circulation <u>68</u>: III-185, 1983.

80.   Driscoll, E.M., Schumacher, W.A., Kunkel, S.L., Buda, A.J., Wilber, D.J., and Lucchesi, B.R.: Effects of neutrophil and platelet depletion on coronary artery thrombosis in conscious dogs. Fed. Proc. <u>43</u>: 409, 1984.

81.   Lynch, J.J., Wilber, D.J., Montgomery, D.G. and Lucchesi, B.R.:   Antiarrhythmic/ antifibrillatory actions of the optical isomers of sotalol in the conscious postinfarction canine heart. Fed. Proc. <u>43</u>: 3259, 1984.

82.   Hook, B.G., Lee, D.L., Schumacher, W.A., Jolly, S.R., and Lucchesi, B.R.:  Experimental coronary artery thrombosis:  Actions of the thromboxane synthetase inhibitor, U63557A.  Fed. Proc. <u>43</u>: 296, 1984.

83.   Mitsos, S.E., Jackson, C.V., Driscoll, E.M. and Lucchesi, B.R.:  The effect of bepridil on irreversible myocardial ischemic injury. Fed. Proc. <u>43</u>: 1486, 1984.

84.   Jackson, C.V., Simpson, P.J. and Lucchesi, B.R.:   Effects of bepridil on global ischemia/reperfusion-induced injury of the isolated blood perfused cat heart. Fed. Proc. 43: 1485, 1984.

85.   Jolly, S.R. and Lucchesi, B.R.:   Reduction of regional segmental function by intracoronary leukotrine $C_4$ ($LTC_4$) in the dog. Fed. Proc. 43: 298, 1984.

86.   Schumacher, W.A., Lee, E.C. and Lucchesi, B.R.:   Streptokinase (SK) thrombolysis in dogs: Potentiation by heparin (H) and prostacyclin ($PGI_2$). Fed. Proc. 43: 297, 1984.

87.   Buda, A.J., Schumacher, W.A., Pasyk, S., Pitt, B. and Lucchesi, B.R.:   Comparison of regional left ventricular dysfunction following mechanical and thrombotic coronary occlusion. Clin. Res. 32: 153A, 1984.

88.   Mitsos, S.E., Walden, K.M., Abrams, G.D., Schork, M.A. and Lucchesi, B.R.:   Myocardial reperfusion injury:   Protection by free radical scavenger, N-2-mercaptopropionyl glycine. Circulation 70: II-259, 1984.

89.   Wilber, D.J., Lynch, J.J., Pitt, B. and Lucchesi, B.R.:   Electrophysiologic changes in acute ischemia: Role of alpha-1 adrenergic mechanisms. Circulation 70:   II-226, 1984.

90.   Wilber, D.J., Lynch, J.J., Pitt, B. and Lucchesi, B.R.:   Protective effect of alpha-1 blockade in a conscious canine model of sudden death. Circulation 70: II-179, 1984.

91.   Werns, S., Shea, M., Driscoll, E., Cohen, C., Pitt, B. and Lucchesi, B.R.:   Superoxide dismutase but not catalase protects reperfused ischemic myocardium.   J. Am. Coll. Cardiol. 5: 489, 1985.

92.   Werns, S.W., Shea, M.J., Driscoll, E.M., Mitsos, S.E., Fantone, J.C., Pitt, B. and Lucchesi, B.R.:   Effect of xanthine oxidase inhibition on canine myocardial ischemia.   Clin. Res. 33(2): 237A, 1985.

93.   Lucchesi, B.R., Lee, E.C. and Schumacher, W.A.:   Coronary flow responses to platelet activating factor: Release of a platelet-derived coronary artery vasodilator. Fed. Proc. 44: 1100, 1985.

94.   Simpson, P.J., Liddicoat, J.R., Ventura, A., Abrams, G.D. and Lucchesi, B.R.:   Canine regional myocardial ischemia and reperfusion: Effects of $PGI_2$ on infarct size.  Fed. Proc. 44: 1891, 1985.

95.   Driscoll, E.M., Werns, S.W., Shea, M.J., Mitsos, S.E., Fantone, J.C. and Lucchesi, B.R.: Effect of allopurinol on canine myocardial ischemia. Fed. Proc. 44: 731, 1985.

96.   Montgomery, D.G., Ventura, A., Lynch, J.J., and Lucchesi, B.R.:   Antiarrhythmic and electrophysiologic actions of bepridil in chronically infarcted conscious canines. Fed. Proc. 44: 899, 1985.

97.   Mickelson, J., Jackson, C.V. and Lucchesi, B.R.:   Preservation of myocardial performance after exposure to free radicals. Fed. Proc. 44: 731, 1985.

98.   Lynch, J.J., Coskey, L.A., Montgomery, D.G., and Lucchesi, B.R.:   Prevention of ventricular fibrillation by dextrorotatory sotalol in a conscious canine model of sudden coronary death. Fed. Proc. 44: 712, 1985.

99. Jackson, C.V., Mickelson, J. and Lucchesi, B.R.: Electrolysis and its effects on the myocardial performance of the isolated Langendorff-Perfused rabbit heart. Fed. Proc. 44: 731, 1985.

100. Mitsos, S., Lucchesi, B.R., and Fantone, J.: Modulation of hemoprotein-$H_2O_2$ mediated peroxidation reactions by sulfhydryl compounds. Relation to myocardial infarction. Fed. Proc. 44: 1839, 1985.

101. Werns, S., Eller, B., Shea, M., Ventura, A., Simpson, P., Dysko, R., Pitt, B. and Lucchesi, B.: Salvage of reperfused ischemic myocardium by CI-922, a new lipoxygenase inhibitor. Circulation 72: III-63, 1985.

102. Simpson, P.J., Smith, C.B., Jr. and Lucchesi, B.R.: Canine coronary artery thrombosis: Decreased incidence of occlusion after CGS 13080, a thromboxane synthetase inhibitor. Circulation 72: III-69, 1985.

103. Mitsos, S.E., Askew, T.E., Fantone, J.C., Kunkel, S.L., and Lucchesi, B.R.: Protective effects of N-2-mercaptopropionyl glycine (MPG) against myocardial reperfusion injury following neutrophil depletion in the dog. Circulation 72: III-120, 1985.

104. Jackson, C.V., Driscoll, E.M., Pope, T.K. and Lucchesi, B.R.: PAF in platelet-mediated coronary artery vasodilation. Circulation 72: III-190, 1985.

105. DiCarlo, L., Lynch, J., Montgomery, D. and Lucchesi, B.: Effect of flecainide acetate on induced ventricular tachycardia and ventricular fibrillation in dogs with recent myocardial infarction. Circulation 72: III-350, 1985.

106. Werns, S., Shea, M., Ventura, A., Vaprociyan, A., Lynch, J., Phan, S., Buda, A., Pitt, B. and Lucchesi, B.: Superoxide dismutase does not cause scar thinning after myocardial infarction. Circulation 72: III-350, 1985.

107. Simpson, P.J., Smith, C.B., Jr., Mickelson, J., Gallas, M. and Lucchesi, B.R.: Canine myocardial infarct size reduction by iloprost or $PGE_1$: Modification of neutrophil function and reduced myocardial oxygen demand. Fed. Proc. 45(3): 196, 1986.

108. Jackson, V., Pope, T., Driscoll, E. and Lucchesi, B.: Canine, but not human platelets, release a coronary vasodilator substance in response to platelet activating factor. Fed. Proc. 45(3): 658, 1986.

109. Mickelson, J., Yashar, A., Gallas, M. and Lucchesi, B.: Effect of acetyl glyceryl ether phosphorylcholine on rabbit isolated hearts after in vivo ischemia and reperfusion. Fed. Proc. 45(3): 685, 1986.

110. Nelson, S.D., Lynch, J.J., Montgomery, D.G., Huante, D.M. and Lucchesi, B.R.: Lack of concordance between the antiarrhythmic and antifibrillatory actions of UM-424, a quaternary ammonium analogue of propranolol. Fed. Proc. 45(4): 803, 1986.

111. Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.: Effect of calcium entry blockade on vulnerability of infarcted canine myocardium toward ventricular fibrillation. Fed. Proc. 45(4): 804, 1986.

112. Driscoll, E., Jackson, V., Pope, T. and Lucchesi, B.: Effects of the calcium entry blocker, Anipamil, on thrombus formation in the canine coronary artery. Fed. Proc. 45(4): 808, 1986.

113. Gallas, M., Mickelson, J., Simpson, P., Smith, C. and Lucchesi, B.: Thromboxane synthetase inhibitor improves coronary blood flow after streptokinase induced thrombolysis. Fed.

Proc. 45(4): 963, 1986.

114. Kou, W., Nelson, S., Lynch, J., DiCarlo, L., Montgomery, D. and Lucchesi, B.: Effects of flecainide acetate on ventricular tachycardia induction and ventricular fibrillation prevention in a conscious canine myocardium toward ventricular fibrillation. Fed. Proc. 45: 803, 1986.

115. Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.: Cardiac electrophysiologic actions of SCH 19927 (Dilevalol), the R-R-isomer of labetalol. J. Mol. Cell. Cardiol. 18: I-281, 1986.

116. Nelson, S.D., Lynch, J.J., MacEwen, S. and Lucchesi, B.R.: Antifibrillatory actions of left stellectomy in digitalis mediated malignant ventricular arrhythmias. Circulation 74: II-30, 1986.

117. Mickelson, J.K., Gallas, M.T. and Lucchesi, B.R.: Effect of reperfusion duration on platelet-acitvating factor induced mediator release from rabbit hearts. Clin. Res. 34:945A, 1986

118. Werns, S.W., Simpson, P.J., Mickelson, J.K., Gallagher, K.P., Shea, M.J., Pitt, B. and Lucchesi, B.R.: Salvage of reperfused ischemic canine myocardium by superoxide dismutse. Clin. Res. 34: 354A, 1986.

119. Lee, E.C., Schumacher, W.A. and Lucchesi, B.R.: Coronary flow responses to platelet activating factor: Release of a platelet-derived coronary artery vasodilator. Clin. Res. 34: 931A, 1986.

120. Walden, K.M., Mitsos, S.E., Abrams, G.D., Schork, M.A. and Lucchesi, B.R.: Myocardial reperfusion injury: Protection by a free radical scavenger N-2-Mercaptoproprionyl glycine. Clin. Res. 34: 936A, 1986.

121. Werns, S., Simpson, P., Gallagher, K., Mickelson J., Shea, J., Pitt, B. and Lucchesi, B.: Effect of superoxide dismutase on leukocyte accumulation and infarct size after myocardial ischemia-reperfusion. Circulation 74: II-347, 1986.

122. Simpson, P.J., Smith, C.B., Jr., Mickelson, J., Fantone, J.C., Gallagher, K.P. and Lucchesi, B.R.: Iloprost inhibits neutrophil function in vitro and in vivo and limits experimental canine myocardial infarction. Circulation 74: II-373, 1986.

123. Shea, M.J., Simpson, P.J., Werns, S.W., Buda, A.J., Alborzy-Khaghany, A.S., Hoff, P.T., Pitt, B. and Lucchesi, B.R.: Effect of neutrophil depletion on recovery of "stunned" myocardium. Clin. Res. 35: 327A, 1987.

124. Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.: Effects of heparin and intravenous tissue plasminogen activator or streptokinase in a canine model of coronary artery thrombosis. Clin. Res. 35: 305A, 1987.

125. Simpson, P.J., Mickelson, J., Fantone, J.C., Gallagher, K.P. and Lucchesi, B.R.: Sustained myocardial protection by iloprost with prolonged infusion in a canine model of temporary regional ischemia. Fed. Proc. 4: 1144, 1987.

126. Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.: Thrombolysis and systemic fibrinolytic effects of intravenous tissue plasminogen activator and streptokinase in a canine model of coronary artery thrombosis. Fed. Proc. 4: 949, 1987.

127. Söhngen, W., Winbury, M.M., Kitzen, J.M., Venutra, A., and Lucchesi, B.R.: Clonidine coronary vasodilation in the intact canine is mediated through $H_2$ receptors. Circulation 76: IV-46, 1987.

128. Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.: Thromboxane synthetase inhibitor CGS

13080 prevents hemodynamic changes and mediator release from infarcted rabbit isolated hearts. Circulation 76: IV-202, 1987.

129. Werns, S.W., Grum, C., Ventura, A. and Lucchesi, B.R.:   Effects of allopurinol or oxypurinol on myocardial reperfusion injury. Circulation 76: IV-197, 1987.

130. Lynch, J.J., Simpson, P.J., Gallagher, K.P., McClanahan, T.B., Lee, K.A. and Lucchesi, B.R.: Increase in experimental infarct size with digoxin in a canine model of myocardial reperfusion injury. Circulation 76: IV-228, 1987.

131. Tamura, Y., Driscoll, E.M., Senyshyn, J.C., Phan, S.H., and Lucchesi, B.R.: Effects of polyethylene glycol-superoxide dismutase on myocardial infarct size and scar formation in the canine heart. Circulation 76: IV-200, 1987.

132. Simpson, P.J., Mickelson, J.K., Todd, III, R.F., Fantone, J.C., III, Griffin, J.D. and Lucchesi, B.R.: Reduction of experimental canine myocardial ischemia and reperfusion injury by a monoclonal antibody (anti-Mo1) that inhibits leukocyte adhesion. Circulation 76: IV-201, 1987.

133. Simpson, P.J., Todd, III, R.F., Fantone, J.C., Mickelson, J.K., Griffin, J.D. and Lucchesi, B.R.: Reduction of experimental canine myocardial reperfusion injury by a monoclonal antibody (anti-Mo1, anti-CD11b) that inhibits leukocyte adhesion. Clin. Res. 35: 878A, 1987.

134. Kitzen, J.M., Werns, S.W., Ventura, A., Brosamer, K. and Lucchesi, B.R.: Preservation of myocardial function by polyethylene glycol conjugated superoxide dismutase (PEG-SOD) following global ischemia in the isolated blood perfused cat heart. FASEB J. 2: A918, 1988.

135. Uprichard, A.C.G., Frye, J., Kitzen, J.M., Lucchesi, B.R. and Lynch, J.J.: Effects of pimobendan (UD-CG 115 BS), a novel inotropic agent, on arrhythmias and mortality after experimental myocardial infarction. FASEB J. 2: A365, 1988.

136. Simpson, P.J., Todd, R.F., Mickelson, J.K., Fantone, J.C., Gallagher, K.P., Tamura, Y., Lee, K.A., Kitzen, J.M. and Lucchesi, B.R.: Sustained limitation of myocardial reperfusion injury by a monoclonal antibody that inhibits leukocyte adhesion. FASEB J. 2: A1237, 1988.

