# EXHIBIT E

# Luepker

Vioxx Report

I am Russell V. Luepker, MD, MS, Mayo Professor of Public Health and Professor of Medicine (Cardiology) in a full-time position at the University of Minnesota.

My training includes graduation from the University of Rochester Medical School with Distinction in Research in 1969. During medical school, I spent a year in clinical research on coronary heart disease and congestive heart failure in patients at the University of Göteberg in Sweden. I was an intern at the University of California, San Diego in internal medicine. Subsequently, I spent three years at the U.S. Public Service Hospital in Baltimore, MD, where I ran a research laboratory, directed the Heart Disease Prevention Program for the Social Security Administration and did clinical research in the Coronary Care Units at Johns Hopkins Hospitals. I finished my training in internal medicine and a fellowship in cardiology at the Brigham and Womens Hospital in Boston. While there, I received an MS in epidemiology from the Harvard School of Public Health.

As a faculty member at the University of Minnesota since 1976, my research has been consistently supported by the National Institutes of Health (NIH). It has included major clinical trials such as the Multiple Risk Factor Intervention Trial (MRFIT), The Lipid Research Clinic Trial (LRC) and the Minnesota Heart Health Program (MHHP). I have served in an active role since 1979 and currently direct the Minnesota Heart Survey. This NIH supported surveillance project ($6 million) looks at myocardial infarction (heart attack), stroke, heart failure and cardiovascular risk factors in the Minneapolis-St. Paul metropolitan area. It is widely recognized for evaluating trends in disease and clinical care contributing much to methodology and our understanding of these patterns.

My current research support includes a $2 million NIH grant to continue the work of the Minnesota Stroke Survey as Principal Investigator. I have authored numerous peer-reviewed articles on stroke based on this research. I was also a participant in, and co-author of a study on cholesterol, blood pressure and stroke, analyzing 13,000 strokes among 450,000 patients in 45 prospective cohorts. The general finding of this research

was that as blood pressure goes up, stroke incidence rises up. This conclusion is in agreement with a large body of scientific literature.

I have also served on Data and Safety Monitoring committees and Ethics committees for different clinical trials. I currently serve on the Serious Adverse Events Committee for a start-up company (CVRx) testing a new device for treating hypertension.

My committee work is principally for the National Institutes of Health and the American Heart Association. At the NIH, I chaired the Clinical Applications and Prevention Advisory Board for the National Heart, Lung, and Blood Institute (NHLBI). I served as the Steering Committee Chair of the NHLBI REACT and CATCH trials. I served as Chair of the Epidemiology and Disease Control Study Section, which reviews grants submitted to the NIH. I have also served on numerous other study sections, both as member and chair, including clinical trial study sections. I currently serve as Chair of the Advisory Committee for the Framingham Heart Study and the Honolulu Heart Program. All of this work involves study of incidence and prevention of major cardiovascular diseases and events, including heart attack, stroke, congestive heart failure, hypertension and atherosclerosis.

At the American Heart Association, I have served as Chair of the Council on Epidemiology and Prevention, the Annual Scientific Sessions and the Executive Database Steering Committee. I recently finished my term on the Scientific Advisory Committee at the American Heart Association.

I recently stepped down after 14 years as Chair of the Division of Epidemiology and Community Health at the University of Minnesota. This large department includes over 400 graduate students and a research portfolio averaging $40 million/year in external funding. As part of my work, I established the Epidemiology Clinical Research Center (ECRC), which sees 500-1000 patients/month in a wide variety of NIH, and industry supported trials. I have been recognized with an honorary PhD from the University of Lund, Sweden and numerous other awards from professional organizations.

In recent years, I have turned my attention to teaching and training as my administrative load has been reduced. I am Director of Graduate Studies for the Clinical Research Master of Science degree at the University of Minnesota. There are 60-70 active students with doctoral degrees (MD, DDS, PharmD) training to do observational and clinical trial studies in patients. I am Program Director of the NIH Roadmap K12 program, which trains junior clinical faculty in clinical research. This $13 million program currently has 21 clinical faculty in training. It is one of eleven nationwide.

My publications focus on cardiovascular disease prevention and treatment and include both observation studies and clinical trials. I have over 200 articles in the peer-reviewed literature and numerous invited publications. My book for the World Health Organization, Cardiovascular Survey Methods, is widely used and recognized as a standard in the field for cardiovascular disease studies in patients and healthy populations. A copy of my current CV is attached as Exhibit A.

The basis for my comments in this case is found in my education, research in cardiovascular disease and teaching of clinical research. In addition to that extensive experience, I have utilized the published literature, Merck safety data, internal Merck memos and information from the Food and Drug Administration (FDA). The opinions in this report are given to a reasonable degree of medical and scientific certainty. I reserve the right to modify my opinions if further information becomes available.

The first part of this report states my expert opinion on the steps taken by Merck in their evaluation of Vioxx's safety and cardiovascular disease side effects and their interpretation of those data. It is based on information available to me as of the date of this report. The second part will discuss individual disease conditions found to be associated with the use of Vioxx in Merck studies. In both areas, in my opinion, Merck failed in their duties as prudent scientists and experts in clinical trials to make scientifically sound interpretations. They consistently ignored and/or minimized harmful cardiovascular side effects associated with Vioxx.

- 3 -

Summary of Opinions

The basis for my expert opinion on this case includes the presence of clear mechanisms by which Vioxx can cause coronary heart disease and stroke. Those mechanisms operated through the development of a prothrombotic state and hypertension or increased blood pressure. There may be other pathways as well. The Merck clinical trials found an excess of cardiovascular events from the earliest studies making a logical connection between known mechanisms and adverse clinical outcomes. The scientists working at Merck and their consultants had data to draw similar conclusions before and when the drug was marketed. The observation that Vioxx causes increased risk of cardiovascular events was confirmed by the February 2005 FDA advisory meeting where the expert panel voted 32-0 that the available data supported a conclusion that Vioxx significantly increased the risk of cardiovascular events. (Summary Minutes, FDA A.C. Meeting, 3/7/05) This opinion was echoed by a 2007 Scientific Statement from the American Heart Association which, after reviewing the data, came to a similar conclusion. (Circulation 2007; 115:1634-42).

Specific areas for discussion will include:

1.    A flawed understanding of the pathophysiology associated with selective Cox-2 inhibitors. This information on the role of Cox mechanisms pointed to a likelihood of untoward cardiovascular side effects;

2.    A misinterpretation of epidemiologic and clinical trial data by Merck scientists leading to the erroneous conclusion that there was a low incidence of serious adverse events from cardiovascular disease similar to the general population;

3.    The ignoring of consistent red flags in the early osteoarthritis trial data which should have suggested an excess of serious adverse cardiovascular events to a prudent clinical trialist;

4.    A lack of responsiveness to documented advice by Merck staff, Merck's external scientific advisory boards, the FDA and the larger medical community to launch a trial aimed at determining the true cardiovascular side effects of Vioxx;

- 4 -

5.  Systematic delays in implementation of recommendations by Merck's external advisors for consistent adjudicated classification of all disease endpoints and;

6.  A failure to recognize the connected pathophysiology of cardiovascular disease. By focusing on thrombotic events, major serious adverse outcomes associated with Vioxx such as congestive heart failure, hypertension and on some occasions sudden death were not considered serious events for combination with other cardiovascular disease endpoints.

Subsequently to the 2004 withdrawal of Vioxx from the market, a large number of peer-reviewed publications have found these serious adverse cardiovascular events to be causally associated with selective Cox-2 inhibitors particularly Vioxx. However, there were strong indications and available data before 2004 that such relationships existed. They could and should have been recognized by Merck scientists and their consultants.

In the 1990s and prior to the marketing of Vioxx, it was apparent that the Cox inhibitors had potential mechanisms, which could lead to harmful cardiovascular side effects. For example, Topper et al. (Proc. Natl Acad. Sci. 93:10417-22, 1996) found that Cox-2 is an over-protective factor in atherothrombosis. However, suppression of Cox-2 may inhibit this protective mechanism. CJ Hawkey (Lancet, 1999;353(9149):307-314) reviewed the history of Cox inhibitors including the new Cox-2 selective agents coming on the market. Recognized was the potential for Cox-2 inhibitors to cause fluid retention and affect blood pressure regulation (Harris JCI 1994). Although the exact mechanisms were not known, it was suspected that there were effects on renin, a potent substance affecting fluid balance and blood pressure. Also noted was the potential for Cox-2 inhibitors to negate the positive cardiovascular effects demonstrated in trials of aspirin. It is apparent that Merck was aware of these potential serious side effects, as they were discussed in May of 1998 with their Scientific Advisory Board. (Programmatic Review, MRK-AEI0002734-746). This discussion followed the results of a study showing that Vioxx caused a reduction in prostacyclin without affecting thromboxane (Protocol 023), giving rise to a concern over possible shifting of Vioxx users to a pro-thrombotic state.

In the context of theoretical reasons for an association of Vioxx with serious cardiovascular adverse events, early Merck osteoarthritis studies should have raised suspicions of an excess. These arthritis studies were aimed at determining the effectiveness of Vioxx as an analgesic to reduce pain and gastrointestinal side effects compared to currently available medications. The studies were usually short-term (weeks to months), small and underpowered for cardiovascular risk. Nonetheless, signals of potential harm were there despite the fact that statistical significance of the OA studies for such cardiovascular effects was not reached until 2002. In evaluating these many studies, the majority demonstrated an excess of cardiovascular serious adverse events in the Vioxx group, compared to placebo. I am impressed with the consistency of these findings, and prudent scientists reviewing these data should have explored in greater depth their implications. Instead, more short-term small studies were performed that did not individually produce statistically significant results but usually demonstrated a trend towards harm in the Vioxx group, and ultimately reached statistical significance.

In May 1998, before Vioxx was marketed, the Merck External Scientific Advisory Board made comments and recommendations, which included:

> Systemic [*sic*] examination of coronary ischemic events in the clinical trials with Vioxx and other MRL *(Merck Research Labs)* COX-2 inhibitors: It is unlikely that any of the individual trials with Vioxx will have sufficient power to determine whether coronary events are increased or decreased by COX-2 inhibition. It is therefore proposed that coronary events be predetermined endpoints in all future controlled trials with Vioxx and the "back-up" COX-2 inhibitors. Furthermore, it is proposed that these endpoints be assessed by a uniform set of criteria so that meta-analysis of coronary and cerebrovascular events from all these trials can be performed. Thus, uniform criteria for characterization of myocardial infarction, sudden cardiac death, and stroke should be established and the events ascertained in a blinded manner to enhance their validity (MRK-AEI0002739).

The May 1998 SAB also recommended:

> The above considerations regarding hypothetical adverse effects and potential unexpected therapeutic benefits of Vioxx are part of

the scientific intelligence gathering appropriate to the development
of any truly novel pharmacological entity, and should be addressed
in parallel with the conclusion of the process of acquisition and
analysis of the data that will place this drug in the hands of patients
(MRK-AEI0002742).

It is of note and concern that such questions were not addressed "in parallel" with the
process of placing the drug in the hands of patients; the systematic approach to analysis
of CV event data was not implemented until two years later, when the VIGOR DSMB
directed Merck to analyze the data from that study.

Similar to the recommendation of a company's scientific consultants, the FDA and staff
within the company also suggested a systematic study of cardiovascular endpoints with
Vioxx, but such analyses were not done (3/12/02 FDA Villalba memo to Goldkind, p.5;
4/14/00 HHPAC Memo, MRK-ABI0002269-2309, at 2276).

Instead, the company relied on internal analysis comparing the Vioxx data with other
populations coming to the conclusion of an absence of danger.  This analysis was
seriously and fatally flawed and the conclusions were not justified.

The study by Watson was commissioned by the Merck Clinical Development Oversight
Committee.  Watson took cardiovascular event data in 1998 from the early, blinded OA
Vioxx trials and compared them to the placebo group from the previous Proscar (prostate
disease study) and Fosamax (osteoporosis) trials (MRK-ABS0037036-048; MRK-
NJ0066804-827).  The patients in the Vioxx trials had fewer serious cardiovascular
conditions at baseline, including coronary artery disease, angina, previous myocardial
infarction, stroke, transient-ischemic attack coronary artery bypass surgery and
percutaneous angioplasty.  The Vioxx population was also younger by 1.4 years in men
and 3.1 years in women.  The Vioxx group was followed for much shorter periods of time
resulting in fewer person years experience with the Fosamax and Proscar placebo groups
having ten times the experience.  Despite these differences, which should have reduced
serious events in the Vioxx group, the analysis showed an increased relative risk of
cardiovascular disease (1.28 (CI 0.53 to 2.82)) in men.  The difference was not significant
but the number of cases and length of experience in the Vioxx trials were small.

- 7 -

Despite these small numbers, in women the adjusted rate ratio for cardiovascular events was 2.16 and a CI of 1.14 to 3.94, clearly significantly increased. Dr. Watson concluded that the rate for men was not statistically significant and the rate for women was due to an "atypically low incidence of CV events" in the Fosamax placebo group (MRK-NJ0066805). He felt the increase in risk in women was not of concern. (Id.)

Although the original plan did not include comparison to an external population, Dr. Watson then went on to compare the disease rates in the Vioxx phase IIb and III osteoarthritis trials with the NIH Cardiovascular Health Study. This is a cohort study of a large population of Medicare recipients 65 years and older. I am very familiar with this study as I designed the original NIH Request for Applications and served on the Oversight Board for 12 years. In comparing rates between these two populations, Watson found that the event rate for serious adverse cardiovascular disease events was not significantly different between the CHS population study and the Vioxx subjects. Again, this is a fallacious comparison, because the CHS study is a population study of individuals with an average age of 72-73, and many who entered the study had serious cardiovascular diseases at baseline. CHS is a study to characterize the general population. Volunteers for clinical trials, such as those for Vioxx, differ significantly. There is a healthy volunteer factor and in many of the Merck studies, people with serious cardiovascular disease were excluded, and the rate of events should be lower than the general population. Although Dr. Watson recognized certain limitations in the comparisons he wrote, "It is recommended that there be no change in the conduct of trials of Vioxx at this time" (MRK-NJ0066805). The CDOC Committee agreed with him and felt that no additional monitoring of cardiovascular endpoints was needed (MRK-ABS0037009, 7013, 7019). And, as seen later, it was not until the release of the VIGOR data in 2000 that any analysis of adjudicated cardiovascular events was carried out.

In addition to the failure to adequately pursue severe adverse cardiovascular endpoints, the Merck scientists neglected to apply the well-known understanding of the pathophysiology of cardiovascular diseases. The leading cause of cardiovascular disease is atherosclerosis. It results in myocardial infarction (heart attack), sudden death, stroke, heart failure, peripheral vascular disease, and other conditions. This is well known and

- 8 -

accepted by the medical community as the basis for diagnosis and treatment.
Atherosclerosis is caused in large part by hypertension or high blood pressure,
hyperlipidemia or disordered blood cholesterol, cigarette smoking and diabetes. There
are other factors that contribute to atherosclerosis but these are less important. In the
setting of these long-term and classical risk factors, there are more proximate
precipitating events, which occur in people with atherosclerosis. Among the acute factors
leading to stroke and heart attacks is thrombosis or formation of clots in the blood vessels
which block blood flow. The well-studied use of aspirin finds that inhibition of Cox-1
results in a lower likelihood of blood clots forming on atherosclerotic lesions. Finally,
most Americans over age 65 have atherosclerosis in medium and large arteries supplying
critical organs such as the heart and brain. Atherosclerosis in older Americans is
ubiquitous. They are a high-risk group for any drug which increases thrombosis or
clotting, raises blood pressure or causes fluid retention (edema).

The selection by Merck of the Anti-Platelet Treatment Consortium endpoints (APTC)
ignores the critical role of other serious adverse cardiovascular events by separating and
excluding them from a comprehensive evaluation of cardiovascular risk of Vioxx. The
APTC criteria were developed for the testing of anti-platelet drugs and contain a number
of important cardiovascular endpoints, but they also exclude others that were associated
with the use of Vioxx. For example, it is well recognized and accepted that Vioxx results
in higher blood pressure, frequently requiring treatment. Hypertension or high blood
pressure is established as a causal factor for myocardial infarction, stroke and heart
failure. The APTC endpoint ignores hypertension. Using the APTC endpoint also
ignores the increased rates of edema or excess fluid associated with Vioxx. Retaining
excess fluid is a common sign of other cardiovascular diseases, particularly congestive
heart failure. Separation of congestive heart failure as an endpoint ignores this frequently
fatal disease also more commonly found in the Vioxx treated groups. Finally, in some
analyses, sudden out-of-hospital death is separated in an "other category". The vast
majority of out-of-hospital sudden cardiac death is related to atherosclerosis and
thrombosis. By separating the other serious adverse cardiovascular events clearly related
to the same disease process and focusing on APTC endpoints, fewer events were counted
and statistical significance was frequently not observed, leading to erroneous conclusions

- 9 -

of lack of clinical significance or no difference from placebo or comparison drugs. The "TCVSAE" endpoint also excluded hypertension and congestive heart failure, tending to downplay the overall effect of Vioxx on the cardiovascular system.

Aspects of the adjudication process also resulted in two other obstacles to determining the true risks of Vioxx. First, the exclusion of adverse events reported by investigators drastically reduced the database of such events, making it more difficult to find any statistically significant results. Second, the number of excluded reports was seriously biased in favor of Vioxx, for example, in the Alzheimer's trials, where insufficient data to adjudicate was declared as to 18 Vioxx events compared to only 4 placebo events (FDA Memo, Villalba to Goldkind, 3/12/02, at p.3).

In addition, CV data known to Merck were not reported in the published VIGOR article in November 2000. These omitted serious adverse events showed that any GI benefit of Vioxx was negated by the excess risk of serious CV events (Curfman 2006). Similarly to the disparity that occurred in the Alzheimer's trials, Vioxx patients in the VIGOR study had almost twice as many investigator-reported cerebrovascular events (20 vs. 11) (FDA Medical Officer Review, 11/28/01; Clinical Reviews Section, Appendix 5.C.); the published VIGOR article did not mention the investigator-reported events, but instead state that adjudicated "ischemic cerebrovascular events occurred in 0.2% of the patients in each group" (Bombardier, NEJM 2000;343:1520-8, at 1523). The lack of complete datasets showing the disparity between Vioxx and the comparator drug fails to meet the most basic tests of well-designed and interpreted clinical trials.

Since the withdrawal of Vioxx from the market, there have been numerous publications in the peer-reviewed literature from independent investigators confirming the increased risk of cardiovascular diseases associated with Vioxx. These studies confirm observations that could have been made prior to 2004 if the data available to Merck had been appropriately classified, analyzed and interpreted, or a larger trial with appropriate cardiovascular disease endpoints had been carried out as recommended.

Hypertension

Hypertension, or high blood pressure, is one of the best-studied and recognized risk factors for cardiovascular disease. Detection and control through medications of high blood pressure is one of the major public health victories of the 20th century and the declines in stroke and myocardial infarction in the United States are attributed, in part, to our understanding and therapy for this condition. Factors, which raise blood pressure, are known to be causally associated with atherosclerotic diseases and those, which reduce hypertension associated with reduction in disease. Rises in blood pressure, even modest, are of concern (NHBEP-JAMA).

It has long been recognized that Cox inhibitors are associated with increased blood pressure moving some people from normal blood pressure into diagnosed hypertension requiring drug treatment. It is also apparent, as detailed below, that Vioxx has a particular effect on raising systolic blood pressure beyond that of other comparison COX inhibitors. The mean systolic blood pressure in populations taking the usual dose of Vioxx (25 mg) is increased. Higher doses result in even more hypertension. The effect is observed for average blood pressures in a population taking Vioxx but also results in a large subset assuming hypertensive status and requiring anti-hypertensive medication be initiated or increasing ongoing medications to deal with higher blood pressure. These changes were apparent early in the testing of Vioxx prior to its being marketed. Increased blood pressure was observed at week 18 in OA protocol 045 where hypertension was diagnosed at significantly higher rates, and mean systolic blood pressure higher in Vioxx than placebo or ibuprofen (Protocol 045 Clinical Study Report (CSR), MRK-OS420085456-607; Fig. 8, at 85565). The differences observed for mean systolic blood pressure increases were within the range the FDA considers significant. More modest changes were seen with diastolic blood pressure. The Merck CSR commented that "all the active treatment groups had small mean elevations in systolic blood pressure, less than 7mmHg, that were not seen in the placebo treatment group". However, there were differences between Vioxx and the other active treatment, ibuprofen, with the latter drug having lower blood pressure levels. Importantly, the increases observed on Vioxx were an absolute level of 7-10 mmHg when compared to

- 11 -

placebo values. Also, Merck's "Life Table" analysis for Protocol 045 showed that Vioxx 25 mg patients were almost three times more likely to have "hypertension-type adverse experiences" than ibuprofen patients (10.5% vs. 3.9%; MRK-ABS057150, Table 75).

Further review of early osteoarthritis studies (Worldwide Clinical Summary, MRK-NJ0018455-462) finds that 6-week studies demonstrated increased adverse hypertension experiences with Vioxx compared to placebo or ibuprofen. Similar patterns were observed at the 6-month study point. After one year of study, Vioxx had more hypertension adverse experiences than Diclofenac (table C33 at MRK-NJ0018456). Figure C13 shows that Vioxx had higher systolic blood pressures than Diclofenac over a one-year period in a study that was not placebo controlled. (MRK-NJ0018458). In addition, patients exceeding the predefined limits of change from baseline to greater or equal to 180 mm systolic or greater or equal to 110 mm diastolic two or more times were more common for Vioxx than placebo or the comparison drugs ibuprofen and Diclofenac in most instances. Smaller changes were seen in diastolic blood pressure. This was interpreted by Merck employees as "no clinically important difference between Vioxx and comparator NSAIDs and their effect on blood pressure" (MRK-NJ0018462) although such a conclusion is contrary to the collective wisdom of the medical and scientific community. Further analyses of the osteoarthritis trials (Polis Memo, 10/4/02, MRK-AFV0401280-297) showed similar results of increased systolic blood pressure in 6-week osteoarthritis efficacy trials.

Later trials for other indications found similar results, specifically an increase in systolic blood pressure in Vioxx compared to placebo and other comparators in the APPROVE, VIGOR and Alzheimer trials. These demonstrate early and continued elevations in systolic blood pressure resulting in the diagnosis of hypertension with initiation of antihypertensive medication initially or adding more drugs in patients with previously treated hypertension. The Merck studies clearly show an early indication of an effect of raising systolic blood pressure with Vioxx at levels likely to have biological and clinical significance. Later studies confirm this. The effect is visible shortly after initiating the drug and persists until the patient discontinues taking the drug. Higher doses of Vioxx resulted in higher systolic blood pressures, on average.

- 12 -

To better understand the interaction between Vioxx-induced hypertension and cardiovascular outcomes, the APPROVE study data were analyzed. The analysis was performed on individuals for whom stage II hypertension levels were recorded during the treatment phase (systolic greater or equal to 160 mmHg or diastolic greater or equal to 100 mmHg). Although there were no differences between Vioxx and placebo patients in stage II hypertension at baseline, stage II hypertension occurred significantly more often in the Vioxx group during the study. (APPROVe General Safety Report, JAB 02250-02362, at 2345-46, Tables 40, 41). Evaluation of acute myocardial infarction, sudden cardiac death, unstable angina, stroke and transient ischemic attacks, among those with stage II hypertension, observed 24 cases in the Vioxx group and 5 cases in the placebo group. Accounting for duration of medication use, this resulted in a rate ratio of 3.8, indicating a significant excess (p<0.0025) in the Vioxx group. Evaluation by a proportional hazards regression model found similar values. While this broader set of endpoints, as used by Merck, resulted in a significant excess of events in the Vioxx group, an evaluation of stroke and transient ischemic attack events was even more concerning. There were 11 events in the Vioxx group compared to one (1) in the placebo group. This resulted in a relative risk of 8.8, statistically significant (P = 0.01). (See attached statistical calculations).

From these data, it appears that Vioxx, through the elevation in systolic blood pressure interacting with the prothrombotic side effects of this drug, leads to a greater hazard of stroke, myocardial infarction and other cardiovascular events, such as TIA and sudden cardiac death.

In the various analyses performed by Merck for reports to the FDA and in the literature, a variety of blood pressure measurement presentations are presented. While important differences are found for systolic blood pressure, diastolic blood pressure is frequently emphasized, as the differences were less profound. In addition, mean arterial pressure is also used at times. The usual calculation of mean arterial pressure emphasizes diastolic blood pressure, again blunting the effect of elevated systolic values. The values presented for blood pressure are important, as studies over the last decade have demonstrated the importance of systolic blood pressure in the diagnosis and treatment of

- 13 -

hypertension and the incidence of stroke and heart attack. Systolic hypertension is particularly relevant in the elderly, the main consumers of Vioxx. The focus on systolic hypertension differs from recommendations of 20 years ago when diastolic blood pressure was emphasized for diagnosis and treatment.

It is clear from a memo of December 26, 2000 that Merck was aware of the association of systolic blood pressure with vascular events in patients taking Vioxx (MRK-NJ0281966-968). They also noted that "the effect of Vioxx on systolic blood pressure seems to be greater than the effect on diastolic blood pressure" and the "older population most likely to take Vioxx is more likely to have primarily systolic hypertension" (MRK-NJ0281966). They note that there is an increased death rate with higher systolic blood pressure even in the range from 120 to 160 mmHg with a greater risk for higher levels of increased systolic blood pressure. (Id.)

