UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO: 05-6510,** *Stanley Long v. Merck & Co., Inc.*

**ORDER**

     The Court has pending before it Merck's motion for summary judgment (Rec. Doc. 63812) with respect to the claims of Plaintiff Stanley Long. The motion was first noticed for submission on Wednesday, May 23, 2012. The Court granted a motion for an extension filed on the date of submission and continued submission of the motion to June 20, 2012. (Rec. Doc. 63880).

     The Court has now received a second motion to postpone submission of Merck's motion for summary judgment. (Rec. Doc. 63920). Counsel for Mr. Long indicates that they have been unable to contact their client for several months. They report that the last contact was a voicemail left by Mr. Long on March 16, 2012, but that Mr. Long's only known phone number has since been disconnected. Counsel requests another extension to attempt to contact Mr. Long by mail to his last known address. If that effort to contact him fails, counsel indicates they will file a motion to withdraw.

     Under these circumstances, a brief extension is warranted to allow counsel time to attempt to contact their client. Accordingly, IT IS ORDERED that the motion is GRANTED and Merck's motion for summary judgment will be taken under submission on Wednesday, July 11,

1

2012, without oral argument. However, if counsel are unable to contact Mr. Long, the Court will take appropriate action regarding his case, including possible dismissal.

    New Orleans, Louisiana, this 13th day of June, 2012.

                                                *Eldon E. Fallon*

                                      UNITED STATES DISTRICT JUDGE