UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Montana v. Merck & Co., Inc.,* **Case No. 06-4302**

## ORDER

The Court having received no opposition to the State of Montana's Motion For Leave to Amend Complaint (Rec. Doc. 63819),

IT IS ORDERED that the motion for leave to amend is GRANTED.

New Orleans, Louisiana, this 12th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

1