# EXHIBIT A

## Summary of Vioxx TPP Common Benefit Submissions and Proposed Allocation - 6/13/12

| Firm | TPP Client | Litigation Location | Fees from TPP client(s) | Previously Submitted[@] | Previous Common Benefit Award[&] | Lodestar | Unreimbursed Costs | Total | Proposed Allocation |
|---|---|---|---|---|---|---|---|---|---|
| Audet & Partners | Yes (2) | NJ | $5,669.31[H] | None | $1.45 million | $403,762.50 | $49,264.01 | $453,026.51 | $120,000.00 |
| Barrios Kingsdorf & Cateix LLP | No[T] | MDL | No | $2,431.25 | $1.8 million | $7,618.75 | $14.24 | $7,632.99 | $10,000.00 |
| Bossier & Associates PLLC | Yes (2) | MDL | No | Not Answered | $20,000.00 | $6,625.00 | None | $6,625.00 | $6,000.00 |
| Cafferty Faucher LLP | Yes | MDL | No | $242,450.00 | $30,000.00 | $250,857.00 | $10,900.68 | $261,757.68 | $180,000.00 |
| Charfoos & Christensen PC | Yes (2) | MDL | No | None | None | $96,008.75 | None | $96,008.75 | $75,000.00 |
| Cohen Placitella & Roth PC | Yes (24) | NJ | $246,72195 | Not Answered | $3.5 million | $69,750.00 | $52,382.28 | $122,132.28 | None |
| The Dugan Law Firm[#] | Yes (3) | MDL | No | None | None | $1,502,845.00 | $105,795.74 | $1,608,640.74 | $1,500,000.00 |
| Ewing McMillin & Willis PLLC | Yes (2) | NJ | $5,669.31[H] | None | Did not apply | $185,600.00 | $1,539.14 | $187,139.14 | $60,000.00 |
| Favre Law Office | No[T] | None | No | None | Did not apply | $5,005.00 | $366.00 | $5,371.00 | None |
| Gary L. Franke & Co. | Yes | NJ | $5,669.31[H] | None | Did not apply | $128,297.50 | $9,522.52 | $137,820.02 | $35,000.00 |
| Freese and Goss PLLC[S] | Yes (2) | MDL | $75,000 | $238,987.50 | $25,000 | $317,487.50 | $6,000.00 | $323,487.5 | $180,000.00 |
| Hagens Berman Sobol Shapiro LLP[B] | Yes (3) | MDL, CA | No | None | Did not apply | $2,823,586.50 | $491,316.07 | $3,314,902.57 | $2,800,000.00 |
| Herman Herman Katz & Cotlar | Yes (1) | MDL | No | $425,613.00 | $26 million | $981,100.00 | "Ledger available from Phil Garrett" | $981,100.00 | $950,000.00 |
| Hovede Dassow & Deets | Yes (2) | NJ | $5,669.31[H] | None | $1.45 million | $696,600.00 | $105,573.54 | $802,173.54 | $375,000.00 |

1

## Summary of Vioxx TPP Common Benefit Submissions and Proposed Allocation  - 6/13/12

| Firm | TPP Client | Litigation Location | Fees from TPP client(s) | Previously Submitted[@] | Previous Common Benefit Award[&] | Lodestar | Unreimbursed Costs | Total | Proposed Allocation |
|---|---|---|---|---|---|---|---|---|---|
| Keefe Bartels LLC | Yes (1) | NJ | No | $577,506.25 | Not mentioned | $577,506.25 | $15,327.77 | $592,834.02 | $430,000.00 |
| Kline & Specter P.C.[K] | No[T] | MDL | No | Not Answered | $15 million | None given[K] | ? | Requests $1,836,591.20[K] | None |
| Labaton Sucharow LLP | Yes (7) | MDL | No | None | None | $617,721.50 | $22,996.06 | $640,717.56 | $280,000.00 |
| Lanier Law Firm | Yes | NJ | $5,669.31[H] | None | $27 million | $157,615.00 | None | $157,615.00 | $50,000.00 |
| Levin Fishbein Sedran & Berman | Yes (1) | MDL | No | All | $19 million | $658,850.00 | "Ledger available from Phil Garrett" | $658,850.00 | $650,000.00 |
| Levy Phillips & Konigsberg | Yes (24) | NJ | $45,191.51 | None | Did not apply | $128,981.50 | None | $128.981.50 | None |
| Lieff Cabraser Heimann & Bernstein[L] | Yes (1) | MDL | No | Not Answered | $6 million | $1,485,307.50 | None | $1,485,307.50 | $1,450,000 |
| Murray Law Firm[#] | Yes (7) | MDL | No | None | $850,000 | $222,537.50 | $88,377.02 | $374,243.78 | $274,243.78* |
| Price Waicukauski & Riley LLC | Yes (21) | MDL | No | None | $15,000 | $893,501.25 | $20,004.68 | $913,505.93 | $250,000.00 |
| Sadin Law Firm | Yes (1) | MDL | No | Not Answered | Did not apply | $117,725.00 | $2,035.38 | $119,760.38 | $80,000.00 |
| Scott Yung | Yes (2) | MDL | $281,591.00 | None | Did not apply | $139,042.50 | None | $139,042.50 | None |
| Seeger Weiss[W] | Yes (3) | MDL, NJ | No | $4,202,858.75 | $36.6 million | $4,164,058.75 | $20,005.05 | $4,184,063.80 | $4,700,000.00 |
| Sheller PC | Yes (1) | NJ | *No supplemental form* | | $325,000 | $2,131,247.65 | None | $2,131,247.65 | $120,000.00 |
| Slate Carter Comer PC | Yes (3) | MDL | $671,596.99 | None | Did not apply | $108,975.00 | None | $108,975.00 | None |

