# EXHIBIT B

**Exhibit A: TPP Vioxx Litigation Timelines**

