UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx

PRODUCTS LIABILITY
LITIGATION

```
                              *
                              *
                              *  MDL Docket No. 1657
                              *  SECTION L
                              *
                              *  JUDGE FALLON
                              *
                              *
                              *  MAGISTRATE JUDGE KNOWLES
                              *
                              *
```
**************************************************************************

## MOTION FOR EXTENSION for FILING of production of expert report Pursuant to Pre Trial Order 58

**COMES NOW**, Susana Valencia Bernal, Pro Se, Plaintiff, in the above caption MDL case and respectfully requests a time extension of 20 calendar days to submit and file her experts report and discovery on general causation.

The Court Ordered on 15 MAY 2012 that Plaintiffs produce generic expert report(s) on general causation by June 15, 2012, for the purpose of preliminarily establishing general causation as to the event and sufficiency of Vioxx usage in Heart Attack/Stroke/TIA cases in general, not with regard to individual cases.

1

In ref: Susana Valencia-Bernal vs. Merck
2:07 - cv - 01049 - EEF - DEK
MDL Docket No. 1657

Plaintiff received notification of PTO58 via Counsel Old Father on 18MAY2012. After careful review of the PTO58, Plaintiff realized that the expert report to be submitted originates from her physician in Mexico who was contacted the last week of May 2012 with the request of the expert report for causation.

The physician has requested Plaintiff to come to Mexico in person to finalize the report. Plaintiff's US Passport has since expired. An Appointment has been made at the US Passport Agency in Miami on 20JUNE2012 for a passport issuance and flight arrangements have been made for 22JUNE2012 to fly to Mexico and return back to the United States on or about 30JUNE2012. An extension of the 15JUNE2012 deadline would allow the Plaintiff ample time to secure the expert report requested.

The Plaintiff is a US Citizen but was prescribed VIOXX By a Mexican National Physician back in 2002. This medical practitioner is an accredited physician by the Government of Mexico. Plaintiff seeks to secure the expert report from the Mexican Physician who treated and prescribed the medication to the Plaintiff.

**WHEREAS**, The Plaintiff, Susana Valencia Bernal, prays this Honorable Court will grant the motion for extension of 20 calendar days for the reasons set forthwith.

**VERY RESPECFULLY SUBMITTED,**

*[signature]*

Susana Valencia Bernal, PRO SE
5713 Boynton Bay Circle
Boynton Beach, FL 33437-2669
Tel. 561 306 2222
Fax. 206-339-6955

## CERTIFICATE OF SERVICE

I, Susana Valencia Bernal, PRO SE, the Plaintiff in the above caption case certify that a true and correct copy of this **MOTION FOR EXTENSION for FILING of production of expert report Pursuant to Pre Trial Order 58** was placed in the US Postal Service depository on this 11th Day of June 2012 and such documents were mailed to the Defendants legal representative as such:

**Douglas R. Marvin**
**Williams & Connolly LLP**
**725 Twelfth Street, N.W., Washington, DC 20005**
**(P) 202- 434-5400 |(F) 202-434-5029**
**DMarvin@wc.com**
**www.wc.com/dmarvin**

VERY RESPECFULLY SUBMITTED,

*/s/ Susana Bernal*

Susana Valencia Bernal, PRO SE
5713 Boynton Bay Circle
Boynton Beach, FL 33437-2669
Tel. 561 306 2222
Fax. 206-339-6955