UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION | * * * | |
| This document relates to: | * * | MDL No. 1657 |
| MARY PLUBELL and TED IVEY, | * * | SECTION L |
| Plaintiffs-Appellants, | * * | JUDGE ELDON E. FALLON |
| v. | * * | MAGISTRATE JUDGE KNOWLES |
| MERCK & CO., INC., | * * | |
| Defendant-Appellee | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**SUPPLEMENTAL DESIGNATION OF RECORD
ON APPEAL OF THE APRIL 23, 2012 ORDER [DOC. 63,782]**

Merck Sharp & Dohme Corp., f/k/a Merck & Co., Inc. ("Merck") hereby submits the following Supplemental Designation of Record on Appeal from this Court's Order & Reasons, ECF No. 63,782 (filed Apr. 23, 2012).[1]  Merck submits this designation from the following dockets:

---

[1]  Plaintiffs have "object[ed]" to this supplemental designation on the ground that "the additional materials that Merck wishes to include are irrelevant to this Appeal and were never incorporated as exhibits to any of the briefing presented to the District Court." (Desig. Of Record On Appeal, ECF No. 63,904 (filed June 7, 2012) ("Joint Designation") at 1 n.1.)  Plaintiffs' "object[ions]" lack merit.  Per Rule 10(a)(1) of the Federal Rules of Appellate Procedure, the "record on appeal" includes "the original papers and exhibits filed in the district court."  This language is "expansive" and embraces "any item or object that was properly presented to or in the district court," including "anything . . . that counsel deems helpful to explaining an issue on appeal."  Mayer Brown LLP, *Federal Appellate Practice* § 6.2(a), at 196, 198 (2008).  "When there is doubt, it is best to err on the inclusive side."  *Id.* at 196.  Here, two of the items Merck seeks to designate were cited in its motion for an injunction below, making any dispute as to their relevance frivolous.  (*See* Mot. To Enjoin Mo. Pls. Mary Plubell & Ted Ivey From Pursuing Relief For Vioxx Expenditures Already Subject To Settlements, ECF No.

*(cont'd)*

Case Nos:

2:05-cv-04147 (E.D. La.);
2:05-cv-05151 (E.D. La.);
2:05-cv-05137 (E.D. La.);
2:05-cv-05138 (E.D. La.);
2:05-cv-05143 (E.D. La.);
2:05-cv-05144 (E.D. La.);
2:05-cv-05145 (E.D. La.);
2:05-cv-05346 (E.D. La.);
2:05-cv-05354 (E.D. La.);
2:05-md-1657 (E.D. La.).

Merck requests that the following items be included in the record for this appeal:

---

*(cont'd from previous page)*
63,744-1, at 3 (citing Order Granting Stipulation Of Dismissal, ECF No. 2, *Fellhauer v. Merck & Co., Inc.*, No. 2:05-cv-4147 (filed Feb. 2, 2010)); *id.* at 4 n.4 (citing Minute Entry, ECF No. 63,718, MDL 1657 (filed Mar. 1, 2012)).)  A third document that Merck seeks to designate is related to one of these first two designations (specifically, Merck wishes to designate the complaint in *Fellhauer*).  As to the remaining designations, Merck has reason to believe they may be "helpful to explaining an issue on appeal" or could relate to an issue that "is, or even might be, contested on appeal." Mayer Brown, *supra*, at 197-98.  Of course, Merck is the appellee in this appeal and cannot know with certainty what will be relevant until plaintiffs file their brief.  In light of the fact that plaintiffs sought (and have now received) expedited review, Merck thought it particularly prudent to request supplemental designation now in the hopes of avoiding the possibility of a rushed supplementation after plaintiffs file their brief.

