UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx

**PRODUCTS LIABILITY
LITIGATION**

```
                              *
                              *
                              * MDL Docket No. 1657
                              * SECTION L
                              *
                              * JUDGE FALLON
                              *
                              *
                              * MAGISTRATE JUDGE KNOWLES
                              *
                              *
```
************************************************************************

## ORDER

_____ MOTION for Extension of 20 Calendar days to file expert report GRANTED

( X ) or DENIED (_____)

If GRANTED, Plaintiff must submit its findings to the Court NLT 5JULY2012

NEW ORLEANS, LOUISIANA, this 13th day of June, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

5     In ref:  Susana Valencia-Bernal vs. Merck
              2:07 - cv - 01049 - EEF - DEK
              MDL Docket No. 1657