UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx

**PRODUCTS LIABILITY
LITIGATION**

```
                                    *
                                    *
                                    *  MDL Docket No. 1657
                                    *  SECTION L
                                    *
                                    *  JUDGE FALLON
                                    *
                                    *
                                    *  MAGISTRATE JUDGE KNOWLES
                                    *
                                    *
```
**************************************************************************

## CHANGE OF ADDRESS NOTIFICATION

**Comes NOW**, Susana Valencia Bernal, PRO SE, the Plaintiff in the above captioned case, and moves the Court to note the correct mailing address contact information effective **10JUNE2012.**

**VERY RESPECFULLY SUBMITTED,**

_/s/ Susana Bernal_

Susana Valencia Bernal
5713 Boynton Bay Circle
Boynton Beach, FL 33437-2669
Tel. 561 306 2222
Fax. 206-339-6955