# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

## ORDER

Having considered Plaintiff State of Utah's Motion to Amend Complaint, and good cause appearing therefore:

IT IS THEREFORE ORDERED that Plaintiff State of Utah's Motion to Amend Complaint is GRANTED.

DATED this __12th__ day of June, 2012.

_____
JUDGE ELDON E. FALLON

1