UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *James K. Schnepf and Mary-Ann Schnepf* | * | KNOWLES |
| *v. Merck & Co., Inc.,* | * | |
| 2:06-cv-0321-EEF-DEK | * | |

*************************************************************************

**ORDER GRANTING MERCK & CO., INC.'S**
**REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Considering the foregoing Request to File Certain Documents Under Seal,

IT IS HEREBY ORDERED that Exhibits 1, 3, 4, 5, 6 and 7 to Defendant Merck Sharp & Dohme Corp.'s Statement of Material Facts as to Which There is No Dispute are to be filed under seal.

DATED: this _____ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE