**EXHIBIT 6 TO LR 56.1 STATEMENT**

**FILED UNDER SEAL**