UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL Case No. 1657 |
| **PRODUCT LIABILITY LITIGATION** | **SECTION: L** |
| This document relates to | **JUDGE FALLON** |
| James K. Schnepf and Mary-Ann Schnepf v. Merck & Co., Inc. 2:06-cv-0321-EEF-DEK | **MAGISTRATE JUDGE KNOWLES** |

DOCUMENT CD SEALED.

DESCRIPTION: SEALED EXHIBITS 1, 3, 4, 5, 6, & 7

FILED BY:   Merck

FILE DATE:   7/25/2012