UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| JIM HOOD, ATTORNEY GENERAL *ex rel.*, STATE OF MISSISSIPPI | * | JUDGE ELDON E. FALLON |
| v. | * | MAGISTRATE JUDGE KNOWLES |
| MERCK & CO., INC. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO AMEND COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT THEREOF

COMES NOW Plaintiff, Jim Hood, Attorney General, *ex rel.* State of Mississippi by and through undersigned counsel, and files this Motion to Amend Complaint, with incorporated Memorandum of Law[1] and would show unto the Court the following:

1. Plaintiff filed the original Complaint on October 4, 2005, in the Chancery Court of Hinds County, Mississippi. Thereafter, Defendant Merck improperly removed the case to the United States District Court for the Southern District of Mississippi. Plaintiff filed an immediate motion to remand, however, prior to the time the district court was able to rule on the motion, the case was transferred to this Court, and became consolidated with the Vioxx MDL.

---

[1] Plaintiffs respectfully request that this Court waive L.R. 7.4 of the Local Civil Rules of the United States District Court of the Eastern District of Louisiana, requiring a separate memorandum in support of the motion being filed, as the matter is not complex and applicable authorities may be found herein. If the Court requires a separate supporting memorandum, counsel will file one expeditiously.

1

2. Pursuant to Pre Trial Order 39B, at this time, Plaintiff seeks to amend the original Complaint filed in this matter. Rule 15(a) of the Federal Rules of Civil Procedure states that a party may amend that party's pleading by leave of court, "and leave shall be freely given when justice so requires." Fed.R.Civ.P. 15(a).

3. A district court's consideration of motions seeking to amend pleadings pursuant to Rule 15(a) was discussed by the Fifth Circuit in *Mayeaux v. La. Health Serv. & Indem. Co.*, 376 F.3d 420 (5th Cir.2004):

> Because of the liberal pleading presumption underlying Rule 15(a), we have acknowledged that the term "discretion" in this context "may be misleading, because Fed.R.Civ.P. 15(a) evinces a bias in favor of granting leave to amend." As a result, absent a "substantial reason" such as undue delay, bad faith, dilatory motive, repeated failures to cure deficiencies, or undue prejudice to the opposing party, "the discretion of the district court is not broad enough to permit denial." Stated differently, district courts must entertain a presumption in favor of granting parties leave to amend.

*Mayeaux*, at 426 (citations omitted).

4. Plaintiff's proposed First Amended Complaint, a copy of which is attached hereto as Exhibit "A," is not proposed in bad faith or with a dilatory motive, is not the result of failure to cure deficiencies by amendments previously allowed, will not prejudice the Defendant nor will it unduly delay the progress of this case. Indeed, the amendment allows Plaintiff to more specifically plead causes of action which are recognized under Mississippi state law. Therefore, pursuant to the liberal standard of F.R.C.P. 15, and in light of the fact that Defendant will suffer no prejudice from this amendment, the Plaintiff's motion should be granted.

5.      In accordance with L.R. 7.6, undersigned counsel hereby certifies that Merck was provided a copy of the proposed First Amended Complaint, and that its counsel has advised that it does not intend to oppose the filing of said pleading.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that an Order be entered granting him leave of Court to file the First Amended Complaint attached hereto as Exhibit "A."

This the 15th day of June, 2012.

                                Respectfully submitted,

BY:   /s/ Sheila M. Bossier
       SHEILA M. BOSSIER, (LA Bar No. 19491)
       **Attorney for JIM HOOD, ATTORNEY GENERAL, *ex rel* THE STATE OF MISSISSIPPI**

**OF COUNSEL:**
**BOSSIER & ASSOCIATES, PLLC**
P. O. Box 55567
Jackson, MS   39296
Telephone: (601) 352-5450
Facsimile:    (601) 352-5452

Geoffrey Morgan, Esq.
George W. Neville
**OFFICE OF THE ATTORNEY GENERAL**
P. O. Box 220
Jackson, MS   39205
Telephone: (601) 359-3821

Richard A. Freese, Esq.
**FREESE & GOSS, PLLC**
2031 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 871-4144
Facsimile: (205) 871-4104

Shane Langston, Esq.
Rebecca Langston, Esq.
Jessica Murray, Esq.

**LANGSTON & LANGSTON, PLLC**
Post Office Box 23307
Jackson, MS 39225
Telephone: (601) 969-1356
Facsimile: (601) 968-3866

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File and Service Advance this 15th day of June, 2012.

/s/ Sheila M. Bossier
SHEILA M. BOSSIER