UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| JIM HOOD, ATTORNEY GENERAL *ex rel.*, STATE OF MISSISSIPPI | * | JUDGE ELDON E. FALLON |
| v. | * | MAGISTRATE JUDGE KNOWLES |
| MERCK & CO., INC. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Amend Complaint, and the Court having considered the Motion, being advised that Defendant will not oppose the filing of Plaintiff's First Amended Complaint, and otherwise being advised in the premises, finds that the Motion is well taken and should be GRANTED.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Amend Complaint be granted, and that the Plaintiff's First Amended Complaint shall be deemed filed as of this date. Defendant shall have ten (10) days from the date of this Order to answer or otherwise respond.

Dated this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE