IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 12-30560
05-md-1657 L

In Re: VIOXX PRODUCTS LIABILITY LITIGATION

FILED JUN 1 2 2012
LORETTA G. WHYTE
CLERK

-------

MARY PLUBELL, Missouri Plaintiff; TED IVEY, Missouri Plaintiff,

    Plaintiffs - Appellants

v.

MERCK AND COMPANY, INCORPORATED,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

ORDER:

IT IS ORDERED that appellants' motion to expedite the appeal is GRANTED. An expedited briefing schedule is to be issued by the Clerk's office setting forth the appropriate deadlines.

                                        /s/ JAMES E. GRAVES

                                        JAMES E. GRAVES
                                        UNITED STATES CIRCUIT JUDGE

A true copy
Attest

Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
      Deputy
New Orleans, Louisiana    JUN 0 8, 2012

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK



June 08, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 12-30560    In Re: Vioxx Prod Liability, et al
    USDC No. 2:05-MD-1657

Enclosed is an order entered in this case granting appellants' motion to expedite the appeal.

An expedited briefing schedule will be issued by the Clerk's office setting forth the appropriate deadlines when the notice of certified record is filed.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Cindy M. Broadhead, Deputy Clerk
                            504-310-7707

Mr. Don Manley Downing
Mr. Russ M Herman
Mr. Todd E. Hilton
Mr. Patrick Joseph Stueve
Ms. Loretta Whyte
Mr. Bradley T. Wilders
Ms. Dorothy Hudson Wimberly
Mr. Phillip A. Wittmann