# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## OFFICE OF THE CLERK

**Loretta G. Whyte**
**Clerk**

**500 Camp St., Room C-151**
**New Orleans, LA 70130**

June 15, 2012

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit          APPEAL NO. 12-30560 _____
200 South Maestri Street
New Orleans, LA  70130

      IN RE: In Re: Vioxx Products Liability Litigation MD 05-1657 'L'

Dear Sir:

In connection with this appeal, the following documents are transmitted.  Please
acknowledge receipt on the enclosed copy of this letter.

   X  1) Record on appeal consisting of:

     1  Volume(s) of record **consisting of designated documents per designation of record document no. 63904**

     ___ Volume(s) of transcript

     ____ Volume(s) of depositions

     ___ Container(s) of exhibits___ Box ____ Envelope __ Folder

____  2) Supplemental record, Docs. _____

____  3) SEALED Doc. _____

____  4) Other:_____

                    Very truly yours,

                    By___MMV_____
                    Deputy Clerk