UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
|        PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

THIS DOCUMENT RELATES TO:    *Attorney Fee Lien Dispute of Gary L. Eubanks
and Bob Stephens*

**ORDER**

Pursuant to Pretrial Order 47A and the Court's Order of March 19, 2010 (Rec. Doc. 37739), the Court referred a number of attorney fee lien disputes to Special Master Patrick A. Juneau.  The Special Master conducted proceedings in those matters and issued Reports and Recommendations.  (Rec. Doc. 55586).  The Court has pending before it an unopposed motion to accept the Special Master's Report and Recommendations on the fee dispute between Bob Stephens, administrator for the estate of a Vioxx decedent, and Gary Eubanks and Associates, P.A., ("Eubanks"), now known as Gary Holt & Associates, P.A., his primary Vioxx attorney. The Court reviews the Special Master's Report and Recommendations *de novo* for factual findings and legal conclusions, and for abuse of discretion for procedural matters.  Fed. R. Civ. P. 53(f).

The Special Master found that counsel performed its professional obligations under th contractual agreement and was not discharged for cause by Mr. Stephens.  Accordingly, the

Special Master concluded that under the applicable Arkansas fee jurisprudence, counsel were entitled to their contractual contingent fee, as capped by this Court, of 32%. Because the Court received no objections to the Special Master's Report and Recommendations, and because the Court finds that the Report and Recommendations is factually and legally correct, IT IS ORDERED that Eubanks's motion to adopt the Report and Recommendations (Rec. Doc. 63012) is GRANTED. The Court hereby accepts and adopts the Report and Recommendations in its entirety. IT IS FURTHER ORDERED that The Gary Holt & Associates, P.A. is entitled to 32% of the amount awarded to claimant Bob Stephens, less the common benefit fee deduction awarded by this Court, as well as its expenses in the amount of $834.93. Disbursement of the disputed funds shall be completed forthwith pursuant to this Order.

    New Orleans, Louisiana, this 18th day of June, 2012.

                                                _____
                                                    United States District Judge