UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

THIS DOCUMENT RELATES TO:   *Attorney Fee Lien Dispute of Teresa Toriseva, Esq.*

**ORDER**

Pursuant to Pretrial Order 47A and the Court's Order of March 19, 2010 (Rec. Doc. 37739), the Court referred a number of attorney fee lien disputes to Special Master Patrick A. Juneau. The Special Master conducted proceedings in those matters and issued Reports and Recommendations. The Court has pending before it an unopposed motion to accept the Special Master's Report and Recommendations (Rec. Doc. 55585) on the fee dispute between Teresa Toriseva, Esq., and the firm previously known as Hill Toriseva & Williams PLLC. The Court reviews the Special Master's Report and Recommendations *de novo* for factual findings and legal conclusions, and for abuse of discretion for procedural matters. Fed. R. Civ. P. 53(f).

The Special Master recommended that Attorney Toriseva's lien be denied because at all relevant times her applicable employment agreement with her firm did not entitle her to share in any Vioxx attorneys' fees. Because the Court received no objections to the Special Master's Report and Recommendations, and because the Court finds that the Report and

Recommendations is factually and legally correct, IT IS ORDERED that the motion to adopt the Report and Recommendations (Rec. Doc. 62951) is GRANTED.  The Court hereby accepts and adopts the Report and Recommendations in its entirety, except that the Court will not adopt the Report and Recommendations insofar as it imposes a sanction on Mr. Avrum Levicoff, because the Court has in connection with other lien disputes declined to impose sanctions for noncompliance with the Special Master's scheduling order.  (Rec. Doc. 63793).  IT IS FURTHER ORDERED that all feel money being withheld on account of Attorney Toriseva's lien claim is to be disbursed forthwith in the same manner as it would have been if the Toriseva lien claim had not been filed.

     New Orleans, Louisiana, this 18th day of June, 2012.

_____
United States District Judge