**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | : | **MDL NO. 1657** |
| **IN RE: VIOXX** | : |  |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION:  L** |
|  | : |  |
|  | : | **JUDGE FALLON** |
|  | : |  |
|  | : | **MAG. JUDGE KNOWLES** |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO:**        *Janet Avant, et al. v. Merck & Co., Inc.*, **Case No.
08-882, ONLY AS TO LOUISE YOUNG**


**<u>ORDER</u>**

On August 11, 2011 and September 19, 2011, the Court issued Orders (Rec. Docs.
63216, 63407) granting in part Merck's Motion Rule and Incorporated Memorandum to Show
Cause Why Remaining Settlement Program Releases and Stipulations Should Not Be Tendered
to Merck (Rec. Doc. 63015), also known as the "Stragglers" motion.  Pursuant to those Orders,
the Court received into its registry from the Claims Administrator settlement funds that could not
yet be disbursed to claimants pursuant to unresolved probate or other obstacles.  This permitted
Merck to receive the stipulations and dismissals that terminate the claimants' cases, while
allowing the claimants additional time to resolve those obstacles before petitioning the Court for
disbursement.  The Court has received and granted several petitions for disbursement of funds
held in the registry of the Court.

In addition, Merck's motion was continued several times as it pertained to one remaining
claimant, the estate of Louise Young.  The Court was informed by counsel at the Monthly Status

Conference on June 14, 2012 that Ms. Young's probate matters have been resolved and that the

pertinent settlement amounts can now be disbursed by the Claims Administrator.  Accordingly,

the unresolved portion of Merck's Motion (Rec. Doc. 63015) is DENIED AS MOOT.

New Orleans, Louisiana, this 18th day of June, 2012.

_____
United States District Judge