UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: THIRD PARTY PAYOR COMMON BENEFIT FEES

**ORDER**

On August 17, 2011, the Court issued Pretrial Order 57, concerning the procedures and deadlines for allocating common benefit fees attributable to the settlement between Merck and certain private third party payor ("TPP") claimants. Pursuant to PTO 57, the Court-appointed TPP Fee Allocation Committee ("FAC") submitted an initial recommendation on November 17, 2011 (Rec. Doc. 63569), a supplement on November 28, 2011 (Rec. Doc. 63582), and a recommendation on June 13, 2012 (Rec. Doc. 63928).

As the Court has done in allocating other common benefit fees in this litigation, and as discussed at the Monthly Status Conference on June 14, 2012, the Court will first meet with the TPP FAC to discuss the recommendation. Then, the Court will set appropriate procedures for comment and fact-finding.

Accordingly, a status conference in chambers with the TPP FAC will be held on Tuesday, July 10, 2012 at 9:00 a.m.

New Orleans, Louisiana, this 18th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE