UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**     *Robert Ruzicka, et. al. v. Merck & Co., Inc.*, Case No. 2:06-cv-1971 EEK-DEK

### ORDER

Having received Plaintiff Counsel's motion to have settlement funds placed into the court's registry for Plaintiff Dorothy Joiner, the Court finds the motion to be well-taken, and that same should be GRANTED.

IT IS ORDERED that Plaintiff Dorothy Joiner's settlement funds be placed into the court's registry.

New Orleans, Louisiana, this 20th day of June, 2012.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE