

44841541
Jun 15 2012
1:01PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | ) MDL No. 1657 |
| | ) |
| This Document Relates to: | ) SECTION L |
| | ) |
| State of Alaska v. Merck, et al. | ) JUDGE ELDON E. FALLON |
| | ) |
| | ) MAGISTRATE JUDGE KNOWLES |

### STATE OF ALASKA'S MOTION TO AMEND COMPLAINT

Comes now the State of Alaska ("Alaska") and moves this Court to permit the amendment of Alaska's complaint with the First Amended Complaint ("Amended Complaint"), attached hereto as Exhibit A. In support thereof, Alaska states as follows:

Federal Rule of Civil Procedure 15(a)(2) provides that a party can amend its complaint with leave of the Court. In such cases, "[t]he court should freely give leave when justice so requires."[1] Rule 15(a)(2). In fact, Rule 15 "evinces a bias in favor of granting leave to amend." *Dussouy v. Gulf Coast Inv. Corp.*, 660 F.2d 594, 597-98 (5th Cir. 1991). "The policy of the federal rules is to permit liberal amendment to facilitate determination of claims on the merits and to prevent litigation from becoming technical exercise in the fine points of pleading." *Id.* "'[U]nless there is a substantial reason', such as undue delay, bad faith, dilatory motive, or undue prejudice to the opposing party, the discretion of 'the district court is not broad enough to permit denial.'" *Martin's Herent Imports v. Diamond & Gem Trading*, 195 F.3d 765, 770 (5th Cir. 1999) (quoting *Dussouy*, 660 F.2d at 598).

---

[1] This standard is identical to the standard applied under the Alaska Rules of Civil Procedure. *See* Alaska Rule of Civil Procedure 15(a) (noting that "leave shall be freely given [to amend a complaint] when justice so requires.").

Alaska seeks to amend its complaint to conform to the evidence it has become aware of since its complaint was originally filed in 2005. In addition, Alaska seeks to narrow the scope of relief it seeks through its complaint which will limit the amount of discovery required in this action. Alaska is not adding any new parties, and all of the relief sought in the amended complaint arises from the same conduct that gave rise to the original complaint. Accordingly, this Court would be well within its discretion to grant Alaska's Motion to Amend.

In accordance with the provisions of Local Rule 7.6, undersigned counsel hereby certifies that Merck was provided a copy of the proposed Amended Complaint and does not oppose this amendment.

/s Brian M. Vines
Attorney for Plaintiff

OF COUNSEL

Scott A. Powell
Donald P. McKenna
Matthew C. Minner
Brian M. Vines
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, Suite 800
Birmingham, AL 35203
205-328-5330
Fax: 205-324-2165

James E. Fosler
Fosler Law Group, Inc.
737 West 5th Avenue; Suite 205
Anchorage, Alaska 99501
907-277-1557

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this the 15th day of June, 2012.

/s/ Brian M. Vines
Of Counsel