## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Elena Strujan v. Merck Sharpe &* | * | |
| *Dohme Corp.,* | * | KNOWLES |
| *2: 07-cv-00906-EEF-DEK* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF ELENA STRUJAN' S NOTICE OF CROSS MOTION

Respectfully, I Elena Strujan - Plaintiff Pro Se,  submit this Notice of

Cross Motion at Defendant's Notice of Motion for Summary Judgment for

calendar date on 11th day of July, 2012, at 9 :00 a.m.,  before the Honorable

Eldon E. Fallon, Judge , United States District Court , Eastern District of

Louisiana, 500 Poydras Street, New Orleans, Louisiana.


Dated :  May _16_ , 2012

Respectfully submitted,

*Elena Strujan*

**ELENA STRUJAN - Plaintiff - Pro Se**
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

TENDERED FOR FILING

JUN 1 3 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

## PLAINTIFF'S NOTICE CROSS MOTION , AFFIDAVIT AND MEMORANDUM OF LAW
## AT DEFENDANT MOTION FOR SUMMARY JUDGMENT

Plaintiff Pro Se Elena Strujan - being duly sworn, depose and say:

1.    I am the plaintiff in this action . I have objections at all defendant's

Merck Sharp & Dohme Corp.'s ( "Merck") affirmations. I certify that

the foregoing statements made by me are true. I am aware that if any of the

foregoing statements are willfully false, I am subject to punishment.

Your Honor, with your permission I pledge this court for :

1. An Order to dismiss the defendant's Notice of Motion with severe prejudice .

2. To Grand an Order for my Notice of Cross Motion.

3. An Order granting a discharge to the Debtor and signed a final decree closing the Debtor's chapter 7 case" ( eventually a lien).

4. An Order that Merck also to pay to the American Government and to unpaid doctors all medical bills related to Vioxx effect and collaterals.

5. Damages for pain and suffering due Vioxx.

6. And such other and further relief as this Court deems just and proper.

## STATEMENT REGARDING ORAL ARGUMENT

I, Elena Strujan, Plaintiff-                    Pro Se, I can not afford to travel

from New York to Louisiana for oral argument, being very poor, but I trust in

American Justice and I beg this court to accept my absence.  My totally income

from SSI and SSD is around  $ 781**( EXHIBIT Pg. 55-56).**

## HISTORY

The original complaint in this action alleged:

- Consumer fraud law, regarding Merck drug, pain killer Vioxx
- Negligence contempt,
- Severe heart problems and chest pain,
- Acute and continuous emotional distress.

### and most new after 2010 head MRI

- Multiple lacunars strokes.

In September 12, 1997, I had an accident, I failed on the steers. My

doctors, Dr. Enrique Ergas, and Dr. Cocioba, prescribed Vioxx and Celebrex,

starting with 1999 for decrease the pain **(EXHIBIT Pg.  20, 21, 24, 25, 26, 27,**

**28, 29, 30).** At that time nobody from outside of Merck knew the secondary

effect of Vioxx.  In 2003 , I felt again on the steers on my building and I broke

my left ankle. The doctors continue to give me Vioxx. On September 2004, the

pharmacist called me to stop taking Vioxx because is dangerous for body.

During the period 1999 to 2004, I took Vioxx constantly, and my heart

problems  increased every day. I started to have a lot of chest pain, chronic

fatigue, shortness of breath, palpitations, extra-systoles, High Blood Pressure

3

(HBP), more anxiety, additional stress disorder , headache, dizziness.

During this period ( 1999- 2004), I saw 4 (four) cardiologists , and I

arrived at Emergency Room many times with chest pain and HBP

**Chronologically, I saw the following doctors for heart problems:**

1.      Dr. George Brief, M.D. F.A.C.C- Cardiologist, on  2000-
                                **(EXHIBIT Pg. 31 to 32).**

2.      Dr. Serban Cocioba, M.D. on 2002 **(EXHIBIT Pg. 26 to 30).** .

3.      Dr. William J. Schwartz, M.D. F. A.C.C- Cardiologist August 2004,
                                **(EXHIBIT Pg.  33 to 35).** .

