ELENA STRUJAN
<u>Mailing Address:</u>
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 6..-234-2421

June 17, 2011

OFFICE OF CLERK
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

        Re: Elena Strujan v. Merck Sharpe & Dohme Corp.,
            2:07-cv-00906 EEF- DEK
            M D L Case No. 1657

Dear Sir/ Madame Clerk

Thank you very much for your patience with me and all Pro Se. Without your precious help our progress will not be possible.

I beg you, please help me to file my Notice of Cross Motion. Additionally, I sent you an stamped envelope to send me back a copy of my file.

It's hard to find words nice enough to thank people nice as you.

Infinite thank you,

Respectfully submitted,

*Elena Strujan*

Elena Strujan- Plaintiff Pro Se

TENDERED FOR FILING

JUN 1  2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk