# EXHIBITS -65 PAGES.

## AFFIDAVIT

I, Plaintiff Pro Se Elena Strujan - being duly sworn, depose and say:

All exhibit are a true  copy of the original . I am aware that if any of the

foregoing statements are willfully false, I am subject to punishment.

ELENA STRUJAN- Plaintiff Pro Se

Sworn to before me on 6/14/2012

Michelle Reyes
Notary Public State of New York
No. 01RE6023016
Qualified in Kings County
Commission Expires April 12, 2015

Elena Strujan
PO Box 20632,
New York, NY 10021.
Phone # 212-861-4565
1/25/2006

To: Mr. Stuart Davis
2931 Westchester Avenue
Bronx, New York 10461

Dear Mr. Davis

Thank you very much for your help.

Honestly, I hate to be in this situation. All night before my day court I had a
nightmare; I took a lot of antidepressants and sleep pills. For this reason I
was so incoherent in court. I am sorry.
If I will have money, I will be glad to return my entire debit.It is my life
dream.
Thank you again.

Sincerely,

Elena Strujan

01/25/06  WED 08:19 FAX                                                            @001

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO              1102
CONNECTION TEL                17183191678
CONNECTION ID
ST. TIME              01/25 08:18
USAGE T               00:52
PGS. SENT             2
RESULT                OK
```

# Fax

**To:** Mr. Stuart Davis          **From:** Steve Njuan

**Fax:**                          **Pages:** 2

**Phone:**                        **Date:** 1/25/06

**Re:**                           **CC:**

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● **Comments:**

Please attention Mr.

2

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

September 19, 2011

Attorney Stuart Irwin Davis , Esq.
2931 Westchester Avenue
Bronx, New York 10461

Dear Mr. Davis

Please try to fix my problem with my ankle injury which was not scheduled in bankruptcy file. Actually the case was never filed in court because the lawyer Mr. Teperman lost the statute of limitation. Now I must to have surgery, and all bills are unpaid due my lawyer negligence. The judge covered the personal injury lawyer's negligence due your negligence and me I am a victim of both of you .

I do not teach you, but I found on the internet ( See below) it is a law which allow to fix the problem. Why you refuse it?

"Bankruptcy Code Section 350(b) authorizes the bankruptcy court to reopen a case for various reasons including to "administer assets, to accord relief to the debtor, or for other cause." Fed. R. Bankr. P. 5010 states: "A case *may* be reopened on motion of the debtor or other party in interest pursuant to §350(b) of the Code." (emphasis added). See *In re Chalasani*, 92 F.3d 1300, 1308 (2d Cir. 1996). *Accord In re Thompson*, 16 F.3d 576, 581-82 (4th Cir.), *cert. denied*, 512 U.S. 1221, 114 S. Ct. 2709, 129 L. Ed. 2d 836 (1994); *In re Rosinski*, 759 F.2d 539 (6th Cir. 1985); *In re Mattera*, 203 B.R. 565, 568 (Bankr. D.N.J. 1997); *In re Bianucci*, 4 F.3d 526, 528 (7th Cir. 1993); *In re Shondel*, 950 F.2d 1301, 1304 (7th Cir. 1991) (discussion of "other cause" sufficient to justify reopening Chapter 7 case). .........*Hawkins*, 727 F.2d at 324; *Stark*, 717 F.2d at 322 (the right of the creditor that is protected by § 523(a)(3) is the right to timely file a proof of claim). *Accord Judd v. Wolfe*, 78 F.3d 110, 114-15 (3rd Cir. 1996); *In re Doherty*, 176 B.R. 483 (Bankr. S.D. Ill. 1994).

http://www.justice.gov/ust/eo/public_affairs/articles/docs/abi012001.htm

Thank you. Sincerely,

Elena Strujan
Graduate of University of Zootecny and Veterinary Med.
Farm Animals-Iasi Romania
Certified Paralegal

PS: Sent by fax.

MS. ELENA CHITOIU
P.O.BOX 20632, NEW YORK
N.Y. 10021
PHONE/FAX:(212) 861 4565

## FACSIMILE TRANSMITTAL SHEET

| TO: *Mr. Friedman* | FROM: *Elena Chitoiu* |
|---|---|
| COMPANY: | DATE: 5/02/03 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

Dear Mr. Friedman.

WC Insurance do not pay the prescriptions. Also the consultation with Dr. Levinson, Weber, Carasea. What I have to do?

Thank you for you help and time.

Sincerely, Elena Chitoiu

[CLICK HERE AND TYPE RETURN ADDRESS]

4

Elena Strujan
PO Box 20632
New York, NY 10021
Phone # 212-861-4565

December 15,2005

To: Law Office
   Teperman & Teperman
   21 East 40ᵗʰ Street, suit 907
   New York, NY 10016

Dear Mr. Teperman

As you know the doctors told me do not work because I am very sick. But I
must to work under painkillers and antidepressants because I can't survive. I
didn't pay my rent this month. So, please take care about my accidents
cases.
Thanks in advances.

Sincerely yours,

Elena Strujan.

*5*

ELENA STRUJAN
P.O. Box 20632
New York, New York 10021-0072
212-861-4565

August 21, 2007

To: Mr. Teperman

Dear Mr. Teperman

Please do something with my cases. Also I must to inform you, the landlord for second
time in 8 months tried to kill me with carbon monoxide. See exhibit. So please take
serious my cases. Thank you.

Sincerely,

Elena Strujan

PS: Sent by fax with confirmation.

*6*

ELENA STRUJAN
P.O. Box 20632
New York, New York 10021-0072
212-861-4565

8/23/07

August 23, 2007

TO: TEPERMAN & TEPERMAN
        Attorney at Law

Dear Mr. Teperman

Please start the legal action on court with my landlord case.

They, refused not only dialog with you, but also the Judge Decision in my favor from 2004, because they want to kill me.

Now the "war" is declared, so please take action.

Your tergiversation, encourage them to kill me. Please see a copy in Exhibit, from my letter sent to them today's August 23, 2007.

So please do something. They are criminals. They harass me, they abuse me, they torture me. Thank you.

Sincerely,

Elena Strujan

PS: Sent by fax.

7

**ELENA STRUJAN**
Mailing Address:
P.O. Box 20632
New York, New York 10021
Home: (212)-861-4565

FAXED
5/8/09

FAXED
5/26/09

May 8, 2009

Teperman & Teperman

Dear Mr. Teperman

I insist to fix the payments for my doctors and hospitals, my insurance.

**When I came in this country, I did not came to ask, I came to give something.**

So far in my situation I am forced to ask and I am ashamed for this. Now, I have the chance to return some money with this no fault case.

Already by mishandling my case with the accident on the steers, all my medical bills are unpaid, my pharmacy medicine, or paid by governmental insurance.

So, please do not favorite the car 's insurance company !

I want to remind you . I can not see my regular doctors due your delay, disregard for law and breach of contract.

Please fix this unpleasant situation.

Elena Strujan
Elena Strujan
Scientific Researcher In Zooth, & Veterinary Medicine
Farm Animals
Certified Per Diem HS Substitute Teacher for Biology & Gen. Science

8

151

1                    Elena Strujan

2    bankruptcy schedule did not list any claim

3    against UNEM; yes or no?

4    A       My mistake.  I did not have any

5    interest.

6    Q       You agree it was not listed?

7    A       I don't know what my lawyer did.

8    Q       I am not asking what he did.

9    A       Sir, do not yell at me.

10   Q       I'm sorry.

11   A       Sorry.  Don't yell at me. I had a

12   lawyer I. was very sick. I was on

13   antidepressants. I gave him what he asked me

14   for.  What do you want me to say.  You are

15   trying to cover the negligence of your client

16   with another lawyer.

17   Q       There is no question pending.

18   A       What do you want from me?

19   Q       An answer to the question.

20   A       I answered. I don't know what my

21   lawyer did.  Ask him.

22   Q       I don't care what your lawyer did.  Is

23   it listed here or not?

24   A       Ask my lawyer.

25   Q       I'm asking you.  He is not here.

**9**

1                    Elena Strujan

2    carbon monoxide?

3    A      Sir, I did not have an explanation why

4    he did not file the lawsuit, why he did not

5    inform me.

6    Q      The lawsuit what about falling down

7    the stairs, not carbon monoxide.

8    A      I asked my lawyer who handled the case

9    against my landlord. I informed him all of

10   the times when Con Edison came in and found

11   high levels of carbon monoxide.  He postponed

12   and did not file the case with the fall down

13   the stairs.  He did not have a reason to hide

14   for many years.  He did not care about my

15   case.  What was the reason?

16   Q      Tell me all of the facts that you say

17   connects the carbon monoxide issues with the

18   fall down the stairs.

19   A      No problem.  Okay.  Just a second.  I

20   say here August 23, 2007 -- see a copy on

21   exhibit from my last letter sent August 23,

22   2007.  Everything with my landlord starts in

23   2006.  Just a second.

24   Q      What are you looking at?

25   A      The fax I sent to Mr. Teperman.

*10*

FAXED *8/01/2011*   FAXED *8/28/2011*

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

FAXED *7/7/2011*

*9/14/2011*   FAXED *7/28/2011*

*11/9/2011*

July 7 , 2011

Attorney Stuart Irwin Davis, Esq
2931 Westchester Avenue
Bronx, New York 10461

Dear Mr. Davis

Per our conversations before  and also yesterday  July  5, 2011, I lost the case with
Teperman & Teperman because you did not mention  my accident from 2003.

 I do not  understand why you did not mention, What I know is I did not hide it to you, I
brought the bills  which I had, and I did the best which I could.

Additionally, and definitely, I do not recognize the amount which was showed to me at
my deposition. For this reason I asked you a copy of my file. I must to appeal the judge's
decision, and I need from you help with any legal parameter  regarding this matter, or an
pertinent  explanation  why you did not mention ?

My ex lawyer lost the statute of limitation  of my case , and pushed me intentionatelly to
bankruptcy  and  years of pain , and now an inevitable  surgery.  All because  I did not
have competent lawyer, of doctors medical malpractice with wrong diagnostics, I did not
have  an insurance, money.. ..

I do not believe you had any interest in my ex lawyer intentionatelly negligence, and their
defense with a " pretending my  file " which I do not recognize.

Thank you.

*Elena Strujan*

Elena  Strujan
Graduate of University of Zoothecny and Vet.  Medicine
Iasi-Romania
Certified Paralegal

PS: Sent by fax.
PS: sent by fax (resend) on 8/28/2011 plus court decision.

159

1          Elena Strujan

2    sent me notice of petition, see exhibit.

3    "For my defense, I need more information from

4    you regarding my case.  Please do not leave

5    them to kill me."  I was dying.  I arrived in

6    the Emergency Room with high blood pressure.

7    Q      What connected that to your 2003 fall?

8    A      Why not?  Why not?  Maybe they want to

9    all kill me to finish with the case from

10   2003.

11   Q      That was your suspicion?

12   A      Yes, just a second.  There is more.  I

13   have more.  Just a second, please.  A few

14   more minutes, please.  August 21, I have

15   another fax to him.  "Please do something

16   with my cases.  Also I must inform you the

17   landlord for second time in eight months

18   tried to kill me with carbon monoxide.  See

19   exhibit.  Please take seriously my cases.

20   Thank you."

21   Q      What connected the carbon monoxide?

22   A      How do I know?  They want to try to

23   kill me and not pay anything for the

24   staircase.  There is no explanation.  First

25   Mitchell Friedman breached the contract?  And

12

160

1                     Elena Strujan

2    the second lawyer for the same case lose the

3    Statute of Limitation.  Starting in 2006, the

4    Emergency Room, the ambulance came find me

5    with high blood pressure with chest pain.  I

6    go to the Emergency Room.  From 2006, sir,

7    until now, I was in constantly intoxication

8    with carbon monoxide. Why?  Why not?

9    Q        You are telling me that based on your

10   suspicion?

11   A        I have the right to think.

