UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | ) | MDL No. 1657 |
| | ) | |
| This Document Relates to: | ) | SECTION L |
| | ) | |
| State of Alaska v. Merck, et al. | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE KNOWLES |

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Amend Complaint, and the Court having considered the Motion, being advised that Defendant does not oppose the filing of Plaintiff's First Amended Complaint, finds that the Motion is well taken and should be GRANTED.

Therefore, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Amend Complaint be granted, and that the Plaintiff's First Amended Complaint shall be deemed filed as of this date. Defendant shall have ten (10) days from the date of this Order to answer or otherwise respond.

Dated this __21st__ day of __June__, 2012.

_Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE