## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JUN 27 2012

LORETTA G. WHYTE
CLERK
TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 26, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-30347    In Re: Vioxx Prod Liability
        USDC No. 2:05-MD-1657
        USDC No. 2:06-CV-2364

The court has granted appellant's motion to reinstate the appeal.

The court has granted an extension of time to and including July 5, 2012 for filing appellant's brief in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _Sabrina B. Short_
                Sabrina B. Short, Deputy Clerk
                504-310-7817

Mr. Jamal Ali Bilal
Ms. Loretta Whyte
Ms. Dorothy Hudson Wimberly
Mr. Phillip A. Wittmann