D-324

**FILED**
LOS ANGELES SUPERIOR COURT

SEP 26 2006

John A. Clarke, Executive Officer/Clerk
By _____ Deputy

1  STEVEN A. FABBRO, ESQ. (SBN #107973)
2  LAW OFFICES OF STEVEN A. FABBRO
   8 California Street, 8th Floor
3  San Francisco, CA 94111
   Telephone:   (415) 391-6850
4  Facsimile:   (415) 391-6856

5  Attorney for Plaintiff: SANDRA ELLIOTT

Case assigned to Judge Victoria Chaney

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES "CENTRAL CIVIL WEST"

Case No. JCCP 4247  BC359287

Coordination Proceeding
Special Title (Rule 1550(b))

VIOXX CASES

IN RE: **SANDRA ELLIOTT**;
                    Plaintiff

PLAINTIFF'S ADOPTION OF MASTER COMPLAINT

Pursuant to Court's Case Management Order No. 3: General Pre-trial Order, Plaintiff Sandra Elliott, hereby adopts the Master Complaint and any ruling or orders of the Court relating thereto:

1.  Plaintiff incorporates by reference each of the causes of action in the Master Complaint checked below:

   [X]   Strict Liability – Failure to Warn
   [X]   Negligence
   [X]   Breach of Implied Warranty
   [X]   Breach of Express Warranty
   [X]   Deceit by Concealment
   [X]   Negligent Misrepresentation
   [X]   Violation of Business & Professions Code §17200
   [X]   Violation of Business & Professions Code §17500

Plaintiff's Notice of Adoption of Master Complaint

Page 1

1  []     Wrongful Death
2  []     Survivor Action
3  []     Loss of Consortium

4    2. Plaintiff is a resident of the State of California, County of **Stanislaus**. Plaintiff's injuries as alleged in this litigation occurred in the County of **Stanislaus** in the State of California.

   3. Plaintiff [X] is /[] is not claiming damages for metal and/or emotional distress.

   4. [X] Plaintiff is an individual who ingested Vioxx® and who asserts claim for damages herein by complaining of the following injuries: **Plaintiff Elliott suffered interalia, congestive heart failure and/or a heart attack caused by ingesting Vioxx. Elliott, who suffers from arthritis, ingested Vioxx as a pain control agent. Ms. Elliott commenced use in 2003 with 25mg once a day until she stopped use in 2004.**

[] Plaintiff is the spouse of _____, an individual who ingested Vioxx® and allegedly sustained personal injuries as a result.

[] Plaintiff's decedent_____, in an individual who ingested Vioxx® and allegedly sustained fatal injury as a result. The following plaintiffs are heirs of plaintiff's decedent or other persons entitled to bring an action for the wrongful death of plaintiff's decedent and bring causes of action alleged herein pursuant to Code of Civil Procedure §377.60

[] Plaintiff a personal representative or successor interest of decedent_____ who ingested Vioxx® and allegedly sustained fatal injury as a result and is authorized to bring a survivor action on behalf of the decedent pursuant to Code of Civil Procedure § 377.31, et seq. Plaintiff has been appointed as the decedent's personal representative or successor in interest by the following court on the following date:

   5. Plaintiff alleges that the following defendants are liable to plaintiff for the causes of action specified above: **Merck Corporation, Does 1 to 100**

   6. *(If plaintiff alleges a cause of action for deceit by concealment and/or cause of action for negligent misrepresentation, plaintiff must complete this section.)* Plaintiff claims that defendants are liable to plaintiff for deceit by concealment and/or negligent misrepresentation based on the following allegations:

(a) What allegedly false statement(s) did defendants make to you or your doctor (*if doctor, state the name and address of the doctor*)?:

**Discovery has not commenced on this issue and plaintiffs will amend this pleading when the true facts are ascertained. Plaintiffs anticipate that discovery will reveal that defendant MERCK represented to plaintiff's prescribing physician that Vioxx did not pose a significant cardiovascular risk when in fact defendant knew that it did. Prescribing physician is Barbara Kennedy MD, located at 1441 Florida Avenue Modesto, CA 95350.**

(b) State the name and job title of the individual(s) who made the above described statements to you or your doctor:

**Unknown at this time. Discovery has not commenced**

(c) When, and by what means (e.g., writing, oral statement, television, Internet) were the above described statement made to you or your doctor?:

**Unknown at this time. Discovery has not commenced.**

(d) When, and how did you or your doctor reply on the above-describe statements?:

**Unknown at this time. Discovery has not commenced.**

(e) If the above-described statements were false by virtue of defendants concealment of facts that were known to the defendants, state the facts that were concealed and that, if known by you or your doctor, would have prevented your alleged injury:

**Unknown at this time. Discovery has not commenced.**

7. Plaintiff requests the relief checked below:

[X] Past and future general damages according to proof.
[X] Past and future medical and incidental expenses, according to proof.
[X] Past and future loss of earning and/earning capacity, according to proof.
[X] Punitive and exemplary damages where permitted by law.

[X]  Damages for past and future mental and/or emotional distress, according to proof.

[X]  Costs of suit incurred herein.

[ ]  Injunctive relief (specify):

[X]  Other (specify): Such relief that maybe proper

Dated: 5/25/06        LAW OFFICES OF STEVEN A. FABBRO

By: _____

Attorneys for the Plaintiff

ElliottS-Complaint-   00004