# EXHIBIT 2 TO LR 56.1 STATEMENT

# FILED UNDER SEAL

1095804v1