| V3034 | **CLAIMS ADMINISTRATOR NOTICE OF INELIGIBILTY** <br> Date of Notice: 4/29/09 <br> **Deadline to Respond: 5/20/09** |
|---|---|

## I. CLAIMANT INFORMATION

| Claimant Name | Elliott, Sandra K. | VCN | 1088614 |
|---|---|---|---|
| Law Firm | Fabbro, Steven A., Law Office of | | |
| Primary Injury: | MI | Date of Event: | 5/12/03 |

## II. CLAIMS ADMINISTRATOR DETERMINATION

This is an official Notice from BrownGreer PLC, the Vioxx Claims Administrator. The Claims Administrator has determined that this claim does not meet the Eligibility Requirements for the Settlement Program because it does not pass the following Gate(s):

| 1. | Injury | X |
| 2. | Duration | ☐ |
| 3. | Proximity | ☐ |

## III. STATUS OF REQUIRED PME RECORDS

Section 1.3.1 and, by reference, Exhibit 1.3.1 require PME records, which, for eligibility determinations include a completed Claims Form, Event Records and Proof of Vioxx Use. If any of the boxes in this section is checked, it is because the Claims Administrator has determined that your Claims Package did not include those required records. Without a completed Claims Form and both Event Records and Proof of Use, a claim may not pass the Eligibility Requirements.

| 4. | No Event Records Submitted for Claimed Injury | ☐ |
| 5. | No Proof of Use Submitted | ☐ |
| 6. | No Asserted Injury Date on Claims Form | ☐ |

## IV. RIGHT TO SUBMIT ADDITIONAL INFORMATION

After you close out of this Notice, you will have the ability to choose one of the following options within **21 calendar days:** 1) I have not provided any additional information and do not intend on providing any additional information to the Claims Administrator. Send this Claim to the Gate Committee; or 2) I have completed gathering all additional information about my claim, and I am submitting the following new records and information to the Claims Administrator for a Secondary Review. If you choose option 2, do not send information you previously submitted, and you must use the "Upload" feature that becomes enabled when you select this option. During Secondary Review, we will review any newly submitted information to determine if it renders the claim eligible. If the claim passes pursuant to our Secondary Review, we will send you a *Claims Administrator Notice of Eligibility after Receipt of Additional Claims Material*. If the claim does not pass pursuant to our Secondary Review, or if 21 days pass from the date of this Notice and you have not selected option 1 or 2, we will send the claim and all information you have submitted to the Gate Committee, pursuant to Section 2.5 of the Settlement Agreement. **There will be no extensions granted to this 21-day deadline, and we will not unlock the claims portal for you to change your response or to submit additional documents.** Any new document submitted after the expiration of the 21-day period will not be included in your Claims Package for consideration by the Claims Administrator, the Gate Committee, Merck or the Special Master. Nor will it be available to you as part of your Claims Package if you later submit a Future Evidence Stipulation. Finally, we may discover during Secondary Review that a Gate we passed during our first review should be a failing Gate. If that occurs, we will issue a *Claims Administrator Notice of Ineligibility after Receipt of Additional Claims Material*.

## V. GATE COMMITTEE REVIEW

The Gate Committee is comprised of three representatives appointed by Merck and three representatives appointed by the Negotiating Plaintiffs' Counsel. If your claim goes to the Gate Committee, it will review your submitted Claims Package and determine if you should be deemed a Qualifying Program Claimant who is eligible to receive benefits in the Settlement Program. If a majority of the Gate Committee decides that your claim is eligible, the Claims Administrator will notify you of that result and will then review the claim for Points Assessment. If the Gate Committee decides that your claim is not eligible, the Claims Administrator will send you a *Gate Committee Notice of Ineligibility*, which will outline the options available to you under the Settlement Agreement.