

Apr 22 2010
4:13PM

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | Case Number: 2:06cv10987 |
| Sandra Elliott | PLAINTIFF |
| v. | |
| Merck & Co., Inc. | DEFENDANTS |

* * * * * * *

### AFFIDAVIT OF SANDRA ELLIOTT

Comes the Affiant, Sandra Elliott, after first being duly sworn, and states as follows:

1. I took the prescription drug Vioxx from October 29, 2002 to May 25, 2004. As a result of the use of Vioxx, during that time period I was treated for a myocardial infarction of uncertain date, congestive heart failure, hypertension and kidney disease.

2. I enrolled in the Vioxx Resolution Program. Prior to that time, I always complied with requests from my counsel for materials regarding the claim against Merck, and I continued to do so after my case was enrolled in the Resolution Program.

3. I was disappointed that my claim was found not to be eligible. I had understood when I enrolled in the Resolution Program that if I did not qualify for a settlement I could return to the litigation, and I relied on that. So when I learned that I could either file a Future Evidence Stipulation or ask for further review by the Special Master, I chose to file a Future Evidence Stipulation.

4. I was notified by my former counsel that the Claims Administrator rejected my Future Evidence Stipulation. Even though I tried to "cure" the supposed problem with the Future Evidence Stipulation – there was apparently a problem due to absence of a notary – I was never told that the Future Evidence Stipulation had, in fact, been accepted. Consequently, I advised my counsel to "drop" my case because I understood that it was hopeless at that time to proceed given the rejection of my Future Evidence Stipulation and my attempt to cure it. Notice of rejection from the Claims Administrator is attached at TAB A.

5. My attorneys did not advise me that within days of my attempts to "cure" the Future Evidence Stipulation, Merck moved for dismissal with prejudice of my claim, which I understand because I had told them at that point to drop the case thinking that I had no other remedies.

6. As a lay person, I did not understand that I might have asked the Court to enforce Merck's obligations under the Master Settlement Agreement, and all I can say is that I have always wanted to pursue this claim and I have done everything within my ability as a lay person to make that happen.

7. It was not until my conversations with attorney Oldfather in 2010 that I realized that the Court might be willing to reinstate my claim. I now have a glimmer of hope that the justice system will not have failed me, and I implore Judge Fallon to allow this case to go forward. I am available to speak with Judge Fallon at his convenience regarding this request.

*Sandra Elliott* (signature)

Sandra Elliott

Date: 4-22-10

STATE OF _____ )
                        )SS:
COUNTY OF _____ )

    I, a notary public within the State and County aforesaid, do hereby certify that on this ____ day of April, 2010, personally appeared before me, Sandra Elliott, to me personally known, who being by me first duly sworn, signed, acknowledged and delivered the foregoing document, as her voluntary act and deed.

    My Commission expires: _____.

_____
Notary Public

M013B28335

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1. ~~
2. ~~
3. ~~
4. ~~
5. ~~
6. _____

Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

State of California
County of Stanislaus

Subscribed and sworn to (or affirmed) before me on this 22 day of April, 20 10, by

(1) Sandra Elliott
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
   Signature of Notary Public

[Notary Seal: J. MAGANA, Commission # 1760417, Notary Public - California, Stanislaus County, My Comm. Expires Sep 2, 2011]

Place Notary Seal Above

——— OPTIONAL ———

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

M013B28336