Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
|  | ) |
|  | )   MDL DOCKET NO. 1657 |
| IN RE:  VIOXX | )   SECTION L |
| PRODUCTS LIABILITY LITIGATION | ) |
|  | )   JUDGE FALLON |
|  | )   MAGISTRATE JUDGE |
|  | )    KNOWLES |
| THIS DOCUMENT RELATES TO: | ) |
|  | ) |
| Sandra K. Elliott v. Merck & | )   No. 2:06-cv-10987- |
| Co., Inc. | )       EEF-DEK |
|  | ) |
|  | ) |

- - - -

VIDEOTAPED DEPOSITION OF
SANDRA K. ELLIOTT
(Pages 1 - 361)
Held at The Argonaut Hotel
495 Jefferson, San Francisco, California
Thursday, December 22, 2011, 9:36 a.m.

- - - -

REPORTED BY:  ELAINA BULDA-JONES, RPR, CSR #11720

Golkow Technologies, Inc. - 1.877.370.DEPS

Sandra K. Elliott

Page 2

```
 1                        APPEARANCES
 2
 3   For the Plaintiff:
 4         The Oldfather Firm
           1330 South Third Street
 5         Louisville, Kentucky 40208
           BY:  ANN B. OLDFATHER, ESQ.
 6         502.637.7200
           aoldfather@oldfather.com
 7
 8
 9   For the Defendants:
10         Williams & Connolly, LLP
           725 Twelfth Street, N.W.
11         Washington, D.C. 20005
           BY:  STEVEN M. PYSER, ESQ.
12         202.434.5808
           spyser@wc.com
13
14
15   Also present:
16         Jonathan Flinker, videographer
17
18
19
20
21
22
23
24
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

1  cardiologist, and anyway, I had a problem with him
2  from day one.
3       Q.   Can you describe that problem?
4       A.   Yes.  He kept cancelling my appointments.
5  He would send someone else to see me when I came in
6  or I would see the nurse.  He wouldn't return my
7  phone calls, and I should have had a pacemaker
8  defibrillator put in within three months I was told.
9            And he waited until one month shy of two
10 years to do that.  And he just didn't do his job and
11 I got worse in that period of time.
12      Q.   You said you chose to dismiss the lawsuit;
13 is that correct?
14      A.   I didn't choose to dismiss it.  My lawyer
15 talked to me about it.  I was very ill at the time,
16 and he said that she was going to come at me heavy
17 and he says I don't think you can make the trial,
18 that I could stand up within the trial, you know,
19 withstand it.  And so we dropped it.
20      Q.   Have you ever filed for bankruptcy?
21      A.   Yes.
22      Q.   What year did you do that?
23      A.   I did it I believe it was last year or --
24 last year, and then -- I know I filed once with my
25 husband 30-something years ago, because he wouldn't

Sandra K. Elliott

Page 49

```
 1   pay the bills and I was -- I was made to file.  And
 2   then one other time.  And then this time, three
 3   times, I believe.
 4        Q.   When was the -- so you filed once with
 5   your husband 30 years ago and then once last year.
 6   When was the other time, the third time?
 7        A.   The third time was last year.
 8        Q.   I'm sorry, the second time in the
 9   progression of --
10        A.   The second time was -- I'm trying to think
11   my years, give me a minute.
12             I believe about 12 years ago.
13        Q.   Have you ever been in a car accident or
14   a -- or a -- or a slip-and-fall incident where you
15   were forced to be out of work for more than a week?
16        A.   I believe so.
17        Q.   When was that approximately?
18        A.   I was in -- you know, I'm not sure if I
19   was off work.  Someone rear-ended me in front of my
20   office not too long ago, but I didn't miss much
21   work.  And then I was hit broadside in my little
22   Pinto, but that was -- oh, my God, that was a long
23   time ago.  It was before I was even in real estate.
24             I'm not sure when exactly.  It was before
25   I was in real estate.
```