DISCHARGED-Auto, CLOSED

# U.S. Bankruptcy Court [LIVE-CM 4.3]
# Eastern District of California (Modesto)
# Bankruptcy Petition #: 09-92118

*Date filed:* 07/07/2009
*Assigned to:* Hon. Robert S. Bardwil                    *Date terminated:* 10/23/2009
Chapter 7                                               *Debtor discharged:* 10/19/2009
Voluntary
No asset

*Debtor disposition:* Standard Discharge

| | |
|---|---|
| **Debtor** | represented by **Thomas O. Gillis** |
| **Sandra Elliott** | 1006 H St #1 |
| 1405 Suzanne Ave | Modesto, CA 95354 |
| Modesto, CA 95350 | (209) 575-1153 |
| STANISLAUS-CA | |
| SSN / ITIN: xxx-xx-7703 | |
| *aka* **Sandra K. Elliott** | |
| *aka* **Sandra Kay Elliott** | |

**Trustee**
**Stephen C. Ferlmann**
4120 Dale Rd., Ste J-8 #184
Modesto, CA 95356
209-236-1441

*U.S. Trustee*
**Office of the U.S. Trustee**
Robert T Matsui United States Courthouse
501 I Street , Room 7-500
Sacramento, CA 95814

| Filing Date | # | Docket Text |
|---|---|---|
| 07/07/2009 | 1 | Chapter 7 Voluntary Petition. All Schedules and Statements filed. (mpem) (Entered: 07/08/2009) |
| 07/07/2009 | 3 | Master Address List (auto) (Entered: 07/08/2009) |
| 07/07/2009 | 4 | Statement of Social Security Number(s) (mpem) (Entered: 07/08/2009) |
| | | Chapter 7 Voluntary Petition (Filing Fee Paid: $299.00, Receipt |

| 07/07/2009 | | Number: 9-9-004265) (auto) (Entered: 07/08/2009) |
|---|---|---|
| 07/08/2009 | | Meeting of Creditors to be held on 08/11/2009 at 03:00 PM at Modesto Meeting Room. Last day to oppose discharge: 10/13/2009. (mpem) (Entered: 07/08/2009) |
| 07/08/2009 | 2 | Notice of Appointment of Interim Trustee Stephen C. Ferlmann (auto) (Entered: 07/08/2009) |
| 07/09/2009 | 5 | BNC 341 Notice Requested (CMX) (auto) (Entered: 07/09/2009) |
| 07/09/2009 | 6 | Certificate of Mailing of Notice of Meeting of Creditors as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/11/2009) |
| 07/24/2009 | 7 | Financial Management Course Certificate as to Debtor (lsom) (Entered: 07/24/2009) |
| 08/12/2009 | | Chapter 7 Trustee's Report of No Distribution. The Section 341 Meeting was concluded on 08/11/09. I, Stephen C. Ferlmann, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned: $ 9399.00, Assets Exempt: Not Available, Claims Scheduled: $ 39185.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment: $ 39185.00. (Ferlmann, Stephen) (Entered: 08/12/2009) |
| 08/13/2009 | 8 | Notice of Filing Report of No Distribution as Transmitted to BNC for Service. Objections Due 09/12/2009. (Admin) (Entered: 08/13/2009) |
| 08/13/2009 | 10 | Certificate of Mailing of Notice of Filing Report of No Distribution as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/15/2009) |
| | | Request for Special Notice Filed by Creditor GE Money Bank |

| 08/14/2009 | 9 | (mpem) (Entered: 08/14/2009) |
| 10/19/2009 | 11 | Order Discharging Debtor as Transmitted to BNC for Service (Admin.) (Entered: 10/19/2009) |
| 10/19/2009 | 12 | Certificate of Mailing of Discharge of Debtor as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 10/21/2009) |
| 10/23/2009 | 13 | Bankruptcy Case Closed. Final Decree as Transmitted to BNC for Service (Admin.) (Entered: 10/23/2009) |
| 10/23/2009 | 14 | Certificate of Mailing of Final Decree as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 10/25/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/22/2012 10:12:49 | | | |
| PACER Login: | wc0010 | Client Code: | 43560.0007 |
| Description: | Docket Report | Search Criteria: | 09-92118 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html |
| Billable Pages: | 2 | Cost: | 0.20 |