Case 09-92118    Doc 13    Page 1 of 1

FORM L51 Final Decree  (v.7.06)                                      09-92118 - D - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354

(209) 521-5160
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**10/23/09**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# FINAL DECREE

Case Number: 09-92118 - D - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Sandra Elliott
xxx-xx-7703

1405 Suzanne Ave
Modesto, CA 95350

OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:

Sandra K. Elliott
Sandra Kay Elliott

Trustee:    Stephen C. Ferlmann
            PO Box 579375
            Modesto, CA 95357

Telephone Number:    209-236-1441

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
10/23/09

For the Court,
Richard G. Heltzel , Clerk