# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Sandra Elliott v. Merck Sharpe & Dohme Corp.,* | * | KNOWLES |
| 2:06-cv-10987-EEF-DEK | * | |
| | * | |
| | * | |
| | * | |
| | * | |

**************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Merck Sharp & Dohme Corp.'s Motion for Summary Judgment will be submitted on the 25th day of July, 2012, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: June 29, 2012                     Respectfully submitted,

                                          /s/ Dorothy H. Wimberly
                                         Phillip A. Wittmann, 13625
                                         Dorothy H. Wimberly, 18509
                                         STONE PIGMAN WALTHER
                                         WITTMANN L.L.C.
                                         546 Carondelet Street
                                         New Orleans, Louisiana 70130
                                         Phone: 504-581-3200
                                         Fax:    504-581-3361

                                         Defendants' Liaison Counsel

                                            —and—

1

1095807v1

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

1095807v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiff Lynn Hudnut by Federal Express at:

    1405 Wyanconda Avenue
    Canton, MO 63435

I also hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of June, 2012.

    /s/ Dorothy H. Wimberly
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana  70130
    Phone:  504-581-3200
    Fax:     504-581-3361
    dwimberly@stonepigman.com

    Defendants' Liaison Counsel

1095807v1