IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 27 2012
LORETTA G. WHYTE
CLERK

IN RE: VIOXX LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

    The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

    Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

    The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

    The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_Lyle W. Cayce_
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK



TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 25, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-30311   In Re: Vioxx Prod Liability
       USDC No. 2:05-MD-1657
       USDC No. 2:08-CV-1422

Enclosed is an order entered in this case.

Please be advised that the designation of the record must be filed in the District Court and both appellant and counsel for the appellee must also provide the Fifth Circuit with a copy of their designation, at the time of filing.

The designations must be filed within 14 days from the date of this letter.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: Connie Brown
                              Connie Brown, Deputy Clerk
                              504-310-7671

Mr. Emmanual Iwobi
Ms. Loretta Whyte
Ms. Dorothy Hudson Wimberly
Mr. Phillip A. Wittmann