# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Numbers:**<br>2:10-cv-00868 |
| **Walter J. Roach, Jr.** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

### EX PARTE MOTION FOR LEAVE TO FILE ON BEHALF OF WALTER J. ROACH, JR.

In her role as Liaison Counsel for Certain Remaining Personal Injury Cases, the undersigned moves the Court *ex parte* to accept for filing the "Petition for Rehearing and Reconsideration of Order Granting Summary Judgment to Defendant" attached as Exhibit A. This request is made due to difficulties encountered by the Plaintiff in understanding and utilizing the electronic filing process.

Respectfully submitted,

/s/ Ann B. Oldfather

Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY  40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion For Leave to File on Behalf of Walter J. Roach Jr. has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of July, 2012.

/s/ Ann B. Oldfather
_____
Ann B. Oldfather