UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX® ] | MDL Docket No. 1657 |
| ] | |
| PRODUCTS LIABILITY LITIGATION  ] | Section L |
| ] | |
| *This document relates to Plaintiff Exec.* ] | Judge Fallon |
| *Walter J. Roach, Jr.,  v. Merck & Co.,* ] | |
| *a conditionally transferred case.* ] | Magistrate Judge Knowles |
| *2:10-cv-00868   EEF:DEK* ] | |

NOTICE OF FILING PLAINTIFF'S PETITION FOR REHEARING
AND RECONSIDERATION OF THE COURT'S ORDER OF JUNE 5, 2012,
GRANTING DEFENDANT MERCK'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Walter E. Roach, Jr., by Attorney Emmanuel F. Guyon, has filed the attached Petition for Reconsideration and Rehearing  of the Court's Order Granting Summary Judgment to Defendant Merck Sharp & Dohme Corp., submitted to Court, the Honorable Eldon E. Fallon, Judge, United States District Courthouse, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  July 2, 2012.            Respectfully Submitted,

                                            Walter J. Roach, Jr., Executor of the
                                            Estate of Joanne I. Roach, Deceased.

            By:    */s/Emmanuel F. Guyon*_____
                          Emmanuel F. Guyon, his attorney
                          5 East Bridge Street
                          Streator, IL  61364
                          Tel.: 815/673-2361
                          Fax.: 815/673-2362
                          eguyon@frontier.com

                          *Plaintiff's counsel*

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing Petition for Reconsideration and Rehearing of the Court's Order Granting Summary Judgment to Defendant Merck Sharp & Dohme Corp., has been served on *Plaintiff's Liaison Counsel I* Russ Herman, Andy Birchfield, and on Phillip Wittman, and *Plaintiff's Liaison Counsel II* Ann B. Oldfather, by e-mail by electronically up-loading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (C), and the foregoing was electronically filed with the clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in *MDL 1657*, on 2nd day of July, 2012.

/s/Emmanuel F. Guyon_____
Emmanuel F. Guyon,
5 East Bridge Street
Streator, IL  61364
Tel.:  815/673-2361
Fax.: 815/673-2362
eguyon@frontier.com

*Plaintiff's counsel*