UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| *This document relates to Plaintiff Exec. Walter J. Roach, Jr.,  v. Merck & Co., a conditionally transferred case.* *2:10-cv-00868   EEF:DEK* | Judge Fallon<br><br>Magistrate Judge Knowles |

**PLAINTIFF'S PETITION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Walter J. Roach, Jr., by Atty. Emmanuel F. Guyon, Petitions the Court for Reconsideration of the Court's Order Granting Summary Judgment to Defendant Merck Sharp & Dohme Corp, stating to the Court the Defendant's Motion for Summary Judgment should be Reviewed again, and the Order Granting Summary Judgment be vacated for the reasons stated in the Response to the Motion for Summary Judgment, the Statement of Facts, and the Memorandum of Law previously filed, and the Petition for Reconsideration filed herewith.

Plaintiff requests the Court Vacate the Order entered June 5, 2012, Granting Defendant's Motion for Summary Judgment.

Dated:  July 2, 2012.                           Respectfully Submitted,

                                                  Walter J. Roach, Jr., Executor of the
                                                  Estate of Joanne I. Roach, Deceased.

                 By:      */s/Emmanuel F. Guyon*_____
                           Emmanuel F. Guyon, his attorney
                           5 East Bridge Street
                           Streator, IL  61364
                           Tel.:  815/673-2361
                           Fax.: 815/673-2362
                           *eguyon@frontier.com*
                           *Plaintiff's counsel*

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing Notice of Filing Plaintiff's Petition for Reconsideration of the Court's Order of June 5, 2012, Granting Defendant's Motion for Summary Judgment has been served on *Plaintiff's Liaison Counsel I* Russ Herman, Andy Birchfield, and on Phillip Wittman, and *Plaintiff's Liaison Counsel II* Ann B. Oldfather, by e-mail by electronically up-loading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (C), and the foregoing was electronically filed with the clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in *MDL 1657*, on 2nd day of July, 2012.

/s/Emmanuel F. Guyon_____
Emmanuel F. Guyon,
5 East Bridge Street
Streator, IL  61364
Tel.:  815/673-2361
Fax.: 815/673-2362
eguyon@frontier.com

*Plaintiff's counsel*