IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------x
AvMed, Inc., et al.                      :   CIVIL ACTION
            Plaintiffs,                  :
                                         :   No. 08-1633
        vs.                              :
                                         :   SECTION L, MAG. 3
BrownGreer PLC, U.S.                     :
Bancorp, Inc. and John Does              :   HONORABLE ELDON E. FALLON
                                         :   HONORABLE DANIEL E. KNOWLES, III
            Defendants.                  :
                                         :   In relation to:  MDL No. 1657
                                         :
                                         :   In re: Vioxx Products Liability Litigation
                                         :
-----------------------------------------x
```

**HEALTH PLANS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR CORRECTED MOTION: (A) TO IDENTIFY LAW FIRMS REPRESENTING CERTAIN ELIGIBLE PLAINTIFFS IN PLACE OF THE "JOHN DOE" DEFENDANTS; (B) TO ADD THE FEDERAL EMPLOYEE HEALTH BENEFITS ACT ("FEHBA") AND MEDICARE ADVANTAGE REIMBURSEMENT CLAIMS; AND (C) TO SEAL THAT PORTION OF THE CORRECTED DECLARATION OF MARK D. FISCHER, ESQ. THAT CONTAINS PROTECTED HEALTH INFORMATION UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA")[1]**

PLEASE TAKE NOTICE that Plaintiff Health Plans hereby file their Notice of Supplemental Authority in support of their motion to amend their complaint, which they filed on June 22, 2010. In the motion, Plaintiffs argued that they have a viable cause of action against the Proposed Law Firm Defendants under the Medicare Secondary Payer Act ("MSP"). [Dkt. No. 45429 at Point II.A.3 (pp. 8-10)]. The Proposed Law Firm Defendants argued that health insurers cannot sue them under the MSP. [Dkt. No. 48677 at pp. 14-16]. In reply, Plaintiffs argued that "[t]he MSP rules, which MA Organization Plans must enforce under 42 C.F.R.

---

[1] The motion originally sought preliminary injunctive relief. This request is now moot and has been withdrawn. [Dkt. No. 48684]. Further, the Court has granted the request to seal, making that portion of the requested relief moot. [Dkt. No. 45428].

{1851 / MEMO / 00113469.DOCX v3}            1

§ 422.108(f), expressly provide a right of recovery against attorneys that have received a primary payment, including settlement funds from a tortfeasor.  *See* 42 C.F.R. § 411.24(g)" and noted that the Defendants' brief had only cited cases decided before that CMS regulation was promulgated in 2005 [Dkt. No. 50009 at 9].

On June 28, 2012, the United States Court of Appeals for the Third Circuit held that a Medicare Advantage Organization does have a private cause of action under the MSP and that the applicable Centers for Medicare and Medicaid Services ("CMS") regulation concerning the MSP deserves *Chevron* deference.  *In re Avandia Mtkg., Sales Prac. & Prods. Liab. Litig.*, No. 11-2664, 2011 WL 2413488 at *1-2, 5-11 (3d Cir. June 28, 2012) ("*Avandia*").  The *Avandia* decision's *Chevron* rationale governing Congress' delegation of authority to CMS to interpret the Medicare Act's MSP provisions should apply with equal force to CMS regulation 42 C.F.R. § 411.24(g) and undercuts the Proposed Defendant Law Firms' futility argument.

We attach the Third Circuit's *Avandia* decision as Exhibit A hereto.

Dated: July 5, 2012
      White Plains, New York

                Respectfully submitted,
                LOWEY DANNENBERG COHEN & HART, P.C.

            By: \_\_/s/ Peter D. St. Phillip_____
                Richard W. Cohen
                Peter D. St. Phillip
                Gerald Lawrence
                Uriel Rabinovitz
                One North Broadway
                Fifth Floor
                White Plains, New York  10601
                Telephone:     (914) 997-0500
                Facsimile:      (914) 997-0035

RAWLINGS & ASSOCIATES, PLLC

Mark D. Fischer
Jeffrey C. Swann
Robert Griffith
One Eden Parkway
LaGrange, Kentucky  40031
Telephone:     (502) 587-1279
Facsimile:     (502) 584-8580

*Attorneys for the Health Plans*


## CERTIFICATE OF SERVICE

  I hereby certify that on July 5, 2012, I filed and served through the court's ECF system a true and correct copy of the foregoing Health Plans' Notice of Supplemental Authority.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

              By:   /s/ Peter D. St. Phillip
                Peter D. St. Phillip
                White Plains Plaza
                One North Broadway, Suite 509
                White Plains, NY 10601-2310
                Telephone:     (914) 733-7221
                Fax:               (914) 997-0035
                Email:  pstphillip@lowey.com