UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *   MDL No. 1657 |
| | * |
| EMMANUAL IWOBI, | *   SECTION L |
| | * |
|                 Plaintiff, | *   JUDGE ELDON E. FALLON |
| | * |
|   versus | *   MAGISTRATE JUDGE |
| | *   KNOWLES |
| MERCK & CO., INC., | * |
| | * |
|                Defendant. | * |
| | * |
| Case No. 2:08-cv-01422, | * |
| Court of Appeals No. 12-30311. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT DESIGNATION OF RECORD ON APPEAL**

Plaintiff/Appellant Emmanuel Iwobi and Defendant/Appellee Merck Sharp & Dohme Corp., f/k/a Merck & Co., Inc. ("Merck") hereby submit this Joint Designation of Record on Appeal for the following cases:

Case Nos:  2:08-cv-01422 (E.D. La.);
2:05-md-1657 (E.D. La.).

The parties request that the following items be included in the record for this appeal:

**U. S. District Court**
**Eastern District of Louisiana (New Orleans)**
**CIVIL DOCKET FOR CASE #: 2:08-cv-01422-EEF-DEK**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2008 | 1 | Case transferred in from Southern District of Texas (Houston); Case Number 4:08-501. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 PTO #14)(clm, ) Additional attachment(s) added on 4/7/2008 (clm, ). (Entered: 04/07/2008) |

1098576v1

| 02/03/2009 | 2 | ORDER DISMISSING CASE with prejudice. Signed by Judge Eldon E. Fallon on 2/3/2009.(cms, ) (Entered: 03/23/2010) |
| --- | --- | --- |
| 03/21/2012 | 3 | NOTICE OF APPEAL by Emmanual Iwobi as to 2 Order Dismissing Case. (caa, ) (Entered: 03/22/2012) |

## U. S. District Court
### Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-md-01657-EEF-DEK

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 11/09/2007 | 12962 | PRETRIAL ORDER #28- Prima Facie Evidence of Usage, Injury and Causation. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 11/09/2007 | 12963 | PRETRIAL ORDER #29- Rules and procedures relating to all cases filed or transferred on or after 11/9/2007. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 11/09/2007 | 12964 | PRETRIAL ORDER #30: Staying activity in this MDL with certain exceptions as stated herein. Signed by Judge Eldon E. Fallon on 11/9/2007.(Reference: ALL CASES)(cms, ) Modified on 11/9/2007 (dmg, ). (Entered: 11/09/2007) |
| 11/09/2007 | 12965 | PRETRIAL ORDER #31-Registration of Claims. Signed by Judge Eldon E. Fallon on 11/9/2007.(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 12/14/2007 | 13102 | PRETRIAL ORDER #31(B)-Filing and Service of Registration Affidavits. Signed by Judge Eldon E. Fallon on 12/14/2007. (Attachments: # 1 Exhibit A)(Reference: ALL CASES)(cms, ) (Entered: 12/14/2007) |
| 12/08/2008 | 17218 | EXPARTE MOTION for Order to Show Cause *Second Motion, Rule adn Incorporated Memorandum to Show Cause Why Cases Should not be Dismissed with Prejudice for Failure to Comply with Requirements of Pre Trial Order 29* by Defendant. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order)(Reference: 08-4150, 08-2665, 08-3572, 08-1421, 08-1422, 07-9802, 07-9806, 08-1459, 08-1404, 08-1405, 08-874, 08-873, 08-3665)(Wimberly, Dorothy) Modified on 12/9/2008 (cms, ). (Entered: 12/08/2008) |
| 02/03/2009 | 17703 | ORDER deferring ruling on 17218 Motion for Order to Show Cause until the immediately following the next monthly status |

