UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Knowles |

---

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| David Agard, et al., v. Merck & Co. | Case No.: 2:05-cv-01089 (Agard, Henderson) |
| Adnan Aljibory, et al., v. Merck & Co. | Case No.: 2:05-cv-01090 (Santacrose, Bozich) |
| Matthew Cavallo, et al., v. Merck & Co. | Case No.: 2:05-cv-01513 |
| Marjorie Connolly, et al., v. Merck & Co. | Case No.: 2:06-cv-02708 (Curtis, Hia, Hoyt) |
| Marilyn F. Core, et al. v. Merck & Co. | Case No.: 2:05-cv-02583 |
| Carlo Devincentiis, et al., v. Merck & Co. | Case No.: 2:05-cv-02297 (Pratt) |
| Robert D. Gates, et al., v. Merck & Co. | Case No.: 2:05-cv-06221 (Berthel) |
| James Spencer Oakley v. Merck & Co. | Case No.: 2:05-cv-5912 |
| Mary Kurtz v. Merck & Co. | Case No.: 2:06-cv-05779 |

---

**MOTION OF BENJAMIN PLAINTIFFS TO BE ASSESSED
AS TO THE PERCENTAGES OF COMMON BENEFIT
ATTORNEY FEES AND EXPENSES**

Plaintiffs DAVID AGARD, EDWARD HENDERSON, MARY ANNE BOZICH, VIOLA SANTACROSE, MATTHEW CAVALLO, MARJORIE CURTIS, KRISTINE HIA, MAURICE HOYT, MARILYN CORE, ARTHUR PRATT, SCOTT R. BERTHEL, JAMES SPENCER OAKLEY and MARY KURTZ, who suffered heart attack or stroke, move this Court through their undersigned counsel, for entry of an Order assessing common benefit fees and costs of 2% for attorney fees and 1% for costs, in their cases, for the reasons set forth in the

accompanying Memorandum of Law.

Date:   July 9, 2012
        Binghamton, New York

                              Respectfully submitted,

                              /s/ Ronald R. Benjamin
                            RONALD R. BENJAMIN Fed Bar Roll No.: 101131
                            LAW OFFICE OF RONALD R. BENJAMIN
                            126 Riverside Drive, P.O. Box 607
                            Binghamton, New York 13902-0607
                            (607) 772-1442 (Telephone)
                            (607)   772-1678 (Facsimile)
                            ronbenjaminlaw@stny.rr.com
                            Attorneys for Plaintiff Movants in Above-Captioned Actions