UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | Judge Eldon E. Fallon<br>Magistrate Judge Knowles |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| David Agard, et al., v. Merck & Co. | Case No.: 2:05-cv-01089 (Agard, Henderson) |
| Adnan Aljibory, et al., v. Merck & Co. | Case No.: 2:05-cv-01090 (Santacrose, Bozich) |
| Matthew Cavallo, et al., v. Merck & Co. | Case No.: 2:05-cv-01513 |
| Marjorie Connolly, et al., v. Merck & Co. | Case No.: 2:06-cv-02708 (Curtis, Hia, Hoyt) |
| Marilyn F. Core, et al. v. Merck & Co. | Case No.: 2:05-cv-02583 |
| Carlo Devincentiis, et al., v. Merck & Co. | Case No.: 2:05-cv-02297 (Pratt) |
| Robert D. Gates, et al., v. Merck & Co. | Case No.: 2:05-cv-06221 (Berthel) |
| James Spencer Oakley v. Merck & Co. | Case No.: 2:05-cv-5912 |
| Mary Kurtz v. Merck & Co. | Case No.: 2:06-cv-05779 |

## PROPOSED ORDER

**AND NOW**, upon due consideration of plaintiffs' motion to set the common benefit assessments for their settlements with Merck at 3%, including Attorneys fees of 2% and costs of 1%,

**IT IS ORDERED** that the motion is hereby granted.

_____
HON. ELDON E. FALLON

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2012.