UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | Judge Eldon E. Fallon<br>Magistrate Judge Knowles |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| David Agard, et al., v. Merck & Co. | Case No.: 2:05-cv-01089 (Agard, Henderson) |
| Adnan Aljibory, et al., v. Merck & Co. | Case No.: 2:05-cv-01090 (Santacrose, Bozich) |
| Matthew Cavallo, et al., v. Merck & Co. | Case No.: 2:05-cv-01513 |
| Marjorie Connolly, et al., v. Merck & Co. | Case No.: 2:06-cv-02708 (Curtis, Hia, Hoyt) |
| Marilyn F. Core, et al. v. Merck & Co. | Case No.: 2:05-cv-02583 |
| Carlo Devincentiis, et al., v. Merck & Co. | Case No.: 2:05-cv-02297 (Pratt) |
| Robert D. Gates, et al., v. Merck & Co. | Case No.: 2:05-cv-06221 (Berthel) |
| James Spencer Oakley v. Merck & Co. | Case No.: 2:05-cv-5912 |
| Mary Kurtz v. Merck & Co. | Case No.: 2:06-cv-05779 |

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2012, the above and foregoing Notice of Motion with Supporting Memorandum of Law and Proposed Order have been served on Liaison Counsel Phillip Wittmann and Russ Herman and Ann Oldfather by US mail and email and upon Douglas Marvin, by email and regular mail and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with PTO 8(B) and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a notice of electronic filing in accord with the procedures established in MDL 1657.

Dated: July 9, 2012
       Binghamton, New York

                                                    /s/  Ronald R. Benjamin
                                       Ronald R. Benjamin/Fed Bar Roll No.: 101131
                                       Law Office of Ronald R. Benjamin
                                       126 Riverside Drive, P.O. Box 607
                                       Binghamton, New York 13902-0607
                                       (607) 772-1442
                                       ronbenjaminlaw@stny.rr.com