UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO: THIRD PARTY PAYOR COMMON BENEFIT
FEES**

## <u>ORDER</u>

IT IS ORDERED that the status conference with the Third Party Payor Fee Allocation

Committee currently scheduled for Tuesday, July 10, 2012 at 9:00 a.m. is CONTINUED to

Tuesday, July 17, 2012 at 3:30 p.m.

New Orleans, Louisiana, this 9th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE