IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 1657 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| This document relates to: | * | |
| *D.C. ex. rel. Kenneth Walker v.* | * | MAGISTRATE JUDGE KNOWLES |
| *Merck & Company*, Civil Action No. 08-4148 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX PARTE MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

On June 13, 2012 this Honorable Court issued its Order and Reasons granting Merck's Motion for Judgment on the Pleadings and denying Plaintiff's Motion for Leave to Amend. (Rec. Doc. 63924) D.C. ex. Rel. Kenneth Walker ("Plaintiff"), hereby requests a 30 day extension to file a Notice of Appeal from the Order & Reasons rendered by this Court on June 13, 2012 under the authority of Fed. Rule App. Proc. 4 (a)(5).

Respectfully submitted,

DATED: July 9, 2012          /s/ H. Vincent McKnight_____

H. Vincent McKnight
vmcknight@mcknightandkennedy.com
MCKNIGHT & KENNEDY, LLC
8601 Georgia Avenue, Suite 1010
Silver Spring, MD 20910
(301) 565-5281

1

        Elizabeth J. Cabraser
        ecabraser@lchb.com
        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
        275 Battery Street, 29th Floor
        San Francisco, CA 94111-3339
        Telephone:  (415) 956-1000
        Facsimile:   (415) 956-1008

        Dawn M. Barrios (#2821)
        barrios@bkc-law.com
        BARRIOS KINGSDORF & CASTEIX, LLP
        701 Poydras Street, Suite 3650
        New Orleans, LA 70139
        Telephone:  (504) 524-3300
        Facsimile:   (504) 524-3313


## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of July 2012.

                                                  /s/ Dawn M. Barrios
                                                  Dawn M. Barrios