UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| *This document relates to* | * |
| | *   MAGISTRATE JUDGE |
| *Michael Heavrin, et al v. Merck & Co., Inc.,* | *   KNOWLES |
| 2:05-CV-00458-EEF-DEK | * |
| | * |
| **Only with regard to:** | * |
| **Janice Baum** | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNCONTESTED EX PARTE MOTION TO CONTINUE
HEARING ON MERCK'S MOTION FOR SUMMARY JUDGMENT**

Defendant Merck Sharp & Dohme Corp., through undersigned counsel, hereby moves the Court for entry of an Order continuing the hearing/submission of its Motion for Summary Judgment [Rec. Doc. 63896], until July 25, 2012 at 9:00 a.m. The motion currently is noticed for July 11, 2012. Due to a power outage, plaintiff Janice Baum has requested additional time to prepare her opposition. Merck agreed to continue the motion until the next available hearing date, July 25. Pursuant to the Local Rules, the opposition of Ms. Baum is now due on July 17, 2012.

WHEREFORE, defendant Merck Sharp & Dohme Corp. respectfully requests that the Court enter an Order continuing its Motion for Summary Judgment until July 25, 2012 at 9:00 a.m.

1

1098666v1

Dated:  July 10, 2012									Respectfully submitted,


                 <u>/s/ Dorothy H. Wimberly</u>
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
Defendants' Liaison Counsel

  —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck, Sharp & Dohme

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of July, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1098666v1