UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | |
| | * | SECTION L |
| This Document Relates to: | * | |
| | * | JUDGE ELDON E. FALLON |
|     Civil Action Nos. 2:05-MD-1657; 2:05-CV- | * | |
|     4578, on appeal to the United States Court | * | MAGISTRATE JUDGE |
|     of Appeals for the Fifth Circuit, Case No. | * | KNOWLES |
|     12-30586. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLANT'S DESIGNATION OF RECORD ON APPEAL

In accordance with the Order entered by the United States Court of Appeals for the Fifth Circuit, the hereby submits this Designation of Record on Appeal of this Court's Order & Reasons, ECF Docket No. 63793 (filed April 25, 2012), and request that the items from the following dockets be included in the record for this appeal:

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:05-md-1657 | 63866 | NOTICE OF APPEAL by Plaintiff as to 63793 Order Adopting Report and Recommendations, Terminate Motions. (Filing fee $ 455, receipt number 053L-3524737.) (Attachments: # 1 Affidavit of Service)(Reference: 05-4578)(Benjamin, Ronald) Modified on 5/23/2012 (cms, ). (Entered: 05/22/2012) |
| 2:05-md-1657 | 63874 | AMENDED NOTICE OF APPEAL by Ronald Ralph Benjamin as to 63793 Order Adopting Report and Recommendations. (Fee previously paid) (Attachments: # 1 Affidavit of Service)(Reference: 05-4578)(Benjamin, Ronald) Modified on 5/29/2012 (caa, ). (Entered: 05/25/2012) |
| 2:05-cv-04578 | 1 | COMPLAINT against Merck & Co Inc (Filing fee $250.) Filed by Gene Weeks. (Attachments: #1 pretrial order#14)(ala,)(Entered:11/08/2005) |
| 2:05-md-1657 | 17825 | NOTICE of Appearance by Ronald R. Benjamin on behalf of Plaintiff. (Reference 05-4578) (Benjamin, Ronald) (Entered |

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:05-md-1657 | 18338 | 02/19/2009) EXPARTE First MOTION to Vacate *Consent*, MOTION to Set Aside, First MOTION for Recusal by Plaintiff. (Attachments: # [1](#) Memorandum in Support of His Motion to Rescind, # [2](#) Affidavit in Support of His Motion to Vacate, # [3](#) Affidavit of Service)(Reference: 05-4578)(Benjamin, Ronald) Modified on 4/23/2009 (cms, ). (Additional attachment(s) added on 4/27/2009: # [4](#) Proposed Order) (cms, ). Modified on 4/27/2009 (cms, ). (Entered: 04/22/2009) |
| 2:05-md-1657 | 18810 | REPLY AFFIDAVIT filed by Plaintiff re [18338](#) First MOTION to Vacate *Consent* MOTION to Set Aside First MOTION for Recusal. (Reference: 05-4578)(Benjamin, Ronald) Modified on 5/21/2009 (cms, ). (Entered: 05/20/2009) |
| 2:05-md-1657 | 18811 | CERTIFICATE OF SERVICE by Plaintiff. (Reference: 05-4578)(Benjamin, Ronald) Modified on 5/21/2009 (cms, ). (Entered: 05/20/2009) |
| 2:05-md-1657 | 20319 | EXPARTE MOTION for Sanctions Against Ronald R. Benjamin by Plaintiff. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Reference: 05-4578)(Tejedor, Maria) Modified on 7/2/2009 (cms, ). (Additional attachment(s) added on 7/6/2009: # 8 Proposed Order) (cms, ). (Entered: 07/02/2009) |
| 2:05-md-1657 | 20328 | EXPARTE MOTION for Settlement Enforcement Between Merck and Gene Weeks as Deemed to Have Been Knowingly and Voluntarily and Allow Plaintiff's Counsel to Disperse Funds to Gene Weeks and Collect Fees and Costs by Plaintiff. (Attachments: # 1 Exhibit a, # 2 Exhibit B- Letter to client description of settlement, # 3 Exhibit B - Settlement Agreement, # 4 Exhibit B- Claims Examples, # 5 Exhibit B - Election to Participate, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H)(Reference: 05-4578)(Tejedor, Maria) Modified on 7/6/2009 (cms, ). (Additional attachment(s) added on 7/6/2009: # 12 Proposed Order) (cms, ). (Entered: 07/02/2009) |
| 2:05-md-1657 | 21307 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 20328 MOTION for Settlement Enforcement Between Merck and Gene Weeks as Deemed to Have Been Knowingly and Voluntarily and Allow Plaintiff's Counsel to Disperse Funds to Gene Weeks and Collect Fees and Costs. (Reference: 05 - |

