UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | |
| | * | SECTION L |
| This Document Relates to: | * | |
| | * | JUDGE ELDON E. FALLON |
|     Civil Action Nos. 2:05-MD-1657; 2:05-CV-4578, on appeal to the United States Court of Appeals for the Fifth Circuit, Case No. 12-30586. | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2012, the above and forgoing Appellant's Designation of Record has been served on Maria D. Tejedor, Esq., 505 North Mills Avenue, Orlando, FL 32803 by US Mail and by facsimile (888) 611-7879 and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No.: 8B, and that the foregoing was electronically filed with the Clerk of the District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a notice of electronic filing in accord with the procedures established in MDL 1657.

                                                  /s/ Ronald R. Benjamin
                                      RONALD R. BENJAMIN, Fed Bar Roll No.: 101131
                                      LAW OFFICE OF RONALD R. BENJAMIN
                                      126 Riverside Drive, P.O. Box 607
                                      Binghamton, New York 13902-0607
                                      (607) 772-1442 Phone
                                      (607) 772-1678 Facsimile
                                      ronbenjaminlaw@stny.rr.com