UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| Re: *Frank Ackenback, et al vs. Merck & Co., Inc.* | § | KNOWLES |
| 2:06-cv-06943-EEF-DEK | § | |
| **(Claimant Robert P. Bekier, Deceased)** | § | |

## MOTION FOR DISBURSEMENT OF REGISTRY FUNDS

Plaintiff respectfully moves the Court to enter an order for the Clerk of the Court to disburse funds on deposit with the Registry of the Court relating to Claimant Robert P. Bekier, Sr.'s Vioxx claim, VCN No. 1084038.

On August 11, 2011, the Court entered an Order granting Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Remaining Settlement Program Releases and Stipulations Should Not Be Tendered to Merck (R. Doc. 63015), ordering that the Claims Administrator deposit the settlement funds associated with Claimant Robert P. Bekier into the Registry of this Court. The Court further stated that Claimant could petition the Court for an order releasing the funds attributable to his claim by showing that any legal impediment to receiving the funds had been resolved. A copy of the Court's Order is attached and incorporated herein as

Exhibit No. 1.  Accordingly, Plaintiff moves the Court for an order directing the Clerk to release the funds pertaining to Claimant Robert P. Bekier, Sr.'s Vioxx Claim, VCN No. 1084038.

Claimant's previous outstanding R-30 enrollment deficiency was for missing documentation showing the authority of the Representative Claimant to act in a representative capacity for the Claimant, which generally required a document showing that a court with jurisdiction appointed the Representative Claimant to act.  Claimant Robert P. Bekier, Sr. died intestate on May 22, 2004, in Florida, leaving behind a wife and five children.  Claimant's counsel had extreme difficulty locating, communicating and corresponding with the Representative Claimant, Diane Bekier, Mr. Bekier's surviving spouse, who was disabled.  Unfortunately, shortly after locating Claimant's wife, Mrs. Bekier passed away.

Probate counsel in Florida was subsequently able to prepare and file the appropriate documents with the Probate court to open the Estate of Robert Bekier, Sr.  Robert P. Bekier, Jr., Personal Representative of the Estate of Diane Bekier, along with Claimant's children, Robert P. Bekier, Jr., Bonita S. Bekier, Leon S. Bekier, and John F. Bekier, petitioned the Probate Court for an Order of Summary Administration of Robert P. Bekier, Sr.'s estate.  The petition was approved by the Probate Court and an Order of Summary Administration was entered on April 23, 2012.  A copy of the Order of Summary Administration is attached and incorporated herein as Exhibit No. 2.  The

Order of Summary Administration directs Claimant's counsel on how the Vioxx award is to be distributed to the Claimant's heirs upon receipt of the settlement funds.

Claimant Robert P. Bekier, Sr. was awarded a gross total sum of $353,400.74. After payment of a Federal Medicare lien and deductions for the Common Benefit Fees and Expenses, the principle sum initially deposited with the Registry was $326,752.41. The entire principle sum of $326,752.41, along with all interest earned less the assessment fee for the administration of funds, should be made payable and disbursed to: David P. Matthews, LLP. The Federal ID No. for David P. Matthews, LLP is 33-1062305. The distribution of settlement funds should be mailed to: Matthews and Associates, Attn: Mary Broussard, 2905 Sackett Street, Houston, Texas 77098. Upon receipt of the settlement funds, Matthews and Associates will disburse the settlement funds in accordance with the Order of Summary Administration.

## **CONCLUSION**

As indicated above, Plaintiff has cured the previous enrollment deficiency related to Claimant Robert P. Bekier, Sr. Accordingly, Plaintiff respectfully moves the Court for an order directing the Clerk of the Court to release the settlement funds pertaining to Claimant Robert P. Bekier, Sr.'s Vioxx Claim, VCN No. 1084038, from the Registry of the Court.

DATED: July 10, 2012.

        Respectfully submitted,

        MATTHEWS & ASSOCIATES

        s/David P. Matthews
        David P. Matthews
        2905 Sackett Street
        Houston, TX  77098
        (713) 522-5250
        (713) 535-7184 (Fax)
        dmatthews@thematthewslawfirm.com

## **CERTIFICATION**

  I hereby certify that a copy of this Motion for Disbursement of Registry Funds and the Proposed Order have been submitted to the Clerk for review.

        s/David P. Matthews
        David P. Matthews
        MATTHEWS & ASSOCIATES
        2905 Sackett Street
        Houston, TX  77098
        (713) 522-5250
        (713) 535-7184 (Fax)
        dmatthews@dpmlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Disbursement of Registry Funds has been served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail and/or e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 10th day of July, 2012.

        s/David P. Matthews
        David P. Matthews
        MATTHEWS & ASSOCIATES
        2905 Sackett Street
        Houston, TX  77098
        (713) 522-5250
        (713) 535-7184 (Fax)
        dmatthews@dpmlawfirm.com