IN THE CIRCUIT COURT FOR BROWARD COUNTY, FLORIDA

PROBATE DIVISION

IN RE: ESTATE OF:            CASE NUMBER: 12-01520

ROBERT PETER BEKIER, SR.
    Deceased.

A TRUE COPY
HOWARD C. FORMAN

## ORDER OF SUMMARY ADMINISTRATION
### (Intestate)

On the Petition of Robert P. Bekier, Jr. Personal Representative of the estate of Diane Bekier, deceased, Robert P. Bekier, Jr., Bonita S. Bekier, Leon S. Bekier, and John F. Bekier, for an Order of Summary Administration of the estate of Robert Peter Bekier, Sr., deceased, the Court having noted that the decedent died on May 23, 2004, that all interested persons have been served proper notice of the Petition and hearing, or have waived notice thereof; that the material allegations of the Petition are true; that the decedent's estate qualifies for summary administration and an Order of Summary Administration should be entered, it is;

ADJUDGED that:

1. There be immediate distribution of the assets of the decedent, to wit: approximate amount of $353,400.74 less, costs, attorney's fees and expenses, therefore leaving an approximate amount to be distributed $224,467.48, which shall be distributed as follows:

| | Name | Asset, share or amount |
|---|---|---|
| a. | Robert P. Bekier as Personal Representative of the estate of Diane C. Bekier, deceased. | Approximate amount of $142,233.74. |
| b. | Robert P. Bekier, Jr. | Approximate amount of $16,446.74. |
| c. | Bonita S. Bekier | Approximate amount of $16,446.74. |
| d. | Leon S. Bekier | Approximate amount of $16,446.74. |

e. John F. Bekier          Approximate amount of $16,446.74.

f. Karen Kindle            Approximate amount of $16,446.74.

2. Those to whom specified parts of the decedent's estate are assigned by this Order shall be entitled to receive and collect the same, and to maintain actions to enforce the right.

3. Debtors of the decedent, those holding property of the decedent, and those with whom securities or other property of decedent are registered, are or transferring to those specified above the parts of the decedent's estate assigned to them by this Order, and the persons so paying, delivering, or transferring shall not be accountable to anyone else for the property.

ORDERED on this ___ day of _____APR 2 3 2012_____, 2012.

CIRCUIT JUDGE
MARK A. SPEISER

Copy to:

J. David House, P.A.
Attorney for Petitioners

John D. Birmingham
Attorney for Robert P. Bekier Jr.
Individually, and for Administer of the
Estate of Diane C. Bekier, deceased