UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| Re: *Frank Ackenback, et al vs. Merck & Co., Inc.* | § | KNOWLES |
| 2:06-cv-06943-EEF-DEK | § | |
| **(Claimant Robert P. Bekier, Deceased)** | § | |

## NOTICE OF SUBMISSION

TO:   ALL COUNSEL OF RECORD

Plaintiff's Motion for Disbursement of Registry Funds is hereby set for submission on the 25th day of July, 2012, at 9:00 a.m.

                                            Respectfully submitted,

                                            s/David P. Matthews
                                            David P. Matthews
                                            MATTHEWS & ASSOCIATES
                                            2905 Sackett Street
                                            Houston, TX  77098
                                            (713) 522-5250
                                            (713) 535-7184 (Fax)
                                            dmatthews@dpmlawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail and/or e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 10th day of July, 2012.

      s/David P. Matthews  
      David P. Matthews  
      MATTHEWS & ASSOCIATES  
      2905 Sackett Street  
      Houston, TX  77098  
      (713) 522-5250  
      (713) 535-7184 (Fax)  
      dmatthews@dpmlawfirm.com