UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| | MAGISTRATE JUDGE KNOWLES |
| D.C. ex rel. Kenneth Walker v. Merck & Company, Civil Action No. 08-4148 | |

**ORDER**

Considering the foregoing,

IT IS ORDERED that Plaintiff be and is hereby granted an additional thirty days from the date the Notice of Appeal was originally due (July 14, 2012) to file a Notice of Appeal from the Order & Reasons dated June 13, 2012.

NEW ORLEANS, LOUISIANA, this 9th day of July, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE