UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Numbers:**<br>2:10-cv-00868 |
| **Walter J. Roach, Jr.** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

**O R D E R**

Motion having been made by the Plaintiff,

IT IS HEREBY ORDERED BY THE COURT that Plaintiff Walter J. Roach, Jr.'s Petition for Rehearing and Reconsideration of Order Granting Summary Judgment to Defendant, attached as Exhibit A, is deemed FILED.

So ordered.

New Orleans, Louisiana, this 9th day of July, 2012.

_____
Eldon E. Fallon
United State District Judge