UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO:<br><br>ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**EIGHTH NOTICE OF ADDITIONAL SUPPLEMENTAL AUTHORITY**

Purchase Claims Plaintiffs in the above-referenced action, through undersigned counsel, hereby move this Court for leave to file an Eighth Notice of Additional Supplemental Authority, annexed hereto as Exhibit 1.

The United States Court of Appeals for the Sixth Circuit affirmed the grant of certification of an Ohio statewide consumer class, and held that injury of the class members by the challenged practice of the defendant is unnecessary for certification, an issue which is at the crux of consumer class issues in this MDL. *In re Whirlpool Corp. Front-Loading Washer Prods. Liab. Litig.*, 678 F.3d 409 (6th Cir. 2012), *rehearing and rehearing en banc denied*, 2012 U.S. App. LEXIS 12560 (6th Cir., June 18, 2012).

Plaintiffs believe this case supports their Opposition and will be useful for this Court.

Therefore, Plaintiffs seek leave to file an Eighth Notice of Additional Supplemental Authority, attached to which is a copy of the Sixth Circuit's decision.

1

Dated: July 10, 2012                                                Respectfully Submitted,

/s/ Dawn M Barrios                                    /s/ Elizabeth J. Cabraser
Dawn M. Barrios (#2821)                         Elizabeth J. Cabraser
BARRIOS, KINGSDORF & CASTEIX, LLP     LIEFF CABRASER HEIMANN &
701 Poydras Street, Suite 3650                BERNSTEIN, LLP
New Orleans, LA  70139                          275 Battery Street, 29th Floor
Telephone:  (504) 524-3300                     San Francisco, CA  94111-3339
Facsimile:   (504) 524-3313                     Telephone:  (415) 956-1000
                                                                  Facsimile:   (415) 956-1008

                                                                  Chair, PSC Purchase Claims Committee

                                                                  James R.  Dugan, II
                                                                  THE DUGAN LAW FIRM
                                                                  650 Poydras Street, Suite 2150
                                                                  New Orleans, LA  70130
                                                                  Telephone:  (504) 648-0180
                                                                  Facsimile:   (504) 648-0181

                                                                  Dennis Johnson
                                                                  Eben F. Duval
                                                                  JOHNSON & PERKINSON
                                                                  P.O. Box 2305
                                                                  1690 Williston Road
                                                                  South Burlington, VT  05403
                                                                  Telephone:  (802) 862-0030
                                                                  Facsimile:   (802) 862-0060


                                                                  Amy N. L. Hanson
                                                                  KELLER ROHRBACK L.L.P.
                                                                  1201 Third Avenue, Suite 3200
                                                                  Seattle, WA  98101-3052
                                                                  Telephone:  (206) 623-1900
                                                                  Facsimile:   (206) 623-3384

                                  Lance A. Harke, P.A.
                                  Howard M. Bushman, Esq.
                                  HARKE CLASBY & BUSHMAN LLP
                                  9699 NE Second Avenue
                                  Miami, FL  33138
                                  Telephone:  (305) 536-8220
                                  Facsimile:  (305) 536-8229

                                  Ben Barnow
                                  BARNOW AND ASSOCIATES, P.C.
                                  One North LaSalle Street, Suite 4600
                                  Chicago, IL  60602
                                  Telephone:  (312) 621-2000
                                  Facsimile:  (312) 641-5504


## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Leave to File Seventh Notice of Additional Supplemental Authority has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of July, 2012.

                                  /s/ Dawn M. Barrios