UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## **ORDER**

It is hereby ORDERED that Plaintiffs' Motion for Leave to file Eighth Notice of Additional Supplemental Authority is GRANTED. Plaintiffs' Eighth Notice of Additional Supplemental Authority will be filed into the record on today's date.

NEW ORLEANS, LOUISIANA, this _____ day of July, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE