# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | MAGISTRATE JUDGE KNOWLES |

**PLAINTIFFS' EIGHTH NOTICE OF ADDITIONAL SUPPLEMENTAL AUTHORITY**

Class Plaintiffs in Plaintiffs' Purchase Claims Master Class Action Complaint respectfully submit this Eighth Notice of Additional Supplemental Authority in further support of their oppositions to Defendant Merck's Motion for Judgment on the Pleadings or to Strike Class Allegations in the Purchase Claims Master Complaint and Merck's Notice of Supplemental Authority and Renewed Motion for Judgment on the Pleadings.

In *In re Whirlpool Corp. Front-Loading Washer Prods. Liab. Litig.*, 678 F.3d 409 (6th Cir. 2012), *rehearing and rehearing en banc denied*, 2012 U.S. App. LEXIS 12560 (6th Cir., June 18, 2012), the Sixth Circuit affirmed a district court certification of a class of Ohio washing machine purchasers under Fed. R. Civ. P. 23(a) and (b)(3), finding that the prerequisites of Rule 23(a) and (b)(3) were met. The Sixth Circuit relied on the Ninth Circuit's decision in *Stearns v. Ticketmaster Corp., 655 F.3d 1013 (9th Cir. 2011)*, and held that a plaintiff class sufficiently establishes injury for standing purposes if each putative class member was relieved of money in a transaction. In the instant case each MDL consumer class is comprised of persons who paid money in whole or in part for Vioxx. Under both the *Whirlpool* and *Ticketmaster* cases, Merck's argument regarding standing must fall.

Wherefore, Plaintiffs' submit this case as additional authority for its position that Merck's motions be denied.

Dated: July 10, 2012                                                  Respectfully Submitted,

- 1 -

- 2 -

| | |
|---|---|
| /s/ Dawn M Barrios | /s/ Elizabeth J. Cabraser |
| Dawn M. Barrios (#2821) | Elizabeth J. Cabraser |
| BARRIOS, KINGSDORF & CASTEIX, LLP | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 701 Poydras Street, Suite 3650 | 275 Battery Street, 29th Floor |
| New Orleans, LA  70139 | San Francisco, CA  94111-3339 |
| Telephone:  (504) 524-3300 | Telephone:  (415) 956-1000 |
| Facsimile:   (504) 524-3313 | Facsimile:   (415) 956-1008 |

Chair, PSC Purchase Claims Committee

James R.  Dugan, II
THE DUGAN LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone:  (504) 648-0180
Facsimile:   (504) 648-0181

Dennis                                                  Johnson
Eben F. Duval
JOHNSON & PERKINSON
P.O. Box 2305
1690 Williston Road
South Burlington, VT  05403
Telephone:  (802) 862-0030
Facsimile:   (802) 862-0060

Amy N. L. Hanson
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  (206) 623-1900
Facsimile:   (206) 623-3384

Lance A. Harke, P.A.
Howard M. Bushman, Esq.
HARKE CLASBY & BUSHMAN LLP
9699 NE Second Avenue
Miami, FL  33138
Telephone:  (305) 536-8220
Facsimile:   (305) 536-8229

- 3 -

    Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL  60602
Telephone:  (312) 621-2000
Facsimile:   (312) 641-5504

### CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Plaintiffs' Eighth Notice of Additional Supplemental Authority has been served on Liaison Counsel, Russ Herman, Philip Wittmann, and Ann Oldfather by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of July, 2012.

                                                   */s/ Dawn M. Barrios*