**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re:  VIOXX®** | ] | **MDL Docket No. 1657** |
| | ] | |
| **PRODUCTS LIABILITY LITIGATION** | ] | **Section L** |
| | ] | |
| *This document relates to Plaintiff Exec.* | ] | **Judge Fallon** |
| *Walter J. Roach, Jr.,  v. Merck & Co.,* | ] | |
| *a conditionally transferred case.* | ] | **Magistrate Judge Knowles** |
| *2:10-cv-00868   EEF:DEK* | ] | |

**[Proposed] ORDER TO VACATE ORDER OF JUNE 12, 2012, GRANTING SUMMARY JUDGMENT TO DEFENDANT MERCK, SHARP, and DOHME CORP.**

This matter is before the Court on the Petition of Plaintiff Walter J. Roach, Jr., to vacate the Court's Order of June 12, 2012, in favor of Defendant Merck Sharp and Dohme Corp. on all claims, the order having been entered pursuant to *F.R.C.P. Rule 56.* The Court has considered the Plaintiff's Petition, and is now fully advised in the premises, and FINDS issues of fact on the merits of the claim have not been presented to the court, and further FINDS the Plaintiff's Claim is not time-barred. The Court therefore VACATES the Judgment previously entered in favor of Defendant Merck Sharp & Dohme Corp., and restores Plaintiff's case to the trial docket.

NEW ORLEANS, LOUISIANA, this _____day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE