UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | Judge Fallon |
| ) | Magistrate Judge Knowles |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | MDL Case No. 1657 |
| ) | |
| *This document relates to* ) | |
| ) | MOTION FOR |
| *Mary Ann Nolan v. Merck & Co., Inc.* ) | EXTENSION OF TIME |
| 2:05-cv-06146 ) | TO RESPOND |

The Plaintiff, Mary Ann Nolan ("Nolan"), through counsel, respectfully submits this Motion for a 21-day extension of time to plead in response to the Defendant Merck & Co. Inc.'s ("Merck") Motion for Summary Judgment. As grounds for her Motion, the Plaintiff respectfully states as follows:

Merck's Motion for Summary Judgment in this case is noticed for submission on July 11, 2012. The Plaintiff hereby certifies that no previous extensions have been requested in this case, and requests this brief extension for purposes of completing her response memorandum. Given the brief nature of the requested extension and Plaintiff's affirmation that no further extensions will be requested with respect to the Motion for Summary Judgment, the Defendant will not be prejudiced if the instant Motion is granted. Accordingly, the Plaintiff respectfully requests that the 21-day extension be granted, or, in the alternative, that an extension be granted until the next submission date. A Proposed Order is tendered simultaneously herewith.

1

Respectfully submitted,

/s/ Richard A. Getty
RICHARD A. GETTY

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909

COUNSEL FOR PLAINTIFF
MARY ANN NOLAN

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, as well as Susan Giamportone, by U.S. Mail; and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PTO No. 8; and filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this the 10th day of July, 2012.

/s/ Richard A. Getty
COUNSEL FOR PLAINTIFF