UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | Judge Fallon |
| | Magistrate Judge Knowles |
| PRODUCTS LIABILITY | |
| LITIGATION | MDL Case No. 1657 |
| | |
| *This document relates to* | |
| | |
| *Mary Ann Nolan v. Merck & Co., Inc.* | |
| 2:05-cv-06146 | <u>ORDER</u> |

Motion having been filed and the Court being otherwise sufficiently advised, it is hereby ordered that the Motion of Plaintiff for a 21-day extension of time to plead in response to the Defendant's Motion for Summary Judgment is GRANTED.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DATE:

1