IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 1657 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| This document relates to: | * | |
| *D.C. ex. rel. Kenneth Walker v.* | * | MAGISTRATE JUDGE KNOWLES |
| *Merck & Company*, Civil Action No. 08-4148 | * | |

*******************************************************************************

## PLAINTIFF'S MOTION TO ALTER OR AMEND THE ORDER/JUDGMENT

On June 13, 2012 this Honorable Court denied Plaintiff's Motion for Leave to Amend and granted Merck's Motion for Judgment on the Pleadings. (Rec. Doc. 63924). D.C. ex. Rel. Kenneth Walker ("Plaintiff"), hereby moves this Honorable Court to amend and reconsider its Order and Reasons and set it aside pursuant to Fed. R. Civ. Pro. 59(e) and Fed. R. Civ. Pro. 60(b). For the reasons asserted in the attached Memorandum, and based upon the entire record, Plaintiff prays that this Honorable Court reconsider its ruling of June 13, 2012.

Respectfully submitted,

DATED: July 11, 2012         /s/ H. Vincent McKnight

H. Vincent McKnight
vmcknight@mcknightandkennedy.com
MCKNIGHT & KENNEDY, LLC
8601 Georgia Avenue, Suite 1010
Silver Spring, MD 20910
(301) 565-5281

1

Elizabeth J. Cabraser
ecabraser@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Dawn M. Barrios (#2821)
barrios@bkc-law.com
BARRIOS KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone:  (504) 524-3300
Facsimile:  (504) 524-3313

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of July 2012.

/s/ Dawn M. Barrios
Dawn M. Barrios

2