RECEIVED
JUL - 6 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx

PRODUCTS LIABILITY
LITIGATION

\*
\*
\* MDL Docket No. 1657
\* SECTION L
\*
\* JUDGE FALLON
\*
\*
\* MAGISTRATE JUDGE KNOWLES
\*
\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR FURTHER EXTENSION OF TIME

### FILING of production expert report on Causation pursuant to Pre Trial Order 58

**COMES NOW, PRO SE,** Susana Valencia Bernal, Plaintiff, in the above caption MDL case and respectfully requests a FURTHER time extension of **10 calendar days** to submit and file her expert report and discovery on general causation.

The Court Ordered on 15 MAY 2012 that Plaintiffs produce generic expert report(s) on general causation by June 15, 2012, for the purpose of preliminarily establishing general causation as to the event and sufficiency of Vioxx usage in Heart Attack/Stroke/TIA cases in general, not with regard to individual cases.

1    In ref: Susana Valencia-Bernal vs. Merck
2:07 - cv - 01049 - EEF - DEK
MDL Docket No. 1657

The Plaintiff is a US Citizen but was prescribed VIOXX By a Mexican National Physician back in 2002. This medical practitioner is an accredited physician by the Government of Mexico.

Plaintiff received notification of PTO58 via Counsel Old Father on 18MAY2012.
After careful review of the PTO58, Plaintiff realized that the expert report to be submitted originated from her physician in Mexico who was attended her and examined and prescribed the VIOXX medication to her.

Plaintiff had sought to secure the expert report from the Mexican Physician who treated and prescribed the medication to the Plaintiff. But instead will have his report on standby as a Witness should a trial proceed in the near future.

Plaintiff traveled to Mexico on 31JUNE2012 and met with her Physician. Records are being examined and a report is being prepared as of the writing of this motion. The Physician further reviewed PTO58 and realized that he could not submit an Expert Testimony as to causation hence his qualifications as an Expert could not determined or possibly not accepted to the Court for purposes of PTO58 Mandate.

As a result of this discovery, Plaintiff has sourced a new expert witness based in the United States:

**Consultox, LP, Dr. Richard A. Parent, PhD, DABT, FATS, RAC, ERT**

**President, P.O. Box 1239 Damariscotta, Maine 04543, Phone: (207) 563-2300, Fax:**

**(207) 563-8990**

http://www.consultox.com/

Dr. Parent will prepare the report the week of 06JULY2012 and the report will be sent over to the Court in compliance with PTO58 the week of 13July2012.

**WHEREAS**, Susana Valencia Bernal, **PRO SE**, prays this Honorable Court will grant the motion for further extension of 10 calendar days for the reasons set herein.

**VERY RESPECFULLY SUBMITTED,**

Susana Valencia Bernal, **PRO SE**
5713 Boynton Bay Circle
Boynton Beach, FL 33437-2669
Tel. 561 306 2222
Fax. 206-339-6955

## CERTIFICATE OF SERVICE

I, Susana Valencia Bernal, **PRO SE**, the Plaintiff in the above caption case certify that a true and correct copy of this **MOTION FOR FURTHER EXTENSION OF TIME FILING of production expert report on Causation pursuant to Pre Trial Order 58** was placed in the US Postal Service depository on this 3rd Day of July 2012 and such documents were mailed to the Defendants legal representative as such:

**Douglas R. Marvin**
**Williams & Connolly LLP**
**725 Twelfth Street, N.W., Washington, DC 20005**
(P) 202- 434-5400 |(F) 202-434-5029
DMarvin@wc.com
www.wc.com/dmarvin

**VERY RESPECFULLY SUBMITTED,**

*[signature]*

Susana Valencia Bernal, PRO SE
5713 Boynton Bay Circle
Boynton Beach, FL 33437-2669
Tel. 561 306 2222
Fax. 206-339-6955