UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx

**PRODUCTS LIABILITY LITIGATION**

```
                              *
                              *
                              * MDL Docket No. 1657
                              * SECTION L
                              *
                              * JUDGE FALLON
                              *
                              *
                              * MAGISTRATE JUDGE KNOWLES
                              *
                              *
```
*********************************************************************

**ORDER**

MOTION for Extension of 10 Calendar days to file expert report GRANTED

(_____) or DENIED (_____)

If GRANTED, Plaintiff must submit its findings to the Court **NLT FRIDAY 16 JULY 2012.**

NEW ORLEANS, LOUISIANA, this _____ day of July, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

5    In ref: Susana Valencia-Bernal vs. Merck
     2:07 - cv - 01049 - EEF - DEK
     MDL Docket No. 1657