UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Elena Strujan v. Merck Sharpe & Dohme Corp.,* | * | |
| 2: 07-cv-*00906-EEF-DEK* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# PLAINTIFF ELENA STRUJAN SUR REPLY IN SUPPORT OF NOTICE OF CROSS MOTION

Respectfully, I Elena Strujan - Plaintiff Pro Se, submit my Sur Reply in support of Notice of Cross Motion for calendar date on 11th day of July, 2012, at 9 :00 a.m., before the Honorable Eldon E. Fallon, Judge and Honorable Magistrate Judge Knowles , United States District Court , Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated : June 30, 2012

Respectfully submitted,

*[signature]*

ELENA STRUJAN / Plaintiff - Pro Se
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

TENDERED FOR FILING

JUL - 3 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

## PLAINTIFF ELENA STRUJAN SUR REPLY IN SUPPORT OF MY NOTICE OF CROSS MOTION

Plaintiff Pro Se Elena Strujan - being duly sworn, depose and say:

1. I am the plaintiff in this action . I have objections at all 4 (four) defendant's Merck Sharp & Dohme Corp.'s ( "Merck") affirmations in his reply in support of its motion. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Your Honor, with your permission I pledge this court for :

1. An Order to dismiss the defendant's Notice of Motion with severe prejudice .

2. To Grand an Order for my Notice of Cross Motion.

3. An Order granting a discharge to the Debtor and signed a final decree closing the Debtor's chapter 7 case" ( eventually a lien).

4. An Order that Merck also to pay to the American Government and to unpaid doctors all medical bills related to Vioxx effect and collaterals.

5. Damages for pain and suffering due Vioxx.

6. And such other and further relief as this Court deems just and proper.

## ARGUMENT

2.. Defendant Merck try to crucify me for my bankruptcy case, and refused to take responsibility for , Consumer fraud law, regarding Merck drug, pain killer Vioxx , Negligence contempt, Severe heart problems and chest pain, Acute and continuous emotional distress <u>and most new</u> Multiple lacunars strokes, Unknown heath problems at this time.

3. Defendant Merck refused to accept my huge emotional distress to be stuck with a

needle from a HIV patient last faze of infections, to have PT SD, knee surgery, and to be hit by a car in no fault accident - all at that frame time . Over all to take Vioxx every day over 6 years with secondary effects well know.

4. Effectively, my lawyer failed to list the claim on the schedule of assets. Definitely it was an inadvertence, and I paid already for this inadvertence with case against my ex lawyer who last the statute of limitation.

5. IF THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA will not grand an Order to discharge to the Debtor and signed a final decree closing the Debtor's chapter 7 case" ( eventually a lien), I declare under oath will re open the case myself. In support of this affirmation I submit my Affidavit signed in NOT front of Notary Public, and I will support any prejudice if I will keep my promises. Please see in **EXHIBIT Pg. 1** my SPECIAL AFFIDAVIT in Support of my Notice of Cross Motion.

6. **Defendant's attorney said :**

> " [I]f an attorney's conduct falls substantially below what is reasonable under the circumstances, the client's remedy is against the attorney in a suit for malpractice ".
> ( Defendant's Reply Pg. 3-1

a. God is my witness I did not know what he did.

b. The terms are totally unfamiliar to me. I trusted him. I did not hide anything.

c. I did not have intellectual capacity to check the competence and the accurateness of my bankruptcy lawyer's work.

d. Until last year at my deposition, I did not have any idea that he betrayed me, he did something wrong. Now his silence tells me a lot.

f. Defendant' s attorney knows the statute of limitation against my bankruptcy lawyer

for legal malpractice is over.

7. **Defendant's attorney said :**

> *" If does not appear that Ms. Strujan has actually made any efforts to convince the bankruptcy court to reopen her case"* ( **Defendant's Reply Pg. 3-2**).

Objections. Defendant's attorney intentionatelly hurt me. I do not know what is his expectation from me?, but I am a ill person and from the deep of my heart I will try to do the best which I can to fix all the situations . Every day I take medicine to control my heath. Please see in **Exhibit Pg. 2** only a few reading of my blood pressure, and a few medicine history in (**EXHIBIT Pg. 4 to 36** not all).

**First .**     I never wanted to arrive in bankruptcy. I arrived due to my lawyers and some doctors negligence, greed and corruption.

**Second:**     I tried desperately to find a solution. I settled some accounts, I was enroiled in a program, but did not work without a job.

