"Certification of Funds in the Registry"

PRINCIPAL: $ 326,752.41

Financial Deputy: KLange  Date: 7-10-12

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| Re: *Frank Ackenback, et al vs. Merck & Co., Inc.* | § | KNOWLES |
| 2:06-cv-06943-EEF-DEK | § | |
| **(Claimant Robert P. Bekier, Deceased)** | § | |

## ORDER

Came on for consideration this 10th day of July, 2012, Plaintiff's Motion for Disbursement of Registry Funds, and the Court having considered the same, finds that the outstanding enrollment deficiency for Vioxx Claimant, Robert P. Bekier, Sr., has been cured, and having found good cause thereof,

IT IS ORDERED BY THE COURT, that:

The Clerk is authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the principal amount of $326,752.41, plus all interest earned, less the assessment fee for the administration of the funds, payable to: David P. Matthews, LLP, 2905 Sackett Street, Houston, Texas 77098, and to mail or deliver the check to Matthews and Associates, Attn: Mary Broussard, 2905 Sackett Street, Houston, Texas 77098.

NEW ORLEANS, LOUISIANA, this 11th day of July, 2012.

_____
United States District Judge