IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED   JUL 1 1 2012
LORETTA G. WHYTE
Clerk

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL DOCKET NO. 1657 |
| Products Liability Litigation | : | |
| This Document Relates to: | : | JUDGE FALLON |
| 012 - cv - 703  4 (3) | : | MAG. JUDGE KNOWLES |
| | : | |

## NOTICE OF APPEAL

Notice is hereby given that James D. Schneller hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order entered in this action on the 12th day of June, 2012.

James D. Schneller      pro se
500 E. Lancaster Avenue # 111d
Radnor, PA 19087     610-688-9471

Date: July 7, 2012

TENDERED FOR FILING
JUL 1 1 2012
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee___
___ Process___
X  Dktd___
X  CtRmDep___
___ Doc. No.___

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: VIOXX : | |
| PRODUCTS LIABILITY LITIGATION : | CIVIL ACTION |
| James D. Schneller, Trustee ad Litem for the Individuals Entitled to Relief Due to the Wrongful Death of Marjorie C. Schneller, et al plaintiffs : | No. 12 – 703 . |
| v. | |
| Merck & Company, Inc.,   defendant | |

### NOTICE OF FILING

To: Mrs. Dorothy Wimberly, Joshua G. Schiller Esquire, Russ Herman Esquire

    Please take notice that on July 12, 2012, James D. Schneller filed his notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order in this action ordered on the 12th day of June, 2012.

_James D. Schneller_ (signature)
James D. Schneller

Date: July 7, 2012

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX

PRODUCTS LIABILITY LITIGATION

: MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the
Individuals Entitled to Relief Due to the
Wrongful Death of Marjorie C. Schneller, et al
plaintiffs

v.

Merck & Company, Inc.,    defendant

Civil Action No.   12 - 703

CERTIFICATE OF SERVICE

I, James D. Schneller, hereby certify that I served a true and correct copy of the within Notice of Appeal upon the following, by electronic mail, and by USPS first class mail where indicated, as follows:

Joshua G. Schiller Esquire                                                                  USPS 1st Class Mail
Dechert LLP
1717 Arch Street    Ste. 4000
Philadelphia, PA 19103
Joshua.schiller@dechert.com

Phillip Wittmann Esquire                                                                    USPS 1st Class Mail
Mrs. Dorothy Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet St.
New Orleans, LA 70130
dwimberly@stonepigman.com

Russ Herman Esquire
Mrs. Regina Valenti
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA  70170
rherman@hhkc.com
rvalenti@hhkc.com


Paul C Troy Esquire
Kane Pugh Knoell Troy & Kramer
510 Swede Street
Norristown, Pa 19401 4886
ptroy@kanepugh.com


Wealth Management Div.
Susquehanna Bank
17 E. Market Street
West Chester, PA 19381



*James D. Schnell* (signature)

James D. Schneller

Date:   July 7, 2012


U.S. POSTAGE PAID
WAYNE, PA
19087
JUL 09, '12
AMOUNT
$8.10
00032372-03

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
Flat Rate Mail
Apply Priority Mail

CERTIFIED MAIL
7011 2000 0001 6030 0759

Flat Rate

Schueller
430 E Lane E2S
Wayne, 19087

Clerk
U.S. Court for Eastern District
Louisiana
500 Poydras Street
New Orleans, LA 70130