U.S. DISTRICT COURT
Eastern District of Louisiana

FILED    JUL 1 1 2012

LORETTA G. WHYTE
Clerk

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

JAMES SCHNELLER ET AL
_Plaintiff_

v.

MERCHAND CO. INC.
_Defendant_

Civil Action No. 12-0703 L(3)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested, _including on appeal._

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: __n/a__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:

_Unemployed since 2003._

My gross pay or wages are: $ __n/a__, and my take-home pay or wages are: $ __n/a__ per
_(specify pay period)_

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

(a) Business, profession, or other self-employment        ☐ Yes    ☒ No
(b) Rent payments, interest, or dividends                 ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments          ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments         ☐ Yes    ☒ No
(e) Gifts, or inheritances                                ☐ Yes    ☒ No
(f) Any other sources                                     ☒ Yes    ☐ No

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

Trust pays rent, electric, phone, and pays me $140.00 cash weekly.
Pennsylvania Dept. Public Welfare pays $190.00 monthly in food stamps.

TENDERED FOR FILING
JUL 11 2012
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process____
_X_ Dktd_____
_X_ CtRmDep____
___ Doc. No._____

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 94.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

None.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Public Transportation $100.00
Postage, Printing, $300.00
Co-Pay

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Public Transportation $100.00
Postage, Printing, $300.00

DEBTS
Progressive Ins. $552.00
Chase VISA $28,000.00

Capital One $1,178.00
Judgment
Del Co 05-5067y $24,324.00

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: July 6, 2012

James D. Schnell
*Applicant's signature*

JAMES D. SCHNELLER
*Printed name*







Schueller
430 E. Lane E25
Wayne, 19087

Clerk
U.S. Court for Eastern District
Louisiana
500 Poydras Street
New Orleans, LA 70130