UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>          Product Liability Litigation<br><br>Gene Weeks,<br><br>          Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>          Defendant.<br>_____/ | MDL NO. 1657<br><br>SECTION:  L<br><br>Case No. 2:05-cv-04578-EEF-DEK<br><br>Judge Fallon<br><br>Special Master Patrick A. Juneau<br><br>Magistrate Judge Knowles |

## DESIGNATION OF RECORD ON APPEAL FILED BY MARIA D. TEJEDOR, ESQ.

COMES NOW Counsel for Plaintiff, GENE WEEKS, and hereby files this Designation of Record on Appeal regarding the Notice of Appeal filed by Ronald R. Benjamin, Esq., Doc. 63866 filed on May 22, 2012, and Amended Notice of Appeal, Doc. 63874 filed on May 25, 2012.  Maria D. Tejedor, Esq. requests that the following items be submitted on appeal:

| DATE | DOC. # | DESCRIPTION |
|---|---|---|
| 07/02/2009 | 20319 | EXPARTE MOTION for Sanctions *Against Ronald R. Benjamin* by Plaintiff. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Reference: 05-4578)(Tejedor, Maria) Modified on 7/2/2009 (cms, ). (Additional attachment(s) added on 7/6/2009: # 8 Proposed Order) (cms, ). (Entered: 07/02/2009) |
| 07/02/2009 | 20328 | EXPARTE MOTION for Settlement *Enforcement Between Merck and Gene Weeks as Deemed to Have Been Knowingly and Voluntarily and Allow Plaintiff's Counsel to Disperse Funds to Gene Weeks and Collect Fees and Costs* by Plaintiff. (Attachments: # 1 Exhibit a, # 2 Exhibit B− Letter to client description of settlement, # 3 Exhibit − Settlement Agreement, # 4 Exhibit B− Claims Examples, # 5 Exhibit B − Election to Participate, # 6 Exhibit C, Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H)(Reference: 05−4578)(Tejedor, Maria) Modified on 7/6/2009 (cms, ). (Additional attachment(s) added on 7/6/2009: |

| | | |
|---|---|---|
| | | # 12 Proposed Order) (cms, ). (Entered: 07/02/2009). |
| 07/28/2009 | 21370 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 21310 CROSS MOTION for Sanctions. |
| 03/04/2010 | 36089 | Exparte MOTION to Withdraw Document re 20328 MOTION for Settlement *Enforcement Between Merck and Weeks as Deemed to Have Been Knowingly and Voluntarily and Motion to Allow Plaintiff's Counsel to Disburse Funds to Gene Weeks and Collect Fees and Costs* by Plaintiff. (Reference: 05−4578)(Tejedor, Maria) Modified 3/5/2010 (cms, ). (Entered: 03/04/2010) |
| 03/15/2010 | 37101 | NOTICE by Plaintiff re 34879 Order on Motion to Vacate,, Order on Motion to Set Aside,, Order on Motion for Recusal,, Order on Motion for Sanctions,, Order on Motion for Settlement,,, *for Attorney Fees and Cost Lien*. (Reference: 05−4578)(Tejedor, Maria) Modified on 3/16/2010 (cms, ). (Entered: 03/15/2010) |
| 05/06/2010 | 41176 | Response/Reply by Plaintiff *to 4/26/10 letter of Maria Tejedor* (Reference: 05−cv−4578)(Benjamin, Ronald) (Entered: 05/06/2010) |
| 08/10/2010 | 49035 | Response/Reply by Plaintiff *to Maria Tejedor's letter of August 2, 2010* (Reference: 2:05−cv−04578)(Benjamin, Ronald) (Entered: 08/10/2010) |
| 09/03/2010 | 5099 | ORDER re 49974 MOTION for Summary Judgment is referred to the Special Master Pat Juneau. Signed by Judge Eldon E. Fallon on 9/3/2010.(Reference: 05−4578) (cc: Ronald Benjamin and Maria D. Tejedor) (cms, ) (Entered: 09/03/2010) |
| 09/16/2010 | 52083 | EXPARTE MOTION to Strike *Pleadings of Ronald Benjamin and Deny Mr. Benjamin's Request for Attorney's and Costs* by Plaintiff. (Reference: 05−4578)(Tejedor, Maria) Modified on 9/17/2010 (cms, ). (Additional attachment(s) added on 9/21/2010: # 1 Proposed Order) (cms, ). (Entered: 09/16/2010) |
| 10/14/2010 | 53885 | ORDER re 53477 MOTION for Order to Show Cause MOTION to Stay re 49974 MOTION for Summary Judgment; Accordingly, Mr. Benjamins Order is DENIED. To the extent that the Special Master has not already considered Maria Tejedors Motion to Strike Pleadings (Rec. Doc. 52083), IT IS ORDERED that said Motion is also referred the Special Master, who shall take all appropriate steps to address the disputed lien and issue a report and recommendation to the Court. Signed by Judge Eldon E. Fallon on 10/14/2010.(Reference: 05−4578)(cms, ) (Entered: 10/15/2010) |
| 11/23/2010 | 56526 | Response/Reply by Plaintiff to 54246 Objections to the October 26, 2010 Report and Recommendation of the Special Master Regarding Attorney Fees and Expenses Dispute of Tejedor−Weeks/Benjamin (Reference: 05−4578)(Tejedor, Maria) Modified on 11/24/2010 (cms, ). (Entered: 11/23/2010) |
| 11/23/2010 | 56526 | Response/Reply by Plaintiff to 54246 Objections to the October 26, 2010 Report and Recommendation of the Special Master Regarding Attorney Fees and Expenses Dispute of Tejedor−Weeks/Benjamin (Reference: |

