UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>          Product Liability Litigation | MDL NO. 1657 |
| Gene Weeks, | SECTION:  L |
| Plaintiff, | Case No. 2:05-cv-04578-EEF-DEK |
| v. | Judge Fallon |
| MERCK & CO., INC., | Special Master Patrick A. Juneau |
| Defendant. | Magistrate Judge Knowles |
| _____/ | |

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of Maria D. Tejedor, Esq.'s Designation of Record on Appeal was furnished to Ronald R. Benjamin, Esq., 126 Riverside Dr., P.O. Box 607, Binghamton, NY 13902 and via facsimile (607-772-1678) on this 12th day of July, 2012.  The same was also filed electronically using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures in MDL 1657.

/s/ Maria D. Tejedor
Maria D. Tejedor
Florida Bar No.:  95834
Diez-Arguelles & Tejedor, P.A.
505 N. Mills Ave.
Orlando, FL 32803
P:  407-705-2880
F:  888-611-7879
e-mail:  maria@theorlandolawyers.com