UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Michael Heavrin, et al v. Merck & Co., Inc.,* | * | KNOWLES |
| *2:05-CV-00458-EEF-DEK* | * | |
| | * | |
| **Only with regard to:** | | |
| **Janice Baum** | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Considering the foregoing Uncontested Ex Parte Motion to Continue Hearing on Merck's Motion for Summary Judgment,

IT IS HEREBY ORDERED that the motion is granted and the Motion for Summary Judgment [Rec. Doc. 63919] is continued until July 25, 2012 at 9:00 a.m.

IT IS FURTHER ORDERED that plaintiff's opposition memorandum shall be filed with the Court on or before July 17, 2012 in accordance with the Local Rules.

NEW ORLEANS, LOUISIANA, this <u>10th</u> day of July, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1098670v1