UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL Case No. 1657 |
| | ) | |
| *This document relates to* | ) | |
| | ) | |
| *Mary Ann Nolan v. Merck & Co., Inc.* | ) | |
| 2:05-cv-06146 | ) | **ORDER** |

Motion having been filed and the Court being otherwise sufficiently advised, it is hereby ordered that the Motion of Plaintiff for a 21-day extension of time to plead in response to the Defendant's Motion for Summary Judgment is GRANTED.

New Orleans, Louisiana, this 12th day of July, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

1