UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Valencia-Bernal v. Merck & Co Inc,* **No. 07-1049**

# ORDER

The Court has received Plaintiff's Motion for Further Extension of Time Filing Production of Expert Report on Causation Pursuant to Pretrial Order 58 (Rec. Doc. 63981).

IT IS ORDERED that Plaintiff's motion is GRANTED. Plaintiff's findings must be submitted to the Court no later than July 15, 2012.

New Orleans, Louisiana, this 13th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

1