UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *LaDonna King v. Merck & Co., Inc.*, | * | KNOWLES |
| 2:06-cv-10270-EEF-DEK | * | |
| | * | |

*************************************************************************

**DEFENDANT MERCK SHARP & DOHME CORP.'S LR56.1 STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO DISPUTE**

Pursuant to LR56.1, Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, hereby submits the following statement of material facts as to which there is no genuine issue to accompany its Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56:

1. Plaintiff filed her Complaint in the U.S. District Court for the Eastern District of Pennsylvania on September 26, 2006. Compl. (attached hereto as Ex. 1) at 1, 56.

2. Plaintiff resides in Manns Choice, Pennsylvania, and has lived in Pennsylvania since 1992 or earlier. Ex. 1 at 1, ¶4; Pl. Profile Form (attached hereto as Ex. 2) at 3.

3. Plaintiff alleges that she was prescribed Vioxx by her primary care physician, Dr. Lisa Duvall, beginning in November 2000 for the treatment of arthritis pain. Ex. 2 at 6; Ex. 1 ¶18.

4. Dr. Lisa Duvall practices in Everett, Pennsylvania. Ex. 2 at 9.

5. Plaintiff's Plaintiff Profile Form ("PPF") states that she suffered "Renal Failure with chronic elevated creatinine levels" in May 2001. Ex. 2 at 2.

1

6. Plaintiff's Complaint alleges that she "suffered physical injury and damage, including, but not limited to renal failure on or about March 2002." Ex. 1 ¶19.

7. The *Lone Pine* report submitted by Plaintiff's expert states that Plaintiff "suffered the onset of chronic renal insufficiency" in July 2002. Report of David Changaris, M.D., Aug. 21, 2008 (attached hereto as Ex. 3) at 1.

8. A CT scan report from Bedford Memorial Hospital dated June 6, 2002, notes that Plaintiff "is known to have high creatinine and renal insufficiency." Excerpts from Records of Bedford Memorial Hospital (attached hereto as Ex. 4) at 00052. Laboratory reports for Plaintiff show elevated creatinine levels of 2.0 on May 24, 2002, 1.9 on June 6, 2002, 2.1 on July 11, 2002, and 1.3 on August 6, 2002. Ex. 4 at 00125, 127, 128, 131.

9. A note by Dr. Duvall from an August 28, 2002 appointment with Plaintiff states: "Chronic renal insufficiency – Renal function slightly elevated with resuming the Vioxx, however, she feels much better on it. Will continue on such . . . ." Excerpt from Records of Dr. Lisa Duvall (attached hereto as Ex. 5) at 00009.

10. Vioxx is a non-steroidal anti-inflammatory drug ("NSAID") that was approved by the FDA to treat, among other things, osteoarthritis. FDA Approval Letter and initial Vioxx Package Insert, May 20, 1999 (attached hereto as Ex. 6) at MRK-99420021411.

11. NSAIDs have long been known to be associated with renal complications. *See* Ex. 6 at MRK-99420021424. Throughout the time that Vioxx was available for use in the United States from May 1999 to September 2004, each version of its FDA-approved product labeling contained detailed information about the potential for renal injury associated with NSAIDs, including Vioxx. *See, e.g., id.* at MRK-99420021424; Mar. 2000 Vioxx Package Insert (attached hereto as Ex. 7) at MRK-LBL0000041, 42; Oct. 1999 Vioxx Patient Information Sheet (attached

2

hereto as Ex. 8) at MRK-LBL0000001; Mar. 2000 Vioxx Patient Information Sheet (attached hereto as Ex. 9) at MRK-LBL0000003; Apr. 2002 Vioxx Package Insert (attached hereto as Ex. 10) at MRK-LBL-0000065, 66.

12. In the original May 1999 FDA-approved Vioxx physician prescribing information (package insert), the PRECAUTIONS section stated:

> *Renal Effects*
>
> Long-term administration of NSAIDs has resulted in renal papillary necrosis and other renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins have a compensatory role in the maintenance of renal perfusion. In these patients, administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent reduction in prostaglandin formation and, secondarily, in renal blood flow, which may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed by recovery to the pretreatment state. Clinical trials with VIOXX at daily doses of 12.5 and 25 mg have shown renal effects (e.g., hypertension, edema) similar to those observed with comparator NSAIDs; these occur with an increased frequency with chronic use of VIOXX at doses above the 12.5 to 25 mg range. (See ADVERSE REACTIONS.)
>
> Caution should be used when initiating treatment with VIOXX in patients with considerable dehydration. It is advisable to rehydrate patients first and then start therapy with VIOXX. Caution is also recommended in patients with pre-existing kidney disease (see WARNINGS, Advanced Renal Disease).

Ex. 6 at MRK-99420021424.

13. The ADVERSE REACTIONS section of the March 2000 FDA-approved Vioxx prescribing information stated:

> The following serious adverse events have been reported rarely (estimated <0.1%) in patients taking VIOXX, regardless of causality. Cases reported only in the post-marketing experience are indicated in italics. . . .

3

1099392v1

> *Urogenital System: acute renal failure*, breast malignant neoplasm, *interstitial nephritis*, prostatic malignant neoplasm, urolithiasis, *worsening chronic renal failure.*

Ex. 7 at MRK-LBL0000042.

14. In each version of the Vioxx prescribing information from 1999 through September 2004, potential renal complications were discussed in detail. *See, e.g.,* Ex. 6 at MRK-99420021424; Ex. 7 at MRK-LBL0000041, 42; Ex. 10 at MRK-LBL-0000065, 66.

15. The original Vioxx Patient Information Sheet provided to patients and appended to the physician prescribing information stated:

> **What are the possible side effects of VIOXX?**
>
> Serious but rare side effects that have been reported in patients taking VIOXX and/or related medicines have included: . . .
>
> - Serious kidney problems occur rarely in patients taking NSAIDs. . . .

Ex. 8 at MRK-LBL0000001.

16. The March 2000 Vioxx Patient Information Sheet provided to patients and appended to the physician prescribing information stated:

> **What are the possible side effects of VIOXX?**
>
> Serious but rare side effects that have been reported in patients taking VIOXX and/or related medicines have included: . . .
>
> - Serious kidney problems occur rarely, including acute kidney failure and worsening of chronic kidney failure. . . .

Ex. 9 at MRK-LBL0000003.

17. Plaintiff's PPF states that she received an "[i]nitial prescription pamphlet" from her pharmacy "[u]pon first Rx fill." Ex. 2 at 6-7.

Dated:  July 17, 2012

4

1099392v1

Respectfully submitted,

 /s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

 —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Statement of Material Facts has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of July, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com
 Defendants' Liaison Counsel