**MINUTE ENTRY**
**FALLON, J.**
**JULY 17, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_____
In Re:  VIOXX                                     :
                                                  :          MDL Docket No. 1657
PRODUCTS LIABILITY LITIGATION                     :
                                                  :          SECTION L
**THIS DOCUMENT RELATES TO:**                     :
THIRD PARTY PAYOR COMMON                           :          JUDGE FALLON
BENEFIT FEES                                       :          MAG. JUDGE KNOWLES
                                                  :

On this date, a status conference was held in the Chambers of Judge Eldon E. Fallon.

Elizabeth Cabraser, Chris Seeger, Tom Sobol, Andy Birchfield, James Dugan, and Russ Herman

participated.  The parties discussed the recommendation of the Third Party Payor Fee Allocation

Committee.

JS10(00:27)