**EXHIBIT A TO**
**OPPOSITION OF LIAISON AND LEAD COUNSEL FOR CERTAIN CASES TO RONALD BENJAMIN'S MOTION TO SET COMMON BENEFIT ASSESSMENTS WITH REGARD TO THE SETTLEMENT OF 13 CASES**

| | |
|---|---|
| **David Agard, et al., v. Merck & Co.** | Case No.: 2:05-cv-01089 (Agard, Henderson) |
| **Adnan Aljibory, et al., v. Merck & Co.** | Case No.: 2:05-cv-01090 (Santacrose, Bozich) |
| **Matthew Cavallo, et al., v. Merck & Co.** | Case No.: 2:05-cv-01513 |
| **Marjorie Connolly, et al., v. Merck & Co.** | Case No.: 2:06-cv-02708 (Curtis, Hia, Hoyt) |
| **Marilyn F. Core, et al. v. Merck & Co.** | Case No.: 2:05-cv-02583 |
| **Carlo Devincentiis, et al., v. Merck & Co.** | Case No.: 2:05-cv-02297 (Pratt) |
| **Robert D. Gates, et al., v. Merck & Co.** | Case No.: 2:05-cv-06221 (Berthel) |
| **James Spencer Oakley v. Merck & Co.** | Case No.: 2:05-cv-5912 |
| **Mary Kurtz v. Merck & Co.** | Case No.: 2:06-cv-05779 |