UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *LaDonna King v. Merck & Co., Inc.*, | * | KNOWLES |
| 2:06-cv-10270-EEF-DEK | * | |
| | * | |

*************************************************************************

### ORDER GRANTING MERCK SHARPE & DOHME CORP.'S REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion for Leave to File Certain Documents Under Seal,

IT IS HEREBY ORDERED that Exhibits 2, 3, 4, and 5 to Defendant Merck Sharp & Dohme Corp.'s Statement of Material Facts as to Which There is No Dispute are to be filed under seal.

DATED: this 18th day of July, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1

1099398v1