UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:*  All Cases | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

**DEFENDANT MERCK SHARP & DOHME CORP.'S RESPONSE TO
MOTION OF BENJAMIN PLAINTIFFS TO BE ASSESSED AS TO THE
PERCENTAGES OF COMMON BENEFIT ATTORNEYS FEES AND EXPENSES**

Defendant Merck Sharp & Dohme Corp. ("Merck") submits this brief response to the Motion of Benjamin Plaintiffs To Be Assessed As to the Percentages of Common Benefit Attorneys' Fees and Expenses ("Benjamin Plaintiffs' Motion"). The purpose of Merck's response is to join in requesting clarification as to the appropriate Common Benefit Fund Assessment for settling cases that do not currently fall within the parameters of either (i) this Court's Pretrial Order No. 19, or (ii) the Court's April 25, 2012 Order pertaining to Common Benefit Fund Assessments, so that Merck can ascertain the correct amount that should be withheld for the Common Benefit Fund.

1.      As noted in the Benjamin Plaintiffs' Motion, this Court's Pretrial Order No. 19 set forth provisions as to the assessment of Common Benefit Fund fees and costs for those cases that entered into one of three different written participation agreements with the Plaintiffs' Steering Committee ("PSC"), carrying assessments ranging from 3% to 6% for combined assessments of fees and costs.  *See* Pre-Trial Order No. 19, August 4, 2005 ("PTO 19").  That Order did not

1

address the amount, if any, that should be assessed where counsel has not signed any participation agreement.

2. As also noted in the Benjamin Plaintiffs' Motion, by Order dated April 25, 2012, the Court granted the PSC's Motion to amend PTO 19 to provide that "[a]ny Pretrial Order 19 assessment on a heart attack or stroke case governed by Pretrial Order 29 that exceeds 2% for fees and 1% for costs is reduced to 2% for fees and 1% for costs." Cases governed by Pretrial Order 29 are those which were filed directly in, or transferred into this MDL proceeding on or after November 9, 2007. *See* Pretrial Order 29, November 9, 2007 ("PTO 29"), at 1.

3. The observation of the Benjamin Plaintiffs' Motion is, therefore, correct that neither Order currently provides for an assessment, generally, as to cases that have not entered into a written participation agreement, other than those heart attack and stroke cases subject to PTO 29.

4. This Court did, however, indicate by its Order of April 25, 2012, that all MDL cases, including those that have not signed a participation agreement, should be subject to an assessment for the Common Benefit Fund. *See* Order & Reasons, April 25, 2012, at 7-8. The Court noted "The Court is not aware of any authority recommending or authorizing that common benefit assessments in complex multidistrict litigation be subject to case-by-case review for whether any particular claimant has actually benefitted from common benefit work and whether any particular plaintiff should be required to contribute." *Id.* at 8.

5. Merck submits that the parties to the remaining cases not covered by PTO 19, as amended by this Courts Order of April 25, 2012, would benefit from clarification as to the assessments potentially applicable to them in the event of a settlement, that is, those cases for which counsel has not signed an assessment agreement, and which are not covered by PTO 29

6.    Merck observes that the same reasons set forth in this Court's Order of April 25, 2012 would support a Common Benefit Fund assessment set at 2% fees (to be subtracted from the attorneys' fees portion of individual fee contracts) and 1% costs (to be subtracted from the client portion of individual fee contracts) for those cases not otherwise subject to a different assessment under PTO 19, as amended.  Clarification of the 3% assessment "[u]nder these circumstances and at this stage of the litigation," would "simplify and assist resolution" of remaining cases, and assist with "finally closing the door on this litigation."  *See* Order & Reasons, April 25, 2012, at 8.

Dated:  July 19, 2012                                              Respectfully submitted,

                              */s/ Dorothy H. Wimberly*
                              Phillip A. Wittmann, 13625
                              Dorothy H. Wimberly, 18509
                              STONE PIGMAN WALTHER
                              WITTMANN L.L.C.
                              546 Carondelet Street
                              New Orleans, Louisiana 70130
                              Phone: 504-581-3200
                              Fax:    504-581-3361

                            Defendants' Liaison Counsel

                                —and—

                            Douglas R. Marvin
                            Eva Petko Esber
                            M. Elaine Horn
                            Emily Renshaw Pistilli
                            WILLIAMS & CONNOLLY LLP
                            725 Twelfth Street, N.W.
                            Washington, D.C. 20005
                            Phone: 202-434-5000
                            Fax:    202-434-5029

                            Attorneys for Merck Sharp & Dohme Corp.

1099645v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of July, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1099645v1