UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:** *Ruth Jenkins, et. al v. Merck & Co., Inc.*,
**2:05-cv-04054-EEF-DEK**

## ORDER

The Court has received Defendant Merck & Co., Inc.'s Motion for Summary Judgment

(Rec. Doc. 63916) only with respect to Lynn Hudnut.  Defendant provides evidence that Plaintiff

Hudnut suffered from renal complications, the risks of which were included in the Vioxx

package insert and Patient Information Sheet.  Accordingly, Defendant argues that it cannot be

held liable for failure to warn Plaintiff Hudnut of these complications.

The Court has received no opposition from Plaintiff Hudnut.

Accordingly, IT IS ORDERED that Defendant's motion for summary judgment is

GRANTED.  Plaintiff's claims are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 23rd day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE