UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**  *Gene Weeks v. Merck & Co., Inc.*
Case No.: 2:05-cv-04578

## ORDER

The Court has received Attorney Ronald R. Benjamin's Motion to Withdraw (Rec. Doc. 63910) his incorrectly filed Notice of Appeal (Rec. Doc. 63866). The Court has received no opposition to this motion. Accordingly, IT IS ORDERED that Defendant's motion to withdraw is GRANTED.

New Orleans, Louisiana, this 23rd day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

1