UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* All Cases | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RESPONSE OF DEFENDANT MERCK SHARP & DOHME CORP. TO OPPOSITION OF LIAISON AND LEAD COUNSEL FOR CERTAIN CASES TO MOTION OF BENJAMIN PLAINTIFFS TO BE ASSESSED AS TO THE PERCENTAGES OF <u>COMMON BENEFIT ATTORNEYS FEES AND EXPENSES</u>**

Merck Sharp & Dohme Corp. ("Merck") submits this brief response to the Opposition recently filed by Ann Oldfather, as Lead and Liaison Counsel for certain cases in this MDL, to the Motion of Benjamin Plaintiffs To Be Assessed As to the Percentages of Common Benefit Attorneys Fees and Expenses ("Benjamin Plaintiffs' Motion).

Merck submits this response, as it did to the Motion of the Benjamin Plaintiffs, because the parties would benefit from guidance as to the appropriate Common Benefit Fund Assessment for settling cases that do not currently fall within the parameters of either (i) this Court's Pretrial Order ("PTO") No. 19, or (ii) the Court's April 25, 2012 Order pertaining to Common Benefit Fund Assessments, so that Merck can ascertain the correct amount that should be withheld for the Common Benefit Fund. Ms. Oldfather's opposition to the Benjamin Plaintiffs' Motion

1

demonstrates the need for clarification as to other plaintiffs that may be impacted by these issues, in particular *pro se* plaintiffs.

1. Ms. Oldfather takes the position that all plaintiffs who did not sign a participation agreement with the PSC should be subject to Common Benefit Fund assessments of 6%.

2. The Court, however, has already rejected this contention in its order of April 25, 2012, setting 3% as the appropriate assessment for heart attack and stroke cases subject to PTO 29, namely those filed or transferred into this MDL after November 9, 2007.

3. Moreover, Merck submits that Ms. Oldfather's position should not be applied to *pro se* plaintiffs. It is Merck's understanding that none of the *pro se* plaintiffs have signed a participation agreement. Requiring *pro se* plaintiffs to pay an assessment of 6% would not further the interests identified in the Court's Order of April 25 to "simplify and assist resolution" of remaining cases, and assist with "finally closing the door on this litigation." See Order & Reasons, April 25, 2012, at 8.

Dated: July 24, 2012

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

—and—

2

1099973v1

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of July, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com
 Defendants' Liaison Counsel