UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Numbers:**<br>2:05-cv-01089 |
| **Sandra Elliott** | PLAINTIFF |
| **v.** | |
| **Merck & Co., Inc.** | DEFENDANT |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
MERCK'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Sandra Elliott, through counsel, respectfully submits this Motion for a reasonable extension of time to plead in response to the Defendant Merck & Co. Inc.'s ("Merck") Motion for Summary Judgment. Merck raised issues in its motion regarding a bankruptcy filing by Plaintiff; counsel has done extensive work since receiving Merck's motion, where this issue was first brought to counsel's attention, in order to address the errors made in the bankruptcy filing by bankruptcy counsel. Counsel believes that the bankruptcy filings can be amended so that any potential prejudice to Plaintiff in the pursuit of her claim before this Court can be eliminated and the Court will not need to address the substantive issues raised by Merck.

Counsel was not aware of the bankruptcy issues in Ms. Elliott's case until Merck filed its Motion. Ms. Elliott, and her bankruptcy attorney, are in California, and the bankruptcy attorney has been exceedingly difficult to reach, which has compounded the difficulty in addressing amendments to the bankruptcy papers. Furthermore, the confusion over the proper listing of the

pending claim was in large part due to the improper rejection of Ms. Elliott's Future Evidence Stipulation (under procedures unilaterally instituted by Merck and different from those previously followed).  Ms. Elliott's Affidavit, filed as part of her ultimately successful Motion to Set Aside Dismissal [Rec. Doc.40303-1], is attached.

Plaintiff seeks an extension of four (4) weeks in order to pursue the option of amending the bankruptcy filings, and for then completing her Response to Merck's Motion.  Defendant will not be prejudiced if the instant Motion is granted.  A Proposed Order is tendered herewith.

Respectfully submitted,

/s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel for Certain Cases
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time to Respond has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of July, 2012.

/s/ Ann B. Oldfather

Ann B. Oldfather