UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Numbers:**<br>2:05-cv-01089 |
| **Sandra Elliott** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

### ORDER

Motion having been made by the Plaintiff,

IT IS HEREBY ORDERED that the Motion of Plaintiff Sandra Elliott for a four week extension of time to plead in response to the Defendant's Motion for Summary Judgment is GRANTED.

So ordered.

New Orleans, Louisiana, this __ day of _____, 2012.

_____
Eldon E. Fallon
United State District Judge