**MINUTE ENTRY**
**FALLON, J.**
**JULY 23, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | |
| | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:** | |
| ALL CONSUMER PURCHASE CLAIMS | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon. Dawn Barrios, Russ Herman, Andy Birchfield, Elizabeth Cabraser, and Vince McKnight participated on behalf of the Plaintiffs. John Beisner and Doug Marvin participated on behalf of the Defendant. The parties discussed the status of these cases.

JS10(00:18)