**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:**<br>2:06-cv-10270 |
| **LaDonna King** | PLAINTIFFS |
| **v.** | |
| **Merck & Co., Inc.** | DEFENDANT |

\* \* \* \* \* \* \*

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**
**PURSUANT TO PTO 36, §II**
**and**
**MOTION TO REMAND MOTION FOR SUMMARY JUDGMENT**

Ann B. Oldfather of the OLDFATHER LAW FIRM moves the Court, pursuant to PTO 36, Section II, for entry of an order allowing her and her co-counsel, Gregory M. Feather of Handler, Henning and Rosenberg, to withdraw as counsel of record for plaintiff LaDonna King, in the above-captioned matter. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Counsel has explained to Plaintiff the reasons that counsel and co-counsel seek to withdraw from continued representation of the Plaintiff in this action. Counsel and Plaintiff have a fundamental disagreement. Counsel and co-counsel have been unable to contact Ms. King, and Ms. King has not responded to counsel's latest communication stating her reasons for seeking to withdraw.

The undersigned counsel represents that, as of this same date, Plaintiff LaDonna King has been sent a copy of PTO 36 and a copy of this Motion to Withdraw, both of which have been sent by certified mail and regular mail.  In the same correspondence, Plaintiff has been advised of the items set forth in PTO 36, Section II.B.

LaDonna King's last known address is:

> 227 W. Penn St.
> Bedford, PA 15522

Counsel has been corresponding with Ms. King at this address since the inception of their relationship, and regularly over the last year, and not one piece of correspondence has ever been returned as undeliverable.  Counsel has recently sent correspondence by Federal Express to this address, and confirmation of delivery was received.  Attempts to reach Ms. King by phone have been unsuccessful.  Ms. King has not contacted the undersigned, despite requests that she do so.

As counsel was attempting to contact Ms. King, Merck was also seeking deposition dates for Ms. King.  On July 5, 2012, counsel informed Merck that it would not be necessary to take Ms. King's deposition and on July 16, 2012, counsel informed Merck that she intended to withdraw from representing Ms. King and asked Merck to defer filing any motions until the Court could address the Motion to Withdraw.  Notwithstanding this request, on July 17, 2012, Merck served a Motion for Summary Judgment in Ms. King's case [Rec. Doc. 63995].  The undersigned asks that Merck's Motion be remanded until the Court has had an opportunity to address the Motion to Withdraw, with leave to re-file thereafter.

Wherefore, the undersigned counsel respectfully requests that the Court determine that counsel has complied with all of the requirements of PTO 36 and Local Rule 83.2.11, as a result of which she and co-counsel should be allowed to withdraw as counsel of record for Plaintiff, LaDonna King, and that they both be relieved of all further liability on this matter.  Counsel

further requests that the Court remand Merck's recently filed Motion for Summary Judgment with leave to re-file after the Court rules on the Motion to Withdraw.

>Respectfully submitted,
>
>/s/ Ann B. Oldfather
>Ann B. Oldfather
>KY Bar ID #52553
>OLDFATHER LAW FIRM
>1330 South Third Street
>Louisville, KY  40208
>(502) 637-7200
>*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record Pursuant to PTO 36, §II and Motion to Remand Motion for Summary Judgment has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, an upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of July, 2012.

>/s/ Ann B. Oldfather
>
>Ann B. Oldfather