## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657 <br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:** <br> 2:06-cv-10270 |
| **LaDonna King** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

### ORDER

Upon due consideration of the Motion to Withdraw as Counsel of Record filed by Ms. Oldfather and Mr. Feather, and for good cause shown, the Court finds the motion to be well-taken, and that the same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorney Ann B. Oldfather of the Oldfather Law Firm and attorney Gregory M. Feather of Handler, Henning & Rosenberg may withdraw as counsel of record for Plaintiff LaDonna King, and they shall both be relieved of all further responsibilities in this matter..

New Orleans, Louisiana, this _____ day of _____, 2012.

                                          ELDON E. FALLON
                                          UNITED STATES DISTRICT JUDGE

Tendered by:

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 South Third Street
Louisville, KY  40208
(502) 637-7200
*Counsel for Plaintiff*