# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:**<br>2:06-cv-10270 |
| **LaDonna King** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

## ORDER

IT IS ORDERED, ADJUDGED AND DECREED that Merck's Motion for Summary Judgment is remanded as to Plaintiff LaDonna King with leave to refile following the Court's ruling on the Motion to Withdraw as Counsel of Record Pursuant to PTO 36, §II.

New Orleans, Louisiana, this _____ day of _____, 2012.

                                                                         _____
                                                                         ELDON E. FALLON
                                                                         UNITED STATES DISTRICT JUDGE

Prepared by:

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 South Third Street
Louisville, KY  40208
(502) 637-7200
*Counsel for Plaintiff*