UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

*All Cases*

## NOTICE OF REQUEST FOR ORAL ARGUMENT

By arguments made in its Response [Rec. Doc. 64003] to the undersigned's Opposition to Ronald Benjamin's Motion to Set Common Benefit Assessments [Rec. Doc. 63978], Defendant Merck & Co., Inc. has interjected its view of appropriate common benefit assessments for cases far beyond those addressed by Mr. Benjamin in his motion.  Accordingly, Ann B. Oldfather, Liaison and Lead Counsel for certain cases, hereby requests oral argument pursuant to Local Rule 78.1 on Mr. Benjamin's Motion, and Defendant Merck's actual Response to Mr. Benjamin's Motion [Rec. Doc 63999] and Merck's latest nominal "Response" to Mr. Benjamin's Motion to Set Common Benefit Assessment for Plaintiffs' Cases [Rec. Doc. 64003], to be heard at the next status conference scheduled on August 16, 2012.

                                                Respectfully submitted,

                                                /s/ Ann B. Oldfather
                                                Ann B. Oldfather
                                                KBA Bar #52553
                                                Liaison Counsel/Lead Counsel for Certain Cases
                                                OLDFATHER LAW FIRM
                                                1330 S. Third Street
                                                Louisville, KY   40208
                                                502.637.7200
                                                502.637.3999  (fax)
                                                aoldfather@oldfather.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Request for Oral Argument has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of July, 2012.

/s/ Ann B. Oldfather
_____
Ann B. Oldfather