UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO: THIRD PARTY PAYOR COMMON BENEFIT FEES**

**ORDER**

Agreements dated September 14, 2009 between defendant Merck & Co., Inc. ("Merck") and private third party payor ("TPP") claimants provided for payments by Merck of an aggregate settlement of $65 million to identified settling plaintiffs, and $15 million as a Common Benefit Attorneys fee (the "TPP CBF Agreement"). The common benefit attorneys' fees under the TPP CBF Agreement remain to be allocated and disbursed to qualified common benefit attorneys.

The Court has previously detailed the procedure it intends to follow with respect to allocating common benefit attorney's fees in Pretrial Order 57. As part of that order, the Court appointed a Fee Allocation Committee (the "TPP FAC") to receive and analyze applications for common benefit fees. The TPP FAC consists of people who have been intimately involved with the TPP litigation at every stage and who were instrumental in the settlement process. The Court set forth guidelines for assessing the relative contribution of each fee applicant. The TPP FAC solicited applications and supporting documentation from attorneys requesting an allocation.

Using these procedures and guidelines, the TPP FAC was directed to prepare an initial recommendation regarding the allocation of common benefit fees and to circulate that recommendation to applicants and their clients. The TPP FAC completed its initial

2

recommendation on November 8, 2011 and solicited comments from and objections from applicants. The final recommendation was then submitted to the Court on June 13, 2012.

The Court now publishes the recommendation and associated materials for all to see. Anyone having any objection to this proposed distribution shall file with the Court an objection setting forth the reasons for their objection, describing the amount they feel they should be entitled to, and attaching all available supporting documentation. Objections shall be due on August 10, 2012.

After the time for objection has expired, depending on the nature and number of objections received, the Court will determine further procedures to resolve those objections. In deciding what procedures will be necessary, the Court will consider the cost of additional procedures and who will be taxed for their cost.

New Orleans, Louisiana, this 25th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

2