LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

June 20, 2012

**<u>Via Electronic Mail</u>**

Ann B. Oldfather
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208

   Re: <u>Vioxx MDL No. 1657—Deposition Scheduling</u>

Dear Ann:

   I am writing to follow-up on deposition scheduling.

   In your prior correspondence, you noted that you have availability for depositions in July and August. Please provide us with deposition dates for the following persons who are plaintiffs/witnesses in some of your "Other Injury" cases. Also, I have noted a presumptive geographic location for the depositions in parenthesis. If you would like the depositions noticed for a different location, please indicate the appropriate place in your response:

- Myrtle Butterfield (Syracuse, New York)
- LaDonna King (Harrisburg, Pennsylvania)
- Kenneth Rarick (Buffalo, New York)
- Plaintiff Rarick's Spouse Judith (Buffalo, New York)

   As previously discussed, we have also identified potential deposition dates for Dr. Kress and Dr. Crowther. Dr. Kress can be deposed in Chicago on either September 17 or September 19. Dr. Crowther can be deposed on September 21. If you would prefer, we could make Dr. Crowther available for deposition in Chicago (rather than Toronto). Please let me know your preference.

Sincerely

M. Elaine Horn

M01SD03984