# Pistilli, Emily

| | |
|---|---|
| **From:** | Ann B. Oldfather [aoldfather@oldfather.com] |
| **Sent:** | Monday, July 09, 2012 4:16 PM |
| **To:** | Horn, Elaine |
| **Cc:** | Megan J. Hastings; Colleen Shields; Michelle L. Chiavene; Paige M. Hamby |
| **Subject:** | Re: 6-20-12 Ltr to A. Oldfather re depo scheduling.PDF |

Elaine, we are not at liberty to comment further right yet.

Ann

Ann B. Oldfather
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208
502.637.7200


On Jul 9, 2012, at 11:11 AM, "Horn, Elaine" <EHorn@wc.com> wrote:

> Megan,
>
> We are checking on Dr. Crowther, and I will let you know once we have that information.
>
> On LaDonna King, your message suggests to me that she may be dismissing her case, is that correct?
>
> Thanks,
> Elaine
> -------------------------
> Sent from my Wireless Handheld

---

**From**: Megan J. Hastings [mailto:mjh@Oldfather.com]
**Sent**: Thursday, July 05, 2012 05:34 PM
**To**: Horn, Elaine
**Cc**: Ann B. Oldfather <aoldfather@oldfather.com>; Colleen Shields <cms@Oldfather.com>; Michelle L. Chiavene <mlc@Oldfather.com>; Paige M. Hamby <phamby@Oldfather.com>
**Subject**: RE: 6-20-12 Ltr to A. Oldfather re depo scheduling.PDF

Elaine,

In the process of setting up these depositions, we've realized that it may not be necessary to schedule Ms. King's deposition. We will have follow-up for you on that in the next several days.

Due to summer scheduling difficulties, we haven't heard back from the Rarick's or Ms. Butterfield, but should have dates for you next week. We appreciate your offer to produce Dr. Crowther in Chicago, although 9/21 doesn't work on our end. If possible, we would like to accept your offer to take Dr. Kress's deposition on 9/17, and Dr. Crowther's deposition on 9/18, if he is available. Please let me know if that works.

Regards,

Megan J. Hastings
Attorney
Oldfather Law Firm
1330 S. Third Street
Louisville, KY  40208
502.637.7200
502.637.3999 fax
Email: mhastings@oldfather.com

```
-----Original Message-----
From: Horn, Elaine [mailto:EHorn@wc.com]
Sent: Wednesday, June 20, 2012 1:00 PM
To: Ann B. Oldfather
Cc: Megan J. Hastings
Subject: 6-20-12 Ltr to A. Oldfather re depo scheduling.PDF

Please see attached.


NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.
```

---

```
NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.
```