## Pistilli, Emily

| | |
|---|---|
| **From:** | Horn, Elaine |
| **Sent:** | Wednesday, July 25, 2012 4:30 PM |
| **To:** | Pistilli, Emily |
| **Subject:** | FW: Our June 20th Request for Deposition Dates |

---

**From:** Megan J. Hastings [mailto:mjh@Oldfather.com]
**Sent:** Thursday, July 12, 2012 5:06 PM
**To:** Horn, Elaine
**Cc:** Ann B. Oldfather; Colleen Shields; Michelle L. Chiavene; Paige M. Hamby
**Subject:** RE: Our June 20th Request for Deposition Dates

Elaine,

First, we will have follow-up for you on Ms. King next week, but as we stated in previous emails, we do not anticipate that it will be necessary to schedule her deposition.

We are still working to schedule the depositions of Mr. and Mrs. Rarick and Ms. Butterfield. As you anticipated, we would like to schedule these three depositions for one trip in the same week – we imagine we can take all three of them in 2-3 days, depending on whether both Rarick depositions can be completed in one day.

The scheduling process has been complicated by Ms. Butterfield's health. She is almost 84 and mostly blind, and requires a driver to make the 2.5 hour trek from her hometown of Canton to Syracuse. Her son is willing to drive her but would need reimbursement for the mileage – will Merck consent to that? We are considering the week of August 20-25 and are waiting on a client to confirm that week. We will let you know as soon as possible, and let us know if that week works on your end.

Any word on 9/17 and 9/18 as dates for Drs. Kress and Crowther?

Regards,

Megan J. Hastings
Attorney
Oldfather Law Firm
1330 S. Third Street
Louisville, KY  40208
502.637.7200
502.637.3999 fax
Email: mhastings@oldfather.com

---

**From:** Horn, Elaine [mailto:EHorn@wc.com]
**Sent:** Thursday, July 12, 2012 4:18 PM
**To:** Megan J. Hastings
**Cc:** Ann B. Oldfather; Colleen Shields; Michelle L. Chiavene; Paige M. Hamby
**Subject:** Our June 20th Request for Deposition Dates

Megan,

On June 20th, we formally requested deposition dates for Myrtle Butterfield, LaDonna King, Kenneth Rarick and Judith Rarick. (We had first raised the issue of deposing these plaintiffs on June 12, and Ann indicated that we should make a more specific request.) Although you have indicated that it "may not be necessary" to schedule Ms. King's deposition, we have not received any information confirming that as fact, nor have we received any proposed dates for any of the other three plaintiffs that we requested.

    Please provide us an update on the status of Ms. King or indicate a date by which you will have a decision on how her case will proceed. Please also provide us with the requested dates for Myrtle Butterfield, Kenneth Rarick and Judith Rarick.

    In the event that it would be helpful in moving the process along, here are some suggested dates for those deponents:

    Myrtle Butterfield: July 26
    Kenneth & Judith Rarick: July 30 & 31, July 31 & August 1, Aug. 1 & 2, or Aug. 13 & 14.

    **If you would like to try and schedule both of the Raricks in one day, and were willing to start early for an extended day, we could do both of the Raricks on July 30, Aug 1, or Aug 13.

    **If you would like to schedule Ms. Butterfield and both Raricks for one trip to New York, we could plan for the July 30-August 2 window (which allows for a day to travel between Buffalo and Syracuse).

    Regards,
    Elaine

---

**From:** Megan J. Hastings [mailto:mjh@Oldfather.com]
**Sent:** Thursday, July 05, 2012 5:34 PM
**To:** Horn, Elaine
**Cc:** Ann B. Oldfather; Colleen Shields; Michelle L. Chiavene; Paige M. Hamby
**Subject:** RE: 6-20-12 Ltr to A. Oldfather re depo scheduling.PDF

Elaine,

In the process of setting up these depositions, we've realized that it may not be necessary to schedule Ms. King's deposition. We will have follow-up for you on that in the next several days.

Due to summer scheduling difficulties, we haven't heard back from the Rarick's or Ms. Butterfield, but should have dates for you next week. We appreciate your offer to produce Dr. Crowther in Chicago, although 9/21 doesn't work on our end. If possible, we would like to accept your offer to take Dr. Kress's deposition on 9/17, and Dr. Crowther's deposition on 9/18, if he is available. Please let me know if that works.

Regards,

Megan J. Hastings
Attorney
Oldfather Law Firm
1330 S. Third Street
Louisville, KY  40208
502.637.7200
502.637.3999 fax
Email: mhastings@oldfather.com

```
-----Original Message-----
From: Horn, Elaine [mailto:EHorn@wc.com]
Sent: Wednesday, June 20, 2012 1:00 PM
To: Ann B. Oldfather
Cc: Megan J. Hastings
Subject: 6-20-12 Ltr to A. Oldfather re depo scheduling.PDF

Please see attached.
```

2

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

---

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.