**Pistilli, Emily**

| | |
|---|---|
| **From:** | Pistilli, Emily |
| **Sent:** | Monday, July 16, 2012 4:48 PM |
| **To:** | Ann B. Oldfather; Megan J. Hastings |
| **Cc:** | Horn, Elaine; Michelle L. Chiavene; Colleen Shields; Paige M. Hamby |
| **Subject:** | RE: LaDonna King matter |

Ann,

Is your anticipated motion to withdraw in Ms. King's case based on a loss of contact with your client?

If it is not, we will still need to file our dispositive motion soon to be set for the August 16 hearing date.  Because of the discovery schedule Judge Fallon has set for her case, we cannot wait until after he rules on your motion to withdraw to file – otherwise we will be pushing up against the close of discovery in her case without giving Judge Fallon time to rule on our motion.

Emily

**Emily Renshaw Pistilli**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5652 | (F) 202-434-5029
epistilli@wc.com | www.wc.com/epistilli

**From:** Ann B. Oldfather [mailto:aoldfather@oldfather.com]
**Sent:** Monday, July 16, 2012 2:58 PM
**To:** Pistilli, Emily; Megan J. Hastings
**Cc:** Horn, Elaine; Michelle L. Chiavene; Colleen Shields; Paige M. Hamby
**Subject:** RE: LaDonna King matter

Emily, we would ask that you refrain from doing so as it will impede the motion to withdraw that we plan to file as soon as the time we have specified in our preliminary letter elapses, which should be a week from today.

Thanks,

Ann

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 S. Third St.
Louisville, KY  40208
502.637.7200
502.637.3999 fax
Email: aoldfather@oldfather.com
www.oldfather.com

**From:** Pistilli, Emily [mailto:EPistilli@wc.com]
**Sent:** Monday, July 16, 2012 2:51 PM

**To:** Ann B. Oldfather; Megan J. Hastings
**Cc:** Horn, Elaine; Michelle L. Chiavene; Colleen Shields; Paige M. Hamby
**Subject:** LaDonna King matter

Ann and Megan:

This email is just to let you know that we plan to file a dispositive motion in Ms. King's case tomorrow.  I know there has been some discussion about Ms. King in the past week and you have mentioned to Elaine that it may not be necessary to schedule her deposition.  You indicated that you would provide more information this week.  If events transpire such that our motion becomes moot, we can withdraw it at that point (or not file it, if it is not yet on file).

Emily

**Emily Renshaw Pistilli**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5652 | (F) 202-434-5029
epistilli@wc.com | www.wc.com/epistilli

---

NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.