UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| This document relates to: | * |
| | * MAGISTRATE JUDGE |
| *LaDonna King v. Merck & Co., Inc.*, | * KNOWLES |
| 2:06-cv-10270-EEF-DEK | * |
| | * |

*************************************************************************

## ORDER TO SHOW CAUSE WHY CASE
## SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiff in the above-numbered case show cause on the 16th day of August, 2012, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiff in the above-numbered case file and serve upon Liaison Counsel any opposition to the Rule on or before the 10th day of August, 2012.

**IT IS FURTHER ORDERED** that defendant Merck Sharp & Dohme Corp. file and serve upon Plaintiffs' Liaison Counsel and plaintiff's counsel in the above-numbered case any reply to the opposition on or before the 14th day of August, 2012.

NEW ORLEANS, LOUISIANA, this _____ day of July, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1100371v1