UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Sandra Elliott v. Merck Sharpe & Dohme Corp.,* | * | KNOWLES |
| *2:06-cv-10987-EEF-DEK* | * | |
| | * | |

************************************************************************

### [PROPOSED] ORDER GRANTING MERCK SHARPE & DOHME CORP.'S REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Exhibits 2 and 3 to Defendant Merck Sharp & Dohme

Corp.'s Statement of Material Facts as to Which There is No Dispute are to be filed under seal.

DATED: this  25th  day of      July      , 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1