UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Singleton, Catherine H. v. Merck & Co., Inc.* | * | KNOWLES |
| 2:09-cv-02413-EEF-DEK (Estate of Velma Dunn) | * | |
| | * | |

*************************************************************************

## DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF

Ms. Velma Dunn died at the age of 90 on October 6, 2011. The State of Mississippi issued a death certificate that lists the cause as "Renal Failure" and secondarily attributes that condition to her underlying "Atherosclerosis" and "Diabetes Mellitus." Ex. 1.

In this litigation, the representatives of Ms. Dunn's estate initially pointed to a range of possible reasons for Ms. Dunn's death, *see* Plaintiff Profile Form at 3 (Ex. 2), but when required to produce actual prima facie evidence of injury and causation, Plaintiff's expert asserted that "Vioxx was a contributor to the development and propagation" of either a "large pulmonary embolism or multiple small pulmonary emboli" on or around July 6, 2001, which ultimately led to Ms. Dunn's death three months later. Pl.'s Expert Rep. at 1 (Ex. 3). Plaintiff's expert concedes that Ms. Dunn was not diagnosed with a pulmonary embolism, but his opinion is based on his view that it is "the most probable potential diagnosis." *Id.*

This Court should enter summary judgment in Merck's favor on Plaintiff's claims. As outlined in Merck's November 2, 2011 Motion for Summary Judgment in VTE Cases, there is no

1100638v1

scientific evidence to support the claim that Vioxx can cause pulmonary emboli or any other form of venous thromboembolic event. *See* VTE Summ. J. Mem. (Ex. 4).

In support of the present motion, Merck incorporates in its entirety the November 2, 2011 Motion for Summary Judgment in VTE Cases (Rec. Doc. 63539), including its Memorandum in Support thereof, Statement of Undisputed Facts, and all related materials submitted in support of that motion. Those materials are attached as Exhibit 4. **As part of its relief, Merck requests that this case be added to Exhibit A of PTO No. 58, and that any further proceedings in this case be conducted in accordance with the Court's schedule that is applicable to Exhibit A cases**.

Dated:  July 30, 2012

Respectfully submitted,

  /s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

  —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Counsel for Merck Sharp & Dohme Corp.

2

1100638v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Defendant Merck Sharp & Dohme Corp.'s Motion for Summary Judgment and Memorandum in Support Thereof has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of July, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1100638v1