# EXHIBIT 2 TO MOTION FOR SUMMARY JUDGMENT

# FILED UNDER SEAL