# EXHIBIT 1

## Expert Report of John P. Kress, MD, FCCP

I am a physician at the University of Chicago in the Section of Pulmonary and Critical Care. I have training and board certification in internal medicine, pulmonary medicine, critical care medicine, and anesthesiology. For additional information regarding my educational background, training and research, please refer to my curriculum vitae, which is attached hereto as Exhibit A. I have been asked to address the purported relationship between selective cyclooxygenase-2 (COX-2) inhibitors, specifically Vioxx (rofecoxib), and venous thromboembolism.

Cyclooxygenases are enzymes that convert arachidonic acid to prostaglandin G/H2 and, hence, regulate eicosanoid synthesis. There are two isoenzymes (COX-1 and COX-2). In the early 1990s, the presence of the second isoenzyme (COX-2) was discovered. COX-1 is constitutively expressed in many cells and is the only isoenzyme expressed in platelets; COX-2 is an inducible cyclooxygenase. This isoenzyme can be induced by several mediators, including proinflammatory cytokines, such as interleukin (IL)-1, tumor necrosis factor (TNF), interferon, endotoxin or growth factors. Rofecoxib (Vioxx) is one of many medications in the category of selective cyclooxygenase-2 (COX-2) inhibitors. Other selective COX-2 inhibitors include celecoxib, valdecoxib, parecoxib, etoricoxib and lumaricoxib.

It is vitally important to understand that veins and arteries are very different anatomical structures. Though thrombosis or clotting can occur in both veins and arteries, the pathophysiologies are very different. Arteries are vessels under high pressure. They have relatively thick walls and the inner lining of arteries (known as the endothelium) is prone to the formation of plaques. Plaque formation occurs in patients with certain risk factors. These risk factors include hypertension, hyperlipidemia, diabetes and tobacco use, among others (1). As a plaque forms in an artery, it may rupture, leading to the acute formation of a thrombus or clot at the point of rupture. Such thrombosis can lead to heart attack, stroke, etc., since the acute thrombus blocks blood flow to the organ of interest. The prophylactic, acute therapeutic, and long term therapeutic approaches to the treatment of arterial thrombosis are fundamentally different than the respective approaches to the treatment of venous thrombosis. These differences reflect important differences in the underlying pathophysiology of arterial and venous thrombotic events.

Veins are very different anatomic structures. Pressure in veins is low, rather than high as in arteries. Veins do not form plaques that are prone to rupture leading to acute thrombus formation. The risk factors associated with arterial thrombus formation are generally not thought to affect veins. Thrombus formation in veins is fundamentally completely different than thrombus formation in arteries. The notion that the propensity to cause arterial thrombus formation is similar to the propensity to cause venous thrombus formation is inconsistent with basic tenets of vascular physiology and pathophysiology.

Venous thrombosis and pulmonary embolism (also known as venous thromboembolism—VTE) are considered a part of the same underlying pathophysiology—a part of the same continuum. Pulmonary embolism is a complication of underlying deep venous thrombus (DVT). The DVT detaches and is carried by the venous blood stream to the pulmonary circulation. The majority of DVTs come from the

lower extremities, though upper extremity DVTs can also occur. A pulmonary embolism may have a pathophysiologic effect on pulmonary circulation resulting in impaired gas exchange. Since deaths from pulmonary embolism can occur before diagnosis and treatment, prevention of VTE is critical. In order for VTE to occur, pathophysiological conditions are necessary. Classically, Virchow's triad—stasis, abnormalities of the vessel wall, and alterations in blood coagulation system—are seen. This leads to platelet aggregation (known as "white thrombus"), fibrin thrombus formation (known as "red thrombus") and rapid propagation of the venous clot. Once the venous thrombus or clot forms and propagates, the clot's growth is eventually halted and the body's endogenous fibrinolytic system breaks the organized clot down. This typically occurs over the course of 7-10 days. Eventually, the inner lining of the vein (known as endothelium) grows and covers the thrombus. There are many established risk factors for VTE. These include: prior VTE, malignancy, trauma, surgery, fractures, pregnancy, stroke, spinal cord injury, immobility, congestive heart failure, obesity, advanced age and oral contraceptive use (particularly in conjunction with tobacco use), among others. Further, a number of inherited hypercoagulable states have also been identified (e.g. antithrombin III deficiency, factor V Leiden deficiency, etc.).

The standard treatment of VTE is systemic anticoagulation, most often with heparin. Pulmonary embolism is a very common and serious condition with substantial morbidity and mortality. Systemic anticoagulation reduces, but does not eliminate morbidity and mortality rates.(2) One of the reasons pulmonary embolism is of major concern to patients and clinicians alike is that it is a particularly difficult condition to diagnose. Pulmonary embolism cannot be diagnosed using patient history, physical examination or basic blood tests or imaging such as chest x-ray. Rather, more sophisticated imaging studies are usually necessary to establish the diagnosis.(3, 4)

While there is a large volume of literature addressing any relationship between selective COX-2 inhibitors (including rofecoxib) and cardiovascular thrombotic events, most of the studies focus on the potential association between selective COX-2 inhibition and **arterial** thrombotic events.

With respect to **venous** thromboembolism specifically, the totality of the available placebo controlled data provide no evidence that rofecoxib (Vioxx) causes **venous** thromboembolism. The placebo-controlled data pertaining to venous thromboembolism can be found in several large clinical trials. Prior to the reporting of three large cancer trials discussed below, Merck submitted the totality of its placebo controlled data to the Food and Drug Administration in March, 2004. In these trials, venous thromboembolism was rare, with more events noted in the placebo groups (2 of 7296 in rofecoxib vs. 4 of 4848 in placebo).(5) The three large cancer studies with rofecoxib were published by Bresalier (2005), Kerr (2007) and van Adelsberg (2007). Bresalier, et al. (6) noted an increased risk of all thrombotic events with rofecoxib compared with placebo (1.5 events in the rofecoxib group vs. 0.78 events per 100 patient-years in the control group) but these were almost all **arterial** thrombotic events (N = 44/46 in the rofecoxib group vs. N = 20/26 in the control group). Kerr, et al. (7) reported a numerical increased risk of all thrombotic events with rofecoxib (15/1167 [1.3%] events in the rofecoxib group vs.

6/1160 [0.5%] events in the control group) but once again, these were almost all **arterial** thrombotic events. There were zero venous thrombotic events and one pulmonary embolism in the placebo group; there were two venous thrombotic events and one pulmonary embolism in the rofecoxib group. Van Adelsberg, et al. (8) noted two peripheral venous thrombotic events with rofecoxib vs. one in the control group; they noted zero pulmonary embolism events with rofecoxib vs. one with placebo. In summary, a total of 9 venous thromboembolic events occurred in 8104 patient-years in persons randomized to rofecoxib compared to 13 such events in 8216 patient-years in those receiving placebo. Together, these data strongly suggest that overall incidence of **venous** thrombotic events and pulmonary embolism is very low and is not different between rofecoxib and placebo. Thus, it is my opinion that there is no reliable evidence in the medical literature that rofecoxib is a risk factor for venous thromboembolism.

Recently, a population based case control study was published in the Journal of Thrombosis and Haemostasis, which reported an increased risk of VTE in patients receiving non-steroidal anti-inflammatory drugs or COX-2 inhibitors (9). However, a careful review of this paper shows that major methodological flaws are present.

Retrospective population-based case control studies are often used to establish the possibility of an association between a dependent variable of interest (e.g. VTE occurrence) and independent variables (e.g. COX-2 inhibitor use). The Danish National Patient Registry is commonly used because of the unique personal registry number system arranged by the Danish government. However, a case control study is critically dependent upon the choice of cases and controls. The diagnosis of VTE in patients with non-specific complaints is well known to be very difficult to establish. Studies have shown clearly that signs, symptoms and basic tests (e.g. EKG, chest x-ray) have very poor positive and negative predictive values for VTE(4). This paper does not have data reporting the certainty of VTE diagnosis—discharge diagnoses to confirm the presence of VTE are notoriously unreliable(10). The authors' statement ("Nevertheless, the accuracy of the VTE diagnosis is unlikely to differ by previous medication exposure, so any misclassification would be non-differential and would lead to underestimates. Such misclassification cannot explain our results") is unconvincing and incorrect. How can an endpoint so critical to a retrospective analysis that can, at best, merely establish an association be dismissed when substantial concerns about misclassification are present?

This study chose 10 controls per case. Another critical component of case-control studies is the choice of the controls. The authors chose to match only for age and gender. Co-morbidities such as cardiovascular disease, COPD, asthma, diabetes, obesity, musculoskeletal and connective tissue diseases were substantially more common in cases than in controls (61.4 vs. 48.5%). The fact that cancer incidence as well as COX-2 use was approximately three times higher in the case group relative to the control group raises concern that the two groups being compared were not similar. A more carefully planned choice of control groups, matching beyond merely age and gender seems likely to have provided more accurate insight into the analysis. Indeed, the authors recognize their study may be vulnerable to unmeasured variables ("Our study did not have the advantage of random assignment, and therefore our results may be vulnerable to

confounding from unmeasured variables, including the underlying condition leading to NSAID use, use of oral contraceptives, limitations in mobility, and body size").

Lastly, even if all of the above flaws are ignored, a retrospective correlative analysis such as the study authored by Schmidt et al. can, at best, only detect an independent association between variables. It cannot prove a cause and effect relationship. Indeed, in the last paragraph of the manuscript by Schmidt, et al., the authors state: "In conclusion, we found an association between use of all non-aspirin NSAIDs and an increased risk of VTE. The two-fold increased VTE risk associated with long-term use provides the most valid estimate of the association. It will fall to future studies to establish whether this association is causal."

For all of the reasons listed above, it is clear that the medical literature offers no reliable evidence that Vioxx increases the risk of VTE.

Although it is not possible for me to list all of the various sources I have considered given the length of time I have practiced and the scope of the literature on the topics with which I am familiar, attached as Exhibit B is a reference list containing many of the medical articles and materials that I have considered in forming the opinions contained in this report. However, simply because something is cited within Exhibit B does not mean that I agree with everything stated in the reference.

I am compensated at a rate of 400.00/hr. for my time.

_John P. Kress, MD, FCCP_
**John P. Kress, MD, FCCP**

REFERENCES
1. Executive Summary of The Third Report of The National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, And Treatment of High Blood Cholesterol In Adults (Adult Treatment Panel III). Jama. 2001 May 16;285(19):2486-97.
2. Dalen JE, Alpert JS. Natural history of pulmonary embolism. Prog Cardiovasc Dis. 1975 Jan-Feb;17(4):259-70.
3. Stein PD, Fowler SE, Goodman LR, Gottschalk A, Hales CA, Hull RD, et al. Multidetector computed tomography for acute pulmonary embolism. N Engl J Med. 2006 Jun 1;354(22):2317-27.
4. Investigators TP. Value of the ventilation/perfusion scan in acute pulmonary embolism: results of the Prospective Investigation of Pulmonary Embolism Diagnosis (PIOPED). Jama. 1990;263:2753-9.
5. Louie D. INFORMATION AMENDMENT - CLINICAL (Updated Cardiovascular Analysis). 2004.
6. Bresalier RS SRQH, et al. Cardiovascular Events Associated with Rofecoxib in Colorectal Adenoma Chemoprevention Trial. N Engl J Med. 2005;325(11):1092-102.
7. Kerr DJ. Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer. N Engl J Med. 2007;357(4):360-9.

8.      Van Adelsberg J GP, Ko AT, et al. The Vioxx in prostate cancer prevention study: cardiovascular events observed in the rofecoxib 25 mg and placebo treatment groups. Curr Med Res Opin. 2007;23(9):2063-70.

9.      Schmidt M CC, * Horva´ Th-Puho´ E , Glynn RJ, Rothman à KL, Sorensen HT. Non-steroidal anti-inflammatory drug use and risk of venous thromboembolism. Journal of Thrombosis and Hemostasis. 2011;9:1326-33.

10.     Severinsen MT, Kristensen SR, Overvad K, Dethlefsen C, Tjonneland A, Johnsen SP. Venous thromboembolism discharge diagnoses in the Danish National Patient Registry should be used with caution. Journal of clinical epidemiology. 2010 Feb;63(2):223-8.

EXHIBIT A

# CURRICULUM VITAE
October 20, 2011

**Name:**            John P Kress, MD, FCCP
**Address:**         429 The Lane St.
                     Hinsdale, IL  60521
**Phone:**           773-702-6404 (office); 773-702-4736 (fax)
**Email:**           jkress@medicine.bsd.uchicago.edu
**Date of Birth:**   April 4, 1965
**Place of Birth:**  Rochester, NY

**Education:**

| | | |
|---|---|---|
| 1987 | BS | University of Notre Dame (Summa Cum Laude) |
| 1991 | MD | St. Louis University School of Medicine |

**Postdoctoral Training:**
    **Internship and Residencies:**

| | |
|---|---|
| 1991 - 1992 | Internship, Preliminary Internal Medicine |
| | St. Joseph Hospital and Health Care Center |
| | Chicago, IL |
| 1992 - 1995 | Residency in Anesthesiology, University of Chicago |
| 1995 - 1996 | Residency in Internal Medicine, University of Chicago |
| 1996 - 1999 | Fellowship in Pulmonary and Critical Care Medicine, |
| | University of Chicago |

**Licensure and Board Certification:**

| | |
|---|---|
| 1991 | Illinois, no. 036-088502 |
| | DEA # BK 4105082 |
| 1992 | Diplomat of the National Board of Medical Examiners |
| 1996 | American Board of Anesthesiology |
| 1997 | American Board of Internal Medicine |
| 2007 | American Board of Internal Medicine—Recertification |
| 1999 | American Board of Internal Medicine /Pulmonary Medicine Subspecialty |
| 2009 | American Board of Internal Medicine /Pulmonary Medicine Subspecialty—Recertification |
| 2000 | American Board of Internal Medicine /Critical Care Medicine Subspecialty |
| 2010 | American Board of Internal Medicine /Critical Care Medicine Subspecialty—Recertification |

**Academic Appointments:**

| | |
|---|---|
| 1999 - 2001 | Instructor of Medicine, University of Chicago |
| 2001 - 2007 | Assistant Professor of Medicine, University of Chicago |
| 2007- present | Associate Professor of Medicine, University of Chicago |

**Awards and Honors:**

| | |
|---|---|
| 1987 | Phi Beta Kappa / Epsilon of Indiana at the University of Notre Dame |
| 1997 | Alpha Omega Alpha / University of Chicago Chapter Honorary Member (Selected by University of Chicago Pritzker School of Medicine, Class of 1997) |
| 2002 | University of Chicago Internal Medicine Senior Resident Outstanding Teacher Award |
| 2003 | University of Chicago Internal Medicine Senior Resident Outstanding Teacher Award |
| 2004 | University of Chicago Internal Medicine Senior Resident Outstanding Teacher Award |

**Memberships in Professional Societies and National Committees:**

| | |
|---|---|
| 1988 - 2005 | American Medical Association |
| 1992 - 2000 | American Society of Anesthesiologists |
| 1993 - 2000 | Illinois Society of Anesthesiologists |
| 1996-present | American Thoracic Society |
| 1996-present | American College of Chest Physicians |
| 2001-present | Fellow, American College of Chest Physicians |
| 2005-present | Society of Critical Care Medicine ICU Sedation Guidelines Task Force |
| 2006-present | American College of Chest Physicians Editorial Board |

**Research Support:**

| | |
|---|---|
| 9/01/02-8/31/06 | NIH K23 GM63906—Strategies for Improving Sedation Outcomes in the ICU Concerns the use of sedatives in critically ill patients undergoing mechanical ventilation, with emphasis on protocols, long-term psychological outcomes and identification of occult myocardial ischemia Direct Cost - $116,350/year |
| 9/1/07-9/1/08 | University of Chicago Program of Pharmaceutical Policy (UCP3)— Prevalence of Off-Label Medication Use in Adult Critical Care in the United States Using a Web-Based Multi-Center Research Network Total award - $15,170 |
| 6/1/09- 6/1/13 | Hospira—Investigator Initiated Research Grant "A Randomized Controlled Trial of Dexmedetomidine vs. Propofol for Sedation in Mechanically Ventilated Medical Intensive Care Unit Patients" Total award - $161,877 |

**Teaching Experience:**

| | |
|---|---|
| 1995 - 1998 | Instructor, Physical Diagnosis for Sophomore Medical Students |
| 1999-present | Instructor, Physical Diagnosis for Sophomore Medical Students |
| 1995 - 1999 | Instructor, Intensive Care Unit Core Curriculum for Senior Medical Students |
| 1999-present | Discussant, Department of Internal Medicine, Morbidity and Mortality Conference |

Kress, John P
Page 3

| | |
|---|---|
| 1999-present | Lecturer, Department of Internal Medicine Lecture Series |
| | • Central Venous Catheters |
| | • Pulmonary Embolism |
| 2009-present | Lecturer, Department of Internal Medicine Lecture Series |
| | • Acid-Base Analysis |
| 1999-present | Lecturer, Introduction to Clinical Medicine, First Year Medical Students |
| 1999-present | Lecturer, University of Chicago Hospitals, Critical Care Course, Nursing Orientation |
| 2000 | Lecturer, Department of Surgery, Residents Saturday Morning Conference |
| 2000-present | Discussant, Department of Internal Medicine, Resident Morning Report |
| 2004-2010 | Lecturer, University of Chicago Hospitals, Department of Anesthesia and Critical Care, Resident Lecture Series |
| | • Acute Respiratory Failure |
| | • Peri-operative Pulmonary Evaluation |
| 2011-present | Lecturer, University of Chicago Hospitals, Department of Anesthesia and Critical Care, Resident Lecture Series |
| | • Pulmonary Function Testing |
| | • ARDS |
| 2005-present | Lecturer, Junior Medicine Clinical Pathophysiology Quarterly Course |
| | • Chest Radiography |
| | • Acute Respiratory Failure |
| | • Shock |

**Principal Clinical and Hospital Service Responsibilities:**

| | |
|---|---|
| 1999 | Attending Physician, Vencor Hospital Central, Chicago, IL |
| 1999-present | Attending Physician, Pulmonary and Critical Care Services, University of Chicago, Chicago, IL |
| 2000-present | Member University of Chicago Institutional Review Board |
| 2001-present | Director, Pulmonary and Critical Care Procedure Service, University of Chicago, Chicago, IL |
| 2003-present | Member of University of Chicago Department of Medicine Internship Selection Committee |
| 2005-present | Member of University of Chicago Department of Medicine Committee for Clinical Research |
| 2006-present | Director, Medical Intensive Care Unit, University of Chicago, Chicago, IL |
| 2007-present | University of Chicago Hospital, Director of ICU Bed Triage, Chicago, IL |
| 2009-present | University of Chicago Hospital Biological Outbreak Response Team, Chicago, IL |
| 2009-present | University of Chicago Hospital, Department of Medicine Clinical Operations Task Force, Chicago, IL |
| 2010-present | University of Chicago Hospital, Department of Medicine, New Hospital Pavilion Director, Chicago, IL |

Kress, John P
Page 4

| 2011-present | Director, Pulmonary and Critical Care Fellowship Training Program, University of Chicago, Chicago, IL |

**Continuing Medical Education:**

| 2003 | Co-Director, American College of Chest Physicians Critical Care Board Review Course, Scottsdale, AZ |
| 2004 | Co-Director, American College of Chest Physicians Critical Care Board Review Course, Orlando, FL |
| 2005 | Co-Director, American College of Chest Physicians Critical Care Board Review Course, Scottsdale, AZ |
| 2006 | Director, American College of Chest Physicians Critical Care Board Review Course, Orlando, FL |
| 2007 | Director, American College of Chest Physicians Critical Care Board Review Course, Phoenix, AZ |
| 2008 | Director, American College of Chest Physicians Critical Care Board Review Course, Orlando, FL |
| 2010 | Association of Pulmonary and Critical Care Medicine Program Directors (APCCMPD), Pulmonary and Critical Care In-service Exam Writing Committee (ISWC). Ft. Lauderdale, FL |
| 2011 | Association of Pulmonary and Critical Care Medicine Program Directors (APCCMPD), Pulmonary and Critical Care In-service Exam Writing Committee (ISWC). Ft. Lauderdale, FL |

**Journal Peer Review:**

o   New England Journal of Medicine
o   JAMA
o   Lancet
o   Annals of Internal Medicine
o   American Journal of Respiratory and
Critical Care Medicine
o   Chest
o   Critical Care Medicine
o   Intensive Care Medicine
o   Proceedings of the American Thoracic
Society
o   Critical Care
o   Journal of Intensive Care Medicine
o   Journal of Clinical Oncology
o   Netherlands Org Health Rsch Dev (ZonMw)

o   Respiratory Care
o   Anesthesia and Analgesia
o   Anesthesiology
o   Southern Medical Journal
o   American Journal of Medicine
o   Journal of Internal Medicine
o   Cleveland Clinic Journal of Medicine
o   Journal of Critical Care
o   Expert Opinion in Pharmacology
o   European Respiratory Journal
o   Journal of General Internal Medicine
o   British Journal of Anesthesia
o   European Journal of Heart Failure

**Bibliography:**
**Peer-reviewed Original Research:**

1. **Kress JP**, O'Connor MF, Pohlman AS, Olson D, LaVoie A, Toledano A, Hall JB.  Sedation of critically ill patients during mechanical ventilation:  a comparison of propofol and midazolam. American Journal of Respiratory and Critical Care Medicine 1996;153:1012-1018

Case 2:05-md-01657-EEF-DEK   Document 64955-5   Filed 07/30/12   Page 12 of 110
Case 2:05-md-01657-EEF-DEK   Document 63539-6   Filed 11/02/11   Page 13 of 142

Kress, John P
Page 2

2.  **Kress JP**, Christenson J, Pohlman A, Linkin D, Hall JB.  Outcomes of Critically Ill Cancer Patients in a University Setting.  American Journal of Respiratory and Critical Care Medicine 1999;160:1957-1961

3.  **Kress JP**, Pohlman AS, Alverdy J, Hall JB.  The impact of morbid obesity on oxygen cost of breathing ($VO_{2\,RESP}$) at rest.  American Journal of Respiratory and Critical Care Medicine 1999;160:883-886

4.  **Kress JP**, Pohlman AS, Hall JB.  Determination of hemoglobin saturation in patients with acute sickle chest syndrome:  a comparison of arterial blood gases and pulse oximetry.  Chest 1999;115:1316-1320

5.  **Kress JP**, O'Connor MF, Schmidt GA.  Clinical examination reliably detects AutoPEEP in Critically Ill, Mechanically Ventilated Patients.  American Journal of Respiratory and Critical Care Medicine 1999;159:290-294

6.  **Kress JP**, Pohlman A, O'Connor MF, Hall JB.  Daily interruption of sedative infusions in critically ill patients undergoing mechanical ventilation.  New England Journal of Medicine 2000;342:1471-1477

7.  **Kress JP**, Pohlman AS, Rubin A, Hall JB.  Outcomes of critically ill patients denied consideration for liver transplantation. American Journal of Respiratory and Critical Care Medicine 2000;162:418-423

8.  **Kress JP**, Pohlman AS, Hall JB.  Effects of sedative interruption in critically ill, mechanically ventilated patients receiving midazolam or propofol.  Journal of Clinical Outcomes Management 2001;8:33-39

9.  **Kress JP**, Noth I, Gehlbach BK, Barman N, Pohlman A, Miller A, Morgan S, Hall JB.  The utility of albuterol nebulized with heliox during acute asthma exacerbations. American Journal of Respiratory and Critical Care Medicine 2002;165:1317-1321

10. Kahn JM, **Kress JP**, Hall JB. Skin necrosis after extravasation of low-dose vasopressin administered for septic shock. Critical Care Medicine 2002;30:1899-901

11. Gehlbach B, **Kress JP**, Kahn J, DeRuiter C, Pohlman A, Hall J. Correlates of prolonged hospitalization in inner-city ICU patients receiving noninvasive and invasive positive pressure ventilation for status asthmaticus. Chest 2002;122:1709-14

12. Davis N, Pohlman A, Gehlbach B, **Kress JP**, McAtee J, Herlitz J, Hall J.  Improving the process of informed consent in the critically ill.  JAMA 2003;289:1963-1968

13. **Kress JP**, Gehlbach BK, Lacy M, Pliskin N, Pohlman AS, Hall JB.  The long-term psychological effects of daily sedative interruption on critically ill patients. American Journal of Respiratory and Critical Care Medicine 2003;168:1457-1461

14. Schweickert WD, Gehlbach BK, Pohlman AS, Hall JB, **Kress JP**. Daily interruption of sedative infusions and complications of critical illness in mechanically ventilated patients. Critical Care Medicine 2004;32:1272-1276

15. Carson SS, **Kress JP**, Rodgers JE, Vinayak A, Campbell-Bright S, Levitt J, Bourdet S, Ivanova A, Henderson A, Pohlman A, Chang L, Rich PB, Hall JB. A randomized trial of intermittent lorazepam vs. propofol with daily interruption in mechanically ventilated patients. Critical Care Medicine 2006;34:1326-1332

16. Vinayak AG, Gehlbach B, Pohlman AS, Hall JB, **Kress JP**. The relationship between sedative infusion requirements and permissive hypercapnia in critically ill, mechanically ventilated patients. Critical Care Medicine 2006;34:1668-1673

17. Meyer N, Davis SQ, **Kress JP**. Acute tachypnea during mechanical ventilation in a 62-year-old man with multiple myeloma involving the spinal cord. Chest 2006;130:616-619

18. Vinayak AG, Levitt J, Gehlbach B, Pohlman AS, Hall JB, **Kress JP**. Usefulness of the external jugular vein examination in detecting abnormal central venous pressure in critically ill patients. Archives of Internal Medicine. 2006;166:2132-2137

19. **Kress JP**, Vinayak AG, Levitt J, Schweickert WD, Gehlbach B, Zimmerman F, Pohlman AS, Hall JB, Daily Sedative Interruption in Mechanically Ventilated Patients at Risk for Coronary Artery Disease. Critical Care Medicine 2007;35:365-371

20. Patel N, Pohlman AS, Husain A, Hall JB, **Kress JP**. Conventional transbronchial needle aspiration decreases the rate of surgical sampling of intrathoracic lymphadenopathy. Chest 2007;131:773-778

21. Levitt JE, Vinayak AG, Gehlbach BK, Pohlman AS, Van Cleve W, Hall JB, **Kress JP**. Diagnostic utility of B-type natriuretic peptide in critically ill patients with pulmonary edema: a prospective cohort study. Critical Care 2008;12:R3

22. Cox CE, Reed SD, Govert JA, Rodgers JE, Campbell-Bright S, **Kress JP**, Carson SS. Economic evaluation of propofol and lorazepam for critically ill patients undergoing mechanical ventilation. Critical Care Medicine 2008;36:706-714

23. Girard TD, **Kress JP**, Fuchs BD, Thomason JW, Schweickert WD, Pun BT, Taichman DB, Dunn JG, Pohlman AS, Kinniry PA, Jackson JC, Canonico AE, Light RW, Shintani AK, Thompson JL, Gordon SM, Hall JB, Dittus RS, Bernard GR, Ely EW. Efficacy and safety of a paired sedation and ventilator weaning protocol for mechanically ventilated patients in intensive care (Awakening and Breathing Controlled trial): a randomised controlled trial. Lancet 2008;371(9607):126-134

24. Pohlman, MC, McCallister KE, Schweickert WD, Nigos CP, Krishnan JA, Charbeneau JT, Gehlbach BK, **Kress JP**, Hall JB. Excessive tidal volume from breath stacking during lung-protective ventilation for acute lung injury. Critical Care Medicine 2008; 36:3019-3023

25.  Schweickert WD, Herlitz Jean, Pohlman AS, Gehlbach BK, Hall JB, **Kress JP.** A randomized, controlled trial evaluating postinsertion neck ultrasound in peripherally inserted central catheters. Critical Care Medicine 2009; 37:1217-1221

26.  Schweickert WD, Pohlman, MC, Pohlman AS, Nigos CP, Pawlik AJ, Esbrook CL, Spears L, Miller M, Franczyk M, Deprizio D, Schmidt GA, Bowman A, Barr R, McCallister KE, Hall JB, **Kress JP.** Early physical and occupational therapy in mechanically ventilated, critically ill patients: A randomised controlled trial. Lancet 2009;373:1874 –1882

27.  Pohlman, MC, Schweickert WD, Pohlman AS, Nigos CP, Pawlik AJ, Esbrook CL, Spears, L, Miller M, Franczyk M, Deprizio D, Schmidt GA, Bowman A, Barr R, McCallister KE, Hall, JB, **Kress JP**. Feasibility of physical and occupational therapy beginning from initiation of mechanical ventilation. Critical Care Medicine 2010; 38:2089-2094

28.  Meadow W, Pohlman A, Frain L, Ren, Y, **Kress JP**, Teuteberg W, Hall J. Power and limitations of daily prognostications of death in the medical intensive care unit Critical Care Medicine 2011;39:474-479

## Abstracts

1.  O'Connor MF, **Kress JP**, Toledano A, Lavoie A, Pohlman A, Hall JB. Sedation for critically ill patients with midazolam requires less opiate than sedation with propofol. Anesthesia and Analgesia 1996;82:S342

2.  O'Connor MF, **Kress JP**, Toledano A, Lavoie A, Pohlman AS, Hall JB. Sedation with propofol or midazolam lowers VO2 in critically ill patients. Anesthesia and Analgesia 1996;82:S343

3.  O'Connor MF, **Kress JP**, Toledano A, Lavoie A, Pohlman AS, Hall JB. Testing the need for blinded observers: an assessment of patient sedation. Anesthesia and Analgesia 1996;82:S344

4.  **Kress JP**, Christenson J, Pohlman AS, Lincon D, Kuang A, Hall JB. Outcomes of critically ill oncology patients in a university hospital setting. American Journal of Respiratory and Critical Care Medicine 1998;157:A300

5.  **Kress JP**, Pohlman AS, Hall JB. Determination of hemoglobin saturation in patients with acute sickle chest syndrome: a comparison of arterial blood gases and pulse oximetry. American Journal of Respiratory and Critical Care Medicine 1998;157:A312

6.  **Kress JP**, Pohlman AS, Hall JB. The utility of clinical examination for the detection of autoPEEP. American Journal of Respiratory and Critical Care Medicine 1998;157:A312

7.  **Kress JP**, Noth I, Pohlman AS, Miller A, Walter J, Hall JB. Albuterol nebulized with heliox improves airflow during asthma exacerbations more effectively than albuterol nebulized with oxygen. American Journal of Respiratory and Critical Care Medicine 1999;159:A639

Case 2:05-md-01657-EEF-DEK   Document 64095-5   Filed 07/30/12   Page 15 of 110
Case 2:05-md-01657-EEF-DEK   Document 69539-5   Filed 01/20/12   Page 18 of 140

Kress, John P
Page 5

8.   **Kress JP**, Pohlman AS, Alverdy J, Hall JB. The relationship of oxygen consumption to the work of breathing in morbidly obese patients.  American Journal of Respiratory and Critical Care Medicine 1999;159:A366

9.   **Kress JP**, Pohlman AS, Rubin A, Hall JB.  Outcomes of critically ill patients with advanced liver disease (ALD).  American Journal of Respiratory and Critical Care Medicine 1999;159:A767

10.  **Kress JP**. A Multicenter, Randomized, Controlled, Clinical Trial of Transfusion Requirements in Critical Care.  American Thoracic Society online journal club.  November 1999.