137. Söhngen, W., Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.: Thrombolytic efficacy and systemic fibrinolysis depend upon dosing mode of recombinant single-chain urokinase-type plasminogen activator in a canine model of coronary artery thrombosis. FASEBJ. 2: A390, 1988.

138. Venkatesh, N., Lynch, J.J., Uprichard, A.C.G., Kitzen, J.M., Singh, B.N., and Lucchesi, B.R.: Anti-arrhythmic and anti-fibrillatory effects of hypothyroidism in a conscious canine model of sudden coronary death. Circulation 78: II-639, 1988.

139. Simpson, P.J., Mickelson, J.K., Cronin, M., Laywell, E.D., Hoff, P.T., and Lucchesi, B.R.: Monoclonal F(ab')$_2$ that binds to platelet GPIIb/IIIa receptor prevents experimental coronary artery thrombosis. Circulation 78: II-80, 1988.

140. Mickelson, J.K., Simpson, P.J., Cronin, M., Laywell, E.D., Homeister, J.W., Kitzen, J.M. and Lucchesi, B.R.: Antiplatelet antibody [7E3 F(ab')$_2$] prevents rethrombosis after tissue-type plasminogen activator induced coronary artery thrombolysis in a canine model. J. Am. Coll. Cardiol. 13: 32A, 1989.

141. Hoff, P.T., Homeister, J.W., Wick, P.F. and Lucchesi, B.R.: Evidence for glyburide mediated potassium channel blockade in vascular smooth muscle. FASEB 3: A897, 1989.

142. Chi, L., Tamura, Y., Hoff, P. and Lucchesi, B.R.: The effect of PEG-SOD on myocardial infarct size in the canine heart after 6 hrs of regional ischemia and reperfusion. FASEB 3: A742,

1989.

143. Homeister, J.W., Hoff, P.T., Fantone, J.C., Fletcher, D.D. and Lucchesi, B.R.: Adenosine and lidocaine in combination limit myocardial reperfusion injury in a canine model. FASEB 3: A742, 1989.

144. Werns, W.S., Ventura, A., Hahn, R.A. and Lucchesi, B.R.: Effects of two xanthine oxidase inhibitors, amflutizole and oxypurinol, on canine myocardial infarction. FASEB 3: A1021, 1989.

145. Kitzen, J.M. and Lucchesi, B.R.: Retrograde bleeding (RGB) reduces variability in infarct size (IS) and enhances incidence and severity of ischemia in the canine heart. FASEB 3: A742, 1989.

146. Deutsch, N., Hantler, C.B., Tait, A.R., Uprichard, A., Lucchesi, B.R., Knight, P.R.: Electrophysiologic effects of halothane (H) and isoflurane (I) in a canine model of chronic infarction. FASEB 3: A1168, 1989.

147. Mickelson, J.K., Simpson, P.J., Cronin, M., Hoff, P.T., Homeister, J.W., Lee, K.A., Todd, R.F. and Lucchesi, B.R.: Monoclonal 904 F(ab')$_2$ binds leukocyte Mo1 receptor preventing neutrophil endothelial adhesion during canine coronary artery thrombosis. J. Mol. Cell. Cardiol. 21: S174, 1989.

148. Uprichard, A.C.G., Chi, L., Driscoll, E.M. and Lucchesi, B.R.: Pinacidil is proarrhythmic in a conscious canine model of sudden death. J. Mol. Cell. Cardiol. 21: S13, 1989.

149. Chi, L., Uprichard, A.C.G. and Lucchesi, B.R.: Failure of glibenclamide to protect against ischemic ventricular fibrillation in a canine model of myocardial infarction. J. Mol. Cell. Cardiol. 21: S89, 1989.

150. Li, G., Vasquez, J.A., Gallagher, K.P. and Lucchesi, B.R.: Preconditioning with single or multiple brief coronary artery occlusions limits infarct size. J. Mol. Cell. Cardiol. 21: S161, 1989.

151. Kitzen, J.M., Chi, L., Uprichard, A.C.G. and Lucchesi, B.R.: Limited role of thromboxane in postinfarction arrhythmias. J. Mol. Cell. Cardiol. 21: S26, 1989.

152. Homeister, J.W., Hoff, P., Fletcher, D., Fantone, J., Gallagher, K. and Lucchesi, B.R.: Combined adensoine and lidocaine administration limits myocardial reperfusion injury. J. Mol. Cell. Cardiol. 21: S122, 1989.

153. Sisson, J.C., Wieland, D.M., Johnson, J.W., Bolgos, G.L., Malak, T.A., VanDort, M.E., Gildersleeve, D.L., Anderson, H.L., Driscoll, E. and Lucchesi, B.R.: Scintigraphy of adrenergic receptors and neurons in myocardial infarcts. J. Nucl. Med. 30: 767, 1989.

154. Hoff, P.T., Mickelson, J.K., Homeister, J.W. and Lucchesi, B.R.: Aspirin inhibits thrombus formation and stabilizes blood flow in a model of coronary artery injury. Clin. Res. 37: 879A, 1989.

155. Werns, S.W., Ventura, A., Li, G.C. and Lucchesi, B.R.: Amflutizole, a xanthine oxidase inhibitor, does not attenuate myocardial stunning in the canine heart. Clin. Res. 37: 892A, 1989.

156. Homeister, J.W., Mickelson, J.K., Hoff, P.T. and Lucchesi, B.R.: Recombinant hirudin reduces the incidence of thrombosis in the canine coronary artery. Clin. Res. 37: 879A, 1989.

157. Lucchesi, B.R. and Tamura, Y.: Part III: Preclinical and Clinical Experience with Amlodipine: Cardioprotective effects of amlodipine in the ischemic-reperfused heart. Am. Heart

J. 118(5): 1121, 1989.

158. Mickelson, J.K., Cronin, M., Lee, K., Almassey, S. and Lucchesi, B.R.: Prostacyclin analog maintains blood flow despite intracoronary thrombus formation in a canine model. J. Am. Coll. Cardiol. (accepted for presentation), 1989.

159. Li, G.C., Vasquez, J.A., Gallagher, K.P. and Lucchesi, B.R.: Ischemic preconditioning requires only one, five minute coronary artery occlusion. Circulation 80: II-240, 1989.

160. Homeister, J.W., Mickelson, J.K., Hoff, P.T. and Lucchesi, B.R.: Recombinant hirudin prevents thrombosis in the canine coronary artery. Circulation 80: II-421, 1989.

161. Werns, S., Ventura, A., Li, G.C. and Lucchesi, B.R.: Amflutizole, a xanthine oxidase inhibitor, does not attenuate myocardial stunning in the canine heart. Circulation 80: II-295, 1989.

162. Buckmaster, M.J., Werns, S.W., Shlafer, M., Lucchesi, B.R. and Fantone, J.C.: Inhibition of sarcoplasmic reticulum $Ca^{2+}/Mg^{2+}$-dependent ATPase by myoglobin-hydrogen peroxide. FASEB J. 4: A1217, 1990.

163. Hoff, P.T., Mickelson, P.T., Homeister, J.W. and Lucchesi, B.R.: Aspirin prevents thrombotic occlusion but not platelet adhesion in a canine model of coronary artery injury. FASEB J. 4: A1028, 1990.

164. Chi, L., Uprichard, A.C.G. and Lucchesi, B.R.: Profibrillatory actions of pinacidil in the postinfarcted canine heart. FASEB J. 4: A1005, 1990.

165. Mu, D.-X., Chi, L., Driscoll, E.M. and Lucchesi, B.R.: Antifibrillatory actions of CK-3579 and sematilide in the postinfarcted canine heart. FASEB J. 4: A1005, 1990.

166. Satoh, P.S., Homeister, J.W., Staples, D.J., Lund, J., Li, G. and Lucchesi, B.R.: Antibody to synthetic c-terminus heart shock protein (HSP-70) peptide. Immunohistochemical localization of HSP-70 in ischemic canine heart. FASEB J. 4: A1031, 1990.

167. Homeister, J.W., Satoh, P.S., and Lucchesi, B.R.: Effects of thiol compounds on complement mediated hemolysis *in vitro*. FASEB J. 4: A357, 1990.

168. Hoff, P.T., Mickelson, J.K., Homeister, J.W. and Lucchesi, B.R.: Should high dose intravenous aspirin replace low dose oral aspirin in acute coronary vascular injury? Clin. Res. 38: 964A, 1990.

169. Homeister, J.W., Satoh, P.S. and Lucchesi, B.R.: Complement activation in the isolated heart — Protection by FUT-175 (Nafamostat). Circulation 82: III-148, 1990.

170. Chi, L., Mu, D.-X. and Lucchesi, B.R.: Electrophysiologic and antiarrhythmic actions of E-4031 in the experimental animal model and isolated atrial tissue. Circulation 82: III-638, 1990.

171. Kou, W.H., Chi, L. and Lucchesi, B.R.: Rate of coronary reperfusion influences the development of ventricular fibrillation. Circulation 82: III-641, 1990.

172. Mickelson, J.K., Cronin, M., Lee, K. and Lucchesi, B.R.: Prostacyclin analog maintains blood flow despite intracoronary thrombus formation in a canine model. Presented at the Am. Heart Assoc. meeting in Durango, CO; August 8-11, 1990.

173. Mickelson, J.K., Cronin, M., Hoff, P.T., Homeister, J.W., Simpson, P.J., Todd, R.F. III and Lucchesi, B.R.: Anti-CD11b/CD18 F(ab')$_2$ binding leukocyte Mol receptor does not prevent

rethrombosis after intracoronary streptokinase in a canine model. Clin. Res. 39: 238A, 1991.

174. Walsh, D.G., Bates, E.R., Mu, D.-X. and Lucchesi, B.R.: Pacification of coronary artery thrombosis after deep arterial injury by the antiplatelet glycoprotein IIb/IIIa 7E3 antibody. Clin. Res. 39: 197A, 1991.

175. Hoff, P.T., Mickelson, J.K., Homeister, J.W. and Lucchesi, B.R.: High dose intravenous aspirin vs low dose intravenous or oral aspirin in experimental coronary vascular injury. J. Am. Coll. Cardiol. 17: 144A, 1991.

176. Cunningham, M.R., Mu, D.-X., Driscoll, E.M., Moon, S.D., Schwaiger, M., Fantone, J.C., Nedelman, M.A. and Lucchesi, B.R.: Indium-antimyosin and thallium distribution in myocardial tissues — Eight weeks postinfarction. FASEB J. 5: A1046, 1991.

177. Chi, L., Kuo, P.I., Cunningham, M.R. and Lucchesi, B.R.: Profibrillatory action of pinacidil and potassium channel activation. FASEB J. 5: A495, 1991.

178. Black, S.C., Chi, L., Mu, D.-X. and Lucchesi, B.R.: Electrophysiologic and antifibrillatory activity of UK-68798, A Class III antiarrhythmic agent. FASEB J. 5: A1215, 1991.

179. Homeister, J.W., Satoh, P.S. and Lucchesi, B.R.: Complement activation directly mediates myocyte damage in the perfused isolated heart. FASEB J. 5: 1635, 1991.

180. Schwaiger, M., Cunningham, M., Moon, S., Mu, D., Driscoll, E., Petry, N., Nedelman, M. and Lucchesi, B.R.: Sustained uptake of In-111 antimyosin in infarcted canine myocardium. For presentation at the Society of Nuclear Medicine 38th Annual Meeting, Cincinnati, Ohio, June 11-14, 1991.

181. Asselbergs, F.A.M., Bürgi, R., Heim, J., van Oostrum, J., Agnelli, C. and Lucchesi, B.R.: Biochemical and biological characterization of $K_2$tuPA, a hybrid plasminogen activator. Thromb. Haemostas. 65: 779, 1991.

182. Walsh, D.G., Bates, E.R., Mu, D.-X., Nedelman, M.A. and Lucchesi, B.R.: Coronary artery thrombosis after deep arterial injury: Pacification by the anti-platelet glycoprotein IIb/IIIa 7E3 antibody. Eur. Heart J. 12: 390, 1991.

183. Lucchesi, B.R.: New drugs in cardiovascular medicine. Jpn. J. Clin. Pharmacol. Ther., 22: 345, 1991.

184. Homeister, J.W., Satoh, P.S. and Lucchesi, B.R.: Soluble human CR1 prevents human complement-mediated damage in the rabbit perfused isolated heart. Circulation 84: II-83, 1991.

185. Fagbemi, S.O., Black, S.C., Chi, L., Cunningham, M.R. and Lucchesi, B.R.: Pinacidil- and phorbol 12,13-dibutyrate-induced ventricular fibrillation: Antagonism by glybenclamide. Circulation 84: II-502, 1991.

186. Cunningham, M.R., Yamada, N., Kumagai, H. and Lucchesi, B.R.: Prevention of experimental coronary artery thrombosis — Effects of beraprost. Circulation 84: II-599, 1991.

187. Walsh, D., Rote, W., Bates, E., Mu, D.-X., Nedelman, M. and Lucchesi, B.: The 7E3 glycoprotein IIB/IIIa antibody prevents reocclusion and death post-tPA-induced thrombolysis in a chronic canine model of coronary thrombosis. J. Am. Coll. Cardiol. 19: 330A, 1992.

188. Kou, W.H., Mu, D.-X. and Lucchesi, B.R.: Reperfusion ventricular fibrillation — Is washing out of the ischemic metabolites from the ischemic myocardium an important trigger? J. Am. Coll. Cardiol. 19: 27A, 1992.

189. Cunningham, M.R., Driscoll, E.M., Mu, D.-X., Fantone, J.C., Patton, L.M., Kirschenheuter, G.P. and Lucchesi, B.R.: Infarct size reduction in experimental myocardial infarction — Assessment of an elastase inhibitor. FASEB J. 6: A1061, 1992.

190. Rote, W.E., Walsh, D.G., Bates, E.R., Mu, D.X., Nedelman, M.A., Lucchesi, B.R.: Comparison of 7E3 F(ab')2 antibody with hirudin after rt-PA induced thrombolysis in a chronic model of coronary thrombosis. FASEB J. 6: A1877, 1992.

191. Fagbemi, S.O., Chi, L., Lucchesi, B.R.: Antifibrillatory and profibrillatory actions of selected Class I antiarrhythmic agents. FASEB J. 6: 1863, 1992.

192. Lucchesi, B.R.: Complement, neutrophils and oxygen radicals in myocardial-ischemia reperfusion injury. J. Mol. Cell. Cardiol. (submitted), 1992.

193. Rote, W.E., Mu, D.-X. and Lucchesi, B.R.: The thromboxane receptor antagonist, BAY U3405, prevents arterial thrombosis, but not rethrombosis, in a canine model. J. Mol. Cell. Cardiol. 24(suppl III):S65, 1992.