FDA reviews have commented upon the blood pressure effects of Vioxx. Shari Targum, MD, an FDA Medical Officer, wrote a report in February of 2001 discussing the VIGOR study data. She noted that increased blood pressure was associated with Vioxx use and that Vioxx users discontinued the study at a significantly greater rate than naproxen users due to hypertension (28 vs. 6; RR = 4.67, P < 0.001; Targum Memo at p. 10). She also noted that in a November 1999 Data and Safety Monitoring Board meeting that Group A (Vioxx) had an increase in average systolic blood pressure of 4 mm, a level of concern. (Id., at 5-6). The DSMB suggested more analyses of these data. Another review in November of 2001 by an FDA medical officer, Maria Villalba, MD, recommended modification of labeling language that reflected concerns over cardiovascular safety. She noted that Vioxx should be used with caution in patients with known cardiovascular risk, congestive heart failure and hypertension. (Executive Summary). FDA review of data from the rheumatoid arthritis application found hypertension-related events significantly more common in Vioxx at both 25 and 50 mg compared to placebo and naproxen at a magnitude of 2-3 times more common in the Vioxx group compared to the other groups at 12 weeks. (11/28/01 Medical Officer Review, Clinical Review Section, § 3.23, Table 27). Longer term (1 year) data find hypertension-related events were also 2-3 times more common in the Vioxx group than the naproxen group. (Id.)

- 14 -

Finally, during the FDA advisory committee review in February of 2005 of Cox-2 inhibitors, the panel singled out Vioxx with the comment "the blood pressure effects seen with the product are clearly outside the norm and are undesirable; a mechanism other than a prostacyclin mechanism could be at play since the other COX-2s do not appear to have such a large blood pressure effect" (Advisory Committee minutes, 3/7/05, p.12). It is clear that the FDA noted and was concerned about the blood pressure effect of Vioxx.

In 2001, an article by Whelton and colleagues found Vioxx to have significantly higher blood pressure increases than Celebrex. (Am J of Therapeutics 2001; 8:86-95). Systolic blood pressure increased significantly in 17% of those on Vioxx and 11% of Celebrex treated patients. This was true at multiple study points in time. They recommended that patients taking anti-hypertensive therapy and receiving Cox-2 specific inhibitors should be monitored more closely for cardio-renal events, with particular attention to those on Vioxx. This study was supported by Pharmacia and Pfizer, marketers of Celebrex. Pfizer-sponsored research comparing Celebrex to Vioxx provoked a response by Merck to deal with what was seen as a marketing problem (Position Paper, MRK-AFI0130592-614). Merck responded with a series of public relations announcements and a campaign through the company field staff. Merck documents stated that hypertension differences were "similar" and not clinically meaningful and argued that all Cox-2 inhibitors do this (WHHM Hypertension/Edema Taskforce meeting, 1/8/01, MRK-AHY0263626-628). Most misleading, they suggested that their employees argue that there was no correlation between elevated blood pressure and heart attacks (WHHM Agenda, 1/8/01, MRK-AHY0263589-600; MRK-AFI0279988-80008). This statement is particularly interesting in that it contravenes what has been known for decades through multiple clinical studies (NHBEP) and is contradictory to literature from the Merck division which markets anti-hypertensives, which correctly states that the reason to lower blood pressure is to reduce heart attacks and strokes.[1]

---

[1] Of note, the current Merck Manual on hypertension and anti-hypertensives states, "Ischemic or hemorrhagic stroke is a common consequence of inadequately treated hypertension. However, effective control of hypertension prevents most complications and prolongs life." The Manual also states, "Systolic BP predicts fatal and nonfatal cardiovascular events better than diastolic BP". http/www.merck.com/mmpe;sec07/ch071/ch071a.html).

To confront this marketing problem, a study was launched in 2000, which compared Vioxx, Celebrex and placebo (Summary of Blood Pressure Analysis; Protocol 112, MRK-AGV0113870-880; Statistical Report, MRK-ADB0019480-532). This study did not result in an outcome that was positive for Vioxx, which was associated with significantly higher rate of patients exceeding predefined limits of change for systolic blood pressure, compared to Celebrex and placebo. In another head-to-head study of Vioxx and Celebrex (Protocol 906), there was a 6-fold greater incidence of hypertension and edema in the Vioxx group (Vandormael memo and statistical analysis, 7/27/01; MRK-AGU0006035-6086, at 6071, Table 23). This study, which has never been published to my knowledge, was a source of considerable concern in the company. Emails resulting from this study described this "negative data" as a "very serious result" which needed to be kept "very tight" (MRK-NJ0199449).

The role of hypertension as a causal factor in the development of stroke and myocardial infarction is not debated. Prior to the initial marketing of Vioxx, the earlier osteoarthritis studies clearly demonstrated an excess of hypertension and hypertension-related complications. Later studies for other drug indications confirmed this information. The APPROVe study clearly demonstrates that hypertension in patients taking Vioxx results in more cardiovascular events, and particularly cerebrovascular events (stroke/TIA), than does placebo among patients with stage II hypertension. Early Merck reports focused on diastolic blood pressure and mean arterial pressure, which obscured the more important effects on systolic blood pressure. The FDA and scientific literature found the blood pressure effect of Vioxx to be greater than the blood pressure effect of other Cox-2 inhibitors. Finally, the discovery that Vioxx was associated with a greater blood pressure effect than Celebrex led to a public relations and marketing campaign to undermine studies showing this difference. Unfortunately, the campaign was misleading and emphasized erroneous information while failing to publish Merck studies that confirmed the greater blood pressure effect of Vioxx.

Edema and Congestive Heart Failure

Edema, or excess fluid in the body, is associated with renal, cardiac and other diseases.
Congestive heart failure is commonly manifest by fluid overload presenting as edema.
Congestive heart failure is a serious disease with very high mortality rates. It is
associated with both hypertension and atherothrombotic coronary disease.

Increased levels of edema are commonly seen in Vioxx treated patients. In a March 2001
analysis of osteoarthritis clinical trials, Merck found greater incidence of edema in Vioxx
subjects than in placebo or comparison drug groups (MRK-AGV0057297-311). A later
4-week study with Celebrex and placebo (Protocol 906) found edema in 5.3% of Vioxx
patients and 0.9% of Celebrex patients, a statistically significant difference. (MRK-
AGU0006075, Table 25).

The APPROVe trial, published in the New England Journal of Medicine in 2005,
(Bresalier, NEJM 2005; 352:1092-1102) also found congestive heart failure and related
pulmonary edema presenting in 17 patients on Vioxx and four on placebo, a statistically
significant difference. (RR = 4.61, 95% CI 1.50-18.83; Bresalier, Table 4 at 1100).

It is clear that fluid overload manifest as edema and presenting clinically as congestive
heart failure was found in excess in Vioxx compared to placebo and other drugs.


Thrombotic Events in the Merck OA Trials

Following the report of the VIGOR study in 2000, it became increasingly apparent that
Vioxx was associated with increased rates of atherothrombotic cardiovascular disease and
other serious conditions. The drug was withdrawn from the market in 2004, following
the results of excess heart attack and stroke on Vioxx 25mg compared to placebo.
Review of the data from Merck's early trials of Vioxx in osteoarthritis and the
publications from those data suggests information indicating this increased risk was
available earlier.

- 17 -

To evaluate this association, I have reviewed thrombotic event data from 11 Merck osteoarthritis studies performed between 1996 and 2000, published between 1999 and 2004. These are generally small studies of relatively short duration; a total 3712 patients were randomized to Vioxx, and 2104 were randomized to placebo. It is interesting that they were published in separate journals as individual articles and not aggregated as shown below. Review of those individual articles reveals a small and statistically nonsignificant excess of TCVSAE endpoint associated with Vioxx in all but one of the studies. However, these excess events are not commented on in the text nor is the issue of potential cardiovascular side effects raised in the articles.

On table 1, below, these core data for TCVSAE endpoints as defined by Merck are analyzed. There were 23 TCVSAE endpoints for Vioxx and four endpoints for placebo. This results in a relative risk of 3.29 which is statistically significant. (Statistical analysis attached).

| Table 1. Merck Osteoarthritis Clinical Trials TCVSAE Events In Published Studies Conducted Between 1996-2002[2] | | | |
|---|---|---|---|
| | | **TCVSAE** | |
| **Protocol #** | **Author, Year** | **Vioxx** | **Placebo** |
| 010 | Erich, 1999 | 2 | 0 |
| 029 | Erich, 2001 | 3 | 0 |
| 033 | Saag, 2000 | 2 | 1 |
| 040 | Day, 2000 | 1 | 0 |
| 044 | Laine, 1999 | 4 | 0 |
| 045 | Hawkey, 2000 | 3 | 3 |
| 058 | Truitt, 2001 | 1 | 0 |
| 083 | Murphy, 2003 | 0 | 0 |
| 085 | Kivitz, 2004 | 1 | 0 |
| 090 | Battisti, 2004 | 5 | 0 |
| 136 | Laine, 2004 | 1 | 0 |
| Total | | 23 | 4 |

Relative Risk = 3.29, p < 0.05

---

[2] Sources:
1. Protocol 010 CSR, Table 43, MRK-05420045791-792.
2. Updated Cardiovascular Pooled Analysis, 3/22/04, Table 13; MRK-I8940080095.
3. Kearney, "Do Selective Cyclo-Oxygenase Inhibitors and Traditional Non-Steroidal Anti-Inflammatory Drugs Increase the Risk of Atherothrombosis?" BMJ 2006; 332:1302-1308, (Supp. Appendix).

Separate analysis of stroke/TIA events in this population finds 12 patients who suffered such events. Eleven of the 12 patients who suffered stroke/TIA were taking Vioxx, compared to one placebo patient. The relative risk is 6.3, which is also statistically significant. (Statistical analysis attached).

Merck conducted rheumatoid arthritis clinical trials, which also showed an excess of TCVSAE endpoints in Vioxx patients compared to placebo patients (6 vs. 1). As in the case of the osteoarthritis studies, the excess TCVSAE endpoints in the Vioxx group were not commented on in the text of the publications about those clinical trials. The TCVSAE data from these trials are presented in Table 2 below.

**Table 2. Merck Rheumatoid Arthritis Clinical Trials TCVSAE Events In Published Studies Conducted Between 1996-2001[3]**

| Protocol # | Author, Year | TCVSAE | |
| --- | --- | --- | --- |
| | | Vioxx | Placebo |
| 068 | Schnitzer, 1999 | 2 | 0 |
| 096 | Van Adelsberg, 2002 | 4 | 0 |
| 097 | Geusens, 2002 | 0 | 0 |
| 098 & 103 | Hawkey, 2003 | 0 | 1 |
| Total | | 6 | 1 |

Relative Risk = 3.57, p > 0.05

These data show that information was available to Merck before 2004, which did implicate Vioxx as a cause of increased thrombotic events such as myocardial infarction and stroke. However, these data were not presented in the aggregated form in the numerous small publications supported by the company. It is also important to note that the increases in cardiovascular events were apparent in these short-term studies, which usually lasted weeks to months, and there was no protection from the serious adverse events associated with Vioxx in the first 18 months.

---

[3] Sources: 1.   Updated Cardiovascular Pooled Analysis, 3/22/04, Table 13; MRK-I8940080095.
2.   Kearney, "Do Selective Cyclo-Oxygenase Inhibitors and Traditional Non-Steroidal Anti-Inflammatory Drugs Increase the Risk of Atherothrombosis?" BMJ 2006; 332:1302-1308, (Supp. Appendix).

## VIGOR Study

The VIGOR trial was the first published work to find Vioxx was associated with an increase in cardiovascular disease adverse effects. (Bombardier, NEJM 2000; 343:1520-28). Involving patients with rheumatoid arthritis, it compared 50 mg of Vioxx with naproxen. Unpublished data from the VIGOR Study showed that there were five times the number of heart attacks and a 2.37 overall cardiovascular relative risk for Vioxx compared to naproxen. (Targum Report, 2/1/01, pp. 11, 13).

The publication of this study was later the source of criticism of the authors when it was discovered that a number of serious adverse cardiovascular events had not been reported in the manuscript. (Curfman, NEJM 2006). The unreported events were more common in the Vioxx group than in the naproxen group.

Merck argued that Vioxx resulted in no increase in cardiovascular events but that naproxen was protective. Many investigators have questioned this explanation. Most recently, Kearney et al. (BMJ 2006 32:1302-1308) evaluated naproxen and compared it in trials of placebo or no treatment. For randomized controlled trials, naproxen was not significantly different from placebo in the rate of cardiovascular events. This point was echoed in the scientific statement from the 2007 American Heart Association where the Kearney manuscript was cited as showing no particular benefit coming from naproxen. The subsequent studies in different populations, which demonstrate similar increases in cardiovascular serious adverse events with Vioxx compared to placebo, are confirmatory of this observation.

## APPROVe, VICTOR and ViP (Protocol 203)

In an effort to expand the indications for Vioxx to other diseases, Merck launched a number of clinical trials. Among these was the APPROVe trial, which was a long-term study of the use of Vioxx in individuals with colorectal polyps, designed to reduce their conversion to malignancy. The trial compared 25 mg of Vioxx with a placebo. It was terminated in September 2004. Enrollment began in February of 2000 and the trial ended

in September of 2004.  Importantly, individuals with cardiovascular diseases were excluded at baseline, specifically, uncontrolled hypertension (>165/95 mmHg), angina or congestive heart failure with minimal activity.  People with a history of myocardial infarction, coronary angioplasty or coronary arterial bypass graft within the past year, or a history of stroke or TIA within the past 2 years were also excluded.  This resulted in a group with a more favorable cardiovascular risk profile on entry into this study. Nonetheless, this study showed a significant excess of serious adverse cardiovascular endpoints for Vioxx.  Those include a relative risk (RR) of 4.61 for congestive heart failure, RR of 1.92 for all vascular events and RR of 2.80 for combined cardiac events. All these were significant.  The company argued that these events occurred only in the last year and a half of the three-year study and the curves appear to overlap in the published article.  (Bresalier 2005).  However, the addition of heart failure and related events resulted in the curves diverging early (MRK-AAD0357814), and investigator reported events follow a more consistent pattern with Vioxx events exceeding those of the placebo group from the beginning of the study.  (MRK-SO420051269).  This approach was questioned by Marvin Konstam, a cardiology consultant to the company who said, "We are already going out on a limb by emphasizing the 18 month issue". (MRK-AHD0075697).

It was the intention of Merck to combine the APPROVe trial with the VICTOR and ViP trials, in a study known as Protocol 203.  This study was seen as an alternative to studying cardiovascular disease endpoints in a single trial with cardiovascular endpoints as a primary goal.  All of these studies were not finished because of the withdrawal of Vioxx.  Nonetheless, interim analyses were planned but never done.  These data have been analyzed under my direction and supervision, using data provided by Merck.  In this analysis, cardiac events have a relative risk of 2.13 for Vioxx, which is significant ($p < 0.002$).  For TIA and stroke, the relative risk is 1.75 with a p value of 0.10.  For peripheral artery events a relative risk of 0.74 favors Vioxx but the number of events is quite small, and therefore not a reliable indicator of whether Vioxx can cause such events.  In the aggregate using the TCVSAE method, the relative risk is 1.64 with a p value of 0.007 indicating increased risk with Vioxx.  (Statistical calculations attached).

This analysis performed as originally suggested by Merck in their protocols provides further evidence of increased risk associated with Vioxx compared to placebo in a number of different conditions.

Alzheimer's Disease

One of the large studies looking at long-term Vioxx use was a protocol for Alzheimer's disease. Initially intended to be a two-year follow-up study, recruitment went slowly and it took four years to finish. Merck and its consultants often cite the Alzheimer's studies as indicative of lack of serious cardiovascular events with Vioxx. (See, e.g., Celermajer defense expert report).

Closer analysis of this study found not only that Vioxx failed to help Alzheimer's patients but also most of the patients (90%) were not taking the active drug by the end of the study. Just as failure of compliance with a medication will lead to fewer beneficial effects in a trial, so will failure in compliance lead to fewer adverse side effects. This problem is stated well by Alan Nies, MD. Dr. Nies joined Merck Research Laboratories in 1992 to head their clinical pharmacology department. A quote from his chapter in the Goodman and Gilman textbook of pharmacology is directly relevant to the compliance problem where he stated, "noncompliance, even if randomly distributed between both groups may cause falsely low estimates of the true potential benefits or toxicity of a particular treatment."

It is apparent that the use of the Alzheimer's study to say that Vioxx has no harmful effects for cardiovascular events is hampered by the lack of drug compliance. This compares to many other Vioxx studies where a high level of compliance with a prescribed drug was the norm. In these studies there is an excess of cardiovascular events associated with Vioxx.

<u>Susan Duval, PhD, Biostatistical Consultant</u>

Dr. Duval is an assistant professor in the School of Public Health at the University of Minnesota. Her doctoral degree is in statistics from the University of Colorado. We have worked closely for several years and published together in cardiovascular disease research. She performed the attached analyses under my supervision, in a manner similar to our work on published scientific articles.

<u>Summary</u>

The published data and that available to this reviewer presents a consistent pattern. There were early indications that the mechanisms by which Vioxx had its beneficial effects on arthritis pain would also affect other biological mechanisms in an adverse way. Both prothrombotic and prohypertensive side effects were of concern. Early studies by Merck showed these effects to be present even in short-term protocols with arthritis. Later, more comprehensive and longer studies showed the same results. One can only conclude from these many studies that Vioxx, in its usual dose, is causally associated with increased stroke, myocardial infarction, ischemic heart disease, increased blood pressure and other harmful cardiovascular side effects. The red flags were available for Merck scientists to see in their early trials. Unfortunately, other conclusions were drawn and published to the detriment of research subjects and patients who used this medication.

February 20, 2008

Russell V. Luepker, M.D.

# EXHIBIT A

January, 2006

## BIOGRAPHICAL DATA

| | |
|---|---|
| **Name** | **RUSSELL VINCENT LUEPKER** |
| **Born** | October 1, 1942; Chicago, Illinois |
| **Wife** | Ellen Louise Thompson, married on December 22, 1966 |
| **Children** | Ian – born, 1970; Carl – born, 1972 |
| **Education** | Grinnell College, B.A., History, 1964 |
| | University of Rochester School of Medicine, M.D., 1969 |
| | Harvard University, M.S., Epidemiology, 1976 |
| | College Management Program, Carnegie Mellon University, Pittsburgh, PA, July, 1990 |

**Appointments**  Director of Graduate Studies, 2004-present, Clinical Research Master's Program, Division of Epidemiology and Community Health, University of Minnesota.

Mayo Professor, 2001-present, School of Public Health, University of Minnesota.

Head, 1991-2004, Division of Epidemiology, University of Minnesota.

Professor, 1987-present, Epidemiology and Medicine, University of Minnesota.

Visiting Professor, Summer 1995, Ninewells Hospital and Medical School, Dundee, Scotland.

Associate Director, 1986-91, Epidemiology, University of Minnesota.

Visiting Professor, Summer 1986, University of Göteborg, Sweden.

Associate Professor, 1980-87, Epidemiology and Medicine, 1981-tenure, University of Minnesota.

Assistant Professor, 1976-80, Laboratory of Physiological Hygiene (became Division of Epidemiology in 1983) and Department of Medicine.

Director of Lipid Clinic, 1975-76, Peter Bent Brigham Hospital, Boston, MA.

Fellow in Medicine (Cardiology), 1974-76, Harvard University, Boston, MA.

Assistant Resident in Medicine, 1973-74, Peter Bent Brigham Hospital, Boston, MA.

1

Research Assistant in Medicine, 1971-73, Johns Hopkins University, Baltimore, MD.
Consultant in Cardiology, 1971-73, Baltimore City Hospitals, Baltimore, MD.

Chief, 1972-73, Heart Disease Prevention Program, Social Security Administration, Baltimore, MD.

Fellow, 1972-73, Department of Social and Preventive Medicine, University of Maryland, Baltimore, MD.

Fellow, 1972, International Cardiovascular Epidemiology Seminar, Singapore.

Assistant Chief of Cardiology, 1970-73, USPHS Hospital, Baltimore, MD.

Intern in Medicine, 1969-70, University of California, San Diego, CA.

NIH Research Fellow, 1967-68, Cardiology, University of Göteborg, Sweden.

Preventive Medicine Clerkship, 1965, University of Ibadan, Nigeria.

| | |
|---|---|
| **Honors** | Historical studies with honors, Grinnell College, 1964. |
| | M.D. with Distinction, University of Rochester, 1969. |
| | Alfred B. Richie Prize for Medical Research, American College of Chest Physicians, 1970. |
| | National Research Service Award, NHLBI, 1975-77. |
| | Delta Omega Society - The Honorary Public Health Society - National Merit Award, 1988. |
| | Distinguished Alumni Award, Grinnell College, 1989. |
| | Bush Leadership Fellowship, 1990. |
| | Ph.D. (h.c.) University of Lund, Sweden, 1996. |
| | Award of Merit, American Heart Association, Dallas, 1997. |
| | European Society of Cardiology, Fellow, Vienna, 1998. |
| | Joseph Stokes Award, American Society of Preventive Cardiology, Orlando, 1999. |
| | Ancel Keys Lecture, Invited Speaker, American Heart Association, 2001. |
| | Mayo Professor of Public Health, 2001-2004. |
| | Distinguished Achievement Award, American Heart Association, Council on Epidemiology and Prevention, Dallas, 2005. |

**Current Research Support**

Minnesota Stroke Survey, NIH R01-NS39028-05, 2000-05; Direct Costs: $2,064,508; Principal Investigator.

Community Surveillance of CHD and Sudden Death (MHS), NIH R01-HL65755-05, 2000-05; Direct Costs: $1,927,454; Principal Investigator.

Clinical Research Curriculum Award, NIH K30-HL04104-05, 2000-05; Direct Costs: $925,925; Director.

2

CAM Training Grant, Mpls. Medical Research Foundation, 9/1/04-8/31/07; Direct Costs: $11,846; Principal Investigator (University Site).

**Consultation**
Interstudy, Christmas Lake, Minnesota, 1977-79.
NHLBI Task Force on Epidemiology, 1979.
Minnesota Department of Public Health, 1978-present.
Centers for Disease Control, Atlanta, Georgia, 1980-81.
American College of Preventive Medicine, Risk Factor Update Project, 1981-82.
Johnson & Johnson Corporation, Live for Life Program External Review, Chairman, New Brunswick, NJ, 1981-84.
University of Southern California, Visiting Professor, 1982.
University of Rochester, Visiting Professor, 1984.
University of Iowa, Visiting Professor, 1984.
Duke University, Visiting Professor, 1985.
University of Tennessee, Visiting Professor, 1985.
National Cancer Institute, Stockholm Nutrition Project, 1985-88.
Karolinska Institute, 1986-88.
University of British Columbia, Visiting Professor, 1988.
NHLBI Task Force on Cholesterol Screening, Chair, 1988.
NHLBI Task Force on Hypertension Research, 1989.
CDC Task Force on Cholesterol Screening, 1989.
NHLBI Task Force on Research in Epidemiology and Prevention of Cardiovascular Disease, 1992-1995.
Agency for International Development, Tbilisi, Georgia, 1995.
Lund University, Visiting International Professor, 1997.
University of Alabama, 2000.
State University of New York at Buffalo, 2000.
University of Rochester-New York, Doctoral Program Review, 2002.
University of Iowa, Review of Epidemiology Program, 2002.
University of Western Australia, School of Population Sciences, Cardiovascular Disease Surveillance Program, 2005.

**Committees**
**Division**
Training Committee, 1983-91, 2004-present.
PhD Admissions Committee, 1982-01.
Faculty Advisory Committee, Chair, 1986-2004.
Faculty Executive Committee, 2004-present.
Admissions Committee, Community Health Education, Chair, 1987, 1989; Member, 1990.
Community Health Education Major, Acting Chair, 1987.
Minnesota Heart Survey, Principal Investigator, 1987-present.
Staff Advisory Committee, Chair, 1991-2004.
Development Committee, Chair, 1991-93.
Minnesota Heart Health Program Executive Committee, Chair, 1990-present.
Minnesota Heart Survey Executive Committee, Chair, 1993-present.
Clinical Research MS Admissions Committee, Chair, 2004-present.
Public Health Nutrition Admissions Committee

3

4

**School**

Community Service Committee Chairman, School of Public Health, 1978-80.

Planning Committee, School of Public Health, 1978-80.

Committee on Committees, School of Public Health, 1981-82.

Constitution Review Committee, School of Public Health, 1982.

Appointments, Promotion, and Tenure Committee, School of Public Health, 1984-88,
    1989-91, 2004-present. Chair, 1990-91.

Appeals Panel on Tenure Conversions, University of Minnesota, 1985-87.

Administrative Council, School of Public Health, 1985-87.

Faculty Consultative Committee, School of Public Health, 1987-88, 2004-present.

Recognition, Awards, and Honors Committee, School of Public Health, 1988-91.

Preventive Medicine Residency Advisory Committee, 1989-93.

Division Heads' Group, School of Public Health, 1991-2004.

Policy Council, School of Public Health, 1993-present.

Search Committee Chair, Head for the Institute for Health Services Research, School of
    Public Health, 1994-96.