## Summary of Vioxx TPP Common Benefit Submissions and Proposed Allocation  - 6/13/12

| Firm | TPP Client | Litigation Location | Fees from TPP client(s) | Previously Submitted@ | Previous Common Benefit Award& | Lodestar | Unreimbursed Costs | Total | Proposed Allocation |
|---|---|---|---|---|---|---|---|---|---|
| Sommers & Schwartz PC and Jason Thompson & Associates | Yes (2) | MDL | No | None | Did not apply | $120,017.50 | $1,226.12 | $121,243.62 | $100,000.00 |
| Sulzer Law Firm | ?T | MDL | *No supplemental form* | | Did not apply | ? | $8.00 | $8.00 | None |
| Wallace Jordan Ratliff & Brandt LLC | Yes (3) | MDL | $671,596.99 | None | Did not apply | $133,137.50 | None | $133,137.50 | None |
| Law Offices of Eric Weinberg | Yes (4) | MDL, NJ | No | None | $3.5 million | $1,138,500.00 | $27,392.61 | $1,165,892.61 | None |
| Young Law Group (f/k/a Kenney Egan McCafferty & Young) | Yes (1) | MDL | No | None | Did not apply | $20,635.00 | $318.69 | $20,953.69 | $18,000.00 |
| Garve Ivey | *Did not apply for common benefit award but committee discussed* | | | | | | | | None |
| | | | | | | | **Total All Applicants:** | **$23,091,807.46** | **$14,693,243.78** |

@   Reflects the portion of the TPP common benefit lodestar that was previously submitted in conjunction with the Court's personal injury common benefit awards.
&   Figures taken from the Court's August 9, 2011 Order and Reasons, Dkt. No. 63195.
*   The committee recommends that $100,000 of this award be held in escrow pending resolution of dispute with the Dugan Law Firm regarding Doug Plymale's time.
#   Submissions by Murray Law Firm and Dugan Law Firm are duplicative; Murray Law Firm requests that no money be paid to either without agreement of both firms. The Dugan Law Firm was vice-chair of the purchaser claims committee and co-chair of the TPP bellwether committee. The committee has reported the full lodestar reported by both firms.
S   Firm provided a supplemental form only
H   Hovde Dassow and Deets, Lanier Law Firm, Audet & Partners, Gary Franke LPA, and Ewing McMillin & Willis PLLC submitted a single application, with separate lodestar and cost information. They collectively reported a $5,669.31 fee.
K   Kline Specter requests $1,836,591.20 based on overall contributions and need to punish the FAC for "overpaying themselves" and the "secret Stratton deal;" reported lodestar ($12,080690.00) is for work performed for the benefit of all Vioxx claimants, not TPP specific.

## Summary of Vioxx TPP Common Benefit Submissions and Proposed Allocation - 6/13/12

| | |
|---|---|
| T | Several firms did not report the name of a TPP they represented in a Vioxx-related case. |
| L | Lieff Cabraser was chair of the purchase claims committee and co-chair of the TPP bellwether committee.  However, the lodestar of Lieff Cabraser *does not include* time for consumer-only or AG-only matters (e.g., the MDL purchase claims for consumers or attorneys general). |
| B | Hagens Berman was a member of the purchase claim committee and co-chair of the TPP bellwether committee.  The lodestar for Hagens Berman *does not include* time for the consumer-only work it did in New Jersey.  The lodestar for Hagens Berman *includes* time for the consolidated endpayer purchaser claim cases in California Vioxx JCCP because that proposed class action included all third party payers who paid for Vioxx in California, and the claims of most large TPP payers for California Vioxx payments were discharged by the TPP MDL settlement (during pendency of an ultimately unsuccessful appeal). |
| W | The lodestar of Seeger Weiss *includes* the time for the TPP class certification proceedings in New Jersey.  (Although the certification was reversed prior to this settlement, those efforts inured to the benefit of TPPs and are believed to have been helpful in achieving the final settlement.) |