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-cv-04147-EEF-DEK

Fellhauer v. Merck & Co Inc  
Assigned to: Judge Eldon E. Fallon  
Referred to: Magistrate Judge Daniel E. Knowles, III  
Lead case: 2:05-md-01657-EEF-DEK  
Member case: (View Member Case)  
Cause: 28:1332 Diversity-Product Liability  

Date Filed: 08/26/2005  
Date Terminated: 02/02/2010  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2005 | 1 | COMPLAINT against Merck & Co Inc (Filing fee $ 250.) filed by Pamela Fellhauer. (Attachments: # 1 Pretrial Order #14)(dmg, ) (Entered: 10/03/2005) |
| 02/02/2010 | 2 | ORDER granting STIPULATION OF DISMISSAL with prejudice by All Parties. Signed by Judge Eldon E. Fallon on 2/2/2010.(cms, ) (Entered: 02/05/2010) |

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-cv-05151-EEF-DEK

Hammer v. Merck & Co Inc  
Assigned to: Judge Eldon E. Fallon  
Referred to: Magistrate Judge Daniel E. Knowles, III  
Demand: $75,000  
Lead case: 2:05-md-01657-EEF-DEK  
Member case: (View Member Case)  
Case in other court:  Western District of Missouri (Springfield), 6:05-cv-03399-JTM  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/29/2005  
Date Terminated: 02/02/2010  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2005 | 1 | Case transferred in from Western District of Missouri (Springfield); Case Number 6:05-cv-03399-JTM. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Pretrial Order #14)(gec, ) Additional attachment(s) added on 1/9/2006 (gec, ). (Entered: 01/09/2006) |
| 02/02/2010 | 2 | ORDER granting STIPULATION OF DISMISSAL with prejudice by all parties. Signed by Judge Eldon E. Fallon on 2/1/2010.(cms, ) (Entered: 02/04/2010) |

U. S. District Court
Eastern District of Louisiana (New Orleans)
CIVIL DOCKET FOR CASE #: 2:05-cv-05137-EEF-DEK

Hunter v. Merck & Co Inc
Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Daniel E. Knowles, III
Lead case: 2:05-md-01657-EEF-DEK
Member case: (View Member Case)
Case in other court: Eastern District of Missouri (Hannibal), 05-00056-MLM
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/12/2005
Date Terminated: 08/17/2010
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/12/2005 | 1 | Case transferred in from Eastern District of Missouri (Hannibal); Case Number 05-56-MLM. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 pretrial order #14)(ala,) Additional attachment(s) added on 12/27/2005 (ala, ). (Entered: 12/27/2005) |
| 08/17/2010 | 2 | ORDER granting STIPULATION OF DISMISSAL with prejudice by All Parties. Signed by Judge Eldon E. Fallon on 8/17/2010.(cms, ) (Entered: 08/18/2010) |

U. S. District Court
Eastern District of Louisiana (New Orleans)
CIVIL DOCKET FOR CASE #: 2:05-cv-05138-EEF-DEK

Wille v. Merck & Co Inc
Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Daniel E. Knowles, III
Lead case: 2:05-md-01657-EEF-DEK
Member case: (View Member Case)
Case in other court: Eastern District of Missouri (St. Louis), 05-01355-ERW
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/12/2005
Date Terminated: 08/09/2010
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2005 | 1 | Case transferred in from Eastern District of Missouri (St. Louis); Case Number 05-1355-ERW. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 pretrial order #14)(ala,) (Entered: 12/27/2005) |
| 08/09/2010 | 2 | ORDER granting STIPULATION OF DISMISSAL with prejudice by All Parties. Signed by Judge Eldon E. Fallon on 8/9/2010.(cms, ) (Entered: 08/09/2010) |

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-cv-05143-EEF-DEK

Newman v. Merck & Co Inc  
Assigned to: Judge Eldon E. Fallon  
Referred to: Magistrate Judge Daniel E. Knowles, III  
Lead case: 2:05-md-01657-EEF-DEK  
Member case: (View Member Case)  
Case in other court:  Western District of Missouri (Kansas City), 4:05-cv-00764-DW  
Cause: 28:1332 Diversity-Product Liability  