4.      Dr. Emanuel  Godberg- Cardiologist starting with 2004
                                **(EXHIBIT Pg. 36 to 37).**

 Dr. Goldberg's  diagnostic was Angina Pectoris, Cardiac Syndrome X, High

Blood Pressure (HBP) and Post Traumatic Stress Disorder. He decided to take

and atomic stress test, which I failed. After he recommended Catheterization,

which was done on February 8, 2005 **(EXHIBIT Pg. 37 only a page for**

**economic reasons).**  After I saw :

5.      Dr. Won Cardiologist at North General Hospital.

6.      Dr. Zaza Aivazi Cardiologist.

7.      Dr. Goldstone - Cardiologist.

From  2004 until March 2006, I had from 8 AM to 10 PM, patch  ⟶

⟿ with Nitroglycerine on my skin and medicine for HBP. Now, I take   every day ,

Diovan, Cardevivol and Nytroglycerin as I need . Also  Lunesta for sleep,

Walbutryn and for depression, Imitrex for headache, and pain killers.

### SUMMARY OF THE ARGUMENTS IN SUPPORT
### OF NOTICE OF CROSS  MOTION
### POINT I.

I.      **The Court should deny the defendant's Notice of Motion because:**
        **GOD IS MY WITNESS , I NEVER, EVER  WANTED IN MY**
        **LIFE TO GO IN BANKRUPTCY . NEVER !.**

        I have objections at the defendant 's arguments  on Notice of Motion. I

was pushed in this humiliating bankruptcy by my greedy lawyers, and some

doctors who treated me as a credit  ard, and when I started to ask justice, they

compelled with my ex landlord Glencord Building Corp., and agree to liquida  e

me with multiple exposures at  Carbon Monoxide (CO ) and toxic gases

**(EXHIBIT Pg. 50 to 54).** Now the  case for personal injury with CO is in The

Supreme Court county of Kings- Index no: 18853/2009.

        In this case I hired 5 lawyers, and no one could conduct a discovery, or to

take a deposition and finally my lawyers became my adversary.  3 doctors ( Dr.

Kosovich, Dr. Portnow and Dr. Head ) in my WC case falsified the truth under

oath. If educated people, who knew the law did not respect it, what about

ordinary people ?   I believe, Merck had and has also a contributory negligenc.

in my case with Carbon Monoxide. It is no explanation for me why:
1.      The pharmacist deleted without shame the history with  Vioxx  ?

2.     Also refused to compel with Subpoena Duces Tecum  signed by the judge **(EXHIBIT Pg. 23)** ? .

3.     The Oxford Heath Insurances ( my insurances) refused also to compel also   with Subpoena Duces Tecum **(EXHIBIT Pg. 22)**. and to provide the payments done for Vioxx in the case Strujan v. Raibow Ace Hardware (The judge in this case was precipitate retired).

4.     Inexplicable also  for me why , my Cardiologist Dr. Goldberg refused for years to provide me a copy of medical report after I had heart surgery. My disparate letters where I asked his medical report was for years ignored **(EXHIBIT Pg. 16, 17, 18, 19)**.

5.     Inexplicable is why the Vioxx Claim Administrator hide the evidences regarding my case **(EXHIBIT Pg. 15 )**.

## POINT I.

## DEFENDANT'S MERCK IS VERY SUBJECTIVE  BECAUSE THEY HAVE MONEY,  POWER,  REPUTATION , AND TIME !

A.     Defendant's  Merck  lawyer is very subjective, is a lawyer on plaid, a

lawyer who has and will do anything, say anything, forget any  law any rules

anything, and spin anything to deny the truth.  Defendant Merck attacked  me

without condescendence, and  without having  any desire to know the truth. I

never wanted to go in bankruptcy ! Defendant's Merck said:

" *Ms. Strujan seeks to " have [her] cake and eat it too" by" retain [in] the enormous benefit of a bankruptcy discharge while standing in line to receive funds from [her] injury lawsuit "after debts have been erased and her creditors have been left empty handed* ". **( Def. 's Motion for Summary Judgment Pg. 2).**

Your Honor please accept my objections. I did not come in this country to be rich. I came in this country to work, to enjoy a free spiritual life and the beauty of America, out of any communism, I repeat, I never wanted to arrive in bankruptcy, and I never could believe my lawyers and some doctors will betrayed me, and they did. From 2002 to 2006 I had 3 lawyers :

B.      On 1997, I had a bad accident, when a doctor stuck me with a needle infected from a HIV positive patient . In the same period I had an accident at my right knee and I have surgery. After these two accidents  I had a lot of pain, and  I developed PTSD.   I accused all my heart problems related at that accident, because nobody knew about Vioxx 's danger.  I took every day Vioxx with antidepressants for my PTS D  from  the needle accident (thanks God I do not have HIV, but now the new research said the incubation goes to 30 years).