12   Q        Okay.

13   A        Yes.  Maybe he can give me some

14   explanation why he did to the file it.

15   Q        There are items on paragraph 14 of

16   your Bill of Particulars.

17   A        Yes.

18   Q        One says, "Mental anguish will be

19   healed by correct justice"?

20   A        Yes.

21   Q        What are you referring to?

22   A        Do you think it's correct what he did?

23   Do you think it's correct what both lawyers

24   did in this case, what he did? *they favorize the lmdlord.*

25   Q        What you're saying is you'll feel

**13**

Elena Strujan

1   better if you win this case and get money?

2   A      Sir, I did not come *in this country* for the landlord's

3   money.  I came to this country to work.

4   That's why I came here.

5   Q      I did not ask you that.

6   A      Just a second.  You are asking me

7   question, I want the money.  I want money to

8   pay back my bills *inclusive* from the bankruptcy from

9   the case.

10  Q      "My humiliated bankruptcy is due to

11  defendant's negligence."  We showed you all

12  of the debts that you filed bankruptcy for

13  were incurred before you hired the defendant?

14  A      No.

15  Q      Excuse me.  I have not finished.

16  A      Excuse me.

17  Q      You hired the defendant in April,

18  after April 11, within a few days or so, and

19  you filed for bankruptcy the following

20  October, six months later.  How is it that

21  your bankruptcy was the defendant's fault?

22  A      Okay.  If Mr. Teperman cared about the

23  cases, I can pay it back, okay?  Not like

24  this.  Look here, bills.  Mr. Teperman, look

*14*

**ELENA STRUJAN**
Mailing Address:
P.O. Box 20632
New York, New York 10021
Phone: (646)-234-2421

August 12, 2009

**DIANN BATTES**
Pro Se Coordinator

Dear Ms. Bates

Yesterday August 11, 2009, I was very surprised when your assistant called me and told she can not see any evidence with Vioxx.

For this I submit again the old evidence. You already received the " future evidence".

Thank you for your coordination regarding this matter.

Sincerely,

Elena Strujan

PS:    Sent by ~~fax~~ mail with certified mail.

*15*



Elena Strujan
PO Box 20632,
New York, NY 10021.
Phone # 212-861-4565

August 7, 2006

To: Dr. Emmanuel Goldberg
    HEARTSHEALTH
    205 east 16th Street
    New York, NY 10003

Dear Dr. Goldberg

I am your patient about 2 years, and I would like to know what is my diagnostic regarding my heart problems.

What could be the cause of this permanent chest pain, fluctuate high blood pressure (you saw some times 175- 180), fatigue, short berating, headache, and impossibility to sleep on left side (stress after my accident with needle from HIV patient, victim of Vioxx which I took about 4years ??).

If I knew after heart surgery, I will have the same symptoms and problems I NEVER DONE. Thank God  my body answer at Nitroglycerin.

Also, I request a copy of my file for personal reasons and waive my HIPPA rights in order to obtain these records.

 Thank you very much for considering this request.

Sincerely,

Elena Strujan

16



**FAXED**
8/18/2006

Elena Strujan
PO Box 20632,
New York, NY 10021.
Phone # 212-861-4565

August 17, 2006

To: Dr. Emmanuel Goldberg
    HEARTSHEALTH
    205 east 16th Street
    New York, NY 10003

Dear Dr. Goldberg

I am your patient about 2 years, and I would like to know what is my diagnostic regarding my heart problems.

You are the alone doctor who refuses to communicate me my diagnostic and who refused to give me a copy of my file for personal reasons and waive my HIPPA rights in order to obtain these records

I hope you will understand my right.

 Thank you very much for considering this request.

Sincerely,

Elena Strujan

**17**



*FAXED* at 212-6 84
8/22/2010

**ELENA STRUJAN**
<u>Mailing Address</u>:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

*FAXED* at 212-6 848
8/22/2010   Grand M.
                      Cardiac

*FAXED*
8/30/2010

August 22, 2010

Dr. Emmanuel Goldberg
205 East, 16 Street
New York, NY 10003

Dear Dr. Goldber

    I was your patient for many years under my name Elena Chitoiu ( Strujan). On 2005, you decided due my acute heart problems, to have catheterization. After surgery, I tried for many times to obtain a copy of your progressive medical reports and **YOU REFUSED ME CONSTANTLY,** even it is against the law.

    If you did or do not have " <u>special interest</u> " to keep hid my medical record regarding my heart history under your care , please provide me a copy. It is my legal right to have it, and your opposition is against the law and you sabotage my right.

    I am waiting for your answer before I will take another steps. You are the only doctor who refused me to provide my medical report history.
    I hope in your cooperation herein.

Anticipate Thank you.

Sincerely,

Elena Strujan ( Chitoiu)

Absolvent of University of Zooth. & Veterinary Medicine
( Farm Animals)- Iasi Romania
Certified HS Per Diem Teacher
Certified Para Legal

PS: Send by fax.

*18*

MEDICAL EXPENSES

Page: 1

CHITEL1
STRUJAN, ELENA    -P

Pharmacy:  DUANE READE #168
1467 FIRST AVENUE
NEW YORK          NY  10021
RPh :  WONG, VICTOR
NCPDP#:   3328877

1413 YORK AVE APT 4
NEW YORK          NY  10021
Birth:  03/23/1955

Prescription:

Date:  08/24/1999     TO   07/05/2005

| Last Fill Rx # | Drug Name | Qty | Physician Name | T/P | Price | RPh |
|---|---|---|---|---|---|---|
| 09/24/99 8800819 | DIBUCAINE 1% | 30 | Dr.CIOROW | | 11.89 | AZ |
| 03/25/02 4413688 | AMBIEN 10MG | 30 | Dr.COCIOBA | OHP | 10.00 | MV |
| 03/25/02 4412812 | VALIUM 10MG | 60 | Dr.COCIOBA | OHP | 10.00 | MV |
| 04/12/02 6699922 | CIPRO 500MG | 30 | Dr.COCIOBA | OHP | 10.00 | IO |
| 04/12/02 6699923 | KETOCONAZOLE 200MG | 10 | Dr.COCIOBA | OHP | 5.00 | IO |
| 04/20/02 4412800 | AMBIEN 10MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ |
| 04/20/02 6700420 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ |
| 05/12/02 2202223 | RITALIN 10MG | 90 | Dr.COCIOBA | CRK | 10.00 | BE |
| 05/12/02 6701819 | MYCELEX 10MG | 30 | Dr.COCIOBA | CRK | 10.00 | SE |
| 05/12/02 6701820 | CIPRO 500MG | 30 | Dr.COCIOBA | CRK | 10.00 | SE |
| 05/25/02 6702788 | EFFEXOR 25MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ |
| 05/25/02 6702789 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ |
| 06/28/02 6704912 | CELEBREX 200MG | 60 | Dr.ERGAS | CRK | 10.00 | AZ |
| 06/28/02 6702789 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ |
| 07/16/02 6705576 | DIFLUCAN 100MG | 30 | Dr.COCIOBA | CRK | 25.00 | MV |
| 07/29/02 6702789 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | MV |
| 07/29/02 4413542 | AMBIEN 10MG | 30 | Dr.COCIOBA | CRK | 10.00 | MV |
| 08/21/02 6702799 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | JU |
| 08/21/02 4413678 | AMBIEN 10MG | 30 | Dr.COCIOBA | CRK | 10.00 | JU |
| 08/22/02 6702788 | EFFEXOR 25MG | 30 | Dr.CARASCA | CRK | 10.00 | GAH |
| 08/28/02 6708178 | CIPRO 500MG | 60 | Dr.ZUBRITSKI | CRK | 10.00 | JU |
| 07/14/03 4418077 | HYDROCO/APAP 7.5-75 | 20 | Dr.SALAMON | MNY | 17.89 | MV |
| 05/28/04 5746686 | VIOXX 25MG | 30 | Dr.SALAMON | MNY | 2.00 | WWW |
| 05/28/04 6746889 | KENALOG-40 40MG/ML | 6 | Dr.SALAMON | MNY | 2.00 | WWW |
| 06/18/04 6747877 | CIPROFLOXACN 500MG | 20 | Dr.ZUBRITSKI | MNY | 0.50 | HIY |
| 06/19/04 6748043 | LAMISIL 250MG | 30 | Dr.SALAMON | MNY | 2.00 | WWW |
| 06/21/04 6747981 | VIOXX 25MG | 30 | Dr.SALAMON | MNY | 2.00 | CFL |
| 06/24/04 4418622 | HYDROCO/APAP 7.5-75 | 60 | Dr.COCIOBA | MNY | 0.50 | WWW |
| 06/24/04 4418523 | AMBIEN 10MG | 30 | Dr.COCIOBA | MNY | | WWW |
| 06/24/04 6748347 | IMITREX 50MG | 18 | Dr.COCIOBA | MNY | 2.00 | CFL |
| 06/28/04 6747877 | CIPROFLOXACN 500MG | 20 | Dr.ZUBRITSKI | MNY | 0.50 | HIY |
| 07/06/04 6748966 | EFFEXOR XR 75MG | 80 | Dr.PEKOVIC | MNY | | HIY |
| 07/08/04 6747877 | CIPROFLOXACN 500MG | 20 | Dr.ZUBRITSKI | MNY | | CFL |
| 07/09/04 6749119 | VIOXX 25MG | 60 | Dr.COCIOBA | MNY | | CFL |
| 07/08/04 6749120 | CYCLOBENZAPR 10MG | 30 | Dr.COCIOBA | MNY | | CFL |
| 07/08/04 6749121 | NEURONTIN 300MG | 90 | Dr.COCIOBA | MNY | | CFL |
| 07/11/04 6749043 | LAMISIL 250MG | 30 | Dr.SALAMON | MNY | | WWW |
| 07/26/04 4418522 | HYDROCO/APAP 7.5-75 | 60 | Dr.COCIOBA | MNY | | HIY |
| 07/26/04 4418523 | AMBIEN 10MG | 30 | Dr.COCIOBA | MNY | | HIY |
| 07/28/04 6748347 | IMITREX 50MG | 18 | Dr.COCIOBA | MNY | | HIY |
| 07/28/04 6750299 | CELEBREX 200MG | 30 | Dr.TAPIA | MNY | | HIY |
| 08/08/04 6749120 | CYCLOBENZAPR 10MG | 30 | Dr.COCIOBA | MNY | | HIY |
| 08/08/04 6749121 | NEURONTIM 300MG | 90 | Dr.COCIOBA | MNY | | HIY |
| 08/08/04 6750918 | TOPAMAX 50MG | 60 | Dr.KOSOVICH | MNY | | CFL |
| 08/21/04 6749119 | VIOXX 25MG | 60 | Dr.COCIOBA | MNY | | WWW |
| 08/21/04 6748043 | LAMISIL 250MG | 30 | Dr.SALAMON | MNY | | WWW |
| 08/26/04 4418622 | HYDROCOI/APAP 7.5-75 | 60 | Dr.COCIOBA | MNY | | HIY |
| 08/25/04 4418523 | AMBIEN 10MG | 30 | Dr.COCIOBA | MNY | | HIY |
| 08/25/04 6748347 | IMITREX 50MG | 18 | Dr.COCIOBA | MNY | | HIY |
| 09/08/04 6750918 | TOPAMAX 50MG | 60 | Dr.KOSOVICH | MNY | | HIY |
| 09/08/04 6749121 | NEURONTIN 300MG | 90 | Dr.COCIOBA | MNY | | HIY |

20

Page: 2

| | MEDICAL | EXPENSES |
|---|---|---|

Patient: CHITEL1
STROJAN, ELENA    ~P

1413 YORK AVE APT 4

NEW YORK        NY  10021

Birth:  03/22/1965

RespPty:

Pharmacy: DUANE READE #188
1467 FIRST AVENUE
NEW YORK        NY  10021
RPh :   WONG, VICTOR
NCPDP#:    3328677

Prescriptions:

Date:   09/24/1999    TO   07/05/2005

| Last Fill Rx # | Drug Name | Qty | Physician Name | TIP | Price | RPh |
|---|---|---|---|---|---|---|
| 09/08/04 6749120 | CYCLOBENZAPR 10MG | 30 | Dr.COCIOBA | MNY | | HIY |
| 08/21/04 6749119 | VIOXX 25MG | 60 | Dr.COCIOBA | MNY | | WWW |
| 10/21/04 6748043 | LAMISIL 250MG | 30 | Dr.SALAMON | MNY | | WWW |
| 09/25/04 6418572 | HYDROCO/APAP 7.5-75 | 60 | Dr.COCIOBA | MNY | | WWW |
| 09/25/04 6748347 | IMITREX 50MG | 18 | Dr.COCIOBA | MNY | | WWW |
| 09/25/04 6418573 | AMBIEN 10MG | 30 | Dr.COCIOBA | MNY | | WWW |
| 10/08/04 6750918 | TOPAMAX 50MG | 60 | Dr.KOSOVICH | MNY | | WWW |
| 10/08/04 4419511 | DIAZEPAM 5MG | 30 | Dr.GOLDBERG | MNY | | WWW |
| 10/08/04 6754471 | NABUMETONE 750MG | 60 | Dr.KOSOVICH | MNY | | HIY |
| 10/11/04 6754581 | INDERAL LA 80MG | 60 | Dr.KOSOVICH | MNY | | HIY |
| 10/20/04 6755158 | NITROQUICK 0.4MG4X2 | 25 | Dr.GOLDBERG | MNY | | WWW |
| 10/21/04 6755215 | ATENOLOL 50MG | 30 | Dr.GOLDBERG | MNY | | HIY |
| 10/28/04 6755641 | IMITREX 100MG | 9 | Dr.KOSOVICH | MNY | | BHB |
| 11/09/04 6756343 | EFFEXOR XR 75MG | 100 | Dr.KOSOVICH | MNY | | LKB |
| 11/09/04 4419538 | SONATA 10MG | 60 | Dr.KOSOVICH | MNY | | LKB |
| 11/23/04 6755215 | ATENOLOL 50MG | 30 | Dr.GOLDBERG | MNY | | HIY |
| 11/23/04 6755841 | IMITREX 100MG | 9 | Dr.KOSOVICH | MNY | | HIY |
| 11/23/04 4419644 | CLONAZEPAM 1MG | 60 | Dr.COCIOBA | MNY | | HIY |
| 12/08/04 6750918 | TOPAMAX 50MG | 60 | Dr.KOSOVICH | MNY | | HIY |
| 12/16/04 6754471 | NABUMETONE 750MG | 90 | Dr.KOSOVICH | MNY | | HIY |
| 12/16/04 6755215 | ATENOLOL 50MG | 30 | Dr.GOLDBERG | MNY | | HIY |
| 12/29/04 6756397 | DESONIDE 0.05% | 118 | Dr.TROCCOLI | MNY | | HIY |
| 01/05/05 6756343 | EFFEXOR XR 75MG | 100 | Dr.KOSOVICH | MNY | | HIY |
| 01/05/05 6755841 | IMITREX 100MG | 9 | Dr.KOSOVICH | MNY | | HIY |
| 01/05/05 6756397 | DESONIDE 0.05% | 118 | Dr.TROCCOLI | MNY | | WWW |
| 01/13/05 6756397 | DESONIDE 0.05% | 118 | Dr.TROCCOLI | MNY | | HIY |
| 01/25/05 6754471 | NABUMETONE 750MG | 60 | Dr.KOSOVICH | MNY | | HIY |
| 01/25/05 6761036 | TRIAMCINOLON 0.1% | 60 | Dr.TROCCOLI | MNY | | HIY |
| 01/26/05 6755215 | ATENOLOL 50MG | 30 | Dr.GOLDBERG | MNY | | HIY |
| 02/01/05 6761536 | EFFEXOR XR 150MG | 90 | Dr.KOSOVICH | MNY | | HIY |
| 02/01/05 4420232 | SONATA 10MG | 60 | Dr.KOSOVICH | MNY | | CFL |
| 02/04/05 6755841 | IMITREX 100MG | 9 | Dr.KOSOVICH | MNY | | CFL |
| 02/04/05 6761036 | TRIAMCINOLON 0.1% | 60 | Dr.TROCCOLI | MNY | | HIY |
| 02/09/05 6762087 | CARTIA XT 180/24HR | 30 | Dr.GOLDBERG | MNY | | BHB |