1098576v1

| | | |
|---|---|---|
| | | conference, scheduled for 2/10/2009 at 2:00 p.m., as to Emma Sadler and Shannon Thibault. IT IS ORDERED that the claims of plaintiffs listed are dismissed with prejudice. IT IS FURTHER ORDERED that the motion is withdrawn without prejudice as to plaintiffs Virginia Borden, Helen Siegel, and Lee Laux. Signed by Judge Eldon E. Fallon on 2/3/2009. (Reference: 08-3665, 08-4150, 08-1421, 08-1422, 08-3572, 08-1459, 08-1404, 08-1405, 08-874, 08-873, 07-9802, 07-9806)(cms, ) (Entered: 02/04/2009) |
| 04/28/2010 | 40840 | ORDER - The Court is in receipt of the attached correspondence from Vioxx Plaintiff Emmanual Iwobi. IT IS ORDERED that the attached correspondence be entered in the record. IT IS FURTHER ORDERED that Plaintiff's Liaison Counsel review this matter and take any action they deem necessary. Signed by Judge Eldon E. Fallon on 4/28/2010. (Attachments: # 1 Exhibit) (NEF: Russ Herman, Phillip Wittmann, Vioxx ProSe Curator; cc: Emmanual Iwobi) (Reference: 08-1422)(cms, ) (Entered: 04/30/2010) |
| 04/28/2010 | 40843 | MOTION for Reconsideration re 17703 Order on Motion for Order to Show Cause by Plaintiff Emmanual Iwobi. (Reference: 08-1422)(cms, ) (Entered: 04/30/2010) |
| 05/31/2011 | 63006 | EXPARTE/CONSENT MOTION for Reconsideration re 17703 Order on Motion for Order to Show Cause by Plaintiff Emmanuel Iwobi. (Attachments: # 1 Exhibits, # 2 Proposed Order)(Reference: 08-1422)(cms, ) (Entered: 06/01/2011) |
| 06/07/2011 | 63052 | ORDERED that Merck shall file a memorandum stating its position regarding Mr.Iwobis re 63006 MOTION for Reconsideration on or before 6/22/2011. Signed by Judge Eldon E. Fallon on 6/6/2011.(Reference: 08-1422-Emmanuel Iwobi) (cc: Emmanuel Iwobi)(cms, ) (Entered: 06/08/2011) |
| 06/21/2011 | 63078 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 63006 MOTION for Reconsideration re 17703 Order on Motion for Order to Show Cause,, ;. (Reference: 08-1422)(Wimberly, Dorothy) (Entered: 06/21/2011) |
| 06/29/2011 | 63095 | REPLY to Response to Motion filed by Plaintiff Emmanuel Iwobi re 63006 MOTION for Reconsideration re 17703 Order on Motion for Order to Show Cause. (Reference: 08-1422)(cms, ) (Entered: 06/29/2011) |
| 09/13/2011 | 63379 | ORDER re 63006 MOTION for Reconsideration re 17703 Order on Motion for Order to Show Cause. Motion set for 9/21/2011 immediately following the monthly status conference scheduled for 9:00 a.m. before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 9/13/2011.(Reference: 08-1422)(cms, ) (Entered: |

1098576v1

| | | |
|---|---|---|
| | | 09/15/2011) |
| 09/23/2011 | 63429 | ORDER re 63006 MOTION for Reconsideration re 17703 Order on Motion for Order to Show Cause filed by Plaintiff; Motion set for 11/4/2011 immediately following the monthly status conference scheduled for 9:00 a.m. before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 9/23/2011.(Reference: 08-1422)(cms, ) (Entered: 09/27/2011) |
| 03/01/2012 | 63712 | ORDER AND REASONS denying 63006 Motion for Reconsideration. Signed by Judge Eldon E. Fallon on 2/29/2012. (Reference: 08-1422)(cms, ) (cc: Emmanuel Iwobi) (Entered: 03/02/2012) |
| 03/21/2012 | 63745 | EXPARTE/CONSENT MOTION for Leave to Appeal in forma pauperis by Emmanuel Iwobi. (Reference: 08-1422)(caa, ) (Entered: 03/22/2012) |
| 03/21/2012 | 63746 | NOTICE OF APPEAL by Plaintiff as to 63712 Order on Motion for Reconsideration. (Reference: 08-1422)(caa, ) (Entered: 03/22/2012) |
| 06/11/2012 | 63908 | ORDER granting 63745 Motion for Leave to Appeal in forma pauperis. Signed by Judge Eldon E. Fallon on 6/8/2012. (Reference: 08-1422)(cms, ) (Entered: 06/11/2012) |
| 06/27/2012 | 63961 | ORDER of USCA as to 63746 Notice of Appeal - The parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on should documents should be included and should file a joint designation. The parties are instructed to file the joint designation and supplemental designation as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court. (Reference: 08-1422)(cms, ) (Entered: 06/29/2012) |

1098576v1

WHEREFORE, the parties respectfully request that these documents be included in the record in this appeal.

Respectfully Submitted,

s/Emmanuel Iwobi
Emmanuel Iwobi, pro se
22802 Willhanna Drive
Katy, TX 77449

and

s/Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

John H. Beisner
Jessica Davidson Miller
Geoffrey M. Wyatt
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and upon Emmanueal Iwobi by mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of July, 2012.

> */s/ Dorothy H. Wimberly*
> Dorothy H. Wimberly, 18509
> STONE PIGMAN WALTHER
> WITTMANN L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana  70130
> Phone:  504-581-3200
> Fax:     504-581-3361
> dwimberly@stonepigman.com
>
> Defendants' Liaison Counsel

1098576v1