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | 4578)(Benjamin, Ronald) Modified on 7/23/2009 (cms, ). (Entered: 07/22/2009) |
| 2:05-md-1657 | 21308 | CERTIFICATE OF SERVICE by Plaintiff re 21307 Response/Memorandum in Opposition to Motion,. (Reference: 05-4578)(Benjamin, Ronald) Modified on 7/23/2009 (cms, ). (Entered: 07/22/2009) |
| 2:05-md-1657 | 21309 | CERTIFICATE OF SERVICE by Plaintiff re 21307 Response/Memorandum in Opposition to Motion, 21308 Certificate of Service Amended. (Reference: 2:05-cv-4578)(Benjamin, Ronald) (Entered: 07/22/2009) |
| 2:05-md-1657 | 21310 | Cross Motion for Sanctions and Recusal filed by Plaintiff Gene Weeks re 20319 MOTION for Sanctions Against Ronald R. Benjamin. (Attachments: # 1 Memorandum in Support MOL in Support of PL Cross Motion for Sanctions)(Reference: 05-4578)(Benjamin, Ronald) Modified on 7/23/2009 (cms, ). (Additional attachment(s) added on 7/23/2009: # 2 Proposed Order) (cms, ). (Entered: 07/22/2009) |
| 2:05-md-1657 | 21311 | CERTIFICATE OF SERVICE by Plaintiff re 21310 Response to Motion. (Reference: 2:05-cv-4578)(Benjamin, Ronald) (Entered: 07/22/2009) |
| 2:05-md-1657 | 21315 | EXPARTE Cross MOTION for Recusal by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 05-4578)(Benjamin, Ronald) Modified on 7/24/2009 (cms, ). (Entered: 07/23/2009) |
| 2:05-md-1657 | 21656 | RESPONSE to Motion filed by Defendant re 18338 First MOTION to Vacate Consent MOTION to Set Aside First MOTION for Recusal. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Reference: 05-4578)(Wimberly, Dorothy) (Entered: 08/05/2009) |
| 2:05-md-1657 | 26882 | REQUEST for Production of Documents by Plaintiff.(Reference: 05-4578)(Benjamin, Ronald) Modified on 11/12/2009 (cms, ). (Entered: 11/11/2009) |
| 2:05-md-1657 | 26884 | CERTIFICATE OF SERVICE by Plaintiff Gene Weeks. (Reference: 05cv4578)(Benjamin, Ronald) (Entered: 11/11/2009) |
| 2:05-md-1657 | 31370 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 21310 CROSS MOTION for Sanctions. (Reference: 05-4578)(Tejedor, Maria) Modified on 7/29/2009 (cms, ). (Entered: 07/28/2009) |
| 2:05-md-1657 | 26884 | CERTIFICATE OF SERVICE by Plaintiff Gene Weeks. (Reference: 05cv4578)(Benjamin, Ronald) (Entered: 11/11/2009) |
| 2:05-md-1657 | 30190 | PRETRIAL ORDER 47A  (Entered: 12/17/2009) |
| 2:05-md-1657 | 30977 | ORDER Setting/Resetting Hearing with Oral Argument on 20319 MOTION for Sanctions Against Ronald R. Benjamin, 20328 |