**Third :**     Immediately, after I discovered my bankruptcy lawyer mistakes, I contacted him by phone and by fax and I begged him to fix the problem ( **Plaintiff's Notice of Cross Motion Exhibit Pg. 3, and 11**). I paid him to help me not to push me in trouble. I gave him in 2005 all the doctors and lawyers address.

**Fourth:**     Now I do not have money to pay him again. I did research on the internet and I read I must to put as asset value $1. I need time and to study to know what I have to do in my own.

What defendant Merck want now after he ruined my heath ? -to continue to abuse the American Government to pay for me for my entire life medical and living expenses because defendant Merck intentionatelly in his greed sold their Vioxx product to the ill people including me.

8. **Defendant's attorney said :**

> *" Ms. Strujan cites two cases in her opposition "* ( **Defendant's Reply Pg. 4-3**).

4

**Objections.** In my brief in my Notice of Cross Motion I did not submitted only:

*"In the case N Doan v. Hudgins (In re Doan), 672 F. 2d 831( 11th Cir. 1982), the bankruptcy court denied the debtor's exemption on the basis of failure to disclose an tax refund. The Eleventh Circuit, however, reversed holding that because ...their failure of not informing the trustee upon receipt of the refund did not show intentional fraudulent concealment, or even bad faith ".*

Also in the case *"Berger v. City Cartersville, 348 F. 3d1289( 11th Cir. 2003), debtor filed a discrimination suit against her employer seeking reinstatement. when she filed a chapter 7 bankruptcy petition her scheduled failed to disclose the lawsuit due her bankruptcy attorney's " inadvertence""*.

### but also in my Notice of Cross Motion -Page 15, 16.

*"Bankruptcy Code Section 350(b) authorizes the bankruptcy court to reopen a case for various reasons including to "administer assets, to accord relief to the debtor, or for other cause." Fed. R. Bankr. P. 5010 states: "A case may be reopened on motion of the debtor or other party in interest pursuant to §350(b) of the Code." (emphasis added). See In re Chalasani, 92 F.3d 1300, 1308 (2d Cir. 1996). Accord In re Thompson, 16 F.3d 576, 581-82 (4th Cir.), cert. denied, 512 U.S. 1221, 114 S. Ct. 2709, 129 L. Ed. 2d 836 (1994); In re Rosinski, 759 F.2d 539 (6th Cir. 1985); In re Mattera, 203 B.R. 565, 568 (Bankr. D.N.J. 1997); In re Bianucci, 4 F.3d 526, 528 (7th Cir. 1993); In re Shondel, 950 F.2d 1301, 1304 (7th Cir. 1991) (discussion of "other cause" sufficient to justify reopening Chapter 7 case).*

http://www.justice.gov/ust/eo/public_affairs/articles/docs/abi012001.htm

Defendant's attorney really insult my heath status and my disparate efforts to survive with SSI and SSD. For me I have to go at library to access the internet for 45 minutes by day under medication, under severe pain due and supplementary heath problems due to the my ex landlord who poison me with Carbon Monoxide and toxic gases. Illegal acts where possible Merck to have a contributory negligence. I submitted in my ( **Plaintiff's Notice of Cross Motion Exhibit Pg. 62, 63, and 65)**, a few example of corruption, malpractice and illegal acts. I have to understand this Merck have no any respect for human been. For this reason they hide the truth about the Vioxx side effects and sold to ill people with total disrespect the killer medicine.

5

9. Defendant's attorney is very silent and did not answer at my questions from my

**NOTICE OF CROSS MOTION Pg. 4 and 5.** It is no explanation why:

9-1. The pharmacist deleted without shame in front of me the history with Vioxx and Celebrex ?.

l9-2.. Also refused to compel with Subpoena Duces Tecum signed by the judge **(Plaintiff's Notice of Cross Motion EXHIBIT Pg. 23)** ? .

9-3. The Oxford Heath Insurances ( my insurances) refused also to compel also with Subpoena Duces Tecum **(Plaintiff's Notice of Cross Motion EXHIBIT Pg. 22).** and to provide the payments done for Vioxx in the case Strujan v. Raibow Ace Hardware .