|  |  |  |
|---|---|---|
|  |  | 05−4578)(Tejedor, Maria) Modified on 11/24/2010 (cms, ). (Entered: 11/23/2010) |
| 01/11/2011 | 59437 | DEFICIENT− MOTION for Attorney Fees *to Obtain Reimbursement for 1.5% Fee Reimbursement* by Plaintiff. (Reference: 05−4578)(Tejedor, Maria) Modified on 1/12/2011 (cms, ). (Entered: 01/11/2011) |
| 01/31/2011 | 61144 | RESPONSE to Motion filed by Claims Administrator re 59437 MOTION for Attorney Fees *to Obtain Reimbursement for 1.5% Fee Reimbursement to Diez−Arguelles &Tejedor*. (Attachments: # 1 Proposed Order)(Reference: 05−4578)(Brown, Orran) (Entered: 01/31/2011) |
| 01/11/2012 | 63638 | EXPARTE MOTION for Entry of Order regarding Special Master Juneau's Report and Recommendation dated 10/26/10 by Plaintiff. (Reference: 05−4578)(Tejedor, Maria) Modified on 1/12/2012 (cms, ). (Entered: 01/11/2012) |
| 04/25/2012 | 63793 | ORDER &REASONS ADOPTING REPORT AND RECOMMENDATIONS 54246 . IT IS ORDERED that Maria Tejedor is awarded attorney fees of $67,556.63 and litigation expenses of $2,945.74. To the extent that an additional $4,229.29 was transmitted to Mr. Benjamin, representing a refund between the 8% withheld by the Claims Administrator and the 6.5% common benefit fund awarded by the Court, Ms. Tejedor is entitled to that amount as well. Signed by Judge Eldon E. Fallon on 4/25/2012.(Reference: 05−4578)(caa, ) (Entered: 04/25/2012) |

WHEREFORE, Maria D. Tejedor, Esq. respectfully requests that the foregoing documents be included in the record sent to the U.S. Fifth Circuit Court of Appeals.

Dated this 12th day of July, 2012.

Respectfully Submitted:

/s/ Maria D. Tejedor
Maria D. Tejedor
Florida Bar No.: 95834
Diez-Arguelles & Tejedor, P.A.
505 N. Mills Ave.
Orlando, FL 32803
P: 407-705-2880
F: 888-611-7879
e-mail: maria@theorlandolawyers.com