11.  **Kress JP**, Pohlman AS, O'Connor MF, Hall JB.  Reduction in the need for diagnostic testing by the use of sedation protocols. American Journal of Respiratory and Critical Care Medicine 2000;161:A506

12.  **Kress JP**, Pohlman AS, O'Connor MF, Hall JB.  The impact of daily discontinuation of continuous sedative infusions on duration of mechanical ventilation and ICU length of stay in critically ill patients. American Journal of Respiratory and Critical Care Medicine 2000;161:A506

13.  **Kress JP**, Pohlman AS, Hall JB.  The impact of morbid obesity on outcomes in mechanically ventilated, critically ill patients.  American Journal of Respiratory and Critical Care Medicine 2000;161:A400

14.  **Kress JP**. Impact of a prevention strategy targeted at vascular-access care on incidence of infections acquired in intensive care.  American Thoracic Society online journal club.  August 2000

15.  Gehlbach B, **Kress JP**, Kahn J, DeRuiter C, Pohlman AS, Hall JB.  Duration and outcomes of patients with status asthmaticus treated with positive pressure ventilation.  American Journal of Respiratory and Critical Care Medicine 2001;163(5):A132

16.  Gehlbach B, **Kress JP**, Kahn J, DeRuiter C, Pohlman AS, Hall JB.  Sedation, neuromuscular blockade, and permissive hypercapnia strategies in mechanically ventilated asthmatics. American Journal of Respiratory and Critical Care Medicine 2001;163(5):A955

17.  **Kress JP**, Gehlbach B, Lacy M, Pliskin N, Pohlman AS, Hall JB.  The long-term psychological effects of daily sedative interruption on critically ill patients.  American Journal of Respiratory and Critical Care Medicine 2001;163(5):A954

18.  **Kress JP**. Effect of Prone Positioning on the Survival of Patients with Acute Respiratory Failure.  American Thoracic Society online journal club.  August 2001

19.  Schweickert W, Gehlbach BK, **Kress JP**, Pohlman AS, O'Connor M, Hall JB.  The impact of daily discontinuation of sedative infusions on the frequency of comorbidities associated with

Case 2:05-md-01657-EEF-DEK   Document 64095-5   Filed 07/30/12   Page 16 of 110
Case 2:05-md-01657-EEF-DEK   Document 63539-6   Filed 07/30/12   Page 16 of 140

Kress, John P
Page 6

prolonged mechanical ventilation in critically ill patients.  American Journal of Respiratory and Critical Care Medicine 2002;165:A688

20.  Woo M, Shahul S, O'Connor M, **Kress JP**, Hall JB.  BIS variability in obtunded and comatose patients. Submitted, Am Soc Anesthes

21.  Woo M, Shahul S, O'Connor M, **Kress JP**, Hall JB.  Poor correlation of BIS value with neurologic status in metabolically deranged or neurologically injured patients. Submitted, Am Soc Anesthes

22.  Vinayak A, **Kress JP**, Gehlbach B, Pohlman AS, Hall JB.  The utility of examination of the external jugular vein in estimating central venous pressure in critically ill patients. American Journal of Respiratory and Critical Care Medicine 2003;167(7):A933

23.  Vinayak A, **Kress JP**, Gehlbach B, Pohlman AS, Hall JB.  The relationship between sedative infusion requirements and permissive hypercapnia in critically ill, mechanically ventilated patients. American Journal of Respiratory and Critical Care Medicine 2003;167(7):A968

24.  **Kress JP**, Vinayak A, Gehlbach B, Zimmerman F, Pohlman AS, Hall JB.  The impact of daily interruption of sedative infusions on occult myocardial ischemia in critically ill, mechanically ventilated patients. American Journal of Respiratory and Critical Care Medicine 2003;167(7):A971

25.  Vinayak A, Gehlbach B, Van Cleve W, **Kress JP**, Pohlman AS, Hall JB.  Variability of daily measurement of B-type natriuretic peptide levels in critically ill patients admitted with high and low pressure pulmonary edema. American Journal of Respiratory and Critical Care Medicine 2003;167(7):A104

26.  Vinayak A, Gehlbach B, Van Cleve W, **Kress JP**, Pohlman AS, Hall JB.  The utility of B-type natriuretic peptide as a means of distinguishing high pressure from low pressure pulmonary edema in critically ill patients. American Journal of Respiratory and Critical Care Medicine 2003;167(7):A104

27.  Vinayak A, Levitt J, Pohlman AS, McCallister K, Westring J, **Kress JP**, Gehlbach B, Hall JB. Impact of compliance with ACGME mandated duty hours on resident well-being and patient satisfaction in a medical intensive care unit. American Journal of Respiratory and Critical Care Medicine 2004;169(7):A39

28.  Levitt J, Vinayak A, Pohlman AS, Mohan M, Hemmann S, **Kress JP**, Gehlbach B, Hall JB. Impact of compliance with ACGME mandated duty hours on resident education during rotations in the medical intensive care unit. American Journal of Respiratory and Critical Care Medicine 2004;169(7):A41

29.  Vinayak A, Levitt J, Pohlman AS, Engel-Hall A, Hemmann S, Gehlbach B, **Kress JP**, Hall JB. Impact of compliance with ACGME mandated duty hours on patient care in a medical intensive care unit. American Journal of Respiratory and Critical Care Medicine 2004;169(7):A39

Case 2:05-md-01657-EEF-DEK   Document 64045-5   Filed 07/30/12   Page 17 of 110
Case 2:05-md-01657-EEF-DEK   Document 63539-6   Filed 11/02/11   Page 20 of 142

Kress, John P
Page 7

30.  Gehlbach B, Levitt J, Salamanca V, Mohan M, Pohlman AS, Vinayak A, **Kress JP**, Sachs G, Hall JB.  Functional impairment in survivors of critical illness:  Characteristics associated with discharge to skilled nursing facilities versus discharge home.  American Journal of Respiratory and Critical Care Medicine 2004;169(7):A43

31.  Patel NM, Pohlman AS, Hall JB, Noth I, Husain A, **Kress JP.**  Diagnostic yield of transbronchial needle aspiration—comparing needle core surgical pathology to cytopathology analysis.  American Journal of Respiratory and Critical Care Medicine 2005;171(9) vol 2:A912

32.  Kamp RC, Pohlman AS, Hall JB, **Kress JP.**  Pressure transduction prior to dilation and catheter placement to reduce unintentional arterial cannulation during central venous catheter placement.  American Journal of Respiratory and Critical Care Medicine 2005;171(9) vol 2:A422

33.  Carson SS, **Kress JP**, Rodgers JE, Vinayak A, Campbell-Bright S, Levitt J, Bourdet S, Ivanova A, Henderson AG, Pohlman AS, Chang L, Rich PB, Hall JB.  A randomized trial comparing intermittent bolus dosing of lorazepam and continuous infusions of propofol with daily sedative interruption in mechanically ventilated patients.  American Journal of Respiratory and Critical Care Medicine 2005;171(9) vol 2:A295

34.  Schweickert W, Herlitz J, Pohlman AS, Gehlbach, BK, Hall JB, **Kress JP**.  A randomized, controlled trial evaluating the utility of ultrasound confirmation of peripherally inserted central catheter placement.  Proceedings of the American Thoracic Society 2006; volume 2:A295

35.  Schweickert W, Herlitz J, Pohlman AS, Polster D, Nigos C, Hall JB, **Kress JP**.  The effect of a teaching service on procedures for medical ICU patients.  Proceedings of the American Thoracic Society 2006; volume 2:A293

36.  Pohlman MC, Schweickert W, McCallister KE, Klein DF, Pohlman AS, **Kress JP,** Hall JB, Gehlbach B.  Evaluating the frequency of stacked breaths occurring in patients undergoing low tidal volume ventilation for ALI/ARDS.  American Journal of Respiratory and Critical Care Medicine 2007;175 vol 2:A944

37.  Pohlman MC, Schweickert W, McCallister KE, Klein DF, Pohlman AS, **Kress JP,** Hall JB, Gehlbach B.  Using area under the curve (flow waveform) to determine volume of stacked breaths in patients undergoing low tidal volume ventilation for ALI/ARDS.  American Journal of Respiratory and Critical Care Medicine 2007;175 vol 2:A944

38.  Pohlman MC, Schweickert W, McCallister KE, Pohlman AS, **Kress JP,** Hall JB, Gehlbach B.  Confirmation of interrater reliability for identification of stacked breaths in patients undergoing low tidal volume ventilation for ALI/ARDS.  American Journal of Respiratory and Critical Care Medicine 2007;175 vol 2:A944

39.  Esbrook C, Pawlik A, Schweickert WD, Pohlman MC, Nigos C, Pohlman AS, Spears L, Edwards M, Franczyk M, Deprizio D, Schmidt GA, Bowman A, Barr R, Gehlbach BK, Hall JB,

**Kress JP**.  Feasibility and Safety of Early Physical and Occupational Therapy in Mechanically Ventilated Patients.  American Journal of Respiratory & Critical Care Medicine 2008;177:A817

40.   Pohlman MC, Schweickert WD, Pawlik A, Esbrook C, Nigos C, Pohlman AS, Spears L, Edwards M, Franczyk M, Deprizio D, Schmidt GA, Bowman A, Barr R, Gehlbach BK, Hall JB, **Kress JP**.  The Impact of Early Mobilization of ICU Delirium in Mechanically Ventilated Patients.  American Journal of Respiratory & Critical Care Medicine 2008;177:A41

41.   Schweickert WD, Pohlman MC, Pohlman AS, Nigos C, Pawlik A, Esbrook C, Spears L, Miller M, Franczyk M, Deprizio D, Schmidt GA, Bowman A, Barr R, Gehlbach BK, Hall JB, **Kress JP**.  A Randomized Trial of Early Physical and Occupational Therapy in the Management of Critically Ill Patients Undergoing Mechanical Ventilation.  American Journal of Respiratory & Critical Care Medicine 2008;177:A817

42.   Schweickert WD, Poston JT, Esbrook CL, Pawlik AL, Pohlman AS, Hall JB, **Kress JP**.  Temporal Relation of Early Mobilization on Recovery of Functional Independence in Mechanically Ventilated Patients.  American Journal of Respiratory & Critical Care Medicine 2009;179:A2168

43.   Schweickert WD, Girard TD, Taichman DB, **Kress JP**, Kinniry PA, Pandharipande PP, Pun BT, Pohlman AS, Shintani AK, Thompson JL, Bernard GR, Hall JB, Ely EW, Fuchs BD.  Risk Factors for Spontaneous Breathing Trial and Extubation Failure.  American Journal of Respiratory & Critical Care Medicine 2009;179:A3804

**Book Chapters:**
1.   Hall JB, Schmidt GA and Wood LDH.  Principles of Critical Care, Second Edition:  Pretest Self-Assessment and Review.  McGraw-Hill, 1998

2.   Hall JB, Schmidt GA and Wood LDH.  Principles of Critical Care, Second Edition:  Companion Handbook, McGraw-Hill, 1999
a.  Chapter 16:  Ventilator-Induced Lung Injury
b.  Chapter 29:  Acute Right Heart Syndromes and Pulmonary Embolism
c.  Chapter 62:  Priorities in Multisystem Trauma

3.   Neumonologia Critica:  Medicina Respiratoria en Terapia Intensiva.
Carlos M. Luna
Fernando J. Pálizas
Editorial Medical Books 2001
Chapter 21 Hipercapnia permisiva pp 297-308
(Critical Pulmonology:  Respiratory Medicine in the Intensive Care Unit.  Chapter 21 Permissive Hypercapnia)

4.   Hall JB, Murphy P.  Critical Care, Revised Edition Handbook, Science Press Ltd 2003
a.  Chapter 2:  Analgesia and Sedation on the Intensive Care Unit
b.  Chapter 4:  Respiratory System
c.  Chapter 7:  Endocrine System

d. Chapter 11:  Nutritional Support
e. Chapter 14:  Scoring Systems

5.      Kress JP, Hall JB.  Harrison's Principles of Internal Medicine 16th edition, 2005
Chapter 249—Principles of Critical Care Medicine
pp1581-1588

6.      Hall JB, Schmidt GA and Wood LDH.  Principles of Critical Care, Third Edition:  McGraw-Hill, 2005
a. Chapter 12:  Intravascular Devices
b. Chapter 14:  Pain Control, Sedation and Use of Muscle Relaxants
c. Chapter 34:  Upper Airway Obstruction
d. Chapter 109:  The Obesity Epidemic and Critical Care

7.      Vinayak A, Kress JP, Hall JB.  Lung Biology in Health and Disease Series: Pharmacotherapy of Asthma.  Executive Editor: Claude Lenfant. Editor: James T Li MD, PhD.  "Asthma Therapy in the Emergency Department, Hospital floor, and Intensive Care Unit." 2006, Chapter 13, pages 351-391.

8.      Kress JP, Hall JB.  Principles and Practice of Mechanical Ventilation 2nd Edition, 2006.  Editor: Martin Tobin—Chapter 51: Pain Control, Sedation, and Neuromuscular Blockade.  Pages 1097-1108.

9.      Kress JP, Hall JB.  Harrison's Principles of Internal Medicine 17th edition
Chapter 261—Principles of Critical Care Medicine.  Pages 1673-1680.

10.     Kress JP, Hall JB.  Fishman's Pulmonary Diseases and Disorders 4th Edition— Chapter 155: Treatment of Agitation in the ICU.  Pages 2701-2712.

11.     Hall JB, Murphy P.  Critical Care, Revised Edition Handbook, Science Press Ltd.
a. Chapter 2:  Analgesia and Sedation on the Intensive Care Unit
b. Chapter 4:  Respiratory System
c. Chapter 7:  Endocrine System
d. Chapter 11:  Nutritional Support
e. Chapter 14:  Scoring Systems

12.     Kress JP, Hall JB.  Harrison's Principles of Internal Medicine 18th edition.  Principles of Critical Care Medicine—In press.

13.     Kress JP, Hall JB.  Principles and Practice of Mechanical Ventilation 3rd Edition.  Editor: Martin Tobin—Pain Control, Sedation, and Neuromuscular Blockade—In press.

14.     **"Early Intensive Occupational/Physical Therapy in the ICU"** *Pocket ICU-Intensive Care Medicine***"** Lippincott, William & Wilkins—In press

**Invited Articles, Letters:**

1.  **Kress JP**, O'Connor MF, Pohlman AS, Hall JB.  Letter to the editor: "Comparative study of propofol versus midazolam in the sedation of critically ill patients:  Results of a prospective, randomized multicenter study."  Crit Care Medicine 1997;25:554-555

2.  **Kress JP**, O'Connor MF, Pohlman AS, Hall JB.  How and when to sedate patients during mechanical ventilation.  Journal of Critical Illness 1997;12:208-213

3.  **Kress JP**, O'Connor MF, Pohlman AS, Hall JB.  Sedating ventilated patients:  a pharmacologic primer. Journal of Critical Illness 1997;12:287-299

4.  **Kress JP**, Hall JB.  The Effect of Methylprednisolone on Acute Exacerbations of Chronic Obstructive Pulmonary Disease.  The Journal of Critical Illness 1998;13:538-539

5.  **Kress JP**, Hall JB.  Clinical consultation:  Detecting pulmonary embolism in mechanically ventilated patients.  The Journal of Respiratory Diseases 1998;19:281-282

6.  **Kress JP**, Hall JB.  Response to letter to the editor.  Daily interruption of sedative infusions in critically ill patients.  New Engl J Med 2000;343:814

7.  Hall JB**,** Schmidt GA, **Kress JP**.  Challenges in the management of the critically ill patient:  Ventilator management for acute lung injury and severe airflow obstruction.  Postgraduate Institute for Medicine, 2001

8.  **Kress JP**, Hall JB.  Cost considerations in use of sedation, analgesia, and neuromuscular blocking agents.  Managing sedation, analgesia and neuromuscular blockade in the ICU.  Seminars in Respiratory and Critical Care Medicine 2001;22:199-209

9.  **Kress JP**, Marini JJ.  Adjuncts to lung-protective ventilation.  Acute Respiratory Distress Syndrome.  Seminars in Respiratory and Critical Care Medicine 2001;22:281-292

10. **Kress JP**, Hall JB.  Comments & Analysis:  Short term effects of intravenous benzodiazepines on autonomic neurocardiac regulation in humans:  a comparison between midazolam, diazepam and lorazepam [Perspectives].  MD Consult Respiratory & Critical Care Medicine.  August 1, 2002.  Available at http://www.mdconsult.com.

11. Gehlbach BK, **Kress JP**.  Sedation in the intensive care unit.  Current Opinion in Critical Care 2002;8:290-298

12. **Kress JP**, Pohlman AS, Hall JB.  Sedation and analgesia in the intensive care unit.  American Journal of Respiratory and Critical Care Medicine 2002;166:1024-1028

13. **Kress JP**, Hall JB.  Surviving Intensive Care—"The impact of routine ICU supportive care on long-term outcomes from critical illness" in Update in Intensive Care and Emergency Medicine 2004;39:145-151

Case 2:05-md-01657-EEF-DEK   Document 64955-5   Filed 07/30/12   Page 21 of 110
Case 2:05-md-01657-EEF-DEK   Document 63959-6   Filed 07/31/12   Page 214 of 442

Kress, John P
Page 11

14.    **Kress JP**, Hall JB.  "Delirium and sedation" in <u>Critical Care Clinics:  End-of-life Care</u> 2004;20:419-433

15.    **Kress JP**, Hall JB.  Sedation in the mechanically ventilated patient.  Critical Care Medicine 2006;34:2541-2546.

16.    Kamp R, **Kress JP**.  Etomidate, sepsis and adrenal function—not as bad as we thought? Critical Care 2007;11:145

17.    Swamy RS, **Kress JP**.  Pulmonary arterial hypertension and myeloproliferative disorders. Leukemia & Lymphoma. 2007;48(10):1891-1893

18.    Schweickert W, **Kress JP**.  Sedation in the Critically Ill Patient.  Critical Care 2008;12;S3:S6.

19.    **Kress JP**, Hall JB.  Current Status of Sedation in the Critically Ill Patient.  International Journal of Critical Care 2007

20.    Chang SY, **Kress JP**, Hall JB.  Critical Illness in the Obese Patient.  Current Respiratory Medicine Reviews 2008;4:110-115

21.    Brush DR, Kress JP. Sedation and analgesia for the mechanically ventilated patient.  Clin Chest Med. 2009 Mar;30:131-141

22.    Schweickert WD, Kress JP.  Strategies to optimize analgesia and sedation.  Crit Care. 2008;12 Suppl 3:S6

23.    Wunsch H, **Kress JP**.  A new era for sedation in ICU patients.  JAMA 2009;301:542-544

24.    **Kress JP**.  ICU Sedation.  European Journal of Hospital Pharmacy Practice. 2009;15:28-30

25.    **Kress JP**. Clinical trials of early mobilization of critically ill patients. Critical Care Medicine 2010;37:S422-7

26.    Hall JB, Schweickert WD, **Kress JP**. Role of analgesics, sedatives, neuromuscular blockers, and delirium Critical Care Medicine 2010;37:S416-21

27.    **Kress JP**. Patient-controlled sedation: a novel approach to patients who are mechanically ventilated in the ICU. 2010;138:1029-30

28.    **Kress JP**.  The complex interplay between delirium, sepsis and sedation.  Critical Care. 2010;14:164

29.    **Kress JP**. New insights into symptoms experienced by high-acuity intensive care unit patients. 2010;38:2262-3

30.	Patel SB, **Kress JP**. Early Tracheotomy After Cardiac Surgery: Not Ready for Prime Time
Annals of Internal Medicine 2011;154:434-435

31.	**Kress JP** Hall, JB. The burden of functional recovery from ARDS. New England Journal of
Medicine 2011;364:1358-9

**Invited Presentations:**

1.	**"Venous Air Embolism"**, The University of Chicago, Department of Medicine, Section of
Pulmonary and Critical Care Case Conference.  October 1996

2.	**"Empyema—Diagnosis and Management"**, The University of Chicago, Department of
Medicine, Section of Pulmonary and Critical Care Case Conference.  November 1996

3.	**"Allergic Bronchopulmonary Aspergillosis"**, The University of Chicago, Department of
Medicine, Section of Pulmonary and Critical Care Case Conference.  February 1997

4.	**"Acute Respiratory Distress Syndrome—Current Management Strategies"**, The University
of Chicago, Department of Medicine, Section of Pulmonary and Critical Care Case Conference.
March 1997

5.	**"Thrombolytic Therapy in Acute Pulmonary Embolism"**, The University of Chicago,
Department of Medicine, Section of Pulmonary and Critical Care Case Conference.  May 1997

6.	**"Rhabdomyolysis in Critical Illness"**, The University of Chicago, Department of Medicine,
Section of Pulmonary and Critical Care Case Conference.  September 1997

7.	**"Anesthesia for the Transplanted Patient for Nontransplant Procedures"**, Eleventh Annual
Conference:  Challenges for Clinicians in the New Millennium. The University of Chicago,
Department of Anesthesia and Critical Care.  December 1997

8.	**"Hypersensitivity Pneumonitis"**, The University of Chicago, Department of Medicine, Section
of Pulmonary and Critical Care Case Conference.  March 1998

9.	**"Outcomes of Critically Ill Oncology Patients in a University Hospital Setting"** The
University of Chicago, Department of Internal Medicine, Section of Hematology/Oncology
Grand Rounds.  June 1998

10.	**"Pulmonary Blastomycosis"**, The University of Chicago, Department of Medicine, Section of
Pulmonary and Critical Care Case Conference.  September 1998

11.	**"Pulmonary Manifestations of Mycobacterium Avium Intracellulare"**, The University of
Chicago, Department of Medicine, Section of Pulmonary and Critical Care Case Conference.
November 1998

Case 2:05-md-01657-EEF-DEK   Document 64915-5   Filed 07/30/12   Page 23 of 110
Case 2:05-md-01657-EEF-DEK   Document 695395-6   Filed 07/30/12   Page 26 of 142

Kress, John P
Page 13

12.     **"The Utility of Heliox in the Treatment of Obstructive Airway Disease"**, Washington University, Department of Pulmonary and Critical Care Medicine Grand Rounds.  February 1999

13.     **"Central Line Placement"**, The University of Chicago, Department of Internal Medicine. Housestaff Lecture Series.  August 1997-2010

14.     **"Cardiopulmonary Implications of Morbid Obesity in Critical Illness"**, University of Chicago, Department of Internal Medicine Grand Rounds.  September 1999

15.      **"Critically Ill Asthmatic Patients"**, University of Chicago Hospitals Asthma Center CME course.  2000-2004

16.     **"An Approach to Fungal Infections in Hospitalized Patients"**, Industry (Ortho-Biotech) Preceptorship, University of Chicago Hospitals.  February 2000

17.     **"Pulmonary Fungal Infections"**, Christ Hospital, Department of Internal Medicine, Invited Lecture—Internal Medicine Weekly Conference.  March 2000

18.     **Pro-Con Debate Moderator—"Weaning from mechanical ventilation should be protocol driven"**, 5th Annual Chicago Conference on Controversies in Pulmonary & Critical Care Medicine September 22-23, 2000; Hotel Intercontinental Chicago, IL

19.     **"Sedation of the Critically Ill Patient"**, University of Miami, Division of Pulmonary and Critical Care Medicine Grand Rounds.  September 2000

20.     **"Sedation of the Critically Ill Patient"**, American Thoracic Society Sixth Annual State of the Art (SOTA) Critical Care Review Course.  San Juan, Puerto Rico, March 2001

21.     **"Sedation of the Critically Ill Patient"**, Walter Reed Army Medical Center, Division of Pulmonary and Critical Care Medicine Grand Rounds.  May 2001

22.     **"Sedation of the Critically Ill Patient"**, Case Western Reserve University, Division of Pulmonary and Critical Care Medicine Grand Rounds.  July 2001

23.     **"Sedation and Paralysis in the Mechanically Ventilated Patient"**, **"New Strategies for Mechanical Ventilation—Reducing Sedation in the Ventilated Patient"**, European Society of Intensive Care Medicine (ESICM), 14th Annual Congress, Geneva, Switzerland.  October 2001

24.     **"Protocols in the ICU—Implementation and Outcomes"**, Affiliate Network Lecture. American College of Chest Physicians Conference.  November 2001, Philadelphia, PA

25.     **"Acute Asthma"** Emergency Medicine Grand Rounds, Christ Hospital, Chicago, IL, January 2002

Case 2:05-md-01657-EEF-DEK  Document 64055-5  Filed 07/30/12  Page 24 of 110
Case 2:05-md-01657-EEF-DEK  Document 63539-6  Filed 07/30/12  Page 27 of 112

Kress, John P
Page 14

26. **"Sedation of the Critically Ill Patient"**, American Thoracic Society Seventh Annual State of the Art (SOTA) Critical Care Review Course.  San Diego, CA, March 2002

27. **"Use of Sedation Protocols in the ICU"**, American Thoracic Society International Meeting. Atlanta, GA, May 2002

28. **"Shock"** American College of Chest Physicians/Society of Critical Care Medicine Combined Review Course. Chicago. IL, August 16, 2002

29. **"Sepsis: Pathophysiology and Treatment**" Good Samaritan/Phoenix VA Medical Center. Phoenix, AZ, October 25, 2002

30. **"Weaning from Mechanical Ventilation and Sedation of Critically Ill Patients"**, American College of Chest Physicians Post Graduate Course. San Diego, CA, November 3, 2002

31. **"Central Venous Catheters"**, University of Chicago, Department of Medicine, Section of Emergency Medicine, November 26, 2002

32. **"Sepsis:  Pathophysiology and Treatment"**, Grand Rounds, Illinois Masonic Medical Center, Chicago, IL, December 4, 2002

33. **"Acute Asthma"** Emergency Medicine Grand Rounds, Ingalls Hospital, Chicago, IL, December 19, 2002

34. **"Sepsis:  Pathophysiology and Treatment"**, Grand Rounds, St. Joseph Hospital, Chicago, IL, April 9, 2003

35. **"Diagnosis of Sepsis:  Clinical and Laboratory Data"**, American College of Chest Physicians, Fellows Conference, Hollywood, FL, April 26, 2003

36. **"Shock"** American College of Chest Physicians Critical Care Review Course. Scottsdale, AZ, August 2, 2003

37. **"Biostatistics"** American College of Chest Physicians Critical Care Review Course. Scottsdale, AZ, August 5, 2003

38. **"Sedation of the Critically Ill Patient"**, Rush University/Cook County Hospital, Division of Pulmonary and Critical Care Medicine Grand Rounds.  August 27, 2003

39. **"Acute Asthma"**, European Society of Intensive Care Medicine, 16th Annual Congress, Amsterdam, Netherlands.  October 2003

40. **"Mediastinal Disease"**, University of Chicago, Section of Pulmonary and Critical Care, Pulmonary Core Curriculum Lecture Series.  October 2003

Case 2:05-md-01657-EEF-DEK   Document 64955-5   Filed 07/30/12   Page 25 of 110
Case 2:05-md-01657-EEF-DEK   Document 695395-5   Filed 07/30/12   Page 28 of 142

Kress, John P
Page 15

41.  **"Acute Asthma"**, Michael Reese Hospital Resident Lecture Series.  Chicago, IL.  October 2003

42.  **"The Utility of Heliox in the Treatment of Obstructive Airway Disease—An Update"**, Washington University, Department of Pulmonary and Critical Care Medicine Grand Rounds.  October 2003

43.  **"Managing Sedation and Cognitive Dysfunction in the ICU"**, American College of Chest Physicians Annual Conference. Orlando, FL, October 2003

44.  **"Outcomes in Sepsis"**, American College of Chest Physicians Annual Conference. Orlando, FL, October 2003

45.  **"Severe Sepsis"**, Desert Critical Care Symposium, Palm Springs, CA, November 2003

46.  **"Sedation in the ICU", "Sepsis Cases"**, Update in Critical Care, University of Chicago, Chicago, IL, November 2003

47.  **"Heliox Nebulization of Albuterol"**, American Association for Respiratory Care International Meeting, Las Vegas, NV, December 2003

48.  **"Severe Sepsis"**, Michael Reese Hospital Grand Rounds.  Chicago, IL.  December 2003

49.  **"Sedation in the ICU"**, Loyola University, Department of Pulmonary and Critical Care Medicine Grand Rounds.  December 2003

50.  **"Principles of Ventilator Use to Maximize Oxygenation and Cardiac Output"**, Section of Cardiology, Senior Medical Student Elective Lecture Series.  University of Chicago, Chicago, IL, February 2004

51.  **"Acute Right Heart Syndromes"**, Section of Cardiology, Senior Medical Student Elective Lecture Series.  University of Chicago, Chicago, IL, February 2004

52.  **"Acute Asthma"**, Olympia Fields Emergency Medicine Conference.  Olympia Fields, IL, February 2004

53.  **"Update in COPD"**, Michael Reese Hospital Resident Lecture Series.  Chicago, IL,  February 2004

54.  **"Prophylactic Strategies in the ICU"**, American Thoracic Society Ninth Annual State of the Art (SOTA) Critical Care Review Course.  Arlington, VA, March 2004

55.  **"Sedation in the ICU"**, Critical Care Symposium, Methodist Hospital, Merrillville, IN.  March 2004

56.  **"Sedation in the ICU"**, Pulmonary and Critical Care Symposium, Asheville, NC, May 2004

57.   **"Fungal Diseases in Pulmonary Medicine"**, University of Chicago, Section of Pulmonary and Critical Care, Pulmonary Core Curriculum Lecture Series.  May 2004

58.   **"Shock"** American College of Chest Physicians Critical Care Review Course. Orlando, AZ, August 2004

59.   **"Biostatistics"** American College of Chest Physicians Critical Care Review Course. Orlando, FL August 2004

60.   **"Sedation in the ICU"** Baylor University Section of Pulmonary and Critical Care Grand Rounds.  Houston, TX, August 2004

61.   **"Sedation in the ICU"** Missouri Thoracic Conference.  St. Louis, MO, October 2004

62.    **"Impact of Sedation on Long Term Outcome in the ICU"** American College of Chest Physicians, Critical Care Network Open Meeting.  Chest 2004.  Seattle, WA

63.   **"ICU Sedation Decisions and Long-term Outcomes"** 34th Critical Care Congress, January 2005.  Phoenix, AZ

64.   **"Prophylactic Strategies in the ICU"**, American Thoracic Society Tenth Annual State of the Art (SOTA) Critical Care Review Course.  March 2005, Chicago, IL

65.   **"Preventative Strategies in the ICU",** Annual Meeting Society for Hospital Medicine 2005: Strategies for Success.  April 2005, Chicago, IL

66.   University of Chicago Department of Surgery Twelfth Annual Charles B. Huggins Research Conference.  Invited judge of research proposals.  May 2005

67.   **"How do I monitor pain and sedation in the ICU?",** American Thoracic Society International Conference—Post Graduate Course.  May 2005, San Diego, CA

68.   **"Preventative measures in the ICU"**, Virginia Thoracic Society Annual Meeting.  September 2005, Richmond, VA.

69.   **"Sedation in the ICU"**, Virginia Thoracic Society Annual Meeting.  September 2005, Richmond, VA.

70.    **"Thoracic Anatomy"**, University of Chicago, Section of Pulmonary and Critical Care Lecture Series.  October 2004-present, Chicago, IL.

71.   **"Mechanical Ventilation Cases"**, American College of Chest Physicians Fellows Conference. October 2005, Montreal, Canada.

Case 2:05-md-01657-EEF-DEK   Document 64955-5   Filed 07/30/12   Page 27 of 110
Case 2:05-md-01657-EEF-DEK   Document 63539-6   Filed 01/18/11   Page 30 of 42

Kress, John P
Page 17

72.   **"Sedation in the ICU"**, Wake Forest University Grand Rounds.  November 2005, Winston-Salem, NC

73.   **"Sedation in the ICU"**, Northwestern University Grand Rounds.  December 2005, Winston-Salem, NC

74.   **"Therapeutic uses of heliox"**, Linde Therapeutics.  December 2005, Salzburg, Austria.

75.   **Society of Critical Care Medicine Sedation Task Force meeting,** January 2006, San Francisco, CA.

76.   **"Ventilator Associated Pneumonia",** January 2006, LaGrange Hospital, LaGrange, IL.

77.   **"Sepsis"**, March 2006.  Michael Reese Hospital Grand Rounds.  Chicago, IL.

78.   **"Fungal Infections"**, University of Chicago, Section of Pulmonary and Critical Care Lecture Series.  April 2006, Chicago, IL.

79.   **"Managing and preventing complications in the ICU",** May 2006, Society of Hospital Medicine Meeting, Washington, D.C.

80.   **"Update in respiratory failure and management",** May 2006, Society of Hospital Medicine Meeting, Washington, D.C.

81.   **"Rebound:  the physical recovery from critical illness"**, June 2006, University of Chicago Department of Medicine Grand Rounds, Chicago, IL.

82.   **"Post resuscitation as sepsis-like syndrome"**, June 2006, University of Chicago Emergency Medicine Symposium, Chicago, IL.

83.   **"Update in Respiratory Failure and Management", Managing and Preventing Complications in the ICU"**, August 2006, Society of Hospital Medicine Annual Meeting, Washington, D.C.

84.   **"Sepsis"**, University of Chicago, Section of Emergency Medicine Grand Rounds.  August 2006, Chicago, IL.

85.   **"Shock"** American College of Chest Physicians Critical Care Review Course. August 2006, Orlando, FL.

86.   **"Hemodynamic monitoring"** American College of Chest Physicians Critical Care Review Course. August 2006, Orlando, FL.

87.   **"ARDS"** American College of Chest Physicians Critical Care Review Course. August 2006, Orlando, FL.

Case 2:05-md-01657-EEF-DEK   Document 64051-5   Filed 07/30/12   Page 29 of 110
Case 2:05-md-01657-EEF-DEK   Document 63953-6   Filed 07/02/12   Page 31 of 142

Kress, John P
Page 18

88.   **"Heliox therapy in asthma"**, XVIII World Congress of Asthma, October 2006, Guadalajara, Mexico.

89.   **"Mechanical Ventilation"**, American College of Chest Physicians Fellows Conference. October 2006, Salt Lake City, UT.

90.   **"Heliox therapy in asthma"**, American Association for Respiratory Care International Meeting, December 2006, Las Vegas, NV.