194. Black, S.C., Driscoll, E.M. and Lucchesi, B.R.: Inhibition of platelet-activating factor fails to limit ischemic and reperfusion-induced myocardial injury. J. Mol. Cell. Cardiol. 24(suppl III):S14, 1992.

195. Rote, W.E., Davis, J.H. and Lucchesi, B.R.: Prevention of carotid artery thrombosis with SC 4992, a platelet GP IIb/IIIa receptor antagonist. J. Mol. Cell. Cardiol. 24(suppl III):S65, 1992.

196. Rote, W.E., Mu, D.-X., Bates, E.R., Walsh, D.G., Nedelman, M.A. and Lucchesi, B.R.: Prevention of coronary rethrombosis after rt-PA: 7E3 F(ab')2 vs r-hirudin. Circulation 86: I-410, 1992.

197. Tschopp, J.F., Driscoll, E.M., Mu, D.-X., Black, S.C., Pierschbacher, M.D. and Lucchesi, B.R.: Inhibition of reocclusion and acceleration of thrombolysis by an RGD peptide without bleeding time prolongation. Blood 80(Suppl 1): 320A, 1992.

198. Markland, F.S., Trikha, M., Rote, W.E., Manley, P.J. and Lucchesi, B.r.: Snake venom disintegrins with high affinity for the human platelet integrin receptor GPIIb/IIIa. Presented at the Third IBC International Symposium: Advances in Anticoagulant, Antithrombotic and Thrombolytic Drugs, October 21-23, 1992; Boston, MA.

199. Werns, S.W., Rote, W.E., Davis, J.H. and Lucchesi, B.R.: Nitroglycerin inhibits re-occlusion after thrombolysis. J. Am. Coll. Cardiol. 21: 277A, 1993.

200. Rote, W.E., Nedelman, M.A., Mu, D.-X., Manley, P.J., Weisman, H., Cunningham, M.R. and Lucchesi, B.R.: Efficacy of chimeric Fab fragment 7E3 (c7E3) versus aspirin and heparin for the prevention of carotid thrombosis in a non-human primate. J. Am. Coll. Cardiol. 21: 109A, 1993.

201. Friedrichs, G.S., Kilgore, K.S., Chi, L., Ryan, U.S. and Lucchesi, B.R.: Protective effects of the Monsanto SOD-mimetic on ischemia-reperfusion injury in the primate isolated heart. FASEB J. 7: A425, 1993.

202. Uprichard, A.C.G., Chi, L. and Lucchesi, B.R.: Time-dependent conversion of big-endothelin by polymorphonuclear leukocytes as assessed in the rabbit isolated, perfused heart. FASEB J. 7: A343, 1993.

203. Chi, L., Friedrichs, G.S., J.Y. Oh and Lucchesi, B.R.: Opposing effects of adenosine A1 and A2 receptor subtypes on ventricular fibrillation in the hypoxic/reoxygenated isolated rabbit heart. FASEB J. 7: A106, 1993.

204. Kilgore, K.S., Kupina, N.C. and Lucchesi, B.R.: Localization of the membrane attack complex of human complement in the rabbit perfused isolated heart. FASEB J. 7: A594, 1993.

205. Lucchesi, B.R., Mu, D.-X. and Rote, W.E.: Platelet GPIIb/IIIa antagonist, SC-49992, prevents coronary artery thrombosis in a chronic canine model. FASEB J. 7: A209, 1993.

206. Rote, W.E., Nedelman, M.A., Mu, D.-X., Manley, P.J., Weisman, H., Cunningham, M.R. and Lucchesi, B.R.: Chimeric Fab fragment 7E3 (c7E3) vs. aspirin and heparin for the prevention of carotid thrombosis in a non-human primate. FASEB J. 7: A209, 1993.

207. Rote, W.E., Davis, J.H. and Lucchesi, B.R.: Oral administration of a tripeptide thrombin inhibitor in a canine model of combined coronary artery and jugular vein thrombosis. Pharmacologist 35: 179, 1993.

208. Lucchesi, B.R., Nedelman, M.A., Mu, D.-X., Manley, P.J., Weisman, H., Cunningham, M.R. and Rote, W.E.: Chimeric Fab fragment 7E3 (c7E3) vs. aspirin and heparin for the prevention of carotid thrombosis. Pharmacologist 35: 206, 1993.

209. Black, S.C., Butterfield, J.L., and Lucchesi, B.R.: Antifibrillatory and antiarrhythmic effects of the potassium channel modulator NE-00164. Pharmacologist 35: 179, 1993.

210. Bush, L.R., Lister-James, J., Dean, R.T., Rote, W.E. and Lucchesi, B.R.: Antithrombotic effects of GPIIb/IIIa antagonists. Pharmacologist 35: 207, 1993.

211. Rote, W.E., Nedelman, M.A., Mu, D.X., Manley, P.J., Weisman, H.F., Cunningham, M.R. and Lucchesi, B.R.: Prevention of carotid artery thrombosis--Effects of c7E3 FAB, aspirin and/or heparin in *Cynomolgus* monkeys. Cardiovasc. Drugs Ther., 7(Suppl 2): 459, 1993.

212. Rote, W.E., Mu, D.-X., Mousa, S.A., Reilly, T.M., Lucchesi, B.R.: DMP728, a GPIIb/IIIa antagonist, enhances rT-PA-induced coronary thrombolysis and prevents rethrombosis in a chronic canine model. Circulation 88: I-458, 1993.

213. Lucchesi, B.R., Friedrichs, G.S., Kilgore, K.S. and Manley, P.J.: Effects of heparin and N-acetylheparin on ischemia/reperfusion induced alterations in myocardial function in the rabbit isolated heart. FASEB J. 8: A129, 1994.

214. Chi, L., Khanuja, N.K., Friedrichs, G.S., Green, A.L. and Lucchesi, B.R.: Catecholamine dependent effect of adenosine-induced ventricular fibrillation in the rabbit isolated heart. FASEB J. 8: A78, 1994.

215. Friedrichs, G.S., Chi, L., Gralinski, M.R., Johnson, C.R., Basler, G.C., Mu, D.-X., Pewitt, S.R. and Lucchesi, B.R.: Ventricular fibrillation in a conscious canine model of sudden cardiac death: Effects of MS-551, a multiple dose regimen. FASEB J. 8: A78, 1994.

216. Black, S.C., Gralinski, M.R., Friedrichs, G.S., Kilgore, K.S., Driscoll, E.M. and Lucchesi, B.R.: Cardioprotective effects of N-acetylheparin (NHEP) in a canine model of ischemia and reperfusion injury. FASEB J. 8: A559, 1994.

217. Driscoll, E.M., Black, S.C., Schasteen, C.S., Weiss, R.H., Riley, D.P. and Lucchesi, B.R.: Inhibition of *in vivo* myocardial ischemic and reperfusion injury by a synthetic superoxide dismutase (SOD) mimetic. FASEB J. 8: A606, 1994.

218. Kilgore, K.S., Gralinski, M.R. and Lucchesi, B.R.: Effect of complement activation on neutrophil-mediated injury in the rabbit isolated heart. FASEB J. 8: A325, 1994.

219. Rote, W.E., Davis, J.H., Mousa, S.A., Reilly, T.M. and Lucchesi, B.R.: Antithrombotic effects of DMP728, a fibrinogen receptor (platelet GPIIb/IIIa) antagonist. FASEB J. 8: A640, 1994.

220. Campau, P.A., Kilgore, K.S. and Lucchesi, B.R.: Complement-mediated neutrophil adhesion in the rabbit isolated heart. FASEB J. 8: A321, 1994.

221. Gralinski, M.R., Black, S.C., Kilgore, K.S., Chou, A.Y., DeNardis, M. and Lucchesi, B.R.: Cardioprotective effects of ranolazine (RS-43285) on isolated rabbit hearts during ischemia/reperfusion. FASEB J. 8: A559, 1994.

222. Green, A.L., Friedrichs, G.S., Chi, L. and Lucchesi, B.R.: Antifibrillatory effects of clofilium in the rabbit isolated heart. FASEB J. 8: A78, 1994.

223. Markland, F.S., Friedrichs, G.S. Pewitt, S.R. and Lucchesi, B.R.: Thrombolytic effects of fibrolase in a canine model of carotid artery thrombosis. Submitted to the XII International Congress on Fibrinolysis; Leuven, Belgium; September 18-22, 1994.

224. Sudo, Y. and Lucchesi, B.R.: Inhibition of platelet GPIIb/IIIa receptor with monoclonal antibody [7E3-F(ab')2] prevents arterial, but not venous rethrombosis. Circulation 90: I-181, 1994.

225. Gralinski, M.R., Black, S.C., Kilgore, K.S., Campau, P.A., Stancato, L.F., Pratt, W.B. and Lucchesi, B.R.: In vivo heat stress protects against complement-mediated injury in the isolated rabbit heart. Circulation 90: I-537, 1994.

226. Park, J.L., Kilgore, K.S., Musser, J.H. and Lucchesi, B.R.: Reduction of myocardial infarct size in the rabbit by a carbohydrate analog of Sialyl Lewis^X. FASEB J. 9: A9, 1995.

227. Gralinski, M.R., Friedrichs, G.S., Driscoll, E.M. and Lucchesi, B.R.: Effects of a single administration of heparin or N-acetylheparin (NHEP) two hours before regional ischemia and reperfusion in a canine model of irreversible myocardial injury. FASEB J. 9: A9, 1995.

228. Friedrichs, G.S., Black, S.C., Chi, L., Mu, D.-X., Pewitt, S.R. and Lucchesi, B.R.: The KATP channel antagonist 5-hydroxydecanoate fails to protect against ventricular fibrillation in a conscious canine model of sudden cardiac death. FASEB J. 9: A605, 1995

229. Chi, L., Friedrichs, G.S., Park, J.L., Banglawala, Y.A., Perez, M.A., Tanhehco, E.J., Lan, K.-L. and Lucchesi, B.R.: Effects of Tedisamil (KC-8857) on electrophysiology, ventricular fibrillation (VF) and cardiac function in vitro. FASEB J. 9: A605, 1995.

230. Cousins, G.R., Sudo, Y., Friedrichs, G.S., Markland, F.M. and Lucchesi, B.R.: Contortrostatin prevents reocclusion after thrombolytic therapy in a canine model of carotid artery thrombosis. FASEB J. 9: A938, 1995.

231. Mousa, S.A., Bozarth, J.M., Mu, D.-X., Leamy, A.W., Rote, W.E., Lucchesi, B.R. and Reilly, T.M.: Intravenous and oral antithrombotic efficacy of the platelet GPIIb/IIIa antagonist, DMP728, in different models of arterial thrombosis. FASEB J. 9: A837, 1995.

232. Reilly, T.M., Forsythe, M.S., Lucchesi, B.R. and Mousa, S.A.: Thrombolytic and antithrombotic efficacy of the platelet GPIIb/IIIa antagonist DMP728. FASEB J. 9: A837, 1995.

233. Markland, F.S., Trikha, M., Sudo, Y., Friedrichs, G.S., Cousins, G.R. and Lucchesi, B.R.:

Contortrostatin, a disintegrin with potent antiplatelet activity, prevents reocclusion following thrombolysis in a canine carotid artery thrombosis model (submitted for XV Congress of the International Society on Thrombosis and Haemostasis; Jerusalem, Israel, June 11-16, 1995).

234. Cousins, G.R., Friedrichs, G.S., Sudo, Y., Rote, W.E., Vlasuk, G.P., Nolan, T., Mendoza, C. and Lucchesi, B.R.:  Orally effective CVS-1123 prevents coronary artery thrombosis in the conscious canine. Circulation 92(Suppl 1): I-303, 1995.

235. Gralinski, M.R., Park, J.L., Ezrin, A.M. and Lucchesi, B.R.: O-desulfated heparin prevents complement-mediated injury in the *ex vivo* rabbit heart. Circulation 92(Suppl 1): I-303, 1995.

236. Friedrichs, G.S., Abreu, J.N., Cousins, G.R., Kerrick, G.P., Chi, L. and Lucchesi, B.R.: Tedisamil protects against ventricular fibrillation in a conscious canine model of sudden cardiac death. FASEB J.10: A33, 1996.

237. Basler, G.C., Miller, V.B., Rebello, S. and Lucchesi, B.R.:  Synthetic thrombin inhibitor CVS-1123 inhibits venous and arterial thrombosis in the acute canine model.  FASEB J 10: A433, 1996.

238. Park, J.L., Gralinski, M.R., Perez, M. and Lucchesi, B.R.: Effects of low molecular weight heparin on complement-mediated injury in the rabbit isolated heart. FASEB J. 10: A166, 1996.

239. Rebello, S.S. and Lucchesi, B.R.:  Significance of Factor Xa inhibition in a canine model of coronary thrombosis: Effects of recombinant nematode anticoagulant peptide (rNAP5). FASEB J. 10: A167, 1996.

240. Ozeck, M.J., Gralinski, M.R., Park, J.L. and Lucchesi, B.R.:  A sulfated fraction of heparin inhibits human complement-mediated damage of the *ex vivo* discordant myocardial xenograft. FASEB J. 10: A166, 1996.

241. Gralinski, M.R., Wiater, B.C. Assenmacher, A.N., Ozeck, M.J. and Lucchesi, B.R.: Selective inhibition of the alternative complement pathway by sCR1[desLHR-A] protects the isolated rabbit heart from human complement-mediated damage. FASEB J. 10: A166, 1996.

242. Park, J.L., Kilgore, K.S., Davenport, R.D., Warren, J.S. and Lucchesi, B.R.: Expression of tissue factor on endothelial cells after membrane attack complex deposition, *in vitro*. J. Mol. Cell. Cardiol. 28: A148, 1996.

243. Lucchesi, B.R., Park, J.L., Friedrichs, G.S., Chi, L., Banglawala, Y.A., Perez, M.A. and Tanhehco, E.J.:  Effects of tedisamil (KC-8857) on cardiac electrophysiology and ventricular fibrillation in the rabbit isolated heart.  Eur. J. Cardiac Pacing Electrophysiol. 6(Suppl 5): 29, 1996.

244. Friedrichs, G.S., Abreu, J.N. and Lucchesi, B.R.:  Tedisamil protects against ventricular fibrillation in a conscious canine model of sudden cardiac death.  Eur. J. Cardiac Pacing Electrophysiol. 6(Suppl 5): 18, 1996.

245. Rebello, S.S. and Lucchesi, B.R.:  Recombinant nematode anticoagulant peptide (rNAP5), a selective factor Xa inhibitor, prevents canine coronary artery thrombosis. Circulation 94(Suppl. 1): I-267, 1996.