Space Committee Chair, School of Public Health, 1994-2000.

Data Privacy Committee, School of Public Health, 2001-2002.

Clinical Research Initiative, School of Public Health, 2002-present.

**University**

Incentives for Managed Growth Oversight Subcommittee, Faculty Senate, University of
    Minnesota, 1997-2000.

Academic Health Center Space Coordinating Committee, University of Minnesota, 1997-
    99.

Jackson, Owre, Millard, Lyon (JOML) Replacement Committee, University of Minnesota,
    1997-99.

Clinical Outcomes Research Center (CORC) Advisory Board, Academic Health Center,
    1994-present.

General Clinical Research Center (GCRC) Advisory Board, Academic Health Center,
    1997-present.

Minnesota Obesity Center Advisory Board, University of Minnesota, 1996-present.

HIPPA Education and Training Task Force, Academic Health Center, 2002-2003.

Duluth Rural Clinical Research Network Group, Duluth Medical School, 2002-present.

Clinical Research Task Force, Academic Health Center, 2002-present.

Lillehei Heart Institute (LHI) Steering Committee, Academic Health Center, 2003-present.

Lillehei Heart Institute (LHI) Search Committee for Director, Academic Health Center,
    2003-present.

Clinical Trial Center Executive Committee, Division of Cardiology, 2003-present.

University-Mayo Partnership, Academic Health Center, 2003-present.

Health Journalism Admissions Committee, Academic Health Center, 2003-present.

CME Council, Academic Health Center, 2004-present.

Search Committee for VFW Endowed Chair, Academic Health Center, 2004-present.

AED Committee, Academic Health Center, 2005-present.

5

State

Heart Disease in the Young, Minnesota Affiliate, American Heart Association, 1976-79.
Public Education Committee, Minnesota Affiliate, American Heart Association, 1977-80.
Lifestyle Intervention Committee, Metropolitan Council, AHA Representative, 1978.
Hypertension Committee, Minneapolis Division, American Heart Association, 1982-83.
Research Committee, Minnesota Affiliate, American Heart Association, 1983-87.
Speakers' Bureau Committee, Minnesota Affiliate, American Heart Association, 1984-88.
United Way Campaign, School Coordinator, 1985.
United Way Campaign, Public Spokesperson, 1987.
United Way, Committee on Services for Older Adults, 1998.
Minnesota Affiliate, American Heart Association, Board of Directors, 1985-present.
   Secretary, 1987-88. President-Elect, 1988-89. President, 1989-90. Great Plains Regional
   Representative, 1990-94.
Emerging Infections Program Technical Advisory Group, Minnesota Department of Health,
   1995-present.
Health Technology Advisory Committee, 1999-2002.
VA Chronic Disease Center Advisory Committee, 2000-present.
Minnesota Department of Health Cardiovascular Steering Committee, 2001-present.

National/International

Clinical Endpoints Committee, Secretary, MRFIT, NIH Cooperative Study, 1972-73.
NIH Special Study Sections, Chair of Numerous Committees and Member of Others, 1980-
   present.
Numerous professional workshops and invited lectures for the American Heart Association,
   the American College of Cardiology, the National Heart, Lung, and Blood Institute, the
   Center for Disease Control, and the National Cancer Institute, 1980-present.
Coordinating Committee for Community Demonstration Studies, NHLBI, 1981-93.
Delegate, US-USSR Health Agreement, Area 7 Hypertension, Moscow, USSR, 1982, 1984,
   1985, 1986, 1987, 1988, 1990.
Committee on Recommendations for Low Risk MI, American Heart Association,
   1983-85.
Delegate, US-FRG Health Agreement, Community Programs, 1984, 1986, 1988, 1993, 1995.
Clinical Trials and Prevention Advisory Committee (CAPAC), NHLBI, 1984-88. Chairman,
   1987-88.
Epidemiology and Biometry Program Subcommittee (CAPAC), Chairman, 1985-88.
NHLBI Policy Board for the Honolulu Heart Study, 1985-present. Chair, 1991-present.
Advisory Board, University of Southern California Community Drug Abuse Prevention Trial,
   1986-present.
Data and Safety Monitoring Committee, Multi-Center NHLBI Myocarditis Study,
   1987-91.
School Health Education Committee (Centers for Disease Control), 1986-89.
National Cholesterol Education Program, Subcommittee Chair, Population Panel, 1988-91.
   Screening Committee Chair, 1988-91.

6

American Heart Association, Board of Directors (Member), 1994-96; Education and Community Program Committee (Member), 1993-96; Science Advisory and Coordinating Committee (Member), 1994-96, 2005-present; Nominating and Awards Committee (Member), 1992-94; Continuing Education Subcommittee (Member), 1997-2000; Air Pollution Writing Group (Member), 2001-present; Executive Database Steering Committee (Member), 2002-05; Committee on Cardiovascular Disease Data Sources (Chair), 2003-present; OTC Statin Task Force (Member), 2004-present.

American Heart Association Committee on Scientific Sessions, Member, 1988-91. Program Vice-Chair, 1993-94. Chair, 1994-96.

American Heart Association Council on Epidemiology and Prevention, Executive Committee, 1988-96. Program Committee Chair, 1988-90. Vice-Chair, 1990-92. Council Chair, 1992-94; Membership and Communications Committee (Member), 2003-present; Advocacy Committee (Chair), 2003-present; Communications and Publications Committee (Member), 2004-present; Leadership Committee (Member), 2004-present.

World Heart Federation (WHF), Epidemiology and Prevention Council Board Member, 1991-94. Treasurer, 1994-present. Membership Chair, 1994-present.

National Institutes of Health. Epidemiology and Disease Control Study Section (Subcommittee 1), Division of Research Grants, 1991-95. Chair, 1995-96.

Armed Forces Epidemiological Board, Department of Defense, 1993-97.

Delegate, US-Japan Health Agreement, Cardiovascular Disease, 1994, 1996, 1998.

European Society of Cardiology, Executive Scientific Program Committee, 1995-97.

American College of Epidemiology. Finance Committee, 1997-2000.

American College of Cardiology, 31st Bethesda Conference on Emergency Care, 1999.

National Cholesterol Education Program (NCEP), ATP III Committee, 1999-present.

National Institutes of Health. SNEM-1 Study Section, 1999-present.

Framingham Heart Study Observational Studies Monitoring Board (OSMB), Chair, 2000-present.

American College of Cardiology, 33rd Bethesda Conference on Prevention of Cardiovascular Disease, 2001.

Reynolds Foundation Scientific Advisory Committee, 2002-present.


| | |
|---|---|
| **Editorial Boards** | *Journal of Behavioral Medicine*, 1983-2005<br>*Preventive Medicine*, 1984-2005<br>*Coronary Heart Disease*, 1989-present<br>*Prevention Science*, 2000-present |
| **Reviewer** | *American Journal of Cardiology*<br>*American Journal of Epidemiology*<br>*American Journal of Public Health*<br>*American Journal of Preventive Medicine*<br>*Annals of Epidemiology*<br>*Annals of Internal Medicine*<br>*Archives of Internal Medicine*<br>*Circulation* |

7

*Epidemiology*
*Journal of the American College of Cardiology*
*Journal of the American Medical Association*
*Journal of Clinical Epidemiology*
*New England Journal of Medicine*
*Pediatrics*
(and others)

**Organizations**   International Society and Federation of Cardiology
American College of Physicians, Fellow
American Epidemiological Society
American Public Health Association
AHA Council on Epidemiology, Fellow
American College of Cardiology, Fellow
American College of Epidemiology, Fellow
Society of Behavioral Medicine, Fellow
Society for Epidemiological Research
European Society of Cardiology, Fellow

**Professional**   Epidemiology, Preventive Cardiology, Public Health, and Clinical
**Areas**             Cardiology.

**Languages**     Swedish

**Certification**   American Board of Internal Medicine, 1976.
American Board of Internal Medicine, Cardiovascular Diseases, 1978.

Address and title to be used for publications and reference:

Russell V. Luepker, M.D.
Mayo Professor of Epidemiology and Community Health
Professor of Medicine
School of Public Health
University of Minnesota
1300 South Second Street, Suite 300
Minneapolis, MN 55454-1015

8

## RUSSELL V. LUEPKER — COMPLETE PUBLICATION LIST

### Journal Articles (Published)

1. Korsgren M, Luepker RV, Liander B, Varnauskas E. Pulmonary Intra- and Extravascular Fluid Volumes in Exercising Patients. Cardiovasc Res 3: 1-6, 1969.

2. Luepker RV, Korsgren M, Liander B, Varnauskas E. Pulmonary Intra- and Extravascular Fluid Volumes in Resting Cardiac Patients. Am J Cardiol 28: 295-302, 1971.

3. Luepker RV, Holmberg S, Varnauskas E. Left Atrial Pressure During Exercise in Hemodynamic Normals. Am Heart J 81: 494-497, 1971.

4. Luepker RV, Liander B, Korsgren M, Varnauskas E. Effect of Supine Exercise on Pulmonary Extravascular Fluid Volume. Circulation 44: 626-637, 1971.

5. Holmberg S, Luepker RV, Varnauskas E. Effect of Recirculation on Myocardial Xenon-133 Clearance Curves. Acta Med Scand 189: 241-250, 1971.

6. Luepker RV, Michael J, Warbasse J. Transthoracic Electrical Impedance: Evaluation of Non-Invasive Measure of Pulmonary Edema in the Experimental Animal. Am Heart J 85: 83-93, 1973.

7. Luepker RV, Bouchard R, Burns R, Warbasse J. Systemic Heparinization During Percutaneous Coronary Angiography: Evaluation of Effectiveness in Decreasing Thrombotic and Embolic Complications. Cath and CV Dx 1: 35-45, 1975.

8. Smith L, Luepker RV, Rothschild S, Gilles A, Kochman L, Warbasse J. Management of Type IV Hyperlipidemia: Evaluation of Practical Clinical Approaches. Ann Intern Med 84: 22-28, 1976.

9. Smith LK, Luepker RV, Rothschild S, Gilles A, Kochman L, Warbasse J. Intervention in Type IV Hyperlipoproteinemia. Nutr Rev 34:204-206, 1976.

10. Luepker RV, Caralis D, Voight G, Burns R, Murphy L, Warbasse J. Detection of Pulmonary Edema in Acute Myocardial Infarction. Am J Cardiol 39: 146-152, 1977.

11. Luepker RV, Smith L, Sherwin R, Gilles A, Kochman L, Warbasse J. Serum Lipid Levels in a Clerical Workforce. J Chronic Dis 30: 547-555, 1977.

12. Luepker RV, Smith L, Rothschild S, Gilles A, Kochman L, Warbasse J. Management of Hypercholesterolemia: Evaluation of Practical Approaches in Healthy Young Adults. Am J Cardiol 41: 590-596, 1978.

13. Luepker RV, Smith ML. Mortality in Unionized Truck Drivers. J Occup Health 20:677-682, 1978.

14. Beadle EM Jr, Luepker RV, Williams PP. Pregnancy in a Patient with Porcine Valve Xenografts. Am Heart J 98: 510-512, 1979.

15. Jacobs DR Jr, Hunninghake DB, Dempsey ME, Taylor HL, Kuba K, Luepker RV, Dawson EA, Frantz ID Jr, Hannan P. Blood Lipids and Lipoproteins in a Minnesota Urban Population. J Chronic Dis 33: 395-406, 1980.

16. Hurd P, Johnson CA, Pechacek TF, Bast LP, Jacobs DR Jr., Luepker RV. Prevention of Cigarette Smoking in Seventh Grade Students. J Behav Med 3: 15-28, 1980.

17. Luepker RV, Pechacek TF, Murray DM, Johnson CA, Hund F, Jacobs DR. Saliva Thiocyanate: A Chemical Indicator of Cigarette Smoking in Adolescents. Am J Public Health 71: 1320-1324, 1981.

18. Arkin R, Roemhild H, Johnson CA, Luepker RV, Murray DM. The Minnesota Smoking Prevention Program: A Seventh-Grade Health Curriculum Supplement. J School Health 51: 611-616, 1981.

19. Grimm RH, Luepker RV, Taylor HL, Blackburn H. Long-term Effects of a Blood Pressure Survey on Patient Treatment in a Community. Circulation 65: 946-950, 1982.

20. Gillum RF, Prineas RJ, Luepker RV, Taylor HL, Jacobs DR, Kottke TE, Blackburn H. Decline in Coronary Deaths: A Search for Explanations. Minn Med 65: 235-238, 1982.

21. Mittelmark MB, Murray DM, Luepker RV, Pechacek TF. Cigarette Smoking Among Adolescents: Is the Rate Declining? Prev Med 11: 708-712, 1982.

22. Ettema JS, Brown JW, Luepker RV. Knowledge Gap Effects in a Cardiovascular Information Campaign. Public Opinion Quarterly 47: 516-527, 1983.

23. Folsom A, Kuba K, Luepker RV, Jacobs DR, Frantz ID Jr. Lipid Concentrations in Serum and EDTA-Treated Plasma, from Fasting and Nonfasting Normal Persons, with Particular Regard to HDL Cholesterol. Clin Chem 29: 2025-2028, 1983.

24. DiAngelis N, Luepker RV. The Effect of the Dental Setting on Blood Pressure Measurements. Am J Public Health 73: 1210-1212, 1983.

25. Luepker RV, Johnson CA, Murray DM, Pechacek TF. Prevention of Cigarette Smoking: Three-Year Follow-Up of an Education Program for Youth. J Behav Med 6: 53-62, 1983.

26. Folsom AR, Luepker RV, Gillum RF, Jacobs DR, Prineas RJ, Taylor HL, Blackburn H. Improvement in Hypertension Detection and Control from 1973-1974 to 1980-1981: The Minnesota Heart Survey Experience. JAMA 250(7): 916-921, 1983.

27. Gillum RF, Folsom AR, Luepker RV, Jacobs DR Jr, Kottke TE, Gomez-Marin O, Prineas RJ, Taylor HL, Blackburn H. Sudden Death and Acute Myocardial Infarction in a Metropolitan Area, 1970-1980: The Minnesota Heart Survey. New Engl J Med 309: 1353-1358, 1983.

28. Pirie PL, Luepker RV, Jacobs DR, Brown JW, Hall NJ. Development and Validation of a Self-Scoring Test for Coronary Heart Disease Risk. J Community Health 9: 65-79, 1983.

29. Luepker RV, Grimm RH, Taylor HL. The Effect of "Usual Care" on Cardiovascular Risk Factors in a Clinical Trial. Controlled Clin Trials 5: 47-53, 1984.

30. Jeffery RW, Folsom AR, Luepker RV, Jacobs DR Jr., Gillum RF, Taylor HL, Blackburn H. Prevalence of Overweight and Weight Loss Behavior in a Metropolitan Adult Population: The Minnesota Heart Survey Experience. Am J Public Health 74(4): 349-352, 1984.

31. Folsom AR, Prineas RJ, Jacobs DR, Luepker RV, Gillum RF. Measured Differences between Fourth and Fifth Phase Diastolic Blood Pressures in 4,885 Adults: Implication for Blood Pressure Surveys. Int J Epidemiol 13(4): 436-441, 1984.

32. Murphy RJ, Luepker RV, Jacobs DR Jr., Gillum RF, Folsom AR, Blackburn H. Citizen Cardiopulmonary Resuscitation Training and Use in a Metropolitan Area: The Minnesota Heart Survey. Am J Public Health 74(5): 513-515, 1984.

33. Gillum RF, Jacobs DR Jr., Luepker RV, Prineas RJ, Hannan PJ, Baxter J, Gomez-Marin O, Kottke TE, Blackburn H. Cardiovascular Mortality Trends in Minnesota, 1960-1978: The Minnesota Heart Survey. J Chronic Dis 37(4): 301-309, 1984.

34. Gillum RF, Hannan PJ, Prineas RJ, Jacobs DR Jr, Gomez-Marin O, Luepker RV, Baxter J, Kottke TE, Blackburn H. Coronary Heart Disease Mortality Trends in Minnesota, 1960-1980: The Minnesota Heart Survey. Am J Public Health 74(4): 360-362, 1984.

35. Pechacek TF, Murray DM, Luepker RV, Mittelmark MB, Johnson CA, Shultz JM. Measurement of Adolescent Smoking Behavior: Rationale and Methods. J Behav Med 7(1): 123-140, 1984.

36. Luepker RV, Jacobs DR, Brown JW, Sobel JL, Prineas RJ. Hypertension Control in Two Rural Communities. Minn Med 67:341-344, 1984.

37. Murray DM, Johnson CA, Luepker RV, Mittelmark MB. The Prevention of Cigarette Smoking in Children: A Comparison of Four Strategies. J Appl Soc Psychol 14: 274-288, 1984.

38. Folsom AR, Pechacek TF, De Gaudemaris R, Luepker RV, Jacobs DR Jr, Gillum RF. Consumption of 'Low Yield' Cigarettes: Its Frequency and Relationship to Serum Thiocyanate. Am J Public Health 74(6): 564-568, 1984.

39. Venters MH, Jacobs DR Jr, Luepker RV, Maiman LA, Gillum RF. Spouse Concordance of Smoking Patterns: The Minnesota Heart Survey. Am J Epidemiol 120(4): 608-616, 1984.

11

40. Carlaw RW, Mittelmark MB, Luepker RV, Bracht N. Organization for a Community Cardiovascular Health Program: Experiences from the Minnesota Heart Health Program. Health Educ Q 11(3): 243-252, 1984.

41. Folsom AR, Caspersen CJ, Taylor HL, Jacobs DR Jr, Luepker RV, Gomez-Marin O, Gillum RF, Blackburn H. Leisure Time Physical Activity and its Relationship to Coronary Risk Factors in a Population-Based Sample: The Minnesota Heart Survey. Am J Epidemiol 121(4): 570-579, 1985.

42. Luepker RV, Jacobs DR Jr, Gillum RF, Folsom AF, Prineas RJ, Blackburn H. Population Risk of Cardiovascular Disease: The Minnesota Heart Survey. J Chronic Dis 38(8): 671-682, 1985.

43. De Gaudemaris R, Folsom AR, Prineas RJ, Luepker RV. The Random-Zero versus the Standard Mercury Sphygmomanometer: A Systematic Blood Pressure Difference. Am J Epidemiol 121(2): 282-290, 1985.

44. Pirie PL, Elias WS, Wackman DB, Jacobs DR Jr, Murray DM, Mittelmark MB, Luepker RV, Blackburn H. Characteristics of Participants and Non-participants in a Community Cardiovascular Disease Risk Factor Screening: The Minnesota Heart Health Program. Am J Prev Med 2: 20-25, 1985.

45. Sorensen G, Pirie PL, Folsom A, Luepker RV, Jacobs DR Jr, Gillum RF. Sex Differences in the Relationship between Work and Health: The Minnesota Heart Survey. J Health Soc Behav 26: 379-394, 1985.

46. Gillum RF, Gomez-Marin O, Kottke TE, Jacobs DR Jr, Prineas RJ, Folsom AR, Luepker RV, Blackburn H. Acute Stroke in a Metropolitan Area, 1970 and 1980: The Minnesota Heart Survey. J Chronic Dis 38(11): 891-898, 1985.

47. Blackburn H, Grimm RH Jr, Luepker RV, Mittelmark MB. The Primary Prevention of High Blood Pressure: A Population Approach. Prev Med 14: 466-481, 1985.

48. Pechacek TF, Folsom AR, de Gaudemaris R, Jacobs DR Jr, Luepker RV, Gillum RF, Blackburn H. Smoke Exposure in Pipe and Cigar Smokers: Serum Thiocyanate Measures. JAMA 254(23): 3330-3332, 1985.

49. Mittelmark MB, Luepker RV, Jacobs DR Jr, Bracht NF, Carlaw R, Crow R, Finnegan J, Grimm RH, Jeffery RW, Kline FG, Murray DM, Mullis RM, Perry CL, Pirie PL, Pechacek TF, Blackburn H, for the Minnesota Heart Health Program Research Group. Community-Wide Prevention of Cardiovascular Disease: Education Strategies of the Minnesota Heart Health Program. Prev Med 15(1): 1-17, 1986.

50. Jacobs DR Jr, Luepker RV, Mittelmark MB, Folsom AR, Pirie PL, Mascioli SR, Hannan PJ, Pechacek TF, Bracht N, Carlaw R, Kline FG, Blackburn H. Community-Wide Prevention Strategies: Evaluation Design of the Minnesota Heart Health Program. J Chronic Dis 39(10): 775-788, 1986.

12

51. DeBusk RF, Beller GA, Blomqvist CG, Crawford M, Epstein SE, Kouchoukos NT, Luepker RV, Miller HS, Moss AJ, Pollock ML, Reeves TJ, Selvester RH, Stason WB, Wagner GS, Willman VL. Identification and Management of Low Risk Patients After Acute Myocardial Infarction and Coronary Artery Bypass Graft Surgery. New Engl J Med 314: 161-166, 1986.

52. Luepker RV. Coronary Heart Disease Risk Factor Reduction in the Elderly. Quality of Life and Cardiovascular Care 2(4): 159-175, 1986.

53. Venters M, Jacobs DR Jr, Pirie PL, Luepker RV, Folsom AR, Gillum RF. Marital Status and Cardiovascular Risk: The Minnesota Heart Survey and the Minnesota Heart Health Program. Prev Med 15:591-605, 1986.

54. Murray DM, Luepker RV, Pirie PL, Grimm RH, Bloom E, Davis MA, Blackburn H. Systematic Risk Factor Screening and Education: A Community-Wide Approach to Prevention of Coronary Heart Disease. Prev Med 15: 661-672, 1986.

55. Crow R, Blackburn H, Jacobs D, Hannan P, Pirie PL, Mittelmark M, Murray D, Luepker RV. Population Strategies to Enhance Physical Activity: The Minnesota Heart Health Program. Acta Med Scand 771(Suppl):93-112, 1986.

56. Luepker RV. What Can Be Concluded From the Three Randomized Coronary Bypass Surgery Trials? Current Opinion in Cardiology 1(6): 878-883, 1986.

57. Mittelmark MB, Murray DM, Luepker RV, Pechacek TF, Pirie PL, Pallonen UE. Predicting Experimentation with Cigarettes: The Childhood Antecedents of Smoking Study (CASS). Am J Public Health 77(2):206-208, 1987.

58. Sorensen G, Jacobs DR Jr, Pirie PL, Folsom AR, Luepker RV, Gillum RF. Relationships among Type A Behavior, Employment Experiences, and Gender: The Minnesota Heart Survey. J Behav Med 10(4): 323-336, 1987.

59. Folsom AR, Jacobs DR Jr, Luepker RV, Kushi LH, Gillum RF, Elmer PJ, Blackburn H. Nutrient Intake in a Metropolitan Area, 1973-74 vs. 1980-82: The Minnesota Heart Survey. Am J Clin Nutr 45: 1533-1540, 1987.

60. Murray DM, Richards PS, Luepker RV, Johnson CA. The Prevention of Cigarette Smoking in Children: Two- and Three-Year Follow-Up Comparisons of Four Prevention Strategies. J Behav Med 10(6): 595-611, 1987.

61. Råstam L, Admire JB, Frantz ID Jr, Hellerstedt W, Hunninghake DM, Kuba K, Luepker RV. Measurement of Blood Cholesterol with the Reflotron® Analyzer Evaluated. Clin Chem 34(2): 426, 1988.

62. Pirie PL, Murray DM, Luepker RV. Smoking Prevalence in a Cohort of Adolescents, Including Absentees, Dropouts, and Transfers. Am J Public Health 78(2): 176-178, 1988.

63. Folsom AR, Sprafka JM, Luepker RV, Jacobs DR Jr. Beliefs among Black and White Adults about Causes and Prevention of Cardiovascular Disease: The Minnesota Heart Survey. Am J Prev Med 4(3): 121-127, 1988.

64. Perry CL, Luepker RV, Murray DM, Kurth C, Mullis R, Crockett S, Jacobs DR Jr. Parent Involvement with Children's Health Promotion: The Minnesota Home Team. Am J Pub Health 78(9): 1156-1160, 1988.

65. Folsom AR, Iso H, Sprafka JM, Edlavitch SA, Luepker RV. Use of Aspirin for Prevention of Cardiovascular Disease -- 1981-82 to 1985-86: The Minnesota Heart Survey. Am Heart J 116(3): 827-830, 1988.

66. Mittelmark MB, Pallonen UE, Murray DM, Luepker RV, Pechacek TF, Pirie PL. Predictors of Non-Adoption of Cigarette Smoking Following Experimentation. Scand J Primary Health Care 6(2): 131-135, 1988.

67. Mittelmark MB, Luepker RV, Grimm R Jr, Kottke TE, Blackburn H. The Role of Physicians in a Community-Wide Program for Prevention of Cardiovascular Disease: The Minnesota Heart Health Program. Pub Health Rep 103(4): 360-365, 1988.

68. Kushi LH, Folsom AR, Jacobs DR Jr, Luepker RV, Elmer PJ, Blackburn H. Educational Attainment and Nutrient Consumption Patterns: The Minnesota Heart Survey. J Am Dietetic Assoc 88(10): 1230-1236, 1988.

69. Råstam L, Luepker RV, Pirie PL. Effect of Screening and Referral on Follow-Up and Treatment of High Blood Cholesterol Levels. Am J Prev Med 4(5): 244-248, 1988.