Date Filed: 12/23/2005  
Date Terminated: 02/23/2011  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

| Date Filed | # | Docket Text |
|---|---|---|
| 12/23/2005 | 1 | Case transferred in from Western District of Missouri (Kansas City); Case Number 4:05-cv-00764-DW. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Pretrial Order #14)(gec, ) Additional attachment(s) added on 12/30/2005 (gec, ). (Entered: 12/30/2005) |
| 02/23/2011 | 2 | ORDER granting STIPULATION OF DISMISSAL with prejudice by All Parties. Signed by Judge Eldon E. Fallon on 2/23/2011.(cms, ) (Entered: 02/25/2011) |

U. S. District Court
Eastern District of Louisiana (New Orleans)
CIVIL DOCKET FOR CASE #: 2:05-cv-05144-EEF-DEK

Lipari v. Merck & Co Inc
Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Daniel E. Knowles, III
Lead case: 2:05-md-01657-EEF-DEK
Member case: (View Member Case)
Case in other court: Western District of Missouri (Kansas City), 4:05-cv-00765-HFS
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 12/22/2005
Date Terminated: 07/26/2010
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/22/2005 | 1 | Case transferred in from Western District of Missouri (Kansas City); Case Number 4:05-cv-00765-HFS. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Pretrial Order #14)(gec, ) Additional attachment(s) added on 1/5/2006 (gec, ). (Entered: 01/05/2006) |
| 07/26/2010 | 2 | ORDER granting STIPULATION OF DISMISSAL with prejudice filed by All Parties. Signed by Judge Eldon E. Fallon on 7/19/2010.(blg) (Entered: 07/28/2010) |

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-cv-05145-EEF-DEK

McGinnis v. Merck & Co Inc  
Assigned to: Judge Eldon E. Fallon  
Referred to: Magistrate Judge Daniel E. Knowles, III  
Lead case: 2:05-md-01657-EEF-DEK  
Member case: (View Member Case)  
Case in other court:  Western District of Missouri (Kansas City), 05-00766-GAF  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/22/2005  
Date Terminated: 02/02/2010  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/22/2005 | 1 | Case transferred in from Western District of Missouri (Kansas City); Case Number 05-766-GAF. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 pretrial order #14)(ala,) Additional attachment(s) added on 1/4/2006 (ala, ). (Entered: 01/04/2006) |
| 02/02/2010 | 2 | ORDER granting STIPULATION OF DISMISSAL with prejudice by all parties. Signed by Judge Eldon E. Fallon on 2/1/2010.(cms, ) (Entered: 02/04/2010) |

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-cv-05346-EEF-DEK

Thompson v. Merck & Co Inc  
Assigned to: Judge Eldon E. Fallon  
Referred to: Magistrate Judge Daniel E. Knowles, III  
Lead case: 2:05-md-01657-EEF-DEK  
Member case: (View Member Case)  
Case in other court:  Eastern District of Missouri (St. Louis), 05-01354-HEA  
Cause: 28:1332 Diversity-Product Liability  

Date Filed: 12/15/2005  
Date Terminated: 01/27/2010  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2005 | 1 | Case transferred in from Eastern District of Missouri (St. Louis); Case Number 05-1354-HEA. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received (Attachments: # 1 Pretrial Order #14)(der, ) Additional attachment(s) added on 12/29/2005 (der, ). (Entered: 12/29/2005) |
| 01/27/2010 | 2 | ORDER granting STIPULATION OF DISMISSAL with prejudice by all parties. Signed by Judge Eldon E. Fallon on 1/26/2010.(cms, ) (Entered: 01/28/2010) |

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-cv-05354-EEF-DEK

White v. Merck & Co Inc  
Assigned to: Judge Eldon E. Fallon  
Referred to: Magistrate Judge Daniel E. Knowles, III  
Lead case: 2:05-md-01657-EEF-DEK  
Member case: (View Member Case)  
Case in other court:  Western District of Missouri (Kansas City), 05-00763-SOW  
Cause: 28:1332 Diversity-Product Liability  