My lawyer for needle accident attorney Mitchell Friedman, took also the case for left broken left ankle due to my ex landlord's negligence.  This lawyer did not care about my needs, and pushed me to use my credit cards to  survive. Later, he will breach the contract with broken ankle. The case was taken by attorney Teperman & Teperman, who kept my file 3 years and after I discovered actually he lost the statute of limitation in the ex- landlord favor .

C.      Without income, I used around  $ 18, 000 from credit cards hoping my

lawyers will do something with my needle case and broken ankle. In 2010, I have to learn that attorney Mitchell Friedman  only manipulated the doctors who did false deposition under oath in my WC case  09762156, and was on the insurances side and my adversary.

I  tried to do everything to salve the situation. I closed some card. I settled some. I was enrolled in a debit solution program with a company from Florida. I did everything to avoid this bankruptcy. I went back to school as a full time student, I got a loan to became a teacher. Finally, from $ 18, 000.00 , in 2-3 years arrived around  $ 50,000.00. In mean time  my lawyers was waiting for me to die due to many exposure at CO,  complicit with my ex landlord.

Illegally my lawyer in WC case Mr. Friedman precluded the insurances *doctor* lawyer because was in my side. He did everything to lose my case for economic loss, because he knew I must to die with so many CO poisonings done by my ex-landlord. On May 3, 2003 I write to my lawyer:

> " *Dear Mr. Friedman*
> Dr. *WC Insurance do not pay the prescriptions. Also the consultation with Levinson, Weber, Carasca. What I have to do? Thank you for your help* and *time"* **(EXHIBIT Pg.  4).**

On 2002 I was examined by an insurances doctor  Dr. Miskin who wrote his report in my favor but my lawyer did not care to help me with some income. After 8 years, in 2010, my WC lawyer cross exanimate  this doctor , Dr.

Miskin and strike his report because was on my side, on the justice side.

From Deposition:

> Questions did by Mr. Friedman ( my WC lawyer).

> Q:   Doctor, when you took your history from the claimant, did you take into account her presentation to you regarding her mental status?
> A:   Yes.
> Q.   Okay. And did you believe her.
> A:   Yes.

> Mr. Friedman
> " Okay. I have no more questions of the doctor, except that we're reserving our right to have the doctor's reports and his testimony stricken.  I believe that based the filling dates at the board for both reports, that they were not filed within ten business days of the date of the examination required by Section  137 of the Worker's Compensation Board. Under the circumstances we reserve our right to have those reports stricken as a matter of right and the doctor's testimony "

(WC -Dep. Doc.  ID # 159851567- Pg. 10.  L. 2 to 10. And Pg. 11. L9 to 23)

E.   The second lawyer Teperman & Teperman did not care about my broken

ankle case, he was in my ex landlord [Glencord Building Corp.], side,

and he tacit lost the statute of limitation. On  December 2005 I wrote to

defendant Teperman :

" As you know the doctors told me do not work because I am very sick. But I must to work under painkillers and antidepressant because I can't survive....Please take care about my accidents cases..." (EXHIBIT Pg. 5).
In my deposition :
  A.   .....I say here August 23, 2007 " your tergiversation encouraged them to kill me" [ the add is from digital recorded deposition- " mysteriously" the reporter many times skipped important statements] (

**(EXHIBIT Pg. 10)**-*Dep. Pg. 157, L. 19 to 22)* - or my letter from August 23, 2007 on **(EXHIBIT Pg. 7)**.

**On August 21, 2007** [ I had no idea he lost the statute of limitation from 2006], desperately, I wrote to defendant Teperman & Teperman :

A.     *"…Please do something with my case. Also, I must to inform you , the landlord for the second time in 8 months tried to kill me with Carbon Monoxide. See Exhibit. So please take seriously my cases. Thank you"* .

**(EXHIBIT Pg. 12**- Dep. Pg. 159, L. 5 to 20)**

**F.**     I sued  attorney Teperman  who illegally refused to give deposition even was a court order. At my  deposition in this case I said:

A.     **Do  you think it's correct what he did ?**[ defendant Teperman my lawyer at that time] **Do you think it's correct what both lawyers did in this case** [ my case and another woman case was  taken by attorney Mitchell Friedman, and after 2 years he breached t he contract with me], **what he did?  They favorite  the landlord** ".

Q.     **What  you're saying is you'll feel better if you win this case and get money?**

A.     **Sir, I did not come in this country for the landlord's money. I came  to this country to work. That's why I came here.**

Q.     **I did not ask you that.**

A.     **Just a second. You are asking me question, I want the money. I want money to pay back bills, inclusive the bankruptcy from my case. My humiliated bankruptcy is due to the defendant's negligence"**

**(EXHIBIT Pg. 13-14**- Dep. Pg. 160, L. 22 to 25 and Pg. 161, L 2 to 12)**

Also, in my deposition  illegally defendant's attorney showed me totally

unknown evidences and forced me to answer in the place of my bankruptcy

lawyer, who is very taciturn now. I said in my deposition:

*A. I don't know what my lawyer did.*
*Q: I am not asking what he did.*
*A. Sir, do not yell at me.*
*Q. I'm sorry.*
*A. Sorry. Don't yell at me. I had a lawyer. I was very sick. I was on antidepressants. I gave him what he asked me for. What do you want me to say? You are trying to cover the negligence of your client with another lawyer?*

**(EXHIBIT Pg. 9-** Dep. Pg. 151. L. 7 to 16).

A. *I answered. I don't know what my lawyer did. Ask him.*
**(EXHIBIT Pg. 9-** Dep. Pg. 151. L. 20 to 21)

Totally, depressed, I contacted a bankruptcy lawyer. Inexplicable for me why he did not mention my cases. I send him many times a letter , and he refused to answer and to explain how he arrived at that fat amount which definitely is not mine. On in **(EXHIBIT Pg. 3 and 11).**

G. And to complete the glass of betray my last attorney Mr. Lawrence

Wilson, hired in my personal injury case with Carbon Monoxide and toxic cases, after only 3 week after I hired him, he did forgery and filed a case in my name (Strujan v. Consol. Edison et. al.). He falsified my signature, hided everything from me , refused me a loan against my case to survive, and was waiting for me to die ( On June 2011, I arrived for two times at ER ). After 150 days , I discovered all and the case is in court now to be consolidate in Kings Court - Index 18853/2009.

H. Defendant's Merck said:

> "..Ms. Strujan was represented by an attorney in her bankruptcy proceeding"
> ( **Def. 's Motion for Summary Judgment. Pg. 4)..**
>                                  and
> " ...the plaintiff then must go beyond the pleadings and set forth specific facts showing a genuine dispute for trial"( **Def. 's Motion for Summary Judgment. Pg. 5).**

I was very depressed , and very embarrassed with this bankruptcy.

Unfortunately, betrayed by my lawyers, and some of my doctors I am already at

the risk do not pay my card now. Please see in **(EXHIBIT Pg. 49)** my letter

sent to the banks to stop the fees until I can will pay.

To better understand my mental cancer with this bankruptcy on <u>January</u>

<u>25, 2005 </u>I wrote to my bankruptcy lawyer " If I will have money I will glad to return my entire debit" :

" *Thank you very much for your help. Honestly, I hate to be in this situation. All night before my day court I had nightmare: I took a lot of antidepressant and sleep pills. For this reason I was so incoherent in court. I am sorry. If I will have money, I will be glad to return my entire debit. It is my life dream. Thank you again.. "* **(EXHIBIT Pg. 1, 2).**

I.     Defendant's Merck said:

> ..." (3) the nondisclosure was not " inadvertent"( **Def. 's Motion for Summary Judgment. Pg. 7).**

Objections! <u>First </u>I do not know if was not disclosed , because I had nothing to

hide. Now, the silence of bankruptcy lawyer tells me a lot. <u>Second</u>, effectively, I

did not know what he did. I was very sick, very depressed, in total discomfort with that situation and now this situation.  Honestly, I am broken and broke. The mental and emotional traumas of my needle stick  are the fabric  of my depression. Over this came supplementary  the Vioxx effects.  Once with verve , energetic and confident, I have become unsure, and a battle apathy, insomnia, nightmare.

J.     I.     Defendant's Merck said:

" In re Walker, 323 B.R. 188, 195 (Bankr. S. D. Tex. 2005) ( " This Court accepted the debtor's previous position when….[it] signed an order granting a discharge to the Debtor and signed a final decree closing the Debtor's chapter 7 case") ( **Def. 's Motion for Summary Judgment. Pg. 9).**

## *HONORABLE JUDGE FALLON*

*I WILL BE GLAD TO HAVE AN ORDER  FROM YOU TO DISCHARGE TO THE DEBTOR.*

*YOUR HONOR PLEASE ERASE, DELETE,  PLEASE MAKE  A " SPECIAL SURGERY " ON MY BRAIN AND ERADICATE THAT DARK SPOT ON MY CORTEX " BANKRUPTCY" WITH THE FIRST MONEY FROM MERCK!*

*"In the case N Doan v. Hudgins (In re Doan), 672 F. 2d 831( 11th Cir. 1982), the bankruptcy court denied the debtor's exemption on the basis of failure to disclose an tax refund. The Eleventh Circuit, however, reversed holding that because …their failure of not informing the trustee upon receipt of the refund did not show intentional fraudulent concealment, or even bad faith ".*

Also in the case  *"Berger v. City Cartersville, 348 F. 3d1289( 11th Cir. 2003),*

*debtor filed a discrimination suit against her employer seeking reinstatement. when she filed a chapter 7 bankruptcy petition her scheduled failed to disclose the law uit due her bankruptcy attorney's " inadvertence " ".*

Your Honor, I will be glad to pay back each penny due, not only to bankruptcy, but also <u>to the American Government</u> who pay for me now insurances, disability and living costs. It is a shame !.  God is my witness I did not come in this country to ask, I came to give something " (as I wrote to my lawyer in 2007,  **(EXHIBIT Pg. 7)),** to work, and to build  beautiful life.

But no way why my greedy lawyers, some doctors and insurances that used me as a credit card and intentionatelly did fraud to  the government.

K.     Defendant's Merck said:

" Strujan's motive for her nondisclosure was obvious-to obtain a discharge from creditors so that she might keep any earnings from her undisclosed claim against Merck to herself"( **Def. 's Motion for Summary Judgment. Pg. 9).**

Objection. The entire Notice of Motion is a insult at my character.

I DID NOT COME IN THIS COUNTRY TO BE RICH !.  I came to work, to build a new life, far away from the communist and neo communism's  plague. I was born when the communist was growing up in geometrical progression in my small country -Romania, when 99, 7 % of population every day<u>, no fatigable</u>, was waiting for Americans to come with their power and their justice

to stop the communist virus.

In this phenotype I grew up, and maybe I have childhood deformation because I love and I trust sincerely and deeply the American Constitution, the

American Justice.

L.        Defendant's Merck said:

---

" Shortly thereafter, On November 19, 2004, Ms., Strujan's former primary care physician, Serban Cocioba, M.D. , wrote a report regarding Ms. Strujan's medical condition and Vioxx, in which  he noted:
        .......Patient developed chest pain, palpitation, depression, had a stress test and a myocardial perfusion test, showing ischemic heart. Her blood pressure is fluctuating 120/70- 159/100 poor controlled medically....I believe that her cardiac condition may be secondary to Vioxx. She had no previous cardiac condition.

**( Def. 's Motion for Summary Judgment. Pg. 3 -I) or EXHIBIT Pg. 26.**

---

I am not so sure if Dr. Cocioba is a an accurate report. I do not remember

that Dr. Cocioba to wrote something after he signed and stamped a notes for

me. What I know is that two lawyers Mr. Mitchell Friedman and Mr. Teperman

was recommended by this doctor, who finally compelled with attorney

Friedman betray and refused for two times to give deposition in my WC case.

I do not trust him anymore.

Supplementary, Dr, Cocioba knew I had heart problems , her give me

medicine, and in 2000 he sent me at Dr. Brief - Cardiologist office ( **EXHIBIT**

**Pg. 31)** for more heart investigations.

Unfortunately, starting with 2006 people paid by multiple defendants in my cases violated and falsified everything documents inclusive from  my safe deposit box ( **EXHIBIT Pg. 65),** and I said before <u>it is no explanation for me</u> <u>why</u> the pharmacist deleted history with Vioxx  and  refused to compel with Subpoena Duces Tecum  signed by the judge **(EXHIBIT Pg.  23)** ? why My insurances Oxford Heath Insurances refused also to compel also with Subpoena Duces Tecum **(EXHIBIT Pg. 22),** and to provide the payments done for Vioxx .

Strange is also why  my Cardiologist Dr. Goldberg who performed heart surgery refused for years to provide me a copy of medical report . My disparate letters where I asked his medical report was for years ignored **(EXHIBIT Pg. 16, 17, 18     ).** And no les importance is the question why  the Vioxx Claim Administrator  hide the evidences regarding my case **(EXHIBIT Pg. 15 ).**

## POINT III

Additionally,  the Bankruptcy Code Section 350(b) authorizes the bankruptcy court to reopen a case for various reasons including to:

> "administer assets, to accord relief to the debtor, or for other cause." Fed. R. Bankr. P. 5010 states: "A case may be reopened on motion of the debtor or other party in interest pursuant to §350(b) of the Code." (emphasis added). See In re Chalasani, 92 F.3d 1300, 1308 (2d Cir. 1996). Accord In re Thompson, 16 F.3d 576, 581-82 (4th Cir.), cert. denied, 512 U.S. 1221, 114 S. Ct. 2709, 129

*L. Ed. 2d 836 (1994); In re Rosinski, 759 F.2d 539 (6th Cir. 1985); In re Mattera, 203 B.R. 565, 568 (Bankr. D.N.J. 1997); In re Bianucci, 4 F.3d 526, 528 (7th Cir. 1993); In re Shondel, 950 F.2d 1301, 1304 (7th Cir. 1991) (discussion of "other cause" sufficient to justify reopening Chapter 7 case).*

http://www.justice.gov/ust/eo/public_affairs/articles/docs/abi012001.htm

I wrote on September 19, 2011, to my bankruptcy lawyer, Mr. David Stuart to fix the problem but he is very silent, and never answer **(EXHIBIT Pg. 3)**.

I am a victim of my greedy lawyers, some doctors, insurances, ex landlord who intentionately pushed me in diverse litigant situation for their interests. And possible Merck to have a contributory negligence in my many poisoning with CO and toxic gases by my ex landlord. Actually it is a organized crime. I feel guilty, because I did not know how to protect myself against my lawyers, against some doctors. against the insurances, against big shacks. Effectively, I trust them. Even now, I am abused by some defendants in connection with Carbon Monoxide poisoning. Moist recent on May 19, 2012 **(EXHIBIT Pg. 62, 63)** and from last year **(EXHIBIT Pg. 64),** where the doctors hided the blood under bad or make to disappear for not have a correct reading for Carbon Monoxide.

I am not a bad woman and people who knew me respect me. A few appreciation on **(EXHIBIT Pg. 57, 58, 59, 60),** Even sick I try to be utile how much I can , and I was volunteer on Wednesdays for homeless people at a

Epiphany Church . Also for 3 years volunteer at Metropolitan Museum

**(EXHIBIT Pg. 59),** and now for at the United Nations **(EXHIBIT Pg. 57),**

### FACTS

My last MRI at head showed "multiple lacunars infarcts "**(EXHIBIT Pg.**

**44, 45).** My doctors confirm the diagnosis **(EXHIBIT Pg. 46, 47**- only a page

for economic reasons). Continuously I am at high risk of heart attack . Please

see **(EXHIBIT Pg. 38,  39, 40, 41, 42, 43, 48**- only a few**).**  And the problems

due Vioxx will continue. A most  recent study  done in an article "Merck

litigation strategy - destroy expert witnesses" 7/ 17, 2006 by: Evelyn Pringle,

health freedom writer;

*Former Vioxx users could be a   isk of developing strokes for years, a
prominent scientist said this week after evaluating new data from a 107-page
report on patients who were followed for a year after they stopped the drug "it
may be that Vioxx is causing permanent damage to the cardiovascular system,
accelerating atherosclerosis or a sustained increase in blood pressure," said
Dr Curt Furberg, a professor of public health at Wake Forest University, and a
member of the FDA Safety and Risk Management Advisory Committee,
according to a report by Reuter's news on May 18, 2006.
During his examination of the report, Dr Furberg determined that within the
one-year follow-up of the APPROVE study, 7 Vioxx users had strokes, and 2
others had mini-strokes, compared with no strokes in patients taking a placebo.
"These data raise some very important questions because for a while we
assumed Vioxx caused temporary problems, and here it is more than that," Dr
Furberg told Reuters. "It could be causing permanent damage."
     "In the past we weren't   ite sure of the stroke risk," he added, "so
stroke is now back on the agenda in a bigger way."*

http://www.naturalnews.com/019663.html

Now, I understand by taking Vioxx <u>from 1999 to 2004 every day</u> with antidepressant that was the cause of my cardiovascular problems, angina pectoris, permanent risk at heart attack, fatigue, excessive anxiety, depression, headache.

### **CONCLUSION**

I consider myself a victim of :

- Consumer fraud law, regarding Merck drug, pain killer Vioxx.

- Negligence contempt by Merck Company,

- Severe heart problems and chest pain due Vioxx,

-  Acute and continuous supplementary  tots and emotional distress.

Relevant is the example of  : *Garcia v. Wyeth-Ayerst Labs.*, 385 F.3d 961 (6th Cir. 2004) and Ted Frank, *$4 million fee award for forty-five-dollar "consumer fraud" victory in Cona v. Merck*, Point of Law blog (June 18, 2007),

http://www.pointoflaw.com/archives/004008.php

Additionally, I consider myself a victim of my greedy lawyers , doctors who falsified the deposition under oath for the insurances money, and who pushed me in bankruptcy.


**SO FAR THE DEFENDANT MERCK INSULTED THE AMERICAN JUSTICE AND MY CONSTITUTIONAL AND HUMAN RIGHTS!** They are *" men  pervert the Constitution"* **Abraham Lincoln, and**

ignore her content in their benefit of being rich.

Defendant Merck knew the danger of their product VIOXX  and deliberately administrate it for years to sick people only to satisfy  their greed for  money. Should the currency of our value be monetary  in this time?

Your Honor ! **225 Years ago when The First President of  America - George Washington signed the American Constitution, they did not have: phones, radio, electricity, TV, train, airplane, computers, internet, satellites, and were capable to create a Unique, Tremendous and Inestimable Constitution who protect rich and poor.** I pledge to be protected in my case under American Constitution.

I pledge for equal and exact justice for me. As I said before  it is my obsessive desire to return to this country and to the  banks every penny due.

Also, I wish  for the rest all my life   **never  the American Government to spend a penny with living and my heath. So far American Government paid and pay my bills.** Some unpaid.

**YOUR HONOR**, true thanks just can't be put in words it loses in translation. But hope you know the feeling is one of real appreciation for your infinite patience with me and all Pro Se (" orphans of a lawyer"  but who must to fight with  Merck' s lawyers) , who come in Your Court for justice matter

under so Generous, Unique, Protective and Tremendous Treasury -

AMERICAN CONSTITUTION, having :

- The Truth  as Tools to Fight for Justice,

- Heart and brain problems as a permanent condition  due to Vioxx  medicine and Merck's  tendentious and persistent negligence,

- Cumulative Post Traumatic Stress Disorder,

- and Incommensurable Hope for "EQUAL AND EXACT JUSTICE FOR ALL MEN "- Jefferson.

**WHEREFORE, YOUR HONOR ,**  with  your permission I

pledge this court for :

1. An Order to dismiss the defendant's Notice of  Motion with severe prejudice .

2. To Grand an Order for  my Notice of Cross Motion.

3. An Order granting a discharge to the Debtor and signed a final decree closing the Debtor's chapter 7 case" ( eventually a lien).

4. An Order that Merck also to pay to the American Government  and to unpaid doctors  all medical bills related to Vioxx effects and collaterals.

5. Damages for pain and suffering due Vioxx.

6. And such  other and further relief as this Court deems just and proper.

Thank you in advance  Your Honor for your kindness and understanding

about this very important matter. Your Honor, I must to apologize, and I do so

profusely and from deep of my heart for the great inconvenience with my case.

I ask Your Honor permission, to extend my apologize do not have a good

heath , a good environment, and enough time to do my Notice of Cross Motion

shorter, and with minimum grammatical and syntaxal mistakes.

Respectfully submitted,

ELENA STRUJAN - Plaintiff Pro Se
Graduate of University of Zootechny and Veterinary Med ,
        Farm Animals -Romania
        Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
    (646) 234-2421

Michele Reyes
Notary Public State of New York
No. 01RE6023016
Qualified in Kings County
Commission Expires April 12, 20 13



U.S. POSTAGE
PAID
NEW YORK, NY 10022
JUN 15 12
AMOUNT
**$3.74**
00012960-11

1002      70130

UNITED STATES
POSTAL SERVICE



United States Postal Service®
**DELIVERY CONFIRMATION**™

0311 3260 0000 4993 8047

Ms. Elena Strujan
P.O. Box 20632
New York, NY 10021