| 02/17/04 6761036 | TRIAMCINOLON 0.1% | 60 | Dr.TROCCOLI | MNY | | HIY |
| 02/18/05 6762647 | WELLBUTRIN XL 300MG | 30 | Dr.TROCCOLI | MNY | | WWW |
| 02/18/05 6762845 | NABUMETONE 750MG | 100 | Dr.KOSOVICH | MNY | | WWW |
| 02/22/05 6762848 | TRIAMCINOLON 0.1% | 120 | Dr.TROCCOLI | MNY | | HIY |
| 02/23/05 6762868 | NITROGLYCER | 0.4MG| 30 | Dr.GOLDBERG | MNY | | HIY |
| 02/23/05 4420232 | SONATA 10MG | 90 | Dr.KOSOVICH | MNY | | HIY |
| 03/07/05 6761535 | EFFEXOR XR 150MG | 90 | Dr.KOSOVICH | MNY | | HIY |
| 03/07/05 6755841 | IMITREX 100MG | 9 | Dr.KOSOVICH | MNY | | WWW |
| 03/08/05 6761036 | TRIAMCINOLON 0.1% | 60 | Dr.TROCCOLI | MNY | | HIY |
| 03/19/05 6762647 | WELLBUTRIN XL 300MG | 30 | Dr.TROCCOLI | MNY | | HIY |
| 03/19/05 6762848 | TRIAMCINOLON 0.1% | 120 | Dr.TROCCOLI | MNY | | CFL |
| 03/24/05 6762868 | NITROGLYCER | 0.4MG| 30 | Dr.GOLDBERG | MNY | 0.50 | CFL |
| 03/25/05 6755841 | IMITREX 100MG | 9 | Dr.KOSOVICH | MNY | 2.00 | HIY |
| 03/25/05 6762845 | NABUMETONE 750MG | 100 | Dr.KOSOVICH | MNY | 0.50 | WWW |
| 03/31/05 6765218 | CIPROFLOXACN 500MG | 40 | Dr.ZUGRTTSKI | MNY | 0.50 | WWW |
| 04/07/05 4420232 | SONATA 10MG | 60 | Dr.KOSOVICH | MNY | | HIY |
| 04/07/05 6762848 | TRIAMCINOLON 0.1% | 120 | Dr.TROCCOLI | MNY | 0.50 | CFL |

21

B 69— Subpoena duces tecum, blank court, with witness' stipulation to remain subject to attorney's call. 1-02

©2002 BY Blumberg Excelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com

**COUNTY OF** *NEW YORK*

**Index No.** *406368/07*

*ELENA STRUJAN*

Plaintiff

**Calendar No.**

against

*RAINBOW ACE HARDWARE*

*JOHN DOE*

Defendant

**JUDICIAL SUBPOENA
DUCES TECUM**

**The People of the State of New York**

TO *OXFORD HEALTH PLAN*
*48 MONROE TURNPIKE*
*TRUMBELL, CT 06611*

**GREETING:**

**WE COMMAND YOU.** That all business and excuses being laid aside, you and each of you appear and attend before *HONORABLE JUDGE MARILYN SHAFER* at *SUPREME COURT OF THE STATE OF NEW YORK* *center 80 Street* on the *7th* day of *JANUARY 2009* at *9:30* o'clock, in the *278 room, noon,* and at any recessed or adjourned date to give testimony in this action on the part of the

and that you bring with you, and produce at the time and place aforesaid, a certain

*All history of medicines paid by OXFORD HEALTH PLAN during period 1997 to 12/31/2001, under my name ELENA CHITOIU (10-20069170?, 533079501, 967272901). Also all evidence regarding doctors' visits paid. My social security is 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.*

*- All pharmacies records who provided me medicines covered by your insurance during 1/1/1997 to 12/31/2001*

now in your custody, and all other deeds, evidences and writings, which you have in your custody or power, concerning the premises.

**Failure to comply** with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

**WITNESS,** Honorable
of said Court, at

one of the
the        day of

A copy of this subpoena must accompany all papers or other items delivered to the court.

Attorney(s) for

Office and Post Office Address

**22**

HON. MARILYN SHAFER, JSC

SO ORDERED

RECEIVED
DEC 10 2008
PART 0
NYS SUPREME COURT - CIVIL

B 69— Subpoena duces tecum, blank court, with witness' stipulation to remain subject to attorney's call, 1-02

©2002 BY Blumberg Excelsior, Inc., PUBLISHER, NYC 100
www.blumberg.c(

COUNTY OF *NEW YORK*

ELENA STRUGAN

Plaintiff

**against**

JOHNSON ACE HARDWARE
JOHN DOE

Defendant

Index No. *Ad 000*

Calendar No.

JUDICIAL SUBPOENA
DUCES TECUM

## The People of the State of New York

TO *ASSAD A. LATTOUF*
*1 GARRET COURT*
*CLIFTON, NJ 07012*

GREETING

**WE COMMAND YOU,** That all business and excuses being laid aside, you and each of you appea
**and attend before** *HONORABLE JUDGE MARILYN SHAFER*
at *SUPREME COURT THE STATE OF NEW YORK*
on the *18* day of *March, 2009* at *9:30 A.M* o'clock, in the ___ noo
and at any recessed or adjourned date to give testimony in this action on the part of the

and that you bring with you, and produce at the time and place aforesaid, a certain

- *Copy of your valid license for the year you we
a Pharmacist*

- *Written why you refused to give me the
latest prescription notices and why you  hu
me in front of customers.*

- *Copy of my medicine history from the Rainbo
Ace Hardware for the Year 2009. Looking for
West Pharmacist*

now in your custody, and all other deeds, evidences and writings, which you have in your custody
power, concerning the premises.

Failure to comply with this subpoena is punishable as a contempt of Court and shall make you lia
to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all d
ages sustained by reason of your failure to comply.

**WITNESS,** Honorable                                     one of the
of said Court, at _____ the *2* day of *Feb, 2009*

**23**

Attorney(s) for

Office and Post Office Address

A copy of this subpoena must
accompany all papers or other
items delivered to the court.

# Enrique Ergas, M.D., P.C.

Patient: *Chitoiu, Elena*

12-27-00

**Elena Chitoiu · 12/27/00 · #20116**
Ms. Chitoiu continues with pain in the right knee and low back.  EXAM: The right knee is tender at the patellofemoral joint.  The lumbosacral spine presented with tenderness over the mid-line and paralumbar muscles with limitation of flexion and extension motions.  Straight leg raising test was 75° at right and 75° at left.  She was instructed to continue physical therapy, Vioxx 25mg OD and Skelaxin 400mg BID and we will check her again in six weeks.  BO:rll

2/7/01  POSTCARD SENT OUT TO PATIENT TO CALL FOR A NEW APPOINTMENT  D.N.K A.

-1-27-01 C/RSH  POSTCARD SENT OUT TO PATIENT TO CALL FOR A NEW APPOINTMENT

3-26-01  2. RSch

**Elena Chitoiu · 3/27/01 · #20116**
Ms. Chitoiu continues with pain in the low back and the right knee.  EXAM: The lumbosacral spine presented with tenderness over the mid-line and paralumbar muscles with limitation of flexion and extension motions.  Straight leg raising test was 75° at right and 78° at left.  The right knee is tender at the patellofemoral joint and the medial joint line.  She was instructed to continue exercises, Celebrex 200mg BID and we will check her again in six weeks.  BO:rll

5-8-01 C/WC .

**Elena Chitoiu - 7/17/01 - #20116**
Ms. Chitoiu is progressing better from the low back and the right knee.  EXAM: The lumbosacral spine presented with tenderness over the mid-line and paralumbar muscles with limitation of flexion and extension motions.  Straight leg raising test was 75°.  The right knee was tender at the medial joint line and the patellofemoral joint area.  She was instructed to continue exercises, Vioxx 25mg OD and Skelaxin 400mg BID.  We will check her again in six weeks.  BO:rll


24

02/08/05   14:37 FAX 212 532 0176

☑004

# Enrique Ergas, M.D., P.C.

Patient: *Chitoiu, Elena*

*12-27-00*

Elena Chitoiu - 12/27/00 - #20116

Ms. Chitoiu continues with pain in the right knee and low back.  EXAM: The right knee is tender at the patellofemoral joint.  The lumbosacral spine presented with tenderness over the mid-line and paralumbar muscles with limitation of flexion and extension motions.  Straight leg raising test was 75° at right and 75° at left.  She was instructed to continue physical therapy, Vioxx 25mg OD and Skelaxin 400mg BID and we will check her again in six weeks.  BO:rll

*2/7/01*  POSTCARD SENT OUT TO PATIENT TO CALL FOR A NEW APPOINTMENT  *D.N.K.A.*

*2/27/01*  *c/RSH*  POSTCARD SENT OUT TO PATIENT TO CALL FOR A NEW APPOINTMENT

*03-26-01  C - Rsch*

*3/27/01*

**25**

REPORT FORM

## SERBAN I. COCIOBA M.D.
GENERAL AND INTERNAL MEDICINE

26 EAST 36TH STREET    TEL: (212) 532-0011
NEW YORK, NY 10016    FAX: (212) 532-9899

RE: STRUTAN ELENA   AGE: _____

DATE: 11.19.04

Dear Dr. TO WHOM IT MAY CONCERN

Thank you for referring your patient. The following is a summary of essential findings.

HISTORY: PATIENT WITH CHRONIC BACK PAIN, LUMBAGO SCIATICA SINCE 1997. APROXIMATIVE 3. 2000 PATIENT

PHYSICAL FINDINGS: WAS STARTED ON VIOXX 25mg BID THAN 10mg BID. UNTIL SEPTEMBER 2004. WHEN WAS OUT OF MARKET.

DIAGNOSIS: PATIENT DEVELOPED CHEST PAIN, PALPITATION, FATIGUE, DEPRESSION. HAD A STRESS TEST AND MYOCARDIAL

TREATMENT OR DISPOSITION: PERFUSION TEST, SHOWING ISCHEMIC HEART. HER BLOOD PRESSURE IS FLUCTUATING 120/90 - 158/100 POOR CONTROLED MEDICALY

REMARKS: ☐ NONE ☐ MORE COMPLETE LETTER TO FOLLOW

☐
☐ SEE ATTACHED DIAGRAM, X-RAY, ETC.

Signed _____

I BELIEV THAT HER CARDIAC CONDITION MAY BE SECONDARY TO VIOXX. SHE HAD NO PREVIOUS CARDIAC CONDITION. IF NECESSARY CALL OUR CLINIC.

26

| DATE | NOTES |
| --- | --- |
| CH170/U | ELENA 02/04/2000 |
| | C/o still has low back pain |
| | (R) knee pain |
| | (R) ultrasound |
| | (R) electric stimulation |
| | Paramatical blood test |
| | American & ... |
| | Flexeril 10 ... |
| | Vioxx 25 ... |
| | Tylenol #4 ... |
| | ... 10 ... |
| | Continue medication as ... |

27

A Bright Idea
When you want high single-agent efficacy...Prescribe
Constipation, which is easily managed in most patients, is the most commonly reported side effect of Calan SR.
Please see last pages for complete prescribing information.
© 1990, G.D. Searle & Co 10/90-C90CA44217
SEARLE
G.D. Searle & Co. Box 5110, Chicago, IL 60680
180 mg Calan SR verapamil HCl



| DATE | NOTES | CliniForms Inc. |
|---|---|---|

CHITOIU ELENA  02/11/2002

c/o still has low back pain

(lumbar area)

— pain ® knee

® ultrasound 15'

® electric stimulation 15'

*(illegible handwritten clinical notes)*



**A Bright Idea**

When you want high single-agent efficacy... **Prescribe**

Constipation, which is easily managed in most patients,
is the most commonly reported side effect of Calan SR.
Please see last pages for complete prescribing information.
© 1990, G.D. Searle & Co.

**SEARLE**   G.D. Searle & Co.
Box 5110, Chicago, IL 60680


**180**mg
**Calan SR**
(verapamil HCl)

*28*

## INTERNAL MEDICINE   PROGRESS NOTES

**Name** _arraru euua_     **Date of birth**

| DATE | NOTES |
|------|-------|
| 3.800 | *(handwritten clinical notes, largely illegible)* |
| 7.15.00 | *(handwritten clinical notes, largely illegible)* |
| 3.49.02 | *(handwritten clinical notes, largely illegible)* |

**A Bright Idea**
When you want high single-ag... cacy...**Prescribe**
Constipation, which is easily managed in most patients, is the most commonly reported side effect of Calan SR.
Please see last pages for complete prescribing information.
© 1990. G.D. Searle & Co    10/90-C90CA46211

*SEARLE* G.D. Searle & Co. Box 5110, Chicago, IL 60680

**180mg**
**Calan SR**
Verapamil HCl



29

## INTERNAL MEDICINE — PROGRESS NOTES

Clinicforms, Inc.

CHITOCH GLEN A                Date of birth

| DATE | NOTES |
|------|-------|
| 3.29.00 | Pain back new better |
| | Cutin therapy |
| | Ultrasound ↑ |
| | Physical therapy |
| | E. Stadat; |
| | |
| 4.5.00 | Physical therapy |
| | Ultrasound |
| | Electric for |
| | Paracetamol bte c |
| | Cutin + meds |
| | Cutin medication |
| | Flexeril 10 mg |
| | Vioxx 25 |
| | Tylenol #3 |
| | Codeine EC |



**A Bright Idea**
When you want high single-agent efficacy... **Prescribe**

Constipation, which is easily managed in most patients, is the most commonly reported side effect of Calan SR. Please see last pages for complete prescribing information. © 1990, G.D. Searle & Co.

**SEARLE**      G.D. Searle & Co.
Box 5110, Chicago, IL 60680

10/90-C90CA4421T



@002

**GEORGE BRIEF, M.D., F.A.C.C.**
176 EAST 77TH STREET
NEW YORK, NY 10021
212-744-1852 • FAX: 212-517-6432
*INTERNAL MEDICINE - CARDIOLOGY*

September 1, 2000

Dr. Serban Cocioba
26 East 36th Street
New York, NY 10016

Re:     Elena Chitolu
        Cardiac Evaluation

Dear Serban,

It was very kind of you to refer Mrs. Chitolu for a cardiac evaluation.

This 45 years old female has a several months history of palpitations. They occur almost daily and last several minutes. She feels very anxious. There are slight headaches.

Denies chest pains, or syncope.

Unbelievably at age 20 she was told of coronary artery disease by a cardiologist in Iasi. She remains with a cardiac anxiety, since.

Their no significant risk factors.

On physical examination this is a well-developed, well-nourished female, in no acute distress.
BLOOD PRESSURE 124/80; HEART RATE 80 REGULAR; RESPIRATIONS 14.

HEENT:          Normocephalic, EOM's intact, fundis benign.

NECK:           Supple, no venous distensions, carotids equal without bruits, thyroid not enlarged.

CHEST:          Symmetric.

LUNGS:          Clear on percussion and auscultation.

*31*

Dr. Serban Cocioba
Re: Elena Chitoiu
September 1, 2000
Page 2


HEART:          PMI 5th intercostal space, mid-clavicular line.
                S1 S2 physiologically split no murmurs or gallops.

ABDOMEN:        Soft, no masses, no tenderness, and no organomegaly.
                Bowel sounds were normoactive.

EXTREMITIES:    No clubbing, cyanosis, or edema.
                Peripheral pulsations were present and equal bilaterally.

A 12 lead electrocardiogram was within normal limits.

24-hour holter monitoring will be performed for better evaluation and detection of
any possible significant arrhythmia.

The patient was reassured.

Definitive therapy depends on the results of the 24-hour holter monitor.

Sincerely yours,

George Brief M.D. F. A. C.C.
GB:mp

**BROADWAY CARDIOPULMONARY, P.C.**
William Schwartz, M.D
Farah A. Lajam, M.D.
Alexandra Lansky, M.D.

150 E. 77ᵗʰ Street
New York, NY 10021

Cardiology

Tel: (212) 39-6000
Fax: (212) 39-1526

**Non-Invasive Cardiac Laboratory**

Patient: Strajan, Elena

Age: 49   Sex: F   Date: 08/24

Referring Physician: Dr. A. Tapia

Clinical Information:

Medication:

**Echocardiogram Report**
**(M-Mode and 2 Dimensional)**

| | M-Mode Measurements | Patient (CM) | Normal (CM) |
|---|---|---|---|
| Mitral Valve | E-F Slope | | |
| | Excursion | | 7.0 |
| | Internal Diastolic Dimension | | 2.0 |
| | Internal Systolic Dimension | | 3.5 - 5 |
| | Posterior Wall Thickness | | Variab |
| | Interventricular Septal (IVS) | | 0.6 - 1. |
| | Ejection Fraction (E.F.) | | 0.6 - 1. |
| | Pericardial Refusion (P.E.) | | 50 - 80 |
| Right Ventricle | | | 0 |
| | | | 0.9 - 2. |
| Left Atrium | Dimension | 4.1 | |
| Aortic Root | Aortic Dimension | | 1.0 - 4. |
| | Aortic Cusp Separation | | 2.0 - 3. |
| | | | 1.5 - 2. |

2-D and comments:

Mild LA enlargement.
Normal AV. No AR.
Normal MV. No MR.
Normal LV size and function.
Normal RA/RV size.
No effusion.

Physicians: _____

W

**33**

**BROADWAY CARDIOPULMONARY, P.C.**
150 East 77ᵗʰ Street
New York, NY 10021
Telephone (212) 439-6000

**STRESS TEST REPORT**

Name:  Strajan, Elena                     Age:  49   Sex:  F  Date: 08/24/04

Referring Physician:  Dr. A. Tapin               In-Patient___  Out-Patient___

Reason for test:

Medication (s): _____

Predicted Age Adjusted Max. Heart Rate: 100%   171   90%      85%   145.35

| Stage | MPH | Gradient % | Time (min) | Heart Rate | Blood Pressure |
|-------|-----|-----------|-----------|-----------|----------------|
| 1 | 1.7 | 10 | 1-3 | 111 | |
| 2 | 2.5 | 12 | 4-6 | 130 | |
| 3 | 3.4 | 14 | 7-9 | 140 | |
| 4 | 4.2 | 16 | 10-12 | | |
| 5 | 5.0 | 18 | 13-15 | | |

**Recovery Phase**
Time (min.)    Immediate        1.        2.    3.    4.    5.    6.    7.
HR:

BP:

**IMPRESSION:**
1. The patient achieved a peak heart rate of __140__ which is __82 %__ of the maximum predicted heart rate at __00:40 sec__ of stage __3__ of the Bruce protocol, stopping because of dizziness (7.0 METS).

2. The BP responses were
3. The EKG's were normal.
4. The echo pre/post was normal.
5. No chest pain, mild shortness of breath and dizziness.

**IMPPRESSION:  NEAR MAXIMAL STRESS TEST WITHOUT ISCHEMIA.**

*34*

WILLIAM J. SCHWARTZ  M.D. F.A.C.C.
150 EAST 77TH STREET
NEW YORK N.Y  10021

# HOLTER ECG REPORT SUMMARY

Patient Name: Chitoiu, R.
Address:

Phone:
Pacemaker:        No
Referred By:      Dr. Coniaba
Start Time:       12:00
Medication 1:     None listed
Medication 2:
Medication 3:
Indications :     R/O arrhythmia
                  Tape quality: good

ID:              chs-1
Age:
Sex:             Weight:
Height:
Recording Date:  08/21/2000
Dosage 1:
Dosage 2:
Dosage 3:

| HEART RATE | |
|---|---|
| Average HR: | 74 |
| Min HR: (5 Beat) | 65 at |
| Max HR: (5 Beat) | 129 at 19:25 |
| Min Hourly HR: | 62 at 2200 |
| Max Hourly HR: | 103 at 1900 |
| Total Beats: | 102305 |

| ST SEGMENT | |
|---|---|
| CH 1 TOM ST MIN | 0 |
| CH 2 TOM ST | |
| CH 3 TOM ST MIN | 0 |
| NO ST | |
| NO ST | |

| VENTRICULAR ECTOPIC | |
|---|---|
| VE Total: | 149 |
| VE Pair Total: | 0 |
| V-Tach Total: | 0 |
| VEs per 1,000: | 1 |
| Longest V-Tach: | N/A |

| HEART RATE VARIABILITY | |
|---|---|
| | |
| SDNN Index: | 80 |
| | |
| | |
| RMSSD | |

| SUPRA VENTRICULAR ECTOPIC | |
|---|---|
| SVE Total: | 0 |
| SV-Run Total: | 0 |
| Longest SV-Run: | N/A |

| CONDUCTION | |
|---|---|
| Est 2.0 seconds | |
| Longest Pause: | |

## CONCLUSIONS

The average heart rate was 74, with a minimum of 65 and max of 129. Ventricular ectopic beats totaled 149, with a VE rate of 0 V-Tachs. Supraventricular ectopic beats totaled 0. Pauses 2.0 seconds totaled 0. The minimum ST depression analyzed for an ST segment analysis was performed and no ST deviation. The heart minutes totaled 0. The SDNN index was 80.

SIGNATURE

**35**

Printed Wed Sep 06 20:42:52 2000          (c) Copyright MedTRONIC Incorporated 1997-2000, All Rights Reserved          Data Held Electronically by a Physic

**HEARTSHEALTH**
**205 east 16th street**
**NYC, NY 10003**
**Phone 212 529 8686    Fax 212 529 9837**

---

**STRUJAN, ELENA (DOB: 3/23/1955  ID: 1055)**          **Nov 16, 2004   Tue 2:18 PM**

| | |
|---|---|
| CC | UPPER LEFT CHEST PAINS GOING TO THE NECK AND BACK |
| HPI | 49 YEAR OLD FEMALE REFERRED BY DR. ORIN SEEN ON 9/16/2004 10/15 AND 11/04. SHE COMPLAINS OF SEVERE LEFT UPPE CHEST PAIN RADIATING TO THENECK AND BACK BROUGHT ON BY EXERTION AND STRESS. THIS HAS BEEN PRESENT SINCE LAST MAY. SHE ALSO CMPLAINS OF EXHAUSTIO AZND 10 LBS WEIGHT LOSS AND NIGHT SWEATS. |
| ROS | WEARS GLASSES HAS HEADACHES BAD TASTE IN MOUTH. CHST PAINS PALPITATIONSSHORTNESS OF BREATH SWELLING OF LEGS. LOS OF APPETTE. NAUSEA AND VOMITING FREQUENT URINATION. MUSCLE PAINS BACK PAINS. MDEMORY LOSS DEPRESSION NERVOUSNESS AND INSOMNIA.SKKN DRIER COLD INTOLERANCE. |
| PMH | C SECTION SURGERY RTIGHT KNEE PATELLA. |
| SH | DIVORCED, ONE CHILD AGE 25 MINIMAL ALCOHOL. NO TOBACCO OR RECREATIONAL DRUGS. |
| FH | FATHER DIED OF HEART DISEASE. MOTHER DIED OF A STROKE. |
| Allergies | NONE |
| Meds | EFFEXOR, AQMBIENS, IMETRIEX, DIAZEPAM, FOLATE/B12, ATENOLOL , |
| Vitals | T: 98 F  Wt: 170 Lbs  Ht: 65 in  BP: 120/80  P: 80  RR: 16  BMI: 28.33 |
| PE | ORIENTED X 3 COOPERATIVE.EENT NEG. THYROID NOT ENLARGED NPO CAROTID BRUIT. LUNGS CLERA TO P&A. HEART RSR NO TM ARRTHYMIA. ABDOMEN SOFT NO ORGANOMEGALY.EXTREMETIES NO EDEMA PULSES PALPABLE. NEURO INTAT. NO ADENOPATHY. |
| A/P | EKG WITHIN NORMAL LIMITS. ECHO SHOWED MILD MR,TR. LEFT ATRIUM WAS DILATED.  ROUTINE LABS WERE UNREMARKABLE. STRES TEST. ECG WTH EXERCISE SHOWED 1-2 MM DOWNWARD DEPRESSION. OF THE ST SEGMENTS. THE NUCLEAR POPRTION SHOWED MODERATE ANTERIOR WALL DEFECT WITH MINIMAL REVERSABILITY. BREAST ATTENUATION COULD NOT BE EXCLUDED. PATIENT HAS DEPRESSION AND ANXIETY AND IS UNDER TREATMENT FOR THIS. BECAUSE OF SEVERLY SEVERE EXERTIONAL SYMPTOMS AND THE STROGLY POSITIVE EKG STRESS TEST FURTHER CLARIFICATION OF AN ANGIOGRAM IS RECCOMMENDED. |

CONTINUE ON ATENOLOL. ADD 81 MGM ENTERIC COATED ASPIRIN AND SU LINGUAL NITROGLYCERINE AS INDICATED.

*[signature]*

Coded: Not yet coded,                                    EMANUEL GOLDBERG, MD

AmazingCharts.com                                          Electronic Signature

*36*

**BethIsrael**

...Health Partne...Inc.

Avenue at 16th Street
...York, NY 10003   ph : (212) 420-2806

## Diagnostic Cardiac Catheterization Report

Chitolu-Strujan, Elena          000002068412
49 year old Female   DOB: 03/23/195...
Date: Feb 8, 2005 9:48 AM    Type of ...ase:

| Hosp Acct/Case #: 000400214998 | Height 163.36 cm |
| Hosp Room #: | Weight 80 kg |
| Lab room #: Lab 1 | BSA 1.87 sqm |

| ...th Attending: | Emanuel Goldberg MD |
| ...urse: | Heather Best-Pilgim RN |
| ...VT: | Reynald Dorsainvil CVT |
| ...ellow: | Keith Leibowitz MD |
| Referred By: | Emanuel Goldberg MD |

**Indications**
Primary Indications N...tive Coronary Atherosclerosis

**Procedures**
Entry Site: Right femo...al artery
LHC, Coronary Angio..., LV Gram

| Condition # 1    Resti...g | | | | | | dp/dt | HR | Hgb | %Sat. | Cont |
|---|---|---|---|---|---|---|---|---|---|---|
| Pressure and Oxygen V...lues | | | | | | | | | | |
| LV | (s/ed) | 131 / | 22 / | 55 | - | 0 | 59 | | | |
| Aorta | (s/d/m) | 123 / | 75 / | 95 | | 0 | 57 | | | |
| LV-AO Pullback | (LVs/AOs) | 113 / | 122 / | 0 | | 0 | 60 | | | |
| AV (Aortic Valve) | | | | | | | | | | |
| AV Peak Gradient | (mmHg) | | 6.3 | | | | | | | |

**Complications**

Cath Complications
No complications no...ed during procedure

**Medication during ...rocedure**
Lidocaine - 2%      9:48:35
Ultravist    110 cc ... 10:15:20

**Conclusion:**
LEFT MAIN OK
...AD WALL IRREGUL...RITY
CIRCUMFLEX DOMI...ANT NON OBSTRUCTIVE
RIGHT CORONARY ...MALL NON-DOMINAT
LEFT VENTRICLE E...TIMATED EF 55%
NO MITRAL REGUR...ITATION
NO GRADIENT ON ...O PULLBACK
MEDICAL MANAGE...ENT

...age: 1

**Diagnostic Cardiac Catheterization Report**

Chitolu-Strujan, Elena

000002068412

37

# Lenox Hill Hospital

EMERGENCY SERVICE

**ER No. 1092434**

| DATE 8/19/06 | TIME 10/8 | NAME OF PATIENT: SIRKIJAN ELGWA | EXAMINED BY: Geme | TIME 1130pm |

**HISTORY**

CHIEF COMPLAINT: _Chest pain / 2 hrs_   ALLERGIES: _NKDA_

**HPI:** Location  Quality  Timing  Modifying Factors  Severity  Duration  Context  Associating Signs & Symptoms

_51 Yo F p/w left chest pain radiating to shoulder patient stated to_
_have pain while sitting at 9:30pm 8/10 severity. No relief with nitro ptld._
_associated c SOB, lightheaded, the anginae nitro patch 2 Day kit_
_tried nitro x3 times. Patient noted palpitation, lightheadedness, blurring_
_of vision during the day. Nausea EMS gave ASA 4 sprays nt painfree via_
_cardic: Schwartz_

**PMH:** ☐ NONE  ☐ DM  ☑ HTN  ☑ CAD  ☐ CANCER  ☐ STROKE  ☐ HYPERCHOLESTEROLEMIA  ☐ ASTHMA

☐ SURGERY                        ☐ OTHER  _Cardiac cath '05 , PTSD_  LMP:

**FAMILY HX:** ☐ NA  ☐ DM  ☐ HTN  ☐ CAD  ☐ CANCER  ☐ OTHER

**SOCIAL HX:** SMOKING: ☑ NO  ☐ YES  PACK _____ YRS  ☐ QUIT _____ YR  ALCOHOL USE: ☑ NO  ☐ YES

DRUG USE: ☑ NO  ☐ YES                    ☐ REVIEWED ACR    ☐ REVIEWED OLD CHART

| NEG | REVIEW OF SYSTEMS - (Circle Abnormalities) | NEG | REVIEW OF SYSTEMS - (Circle Abnormalities) |
|---|---|---|---|
| / | 1. CONSTITUTIONAL: Fever  Chills  Wt Loss  Pain  Sweats | / | 8. MSK: Muscle Pain  Joint Pain  Trauma  Deformity |
| / | 2. EYES: Acuity Changes  Glasses  Contacts  Discharge | / | 9. SKIN: Laceration  Rash  Lesions  Itching  Discoloration |
| / | 3. ENT: Hearing Loss  Sore Throat  Discharge  Ear Pain | | 10. NEURO: HA/(Dizziness)  Seizure  Focal Weakness |
| | 4. CVS: (Chest Pain)  Palpitations | | 11. PSYCH: (Depression)  Anxiety  Agitation |
| | 5. RESP: (SOB)  Cough  Sputum  Asthma | / | 12. ENDO: Polyuria  Polydipsia |
| | 6. GI: (Nausea)  Vomiting  Diarrhea  Pain | / | 13. HEMA: Adenopathy  Bruising  Bleeding Disorder |
| / | 7. GU: Retention  Dysuria  Frequency  Urgency  Hematuria | | 14. OB/GYN: Vag Bleeding  Vag Discharge  Pelvic Pain |

**PHYSICAL EXAMINATION**

☐ Nursing Assessment Reviewed   BP _164/89_ P _62_   R _20_   T _98.2_   O2 SAT

**GENERAL**
☐ Alert
☐ NAD
☐ Unresponsive
☐ Lethargic
☐ AOS
☐ NA / ☐ Other

**HEENT**
☐ NI
☐ No evidence of Trauma
☐ Scleral Icterus
☐ Tonsilar - Enlargement/Erythema
☐ Tonsilar Exudate
☐ Pharyngeal Erythema
☐ Moist

**EAR EXAM**
R / L
☐ Abnormal TM   R / L
☐ Otitis Media   R / L
☐ Otitis Externa   R / L
☐ Hemotympanum   R / L
☐ NA / ☐ Other

**NECK**
☐ NI
☐ Supple
☐ Trachea Midline
☐ No Carotid Bruit
☐ No Mass
☐ NA / ☐ Other
☐ Lymphadenopathy
☐ Nuchal Rigidity
☐ Carotid Bruit   R / L
☐ Thyromegaly

**BACK**
☐ No CVA Tenderness
☐ No Tenderness
☐ CVA Tenderness
☐ Tenderness
☐ NA / ☐ Other

**RESPIRATORY**
☐ No Resp. distress
☐ No Retractions
☐ NI Breath Sounds
☐ No Stridor
☐ NA / ☐ Other
☐ Wheezes   R / L
☐ Rales   R / L
☐ Absent   R / L
☐ Stridor

**CVS**
☐ No JVD
☐ Regular Rate
☐ NI Heart Sounds
☐ NA / ☐ Other
☐ JVD
☐ Irregular Rate
☐ Tachycardia / Bradycardia
☐ Murmur ___ / 6 Sys / Dias

**ABDOMEN**
☐ NI BS
☐ Soft
☐ Non-tender
☐ No Organomegaly
☐ No Masses
☐ NA / ☐ Other
☐ Abn BS
☐ Absent / Increase / Decreased
☐ Tenderness
☐ Rebound
☐ Guarding
☐ Pulsatile Mass

**NEURO**
☐ Oriented X 3
☐ NI Cranial Nerves
☐ No Motor Deficits
☐ No Sensory Deficit
☐ NI Cerebellar
☐ Disoriented /Confused/Aphasic
☐ Facial Droop
☐ Weakness   R / L  U/E   R / L  L/E
☐ Sensory Loss
☐ Abnormal
☐ Gait   ☐ Romberg Test
☐ Finger / Nose

**RECTAL**
☐ Norm tone
☐ Heme Neg.
☐ No Mass
☐ NA / ☐ Other
☐ Tenderness
☐ Heme. Pos.
☐ Mass

**EXTREMITIES**

Area of Injury
☐ NI ROM
☐ No Evidence of Trauma
☐ Decrease ROM
☐ Tenderness
☐ Equal Pulses
☐ No Pedal Edema
☐ Unequal Pulses
☐ Pedal Edema
☐ NA / ☐ Other

**SKIN**
☐ Color nl
☐ No Rash
☐ Cyanosis / Pallor
☐ Skin Rash
☐ NA / ☐ Other

**GU**
☐ NI Inspection
☐ No Tenderness
☐ Discharge / Blood
☐ Tenderness
☐ Mass /Swelling
☐ NA / ☐ Other

**PELVIC**
☐ NI Inspection
☐ NI Speculum Exam
☐ NI Bimanual Exam
☐ NA / ☐ Other
☐ Vag Bleeding / Discharge
☐ Cerv. Motion Tenderness
☐ Adnexal Tenderness   R / L

**38**

MEDICAL RECORDS

# Lenox Hill Hospital EMERGENCY SERVICE

ER No. 1098688

DATE 1/4/01 TIME 4:07 NAME OF PATIENT STERIAN, ELENA. EXAMINED BY: [illegible] TIME 745am

## HISTORY

CHIEF COMPLAINT: Needs blood test for [illegible]

ALLERGIES: NKDA

HPI: Location Quality Timing Modifying Factors Severity Duration Context Associating Signs & Symptoms

51 y.o. F w/ Hx Depression, HTN [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ... [illegible]

meds → Imitrex, Effexor, Norvasc, [illegible], ASA

PMH: ☐ NONE ☐ DM ☐ HTN ☐ CAD ☐ CANCER ☐ STROKE ☐ HYPERCHOLESTEROLEMIA ☐ ASTHMA

☐ SURGERY [illegible] ☐ OTHER [illegible] LMP:

FAMILY HX: ☐ NA ☐ DM ☐ HTN ☐ CAD ☐ CANCER ☐ OTHER

SOCIAL HX: SMOKING: ☑ NO ☐ YES PACK ____ YRS ☐ QUIT ____ YR ALCOHOL USE: ☑ NO ☐ YES

DRUG USE: ☑ NO ☐ YES [illegible] ☐ REVIEWED ACR ☐ REVIEWED OLD CHART

| NEG | REVIEW OF SYSTEMS - (Circle Abnormalities) | | NEG | REVIEW OF SYSTEMS - (Circle Abnormalities) | |
|---|---|---|---|---|---|
| | 1. CONSTITUTIONAL: | Fever Chills Wt loss Pain Sweats | | 8. MSK: | Muscle Pain Joint Pains Trauma Deformity |
| | 2. EYES | Acuity Changes Glasses Contacts Discharge | | 9. SKIN | Laceration Rash Lesions Itching Discoloration |
| | 3. ENT: | Hearing Loss Sore Throat Discharge Ear Pain | | 10. NEURO: | HA Dizziness Seizure Focal Weakness |
| | 4. CVS: | Chest Pain Palpitations | | 11. PSYCH: | Depression Anxiety Agitation |
| | 5. RESP: | SOB Cough Sputum Asthma | | 12. ENDO: | Polyuria Polydipsia |
| | 6. GI: | Nausea Vomiting Diarrhea Pain | | 13. HEMA: | Adenopathy Bruising Bleeding Disorder |
| | 7. GU: | Retention Dysuria Frequency Urgency Hematuria | | 14. OB/GYN: | Vag Bleeding Vag Discharge Pelvic Pain |

## PHYSICAL EXAMINATION

☐ Nursing Assessment Reviewed BP [illegible] P [illegible] R 20 T 97 O2 SAT

**GENERAL**
☑ Alert ☑ NAD ☐ Unresponsive ☐ Lethargic ☐ AOB
☐ NA / ☐ Other

**HEENT**
☑ nl ☑ No evidence of Trauma ☐ Scleral Icterus ☐ Tonsillar - Enlargement/Erythema ☐ Tonsillar Exudate ☐ Pharyngeal Erythema ☐ Mass

EAR EXAM ☐ nl R/L ☐ Abnormal TM R/L ☐ Otitis Media R/L ☐ Otitis Externa R/L ☐ Hemotympanum R/L
☐ NA / ☐ Other

**NECK**
☑ nl ☑ Supple ☑ Trachea Midline ☑ No Carotid Bruit ☑ No Mass ☐ Lymphadenopathy R/L ☐ Nuchal Rigidity ☐ Carotid Bruit R/L ☐ Thyromegaly
☐ NA / ☐ Other

**BACK**
☐ No CVA Tenderness ☐ No Tenderness ☐ CVA Tenderness R/L ☐ Tenderness
☐ NA / ☐ Other

**RESPIRATORY**
☑ No Resp. distress ☑ No Retractions ☑ nl Breath Sounds ☑ No Stridor ☐ Wheezes R/L ☐ Rales R/L ☐ Absent R/L ☐ Stridor
☐ NA / ☐ Other

**CVS**
☑ No JVD ☑ Regular Rate ☑ nl Heart Sounds ☐ JVD ☐ Irregular Rate ☐ Tachycardia / Bradycardia ☐ Murmur ___ / 6 Sys / Dias
☐ NA / ☐ Other

**ABDOMEN**
☑ nl BS ☑ Soft ☑ Non-tender ☑ No Organomegaly ☑ No Masses ☐ Abn BS Absent / Increase / Decreased ☐ Tenderness ☐ Rebound ☐ Guarding ☐ Pulsatile Mass
☐ NA / ☐ Other

**NEURO**
☑ Oriented X 3 ☑ nl Cranial Nerves ☑ No Motor Deficits ☑ No Sensory Deficit ☑ nl Cerebellar ☐ nl Reflexes ☐ Disoriented /Confused/Agnosia ☐ Facial Droop ☐ Weakness ☐ R/LUE ☐ R/LLE ☐ Sensory Loss ☐ Abnormal ☐ Gait ☐ Romberg Test ☐ Finger / nose
☐ NA / ☐ Other

**RECTAL**
☐ Non-Tender ☐ Heme Neg. ☐ No Mass ☐ Tenderness ☐ Heme. Pos. ☐ Mass
☐ NA / ☐ Other

**EXTREMITIES**
Area of Injury
☑ nl ROM ☐ No Evidence of Trauma ☐ Decrease ROM ☐ Tenderness
☐ Equal Pulses ☑ No Pedal Edema ☐ Unequal Pulses ☐ Pedal Edema
☐ NA / ☐ Other

**SKIN**
☐ Color nl ☐ No Rash ☐ Cyanosis / Pallor ☐ Skin Rash
☐ NA / ☐ Other

**GU**
☐ nl Inspection ☐ Discharge / Blood ☐ No Tenderness ☐ Tenderness ☐ Mass /Swelling
☐ NA / ☐ Other

**PELVIC**
☐ nl Inspection ☐ nl Speculum Exam ☐ nl Bimanual Exam ☐ Vag Bleeding / Discharge ☐ Cerv. Motion Tenderness ☐ Adnexal Tenderness R/L ☐ Adnexal Mass R/L
☐ NA / ☐ Other

## ADDITIONAL NOTES AND PROCEDURES

9/20/06 0010. Attend
[illegible]
Pt reports ... [illegible]
[illegible]
615pm – Pt stable/asymptomatic ... [illegible]
Plan: f/u c PMD / Cardiol.

☐ X-RAYS: CXR(2) – neg

☐ EKG: NSR @ 58 – WNL, 2330 ... [illegible] 2133 NSR @ 74

☐ DISCHARGE PLANNING

SOCIAL WORK ☐ NOT INDICATED. REASON:

CASE MANAGER ☐ NOT INDICATED. REASON:

| PMD NOTIFICATION | TIME |
|---|---|
| ☐ PMD NAME & NO. [illegible] | |
| ☐ LEFT MSG / PAGED | |
| ☐ SPOKE TO MD | |

| CONSULTANT | TIME |
|---|---|
| NAME: | |
| SERVICE: | |

**Results**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WBC | 9.5 | #1 | CPK | 128 | Urine tcon | | |
| HgB | 10.6 | | CPK-MB | 5 | U/A | WBC | |
| HCT | 30.6 | | MB% | 4 | | RBC | |
| PLT | | | Trop I | 0.0 | | BI | |
| | | | | | Leuk esterase | | |
| Na | 138 | #2 | CPK | 117 | Nitrate | | |
| K | 4.0 | | CPK-MB | 4 | | | |
| C1 | 106 | | MB% | 3 | PT | | |
| Co2 | 24 | | Trop I | 0.0 | INR | | |
| Bun | 16 | | | | PTT | | |
| CR | 0.7 | | | | Amylase | | |
| Glu | 92 | ABG | | | Lipase | | |
| Cal | 9.4 | PH ___ | CO2 ___ | O2 ___ | O2 SAT ___ | | |
| Mg | 2.0 | PH ___ | CO2 ___ | O2 ___ | O2 SAT ___ | | |

☐ I performed a history and physical examination of the patient and discussed his management with the PA / Resident. I reviewed the PA / resident's notes and agree with the documented findings and plan of care.

ENDORSED TO:

PA / NP SIGNATURE

ER ATTENDING SIGNATURE [signature]
Clark Haber, M.D.

**DIAGNOSTIC IMPRESSION** Stable Angina

CONDITION OF PATIENT ON DISCHARGE/TRANSFER: ☒ STABLE ☐ OTHER

TREATMENT RECOMMENDED/PRESCRIBED:

☐ DISCHARGE INSTRUCTION FOR ________ WERE REVIEWED WITH PATIENT AND PATIENT UNDERSTANDS

**REFUSAL OF TREATMENT/LEAVING HOSPITAL AGAINST MEDICAL ADVICE**

I CERTIFY THAT I AM REFUSING MEDICAL TREATMENT ORDERED BY THE PHYSICIANS AND STAFF OF LENOX HILL HOSPITAL AND I AM VOLUNTARILY LEAVING THE HOSPITAL AGAINST THEIR ADVICE AND RECOMMENDATION. I ACKNOWLEDGE THAT THE PHYSICIANS AND STAFF HAVE COMPLETELY INFORMED ME OF THE RISKS AND POSSIBLE MEDICAL CONSEQUENCES OF MY ACTION. I ACCEPT ALL RESPONSIBILITY FOR ANY INJURIES, DAMAGES, OR ADVERSE RESULTS, INCLUDING DETERIORATION OF MY PHYSICAL CONDITION, WHICH I MAY SUFFER BECAUSE OF MY REFUSAL OF TREATMENT.

SIGNATURE OF PATIENT OR OTHER PERSON AUTHORIZED TO SIGN | WITNESS | DATE

PATIENT SIGNATURE: I UNDERSTAND THAT I HAVE RECEIVED EMERGENCY TREATMENT ONLY AND THAT OTHER MEDICAL CARE MAY BE NECESSARY. I ACKNOWLEDGE RECEIPT OF THE EMERGENCY SERVICE PATIENT INFORMATION SHEET AND THE SPECIAL CARE INSTRUCTION SHEET NOTED ABOVE.

X [signature]

TREATED & RELEASED REFERRAL — DISPOSITION
☐ [illegible] ☐ [illegible]
☐ CLINIC Dr. Wm. Schwartz ☐ DATE:
☐ ADMITTED TO: ☐ PMD: TIME NOTIFIED
WALKOUT: ☐ EXAM ☐ NO EXAM
AMA ☐ D.I.E. ☐ M.E. #
TRANSFERRED ACCEPTED BY:
DISCHARGED BY [signature] DATE 9/20/06 TIME 615 ☐AM ☒PM

40

Lenox Hill Hospital

**EMERGENCY DEPARTMENT NURSING DOCUMENTATION**

234W

| Admission Date: 11/14/04 | Time: 7:40 | ER No. 04 96 04 |
|---|---|---|

STRULAN SLONA   Age: 51   Gender: ☐ M ☑ F   DOB: 3/17/55   SS# 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

Primary Physician:                          Primary Language:          Interpreter:

Mode of Arrival ☐ Walk ☐ W/C ☐ Carried ☐ EMS ☐ Accompanied By:

Presenting Complaint:   Initial   ESI 1 2 ③ 4 5 @ _____ hrs.
bld test for poison substance

**TRIAGE DISPOSITION**
☐ Waiting Room @ _____ hrs.
☐ Fast Track @ _____ hrs.
☐ Room @ _____ hrs.

Vital Signs: T 97.9 P 74 R 20 BP 139/82 Sat RA/O2 @ _____ L/Min

Pain Scale: 4/10   Wt _____ lbs   _____ kgs

pt c/o vomiting, SVA & wants to have a bld test
for poison substance.

ESI 1 2 3 4 5

| Fingerstick Glucose: | Hemo Cue: | Morse Fall Scale: |
|---|---|---|

Medical Surgical History:
Depression, HTN.

**ALLERGIES & REACTIONS**
Denie

LMP

Current Medications: (Including OTC & Herbals)
Imitrex, Effexor, Norvasc, Atenolol,
Klonodia, ASA

**IMMUNIZATIONS** Peds Immunizations: UTD ☐ Yes ☐ No
Tetanus:    UTD ☐ Yes ☐ No  Year:
Pneumococcal: UTD ☐ Yes ☐ No  Year:
Influenza:  UTD ☐ Yes ☑ No  Year:

We routinely ask all patients about domestic violence / abuse or exploitation in their lives. Is this a problem for you or your child(ren) ☐ Yes ☐ No
Do you feel safe right now? ☐ Yes ☐ No. Explain:                    Social Work Contacted ☐ Yes
Advance Directive: ☐ Yes              SIGNATURE                    RN Initial:

**History & Physical Assessment:   Time:**
Came in to ER wanting blood test after
inhaling gas given Steve.

| | Pulse | | Resp | Blood Pressure | | O2 Sat | Pain Scale | Blood Sugar | Height | | Visual Acuity | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temp | Lying | Stand/Sit | | Lying | Stand/Sit | | | ☐ NA | | | Right | Left |
| | | | | | | RA/O2 @ L | /10 | | ft ☐ NA | in | R/ | L/ |

**Airway**
☐ Patent
☐ Obstructed
☐ Intubated
☐ ETT Size _____ cm @ Lips

**Respiratory**   Breath Sounds
☑ Regular
☐ Shallow
☐ Labored
☐ Indrawing

| | Left | Right |
|---|---|---|
| Crackles | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Wheezes | ☐ | ☐ |
| Diminished | ☐ | ☐ |

**Pulse**
☑ Regular
☐ Irregular
Capillary Refill _____ sec @ _____
Monitor ☐ Yes  Rhythm _____

**Skin Color**
☐ Pink  ☐ Cyanotic
☐ Pale  ☐ Mottled
☐ Other

**Skin Quality**
☑ Warm  ☐ Dry
☐ Cool  ☐ Diaphoretic
☐ Hot  ☐ Edema
☐ Yes  Reviewed By
EKG

**Eyes Open**
☑ Spontaneously ☑ To Pain
☑ To Speech ☐ None
Pupils
Lt. Size _____ Reaction _____
Rt. Size _____ Reaction _____
1 2 3 4 5 6 7 8
R - Reacting  S - Sluggish  F - Fixed  U - Untestable

**Best Motor Response**
☑ Obeys commands/Normal movements
☑ Localizes pain/Withdraws to touch
☑ Withdraws to pain
☑ Flexion to pain/Abnormal extension
☑ Extension to pain/Abnormal extension
☑ None

**Best Verbal Response**
☑ Oriented/Coos, babbles
☑ Confused/Irritable cry
☑ Inappropriate words/Cries to pain
☑ Incomprehensible sounds/Moans to pain
☑ None

**GCS** =
☐ C-Collar ☐ C-Spine Immobilization

Cleared by:
Time:

Behavior: ☐ Cooperative ☐ Uncooperative ☐ Restless ☐ Combative ☐ Crying ☐ Agitated ☐ Non Communicative

**Abdomen**
☐ Soft  ☐ Rigid  ☐ NPO Advised
☐ Distended  Last BM _____

**Urinary** ☐ Frequency ☐ Urgency ☐ Dysuria
☐ Hematuria ☐ Retention ☐ Incontinence
Bleeding ☐ Yes  Duration _____  Amount _____
LNMP _____  Gravida _____  Para _____
Color _____  Sensation _____  Movement _____   FHR _____   ☐ Discharge

☐ 1:1 Observation   ☐ Psych Consult

**41**

_____ hrs.  ☐ Security notified @ _____ hrs.
                                    RN Initial:

| 1 gm | 4 mcg | 7 mcg/min | 10 LPM | 13 mcg/kg/min | IV | IM | ETT | RECtal |
| 2 mg | 5 unt | 8 gtt/min | 11 ml/hr | 14 units/hr | IO | SQ | NEB | INHal |
| 3 meq | 6 ml | 9 mg/min | 12 Joules | 15 inch | SL | PO | AUTo | TRAnsdermal |

Unit Measure   Route

**1810502**

## VITALS

| Time | Staff # | Systolic B/P | Diastolic | Pulse | Respiration | SPO2 | CO2 | Blood Sugar | Pain (0-10) | Temperature |
|---|---|---|---|---|---|---|---|---|---|---|
| 2127 | 2 | 160 | | 90 PAL | 62 | 20 | | | | 8 | |
| 2145 | 2 | 130 | | 80 PAL | 70 | 18 | | | | 5 | |
| 2207 | 1 | 109 | | 68 | 62 | 18 | | | | 6 | 97 |
| 2202 | 2 | 100 | | 80 PAL | | 18 | | | | | |

## FLOW CHART

| Treatment / Medication | Time | Staff # | Treat. Code | Med. Code | Dose | Unit | Route | Attempt | Cond | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| ACS ASSESSMT | | 2 | 110 | | | | | | | |
| O2 VIA NRB | 2137 | 2 | IV6 | | 10 | 10 | INH | | | |
| NTG (PT) | 2138 | 2 | 181 | | | | | | | |
| IV C9 | 2138 | 2 | 121 | | | | | | | |
| NTG SPRAY | 2137 | 2 | 137 | 341 | 0.4 | 2 | SL | | | |
| ASA (chewable) | 2 | 3 | 308 | 162 | | 4 | PO | | | |
| IV SITE O2 LPM | 2134 | 1 | 142 | | 10 | | 6 | IV | | |
| IV FLUID NKG | 2153 | 2 | 161 | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

## NARRATIVE HISTORY

Key Words: (Onset Provokes Quality Radiates Severity Position Changes En Route Medications, Other Vital Signs)

Illness / Injury Onset Date: 07 / 17 / 06

Medical need  ☑ Medically Necessary  ☑ Required Stretcher  ☑ Severe Pain  ☐ Visible Bleeding
Must be seen ... for basis  ☐ Bed Confined  ☐ Unconscious  ☐ Needed Restraining  ☑ Non-Ambulatory

**PMH** ☐ Asthma ☐ Chronic Renal Failure ☐ Cancer ☐ CVA / Stroke ☐ Dialysis ☐ HIV / AIDS ☐ Psychiatric Problems ☐ Substance Abuse ☐ Tuberculosis
☐ Amputee ☐ Chronic Respiratory Failure ☑ Cardiac ☐ Diabetes ☐ Emphysema ☑ Hypertension ☐ Seizure Disorder ☐ Tracheostomy ☐ Other

**Allergies** ☑ No

**Medication** NORVASC, NTG SL & PATCH, EFFEXOR, LUVESTA, ASA, VITS

CALL TYPE - CARDIAC   FDNY CFR-D ENG CO 44 arrived
[handwritten narrative, largely illegible] ... EDNY ... pt c/o ... SOB ...
... IMP.) ACS R/O ANGINA PECTIS vs. MI.

Medication / Treatment Authorization: On-Line Physician
☑ Protocol ☐ Written Orders  On-Line
☐ On-Line ☐ NA ☐ On-Scene  On-Scene  Med. Facility

**Moved to Ambulance By:**
☑ Chair ☐ Scoop Stretcher ☐ Walked with Assist
☑ Stretcher ☐ Carried ☐ Met at Ambulance

**Transport Pos:**
☐ Supine ☐ Shock
☐ Sitting ☐ Prone

**42**

| Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

**Quest Diagnostics**®

QUEST DIAGNOSTICS INCORPORATED

SPECIMEN INFORMATION
SPECIMEN: 92501897
COLLECTED: 03/04/2010   17:48
REPORTED: 03/05/2010   13:07

PATIENT INFORMATION
STRUJAN, ELENA

DOB: 03/__/1955 AGE: 54
GENDER: F   FASTING: N

REPORT STATUS   FINAL

ORDERING PHYSICIAN
AIVAZI, ZAZA

CLIENT INFORMATION
T23058

_02 4000

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEPATIC FUNCTION PANEL | | | | |
| PROTEIN, TOTAL | 7.4 | | | TBR |
| ALBUMIN | 4.5 | | 6.2-8.3 g/dL | |
| GLOBULIN, CALCULATED | 2.9 | | 3.6-5.1 g/dL | |
| A/G RATIO | 1.6 | | 2.2-3.9 g/dL | |
| BILIRUBIN, TOTAL | 0.2 | | 1.0-2.1 | |
| BILIRUBIN, DIRECT | 0.0 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 68 | | < = 0.2 mg/dL | |
| AST | 30 | | 33-130 U/L | |
| ALT | | 68   H | 10-35 U/L | |
| BILIRUBIN, INDIRECT | 0.2 | | 6-40 U/L | |
| | | | 0.2-1.2 mg/dL | |

ESR, WESTERGREN                                                    TBR

No acceptable specimen was received                 0-30 mm/hr

CARDIO CRP (R)                                                     ...CR

High relative cardiovascular risk according to AHA/CDC  7.5   H   mg/L
guidelines. Consider retesting in 1 to 2 weeks to exclude a
benign transient elevation in the baseline CRP value
secondary to infection or inflammation.
See footnote  2

ANACHOICE SCR, W/REFL IFA
ANACHOICE SCREEN

A negative ANAchoice (TM) indicates the absence of        Negative   TBR
detectable antibodies to component analytes consisting of
dsDNA, Chromatin, RNP, Sm/RNP, Sm, SSA, SSB, Jo-1,
Centromere B, Scl-70 and Ribosomal P. A negative
ANAchoice(TM) should be interpreted in the context
of the clinical and laboratory findings, and does not rule
out autoimmune disease characterized by other autoantibody
specificities including autoimmune hepatitis and primary
biliary cirrhosis.

FOOTNOTE(S):
1

Desirable range is <100 mg/dL for patients with coronary
heart disease (CHD) or diabetes, and <70 mg/dL for diabetic
patients with known CHD.
For Ages >17 Years:

2

STRUJAN, ELENA - 92501897

Page 1 - Continued on Page 3

© Quest Diagnostics. The associated logo and all associated Quest Diagnostics marks are trademarks of Quest Diagnostics Incorporated. All rights reserved.

43

Lenox Hill Hospital-MEETH
**Patient Results**

| STRUJAN, ELENA | OPL-Raisler Testing Center | 55y | F | Bernbaum, Melissa L |
|---|---|---|---|---|
| CLS | | 03-23-1955 | 5030463 / 101821681 | |
| 07-03-2010 10:34 | MRI Brain-w/o Contrast | | | Results Received |

LENOX HILL HOSPITAL
DEPARTMENT OF RADIOLOGY
Final

PATIENT:    STRUJAN,ELENA            PT TYPE:  OP
MR NO:    5030463                ACCT #:   101821681
DOB:        03/23/1955            HOSP SVC: PAR  CLI: PAR
ATTENDING PHYSICIAN:  MELISSA BERNBAUM ,MD
ORDERING PHYSICIAN:   MELISSA BERNBAUM ,MD
EXAM: 07/03/2010 1034   MR BRAIN W/O CONTRAST        CPT:70551

ADMIT DIAGNOSIS:
REASON:
FACE SPASM

INTERPRETATION:
MRI OF THE HEAD:

Clinical information: 55 y/o female, right facial spasm.  R/O brainstem
lesion.

Sagittal and axial T1 weighted images were obtained.  Axial FLAIR,
diffusion weighted and T2 weighted images were taken.  Coronal and sagittal
FLAIR images were taken.

The ventricles and subarachnoid spaces appear normal.  No intracranial
hemorrhage or mass is seen.

The diffusion weighted images do not show any hyperintense focus to
indicate an acute or subacute infarct.

On long TR images, there are several small hyperintense spots in the white
matter of both frontal lobes,  measuring from 2 mm in diameter to 3 x 6 mm
in size.  These are non specific findings and are the so-called UBOs
(unidentified bright objects), probably representing ischemic changes.   No
abnormal signal is seen in the brainstem.

The vascular structures are unremarkable.  No aneurysm or arteriovenous
malformation is seen.  The right vertebral artery is larger in caliber
compared to the left side and pursues a wandering course along the left CP
angle.  This is clinically insignificant.

The bony structures are unremarkable.  The sella turcica is normal in size
and the pituitary gland appears normal.  Both orbits appear normal.  The
paranasal sinuses are clear.

IMPRESSION:

1. No intracranial hemorrhage, mass or acute/subacute infarct.



Lenox Hill Hospital-MEETH
## Patient Results

| | | | |
|---|---|---|---|
| STRUJAN, ELENA<br>CLS | OPL-Raisler Testing Center<br>03-23-1955 | 55y F<br>5030463 / 101821681 | Bernbaum, Melissa L |

| 07-03-2010 10:34 | MRI Brain-w/o Contrast | Results Received |
|---|---|---|

2. Several small UBOs in the white matter of both frontal lobes.

END OF IMPRESSION.

Reviewed by and Signed by 03714 Wen Yang MD; 7/5/2010 4:25 PM
DICTATED: 07/05/2010
WEN C. YANG ,MD          07/05/2010


ACC#: 4665MR10
LOCATION: RADIOLOGY PRIVATE AMBULAT
PAGE: 2

**LUIS GLODOWSKI,M.D.**
**49-02 QUEENS BLVD**
**WOODSIDE,NY 11377**
**(718) 424 4646**

November 18, 2011

**Re: STRUJAN, ELENA**

To Whom It May Concern:

Ms. Strujan is a patient under my care whose recent Brain MRI indicated multiple lacunar infarcts. Patient is advised tight bloodpressure control, statin and antiplatelet therapy to keep this condition under control. She is also advised to modify her dietary habits to reduce high cholesterol levels .

Truly,

Luis Glodowski

Luis Glodowski Md
49-02 Queens Blvd
Woodside, NY 11377

46

## Follow-Up

| | | | |
|---|---|---|---|
| Patient: | Elena Strujan | EMRN: | 3570*70 |
| Encounter: | Nov 14 2011  1:30PM | | |

Right lower extremity demonstrates positive straight leg raise.
Left Lower extremity demonstrates positive straight leg raise.

### Assessment
1. Common Migraine (Without Aura) 346.10
2. Anxiety (Symptom) 300.00
3. Lumbar Canal Stenosis 724.02
4. Poisoning By Carbon Monoxide 986
5. Lumbar Radiculopathy 724.4

### Plan
**Lumbar Radiculopathy (724.4)**
- Follow-up visit in 3 months Outpatient  Follow-up  Status: Active  Requested for: 14Nov2011

### Discussion/Summary
*The ischemic changes reported on the MRI brain from 7/2010 are very likely secondary to the high blood levels of carbon monoxide detected many times at that time (see attached reports), and prior use of Viox for knee arthritis and radicular pain.  Amended By: Carasca, Andrei; 11/14/2011 11:38 AM EST*
~~*The ischemic changes reported on the MRI brain from 7/2010 are very likely secondary to the high blood levels of carbon monoxide detected many times at that time (see attached reports).*~~ *Amended By: Carasca, Andrei; 11/14/2011 11:01 AM EST*

### Signatures
Electronically signed by : Andrei Carasca, M.D.; Nov 14 2011 11:39AM (Author)

Andrei Carasca, M.D.
875 Fifth Avenue
New York, N.Y. 10065



Weill Cornell Medical Center

## Patient Results

All results - Performed since 11-Jun-2011

| STRUJAN, ELENA | Adult ED | 56y | F | Sharma, Rahul |
|---|---|---|---|---|
| | | 23-Mar-1955 | | 261 70 22 / 000 409591 668 |

| | | | | Corrected Results |
|---|---|---|---|---|
| **11-Jun-2011 11:22** | Liver Function Panel | | | Final |
| Total Protein | 5.9 | L | [6.1-7.9 g/dL] | Final |
| Albumin level | 3.8 | | [3.5-4.8 g/dL] | Final |
| Aspartate Aminotransferase | 217 | H | [15-41 IU/L] | Final |
| Alanine Aminotransferase | 197 | H | [14-54 IU/L] | Final |
| Alkaline Phosphatase | 117 | H | [32-91 IU/L] | Final |
| Bilirubin, Total | 0.4 | | [0.3-1.2 mg/dL] | Final |
| Bilirubin, Direct | 0.1 | | [0.1-0.5 mg/dL] | Final |
| Globulin | 2.1 | | [1.8-3.3 g/dL] | Final |
| Bilirubin, Indirect | 0.3 | | [0.1-0.8 mg/dL] | Final |

| | | | | 1 or more Final Results Received |
|---|---|---|---|---|
| **11-Jun-2011 11:22** | B-Type Natriuretic Peptide | | | Final |
| B-Type Natriuretic Peptide | 139 | H | [<=100 pg/mL] | |

| | | | | Corrected Results |
|---|---|---|---|---|
| **11-Jun-2011 11:22** | Estimated Glomerular Filtration Rate | | | Final |
| GFR African-American | >60 | | [>=60 mL/min/1.73 m2] | Final |
| GFR Non African-American | >60 | | [>=60 mL/min/1.73 m2] | |

| | | | | Specimen Received by Lab/Radiology Test |
|---|---|---|---|---|
| **11-Jun-2011 11:22** | Hemoglobin A1C | | | Complete |

| | | | | Corrected Results |
|---|---|---|---|---|
| **11-Jun-2011 11:22** | Activated Partial Thromboplastin Time | | | Final |
| Anticoagulant | None | | | Final |
| Activated Partial Thromboplastin Time | 26.4 | | [26.0-35.0 second(s)] | |

Effective 9/19/2010, the Laboratory has moved APTT testing from the Sysmex CA1500 to the ACL TOP. See new reference ranges for APTT.

New Heparin Therapeutic Range is 64 - 97 seconds.

| | | | | Corrected Results |
|---|---|---|---|---|
| **11-Jun-2011 11:22** | PT/INR | | | Final |
| Prothrombin Time | 12.4 | | [9.8-13.2 second(s)] | |

Effective 12/7/2010 the PT and INR reportable limits have been extended. The new PT reportable range is 9.0 to 117.0 seconds and the new INR ratio reportable range is 0.8 to 9.1.

| Int'l Normal Ratio | 1.1 | | [0.9-1.1 ratio] | Final |



ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

May 14, 2012

*[handwritten notations: FAXED, FAXE, by mail, P.O. Box 888, Wilm. Delaware 1989 (6/7/2012)]*

To : Capital One Bank          - for the Account ending 6194
     Barclay Card Master Card - for the account ending 8170
     Chase- Visa Card         - for the account ending 6194

Dear Sir /Madame

I must to apologize, and I do so profusely for the great inconvenience due my temporary incapacity to pay my cards. Actually I am in SSD and SSI, and effectively I can not pay even the minimum due.

In this unhappy situation, I pledge to froze my accounts and stop with the interests and fees.

Thank you for your special understanding and cooperation herein.

Sincerely,

*[signature]*

Elena Strujan

PS: Sent by fax.

*49*



# Accurate Building Inspectors®

A Div. of Ubell Ent. Inc.
1860 Bath Ave. · Brooklyn, NY 11214-4616 · Tel. 718.265.8191 · Fax 718.449.7190 · E-mail: inspector@AccurateBuilding.com

www.AccurateBuilding.com

Lawrence J. Ubell, Chief Inspector*
Alvin Ubell, Senior Inspector
Matthew Barnett, Senior Inspector*
Licensed: NJ, CT, MA, +NY
Members: ASHI, AIA

NJ Lic. # 61033900

NJ Lic. # 61036500

June 24, 2009 - File No. 209.204.Strujan

Ms. Elena Strujan
1413 York Avenue – Apt. 4
New York, New York 10021
Tel/Fax: 212-861-4565
C 646-234-2421

RE: Apartment 4
1413 York Avenue
New York, New York

Dear Ms. Strujan:

As requested, I examined the above referenced location on June 3, 2009 due to possible carbon monoxide or combustible gases infiltration into Apartment 4 at the above address.

Upon entering the apartment there was an odor emanating within the apartment. It should be noted that the relative humidity in the apartment appeared to be quite high.

I scanned the apartment with a combusted gas meter, which indicated that there were high levels of combusted gases, which can include and not be limited to carbon monoxide, methane gas and other hydrocarbons.

The scanning device I used does not give the level of gases; it just indicates the presence of said gases.

The condition in the apartment needs further investigation and monitoring. There are two (2) methods that could be used to determine which gases are present in the apartment and the amounts.

1. Setting up a gas monitoring station in the apartment.
2. A personal monitoring system would be worn by you.

The cost for the monitoring systems will be forwarded to you when they become available.

It is my recommendation that due to the presence of carbon monoxide or combustible gases that the apartment in not safe for living and constitutes a health risk.

Until the type, source and level of the gases can be determined, other living arrangements should be made to protect your health.

209.204.Strujan

1

"Dedicated to Quality & Safety in Housing & Construction ©"
Since 1961



If you could, please forward me copies of the reports on all the blood work indicating the high carbon monoxide levels.

If you have any questions, please do not hesitate to contact me.

Sincerely,
Accurate Building Inspectors
Division of Ubell Enterprises, Inc.

LJU/erk

Lawrence J. Ubell, PHI, Senior Inspector
Larry@AccurateBuilding.com

Encl.

Sworn to and subscribed before me this 24th day of June, 2009. In the State of New York,
County of Kings.

Notary Public

JOANN RODRIGUEZ
Notary Public, State of New York
No. 01RO6058743
Qualified in Kings County
Commission Expires 11/29/20___



209.204.Strujan

51

**conEdison**
Customer Operations
1-800-350-9346

Gas Call Ticket No. _N0601005_
Date: _12/17/05_
Time "Red Tag"
Was Applied: _1745_

## WARNING

TYPE:   Ⓐ   Ⓑ   Ⓒ

Address _# 1413 York Av_

Name _Strujan_   Apt. _4_

WAS ADVISED THAT GAS SUPPLY HAS BEEN SHUT
OFF TO THIS

(If Appliance—Manufacturer's Name & Type Appliance)

RED TAG ATTACHED AT
LOCATION CHECKED

| Location | Shut off | Locked | Capped or Plugged |
|---|---|---|---|
| Riser | | | |
| Gas Meter | X | ✓ | ✓ |
| Gas Service | | | |
| Appliance | | | |

For the reason indicated below:

No Flue Connection .....................................
No Draft Hood .............................................
No Safety Valve ...........................................
No Safety Pilot ............................................
No Appliance Regulator ................................
Appliance Regulator Not Vented ..........
Inoperative Safety Pilot ...........................
Leak in House Pipe .....................................
Stoppage in House Piping ..........................
Leak at Equipment ......................................
Other: _Smith_

Employee Name _Smith_   No. _7413_

It is understood that the gas piping and/or equipment affected
by this closed valve must not be used until the problem has
been eliminated. Repairs must be made in accordance with
municipal regulations and, if so required, must be performed
by a licensed plumber.
For information call:
New York City Department of Buildings; Call 311;
In Westchester, contact your local municipality.

Customer's Signature: _Elvio Mu 04_

**COMPANY'S COPY**

FORM 50-39 (EA.) 5/04 GAS OPERATIONS



## Left Ticket

**conEdison**
Customer Operations
1-800-350-9346

Gas Call Ticket No. MC0700630C
Date: 8/8/07
Time "Red Tag"
Was Applied: 1100m

**WARNING**

TYPE: [A] (B) [C]

Address 1413 York Av

Name MRS. Struion Apt. 04

WAS ADVISED THAT GAS SUPPLY HAS BEEN SHUT
OFF TO THIS Range

(If Appliance—Manufacturer's Name & Type Appliance)

↓ RED TAG ATTACHED AT
LOCATION CHECKED

| Location | Shut off | Locked | Capped or Plugged |
|---|---|---|---|
| Riser | | | |
| Gas Meter | | | |
| Gas Service | | | |
| Appliance | ✓ | | |

For the reason indicated below:

No Flue Connection ............... At Oven

No Draft Hood ............... Vent

No Safety Valve ...............

No Safety Pilot ...............

No Appliance Regulator ...............

Appliance Regulator Not Vented ...............

Inoperative Safety Pilot ...............

Leak in House Pipe ...............

Stoppage in House Piping ...............

Leak at Equipment ............... ✓

Other: ...............

Employee Name Rosario No. 1976

It is understood that the gas piping and/or equipment affected
by this closed valve must not be used until the problem has
been eliminated. Repairs must be made in accordance with
municipal regulations and, if so required, must be performed
by a licensed plumber.
For information call:
New York City Department of Buildings: Call 311.
In Westchester, contact your local municipality.

Customer's Signature

**CUSTOMER'S COPY**

FORM 50-39 (EA.) 03/2007 GAS OPERATIONS

## Right Ticket

**conEdison**
Customer Operations
1-800-350-9346

Gas Call Ticket No. MC0700630C
Date: 8/8/07
Time "Red Tag"
Was Applied: 1100 Am

**WARNING**

TYPE: [A] (B) [C]

Address 1413 York Av

Name MRS. Struion Apt. 04

WAS ADVISED THAT GAS SUPPLY HAS BEEN SHUT
OFF TO THIS Range

(If Appliance — Manufacturer's Name & Type Appliance)

↓ RED TAG ATTACHED AT
LOCATION CHECKED

| Location | Shut off | Locked | Capped or Plugged |
|---|---|---|---|
| Riser | | | |
| Gas Meter | | | |
| Gas Service | | | |
| Appliance | ✓ | | |

For the reason indicated below: HiGH CO

No Flue Connection ............... Reading

No Draft Hood ...............

No Safety Valve ............... Over 200 PM

No Safety Pilot ...............

No Appliance Regulator ............... At Oven

Appliance Regulator Not Vented ...............

Inoperative Safety Pilot ............... Vent

Leak in House Pipe ...............

Stoppage in House Piping ...............

Leak at Equipment ............... ✓

Other: ...............

Employee Name Rosario No. 1976

It is understood that the gas piping and/or equipment affected
by this closed valve must not be used until the problem has
been eliminated. Repairs must be made in accordance with
municipal regulations and, if so required, must be performed
by a licensed plumber.
For information call:
New York City Department of Buildings: Call 311.
In Westchester, contact your local municipality.

Customer's Signature

**CUSTOMER'S COPY**

FORM 50-39 (EA.) 03/2007 GAS OPERATIONS

**53**

conEdison
Customer Operations
1-800-350-9346

Gas Call Ticket No. MLCA-007878
Date: 1/14/08
Time "Red Tag"
Was Applied:

**WARNING**

TYPE: [A] [B] [C]

Address 1413 YORK AVE

Name MR STRUJAN Apt. 2

WAS ADVISED THAT GAS SUPPLY HAS BEEN SHUT
OFF TO THIS PREMIER RANGE

(if Appliance – Manufacturer's Name & Type Appliance)

RED TAG ATTACHED AT
LOCATION CHECKED

| Location | Shut off | Locked | Capped or Plugged |
|---|---|---|---|
| Riser | | | |
| Gas Meter | | | |
| Gas Service | X | X | V |
| Appliance | | | |
| | | | |
| | | | |

For the reason indicated below:

No Flue Connection
No Draft Hood
No Safety Valve
No Safety Pilot
No Appliance Regulator
Appliance Regulator Not Vented
Inoperative Safety Pilot
Leak in House Pipe
Stoppage in House Piping
Leak at Equipment
Other

Employee Name GRAN No. 7702

It is understood that the gas piping and/or equipment affected
by this closed valve must not be used until the problem has
been eliminated. Repairs must be made in accordance with
municipal regulations and, if so required, must be performed
by a licensed plumber.
For information call:
New York City Department of Buildings: Call 311.
In Westchester, contact your local municipality.

Customer's Signature

**CUSTOMER'S COPY**

FORM 50-39 (EA) 03/2007 GAS OPERATIONS

54

\*\*\*   REC 2010222   142416 H4BD29E0 NWJ9   CIPQYAE   PQAE   (F-NWJ )   \*\*\*

OCIAL SECURITY ADMINISTRATION

Date: August 10, 2010
Claim Number: 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A
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DI

ELENA STRUJAN
P O BOX 20632
NEW YORK NY 10021-0072



SOCIAL SECURITY
AUG 1 0 2010
GRAND CENTRAL UN
C05 NEW YORK, NY

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, may send them this letter.

Information About Current Social Security Benefits

Beginning January 2010, the full monthly
Social Security benefit before any deductions is......$ 556.00

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 556.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (F
example, Social Security benefits for March are paid in April.)
Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

Beginning September 2010, the current
Supplemental Security Income payment is...............$ 225.00

This payment amount may change from month to month if income or
living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For
example, Supplemental Security Income Payments for March are paid in March.)

Date of Birth Information

The date of birth shown on our records is March 23, 1955.



55

There was no cost of living adjustment in Social
2009. The benefit amount shown is current as of t

If You Have Any Questions

   If you have any questions, you may call us at 1-
   local Social Security office at 866-964-7402. We
   over the phone. You can also write or visit any
   office that serves your area is located at:

                              SOCIAL SECURITY
                              3RD FL
                              755 2ND AVE AT 41ST
                              NEW YORK, NY 10017

   If you do call or visit an office, please have t
   help us answer your questions.



                                              OFFICE




NEW YORK STATE
BENEFIT
IDENTIFICATION CARD

ID NUMBER          CARD NUMBER
RY83718U  600486 8728 3837 183 02
SEX        DOB
F          03/23/1955
LAST NAME  STRUJAN
FIRST NAME / MA  ELENA


*56*

# United Nations  Nations Unies

HEADQUARTERS · SIEGE

OHRM

STAFF ACTIVITIES UNIT

ROOM DC1-200A NY, NY, 10017

TEL.: 1 (212) 963.7068 · FAX: 1 (212) 963.6153 E-MAIL:TSOKAS@UN.ORG

REFERENCE: **Ms. STRUJAN Elena – Volunteer**                    27 April 2012

Dear Sir or Madam:

I would like to express my support for Ms. Elena STRUJAN who works as a Volunteer in the United Nations Staff Activities and Housing Unit since October 2011.

Ms. STRUJAN works in our 'NYC Cultural Information' and 'Housing desk' and she is in good standing with our department.

She adapted to our environment very well and she is able to work and communicate well with people from many different countries and cultures. Even if her duties are not directly related to UN policy, they do share the common thread of working in an international environment with an incredibly diverse clientele.

Ms. STRUJAN took the initiative on a daily basis to connect with the diverse group of individuals at the UN in order for her to get a true feel for the organization.

If you have any questions regarding Ms. STRUJAN's professional record or character please do not hesitate to contact me.

Sincerely yours

Mr. Zikos TSOKAS
Coordinator

Staff Activities and Housing Unit

*57*

*DUSHAN KOSOVICH, M. D., P. C.*
*Diplomate, American Board of Psychiatry & Neurology*
*Certified in Psychiatry*
*F.A.A.Ps., A.A.P.&L., A.A.C.P., N.A.A.A.M., W.P.A., C.A.N.V.*
*333 E 46ᵗʰ Street, Apt. 1G, New York, NY 10017*

January 30, 2006

**To Whom It May Concern:**

Dear Sirs:

I am heartily recommending Mrs. Elena STRUJAN for work, since she is a hard working, very serious, capable and honest person whom I have known for years. I have always admired her for her strength, energy and eagerness to put the maximum effort and will in order get the work done and the task achieved.

Due to her high personal and working qualities, I am deeply convinced that she would be an asset to the employer who would give her an opportunity to work.

Very truly yours,

Dushan Kosovich, M.D.

Dushan Kosovich M.D.
333 East 46 St. #1G
New York, N.Y. 10017
212-661-9449

58



# THE METROPOLITAN
## MUSEUM OF ART

*Membership*

November 14, 2009

TO WHOM IT MAY CONCERN:

Elena Strujan has been a volunteer for the Membership Department of the Metropolitan Museum of Art since March 2009.

She works at the Membership Desk one afternoon a week, selling Memberships to raise money for the Museum. This is a demanding job; the Museum can be very busy, and our volunteers must pay close attention to detail while being expansive and welcoming to the public and our Members.

Ms. Strujan is reliable and committed and it has been our pleasure to have her participate in our volunteer program.

Sincerely yours,

Mary Taylor

Mary Taylor
Assistant Membership Officer
for Volunteers



Certified Copy of Original
Trevor Fobbs - 5/29/11

**59**



**CATHEDRAL HIGH SCHOOL**
ARCHBISHOP HUGHES MEMORIAL H.S.
350 East 56th Street, New York, NY 10022-4199
Phone: (212) 688-1545    Fax: (212) 754-2024
www.cathedralhs.org

*Office of the Principal*

October 2002

To Whom It May Concern:

Letter of Recommendation:  Elena Chitoiu

Elena Chitoiu was employed as a teacher at Cathedral High School for the school year 2001-2002.  She carried a full teaching program: 5 classes daily as well as supervisory assignments.  Elena taught 9th grade students, approximately 150 girls, Introduction to Health.  Her students varied academically from those in the honors program to students in a basic program.

Elena was a definite asset as a member of the Cathedral High School teaching family. She was a role model for our students.  Elena was always professional, well prepared and concerned for her students.  She was always interested in perfecting her teaching.  Her attendance was excellent, as was her promptness in meeting requests made by the administration and/or her immediate supervisors.

During Elena's year at Cathedral, I found her to be a woman of high moral character. She is a life long learner, self-motivated, and a team player.  At all times during a very difficult school year (9/11 and a month long teacher strike), Elena willingly and cheerfully gave of her time and talent for the good of the students and the school.

I regretted not be able to offer a contract to Elena for the 2002-2003 school year, but it was necessary to cut back enrollment and therefore teaching staff.  If you have any questions, please feel free to get in touch with me by phone or email.

Sincerely,

*Sister Eliz[illegible]*

Sister Elizabeth Graham
Principal

Certified copy of [illegible]
[illegible signature]  [illegible]

60

**Mount Sinai Multispecialty Physicians**

*Alberto Ramos Tapia, M.D.*

*150 East 77ᵗʰ Street Suite 1-E*

*New York, N.Y. 10075*

*Tel: 212-439-6000   Fax: 212-439-1526*

*August 29, 2011*

RE:  Elena Strujan

DOB:  03/23/1955

*To whom it may concern:*

*Ms. Elena Strujan has been my patient for several years.*

*Ms. Strujan is a very intelligent patient, always eager and cooperative.*

*Ms. Strujan is cognitively intact, to me, as demonstrated though the years,  as patient of this office.*

*Sincerely yours,*

*Alberto Ramos Tapia MD*

Alberto Ramos-Tapia, M.D.

ART/mm

Mount Sinai Multispecialty Physicians
150 East 77th Street Suite 1E
New York, NY 10075
Tel: 212-439-6000

*61*

ELENA STRUJAN
P.O. Box 20632
New York, NY 20021



FAXED
5/31/20/2

FAXED
5/13/2012

May 31, 2012

PATIENT ADVOCACY
Bellevue Hospital Center
462 First Avenue, New York, NY 10016

Dear Sir/ Madam

On May 19, 2012 I arrived at ER in your hospital being very sick. I was vomiting, I had High Blood Pressure, chest pain, terrible headache in frontal and occipital area.

I told to the doctors my heath problems, and my history of medicine taken. Additionally, I told them I consider I was poisoned with Carbon Monoxide (CO) and toxic gases, because many times I arrived at ER with the same symptoms and was found High Level of CO. For this I asked your doctors to repeat the test for CO.

A nurse man came and took blood from me.  He came back and took another syringe "pretending " to be for the CO test. A nurse came and introduced in my IV some medicine. I asked polite to write down what she gave to me and she refused- she told me "it is for stop vomiting". I slept in a few minutes.

Around 10 AM , Dr. Dill wake me up and told me I must to go home. I told him I do not feel well, but he told me I must to go. I asked how are my analyses and what was done. He told me everything is OK. And the liver analyses are OK also. I asked a copy of my blood test and he refused . I insisted and he left totally irritated.

After a few minutes he came back together with the man who took blood from me and the nurse who gave me medicine. They was looking behind my bed, or below and found my blood collected around 7AM in a plastic bag and left.

After came back Dr. Dill very  hostile and took blood again from me and dictated to me moved in recovery area  even I did not feel well at all.

When I left the hospital ( forced by Dr. Dill), I asked the nurse to give  me a copy of the medicine gave to me. He told me only the doctor can print, but he wrote what I received : Zofran 4 mg, and Ketorolac 30 mg ( and God knows what something else). We went together at Dr. Dill who effectively, was abusive, unprofessional and refused to give me the history of medicine received in your hospital. Asking him why my blood was not sent to the lab in the morning, his answer was totally hostile " nurse error".

*62*

After a few days I came in hospital for my medical report. I was petrified how your doctors falsified the truth as:

1.    They refused to take notes about my heath problems and medicine history even I informed them

2.    They with bad intention did not sent my blood to the lab. because they are part of a orchestrate crime.

3.    They falsify that they did me an EKG which was never done.

4.    They administrate me , abusive, illegally Ketorolac, which was totally non indicated in my heath condition, and for their "pretending diagnosis " – "vomiting only".

In this context I would like to know:

A.   Why I was treated totally unprofessional, discriminatory, and abusive in your hospital?
B.   Why my blood was not sent to the lab in the morning?
C.   Why Dr. Dill told me the tests was good since he did not have any results?
D.   Why the blood was hidden under (or behind) the bed?
E.   Why was administrate Ketorolac to me who I have angina, chest pain? For which reason ? To have a stroke?
F.   Why I was discharged since I still had severe headache in occipital area and short breathing cumulate with extra systoles ?
G.   Who deleted files from my Big External Hard Drive which I carry with me anytime and no one could have access except your people?
H.   Why your doctors did not registered all symptoms which I had and I complained in lucid and pertinent way?
I.   Who paid this people to harm me, to expose me, to abuse me?

I am waiting for your answer. Thank you in advance for your cooperation herein.

Sincerely,

Elena Strujan
Graduate of University of Zooth. And Veterinary Med.
Farm Animals
Certified Paralegal

PS: Sent by fax with confirmation.

63



ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 1002 PATIENT SERVICES
Phone : 646-234-2421   RECEIVED

**FAXED** 11/14/2011

**FAXED** 10/17/2011

10/24/2011

Received 10/18/11
Courtney Johnson 11/3/11
10:45A

October 18, 2011

DEC 5 2011

ADMINISTRATION

Lorraine Baker-Senior Patient Services Administrator
New York-Presbyterian/ Weill Cornell
525 East 68 Street
New York, NY 10065
            and
Courtney Johnson-Williams-Clinical Coordinator
The New York Hospital Laboratories
New York-Presbyterian/ Weill Cornell
520 East 70 street
New York, NY 10021

PATIENT SERVICES
RECEIVED

OCT 18 2011

ADMINISTRATION

**FAXED** 10/24/2011

Re: The "miraculously disappearance" of Elena Strujan's blood for test of CO

Dear Ms. Baker and Johnson-Williams

**FAXED** 12/13/2011

On August 23, 2011, Dr. Tapia give me a prescription to repeat the Carbon Monoxide (CO) Level
( Exhibit Pg. 1) at my decision. On October 11, 2011,  I did not have any bad symptoms as usual for
CO, but I decided to do the test for routine control. I gave the blood in your hospital.

On October 14, 2011, from Dr. Tapia's office, I was informed I must to repeat the CO test due hard to
believe **" lab accident".**  I came in hospital in October 14, 2011, where Ms. Johnson gave me a very
ambiguous answer  about what happened with my blood for CO test. I gave blood again. My heath status
was out of any CO symptoms on October 11 and October 14, 2011. Thanks God !!.
Monday October 17, 2011, I asked the lab to fax the result at Dr. Tapia's office. It was faxed. In less half
hour the result disappeared from Dr. Tapia's office. I asked the lab to re fax. NOT SURPRISED! I had a
totally false result 2.7%. TOTALLY UNTRUE !

Last year Dr. Hamisha Beltran, Hematology-Oncology at New York-Presbyterian/ Weill Cornell,
prescribed me to repeat the blood test for CO. "Miraculously" the blood disappeared from the lab.,. I
asked explanation about what happened, and I never received one. **This year again**.

Please I would like to know what happened with my blood test for CO last year and this year in your
hospital. Your timely answer will be appreciated. Anticipate thank you.

*Elena Strujan*

Elena Strujan

*I received one
on 11/5/2011*

PATIENT SERVICES
RECEIVED

PS:  1. Sent by fax;                                                    PS:  1. Sent by fax;
       2. Ms. Baker I did not received a promised form to amend my previous complaint.

NOV 30 2011

ADMINISTRATION

**FAXED** 11/21/2011
212 - 746 -0800

PATIENT SERVICES
RECEIVED

NOV 3 2011

ADMINISTRATION

**FAXED** 11/30/2011

**64**

ELENA STRUIAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

August 17, 2011

8/17/2011

9/19/2011

FAXED
10/13/2011

Christine Sweeney
Branch Manager
Capital One, N.A.
1512 Second Avenue
New York, NY 10075

110 days

87 days 9/19/2011

Dear Ms. Sweeney

131 days    FAXED
11/2/2011

On June 24, 2011, ( See Attachment), I did a writing complaint regarding the violation of
my safe deposit in your branch. It is already 54 days, and I do not have an answer from
you , or an explanation regarding this insidious incident. I want to know what happened,
and who stole important evidences for court.

I hope you and legal department will take seriously my complaint.

167 days    FAXED
12/7/2011

I thank you in advance for your cooperation herein. Sincerely,

195 days    FAXED
1/4/2012

Elena Strujan
Graduate of University of Zootecny and Vet. Medicine
Farm Animals, Iasi-Romania
Certified Paralegal

225    FAXED
2/2/2012

258 days    FAXED
2/3/2012

PS: Sent by  fax.

65

## CERTIFICATE OF SERVICE

I, Elena Strujan, Plaintiff,  Pro Se do hereby certify that I have this day

served  a true and correct copy of the foregoing NOTICE OF CROSS

MOTION, in hardcopy, by mail, postage prepaid on the following counsel of

record:

Counsel for Defendant

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L. L. C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200


So certified, this _15_ day of _June_ 2012

Elena Strujan-Plaintiff Appellant Pro Se
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

Michele Reyes
Notary Public State of New York
No. 01RE6023016
Qualified in Kings County
Commission Expires April 12, 2015