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | MOTION for Settlement Enforcement Between Merck and Gene Weeks as Deemed to Have Been Knowingly and Voluntarily and Allow Plaintiff's Counsel to Disperse Funds to Gene Weeks and Collect Fees and Costs, 21310 CROSS MOTION for Sanctions : Motion Hearing set for 1/27/2010 09:00 AM before Judge Eldon E. Fallon. IT IS FURTHER ORDERED that the Court shall accommodate Mr. Benjamin's request to participate in this proceeding via telephone. Mr. Benjamin is directed to contact the Court on or before Monday, January 25, 2010 to obtain call-in information. Signed by Judge Eldon E. Fallon on 1/5/2010.(Reference: 05-4578)(cms, ) Modified on 1/6/2010 (cms, ). (Entered: 01/06/2010) |
| 2:05-md-1657 | 32180 | Letter to Court from Ronald Benjamin dated 1/19/2010 (Reference: 05-4578)(Benjamin, Ronald) Modified on 1/21/2010 (cms, ). (Entered: 01/20/2010) |
| 2:05-md-1657 | 33007 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Motion Hearing held on 1/27/2010 re 20319] MOTION for Sanctions Against Ronald R. Benjamin, 20328 MOTION for Settlement Enforcement Between Merck and GeneWeeks as Deemed to Have Been Knowingly and Voluntarily and Allow Plaintiff's Counsel to Disperse Funds to Gene Weeks and Collect Fees and Costs, [ 21310 CROSS MOTION for Sanctions. (Court Reporter Cathy Pepper.) (Reference: 05-4578)(cms, ) (Entered: 01/27/2010) |
| 2:05-md-1657 | 34879 | ORDER and REASONS denying 18338 Motion to Vacate ; denying 20319 Motion for Sanctions; denying 20328 Motion for Settlement; denying 21310 Cross Motion for Sanctions. IT IS FURTHER ORDERED that the portion of Mr. Weeks settlement award to which he is now indisputably entitled should be disbursed to him. Signed by Judge Eldon E. Fallon on 2/18/2010. (Reference: 05-4578)(cms, ) (Entered: 02/19/2010) |
| 2:05-md-1657 | 36089 | Exparte MOTION to Withdraw Document re 20328 MOTION for Settlement Enforcement Between Merck and Gene Weeks as Deemed to Have Been Knowingly and Voluntarily and Motion to Allow Plaintiff's Counsel to Disburse Funds to Gene Weeks and Collect Fees and Costs by Plaintiff. (Reference: 05-4578)(Tejedor, Maria) Modified on 3/5/2010 (cms, ). (Entered: 03/04/2010) |
| 2:05-md-1657 | 2 | ORDER OF DISMISSAL WITH PREJUDICE (Entered: 03/31/2010 |
| 2:05-md-1657 | 37101 | NOTICE by Plaintiff re 34879 Order on Motion to Vacate,, Order on Motion to Set Aside,, Order on Motion for Recusal,, Order on Motion for Sanctions,, Order on Motion for Settlement,,, for |

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:05-md-1657 | 37739 | Attorney Fees and Cost Lien. (Reference: 05-4578)(Tejedor, Maria) Modified on 3/16/2010 (cms, ). (Entered: 03/15/2010) ORDER (Entered:03/19/2010) |
| 2:05-md-1657 | 38399 | STIPULATION of Dismissal With Prejudice of the claims of Gene Weeks by Defendant, Plaintiff (Attachments: # 1 Proposed Order)(Reference: 05-4578)(Strauss, Stephen) (Entered: 03/29/2010) |
| 2:05-md-1657 | 38719 | Letter to Patrick A. Juneau (Special Master) by Plaintiff re 38399 Stipulation of Dismissal as to Gene Weeks. (Reference: 05-4578)(Benjamin, Ronald) Modified on 4/1/2010 (cms, ). (Entered: 03/31/2010) |
| 2:05-md-1657 | 38758 | ORDER granting 38399 Stipulation of Dismissal with prejudice as to Gene Weeks filed by Plaintiff and Defendant. Signed by Judge Eldon E. Fallon on 3/30/2010.(Reference: 05-4578)(caa, ) (Entered: 04/01/2010) |
| 2:05-md-1657 | 39107 | Letter to Patrick A. Juneau (Special Master) by Plaintiff re 38399 Stipulation of Dismissal . (Reference: 05-4578)(Benjamin, Ronald) Modified on 4/6/2010 (cms, ). (Entered: 04/05/2010) |
| 2:05-md-1657 | 39594 | DEFICIENT - MOTION to Alter Judgment by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Affidavit of Service)(Reference: 05-4578)(Benjamin, Ronald) Modified on 4/12/2010 (cms, ). (Entered: 04/09/2010) |
| 2:05-md-1657 | 40055 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 39594 MOTION to Alter Judgment. (Reference: 05-4578)(Wimberly, Dorothy) (Entered: 04/19/2010) |
| 2:05-md-1657 | 40561 | ORDER Plaintiff's Motion to Alter, Amend or Vacate this Court's March 30, 2010 Order of Dismissal (Rec. Doc. No. 39594) is hereby DENIED (Entered: 04/26/2010) |
| 2:05-md-1657 | 40561 | ORDER denying 39594 MOTION to Alter, Amend or Vacate This Courts March30, 2010 Order of Dismissal. Signed by Judge Eldon E. Fallon on 4/23/2010.(Reference: 05-4578)(cms, ) (Entered: 04/27/2010) |
| 2:05-md-1657 | 40806 | NOTICE OF APPEAL by Plaintiff Gene Weeks as to 38758 Order. (Filing fee $ 455, receipt number 053L-2412728.) (Reference: 05-4578)(Benjamin, Ronald) Modified on 4/30/2010 (cms, ). (Entered: 04/29/2010) |
| 2:05-md-1657 | 40806 | NOTICE OF APPEAL by Plaintiff Gene Weeks as to 38758 Order. (Filing fee $ 455, receipt number 053L-2412728.) (Reference: 05-4578)(Benjamin, Ronald) Modified on 4/30/2010 (cms, ). (Entered: 04/29/2010) |
| 2:05-md-1657 | 41176 | Response/Reply by Plaintiff to 4/26/10 letter of Maria Tejedor (Reference: 05-cv-4578)(Benjamin, Ronald) (Entered: 05/06/2010) |

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:05-md-1657 | 40806 | NOTICE OF APPEAL by Plaintiff Gene Weeks as to 38758 Order. (Filing fee $ 455, receipt number 053L-2412728.) (Reference: 05-4578)(Benjamin, Ronald) Modified on 4/30/2010 (cms, ). (Entered: 04/29/2010) |
| 2:05-md-1657 | 41176 | Response/Reply by Plaintiff to 4/26/10 letter of Maria Tejedor (Reference: 05-cv-4578)(Benjamin, Ronald) (Entered: 05/06/2010) |
| 2:05-md-1657 | 49035 | Response/Reply by Plaintiff to Maria Tejedor's letter of August 2, 2010 (Reference: 2:05-cv-04578) (Benjamin, Ronald) (Entered: 08/10/2010) |
| 2:05-md-1657 | 49974 | MOTION for Summary Judgment by Plaintiff. (Attachments: # 2. 1 Exhibit A, # 2 Exhibit B, # 3 Statement of Contested/Uncontested Facts Plaintiff's Statement of Material Facts, # 4 Affidavit Certificate of Service)(Reference: 05-4578)(Benjamin, Ronald) (Additional attachment(s) added on 8/30/2010: # 5 Proposed Order) (cms, ). Modified on 8/30/2010 (cms, ). Modified on 9/2/2010 (cms, ). (Entered: 08/20/2010) |
| 2:05-md-1657 | 50995 | ORDER that Motion for Summary Judgment (Rec. Doc. 49974) is referred to Special Master Pat Juneau (Entered: 09/03/10) |
| 2:05-md-1657 | 52083 | Tejedor Motion to Strike Pleadings of Ronald R. Benjamin and Deny Mr. Benjamin's Request for Attorney's Fees and Costs |
| 2:05-md-1657 | 52375 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 52083 MOTION to Strike *Pleadings of Ronald R. Benjamin and Deny Mr. Benjamin's Request for Attorney's Fees and Costs*. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G, #8 Affidavit Certificate of Service) (Reference: 05-cv-4578)(Benjamin, Ronald) (Entered:09/22/2010) |
| 2:05-md-1657 | 53477 | MOTION for Order to Show Cause, MOTION to Stay re[49974] MOTION for Summary Judgment by Plaintiff, (Attachments:#(1) Memorandum in Support, #(2) Exhibit A, #(3) Exhibit B, #(4) Exhibit C, #(5) Exhibit D, #(6) Exhibit E)(Reference:05cv4578)(Benjamin, Ronald)(Entered:10/06/2010) |
| 2:05-md-1657 | 53885 | ORDER re 53477 MOTION for Order to Show Cause MOTION to Stay re 49974 MOTION for Summary Judgment; Accordingly, Mr. Benjamins Order is DENIED. To the extent that the Special Master has not already considered Maria Tejedors Motion to Strike Pleadings (Rec. Doc. 52083), IT IS |

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | ORDERED that said Motion is also referred to the Special Master, who shall take all appropriate steps to address the disputed lien and issue a report and recommendation to the Court. Signed by Judge Eldon E. Fallon on 10/14/2010.(Reference: 05-4578)(cms, ) (Entered: 10/15/2010) |
| 2:05-md-1657 | 63887 | TRANSCRIPT of Motion Hearing held on October 19, 2010 before Special Master Patrick Juneau. Court Reporter/Recorder Karen Ibos, Telephone number 504-589-7776. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 9/4/2012. (Reference: 05-4578)(rsg) (Entered: 06/04/2012) |
| 2:05-md-1657 | 54246 | REPORT AND RECOMMENDATIONS re [52083] MOTION to Strike *Pleadings of Ronald Benjamin and Deny Mr. Benjamin's Request for Attorney's Fees and Costs;* Objections to R&R due by 11/9/2010. Signed by Patrick A. Juneau-Special Master on 10/26/2010. (Attachments:#(1)Exh.SM1-3, #(2) Exh. SM4-5, #(3) Maria Exh. 1, #(4) PLA Exh. A-C, #(5) PLA Exh. D-O, #(6) PLA Exh. P-2,3,4, #(7) Maria Exh 2)(Reference: 05-4578)(cms,) |
| 2:05-md-1657 | 55348 | EEROR:DUPLICATE TO DOCUMENT #55349 - OBJECTION to 54246 Report and Recommendations by Plaintiff (Attachments: # 1 Memorandum in Support, # 2 Affidavit Certificate of Service)(Reference: 05-4578)(Benjamin, Ronald) Modified on 11/10/2010 (cms, ). (Entered: 11/09/2010) |
| 2:05-md-1657 | 55349 | OBJECTION TO REPORT AND RECOMMENDATIONS re 54246 Report and Recommendations, by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Affidavit Certificate of Service)(Reference: 05-4578)(Benjamin, Ronald) Modified on 11/10/2010 (cms, ). (Entered: 11/09/2010) |
| 2:05-md-1657 | 61144 | RESPONSE to Motion filed by Claims Administrator re 59437 MOTION for Attorney Fees *to Obtain Reimbursement for 1.5% Fee Reimbursement to Diez-Arguelles & Tejedor.* (Attachments: # 1 Proposed Order)(Reference: 05- |

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | 4578)(Brown, Orran) (Entered: 01/31/2011) |
| 2:05-md-1657 | 63793 | Order and Reasons of Judge Fallon filed and entered April 25, 2012 that Maria Tejedor is awarded attorney fees of $67,556.63 and litigation expenses of $2,945.74. To the extent that an additional $4,229.29 was transmitted to Mr. Benjamin, representing a refund between the 8% withheld by the Claims Administrator and the 6.5% common benefit fund awarded by the Court, Ms. Tejedor is entitled to that amount as well. |

  WHEREFORE, PREMISES CONSIDERED, the appellant respectfully requests that the aforementioned documents be included in the record in this appeal.

  Respectfully Submitted,

/s/Ronald R. Benjamin
Ronald R. Benjamin, Esq., FED BAR ROLL NO.:101131
Law Office of Ronald R. Benjamin
126 Riverside Drive, P.O. Box 607
Binghamton, NY 13902
(607) 772-1442/Telephone
(607) 772-1678/Facsimile
ronbenjaminlaw@stny.rr.com