9-4. Inexplicable, my Cardiologist Dr. Goldberg refused for years to provide me a copy of medical report after I had heart surgery. My disparate letters where I asked his medical report was for years ignored **(Plaintiff's Notice of Cross Motion EXHIBIT Pg. 16, 17, 18, 19).**

9-5. Inexplicable is why the Vioxx Claim Administrator hide the evidences regarding my case ? **( Plaintiff's Notice of Cross Motion EXHIBIT Pg. 15) and here EXHIBIT Pg. 3**

10. I NEVER WANTED TO ARRIVE IN BANKRUPTCY. I was pushed by my greedy lawyers and some greedy doctors. As I mentioned in my **Notice of Cross Motion - Pg. 11** , in my letter to my bankruptcy lawyer I wrote :

" *Thank you very much for your help. Honestly, I hate to be in this situation. All night before my day court I had nightmare: I took a lot of antidepressant and sleep pills. For this reason I was so incoherent in court. I am sorry. If I will have money, I will be glad to return my entire debit. It is my life dream. Thank you again..*" **( Notice of Cross Motion EXHIBIT Pg. 1, 2)**

11. I will be glad to pay back each penny due, not only to bankruptcy, but also to the American Government who pay for me now insurances, disability and living costs. It is a shame !. God is my witness I did not come in this country to ask, I came to give something " , to work, and to build beautiful life far away from the sinister communism and noncommunist. But no way why my greedy lawyers, some doctors and insurances who used me as a credit card and fraud the government.

## 12. WHY ALL THIS IN UNITED STATES OF AMERICA? SHOULD THE CURRENCY OF OUR VALUE BE MONETARY?

I did not know that an American Citizen is not considered a Human Been for defendants MERCK who ignored the content of Universal Declaration of Human Rights. How I can pursue the happines since I am so ill due the Vioxx secondary effects?

" *In 1776, Thomas Jefferson proposed a philosophy of human rights inherent to all people in the Declaration of Independence, asserting that "all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness." Historian Joseph J. Ellis calls the Declaration "the most quoted statement of human rights in recorded history".*[1]

**....Human rights in the United States** *are legally protected by the Constitution of the United States and amendments,*[2][3] *conferred by treaty, and enacted legislatively through Congress, state legislatures, and plebiscites (state referenda). Federal courts in the United States have jurisdiction over international human rights laws as a federal question, arising under international law, which is part of the law of the United States.*[1][page needed].
(http://en.wikipedia.org/wiki/Human_rights_in_the_United_States).

13. As a result of defendants Merck intentional tort to sell Vioxx for years, I suffered and continue to suffer injuries, damages, no trust, humiliation, loss of confidence, emotional distress and physical and emotional scares, economic loss. My heath is compromised for ever.

14. Defendant Merck entered into an agreement to unlawfully harm and injury me, as Plaintiff, in this action, by willfully, systematically and cruelly selling the Vioxx medicine on the market, until the government intervention on Fall 2004, and condemning me and thousand of people at a dangerous and miserable life. Defendant Merck demonstrate that the company was dealing with general public, engaged in a fraudulent acts with such high degree of moral turpitude and such wanton dishonesty as to imply criminal indifference to civil obligations for ill people.

## CONCLUSION

Defendant MERCK had and has a huge implication in my very poor and pathetic life

**WHEREFORE, YOUR HONOR**, with your permission I pledge this court for:

1. An Order to dismiss the defendant's Notice of Motion with severe prejudice.

2. To Grand an Order for my Notice of Cross Motion.

3. An Order granting a discharge to the Debtor and signed a final decree closing the Debtor's chapter 7 case" ( eventually a lien).

4. An Order that Merck also to pay to the American Government and to unpaid doctors all medical bills related to Vioxx effect and collaterals.

5. Damages for pain and suffering due Vioxx.

6. And such other and further relief as this Court deems just and proper.

Also, respectfully I request defendant's Merck Notice of Motion to be dismiss with severe prejudices, and my Cross Motion to be granted in full.

I thank you in advance Your Honor for your incommensurable patience with me and all pro se. I have nothing but infinite respect for you.

Respectfully submitted,

*[signature]*

ELENA STRUJAN - Plaintiff- Pro Se
Graduate of University of Zooth. and Vet. Med
Romania
P. O. Box 20632,
New York, NY 10021
(646-234-2421)

Sworn to before me on June 30, 2012

*[signature]*

Michele Reyes
Notary Public State of New York
No. 01RE6023016
Qualified in Kings County
Commission Expires April 12, 2015

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

June 30, 2012

**Mr. /Ms. ClERK**
United States District Court Eastern District of Louisiana

Re: Elena Strujna v. Merck  2: 07-cv-00906 EEF-DEK

Dear Sir/ Madame

I beg you please help me to file my Sur Reply . I included an envelope with my address and the first page of my Sur Reply if you want to send me with your stamp.

I thank you in advance for your unique kindness. Your kindness will always be remembered.

Sincerely,

Elena Strujan

TENDERED FOR FILING

JUL - 6 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