91.   The University of Chicago Department of Anesthesia & Critical Care 9th Annual Conference. Challenges for Clinicians **"The Pulmonary Artery Catheter—where are we in 2007?"** January 2007, St. John, USVI

92.   The University of Chicago Department of Anesthesia & Critical Care 9th Annual Conference. Challenges for Clinicians **"Management of ARDS—what's new in 2007?"** January 2007, St. John, USVI

93.   Society of Critical Care Medicine Annual Meeting.  **"Algorithms for Managing Sedation"** February 2007, Orlando, FL

94.   American Thoracic Society Annual Meeting.  **"Sedation, delirium and neuropsychological consequences of critical illness"**,  May 2007, San Francisco, CA

95.   **"Heparin Induced Thrombocytopenia in the ICU",** May 2007, Society of Hospital Medicine Meeting, Dallas, TX

96.   **"Update in Pneumonia"**  Glen Oaks Hospital Grand Rounds, June 2007

97.   **"Recovery after Critical Illness"** August 2007.  Michael Reese Hospital Grand Rounds. Chicago, IL

98.   **"Shock"** American College of Chest Physicians Critical Care Review Course. August 2007, Phoenix, AZ

99.   **"Hemodynamic monitoring"** American College of Chest Physicians Critical Care Review Course. August 2007, Phoenix, AZ

100.   **"ARDS"** American College of Chest Physicians Critical Care Review Course. August 2007, Phoenix, AZ.

101.   **"ARDS"**, Grand Rounds, St. Joseph Hospital, Chicago, IL, September 2007

102.   **"Rounding with Housestaff in the ICU"**.  American College of Chest Physicians Annual Meeting. October 2007, Chicago, IL

Case 2:05-md-01657-EEF-DEK Document 64055-5 Filed 07/30/12 Page 29 of 110
Case 2:05-md-01657-EEF-DEK Document 63953-5 Filed 07/02/12 Page 32 of 112

Kress, John P
Page 19

103. **"Sedation and analgesia in the ICU—patient-focused"**. American College of Chest Physicians Annual Meeting. October 2007, Chicago, IL

104. **"Recovery after Critical Illness"**, November 2007. University of Puerto Rico. San Juan, PR

105. **"Pro-Con: 6 ml/kg Tidal Volume" and "Lung Recruitment Strategies"** Mechanical ventilation—Trends in Adult and Pediatric Practice Society of Critical Care Medicine Conference, June 2008, Seattle, WA

106. **"Shock"** American College of Chest Physicians Critical Care Review Course. August 2008, Orlando, FL

107. **"Hemodynamic monitoring"** American College of Chest Physicians Critical Care Review Course. August 2008, Orlando, FL

108. **"ARDS"** American College of Chest Physicians Critical Care Review Course. August 2008, Orlando, FL

109. **"Algorithms Useful for Sedation and Analgesia"**, American College of Chest Physicians Annual Meeting. October 2008, Philadelphia, PA

110. **"ICU Sedation and the Physical and Psychological Recovery From Critical Illness"**, Grand Rounds, Rush University, Chicago, IL, September 2008

111. **"Sepsis"**, Grand Rounds, Delnor Hospital, Geneva, IL, October 2008

112. **"Improving Function in ICU Survivors"**, Grand Rounds, St. Joseph Hospital, Chicago, IL, February 2009

113. **"Improving Function in ICU Survivors"**, Grand Rounds, University of Medicine and Dentistry, New Jersey, Newark, NJ, February 2009

114. **"Clinical trials of early mobilization"**, Round Table Conference on "ICU-Acquired Weakness" Brussels, Belgium, March 21-23, 2009

115. **"Minimizing Sedation—An evidence based review"** 29th International Symposium on Intensive Care and Emergency Medicine in Brussels, Belgium , March, 2009

116. **"Early Mobilization in Critically Ill Mechanically Ventilated Patients—Impact on Delirium"**, American Occupational Therapy Association Conference and Expo, Houston, TX April 2009

117. **"Improving Function in ICU survivors"**, Case Western University Department of Medicine Grand Rounds, Cleveland, OH, May 2009

Case 2:05-md-01657-EEF-DEK   Document 64053-5   Filed 07/30/12   Page 30 of 110
Case 2:05-md-01657-EEF-DEK   Document 63953-6   Filed 07/30/12   Page 33 of 110

Kress, John P
Page 20

118. **"Getting off the ventilator: sedation, strategies, and tactics",** Society of Hospital Medicine Meeting, Chicago, IL, May 2009

119. **"Chest Tubes"**, University of Chicago, Section of Pulmonary and Critical Care Lecture Series. Chicago, IL, May 2009

120. **"Improving Function in ICU survivors"**, Pennsylvania State University Critical Care Update, Hershey, PA, August 2009

121. **"ARDS"** American College of Chest Physicians Critical Care Review Course. August 2009, Phoenix, AZ

122. **"Shock"** American College of Chest Physicians Critical Care Review Course. August 2009, Phoenix, AZ

123. **"Hemodynamic monitoring"** American College of Chest Physicians Critical Care Review Course. August 2009, Phoenix, AZ

124. **Sedation in the ICU"** Carolinas Medical Center Grand Rounds.  October 2009, Charlotte, NC

125. **"Getting off the Ventilator—Sedation, Strategies and Tactics"**  Enloe Medical Center Grand Rounds. October, 2009, Chico, CA

126. **"Early Mobilization in Mechanically Ventilated ICU Patients"** Critical Care Canada Forum, October, 2009, Toronto, ON, Canada

127. **"Improving Function in ICU Survivors"** University of Chicago Grand Rounds Oct 2009, Chicago, IL

128. **"How To Ventilate a Patient Experiencing Increased Intracranial Pressure and Neurosurgery Problems"** American College of Chest Physicians Annual Meeting. November, 2009, San Diego, CA

129. **"When and How To Mobilize the Critically Ill Ventilated Patient"** Greater Portland Chapter AACN 36th Annual Critical Care Symposium, November, 2009, Portland, OR

130. **"Optimal Sedation Strategies for Ventilator Management and Weaning"** American College of Chest Physicians Annual Meeting. November, 2009, San Diego, CA

131. **"The Sedative Buffet: Variety Is The Spice of Life"** Society of Critical Care Medicine, Moderator, Miami, FL, January 2010

132. **"Early Mobilization in Mechanically Ventilated ICU Patients"** Oregon Thoracic Society Chest Disease Conference, February 2010, Bend, OR

Case 2:05-md-01657-EEF-DEK   Document 64955-5   Filed 07/30/12   Page 31 of 110
Case 2:05-md-01657-EEF-DEK   Document 64539-6   Filed 07/30/12   Page 34 of 110

Kress, John P
Page 21

133.　 **"ICU protocols"** Oregon Thoracic Society Chest Disease Conference, February 2010, Bend, OR

134.　 **"Obesity and the Lung: The Management of the Superobese Critically Ill Patient"** American Thoracic Society State of the Art (SOTA), February 2010, Miami, FL

135.　 **"Things you wish your Nephrology Consultants knew about Critical Care (and vice versa)"** University of Chicago, Department of Medicine, Section of Nephrology Invited Lecture, February 2010, Chicago, IL

136.　 **"Sedation in the ICU"** Creighton University—Integrating Evidence-Based Pulmonary and Critical Care Medicine into Clinical Practice, Omaha, NE March 2010

137.　 **"Hemodynamic Monitoring"**, Grand Rounds, St. Joseph Hospital, Chicago, IL, April, 2010

138.　 **"Early mobilization of ICU patients during mechanical ventilation"** VIII SIMPOSIO INTERNACIONAL DE POSTGRADO: EMERGENCIAS MÉDICAS Y PACIENTE CRÍTICO, Santiago, Chile, May 2010

139.　 **"ICU sedation"** VIII SIMPOSIO INTERNACIONAL DE POSTGRADO: EMERGENCIAS MÉDICAS Y PACIENTE CRÍTICO, Santiago, Chile, May 2010

140.　 **"In-Hospital Duration of Weakness"** American Thoracic Society Annual Meeting. May, 2010, New Orleans, LA

141.　 **"The Ravages of Critical Illness:  What we know and what we still need to know"** American Thoracic Society Annual Meeting. May 2010, New Orleans, LA

142.　 **"The Year in Review—Advances in Critical Care Medicine"** American Thoracic Society Annual Meeting. May 2010, New Orleans, LA

143.　 **"Sedation in the ICU"** Rush University Grand Rounds, August 2010, Chicago, IL

144.　 **"Shock"** American College of Chest Physicians Critical Care Review Course. August 2010, Orlando, FL

145.　 **"Hemodynamic monitoring"** American College of Chest Physicians Critical Care Review Course. August 2010, Orlando, FL

146.　 **"Airway Management, Sedation and Paralytics"** American College of Chest Physicians Critical Care Review Course. August 2010, Orlando, FL

147.　 **"Early mobilization of ICU patients during mechanical ventilation"** Fort Worth Critical Care Conference, September 2010, Fort Worth, TX

148. **"Physical and psychological recovery after critical illness"** European Respiratory Society Annual Meeting, September 2010, Barcelona, Spain

149. **"Early mobilization of ICU patients during mechanical ventilation"** Update in Critical Care, University of Michigan, October 2010, Ann Arbor, MI

150. **"Update in Sepsis"** Update in Critical Care, University of Michigan, October 2010, Ann Arbor, MI

151. **"Simulation-based Procedures Pre-Course"** Sixth Annual Midwestern Hospital Medicine Conference, October 2010, Chicago, IL

152. **"Sedation in the ICU—Breaking a Paradigm"** Brazilian Congress of Intensive Care Medicine—Brasilia, Brazil - October 2010

153. **"Delirium in the ICU—Not a 'One Size Fits All'"** Brazilian Congress of Intensive Care Medicine—Brasilia, Brazil - October 2010

154. **"Early Mobilization of Patients on Mechanical Ventilation"** Brazilian Congress of Intensive Care Medicine—Brasilia, Brazil - October 2010

155. **"The Impact of Sedation Interruption"** Brazilian Congress of Intensive Care Medicine—Brasilia, Brazil - October 2010

156. **"The complex interplay between delirium, sepsis and sedation"** Brazilian Congress of Intensive Care Medicine—Brasilia, Brazil - October 2010

157. **"Delirium Roundtable—New Treatment Perspectives"** Brazilian Congress of Intensive Care Medicine—Brasilia, Brazil - October 2010

158. **"Shock"** Temple University Department of Medicine Grand Rounds, Philadelphia, PA – October 2010

159. **"ICU Sedation"** Winthrop University Division of Pulmonary and Critical Care Medicine Grand Rounds, New York, NY – October 2010

160. **"ICU Acquired Weakness"** American College of Chest Physicians Annual Meeting, Vancouver, BC, Canada – November 2010

161. **"ICU Sedation"** American College of Chest Physicians Annual Meeting, Vancouver, BC, Canada – November 2010

162. **"Obesity and Critical Care"** American College of Chest Physicians Annual Meeting, Vancouver, BC, Canada – November 2010

Case 2:05-md-01657-EEF-DEK   Document 64055-5   Filed 07/30/12   Page 33 of 110
Case 2:05-md-01657-EEF-DEK   Document 63539-6   Filed 11/30/11   Page 36 of 142

Kress, John P
Page 23

163. **"ICU Sedation"** Morehouse University Division of Pulmonary and Critical Care Medicine Grand Rounds, Atlanta, GA – November 2010

164. **"Functional Recovery From Critical Illness"** Society of Critical Care Medicine Annual Congress, San Diego, CA – January 2011

165. **"Daily Awakening—Evidence to Practice"** Society of Critical Care Medicine Annual Congress, San Diego, CA – January 2011

166. **"Early Mobilization in the ICU—Can it be Done?"** American Society for Parenteral and Enteral Nutrition (ASPEN) Annual Meeting, Vancouver, BC, Canada – January 2011

167. **"Obesity and the Lung"** American Thoracic Society State of the Art (SOTA), March 2011, San Diego, CA

168. **"Ultrasound-guided Central Line Placement"** American College of Physicians Annual Meeting, April 2011, San Diego, CA

169. **"Early Mobilization in the ICU"** Johns Hopkins University Department of Anesthesia and Critical Care Grand Rounds, Baltimore, MD – April 2011

170. **"Ultrasound-guided Central Line Placement"** American Thoracic Society Annual Meeting, May 2011, Denver, CO

171. **"Obesity and the Abdominal Compartment Syndrome"** American Thoracic Society Annual Meeting, May 2011, Denver, CO

172. **"Rehabilitation Of Muscle With Early Mobilization And Electrical Stimulation"** American Thoracic Society Annual Meeting, May 2011, Denver, CO

173. **"Early Mobilization in the ICU"** XIV Congresso de Terapia Intensiva & IV Congresso de Terapia Intensiva Pediatrica "O Paciente Crítico em Ventilação Mecânica", May 2011, Rio de Janeiro, Brazil

174. **"Sedation in the ICU"** XIV Congresso de Terapia Intensiva & IV Congresso de Terapia Intensiva Pediatrica "O Paciente Crítico em Ventilação Mecânica", May 2011, Rio de Janeiro, Brazil

175. **"Shock"** American College of Chest Physicians Critical Care Review Course. August 2011, San Antonio, TX

176. **"Hemodynamic monitoring"** American College of Chest Physicians Critical Care Review Course. August 2011, San Antonio, TX

177. **"Airway Management, Sedation and Paralytics"** American College of Chest Physicians Critical Care Review Course. August 2011, San Antonio, TX

Case 2:05-md-01657-EEF-DEK   Document 64915-5   Filed 07/30/12   Page 34 of 110
Case 2:05-md-01657-EEF-DEK   Document 63539-6   Filed 11/02/11   Page 37 of 42

Kress, John P
Page 24

178. **"Should Early Mobilization Become Universal?"** Swiss Society of Intensive Care Medicine, September 2011, Interlaken, Switzerland

179. **"Early Mobilization in the ICU"** ", Medical Grand Rounds, Flagstaff Medical Center, September 2011, Flagstaff, AZ

180. **"Ethical Issues in Clinical Trials—Minimal Sedation in Critically Ill Patients"** European Society of Intensive Care Medicine (ESICM), 24th Annual Congress October 2011, Berlin, Germany

181. **"Continuous versus Intermittent Sedation in the ICU?"** European Society of Intensive Care Medicine (ESICM), October 2011, Berlin, Germany

182. **"Interruption and Mobilization"** American College of Clinical Pharmacy Annual Meeting, October 2011, Pittsburgh, PA

183. **"Rationale for Mobilizing the Critically Ill"** American College of Chest Physicians Annual Meeting, Honolulu, HI – October 2011

184. **"Sedation in the ICU--Which agents for which patient?  Pro-Con Debate—All ICU patients should receive continuous sedation"** American College of Chest Physicians Annual Meeting, Honolulu, HI – October 2011

185. **"Critical Care Update"** American College of Chest Physicians Annual Meeting, Honolulu, HI – October 2011

# EXHIBIT B

<u>Dr. John Kress Materials Reviewed</u>

Antman E.M., et al. "Cyclooxygenase Inhibition and Cardiovascular Risk," *Circulation* 2005; 112:759-770.

Bea F., et al. "Chronic Inhibition of Cyclooxygenase-2 Does Not Alter Plaque Composition in a Mouse Model of Advanced Unstable Atherosclerosis," *Cardiovascular Research* 2003; 60:198-204.

Bishop-Bailey D., et al. "Differential Induction of Cyclooxygenase-2 in Human Arterial and Venous Smooth Muscle : Role of Endogenous Prostanoids," *Arterioscler Thromb Vasc Biol* 1998; 18:1655-1661.

Bishop-Bailey D., et al. "Induction of Cyclooxygenase-2 in Human Saphenous Vein and Internal Mammary Artery," *Arteriosclerosis Thrombosis and Vascular Biology* 1997; 17(9):644-648.

Bogaty P., et al. "Impact of Prolonged Cycolooxygenase-2 Inhibition on Inflammatory Markers and Endothelial Function in Patients with Ischemic Heart Disease and Raised C-Reactive Protein:  A Randomized Placebo-Controlled Study," *Circulation* 2004; 110:934-939.

Bombardier C., et al. "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," *N Engl J Med* 2000; 343:1520-8.

Bresalier R., et al "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial," *New Engl J Med* 2005; 352:1092-102.

Burleigh M., et al. "Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in LDL Receptor-Deficient Mice," *Circulation* 2002; 105(15):1816-1823.

Catella-Lawson, et al., "Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics, and Vasoactive Eicosanoids" *JPET* 1999; 289:735-741.

Chenevard E., et al. "Selective COX-2 Inhibition Improves Endothelial Function in Coronary Artery Disease," *Circulation* 2003; 107:405-409.

Cipollone F, et al. "Overexpression of Functionally Coupled Cyclooxygenase-2 and Prostaglandin E Synthase in Symptomatic Atherosclerotic Plaques as a Basis of Prostaglandin E(2)-Dependent Plaque Instability," *Circulation* 2001; 104:921-927.

Dalen JE, Alpert JS. Natural history of pulmonary embolism. *Prog Cardiovasc Dis.* 1975 Jan-Feb;17(4):259-70.

Dekker RJ, et al., "Prolonged Fluid Shear Stress Induces a Distinct Set of Endothelial Cell Genes, Most Specifically Lung Kruppel-like Factor (KLF2)," *Blood* 2002;100: 1689-1698.

1

Egan K.M., et al. "Cyclooxygenases, Thromboxane, and Atherosclerosis - Plaque Destabilization by Cyclooxygenase-2 Inhibition Combined with Thromboxane Receptor Antagonism," *Circulation* 2005; 111:334-342.

Executive Summary of The Third Report of The National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, And Treatment of High Blood Cholesterol In Adults (Adult Treatment Panel III). *JAMA*. 2001 May 16;285(19):2486-97.

Flavahan N.A., et al. "Balancing Prostanoid Activity in the Human Vascular System," *TIPS* 2007; Vol. xxx(No. x):1-5.

Investigators TP. Value of the ventilation/perfusion scan in acute pulmonary embolism: results of the Prospective Investigation of Pulmonary Embolism Diagnosis (PIOPED). *JAMA* 1990; 263:2753-9.

James MJ, et al., "Inhibition of Human Endothelial Prostacyclin Synthesis by Different Aspirin Formulations," *Aust NZJ Surg* 1991;61: 849-852.

Kasliwal R., et al. "A Comparison of Reported Gastrointestinal and Thromboembolic Events Between Rofecoxib and Celecoxib Using Observational Data," *Drug Safety* 2005; 28(9):803-816.

Kearney P., et al. "Do Selective Cyclo-Oxygenase-2 Inhibitors and Traditional Non-Steroidal Anti-Inflammatory Drugs Increase the Risk of Atherothrombosis?  Meta-analysis of Randomised Trials," *BMJ* 2006; 332:1302-1308.

Kerr D.J., et al. "Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer," *New Engl Journ of Med* 2007; 357:360-9.

Kerr D.J., et al. "Supplementary Appendix - Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer," *New Engl Journ of Med* 2007; 357:360-9.

Konstam M.A., et al. "Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib" *Circulation* 2001; 2280-2288.

Kuklinska A.M., et al. "Low Does Rofecoxib, Inflammation and Prostacyclin Synthesis in Acute Coronary Sydromes," *Roczniki Akademii Medycznej w Bialymstoku* 2005; 50:339-342.

Kyrle PA, et al., "Thromboxane A2 and Prostacyclin Generation in the Microvasculature of Patients with Atherosclerosis - Effect of Low-Dose Aspirin," *Thrombosis and Haemostasis* 1989;61(3): 374-377.

Layton D, et al., "Comparison of the Incidence Rates of Thromboembolic Events Reported for Patients Prescribed Rofecoxib and Meloxicam in General Practice in England Using Prescription-event Monitoring (PEM) Data," *Rheumatology* 2003;42:1-12.

McAdam BF, et al., "Systemic Biosynthesis of Prostacyclin by Cyclooxygenase (COX) -2:  The Human Pharmacology of a Selective Inhibitor of COX-2," *Proc Natl Acad Sci* 1999;96: 272-277.

McCormick SM, et al., "DNA Microarray Reveals Changes in Gene Expression to Shear Stressed Human Imbilical Vein Endothelial Cells," *PNAS* 2001;98(16): 8955-8960.

Merck & Co., Inc., "Ind 46,894: Vioxx - Information Amendment - Clinical, Updated Cardiovascular Pooled Anlaysis" dated March 22, 2004.

Mitchell JA and Warner TD, "COX Isoforms in the Cardiovascular System:  Understanding the Activities of Non-Steroidal Anti-Inflammatory Drugs," *Nature* 2006;5: 75-85.

Mukherjee D., et al. "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors," *JAMA* 2001; 286;8.

Norel X., et al. "Prostacyclin Release and Receptor Activation: Differential Control of Human Pulmonary Venous and Arterial Tone," *British Journal of Pharmacology* 2004; 142:788–796.

Ost M., et al. "Expression of mRNA for Phospholipase A2, Cyclooxygenases, and Lipoxygenases in Cultured Human Umbilical Vascular Endothelial and Smooth Muscle Cells and in Biopsies from Umbilical Arteries and Veins," *J Vasc Res* 1998; 35:150-155.

Patrono C., et al. "Platelet Active Drugs:  The Relationship Among Dose, Effectiveness & Side Effects," *CHEST* 2004; 126:234S-264S.

Preston FE, et al., "Inhibition of Prostacyclin and Platelet Thromboxane A2 After Low-Dose Aspirin," *The New Engl J Med* 1981;304: 76-9.

Reicin A., et al., "Comparison of Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated with Rofecoxib versus Nonselective Nonsteroidal Anti-inflammatory Drugs Ibuprofen, Diclofenac and Nabumetone," *Am J of Cardiol* 2002; 89;204-209.

Rott D., et al. "Effects of MF-Tyricyclic , a Selective Cycooxygenase-2 Inhibitor, on Atherosclerosis Progression and Susceptibility to Cytomegalovirus Replication in Apoliopopoprotein-E Knockout Mice," *J Am Coll Cardiol* 2003; 41:1812-9.

Schmidt M., et al. "Non-steroidal anti-inflammatory drug use and risk of venous thromboembolism," *Journal of Thrombosis and Haemostasis* 2011;9: 1326-1333.

Schonbeck U., et al. "Augmented Expression of Cyclooxygenase-2 in Human Atherosclerotic Lesions," *American Journal of Pathology* 1999; 155(4):1281-1291.

3

Severinsen MT., et al. "Venous thromboembolism discharge diagnoses in the Danish National Patient Registry should be used with caution," *Journal of Clin Epidemiology* 2010;63: 223-228.

Stein PD, Fowler SE, Goodman LR, Gottschalk A, Hales CA, Hull RD, et al. Multidetector computed tomography for acute pulmonary embolism. *N Engl J Med.* 2006 Jun 1;354(22):2317-27.

Topper JN, et al., "Identification of Vascular Endothelial Genes Differently Responsive to Fluid Mechanical Stimuli: Cyclooxygenase-2, Manganese Superoxide Dismutase, and Endothelial Cell Nitric Oxide Synthase are Selectively Up - Regulated by Steady Laminar Sheer Stress," *Proc Natl Acad Sci USA* 1996;93: 10417-10422.

Tsang V et al., "Release of Prostacyclin from the Human Aorta," *Cardiovascular Research* 1988;22: 489-493.

Tuleja, E., et al. "Effects of Cyclooxygenases Inhibitors on Vasoactive Prostanoids and Thrombin Generation at the Site of Microvascular Injury in Healthy Men," *Arteriosclerosis Thrombosis and Vascular Biology* 2003; 23:1111-115.

Van Adeslberg J., et al. "The Vioxx in Prostate Cancer Prevention Study: Cardiovascular Events Observed in the Rofecoxib 25 mg and Placebo Treatment Groups," *Curr Med Res Opin* 2007; 23(9):2063-2070.

Van Hecken A.,et al. "Comparative Inhibitory Activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen and Naproxen on COX-2 Versus COX-1 in Healthy Volunteers," *Journal of Clin Pharmacology* 2000; 40:1109-1120.

Weir M.R., et al. "Selective COX-2 Inhibition and Cardiovascular Effects: A Review of the Rofecoxib Development Program," *American Heart Journal* 2003; 146:591-604.

**Exhibit F**

347 S.W.3d 256
Supreme Court of Texas.

MERCK & CO., INC., Petitioner,

v.

Felicia GARZA, et al., Respondents.

No. 09–0073.   Argued Jan. 20,
2010.   Decided Aug. 26, 2011.

**Synopsis**

**Background:** Relatives of patient, who died of heart attack, brought action against drug manufacturer on design defect and marketing defect strict liability claims based upon allegations that manufacturer's prescription drug caused patient's death. The 229th Judicial District Court, Starr County, Alex William Gabert, J., entered judgment on jury verdict in favor of relatives. Manufacturer appealed. On rehearing, the San Antonio Court of Appeals, 277 S.W.3d 430, reversed and rendered in part and reversed and remanded in part. Manufacturer filed petition for review.

**Holdings:** The Supreme Court, Hecht, J., held that:

1 study which contained statistically significant results showing five times as many heart attacks for patients on drug compared to patients on another drug did not show statistically significant doubling of relative risk for person like patient;

2 study that combined and analyzed much of cardiovascular data that manufacturer had gathered did not show statistically significant doubling of relative risk for person like patient; and

3 study which found overall relative risk greater than two for APTC (antiplatelet trialists' collaboration criteria) events did not show statistically significant doubling of relative risk for person like patient.

Judgment of Court of Appeals reversed.

**Attorneys and Law Firms**

*258 Richard L. Josephson, Travis J. Sales, Stephen G. Tipps, Amy Pharr Hefley, Baker Botts, LLP, Houston, TX, Thomas R. Phillips, Baker Botts L.L.P., Austin, TX, Walter Dellinger, John H. Beisner, Charles C. Lifland, O'Melveny & Myers *259 LLP, Washington DC, Baldemar Garza, The Law Office of Baldemar Garza, Rio Grande City, TX, Jaime A. Saenz, Rodriguez, Colvin Chaney & Saenz, L.L.P., Rene

O. Oliveira, Roerig Oliveira & Fisher, Brownsville, TX, for Petitioner.

David H. Hockema, Hockema & Longoria, Joe Escobedo Jr., Luis M. Cardenas, Escobedo, Tippit & Cardenas, L.L.P., Albert A. 'Beto' Munoz II, Law Office of Alberto A. Munoz, II, McAllen, TX, Cesar Ricardo Perez, Watts Law Firm, Edinburg, TX, Kathryn Snapka, The Snapka Law Firm, Corpus Christi, TX, Kevin H. Dubose, Alexander Dubose & Townsend LLP, Houston, TX, Alexandra Wilson Albright, University of Texas Law School, Douglas W. Alexander, Amy Warr, Alexander Dubose & Townsend LLP, Austin, TX, for Respondent.

**Opinion**

Justice HECHT delivered the opinion of the Court.

Respondents contend that Vioxx, a prescription drug, caused their decedent's death. In *Merrell Dow Pharmaceuticals, Inc. v. Havner,*[1] we set requirements for determining whether epidemiological evidence is scientifically reliable to prove causation. The parties here dispute what those requirements are, whether they apply in this case, and whether they were satisfied. We hold that *Havner*'s requirements apply and were not met, and that the evidence was therefore legally insufficient to prove causation. Accordingly, we reverse the judgment of the court of appeals [2] and render judgment that respondents take nothing.

1    953 S.W.2d 706 (Tex.1997).

2    277 S.W.3d 430 (Tex.App.-San Antonio 2008).

**I**

**A**

Leonel Garza had a long history of heart disease. Twenty years before his death at age 71, he suffered a heart attack and four years later underwent quadruple bypass surgery to alleviate blockages in four of his coronary arteries. In the years that followed, he had one cardiac catheterization procedure that revealed additional blockages in three arteries, followed by a second such procedure that revealed severe recurrent coronary artery disease. He had a stent placed in his left main artery to increase the blood flow into his heart, but two years later was diagnosed with atherosclerotic obstructive disease and chronic venous insufficiency in his legs. He was also diagnosed with an abdominal aortic aneurysm.

Twenty-five days before his death, Garza complained to his cardiologist, Dr. Michael Evans, of intermittent numbness, pain, and weakness in his left arm. After determining that Garza was not having a heart attack, Evans ordered an ultrasound of Garza's neck to check the circulation to his brain and a stress test to check the circulation to his heart. Evans also gave him a week's supply of 25 mg Vioxx for pain relief and scheduled a follow-up visit eight days later.

When Garza returned for his appointment, Evans was out of town, and one of his partners, Dr. Juan Posada, reviewed Garza's test results with him and his wife. The stress test revealed that Garza had a stable cardiac status, and Posada noted in Garza's record that he thought Garza was on optimal medical management. However, the test did reveal some small areas of apical ischemia, meaning that a part of the tip of Garza's heart was not getting enough blood when stressed. Posada offered the possibility of a cardiac catheterization *260 to more fully investigate the cause of the apical ischemia, but Garza declined, opting to discuss the results with Evans a month later. According to Mrs. Garza, Posada gave her husband thirty additional 25 mg Vioxx pills. Seventeen days later, on April 21, 2001, Garza died while alone at his ranch near Rio Grande City, Texas. The autopsy found that the immediate cause of death was a "probable myocardial infarction" initiated at least in part by the underlying cause of "severe coronary artery disease".

Garza's statutory beneficiaries ("the Garzas") sued Merck & Co., Inc., the manufacturer of Vioxx, for products liability, alleging that the drug was defective as designed and as marketed with inadequate warnings. Merck repeatedly challenged the scientific reliability of the Garzas' evidence offered to prove that Vioxx caused Garza's death. The trial court overruled Merck's objections. The jury returned a verdict for the Garzas, awarding $7 million actual damages, plus $25 million in punitive damages, which the trial court reduced to the applicable statutory maximum of $750,000. [3] Merck appealed.

3    See TEX. CIV. PRAC. & REM.CODE § 41.008(b)(1) (as noneconomic damages not exceeding $750,000).

The court of appeals held that the Garzas could not recover on their design-defect claim because they did not present sufficient evidence of a safer alternative design, but that they could recover on their inadequate-warning claim. [4] The court rejected Merck's argument that the Garzas had failed to meet *Havner's* requirements for proving causation because they

had not produced two statistically significant epidemiological studies showing that Vioxx at the dose and for the duration taken by Garza more than doubles the risk of heart attack. [5] The court believed that *Havner* did not "establish[ ] such a bright-line test for causation" but mandated that the sufficiency of the evidence be determined from its totality. [6] An expert witness called by the Garzas testified that clinical trials had "indicated a more than two-fold risk of serious cardiovascular 'adverse experiences' suffered by the people who participated in the studies ... within twelve weeks or less of taking Vioxx." [7] The expert had opined that there was "a pretty strong case that the risk of Vioxx for heart attacks can occur at any time after the initiation of the medicine." [8] The court concluded that this was sufficient evidence to support general causation. [9] However, the court reversed the Garzas's judgment for juror misconduct and remanded the case for a new trial. [10]

4    277 S.W.3d at 440.

5    *Id.* at 434–435.

6    *Id.* at 435.

7    *Id.*

8    *Id.*

9    *Id.* at 435–436

10    *Id.* at 441–442.

We granted Merck's petition for review complaining that judgment should be rendered against the Garzas. [11]

11    53 Tex. Sup.Ct. J. 15 (Oct. 23, 2009).

**B**

Vioxx, or rofecoxib, is a non-steroidal anti-inflammatory drug (NSAID). NSAIDs block

the production of prostaglandins, which are hormone-like chemicals that are released in the body in response to injury. The prostaglandins cause inflammation, redness, swelling, pain, and fever. Reducing the amount of prostaglandins reduces *261 inflammation and its symptoms. In order to inhibit production of prostaglandins, the NSAIDs act by blocking the enzyme cyclooxygenase (COX). After further study scientists discovered that the

COX enzyme has two isoforms, one associated with inflammation (COX–II) and another thought to protect the lining of the stomach (COX–1). [12]

12    See Jason M. Weigand, *Vioxx: How Strong is the Case Against Merck?*, 11 MICH. ST. U.J. MED. & L. 145, 149 (2007).

Early NSAIDs were non-selective, meaning that they restricted both forms of the COX enzyme, but Vioxx and the other selective NSAIDs only restrict COX–2. [13] Scientists theorized that, by restricting only COX–2, a selective NSAID could provide the pain relief afforded by non-selective NSAIDs while avoiding their gastrointestinal complications, such as perforations, ulcers, and bleeding. [14]

13    *Id.*

14    See Richard Epstein, *Regulatory Paternalism in the Market for Drugs: Lessons from Vioxx and Celebrex,* 5 YALE J. HEALTH POL'Y L. & ETHICS 741, 741–742 (2005).

After following Food and Drug Administration procedure for seeking approval of a new drug, Merck submitted its application in late 1998. A few months later, the FDA approved Vioxx as "safe and effective" for the treatment of osteoarthritis, acute pain, and menstrual pain. Merck then applied to the FDA for approval to use Vioxx to treat rheumatoid arthritis. As part of its application, Merck commissioned the VIGOR clinical trial, which was "designed to compare the occurrence of [gastrointestinal] toxicity with twenty-five and fifty milligrams per day of Vioxx or one thousand milligrams per day of Naproxen," a non-selective NSAID. [15] In addition to finding a gastrointestinal benefit, VIGOR also revealed a secondary finding that patients taking Vioxx had five times the relative risk of adverse cardiovascular events as patients who took Naproxen. [16] But despite the fact that Merck employees had expressed concern since at least 1997 that Vioxx could present cardiovascular risks, Merck argued that the VIGOR results could be explained by a combination of chance and the cardio-protective effects of Naproxen.

15    Weigan, *supra* note 12, at 155.

16    *Id.*

Eventually, the FDA approved the use of Vioxx to treat rheumatoid arthritis, and after some negotiation, Merck placed the cardiovascular data from the VIGOR trial on

the label for Vioxx, though not in the warnings section. In 2000, Merck again sought approval from the FDA for treatment of yet another condition, colon polyps. To test the efficacy of Vioxx in treating colon polyps Merck commissioned the APPROVe trial. But after APPROVe found that patients taking Vioxx had a statistically significant increased relative risk of adverse cardiovascular events compared to placebo after eighteen months of exposure, Merck announced that it would voluntarily remove Vioxx from the market on September 30, 2004. In 2005, the FDA commissioned an advisory panel to examine the cardiovascular concerns relating to Vioxx and other selective NSAIDs. The panel eventually concluded that the drugs did present cardiovascular risks after prolonged exposure, but it did not find that they presented a risk after only short-term use.

Thousands of lawsuits were filed across the country, alleging that Vioxx caused heart attacks or other adverse cardiovascular events. After a few cases were tried with mixed results, Merck agreed to pay **\*262** \$4.85 billion into a settlement fund for qualifying claims. The Garzas' claim did not qualify.

## II

1    To prevail on their inadequate-warnings claim, the Garzas were required to prove that Garza's ingestion of Vioxx 25 mg pills over a period of 25 days was the producing cause of his heart attack. As we explained in *Merrell Dow Pharmaceuticals, Inc. v. Havner,* [17] causation, in this context, has two components: general and specific. "General causation is whether a substance is capable of causing a particular injury or condition in the general population, while specific causation is whether a substance caused a particular individual's injury." [18] The Garzas relied on testimony from two cardiologists who based their opinions on data compiled in Merck-sponsored clinical trials of Vioxx, meta-analyses of those trials, and other observational, epidemiological studies regarding the possible cardiovascular risks presented by Vioxx. Merck contends that the Garzas' evidence did not meet *Havner's* requirements for scientific reliability. Specifically, Merck argues that *Havner* requires a plaintiff who claims injury from taking a drug to produce two independent epidemiological studies showing a statistically significant doubling of the relative risk of the injury for patients taking the drug under conditions substantially similar to the plaintiff's (dose and duration, for example) as compared to patients taking a placebo. The Garzas argue that *Havner's*

Case 2:05-md-01657-EEF-DEK Document 64015-5 Filed 07/30/12 Page 44 of 110
Case 2:05-md-01657-EEF-DEK Document 63589-7 Filed 11/02/11 Page 5 of 9

Merck & Co., Inc. v. Garza, 347 S.W.3d 256 (2011)

Prod.Liab.Rep. (CCH) P 18,692, 54 Tex. Sup. Ct. J. 1697

requirements for epidemiological evidence apply only to uncontrolled, observational studies, not to studies from clinical trials, like the ones on which they rely. Or if the requirements do apply to clinical trials, then the Garzas argue that *Havner* does not establish bright-line requirements as argued by Merck, but charges courts with surveying the totality of the evidence regarding causation. In any event, the Garzas contend that evidence failing *Havner*'s requirements may nevertheless be sufficient if accompanied by other reliable evidence of causation.

17    953 S.W.2d 706 (Tex.1997).

18    *Id.* at 714.

### A

**2**   **3**   **4**   In *Havner,* the plaintiff claimed that taking Bendectin for morning sickness during her pregnancy caused birth defects in her baby.[19] In analyzing whether there was evidence of causation, we started with the general proposition that "a determination of scientific reliability is appropriate in reviewing the legal sufficiency of evidence."[20] We reiterated that courts must look beyond the bare opinions of qualified experts and independently evaluate the foundational data underlying an expert's opinion in order to determine whether the expert's opinion is reliable.[21]

19    *Id.* at 708.

20    *Id.* at 713.

21    *Id.* at 711–712. *See also E.I. du Pont de Nemours & Co. v. Robinson,* 923 S.W.2d 549, 557 (Tex.1995) (providing that, in a determination of the admissibility of expert testimony, the court should look to: (1) the extent to which the theory has been or can be tested; (2) the extent to which the technique relies upon the subjective interpretation of the expert; (3) whether the theory has been subjected to peer review and publication; (4) the technique's potential rate of error; (5) whether the underlying theory or technique has been generally accepted as valid by the relevant scientific community; and (6) the non-judicial uses that have been made of the theory or technique).

If the foundational data underlying opinion testimony are unreliable, an expert will not be permitted to base an *\*263* opinion on that data because any opinion drawn from that data is likewise unreliable. Further, an expert's testimony is unreliable even when the underlying data are sound

if the expert draws conclusions from that data based on flawed methodology. A flaw in the expert's reasoning from the data may render reliance on a study unreasonable and render the inferences drawn therefrom dubious. Under that circumstance, the expert's scientific testimony is unreliable and, legally, no evidence.[22]

22    *Havner,* 953 S.W.2d at 714.

Causation can sometimes be proved directly.

In some cases, controlled scientific experiments can be carried out to determine if a substance is capable of causing a particular injury or condition, and there will be objective criteria by which it can be determined with reasonable certainty that a particular individual's injury was caused by exposure to a given substance.[23]

23    *Id.* at 714–715.

Often, however, it can be proved only indirectly, with epidemiological studies.

In the absence of direct, scientifically reliable proof of causation, claimants may attempt to demonstrate that exposure to the substance at issue increases the risk of their particular injury. The finder of fact is asked to infer that because the risk is demonstrably greater in the general population due to exposure to the substance, the claimant's injury was more likely than not caused by that substance.[24]

24    *Id.*

Allowing such proof

concedes that science cannot tell us what caused a particular plaintiff's injury. It is based on a policy determination that when the incidence of a disease or injury is sufficiently elevated due to exposure to a substance, someone who was exposed to that substance and exhibits the disease or injury can raise a fact question on causation.[25]

25    *Id.* (internal citation omitted).

**5**   The epidemiological evidence on which the experts in *Havner* relied consisted largely of unpublished, retroactive, observational studies. The Garzas argue that their evidence of clinical trials involving Vioxx is more reliable. The difference between the two types of epidemiological evidence is this:

Case 2:05-md-01657-EEF-DEK Document 64015-5 Filed 07/30/12 Page 45 of 110
Merck & Co., Inc. v. Garza, 347 S.W.3d 256 (2011) Document 63589-7 Filed 11/02/11 Page 6 of 10

Prod.Liab.Rep. (CCH) P 18,692, 54 Tex. Sup. Ct. J. 1697

Epidemiological studies may be characterized as **experimental** or **observational.** The major difference between the two is that in an experimental setting, the epidemiologist *controls the conditions* under which the study is to be conducted; in an observational setting, the epidemiologist is *not able* to control these conditions. In experiments, the epidemiologist controls the method of assigning subjects to either the treatment or the comparison groups. A commonly used means of assignment is to randomly allocate similar persons to the treatment or the comparison group; such an experiment is called a randomized clinical trial.... [26]

[26] DAVID E. LILIENFELD & PAUL D, STOLLEY, FOUNDATIONS OF EPIDEMIOLOGY 151 (3rd ed.1994) (internal citation omitted).

But while the controlled, experimental, and prospective nature of clinical trials undoubtedly make them more reliable than retroactive, observational studies, both must show a statistically significant doubling of the risk in order to be some evidence that a drug more likely than not caused a particular injury. The superior ***264*** way in which a study is conducted does not justify taking its conclusion to be anything other than what it is. The purpose of the structure of epidemiological studies and the statistical evaluation of their results is to provide "objective criteria by which it can be determined with reasonable certainty that a particular individual's injury was caused by exposure to a given substance." [27] *Havner's* requirements necessarily apply to all epidemiological evidence, including the causation evidence the Garzas presented at trial.

[27] *Havner,* 953 S.W.2d at 715.

**B**

In *Havner,* we surveyed the opinions of other courts and scholarly commentary and concluded:

Although we recognize that there is not a precise fit between science and legal burdens of proof, we are persuaded that properly designed and executed epidemiological studies may be part of the evidence supporting causation in a toxic tort case and that there is a rational basis for relating the requirement that there be more than a "doubling of the risk" to our no evidence standard of review and to the more likely than not burden of proof. [28]

[28] *Id.* at 717.

To demonstrate the thinking behind the doubling of the risk requirement we then used the following admittedly oversimplified example:

Assume that a condition naturally occurs in six out of 1,000 people even when they are not exposed to a certain drug. If studies of people who did take the drug show that nine out of 1,000 contracted the disease, it is still more likely than not that causes other than the drug were responsible for any given occurrence of the disease since it occurs in six out of 1,000 individuals anyway. Six of the nine incidences would be statistically attributable to causes other than the drug, and therefore, it is not more probable that the drug caused any one incidence of disease. This would only amount to evidence that the drug could have caused the disease. However, if more than twelve out of 1,000 who take the drug contract the disease, then it may be statistically more likely than not that a given individual's disease was caused by the drug. [29]

[29] *Id.* (emphasis omitted).

In essence, we acknowledged that "frequency data, such as the incidence of adverse effects in the general population when exposed, cannot indicate the actual cause of a given individual's disease or condition." [30] However, we found that "[t]he use of scientifically reliable epidemiological studies and the requirement of more than a doubling of the risk strikes a balance between the needs of our legal system and the limits of science." [31]

[30] *Id.* at 718.

[31] *Id.*

The Garzas argue that *Havner* did not ultimately hold that a study had to show a doubling of the risk in order to be found reliable evidence of causation. They point out that *Havner* states:

We do not hold, however, that a relative risk of more than 2.0 is a litmus test or that a single epidemiological test is legally sufficient evidence of causation. Other factors must be considered. As already noted, epidemiological studies only show an association. There may in fact be no causal relationship even if the relative risk is high.... Likewise, even if a particular study reports a low relative risk, there may in fact be a causal ***265*** relationship. The strong

consensus among epidemiologists is that conclusions about causation should not be drawn, if at all, until a number of criteria have been considered. [32]

32    *Id.*

The opinion further noted that epidemiological studies "are subject to many biases and therefore present formidable problems in design and execution and even greater problems in interpretation." [33] Accordingly, we stated that

33    *Id.* at 719 (quoting Marcia Angell, *The Interpretation of Epidemiologic Studies*, 323 NEW ENG. L.REV.. 823, 824 (1996)).

there are a number of reasons why reliance on a relative risk of 2.0 as a bright-line boundary would not be in accordance with sound scientific methodology in some cases. Careful exploration and explication of what is reliable scientific methodology in a given context is necessary. [34]

34    *Id.*

But these statements must be read in context. Our concern was that statistically reliable studies showing a doubling of the risk might nevertheless be insufficient to prove causation, not that they would ever be unnecessary. We noted that "[a] few courts that have embraced the more-than-double-the-risk standard have indicated in dicta that in some instances, epidemiological studies with relative risks of less than 2.0 might suffice if there were other evidence of causation." [35] We declined to join those courts, leaving undecided "whether epidemiological evidence with a relative risk less than 2.0, coupled with other credible and reliable evidence, may be legally sufficient to support causation." [36]

35    *Id.*

36    *Id.*

We concluded that the studies in *Havner* were unreliable when they did not show a doubling of the risk that was statistically significant at the 95% confidence level. After analyzing and adopting the "methodology that is at present generally accepted among epidemiologists" [37]—namely, that studies finding a doubling of the risk are statistically significant at the 95% confidence level—we considered each of the studies that served as the foundation for the opinions of the Havners' experts. We concluded that any study that did not find a doubling of the risk that was statistically significant

at the 95% confidence level was unreliable. [38] Also, we indicated that an expert's opinion that relied on a combined analysis of several studies was unreliable because the studies did not show a doubling of the risk. [39]

37    *Id.* at 712.

38    *Id.* at 724–726.

39    *Id.* at 725 ("[The expert] also said that these studies were consistent with a relative risk that was between 0.7 and 1.8. That is not a doubling of the risk. It may support her opinion that it is more probable than not that there is an *association* between Bendectin and limb reduction defects, but the *magnitude* of the association she gleaned from these studies is not more than 2.0, based on her own testimony.").

**6    7    8    9**  *Havner* holds, and we reiterate, that when parties attempt to prove general causation using epidemiological evidence, a threshold requirement of reliability is that the evidence demonstrate a statistically significant doubling of the risk. In addition, *Havner* requires that a plaintiff show "that he or she is similar to [the subjects] in the studies" and that "other plausible causes of the injury or condition that could be negated [are excluded] with reasonable **\*266** certainty." [40] *Havner* also requires that even if studies meet the threshold requirements of reliability, sound methodology still necessitates that courts examine the design and execution of epidemiological studies using factors like the Bradford Hill criteria [41] to reveal any biases that might have skewed the results of a study, [42] and to ensure that the standards of reliability are met in at least two properly designed studies. [43] Thus, a plaintiff must first pass the primary reliability inquiry by meeting *Havner's* threshold requirements of general causation. Then, courts must conduct the secondary reliability inquiry that examines the soundness of a study's findings using the totality of the evidence test. As we concluded in *Havner:*

40    *Id.* at 720.

41    *Havner,* 953 S.W.2d 706, 718 n. 2. Those criteria, published by Sir Austin Bradford Hill in 1965 and widely used by epidemiologists, are more fully described in *Havner.* The criteria are grouped in nine categories: strength of association, consistency, specificity, temporality, biological gradient, plausibility, coherence, experiment, and analogy.

42     *Id.* at 718–719.

43     *Id.* at 727.

In sum, we emphasize that courts must make a determination of reliability from all the evidence. Courts should allow a party, plaintiff or defendant, to present the best available evidence, assuming it passes muster under *Robinson,* and only then should a court determine from a totality of the evidence, considering all factors affecting the reliability of particular studies, whether there is legally sufficient evidence to support a judgment. [44]

44     *Id.* at 720.

## C

[10] [11]     The Garzas contend that they presented more than two studies showing a statistically significant doubling of the risk of heart attack from taking Vioxx, thereby satisfying *Havner's* requirements. First, they point to the VIGOR study. Although the results of VIGOR indicate statistically significant results showing five times as many heart attacks for the patients on Vioxx compared to the patients on Naproxen, that study involved a dosage of 50 mg and a median duration of 9 months-double the dosage Mr. Garza took (25 mg) and a much longer duration than Mr. Garza's 25 days. The Garzas argue, and we agree, that this finding of an increased risk does not necessarily mean that there is no increased risk at a lower dose and smaller duration. But the point is not that the VIGOR study suggests that a lesser exposure to Vioxx is less risky, but that the study suggests nothing at all about significantly lesser exposure. The usage involved in a study need not match the claimant's usage exactly, but the conditions of the study should be substantially similar to the claimant's circumstances. The Garzas simply cannot argue that the VIGOR study showed a statistically significant doubling of the relative risk for a person like Garza, who took a much smaller dosage of Vioxx for much less time. [45]

45     The Graham study is similarly unreliable because the statistically significant finding applied only to 50 mg dosages.

[12]     Another study presented, the Shapiro meta-analysis, also falls short. The Shapiro meta-analysis, performed in 2000 by Merck employee Deborah Shapiro, combined and analyzed much of the cardiovascular data that the company had gathered up to that point. In one arm of the analysis, Shapiro compared the relative risks of heart attack of people who had *267* taken Vioxx to the risks of people who had taken other NSAIDs. This analysis found that patients who had taken Vioxx had a relative risk of 2.02 compared to the users of other NSAIDs. The results were significant at the 95% confidence level with a confidence interval from 1.14 to 3.55. However, as meta-analysis, it combines the results of a number of different studies, with differing dosages, durations, and comparison drugs. This is especially problematic given the influence of the VIGOR results on the analysis. VIGOR, as we have said, used double Garza's dose of Vioxx with patients for a median period of nine months. When the VIGOR results were removed from the meta-analysis, Shapiro found the relative risk of heart attack of Vioxx patients to other NSAID recipients dropped to 1.19 at the 95% level with an interval from 0.60 to 2.35. And even those remaining results are skewed by differences in dose and duration compared to Garza's exposure.

[13]     The Garzas also rely on the APPROVe study. That study found an overall relative risk greater than 2 for APTC (Antiplatelet Trialists' Collaboration criteria) events, a category of events which includes "the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; of nonfatal myocardial infarction; and of nonfatal ischemic and hemorrhagic stroke." However, the other category studied, Cardiovascular Thrombotic Events, a narrower category still containing Mr. Garza's injury, found an overall risk of 1.92. Moreover, the study took place over a three-year period and did not show statistically significant differences until after eighteen months, a much longer duration than Mr. Garza's use.

[14]     Finally, [46] the Garzas presented the VICTOR study, a clinical trial designed to measure the efficacy of Vioxx in treating patients with colorectal cancer. At trial, the only evidence of VICTOR was an e-mail containing two charts of preliminary results and cursory testimony regarding VICTOR's protocol and findings. However, although the VICTOR study was discontinued after two years, it does appear that these preliminary findings achieve statistically significant results for confirmed "thrombotic events" with a relative risk of over 3.0. But even if VICTOR qualifies under *Havner's* test, it cannot do so alone. Another study is still necessary, but lacking here.

46     The Garzas presented a total of six other studies throughout the course of litigation. Two of the studies (ADVANTAGE and Protocol 090) contain a relative risk factor greater than 2.0, but neither of these studies contain sufficient data to achieve statistical

Prod.Liab.Rep. (CCH) P 18,692, 54 Tex. Sup. Ct. J. 1697

significance. The Garzas do not contend that any one of the remaining four studies (the Juni paper, the Solomon study, the Ingenix study, and the Protocol 010 study) sufficiently indicate a statistically significant doubling of the risk of heart attack.

Thus, the two cited by the Garzas do not meet *Havner*'s standards of reliability.

### D

While we have held that epidemiological evidence used to prove general causation must meet *Havner*'s requirements for scientific reliability, we return briefly to the Garzas' argument that the totality of the evidence in this case shows general causation. They point to evidence that Merck largely excluded patients with a history of cardiovascular disease from its studies. They argue that the trials suffer from selection bias in that they excluded a subset of people who were at an elevated risk of suffering a Vioxx-induced heart attack. But several of the studies did include patients who had some history of cardiovascular disease, and in any event, the absence of evidence cannot substitute **\*268** for evidence. The Garzas argue that the risk doubling for Garza required by

*Havner* can be extrapolated from studies finding a doubling of the risk at much higher doses and longer durations. But the Garzas cannot point to any scientific basis for such an extrapolation.

**15** The totality of the evidence cannot prove general causation if it does not meet the standards for scientific reliability established by *Havner*. A plaintiff cannot prove causation by presenting different types of unreliable evidence. Thus, we are constrained to hold that the Garzas did not present reliable evidence of general causation and are therefore not entitled to recover against Merck.

\* \* \*

Accordingly, the judgment of the court of appeals is reversed and judgment rendered that the Garzas take nothing.

Justice WILLETT and Justice GUZMAN did not participate in the decision.

Parallel Citations

Prod.Liab.Rep. (CCH) P 18,692, 54 Tex. Sup. Ct. J. 1697

**End of Document**

© 2011 Thomson Reuters. No claim to original U.S. Government Works.

**Exhibit G**

Diane Louie, MD, MPH
Associate Director
Regulatory Affairs - Domestic

Merck & Co., Inc.
P.O. Box 2000, RY 33-200
Rahway NJ 07065-0900
Tel 732 594 7186
Fax 732 594 1030
diane_louie@merck.com

March 22, 2004

Brian E. Harvey, M.D., Ph.D., Acting Director
Division of Anti-Inflammatory, Analgesic,
 And Ophthalmologic Drug Products
HFD-550, Room N314
Office of Drug Evaluation V (CDER)
Food and Drug Administration
9201 Corporate Boulevard
Rockville, MD 20850



Serial No. __A94__

Dear Dr. Harvey:

### IND 46,894: VIOXX™ (rofecoxib)

### INFORMATION AMENDMENT – CLINICAL
#### (Updated Cardiovascular Pooled Analysis)

With this letter, Merck Research Laboratories (MRL), a Division of Merck & Co., Inc., is providing
another update to the pooled analysis of cardiovascular thrombotic events in all Phase IIb to Phase V
clinical trials of rofecoxib that were at least 4 weeks or more in duration and included a placebo or non-
selective NSAID comparator [Attachment]. Such a pooled analysis was specified in the Vascular Events
Adjudication Standard Operating Procedure. An initial pooled-analysis included data available as of
September, 2000, and was submitted to IND 46,894 on January 8, 2001 (Serial No. 847), and to
VIOXX™ NDA 21-042 (Rofecoxib Tablets) on January 12, 2001. A first update to the pooled-analysis
included data available as of March 16, 2001, and was submitted to NDA 21-042 in the July 12, 2001
Safety Update Report (SUR). A second update included data available as of January 31, 2002, and was
submitted to NDA 21-042 on May 22, 2002. This third update includes approximately 750 additional
patient-years on rofecoxib or comparator available as of June 10, 2003. As there are no large ongoing
studies with rofecoxib other than those intended to contribute to Protocol 203, entitled "*A Combined
Analysis of Thrombotic Cardiovascular Events in 3 Placebo-Controlled Studies of Rofecoxib*", no further
updates to this pooled analysis are planned.

We consider the information included in this submission to be a confidential matter, and request that the
Food and Drug Administration not make its content, nor any future communications in regard to it, public
without first obtaining the written permission of Merck & Co., Inc.

Questions concerning this submission should be directed to Diane C. Louie, M.D., M.P.H.
(732-594-7186) or, in my absence, to Ned S. Braunstein, M.D. (732-594-2886).

Sincerely,

Diane C. Louie, M.D., M.P.H.
Associate Director, Regulatory Affairs

Attachment

Federal Express No. 1

Q:\Hill\Vioxx\IND 46894\cv_analysis.doc

MRK-I8940080062

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION<br>**INVESTIGATIONAL NEW DRUG APPLICATION (IND)**<br>*(TITLE 21, CODE OF FEDERAL REGULATIONS (CFR) PART 312)* | Form Approved: OMB No. 0910-0014.<br>*Expiration Date:* January 31, 2006<br>*See OMB Statement on Reverse.* |
|---|---|
| | NOTE: No drug may be shipped or clinical investigation begun until an IND for that investigation is in effect (21 CFR 312.40). |

| 1. NAME OF SPONSOR<br>**Merck & Co., Inc.** | 2. DATE OF SUBMISSION<br>*March 22, 2004* |
|---|---|
| 3. ADDRESS *(Number, Street, City, State and Zip Code)*<br>**P.O. Box 2000, RY 33-200**<br>**Rahway, NJ 07065-0900** | 4. TELEPHONE NUMBER<br>*(Include Area Code)*<br>**(732) 594-7186** |
| 5. NAME(S) OF DRUG *(Include all available names: Trade, Generic, Chemical, Code)*<br>**VIOXX™ (Rofecoxib), L-748731, MK-0966** | 6. IND NUMBER *(If previously assigned)*<br>**46,894** |

7. INDICATION(S) *(Covered by this submission)*
**Treatment of osteoarthritis, rheumatoid arthritis, acute pain, primary dysmenorrhea**

8. PHASE(S) OF CLINICAL INVESTIGATION TO BE CONDUCTED: ☐ PHASE 1 ☐ PHASE 2 ☐ PHASE 3 ☐ OTHER
(Specify)

9. LIST NUMBERS OF ALL INVESTIGATIONAL NEW DRUG APPLICATIONS (21 CFR Part 312), NEW DRUG OR ANTIBIOTIC APPLICATIONS (21 CFR Part 314), DRUG MASTER FILES (21 CFR Part 314.420), AND PRODUCT LICENSE APPLICATIONS (21 CFR Part 601) REFERRED TO IN THIS APPLICATION.

| 10. **IND submission should be consecutively numbered. The initial IND should be numbered "Serial number: 000." The next submission (e.g., amendment, report, or correspondence) should be numbered "Serial Number: 001." Subsequent submissions should be numbered consecutively in the order in which they are submitted.** | SERIAL NUMBER<br>*A 94* |
|---|---|

11. THIS SUBMISSION CONTAINS THE FOLLOWING: (Check all that apply)
☐ INITIAL INVESTIGATIONAL NEW DRUG APPLICATION (IND)      ☐ RESPONSE TO CLINICAL HOLD

| PROTOCOL AMENDMENT(S): | INFORMATION AMENDMENT(S): | IND SAFETY REPORT(S): |
|---|---|---|
| ☐ NEW PROTOCOL<br>☐ CHANGE IN PROTOCOL<br>☐ NEW INVESTIGATOR | ☐ CHEMISTRY/MICROBIOLOGY<br>☐ PHARMACOLOGY/TOXICOLOGY<br>☒ CLINICAL | ☐ INITIAL WRITTEN REPORT<br>☐ FOLLOW-UP TO A WRITTEN REPORT |
| ☐ RESPONSE TO FDA REQUEST FOR INFORMATION | ☐ ANNUAL REPORT | ☐ GENERAL CORRESPONDENCE |
| ☐ REQUEST FOR REINSTATEMENT OF IND THAT IS WITHDRAWN, INACTIVATED, TERMINATED OR DISCONTINUED | ☐ OTHER<br>(Specify) | |

**CHECK ONLY IF APPLICABLE**

JUSTIFICATION STATEMENT MUST BE SUBMITTED WITH APPLICATION FOR ANY CHECKED BELOW. REFER TO THE CITED CFR SECTION FOR FURTHER INFORMATION.

☐ TREATMENT IND 21 CFR 312.35 (b)    ☐ TREATMENT PROTOCOL 21 CFR 312.35 (a)    ☐ CHARGE REQUEST/NOTIFICATION 21 CFR312.7(d)

**FOR FDA USE ONLY**

| CDR/DBIND/DGD RECEIPT STAMP | DDR RECEIPT STAMP | DIVISION ASSIGNMENT: |
|---|---|---|
| | | IND NUMBER ASSIGNED: |

**FORM FDA 1571 (1/03)**      PREVIOUS EDITION IS OBSOLETE.      Page 1 of 2

MRK-I8940080063

**12.**

## CONTENTS OF APPLICATION
This application contains the following items: *(Check all that apply)*

☒ 1. Form FDA 1571 *[21 CFR 312.23(a)(1)]*

☐ 2. Table of Contents *[21 CFR 312.23(a)(2)]*

☐ 3. Introductory statement *[21 CFR 312.23(a)(3)]*

☐ 4. General Investigational plan *[21 CFR 312.23(a)(3)]*

☐ 5. Investigator's brochure *[21 CFR 312.23(a)(5)]*

☐ 6. Protocol(s) *[21 CFR 312.23(a)(6)]*

    ☐ a. Study protocol(s) *[21 CFR 312.23(a)(6)]*

    ☐ b. Investigator data *[21 CFR 312.23(a)(6)(iii)(b)]* or completed Form(s) FDA 1572

    ☐ c. Facilities data *[21 CFR 312.23(a)(6)(iii)(b)]* or completed Form(s) FDA 1572

    ☐ d. Institutional Review Board data *[21 CFR 312.23(a)(6)(iii)(b)]* or completed Form(s) FDA 1572

☐ 7. Chemistry, manufacturing, and control data *[21 CFR 312.23(a)(7)]*

    ☐ Environmental assessment or claim for exclusion *[21 CFR 312.23(a)(7)(iv)(e)]*

☐ 8. Pharmacology and toxicology data *[21 CFR 312.23(a)(8)]*

☐ 9. Previous human experience *[21 CFR 312.23(a)(9)]*

☐ 10. Additional information *[21 CFR 312.23(a)(10)]*

13. IS ANY PART OF THE CLINICAL STUDY TO BE CONDUCTED BY A CONTRACT RESEARCH ORGANIZATION? ☐ YES ☐ NO

IF YES, WILL ANY SPONSOR OBLIGATIONS BE TRANSFERRED TO THE CONTRACT RESEARCH ORGANIZATION? ☐ YES ☐ NO

IF YES, ATTACH A STATEMENT CONTAINING THE NAME AND ADDRESS OF THE CONTRACT RESEARCH ORGANIZATION, IDENTIFICATION OF THE CLINICAL STUDY, AND A LISTING OF THE OBLIGATIONS TRANSFERRED.

14. NAME AND TITLE OF THE PERSON RESPONSIBLE FOR MONITORING THE CONDUCT AND PROGRESS OF THE CLINICAL INVESTIGATIONS

15. NAME(S) AND TITLE(S) OF THE PERSON(S) RESPONSIBLE FOR REVIEW AND EVALUATION OF INFORMATION RELEVANT TO THE SAFETY OF THE DRUG

I agree not to begin clinical investigations until 30 days after FDA's receipt of the IND unless I receive earlier notification by FDA that the studies may begin. I also agree not to begin or continue clinical investigations covered by the IND if those studies are placed on clinical hold. I agree that an Institutional Review Board (IRB) that complies with the requirements set fourth in 21 CFR Part 56 will be responsible for initial and continuing review and approval of each of the studies in the proposed clinical investigation. I agree to conduct the investigation in accordance with all other applicable regulatory requirements.

| 16. NAME OF SPONSOR OR SPONSOR'S AUTHORIZED REPRESENTATIVE | 17. SIGNATURE OF SPONSOR OR SPONSOR'S AUTHORIZED REPRESENTATIVE |
|---|---|
| Diane Louie, M.D., M.P.H.<br>**Associate Director**<br>**Regulatory Affairss** | *Diane Clouie, MD, MPH* |

| 18. ADDRESS *(Number, Street, City, State and Zip Code)* | 19. TELEPHONE NUMBER *(Include Area Code)* | 20. DATE |
|---|---|---|
| P.O. Box 2000, RY 33-200<br>Rahway, NJ 07065-0900 | (732) 594-7186 | *March 22, 2004* |

(WARNING: A willfully false statement is a criminal offense. U.S.C. Title 18, Sec. 1001.)

Public reporting burden for this collection of information is estimated to average 100 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Food and Drug Administration
CBER (HFM-99)
1401 Rockville Pike
Rockville, MD 20852-1448

Food and Drug Administration
CDER (HFD-94)
12229 Wilkins Avenue
Rockville, MD 20852

"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."

Please **DO NOT RETURN** this application to this address.

FORM FDA 1571 (1/03)           PAGE 2 OF 2

MRK-I8940080064

Information and data submitted herein contains
trade secrets, or privileged or confidential
information, the property of Merck & Co., Inc. and
government agencies are not authorized to make it
public without written permission from Merck.

MRK-I8940080065



# Rofecoxib Cardiovascular Combined-Analysis Update with Data Through June 2003

Executive Summary.................................................................................................................... 2
1.    Introduction .................................................................................................................... 5
2.    Endpoint .......................................................................................................................... 7
3.    Statistical Methods ......................................................................................................... 9
    3.1.    Approach to Analysis ............................................................................................ 9
    3.2.    Primary Comparisons ............................................................................................ 9
    3.3.    Comparisons of Rofecoxib Doses and Duration of Exposure ............................ 10
    3.4.    Subgroup Analyses .............................................................................................. 10
4.    Patient Accounting ........................................................................................................ 11
5.    Updated Results ............................................................................................................. 14
    5.1.    Primary Analysis - APTC Combined Endpoint................................................... 14
        5.1.1.    Rofecoxib versus Placebo ......................................................................... 15
        5.1.2.    Rofecoxib versus Non-naproxen NSAIDs ............................................... 20
        5.1.3.    Rofecoxib versus Naproxen ...................................................................... 24
    5.2.    Secondary Analysis - TCVSAE Combined Endpoint ......................................... 28
        5.2.1.    Rofecoxib versus Placebo ......................................................................... 29
        5.2.2.    Rofecoxib versus Non-naproxen NSAIDs ............................................... 34
        5.2.3.    Rofecoxib versus Naproxen ...................................................................... 38
    5.3.    Dose Comparisons Results ................................................................................... 42
    5.4.    Duration Comparisons Results ............................................................................. 46
    5.5.    Subgroup Analysis Results ................................................................................... 48
6.    Discussion ...................................................................................................................... 53
7.    Conclusions .................................................................................................................... 54
*REFERENCES*........................................................................................................................... 55
*ATTACHMENT 1:* Listing of CV Events in Rofecoxib studies........................................................ 56

Confidential - Subject To Protective
Order

MRK-I8940080066



## Executive Summary

The purpose of this report is to describe the results of an update to the pooled-analysis of cardiovascular thrombotic events in all Phase IIb to Phase V clinical trials of rofecoxib that were at least 4 weeks or more in duration and included a placebo or non-selective NSAID comparator. Such a pooled analysis was specified in the Vascular Events Adjudication Standard Operating Procedure. The purpose of the pooled analysis is to improve the power and precision of detecting differences or similarities between treatment groups in the relative risks of these cardiovascular events. Three related analyses were conducted which individually focus on the relative risk of cardiovascular thrombotic serious adverse experiences in patients taking rofecoxib as compared to placebo, naproxen, and other non-naproxen, nonselective NSAIDs, respectively. An initial pooled-analysis included data available as of September-2000 and the first two updates to the pooled-analysis included data available as of 16-Mar-2001 and 31-Jan-2002, respectively; theses reports have been previously provided to regulatory agencies. This third update includes approximately 750 additional patient-years on rofecoxib or comparator available as of 10-Jun-2003. As there no large ongoing studies with rofecoxib other than those intended to contribute to Protocol 203, *A Combined Analysis of Thrombotic Cardiovascular Events in 3 Placebo-Controlled Studies of Rofecoxib*, no further updates to this pooled analysis are planned.

The Vascular Events Adjudication Standard Operating Procedure (Cardiovascular Adjudication SOP) provides for blinded external adjudication of potential thrombotic events. The purpose of the Adjudication SOP was: (1) to standardize the evaluation of thrombotic cardiovascular serious adverse experiences across ongoing clinical studies of rofecoxib; and (2) to improve accuracy in diagnosis across a heterogeneous group of study investigators in different nations and having different clinical specialties. Terms identifying potential thrombotic events reported by investigators that were to be referred for adjudication were defined in the SOP and included "soft" terms to cast a wide net. The output of this adjudication process and the most comprehensive endpoint would be one based on all thrombotic events confirmed by adjudication. However, several studies included in this pooled analysis antedated the initiation of the Cardiovascular Adjudication SOP. Because there was no adjudication of events for studies that antedated the SOP, all potential events from these studies were included in the thrombotic endpoint. Although conservative, this approach had the potential to increase noise. Therefore, the primary endpoint used in this and previous pooled-analyses is the combined endpoint defined by the Antiplatelet Trialists' Collaboration (APTC). The APTC combined endpoint of cardiovascular and unknown cause of death, myocardial infarction, and cerebrovascular accident was pre-specified as primary because it is a "hard" endpoint. For the events that make up the APTC combined endpoint, the correlation is quite high between investigator-reported events and events confirmed by the Adjudication committee. Therefore, use of the APTC endpoint helped ensure consistency between trials that used adjudicated data and those which used investigator reported data. As started with the 2002 update, this update also presents primary comparisons for the broader endpoint (Thrombotic Cardiovascular Serious Adverse Experiences) that includes all events confirmed by adjudication including "softer" endpoints such as unstable angina and transient ischemic attack.

Confidential - Subject To Protective Order

MRK-I8940080067


Restricted
Confidential
limited access

There are 3 principal findings of this analysis. First, the pooled-analysis of all placebo-controlled trials with rofecoxib demonstrated similar cardiovascular event rates for rofecoxib and placebo. These data from about 7300 patients on rofecoxib and representing over 3000 patient-years of experience suggest that rofecoxib does not have a prothrombotic effect relative to placebo. Of note, the majority of the placebo-controlled data are from the Alzheimer's Disease program and included elderly patients at increased risk for cardiovascular disease. Second, the pooled-analysis comparing rofecoxib with the non-naproxen NSAIDs ibuprofen, diclofenac, and nabumetone demonstrated similar cardiovascular event rates in the rofecoxib and non-naproxen NSAID group. These data from over 5100 patients on rofecoxib and representing almost 2800 patient-years of experience suggest that rofecoxib does not have a prothrombotic effect relative to these commonly prescribed NSAIDs. Third, the pooled-analysis comparing rofecoxib (over 9300 patients on rofecoxib representing over 5900 patient-years) with naproxen continues to demonstrate a difference in the relative rates of thrombotic events in patients taking rofecoxib compared with naproxen. Relative to rofecoxib, naproxen was associated with an approximately 38% reduction (95% CI 4, 60%) in the incidence of thrombotic events based on the Antiplatelet Trialists' Collaboration combined endpoint. The magnitude of this difference between naproxen and rofecoxib is consistent with the difference observed between aspirin and placebo in a large meta-analysis of thrombotic cardiovascular events (Reference-5). These data suggest that naproxen, an NSAID with potent and sustained anti-platelet effects, was associated with a relative cardio-protective effect. A numeric summary of the results for APTC endpoint is presented below.

Relative Risk and Associated 95% CI for APTC Combined Endpoint

| Comparisons | N | Cases/PYR[†] | Rate[‡](95% CI) | Relative Risk[§] (95% CI) |
|---|---|---|---|---|
| Rofecoxib | 7296 | 56/3027.39 | 1.85 (1.40, 2.40) | 1.14 (0.77, 1.68) |
| Placebo | 4848 | 49/2813.62 | 1.74 (1.29, 2.30) | |
| Rofecoxib | 5160 | 30/2788.33 | 1.08 (0.73, 1.54) | 0.93 (0.51, 1.69) |
| Non-Naproxen NSAIDs | 3371 | 17/1433.86 | 1.19 (0.69, 1.90) | |
| Rofecoxib | 9312 | 65/5958.41 | 1.09 (0.84, 1.39) | 1.61 (1.04, 2.50) |
| Naproxen 1000 mg | 8104 | 30/4359.61 | 0.69 (0.46, 0.98) | |

[†] Patient-years at risk. [‡] Per 100 patient-years. [§] Relative risk obtained using Cox model.
APTC = Antiplatelet Trialists' Collaboration

New analyses were added in this update to study the effect of dose, duration, and important subgroup factors. Comparison of rates of events across rofecoxib doses (12.5, 25, and 50 mg) was not consistent with a dose-related trend. Comparisons of relative risks over various duration periods were generally consistent. The subgroup analyses for patients with high baseline risks for a cardiovascular event and for concomitant aspirin users did not find any relationship of these factors with treatment assignments.

The result of these updated pooled-analyses are consistent with and extend those of the previous pooled analyses to now encompass a period of up to 4 years of follow-up in more than 32,000 patients representing over 19,300 patient-years of experience with rofecoxib or comparator agents. Taken together, the totality of the data continue to support the conclusions that: 1) rofecoxib treatment is not associated with an increase in

Confidential - Subject To Protective Order

MRK-I8940080068



the risk of cardiovascular events across a broad population of patients compared with placebo or with NSAIDs that do not demonstrate potent and sustained anti-platelet effects and 2) the risk of sustaining a thrombotic cardiovascular event is reduced in patients treated with naproxen compared to rofecoxib, consistent with naproxen's ability to maintain near maximal inhibition of platelet function throughout its dosing interval and with naproxen having provided cardioprotective effects in these studies.

Confidential - Subject To Protective Order

MRK-I8940080069



## 1. Introduction

A pooled analysis of thrombotic cardiovascular serious adverse experiences was specified in the Vascular Events Adjudication Standard Operating Procedure (SOP). The pooled-analysis has been periodically updated when meaningful amounts of new data have accrued. This document represents the third update of this pooled analysis. As there no large ongoing studies with rofecoxib other than those intended to contribute to Protocol 203, *A Combined Analysis of Thrombotic Cardiovascular Events in 3 Placebo-Controlled Studies of Rofecoxib*, no further updates to this pooled analysis are planned.

The primary objective of the pooled-analysis is to improve the precision in the estimate of relative risks for the development of a thrombotic cardiovascular serious adverse experience between rofecoxib and naproxen, rofecoxib and placebo, and rofecoxib and the non-naproxen nonselective NSAIDs ibuprofen, diclofenac, and nabumetone. Naproxen has been considered separately from ibuprofen, diclofenac and nabumetone because, in clinical pharmacology studies, naproxen, but not ibuprofen, diclofenac or nabumetone, produced near-complete inhibition of COX-1-derived thromboxaneB2 and platelet aggregation throughout the dosing interval. These effects are similar to those observed with aspirin, an established cardioprotective agent.

All Phase IIb through Phase V rofecoxib clinical studies that were at least 4 weeks or more in duration and included a placebo or non-selective NSAID comparator are included in the pooled-analysis. Studies included in this updated analysis are shown in Table 1. Four 6-week celecoxib studies have been excluded because they did not provide comparisons of rofecoxib to nonselective NSAIDs. Studies in healthy subjects or juveniles were excluded because of the substantially different patient population (e.g., differences in underlying cardiovascular risk factors). Studies are grouped together based on the disease category and these groupings are referred to as study blocks.

As explained in the previous pooled-analysis report, after the phase IIb/III OA studies, but before the initiation of the VIOXX Gastrointestinal Outcomes Research Study (VIGOR), Merck Research Laboratories (MRL) implemented a Cardiovascular Adjudication SOP (Reference-1) to collect data in a uniform manner and to evaluate further whether there were any differences in the incidence of thrombotic cardiovascular serious adverse experiences during chronic therapy with rofecoxib versus comparator agents. The purpose of the adjudication was to improve the accuracy in diagnosis across a heterogeneous group of study investigators and to standardize the evaluation of potential thrombotic cardiovascular serious adverse experiences across the ongoing clinical studies. Whenever possible, adjudicated data were used in the preparation of this pooled-analysis, otherwise investigator-reported data were used. All studies had adjudicated data except Protocol 068 (RA Dose Ranging Study) and the Phase IIb/III OA studies (029, 033, 034, 035, 040, 044, 045, and 058) which antedated the adjudication process.

An initial pooled-analysis included data available as of September-2000 (Reference-2), the first update included data received by 16-Mar-2001 (Reference-3), and the second update included data received by 31-Jan-2002 (Reference-4). Those reports have been previously provided to regulatory agencies. The present update includes data from ongoing and new

Confidential - Subject To Protective Order                                    MRK-I8940080070

Case 2:05-md-01657-EEF-DEK Document 63539-8 Filed 11/02/11 Page 11 of 73

Restricted Confidential limited access

studies up to the data cut-off date of 10-Jun-2003. Additional exposure and event data primarily came from the recently completed Alzheimer study (Protocol 078). The ibuprofen and placebo controlled Low Dose Aspirin Study (Protocol 136) has also been available and added to the combined analyses. No meaningful additional data have been available from any other studies; however, due to updates on the database, negligible additions were available on the patient-years exposure in some studies. An additional 750 patient-years have been included in this updated analysis. There were 14 new first-events in the Antiplatelet Trialists' Collaboration (APTC, Reference-5) endpoint and 17 new first-events in the Thrombotic Cardiovascular Serious Adverse Experiences (TCVSAE) endpoint since the last update of January 2002.

Table 1
Studies Included in the Updated CV Combined-Analysis

| Indication For Therapy (Study Block) | Protocol No. | Short Study Title | Comparator | Total[§] N [Patient-Year Exposure] | Updated Information (Versus Previous Combined-Analysis with data through 31-JAN-02) |
|---|---|---|---|---|---|
| Rheumatoid Arthritis (RA) | 068 | Phase IIb dose finding | Placebo, Naproxen | 634[947.52] | No Additional data |
| | 096 | Phase III pivotal U.S. | Placebo, Naproxen | 909[971.72] | No additional data[‡] |
| | 097 | Phase III pivotal Int'l | Placebo, Naproxen | 1058[1418.75] | No additional data[‡] |
| | 088+ 089 | VIGOR | Naproxen | 3498[2270.21]+ 4578[3348.74] | No additional data |
| | 098+103 | Phase III endoscopy | Placebo, Naproxen | 141[33.44]+ 519[128.80] | No additional data |
| Osteoarthritis (OA) | 029[†] | Ph IIb dose ranging study | Diclofenac, Placebo | 625[680.57] | No additional data |
| | 033[†] | Ph III U.S. | Ibuprofen, Placebo | 736[107.68] | No additional data |
| | 034[†] | Ph III pivotal Int'l | Diclofenac | 693[946.30] | No additional data |
| | 035[†] | Ph III pivotal U.S. | Diclofenac | 784[960.53] | No additional data |
| | 040[†] | Ph III Int'l | Ibuprofen, Placebo | 809[119.74] | No additional data |
| | 044[†] | Ph III endoscopy U.S. | Ibuprofen, Placebo | 742[265.80] | No additional data |
| | 045[†] | Ph III endoscopy Int'l | Ibuprofen, Placebo | 775[281.88] | No additional data |
| | 058[†] | Elderly | Nabumetone, Placebo | 341[215.53] | No additional data |
| | 083 | Bone mineral density study | Ibuprofen, Placebo | 305[268.99] | No additional data |
| | 085 | Nabumetone study #1 | Nabumetone, Placebo | 1042[147.84] | No additional data |
| | 090 | Nabumetone study #2 | Nabumetone, Placebo | 978[140.01] | No additional data |
| | 901 | Naproxen study | Naproxen | 943[139.92] | No Additional data |
| | 902 | ARTHROTEC™ study | Diclofenac | 909[133.19] | No Additional data |
| | 102+903 | ADVANTAGE | Naproxen | 5402[1230.59]+ 155[39.17] | No additional data |
| | 136 | Low Dose Aspirin study | Ibuprofen, Placebo | 1615[390.52] | **New data** |
| Alzheimer | 078 | Alzheimer's prevention | Placebo | 1451[2958.23] | **Additional data** |
| | 091 | Alzheimer's slowing progression | Placebo | 692[663.55] | No additional data |
| | 126 | Alzheimer's slowing progression | Placebo | 756[379.38] | No additional data |
| Other | 118 | Prostatitis | Placebo | 160[22.93] | No additional data |
| | 120 | Ph III chronic low back pain | Placebo | 380[41.52] | No additional data |
| | 121 | Ph III chronic low back pain | Placebo | 310[34.20] | No additional data |
| | 125 | Migraine study | Placebo | 172[45.12] | No additional data |
| | 129 | Familial Adenopolyposis | Placebo | 17[7.85] | No additional data[‡] |
| TOTAL | ALL Rofecoxib Studies | | | 32129[19340] | |

[†] The Phase IIb/III osteoarthritis studies were designated collectively as 069 in previous combined-analysis.
[‡] Due to the update of the database, negligible additions were available on the patient-years exposure.
[§] Only treatment groups used in the analyses were added. Patient-year exposures adjust for the 14-day period after the last day of prime therapy.

Confidential - Subject To Protective Order



Restricted
Confidential
limited access

## 2. Endpoint

The primary endpoint used in this and previous combined-analyses is the combined endpoint defined by the Antiplatelet Trialists' Collaboration or APTC (Reference-5). The APTC combined endpoint of cardiovascular and unknown cause of death, myocardial infarction, and cerebrovascular accident was pre-specified as primary because it is a "hard" endpoint. Although most of the data in this combined analysis consisted of adjudicated, confirmed events, investigator-reported events were included from studies that antedated the adjudication process. For the events that make up the APTC combined endpoint, the correlation is quite high between investigator-reported events and events confirmed by the Adjudication committee. Therefore, use of the APTC endpoint helped ensure consistency betwThis update, also presents primary comparison results for a broader (secondary) endpoint (Thrombotic Cardiovascular Serious Adverse Experiences or TCVSAE) that includes "softer" endpoints such as unstable angina and transient ischemic attack, but does not include fatal hemorrhagic deaths or hemorrhagic stroke. Table 2 below summarizes the adverse experiences included in these combined endpoints. For the studies that antedated the adjudication process, investigator reported events that closely matched to the adjudicated terms in Table 2 were included.

Confidential - Subject To Protective Order

MRK-I8940080072



Table 2

Serious Adverse Events Included in the Thrombotic Cardiovascular
Serious Adverse Experience and APTC[†] Combined Endpoints

| Adjudication Committee Categories for Cardiovascular Events | Thrombotic Cardiovascular Event | APTC[†] Combined Endpoint |
|---|---|---|
| ***Thrombotic Events*** | | |
| **Cardiac Events** | | |
| Acute MI | √ | √ |
| Fatal: Acute MI | √ | √ |
| Unstable Angina Pectoris | √ | |
| Angina Pectoris‡ | √ | |
| Sudden and/or Unexplained Death | √ | √ |
| Resuscitated Cardiac Arrest | √ | √ |
| Cardiac Thrombus | √ | |
| Coronary Artery Disease‡ | √ | |
| Coronary Artery Occlusion‡ | √ | √ |
| Coronary Artery Spasm‡ | √ | |
| **Peripheral Vascular Events** | | |
| Pulmonary Embolism | √ | |
| Fatal: Pulmonary Embolism | √ | |
| Peripheral Arterial Thrombosis | √ | |
| Fatal: Peripheral Arterial Thrombosis | √ | √ |
| Peripheral Venous Thrombosis | √ | |
| Deep Venous Thrombosis‡ | √ | |
| Peripheral Vascular Disorder‡ | √ | |
| **Cerebrovascular Events** | | |
| Ischemic Cerebrovascular  Stroke | √ | √ |
| Fatal: Ischemic Cerebrovascular Stroke | √ | √ |
| Cerebrovascular Accident‡ | √ | √ |
| Cerebrovascular Venous Thrombosis | √ | |
| Fatal: Cerebrovascular Venous Thrombosis | √ | √ |
| Transient Ischemic Attack | √ | |
| Carotid Artery Obstruction‡ | √ | √ |
| ***Hemorrhagic Events*** | | |
| Hemorrhagic Cerebrovascular Stroke | | √ |
| Fatal: Hemorrhagic Cerebrovascular Stroke | | √ |
| Fatal: Hemorrhagic deaths of any cause | | √ |
| [†]APTC = Antiplatelet Trialists' Collaboration.. | | |
| ‡ Investigator reported terms that are included from studies not subject to adjudication. | | |

Confidential - Subject To Protective Order

MRK-I8940080073



## 3. Statistical Methods

### 3.1. Approach to Analysis

All analyses were conducted according to the intention to treat principle, but without imputation of missing data due to discontinuation. Patients were included in the treatment group to which they were randomized, and all patients who received study drug were included in the analysis. Events included in the analysis were those that occurred following study drug start and up to 14 days after the last dose of study drug. In each statistical analysis, only the first eligible event for an individual patient was counted.

### 3.2. Primary Comparisons

Cox proportional hazards model (Reference-6) was used to evaluate the effect of rofecoxib relative to comparator for the CV endpoints. Individual patient data combined from all studies were analyzed using treatment as an explanatory variable and therapeutic block (OA, RA, etc.) as the stratification variable. Relative risk estimates and associated 95% confidence intervals (CIs) were obtained from the analysis of the Cox model. If very few total events (<11 total) occurred, the ratio of rates with 95% CIs were computed using Clopper-Pearson method (Reference-7), which is based on conditional binomial approach. The comparator (non-naproxen NSAIDs, naproxen, or placebo) is the reference group (denominator) for all comparisons for relative-risk assessments.

The proportional hazards (PH) assumption was verified using the standard interaction test of treatment effect with time in the log-scale (Reference-8). A two-sided p-value <0.05 would indicate a substantial violation of the proportional hazards assumption. If the proportionality assumption is not satisfied, the estimate from the Cox model should be interpreted as an average of the treatment effect over the time range of the study. Heterogeneity in different study blocks was assessed by using a random effect model on the estimates obtained within each study-block (Reference-9).

Kaplan-Meier survivor curves of cumulative incidence rates were used to display the events over time. Because Kaplan-Meier estimates are imprecise when the number of patients at risk is small at the end of the study, it is recommended that the graphical display of cumulative incidence for each treatment group be truncated when there are 10 to 20% patients left to follow-up (Reference-10). Thus the plots for placebo-controlled data were truncated when less than 150 patients were remaining in the dataset to follow-up in any treatment arm; which is ~20% of the group size in protocol 078, the only long-term study to extend beyond 15 months. For NSAIDs-controlled data sets there were imbalances in the sample sizes among the treatment groups. For example in the non-naproxen NSAIDs data sets, protocols 029, 034, & 035 are the only studies with more than a 2-year follow-up period; these 3 trials had a combined sample size of about 1500 and 600 patients in the rofecoxib and non-naproxen groups respectively. Similarly, in the naproxen data sets, protocols 068, 096, & 097 are the only studies with more than a 2-year follow-up period and the combined sample size from these studies were about 1800 and 600 patients in the rofecoxib and naproxen groups, respectively. Because of these imbalances, the plots for the active controlled data sets were truncated only after less than 50 (~10%) patients were remaining in any treatment group. Such truncations were applied just for the plots; any events occurring after the truncation time points were still

Rofecoxib CV update --data through 10-June'03    9

Confidential - Subject To Protective Order     MRK-I8940080074



retained in the analyses of patient-year adjusted incidence rates and relative risks and also footnoted in the relevant plots. Since sample sizes decreased over time, variability increased at later time points. Thus 95% confidence intervals (CI's) have been provided at a few regularly spaced time points to display the increasing statistical uncertainty with time and avoid visual misperceptions due to any large "step" increases in the curves at these later time points. For computation of the CI's, the standard error (SE) of the estimated cumulative proportion of patients at any time since randomization was calculated using standard Greenwood's formula (Reference-11).

### 3.3. Comparisons of Rofecoxib Doses and Duration of Exposure

Comparison of event rates by rofecoxib doses were carried out by analyzing the individual doses across rofecoxib studies using two different stratification approaches. The primary approach included data only from those studies which contained both doses being analyzed. Only one small study (029) contained meaningful exposure in all three doses of rofecoxib; the only other study containing 3 doses is 096 with a very small amount of 12.5 mg exposure. So, a pair-wise analysis was done by combining studies that contained the approved chronic doses of 12.5 and 25 mg and studies containing 25 and 50 mg. The 50 mg dose is not recommended or approved for chronic use. As a secondary analysis an overall summary of event rates is also included in which individual doses are combined across all rofecoxib studies. While this provides a comprehensive summary, it must be interpreted cautiously because of confounding by dose and protocol. Since many studies administered different doses in sequence, the exposure time of a dose was the total time patients were on the assigned dose. Similarly, if an event occurred while the patient was on any assigned dose, the event was counted towards that dose.

Duration comparisons were carried out to understand how the effect size of rofecoxib versus comparator varied over different time-intervals. The following cut-points on the time scale seem to be reasonable: 3-Month or less, 3 to 12-Month, and over 12-Month. These time intervals correspond to the primary time period (i.e., Part I) for many major efficacy trials, the duration of the major two-part efficacy trials, and the extension study period for many efficacy trials, respectively. The first two intervals have roughly similar numbers of events and there were too few events beyond one year to divide any further. The relative risks (95% CI's) for rofecoxib over comparator were computed using data within each interval. Durations that exceeded the upper-limit of the interval were censored at the upper-limit and durations that fell short of the lower-limit of the interval were excluded in the analysis. Caution should be made in interpreting the results as data from studies with various durations were used in this analysis. Also many studies contributed extension data which is often subject to self selection bias.

### 3.4. Subgroup Analyses

Analyses summarizing and estimating effect sizes from the following subgroup factors of general interest were performed:

- **Patients with high-risk for a cardiovascular event (present/absent).**
  Definition of high-risk: This group is defined as those with **either** ≥2 major risk factors of coronary artery disease (current smoker, history of diabetes, history of hypertension, and/or history of hypercholesterolemia) **or** indicated for aspirin for

Confidential - Subject To Protective Order

MRK-I8940080075


Restricted
Confidential
limited access

secondary prevention. (Patients indicated for aspirin were those who had any of the following medical history broader terms: 'acute myocardial infarction', 'age indeterminate myocardial infarction', 'angina pectoris', 'angioplasty', 'arterial endarterectomy', 'cardiac arrest', 'cardiac surgery', 'carotid artery obstruction', 'cerebral infarction', 'cerebrovascular accident', 'cerebrovascular disorder', 'coronary angioplasty', 'coronary artery stent placement', 'coronary bypass', 'coronary vascular surgery', 'ischemic heart disease', 'myocardial infarction', 'pulmonary edema', 'ST segment depression', 'ST segment elevation', 'transient ischemic attack', 'vascular bypass', 'vascular surgery', 'ventricular tachycardia', 'vertebrobasilar insufficiency', 'amaurosis fugax', 'cerebral ischemia', 'lacunar infarction', 'ST-T change compatible with ischemia', 'unstable angina').

- **Aspirin 50% Users (yes/no).** Definition of ASA 50% users: patients who took aspirin 50 percent of the time or more while on prime therapy, and did not start aspirin after a CV event that contributes to the pooled analysis. (The generic terms used were: 'aspirin', 'clopidogrel', 'clopidogrel bisulfate', 'ticlopidine', and 'ticlopidine hydrochloride').

The relative risk estimates were obtained using unstratified Cox model (because of too few events within many individual strata and subgroup) when the number of events is at least 11; otherwise relative risk is ratio of rates. The analyses were carried out for the total cohorts, and repeated for the each of the subgroup comparisons.

Caution should be used when interpreting subgroup analyses due to small numbers of events and multiple assessments of treatment difference across several subgroups. Although statistical significance testing for treatment-by-subgroup interaction would be cited, they should be interpreted very cautiously due to low power, multiplicity and ad hoc nature. Since multiple tests for interaction were conducted, observation of a few that reach p<0.05 could occur due to chance. On the other hand, observation of no significant interaction via a test with low power due to small numbers of events could occur even when substantial difference in treatment effects exists across subgroups. Hence, interpretation of the consistency of treatment differences / similarity across subgroups should be based more on the confidence intervals associated with the point estimates of rates rather than on results of numerous interaction significance tests.

## 4. Patient Accounting

Over 32000 patients, representing more than 19300 patient-years at risk were analyzed from the combined rofecoxib studies (Table 1). Additional treatment exposures of approximately 750 patient-years have been added to the analysis since the last update of January 2002. Additional exposure data primarily came from the recently completed Alzheimer study (approximately 350 additional patient-years exposure since 2002) and the newly included Low Dose Aspirin Study (approximately 400 patient-years exposure). No meaningful additional data have been available from any other studies; however due to update on the database negligible additions were available on the patient-years exposure in some studies (Table 1).

A total of 237 APTC events from 231 patients and 342 TCVSAE events from 319 patients were observed in the combined rofecoxib data (Table 3). There were 13 new

Rofecoxib CV update --data through 10-June'03

11

MRK-I8940080076



APTC events and 18 new TCVSAE events observed from 12 and 15 patients, respectively, since the last update. Also, prime therapy stop-dates were updated for two previously identified events (Case IDs 644 and 695 from PN 078, both APTC and TCVSAE events). These events were not eligible for inclusion in the pooled analysis based on March 16, 2001 data as the events occurred in May and August 2001, respectively, and would have first been eligible for inclusion in the pooled analysis based on January 31, 2002 data. However, they were not included in that previous analysis as the event was not within 14 days from the last dose of study drug based on the study stop-date available that time. They are now included in the current analysis based on the updated study stop date.

In summary 14 (12 new + 2 previously not included) patients with events were added to the APTC analysis and 17 patients with events were added to the TCVSAE analysis since the previous update. A more detailed listing of all events (for both endpoints) is in Attachment 1. Patients with new events are identified with their case IDs at the end of Attachment 1.

Confidential - Subject To Protective Order

MRK-I8940080077


Restricted
Confidential
limited access

Table 3
Summary of All CV Events in Rofecoxib Studies

| Study Block | Protocol | APTC | | | Thrombotic CV SAE | | |
| | | #of Patients w/ Events[†] [# of Events] | #of Patients w/ Events [# of Events] | | #of Patients w/ Events[†] [# of Events] | #of Patients w/ Events [# of Events] | |
| | | | Placebo Controlled Data | Active Controlled Data[‡] | | Placebo Controlled Data | Active Controlled Data[‡] |
| RA | 068 | 8 [9] | 0 [0] | 8 [9] | 15 [17] | 2 [2] | 15 [17] |
| | 088 | 32 [32] | | 32 [32] | 44 [45] | | 44 [45] |
| | 089 | 21 [22] | | 21 [22] | 21 [22] | | 21 [22] |
| | 096 | 9 [9] | 3 [3] | 9 [9] | 15 [15] | 4 [4] | 15 [15] |
| | 097 | 7 [7] | 0 [0] | 7 [7] | 10 [10] | 0 [0] | 10 [10] |
| | 098 | 1 [1] | 1 [1] | 0 [0] | 1 [1] | 1 [1] | 0 [0] |
| | 103 | 0 [0] | 0 [0] | 0 [0] | 0 [0] | 0 [0] | 0 [0] |
| OA | 029 | 9 [10] | 2 [2] | 9 [10] | 13 [16] | 3 [3] | 13 [16] |
| | 033 | 2 [2] | 1 [1] | 1 [1] | 4 [4] | 3 [3] | 3 [3] |
| | 034 | 8 [8] | | 8 [8] | 15 [15] | | 15 [15] |
| | 035 | 11 [11] | | 11 [11] | 25 [26] | | 25 [26] |
| | 040 | 1 [1] | 1 [1] | 1 [1] | 1 [1] | 1 [1] | 1 [1] |
| | 044 | 3 [3] | 3 [3] | 3 [3] | 4 [4] | 4 [4] | 4 [4] |
| | 045 | 2 [2] | 2 [2] | 0 [0] | 7 [7] | 6 [6] | 4 [4] |
| | 058 | 4 [4] | 1 [1] | 4 [4] | 7 [8] | 1 [1] | 7 [8] |
| | 083 | 3 [3] | 0 [0] | 3 [3] | 4 [5] | 0 [0] | 4 [5] |
| | 085 | 1 [1] | 1 [1] | 1 [1] | 1 [1] | 1 [1] | 1 [1] |
| | 090 | 5 [5] | 4 [4] | 5 [5] | 6 [6] | 5 [5] | 6 [6] |
| | 102 | 17 [17] | | 17 [17] | 21 [21] | | 21 [21] |
| | 136 | 1 [1] | 1 [1] | 1 [1] | 1 [1] | 1 [1] | 1 [1] |
| | 901 | 1 [1] | | 1 [1] | 1 [1] | | 1 [1] |
| | 903 | 0 [0] | | 0 [0] | 1 [1] | | 1 [1] |
| Alzheimer | 078 | 58 [61] | 58 [61] | | 74 [86] | 74 [86] | |
| | 091 | 15 [15] | 15 [15] | | 16 [17] | 16 [17] | |
| | 126 | 11 [11] | 11 [11] | | 11 [11] | 11 [11] | |
| Other | 120 | 1 [1] | 1 [1] | | 1 [1] | 1 [1] | |
| | 121 | 0[0] | 0[0] | | 0[0] | 0[0] | |
| | 125 | 0[0] | 0[0] | | 0[0] | 0[0] | |
| | 129 | 0[0] | 0[0] | | 0[0] | 0[0] | |
| **All** | | **231 [237]** | **105 [108]** | **142 [145]** | **319 [342]** | **134 [147]** | **212 [222]** |

[†]In the entire data set used in the analysis of CV events.

[‡]Active Controlled Population represents Naproxen and Non-naproxen NSAIDs controlled populations

Confidential - Subject To Protective Order

MRK-I8940080078


Restricted
Confidential
limited access

## 5. Updated Results

### 5.1. Primary Analysis - APTC Combined Endpoint

Results for the APTC endpoint are presented using a standard "Meta-Analysis" plot in Figure 1. The analysis summary is also presented in Table 4. The plot indicates that the risk of APTC events with rofecoxib was greater than with naproxen (95% CI does not include 1) but similar to the risk with placebo or non-naproxen NSAIDs (95% CI includes 1 and point estimate very near 1). The size of the triangle is proportional to the number of patient-years included in the analysis. The relative risks versus placebo, non-naproxen NSAIDs, and naproxen are discussed separately in the sections that follow.

Figure 1       APTC Combined Endpoint - Relative Risk (95% CI) of Rofecoxib to Comparator



Confidential - Subject To Protective Order

MRK-I8940080079


Restricted
Confidential
limited access

Table 4
Relative Risk and Associated 95% CI for APTC Combined Endpoint
Results Tabulated for Combined Rofecoxib Studies

| Comparisons | N | Cases/PYR[†] | Rate[‡](95% CI) | Relative Risk[§] (95% CI) |
|---|---|---|---|---|
| APTC Combined Endpoint | | | | |
| Rofecoxib | 7296 | 56/3027.39 | 1.85 (1.40, 2.40) | 1.14 (0.77, 1.68) |
| Placebo | 4848 | 49/2813.62 | 1.74 (1.29, 2.30) | - |
| Rofecoxib | 5160 | 30/2788.33 | 1.08 (0.73, 1.54) | 0.93 (0.51, 1.69) |
| Non-Naproxen NSAIDs | 3371 | 17/1433.86 | 1.19 (0.69, 1.90) | - |
| Rofecoxib | 9312 | 65/5958.41 | 1.09 (0.84, 1.39) | 1.61 (1.04, 2.50) |
| Naproxen 1000 mg | 8104 | 30/4359.61 | 0.69 (0.46, 0.98) | - |

[†] Patient-years at risk.

[‡] Per 100 patient-years.

[§] Relative risk using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

APTC = Antiplatelet Trialists' Collaboration

### 5.1.1. Rofecoxib versus Placebo

Table 5 shows a comparison of rofecoxib to placebo for the APTC endpoint. There were 56 patients (of 7296) with an APTC endpoint during 3027 patient-years for a rate of 1.85 events per 100 patient-years in the rofecoxib group (previous update included 46 patients with APTC events from 2788 patient-years). In the placebo group there were 49 patients (of 4848) with an APTC event during 2814 patient-years for a rate of 1.74 (previous update included 45 patients with APTC events from 2424 patient-years). The relative risk (95% CI) was 1.14 (0.77, 1.68), providing no meaningful evidence to suggest that rofecoxib is associated with an increased risk of an APTC event compared to placebo. No significant departure was observed (p-value > 0.200) when testing the proportional hazards over time. No significant heterogeneity was observed in the estimated relative risks among the therapeutic blocks (p-value > 0.200).

Kaplan-Meier curves for the APTC events in rofecoxib versus placebo comparison are shown in Figure 2. The number of patients at risk in the two treatment groups (shown below the x-axis) decreases with time, causing the curves to become sparse at longer time points. The risk with rofecoxib and placebo appear to be similar over time.

Table 6 summarizes the APTC events by treatment group and type of event for combined placebo controlled data. The percentages shown represent the number of events per 100 patients and do not take into account the greater patient exposure with rofecoxib compared to placebo (3027 versus 2814 patient-years, respectively); the rates represent the number of events per 100 patient-years of exposure. Overall and after correction for different overall exposures in the 2 treatment groups, there are no meaningful between-group differences in individual event rates. The incidence for rofecoxib and placebo for cardiac events (1.19 versus 0.89 events per 100 patient-years) and for acute myocardial infarctions (0.86 versus 0.60 events per 100 patient-years) were generally similar.

Confidential - Subject To Protective Order

MRK-I8940080080



Table 5
Relative Risk and Associated 95% CI
APTC Endpoint
Results Tabulated by Rofecoxib Studies
Placebo Controlled Data Set

| Study Block | Study No. | Rofecoxib | | | Placebo | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|---|
| | | N | Cases/PYR[†] | Rate[‡](95% CI) | N | Cases/PYR[†] | Rate[‡](95% CI) | |
| RA | PN 068 | 332 | 0/49.17 | 0.00 (0.00, 7.50) | 168 | 0/24.46 | 0.00 (0.00, 15.08) | |
| | PN 096 | 459 | 3/97.07 | 3.09 (0.64, 9.03) | 301 | 0/58.02 | 0.00 (0.00, 6.36) | |
| | PN 097 | 612 | 0/136.55 | 0.00 (0.00, 2.70) | 299 | 0/62.14 | 0.00 (0.00, 5.94) | |
| | 098+103 | 219 | 0/54.87 | 0.00 (0.00, 6.72) | 221 | 1/56.21 | 1.78 (0.05, 9.91) | |
| | All RA | 1622 | 3/337.66 | 0.89 (0.18, 2.60) | 989 | 1/200.83 | 0.50 (0.01, 2.77) | 1.78 (0.14, 93.67) |
| OA | PN 029 | 378 | 2/45.64 | 4.38 (0.53, 15.83) | 145 | 0/16.32 | 0.00 (0.00, 22.61) | |
| | PN 033 | 446 | 0/65.77 | 0.00 (0.00, 5.61) | 69 | 1/9.45 | 10.59 (0.27, 58.99) | |
| | PN 040 | 486 | 1/72.37 | 1.38 (0.03, 7.70) | 74 | 0/10.67 | 0.00 (0.00, 34.57) | |
| | PN 044 | 381 | 3/154.06 | 1.95 (0.40, 5.69) | 177 | 0/52.01 | 0.00 (0.00, 7.09) | |
| | PN 045 | 388 | 0/157.20 | 0.00 (0.00, 2.35) | 194 | 2/61.00 | 3.28 (0.40, 11.84) | |
| | PN 058 | 174 | 1/21.08 | 4.74 (0.12, 26.43) | 52 | 0/6.14 | 0.00 (0.00, 60.07) | |
| | PN 083 | 98 | 0/20.95 | 0.00 (0.00, 17.61) | 100 | 0/21.16 | 0.00 (0.00, 17.43) | |
| | PN 085 | 424 | 1/61.31 | 1.63 (0.04, 9.09) | 208 | 0/27.88 | 0.00 (0.00, 13.23) | |
| | PN 090 | 390 | 4/56.30 | 7.11 (1.94, 18.19) | 196 | 0/26.92 | 0.00 (0.00, 13.70) | |
| | PN 136 | 399 | 1/95.36 | 1.05 (0.03, 5.84) | 816 | 0/200.79 | 0.00 (0.00, 1.84) | |
| | All OA | 3564 | 13/750.05 | 1.73 (0.92, 2.96) | 2031 | 3/432.34 | 0.69 (0.14, 2.03) | 2.39 (0.68, 8.41) |
| ALZ | PN 078 | 723 | 29/1368.76 | 2.12 (1.42, 3.04) | 728 | 29/1562.58 | 1.86 (1.24, 2.67) | |
| | PN 091 | 346 | 4/292.48 | 1.37 (0.37, 3.50) | 346 | 11/367.16 | 3.00 (1.50, 5.36) | |
| | PN 126 | 380 | 6/186.01 | 3.23 (1.18, 7.02) | 376 | 5/191.56 | 2.61 (0.85, 6.09) | |
| | All ALZ | 1449 | 39/1847.25 | 2.11 (1.50, 2.89) | 1450 | 45/2121.30 | 2.12 (1.55, 2.84) | 0.99 (0.65, 1.52) |
| OTH | PN 118 | 102 | 0/14.52 | 0.00 (0.00, 25.41) | 58 | 0/8.42 | 0.00 (0.00, 43.83) | |
| | PN 120 | 252 | 1/27.72 | 3.61 (0.09, 20.10) | 128 | 0/13.77 | 0.00 (0.00, 26.79) | |
| | PN 121 | 210 | 0/23.35 | 0.00 (0.00, 15.80) | 100 | 0/10.85 | 0.00 (0.00, 34.00) | |
| | PN 125 | 89 | 0/23.39 | 0.00 (0.00, 15.77) | 83 | 0/21.73 | 0.00 (0.00, 16.98) | |
| | PN 129 | 8 | 0/3.47 | 0.00 (0.00, 106.43) | 9 | 0/4.38 | 0.00 (0.00, 84.16) | |
| | All OTH | 661 | 1/92.44 | 1.08 (0.03, 6.03) | 378 | 0/59.15 | 0.00 (0.00, 6.24) | - |
| ALL COMBINED | | 7296 | 56/3027.39 | 1.85 (1.40, 2.40) | 4848 | 49/2813.62 | 1.74 (1.29, 2.30) | 1.14 (0.77, 1.68) |

OA = Osteoarthritis, RA = Rheumatoid Arthritis, ALZ = Alzheimers Studies, and OTH = Other studies.

[†] Patient-years at risk.

[‡] Per 100 patient-years.

[§] Relative risk to placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Confidential - Subject To Protective Order          MRK-I8940080081



Figure 2
Nonparametric (Kaplan-Meier) estimates of
Cumulative APTC Incidence (%) for Combined Placebo Controlled Period



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 7296 | 1241 | 628 | 416 | 320 | 228 | 188 |
| Placebo | 4848 | 1135 | 808 | 466 | 389 | 287 | 247 |
| Cumulative Events | | | | | | | |
| Rofecoxib | 0 | 25 | 35 | 37 | 44 | 49 | 52 |
| Placebo | 0 | 15 | 30 | 35 | 41 | 45 | 46 |

Rofecoxib APTC endpoint placebo controlled data.
Plots were truncated when the risk size in any arm is < 150.
Events occurred after the truncation point: 2 in Rofecoxib and 2 in Placebo.
Error bars are +/- 1.96*SE of cumulative incidence (%) at indicated time points

Confidential - Subject To Protective
Order

MRK-I8940080082



Table 6
Summary of the APTC Endpoint by Class of Terms
Rofecoxib vs. Placebo

| Category | Rofecoxib (N=7296) 3027 Patient-Years | | Placebo (N=4848) 2814 Patient-Years | |
|---|---|---|---|---|
| | n (%)[†] | Rate[‡] | n (%)[†] | Rate[‡] |
| **Total number of patients with APTC[*] Endpoint** | **56 (0.77)** | **1.85** | **49 (1.01)** | **1.74** |
| **Cardiac Events** | 36 (0.49) | 1.19 | 25 (0.52) | 0.89 |
| Acute myocardial infarction | 26 (0.36) | 0.86 | 17 (0.35) | 0.60 |
| Fatal acute myocardial infarction | 2 (0.03) | 0.07 | 2 (0.04) | 0.07 |
| Sudden/unknown cause of death | 8 (0.11) | 0.26 | 6 (0.12) | 0.21 |
| **Cerebrovascular Events** | 16 (0.22) | 0.53 | 21 (0.43) | 0.75 |
| Ischemic cerebrovascular stroke | 11 (0.15) | 0.36 | 20 (0.41) | 0.71 |
| Fatal ischemic cerebrovascular stroke | 1 (0.01) | 0.03 | 0 (0.00) | 0.00 |
| Cerebrovascular accident | 4 (0.05) | 0.13 | 1 (0.02) | 0.04 |
| **Hemorrhagic Events** | 4 (0.05) | 0.13 | 5 (0.10) | 0.18 |
| Hemorrhagic stroke | 1 (0.01) | 0.03 | 1 (0.02) | 0.04 |
| Fatal hemorrhagic stroke | 2 (0.03) | 0.07 | 2 (0.04) | 0.07 |
| Other fatal hemorrhagic deaths | 1 (0.01) | 0.03 | 2 (0.04) | 0.07 |

Note: Patient with multiple events may be counted more than once in different terms but only once in one term.

[*] APTC = Antiplatelet Trialists' Collaboration.

[†] Crude incident (n/Nx100)

[‡] Events per 100 patient-years

Confidential - Subject To Protective Order

MRK-I8940080083



 The data from the 3 Alzheimer's Disease protocols (078, 091, 126) provides the largest block of long-term (>3 months) placebo-controlled rofecoxib exposure. The 3 trials enrolled elderly patients and included only the 25-mg dose of rofecoxib, the highest dose approved for chronic use. All potential APTC events in these trials were adjudicated. In this current update the additional exposure and event data came from PN 078. Table 7 summarizes the APTC events by treatment group and type of event. There were 39 and 45 patients with APTC events in the rofecoxib arm and the placebo arm, respectively. The patient-year adjusted incidence rates were 2.11 and 2.12 per 100 patient-years for the rofecoxib and placebo arms, respectively and the relative risk (95% CI) of rofecoxib over placebo based on the Cox proportional hazards model was 0.99 (0.65, 1.52) (Table 5). The test of proportional hazards over time was not significant (p-value = 0.114). There was no evidence of differential treatment effect among these 3 trials as tested by a Cox model with factors for treatment, protocols, and their interaction terms (p-value> 0.200).

Table 7

Summary of the APTC Endpoint by Class of Terms in Alzheimer Studies ('078','091','126')
Rofecoxib vs. Placebo

| Category | Rofecoxib (N=1449) 1847 Patient Years | | Placebo (N=1450) 2121 Patient Years | |
|---|---|---|---|---|
| | n (%)[†] | Rate[‡] | n (%)[†] | Rate[‡] |
| **Total number of patients with APTC* Endpoint** | **39 (2.69)** | **2.11** | **45 (3.10)** | **2.12** |
| **Cardiac Events** | 25 (1.73) | 1.35 | 23 (1.59) | 1.08 |
| Acute myocardial infarction | 15 (1.04) | 0.81 | 15 (1.03) | 0.71 |
| Fatal acute myocardial infarction | 2 (0.14) | 0.11 | 2 (0.14) | 0.09 |
| Sudden/unknown cause of death | 8 (0.55) | 0.43 | 6 (0.41) | 0.28 |
| **Cerebrovascular Events** | 10 (0.69) | 0.54 | 19 (1.31) | 0.90 |
| Ischemic cerebrovascular stroke | 9 (0.62) | 0.49 | 19 (1.31) | 0.90 |
| Fatal ischemic cerebrovascular stroke | 1 (0.07) | 0.05 | 0 (0.00) | 0.00 |
| **Hemorrhagic Events** | 4 (0.28) | 0.22 | 5 (0.34) | 0.24 |
| Hemorrhagic stroke | 1 (0.07) | 0.05 | 1 (0.07) | 0.05 |
| Fatal hemorrhagic stroke | 2 (0.14) | 0.11 | 2 (0.14) | 0.09 |
| Other fatal hemorrhagic deaths | 1 (0.07) | 0.05 | 2 (0.14) | 0.09 |

Note: Patient with multiple events may be counted more than once in different terms but only once in one term.

* APTC = Antiplatelet Trialists' Collaboration.

[†] Crude incident (n/Nx100)

[‡] Events per 100 patient-years

Confidential - Subject To Protective Order

MRK-I8940080084



### 5.1.2. Rofecoxib versus Non-naproxen NSAIDs

Table 8 shows a comparison of rofecoxib to the non-naproxen NSAIDs ibuprofen, diclofenac, and nabumetone for the APTC combined endpoint. There were 30 patients with an APTC endpoint during 2788 patient-years for a rate of 1.08 events per 100 patient-years in the rofecoxib group. In the non-naproxen NSAIDs group there were 17 patients with an APTC event during 1434 patient-years for a rate of 1.19. The relative risk (95% CI) was 0.93 (0.51, 1.69), providing no evidence to indicate that rofecoxib is dissimilar to these non-naproxen NSAIDs with regard to risk for APTC events. No significant departure was observed (p-value >0.200) when testing the proportional hazards over time for the Cox model fit on the combined analysis. Heterogeneity test among therapeutic blocks did not apply here as non-naproxen NSAIDs data only consisted of OA studies, and there were too few events in individual studies to yield any meaningful analysis stratified by individual study.

Kaplan-Meier curves for the rofecoxib versus non-naproxen comparison are shown in Figure 3. The number of patients at risk in the two treatment groups (shown below the x-axis) decreases with time, causing the curves to become sparse at longer time points. Rofecoxib does not appear to have an elevated risk over time compared to non-naproxen NSAIDs.

Table 9 summarizes the APTC events by treatment group and type of event. The percentages shown represent the number of events per 100 patients and do not take into account the greater patient exposure with rofecoxib compared to non-naproxen NSAIDs (2788 versus 1434 patient-years); the rates represent the number of events per 100 patient-years of exposure. The rates of individual events were generally similar on rofecoxib and non-naproxen NSAIDs. The rates of myocardial infarctions were similar in the two groups (0.50 versus 0.49 events per 100 patient-years).

Confidential - Subject To Protective Order

MRK-I8940080085



Table 8
Relative Risk and Associated 95% CI
APTC Endpoint
Results Tabulated by Rofecoxib Studies
Non-Naproxen NSAIDs Controlled Data Set

| Study Block | Study No. | Rofecoxib | | | Non-Naproxen NSAIDs | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|---|
| | | N | Cases/PYR[†] | Rate[‡](95% CI) | N | Cases/PYR[†] | Rate[‡](95% CI) | |
| OA | PN 029 | 479 | 8/527.17 | 1.52 (0.66, 2.99) | 92 | 1/136.66 | 0.73 (0.02, 4.08) | |
| | PN 033 | 446 | 0/65.77 | 0.00 (0.00, 5.61) | 221 | 1/32.36 | 3.09 (0.08, 17.22) | |
| | PN 034 | 463 | 5/635.24 | 0.79 (0.26, 1.84) | 230 | 3/309.12 | 0.97 (0.20, 2.84) | |
| | PN 035 | 516 | 4/645.20 | 0.62 (0.17, 1.59) | 268 | 7/314.51 | 2.23 (0.89, 4.59) | |
| | PN 040 | 486 | 1/72.37 | 1.38 (0.03, 7.70) | 249 | 0/36.67 | 0.00 (0.00, 10.06) | |
| | PN 044 | 381 | 3/154.06 | 1.95 (0.40, 5.69) | 184 | 0/59.61 | 0.00 (0.00, 6.19) | |
| | PN 045 | 388 | 0/157.20 | 0.00 (0.00, 2.35) | 193 | 0/63.62 | 0.00 (0.00, 5.80) | |
| | PN 058 | 199 | 3/130.40 | 2.30 (0.47, 6.72) | 128 | 1/78.87 | 1.27 (0.03, 7.06) | |
| | PN 083 | 136 | 0/120.94 | 0.00 (0.00, 3.05) | 148 | 3/126.71 | 2.37 (0.49, 6.92) | |
| | PN 085 | 424 | 1/61.31 | 1.63 (0.04, 9.09) | 410 | 0/58.61 | 0.00 (0.00, 6.29) | |
| | PN 090 | 390 | 4/56.30 | 7.11 (1.94, 18.19) | 392 | 1/56.61 | 1.77 (0.04, 9.84) | |
| | PN 136 | 399 | 1/95.36 | 1.05 (0.03, 5.84) | 400 | 0/94.33 | 0.00 (0.00, 3.91) | |
| | PN 902 | 453 | 0/67.01 | 0.00 (0.00, 5.51) | 456 | 0/66.18 | 0.00 (0.00, 5.57) | |
| ALL COMBINED | | 5160 | 30/2788.33 | 1.08 (0.73, 1.54) | 3371 | 17/1433.86 | 1.19 (0.69, 1.90) | 0.93 (0.51, 1.69) |

OA = Osteoarthritis.

[†] Patient-years at risk.

[‡] Per 100 patient-years.

[§] Relative risk to non-naproxen NSAIDs using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Confidential - Subject To Protective Order

MRK-I8940080086



Restricted
Confidential
limited access

Figure 3
Nonparametric (Kaplan-Meier) estimates of
Cumulative APTC Incidence (%) for Combined Non-naproxen NSAIDs Controlled Period



| | | | | | | |
|---|---|---|---|---|---|---|
| Patients at Risk | | | | | | |
| Rofecoxib | 5160 | 1346 | 933 | 538 | 449 | 262 |
| Non-Naproxen NSAIDs | 3371 | 646 | 454 | 238 | 184 | 105 |
| Cumulative Events | | | | | | |
| Rofecoxib | 0 | 22 | 24 | 24 | 27 | 30 |
| Non-Naproxen NSAIDs | 0 | 10 | 14 | 15 | 17 | 17 |

Rofecoxib APTC endpoint none-naproxen NSAIDS controlled data.
Plots were truncated when the risk size in any arm is < 50.
No event occurred after the last shown time point.
Error bars are +/- 1.96*SE of cumulative incidence (%) at indicated time points

Rofecoxib CV update --data through 10-June'03          22

MRK-I8940080087



Table 9
Summary of the APTC Endpoint by Class of Terms
Rofecoxib vs. Non-Naproxen NSAIDs

| Category | Rofecoxib (N=5160) 2788 Patient Years | | Non-Naproxen NSAIDs (N=3371) 1434 Patient Years | |
| --- | --- | --- | --- | --- |
| | n (%)[†] | Rate[‡] | n (%)[†] | Rate[‡] |
| **Total number of patients with APTC\* Endpoint** | **30 (0.58)** | **1.08** | **17 (0.50)** | **1.19** |
| **Cardiac Events** | 18 (0.35) | 0.65 | 12 (0.36) | 0.84 |
| Acute myocardial infarction | 14 (0.27) | 0.50 | 7 (0.21) | 0.49 |
| Sudden/unknown cause of death | 2 (0.04) | 0.07 | 4 (0.12) | 0.28 |
| Coronary artery occlusion | 2 (0.04) | 0.07 | 1 (0.03) | 0.07 |
| **Cerebrovascular Events** | 12 (0.23) | 0.43 | 4 (0.12) | 0.28 |
| Ischemic cerebrovascular stroke | 2 (0.04) | 0.07 | 0 (0.00) | 0.00 |
| Cerebrovascular accident | 9 (0.17) | 0.32 | 4 (0.12) | 0.28 |
| Carotid artery obstruction | 1 (0.02) | 0.04 | 0 (0.00) | 0.00 |
| **Hemorrhagic Events** | 0 (0.00) | 0.00 | 1 (0.03) | 0.07 |
| Other fatal hemorrhagic deaths | 0 (0.00) | 0.00 | 1 (0.03) | 0.07 |

Note: Patient with multiple events may be counted more than once in different terms but only once in one term.

\* APTC = Antiplatelet Trialists' Collaboration.

[†] Crude incident (n/Nx100)

[‡] Events per 100 patient-years

Confidential - Subject To Protective Order

MRK-I8940080088



### 5.1.3. Rofecoxib versus Naproxen

Table 10 shows a comparison of rofecoxib to naproxen for the APTC combined endpoint. Results remained essentially identical with the previous update as there were no additional data avaialable for this comparison except for minor modifications in patient-year exposure (due to updated duration data). Based on updates to the database, additional 9 and 7 patient-years of exposure in the analysis of the APTC endpoint were identified for the rofecoxib and naproxen groups, respectively. There were 65 patients with an APTC endpoint during 5958 patient-years for a rate of 1.09 events per 100 patient-years in the rofecoxib group. In the naproxen group there were 30 patients with an APTC event during 4359 patient-years for a rate of 0.69. The relative risk (95% CI) was 1.61 (1.04, 2.50) for rofecoxib relative to naproxen. The relative risk in the rheumatoid arthritis studies (77% of the patient exposure in the Naproxen group was from the VIGOR study) was similar to the relative risk in the more limited OA studies (1.63 in RA studies versus 1.55 in OA studies). No significant departure was observed (p-value >0.200) when testing the proportional hazards over time for the Cox model fit on the combined analysis. No significant heterogeneity was observed in the estimated relative risks among the therapeutic blocks (p-value >0.200).

Kaplan-Meier curves for the rofecoxib-naproxen comparison are shown in Figure 4. The number of patients at risk in the two treatment groups (shown below the x-axis) decreases with time, causing the curves to become sparse at longer time points. The relative risk between the groups appears to be stable over time.

Table 11 summarizes the APTC events by treatment group and type of event. The percentages shown represent the number of events per 100 patients and do not take into account the greater patient exposure with rofecoxib compared to naproxen (5958 versus 4359 patient-years); the rates represent the number of events per 100 patient-years of exposure.

Confidential - Subject To Protective Order

MRK-I8940080089


Restricted
Confidential
limited access

Table 10
Relative Risk and Associated 95% CI
APTC Endpoint
Results Tabulated by Rofecoxib Studies
Naproxen Controlled Data Set

| Study Block | Study No. | Rofecoxib | | | Naproxen | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|---|
| | | N | Cases/PYR[†] | Rate[‡](95% CI) | N | Cases/PYR[†] | Rate[‡](95% CI) | |
| RA | PN 068 | 511 | 6/787.52 | 0.76 (0.28, 1.66) | 86 | 2/132.25 | 1.51 (0.18, 5.46) | |
| | VIGOR | 4047 | 35/2807.38 | 1.25 (0.87, 1.73) | 4029 | 18/2808.62 | 0.64 (0.38, 1.01) | |
| | PN 096 | 554 | 7/603.94 | 1.16 (0.47, 2.39) | 254 | 2/307.60 | 0.65 (0.08, 2.35) | |
| | PN 097 | 726 | 6/995.08 | 0.60 (0.22, 1.31) | 270 | 1/361.09 | 0.28 (0.01, 1.54) | |
| | 098+103 | 219 | 0/54.87 | 0.00 (0.00, 6.72) | 220 | 0/51.10 | 0.00 (0.00, 7.22) | |
| | All RA | 6057 | 54/5248.78 | 1.03 (0.77, 1.34) | 4859 | 23/3660.66 | 0.63 (0.40, 0.94) | 1.63 (1.00, 2.67) |
| OA | Advantage | 2785 | 10/639.58 | 1.56 (0.75, 2.88) | 2772 | 7/629.11 | 1.11 (0.45, 2.29) | |
| | PN 901 | 470 | 1/70.05 | 1.43 (0.04, 7.95) | 473 | 0/69.83 | 0.00 (0.00, 5.28) | |
| | All OA | 3255 | 11/709.63 | 1.55 (0.77, 2.77) | 3245 | 7/698.95 | 1.00 (0.40, 2.06) | 1.55 (0.60, 4.00) |
| ALL COMBINED | | 9312 | 65/5958.41 | 1.09 (0.84, 1.39) | 8104 | 30/4359.61 | 0.69 (0.46, 0.98) | 1.61 (1.04, 2.50) |

OA = Osteoarthritis. RA = Rheumatoid Arthritis.

[†] Patient-years at risk.

[‡] Per 100 patient-years.

[§] Relative risk to naproxen using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Confidential - Subject To Protective Order

MRK-I8940080090



Figure 4
Nonparametric (Kaplan-Meier) estimates of
Cumulative APTC Incidence (%) for Combined Naproxen Controlled Data



| | 0 | 6 | 12 | 18 | 24 |
|---|---|---|---|---|---|
| Patients at Risk | | | | | |
| Rofecoxib | 9312 | 4530 | 1321 | 830 | 605 |
| Naproxen | 8104 | 3669 | 574 | 303 | 151 |
| Cumulative Events | | | | | |
| Rofecoxib | 0 | 38 | 55 | 61 | 64 |
| Naproxen | 0 | 17 | 27 | 27 | 29 |

Rofecoxib APTC endpoint Naproxen controlled data.
Plots were truncated when the risk size in any arm is < 50.
Events occurred after the last shown time point: 1 in Rofecoxib and 1 in Naproxen.
Error bars are +/- 1.96*SE of cumulative incidence (%) at indicated time points

Rofecoxib CV update --data through 10-June'03          26

Confidential - Subject To Protective
Order

MRK-I8940080091



Table 11
Summary of the APTC Endpoint by Class of Terms
Rofecoxib vs. Naproxen

| Category | Rofecoxib (N=9312) 5958 Patient Years | | Naproxen (N=8104) 4360 Patient Years | |
|---|---|---|---|---|
| | n (%)[†] | Rate[‡] | n (%)[†] | Rate[‡] |
| **Total number of patients with APTC[*] Endpoint** | 65 (0.70) | 1.09 | 30 (0.37) | 0.69 |
| **Cardiac Events** | 43 (0.46) | 0.72 | 14 (0.17) | 0.32 |
| Acute myocardial infarction | 32 (0.34) | 0.54 | 8 (0.10) | 0.18 |
| Fatal acute myocardial infarction | 3 (0.03) | 0.05 | 1 (0.01) | 0.02 |
| Sudden/unknown cause of death | 8 (0.09) | 0.13 | 5 (0.06) | 0.11 |
| **Cerebrovascular Events** | 17 (0.18) | 0.29 | 15 (0.19) | 0.34 |
| Ischemic cerebrovascular stroke | 11 (0.12) | 0.18 | 13 (0.16) | 0.30 |
| Fatal ischemic cerebrovascular stroke | 0 (0.00) | 0.00 | 1 (0.01) | 0.02 |
| Cerebrovascular accident | 4 (0.04) | 0.07 | 1 (0.01) | 0.02 |
| Carotid artery obstruction | 2 (0.02) | 0.03 | 0 (0.00) | 0.00 |
| **Hemorrhagic Events** | 6 (0.06) | 0.10 | 1 (0.01) | 0.02 |
| Hemorrhagic stroke | 2 (0.02) | 0.03 | 0 (0.00) | 0.00 |
| Fatal hemorrhagic stroke | 1 (0.01) | 0.02 | 1 (0.01) | 0.02 |
| Other fatal hemorrhagic deaths | 3 (0.03) | 0.05 | 0 (0.00) | 0.00 |

Note: Patient with multiple events may be counted more than once in different terms but only once in one term.

[*] APTC = Antiplatelet Trialists' Collaboration.

[†] Crude incident (n/Nx100)

[‡] Events per 100 patient-years

Confidential - Subject To Protective Order

MRK-I8940080092



## 5.2. Secondary Analysis - TCVSAE Combined Endpoint

Results for the Thrombotic Cardiovascular Serious Adverse Experience (TCVSAE) endpoint are presented using a standard "Meta-Analysis" plot in Figure 5. The plot indicates that the risk of events with rofecoxib was greater than with naproxen (95% CI does not include 1) but similar to the risk with placebo or non-naproxen NSAIDs (95% CI includes 1 and point estimates near 1). This is consistent with the analysis of APTC events. The analysis summary is also presented in Table 12. The relative risks versus placebo, non-naproxen NSAIDs, and naproxen are discussed separately in the sections that follow.

Figure 5    Thrombotic Cardiovascular Serious Adverse Experiences - Relative Risk (95% CI) of Rofecoxib to Comparator



Confidential - Subject To Protective Order          MRK-I8940080093



Table 12
Relative Risk and Associated 95% CI for TCVSAE Endpoint
Results Tabulated for Combined Rofecoxib Studies

| Comparisons | N | Cases/PYR[†] | Rate[‡](95% CI) | Relative Risk[§] (95% CI) |
|---|---|---|---|---|
| TCVSAE Endpoint | | | | |
| Rofecoxib | 7296 | 76/3018.58 | 2.52 (1.98, 3.15) | 1.26 (0.89, 1.78) |
| Placebo | 4848 | 58/2801.23 | 2.07 (1.57, 2.68) | - |
| Rofecoxib | 5160 | 57/2781.90 | 2.05 (1.55, 2.65) | 1.09 (0.69, 1.73) |
| Non-Naproxen NSAIDs | 3371 | 27/1431.97 | 1.89 (1.24, 2.74) | - |
| Rofecoxib | 9312 | 87/5952.52 | 1.46 (1.17, 1.80) | 1.59 (1.09, 2.31) |
| Naproxen 1000 mg | 8104 | 41/4358.95 | 0.94 (0.67, 1.28) | - |

[†] Patient-years at risk.

[‡] Per 100 patient-years.

[§] Relative risk using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

TCVSAE = Thrombotic Cardiovascular Serious Adverse Experiences

## 5.2.1. Rofecoxib versus Placebo

Table 13 shows a comparison of rofecoxib to placebo for the TCVSAE endpoint. There were 76 patients with an event during 3019 patient-years for a rate of 2.52 events per 100 patient-years in the rofecoxib group. In the placebo group there were 58 patients with an event during 2801 patient-years for a rate of 2.07. The relative risk (95% CI) was 1.26 (0.89, 1.78), providing no meaningful evidence to suggest that rofecoxib is associated with an increased risk of an TCVSAE event relative to placebo. No significant departure was observed (p-value >0.200) when testing the proportional hazards over time for the Cox model fit on the combined analysis. No significant heterogeneity was detected in the estimated relative risks among the therapeutic blocks (p-value = 0.172).

Kaplan-Meier curves for the TCVSAE events in rofecoxib versus placebo comparison are shown in Figure 6. The number of patients at risk in the two treatment groups (shown below the x-axis) decreases with time causing the curves to become sparse at longer time points.

Table 14 summarizes the events by treatment group and type of event. The percentages shown represent the number of events per 100 patients and do not take into account the greater patient exposure with rofecoxib compared to placebo (3019 versus 2801 patient-years, respectively); the rates represent the number of events per 100 patient-years of exposure. Rofecoxib was associated with a higher rate of transient ischemic attacks compared with placebo (0.43 events per 100 patient-years versus 0.14, respectively) but the rate of ischemic cerebrovascular stroke was lower with rofecoxib compared with placebo (0.36 events per 100 patient-years versus 0.71, respectively). Overall, the rates of cardiac, cerebrovascular, and peripheral vascular events were similar in the rofecoxib and placebo groups.

Confidential - Subject To Protective Order

MRK-I8940080094


Restricted
Confidential
limited access

Table 13
Relative Risk and Associated 95% CI
TCVSAE Endpoint
Results Tabulated by Rofecoxib Studies
Placebo Controlled Data Set

| Study Block | Study No. | Rofecoxib | | | Placebo | | | Relative Risk[§] (95% CI) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | N | Cases/PYR[†] | Rate[‡](95% CI) | N | Cases/PYR[†] | Rate[‡](95% CI) | |
| RA | PN 068 | 332 | 2/49.05 | 4.08 (0.49, 14.73) | 168 | 0/24.46 | 0.00 (0.00, 15.08) | |
| | PN 096 | 459 | 4/97.01 | 4.12 (1.12, 10.56) | 301 | 0/58.02 | 0.00 (0.00, 6.36) | |
| | PN 097 | 612 | 0/136.55 | 0.00 (0.00, 2.70) | 299 | 0/62.14 | 0.00 (0.00, 5.94) | |
| | 098+103 | 219 | 0/54.87 | 0.00 (0.00, 6.72) | 221 | 1/56.21 | 1.78 (0.05, 9.91) | |
| | All RA | 1622 | 6/337.48 | 1.78 (0.65, 3.87) | 989 | 1/200.83 | 0.50 (0.01, 2.77) | 3.57 (0.43, 164.23) |
| OA | PN 029 | 378 | 3/45.60 | 6.58 (1.36, 19.23) | 145 | 0/16.32 | 0.00 (0.00, 22.61) | |
| | PN 033 | 446 | 2/65.69 | 3.04 (0.37, 11.00) | 69 | 1/9.45 | 10.59 (0.27, 58.99) | |
| | PN 040 | 486 | 1/72.37 | 1.38 (0.03, 7.70) | 74 | 0/10.67 | 0.00 (0.00, 34.57) | |
| | PN 044 | 381 | 4/154.02 | 2.60 (0.71, 6.65) | 177 | 0/52.01 | 0.00 (0.00, 7.09) | |
| | PN 045 | 388 | 3/156.97 | 1.91 (0.39, 5.59) | 194 | 3/60.96 | 4.92 (1.01, 14.38) | |
| | PN 058 | 174 | 1/21.08 | 4.74 (0.12, 26.43) | 52 | 0/6.14 | 0.00 (0.00, 60.07) | |
| | PN 083 | 98 | 0/20.95 | 0.00 (0.00, 17.61) | 100 | 0/21.16 | 0.00 (0.00, 17.43) | |
| | PN 085 | 424 | 1/61.31 | 1.63 (0.04, 9.09) | 208 | 0/27.88 | 0.00 (0.00, 13.23) | |
| | PN 090 | 390 | 5/56.26 | 8.89 (2.89, 20.74) | 196 | 0/26.92 | 0.00 (0.00, 13.70) | |
| | PN 136 | 399 | 1/95.36 | 1.05 (0.03, 5.84) | 816 | 0/200.79 | 0.00 (0.00, 1.84) | |
| | All OA | 3564 | 21/749.62 | 2.80 (1.73, 4.28) | 2031 | 4/432.29 | 0.93 (0.25, 2.37) | 2.84 (0.97, 8.38) |
| ALZ | PN 078 | 723 | 38/1360.87 | 2.79 (1.98, 3.83) | 728 | 36/1550.97 | 2.32 (1.63, 3.21) | |
| | PN 091 | 346 | 4/292.48 | 1.37 (0.37, 3.50) | 346 | 12/366.52 | 3.27 (1.69, 5.72) | |
| | PN 126 | 380 | 6/185.70 | 3.23 (1.19, 7.03) | 376 | 5/191.47 | 2.61 (0.85, 6.09) | |
| | All ALZ | 1449 | 48/1839.04 | 2.61 (1.92, 3.46) | 1450 | 53/2108.96 | 2.51 (1.88, 3.29) | 1.03 (0.70, 1.53) |
| OTH | PN 118 | 102 | 0/14.52 | 0.00 (0.00, 25.41) | 58 | 0/8.42 | 0.00 (0.00, 43.83) | |
| | PN 120 | 252 | 1/27.72 | 3.61 (0.09, 20.10) | 128 | 0/13.77 | 0.00 (0.00, 26.79) | |
| | PN 121 | 210 | 0/23.35 | 0.00 (0.00, 15.80) | 100 | 0/10.85 | 0.00 (0.00, 34.00) | |
| | PN 125 | 89 | 0/23.39 | 0.00 (0.00, 15.77) | 83 | 0/21.73 | 0.00 (0.00, 16.98) | |
| | PN 129 | 8 | 0/3.47 | 0.00 (0.00, 106.43) | 9 | 0/4.38 | 0.00 (0.00, 84.16) | |
| | All | 661 | 1/92.44 | 1.08 (0.03, 6.03) | 378 | 0/59.15 | 0.00 (0.00, 6.24) | - |
| ALL COMBINED | | 7296 | 76/3018.58 | 2.52 (1.98, 3.15) | 4848 | 58/2801.23 | 2.07 (1.57, 2.68) | 1.26 (0.89, 1.78) |

OA = Osteoarthritis, RA = Rheumatoid Arthritis, ALZ = Alzheimers Studies, OTH = Other Studies

[†] Patient-years at risk.

[‡] Per 100 patient-years.

[§] Relative risk to placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Rofecoxib CV update --data through 10-June'03          30

Confidential - Subject To Protective Order

MRK-I8940080095



Figure 6
Nonparametric (Kaplan-Meier) estimates of
Cumulative TCVSAE Incidence (%) for Combined Placebo Controlled Period



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 7296 | 1238 | 627 | 415 | 318 | 226 | 185 |
| Placebo | 4848 | 1133 | 803 | 463 | 385 | 283 | 243 |
| Cumulative Events | | | | | | | |
| Rofecoxib | 0 | 38 | 48 | 50 | 60 | 66 | 72 |
| Placebo | 0 | 19 | 37 | 42 | 49 | 53 | 55 |

Rofecoxib TCVSAE endpoint placebo controlled data.
Plots were truncated when the risk size in any arm is < 150.
Events occurred after the truncation point: 1 in Rofecoxib and 2 in Placebo.
Error bars are +/- 1.96*SE of cumulative incidence (%) at indicated time points.

Confidential - Subject To Protective Order          MRK-I8940080096



Table 14
Summary of the TCVSAE Endpoint by Class of Terms
Rofecoxib vs. Placebo

| Category | Rofecoxib (N=7296) 3019 Patient Years | | Placebo (N=4848) 2801 Patient Years | |
|---|---|---|---|---|
| | n (%)[†] | Rate[‡] | n (%)[†] | Rate[‡] |
| **Total number of patients with TCVSAE[*] Endpoint** | **76 (1.04)** | **2.52** | **58 (1.20)** | **2.07** |
| **Cardiac Events** | 48 (0.66) | 1.59 | 33 (0.68) | 1.18 |
| Acute myocardial infarction | 26 (0.36) | 0.86 | 17 (0.35) | 0.61 |
| Fatal acute myocardial infarction | 2 (0.03) | 0.07 | 2 (0.04) | 0.07 |
| Unstable angina pectoris | 9 (0.12) | 0.30 | 10 (0.21) | 0.36 |
| Angina pectoris | 1 (0.01) | 0.03 | 0 (0.00) | 0.00 |
| Sudden/unknown cause of death | 8 (0.11) | 0.26 | 4 (0.08) | 0.14 |
| Coronary artery disease | 2 (0.03) | 0.07 | 0 (0.00) | 0.00 |
| **Peripheral Vascular Events** | 2 (0.03) | 0.07 | 5 (0.10) | 0.18 |
| Pulmonary embolism | 1 (0.01) | 0.03 | 1 (0.02) | 0.04 |
| Peripheral arterial thrombosis | 0 (0.00) | 0.00 | 1 (0.02) | 0.04 |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 | 3 (0.06) | 0.11 |
| Deep venous thrombosis | 1 (0.01) | 0.03 | 0 (0.00) | 0.00 |
| **Cerebrovascular Events** | 29 (0.40) | 0.96 | 25 (0.52) | 0.89 |
| Ischemic cerebrovascular stroke | 11 (0.15) | 0.36 | 20 (0.41) | 0.71 |
| Fatal ischemic cerebrovascular stroke | 1 (0.01) | 0.03 | 0 (0.00) | 0.00 |
| Cerebrovascular accident | 4 (0.05) | 0.13 | 1 (0.02) | 0.04 |
| Transient ischemic attack | 13 (0.18) | 0.43 | 4 (0.08) | 0.14 |

Note: Patient with multiple events may be counted more than once in different terms but only once in one term.

[*] TCVSAE = Thrombotic Cardiovascular Serious Adverse Experience.

[†] Crude incident (n/Nx100)

[‡] Events per 100 patient-years

Confidential - Subject To Protective Order

MRK-I8940080097



Table 15 summarizes the TCVSAE events by treatment group and type of event for the 3 Alzheimer's Disease studies (078, 091, 126). All potential TCVSAE events in these trials were adjudicated. The rate of TCVSAE with rofecoxib was similar to that with placebo in this elderly study population. There were 48 and 53 patients with TCVSAE events in the rofecoxib arm and the placebo arm, respectively. The patient-year adjusted incidence rates were 2.61 and 2.51 per 100 patient-years for the rofecoxib and placebo arms, respectively and the relative risk (95% CI) of rofecoxib over placebo based on the Cox proportional hazards model was 1.03 (0.70, 1.53) (Table 13). Consistent with the APTC endpoint, test of proportional hazards over time was not significant (p-value = 0.099) and there was no evidence of differential treatment effect among these 3 trials (p-value = 0.165).

Table 15
Summary of the TCVSAE events by Class of Terms in Alzheimer Studies ('078','091','126')
Rofecoxib vs. Placebo

| Category | Rofecoxib (N=1449) 1839 Patient Years | | Placebo (N=1450) 2109 Patient Years | |
|---|---|---|---|---|
| | n (%)[†] | Rate[‡] | n (%)[†] | Rate[‡] |
| **Total number of patients with TCVSAE* Endpoint** | **48 (3.31)** | **2.61** | **53 (3.66)** | **2.51** |
| **Cardiac Events** | 32 (2.21) | 1.74 | 30 (2.07) | 1.42 |
| Acute myocardial infarction | 15 (1.04) | 0.82 | 15 (1.03) | 0.71 |
| Fatal acute myocardial infarction | 2 (0.14) | 0.11 | 2 (0.14) | 0.09 |
| Unstable angina pectoris | 7 (0.48) | 0.38 | 9 (0.62) | 0.43 |
| Sudden/unknown cause of death | 8 (0.55) | 0.44 | 4 (0.28) | 0.19 |
| **Peripheral Vascular Events** | 0 (0.00) | 0.00 | 5 (0.34) | 0.24 |
| Pulmonary embolism | 0 (0.00) | 0.00 | 1 (0.07) | 0.05 |
| Peripheral arterial thrombosis | 0 (0.00) | 0.00 | 1 (0.07) | 0.05 |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 | 3 (0.21) | 0.14 |
| **Cerebrovascular Events** | 19 (1.31) | 1.03 | 23 (1.59) | 1.09 |
| Ischemic cerebrovascular stroke | 9 (0.62) | 0.49 | 19 (1.31) | 0.90 |
| Fatal ischemic cerebrovascular stroke | 1 (0.07) | 0.05 | 0 (0.00) | 0.00 |
| Transient ischemic attack | 9 (0.62) | 0.49 | 4 (0.28) | 0.19 |

Note: Patient with multiple events may be counted more than once in different terms but only once in one term.

* TCVSAE = Thrombotic Cardiovascular Serious Adverse Experience.

[†] Crude incident (n/Nx100)

[‡] Events per 100 patient-years

Confidential - Subject To Protective Order          MRK-I8940080098



5.2.2. Rofecoxib versus Non-naproxen NSAIDs

Table 16 shows a comparison of rofecoxib to the non-naproxen NSAIDs ibuprofen, diclofenac, and nabumetone for the TCVSAE endpoint. There were 57 patients with an event during 2782 patient-years for a rate of 2.05 events per 100 patient-years in the rofecoxib group. In the non-naproxen NSAIDs group there were 27 patients with an event during 1432 patient-years for a rate of 1.89. The relative risk (95% CI) was 1.09 (0.69, 1.73), indicating that the risk of thrombotic serious cardiovacsular adverse experiences with rofecoxib is similar to that with the non-naproxen NSAIDs. No significant departure was observed (p-value >0.200) when testing the proportional hazards over time for the Cox model fit on the combined analysis. Heterogeneity test among therapeutic blocks did not apply here as non-naproxen NSAIDs data only consisted of OA studies.

Kaplan-Meier curves for the rofecoxib versus non-naproxen comparison are shown in Figure 7. The number of patients at risk in the two treatment groups (shown below the x-axis) decreases with time, causing the curves to become sparse at longer time points. Rofecoxib and non-naproxen NSAIDs appear to have similar risks over time.

Table 17 summarizes the events by treatment group and type of event. The percentages shown represent the number of events per 100 patients and do not take into account the greater patient exposure with rofecoxib compared to non-naproxen NSAIDs (2782 versus 1432 patient-years); the rates represent the number of events per 100 patient-years of exposure. Inclusion of non-APTC events does not appreciably change the relative profiles of rofecoxib and these non-naproxen NSAIDs.

Confidential - Subject To Protective
Order

MRK-I8940080099



Table 16
Relative Risk and Associated 95% CI
TCVSAE Endpoint
Results Tabulated by Rofecoxib Studies
Non-Naproxen NSAIDs Controlled Data Set

| Study Block | Study No. | Rofecoxib | | | Non-Naproxen NSAIDs | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|---|
| | | N | Cases/PYR[†] | Rate[‡](95% CI) | N | Cases/PYR[†] | Rate[‡](95% CI) | |
| OA | PN 029 | 479 | 11/526.42 | 2.09 (1.04, 3.74) | 92 | 2/136.47 | 1.47 (0.18, 5.29) | |
| | PN 033 | 446 | 2/65.69 | 3.04 (0.37, 11.00) | 221 | 1/32.36 | 3.09 (0.08, 17.22) | |
| | PN 034 | 463 | 11/631.97 | 1.74 (0.87, 3.11) | 230 | 4/308.85 | 1.30 (0.35, 3.32) | |
| | PN 035 | 516 | 13/644.55 | 2.02 (1.07, 3.45) | 268 | 12/313.45 | 3.83 (1.98, 6.69) | |
| | PN 040 | 486 | 1/72.37 | 1.38 (0.03, 7.70) | 249 | 0/36.67 | 0.00 (0.00, 10.06) | |
| | PN 044 | 381 | 4/154.02 | 2.60 (0.71, 6.65) | 184 | 0/59.61 | 0.00 (0.00, 6.19) | |
| | PN 045 | 388 | 3/156.97 | 1.91 (0.39, 5.59) | 193 | 1/63.59 | 1.57 (0.04, 8.76) | |
| | PN 058 | 199 | 5/129.03 | 3.88 (1.26, 9.04) | 128 | 2/78.59 | 2.54 (0.31, 9.19) | |
| | PN 083 | 136 | 0/120.94 | 0.00 (0.00, 3.05) | 148 | 4/126.64 | 3.16 (0.86, 8.09) | |
| | PN 085 | 424 | 1/61.31 | 1.63 (0.04, 9.09) | 410 | 0/58.61 | 0.00 (0.00, 6.29) | |
| | PN 090 | 390 | 5/56.26 | 8.89 (2.89, 20.74) | 392 | 1/56.61 | 1.77 (0.04, 9.84) | |
| | PN 136 | 399 | 1/95.36 | 1.05 (0.03, 5.84) | 400 | 0/94.33 | 0.00 (0.00, 3.91) | |
| | PN 902 | 453 | 0/67.01 | 0.00 (0.00, 5.51) | 456 | 0/66.18 | 0.00 (0.00, 5.57) | |
| ALL COMBINED | | 5160 | 57/2781.90 | 2.05 (1.55, 2.65) | 3371 | 27/1431.97 | 1.89 (1.24, 2.74) | 1.09 (0.69, 1.73) |

OA = Osteoarthritis. RA = Rheumatoid Arthritis.

[†] Patient-years at risk.

[‡] Per 100 patient-years.

[§] Relative risk to non-naproxen NSAIDs using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Confidential - Subject To Protective Order

MRK-I8940080100



Figure 7
Nonparametric (Kaplan-Meier) estimates of
Cumulative TCVSAE Incidence (%) for Combined Non-naproxen NSAIDs Controlled Period



| Patients at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib | 5160 | 1343 | 931 | 534 | 448 | 261 |
| Non-Naproxen NSAIDs | 3371 | 646 | 453 | 237 | 184 | 105 |
| Cumulative Events | | | | | | |
| Rofecoxib | 0 | 35 | 42 | 47 | 50 | 54 |
| Non-Naproxen NSAIDs | 0 | 13 | 21 | 24 | 26 | 27 |

Rofecoxib TCVSAE endpoint none-naproxen NSAIDS controlled data.
Plots were truncated when the risk size in any arm is < 50.
1 event occurred in Rofecoxib after the last shown time point.
Error bars are +/- 1 96*SE of cumulative incidence (%) at indicated time points

Rofecoxib CV update --data through 10-June'03          36

Confidential - Subject To Protective
Order

MRK-I8940080101

 Restricted Confidential Limited access

Table 17
Summary of the TCVSAE Endpoint by Class of Terms
Rofecoxib vs. Non-Naproxen NSAIDs

| Category | Rofecoxib (N=5160) 2782 Patient Years | | Non-Naproxen NSAIDs (N=3371) 1432 Patient Years | |
|---|---|---|---|---|
| | n (%)[†] | Rate[‡] | n (%)[†] | Rate[‡] |
| **Total number of patients with TCVSAE* Endpoint** | **57 (1.10)** | **2.05** | **27 (0.80)** | **1.89** |
| **Cardiac Events** | 35 (0.68) | 1.26 | 21 (0.62) | 1.47 |
| Acute myocardial infarction | 14 (0.27) | 0.50 | 7 (0.21) | 0.49 |
| Unstable angina pectoris | 4 (0.08) | 0.14 | 2 (0.06) | 0.14 |
| Angina pectoris | 5 (0.10) | 0.18 | 4 (0.12) | 0.28 |
| Sudden/unknown cause of death | 2 (0.04) | 0.07 | 4 (0.12) | 0.28 |
| Coronary artery occlusion | 3 (0.06) | 0.11 | 1 (0.03) | 0.07 |
| Coronary artery disease | 6 (0.12) | 0.22 | 3 (0.09) | 0.21 |
| Coronary vasospasm | 1 (0.02) | 0.04 | 0 (0.00) | 0.00 |
| **Peripheral Vascular Events** | 5 (0.10) | 0.18 | 1 (0.03) | 0.07 |
| Deep venous thrombosis | 5 (0.10) | 0.18 | 0 (0.00) | 0.00 |
| Peripheral vascular disorder | 0 (0.00) | 0.00 | 1 (0.03) | 0.07 |
| **Cerebrovascular Events** | 20 (0.39) | 0.72 | 6 (0.18) | 0.42 |
| Ischemic cerebrovascular stroke | 2 (0.04) | 0.07 | 0 (0.00) | 0.00 |
| Cerebrovascular accident | 9 (0.17) | 0.32 | 4 (0.12) | 0.28 |
| Transient ischemic attack | 7 (0.14) | 0.25 | 1 (0.03) | 0.07 |
| Vascular insufficiency | 1 (0.02) | 0.04 | 1 (0.03) | 0.07 |
| Carotid artery obstruction | 1 (0.02) | 0.04 | 0 (0.00) | 0.00 |

Note: Patient with multiple events may be counted more than once in different terms but only once in one term.

* TCVSAE = Thrombotic Cardiovascular Serious Adverse Experience.

[†] Crude incident (n/Nx100)

[‡] Events per 100 patient-years

Confidential - Subject To Protective Order      MRK-I8940080102



### 5.2.3. Rofecoxib versus Naproxen

Table 18 shows a comparison of rofecoxib to naproxen for the TCVSAE endpoint. Results remained essentially identical with the previous update as there were no additional data available for this comparison except for minor modifications in patient-year exposure (due to updated duration data). Based on updates to the database, additional 10 and 6 patient-years of exposure in the analysis of this endpoint were identified for the rofecoxib and naproxen groups, respectively. There were 87 patients with an event during 5953 patient-years for a rate of 1.46 events per 100 patient-years in the rofecoxib group. In the naproxen group there were 41 patients with an event during 4359 patient-years for a rate of 0.94. The relative risk for all studies combined (95% CI) was 1.59 (1.09, 2.31), which is consistent with the relative risk of 1.61 for APTC events. No significant departure was observed (p-value = 0.130) when testing the proportional hazards over time for the Cox model fit on the combined analysis. No significant heterogeneity was detected in the estimated relative risks among the therapeutic blocks (p-value >0.200). Although the observed relative risk for thrombotic cardiovascular serious adverse experiences was 1.85 in the rheumatoid arthritis studies and only 0.90 in the OA studies that includes the largest OA study (ADVANTAGE), the estimated relative risks for the 2 therapeutic blocks had broadly overlapping confidence intervals (95% CI in RA: (1.20, 2.84) and 95% CI in OA: (0.40, 2.05))..

Kaplan-Meier curves for the rofecoxib-naproxen comparison are shown in Figure 8. The number of patients at risk in the two treatment groups (shown below the x-axis) decreases with time, causing the curves to become sparse at longer time points. The risks with rofecoxib and naproxen appear to be stable over time.

Table 19 summarizes the events by treatment group and type of event. The percentages shown represent the number of events per 100 patients and do not take into account the greater patient exposure with rofecoxib compared to naproxen (5953 versus 4359 patient-years); the rates represent the number of events per 100 patient-years of exposure. The inclusion of non-APTC events does not appreciably alter the relative profiles of rofecoxib and naproxen.

Confidential - Subject To Protective Order

MRK-I8940080103



Table 18
Relative Risk and Associated 95% CI
TCVSAE Endpoint
Results Tabulated by Rofecoxib Studies
Naproxen Controlled Data Set

| Study Block | Study No. | Rofecoxib | | | Naproxen | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|---|
| | | N | Cases/PYR[†] | Rate[‡](95% CI) | N | Cases/PYR[†] | Rate[‡](95% CI) | |
| RA | PN 068 | 511 | 10/784.90 | 1.27 (0.61, 2.34) | 86 | 5/132.11 | 3.78 (1.23, 8.83) | |
| | VIGOR | 4047 | 45/2806.49 | 1.60 (1.17, 2.15) | 4029 | 20/2808.34 | 0.71 (0.44, 1.10) | |
| | PN 096 | 554 | 12/603.23 | 1.99 (1.03, 3.47) | 254 | 3/307.56 | 0.98 (0.20, 2.85) | |
| | PN 097 | 726 | 9/993.43 | 0.91 (0.41, 1.72) | 270 | 1/361.09 | 0.28 (0.01, 1.54) | |
| | 098+103 | 219 | 0/54.87 | 0.00 (0.00, 6.72) | 220 | 0/51.10 | 0.00 (0.00, 7.22) | |
| | All RA | 6057 | 76/5242.91 | 1.45 (1.14, 1.81) | 4859 | 29/3660.21 | 0.79 (0.53, 1.14) | 1.85 (1.20, 2.84) |
| OA | ADV | 2785 | 10/639.56 | 1.56 (0.75, 2.88) | 2772 | 12/628.91 | 1.91 (0.99, 3.33) | |
| | PN 901 | 470 | 1/70.05 | 1.43 (0.04, 7.95) | 473 | 0/69.83 | 0.00 (0.00, 5.28) | |
| | All OA | 3255 | 11/709.61 | 1.55 (0.77, 2.77) | 3245 | 12/698.74 | 1.72 (0.89, 3.00) | 0.90 (0.40, 2.05) |
| ALL COMBINED | | 9312 | 87/5952.52 | 1.46 (1.17, 1.80) | 8104 | 41/4358.95 | 0.94 (0.67, 1.28) | 1.59 (1.09, 2.31) |

OA = Osteoarthritis. RA = Rheumatoid Arthritis.

[†] Patient-years at risk.

[‡] Per 100 patient-years.

[§] Relative risk to naproxen using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Confidential - Subject To Protective Order

MRK-I8940080104



Figure 8
Nonparametric (Kaplan-Meier) estimates of
Cumulative TCVSAE Incidence (%) for Combined Naproxen Controlled Period



| Patients at Risk | | | | | |
|---|---|---|---|---|---|
| Rofecoxib | 9312 | 4526 | 1318 | 828 | 603 |
| Naproxen | 8104 | 3669 | 574 | 303 | 151 |
| Cumulative Events | | | | | |
| Rofecoxib | 0 | 52 | 75 | 82 | 85 |
| Naproxen | 0 | 24 | 37 | 38 | 40 |

Rofecoxib TCVSAE endpoint Naproxen controlled data.
Plots were truncated when the risk size in any arm is < 50.
Events occurred after the last shown time point: 2 in Rofecoxib and 1 in Naproxen.
Error bars are +/- 1.96*SE of cumulative incidence (%) at indicated time points.

Rofecoxib CV update --data through 10-June'03          40

Confidential - Subject To Protective
Order

MRK-I8940080105


Restricted
Confidential
limited access

Table 19
Summary of the TCVSAE Endpoint by Class of Terms
Rofecoxib vs. Naproxen

| Category | Rofecoxib (N=9312) 5953 Patient Years | | Naproxen (N=8104) 4359 Patient Years | |
| --- | --- | --- | --- | --- |
| | n (%)[†] | Rate[‡] | n (%)[†] | Rate[‡] |
| **Total number of patients with TCVSAE[*] Endpoint** | **87 (0.93)** | **1.46** | **41 (0.51)** | **0.94** |
| **Cardiac Events** | 54 (0.58) | 0.91 | 23 (0.28) | 0.53 |
| Acute myocardial infarction | 32 (0.34) | 0.54 | 8 (0.10) | 0.18 |
| Fatal acute myocardial infarction | 3 (0.03) | 0.05 | 1 (0.01) | 0.02 |
| Unstable angina pectoris | 9 (0.10) | 0.15 | 8 (0.10) | 0.18 |
| Angina pectoris | 1 (0.01) | 0.02 | 0 (0.00) | 0.00 |
| Sudden/unknown cause of death | 8 (0.09) | 0.13 | 5 (0.06) | 0.11 |
| Coronary artery occlusion | 1 (0.01) | 0.02 | 0 (0.00) | 0.00 |
| Coronary artery disease | 0 (0.00) | 0.00 | 1 (0.01) | 0.02 |
| **Peripheral Vascular Events** | 10 (0.11) | 0.17 | 3 (0.04) | 0.07 |
| Pulmonary embolism | 1 (0.01) | 0.02 | 0 (0.00) | 0.00 |
| Fatal pulmonary embolism | 1 (0.01) | 0.02 | 0 (0.00) | 0.00 |
| Peripheral arterial thrombosis | 2 (0.02) | 0.03 | 0 (0.00) | 0.00 |
| Peripheral venous thrombosis | 6 (0.06) | 0.10 | 3 (0.04) | 0.07 |
| **Cerebrovascular Events** | 24 (0.26) | 0.40 | 16 (0.20) | 0.37 |
| Ischemic cerebrovascular stroke | 11 (0.12) | 0.18 | 13 (0.16) | 0.30 |
| Fatal ischemic cerebrovascular stroke | 0 (0.00) | 0.00 | 1 (0.01) | 0.02 |
| Cerebrovascular accident | 4 (0.04) | 0.07 | 1 (0.01) | 0.02 |
| Transient ischemic attack | 7 (0.08) | 0.12 | 1 (0.01) | 0.02 |
| Carotid artery obstruction | 2 (0.02) | 0.03 | 0 (0.00) | 0.00 |

Note: Patient with multiple events may be counted more than once in different terms but only once in one term.

[*] TCVSAE = Thrombotic Cardiovascular Serious Adverse Experience.

[†] Crude incident (n/Nx100)

[‡] Events per 100 patient-years

Confidential - Subject To Protective Order                                                    MRK-I8940080106



### 5.3. Dose Comparisons Results

Table 20 shows the primary comparisons of rofecoxib doses in APTC events. Each comparison included data only from those studies which contained both doses being evaluated. The estimated rate for 25 mg is less than for 12.5 mg, and the confidence intervals are broadly overlapping for the 2 doses that are recommended for chronic use. The estimated rate for 50 mg is greater than for 25 mg (RR=2.69; 95% CI (1.11, 7.15)). Review of the type of events in the 25 mg vs 50 mg data set indicates that there was no apparent difference in the rate of myocardial infarctions (25 mg: 0.35; 95% CI (0.13, 0.77); 50 mg: 0.49 95% CI (0.20, 1.02), Table 22). There was an apparent difference in the rates of events coded as cerebrovascular events; the rates (95%CI) were 0.06 (0.00, 0.33) for rofecoxib 25 mg and 0.71 (0.34, 1.30) for rofecoxib 50 mg (Table 22). Eight of the 10 cerebrovascular events with rofecoxib 50 mg occurred in protocols that were not subject to adjudication. For all studies combined, the data do not establish a dose-related effect of rofecoxib on the risk of a thrombotic APTC event.

Table 20
Primary Summary by Dose for APTC Combined Endpoint

| | Cases/Patient Years | Rate[†](95% CI) | Relative Risk[§] (95% CI) |
|---|---|---|---|
| **In Studies with both Rofecoxib 12.5 mg and 25 mg doses** (029, 033, 034, 035, 040, 058, 096) | | | |
| Rofecoxib 12.5 mg | 12/993 | 1.21 (0.62, 2.11) | |
| Rofecoxib 25 mg | 13/1411 | 0.92 (0.49, 1.58) | 0.76 (0.32, 1.83) |
| **In Studies with both Rofecoxib 25 mg and 50 mg doses** (029, 044, 045, 068, 096, 097, 118, 120, 121) | | | |
| Rofecoxib 25 mg | 8/1693 | 0.47 (0.20, 0.93) | |
| Rofecoxib 50 mg | 18/1417 | 1.27 (0.75, 2.01) | 2.69 (1.11, 7.15) |

One multiple event (not included in the above counts) observed in Rofecoxib 25 mg dose.

One multiple event (not included in the above counts) observed in Rofecoxib 50 mg dose.

[*] If a patient received both doses, that patient will be counted in both dose groups.

[†] Number of events per 100 patient-years.

[§] Relative risk is the ratio of rates of the higher dose over the lower dose.

Confidential - Subject To Protective Order          MRK-I8940080107



Figure 9
APTC Event Rates per 100 Patient-Years with 95% CI on Rofecoxib Doses[†]



| | Pt. Years | 993 | 1411 | 1693 | 1417 |
| No. Events | 12 | 13 | 8 | 18 |

[†]Comparison of 12.5 mg and 25 mg doses used studies administered those two doses
and comparison of 25 mg and 50 mg doses used studies administered those two doses

Confidential - Subject To Protective
Order                                                              MRK-I8940080108



Table 21
Overall Dose Summary (Secondary)
for Rofecoxib 12.5 mg, 25 mg, and 50 mg doses.

| Overall Dose Summary (in all Rofecoxib Studies) | | |
|---|---|---|
| | Cases/Patient-Years | Rate[†](95% CI) |
| Rofecoxib 12.5 mg | 18/1247 | 1.44 (0.86, 2.28) |
| Rofecoxib 25 mg | 64/5180 | 1.24 (0.95, 1.58) |
| Rofecoxib 50 mg | 53/4281 | 1.24 (0.93, 1.62) |

**Dose Summary by Protocol**

| | N[*] | | | Patient-Years | | | Event Counts (Rate[†]) | | |
|---|---|---|---|---|---|---|---|---|---|
| Protocol | 12 mg | 25 mg | 50 mg | 12 mg | 25 mg | 50 mg | 12 mg | 25 mg | 50 mg |
| 029 | 198 | 259 | 147 | 155.79 | 229.37 | 143.08 | 3 (1.93) | 3 (1.31) | 2 (1.40) |
| 033 | 219 | 227 | | 32.11 | 33.66 | | | | |
| 034 | 231 | 232 | | 311.18 | 325.89 | | 2 (0.64) | 3 (0.92) | |
| 035 | 259 | 257 | | 339.61 | 305.72 | | 3 (0.88) | 1 (0.33) | |
| 040 | 244 | 242 | | 36.44 | 35.96 | | | 1 (2.78) | |
| 044 | | 195 | 186 | | 79.55 | 74.63 | | | 3 (4.02) |
| 045 | | 195 | 193 | | 80.95 | 76.25 | | | |
| 058 | 131 | 68 | | 86.84 | 43.61 | | 2 (2.30) | 1 (2.29) | |
| 068 | | 262 | 249 | | 417.03 | 372.50 | | | 6 (1.61) |
| 078 | | 723 | | | 1378.45 | | | 29 (2.10) | |
| 083 | | 136 | | | 120.94 | | | | |
| 085 | 424 | | | 61.35 | | | 1 (1.63) | | |
| 088 | | | 1748 | | | 1136.14 | | | 21 (1.85) |
| 089 | | | 2299 | | | 1673.36 | | | 14 (0.84) |
| 090 | 390 | | | 56.45 | | | 4 (7.09) | | |
| 091 | | 346 | | | 293.08 | | | 4 (1.36) | |
| 096 | 148 | 516 | 113 | 30.56 | 437.20 | 137.89 | 2 (6.55) | 4 (0.91) | 1 (0.73) |
| 097 | | 429 | 438 | | 415.58 | 579.93 | | 1 (0.24) | 5 (0.86) |
| 098 | | | 45 | | | 11.03 | | | |
| 102 | | 2708 | | | 619.99 | | | 10 (1.61) | |
| 103 | | | 174 | | | 43.84 | | | |
| 118 | | 53 | 49 | | 7.37 | 7.15 | | | |
| 120 | | 126 | 126 | | 13.97 | 13.78 | | | 1 (7.26) |
| 121 | | 107 | 103 | | 11.78 | 11.58 | | | |
| 125 | | 89 | | | 23.39 | | | | |
| 126 | | 380 | | | 187.41 | | | 6 (3.20) | |
| 129 | | 8 | | | 3.47 | | | | |
| 136 | | 399 | | | 95.40 | | | 1 (1.05) | |
| 901 | 470 | | | 70.09 | | | 1 (1.43) | | |
| 902 | 453 | | | 67.01 | | | | | |
| 903 | | 77 | | | 19.95 | | | | |
| Total | 3167 | 8034 | 5870 | 1247.42 | 5179.72 | 4281.16 | 18 (1.44) | 64 (1.24) | 53 (1.24) |

2 multiple events (not included in the above counts) observed in each of Rofecoxib 25 mg and 50 mg doses.

[*] If a patient received both doses, that patient will be counted in both dose groups.

[†] Number of events per 100 patient-years.

Rofecoxib CV update --data through 10-June'03          44

Confidential - Subject To Protective Order

MRK-I8940080109



Table 22
MI & Cerebrovascular Events Contributing to the APTC Combined Endpoint
Stratified by Rofecoxib Doses

| Event Type | Dose | Cases / Patient-Years | Rate[†](95% CI[‡]) | Relative Risk[§] (95% CI) |
|---|---|---|---|---|
| In Studies with both Rofecoxib 12.5 mg and 25 mg doses (029, 033, 034, 035, 040, 058, 096) | | | | |
| MI | Rofecoxib 12.5 mg | 6/993 | 0.60 (0.22, 1.32) | |
| | Rofecoxib 25 mg | 10/1411 | 0.71 (0.34, 1.30) | 1.17 (0.39, 3.92) |
| Cerebrovascular Events | Rofecoxib 12.5 mg | 4/993 | 0.40 (0.11, 1.03) | |
| | Rofecoxib 25 mg | 3/1411 | 0.21 (0.04, 0.62) | 0.53 (0.08, 3.12) |
| In Studies with both Rofecoxib 25 mg and 50 mg doses (029, 044, 045, 068, 096, 097, 118, 120, 121) | | | | |
| MI | Rofecoxib 25 mg | 6/1693 | 0.35 (0.13, 0.77) | |
| | Rofecoxib 50 mg | 7/1417 | 0.49 (0.20, 1.02) | 1.39 (0.40, 5.02) |
| Cerebrovascular Events | Rofecoxib 25 mg | 1/1693 | 0.06 (0.00, 0.33) | |
| | Rofecoxib 50 mg | 10/1417 | 0.71 (0.34, 1.30) | 11.95 (1.70, 518.52) |

| Event Type | Dose | Cases / Patient-Years | Rate[†](95% CI[‡]) | |
|---|---|---|---|---|
| In all Rofecoxib Studies Combined (in all Rofecoxib Studies) | | | | |
| MI | Rofecoxib 12.5 mg | 10/1247 | 0.80 (0.38, 1.47) | |
| | Rofecoxib 25 mg | 32/5180 | 0.62 (0.42, 0.87) | |
| | Rofecoxib 50 mg | 27/4281 | 0.63 (0.42, 0.92) | |
| Cerebrovascular Events | Rofecoxib 12.5 mg | 5/1247 | 0.40 (0.13, 0.94) | |
| | Rofecoxib 25 mg | 14/5180 | 0.27 (0.15, 0.45 | |
| | Rofecoxib 50 mg | 19/4281 | 0.44 (0.27, 0.69) | |

[*] If a patient received both doses, that patient will be counted in both dose groups.

[†] Number of events per 100 patient-years.

[‡] If no events within the dose group, the CI is a one-sided 97.5% CI.

[§] Relative risk is the ratio of rates of the higher dose over the lower dose.

The AE-terms included for MI were: "Fatal Acute Myocardial Infarction", "Acute Myocardial Infarction", "Myocardial Infarction", and "Coronary Artery Occlusion"

The AE-terms included for Cerebrovascular Events contributing to the APTC endpoint were: "Ischemic Cerebrovascular Stroke", "Fatal: Ischemic Cerebrovascular Stroke", "Cerebrovascular Accident", "Fatal Cerebrovascular Venous Thrombosis", and "Carotid Artery Obstruction".

Confidential - Subject To Protective Order

MRK-I8940080110



## 5.4. Duration Comparisons Results

Table 23 shows the relative risk estimates for various duration intervals (≤3-Month, 3 to 12-Month, and >12-Month) which were generally consistent in all three comparisons. However, as expected fewer patients were available with higher minimum duration which resulted in less precision (wider 95% CI) in those estimates (Table 23, Figure 10).

Table 23
Duration Comparison Analysis of APTC Endpoint
Including All Rofecoxib Studies

| Study Duration | Treatment | N | Cases/PYR[†](Rate[‡]) | Relative Risk[§] |
|---|---|---|---|---|
| **Placebo Controlled Data** | | | | |
| Entire Duration | Placebo | 4848 | 49/2814 (1.74) | |
| | Rofecoxib | 7296 | 56/3027 (1.85) | 1.12 (0.76, 1.65) |
| ≤ 3 Months | Placebo | 4848 | 11/977 (1.13) | |
| | Rofecoxib | 7296 | 20/1361 (1.47) | 1.28 (0.61, 2.67) |
| 3 - 12 Months | Placebo | 2624 | 19/1489 (1.28) | |
| | Rofecoxib | 2578 | 15/1520 (0.99) | 0.80 (0.40, 1.57) |
| > 12 Months | Placebo | 808 | 19/1801 (1.05) | |
| | Rofecoxib | 628 | 21/1409 (1.49) | 1.37 (0.74, 2.55) |
| **Non-naproxen NSAIDs Controlled Data** | | | | |
| Entire Duration | Rofecoxib | 5160 | 30/2788 (1.08) | 0.93 (0.51, 1.69) |
| | Non-Naproxen NSAIDs | 3371 | 17/1434 (1.19) | |
| ≤ 3 Months | Rofecoxib | 5160 | 15/981 (1.53) | 1.16 (0.49, 2.75) |
| | Non-Naproxen NSAIDs | 3371 | 8/610 (1.31) | |
| 3 - 12 Months | Rofecoxib | 2318 | 9/1554 (0.58) | 0.70 (0.25, 1.96) |
| | Non-Naproxen NSAIDs | 1232 | 6/772 (0.78) | |
| > 12 Months | Rofecoxib | 933 | 6/1757 (0.34) | 0.92 (0.20, 5.69) |
| | Non-Naproxen NSAIDs | 454 | 3/809 (0.37) | |
| **Naproxen Controlled Data** | | | | |
| Entire Duration | Rofecoxib | 9312 | 65/5958 (1.09) | 1.60 (1.03, 2.47) |
| | Naproxen 1000 mg | 8104 | 30/4360 (0.69) | |
| ≤ 3 Months | Rofecoxib | 9312 | 23/2043 (1.13) | 1.33 (0.69, 2.54) |
| | Naproxen 1000 mg | 8104 | 15/1766 (0.85) | |
| 3 - 12 Months | Rofecoxib | 7193 | 32/4682 (0.68) | 2.09 (1.08, 4.07) |
| | Naproxen 1000 mg | 6126 | 12/3789 (0.32) | |
| > 12 Months | Rofecoxib | 1321 | 10/2326 (0.43) | 1.07 (0.29, 3.90) |
| | Naproxen 1000 mg | 574 | 3/888 (0.34) | |

[†] Patient-years at risk.

[‡] Per 100 PYR.

[§] Relative risk uses unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

Confidential - Subject To Protective Order

MRK-I8940080111



Figure 10
Duration Comparison Analysis of APTC Endpoint
Including All Rofecoxib Studies



Spacing of x-axis is in logarithmic scale.

Confidential - Subject To Protective
Order

MRK-I8940080112



## 5.5. Subgroup Analysis Results

Table 24 summarizes the significance testing indicating no evidence of differential effect of rofecoxib with comparator in any of (REMOVE "ANY OF" the two subgroups (p-value > 0.200).

Table 24
Subgroup-by-treatment interaction tests results using Cox model
APTC endpoint

| Subgroup | Comparison | p-values |
|---|---|---|
| High/not high CV Risk | vs. Placebo | 0.3187 |
| | vs. non-naproxen NSAIDs | 0.5708 |
| | vs. napoxen | 0.6011 |
| ASA 50% user / non-user | vs. Placebo | 0.8248 |
| | vs. non-naproxen NSAIDs | 0.7234 |
| | vs. napoxen | 0.9742 |

The distributions of high-risk patients were comparable (~20%) between the 2 treatment groups in all three comparisons. Analyses are presented in Table 25 and Figure 11. Subgroup analyses results were consistent to the overall analysis in all three comparisons.

The distribution of aspirin users was comparable between the 2 treatment groups in all three comparisons (~ 4%-7%) and the subgroup results were consistent with the overall analysis (Table 26, Figure 12).

Confidential - Subject To Protective Order

MRK-I8940080113



Table 25
Analysis of APTC Endpoint
Subgroup Analysis for High Risk

| Subgroup | Treatment | n/N (%) | Patient-Years | Rate[†] (95% CI[‡]) | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|
| **Placebo Controlled Data** | | | | | |
| Total Cohort | Placebo | 49/4848 (1.01) | 2814 | 1.74 (1.29, 2.30) | |
| | Rofecoxib | 56/7296 (0.77) | 3027 | 1.85 (1.40, 2.40) | 1.12 (0.76, 1.65) |
| With High Risk | Placebo | 22/983 (2.24) | 650 | 3.38 (2.12, 5.12) | |
| | Rofecoxib | 30/1474 (2.04) | 678 | 4.43 (2.99, 6.32) | 1.36 (0.78, 2.37) |
| Without High Risk | Placebo | 27/3865 (0.70) | 2163 | 1.25 (0.82, 1.82) | |
| | Rofecoxib | 26/5822 (0.45) | 2350 | 1.11 (0.72, 1.62) | 0.94 (0.54, 1.61) |
| **Non-naproxen NSAIDs controlled Data** | | | | | |
| Total Cohort | Rofecoxib | 30/5160 (0.58) | 2788 | 1.08 (0.73, 1.54) | 0.93 (0.51, 1.69) |
| | Non-Naproxen NSAIDs | 17/3371 (0.50) | 1434 | 1.19 (0.69, 1.90) | |
| With High Risk | Rofecoxib | 15/1042 (1.44) | 528 | 2.84 (1.59, 4.69) | 0.82 (0.37, 1.83) |
| | Non-Naproxen NSAIDs | 10/663 (1.51) | 274 | 3.65 (1.75, 6.71) | |
| Without High Risk | Rofecoxib | 15/4118 (0.36) | 2261 | 0.66 (0.37, 1.09) | 1.08 (0.44, 2.65) |
| | Non-Naproxen NSAIDs | 7/2708 (0.26) | 1160 | 0.60 (0.24, 1.24) | |
| **Naproxen controlled Data** | | | | | |
| Total Cohort | Rofecoxib | 65/9312 (0.70) | 5958 | 1.09 (0.84, 1.39) | 1.60 (1.03, 2.47) |
| | Naproxen 1000 mg | 30/8104 (0.37) | 4360 | 0.69 (0.46, 0.98) | |
| With High Risk | Rofecoxib | 30/1752 (1.71) | 957 | 3.13 (2.11, 4.47) | 1.78 (0.91, 3.49) |
| | Naproxen 1000 mg | 12/1505 (0.80) | 690 | 1.74 (0.90, 3.04) | |
| Without High Risk | Rofecoxib | 35/7560 (0.46) | 5001 | 0.70 (0.49, 0.97) | 1.45 (0.82, 2.57) |
| | Naproxen 1000 mg | 18/6599 (0.27) | 3669 | 0.49 (0.29, 0.78) | |

n/N=the number of patients with events/total number of patients, CI=Confidence Interval.

[†] Number of events per 100 patient-years.

[‡] If no events within the treatment group, the CI is a one-sided 97.5% CI.

[§] Relative risk uses unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

Confidential - Subject To Protective Order

MRK-I8940080114



# Figure 11

Analysis of APTC Endpoint
Subgroup Analysis for High Risk
Rate per 100 Patient-Years and 95% CI



| | Rofecoxib | Placebo | Rofecoxib | Non-Naproxen NSAIDs | Rofecoxib | Naproxen |
|---|---|---|---|---|---|---|
| *Pt. Years* | 678 | 650 | 528 | 274 | 957 | 690 |
| *No. Events* | 30 | 22 | 15 | 10 | 30 | 12 |



| | Rofecoxib | Placebo | Rofecoxib | Non-Naproxen NSAIDs | Rofecoxib | Naproxen |
|---|---|---|---|---|---|---|
| *Pt. Years* | 2350 | 2163 | 2261 | 1160 | 5001 | 3669 |
| *No. Events* | 26 | 27 | 15 | 7 | 35 | 18 |

Rofecoxib CV update --data through 10-June'03          50

Confidential - Subject To Protective Order



Table 26
Analysis of APTC Endpoint
Subgroup Analysis for ASA Users ($\geq$ 50%)

| Subgroup | Treatment | n/N (%) | Patient-Years | Rate[†] (95% CI[‡]) | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|
| **Placebo Controlled Data** | | | | | |
| Total Cohort | Placebo | 49/4848 (1.01) | 2814 | 1.74 (1.29, 2.30) | |
| | Rofecoxib | 56/7296 (0.77) | 3027 | 1.85 (1.40, 2.40) | 1.12 (0.76, 1.65) |
| ASA User | Placebo | 5/338 (1.48) | 286 | 1.75 (0.57, 4.08) | |
| | Rofecoxib | 7/486 (1.44) | 318 | 2.20 (0.88, 4.53) | 1.20 (0.38, 3.80) |
| Non-ASA User | Placebo | 44/4510 (0.98) | 2527 | 1.74 (1.27, 2.34) | |
| | Rofecoxib | 49/6810 (0.72) | 2709 | 1.81 (1.34, 2.39) | 1.13 (0.75, 1.71) |
| **Non-naproxen NSAIDs Controlled Data** | | | | | |
| Total Cohort | Rofecoxib | 30/5160 (0.58) | 2788 | 1.08 (0.73, 1.54) | 0.93 (0.51, 1.69) |
| | Non-Naproxen NSAIDs | 17/3371 (0.50) | 1434 | 1.19 (0.69, 1.90) | |
| ASA User | Rofecoxib | 2/177 (1.13) | 72 | 2.76 (0.33, 9.99) | 0.63 (0.05, 8.72) |
| | Non-Naproxen NSAIDs | 2/147 (1.36) | 46 | 4.37 (0.53, 15.80) | |
| Non-ASA User | Rofecoxib | 28/4983 (0.56) | 2716 | 1.03 (0.69, 1.49) | 0.98 (0.52, 1.83) |
| | Non-Naproxen NSAIDs | 15/3224 (0.47) | 1388 | 1.08 (0.60, 1.78) | |
| **Naproxen Controlled Data** | | | | | |
| Total Cohort | Rofecoxib | 65/9312 (0.70) | 5958 | 1.09 (0.84, 1.39) | 1.60 (1.03, 2.47) |
| | Naproxen 1000 mg | 30/8104 (0.37) | 4360 | 0.69 (0.46, 0.98) | |
| ASA User | Rofecoxib | 5/457 (1.09) | 161 | 3.11 (1.01, 7.25) | - |
| | Naproxen 1000 mg | 0/435 (0.00) | 126 | 0.00 (0.00, 2.93) | |
| Non-ASA User | Rofecoxib | 60/8855 (0.68) | 5797 | 1.03 (0.79, 1.33) | 1.47 (0.94, 2.29) |
| | Naproxen 1000 mg | 30/7669 (0.39) | 4234 | 0.71 (0.48, 1.01) | |

n/N=the number of patients with events/total number of patients, CI=Confidence Interval.

[†] Number of events per 100 patient-years.

[‡] If no events within the treatment group, the CI is a one-sided 97.5% CI.

[§] Relative risk uses unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

Confidential - Subject To Protective Order

MRK-I8940080116



# Figure 12
## Analysis of APTC Endpoint
## Subgroup Analysis for ASA Users (($\geq$ 50%))
## Rate per 100 Patient-Years and 95% CI



| | Rofecoxib | Placebo | Rofecoxib | Non-Naproxen NSAIDs | Rofecoxib | Naproxen |
|---|---|---|---|---|---|---|
| Pt. Years | 318 | 286 | 72 | 46 | 161 | 126 |
| No. Events | 7 | 5 | 2 | 2 | 5 | 0 |



| | Rofecoxib | Placebo | Rofecoxib | Non-Naproxen NSAIDs | Rofecoxib | Naproxen |
|---|---|---|---|---|---|---|
| Pt. Years | 2709 | 2527 | 2716 | 1388 | 5797 | 4234 |
| No. Events | 49 | 44 | 28 | 15 | 60 | 30 |

Rofecoxib CV update --data through 10-June'03          52

Confidential - Subject To Protective Order

MRK-I8940080117



## 6. Discussion

In the VIGOR study, rofecoxib 50 mg was compared with naproxen 1000 mg in patients with rheumatoid arthritis. The VIGOR study demonstrated that rofecoxib was associated with significantly fewer clinical upper GI events, complicated upper GI events, and GI bleeding than naproxen. There was, however, a statistically significant difference in the incidence of thrombotic cardiovascular serious adverse experiences in VIGOR between the rofecoxib and naproxen groups, with fewer events occurring in the naproxen group. This difference in thrombotic events was mostly attributable to a difference in the incidence of myocardial infarction between the groups. Whether the difference in the incidence of thrombotic cardiovascular serious adverse experiences between the rofecoxib and naproxen groups in VIGOR represented a prothrombotic effect of rofecoxib, a cardioprotective effect due to inhibition of platelet function by naproxen, or a chance finding, could not be determined by the evaluation of the VIGOR results in isolation.

As planned according to the Cardiovascular Adjudication SOP (Reference-1), a pooled-analysis of all rofecoxib studies was undertaken and has been periodically updated. All Phase IIb through Phase V rofecoxib clinical studies that were at least 4 weeks long and included either placebo and/or active-comparator, nonselective NSAID controls are included in this pooled-analysis. Four 6-week celecoxib studies have been excluded because they did not provide comparisons of rofecoxib to nonselective NSAIDs. Studies in healthy subjects or juveniles were excluded because of the substantially different patient population (e.g., differences in underlying cardiovascular risk factors). An initial pooled-analysis included data available as of September-2000 and the first two updates included data through 16-Mar-2001 and 31-Jan-2002. This update includes data from all completed studies that have accrued through 10-Jun-2003. Additional exposure and event data primarily came from the recently completed placebo-controlled Alzheimer study and the Low Dose Aspirin study (placebo and ibuprofen controlled).

The comparisons of interest in this pooled-analysis were rofecoxib versus placebo, rofecoxib versus non-naproxen NSAIDs, and rofecoxib versus naproxen. These comparisons were assessed across all patient populations and within blocks of studies defined by indication for therapy that therefore contained unique patient populations. Patient cohorts receiving rofecoxib doses 12.5, 25, or 50 mg were combined into the rofecoxib group.

The Cardiovascular Adjudication SOP provided for blinded external adjudication of potential thrombotic events. Terms identifying potential thrombotic events reported by investigators were defined in the SOP and included "soft" terms to cast a wide net. The output of the adjudication process and the most comprehensive endpoint would be one based on all thrombotic events confirmed by adjudication. However, several studies included in this pooled analysis antedated the initiation of the Cardiovascular Adjudication SOP. Therefore, the primary endpoint used in this and previous pooled-analyses is the combined endpoint defined by the APTC. Because there was no adjudication of those events for studies that antedated the SOP, all of these potential events were included in the thrombotic endpoint. Although conservative, this approach had the potential to increase noise. In contrast, the APTC combined endpoint of cardiovascular and unknown cause of death, myocardial infarction, and cerebrovascular accident was pre-specified as primary because it is a "hard" endpoint. For the events that make up the APTC combined endpoint, the correlation is quite high between investigator-reported events and events confirmed by the Adjudication committee. Therefore, use of the APTC endpoint helped ensure consistency between trials that used adjudicated data and those which used investigator reported data. As started with the 2002 update, this update also presents primary comparisons for a broader endpoint (Thrombotic Cardiovascular Serious Adverse Experiences) that includes all events confirmed by adjudication including "softer" endpoints such as unstable angina and transient ischemic attack. As for the primary analysis, investigator reported terms were utilized for those studies which antedated the adjudication process.

Rofecoxib CV update --data through 10-June'03          53



The earlier pooled-analysis demonstrated that there was no evidence to suggest that the risk of thrombotic cardiovascular events in patients taking rofecoxib was dissimilar to the risks in patients receiving placebo or the non-naproxen NSAIDs ibuprofen, diclofenac, and nabumetone. This update reaffirms those previous observations. For both the APTC endpoint and the Thrombotic Cardiovascular Serious Adverse experiences, the risk for rofecoxib relative to placebo and to the non-naproxen NSAIDs approximated 1 and the 95% CI of the relative risks included 1. It is known that diclofenac, ibuprofen, and nabumetone do not provide sustained and nearly complete (>90%) inhibition of platelet function throughout the dosing interval. Therefore, it is not surprising that there is no meaningful difference between rofecoxib and these non-naproxen NSAIDs with regard to risk of thrombotic events.

This updated pooled-analysis does not include additional naproxen controlled data other than minor changes due to updates in patient exposure information. For the APTC combined endpoint, the relative risk for rofecoxib relative to naproxen was elevated in both the rheumatoid arthritis (1.63) and osteoarthritis (1.55) protocols. The overall relative risk was 1.61 (95% CI 1.04, 2.50). These data can be interpreted as representing a 61% greater risk of an APTC event on rofecoxib (95% CI 4, 150%) or a 38% reduction in APTC risk with naproxen compared to rofecoxib (95% CI 4, 60%). Of note, the magnitude of the risk reduction for naproxen relative to rofecoxib is consistent with the overall 25% reduction in the APTC combined endpoint for aspirin compared to placebo in a recent large meta-analysis (Reference-5). Overall, the data are consistent with the hypothesis that, in these studies, naproxen had a clinically meaningful antiplatelet effect.

Kaplan-Meier plots indicate that the rates of APTC and Thrombotic Cardiovascular Serious Cardiovascular Adverse Experiences appear stable over time. There is no evidence of departure from proportional hazards over time; this is further evidence against a true prothrombotic effect with rofecoxib.

New analyses were added in this update to study the effect of dose, duration, and important subgroup factors. Comparison of rates of events across rofecoxib doses (12.5, 25, and 50 mg) did not reveal a dose-related trend. Comparisons of relative risks over various duration periods were generally consistent. The subgroup analyses for patients with high baseline risks for a cardiovascular event and for concomitant aspirin users did not find any relationship of these factors with treatment assignments.

The results of this updated pooled-analysis are consistent with and extend those of previous pooled analyses to encompass a period of up to 4 years of follow-up in approximately 32,000 patients representing approximately 19,300 patient-years of experience. The totality of the data in this pooled analysis is most consistent with naproxen having provided a relative cardioprotective benefit in these studies and argues against a prothrombotic effect of rofecoxib.

## 7. Conclusions

This updated combined-analysis supports the conclusions reached in the earlier combined-analyses:

1. The risk of sustaining a thrombotic cardiovascular event is similar in patients treated with rofecoxib, placebo, or non-naproxen non-selective NSAIDs which lack potent inhibition of platelet function. The data continue to support the lack of a prothrombotic effect with rofecoxib.

2. The risk of sustaining a thrombotic cardiovascular event is reduced in patients treated with naproxen compared to rofecoxib. This reduction in events with naproxen may be due to its ability to maintain near maximal inhibition of platelet function throughout its dosing interval and is consistent with naproxen having provided cardioprotective effects in these studies.

Confidential - Subject To Protective Order

MRK-I8940080119



## REFERENCES

[1] Standard operating procedure for the surveillance, monitoring and adjudication of acute thromboembolic vascular events in clinical trials of COX-2 specific inhibitors- revised 21-Jan-2000.

[2] Konstam M. A., Weir M. R., Reicin A., Shapiro D., Sperling R. S., Bar E. and Gertz B. J. Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib. *Circulation* 2001; 104(19): 2280-2288

[3] Reicin A, Konstam M, Weir M, Korn S, Connors L, Sperling R S, and Mukhopadhyay S. Incidence of Cardiovascular Events in the Rofecoxib Development Program. *Arthritis Rheum* 2002; 46(9, Suppl.): S118-S118.

[4] Cardiovascular Pooled-analysis Update (in Rofecoxib Studies). May 2002.

[5] Antithrombotic Trialists' Collaboration. Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ 2002; 324:71-86.

[6] Cox, D. R. Regression Models and Life tables (with discussion). *Journal of the Royal Statistical Society B*, 1972; 34, 187-220.

[7] Clopper, C. J., Pearson, E. S. The use of confidence or fiducial limits illustrated in the case of the binomial. *Biometrika* 1934; 26, 404-413.

[8] Therneau T. M. and Grambsch P. M. Modeling Survival Data -- extending the Cox Model. Springer Verlag, 2000.

[9] Whitehead, A., and Whitehead, J. A general parametric approach to the meta-analysis of randomized clinical trials. Statistics in Medicine 1991; 10, 1665-1677.

[10] Pocock S.J., Clayton T.C., Altman D.G. Survival plots of time-to-event outcomes in clinical trials: good practice and pitfalls. Lancet 2002; 359, 1686-1689.

[11] Collett, D. Modelling survival data in medical research, Section 2.1. London, Chapman and Hall, 1991.

Confidential - Subject To Protective Order

MRK-I8940080120



MRK-I894080121

*ATTACHMENT 1:* Listing of CV Events in Rofecoxib studies

Table A1: Listing of All CV Events in Rofecoxib Studies

| Case ID | AN | Randomization Date | Last Day on Treatment | Event Day | Last Treatment Before Event | Adverse Experience Description | APTC Event* [included in analysis population]† | TCVSAE Event* [included in analysis population]† |
|---|---|---|---|---|---|---|---|---|
| PN 029 | | | | | | | | |
| | 4250 | 09/24/1996 | 14 | 14 | Rofecoxib 25 mg | acute myocardial infarction | Yes [1, 2] | Yes [1, 2] |
| | 4248 | 09/13/1996 | 32 | 30 | Rofecoxib 12.5 mg | cerebrovascular accident | Yes [1, 2] | Yes [1, 2] |
| | 4142 | 10/11/1996 | 13 | 12 | Rofecoxib 25 mg | unstable angina | No | Yes [1, 2] |
| | 2395 | 09/09/1996 | 87 | 88 | Diclofenac 150 mg | coronary artery occlusion | Yes [2] | Yes [2] |
| | 2446 | 10/09/1996 | 66 | 66 | Rofecoxib 50 mg | myocardial infarction | Yes [2] | Yes [2] |
| | 2281 | 06/13/1996 | 231 | 230 | Rofecoxib 50 mg | coronary artery occlusion | Yes [2] | Yes [2] |
| | 2201 | 10/17/1996 | 167 | 161 | Rofecoxib 25 mg | angina pectoris | No | Yes [2] |
| | 2515 | 08/30/1996 | 624 | 429 | Rofecoxib 25 mg | coronary vasospasm | No | Yes [2] |
| | 2515 | | | 617 | Rofecoxib 25 mg | myocardial infarction | Yes [2] | Yes [2] |
| | 2515 | | | 624 | Rofecoxib 25 mg | myocardial infarction | Yes [ ]ᵇ | Yes [ ]ᵇ |
| | 2317 | 06/19/1996 | 728 | 703 | Rofecoxib 12.5 mg | coronary artery occlusion | Yes [2] | Yes [2] |
| | 2231 | 06/06/1996 | 839 | 838 | Rofecoxib 25 mg | cerebrovascular accident | Yes [2] | Yes [2] |
| | 4186 | 08/09/1996 | 833 | 834 | Rofecoxib 12.5 mg | transient ischemic attack | No | Yes [ ]ᵇ |
| | 4186 | | | 841 | Rofecoxib 12.5 mg | carotid artery obstruction | Yes [2] | Yes [2] |
| | 2025 | 10/24/1996 | 916 | 861 | Diclofenac 150 mg | coronary artery disease | No | Yes [2] |
| | 2183 | 07/23/1996 | 1065 | 1065 | Rofecoxib 25 mg | vascular insufficiency | No | Yes [2] |
| PN 033 | | | | | | | | |
| | 6384 | 06/10/1997 | 37 | 25 | Placebo | cerebrovascular accident | Yes [1] | Yes [1] |
| | 7023 | 07/22/1997 | 3 | 2 | Rofecoxib 25 mg | unstable angina | No | Yes [1, 2] |
| | 6750 | 07/01/1997 | 42 | 42 | Ibuprofen 2400 mg | cerebrovascular accident | Yes [2] | Yes [2] |
| | 6388 | 08/14/1997 | 12 | 12 | Rofecoxib 12.5 mg | coronary artery disease | No | Yes [1, 2] |
| PN 034 | | | | | | | | |
| | 5246 | 11/07/1996 | 45 | 44 | Rofecoxib 25 mg | transient ischemic attack | No | Yes [2] |
| | 5320 | 11/11/1996 | 56 | 56 | Diclofenac 150 mg | cerebrovascular accident | Yes [2] | Yes [2] |
| | 5383 | 10/30/1996 | 188 | 133 | Rofecoxib 12.5 mg | myocardial infarction | Yes [2] | Yes [2] |
| | 5646 | 01/16/1997 | 1106 | 96 | Rofecoxib 25 mg | angina pectoris | No | Yes [2] |
| | 5599 | 04/11/1997 | 11 | 22 | Diclofenac 150 mg | myocardial infarction | Yes [2] | Yes [2] |
| | 5548 | 01/24/1997 | 294 | 138 | Rofecoxib 25 mg | acute myocardial infarction | Yes [2] | Yes [2] |
| | 5105 | 04/09/1997 | 64 | 69 | Rofecoxib 12.5 mg | cerebrovascular accident | Yes [2] | Yes [2] |
| | 5761 | 02/21/1997 | 216 | 216 | Diclofenac 150 mg | angina pectoris | No | Yes [2] |
| | 5398 | 01/22/1997 | 365 | 281 | Diclofenac 150 mg | angina pectoris | No | Yes [2] |

Rofecoxib CV update --data through 10-June'03

Confidential - Subject To Protective Order



MRK-I894080122

Listing of All CV Events in Rofecoxib Studies

| Case ID | AN | Randomization Date | Last Day on Treatment | Event Day | Last Treatment Before Event | Adverse Experience Description | APTC Event [included in analysis population]† | TCVSAE Event* [included in analysis population]† |
|---|---|---|---|---|---|---|---|---|
| PN 034 (cont.) | | | | | | | | |
| | 5788 | 04/24/1997 | 319 | 327 | Rofecoxib 12.5 mg | deep venous thrombosis | No | Yes [2] |
| | 5374 | 11/13/1996 | 567 | 504 | Rofecoxib 12.5 mg | unstable angina | No | Yes [2] |
| | 5334 | 10/31/1996 | 752 | 752 | Rofecoxib 25 mg | myocardial infarction | Yes [2] | Yes [2] |
| | 5665 | 01/30/1997 | 1091 | 689 | Rofecoxib 25 mg | cerebrovascular accident | Yes [2] | Yes [2] |
| | 5568 | 04/10/1997 | 719 | 720 | Diclofenac 150 mg | Hemorrhagic shock | Yes [2] | No |
| | 5330 | 10/14/1996 | 984 | 940 | Rofecoxib 12.5 mg | transient ischemic attack | No | Yes [2] |
| | 5192 | 12/17/1996 | 978 | 979 | Rofecoxib 25 mg | transient ischemic attack | No | Yes [2] |
| PN 035 | | | | | | | | |
| | 7953 | 01/27/1997 | 27 | 7 | Diclofenac 150 mg | coronary artery disease | No | Yes [2] |
| | 7517 | 12/05/1996 | 85 | 85 | Diclofenac 150 mg | cardiac arrest | Yes [2] | Yes [2] |
| | 7403 | 12/18/1996 | 102 | 103 | Diclofenac 150 mg | myocardial infarction | Yes [2] | Yes [2] |
| | 7462 | 01/22/1997 | 78 | 78 | Diclofenac 150 mg | cardiac arrest | Yes [2] | Yes [2] |
| | 8075 | 01/21/1997 | 97 | 97 | Rofecoxib 25 mg | coronary artery disease | No | Yes [2] |
| | 8075 | | | 106 | Rofecoxib 25 mg | coronary artery disease | No | Yes []* |
| | 7779 | 11/25/1996 | 179 | 169 | Rofecoxib 12.5 mg | myocardial infarction | Yes [2] | Yes [2] |
| | 7588 | 04/02/1997 | 52 | 52 | Rofecoxib 12.5 mg | Sudden/Unknown Cause of death | Yes [2] | Yes [2] |
| | 7502 | 12/23/1996 | 168 | 168 | Rofecoxib 25 mg | acute myocardial infarction | Yes [2] | Yes [2] |
| | 7922 | 01/24/1997 | 175 | 175 | Diclofenac 150 mg | Sudden Cardiac Death | Yes [2] | Yes [2] |
| | 8259 | 04/23/1997 | 97 | 90 | Diclofenac 150 mg | angina pectoris | No | Yes [2] |
| | 8129 | 03/20/1997 | 182 | 183 | Diclofenac 150 mg | cerebrovascular accident | Yes [2] | Yes [2] |
| | 8115 | 02/04/1997 | 267 | 267 | Rofecoxib 12.5 mg | deep venous thrombosis | No | Yes [2] |
| | 8125 | 02/26/1997 | 248 | 246 | Diclofenac 150 mg | coronary artery disease | No | Yes [2] |
| | 7532 | 04/17/1997 | 243 | 210 | Rofecoxib 25 mg | coronary artery disease | No | Yes [2] |
| | 8305 | 04/15/1997 | 232 | 221 | Rofecoxib 25 mg | deep venous thrombosis | No | Yes [2] |
| | 8208 | 04/22/1997 | 238 | 238 | Rofecoxib 12.5 mg | cerebrovascular accident | Yes [2] | Yes [2] |
| | 7631 | 02/26/1997 | 337 | 303 | Rofecoxib 12.5 mg | arterial occlusion | No | Yes [2] |
| | 7916 | 02/25/1997 | 350 | 357 | Diclofenac 150 mg | vascular insufficiency | No | Yes [2] |
| | 8119 | 03/06/1997 | 352 | 352 | Diclofenac 150 mg | myocardial infarction | Yes [2] | Yes [2] |
| | 7770 | 12/16/1996 | 778 | 485 | Diclofenac 150 mg | peripheral vascular disorder | No | Yes [2] |
| | 7615 | 12/02/1996 | 518 | 519 | Rofecoxib 25 mg | unstable angina | No | Yes [2] |
| | 7925 | 02/18/1997 | 533 | 533 | Rofecoxib 12.5 mg | angina pectoris | No | Yes [2] |
| | 7401 | 12/13/1996 | 745 | 607 | Diclofenac 150 mg | acute myocardial infarction | Yes [2] | Yes [2] |
| | 8353 | 04/21/1997 | 607 | 572 | Rofecoxib 12.5 mg | coronary artery disease | No | Yes [2] |
| | 7907 | 03/24/1997 | 753 | 753 | Rofecoxib 25 mg | deep venous thrombosis | No | Yes [2] |

Rofecoxib CV update --data through 10-June'03

Confidential - Subject To Protective Order