246. Hasan, A.A., Rebello, S.S., Wahl, R., Fisher, S.J., Lucchesi, B.R. and Schmaier, A.H.: Thrombostatin:  In vivo clearance and effect of this thrombin receptor inhibitor.  Circulation 94(Suppl. 1): I-229, 1996.

247. Wenz, B., Ortolano, G.A., Yee, G.K., Morgan, E.L., Park, J., Kilgore, K.S., Lucchesi, B.R.: Removal of complement components with Pall platelet filters restores *in vitro* immunoglobulin

production and *ex vivo* myocardial function.   Submitted to World Apheresis Association 6th International Congress; Florence, Italy (November 11-14, 1996).

248. Kilgore, K.S., Park, J.L., Tanhehco, E.J., Booth, E.A., Marks, R.M. and Lucchesi, B.R.: Attenuation of IL-8 expression in C6-deficient rabbits after myocardial ischemia/reperfusion. J. Mol. Cell. Cardiol. 29:A207, 1997.

249. Johnston, P.V., Friedrichs, G.S., Fischbach, P.S. and Lucchesi, B.R.: Antiarrhythmic effects of the potassium channel antagonist tedisamil in a model of atrial flutter. PACE 21: 839, 1998.

250. Kilgore, K.S., McGeer, P.L., Yagoshima, K., Washington, R.A., Naylor, K.B. and Lucchesi, B.R.: Myocardial expression of the mRNAs encoding complement proteins C3 and C9 after ischemia/reperfusion ex vivo. FASEB J. 12: A30, 1998.

251. Washington, R.A., Kilgore, K.S., Murphy, K., Littleton, J.M., Booth, E.A. and Lucchesi, B.R.: Analysis of heparin's cardioprotective effects *in vitro*. FASEB J. 12: A341, 1998.

252. Huang, J., Rebello, S.S., Faul, J.D. and Lucchesi, B.R.: Correlation between the *in vivo* efficacy of GPIIb/IIIa receptor antagonists and *ex vivo* platelet inhibition:  Role of calcium. FASEB J. 12: A191, 1998.

253. Tanhehco, E.J., Kilgore, K.S., Naylor, K.B. and Lucchesi, B.R.:   Ex-vivo reversal of heparin-mediated cardioprotection by heparanase after ischemia and reperfusion.  FASEB J. 12: A33, 1998.

254. Mousa, S.A. and Lucchesi, B.R.:  Restoration of coronary flow by potent platelet GPIIb/IIIa antagonist without exogenous thrombolytics. FASEB J. 12: A718, 1998.

255. Washington, R.A., Littleton, J.M., Murphy, K.L., Kilgore, K.S. and Lucchesi, B.R.: Propidium iodide: An indicator of cardiac cell death after hypoxia/reoxygenation injury. J. Mol. Cell. Cardiol. 30: A237, 1998.

256. Kilgore, K.S., Tanhehco, E.J., Naylor, K.B., Park, J.L., Booth, E.A. and Lucchesi, B.R.: Reduction of myocardial infarct size after ischemia and reperfusion by the glycosaminoglycan, pentosan polysulfate. J. Mol. Cell. Cardiol. 30: A238, 1998.

257. Rebello, S.S., Huang, J., Saito, K., Saucedo, J., Bates, E.R. and Lucchesi, B.R.:  Effect of time of 7E3 administration on tPA-induced thrombolysis. J. Mol. Cell. Cardiol. 30: A249, 1998.

258. Yasojima K., Kilgore, K.S., Washington, R.A., Schwab, C., Lucchesi, B.R. and McGeer, P.L.: Myocardial expression of mRNA encoding complement proteins in response to ischemia and reperfusion. J. Mol. Cell. Cardiol. 30: A233, 1998.

259. Johnston, P., Fischbach, P., Friedrichs, G., Lucchesi, B.R.:  Antiarrhythmic effects of the potassium channel antagonist tedisamil in a model of atrial flutter.  J. Mol. Cell. Cardiol.  30: A252, 1998.

260. Annich G., White, T., Damm, D., Zhao, Y., Fakhri, M., Meinhardt, J., Rebello S., Lucchesi, B.R., Bartlett, R.H., Schmaier, A.H.:  Recombinant Kunitz protease inhibitor domain of the amlyloid ß-protein precursor as an anticoagulant for extracorporeal circulation in rabbits. Circulation 98:1-728, 1998.

261. Tanhehco, E.J., Kilgore, K.S., Naylor, K.B., Park, J.L., Booth, E.A. and Lucchesi, B.R.: Reduction of myocardial infarct size after ischemia and reperfusion by the glycosaminoglycan pentosan polysulfate. FASEB J. 13: A21, 1999.

262. Huang, J., Feldbaum, V., Lucchesi, B.R. and Werns, S.W.:  The effects of adenosine on

thrombosis and thrombolysis in a canine coronary artery thrombosis model. FASEB J. 13: A839, 1999.

263. Washington, R.A., Kilgore, K.S., Murphy, K.L., Naylor, K.B., Lucchesi, B.R.: Expression and activation of the complement cascade in the rabbit isolated heart. FASEB J. 13: A19, 1999.

264. Tanhehco, E.J., Yasojima, K., McGeer, P.L., Kilgore, K.S. and Lucchesi, B.R.: Preconditioning reduces tissue complement gene expression in the rabbit isolated heart. FASEB J.13: A20, 1999.

265. Huang, J., Feldbuam V., Lucchesi, B.R. and Werns, S.W.: Adenosine does not inhibit canine carotid artery thrombosis or reocclusion after thrombolysis. FASEB J. 13: A839, 1999.

266. Hasan A.A.K., Srikanth, S., Smith, E., Werns, S., Driscoll, E., Brenner, D., Normolle, D., Lucchesi, B.R. and Schmaier, A.H.  Thrombostatin—a thrombin receptor activation inhibitor: mechanisms of action, and in vivo efficacy. Thromb. Haemost. (Aug. Suppl):414, 1999.

267. Fischbach, P.S., Lucchesi, B.R., Morady F. and Goyal, R.:  Efficacy of the potassium channel antagonist tedisamil in a model of sustained atrial fibrillation.   J. Am. Coll. Cardiol. 33(Suppl. A): 110A, 1999.

268. Craig, K., Washington, R.A., Huang, J., Younger, J.G. and Lucchesi, B.R.:  Evidence of myocardial complement activation following hemorrhagic shock and resuscitation.    Annals Emerg. Med. (accepted), 1999.

269. Hasan, A.A., Schmaier, A.H., Warnock, M., Normolle, D., Driscoll, E., Lucchesi, B.R. and Werns, S.W.: Thrombostatin inhibits cyclic flow variations in the Folts model of canine coronary artery thrombosis. Blood. 96(Suppl 1):52a, 2000.

270. Craig, K., Washingotn, R.A., younger, J.G. and Lucchesi, B.R.: Systemic complement does not improve cardiac performance following hemorrhagic shock & resuscitation.  Shock 13: 58, 2000.

271. Hennan, J.K., Huang, J, Barrett, T.D., Driscoll, E., Willens, D.E., Park, A.M., Crofford, L.J. and Lucchesi, B.R.:  Effects of selective cyclooxygenase-2 inhibition on vascular tone and thrombosis in canine coronary arteries. FASEB J. 15: A914, 2001.

272. Coaxum, S.D., Kamada, Y., Washington, R.A, and Lucchesi, B.R.:  Inhibition of nitric oxide synthesis during ischemia/reperfusion injury diminishes complement activation in the rabbit isolated heart. FASEB J. 15: A767, 2001.

273. Barrett, T.D., Hennan, J.K., Marks, R.M. and Lucchesi, B.R.:  Acute inflammation increases myocardial infarct size after ischemia/reperfusion. FASEB J. 15: A568, 2001.

274. Hennan, J.K., Huang, J., Barrett, T.D., Driscoll, E.M., Willens, D.E., Park, A.M., Crofford, L.J. and Lucchesi, B.R.:  Selective cyclooxygenase-2 inhibition alters the antithrombotic effects of low dose aspirin in a canine model of arterial thrombosis. Proc. West. Soc. Pharmacol. (accepted), 2001.

275. Barrett, T.D., Hennan, J.K., Marks, R.M. and Lucchesi, B.R.: CRP-associated increase in myocardial infarct size after ischemia/reperfusion is reduced by supressing activation of the complement cascade. Proc. West. Soc. Pharmacol. (accepted), 2001.

276. Hennan, J.K., Driscoll, E.M., Barrett, T.D., Fischbach, P.S., Seidler, R.W. and Lucchesi, B.R.: Effect of sodium/hydrogen exchange inhibition on myocardial infarct size after coronary artery thrombosis and thrombolysis. FASEB J. 16: A855, 2002.

277. Hennan, J.K., Willens, D.E., Driscoll, E.M., Hong, T.-T., Giboulot, T.A. and Lucchesi, B.R.: Prevention of experimental carotid and coronary thrombosis by the glycoprotein IIb/IIIa receptor antagonist CRL42796. FASEB J. 16: A938, 2002.

278. Booth, E.A., Hennan, J.K., Barrett, T.D., Driscoll, E.M., Gupta, S., Lindamood, C. III and Lucchesi, B.R.: The *in vitro* and *in vivo* cardiovascular profile ALX-0646: a novel, highly selective 5-HT1D/1F receptor agonist. FASEB J. 16: A935, 2002.

279. Hong, T.-T., Hennan, J.K., Shergill, A.K., Driscoll, E.M., Cardin, A.D. and Lucchesi, B.R.: Intimatan prevents arterial and venous thrombosis in a canine model of deep vessel wall injury. FASEB J. 16: A173, 2002.

280. Hennan, J.K., Driscoll, E.M. and Lucchesi, B.R.: Tissue plasminogen activator administration after myocardial ischemia reduces the cardioprotective effects of preconditioning. FASEB J. 16: A175, 2002.

281. Rodriguez, M., Hennan, J., Lucchesi, B.R., Schaper, J.: Postischemic reperfusion is the prerequisite for tunel positivity. J. Mol. Cell. Cardiol. 2002.

282. Hong, T.-T., Cardin, A.D., and Lucchesi, B.R.: Intimatan (dermatan 4,6,-O-disulfate) is an improved heparin cofactor II agonist that prevents arterial and venous thrombosis in the presence and absence of an adjuvant thrombolytic agent in a canine model of deep vessel wall injury. Submitted for presenation at the 16th International Congress on Fibrinolysis and Proteolysis, Sept. 8-13, 2002 in Munich, Germany.

283. Hong, T.-T., Effect of thrombolysis upon reducton of myocardial injury - recombinant tissue plasminogen activator versus alfimerprase. FASEB J. 18: A227, 2004.

284. Booth, E.A., Lauver, D.A., White, A.J., Lucchesi, B.R.: Reduction in the expression of C-reactive protein and the formation of the membrane attack complex by 17ß-estradiol after ischemia and reperfusion. FASEB J. 18: A230, 2004.

285. Lauver DA, Booth EA, White AJ, Lockwood SF, Lucchesi BR. Cardax™ (disodium disuccinte astaxanthin) atteutates inflammation and myocardial injury following ischemia/reperfusion. FASEB J 19: A533, 2005.

286. Hong T-T, Huang J, Effect of Melagatran combined with aspirin or clopidogrel on primary carotid artery thrombosis. FASEB J. 19: A1083, 2005.

287. Huang J, Hong T-T, Lucchesi BR. Effect of selective COX-2 inhibition on coronary artery reactivity. FASEB J. 19: A1088, 2005.

288. Booth E A, Lucchesi BR. Activation of estrogen receptor alpha protects the in vivo rabbit heart from ischemia reperfusion injury. FASEB J. 19: A1562, 2005

# BOOKS

Pharmacology and Therapeutics: A Workbook. B.R. Lucchesi, V.G. Zannoni, H.H. Swain and R.H. Earhart. Department of Pharmacology, The University of Michigan Press, 1977.

Clinical Pharmacology of Antiarrhythmic Therapy. Perspectives in Cardiovascular Research, Vol. 10. Edited by B.R. Lucchesi, J.V. Dingell and R.P. Schwarz, Jr., Raven Press, New

York, 1984, 275 pp.

Myocardial Reoxygenation Injury. Current Concepts, The Upjohn Company, Scope Publication, Kalamazoo, MI, 1990, 60 pp.

Myocardial Reoxygen Injury (2nd Ed.). Cardiology: Clinical Update, The Upjohn Company, Kalamazoo, MI, 1991, 34 pp.

## BOOK CHAPTERS

1.   Lucchesi, B.R. and Witsitt, L.S.: The pharmacology of *beta*-adrenergic blocking agents. In Current Status of Drugs in Cardiovascular Diseases. Ed. by C. K. Friedberg, Grune and Stratton, New York, 1969, pp. 20-40.

2.   Lucchesi, B.R. and Lomas, T.E.: The cardiac effects of the oral hypoglycemic agent, glyburide. In Micronase-Glyburide: Pharmacological and Clinical Evaluation. Ed. by H. Rifkin, Excerpta Medica, Princeton, New Jersey, 1974, pp. 91-104.

3.   Lucchesi, B.R.: Antiarrhythmic drugs. In An Introduction to Cardiovascular Pharmacology. Ed. by M. Antonaccio, Raven Press, New York, 1977, pp. 269-335.

4.   Lucchesi, B.R.: Inotropic agents and drugs used to support the failing heart. In An Introduction to Cardiovascular Pharmacology. Ed. by M. Antonaccio, Raven Press, New York, 1977, pp. 337-375.

5.   Romson, J. and Lucchesi, B.R.: Experimental myocardial ischemia provoked by platelet aggregation and coronary artery spasm. In Unstable Angina Pectoris. Proceedings of an International Sympsoium, Hannover, 1980. Ed. by N. Lichtlen, P.R. Rafflenbeul, and R. Balcon. Thieme-Stratlon, Inc., New York, 1981, pp 13-17.

6.   Romson, J.L., Shea, M.J. and Lucchesi, B.R.: Pharmacologic control of arterial thrombosis. In Biologic and Synthetic Vascular prostheses. Ed. by J.C. Stanley, W.E.  Burkel, S.M. Lindenauer, R.H. Bartlett and J.G. Turcotte, Grune & Stratton, New York, 1982, pp 37-62.

7.   Lucchesi, B.R., Gibson, J.K., Anderson, J. and Patterson, E.: Sudden coronary death and pharmacologic interventions. In Electrophysiological Mechanisms Underlying Sudden Cardiac Death. Ed. by B.E. Sobel, J.V. Dingell and M.B. Mock, Futura Publishing Co., Mt. Kisko, New York, 1982, pp. 207-241.

8.   Kopia, G.A., Eller, B.T., Patterson, E. and Lucchesi, B.R.: Pranolium. In New Drugs Annual: Cardiovascular Drugs. Ed. by A. Scriabine, Raven Press, New York, 1983, pp 151-201.

9.   Lucchesi, B.R., Romson, J.L. and Jolly, S.R.: Do leukocytes influence infarct size? In Therapeutic Approaches to Myocardial Infarct Size Limitation. Ed. by D.J. Hearse and D.M. Yellon, Raven Press, New York, 1984, pp. 219-248.

10.   Lucchesi, B.R. and Patterson, E.: Antiarrhythmic drugs. In An Introduction to Cardiovascular Pharmacology (Second Edition). Ed. by M. Antonaccio, Raven Press, New York, 1984, pp 329-414.

11.   Lucchesi, B.R.: Leukocytes and leukocyte derived products in myocardial ischemic injury. In Prostaglandins and Other Eicosanoids in the Cardiovascular System. Ed. by K. Schror, Karger, New York, 1984, pp. 160-171.

12.   Hess, M.L., Row, G.T., Caplan, M., Romson, J.L. and Lucchesi, B.R.: Identification of hydrogen peroxide and hydroxyl radical as mediators of leukocyte-induced myocardial

dysfunction: Limitation of infarct size with neutrophil inhibition and depletion. In Advances in Myocardiology, Volume 5. Ed. by Harris, P. and Poole-Wilson, P.A., Plenum Publishing, New York, New York, 1985, pp. 159-175.

13.   Shea, M.J., Werns, S.W., Mitsos, S.E., Pitt, B. and Lucchesi, B.R.: Leukocytes and myocardial injury. In Prostaglandins: Research and Clinical Update. Ed. by G.L. Longenecker, and S.W. Schaffer, Burgess Publishing Co., Minneapolis, Minnesota, 1985, pp. 155-189.

14.   Lucchesi, B.R. and Lynch, J.J.: Pharmacology of antiarrhythmic drugs. In Modern Pharmacology (Second Edition). Ed. by C.R. Craig and R.E. Stitzel, Little, Brown and Co., Boston, Massachusetts, 1986, pp 381-414.

15.   Lucchesi, B.R. and Simpson, P.J.: Prostaciclina ed iloprost: La protezione nei confronti del danno da ischemia e riperfusione miocardica e'dovuta all'attivazione dei neutrofili. In Prospettive Terapeutiche Nella Fase Iniziale Dell'Infarto Miocardico. Estratto da Cardiologia, Centro A. De Gasperis - Milano, Italy, 1986, pp 9-20.

16.   Simpson, P.J. and Lucchesi, B.R.: Myocardial ischemia: The potential therapeutic role of prostacyclin and its analogues. In Prostacyclin and Its Stable Analogue Iloprost. Ed. by R.J. Gryglewski and G. Stock, Springer-Verlag, Berlin, Heidelberg, 1987, pp 179-194.

17.   Lynch, J.J. and Lucchesi, B.R.: How are animal models best used for the study of antiarrhythmic drugs? In Life-Threatening Arrhythmias During Ischemia and Infarction. Ed. by D.J. Hearse, A. Manning and M. Janse, Raven Press, New York, 1987, pp 169-196.

18.   Lucchesi, B.R. and Lynch, J.J.: Preclinical studies on the antiarrhythmic and antifibrillatory effects of sotalol and its optical isomers. In Control of Cardiac Arrhythmias by Lengthening Repolarization. Ed. by B. Singh, Futura Publishing Co., New York, 1987, pp 245-272.

19.   Lucchesi, B.R.: The reduction of ultimate infarct size: State of the art and goals for the future. In Prostacyclin and Its Stable Analogue Iloprost. Ed. by R.J. Gryglewski and G. Stock, Springer-Verlag, Berlin, Heidelberg, 1987, pp. 295-298.

20.   Lucchesi, B.R.: Role of neutrophils in ischemic heart disease: Pathophysiologic role in myocardial ischemia and coronary artery reperfusion. In Thrombosis and Platelets in Myocardial Ischemia. Ed. by J.L. Mehta, C.R. Conti, and A.N. Brest, F.A. Davis Company, Philadelphia, Pennsylvania, 1987, pp 35-48.

21.   Jackson, C.V., Homeister, J., Driscoll, E.M. and Lucchesi, B.R.: AGEPC-Mediated platelet dependent coronary artery vasodilation. In New Horizons in Platelet Activating Factor Research. Ed. by C.M. Winslow and M. L. Lee, John Wiley & Sons Ltd., Great Britain, 1987, pp 207-213.

22.   Simpson, P.J., Fantone, J.C. and Lucchesi, B.R.: Oxygen free radicals in myocardial ischemia. In Oxygen Radicals and Tissue Injury. Proceedings of an Upjohn Symposium. Ed. by B. Halliwell, FASEB, Bethesda, Maryland, 1988, pp 63-77.

23.   Todd, R.F., III, Simpson, P.J. and Lucchesi, B.R.: Anti-inflammatory properties of monoclonal anti-Mo1 (CD11B/CD18) antibodies in vitro and in vivo. In Structure and Function of Molecules Involved in Leukocyte Adhesion. Ed. by T.A. Springer, D.C. Anderson, A.S. Rosenthal, and R. Rothlein, Springer-Verlag, New York, 1989, pp 125-137.

24.   Lucchesi, B.R.: Neutrophil derived oxygen radicals in myocardial reperfusion injury. In Clinical Ischemic Syndromes: Mechanisms and Consequences of Tissue Injury. Ed. by G.B. Zelenock, L.A. D'Alecy, J.C. Fantone, M. Shlafer and J.C. Stanley, C.V. Mosby Co., St. Louis, Missouri, 1988, pp 257-275.

25. Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.:  Ischemic heart disease: Pathophysiology and pharmacologic management.  In An Introduction to Cardiovascular Pharmacology (3rd Ed.).  Ed. by M.J. Antonaccio, Raven Press, New York, 1990, pp 293-340.

26.  Lucchesi, B.R.: Antiarrhythmic drugs. In An Introduction to Cardiovascular Pharmacology (Third Edition). Ed. by M.J. Antonaccio, Raven Press, New York, 1990, pp 369-483.

27.  Lucchesi, B.R.: Pharmacology of antiarrhythmic drugs. In Modern Pharmacology (Third Edition). Ed. by C.R. Craig and R.E. Stitzel, Little, Brown & Co., Boston, Massachusetts, 1990, pp 333-369.

28.  Uprichard, A.C.G. and Lucchesi, B.R.:  Antifibrillatory drugs.  In Basic and Clinical Electrophysiology and Pharmacology of the Heart.  Ed. by K.H. Dangman and D.S. Miura, Marcel Dekker, New York, 1991, pp 723-740.

29.  Lucchesi, B.R.: Synergistic mechanisms for limitation of infarct size during thrombolysis: Reduction of myocardial demand, metabolic support and prevention of reperfusion injury.  In Thrombolysis in Cardiovascular Diseases. Ed. by D. Julian, W. Kübler, R.N. Norris, H.J.C. Swan and D. Collen, Marcel Dekker, Inc., New York, 1991.

30.  Lucchesi, B.R.: Acute myocardial infarction.  Complement, neutrophils and oxygen in reperfusion injury. In: Progress in Cardiology. Ed. by D. Zipes and D. Rowlands, Lea & Febiger, Hanover, Pennsylvania,  5(2): 3-24, 1992.

31.  Lucchesi, B.R., Chi, L., Black, S.C., Uprichard, A.C.G., Friedrichs, G.S., Manley, P.J. and Oh, J.Y.: Role of ion channels in antiarrhythmic and antifibrillatory drug action. In Ion Channels in the Cardiovascular System:  Function and Dysfunction. Ed. by P.M. Spooner, A.M. Brown, W.A. Catterall, G.J. Kaczorowski and H.C. Strauss. Futura, Mt. Kisco, NY, 1994, pp 529-562.

32.  Black, S.C. and Lucchesi, B.R.:  Antiarrhythmic drugs.  In Modern Pharmacology (Fourth Edition).  Ed. by C.R. Craig and R.E. Stitzel, Little, Brown & Co., Boston, MA, 1994, pp 275-311.

33.  Lucchesi, B.R.: Cardiac reperfusion injury. In: Reperfusion Injuries and Clinical Capillary Leak Syndrome. Ed. by B.A. Zikria, M.O. Oz and R.W. Carlson, Futura, Armonk, NY, 1994, pp 171-202.

34.  Uprichard, A.C.G. and Lucchesi, B.R.:  The efficacy of antiarrhythmic drugs as antifibrillatory agents.  In: Electropharmacological Control of Cardiac Arrhythmias.  Ed. by B. Singh, H.J.J. Wellens and M. Hiraoka, Futura Publ., Mt. Kisco, NY, 1994, pp 291-312.

35.  Black, S.C., Friedrichs, G.S. and Lucchesi, B.R.: Experimental Models for the Assessment of Antiarrhythmic and Proarrhythmic Drug Action:  Traditional and New Models. In: Antiarrhythmic Drugs.  Ed. by W. Haverkamp and G. Hindricks, Springer-Verlag, Berlin, 1995, pp 207-239.

36.  Kilgore, K.S. and Lucchesi, B.R.:  Free radicals and the inflammatory response.  In: Oxidative Stress, Lipoproteins and Cardiovascular Dysfunction. Ed. by C. Rice-Evans and K.R. Bruckdorfer, Portland Press, London, 1995, pp 161-180.

37.  Gralinski, M.R., Black, S.C. and Lucchesi, B.R.: Stress proteins and myocardial protection. Chapter 29. In: Stress Proteins in Medicine. Ed. by W. van Eden, Marcel Dekker, New York, 1996, pp 465-477.

38.  Friedrichs, G.S. and Lucchesi, B.R.:  Antiarrhythmic drugs.  In:  Modern Pharmacology (Fifth Edition). Ed. by C.R. Craig and R.E. Stitzel, Little, Brown & Co., Boston, MA, 1997, pp 175-208.

39.   Lucchesi, B.R.:  c7E3 Fab (abciximab).  In:  Cardiovascular Drug Therapy (2nd Edition). Ed. by F.H. Messerli, W.B. Saunders, Philadelphia, PA, 1996, pp 1625-1638.

40.   Gralinski, M.R., Park, J.L. and Lucchesi, B.R.:  Complement in myocardial tissue injury. In:  Coronary Microcirculation During Ischaemia and Reperfusion, Alfred Benzon Symposium 41.  Ed. by S. Haunsø, J. Aldershvile, J .H. Svendsen, Munksgaard, Copenhagen, 1997, pp 211-225.

41.   Chi, L., Rebello, S. and Lucchesi, B.R.:  In vivo models of thrombosis.  In: Handbook of Experimental Pharmacology, Vol. 132 Antithrombotics.  Ed. by A.C.G. Uprichard and K.P. Gallagher, Springer-Verlag, Berlin/Heidelberg, 1999, pp. 101-127.

42.   Kilgore, K.S., Todd, R.F. III and Lucchesi, B.R.:  Reperfusion injury.  In:  Inflammation: Basic Principles and Clinical Correlates (Third Edition).  Ed. by J.I. Gallin, R.Snyderman, D.T. Fearon, B.F. Haynes and C. Nathan, Lippincott-Williams Wilkins, Philadelphia, 1999, pp. 1047-1060.

43.   Lucchesi, B.R.:  Myocardial reperfusion injury—Role of free radicals and mediators of inflammation.  In: Heart Physiology and Pathophysiology (Fourth Edition).  Ed. by N. Sperelakis, Y. Kurachi, A. Terzic and M. Cohen, Academic Press, San Diego, 2001, pp. 1181-1210.

44.   Tanheco, E.J. and Lucchesi, B.R.:  The role of complement in myocardial inflammation and reperfusion injury.  In: Progress in Inflammation Research, Edited by Giora Z. Feuer-stein, Peter Libby, Douglas L. Mann. (Series EditorM. J. Parnham) Birkhäuser Verlag, Basel (Switzerland) 2002,  pp 221-248.


45.   Fischbach, P.S. and Lucchesi, B.R.:  Antiarrhythmic drugs.  In:  Modern Pharmacology (Sixth Edition).  Ed. by C.R. Craig and R.E. Stitzel.  2003

46.  Lucchesi, BR.   Chapter 17 - Drugs for the Treatment of Heart Failure In:   Human Pharmacology Fourth Edition. Edited by Kenneth Minneman & Lynn Wecker , Mosby, St Louis. 2005 pp199-216

## EDUCATIONAL PRESENTATIONS - SLIDE/TAPE PROGRAMS

**University of Michigan Medical Center Media Library:**
"Pharmacology of Antiarrhythmic Drugs," Part I:
Electrophysiology and Quinidine, 1975

"Pharmacology of Antiarrhythmic Drugs," Part II:
Procainamide, Lidocaine and DPH, 1975

"Pharmacology of Antiarrhymic Drugs," Part III:
Propranolol and Bretylium, 1976

"Digitalis Glycosides and Their Clinical Applications"
Part I:  Program #60

"Digitalis Glycosides and Their Clinical Applications"
Part II:  Pharmacokinetics, Program #69

**Post-Graduate Institute for Medicine:**
"Anatomy and Physiology of the Heart"
Volume I:  Clinical

## PATENTS

1) **Compositions containing contortrostatin and methods for the use thereof.**  In a method of treating thrombotic disease wherein at least one thrombolytic agent is administered in an amount effective to lyse thrombi, the improvement comprising administering to a patient in need of such treatment contortrostatin in an amount effective to prevent thrombus formation.   Patent #5,731,288.  Issued March 24, 1998.  Inventors:  Francis Markland, Benedict Lucchesi.

2) **Method of reducing tissue damage at an inflammatory site using a monoclonal antibody.**  A method of treating a human or animal host with the intent of reducing tissue damage occurring at an inflammatory site in any part of the host experiencing a phagocyte-mediated inflammatory condition.   Patent #4,840,793.   Issued June 20, 1989.   Inventors:   Robert Todd, Benedict Lucchesi, Paul Simpson.

3) **Method of inhibiting myocardial ischemia in mammals using quaternary salts.**  Useful cardiovascular agents as evidenced by their potent and long-acting antiarrhythmic, antifibrillatory and myocardial ischemia-inhibitory activity, without the deleterious side effects of previous treatments.  Patent #4,048,335.  Issued:  September 13, 1977.  Inventors:  Benedict Lucchesi and Raymond Counsell.

**Graduate Students (Ph.D.)**

Janice I. Stickney
Leighton S. Whitsitt
Richard R. Dean
W. Mark Vogel
Frank J. Kniffen
Donald A. Kroll
Larry R. Bush
Eugene Patterson
Joseph L. Romson
Stephanie E. Mitsos
Paul J. Simpson
Jonathon W. Homeister
Kenneth S. Kilgore
Liguo Chi
Michael R. Gralinski
James L. Park
Elaine J. Tanhehco
Ting-Ting Hong
Adam Lauver
Erin Booth
Adam Lauver

**Graduate Students (M.S.)**

Robert Shivak
Robert J. Hodgeman
Timothy E. Lomas
Yuk-Ping Li
Brian T. Eller
William E. Burmeister
Paul T. Hoff
Erin Booth

**Postdoctoral Research Fellows (Foreign)**

Marcelo Medina
Volker Fiedler
Masaru Minami
Wolfgang Söhngen
Yasuo Tamura
Andrew C.G. Uprichard
Shawn C. Black
S. Oluwole Fagbemi
Dun-Xue Mu
Yuji Sudo
J. Nelson Abreu Rivera
Sam S. Rebello
Katsuharu Saito
Jinbao Huang
Terrance D. Barrett
James K. Hennan
Ting-Ting Hung

**Postdoctoral Research Fellows (U.S.)**

David D. Ku
John K. Gibson
Gregory A. Kopia
Stanley R. Jolly
Gup P. Curtis
William A. Schumacher
Joseph J. Lynch
C. Van Jackson
Jan M. Kitzen
Mark R. Cunningham
William E. Rote
Gregory S. Friedrichs
Ruth A. Washington
Sonya D. Coaxum
Jinbao Huang
Ting-Ting Hong

**Postdoctoral Clinical Fellows**

Allen Peterson
Jeffrey Murray
James Stewart
Michael Shea
Philip Kirlin
Harry Colfer
David J. Wilbur
Steven W. Werns
Steven D. Nelson
Judith K. Mickelson
George C. Li
Daniel G. Walsh
David Muller
Paul S. Satoh
Peter Fischbach

.

BENEDICT R. LUCCHESI, PH.D., M.D.

Current Research Interests

**An Analysis of Antiarrhythmic Agents:**
This project is in its thirty-first year of funding by the NIH-HLBI **(Merit Award)** and has focused on the electrophysiologic mechanisms leading to the development of ventricular fibrillation secondary to myocardial ischemic injury and to the development and/or identification of pharmacologic interventions that have the potential to prevent ventricular fibrillation. Our approach is in marked contrast to that of other laboratories, which focus on drugs that decrease the frequency of ventricular premature complexes or the rate of experimentally-induced ventricular tachycardia. We have formulated the hypothesis that an *antifibrillatory agent* may be quite distinct from a drug that is only *antiarrhythmic*. We have been assisted in our efforts by having developed a sophisticated and unique canine model of **sudden coronary death**, which spontaneously develops ventricular fibrillation in response to a transient episode of regional myocardial ischemia. The model is susceptible to the induction of ventricular tachycardia by programmed electrical stimulation and in many ways reflects the clinical status of patients who have survived an episode of myocardial ischemic injury and who remain at risk of sudden death due to ventricular fibrillation. To date, we have studied an extensive number of currently available, as well as investigational, antiarrhythmic agents and have concluded that those agents belonging to the Class III group (Sotalol, Amiodarone, Bretylium, Sematilide, E4031) provide the best potential as *antifibrillatory drugs,* as opposed to the conventional *antiarrhythmic agents*

We have used a related experimental model representing a group of animals at low risk of developing ventricular fibrillation. It has been possible to demonstrate that the new class of vasodilator agents known as potassium channel openers (pinacidil, cromakalim) can lead to the development of lethal arrhythmias in the postinfarcted heart. This has led us to focus on the role of the potassium channel in cardiac muscle as a modulator of reentrant arrhythmias and ventricular fibrillation or as a potential site of action for interventions designed to prevent lethal disturbances of cardiac rhythm. Furthermore, the use of our unique animal model of sudden coronary death led us to identify the proarrhythmic action of flecainide well in advance of the results from the NIH supported Cardiac Arrhythmia Suppression Trial (CAST). **The potential of the animal model to identify pharmacologic interventions capable of enhancing arrhythmogenesis and possibly sudden death, has called increased attention to the work of this laboratory. The laboratory has become an important resource to the pharmaceutical industry for the preclinical study of potentially useful antiarrhythmic agents.** A recent report from the FDA made mention of the fact that the animal model as used in our laboratory for the identification of antifibrillatory agents or profibrillatory agents should be the "**Gold Standard**" for the evaluation of future drugs intended for the control of cardiac arrhythmias.

**Pharmacologic Protection of the Ischemic Heart:**
Studies dealing with the protection of the ischemic heart have been in progress for the past twelve years under the support of the NIH-HLBI and have lead to the recognition that reperfusion of the ischemic myocardium results in an extension of tissue injury, an event that is mediated as a result of free-radical formation by the interaction of polymorphonuclear leukocytes with reversibly injured and/or normal myocardial cells. The recognition of the role of the leukocyte as a mediator of myocardial reperfusion injury and its ability to release active oxygen species has resulted in focusing attention upon pharmacologic interventions capable of altering leukocyte function. The modulation of leukocyte function with a variety of pharmacologic interventions has proved effective in reducing ultimate infarct size. This area of investigation has gained immediate importance in view of the recent introduction and widespread use of thrombolytic therapy in patients evolving an acute myocardial infarction. Our extensive experience in this area and our development of a reproducible animal model of myocardial ischemic injury has resulted

62

in our laboratory becoming one of the most active in studies dealing with the protection of the ischemic heart and interventions affecting leukocyte function.

We have demonstrated the effectiveness of polyethylene-glycol-conjugated superoxide dismutase in reducing ultimate infarct size and have emphasized the time course of the inflammatory response which results in a progressive extension of tissue injury in the reperfused heart. Recent studies with monoclonal antibodies directed against the neutrophil CD 11b/CD18 (Mac1) adhesion-promoting glycoprotein receptor have demonstrated the important role of the PMN in mediating reperfusion injury. Current interests are focused on the use of polypeptide fragments that will interfere with neutrophil-neutrophil interaction, as well as with neutrophil-endothelial cell interactions.

The initial proposal by this laboratory suggesting a potential role of oxygen free radicals and the neutrophil as potential mediators of reperfusion injury was viewed with intense skepticism. Since our initial publication, demonstrating the efficacy of neutropenia and/or superoxide dismutase in the protection of ischemic myocardium, there has resulted an enormous literature on the subject and the realization that reperfusion injury has important implications in many areas of clinical medicine. A major effort is underway to identify pharmacologic interventions designed to limit tissue injury at the time of reperfusion. Most recently our laboratory has provided the first date to demonstrate the use of soluble complement receptor 1 as a means of preventing tissue damage resulting from activation of the human complement system. Although this phenomenon was shown earlier in the rat, it had never been demonstrated in a system involving human complement.

**Pharmacologic Control of the Coronary Circulation:**
This area of study is in its seventh year of investigation and is concerned with an evaluation of pharmacologic interventions that can prevent the development of coronary artery thrombosis resulting from intravascular platelet aggregation. We have developed a unique canine model of coronary artery thrombosis that provides an opportunity to examine platelet-platelet and platelet-vascular wall interactions. We are in a position to evaluate antithrombotic agents *in vivo* and to correlate our findings with the traditional *in vitro* methods that make use of aggregometry for the study of platelet reactivity. The animal model allows us to examine the role of platelets and other circulating blood elements with respect to their ability to mediate changes in coronary vascular vasomotor activity. There is clear evidence that the blood elements can affect coronary artery tone and to date we are unaware of other laboratories that have undertaken efforts directed at modifying coronary blood flow by altering the responses of coronary vascular smooth muscle to changes mediated through the release of factors from the circulating blood cells. Our experimental model has received widespread attention and has resulted in attracting to our laboratory a number of investigators, both foreign and domestic, who wish to learn the details of the canine model of coronary artery thrombosis.

We continue to show an interest in antiplatelet interventions to be used in conjunction with thrombolytic therapy for the prevention of rethrombosis in patients who are evolving an acute myocardial infarction. Our recent studies with the 7E3 monoclonal antibody directed against the glycoprotein IIb/IIIa platelet receptor has demonstrated *in vitro* efficacy in preventing platelet aggregation, but now must be demonstrated to function *in vivo* in a model that is clinical relevant. To date, our animal model of coronary artery thrombosis has proved useful in the preclinical evaluation of thrombolytic agents such as streptokinase, r-tPA, urokinase, and single-chain urokinase plasminogen activator. The importance of the model is that it results in an intracoronary thrombus, which resembles that found in human coronary arteries in that it is a platelet-rich thrombus consisting of a "red-head and white tail," as opposed to thrombi obtained from other models, which gives rise to a fibrin-rich thrombus resembling the type of clot found on the venous side of a circulation and is totally inappropriate for the study of drugs intended to lyse or prevent arterial thrombi.

Most recently we have modified our model of arterial thrombosis so as to be able to examine the

63

platelet-vessel wall interaction in the canine carotid artery. The ultimate goal will be to examine pharmacologic interventions for the prevention of stroke and to study the effects of thrombolytic-induced reperfusion of the cerebral circulation with and adjunctive therapy.

## Specific Research Accomplishments

**1961**
Established for the first time that the antiarrhythmic action of the beta-adrenoceptor antagonist, dichloroisoproterenol, was by a mechanism independent of receptor blockade.

> J. Pharmacol. Exp. Therap. 132: 372, 1961
> J. Pharmacol. Exp. Therap. 137: 291, 1962
> J. Pharmacol. Exp. Therap. 145: 286, 1964

**1965-1967**
Firmly established the above stated hypothesis by demonstrating the antiarrhythmic action of the dextro-isomers of several beta receptor antagonists. Invited to the first New York Academy of Science symposium on Beta Blocking Drugs to present the studies describing the antiarrhythmic action of propranolol and its dextro-isomer.

A subsequent clinical study by Woosley, et al. (Vanderbilt University) has demonstrated that the antiarrhythmic action of dextro-propranolol is observed in patients and is unrelated to beta receptor blockade. The basic observations made 20 years ago have been confirmed in man.

**1966-1967**
Together with Dr. Judge and Dr. Preston, developed the first GE pacemaker for implantation in man and developed the first threshold analyzer to evaluate the reliability of the implanted electronic devices. The research was conducted at the basic and clinical levels and led to the establishment of the first pacemaker clinic at The University of Michigan Medical Center.

Conducted the animal experiments to verify the safety and efficacy of the pacemaker analyzer. Conducted some of the very first basic and clinical studies to demonstrate the effects of cardiovascular agents upon cardiac pacing thresholds leading to the clinical use of glucocorticoids to reduce threshold at the site of the pacemaker electrodes.

> Am. J. Cardiol. 18: 83, 1963
> Am. Heart J. 74: 235, 1967

**1967**
Received one of the first grant awards from the AMA-ERF Council on Tobacco and Health and provided the first and only double-blind clinical study to-date to demonstrate physical dependence to nicotine. This observation led to the development of nicotine containing gum for the suppression of tobacco use in cigarette smokers as well as the topical patch for the transdermal administration of the alkaloid.

> Lucchesi, B.R., Schuster, C.R. and Emley, G.S.: The role of nicotine as a determinant of cigarette smoking frequency in man with observations on certain cardiovascular effects associated with the tobacco alkaloid. Clin. Pharmacol. Therap. 8: 789-796, 1967.

**1968**
Provided the initial *in vivo* evidence that the cardiac inotropic action of glucagon was not mediated by beta-receptor stimulation. This finding led to the first clinical application of the hormone by Vander Ark and Reynolds at The University of Michigan Medical Center for augmentation of cardiac contractility in patients with left ventricular failure.

64

**1973**
Together with Dr. Ray Counsell, synthesized and demonstrated efficacy of quaternary ammonium compounds as antifibrillatory agents. This led to the introduction some years later of bretylium as the first antifibrillatory agent to be used clinically.

    J. Pharmacol. Exp. Therap. 184: 213-227, 1973.

**1975**
Provided data that was presented to the Congress of the United States, which was entered into the Congressional Record establishing the fact that tolbutamide did not augment cardiac work and thus did not present a danger to patients with diabetes mellitus as suggested by an earlier clinical trial. Based upon these findings, tolbutamide was not discontinued and remained available for clinical use. As a caveat, the interest in the cardiac effects of the oral hypoglycemic agents has been renewed. It is recognized that this class of agents may possess antifibrillatory properties due to the ability to inhibit the ATP-dependent potassium channel and to prolong the refractoriness of the cardiac cell membrane.

    J. Pharmacol. Exp. Therap. 194: 264-273, 1975

**1977**
Provided the first basic data to demonstrate that the administration of corticosteroids in the early phases of acute myocardial infarction leads to an increase in tissue damage and the development of sustained cardiac arrhythmias. This finding coincided with a clinical study which demonstrated the detrimental effect of steroids given to patients with acute myocardial infarction and resulted in a suspension of further clinical trials.

    Circulation 55: 588-595, 1977
    Chest (Editorial) 73: 444, 1978

**1980**
Together with Dr. Eugene Patterson and Dr. Philip Stetson, developed the first chromatographic assay for the quaternary ammonium compound, bretylium.

    J. Chrom. 181: 33-39, 1980

**1980**
Demonstrated the oral efficacy of bretylium as an antifibrillatory agent in a patient population at risk of sudden cardiac death.

    Clin. Pharmacol. Therap. 28: 468-478, 1980
    Am. J. Cardiol. 46: 583-592, 1980
    J. Cardiovasc. Pharmacol. 3: 485-499, 1981
    J. Cardiovasc. Pharmacol. 4: 871-882, 1982

**1982**
Presented the first evidence for the mechanism of action of ibuprofen in reducing myocardial injury due to ischemia and reperfusion. A series of studies in the experimental animal led to the finding that ibuprofen impaired neutrophil infiltration into the myocardium and suppressed the reaction, leading to superoxide anion formation.

    J. Cardiovasc. Pharmacol. 4: 187-196, 1982
    Circulation 66: 1002-1011, 1982
    Circulation 67: 1016-1023, 1983

**1982**
In conjunction with Dr. Bertram Pitt and Dr. Philip Stetson, **developed the concept for a topical applicator for the administration of nitroglycerin** and, in conjunction with Key

65

Pharmaceutical Company, developed the first commercially available nitroglycerin patch for the management of angina pectoris. A major feature of this project was the development of a chromatographic assay for the detection of nitroglycerin in plasma so as to document the bioavailability of the vasodilator when applied topically. The assay was accepted by the FDA as the standard to be used in all future studies dealing with bioavailability of nitroglycerin. Before introduction of the assay, there were no direct measures of nitroglycerin bioavailability. The topical nitroglycerin patch has since been marketed by a number of companies throughout the world.

J. Cardiovasc. Pharmacol. 4: 521-525, 1982

Shortly thereafter, our group was called upon to develop the first intravenous formulation of nitroglycerin (Warner-Lambert/Parke-Davis). Clinical studies were conducted in conjunction with the staff in the Division of Cardiology.

**1983**
Provided the first *in vivo* data to demonstrate the protective effect of superoxide dismutase in myocardial reperfusion injury. This observation has been confirmed by others and has led to a clinical trial of superoxide dismutase. Continuation of these studies has resulted in the development of polyethylene-glycol-conjugated superoxide dismutase (PEG-SOD), which is now recognized as the form of the enzyme that is most likely to be of clinical utility due to its favorable pharmacokinetic profile.

Circulation 68: III185, 1983
Circ. Res. 54: 277-285, 1984
Circ. Res. 56: 895-898, 1985
Circ. Res. 63: 944-959, 1988
Circ. Res. 64: 665-675, 1989

**1984**
Based upon a series of experimental studies, we established the unique electrophysiologic effects of sotalol and its dextro-isomer and described the antifibrillatory action of this Class III agent. Our *in vivo* studies confirmed previous *in vitro* observations and led Bristol Myers to conduct clinical trials with the racemic sotalol and its dextro-isomer. This, as well as studies with other Class III agents, were made possible because of the development of a unique canine model of sudden coronary death, which permits Class III drugs to be tested specifically for their antifibrillatory activity. The laboratory continues to be one of two in the world where this method is carried out and was recognized recently by the NIH-HLBI, which presented the Principal Investigator with a Merit Award for continuation of these studies. Many industrial concerns have sent compounds to be evaluated and postdoctoral students are attracted to the laboratory to gain experience with the method.

J. Pharmacol. Exp. Therap. 230: 519-526, 1984
J. Cardiovasc. Pharmacol. 6: 1132-1141, 1984
Am. Heart J. 109: 8-18, 1985
Am. Heart J. 109: 949-958, 1985

**1988**
Continued studies of the neutrophil as the mediator of reperfusion injury have demonstrated that the use of an antibody directed against the cell surface adhesion promoting glycoprotein (Mo-1 receptor) can prevent the extension of myocardial injury upon reperfusion. This observation has been confirmed by others and clinical trials with the antibody are being planned. **The patent rights to the Mo-1 antibody were assigned to the University of Michigan** and have been licensed to Repligen for clinical development.

J. Clin. Invest. 81: 624-629, 1988
Circulation 81: 226-237, 1989

**1989 -1994**
The role of the platelet in coronary artery thrombosis and reocclusion after thrombolytic therapy has become a major concern in view of the expanding application of thrombolysis in the management of patients with an evolving myocardial infarction. This laboratory has developed a unique animal model of intracoronary artery thrombosis to address this issue and in an attempt to gain a better understanding of the role of the blood platelet and its interaction with the vascular wall. We have now provided *in vivo* data to show that the glycoprotein IIb/IIIa platelet adhesion promoting receptor has an important function in the development of intracoronary thrombosis and that inhibition of the receptor with appropriately designed antibodies (7E3) can prevent thrombus formation as well as rethrombosis after thrombolytic therapy. As a result of these studies, the monoclonal 7E3 antibody was evaluated in patients undergoing elective coronary angioplasty. On June 9, 1994, the monoclonal antibody recommended for approval by the FDA Advisory Committee and is scheduled to be marketed in the United States of America and Europe before the end of 1994. The preclinical data in support of the FDA submission was derived from the work performed at the University of Michigan, Department of Pharmacology.

J. Mol. Cell. Cardiol. 21: 393-405, 1989
Circulation 81: 617-627, 1990

During the past few years we have focused our attention of the role of the complement system as a mediator of tissue injury. We have identified the membrane attack complex as being involved in the direct attack on the cardiac myocyte as a result of an ischemic event. Most important is the fact that the soluble complement receptor 1 (soluble CR1) is capable of preventing the formation of the membrane attack complex and protects the myocardial tissue against complement medicated injury. We were able to demonstrate this in our recent publications.

Circ. Res. 71: 303-319, 1992.
J. Immunol., 150: 1055-1064,1993.

The studies on the role of the complement system resulted in a totally unexpected finding in which heparin and non-antithrombotic derivatives of heparin provide a marked protection of the myocardium subjected to ischemia and reperfusion. This is a new concept that has gained wide attention and is being pursued aggressively by many laboratories.

Circ. Res., 75: 701-710, 1994.

The fact that the heparin pretreated heart was able to resist the deleterious effects of global ischemia and reperfusion led us to ask explore the underlying mechanism responsible for the cardioprotective effect. Based upon a limited amount of published information, we hypothesized that heparin cardioprotective effect was related to its ability to inhibit complement activation. The hypothesis stated that the myocardial tissue itself was the source of complement proteins since the phenomenon was observed in the isolated, crystalloid perfused heart. It has been assumed for many years that complement proteins were derived exclusively from the liver. A collaborative effort with Dr. Patrick McGeer in Vancouver, British Columbia led to the demonstration that myocardial tissue could synthesize the complement proteins necessary for the formation of the membrane attack complex. Furthermore, the expression of the complement proteins was dependent upon reperfusion of the ischemic heart. This observation was the first demonstration that reoxygenation would lead to the in situ expression of complement proteins and formation of the membrane attack complex.

Yasojima K, Kilgore KS, Washington RA, Lucchesi BR, McGeer PL. Complement gene expression by rabbit heart: upregulation by ischemia and reperfusion. Circ Res. 1998;82:1224-1230.

Based upon the above observations, as series of studies continued in which reactive oxygen species were demonstrated to participate in the activation of the complement cascade.

67

Tanhehco EJ, Yasojima K, McGeer PL, Washington RA, Lucchesi BR. Free radicals
upregulate complement expression in rabbit isolated heart. Am J Physiol Heart Circ Physiol.
2000;279:H195-201.

Subsequently we were able to demonstrate that ischemic preconditioning was able to suppress
activation of complement protein expression. Ischemic preconditioning is one of the most effec-
tive means of reducing myocardial reperfusion injury. Our data suggest that complement activa-
tion contributes to tissue injury and interventions that target formation of the membrane attack
complex may provide a therapeutic benefit.

Tanhehco EJ, Yasojima K, McGeer PL, Washington RA, Kilgore KS, Homeister JW,
Lucchesi BR.Preconditioning reduces tissue complement gene expression in the rabbit
isolated heart. Am J Physiol. 1999;277:H2373-80.

Recent clinical data suggests that plasma concentrations of C-reactive protein (CRP) may serve as
a predictor acute coronary events. We addressed the issue of whether an increased plasma
concentration of CRP would influence the extent of tissue injury in response to regional
myocardial ischemia and reperfusion. Plasma CRP was increased by an intradermal injection of
croton oil, which lead to a local inflammatory response. In the presence of an elevated plasma
CRP, infarct size due to 30 min of regional ischemia and reperfusion infarct size was increased
above that of controls. Subsequent studies in the isolated heart (crystalloid perfused) demon-
strated that CRP, like the complement proteins could be generated directly by the myocardial tis-
sue and co-localizes with the membrane attack complex. Furthermore, heparin administration,
while not affecting the tissue expression of CRP, was able to prevent assembly of the membrane
attack complex and to reduce the tissue injury in the presence of increased plasma concentrations
of CRP

Barrett TD, Hennan JK, Marks RM, Lucchesi BR.C-reactive-protein-associated increase in
myocardial infarct size after ischemia/reperfusion. J Pharmacol Exp Ther. 2002;303:1007-
1013.

**2001**
In conjuction with  Leslie Crofford (Int. Medicine, Division Rheumatology) our laboratory pro-
vided the  first evidence for the vasodilator effects of constitutive cyclooxygenase-2 (COX-2) and
the potential prothrombotic effects of COX-2 inhibition. The experimental observation was sup-
ported the the clinical study results with the COX-2 inhibitor rofecoxib (Vioxx) in which here
was a fold  increase in acute myocardial infarction among the patients receiving the COX-2 inhib-
itor. Our study provided the first scientific evidence for the role of endothelial derived COX-2
for modulating platelet reactivity via production of prostacyclin (PGI2).

Hennan, J.K., Huang, J., Barrett, T.D., Driscoll, E.M., Willens, D.E., Park, A.M., Crofford,
L.J. and Lucchesi, B.R.: Effects of selective cyclooxygenase-2 inhibition on vascular
responses and thrombosis in canine coronary arteries. Circulation 104:820-825, 2001.

**Cardiology Today Round Table The safety of COX-2 Inhibitors in Patients with
CHD**
COX-2 inhibitors: Are they safe for CHD patients?
http://www.cardiologytoday.com/200202/frameset.asp?article=roundtable.asp February
2002

Summary by CARL J. PEPINE, MD: The cardiovascular effects of selective COX-2
inhibitors are an emerging topic of interest to cardiologists and cardiovascular specialists.
This area was put into focus by a provocative paper that Steven E. Nissen, MD, and his
colleagues from the Cleveland Clinic published in the Journal of the American Medical

Association (2001;286:954-9). That was followed by another paper by Marvin A. Konstam, MD, in Circulation (2001:104:2280-8), as well as additional comments in other formats. <u>Benedict R. Lucchesi, MD, Ph.D.</u>, has recently published some work dealing with these issues in animal models of arterial thrombosis. The people we have gathered for this round table have specific interests in this area.

**2005**

Organized and Chaired a Short Course entitled – " Introduction to Cardiac Electrophysiology and Implications for Drug Development" - Presented at Experimenal Biology 2005, San Diego, California, April 3, 2005

Oranized and Co-Chaired a Symposium entitiled – "C-Reactive Protein and Cardiovascular Disease: Epiphenomenon or Therapeutic Target?" - Preented at Experimenal Biology 2005, San Diego, California - April 4, 2005

Invited to speak at a the Ischemia Workshop on the topic of "Myocardial Ischemia / Reperfusion Injury" - sponsored by AstsraZeneca at the Michigan League, University of Michigan - April 28, 2005.

**Documents reviewed by**
**Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A.**

"Relationship Between Selective Cyclooxygenase-2 Inhibitors and Acute Myocardial Infarction in Older Adults", Circulation 5/04, Solomon, Daniel H.

"Risk of Cardiovascular Events Associated with Selective Cox-2 Inhibitors", JAMA 8/01, Topol, Eric J.

"Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib", Circulation 10/01, Konstam, Marvin

"Risk of cardiovascular events and rofecoxib: cumulative meta-analysis", Lancet 11/04, Juni, Peter

"Nonsteroidal Antiinflammatory Drugs and the Risk of Myocardial Infarction in the General Population", Circulation 6/04, Rodriguez, Luis A. Garcia

Non-Steroidal Anti-Inflammatory Drugs and Risk of Serious Coronary Heart Disease", The Lancet 10/02, Ray, Wayne

"COX-2 Selective Non-Steroidal Anti-Inflammatory Drugs and the Risk of Serious Coronary Heart Disease: An Observational Cohort Study", The Lancet 1/02, Ray, Wayne

"Differential Effects of Aspirin and Non-Aspirin Nonsteroidal Anti-Inflammatory Drugs in the Primary Prevention of Myocardial Infarction in Postmenopausal Women", Epidemiology 7/00, Rodriguez, Luis A. Garcia

E-mail from Greene to Nies RE bioterrorism (CV outcomes)
(MRK-ABC0034124)

VIOXX Top 10 Obstacle Handlers Guide
(MRK-ABR0017647-17708)

Obstacle Responses for VIOXX 8-31-1999

Selling Clinics
(MRK-AAR0028814-0028837)

Dodge Ball
(MRK-ABR0008119-0008134)
VIOXX International Patent Applications

Vioxx Patent Information

VIGOR Final Results 1



EXHIBIT
B

(MRK-GUE0019150; MRK-GUE0019185-0019198)

FDA Public Health Advisory

T. Musliner Memo Re Anticipated Consequences of NSAID Anti-Platelet
Effects of Cardiovascular Events 11-21-96
(MRK-GUE0021986-0021996)

Merck Manual Excerpts (16th Ed.)

Merck Manual Excerpts (17th Ed.)

E-mail from Williams, George to Nies, Alan RE Ad Safety Data-Imbalance
in the Number of Deaths (Memo Attached)
(LEH0071074-0071085)

Memo from Bain, Raymond to Chen, Joshua 5-1-01 RE Protocol 091, 078,
126 (Morrison Exhibit 47)
(MRK-ABY0030000-0030030)

Deaths in MK-0966 Studies 078,091,126 (Morrison Exhibit 31)
(MRK-AAX0000696-0000705)

Dr. James Fries to Gilmartin Letter 1-9-01
(MRK-GUE0058858-0058861)

Gilmartin to Fries Letter 1-23-01
(MRK-LAU0033875-0033876)

Daniels to Simon Ehrich Morrison Reicin E-mail Re GI Outcomes Trial Protocol 2-26-97

E-mail from Reicin Re Carlo Patrono on VIGOR 3-28-00
(MRK-GUE0055263)

Bolognese to Scolnick Email Re ASA Use predicted PUB Rate 1-19-01
(MRK-GUE0056505-0056506)

Capizzi, Thomas to Binkowitz Bolognese Cook Peszek Shapiro Zhang Re
Interaction 4-22-99
(MRK-GUE0008582-0008583)

E-mail Reicin to Shapiro Nies Scolnick Re VIGOR (CV Events are clearly
there) 3-10-00
(MRK-GUE0003399)

E-mail from Gresser, Michael to Ehrich, Elliot RE stroke outcomes 1-9-00

(MRK-GUE0002845)


Scolnick to Greene, Nies, Reicin, Goldman, Gertz Re VIGOR Adv. Meeting 1-21-01
(MRK-GUE0056507)

Dr. Michael  Weinblett Letter to Shapiro (Re Data Safety & Monitoring
Board) Interim Analysis of VIGOR-Unblinded Minutes 10-4-99
(MRK-GUE0035174-0035175)

Dr. Michael  Weinblett Letter to Shapiro (Re Data Safety & Monitoring
Board) Interim Analysis of VIGOR-Unblinded Minutes 11-18-99
(MRK-GUE0035229-0035230)

Dr. Michael  Weinblett Letter to Shapiro (Re Data Safety & Monitoring
Board) Interim Analysis of VIGOR-Unblinded Minutes 12-22-99

CJ Hawkey letter to C.Bombardier 3-16-00

Q&A VIOXX Voluntary Withdrawal Leader Communication Final 9-30-04
(MRK-ACS0011848-0011859)

Important Correction of Drug Information Nov 01
(MRK-ABR A 0000001-0000004)

Important Correction of Drug Information Nov 01
(MRK-ABR A 0000005-0000007)

Draft Important Correction of Drug Information Nov 01
(MRK-ABO0000246-0000247)

Draft Important Correction of Drug Information Nov 01
(MRK-ABO0000248-0000249)
Dear Doctor Letter
(MRK-ABO0000166-0000167)

Pemrick Executive Summary & Minutes may VIOXX Project Team Meeting 6-8-98
(MRK-GUE0051591-0051642)

Mercks JAMA Rebuttal to Topols Special Communication August 2001
(MRK-ABO0000059-0000064)

Memo to Sherwood form Baumgartner Re Gurkipal Singh 10-4-00
(MRK-ACX0005129-0005132)

Ad News Brand of the Year

(MRK-ABO0000171-0000176)

Memo from Grosser RE Arthritis & Analgesia (A&A) Business Strategy Team Meeting
Agenda
(MRK-ABW0005654-0005656)

Letter to Dixon, Wendy from Ahrens, Ronald 11-12-01
(MRK-ABW0002095-0002097)

E-mail from Scolnick, Edward to Anstice, David RE Vioxx Label 10-16-01
(MRK-ABW0004799)

Vioxx 2002 Profit Plan
(MRK-ABW0003742; MRK-ABW0008657)

E-mail from Anstice to Dixon RE Dorothy Quantitative Results 11-14-01
(MRK-ABW0003613-0003614)

Cardiovascular and Renal Review 9-10-01
(MRK-ABW0008495-0008514)

Publications Renal Safety
(MRK-ABW0011264-0011273)

Memo from Villalba, Maria Lourdes to Goldkind, Lawrence 3-12-02

E-mail from Morrison, Briggs to Shapiro Re paper to JAMA
(MRK-ACF0005697-0005699)

Clinical Investigators Confidential Informational Brochure 9-28-94
(MRK-BAR0080602-008685)

Memo from Rush, Janet to Dixon, Wendy RE Risk of Hypertension 12-26-00
(MRK-ABW0002951-0002953)

E-mail from Moan, Andreas RE Understanding the BP in our studies 04-17-01
(MRK-ABW0002827)

E-mail from Shapiro to Barr 1-29-01
(MRK-ACF0004015-0004016)

E-mail from Sperling, Rhoda to Nies & Dixon RE CV Meta Analysis Journal Selection
(MRK-ABW0010182-0010184)

E-mail from Nichtberger, Steven to Dixon RE High CV Risk Patients
(MRK-ABW0008875-0008876)

Telecon Minutes 2-08-02
(MRK-AAB0082113-0082114)

Telecon Minutes 3-07-02
(MRK-AAB0082116-0082117)

Telecon Minutes 3-20-02
(MRK-AAB0082119-0082121)

Merck Press Release Confirms Favorable Cardiovascular Safety Profile of Vioxx 5-22-01
(MRK-ABW0001267-0001269)

Merck Press Release Stands Behind the Cardiovascular Safety Profile of Vioxx
(MRK-ABW0000270-0000273)

DTC Advertising RE Prescription increase as drugmakers spend more on Ads

E-mail from Reicin to Dixon RE Meta Analysis Article 10-05-01
(MRK-ABW0004641)

Cardiovascular Safety Issues Raised in FDA Advisory Committee Meetings 8-27-01
(MRK-ABW0001202-0001244)

Letter to Westrick, Ellen from Salis, Spencer 12-16-99
(MRK-ABW0001245-0001248)

Letter to Westrick, Ellen from Salis, Spencer 12-12-00
(MRK-ABW0001249-0001250)

Summary of Cardiovascular Endpoints
(MRK-ABW0009359)

Memo from Grosser RE Arthritis & Analgesia (A&A) Business Strategy Team Meetings 9-17-01
(MRK-ABW0005654-0005656)

Memo 12-5-01 To Human Health PAC from Arthritis & Analgesia Core Franchise Team
(MRK-AAX0003153-0003227)

Summary of Prepared Testimony Raymond Gilmartin 11-18-04

Merck Vioxx Timeline

Merck Timeline of Epidemiological Studies Involving Vioxx or NSAIDs

Public Health Advisory on Non-Steroidal Anti-Inflammatory Drug Products (NSAIDs)

MK-966-Phase III Osteoarthritis Clinical Development Strategy 7-2-96
(MRK-ABC0001578-0001599)

Project Team Minutes 1-7-97
(MRK-NJ0000246-0000247)

Project Team Minutes 11-17-97
(MRK-NJO051354-051367)

Merck Memo from Doug Watson RE 5-15-98 COX-2 Cardiovascular SAE Surveillance
Task Force Meeting Minutes Revised
(MRK-AFO0023534-0023536)

Memo Draft from Chris Brett & Ken Truitt to RMC Members RE Confirmed Serious
Thromboembolic Events Over Time in Vigor 9-27-01
(MRK-ABH0001559-0001568)

E-mail from Gould, Robert to Scolnick RE Vioxx and African Green Monkey Studies
(MRK-ABH0001398)

Daily Records of Events 2-9-01 - 9-6-01

E-mail from McKinney to Bousfiled RE Paul Emery-concerns about VIOXX following
recent meeting in Finland 9-14-00
(MRK-NJO035473-035476)

Letter to Alan Nies from John Oates 11-5-97
(MRK-NJO152620-152623)

Letter to Barry Gertz from John Oates 11-17-97
(MRK-ABC0002150)

Scientific Advisors' Meeting May 3- May 6
(MRK-AEI0002734-0002746)

E-mail from Reicin to Distlerath RE Vigor Materials 3-26-00
(MRK-ABD0001986-0001987)

Warning Letter 9-17-01

E-mail from Shaw to DiBattiste RE CV outcome total cost-still high
(MRK-ABA0012287-0012292)

E-mail from Richard and Jane Dybas to Peter Kim RE Merck's stock retreats over Vioxx concerns

National Thought Summary- Vigor Study 01-31-01
(MRK-AFI0010255)

E-mail from Watson, Douglas to Guess, Harry RE Vioxx Cohort Study 10-01-01
(MRK-ABY0030147-0030148)

FDA Advisory Committee Briefing-Vioxx Gastrointestinal Safety 02-08-01

E-mail from Simon to Gertz; Bolognese RE CV Event Counts 02-25-02
(MRK-ABS0372399-0372401)

Memo from Simon to Reines 03-06-02 RE Minutes of Teleconference of ESMB
(MRK-ABS0373841-0373845)

E-mail from Reines to Simon RE feedback from ESMB meeting-Vioxx colon polyp study
01-24-02
(MRK-ABS0346030-0346033)

E-mail from Anstice to Scolnick RE Analyst Report on VIOXX 12-06-01
(MRK-ABI0005912-0005915)

E-mail from Basaman to Demusz, et.al. RE Wall Street Journal story 05-01-00
(MRK-ABI0001949-0001950)

E-mail from Reicin to Scolnick RE RA and CV mortality 04-12-00
(MRK-ABC0033809)

E-mail from Reicin, Alise to Kim, Peter RE More Diclofenac Data 03-05-02
(MRK-AFJ0002573)

E-mail from Scolnick to Gilmartin; Anstice RE Monday MC 01-31-01
(MRK-ACR0008985)

E-mail from Scolnick to Shapiro RE Talk 02-11-00
(MRK-NJO130070-130073)

E-mail from Bazmi to Reicin RE VA Questions on VIGOR Trial 10-25-00
(MRK-ACX0005372-0005375)

Letter to Healthcare Provider from Sherwood, Louis, MD. August 2001
(MRK-AAR0021110)

Multi-Disciplinary Advisory Board Members  (MRK-ACX0005041)

E-mail from Demopoulos, Laura to Greene, Douglas Dr., et. al. RE Topol Manuscript 06-12-01
(MRK-ABA0009600)

Recommended Plan-Targeted A&A Thought Leaders
(MRK-NJO197019-197028)

E-mail from Reicin to Beauchard, et. al. RE ACR-2000 Master MEMO-Final 08-28-00
(MRK-ABK0104367-0104369)

Physicians To Be Neutralized  (MRK-AFI0043351)

Letter Woodshed to Singh  (MRK-ABO0003959)

E-mail from Baumgartner to Mendez RE Physicians to Neutralize 04-29-99
(MRK-AFI0201399)

E-mail from Mendez to Baumgartner RE Physicians to Neutralize 04-29-99
(MRK-AFI0174637)

E-mail from Freundlich to Baumgartner RE Physicians to Neutralize 07-26-99
(MRK-AFI0044662-0044665)

E-mail from Baumgartner to Johnson RE Physicians to Neutralize 07-23-99
(MRK-AFI0044563)

E-mail from Baumgartner to Johnson RE Physicians to Neutralize 07-23-99
(MRK-AFI0044569)

Physicians Neutralized Chart (MRK-AFI0201416-0201442)

E-mail from Silverman to Blois, et. al. RE VIOXX Draft Label 10-15-01
(MRK-NJO209457-209478)

E-mail from Scolnick to Blois; Goldman  RE Vioxx US circular 05-14-99
(MRK-ABH0015578)

E-mail from Scolnick to Greene; Goldmann  RE  History Lesson 11-08-01
(MRK-AFJ0001537)

FDA Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products-Medical Officer Review-VIOXX(Rofecoxib)

Vioxx Label Change Q&A 04-11-02
(MRK-ABG0001226-0001243)

Labeling Requirements 2003

Expert Advisory Committee on Pharmacovigilance – Minutes 01-24-02

VIOXX Gastrointestinal Outcome Research – Arthritis Advisory Committee Meeting
02-08-01

Memo from Targum, Shari to Cook, Sandra; Villalba, Marie RE Review of Cardiovascular
Safety Database 12-08-00
(MRK-NJO265620-265656)

Letter to Silverman from Castle 01-31-01
(MRK-NJO265619)

Summary Plan for 2002
(MRK-ABW0010153-0010159)

Results of Label Message Test for VIGOR
(MRK-ABI0003479-0003481)

Memo from Anstice to Carroll, et. al.  RE VIOXX 02-23-98
(MRK-ABI0001556-0001602)

Incidence Rate Deaths by Treatment  (MRK-NJO273594)

Letter to Scolnick from Oates 08-13-99
(MRK-NJO155912-155916)

E-mail from Garret to Nies RE Cox-2  10-24-97
(MRK-NJO051533-051534)


E-mail from Bell to Sauers  RE Slides  09-11-00
(MRK-AFE0000342-0000377)

E-mail from Bell to Sauers  RE Slides  09-11-00
(MRK-AFE0000336-0000341)

E-mail from Pemrick to Harper, et. al. RE Minutes for December's VIOXX (MK-0966)
Project Team Meeting  01-09-98
(MRK-GUE0051402-0051451)

E-mail from Nies to Gertz  RE Carlo Patrono on VIGOR  03-28-00
(MRK-NJO189508-189509)

Background Information   (MRK-ABW0016557-0016565)

E-mail from Morrison to Wolf  RE CV Outcome Total Cost – Still High  10-09-01
(MRK-NJO030204)

Letter to Francesca from Unknown  (MRK-NJO033554)

Letter to Unknown from Unknown (MRK-NJO017610)

Letter to Morrison from FitzGerald RE MK966 in the Elderly  02-17-98
(MRK-NJO017825-017853)

E-mail from Santanello to Cannuscio RE Preliminary Comments on Study by Ray et. al.
01-16-02
(MRK-ACT0003319-0003320)

E-mail from Pemrick to Korn, et. al. RE Minutes for June's MK-0966 (VIOXX) PT
Meeting  07-10-98
(MRK-AEH0009025-0009093)

E-mail from Laurenzi to Schwartz RE URGENT! CARL PATRONO-EULAR  06-19-00
(MRK-ADL0082177)

E-mail from Laurenzi to Daniels, et. al. RE Urgent-Patrono-EULAR  06-20-00
(MRK-ADL0082197)

Memo from Nies RE FYI  09-29-98
(MRK-ABK0311068)

Memo from Laurenzi to Nies RE Proposal from Prof. Patrono 09-28-98
(MRK-ABC0002198)

Letter from Patrono to Laurenzi  09-09-98
(MRK-ABC0002199-0002200)

E-mail from Ford-Hutchinson to Scolnick RE Tylenol and Cox-2 01-13-98
(MRK-ABH0014002)

E-mail from Shapiro to Scolnick RE Talk 02-11-00
(MRK-NJO130074-130077)

E-mail from Anstice to Scolnick  RE Analyst Report on VIOXX 12-06-01
(MRK-ABI0005904-0005906)

E-mail from Scolnick to Demopoulos RE CV study design 11-21-01
(MRK-AAZ0003351)

E-mail from Demopoulos to DiBattiste RE CV study design 11-21-01
(MRK-ABA0014165)

E-mail from Fanelle to Gertz RE Advantage Release  05-23-01
(MRK-NJO193671-193672)

Board of Advisors 04-27-00
(MRK-ABC0022825-0022878)

E-mail from Kim to Gertz RE VIOXX Memo for FDA management 01-21-02
(MRK-NJO443360-443361)

E-mail from Metters to Riendeau, et. al.  RE Article of Interest-Relationship Between
COX-2 Expression and PGI2 Synthesis 01-28-02
(MRK-AEF0000025-0000026)

E-mail from Nies to Gertz; Reicin RE Hi  03-24-00
(MRK-NJO284590)

E-mail from Scolnick to Greene RE CV Study Design 11-21-01
(MRK-ACR0009294)

E-mail from Ng to Van Adelsberg RE VICTOR cv counts 10-13-04
(MRK-AFL0016809)

E-mail from Reicin to Scolnick RE Additional Article Request 03-13-00
(MRK-ABH0017386)

E-mail from Hanton to Library MRL 86 RE Additional RUSH Article Request  03-12-00
(MRK-ABT0012357-0012364)

Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study
with VIOXX  03-27-00

E-mail from Ju to Scolnick RE F/U on Cardiovascular Events in VIOXX Low Back Pain
Study 121 08-31-00
(MRK-ABH0018405-0018407)

E-mail from Scolnick to Gilmartin, et. al.  RE Vioxx Strategy  06-22-98
(MRK-ABI0001223)

E-mail from Capizzi to Shapiro RE Memo re: anticipated CV events in a COX-2 megatrial

02-14-00
(MRK-NJO120741-120742)

E-mail from Capizzi to Shapiro RE Memo re: anticipated CV events in a COX-2 megatrial
02-14-00
(MRK-NJO120754-120756)

Memo from Musliner to Friedman, et. al. RE Anticipated Consequences of NSAID
Antiplatelet Effects on Cardiovascular Events and Effects of Excluding Low-Dose Aspirin
Use in the Cox-2 GI Outcomes Megatrial 11-21-96
(MRK-NJO189500-189507)