70. Råstam L, Luepker RV, Mittelmark MB, Murray DM, Slater JS, Blackburn H. Population Screening and Referral for Hypercholesterolemia. Am J Prev Med 4(5): 249-254, 1988.

71. Luepker RV, Jacobs DR Jr, Folsom AR, Gillum RF, Frantz ID Jr, Gomez O, Blackburn H. Cardiovascular Risk Factor Change – 1973-74 to 1980-82: The Minnesota Heart Survey. J Clin Epidemiol 41(9): 825-833, 1988.

72. Murray DM, Davis-Hearn M, Goldman AI, Pirie PL, Luepker RV. Four- and Five-Year Follow-up Results from Four Seventh-Grade Smoking Prevention Strategies. J Behav Med 11(4): 395-405, 1988.

73. Luepker RV, Perry CL, Murray DM, Mullis RM. Hypertension Prevention Through Nutrition Education in Youth: A School-Based Program Involving Parents. Health Psychol 7(Suppl): 233-245, 1988.

74. Murray DM, Kurth CL, Finnegan JR Jr, Pirie PL, Admire JB, Luepker RV. Direct Mail as a Prompt for Follow-Up Care among Persons at Risk for Hypertension. Am J Prev Med 4(6): 331-335, 1988.

75. Luepker RV, Pallonen UE, Murray DM, Pirie PL. Validity of Telephone Surveys in Assessing Cigarette Smoking in Young Adults. Am J Pub Health 79(2): 202-204, 1989.

76. Jeffery R, Forster J, Luepker RV, Blackburn H, Folsom A, Jacobs DR Jr. The Relationship between Social Status and Body Mass Index in the Minnesota Heart Health Program. Int J Obesity 13: 59-67, 1989.

77. Hearn MD, Murray DM, Luepker RV. Hostility, Coronary Heart Disease, and Total Mortality: A 33-Year Follow-Up Study of University Students. J Behav Med 16(2): 105-120, 1989.

78. Stone EJ, Perry CL, Luepker RV. Synthesis of Cardiovascular Behavioral Research for Youth Health Promotion. Health Educ Q 16(2): 155-169, 1989.

79. Murray DM, Pirie PL, Luepker RV, Pallonen U. Five and Six-Year Follow-Up Results From Four Seventh-Grade Smoking Prevention Strategies. J Behav Med 12(2): 207-218, 1989.

80. Perry CL, Luepker RV, Murray DM, Hearn MD, Halper A, Dudovitz B, Maile MC, Smyth M. Parent Involvement with Children's Health Promotion: A One-Year Follow-up of the Minnesota Home Team. Health Educ Q 16(2): 171-180, 1989.

81. Crockett SJ, Mullis RM, Perry CL, Luepker RV. Parent Education in Youth-Directed Nutrition Interventions. Prev Med 18(1): 475-491, 1989.

82. Herlitz J, Hartford M, Blohm M, Karlson BW, Ekstrom L, Risenfors M, Wennerblom B, Luepker RV, Holmberg S. Effect of a Media Campaign on Delay Times and Ambulance Use in Suspected Acute Myocardial Infarction. Am J Cardiol 64: 90-93, 1989.

83. Luepker RV, et al. Recommendations Regarding Public Screening for Measuring Blood Cholesterol. Summary of a National Heart, Lung, and Blood Institute Workshop, October 1988. Arch Intern Med 149: 2650-2654, 1989.

84. Blake SM, Klepp KI, Pechacek TF, Folsom AR, Luepker RV, Jacobs DR Jr, Mittelmark MB. Differences in Smoking Cessation Strategies Between Men and Women. Addict Behav 14: 409-418, 1989.

85. Naughton MJ, Luepker RV, Strickland D. The Accuracy of Portable Cholesterol Analyzers in Public Screening Programs. JAMA 263(9): 1213-17, 1990.

86. The Thrombolysis Early in Acute Heart Attack Trial Study Group, including Luepker RV. Very Early Thrombolytic Therapy in Suspected Acute Myocardial Infarction. Am J Cardiol 65(7): 401-407, 1990.

87. Pallonen UE, Murray DM, Schmid L, Pirie P, Luepker RV. Patterns of Self-Initiated Smoking Cessation Among Young Adults. Health Psychol 9(4): 418-426, 1990.

15

88. Sprafka JM, Burke GL, Folsom AR, Luepker RV, Blackburn H. Continued Decline in Cardiovascular Disease Risk Factors: Results of the Minnesota Heart Survey, 1980-1982 and 1985-1987. Am J Epidemiol 132(3): 489-500, 1990.

89. Perry CL, Stone EJ, Parcel GS, Ellison RC, Nader PR, Webber LS, Luepker RV. School-Based Cardiovascular Health Promotion: The Child and Adolescent Trial for Cardiovascular Health (CATCH). J School Health 60(8): 406-413, 1990.

90. Bostick RM, Luepker RV, Kofron PM, Pirie PL. Changes in Physician Practice for the Prevention of Cardiovascular Disease. Arch Intern Med 151: 478-484, 1991.

91. Kofron PM, Råstam L, Pirie PL, Holder W, Luepker RV. Physician Practice for Cardiovascular Disease Risk-Factor Reduction in Six Upper Midwestern Communities. J Family Practice 32(1): 49-55, 1991.

92. Pirie PL, Murray DM, Luepker RV. Gender Differences in Cigarette Smoking and Quitting in a Cohort of Young Adults. Am J Public Health 81(3): 324-327, 1991.

93. Gold RS, Parcel GS, Walberg HJ, Luepker RV, Portnoy B, Stone EJ. Summary and Conclusions of the THTM Evaluation: The Expert Work Group Perspective. J School Health 61(1): 39-42, 1991.

94. Ross JG, Luepker RV, Nelson GD, Saavedra P, Hubbard BM. Teenage Health Teaching Modules: Impact of Teacher Training on Implementation and Student Outcomes. J School Health 61(1): 31-34, 1991.

95. Burke GL, Sprafka JM, Folsom AR, Hahn LP, Luepker RV, Blackburn H. Trends in Serum Cholesterol Levels from 1980 to 1987: The Minnesota Heart Survey. New Engl J Med 324(14): 941-946, 1991.

96. Luepker RV, Perry CP. The Minnesota Heart Health Program: Education for Youth and Parents. Ann New York Acad Sciences 623: 314-321, 1991.

97. Risenfors M, Gustavsson G, Ekström L, Hartford M, Herlitz J, Karlson BW, Luepker R, Swedberg K, Wennerblom B, Holmberg S. Prehospital Thrombolysis in Suspected Acute Myocardial Infarction: Results from the TEAHAT Study. J Internal Med 229(Suppl 1): 3-10, 1991.

98. Risenfors M, Hartford M, Dellborg M, Luepker R, Hjalmarsson A, Swedberg K, Holmberg S, Herlitz J. Effect of Early Intravenous rt-PA on Infarct Size Estimated from Serum Enzyme Activity: Results from the TEAHAT Study. J Internal Med 229(Suppl 1): 11-18, 1991.

99. Herlitz J, Dellborg M, Hartford M, Karlsson T, Risenfors M, Karlson BW, Luepker R, Holmberg S, Swedberg K, Hjalmarsson A. Mortality and Morbidity 1 Year after Early Thrombolysis in Suspected AMI: Results from the TEAHAT Study. J Internal Med 229(Suppl 1): 43-51, 1991.

100. Viswanath K, Finnegan JR Jr, Hannan PJ, Luepker RV. Health and Knowledge Gaps: Some Lessons from the Minnesota Heart Health Program. American Behavioral Scientist 34(6): 712-726, 1991.

16

101. Hearn MD, Prokhorov AV, Murray DM, Alexandrov AA, Luepker RV. Comparison of Smoking Prevalence in School Students Sampled from the United States of America and the Union of Soviet Socialist Republics. Int J Epidemiol 20(2): 413-415, 1991.

102. Blohm M, Herlitz J, Schroder U, Hartford M, Karlson BW, Risenfors M, Larsson E, Luepker RV, Wennerblom B, Holmberg S. Reaction to a Media Campaign Focusing on Delay in Acute Myocardial Infarction. Heart & Lung 20(6): 661-666, 1991.

103. Herlitz J, Hartford M, Karlson BW, Risenfors M, Blohm M, Luepker RV, Wennerblom B, Holmberg S. Effect of a Media Campaign to Reduce Delay Times for Acute Myocardial Infarction on the Burden of Chest Pain Patients in the Emergency Department. Cardiol 79: 127-134, 1991.

104. Blohm M, Herlitz J, Hartford M, Karlson, BW, Risenfors M, Luepker RV, Sjölin M, Holmberg S. Consequences of a Media Campaign Focusing on Delay in Acute Myocardial Infarction. Am J Cardiol 69: 411-413, 1992.

105. Hearn MD, Bigelow C, Nader PR, Stone E, Johnson C, Parcel G, Perry CL, Luepker RV. Involving Families in Cardiovascular Health Promotion: The CATCH Feasibility Study. J Health Educ 23(1): 22-31, 1992.

106. Arneson T, Luepker RV, Pirie P, Sinaiko A. Cholesterol Screening by Primary Care Pediatricians: A Study of Attitudes and Practices in the Minneapolis-St. Paul Metropolitan Area. Pediatrics 89(3): 502-505, 1992.

107. Sprafka JM, Norsted SW, Folsom AR, Burke GL, Luepker RV. Life-style Factors Do Not Explain Racial Differences in High-Density Lipoprotein Cholesterol: The Minnesota Heart Survey. Epidemiology 3: 156-163, 1992.

108. Perry CL, Parcel GS, Stone EJ, Nader PR, McKinlay SM, Luepker RV, Webber LS. The Child and Adolescent Trial for Cardiovascular Health (CATCH): Overview of the Intervention Program and Evaluation Methods. Cardiovascular Risk Factors: An International Journal 2(1): 36-44, 1992.

109. Naughton MJ, Luepker RV, Sprafka JM, McGovern PG, Burke GL. Community Trends in CPR Training and Use: The Minnesota Heart Survey. Ann Emerg Med 21(6): 698-703, 1992.

110. Herlitz J, Blohm M, Hartford M, Karlson BW, Luepker RV, Holmberg S, Risenfors M, Wennerblom B. Follow-up of a 1-Year Media Campaign on Delay Times and Ambulance Use in Suspected Acute Myocardial Infarction. Euro Heart J 13: 171-177, 1992.

111. Bostick RM, Pirie P, Luepker RV, Kofron PM. Using Physician Caller Follow-ups to Improve the Response Rate to a Physician Telephone Survey: Its Impact and Its Implications. Evaluation & The Health Professions 15(4): 420-433, 1992.

17

112. Råstam L, Hannan PJ, Luepker RV, Mittelmark MB, Murray DM, Slater JS. Seasonal Variation in Plasma Cholesterol Distributions: Implications of Screening and Referral. Am J Prev Med 8(6): 360-366, 1992.

113. Belcher JD, Ellison RC, Shepard WE, Bigelow C, Webber LS, Wilmore JH, Parcel GS, Zucker DM, Luepker RV. Lipid and Lipoprotein Distributions in Children by Ethnic Group, Gender, and Geographic Location-Preliminary Findings of the Child and Adolescent Trial for Cardiovascular Health (CATCH). Prev Med 22: 143-153, 1993.

114. NIH Consensus Development Panel. Triglyceride, High Density Lipoprotein, and Coronary Heart Disease. JAMA 269(4): 505-510, 1993.

115. Luepker RV, Rosamond WD, Murphy R, Sprafka JM, Folsom AR, McGovern PG, Blackburn H. Socioeconomic Status and Coronary Heart Disease Risk Factor Trends: The Minnesota Heart Survey. Circulation 88(5)[part I]: 2172-2179, 1993.

116. Strickland D, Sprafka JM, Luepker RV, Grimm RH Jr. Association of Antihypertensive Agents and Blood Lipids in a Population-Based Survey. Epidemiology 5: 96-101, 1994.

117. McGraw SA, Stone EJ, Osganian SK, Elder JP, Perry CL, Johnson CC, Parcel GS, Webber LS, Luepker RV. Design of Process Evaluation within the Child and Adolescent Trial for Cardiovascular Health (CATCH). Health Educ Q Suppl 2: S5-S26, 1994.

118. Doliszny KM, Luepker RV, Burke GL, Pryor DB, Blackburn H. Estimated Contribution of Coronary Artery Bypass Graft Surgery to the Decline in Coronary Heart Disease Mortality: The Minnesota Heart Survey. JACC 24(1): 95-103, 1994.

119. Luepker RV, Murray DM, Jacobs DR Jr, Mittelmark MB, Bracht N, Carlaw R, Crow R, Elmer P, Finnegan J, Folsom AR, Grimm R, Hannan PJ, Jeffery R, Lando H, McGovern P, Mullis R, Perry CL, Pechacek T, Pirie P, Sprafka JM, Weisbrod R, Blackburn H. Community Education for Cardiovascular Disease Prevention: Risk Factor Changes in the Minnesota Heart Health Program. Am J Public Health 84(9): 1383-1393, 1994.

120. Ammerman A, Caggiula A, Elmer PJ, Kris-Etherton P, Keyserling T, Lewis C, Luepker R, Pearson T, Schucker B, Shannon B, Simpson RJ, Watson J. Putting Medical Practice Guidelines into Practice: The Cholesterol Model. Am J Prev Med 10(4): 209-216, 1994.

121. Brodin EC, Shahar E, Rosamond WD, McGovern PG, Sprafka JM, Doliszny KM, Luepker RV. Apparently Coronary Heart Disease-Free Patients in the Coronary Care Unit: Characteristics, Medical Care, and 1-Year Outcome. Coronary Artery Disease 5: 737-743, 1994.

122. Shahar E, McGovern PG, Sprafka JM, Pankow JS, Doliszny KM, Luepker RV, Blackburn H. Improved Survival of Stroke Patients During the 1980s: The Minnesota Stroke Survey. Stroke 26: 1-6, 1995.

18

123. Rosamond WD, Sprafka JM, McGovern PG, Nelson M, Luepker RV. Validation of Self-Reported History of Acute Myocardial Infarction: Experience of the Minnesota Heart Survey Registry. Epidemiology 6: 67-69, 1995.

124. Webber LS, Osganian V, Luepker RV, Feldman HA, Stone EJ, Elder J, Perry CL, Nader PR, Parcel GS, Broyles SL, McKinlay SM, for the CATCH Study Group. Cardiovascular Risk Factors Among Third Grade Children in Four Regions of the United States: The CATCH Study. Am J Epidemiol 141: 428-439, 1995.

125. Troein M, Arneson T, Råstam L, Pirie PL, Selander S, Luepker RV. Reported Treatment of Hypercholesterolemia by Family Physicians in Sweden and in Minnesota. Am J Prev Med 11: 324-328, 1995.

126. Jeffery RW, Gray CW, French SA, Hellerstedt WL, Murray D, Luepker RV, Blackburn H. Evaluation of Weight Reduction in a Community Intervention for Cardiovascular Disease Risk: Changes in Body Mass Index in the Minnesota Heart Health Program. Int J Obes 19: 30-39, 1995.

127. Demirovic J, Blackburn H, McGovern PG, Luepker RV, Sprafka JM, Gilbertson D. Sex Differences in Early Mortality After Acute Myocardial Infarction: The Minnesota Heart Survey. Am J Cardiol 75: 1096-1101, 1995.

128. Troein M, Arneson T, Råstam L, Pirie PL, Selander S, Luepker RV. Reported Treatment of Hypertension by Family Physicians in Sweden and Minnesota: A Physician Survey of Practice Habits. J Intern Med 238: 215-221, 1995.

129. Iszler J, Crockett S, Lytle L, Elmer P, Finnegan J, Luepker R, Laing B. Formative Evaluation for Planning a Nutrition Intervention: Results from Focus Groups. JNE 27: 127-132, 1995.

130. Prospective Studies Collaboration Group. Cholesterol, Diastolic Blood Pressure, and Stroke: 13,000 Strokes in 450,000 People in 45 Prospective Cohorts. Lancet 346: 1647-1653, 1995.

131. Herlitz J, Karlson BW, Karlsson T, Dellborg M, Hartford M, Luepker RV. Diagnostic Accuracy of Physicians for Identifying Patients with Acute Myocardial Infarction Without an Electrocardiogram: Experiences from the TEAHAT Trial. Cardiology 86: 25-27, 1995.

132. Luepker RV, Perry CL, McKinlay SM, Nader PR, Parcel GS, Stone EJ, Webber LS, Elder JP, Feldman HA, Johnson CC, Kelder SH, Wu M; for the CATCH Collaborative Group. Outcomes of a Field Trial to Improve Children's Dietary Patterns and Physical Activity: The Child and Adolescent Trial for Cardiovascular Health (CATCH). JAMA 275: 768-776, 1996.

133. McGovern PG, Pankow JS, Shahar E, Doliszny KM, Folsom AR, Blackburn H, Luepker RV, for the Minnesota Heart Survey Investigators. Recent Trends in Acute Coronary Heart Disease Mortality, Morbidity, Medical Care and Risk Factors. New Engl J Med 334: 884-890, 1996.

19

134. Knutsson A, Luepker RV, Sprafka JM, Virnig B. Prevalence and Trends of Cigarette Smoking in Different Occupational Groups: Results of the Minnesota Heart Survey 1980-1982 and 1985-1987. Eur J Public Health 6: 67-69, 1996.

135. McGraw SA, Stone EJ, Bebchuk J, Edmundson E, Johnson CC, Bachman KJ, Luepker RV. Using Process Data to Explain Outcomes: An Illustration From the Child and Adolescent Trial for Cardiovascular Health (CATCH). Eval Review 20: 291-312,1996.

136. Luepker RV, Råstam L, Hannan PJ, Murray DM, Gray C, Baker WL, Crow R, Jacobs DR, Pirie PL, Mascioli SR, Mittelmark MB, Blackburn H. Community Education for Cardiovascular Disease Prevention: Morbidity and Mortality Results from the Minnesota Heart Health Program. Am J Epidemiol 144: 351-362, 1996.

137. Rosamond WD, Shahar E, Luepker RV. Assessing Medical History in Coronary Heart Disease Surveillance: Agreement between Contemporaneous and Retrospective Methods. Epidemiology 7: 447-449, 1996.

138. Stone EJ, Osganian SK, McKinlay SM, Wu MC, Webber LS, Luepker RV, Perry CL, Parcel GS, Elder JP. Operational Design and Quality Control in the CATCH Multicenter Trial. Prev Med 25: 384-399, 1996.

139. McKenzie TL, Nader PR, Strikmiller PK, Yang M, Stone EJ, Perry CL, Taylor WC, Epping JN, Feldman HA, Luepker RV, Kelder SH. School Physical Education: Effect of the Child and Adolescent Trial for Cardiovascular Health (CATCH). Prev Med 25: 423-431, 1996.

140. Webber LS, Osganian SK, Feldman HA, Wu M, McKenzie TL, Nichaman M, Lytle LA, Edmundson E, Cutler J, Nader PR, Luepker RV. Cardiovascular Risk Factors among Children after a 2-1/2-Year Intervention: The CATCH Study. Prev Med 25: 432-441, 1996.

141. Nader PR, Sellers DE, Johnson CC, Perry CL, Stone EJ, Cook KC, Bebchuk J Luepker RV. The Effect of Adult Participation in a School-Based Family Intervention to Improve Children's Diet and Physical Activity: The Child and Adolescent Trial for Cardiovascular Health. Prev Med 25: 455-464, 1996.

142. NIH Consensus Development Panel on Physical Activity and Cardiovascular Health – Luepker RV (Chair). Physical Activity and Cardiovascular Health. JAMA 276: 241-246, 1996.

143. Rosamond WD, Shahar E, McGovern PG, Sides TL, Luepker RV. Trends in Coronary Thrombolytic Therapy for Acute Myocardial Infarction: The Minnesota Heart Survey Registry, 1990-1993. Am J Cardiol 78: 271-277, 1996.

144. Shahar E, Lewis M, Keil U, McGovern PG, Löwel H, Luepker RV. Hospital Care and Survival of Acute Myocardial Infarction Patients in Minnesota and Southern Germany: A Comparative Study. Coronary Artery Disease 7: 467-473, 1996.

20

145. Jones RH, Hannan EL, Hammermeister KE, DeLong ER, O'Connor GT, Luepker RV, Parsonnet V, Pryor DB, for the Working Group Panel on the Cooperative CABG Database Project. Identification of Preoperative Variables Needed to Risk Adjustment of Short-Term Mortality After Coronary Artery Bypass Grafting. JACC 28: 1478-1487, 1996.

146. Woods WG, Tuchman M, Robison LL, Bernstein M, Leclerc JM, Brisson LC, Brossard J, Hill G, Shuster J, Luepker R, Byrne T, Weitzman S, Bunin G, Lemieux R. A Population-Based Study of the Usefulness of Screening for Neuroblastoma. Lancet 348: 1682-1687, 1996.

147. Blohm MB, Hartford M, Karlson BW, Luepker RV, Herlitz J. An Evaluation of the Results of Media and Educational Campaigns Designed to Shorten the Time Taken by Patients with Acute Myocardial Infarction to Decide to go to Hospital. Heart 76: 430-434, 1996.

148. Shahar E, McGovern PG, Pankow JS, Doliszny KM, Smith MA, Blackburn H, Luepker RV. Stroke Rates During the 1980s: The Minnesota Stroke Survey. Stroke 28: 275-279, 1997.

149. Rosamond WD, McGovern PG, Luepker RV. Coronary Thrombolysis: Impact of Clinical Research on Day-to-Day Practice. Cardiology Review 14: 12-16, 1997.

150. McGovern PG, Herlitz J, Pankow JS, Karlsson T, Dellborg M, Shahar E, Luepker RV. Comparison of medical care and 1- and 12-month mortality of hospitalized patients with acute myocardial infarction in Minneapolis-St. Paul, USA and Göteborg, Sweden. Am J Cardiol 80: 557-562, 1997.

151. Iribarren C, Luepker RV, McGovern PG, Arnett DK, Blackburn H. Twelve-Year Trends in Cardiovascular Disease Risk Factors in the Minnesota Heart Survey: Are Socioeconomic Differences Widening? Arch Intern Med 157: 873-881, 1997.

152. Perry CL, Sellers DE, Johnson C, Pedersen S, Bachman KJ, Parcel GS, Stone EJ, Luepker RV, Wu M, Nader PR, Cook K. The Child and Adolescent Trial for Cardiovascular Health (CATCH): Intervention, Implementation, and Feasibility for Elementary Schools in the United States. Health Educ Behav 24(6):716-735, 1997.

153. Pieper RM, Arnett DK, McGovern PG, Shahar E, Blackburn H, Luepker RV. Trends in Cholesterol Knowledge and Screening and Hypercholesterolemia Awareness and Treatment, 1980-1992. Arch Intern Med 157: 2326-2332, 1997.

154. Nader PR, Yang M, Luepker RV, Parcel GS, Pirie P, Feldman HA, Stone EJ, Webber LS. Parent and Physician Response to Children's Cholesterol Value of 200 mg/dL or Greater: The CATCH Experience. Pediatrics 99(5): E5, 1997.

155. Joint National Committee on Prevention, Detection, Evaluation and Treatment of High Blood Pressure and the National High Blood Pressure Education Program Coordinating Committee (Luepker RV - Member/Contributor). The Sixth Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure. Arch Intern Med 157: 2413-2445, 1997.

21

156. Woods WG, Tuchman M, Robison LL, Bernstein M, Leclerc JM, Brisson LC, Brossard J, Hill G, Shuster J, Luepker R, Byrne T, Weitzman S, Bunin G, Lemieux B, Brodeur GM. Screening for Neuroblastoma is Ineffective in Reducing the Incidence of Unfavourable Advanced Stage Disease in Older Children. Eur J Cancer 33: 2106-2112, 1997.

157. Smith MA, Shahar E, Doliszny KM, McGovern PG, Arnett DK, Luepker RV. Trends in Medical Care of Hospitalized Stroke Patients Between 1980 and 1990: The Minnesota Stroke Survey. J Stroke Cerebrovasc Dis 7(1): 76-84, 1998.

158. Goldberg RJ, McGovern PG, Guggina T, Savageau J, Rosamond WD, Luepker RV. Prehospital Delay in Patients with Acute Coronary Heart Disease: Concordance Between Patient Interviews and Medical Records. Am Heart J 135: 293-299, 1998.

159. Luepker RV. Trends in Cardiovascular Disease in Minnesota. Minnesota Medicine 81: 47-48, 1998.

160. Evenson KR, Rosamond WD, Luepker RV. Predictors of Outpatient Cardiac Rehabilitation Utilization: The Minnesota Heart Survey Registry. J Cardiopulmonary Rehabil 18: 192-198, 1998.

161. Iribarren C, Crow RS, Hannan PJ, Jacobs DR Jr, Luepker RV. Validation of Death Certificate Diagnosis of Out-of-Hospital Sudden Cardiac Death. Am J Cardiol 82: 50-53, 1998.

162. Smith MA, Doliszny KM, Shahar E, McGovern PG, Arnett DK, Luepker RV. Delayed Hospital Arrival for Acute Stroke: The Minnesota Stroke Survey. Ann Intern Med 129: 190-196, 1998.

163. Simons-Morton DG, Goff DC, Osganian S, Goldberg RJ, Raczynski JM, Finnegan JR, Zapka J, Eisenberg MS, Proschan MA, Feldman HA, Hedges JR, Luepker RV, for the REACT Research Group. Rapid Early Action for Coronary Treatment: Rationale, Design, and Baseline Characteristics. Acad Emerg Med 5: 726-738, 1998.

164. Arnett DK, Sprafka JM, McGovern PG, Jacobs DR Jr, Shahar E, McCarty M, Luepker RV. Trends in Cigarette Smoking: The Minnesota Heart Survey, 1980-1992. Am J Public Health 88: 1230-1233, 1998.

165. Luepker RV, Perry CL, Osganian V, Nader PR, Parcel GS, Stone EJ, Webber LS. The Child and Adolescent Trial for Cardiovascular Health (CATCH). J Nutr Biochem 9: 525-534, 1998.

166. Luepker RV. How Physically Active Are American Children and What Can We Do About It? Int J Obes 23(Suppl 2): S12-S17, 1999.

167. Nader PR, Stone EJ, Lytle LA, Perry CL, Osganian SK, Kelder S, Webber LS, Elder JP, Montgomery D, Feldman HA, Wu M, Johnson C, Parcel GS, Luepker RV. Three-year maintenance of improved diet and physical activity. Arch Pediatr Adolesc Med 153: 695-704, 1999.

168. Luepker RV, Jacobs DR, Prineas RJ, Sinaiko AR. Secular Trends of Blood Pressure and Body Size in a Multi-Ethnic Adolescent Population: 1986 to 1996. J Pediatr 134: 668-674, 1999.

22

169. Psaty BM, Boineau R, Kuller LH, Luepker RV. The Potential Costs of Upcoding for Heart Failure in the United States. Am J Cardiol 84: 108, 1999.

170. Moran A, Jacobs DR, Steinberger J, Hong CP, Prineas R, Luepker RV, Sinaiko AR. Insulin Resistance During Puberty: Results From Clamp Studies In 357 Children. Diabetes 48: 2039-2044, 1999.

171. Smith MA, Shahar E, McGovern PG, Kane RL, Doliszny KM, Arnett DK, Luepker RV. HMO Membership And Patient Age And The Use Of Specialty Care For Hospitalized Patients With Acute Stroke: The Minnesota Stroke Survey. Medical Care 37: 1186-1198, 1999.

172. Luepker RV, Raczynski JM, Osganian S, Goldberg RJ, Finnegan JR, Jr., Hedges JR, Goff DC, Jr., Eisenberg MS, Zapka JG, Feldman HA, Labarthe DR, McGovern PG, Cornell CE, Proschan MA, Simons-Morton DG, for the REACT Study Group. Effect of a Community Intervention on Patient Delay and Emergency Medical Service Use in Acute Coronary Heart Disease: The Rapid Early Action for Coronary Treatment (REACT) Trial. JAMA 284: 60-67, 2000.

173. Goldberg R, Goff D, Cooper L, Luepker R, Zapka J, Bittner V, Osganian S, Lessard D, Cornell C, Meshack A, Mann C, Gilliland J, Feldman H. Age and Sex Differences in Presentation of Symptoms among Patients with Acute Coronary Disease: the REACT Trial. Coron Artery Dis 11: 399-407, 2000.

174. Hall KM, Luepker RV. Is Hypercholesterolemia a Risk Factor and Should it be Treated in the Elderly? Am J Health Promot 14: 347-356, 2000.

175. Arnett DK, Xiong B, McGovern PG, Blackburn H, Luepker RV. Secular Trends in Dietary Macronutrient Intake in Minneapolis-St. Paul, 1980-1992. Am J Epidemiol 152: 868-73, 2000.

176. Phillips ELR, Arnett DK, Himes JH, McGovern PG, Blackburn H, Luepker RV. Differences and Trends in Antioxidant Dietary Intake in Smokers and Non-smokers, 1980-1992: The Minnesota Heart Survey. Ann Epidemiol 10: 417-423, 2000.

177. Hedges JR, Feldman HA, Bittner V, Goldberg RJ, Zapka J, Osganian SK, Murray DM, Simons-Morton DG, Linares A, Williams J, Luepker RV, Eisenberg MS, for the REACT Study Group. Impact of Community Intervention to Reduce Patient Delay Time on Use of Reperfusion Therapy for Acute Myocardial Infarction: Rapid Early Action for Coronary Treatment (REACT) Trial. Acad Emerg Med 7: 862-872, 2000.

178. Luepker RV. Coronary Risk Factors in the Octogenarian: Is Control Important? AJGC 9(suppl): 76-80, 2000.

179. McGovern PG, Jacobs DR Jr., Shahar E, Arnett DK, Folsom AR, Blackburn H, Luepker RV. Trends in Acute Coronary Heart Disease Mortality, Morbidity, and Medical Care From 1985 Through 1997: The Minnesota Heart Survey. Circulation 104: 19-24, 2001.

180. National Institutes of Health Consensus Development Panel (Luepker RV - Member/Contributor). National Institutes of Health Consensus Development Conference Statement: Diagnosis and Management of Dental Caries Throughout Life. JADA 132: 1153-1161, 2001.

181. Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Luepker RV - Member/Contributor). Executive Summary of the Third Report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III). JAMA 285: 2486-2497, 2001.

182. Vargas A, Doliszny K, Herlitz J, Karlsson T, McGovern P, Brandrup-Wognsen G, Luepker RV. Characteristics and Outcomes Among Patients Undergoing Coronary Artery Bypass Grafting in Western Sweden and Minneapolis-St. Paul, Minnesota. Am Heart J 142: 1080-1087, 2001.

183. Sinaiko AR, Jacobs DR, Steinberger J, Moran A, Luepker R, Rocchini AP, Prineas RJ. Insulin Resistance Syndrome in Childhood: Associations of the Euglycemic Insulin Clamp and Fasting Insulin with Fatness and Other Risk Factors. J Pediatr 139: 700-707, 2001.

184. Osganian SK, Zapka JG, Feldman HA, Goldberg RJ, Hedges JR, Eisenberg MS, Raczynski JM, McGovern PG, Cooper LS, Pandey DK, Linares AC, Luepker RV, for the REACT Study Group. Use of Emergency Medical Services for Suspected Acute Cardiac Ischemia Among Demographic and Clinical Patient Subgroups: The REACT Trial. Prehospital Emergency Care 6: 175-185, 2002.

185. Kelder SH, Osganian SK, Feldman HA, Webber LS, Parcel GS, Luepker RV, Wu MC, Nader PR. Tracking of Physical and Physiological Risk Variables among Ethnic Subgroups from Third to Eighth Grade: The Child and Adolescent Trial for Cardiovascular Health Cohort Study. Prev Med 34: 324-333, 2002.

186. Goldberg RJ, Osganian S, Zapka J, Mitchell P, Bittner V, Daya M, Luepker R. Prehospital Delay in Individuals with Acute Coronary Disease: Concordance of Medical Records and Follow-up Phone Interviews. Cardiology 97: 159-165, 2002.

187. Arnett DK, McGovern PG, Jacobs DR Jr., Shahar E, Duval S, Blackburn H, Luepker RV. Fifteen-Year Trends in Cardiovascular Risk Factors (1980-1982 through 1995-1997): The Minnesota Heart Survey. Am J Epidemiol 156: 929-935, 2002.

188. Nicklas TA, Dwyer J, Feldman HA, Luepker RV, Kelder SH, Nader PR. Serum Cholesterol Levels in Children are Associated with Dietary Fat and Fatty Acid Intake. J Am Diet Assoc 102: 511-517, 2002.

189. Engdahl J, Holmberg M, Karlson BW, Luepker R, Herlitz J. The Epidemiology of Out-of-Hospital 'Sudden' Cardiac Arrest. Resuscitation 52: 235-245, 2002.

190. Harnack L, Lee S, Schakel SF, Duval S, Luepker RV, Arnett DK. Trends in the Trans-Fatty Composition of the Diet in a Metropolitan Area: The Minnesota Heart Survey. J Am Diet Assoc 103: 1160-1166, 2003.

24

191. McKenzie TL, Li D, Derby CA, Webber LS, Luepker RV, Cribb P. Maintenance of Effects of the CATCH Physical Education Program: Results From the CATCH-ON Study. Health Educ Behav 30: 447-462, 2003.

192. Kelder SH, Mitchell PD, McKenzie TL, Derby C, Strikmiller PK, Luepker RV, Stone EJ. Long-Term Implementation of the CATCH Physical Education Program. Health Educ Behav 30: 463-475, 2003.

193. Kim J, Hammar N, Jakobsson K, Luepker RV, McGovern PG, Ivert T. Obesity and the Risk of Early and Late Mortality After Coronary Artery Bypass Graft Surgery. Am Heart J 146: 555-560, 2003.

194. Luepker RV, Apple FS, Christenson RH, Crow RS, Fortmann SP, Goff D, Goldberg RJ, Hand MM, Jaffe AS, Julian DG, Levy D, Manolio T, Mendis S, Mensah G, Pajak A, Prineas RJ, Reddy KS, Roger VL, Rosamond WD, Shahar E, Sharrett AR, Sorlie P, Tunstall-Pedoe H. Case Definitions for Acute Coronary Heart Disease in Epidemiology and Clinical Research Studies. A Statement From the AHA Council on Epidemiology and Prevention; AHA Statistics Committee; World Heart Federation Council on Epidemiology and Prevention; the European Society of Cardiology Working Group on Epidemiology and Prevention; Centers for Disease Control and Prevention; and the National Heart, Lung, and Blood Institute. Circulation 108:2543-2549, 2003.

195. Herlitz J, McGovern P, Dellborg M, Karlsson T, Duval S, Karlson BW, Lee S, Luepker RV. Comparison of Treatment and Outcomes for Patients With Acute Myocardial Infarction in Minneapolis/St. Paul, Minnesota, and Göteborg, Sweden. Am Heart J 146:1023-1029, 2003.

196. Goff DC, Michell P, Finnegan J, Pandey D, Bittner V, Feldman H, Meischke H, Goldberg RJ, Luepker RV, Raczynski JM, Cooper L, Mann C, for the REACT Study Group. Knowledge of Heart Attack Symptoms in 20 US Communities. Results from the Rapid Early Action for Coronary Treatment (REACT) Community Trial. Prev Med 38:85-93, 2003.

197. Lin JC, Apple FS, Murakami MM, Luepker RV. Rates of Positive Cardiac Troponin I and Creatine Kinase MB Mass Among Patients Hospitalized for Suspected Acute Coronary Syndromes. Clin Chem 50:333-338, 2004.

198. Harnack L, Steffen L, Arnett DK, Gao SJ, Luepker RV. Accuracy of Estimation of Large Food Portions. J Am Diet Assoc 104: 804-806, 2004.

199. Shahar E, Lee S, Kim J, Duval S, Barber C, Luepker RV. Hospitalized Heart Failure: Rates and Long-Term Mortality. J Card Fail 10: 374-379, 2004.

200. Barber CA, Margolis K, Luepker RV, Arnett DK. The Impact of the Women's Health Initiative on Discontinuation of Postmenopausal Hormone Therapy: The Minnesota Heart Survey (2000-2002). J of Women's Health 13: 975-985, 2004.

201. Crow RS, Hannan PJ, Jacobs DR Jr., Lee SM, Blackburn H, Luepker RV. Eliminating Diagnostic Drift in the Validation of Acute In-Hospital Myocardial Infarction-Implication for Documenting Trends Across 25 Years: The Minnesota Heart Survey. Am J Epidemiol 161: 377-388, 2005.

202. Arnett DK, Jacobs DR, Luepker RV, Blackburn H, Armstrong C, Claas SA. Twenty-Year Trends in Serum Cholesterol, Hypercholesterolemia, and Cholesterol Medication Use: The Minnesota Heart Survey, 1980-1982 to 2000-2002. Circulation 112: 3884-3891, 2005.

203. Luepker RV. Observational Studies in Clinical Research. J Lab Clin Med 146: 9-12, 2005.

204. Artz MB, Harnack LJ, Duval SJ, Armstrong C, Arnett DK, Luepker RV. Use of Nonprescription Medications for Perceived Cardiovascular Health. Am J Prev Med 30: 78-81, 2006.

205. Luepker RV, Arnett DK, Jacobs DR Jr., Duval SJ, Folsom AR, Armstrong C, Blackburn H. Trends in Blood Pressure, Hypertension Control, and Stroke Mortality: The Minnesota Heart Survey. Am J Med 119: 42-49, 2006.


In Press

1. Hildingh C, Luepker RV, Baigi A, Lidell E. Stress, Health Complaints and Self-Confidence; A Comparison Between Young Adult Women in Sweden and USA. Scand J Caring Sci. (In press – 2006).

26

**Invited Manuscripts, Books, Chapters, Letters**

1. Luepker RV, Hoffman MS. Cigarettes, Coffee, and Other Associations with HDL Cholesterol. Accel. 12: 9, 1980.

2. Luepker RV. Hypercholesterolemia: Contemporary Recommendations for Screening and Treatment. Consultant 22(3): 61-71, 1982.

3. Pechacek TF, Fox BH, Murray DM, Luepker RV. Review of Techniques for Measurement of Smoking Behavior. In: Behavioral Health: A Handbook of Health Enhancement and Disease Prevention (JD Matarazzo, ed). New York, NY: Wiley & Sons, Inc., pp. 729-54, 1984.

4. Blackburn H, Luepker RV, Kline FG, Bracht N, Carlaw R, Jacobs DR Jr, Mittelmark M, Stauffer L, Taylor HL. The Minnesota Heart Health Program: A Research and Demonstration Project in Cardiovascular Disease Prevention. In: Behavioral Health: A Handbook of Health Enhancement and Disease Prevention (JD Matarazzo, ed). New York, NY: Wiley & Sons, Inc., pp. 1171-1178, 1984.

5. Mittelmark MB, Shultz JM, Murray DM, Luepker RV, Pechacek TF, Pallonen UE. Commentary: Response to O'Malley. Prev Med 13: 427-33, 1984.

6. Luepker RV. Diet and Coronary Heart Disease: The Role of Lipids and Obesity. In: Prevention of Coronary Heart Disease (R Hutchinson, ed). New York, NY: Year Book Medical Publishers, 1985.

7. Blackburn H, Luepker RV. Heart Disease. In: Maxcy-Rosenau Public Health and Preventive Medicine, 12th edition (J Last, ed). Norwalk, CT: Appleton-Century-Crofts, pp. 1159-93, 1986.

8. Murray DM, Luepker RV, Grimm R, Blackburn H. Prevention and Treatment of Hypertension at a Community Level: The Minnesota Heart Health Program. In: Hypertension: Psychophysiological, Biobehavioral, and Epidemiological Aspects. Washington, D.C.: U.S. Department of Health and Human Services, NIH Publ. No. 86-2704, pp. 211-26, 1986. Also, In: Proceedings from the Fourth US-USSR Joint Symposium on Arterial Hypertension (MJ Horan, IK Shkvatsabaya, eds). Kardiologiia 26: 78-87, 1986 [Russian].

9. Luepker RV. Prevention of Cigarette Smoking. In: Advances in Adolescent Mental Health: A Research-Practice Annual: Treatment Methods and Issues, Volume 2 (DA Feldman, AR Stiffman, eds). Greenwich, CT: JAI Press, Inc., pp. 203-18, 1986.

10. Luepker RV. Feasibility of Risk Factor Reduction in the Elderly. In: Coronary Heart Disease in the Elderly (NK Wenger, CD Furberg, E Pitt, eds). New York, NY: Elsevier, pp. 134-52, 1986.

11. Luepker RV, Murray DM, Prineas R. Primary Prevention of Hypertension in Youth: A Population Approach. In: Hypertension: Psychophysiological, Biobehavioral, and Epidemiological Aspects. Washington, D.C.: U.S. Department of Health and Human Services, NIH Publ. No. 86-2704, pp. 211-26, 1986. Also, In: Proceedings from the Fourth US-USSR Joint Symposium on Arterial Hypertension (MJ Horan, IK Shkvatsabaya, eds). Kardiologiia 26: 78-87, 1986 [Russian].

12. Luepker RV. What Can Be Concluded From the Three Randomized Coronary Bypass Surgery Trials? *In:* Annual of Cardiac Surgery (M Yacoub, ed). London: Gower Academic Journals, Ltd., pp. 107-12, 1987.

13. Luepker RV, Råstam L. Guidelines for the Use of Lipid-Lowering Agents in Clinical Practice. Practical Cardiol 13(11): 21-39, 1987.

14. Higgins MW, Luepker RV (eds). Trends in Coronary Heart Disease Mortality: The Influence of Medical Care. New York, NY: Oxford University Press, 1988.

15. Luepker RV. Detection and Treatment of Hypercholesterolemia in the Older Adult. Geriatric Med Today 7(5): 48-61, 1988.

16. Luepker RV. Coronary Risk Factor Modification in the Elderly Coronary Patient. Geriatric Cardiovasc Med 1: 115-121, 1988.

17. Stone EJ, Perry CL, Luepker RV. Synthesis of Cardiovascular Behavioral Research for Youth Health Promotion. Health Educ Q 16(2): 155-170, 1989.

18. Perry CL, Luepker RV, Murray DM, Hearn MD, Halper A, Dudovitz B, Maile MC, Smyth M. Parent Involvement with Children's Health Promotion: A One-Year Follow-up of the Minnesota Home Team. Health Educ Q 16(2): 171-180, 1989.

19. Luepker RV, Beaglehole R, Criqui MH, Feinleib M, Julian DG, Kuller LH, Rose G, Stamler J. Needs and Opportunities for International Research: Summary of Panel Discussion. Int J Epidemiol 18(3)(Suppl 1): S231-S232, 1989.

20. Burke GL, Sprafka JM, Folsom AR, Luepker RV, Norsted SW, Blackburn H. Trends in CHD Mortality, Morbidity and Risk Factor Levels from 1960 to 1986: The Minnesota Heart Survey. Int J Epidemiol 18(3)(Suppl 1): S73-S81, 1989.

21. Higgins M, Luepker RV (eds). Trends and Determinants of Coronary Heart Disease Mortality: International Comparisons. International Journal of Epidemiology. New York, NY: Oxford University Press, (Suppl 1): 1989.

22. Råstam L, Frick J-O, Luepker RV. Screening in Hypercholesterolemia: Practical Impact of Three Different Referral Plans for High and Moderate Risk Cholesterol. *In:* Treatment of Hyperlipidemia (K Strandberg, B Beerman, G Lönnerholm, eds). Stockholm, Sweden: National Board of Health and Welfare Drug Information Committee, No. 3, 1989.

23. Luepker RV. Dyslipoproteinemia in the Elderly: Special Considerations. Endocrinology and Metabolism Clinics of North America 19(2): 451-462, 1990.

28

24. Luepker RV. Is There a Future for Preventive Cardiology? *In:* Preventive Cardiology: Perspectives in Physician Education (EJ Stone, RL Van Citters, TA Pearson, eds). New York, NY: Oxford University Press, as a supplement to the Am J Prev Med 6(2): 98-100, 1990.

25. Kotchen TA, Luepker RV, Nichaman MZ (eds). Special Issue: Proceedings of the Workshop on Obesity and Blood Pressure. Ann Epidemiol 1(4), 1991.

26. Luepker RV, Naughton MJ. Cholesterol: How and Where Should We Be Testing? *In:* 1989 Institute on Critical Issues in Health Laboratory Practice: Improving the Quality of Health Management through Clinician and Laboratorian Teamwork. The Dupont Company, 1991, pp. 58-62.

27. Luepker RV, Herlitz J. Strategies for Change: Public Education. *In:* Proceedings of the National Heart, Lung, and Blood Institute Symposium on Rapid Identification and Treatment of Acute Myocardial Infarction (JH LaRosa, MJ Horan, ER Passamani, eds). Rockville, MD: NIH Publication No. 91-3035, pp. 117-121, 1991.

28. McGovern PG, Sprafka JM, Folsom AR, Luepker RV. Trends in Serum Cholesterol Levels From 1980 to 1987. (Letter to the Editor) N Engl J Med 325:1813, 1991.

29. Blackburn H, Luepker RV. Heart Disease. *In:* Maxcy-Rosenau-Last Public Health and Preventive Medicine, 13th edition. Norwalk, CT: Appleton & Lange, pp. 827-847, 1992.

30. Luepker RV. A Community Approach to Healthy Eating Patterns: The Minnesota Heart Health Program. *In:* Proceedings: Promoting Dietary Change in Communities: Applying Existing Models of Dietary Change to Population-Based Interventions (MM Henderson, Chair). Seattle, WA: Fred Hutchinson Cancer Research Center, pp. 277-285, 1992.

31. Luepker RV, Mo JP. Treatment of Hypercholesterolemia in the Elderly: Is Cholesterol a Risk Factor and Should it be Treated? Coronary Artery Disease 4(7): 605-610, 1993.

32. Luepker RV. Patient Adherence: A 'Risk Factor' for Cardiovascular Disease. Heart Disease and Stroke 2(5): 418-421, 1993.

33. Stamler J, Stamler R, Brown WV, Gotto AM, Greenland P, Grundy S, Hegsted DM, Luepker RV, Neaton JD, Steinberg D, Stone N, Van Horn L, Wissler RW. Serum Cholesterol: Doing the Right Thing. (Editorial) Circulation 88(4): 1954-1960, 1993.

34. Pearson TA, Brown WV, Donato K, Frankling FA, Luepker RV, McBride PE, Mullis RM, Scott LW, Shannon B, Shekelle RB, Stone EJ, Stone NJ, Williams C. Lipids: Workshop IV. Proceeding from AHA Prevention Conference III: Behavior Change and Compliance: Keys to Improving Cardiovascular Health. Circulation 88(3): 1397-1401, 1993.

35. Luepker RV. Letter to the Editor regarding: "Community Health Promotion Programs" as related to description of MHHP. Soc Sci Med 37(12): 1585, 1993.

36. Luepker RV. An Update and Review of the Minnesota Heart Health Program. Ann Epidemiol 3(suppl): S8-S12, 1993.

37. Lewis C, Pearson T, Elmer P, Luepker R, Shannon B, Kris-Etherton P, Caggiula AW, Milas NC, Watson JE, Ammerman A, Keyserling T, Simpson R. Letter to the Editor. JAMA 270(8): 936-937, 1993.

38. Filer LJ Jr, Lauer RM, Luepker RV (eds). Prevention of Atherosclerosis and Hypertension Beginning in Youth. Philadelphia, PA: Lea & Febiger, 1994.

39. Belcher JD, Ellison RC, Shepard WE, Bigelow C, Webber LS, Wilmore JH, Parcel GS, Zucker DM, Luepker RV. Lipid and Lipoprotein Distributions in Children by Ethnic Group, Gender, and Geographic Location. In: Prevention of Atherosclerosis and Hypertension Beginning in Youth (LJ Filer, RM Lauer, RV Luepker, eds). Philadelphia, PA: Lea & Febiger, pp. 95-96, 1994.

40. Luepker RV. Comparisons and Trends in Smoking in Children. In: Prevention of Atherosclerosis and Hypertension Beginning in Youth (LJ Filer, RM Lauer, RV Luepker, eds). Philadelphia, PA: Lea & Febiger, pp. 153-160, 1994.

41. Luepker RV. Community Trials. Prev Med 23: 602-605, 1994.

42. Pearson TA, Criqui MH, Luepker RV, Oberman A, Winston M (eds). Primer in Preventive Cardiology. Dallas, TX: American Heart Association, 1994.

43. Luepker RV. Epidemiology of Atherosclerotic Diseases in Population Groups. In: Primer in Preventive Cardiology (TA Pearson, MH Criqui, RV Luepker, A Oberman, M Winston, eds). Dallas, TX: American Heart Association, pp. 1-10, 1994.

44. Stamler J, Stamler R, Brown WV, Gotto AM, Greenland P, Grundy S, Hegsted DM, Luepker RV, Neaton JD, Steinberg D, Stone N, Van Horn L, Wissler RW. Doing the Right Thing: Stop Worrying About Cholesterol. (Reply to Letter to the Editor) Circulation 90(5): 2572-2577, 1994.

45. Luepker RV. Teenage Smoking in the USA. Healthlines 11: 10, 1994.

46. Luepker RV. The Community Approach. In: Lowering Cholesterol in High-Risk Individuals and Populations (B Rifkind, ed). New York, NY: Marcel Dekker, Inc., pp. 167-182, 1995.

47. Strickland D, Sprafka JM, Luepker RV. Antihypertensive Therapy and Blood Lipids. (Letter to the Editor) Epidemiology 6(1): 94-95, 1995.

48. Luepker RV. Lessons from the Minnesota Heart Health Program. In: Child Health Nutrition, and Physical Activity (LWY Cheung, JB Richmond, eds). Champaign, IL: Human Kinetics, pp. 285-291, 1995.

49. Luepker RV. Reducing Blood Cholesterol Levels in Children: What Have We Learned From the DISC Study? (Editorial) JAMA 273(18): 1461-1462, 1995.

50. Fisher WR, Luepker RV, Robertson DG, Le NA, Roberts WC, Sacks FM.  Coronary Artery Disease:
    Literature Review.  Coronary Artery Disease Index & Reviews 1(5): 16, 1995.

51. Luepker RV.  Worksite, Community-Based and School-Based Intervention.  *In:* Proceedings: Report of
    the Conference on Socioeconomic Status and Cardiovascular Health and Disease.  Bethesda, MD;
    November 6-7, 1995.

52. Panel of Experts (Luepker RV - Chair).  Physical Activity and Cardiovascular Health.  NIH Consensus
    Statement 13(3): 1-33, December 18-20, 1995.

53. Luepker RV for the CATCH Investigators.  Improving Dietary Patterns and Physical Activity Levels
    Among Children and Adolescents.  (Reply to editorial)  JAMA 276(3): 195, 1996.

54. Luepker RV.  A Call for Greater Physical Activity.  (Interview)  Hypertension Management Today 1(1):
    11-12, 1996.

55. Luepker RV.  Coronary Artery Disease: Literature Review.  Coronary Artery Disease Index & Reviews
    2(3): 4-6, 1996.

56. Luepker RV.  The Calcium Channel Blocker Debate.  (Opinion)  The Journal of Myocardial Ischemia
    8(3): 1, 1996.

57. Luepker RV.  Current Status of Cholesterol Treatment in the Community:  The Minnesota Heart Survey.
    *In:* Epidemiology and Treatment of Hypercholesterolemia:  Where We Are Today.  (WV Brown, ed).
    Am J Med 102(2A): 37-42, 1997.

58. Luepker RV.  Forward.  *In:* National Institutes of Health:  Physical Activity and Cardiovascular Health:
    National Consensus.  (Leon AS, ed).  Champaign, IL: Human Kinetics Press, VI-VII, 1997.

59. Muller JE, Kaufmann PG, Luepker RV, Weisfeldt ML, Deedwania PC, Willerson JT, for the
    Mechanisms Precipitating Acute Cardiac Events Participants.  Mechanisms Precipitating Acute Cardiac
    Events:  Review and Recommendations of an NHLBI Workshop.  Circulation 96(9): 3233-3239, 1997.

60. Luepker RV.  Population Versus Clinical Views in Coronary Disease:  Can Epidemiological Data be
    Useful to Clinicians?  (Editorial)  Circulation 96(11): 3836-3837, 1997.

61. Luepker RV.  New Directions for Epidemiology?  Centenary Meeting, Department of Epidemiology and
    Public Health, The Queen's University of Belfast, 26-28 September 1996.  Ulster Med J 67(1): 71-72,
    1998.

62. Luepker RV.  Heart Disease.  *In:* Maxcy-Rosenau-Last Public Health and Preventive Medicine, 14th
    edition.  Stamford, CT:  Appleton & Lange, pp. 927-948, 1998.

63. Luepker RV, Herlitz J.  Differences in the Treatment of Acute Myocardial Infarction Between Regions
    of Countries and the Impact on Prognosis.  J Cardiovasc Risk 6: 77-87, 1999.

31

64. Prospective Studies Collaboration (Luepker RV). Collaborative Overview ("meta-analysis") of Prospective Observational Studies of the Associations of Usual Blood Pressure and Usual Cholesterol Levels with Common Causes of Death: Protocol for the Second Cycle of the Prospective Studies Collaboration. J Cardiovasc Risk 6: 315-320, 1999.

65. Luepker RV, Leyasmeyer E. Proceedings from the International Symposium on Primordial Prevention of Cardiovascular Disease Risk Factors: Introduction. Prev Med 29: S1-S2, 1999.

66. Luepker RV. Commentary for article entitled: Decreased CHD Mortality, Case Fatality and Recurrent MI Rates in the USA. Evidence-based Cardiovascular Medicine 3: 83-84, 1999.

67. Smith MA, Shahar E, Luepker RV. Delayed Hospital Arrival for Acute Stroke: The Minnesota Stroke Survey. (Letter to Editor) Ann Intern Med 130: 328, 1999.

68. Luepker RV. Concise Review: Efforts to Shorten Delay Time and Treatment of Acute Myocardial Infarction. In: Harrison's Online. New York, NY: The McGraw-Hill Companies, (www.harrisonsonline.com), 1999.

69. Luepker RV, Lando HA. Tobacco Use and Passive Smoking. In: Preventive Cardiology. (Wong ND, Black HR, Gardin JM, eds). New York, NY: McGraw-Hill, pp. 217-250, 2000.

70. American College of Cardiology (Luepker RV). 31st Bethesda Conference: Emergency Cardiac Care (1999). J Am Coll Cardiol 35: 825-880, 2000.

71. Kennedy RH, Dyer JA, Kennedy MA, Parulkar S, Kurland LT, Herman DC, McIntire D, Jacobs D, Luepker RV. Reducing the Progression of Myopia with Atropine: a Long-Term Study of Olmsted County Students. Binocular Vision and Strabismus Quarterly 15: 281-304, 2000.

72. The Joint European Society of Cardiology/American College of Cardiology Committee (Luepker RV). Myocardial Infarction Redefined -- a Consensus Document of The Joint European Society of Cardiology/American College of Cardiology Committee for the Redefinition of Myocardial Infarction. Eur Heart J 21: 1502-1513, 2000.

73. Health Technology Advisory Committee (Luepker RV). The Use of Human Growth Hormone for Children with Idiopathic Short Stature. Health Technology Advisory Committee Document 000201, 2000.

74. The Joint European Society of Cardiology/American College of Cardiology Committee (Luepker RV). Myocardial Infarction Redefined -- a Consensus Document of The Joint European Society of Cardiology/American College of Cardiology Committee for the Redefinition of Myocardial Infarction. J Am Coll Cardiol 36: 959-969, 2000.

75. Luepker RV. Barriers to Patients Seeking Emergency Care for Acute Coronary Heart Disease. (Reply to Letter to Editor) JAMA 284: 2184, 2000.

76. Luepker RV. Cholesterol Reduction: What Can We Afford? (Editorial) Eur Heart J 22: 720-721, 2001.

77. Finnegan JR Jr., Alexander D, Rightmyer J, Estabrook B, Gloeb B, Voss M, Leviton L, Luepker RV. Using the Web to Assist Communities in Public Health Campaign Planning: A Case Study of the REACT Project. *In:* The Internet and Health Communication: Experiences and Expectations (Rice RE and Katz JE, eds). Thousand Oaks, CA: Sage Publications, pp. 147-166, 2001.

78. Luepker RV, Illingworth DR, Pasternak RC, Sprecher DL. NCEP Guidelines: New Recommendations and Implications in Primary Care. Medical Crossfire 3: 33-45, 2001.

79. Luepker RV. Cardiovascular Disease Among Mexican Americans. (Editorial) Am J Med 110: 147-148, 2001.

80. The Joint European Society of Cardiology/American College of Cardiology Committee (Luepker RV). Myocardial Infarction Redefined — a Consensus Document of The Joint European Society of Cardiology/American College of Cardiology Committee for the Redefinition of Myocardial Infarction. Clin Chem 47: 382-392, 2001.

81. Diagnosis and Management of Dental Caries Throughout Life. NIH Consensus Statement 2001 March 26-28; 18(1) 1-30. (Dr. Luepker served on the Consensus Panel).

82. Luepker RV. Cardiovascular Diseases. *In:* Oxford Textbook of Public Health (Fourth Edition). (Detels R, McEwen J, Beaglehole R, Tanaka H, eds). New York, NY: Oxford University Press, pp. 1127-1154, 2002.

83. Benjamin EJ, Smith SC Jr., Cooper RS, Hill MN, Luepker RV. Task Force #1 — Magnitude of the Prevention Problem: Opportunities and Challenges. 33rd Bethesda Conference. J Am Coll Cardiol 40: 588-603, 2002.

84. Prospective Studies Collaboration (Luepker RV). Age-Specific Relevance of Usual Blood Pressure to Vascular Mortality: A Meta-Analysis of Individual Data for One Million Adults in 61 Prospective Studies. The Lancet 360: 1903-1913, 2002.

85. Luepker RV. Recruitment and Retention of Patients and Site Management. SoCRA SOURCE 36: 10-12, 2003.

86. Luepker RV. Efforts to Shorten Delay Time and Treatment of Acute Myocardial Infarction. *In:* Harrison's Advances in Cardiology. (Braunwald E, ed). New York, NY: The McGraw Hill Companies, pp. 129-133, 2003.

87. Morgenstern LB, Rosamond W, Alberts MJ, Bartholomew LK, Callahan AS III, Eckstein M, Kasner S, Luepker R, Rapp K. Increasing Public Recognition and Rapid Response to Stroke. *In:* A National Institute of Neurological Disorders and Stroke Symposium: Improving the Chain of Recovery for Acute Stroke in Your Community – Task Force Reports. Bethesda, MD, September 2003, NIH Publication No. 03-5348.

34

88.  Luepker RV, Evans A, McKeigue P, Reddy KS.  Cardiovascular Survey Methods (Third Edition).  Geneva, Switzerland, World Health Organization, 2004.

89.  Brook RD, Franklin B, Cascio W, Hong Y, Howard G, Lipsett M, Luepker R, Mittleman M, Samet J, Smith SC, Tager I.  Air Pollution and Cardiovascular Disease:  A Statement for Healthcare Professionals From the Expert Panel on Population and Prevention Science of the American Heart Association.  Circulation 109: 2655-2671, 2004.

90.  Kim J, Hammar N, Jakobsson K, Luepker RV, McGovern PG, Ivert T.  (Response to: Canbaz, et al)  Obesity and the Risk of Early and Late Mortality After Coronary Artery Bypass Surgery.  (Letter to Editor)  Am Heart J 148: E7, 2004.

91.  Luepker RV, Lando HA.  Tobacco Use, Passive Smoking, and Smoking Cessation Interventions.  In: Preventive Cardiology (2nd Edition).  (Wong ND, Black HR, Gardin JM, eds.).  New York, NY: McGraw-Hill, pp. 71-91, 2005.

92.  Luepker RV.  Epidemiology of Sudden Death.  In:  Cardiopulmonary Resuscitation.  (Ornato JP, Peberdy MA, eds).  Totowa, NJ:  Humana Press Inc., pp. 11-20, 2005.

## In Press

Luepker RV.  US Trends.  In:  Coronary Heart Disease Epidemiology (Second Edition).  (Marmot M, Elliot P, eds).  New York, NY:  Oxford University Press.  (In press – 2006).

Luepker RV.  Increasing Longevity:  Causes, Consequences, and Prospects:  Cardiovascular Disease Trends.  In:  Longer Life and Healthy Aging.  (Yi Z, Crimmins E, Carrire Y, Robine JM, eds).  Netherlands:  Kluwer Academic Publisher.  (In press – 2006).

Luepker RV.  Delay in Acute Myocardial Infarction:  Why Don't They Come to the Hospital More Quickly and What Can We Do to Reduce Delay?  (Editorial)  Am Heart J.  (In press – 2006).

Luepker RV, Lytle LA.  Policy and Practice:  Changing the School Environment to Promote Health.  In:  Guide for Prevention of Cardiovascular Disease.  (Lauer R, ed).  (In press – 2006).

35

Abstracts

1. Varnauskas E, Luepker RV, Liander B. Pulmonary Extravascular Water Volume Measurement. Second International Conference on Pulmonary Circulation. Pisa, Italy. 1969.

2. Holmberg S, Luepker RV, Varnauskas E. Myocardial Bloodflow Measurement With Xenon 133. International Conference on Myocardial Bloodflow. Pisa, Italy. 1971.

3. Luepker RV, Bouchard RJ, Burns R, Warbasse JR. Systemic Heparinization during Percutaneous Femoral Artery Catheterization. Circulation 47-48: IV-89, 1973.

4. Caralis DG, Luepker RV, Voight GC, Burns RF, Warbasse JR. Transthoracic Electrical Impedance: A Non-Invasive Measurement of Pulmonary Edema in Acute Myocardial Infarction. Circulation 49-50: III-164, 1974.

5. Luepker RV, Caralis DG, Murphy L, Voight GC, Burns RF, Warbasse JR. Detection of Pulmonary Edema in Acute Myocardial Infarction. Circulation 49-50: III-233, 1974.

6. Askenazi J, Tavazzi L, Muller JE, Distante A, Salerno J, Radvany P, Libby P, Luepker RV, Bobba P, Braunwald E. Effects of Hyaluronidase on Electrocardiographic Evidence of Necrosis in Patients with Acute Myocardial Infarction. Circulation 52: II-106, 1975.

7. Luepker RV, Hurd P, Pechacek T, Bast P, Johnson CA, Pickard K. Prevention of Cigarette Smoking in Seventh Grade School Children. Circulation 58: II-94, 1978.

8. Luepker RV, Grimm RH Jr, Taylor H, Knudsen J, Pechacek T, Blackburn H. The Influence on Blood Pressure Management of a Large Scale Community Screening Program. Circulation 58: II-94, 1978.

9. Johnson CA, Hurd P, Pechacek TF, Luepker RV. Physiological Monitoring, and Commitment Effects in Anti-Smoking Interventions. Paper presented to the American Psychological Association, Toronto, Canada. September, 1978.

10. Grimm RH Jr, Luepker RV, Knudsen J, Blackburn H. Late Results of a Large-Scale Community Blood Pressure Screen. Prev Med 7: 80, 1978.

11. Pechacek TF, Ockene J, Luepker RV, Mittelmark MB, for the Multiple Risk Factor Intervention Trial Group. Smoking Cessation Results of the Multiple Risk Factor Intervention Trial (MRFIT) at Two Years. Paper presented to the Fourth World Conference on Smoking and Health, Stockholm, Sweden. June, 1979.

12. Pechacek T, Luepker RV, Jacobs D, Fraser G, Blackburn H. Effect of Diet and Smoking on Serum and Saliva Thiocyanates. Presented to the American Heart Association Council on Epidemiology, New Orleans, LA. March, 1979.

36

13. Luepker RV, Hurd PD, Pechacek TF, Bast LP, Johnson CA. Prevention of Cigarette Smoking in Youth. Presented to the Fourth World Conference on Smoking and Health, Stockholm, Sweden. June, 1979.

14. Johnson CA, Murray DM, Hurd P, Luepker RV. Social Psychological Determinants of Smoking in Young Adolescents. Presented to the Fourth World Conference on Smoking and Health, Stockholm, Sweden. June, 1979.

15. Murray DM, Johnson CA, Luepker RV, Pechacek TF, Jacobs DR Jr, Hurd P. Social Factors in the Prevention of Smoking in Seventh Grade Students: A Follow-up Experience of One Year. Paper presented to the American Psychology Association, New York, NY. September, 1979.

16. Murray DM, Luepker RV, Johnson CA, Pechacek TF, Jacobs DR. Prevention of Cigarette Smoking in Teenagers. Circulation 59-60: II-126, 1979.

17. Pechacek TF, Luepker RV. Biochemical Measures of Smoking Dosage: Measuring What Smokers Actually Inhale. Presented to the Association for Advancement of Behavior Therapy, San Francisco, California. 1979.

18. Luepker RV, Brown JW, Sobel JL, Blackburn H, Jacobs DR. Hypertension Control in Two Rural Towns. Presented to the National Conference on High Blood Pressure Control. March, 1980.

19. Luepker RV, Jacobs DR, Hannan P, Brewer E, Taylor HL. Cigarettes, Coffee, and Other Associations with HDL Cholesterol in the General Population. Presented to American College of Cardiology, Houston, TX. March, 1980.

20. Jacobs DR, Luepker RV, Brown JW, Sobel JL, Knudsen JM, Blackburn H. Hypertension Control in Rural Communities. AHA CVD Newsletter 28: 44, 1980.

21. Luepker RV, Pechacek TF, Murray DM, Johnson CA, Hurd P, Jacobs DR. Saliva Thiocyanate: A Chemical Indicator of Cigarette Smoking in Youth. CVD Epidemiology Newsletter 28: 28, 1980.

22. Pechacek TF, Luepker RV, Pickens RC. Advances in the Measurement of Smoking Behavior. Presented to the Society of Behavioral Medicine, New York, NY. 1980.

23. Murray DM, Johnson CA, Luepker RV, Pechacek TF, Jacobs DR. Issues in Smoking Prevention Research. Presented to the 88th Annual Convention of the American Psychological Association, Montreal, Canada. September, 1980.

24. Luepker RV, Brown JW, Sobel JL, Knudsen JM, Jacobs DR. Hypertension Control in Rural Communities. Presented to the Seventh Scientific Meeting of the International Society of Hypertension, New Orleans, LA. May, 1980.

25. Conrad JC, Leon AS, Casal DC, Grimm R, Luepker RV, and the Diabetes-Exercise Study Group. Exercise Tolerance and Training of Maturity-Onset Diabetics. Presented to the American College of Sports Medicine Annual Meeting. 1980.

26. Brown JW, Ettema JS, Luepker RV. Knowledge Gap Effects of an Information Campaign. Presented to the Association for Education in Journalism, East Lansing, MI. 1981.

27. Luepker RV, Brown JW, Sebel JL, Jeffery RW, Pechacek TF, Hall N, Jacobs DR. Mass Media Campaign for Cardiovascular Disease Prevention. Presented to the 109th Annual Meeting of the American Public Health Association, Los Angeles, CA. November, 1981.

28. Grimm RH, Arkin RM, Pechacek TF, Jeffery RW, Elmer P, Luepker RV. Heart Healthy Lifestyles: A Community-Based Program for Cardiovascular Risk Reduction. Presented to the 109th Annual Meeting of the American Public Health Association, Los Angeles, CA. November, 1981.

29. DiAngelis NM, Luepker RV. The Influence of the Dental Setting on Blood Pressure Measurement. Circulation 64: IV-81, 1981.

30. Gillum RF, Blackburn H, Luepker RV, Taylor HL, Jacobs DR Jr, Prineas RJ. Measuring Trends in Ischemic Heart Disease Incidence and Case Fatality in a Metropolitan Area. Presented to the American Heart Association 21st Conference on Cardiovascular Disease Epidemiology, Dallas, TX. March, 1981.

31. Murray DM, Mittelmark MB, Pechacek TF, Luepker RV. The Prevalence of Adolescent Cigarette Smoking: Is It Declining? Circulation 64: IV-186, 1981.

32. Luepker RV, Murray DM, Johnson CA, Pechacek TF, Jacobs DR. Prevention of Cigarette Smoking in Youth: Three Years Follow-up. Circulation 64: IV-187, 1981.

33. Folsom A, Gillum R, Prineas R, Kottke T, Baxter J, Luepker RV. Jacobs D, Taylor H, Blackburn H. Trends in Out-of-Hospital Coronary Heart Disease Deaths in a Metropolitan Community. Circulation 64: IV-213, 1981.

34. Pechacek TF, Luepker RV, Mittelmark MB. How to Measure Smoking Behavior: Self-Reports versus Biochemical Measures. Presented to the Association for Advancement of Behavior Therapy Convention, Toronto, Canada. 1981.

35. Jacobs DR, Pechacek TF, Luepker RV, Mittelmark MB, Blackburn H. Smokers Quit on Their Own. CVD Epidemiology Newsletter 31: 38, 1982.

36. Pechacek TF, Arkin RM, Luepker RV, Jacobs DR, Mittelmark MB, Blackburn H. Sex Differences in Quitting Smoking. CVD Epidemiology Newsletter 31: 49, 1982.

37. Folsom A, Caspersen C, Jacobs D, Luepker RV, Taylor H, Gillum R, Blackburn H. Leisure Time Physical Activity in a Metropolitan Community. CVD Epidemiology Newsletter 31: 10, 1982.

38. Luepker RV, Blackburn H, Mittelmark MB, Jacobs DR, Kline FG. A Community Research and Demonstration on the Prevention of Cardiovascular Diseases: The Minnesota Heart Health Program. Presented to the IX World Congress of Cardiology, Moscow, USSR. June, 1982.

38

39. Kuba K, Folsom AR, Frantz ID Jr, Jacobs DR, Luepker RV. Lipid Concentrations in Fasting and Non-Fasting Serum and Plasma. Clin Chem 28: 1607, 1982.

40. Murray DM, Luepker RV, Johnson CA, Pallonen U, Baker W, Dunn M. Prevention of Cigarette Smoking in Children: Refining the Model. Circulation 66(4): II-115, 1982.

41. Murphy RJ, Luepker RV, Jacobs DR Jr, Gillum RF, Blackburn H. The Prevalence and Use of Citizen CPR Training in a Metropolitan Community. Circulation 66(4): II-349, 1982.

42. Luepker RV, Jacobs DR Jr, Folsom A, Gillum RF, Taylor HL, Blackburn H. Trends in Cardiovascular Disease Risk 1973-74 to 1980-81: The Minnesota Heart Survey. Circulation 66(4): II-284, 1982.

43. Pirie PL, Elias W, Wackman D, Jacobs DR Jr, Murray DM, Mittelmark MB, Luepker RV, Blackburn H. Characteristics of Participation in a Community Risk Factor Screening. Circulation 66(4): II-115, 1982.

44. Luepker RV, Folsom AR, Jacobs DR Jr, Gillum RF, Prineas RJ, Taylor HL, Blackburn H. Improvement in Hypertension Detection and Control between 1973-74 and 1980-81 in Minneapolis-St. Paul: The Minnesota Heart Survey. J Am Coll Cardiol 1(2) part 2: 623, 1983.

45. Elias W, Pechacek TF, Arkin RM, Fruetel J, Mittelmark MB, Luepker RV. Recruiting Smokers to Cessation Programs. Presented to the Society of Behavioral Medicine, Baltimore, MD. March, 1983.

46. Kottke TE, Gillum RF, Mascioli SR, Folsom AR, Jacobs DR, Luepker RV, Prineas RJ, Gomez-Marin O, Taylor HL, Blackburn H. Age, Sex, and Severity-Adjusted Case-Fatality Rates for Myocardial Infarction in a Metropolitan Population: 1970 and 1980. CVD Epidemiology Newsletter 33: 32, 1983.

47. Kottke TE, Gillum RF, Mascioli SR, Folsom AR, Jacobs DR, Luepker RV, Prineas RJ, Gomez-Marin O, Taylor HL, Blackburn H. Case-Mix Adjusted Myocardial Infarction Case-Fatality Rates in a Metropolitan Population: 1970 and 1980. J Am Coll Cardiol 1(2) part 2: 600, 1983.

48. Gillum RF, Folsom AR, Jacobs DR Jr, Luepker RV, Prineas RJ, Kottke TE, Gomez-Marin O, Taylor HL, Blackburn H. Myocardial Infarction Hospitalization, Case Fatality, and Out-of-Hospital Coronary Deaths in a Metropolitan Area, 1968-78. J Am Coll Cardiol 1(2) part 2: 600, 1983.

49. Grimm RH, Wackman D, Pirie PL, Loken B, Luepker RV, Blackburn H. Sources of Health Education Information to the Community: The Minnesota Heart Health Program. Presented to the National Conference on High Blood Pressure Control, Washington, D.C. April, 1983.

50. Pirie PL, Luepker RV, Folsom AR, Jacobs DR Jr, Gillum RF, Blackburn H, Johnson S. Population Distribution of Type A "Coronary Prone" Behavior. Am J Epidemiol 118(3): 424, 1983.

51. Gillum RF, Folsom AR, Prineas RJ, Gomez-Marin O, Luepker RV, Jacobs DR Jr, Pirie PL, Blackburn H. Cardiovascular Risk Factors in Blacks, 1975-1982. Presented to the National Medical Association, Chicago, IL. July, 1983.

52. Pechacek TF, Arkin RM, Mittelmark MB, Hall NJ, Pruetel J, Luepker RV. Promotion of Community-Wide Smoking Cessation. Presented to the 91st Annual Convention of the American Psychological Association, Anaheim, CA. August, 1983.

53. Murphy RJ, Luepker RV, Folsom AR, Pirie P, Jacobs DR, Taylor HL, Gillum RF, Prineas RJ, Blackburn H. Education is Related to Coronary Heart Disease Risk Factor Levels. Presented to the 91st Annual Convention of the American Psychological Association, Anaheim, CA. August, 1983.

54. Mittelmark MB, Murray DM, Luepker RV, Pechacek TF, Pirie PL, Pallonen U. Adolescent Smoking Transition States Over Two Years. Presented to the 91st Annual Convention of the American Psychological Association, Anaheim, CA. August, 1983.

55. Mittelmark MB, Pechacek TF, Murray DM, Luepker RV. Validity of Adolescent Smoking Data: Current Research Directions in the Laboratory of Physiological Hygiene. Proceedings of the Fifth World Conference on Smoking and Health, Winnipeg, Canada: 115, 1983.

56. Murray DM, Luepker RV, Johnson CA. The Prevention of Cigarette Smoking in Children: Results and Recommendations. Proceedings of the Fifth World Conference on Smoking and Health, Winnipeg, Canada: 118, 1983.

57. Sorensen G, Pirie PL, Folsom AR, Luepker RV, Jacobs DR, Gillum RF. Gender Differences in the Relationship between Work and Health. Presented at the Annual Meeting of the American Sociological Association, Detroit, MI. September, 1983.

58. Folsom AR, Pechacek TF, Luepker RV, DeGaudemaris R, Gillum RF, Jacobs DR Jr, Blackburn H. Cigarette Strength: Population Distribution by Sociodemographic Characteristics and Relationship to Serum Thiocyanate. Presented to the American Heart Association's 56th Annual Scientific Sessions. November, 1983.

59. Grimm RH, Arkin RM, Pechacek TF, Jeffery RW, Luepker RV. A Randomized Study of Community-Based Direct Education Strategies for Lowering Cardiovascular (CV) Risk. Presented to the American Heart Association's 56th Annual Scientific Sessions. November, 1983.

60. Grimm RH, Luepker RV, Blackburn H, Arkin RM. Cardiovascular Disease Prevention: Attitudes and Practice Habits in Community Physicians. Presented to the American Heart Association's 56th Annual Scientific Sessions. November, 1983.

61. Pechacek TF, Jacobs DR, Folsom AR, DeGaudemaris R, Luepker RV, Gillum RF, Blackburn H. Serum Thiocyanate as a Measure of Disease Risk Among Pipe and Cigar Smokers. Presented to the American Heart Association's 56th Annual Scientific Sessions. November, 1983.

62. Luepker RV, Folsom AR, Jacobs DR Jr, Gillum RF, Taylor HL, Frantz ID Jr. Changing High Density Lipoprotein Cholesterol Levels: The Minnesota Heart Survey. Clin Res 31(2): 201A, 1983.

40

63. Gillum RF, Gomez-Marin O, Kottke TE, Hannan PJ, Jacobs DR Jr, Luepker RV, Prineas RJ, Blackburn H. Stroke Mortality, Hospitalization, and Hospital Case Fatality in a Metropolitan Area, 1970-1980: The Minnesota Heart Survey. Presented to the American Heart Association's 24th Annual Conference on Cardiovascular Disease Epidemiology. March, 1984.

64. Venters M, Jacobs DR Jr, Luepker RV, Gillum RF, Folsom AR, Blackburn H. Gender, Marital Status, and Cardiovascular Risk. Proceedings of the Society for Behavioral Medicine: 56, 1984.

65. Sorensen G, Pirie PL, Folsom AR, Luepker RV, Jacobs DR, Gillum RF. Gender Differences in the Relationship of Employment Experiences and the Type A Behavior Pattern. Proceedings of the Fifth Annual Meeting of the Society for Behavioral Medicine: 56, 1984.

66. Forster JL, Jeffery RW, Folsom AR, Luepker RV, Gillum RF. Gender Differences in Heart Health Risk Behavior: Overweight. Proceedings of the Fifth Annual Meeting of the Society for Behavioral Medicine: 47, 1984.

67. Pirie PL, Sorensen G, Blake S, Howard-Pitney B, Jacobs DR Jr, Luepker RV, Gillum RF. The Type A Behavior Pattern and Health Behavior in Men and Women. Proceedings of the Fifth Annual Meeting of the Society for Behavioral Medicine: 56, 1984.

68. Pechacek TF, Mittelmark MB, Luepker RV, Perry CL, Jeffery RW, Pirie PL, Mullis RM, Murray DM. University of Minnesota School of Public Health. Proceedings of the Fifth Annual Meeting of the Society for Behavioral Medicine: 49, 1984.

69. Luepker RV, Gillum RF, Folsom AR, Jacobs DR Jr, Taylor HL, Blackburn H. Trends in Cardiovascular Disease Risk 1973-74 to 1980-82: The Minnesota Heart Survey. Presented to the IX European Congress of Cardiology, Düsseldorf, Germany. July, 1984.

70. Murray DM, Luepker RV, Pirie PL, Bloom E, Grimm RH, Blackburn H. Risk Factor Screening and Education to Reduce Coronary Heart Disease. Presented to the Annual Meeting of the American Psychological Association, Toronto, Canada. August, 1984.

71. Luepker RV, Murray DM, Pirie PL, Grimm RH Jr, Mittelmark MB, Pechacek TF. Population Screening and Education for Reduction of Cardiovascular Disease Risk. Circulation 70: II-387, 1984.

72. Folsom AR, Gillum RF, Jacobs DR, Luepker RV, Kottke TE, Gomez-Marin O, Prineas RJ, Gatewood L, Blackburn H. Community Surveillance for Cardiovascular Disease: The Minnesota Heart Survey. Presented to the Annual Meeting of the American Public Health Association. November, 1984.

73. Kushi LH, Folsom AR, Jacobs DR, Luepker RV, Elmer PJ, Gillum RF, Blackburn H. No Apparent Trend in Dietary Fat Intake in a Metropolitan Population, 1973-74 to 1980-82: The Minnesota Heart Survey. CVD Epidemiology Newsletter, January, 1985.

41

74. Luepker RV, Murray DM, Grimm RH Jr, Mittelmark MB, Pechacek TF, Blackburn H. Population Screening and Education for the Reduction of Cardiovascular Disease Risk. Presented to the International Conference on Preventive Cardiology, Moscow, USSR. June, 1985.

75. Blackburn H, Luepker RV, Kline FG, Mittelmark MB, Jacobs DR, Bracht N, Carlaw R. Community Strategies in Cardiovascular Disease Prevention: Concepts Design and Present Status. Presented to the International Conference on Preventive Cardiology, Moscow, USSR. June, 1985.

76. Luepker RV. The Minnesota Heart Health Project: The First Five Years. Presented to the Annual Meeting of the American Psychological Association, Los Angeles, CA. August, 1985.

77. Pechacek TF, Mittelmark MB, Fruetel J, Pirie PL, Luepker RV, Blackburn H. Promotion of Community-Wide Smoking Cessation. Circulation 72: III-345, 1985.

78. Kushi LH, Folsom AR, Jacobs DR, Luepker RV, Elmer PJ, Blackburn H. Educational Attainment is Related to Nutrient Intake: The Minnesota Heart Survey. Presented to the 113th Annual Meeting of the American Public Health Association, Washington, D.C. November, 1985.

79. Luepker RV, Murray DM, Mittelmark MB, Grimm RH, Pechacek TF, Pirie PL, Blackburn H. Systematic Population Risk Factor Screening and Education: A Community Approach to CHD Prevention. Presented to the 26th Annual Conference on Cardiovascular Disease Epidemiology, San Francisco, CA. March, 1986.

80. Perry CL, Murray DM, Luepker RV, Mullis RM. Hearty Heart and Friends: A Nutrition Education Program for Third Graders and their Parents. Presented to the Annual Meeting of the Society for Behavioral Medicine, San Francisco, CA. March, 1986.

81. Luepker RV. Evaluation of Community Health Promotion Programs. Presented to the Annual Meeting of the Society for Social Medicine, Göteborg, Sweden. April, 1986.

82. Luepker RV. Mobilizing Communities to Promote Cardiovascular Health. Presented to the US-FRG Workshop on Cardiovascular Diseases, Stuttgart, Germany. September, 1986.

83. Luepker RV, Admire JB, Frantz I. Interlaboratory Comparability and Standardization of Community Recommendations for Cholesterol Measurement. Circulation 74: III-490, 1986.

84. Mittelmark MB, Luepker RV, Blackburn H, Jacobs DR Jr. Behavioral Medicine in a Community-Wide Public Health Trial for Primary Prevention: The Minnesota Heart Health Program. Presented to "The Expanding Horizons of Behavioral Medicine: From Laboratory Research to International Health Promotion," San Diego State University, San Diego, CA. 1986.

85. Perry CL, Luepker RV, Murray DM, Kurth CL. Modifying the Eating Habits of Children: School-Based and Home-Based Approaches. Presented to the Eighth Annual Meeting of the Society of Behavioral Medicine, Washington, D.C. March, 1987.

86. Kurth CL, Murray DM, Finnegan JR, Pirie PL, Admire JB, Luepker RV, for the Minnesota Heart Health Program. Direct Mail as a Prompt for Follow-Up Care among Persons at Risk for Hypertension. Presented to the National Conference on High Blood Pressure Control: Consensus Amid Controversy, Las Vegas, NV. April, 1987.

87. Luepker RV. Approaches to Blood Pressure in the Minnesota Heart Health Program. Presented to the National Conference on High Blood Pressure Control: Consensus Amid Controversy, Las Vegas, NV. April, 1987.

88. Luepker RV. Hypertension Control in the Minnesota Heart Health Program. Presented to the National Conference on High Blood Pressure Control: Consensus Amid Controversy, Las Vegas, NV. April, 1987.

89. Råstam L, Luepker RV, Mittelmark MB, Murray DM, Slater JS, Blackburn H. Screening for Hypercholesterolemia: The Minnesota Heart Health Program. CVD Epidemiology Newsletter 41: 40, 1987.

90. Råstam L, Luepker RV, Pirie PL. Follow-Up of Hypercholesterolemia by Patients and Their Physicians. Circulation 76: IV-418, 1987.

91. Luepker RV, Murray DM, Pallonen UE, Pirie PL. Validation of Telephone Interview Techniques for Smoking Surveys. Presented to the American Heart Association's 28th Annual Conference on Cardiovascular Disease Epidemiology, Santa Fe, NM. March, 1988.

92. Sprafka JM, Folsom AR, Luepker RV, Burke GL, Norsted S, Blackburn H. Declining Cardiovascular Disease Risk Factors from 1973 to 1986: The Minnesota Heart Survey. Presented to the American Heart Association's 28th Annual Conference on Cardiovascular Disease Epidemiology, Santa Fe, NM. March, 1988.

93. Burke GL, Folsom AR, Sprafka JM, Norsted SW, Crow RS, Edlavitch SA, Luepker RV, Blackburn H. Declining Case-Fatality with Increased Myocardial Infarction Rates from 1970 to 1985: Minnesota Heart Survey. Presented to the American Heart Association's 28th Annual Conference on Cardiovascular Disease Epidemiology, Santa Fe, NM. March, 1988.

94. Davis-Hearn M, Murray DM, Luepker RV. Hostility, Coronary Heart Disease, and Total Mortality: A 33-Year Follow-Up Study of University Students. Presented at the Ninth Annual Proceedings of the Society of Behavioral Medicine's Scientific Sessions. April, 1988.

95. Luepker RV, Sprafka JM, Frantz ID, Folsom AR, Burke GL. Red Blood Cell Fatty Acids as an Indicator of Fat Intake in Population Studies. Presented to the Annual Meeting of the Society for Epidemiologic Research, Vancouver, British Columbia, Canada. June, 1988.

96. Burke GL, Sprafka JM, Norsted SW, Goldman L, Luepker RV, Blackburn H. Plateauing Trends in Stroke Morbidity, Mortality, and Blood Pressure Levels: The Minnesota Heart Survey. Presented to the

43

Annual Meeting of the Society for Epidemiologic Research, Vancouver, British Columbia, Canada. June, 1988.

97. Kuba K, Jacobs DR Jr, Luepker RV, Wood PD, Frantz ID. Experiences in Monitoring Cholesterol Analyses by Means of Fresh Serum Pools. Presented at the National American Association of Clinical Chemistry, New Orleans, LA. July, 1988.

98. Blackburn H, Luepker RV. Population-Based Strategies to Reduce Ischaemic Heart Disease (IHD) and Stroke: The Minnesota Heart Health Program (MHHP). Presented to the 8th International Symposium on Atherosclerosis, Rome, Italy. October, 1988.

99. Doliszny KM, Luepker RV, Burke GL. Trends in Coronary Artery Bypass Graft Surgery in Minneapolis-St. Paul Residents, 1970-1984. Circulation 78: II-1128. October, 1988.

100. Herlitz J, Hartford M, Holmberg S, Blohm M, Luepker RV, Karlson BW. Effects of a Media Campaign on Delay Time and Ambulance Use in Acute Chest Pain. Circulation 78: II-746. October, 1988.

101. Holmberg S, Hartford M, Herlitz J, Luepker RV, Swedberg K. Very Early Thrombolysis With rt-PA in Acute Myocardial Infarction. Circulation 78: II-1101. October, 1988.

102. Slater JS, Mittelmark MB, Murray DM, Luepker RV, Pirie PL, Råstam L, Blackburn H. The Effect of Cholesterol Measurement and Feedback on Total Serum Cholesterol Levels in a Coronary Heart Disease Risk Factor Screening and Education Program. Presented to the National Cholesterol Conference. Arlington, VA. November, 1988.

103. Luepker RV. Blood Cholesterol Measurement: Where and How to Test. Presented at the 1989 Institute on Critical Issues in Health Laboratory Practice guided by the Centers for Disease Control. Plymouth, MN. April, 1989.

104. Luepker RV, Strickland D, Sprafka JM. Prevalence of Non-Pharmacologic Treatment of Blood Pressure in the Hypertensive Population. Presented to the 2nd International Conference on Preventive Cardiology and the 29th Annual Meeting of the AHA Council on Epidemiology. Washington, D.C. June, 1989.

105. Strickland D, Sprafka JM, Luepker RV. Association of Anti-Hypertensive Treatment and Blood Lipids in a Population-Based Survey. Presented to the 2nd International Conference on Preventive Cardiology and the 29th Annual Meeting of the AHA Council on Epidemiology. Washington, D.C. June, 1989.

106. Stone EJ, Luepker RV, Ellison RC, Parcel GS, Perry CL, Nader PR, Webber LS. Child and Adolescent Trial for Cardiovascular Health: Design and Rationale. Presented to the 2nd International Conference on Preventive Cardiology and the 29th Annual Meeting of the AHA Council on Epidemiology. Washington, D.C., p. A95. June, 1989.

107. Pirie PL, Luepker RV, Blackburn H. Trends in Public Awareness of Blood Cholesterol in the Upper Midwest. Presented to the 2nd International Conference on Preventive Cardiology and the 29th Annual Meeting on the AHA Council of Epidemiology. Washington, D.C. June, 1989.

108. Burke GL, Sprafka JM, Folsom AR, Luepker RV, Blackburn H. Trends in Survival of Hospitalized Myocardial Infarction from 1970 to 1985: The Minnesota Heart Survey. Presented to the 2nd International Conference on Preventive Cardiology and the 29th Annual Meeting of the AHA Council on Epidemiology. Washington, D.C. June, 1989.

109. Kofron PM, Mullis RM, Bluhm J, Keenan N, Luepker RV, Pirie PL, Bache-Wiig M. Effect of a Screening Dietary Educational Intervention for Hypercholesterolemia in a Medical Clinic. Presented to the 2nd International Conference on Preventive Cardiology and the 29th Annual Meeting of the AHA Council on Epidemiology. Washington, D.C. June, 1989.

110. Murray DM, Alexandrov AA, Isacova GL, Shestacova EA, Luepker RV. Distributions and Correlates of Blood Pressure in Childhood in Moscow and Minneapolis. Presented to the 2nd International Conference on Preventive Cardiology and the 29th Annual Meeting of the AHA Council on Epidemiology. Washington, D.C. June, 1989.

111. Burke GL, Sprafka JM, Hahn LP, Folsom AR, Luepker RV, Blackburn H. Trends in Cholesterol Levels, Treatment and Control from 1980 to 1987: The Minnesota Heart Survey. Presented to the Society for Epidemiologic Research. Birmingham, AL. June, 1989.

112. Hearn M, Murray DM, Luepker RV. Hostility, Coronary Heart Disease, and Total Mortality: A 33-Year Follow-Up Study of University Students. Presented to the Cardiovascular Epidemiology, Biostatistics and Behavioral Medicine Training Session, Preventive Cardiology Meetings. Washington, D.C., p. A112. June, 1989.

113. Herlitz J, Hartford M, Blohm M, Karlson B, Ekstrom L, Risenfors M, Wennerblom, Luepker RV, Holmberg S. Effect of a Media Campaign on Delay Times and Ambulance Use in Suspected Acute Myocardial Infarction. Am J Cardiol 64: 90-93. July, 1989.

114. Sprafka JM, Luepker RV, Rosamond W. Using Red Blood Cell Fatty Acids to Measure Changes in Fat Intake in Populations. Presented to Biochemical Markers of Compliance with Modified Fat Diets Workshop. Washington, D.C. September, 1989.

115. Rosamond WD, Luepker RV, Burke GL. Evaluation of a Prospective Registry System for Acute Myocardial Infarction (AMI). Circulation 80: II-2159, 1989.

116. Doliszny KM, Luepker RV, Burke GL, Pryor DB, Blackburn H. Has Coronary Artery Bypass Graft Surgery Contributed to the Decline in Coronary Heart Disease Mortality? Circulation 80: II-1630, 1989.

117. Luepker RV, Murray DM, Mittelmark MB, Pirie PL, Blackburn H. Population Based Screening and Education for Reduction of Cardiovascular Disease Risk: Experience of the Minnesota Heart Health Program. Philippine Journal of Cardiology 19(1)(Suppl): C1807, 1990.

45

118. Luepker RV, Rosamond W, Sprafka JM, Folsom AR, Burke GL, Blackburn H. Population Trends in Coronary Heart Disease Risk, Associations with Education and Income. Circulation 81: 713. February, 1990.

119. Naughton MJ, Luepker RV. Response to Medical Referral and Lifestyle Suggestions by Participants in Public Cholesterol Screenings. Presented to the American Heart Association's 30th Annual Conference on Cardiovascular Disease Epidemiology. San Diego, CA. March, 1990.

120. Sprafka JM, Strickland D, Jacobs DR Jr, Luepker RV, Blackburn H. Secular Trends in Cardiovascular Disease Risk Factors: The Minnesota Heart Health Program 1980-1988. Presented to the Society for Epidemiologic Research. Snowbird, UT. June, 1990.

46

121.  Burke GL, Sprafka JM, McGovern PG, Folsom AR, Luepker RV, Blackburn H.  Possible Impact of
      Diagnosis Related Grouping on Reported Community Trends in Hospitalized Myocardial Infarction:
      The Minnesota Heart Survey.  Presented to the Society for Epidemiological Research.  Snowbird, UT.
      June, 1990.

122.  Luepker RV, Doliszny K, Burke G, Pryor D, Blackburn H.  The Contribution of Coronary Artery Bypass
      Surgery to the Decline in Coronary Heart Disease Mortality in the United States.  Presented to the XIIth
      Congress of the European Society of Cardiology.  Stockholm, Sweden.  September, 1990.

123.  Rosamond WD, Luepker RV.  Validation of Previous Acute Myocardial Infarction (AMI):  Minnesota
      Heart Survey Registry.  Circulation 83(2): 733, 1991.

124.  Bostick RM, Luepker RV, Kofron PM, Pirie PL.  Changing Practice Patterns for Cardiovascular Disease
      Prevention by Primary Care Physicians.  Circulation 83(2): 736, 1991.

125.  Mittelmark M, Luepker RV, Slater J, Pirie P, Murray D, Råstam L, Blackburn H.  Total Blood-
      Cholesterol Levels in Older Adult Participants in Community-wide Screening Programs.  J Am Geriatr
      Soc 39(8): A7, 1991.

126.  Rosamond WD, Luepker RV, McGovern PG, Sprafka JM.  Recent Trends of Thrombolytic Agent Usage
      in Clinical Practice:  A Report from the Minnesota Heart Survey Registry.  J Am Coll Cardiol 19(3):
      20A, 1992.

127.  McGovern PG, Jacobs DR Jr, Belcher JD, Luepker RV, Sprafka JM, Blackburn H.  The Effect of
      Laboratory Drift of Cholesterol Measurement on Time Trends:  The Minnesota Heart Health Program
      (MHHP).  J Am Coll Cardiol 19(3): 344A, 1992.

128.  Rosamond WD, Luepker RV, McGovern PG, Sprafka JM, Blackburn H.  Delays from Onset of Chest
      Pain to Thrombolytic Therapy in Suspected Acute Myocardial Infarction.  Circulation 85(2): 863, 1992.

129.  Demirovic J, Blackburn H, McGovern P, Luepker R, Sprafka M, Gilbertson D.  Sex and Early Mortality
      after Acute Myocardial Infarction:  The Minnesota Heart Survey.  Circulation 85(2): 863, 1992.

130.  Elmer PJ, Trenkner L, Finnegan J, Luepker RV, Laing B, Iszler J.  Evaluation of Cardiovascular Disease
      (CVD) Risk Factor Management in Rural Primary Care Practice.  Circulation 85(2): 870, 1992.

131.  Rosamond WD, Luepker RV, McGovern PG, Sprafka JM, Blackburn H.  Incident and Recurrent Acute
      Myocardial Infarction from a Registry System:  Minnesota Heart Survey.  Circulation 85(2): 876, 1992.

132.  Rosamond WD, Luepker RV, McGovern PG, Sprafka, JM, Blackburn H.  Time of Chest Pain Among
      Coronary Care Unit Patients:  Minnesota Heart Survey Registry.  Presented to the XIV InterAmerican
      Congress of Cardiology.  Orlando, FL.  May, 1992.

133.  Rosamond WD, Luepker RV, McGovern PG, Sprafka JM, Blackburn H.  Delays from Onset of Chest
      Pain to Thrombolytic Therapy in Suspected Acute Myocardial Infarction.  Presented to the XIV
      InterAmerican Congress of Cardiology.  Orlando, FL.  May, 1992.

47


134. Belcher JD, Ellison RC, Shepard WE, Bigelow C, Webber LS, Wilmore JH, Parcel GS, Zucker DM, Luepker RV: Investigators for the Child and Adolescent Trial for Cardiovascular Health (CATCH). Lipid and Lipoprotein Distributions in Children by Ethnic Group, Gender and Geographic Location. Presented to the International Conference on the Prevention of Atherosclerosis and Hypertension Beginning in Youth. Orlando, FL. May, 1992.

135. Trenkner LL, Finnegan JR, Elmer P, Luepker R, Laing B. Cholesterol Management in Rural Clinics: The PACE Study. Presented to the American Public Health Association's 120th Annual Meeting. Washington, DC. November, 1992.

136. Luepker R, Rosamond W, Sprafka JM, Folsom A, McGovern P, Blackburn H. Socioeconomic Status and Trends in Coronary Heart Disease Risk Factors. Eur Heart J 13(Suppl): 233, 1992.

137. Luepker R, Jacobs D, Murray D, Pirie P, Jeffery R, Perry C, Sprafka M, Finnegan J, Bracht N, Lando H, Folsom A, Mittelmark M, Pechacek T, Mullis R, Blackburn H. Risk Factor Results from the Minnesota Heart Health Program. Am J Epidemiol 136(8): 983-984, 1992.

138. Vargas AM, Doliszny KM, Luepker RV. Repeat Coronary Artery Bypass Graft Surgery: Population Prevalence and Outcomes. Circulation 86(4): 1604, 1992.

139. Elmer PJ, Luepker R, Finnegan J, Trenkner L, Laing B, Iszler J. Cholesterol Management and Cardiovascular Disease Prevention in Rural Clinics - Impact of the National Cholesterol Education Program (NCEP) Guidelines on Clinical Practice. Circulation 86(4): 572, 1992.

140. Rosamond WD, Luepker RV, McGovern PG. Post-Discharge Management of Acute Myocardial Infarction: Minnesota Heart Survey Registry. Circulation 87(2): P38, 1993.

141. Luepker RV, Murray DM, Jacobs DR, Pirie PL, Jeffery RW, Perry CL, Sprafka JM, Finnegan JR, Jr., Bracht NF, Lando HA, Folsom AR, Mittelmark MB, Pechacek TF, Mullis RM, Blackburn H. Results from the Minnesota Heart Health Program. Presented to the 3rd International Conference on Preventive Cardiology. Oslo, Norway. June, 1993.

142. Elmer P, Luepker R, Finnegan J, Trenkner L, Laing B, Iszler J. Cholesterol Management and Cardiovascular Disease Prevention in Rural Clinics - Impact of National Guidelines on Clinical Practice. Presented to the 3rd International Conference on Preventive Cardiology. Oslo, Norway. June, 1993.

143. Doliszny KM, Virnig BA, Sprafka JM, McGovern PG, Shahar E, Luepker RV. Sex Differences in the Management of Uncomplicated Acute Myocardial Infarction: The Minnesota Heart Survey. Circulation 88(4): I-298, 1993.

144. Doliszny KM, Virnig BA, McGovern PG, Shahar E, Sprafka JM, Luepker RV. Trends in Management of Hospitalized Myocardial Infarction Patients between 1985 and 1990: The Minnesota Heart Survey. Circulation 88(4): I-494, 1993.

48

145. Doliszny KM, Vargas AM, Luepker RV. Coronary Artery Bypass Graft Surgery in Minneapolis-St. Paul: 1970-1990. Circulation 88(4): I-10, 1993.

146. Luepker RV, Sprafka JM, McGovern PG, Hannan PJ, Blackburn H. Isolated Low HDL-Cholesterol as a Risk Factor for Coronary Heart Disease. Circulation 88(4): I-511, 1993.

147. McGovern PG, Shahar E, Dolizsny KM, Sprafka JM, Pankow JS, Blackburn H, Luepker RV. Trends in Incidence, Attack Rate, and In-Hospital Mortality of Hospitalized Myocardial Infarction between 1985 and 1990: The Minnesota Heart Survey. Circulation 88(4): I-260, 1993.

148. Shahar E, McGovern PG, Sprafka JM, Dolizsny KM, Luepker RV, Blackburn H. Assessment of Trends in Stroke Morbidity During the 1980s: Limitations of Hospital Discharge Codes. Presented to the International Conference on Stroke Prevention and Epidemiology. Saskatoon, Saskatchewan, Canada. October, 1993.

149. Shahar E, McGovern PG, Sprafka JM, Dolizsny KM, Brodin EC, Luepker RV, Blackburn H. Improved Survival of Stroke Patients From 1980 to 1990: The Minnesota Heart Survey. Stroke 25: 245, 1994.

150. Råstam L, Hannan PJ, Jacobs DR Jr, Luepker RV, Murray DM, Sprafka JM, Blackburn H for the MHHP Investigators. Population and Physician Behavior and Blood Pressure Trends – The Minnesota Heart Health Program (MHHP). Circulation 89(2): 933, 1994.

151. Lasater TM, Fortmann SP, Luepker RV, Feldman HA. Secular Trends Through the 1980s for CVD Risk Factors. Circulation 89(2): 933, 1994.

152. Sprafka JM, McGovern PG, Shahar E, Luepker RV, Blackburn H. Trends in Cigarette Smoking: The Minnesota Heart Survey (1980-1992). Circulation 89(2): 934, 1994.

153. Pankow JS, McGovern PG, Shahar E, Luepker RV, Blackburn H. The Role of Thrombolytic Therapy in Improved Short-Term Survival of Hospitalized Myocardial Infarction Patients Between 1985 and 1990: The Minnesota Heart Survey. Circulation 89(2): 935, 1994.

154. Shahar E, Lewis M, Keil U, McGovern PG, Löwel H, Sprafka JM, Luepker RV. Hospital Care and Survival of Acute Myocardial Infarction Patients in Minnesota and Southern Germany: A Comparative Study. Circulation 89(2): 935, 1994.

155. Luepker RV, Rosamond WD, Shahar E, McGovern PG, Pankow JS, Sprafka JM. Recent Trends in Thrombolytic Therapy: The Minnesota Heart Survey. Eur Heart J 15(suppl): 508, 1994.

156. Elmer PJ, Luepker RV, Finnegan JR, Lytle LA, Laing B. Changes in Cholesterol and Medication Use in Rural Primary Care Clinics Implementing NCEP Guidelines in the Physician Assisted Cholesterol Education Program (PACE). Circulation 90(4): I-342, 1994.

157. Luepker RV, Elmer PJ, Finnegan JR, Lytle LA. Use and Effects of Drug Treatment for Elevated Cholesterol in the Primary Care Setting. Circulation 90(4): I-533, 1994.

50

158.  Lewis MA, McGovern PG, Luepker RV, Pankow J, Shahar E, Löwel H, Sprafka JM, Keil U.  Lower Incidence of Hospitalized Acute Myocardial Infarction and Higher Mortality of AMI in Germany than the US:  The Minnesota and Augsburg Registers 1985 to 1990.  Presented at the International Workshop on Cardiovascular Diseases: Prevention and Epidemiology.  Wildbad Kreuth/Bavaria, Germany.  October, 1994.

159.  Shahar E, Lewis M, Keil U, McGovern P, Löwel H, Sprafka JM, Luepker RV.  Acute Myocardial Infarction in Minnesota and Southern Germany:  Patient Characteristics, Medical Care, and One-Year Survival.  Presented at the International Workshop on Cardiovascular Diseases: Prevention and Epidemiology.  Wildbad Kreuth/Bavaria, Germany.  October, 1994.

160.  McGovern PG, Shahar E, Pankow JS, Hannan PJ, Luepker RV.  Measuring Coronary Heart Disease Endpoints in Community-Based Studies:  Methodological Considerations:  Presented at the International Workshop on Cardiovascular Diseases: Prevention and Epidemiology.  Wildbad Kreuth/Bavaria, Germany.  October, 1994.

161.  Luepker RV.  Hypertension Detection, Treatment and Control:  The Minnesota Heart Survey.  Presented at the International Workshop on Cardiovascular Diseases: Prevention and Epidemiology.  Wildbad Kreuth/Bavaria, Germany.  October, 1994.

162.  Lasater TM, Fortmann SP, Luepker RV, Feldman HA, Stone EJ.  Secular Trends Through the 1980s for CVD Risk Factors.  Presented at the International Workshop on Cardiovascular Diseases: Prevention and Epidemiology.  Wildbad Kreuth/Bavaria, Germany.  October, 1994.

163.  Stone E, Perry C, Luepker RV, Nader P, Parcel G, Feldman H, Webber L.  A Primary Prevention School/Community-Based Field Trial:  CATCH.  Presented at the International Workshop on Cardiovascular Diseases: Prevention and Epidemiology.  Wildbad Kreuth/Bavaria, Germany.  October, 1994.

164.  Luepker RV.  Community Risk Factor Intervention Programs:  Future Implications for Public Health Research.  Presented at the International Workshop on Cardiovascular Diseases: Prevention and Epidemiology.  Wildbad Kreuth/Bavaria, Germany.  October, 1994.

165.  Luepker RV, McGovern PG, Sprafka JM, Shahar E, Doliszny KM, Blackburn H.  Unfavorable Trends in the Detection and Treatment of Hypertension:  The Minnesota Heart Survey.  Circulation 91(3): 938, 1995.

166.  Shahar E, Folsom AR, Sprafka JM, McGovern PG, Blackburn H, Luepker RV.  Trends in Regular Use of Aspirin From 1980 to 1992:  The Minnesota Heart Survey.  Circulation 91(3): 937, 1995.

167.  McGovern PG, Sprafka JM, Pankow JS, Shahar E, Folsom AR, Luepker RV.  Trends in Serum Cholesterol Levels and Dietary Intake, 1980-1992:  The Minnesota Heart Survey.  Circulation 91(3): 939, 1995.

168.  Råstam L, Luepker RV, Hannan PJ, Murray DM, Gray C, Baker WL, Crow R, Jacobs DR, Pirie PL, Mascioli SR, Mittelmark MB, Blackburn H.  Community Education for Cardiovascular Disease Prevention:  Morbidity and Mortality Results of the Minnesota Heart Health Program.  Circulation 91(3): 939, 1995.

169.  Vargas AM, Doliszny KM, Jing-Ping M, Luepker RV.  Population Trends in Emergency Coronary Artery Bypass Graft Surgery.  JACC (Special Edition): 183A, 1995.

170.  Sides TL, Shahar E, McGovern PG, Luepker RV.  Results of a Population-Based Survey Documenting Aspirin Use for the Prevention of Cardiovascular Disease:  The Minnesota Heart Survey.  Circulation 92(8): I-216, 1995.

171.  Arnett DK, McGovern PG, Peterson DM, Shahar E, Luepker RV.  Ten Year Trends in Leisure Time Physical Activity:  The Minnesota Heart Survey.  Circulation 92(8): I-311, 1995.

172.  Mo JP, Shahar E, McGovern PG, Rosamond WD, Luepker RV.  Are There Gender Differences in Treatment and Outcomes After Coronary Angiography?  The Minnesota Heart Survey Registry.  Circulation 92(8): I-617, 1995.

173.  Peterson DM, Arnett DK, McGovern PG, Shahar E, Luepker RV.  Leisure-time Physical Activity Trends in the Minnesota Heart Survey, 1980-1992.  Circulation 92(8): I-617, 1995.

174.  Iribarren C, Luepker RV, McGovern PG, Peterson DM, Blackburn H.  Temporal Trends in Major Cardiovascular Risk Factors by Education Level:  Experience from the Minnesota Heart Survey.  Circulation 92(8): I-619, 1995.

175.  Mo JP, Luepker RV, Rosamond WD, McGovern PG, Shahar E.  Gender Differences in the Use of Coronary Angiography and Revascularization Procedures after Admission for Acute Ischemia:  The Minnesota Heart Survey Registry.  Presented at the Society for Epidemiologic Research, Snowbird, UT, June 22-24, 1995.

176.  Mo JP, Crow RS, Shahar E, McGovern PG, Rosamond WD, Luepker RV.  Gender-Related Differences in the Use of Thrombolytic Therapy in Acute Myocardial Infarction.  The Minnesota Heart Survey Registry.  Circulation 93(3): 1, 1996.

177.  Pieper RM, Arnett DK, Shahar E, McGovern PG, Luepker RV.  Trends in Knowledge, Awareness, and Treatment of Hypercholesterolemia: The Minnesota Heart Survey.  Circulation 93(3) 9, 1996.

178.  Herlitz J, McGovern P, Pankow J, Luepker RV.  Treatment Routines and Mortality in Acute Myocardial Infarction: A Comparison Between Minneapolis-St. Paul, USA and Göteborg, Sweden. Eur Heart J 17: 132, 1996.

179.  Smith MA, Doliszny KM, Shahar E, Luepker RV.  Comorbid Conditions as Determinants of Delayed Hospital Arrival for Acute Ischemic Stroke:  The Minnesota Stroke Survey.  Circulation 94(8): I-390, 1996.

52

180. Xiong B, McGovern PG, Arnett DK, Blackburn H, Luepker RV. Secular Trends in Dietary Macronutrient Intake in the Minnesota Heart Survey, 1980-1992. Circulation 94(8): I-578, 1996.

181. Falkner NH, Arnett DK, McGovern PG, Blackburn H, Luepker RV. Twelve Year Trends in Obesity, Systolic Blood Pressure, and Cholesterol: The Minnesota Heart Survey. Circulation 94(8): I-738, 1996.

182. Evenson KR, Rosamond WD, Luepker RV. Predictors of Cardiac Rehabilitation Utilization. Med Sci Sports Exerc 29(5): S279, 1997.

183. Smith MA, Shahar E, Doliszny KM, Luepker RV. Health Maintenance Organizations and the Use of Specialty Care for Acute Hospitalized Stroke Patients: The Minnesota Stroke Survey. Circulation 96(8): I-617, 1997.

184. Luepker R, Princas R, Jacobs D, Sinaiko A. Trends of Blood Pressure and Body Size in Adolescents in a Multiethnic Population: 1986-96. Eur Heart J 18: 220, 1997.

185. Pankow JS, McGovern PG, Shahar E, Doliszny KM, Luepker RV. Is Short-term Mortality from Acute Coronary Heart Disease Higher in Women then Men? Can J Cardiol 13: 57B, 1997.

186. Simons-Morton DG, Goff DC, Osganian S, Goldberg RJ, Raczynski JM, Finnegan JR, Eisenberg MS, Zapka J, Proschan MA, Feldman HA, Hedges JR, Luepker RV. Design of a Community Trial to Reduce Delay for Acute MI Symptoms: Rapid Early Action for Coronary Treatment (REACT). Can J Cardiol 13: 128B, 1997.

187. McGovern PG, Pankow JS, Shahar E, Luepker RV. Trends Since 1970 in Out-of- and In-Hospital Coronary Heart Disease Mortality: The Minnesota Heart Survey. Can J Cardiol 13: 154B, 1997.

188. Robinson EL, Arnett DK, Himes JH, McGovern PG, Luepker RV. Differences and Trends in Antioxidant Dietary Intake in Smokers and Non-Smokers, 1980-1992: The Minnesota Heart Survey. Can J Cardiol 13: 311B, 1997.

189. Sinaiko AR, Jacobs DR, Moran A, Steinberger J, Luepker RV, Prineas RJ. Relation of Insulin Resistance to Cardiovascular Risk Factors in Normotensive 5th-8th Grade Students. Hypertension 30(3): 503, 1997.

190. McGovern PG, Shahar E, Doliszny KM, Arnett DK, Luepker RV. Trends in Congestive Heart Failure Among Twin Cities Residents Aged 30-84 Years, 1980-1996. Circulation 97(8): 820, 1998.

191. Sinaiko AR, Steinberger J, Moran A, Luepker R, Rocchini AP, Prineas RJ, Jacobs DR. Insulin Resistance Syndrome in Children: Results from Insulin Clamp Studies in 357 5th-8th Grade Students. Circulation 98(17): I-323, 1998.

53

192. Luepker RV, McGovern PG, Shahar E, Arnett DK, Jacobs DR, Blackburn H.  Trends in Blood Pressure Control and Stroke in a Metropolitan Area:  The Minnesota Heart Survey.  Circulation 98(17): I-657, 1998.

193. Arnett DK, McGovern PG, Jacobs DR, Luepker RV.  Continued Declines in Cigarette Smoking:  The Minnesota Heart Survey.  Circulation 99: 1104, 1999.

194. McGovern PG, Arnett DK, Shahar E, Luepker RV.  Trends in Serum Cholesterol Levels, 1980-1997:  The Minnesota Heart Survey.  Circulation 99: 1104, 1999.

195. Gross M, Schmitz KH, Jacobs DR, Luepker RV, Arnett DK, Wessman J.  The Age-Associated Distribution of Serum Alpha-Tocopherol in an Adult Population:  The Minnesota Heart Survey.  Circulation 99: 1123, 1999.

196. Smith MA, Shahar E, McGovern PG, Kane RL, Doliszny KM, Arnett DK, Luepker RV.  HMO Membership, Patient Age and the Use of Specialty Care for Hospitalized Patients with Acute Stroke:  The Minnesota Stroke Survey.  Presented to the Associations for Health Services Research, June, 1999.

197. Sinaiko AR, Steinberger J, Moran A, Luepker RV, Prineas RJ, Rocchini AP, Jacobs DR.  Comparison of Insulin Resistance, Lipids, and Body Size Between Children with High and Low Blood Pressure:  Results from Insulin Clamp Studies in 357 Subjects.  Am J Hypertens 12: 20A, 1999.

198. Sinaiko AR, Steinberger J, Moran A, Prineas RJ, Luepker RV, Rocchini AP, Jacobs DR.  Tracking of Insulin Resistance Syndrome during Adolescence.  Circulation 100: I-711, 1999.

199. Shahar E, McGovern PG, Smith MA, Jacobs DR, Arnett DK, Luepker RV.  Recent Trends in Stroke Mortality Rate, Incidence, and Case-Fatality in Metropolitan Minneapolis-St. Paul, Minnesota:  The Minnesota Stroke Survey.  Circulation 101: 720, 2000.

200. McGovern PG, Jacobs DR, Shahar E, Arnett DK, Luepker RV.  Trends in Acute Myocardial Infarction Incidence, Case-Fatality, and Medical Care, 1985-1995:  The Minnesota Heart Survey.  Circulation 101: 724, 2000.

201. Vargas AM, Doliszny KM, Herlitz J, Karlsson T, McGovern PG, Brandrup-Wognsen G, Luepker RV.  Characteristics and Outcomes Among Patients Undergoing Coronary Artery Bypass Grafting:  Western Sweden and Minneapolis-St. Paul, USA.  Circulation 101: 728, 2000.

202. Luepker RV, McGovern PG, Jacobs DR, Shahar E, Arnett DK, Folsom AR, Blackburn H.  Ten Year Trends in Acute Coronary Heart Disease Mortality, Morbidity and Medical Care:  The Minnesota Heart Survey.  Eur Heart J 21: 141, 2000.

203. Duval S, Shahar E, McGovern PG, Jacobs DR, Jr., Berger AK, Luepker RV.  Thrombolytic Therapy and Secular Trends (1985-1995) in Long-Term Survival Following Acute Myocardial Infarction:  The Minnesota Heart Survey.  Circulation 103: 1358, 2001.

54

204. Kim J, Shahar E, McGovern PG, Barber C, Duval S, Luepker RV. Long-Term Survival of Hospitalized Patients with a Heart Failure Discharge Code: Early Experience of a Community-Based Study. Circulation 103: 1359, 2001.

205. Steffen LM, Arnett DK, Shah G, McGovern PG, Luepker RV, Jacobs DR. Trends in Leisure Time Physical Activity: The Minnesota Heart Survey, 1980-97. Circulation 105: 31, 2002. Available at: http://aha.agora.com/abstractviewer/search.asp (Publishing ID: 168).

206. Barber CA, Duval SJ, Arnett DK, Shah G, Luepker RV. Trends in Hormone Replacement Therapy and Cardiovascular Heart Disease Risk Factors in Post-Menopausal Women: The Minnesota Heart Survey (1990-92 through 1995-97). Poster presentation at the AHA 1st Annual Asian Pacific Scientific Forum and the 42nd Annual Conference on Cardiovascular Disease Epidemiology and Prevention; April 2002. Available at: http://aha.agora.com/abstractviewer/search.asp (Publishing ID: P101).

207. Kim J, Luepker RV, Shahar E, Jacobs DR, Duval SJ, Barber CA, Margolis K. Prognostic Factors for Long-Term Mortality Following Hospitalization for Heart Failure: A Community-Based Perspective. Poster presentation at the AHA 1st Annual Asian Pacific Scientific Forum and the 42nd Annual Conference on Cardiovascular Disease Epidemiology and Prevention; April 2002. Available at: http://aha.agora.com/abstractviewer/search.asp (Publishing ID: P290).

208. Luepker RV, Arnett DK, Zheng ZJ, Shah GS, Shahar E. Prevalence of Peripheral Arterial Disease in the General Population Measured by Ankle Brachial Blood Pressure Index. Poster presentation at the AHA 1st Annual Asian Pacific Scientific Forum and the 42nd Annual Conference on Cardiovascular Disease Epidemiology and Prevention; April 2002. Available at: http://aha.agora.com/abstractviewer/search.asp (Publishing ID: P333).

209. Luepker RV, Kim J, Shahar E, Jacobs DR, Duval SJ, Barber C, Margolis K. Gender Modifies the Effect of Left Ventricular Function on Mortality Following Hospitalization for Heart Failure: The Minnesota Experience. Poster presentation at the AHA 1st Annual Asian Pacific Scientific Forum and the 42nd Annual Conference on Cardiovascular Disease Epidemiology and Prevention; April 2002. Available at: http://aha.agora.com/abstractviewer/search.asp (Publishing ID: P90).

210. Shah GS, Arnett DK, Schmitz KH, Himes JH, Duval SJ, Luepker RV. Secular Trends in Body Mass Index (BMI) and Obesity: The Minnesota Heart Survey, 1980-82 through 1995-97. Poster presentation at the AHA 1st Annual Asian Pacific Scientific Forum and the 42nd Annual Conference on Cardiovascular Disease Epidemiology and Prevention; April 2002. Available at: http://aha.agora.com/abstractviewer/search.asp (Publishing ID: P251).

211. Luepker R, Lumley T, Jollis J, Rao S, Lapin P, McBean AM, Huang Z, Siscovick D. Medicare Costs of Physical Inactivity in Order Adults. Circulation 106: II-172, 2002.

212. Lee SM, Harnack L, Schaket S, Duval S, Arnett D, Luepker R. Secular Trends in the Trans-Fatty Acid Composition of the Diet in a Metropolitan Area: The Minnesota Heart Survey. FASEB J 16: A750, 2002.

55

213.  Berger AK, Duval SJ, Luepker RV.  Is Early Hospital Discharge Following Acute Myocardial Infarction Associated with Increased Mortality?  J Am Coll Cardiol 39: 456A, 2002.

214. Shah GS, Arnett DK, Jacobs D Jr., Luepker RV. Are Observed Trends in the Prevalence of Regular Use of Aspirin for Primary Prevention of Coronary Heart Disease Desirable? The Minnesota Heart Survey Experience: 1980-82 to 1995-97. Poster presentation at the American Heart Association 43rd Annual Conference on Cardiovascular Disease Epidemiology and Prevention; March 2003. Available at http://aha.agora.com/abstractviewer/search.asp (Publishing ID: P6).

215. Shahar E, Lee S, Barber C, Kim J, Duval S, McGovern PG, Luepker RV. Congestive Heart Failure in Metropolitan Minneapolis-St. Paul: Varying Hospitalization Rates and High Mortality. Poster presentation at the American Heart Association 43rd Annual Conference on Cardiovascular Disease Epidemiology and Prevention; March 2003. Available at http://aha.agora.com/abstractviewer/search.asp (Publishing ID: P21).

216. Osganian SK, Feldman HA, Hoelscher DM, Kelder SH, Steffen LM, Luepker RV, Nader PR, Stampfer MJ, Webber LS. Serum Homocysteine in U.S. Adolescents Before and After Universal Folate Supplementation. Poster presentation at the American Heart Association 43rd Annual Conference on Cardiovascular Disease Epidemiology and Prevention; March 2003. Available at http://aha.agora.com/abstractviewer/search.asp (Publishing ID: P83).

217. Lin JC, Apple FS, Murakami MM, Luepker RV. Rates of Diagnosis of Acute Myocardial Infarction Utilizing Cardiac Troponin-I or Creatine Kinase MB. J Am Coll Cardiol 41: 355A, 2003.

218. Arnett DK, Jacobs D, Luepker RV. Twenty Year Secular Trends in Serum Cholesterol, Hypercholesterolemia, and Cholesterol-Lowering Medication Use: The Minnesota Heart Survey. Circulation 108: IV-777, 2003.

219. Harnack L, Steffen L, Arnett D, Luepker R. Accuracy of Estimation of Large Food Portions. FASEB J 17: A704, 2003.

220. Steffen LM, Lin E, Harnack L, Luepker RV, Arnett DK. Parental Body Mass Index and Television Watching is Associated with Offspring Body Mass Index and Television Watching: The Minnesota Heart Survey (MHS). Obesity Research 11: A126-127, 2003.

221. Shahar E, Lee S, Kim J, Duval S, Barber C, Luepker RV. Improved One-Year Survival of Hospitalized Heart Failure Patients Between 1995 and 2000. JACC 43: 182A, 2004.

222. Duval S, Arnett DK, Armstrong CJ, Jacobs DR Jr., Luepker RV. Trends in Cigarette Smoking: The Minnesota Heart Survey, 1980-82 through 2000-02. Circulation 109: 32, 2004.

223. Harnack LJ, Lee S, Jacobs DR Jr., Steffen LM, Armstrong C, Arnett DK, Luepker RV. Trends in the Macronutrient Distribution and Fatty Acid Composition of the Diet Among Adults in the Minneapolis St. Paul, MN Metropolitan Area. Circulation 109: 33, 2004.

224. Crow RS, Hannan PJ, Lee S; Luepker RV. Trends in AMI in the Minnesota Heart Survey Using a Consistent ECG Algorithm. Circulation 109: 33, 2004.

225. Steffen LM, Jacobs DR, Harnack L, Armstrong C, Luepker RV, Arnett DK. Ten-Year Trends in Waist Circumference: The Minnesota Heart Survey, 1990- 2000. Circulation 109: 65, 2004.

226. Artz MB, Harnack LJ, Armstrong C, Duval SJ, Arnett DK, Luepker RV. Prevalence of Use of Over-the-Counter, Vitamin, and Herbal Medications for Cardiovascular Health by Adults in the Minneapolis-St. Paul, Minnesota Metropolitan Area. Circulation 109: 68, 2004.

227. Lloyd K, Cooper L, Mitchell P, Bittner V, Goldberg R, Zapka J, Labarthe D, Luepker R, Mann NC, Murray DM, Osganian S, Pandey D. Factors Associated with Myocardial Infarction Education in Acute CVD Patients: The Rapid Early Action for Coronary Treatment (REACT) Trial. Circulation 109: E-101, 2004.

228. Steffen LM, Duval S, Shahar E, Armstrong C, Luepker RV. Decreasing 20-Year Trends in Incident and Recurrent Hospitalized Stroke: The Minnesota Stroke Survey. Stroke 35: 308, 2004.

229. Lakshminarayan K, Barber CA, Anderson DC, Shahar E, Steffen LM, Luepker RV. Trends in Heparin Use After Acute Ischemic Stroke: The Minnesota Stroke Survey. Stroke 35: 335, 2004.

230. Berger AK, Duval SJ, Barber CA, Luepker RV. ACE Inhibitors and Angiotensin Receptor Blockers in Patients with Renal Insufficiency and Congestive Heart Failure: An Interesting Paradox. Circulation 110: III-749, 2004.

231. Armstrong CJ, Oakes M, Jacobs DR, Duval SJ, Lin E, Luepker RV, Arnett D. Social Support Measures in Assessing CVD Risk Factors: The Minnesota Heart Survey. Circulation 110: III-764, 2004.

232. Luepker RV, Duval SJ, Kim J, Barber CA, Rolnick SJ, Jackson JM, Paulsen KJ, Jacobs DR Jr. Population Trends in Congestive Heart Failure Incidence and Survival. JACC 45: 144A, 2005.

233. Luepker RV, Jacobs DR Jr., Duval SJ, Armstrong C, Arnett DK. Population Trends in Hypertension Detection, Treatment and Control 1980-2002: The Minnesota Heart Survey. JACC 45: 425A, 2005.

234. Berger AK, Barber CA, Duval SJ, Luepker RV. Population Trends in Treatment and Outcomes in Patients with Congestive Heart Failure: The Minnesota Heart Survey. JACC 45: 349A, 2005.

235. Berger AK, Duval SJ, Armstrong C, Janey PA, Luepker RV. Acute Myocardial Infarction: Improving Trends in Patient Care. JACC 45: 193A, 2005.

236. Luepker RV, King RA, Garrett SK, Peterson GF. Prevalence of Genetic Cardiac Conduction Abnormalities in Unexpected Out-of-Hospital Death. Circulation 111: 232, 2005.

237. Berger AK, Duval SJ, Armstrong C, Luepker RV. Statin Use in Elderly Patients with Acute Myocardial Infarction. Circulation 111: 243, 2005.

238. Nguyen J, Berger AK, Armstrong C, Luepker RV. Diagnosis and Management of Acute Myocardial Infarction: Is There Gender Bias in the 21st Century? Circulation 111: 254, 2005.

58

239.   Svensson A, Dellborg M, Abrahamsson P, Karlsson T, Herlitz J, Duval SJ, Berger AK, Luepker RV. Influence of Diabetes on 7 Years Survival Among Patients With Acute Myocardial Infarction in Minneapolis-St. Paul, Minnesota, USA and Gothenburg, Sweden. Eur Heart J 26: 665, 2005.