Date Filed: 01/03/2006  
Date Terminated: 10/18/2010  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/03/2006 | 1 | Case transferred in from Western District of Missouri (Kansas City); Case Number 05-763-SOW. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Pretrial Order #14)(blg, ) Additional attachment(s) added on 1/10/2006 (blg, ). (Entered: 01/10/2006) |
| 10/18/2010 | 2 | ORDER granting STIPULATION OF DISMISSAL with prejudice by All Parties. Signed by Judge Eldon E. Fallon on 10/18/2010.(cms, ) (Entered: 10/19/2010) |

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-md-01657-EEF-DEK

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | Date Filed: 02/17/2005 |
| Assigned to: Judge Eldon E. Fallon | Jury Demand: Both |
| Referred to: Magistrate Judge Daniel E. Knowles, III | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Demand: $0 | Jurisdiction: Diversity |
| Case in other court:  Fifth Circuit, 07-30054 | |
|     5th Circuit Court of Appeals, 07-30054 | |
|     5th Circuit, 07-30895 | |
|     5th Circuit Court of Appeals, 07-30897 | |
|     5th Circuit, 07-31109 | |
|     5th Circuit Court of Appeals, 07-31160 | |
|     5th Circuit Court of Appeals, 07-31161 | |
|     5th Circuit Court of Appeals, 08-30033 | |
|     5th Circuit Court of Appeals, 08-30802 | |
|     5th Circuit court of Appeals, 08-31043 | |
|     5th Circuit Court of Appeals, 09-30260 | |
|     5th Circuit Court of Appeals, 09-30445 | |
|     5th Circuit Court of Appeals, 09-30563 | |
|     5th Circuit Court of Appeals, 09-30927 | |
|     5th Circuit Court of Appeals, 09-30927 | |
|     5th Circuit Court of Appeals, 09-30927 | |
|     5th Circuit Court of Appeals, 09-30927 | |
|     5th Circuit Court of Appeals, 09-31007 | |
|     5th Circuit Court of Appeals, 09-31204 | |
|     5th Circuit Court of Appeals, 09-31202 | |

|  |  |
|---|---|
| 30209 | 5th Circuit Court of Appeals, 10- |
| 30215 | 5th Circuit Court of Appeals, 10- |
| 30217 | 5th Circuit Court of Appeals, 10- |
| 30248 | 5th Circuit Court of Appeals, 10- |
| 30379 | 5th Circuit Court of Appeals, 10- |
| 30452 | 5th Circuit Court of Appeals, 10- |
| 30452 | 5th Circuit Court of Appeals, 10- |
| 30762 | 5th Circuit Court of Appeals, 10- |
| 31097 | 5th Circuit Court of Appeals, 10- |
| 30116 | 5th Circuit Court of Appeals, 11- |
| 30323 | 5th Circuit Court of Appeals, 11- |
| 30347 | 5th Circuit Court of Appeals, 11- |
| 30311 | 5th Circuit Court of Appeals, 12- |
|  | 5th Court of Appeals, 12-30560 |
| 30586 | 5th Circuit Court of Appeals, 12- |

Cause: 28:1332 Diversity-Product Liability

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2012 | 63718 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Monthly Status Conference held on 3/1/2012. Next Status Conference set for 4/27/2012 08:30 AM before Judge Eldon E. Fallon. This is half an hour earlier than the regular Conference start time. (Court Reporter Susan Zielie.) (Reference: ALL CASES)(cms, ) (Entered: 03/06/2012) |

WHEREFORE, Merck respectfully requests that these documents be included in the record in this appeal.

        Respectfully Submitted,

        *s/Dorothy H. Wimberly*
        Phillip A. Wittmann, 13625
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, LA 70130

        John H. Beisner
        Jessica Davidson Miller
        Geoffrey M. Wyatt
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        1440 New York Avenue, N.W.
        Washington, DC 20005

        Douglas R. Marvin
        WILLIAMS & CONNOLLY LLP
        725 Twelfth St., N.W.
        Washington, DC 20005

        ATTORNEYS FOR MERCK SHARP & DOHME CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of June, 2012.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel