

MRK-I894O080123

Listing of All CV Events in Rofecoxib Studies

| Case ID | AN | Randomization Date | Last Day on Treatment | Event Day | Last Treatment Before Event | Adverse Experience Description | APTC Event* [included in analysis population]† | TCV SAE Event* [included in analysis population]† |
|---|---|---|---|---|---|---|---|---|
| PN 040 | | | | | | | | |
| | 9457 | 09/03/1997 | 43 | 45 | Rofecoxib 25 mg | myocardial infarction | Yes [1, 2] | Yes [1, 2] |
| PN 044 | | | | | | | | |
| | 5034 | 02/26/1997 | 10 | 8 | Rofecoxib 50 mg | cerebrovascular accident | Yes [1, 2] | Yes [1, 2] |
| | 5324 | 03/13/1997 | 9 | 9 | Rofecoxib 25 mg | coronary artery disease | No | Yes [1, 2] |
| | 5194 | 04/29/1997 | 46 | 46 | Rofecoxib 50 mg | cerebrovascular accident | Yes [1, 2] | Yes [1, 2] |
| | 5179 | 06/16/1997 | 106 | 106 | Rofecoxib 50 mg | cerebrovascular accident | Yes [1, 2] | Yes [1, 2] |
| PN 045 | | | | | | | | |
| | 48 | 05/09/1997 | 5 | 5 | Placebo | acute myocardial infarction | Yes [1] | Yes [1] |
| | 320 | 04/17/1997 | 98 | 95 | Placebo | unstable angina | No | Yes [1] |
| | 310 | 08/15/1997 | 27 | 30 | Ibuprofen 2400 mg | angina pectoris | No | Yes [2] |
| | 399 | 04/08/1997 | 168 | 163 | Rofecoxib 50 mg | deep venous thrombosis | No | Yes [1, 2] |
| | 726 | 08/19/1997 | 79 | 78 | Rofecoxib 50 mg | transient ischemic attack | No | Yes [1, 2] |
| | 1008 | 07/28/1997 | 170 | 134 | Rofecoxib 25 mg | transient ischemic attack | No | Yes [1, 2] |
| | 900 | 08/18/1997 | 112 | 124 | Placebo | myocardial infarction | Yes [1] | Yes [1] |
| PN 058 | | | | | | | | |
| | 1259 | 11/26/1997 | 17 | 18 | Rofecoxib 12.5 mg | myocardial infarction | Yes [1, 2] | Yes [1, 2] |
| | 1293 | 12/01/1997 | 146 | 148 | Rofecoxib 25 mg | coronary artery disease | No | Yes [2] |
| | 1293 | | 155 | 155 | Rofecoxib 25 mg | cerebrovascular accident | Yes [2] | Yes [2] |
| | 1633 | 02/12/1998 | 504 | 134 | Rofecoxib 12.5 mg | angina pectoris | No | Yes [2] |
| | 1283 | 02/16/1998 | 179 | 179 | Rofecoxib 12.5 mg | cardiac arrest | Yes [2] | Yes [2] |
| | 1483 | 01/12/1998 | 293 | 294 | Nabumetone 1500 mg | cerebrovascular accident | Yes [2] | Yes [2] |
| | 1530 | 12/09/1997 | 555 | 460 | Rofecoxib 12.5 mg | angina pectoris | No | Yes [2] |
| | 1713 | 10/02/1997 | 664 | 575 | Nabumetone 1500 mg | transient ischemic attack | No | Yes [2] |
| PN 068 | | | | | | | | |
| | 2368 | 04/13/1998 | 925 | 21 | Rofecoxib 25 mg | angina pectoris | No | Yes [1, 3] |
| | 2346 | 02/09/1998 | 317 | 318 | Naproxen 1000 mg | coronary artery disease | No | Yes [3] |
| | 2839 | 06/26/1998 | 181 | 182 | Rofecoxib 50 mg | cerebrovascular accident | Yes [3] | Yes [3] |
| | 2034 | 12/31/1997 | 364 | 364 | Rofecoxib 25 mg | arterial occlusion | No | Yes [3] |
| | 2627 | 03/31/1998 | 280 | 276 | Naproxen 1000 mg | cerebrovascular accident | Yes [3] | Yes [3] |
| | 2477 | 06/15/1998 | 295 | 292 | Naproxen 1000 mg | unstable angina | No | Yes [3] |
| | 2477 | | | 298 | Naproxen 1000 mg | unstable angina | No | Yes [3] |
| | 2369 | 04/08/1998 | 406 | 402 | Naproxen 1000 mg | unstable angina | No | Yes [3] |

58

Confidential - Subject To Protective Order

MRK-I894080124



## Listing of All CV Events in Rofecoxib Studies

| Case ID | AN | Randomization Date | Last Day on Treatment | Event Day | Last Treatment Before Event | Adverse Experience Description | APTC Event* [included in analysis population]† | TCVSAE Event* [included in analysis population]† |
|---|---|---|---|---|---|---|---|---|
| PN 068 (cont.) | | | | | | | | |
| | 2267 | 02/04/1998 | 524 | 524 | Rofecoxib 50 mg | myocardial infarction | Yes [3] | Yes [3] |
| | 2267 | | | 527 | Rofecoxib 50 mg | cerebrovascular accident | Yes [3] | Yes [3] |
| | 2683 | 04/21/1998 | 553 | 553 | Rofecoxib 50 mg | cerebrovascular accident | Yes [3] | Yes [3] |
| | 2885 | 06/06/1998 | 1090 | 509 | Rofecoxib 50 mg | carotid artery obstruction | Yes [3] | Yes [3] |
| | 2552 | 03/06/1998 | 1079 | 647 | Naproxen 1000 mg | acute myocardial infarction | Yes [3] | Yes [3] |
| | 2662 | 03/26/1998 | 708 | 635 | Rofecoxib 50 mg | carotid artery obstruction | Yes [3] | Yes [3] |
| | 2611 | 04/24/1998 | 859 | 859 | Rofecoxib 25 mg | arterial thrombosis | No | Yes [3] |
| | 2735 | 04/23/1998 | 1000 | 998 | Rofecoxib 50 mg | cerebrovascular accident | Yes [3] | Yes [3] |
| 595 | 2190 | 03/30/1998 | 17 | 22 | Rofecoxib 50 mg | Pulmonary embolism | No | Yes [1, 3] |
| PN 078 | | | | | | | | |
| 1 | 481 | 06/23/1998 | 205 | 56 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 2 | 585 | 08/20/1998 | 48 | 29 | Rofecoxib 25 mg | Transient ischemic attack | No | Yes [1] |
| 7 | 1218 | 09/04/1998 | 122 | 48 | Placebo | Unstable angina pectoris | No | Yes [1] |
| 14 | 737 | 07/16/1998 | 185 | 185 | Rofecoxib 25 mg | Sudden cardiac death | Yes [1] | Yes [1] |
| 18 | 1058 | 09/10/1998 | 677 | 123 | Placebo | Acute myocardial infarction | Yes [1] | Yes [1] |
| 72 | 1058 | | | 131 | Placebo | Unstable angina pectoris | No | Yes [1] |
| 36 | 1058 | | | 187 | Placebo | Unstable angina pectoris | No | Yes [1] |
| 22 | 1137 | 01/13/1999 | 5 | 5 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 35 | 770 | 09/10/1998 | 199 | 199 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 48 | 1163 | 07/21/1998 | 1470 | 249 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| 95 | 423 | 04/24/1999 | 187 | 54 | Rofecoxib 25 mg | Transient ischemic attack | No | Yes [1] |
| 96 | 1217 | 08/22/1998 | 216 | 219 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| 133 | 378 | 08/06/1999 | 1225 | 29 | Placebo | Transient ischemic attack | No | Yes [1] |
| 160 | 360 | 10/21/1998 | 444 | 356 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 377 | 360 | | | 444 | Placebo | Acute myocardial infarction | Yes [1] | Yes [1] |
| 163 | 882 | 04/30/1999 | 777 | 159 | Placebo | Acute myocardial infarction | Yes [1] | Yes [1] |
| 538 | 882 | | | 634 | Placebo | Unstable angina pectoris | No | Yes [1] |
| 710 | 882 | | | 759 | Placebo | Unstable angina pectoris | No | Yes [1] |
| 643 | 882 | | | 774 | Placebo | Unstable angina pectoris | No | Yes [1] |
| 201 | 1362 | 12/10/1998 | 1398 | 357 | Placebo | Acute myocardial infarction | Yes [1] | Yes [1] |
| 216 | 1170 | 05/15/1999 | 1330 | 105 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| 279 | 1378 | 10/09/1998 | 391 | 392 | Placebo | Sudden cardiac death | Yes [1] | Yes [1] |

Rofecoxib CV update --data through 10-June'03

Confidential - Subject To Protective Order

MRK-I894080125



Listing of All CV Events in Rofecoxib Studies

| Case ID | AN | Randomization Date | Last Day on Treatment | Event Day | Last Treatment Before Event | Adverse Experience Description | APTC Event* [included in analysis population]† | TCVSAE Event* [included in analysis population]† |
|---|---|---|---|---|---|---|---|---|
| PN 078 (cont.) | | | | | | | | |
| 291 | 1025 | 10/03/1998 | 128 | 125 | Rofecoxib 25 mg | Unstable angina pectoris | No | Yes [1] |
| 27 | 1025 | 10/12/1999 | 133 | 138 | Rofecoxib 25 mg | Fatal acute myocardial infarction | Yes [1] | Yes [1] |
| 318 | 920 | 10/12/1999 | 84 | 101 | Rofecoxib 25 mg | Hemorrhagic stroke | Yes [1] | No |
| 320 | 1547 | 01/27/2000 | 474 | 36 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 342 | 1651 | 01/21/2000 | | 64 | Placebo | Transient ischemic attack | No | Yes [1] |
| 349 | 1321 | 05/08/1999 | 339 | 338 | Rofecoxib 25 mg | Transient ischemic attack | No | Yes [1] |
| 361 | 195 | 08/22/1998 | 607 | 606 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| 366 | 1339 | 11/30/1999 | 136 | 141 | Placebo | Acute myocardial infarction | Yes [1] | Yes [1] |
| 367 | 1339 | 11/30/1999 | 136 | 141 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 380 | 1363 | 01/21/1999 | 490 | 490 | Placebo | Hemorrhagic stroke | Yes [1] | No |
| 389 | 759 | 09/18/1998 | 812 | 617 | Placebo | Acute myocardial infarction | No | Yes [1] |
| 390 | 760 | 09/10/1998 | 1464 | 615 | Rofecoxib 25 mg | Transient ischemic attack | Yes [1] | Yes [1] |
| 440 | 1588 | 02/03/2000 | 1097 | 189 | Placebo | Unstable angina pectoris | No | Yes [1] |
| 444 | 1061 | 09/17/1998 | 1342 | 706 | Placebo | Acute myocardial infarction | Yes [1] | Yes [1] |
| 449 | 106 | 09/17/1998 | 1097 | 707 | Placebo | Unstable angina pectoris | No | Yes [1] |
| 455 | 799 | 09/23/1999 | 308 | 312 | Rofecoxib 25 mg | Sudden cardiac death | Yes [1] | Yes [1] |
| 458 | 1151 | 04/06/1999 | 510 | 511 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| 461 | 146 | 03/17/1999 | 599 | 85 | Rofecoxib 25 mg | Transient ischemic attack | No | Yes [1] |
| 466 | 1096 | 10/21/1998 | 717 | 717 | Rofecoxib 25 mg | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 472 | 1345 | 10/20/1998 | 777 | 670 | Rofecoxib 25 mg | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 483 | 1256 | 01/13/1999 | 674 | 674 | Placebo | Sudden cardiac death | Yes [1] | Yes [1] |
| 486 | 248 | 11/13/1998 | 746 | 747 | Rofecoxib 25 mg | Sudden cardiac death | Yes [1] | Yes [1] |
| 487 | 335 | 12/15/1999 | 259 | 262 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 488 | 1172 | 05/06/1999 | 1343 | 570 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 503 | 1613 | 02/24/2000 | 519 | 306 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 516 | 1458 | 06/25/1999 | 824 | 519 | Placebo | Unstable angina pectoris | No | Yes [1] |
| 533 | 77 | 12/19/1998 | 1467 | 763 | Placebo | Peripheral venous thrombosis | No | Yes [1] |
| 541 | 1240 | 06/11/1999 | 515 | 516 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 551 | 334 | 11/03/1999 | 480 | 480 | Rofecoxib 25 mg | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 563 | 352 | 07/30/1999 | 323 | 322 | Rofecoxib 25 mg | Fatal hemorrhagic duodenal ulcer | No | No |
| 570 | 359 | 11/24/1998 | 624 | 624 | Rofecoxib 25 mg | Sudden cardiac death | Yes [1] | Yes [1] |
| 605 | 156 | 12/29/1998 | 1470 | 791 | Placebo | Acute myocardial infarction | Yes [1] | Yes [1] |

60

Confidential - Subject To Protective Order

MRK-I8940080126



Listing of All CV Events in Rofecoxib Studies

| Case ID | AN | Randomization Date | Last Day on Treatment | Event Day | Last Treatment Before Event | Adverse Experience Description | APTC Event [included in analysis population]† | TCVSAE Event [included in analysis population]† |
|---|---|---|---|---|---|---|---|---|
| PN 078 (cont.) | | | | | | | | |
| 608 | 377 | 08/07/1999 | 977 | 575 | Rofecoxib 25 mg | Unstable angina pectoris | No | Yes [1] |
| 623 | 600 | 02/08/2000 | 617 | 383 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 636 | 502 | 06/29/1999 | 760 | 683 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| 644 | 149 | 04/14/1999 | 767 | 768 | Rofecoxib 25 mg | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 645 | 925 | 04/17/1999 | 666 | 656 | Rofecoxib 25 mg | Transient ischemic attack | No | Yes [1] |
| 632 | 925 | | | 663 | Rofecoxib 25 mg | Unstable angina pectoris | No | Yes [.] |
| 647 | 470 | 02/27/1999 | 822 | 822 | Placebo | Acute myocardial infarction | Yes [1] | Yes [1] |
| 663 | 243 | 01/12/1999 | 1099 | 890 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| 666 | 1227 | 12/29/1998 | 1470 | 907 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 671 | 812 | 08/28/1998 | 1057 | 1054 | Rofecoxib 25 mg | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 676 | 815 | 06/30/1999 | 753 | 753 | Rofecoxib 25 mg | Sudden cardiac death | Yes [1] | Yes [1] |
| 678 | 1445 | 02/20/1999 | 884 | 884 | Placebo | Fatal hemorrhagic stroke | Yes [1] | No |
| 690 | 819 | 07/21/1999 | 747 | 709 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| 695 | 1666 | 02/16/2000 | 554 | 555 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 704 | 47 | 05/19/1999 | 856 | 856 | Rofecoxib 25 mg | Transient ischemic attack | No | Yes [1] |
| 711 | 621 | 10/15/1999 | 692 | 692 | Placebo | Sudden cardiac death | Yes [1] | Yes [1] |
| 715 | 839 | 08/19/1998 | 1462 | 957 | Rofecoxib 25 mg | Unstable angina pectoris | No | Yes [1] |
| 733 | 270 | 04/23/1999 | 924 | 931 | Rofecoxib 25 mg | Unstable angina pectoris | No | Yes [1] |
| 741 | 188 | 06/11/1998 | 1260 | 1263 | Placebo | Fatal acute myocardial infarction | Yes [1] | Yes [1] |
| 746 | 607 | 10/01/1998 | 1277 | 1150 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| 753 | 538 | 10/24/1998 | 1076 | 1076 | Placebo | Unstable angina pectoris | No | Yes [1] |
| 764 | 376 | 05/05/1999 | 1284 | 931 | Rofecoxib 25 mg | Unstable angina pectoris | No | Yes [1] |
| 893 | 376 | | | 1284 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1]§ |
| 789 | 1577 | 03/16/2000 | 707 | 707 | Rofecoxib 25 mg | Sudden cardiac death | Yes [1] | Yes [1] |
| 807 | 323 | 01/13/1999 | 1193 | 1196 | Placebo | Unknown cause of death | Yes [1] | No |
| 811 | 127 | 09/30/1999 | 1062 | 957 | Placebo | Pulmonary embolism | No | Yes [1] |
| 813 | 1248 | 02/18/2000 | 800 | 801 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| 825 | 130 | 08/29/1998 | 1477 | 1363 | Placebo | Acute myocardial infarction | Yes [1] | Yes [1] |
| 826 | 928 | 03/18/1999 | 1187 | 1187 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| 839 | 1169 | 06/16/1999 | 1184 | 1151 | Placebo | Transient ischemic attack | No | Yes [1] |
| 937 | 1169 | | | 1153 | Placebo | Transient ischemic attack | No | Yes [1]§ |
| 855 | 1280 | 11/23/1999 | 1170 | 1060 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| 886 | 1543 | 04/01/2000 | 954 | 967 | Placebo | Unknown cause of death | Yes [1] | No |

Rofecoxib CV update --data through 10-June'03

61

Confidential - Subject To Protective Order

MRK-I894008O127



Listing of All CV Events in Rofecoxib Studies

| Case ID | AN | Randomization Date | Last Day on Treatment | Event Day | Last Treatment Before Event | Adverse Experience Description | APTC Event* [included in analysis population]† | TCVSAE Event* [included in analysis population]† |
|---|---|---|---|---|---|---|---|---|
| PN 078 (cont.) | | | | | | | | |
| 900 | 1365 | 02/05/1999 | 1450 | 1450 | Rofecoxib 25 mg | Sudden cardiac death | Yes [1] | Yes [1] |
| 913 | 1133 | 10/13/1998 | 217 | 216 | Placebo | Peripheral venous thrombosis | No | Yes [1] |
| 927 | 826 | 01/25/2000 | 1014 | 1010 | Rofecoxib 25 mg | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 928 | 826 | | | 1015 | Rofecoxib 25 mg | Ischemic cerebrovascular stroke | Yes []§ | Yes []§ |
| 929 | 1478 | 12/15/1998 | 1184 | 1185 | Rofecoxib 25 mg | Unstable angina pectoris | No | Yes [1] |
| PN 083 | | | | | | | | |
| 23 | 63 | 09/11/1998 | 153 | 153 | Ibuprofen 2400 mg | Sudden cardiac death | Yes [2] | Yes [2] |
| 137 | 848 | 10/14/1998 | 295 | 290 | Ibuprofen 2400 mg | Acute myocardial infarction | Yes [2] | Yes [2] |
| 315 | 848 | | | 302 | Ibuprofen 2400 mg | Unstable angina pectoris | No | Yes []§ |
| 140 | 252 | 06/18/1998 | 461 | 451 | Ibuprofen 2400 mg | Unstable angina pectoris | No | Yes [2] |
| 141 | 702 | 09/08/1998 | 388 | 366 | Ibuprofen 2400 mg | Acute myocardial infarction | Yes [2] | Yes [2] |
| PN 085 | | | | | | | | |
| 31 | 1353 | 02/01/1999 | 40 | 41 | Rofecoxib 12.5 mg | Acute myocardial infarction | Yes [1, 2] | Yes [1, 2] |
| PN 088 | | | | | | | | |
| 41 | 1257 | 03/08/1999 | 27 | 30 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 42 | 862 | 03/08/1999 | 26 | 25 | Naproxen 1000 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 53 | 406 | 02/16/1999 | 54 | 54 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 54 | 1224 | 03/22/1999 | 41 | 41 | Rofecoxib 50 mg | Fatal acute myocardial infarction | Yes [3] | Yes [3] |
| 55 | 194 | 02/08/1999 | 74 | 73 | Rofecoxib 50 mg | Transient ischemic attack | No | Yes [3] |
| 62 | 560 | 04/01/1999 | 42 | 38 | Naproxen 1000 mg | Unstable angina pectoris | No | Yes [3] |
| 272 | 560 | | | 42 | Naproxen 1000 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 69 | 165 | 02/16/1999 | 101 | 101 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 77 | 3215 | 05/21/1999 | 20 | 30 | Naproxen 1000 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes []§ |
| 81 | 2331 | 04/28/1999 | 28 | 28 | Rofecoxib 50 mg | Peripheral venous thrombosis | No | Yes [3] |
| 87 | 887 | 03/04/1999 | 182 | 67 | Rofecoxib 50 mg | Unstable angina pectoris | No | Yes [3] |
| 90 | 3062 | 05/20/1999 | 31 | 32 | Rofecoxib 50 mg | Unstable angina pectoris | No | Yes [3] |
| 109 | 2473 | 04/18/1999 | 23 | 16 | Naproxen 1000 mg | Unstable angina pectoris | No | Yes [3] |
| 111 | 2336 | 05/27/1999 | 55 | 67 | Rofecoxib 50 mg | Hemorrhagic stroke | Yes [3] | No |
| 122 | 1746 | 05/14/1999 | 65 | 65 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 142 | 2759 | 05/19/1999 | 93 | 94 | Rofecoxib 50 mg | Sudden cardiac death | Yes [3] | Yes [3] |
| 143 | 70 | 03/08/1999 | 193 | 193 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |

Confidential - Subject To Protective Order

MRK-I8940080128



Listing of All CV Events in Rofecoxib Studies

| Case ID | AN | Randomization Date | Last Day on Treatment | Event Day | Last Treatment Before Event | Adverse Experience Description | APTC Event* [included in analysis population]† | TCVSAE Event* [included in analysis population]† |
|---|---|---|---|---|---|---|---|---|
| PN 088 (cont) | | | | | | | | |
| 144 | 324 | 03/31/1999 | 174 | 174 | Rofecoxib 50 mg | Sudden cardiac death | Yes [3] | Yes [3] |
| 153 | 1311 | 03/17/1999 | 183 | 167 | Naproxen 1000 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 180 | 38 | 02/16/1999 | 257 | 257 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 182 | 2923 | 05/17/1999 | 164 | 165 | Naproxen 1000 mg | Fatal ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 235 | 536 | 04/06/1999 | 264 | 257 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 236 | 2760 | 05/20/1999 | 201 | 201 | Naproxen 1000 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 237 | 955 | 03/12/1999 | 279 | 272 | Rofecoxib 50 mg | Transient ischemic attack | No | Yes [3] |
| 238 | 2319 | 05/13/1999 | 128 | 123 | Rofecoxib 50 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 239 | 1913 | 06/22/1999 | 51 | 42 | Rofecoxib 50 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 240 | 2653 | 05/21/1999 | 152 | 152 | Rofecoxib 50 mg | Unstable angina pectoris | No | Yes [3] |
| 248 | 3312 | 06/21/1999 | 66 | 79 | Naproxen 1000 mg | Peripheral venous thrombosis | No | Yes [3] |
| 249 | 1535 | 03/16/1999 | 288 | 282 | Naproxen 1000 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 250 | 2310 | 05/03/1999 | 179 | 179 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 265 | 2632 | 05/18/1999 | 17 | 17 | Naproxen 1000 mg | Sudden cardiac death | Yes [3] | Yes [3] |
| 266 | 807 | 03/24/1999 | 330 | 253 | Naproxen 1000 mg | Unstable angina pectoris | No | Yes [3] |
| 267 | 1428 | 03/22/1999 | 295 | 264 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 268 | 797 | 03/12/1999 | 305 | 264 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 273 | 1888 | 05/20/1999 | 246 | 216 | Naproxen 1000 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 275 | 2044 | 04/21/1999 | 253 | 254 | Rofecoxib 50 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 293 | 1449 | 04/12/1999 | 286 | 279 | Rofecoxib 50 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 294 | 2229 | 05/27/1999 | 246 | 247 | Naproxen 1000 mg | Sudden cardiac death | Yes [3] | Yes [3] |
| 297 | 699 | 03/01/1999 | 333 | 294 | Rofecoxib 50 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 301 | 1870 | 04/08/1999 | 306 | 258 | Rofecoxib 50 mg | Peripheral arterial thrombosis | No | Yes [3] |
| 304 | 2214 | 06/01/1999 | 251 | 252 | Rofecoxib 50 mg | Peripheral venous thrombosis | No | Yes [3] |

Rofecoxib CV update --data through 10-June'03

63

Confidential - Subject To Protective Order



MRK-I894080129

Listing of All CV Events in Rofecoxib Studies

| Case ID | AN | Randomization Date | Last Day on Treatment | Event Day | Last Treatment Before Event | Adverse Experience Description | APTC Event[*] [included in analysis population][†] | TCVSAE Event[*] [included in analysis population][†] |
|---|---|---|---|---|---|---|---|---|
| PN 088 (cont) | | | | | | | | |
| 305 | 3895 | 06/10/1999 | 250 | 239 | Naproxen 1000 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 309 | 1997 | 03/25/1999 | 343 | 305 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 325 | 2864 | 06/02/1999 | 227 | 220 | Rofecoxib 50 mg | Peripheral venous thrombosis | No | Yes [3] |
| 328 | 518 | 03/04/1999 | 292 | 294 | Rofecoxib 50 mg | Peripheral venous thrombosis | No | Yes [3] |
| 329 | 1657 | 04/01/1999 | 320 | 322 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| PN 089 | | | | | | | | |
| | 7732 | 05/12/1999 | 60 | 61 | Naproxen 1000 mg | Unknown cause of death | Yes [3] | Yes [3] |
| | 8104 | 05/07/1999 | 100 | 101 | Rofecoxib 50 mg | Hemorrhage | Yes [3] | No |
| 57 | 6229 | 04/22/1999 | 4 | 8 | Rofecoxib 50 mg | Unstable angina pectoris | No | Yes [3] |
| 88 | 7961 | 06/24/1999 | 18 | 17 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 105 | 7277 | 04/21/1999 | 98 | 96 | Rofecoxib 50 mg | Unstable angina pectoris | No | Yes [3] |
| 107 | 8672 | 06/08/1999 | 10 | 7 | Naproxen 1000 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 124 | 10163 | 06/10/1999 | 79 | 79 | Naproxen 1000 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 128 | 8249 | 06/17/1999 | 60 | 61 | Rofecoxib 50 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 149 | 8891 | 05/20/1999 | 105 | 90 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 150 | 5915 | 04/20/1999 | 168 | 145 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 155 | 6006 | 03/30/1999 | 206 | 160 | Rofecoxib 50 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 157 | 10677 | 06/16/1999 | 120 | 91 | Rofecoxib 50 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 215 | 10677 | | | 133 | Rofecoxib 50 mg | Ischemic cerebrovascular stroke | Yes [ ] | Yes [ ] |
| 165 | 7973 | 05/21/1999 | 147 | 147 | Rofecoxib 50 mg | Fatal acute myocardial infarction | Yes [3] | Yes [3] |
| 176 | 8668 | 06/21/1999 | 134 | 132 | Rofecoxib 50 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 184 | 8589 | 06/10/1999 | 156 | 155 | Rofecoxib 50 mg | Peripheral venous thrombosis | No | Yes [3] |
| 186 | 10466 | 06/03/1999 | 19 | 19 | Rofecoxib 50 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 193 | 5101 | 01/25/1999 | 288 | 288 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 194 | 8895 | 06/02/1999 | 176 | 163 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 202 | 5591 | 03/31/1999 | 206 | 206 | Rofecoxib 50 mg | Fatal hemorrhagic stroke | Yes [3] | No |
| 203 | 6703 | 04/27/1999 | 204 | 205 | Naproxen 1000 mg | Fatal hemorrhagic stroke | Yes [3] | No |
| 244 | 6057 | 04/16/1999 | 200 | 200 | Naproxen 1000 mg | Sudden cardiac death | Yes [3] | Yes [3] |
| 252 | 5305 | 03/15/1999 | 308 | 309 | Rofecoxib 50 mg | Sudden cardiac death | Yes [3] | Yes [3] |
| 298 | 7769 | 05/18/1999 | 266 | 266 | Naproxen 1000 mg | Sudden cardiac death | Yes [3] | Yes [3] |
| 311 | 7670 | 05/04/1999 | 282 | 283 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |

64

Rofecoxib CV update --data through 10-June'03

Confidential - Subject To Protective Order

MRK-I8940080130



Listing of All CV Events in Rofecoxib Studies

| Case ID | AN | Randomization Date | Last Day on Treatment | Event Day | Last Treatment Before Event | Adverse Experience Description | APTC Event[*] [included in analysis population][†] | TCVSAE Event[*] [included in analysis population][†] |
|---|---|---|---|---|---|---|---|---|
| **PN 090** | | | | | | | | |
| 9 | 2256 | 11/25/1998 | 15 | 16 | Rofecoxib 12.5 mg | Acute myocardial infarction | Yes [1, 2] | Yes [1, 2] |
| 15 | 2695 | 12/15/1998 | 8 | 8 | Rofecoxib 12.5 mg | Acute myocardial infarction | Yes [1, 2] | Yes [1, 2] |
| 16 | 2224 | 12/17/1998 | 27 | 27 | Rofecoxib 12.5 mg | Ischemic cerebrovascular stroke | Yes [1, 2] | Yes [1, 2] |
| 21 | 3012 | 01/25/1999 | 2 | 3 | Nabumetone 1500 mg | Acute myocardial infarction | Yes [2] | Yes [2] |
| 24 | 3286 | 02/09/1999 | 1 | 1 | Rofecoxib 12.5 mg | Acute myocardial infarction | Yes [1, 2] | Yes [1, 2] |
| 30 | 3177 | 02/11/1999 | 21 | 21 | Rofecoxib 12.5 mg | Transient ischemic attack | No | Yes [1, 2] |
| **PN 091** | | | | | | | | |
| 61 | 624 | 03/23/1999 | 47 | 47 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 125 | 613 | 04/28/1999 | 98 | 109 | Placebo | Peripheral venous thrombosis | No | Yes [1] |
| 138 | 728 | 03/27/1999 | 270 | 114 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| 169 | 155 | 04/03/1999 | 453 | 199 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 170 | 963 | 07/14/1999 | 464 | 78 | Placebo | Acute myocardial infarction | Yes [1] | Yes [1] |
| 376 | 963 | | | 196 | Placebo | Unstable angina pectoris | No | Yes [.] |
| 171 | 601 | 02/24/1999 | 227 | 228 | Rofecoxib 25 mg | Sudden cardiac death | Yes [1] | Yes [1] |
| 172 | 460 | 02/18/1999 | 448 | 233 | Placebo | Acute myocardial infarction | Yes [1] | Yes [1] |
| 188 | 356 | 03/23/1999 | 240 | 222 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 192 | 230 | 04/17/1999 | 434 | 201 | Placebo | Peripheral arterial thrombosis | No | Yes [1] |
| 204 | 350 | 03/24/1999 | 233 | 233 | Placebo | Acute myocardial infarction | Yes [1] | Yes [1] |
| 219 | 827 | 06/19/1999 | 70 | 70 | Placebo | Fatal hemorrhagic stroke | Yes [1] | No |
| 295 | 761 | 04/14/1999 | 450 | 267 | Placebo | Acute myocardial infarction | Yes [1] | Yes [1] |
| 374 | 831 | 07/15/1999 | 296 | 296 | Rofecoxib 25 mg | Fatal ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 410 | 116 | 07/15/1999 | 362 | 363 | Placebo | Unstable angina pectoris | No | Yes [1] |
| 419 | 332 | 08/28/1999 | 327 | 316 | Rofecoxib 25 mg | Fatal acute myocardial infarction | Yes [1] | Yes [1] |
| 448 | 784 | 06/05/1999 | 458 | 458 | Placebo | Sudden cardiac death | Yes [1] | Yes [1] |
| 478 | 961 | 07/08/1999 | 337 | 338 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 532 | 956 | 09/01/1999 | 16 | 16 | Placebo | Fatal ruptured aortic aneurysm | Yes [1] | No |

65

Confidential - Subject To Protective Order



MRK-I894080131

Listing of All CV Events in Rofecoxib Studies

| Case ID | AN | Randomization Date | Last Day on Treatment | Event Day | Last Treatment Before Event | Adverse Experience Description | APTC Event [included in analysis population][†] | TCVSAE Event [included in analysis population][†] |
|---|---|---|---|---|---|---|---|---|
| PN 096 | | | | | | | | |
| 93 | 4105 | 05/28/1999 | 29 | 14 | Rofecoxib 12.5 mg | Acute myocardial infarction | Yes [1, 3] | Yes [1, 3] |
| 190 | 3457 | 06/04/1999 | 160 | 161 | Rofecoxib 25 mg | Transient ischemic attack | No | Yes [3] |
| 191 | 3397 | 06/10/1999 | 154 | 155 | Rofecoxib 25 mg | Transient ischemic attack | No | Yes [3] |
| 206 | 3545 | 09/07/1999 | 84 | 79 | Rofecoxib 12.5 mg | Transient ischemic attack | No | Yes [1, 3] |
| 207 | 4266 | 07/02/1999 | 658 | 152 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 307 | 3151 | 08/16/1999 | 187 | 179 | Rofecoxib 25 mg | Unstable angina pectoris | No | Yes [3] |
| 338 | 3407 | 02/16/2000 | 40 | 41 | Rofecoxib 12.5 mg | Acute myocardial infarction | Yes [1, 3] | Yes [1, 3] |
| 373 | 4043 | 02/29/2000 | 10 | 10 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1, 3] | Yes [1, 3] |
| 441 | 3122 | 04/21/1999 | 482 | 482 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 499 | 3185 | 07/22/1999 | 500 | 500 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 600 | 3573 | 11/23/1999 | 468 | 469 | Naproxen 1000 mg | Unstable angina pectoris | No | Yes [3] |
| 601 | 4062 | 01/12/2000 | 449 | 437 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 626 | 3709 | 10/26/1999 | 474 | 295 | Rofecoxib 25 mg | Acute myocardial infarction | No | Yes [3] |
| 648 | 4492 | 09/28/1999 | 728 | 606 | Naproxen 1000 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 739 | 3715 | 10/26/1999 | 772 | 763 | Naproxen 1000 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| PN 097 | | | | | | | | |
| 256 | 5624 | 07/19/1999 | 172 | 177 | Rofecoxib 50 mg | Unstable angina pectoris | No | Yes [3] |
| 313 | 5918 | 09/29/1999 | 372 | 143 | Rofecoxib 50 mg | Peripheral venous thrombosis | No | Yes [3] |
| 368 | 6188 | 12/28/1999 | 130 | 131 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 411 | 5609 | 10/26/1999 | 247 | 248 | Rofecoxib 50 mg | Sudden cardiac death | Yes [3] | Yes [3] |
| 450 | 5057 | 10/04/1999 | 365 | 330 | Rofecoxib 50 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 460 | 5194 | 12/21/1999 | 290 | 290 | Naproxen 1000 mg | Fatal acute myocardial infarction | Yes [3] | Yes [3] |
| 470 | 6354 | 11/10/1999 | 341 | 341 | Rofecoxib 50 mg | Fatal acute myocardial infarction | Yes [3] | Yes [3] |
| 546 | 5084 | 10/18/1999 | 729 | 389 | Rofecoxib 50 mg | Transient ischemic attack | No | Yes [3] |
| 628 | 6415 | 07/26/1999 | 597 | 597 | Rofecoxib 25 mg | Fatal GI hemorrhage | Yes [3] | No |
| 694 | 5701 | 10/08/1999 | 732 | 702 | Rofecoxib 50 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 701 | 5667 | 08/20/1999 | 640 | 643 | Rofecoxib 25 mg | Unstable angina pectoris | No | Yes [3] |
| PN 098 | | | | | | | | |
| 208 | 14062 | 09/01/1999 | 85 | 77 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |

Rofecoxib CV update --data through 10-June'03

66

Confidential - Subject To Protective Order

MRK-I894008O132



Listing of All CV Events in Rofecoxib Studies

| Case ID | AN | Randomization Date | Last Day on Treatment | Event Day | Last Treatment Before Event | Adverse Experience Description | APTC Event* [included in analysis population]† | TCVSAE Event* [included in analysis population]† |
|---|---|---|---|---|---|---|---|---|
| **PN 102** | | | | | | | | |
|  | 3423 | 08/25/1999 | 41 | 43 | Rofecoxib 25 mg | Arterial rupture | Yes [3] | No |
|  | 5005 | 09/11/1999 | 41 | 41 | Rofecoxib 25 mg | Unknown cause of death | Yes [3] | Yes [3] |
| 82 | 47 | 05/05/1999 | 36 | 37 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 136 | 4783 | 08/18/1999 | 33 | 32 | Naproxen 1000 mg | Peripheral venous thrombosis | No | Yes [3] |
| 159 | 3700 | 08/18/1999 | 43 | 44 | Rofecoxib 25 mg | Sudden cardiac death | Yes [3] | Yes [3] |
| 173 | 6272 | 10/20/1999 | 1 | 1 | Rofecoxib 25 mg | Transient ischemic attack | No | Yes [3] |
| 177 | 5108 | 09/08/1999 | 60 | 60 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 178 | 2792 | 07/29/1999 | 85 | 90 | Naproxen 1000 mg | Peripheral venous thrombosis | No | Yes [3] |
| 189 | 5382 | 10/22/1999 | 7 | 7 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 209 | 3155 | 06/19/1999 | 48 | 52 | Naproxen 1000 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 210 | 4746 | 11/04/1999 | 35 | 24 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 220 | 4049 | 10/15/1999 | 60 | 60 | Rofecoxib 25 mg | Sudden cardiac death | Yes [3] | Yes [3] |
| 222 | 2182 | 07/21/1999 | 84 | 27 | Naproxen 1000 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 226 | 3189 | 07/13/1999 | 86 | 59 | Naproxen 1000 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 227 | 6480 | 10/15/1999 | 89 | 27 | Naproxen 1000 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 228 | 5761 | 09/18/1999 | 84 | 68 | Naproxen 1000 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 231 | 2176 | 10/06/1999 | 1 | 13 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 257 | 665 | 11/05/1999 | 59 | 59 | Naproxen 1000 mg | Acute myocardial infarction | Yes [3] | Yes [3] |
| 258 | 5751 | 11/15/1999 | 45 | 42 | Rofecoxib 25 mg | Unstable angina pectoris | No | Yes [3] |
| 282 | 1418 | 07/29/1999 | 21 | 21 | Naproxen 1000 mg | Unstable angina pectoris | No | Yes [3] |
| 289 | 1955 | 07/28/1999 | 43 | 45 | Rofecoxib 25 mg | Hemorrhagic stroke | Yes [3] | No |
| 296 | 6099 | 10/28/1999 | 75 | 72 | Naproxen 1000 mg | Ischemic cerebrovascular stroke | Yes [3] | Yes [3] |
| 383 | 4129 | 10/16/1999 | 81 | 66 | Naproxen 1000 mg | Unstable angina pectoris | No | Yes [3] |
| **PN 120** | | | | | | | | |
| 375 | 1154 | 05/10/2000 | 4 | 4 | Rofecoxib 50 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| **PN 126** | | | | | | | | |
| 358 | 664 | 04/12/2000 | 342 | 10 | Rofecoxib 25 mg | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 442 | 260 | 05/08/2000 | 151 | 69 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 453 | 532 | 08/04/2000 | 48 | 50 | Rofecoxib 25 mg | Fatal hemorrhagic stroke | Yes [1] | No |
| 491 | 639 | 04/27/2000 | 197 | 198 | Placebo | Acute myocardial infarction | Yes [1] | Yes [1] |
| 493 | 661 | 04/08/2000 | 234 | 236 | Placebo | Fatal acute myocardial infarction | Yes [1] | Yes [1] |
| 495 | 138 | 04/26/2000 | 226 | 228 | Rofecoxib 25 mg | Acute myocardial infarction | Yes [1] | Yes [1] |
| 507 | 486 | 12/06/2000 | 86 | 31 | Rofecoxib 25 mg | Transient ischemic attack | No | Yes [1] |

Rofecoxib CV update --data through 10-June'03

67

Confidential - Subject To Protective Order

MRK-I8940080133



## Listing of All CV Events in Rofecoxib Studies

| Case ID | AN | Randomization Date | Last Day on Treatment | Event Day | Last Treatment Before Event | Adverse Experience Description | APTC Event* [included in analysis population]† | TCVSAE Event* [included in analysis population]† |
|---|---|---|---|---|---|---|---|---|
| PN 126 (cont.) | | | | | | | | |
| 508 | 253 | 10/20/2000 | 158 | 56 | Rofecoxib 25 mg | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 511 | 743 | 10/07/2000 | 88 | 90 | Rofecoxib 25 mg | Fatal hemorrhagic stroke | Yes [1] | No |
| 548 | 693 | 12/28/2000 | 90 | 57 | Placebo | Transient ischemic attack | No | Yes [1] |
| 583 | 635 | 05/06/2000 | 215 | 216 | Placebo | Fatal GI Bleed | Yes [1] | No |
| 614 | 2 | 05/06/2000 | 205 | 206 | Rofecoxib 25 mg | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 615 | 25 | 08/09/2000 | 199 | 198 | Placebo | Ischemic cerebrovascular stroke | Yes [1] | Yes [1] |
| 616 | 616 | 02/13/2001 | 66 | 10 | Rofecoxib 25 mg | Transient ischemic attack | No | Yes [1] |
| PN 136 | | | | | | | | |
| 664 | 6009 | 06/12/2001 | 10 | 10 | Rofecoxib 25 mg | Ischemic cerebrovascular stroke | Yes [1, 2] | Yes [1, 2] |
| PN 901 | | | | | | | | |
| 33 | 2301 | 02/15/1999 | 3 | 3 | Rofecoxib 12.5 mg | Sudden cardiac death | Yes [3] | Yes [3] |
| PN 903 | | | | | | | | |
| 323 | 9145 | 10/06/1999 | 78 | 84 | Naproxen 1000 mg | Transient ischemic attack | No | Yes [3] |

* Includes ALL events that occurred within up to 14 days from the last day of prime therapy; APTC = Antiplatelet Trialists' Collaboration. TCVSAE = Thrombotic Cardiovascular Serious Adverse Experience.

† Only first time-to-events within each population are included in the analysis. Population =1 is Placebo Controlled Data, =2 is Non-Naproxen NSAIDS Controlled Data, =3 is Naproxen Controlled Data.

§ Excluded as the event is a multiple event for the patient qualified for the endpoint.

Notes

1. APTC – 13 new events with Protocol & CASE IDs: **Protocol 078:** 746, 893, 789, 807, 813, 825, 826, 855, 886, 900, 927, 928; **Protocol 136:** 664. CASE ID 928 was excluded from the analysis due to multiple event.

2. TCVSAE -- 18 new events with Protocol & CASE IDs: **Protocol 078:** 704, 746, 764, 893, 789, 811, 813, 825, 826, 839, 937, 855, 900, 913, 927, 928, 929; **Protocol 136:** 664. CASE IDs 893, 937, and 928 were excluded from the analysis due to multiple events.

3. Also two previously identified events (Case IDs 644 and 695 from PN 078, both APTC and TCVSAE events) excluded from the past analyses and included back in this update due to the revision in the protocol 078 database on study stop-date for those patients

Rofecoxib CV update --data through 10-June'03

Confidential - Subject To Protective Order

**Exhibit H**

The NEW ENGLAND JOURNAL of MEDICINE

---

ORIGINAL ARTICLE

# Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial

Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Hui Quan, Ph.D.,
James A. Bolognese, M.Stat., Bettina Oxenius, M.D., Kevin Horgan, M.D.,
Christopher Lines, Ph.D., Robert Riddell, M.D., Dion Morton, M.D.,
Angel Lanas, M.D., Marvin A. Konstam, M.D., and John A. Baron, M.D.,
for the Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators*

---

## ABSTRACT

From the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, Houston (R.S.B.); the Department of Medicine, University of North Carolina at Chapel Hill, Chapel Hill (R.S.S.); Merck Research Laboratories, West Point, Pa. (H.Q., J.A. Bolognese, B.O., K.H., C.L.); the Department of Pathology, Mount Sinai Hospital, Toronto (R.R.); the Department of Surgery, University of Birmingham, Birmingham, United Kingdom (D.M.); the Department of Medicine, Clinic University Hospital, Zaragoza, Spain (A.L.); the Department of Medicine, Tufts–New England Medical Center, Boston (M.A.K.); and the Departments of Medicine and Community and Family Medicine, Dartmouth Medical School, Hanover, N.H. (J.A. Baron). Address reprint requests to Dr. Bresalier at the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, 1515 Holcombe Blvd., Houston, TX 77030-4009, or at rbresali@mdanderson.org.

*The members of the APPROVe Trial are listed in the Appendix.

This article was published at www.nejm.org on February 15, 2005.

N Engl J Med 2005;352:1092-102.
Copyright © 2005 Massachusetts Medical Society.

### BACKGROUND

Selective inhibition of cyclooxygenase-2 (COX-2) may be associated with an increased risk of thrombotic events, but only limited long-term data have been available for analysis. We report on the cardiovascular outcomes associated with the use of the selective COX-2 inhibitor rofecoxib in a long-term, multicenter, randomized, placebo-controlled, double-blind trial designed to determine the effect of three years of treatment with rofecoxib on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colorectal adenomas.

### METHODS

A total of 2586 patients with a history of colorectal adenomas underwent randomization: 1287 were assigned to receive 25 mg of rofecoxib daily, and 1299 to receive placebo. All investigator-reported serious adverse events that represented potential thrombotic cardiovascular events were adjudicated in a blinded fashion by an external committee.

### RESULTS

A total of 46 patients in the rofecoxib group had a confirmed thrombotic event during 3059 patient-years of follow-up (1.50 events per 100 patient-years), as compared with 26 patients in the placebo group during 3327 patient-years of follow-up (0.78 event per 100 patient-years); the corresponding relative risk was 1.92 (95 percent confidence interval, 1.19 to 3.11; P=0.008). The increased relative risk became apparent after 18 months of treatment; during the first 18 months, the event rates were similar in the two groups. The results primarily reflect a greater number of myocardial infarctions and ischemic cerebrovascular events in the rofecoxib group. There was earlier separation (at approximately five months) between groups in the incidence of nonadjudicated investigator-reported congestive heart failure, pulmonary edema, or cardiac failure (hazard ratio for the comparison of the rofecoxib group with the placebo group, 4.61; 95 percent confidence interval, 1.50 to 18.83). Overall and cardiovascular mortality was similar in the two groups.

### CONCLUSIONS

Among patients with a history of colorectal adenomas, the use of rofecoxib was associated with an increased cardiovascular risk.

Downloaded from www.nejm.org by KEVIN MILES on January 17, 2006 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

NONSTEROIDAL ANTIINFLAMMATORY drugs (NSAIDs) alleviate pain and inflammation but may cause gastrointestinal ulceration and bleeding, presumably by inhibiting cyclooxygenase (COX)–mediated production of prostaglandins. The discovery that there were two forms of cyclooxygenase, 1 (COX-1) and 2 (COX-2), provided the impetus for the development of selective inhibitors of COX-2 with a reduced risk of gastrointestinal complications whose analgesic and antiinflammatory efficacy was likely to be similar to that of nonselective COX inhibitors.

COX-2 is expressed at sites of inflammation, such as in atheromatous plaques, and in neoplasms, raising the possibility that COX-2 inhibition might also be useful in the treatment or prevention of atherosclerosis and various cancers.[1,2] However, predicting the consequences of COX-2 inhibition on cardiovascular disease is not a straightforward proposition. COX-2 inhibition has several effects that could increase the risk of cardiovascular disease, including reducing prostacyclin levels, increasing blood pressure, decreasing angiogenesis,[3-11] and destabilizing plaque.[12]

Rofecoxib is a selective COX-2 inhibitor that has been shown to be associated with significantly fewer gastrointestinal adverse events than NSAIDs.[13] In one trial,[13] there were more cardiovascular events among patients given a high dose of rofecoxib than among those given naproxen, an NSAID with platelet-inhibiting properties of unclear clinical relevance.[4,5,14-16] Pooled data from other randomized trials have not shown a significant difference in cardiovascular risk between rofecoxib and placebo or other nonselective NSAIDs.[4,5,17] Observational studies have provided conflicting data on the association of rofecoxib with cardiovascular risk: some studies suggested that there was no effect, some suggested that the risk was increased only at high doses, and others indicated a possible increase in the risk of cardiovascular events at standard or unspecified doses.[6,9,11,18-21]

The Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial was designed to evaluate the hypothesis that three years of treatment with rofecoxib would reduce the risk of recurrent adenomatous polyps among patients with a history of colorectal adenomas. Potential thrombotic events were adjudicated by an independent committee, and all safety data were monitored by an external safety-monitoring committee. We report the cardiovascular findings from the study.

## METHODS

### DESIGN OF THE TRIAL

Enrollment occurred from February 2000 to November 2001 at 108 centers in 29 countries. Participating investigators are listed in the Appendix. Men and women who were at least 40 years old were eligible if they had had at least one histologically confirmed large-bowel adenoma removed within 12 weeks before study entry and were not anticipated to need long-term NSAID therapy (including high-dose aspirin) during the study. Initially, patients who were taking low-dose aspirin (no more than 100 mg daily) were excluded from the study. However, in May 2000, after the results of the Vioxx Gastrointestinal Research (VIGOR) trial[13] had become available, the protocol was amended to allow randomized subjects to take low-dose aspirin (no more than 100 mg daily) for cardiovascular protection. The proportion of subjects taking low-dose aspirin at enrollment was capped at 20 percent because of the possible chemopreventive effects of the drug.[22] Exclusion criteria were evidence of uncontrolled hypertension (defined by a blood pressure of more than 165/95 mm Hg); angina or congestive heart failure, with symptoms evoked by minimal activity; myocardial infarction, coronary angioplasty, or coronary-artery bypass grafting within the preceding year; or stroke or transient ischemic attack within two years before screening.

Written informed consent was obtained from all patients. The institutional review board at each center approved the study.

### TREATMENT

The randomized treatment period was preceded by a six-week, single-blind, placebo run-in period to assess patients' compliance. Patients who took at least 80 percent of their tablets during the placebo run-in period were randomly assigned to receive either one 25-mg tablet of rofecoxib per day (the maximal recommended long-term daily dose) or one identical-appearing placebo tablet per day for three years. The computer-derived randomization was stratified according to the clinical center and the use or nonuse of low-dose aspirin, with blocks of 2. Patients, investigators, and sponsor personnel who monitored the study, other than the unblinded study statistician, were unaware of the treatment assignments.

Patients were evaluated clinically at randomization and at weeks 4, 17, 35, 52, 69, 86, 104, 121,

Downloaded from www.nejm.org by KEVIN MILES on January 17, 2006 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE



**Figure 1. Enrollment, Randomization, and Outcomes.**

The original study design included a group assigned to receive 50 mg of rofecoxib per day; 26 patients had been assigned to this treatment before it was decided not to proceed with this group.

138, 156, and 158 or after the discontinuation of treatment. Vital signs, including blood pressure obtained while the patient was seated, were measured at each clinic visit during the study according to the usual clinical practice. Adverse events occurring during the study were recorded and evaluated in a blinded fashion by the investigators. Follow-up of the patients for one year after the discontinuation of treatment is ongoing.

**CARDIOVASCULAR EVENTS**

Monitoring and analysis of the cardiovascular events in the trial were part of a planned assessment of the cardiovascular safety of rofecoxib. Data presented include events occurring during treatment and up to 14 days after the last dose of the study drug. Serious vascular events were reviewed in a blinded fashion by adjudication committees, which confirmed events that met prespecified case definitions for two sets of events. Thrombotic events included fatal and

nonfatal myocardial infarction, unstable angina, sudden death from cardiac causes, fatal and nonfatal ischemic stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism. The end point used in the Antiplatelet Trialists' Collaboration (APTC) study[23] was also analyzed: the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; nonfatal myocardial infarction; and nonfatal ischemic and hemorrhagic stroke. Other relevant but not independently adjudicated events were also analyzed, including hypertension-related events, edema-related events, and the combined end point of congestive heart failure, pulmonary edema, or cardiac failure.

The procedure for confirming cardiovascular events was prespecified in the protocol. All serious adverse events were identified and recorded by the clinical investigators. Potential thromboembolic events, components of the APTC end point, and all

Downloaded from www.nejm.org by KEVIN MILES on January 17, 2006 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

deaths (regardless of cause) were prespecified as eligible for adjudication according to standard procedures for rofecoxib studies initiated by the sponsor in 1998. For each eligible event, source documents were collected and sent to the cardiac, cerebrovascular, or peripheral vascular adjudication committee. Decisions were made on the basis of majority rule with the use of prespecified criteria.

### STATISTICAL ANALYSIS

An independent, external safety-monitoring board met periodically to review safety data provided by a statistician who was aware of patients' study-group assignments. No formal stopping rule was specified for terminating the study.

Data were collected and held by the sponsor. The investigators had full and unfettered access to the data. A statistician who was aware of patients' study-group assignments but who was not otherwise involved in the study analyzed the data using SAS software (version 8.2). All patients who underwent randomization and took at least one dose of study medication were included in the analyses. For confirmed serious thrombotic events and the APTC end point, event rates were determined and relative risks (with 95 percent confidence intervals) were calculated with the use of Cox proportional-hazards models. However, if there were fewer than 11 events in either group, the rate ratio was computed with the use of the binomial distribution.[24] A test of the proportional-hazards assumption was specified in the cardiovascular-analysis plan. This was accomplished by evaluating the interaction between the logarithm of time and the assigned treatment in the Cox proportional-hazards model. Kaplan–Meier estimates of the cumulative event rates over time were also made.

Several exploratory analyses were performed to delineate the relation between mean arterial pressure and the study findings. One analysis summarized the relative risk of confirmed serious thrombotic adverse events according to the quartiles of change in mean arterial pressure at week 4. This time was chosen because treatment-based differences in mean arterial pressure occurred early and remained constant throughout the treatment period and because only two confirmed serious thrombotic events had occurred by week 4 (one in each group). The second analysis included changes from baseline in mean arterial pressure as a time-varying covariate in a Cox proportional-hazards model in which treatment was the main effect. This model

was used to investigate the association of the change in blood pressure over time with the occurrence of confirmed serious thrombotic events.

The data reported here are those available to the authors as of February 14, 2005.

### RESULTS

#### PARTICIPANTS

A total of 3260 patients were screened for the study, of whom 2586 were deemed to be eligible; 1287 of the eligible patients were randomly assigned to receive rofecoxib, and 1299 to receive placebo (Fig. 1). The two groups were generally similar with regard to baseline characteristics, including age, sex, use or nonuse of low-dose aspirin, and cardiovascular-risk status (Table 1). Concomitant medications used at some time during the study included low-dose aspirin (in 20 percent of the rofecoxib group and

**Table 1. Baseline Characteristics of the Patients.**

| Characteristic | Rofecoxib (N=1287) | Placebo (N=1299) |
|---|---|---|
| Age (yr) | | |
|     Mean | 59 | 59 |
|     Range | 40–96 | 40–86 |
| Height (cm) | | |
|     Mean | 170 | 170 |
|     Range | 137–198 | 133–199 |
| Weight (kg) | | |
|     Mean | 81 | 81 |
|     Range | 38–160 | 34–159 |
| Male sex (%) | 62 | 62 |
| White race (%)* | 84 | 84 |
| Use of low-dose aspirin (%)† | 17 | 16 |
| Use of antihypertensive medication (%) | 30 | 29 |
| High cardiovascular risk (%)‡ | 30 | 26 |
| History of symptomatic atherosclerotic cardiovascular disease (%) | 9 | 8 |
| History of hypertension (%) | 36 | 34 |
| History of hypercholesterolemia (%) | 29 | 26 |
| History of diabetes (%) | 9 | 9 |
| Current cigarette use (%) | 22 | 22 |

\* Race was self-reported.
† Low-dose aspirin was defined as 100 mg per day or less.
‡ A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for cardiovascular disease: history of hypertension, history of hypercholesterolemia, history of diabetes, or current cigarette use.

Downloaded from www.nejm.org by KEVIN MILES on January 17, 2006 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

**Table 2. Incidence of Adjudicated Thrombotic Adverse Events.***

| Adverse Event | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| **Total** | 46 (3.6) | 1.50 | 26 (2.0) | 0.78 | 1.92 (1.19–3.11) |
| **Cardiac events** | 31 (2.4) | 1.01 | 12 (0.9) | 0.36 | 2.80 (1.44–5.45) |
| Myocardial infarction | 21 | | 9 | | |
| Fatal myocardial infarction | 2 | | 3 | | |
| Sudden death from cardiac causes | 3 | | 1 | | |
| Unstable angina pectoris | 7 | | 4 | | |
| **Cerebrovascular events** | 15 (1.2) | 0.49 | 7 (0.5) | 0.21 | 2.32 (0.89–6.74) |
| Fatal ischemic stroke | 1 | | 0 | | |
| Ischemic stroke | 11 | | 6 | | |
| Transient ischemic attack | 5 | | 2 | | |
| **Peripheral vascular events** | 3 (0.2) | 0.10 | 7 (0.5) | 0.21 | 0.46 (0.08–2.03) |
| Peripheral arterial thrombosis | 1 | | 1 | | |
| Peripheral venous thrombosis | 2 | | 4 | | |
| Pulmonary embolism | 0 | | 2 | | |

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.

19 percent of the placebo group, P=0.52), antihypertensive drugs (44 percent and 36 percent, respectively; P<0.001), lipid-lowering agents (31 percent and 28 percent, respectively; P=0.09), antiplatelet agents such as clopidogrel (4 percent and 2 percent, respectively; P=0.003), insulin (3 percent and 2 percent, respectively; P=0.10), and oral hypoglycemic agents (13 percent and 11 percent, respectively; P=0.12).

The study was terminated on September 30, 2004, approximately two months ahead of the planned date of completion, at the recommendation of the external safety-monitoring board and the steering committee. At the time of termination, a total of 877 patients in the rofecoxib group and 980 patients in the placebo group had completed the scheduled three years of treatment. The mean duration of treatment was 2.4 years in the rofecoxib group and 2.6 years in the placebo group.

Before September 30, 2004, more patients discontinued rofecoxib treatment than placebo (32 percent vs. 25 percent) (Fig. 1). The main reason for discontinuation was an adverse clinical event. The three most common adverse events resulting in the discontinuation of treatment were hypertension (25 patients in the rofecoxib group and 7 patients in

the placebo group), increased blood pressure (6 in the rofecoxib group and 1 in the placebo group), and peripheral edema (7 in the rofecoxib group and 1 in the placebo group).

### INCIDENCE OF THROMBOTIC EVENTS AND THE APTC END POINT

A total of 121 patients had investigator-reported serious thrombotic events (77 in the rofecoxib group and 44 in the placebo group). A total of 46 patients in the rofecoxib group had confirmed (i.e., adjudicated) thrombotic events during 3059 patient-years of follow-up (1.50 events per 100 patient-years), and 26 patients in the placebo group had such events during 3327 patient-years of follow-up (0.78 event per 100 patient-years). As compared with the placebo group, the rofecoxib group had an increased risk of confirmed thrombotic events (relative risk, 1.92; 95 percent confidence interval, 1.19 to 3.11). The types of confirmed serious thrombotic events are shown in Table 2. The difference between the two groups was mainly due to an increased number of myocardial infarctions and strokes in the rofecoxib group. There were 10 deaths in each group. Myocardial infarction was the cause of death in two patients in the rofecoxib group and three in the placebo

Downloaded from www.nejm.org by KEVIN MILES on January 17, 2006 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

Case 2:05-md-01657-EEF-DEK Document 64915-69 Filed 07/30/21 Page 18 of 119
Case 2:05-md-01657-EEF-DEK Document 6935-39 Filed 07/30/21 Page 18 of 119

group, sudden death from cardiac causes occurred in three patients in the rofecoxib group and one in the placebo group, ischemic stroke was the cause of death in one patient in the rofecoxib group, and hemorrhagic stroke was the cause of death in one patient in the placebo group.

In a post hoc analysis, the difference between the two groups in the incidence of thrombotic events was evident in the second 18 months of the study, whereas the event rates were similar for the first 18 months (Fig. 2 and Table 3). The changing pattern of the treatment effect over time was confirmed by a failed test for proportionality of hazards (P=0.01). Findings for the APTC end point were similar (Table 3).

There were no significant interactions between treatment group and subgroups (P>0.10 for all comparisons) for confirmed serious thrombotic events in subgroup analyses based on country (United States vs. other); age; sex; use or nonuse of antihypertensive drugs at baseline, low-dose aspirin at baseline, or low-dose aspirin for more than 50 percent of follow-up; presence or absence of a history of hypertension, hypercholesterolemia, or ischemic heart disease; presence or absence of current cigarette use; or presence or absence of a high cardiovascular risk. A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for coronary artery disease: a history of hypertension, a history of hypercholesterolemia, a history of diabetes, or current cigarette use. However, point estimates for the relative risk in the rofecoxib group as compared with the placebo group were particularly high among patients with a history of symptomatic atherosclerotic cardiovascular disease (9.59; 95 percent confidence interval, 1.36 to 416) relative to those without such a clinical history (1.58; 95 percent confidence interval, 0.95 to 2.64; P for interaction=0.096). Also, the relative risk in the rofecoxib group as compared with the placebo group was 6.10 among patients with a history of diabetes (95 percent confidence interval, 1.36 to 56.1), in contrast to a relative risk of 1.55 among patients with no history of diabetes (95 percent confidence interval, 0.92 to 2.61; P for interaction=0.091).

NONADJUDICATED CARDIOVASCULAR EVENTS
As compared with the placebo group, the rofecoxib group had higher percentages of patients with hypertension-related events and edema-related events.



**Figure 2. Kaplan–Meier Estimates of the Cumulative Incidence of Confirmed Serious Thrombotic Events.**
Vertical lines indicate 95 percent confidence intervals.



**Figure 3. Kaplan–Meier Estimates of the Cumulative Incidence of Investigator-Reported Congestive Heart Failure (CHF), Pulmonary Edema (PE), or Cardiac Failure (CF).**
Vertical lines indicate 95 percent confidence intervals.

The Kaplan–Meier curves for the cumulative incidence of congestive heart failure, pulmonary edema, and cardiac failure (Fig. 3) showed early separation of the two groups (at approximately five months), with no significant departures from proportional hazards over time and a hazard ratio of 4.61 for the comparison of the rofecoxib group with the placebo group (95 percent confidence interval, 1.50 to 18.83). The hazard ratios for edema and hyperten-

Downloaded from www.nejm.org by KEVIN MILES on January 17, 2006 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

**Table 3. Summary of Rates and Relative Risks of Confirmed Serious Thrombotic Events and the APTC End Point.***

| Adverse Event | Rofecoxib Group | | | | Placebo Group | | | | Difference in Rate (95% CI) | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|---|---|---|
| | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | | |
| **Confirmed event** | | | | | | | | | | |
| Overall | 1287 | 46 | 3059 | 1.50 | 1299 | 26 | 3327 | 0.78 | 0.72 (0.19 to 1.25) | 1.92 (1.19 to 3.11) |
| Month 0–18 | 1287 | 22 | 1656 | 1.33 | 1299 | 20 | 1765 | 1.13 | 0.20 (−0.55 to 0.94) | 1.18 (0.64 to 2.15) |
| Month 19–36 | 989 | 24 | 1403 | 1.71 | 1079 | 6 | 1561 | 0.38 | 1.33 (0.58 to 2.08) | 4.45 (1.77 to 13.32) |
| **APTC end point** | | | | | | | | | | |
| Overall | 1287 | 34 | 3070 | 1.11 | 1299 | 18 | 3334 | 0.54 | 0.57 (0.12 to 1.02) | 2.06 (1.16 to 3.64) |
| Month 0–18 | 1287 | 14 | 1658 | 0.84 | 1299 | 12 | 1769 | 0.68 | 0.17 (−0.42 to 0.75) | 1.25 (0.58 to 2.69) |
| Month 19–36 | 994 | 20 | 1412 | 1.42 | 1083 | 6 | 1565 | 0.38 | 1.03 (0.34 to 1.73) | 3.69 (1.43 to 11.24) |

* CI denotes confidence interval, and APTC Antiplatelet Trialists' Collaboration.

sion were lower than those for the combined end point of congestive heart failure, pulmonary edema, or cardiac failure (Table 4), but the event curves showed an early separation similar to that for the combined end point (data not shown).

During the trial, the rofecoxib group had mean (±SE) increases of 3.4±0.4 mm Hg in systolic blood pressure and 0.9±0.2 mm Hg in diastolic blood pressure, as compared with respective changes of −0.5±0.3 mm Hg and −0.8±0.4 mm Hg in the placebo group (P<0.01 for the comparison between the two groups). Blood-pressure effects were seen by four weeks and remained relatively constant throughout the study. To investigate the relation between changes in blood pressure and confirmed thrombotic events, we categorized patients according to the change from baseline in mean arterial pressure at four weeks. The relative risks of a confirmed thrombotic event in the rofecoxib group, as compared with the placebo group, were broadly similar across quartile categories of the change in blood pressure (data not shown). The mean arterial pressure throughout the study, included as a time-varying covariate, did not materially modify the treatment effect (relative risk for the comparison of the rofecoxib group with the placebo group, 1.87; 95 percent confidence interval, 1.14 to 3.06).

## DISCUSSION

COX-2 inhibitors have been widely used as antiinflammatory and pain-relief agents and may hold promise as chemopreventive agents for a variety of epithelial cancers. In this randomized, placebo-controlled, double-blind trial, we found that long-term use of the COX-2 inhibitor rofecoxib was associated with an increased risk of cardiovascular events. In post hoc analyses, the increased relative risk of adjudicated thrombotic events was first observed after approximately 18 months of treatment. The overall risk did not appear to be significantly influenced by baseline or subsequent use of low-dose aspirin. In addition, there was an increased frequency of investigator-reported events, such as hypertension, edema, and congestive heart failure, which occurred much earlier in the study.

Thromboxane $A_2$, a major COX-1–mediated product of arachidonic acid metabolism, causes irreversible platelet aggregation, vasoconstriction, and smooth-muscle proliferation, whereas prostacyclin is an inhibitor of platelet aggregation, a vasodilator, and an inhibitor of smooth-muscle proliferation. COX-2 is the chief source of systemic prostacyclin synthesis,[25] and COX-2 inhibitors may increase the cardiovascular risk by shifting the functional bal-

Downloaded from www.nejm.org by KEVIN MILES on January 17, 2006 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

**Table 4. Incidence of Nonadjudicated Cardiovascular Adverse Events.***

| Adverse Event† | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Hypertension | 377 (29.3) | 14.9 | 219 (16.9) | 7.3 | 2.02 (1.71–2.38) |
| Serious event | 11 | | 1 | | |
| Edema | 111 (8.6) | 3.8 | 76 (5.9) | 2.4 | 1.57 (1.17–2.10) |
| Serious event | 3 | | 0 | | |
| Congestive heart failure, pulmonary edema, or cardiac failure | 17 (1.3) | 0.6 | 4 (0.3) | 0.1 | 4.61 (1.50–18.83) |
| Serious event | 12 | | 2 | | |

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.
† A serious event was defined as one that was life-threatening, resulted in (or prolonged) hospitalization, or caused permanent disability.

ance of these vasoactive eicosanoids toward the promotion of thrombosis or atherogenesis. COX-2 inhibition combined with thromboxane-receptor antagonism may also lead to the destabilization of atheromatous plaque.[12] In addition, COX-2 plays a role in angiogenesis.[1] How these pharmacologic observations relate to the clinical cardiovascular findings with COX-2 inhibition is unknown. It is also not clear whether the partial inhibition of COX-1 by various nonselective NSAIDs offsets any adverse cardiovascular effects of COX-2 inhibition, since this possibility has not been evaluated explicitly in trials.

The VIGOR study[13] compared 50 mg of rofecoxib daily with 500 mg of naproxen twice daily in patients with rheumatoid arthritis and found rofecoxib to be associated with a higher incidence of myocardial infarction. It was unclear how much of the increase in risk was due to a deleterious effect of high-dose rofecoxib, a protective effect of naproxen, chance, or a combination of these factors.[26] A recent meta-analysis[21] suggested that the magnitude of any cardioprotective effect of naproxen is unlikely to account entirely for these findings.

In aggregate, previous randomized, controlled trials comparing rofecoxib with placebo or conventional NSAIDs other than naproxen have not demonstrated an increased cardiovascular risk associated with rofecoxib use. Analysis of a database including 5435 patients with osteoarthritis in eight double-blind, placebo-controlled, phase 2B or phase 3 trials reported similar rates of thrombotic cardiovascular adverse events with rofecoxib, placebo, and various nonselective NSAIDs.[5] A pooled analysis of data from more than 28,000 patients with various diseases (representing more than 14,000 patient-years at risk) from 23 previous trials of rofecoxib (phase 2B through phase 5), including patients from the VIGOR trial, also did not demonstrate a significant increase in cardiovascular risk for rofecoxib as compared with placebo or NSAIDs other than naproxen.[4] This analysis used the APTC end point we evaluated. An updated analysis that included data from various placebo-controlled studies investigating rofecoxib for the treatment or prevention of Alzheimer's disease did not demonstrate an excess of cardiovascular events associated with rofecoxib therapy.[5] A recent meta-analysis comparing cardiovascular risk in trials that included various doses of rofecoxib suggested an increased relative risk among patients taking rofecoxib, as compared with those taking naproxen, but not placebo.[22] Differences between our results and these earlier clinical-trial data may be related to differences in defined end points or the duration of treatment, a possibility supported by the apparent absence of a difference in adjudicated thrombotic events during the first 18 months of our study.

Observational studies have provided conflicting data on the cardiovascular safety of rofecoxib. A Canadian retrospective cohort study did not demonstrate an increased risk of myocardial infarction

Downloaded from www.nejm.org by KEVIN MILES on January 17, 2006 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

among new users of rofecoxib as compared with control subjects,[18] but a case–control study of patients 65 years of age or older suggested a dose-dependent elevation in the relative risk of acute myocardial infarction with rofecoxib therapy.[7] Unlike the findings in the current study, this risk was elevated during the first 90 days of use, but not thereafter. A retrospective cohort study that assessed the occurrence of serious coronary heart disease among NSAID users[19] showed an elevated cardiovascular risk associated with the use of high-dose rofecoxib, but no increased risk with the use of doses of 25 mg or less.

In our randomized, placebo-controlled trial, we found an increased risk of confirmed thrombotic events associated with the long-term use of rofecoxib. The increase in adjudicated thrombotic events associated with rofecoxib therapy was not evident during the first 18 months of the trial. Other investigator-reported cardiovascular events known to be associated with NSAID use, such as congestive heart failure and pulmonary edema, although less well defined, occurred earlier (at approximately five months) and at a higher rate among patients taking rofecoxib than among those taking placebo.

Patients in the rofecoxib group had increases in systemic arterial pressure during the trial, a finding that is consistent with the previously reported renovascular effects of NSAIDs. These changes in blood pressure were observed early in the study, along with investigator-reported edema and congestive heart failure. Mean arterial pressure did not appear to have a significant association with confirmed thrombotic events, however, according to an assessment of changes from baseline to four weeks and an analysis that included mean arterial pressure as a time-varying covariate in a model of treatment effects. On the basis of these findings, it is unlikely that changes in blood pressure were the explanation for the excess cardiovascular risk in our study. However, hemodynamic changes could have contributed to a degree that is difficult to determine from the available data.

It is unclear whether the results seen with rofecoxib represent a general effect of COX-2 inhibitors or a specific effect of rofecoxib. A recent case–control study[27] suggested that the odds of nonfatal myocardial infarction differ between patients who take rofecoxib and those who take celecoxib, and a nested case–control study[20] also suggested that there are differences in the risk of serious coronary heart disease between the two agents. Elsewhere in this issue of the *Journal*, Nussmeier et al. report that patients who received parecoxib and valdecoxib for pain in the first 10 days after coronary-artery bypass grafting had an increased risk of cardiovascular events during 30 days of follow-up.[28] Also in this issue, Solomon et al. report that an ongoing safety review of the Adenoma Prevention with Celecoxib Trial revealed that the risk of fatal or nonfatal cardiovascular events was increased by a factor of 2.3 among patients who were randomly assigned to receive celecoxib, as compared with those who were assigned to receive placebo,[29] leading the National Cancer Institute to suspend the trial. The possibility that conventional NSAIDs may have similar effects also has to be considered. Possible cardiovascular effects will need to be taken into account in an assessment of the potential ability of any of these drugs to prevent neoplasia in the large bowel and other organs.

Funded by Merck Research Laboratories.

Drs. Bresalier, Sandler, Riddell, Morton, Lanas, and Baron report having received consulting fees from Merck Research Laboratories. Dr. Baron also reports having served as an unpaid consultant to Bayer. Dr. Konstam reports having received consulting fees from Merck. Mr. Bolognese and Drs. Quan, Oxenius, Horgan, and Lines are employees of Merck, and Drs. Quan, Oxenius, Horgan, and Lines and Mr. Bolognese own equity in the company.

## APPENDIX

The following persons and institutions participated in the APPROVe Trial: Steering Committee — J.A. Baron (chair), R.S. Bresalier, R.S. Sandler, R. Riddell, D. Morton, A. Lanas, B. Oxenius (nonvoting member), J.A. Bolognese (nonvoting member), K. Horgan (nonvoting member); External Safety Monitoring Board — J. Neaton (chair), M.A. Konstam, D. Bjorkman, R. Logan, H. Quan (nonvoting member); Adjudication Committees — *Cardiology:* L.S. Dreifus, G. Vetrovec, B. Chaitman; *Neurology:* H. Adams, J.P. Mohr, J. Zivin; *Peripheral Vascular:* J. Ginsberg, C. Kearon, T. Rooke; *Gastrointestinal:* M. Griffin, M. Langman, D. Jensen; Investigators — M. Aguilar, Clinica Aguilar Bonilla, San Jose, Costa Rica; P. Angus, Austin & Repatriation Medical Centre, Heidelberg, Australia; N. Arber, Tel Aviv Sourasky Medical Center, Tel Aviv; J.M.P. Badia, Hospital Clinic I Provincial, Barcelona, Spain; R.D. Baerg, Tacoma Digestive Disease Center, Tacoma, Wash.; H. Baistrocchi, Unidad de Aparato Digestivo Julio Dante Baistrocchi, Cordoba, Argentina; M.L. Barclay, Christchurch Hospital, Christchurch, New Zealand; C. Beglinger, University of Basel, Basel, Switzerland; G. Bianchi-Porro, Ospedale Luigi Sacco, Milan; T. Bolin, Prince of Wales Hospital, Randwick, Australia; R.M. Bostick, Palmetto Health South Carolina Cancer Center, Columbia; R.S. Bresalier, A.A. Dekovich, T. Ben-Menachem, S.K. Batra, Henry Ford Hospital, Detroit; E. Bruun, J. Christiansen, Amtssygehuset i Herlev, Herlev, Denmark; C. Burke, Cleveland Clinic Foundation, Cleveland; E. Butruk, Akademia Medyczna w Warszawie, Warsaw; L. Capurso, Azienda Ospedaliera San Filippo, Rome; J.P. Cello, San Francisco General Hospital, San Francisco; S. Chaussade, Hospital Cochin Saint-Jacques, Paris; D.P. Cleland, Montreal General Hospital, Montreal; G. Costamagna, Universita Cattolica del Sacro Cuore, Rome; P. Crone, Kobenhavns Amtssygehus i Glos-

Downloaded from www.nejm.org by KEVIN MILES on January 17, 2006 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

trup, Glostrup, Denmark; E.V. Cutsem, Universitaire Ziekenhuizen, Leuven, Belgium; G.R. D'Haens, Imeldaziekenhuis, Bon Heiden, Belgium; W. Dekker, J. Ferwerda, Kennemer Gasthuis, Haarlem, the Netherlands; E. Dominguez-Munoz, Hospital de Conxo, La Coruna, Spain; D.S. Eskreis, R.E. Tepper, Long Island Clinical Research Associates, Great Neck, N.Y.; R. Estela, Hospital Clinico San Borja-Arriaran, Santiago, Chile; M. Färkkilä, University Central Hospital, Helsinki; G.M. Fugarolas, J.F. deDios, Hospital Universitario Reina Sofia, Cordoba, Spain; A. Giacosa, Instituto Nazionale Per La Ricerca Sul Cancro, Genoa, Italy; M.J. Goldstein, Long Island Gastro Intestinal Research Group, Great Neck, N.Y.; F. Gomollon-Garcia, Hospital Universitario Miguel Servet, Zaragoza, Spain; P. Gandrup, Aalborg Syenhus, Aalborg, Denmark; A. Habr-Gama, Hospital das Clinicas da Faculdade de Medicina da Universidade de São Paulo, São Paulo, Brazil; M. Haque, S. Parry, Middlemore Hospital, Auckland, New Zealand; R. Hardi, Metropolitan Gastroenterology Group, Chevy Chase, Md.; W. Harford, Veterans Affairs Medical Center, Dallas; S.M. Harris, N.B. Vakil, Aurora Sinai Medical Center, Milwaukee; P.R. Holt, D.P. Kotler, Saint Luke's–Roosevelt Hospital, New York; P.A. Holt, Endoscopic Microsurgery Associates, Towson, Md.; R.W. Hultcrantz, Karolinska Universitetssjukhuset-Solna, Stockholm; S.H. Itzkowitz, Mount Sinai Medical Center, New York; R.F. Jacoby, University of Wisconsin Medical School, Madison; K.E.J. Jensen, Centralsygehuset Esbjerg Varde, Esbjerb, Denmark; J.F. Johanson, Rockford Gastroenterology Associates, Rockford, Ill.; P.W. Jørgensen, Bispebjerg Hospital, Copenhagen; K.E. Kim, University of Chicago Medical Center, Chicago; P. Knoflach, AKH Barmherzige, Schwestern vom heiligen Kreuz, Wels, Austria; M. Koch, Capital Gastroenterology Consultants, Silver Spring, Md.; B. Koch, St. Vincenz Krankenhaus, Datteln, Germany; A. Lanas, University Clinical Hospital, Zaragoza, Spain; M.R. Lane, Auckland City Hospital, Auckland, New Zealand; T.R. Liebermann, Radiant Research, Austin, Tex.; M. Lukas, Univerzita Karlova, Prague; C.M. Schmitt, Southern Clinical Research, Chattanooga, Tenn.; F. Macrae, Cabrini Hospital, Malvern, Australia; E.E. Maiza, Hospital Jose Joaquin Aguirre, Santiago, Chile; N.E. Marcon, Toronto; R.D. Marks, Alabama Digestive Research Center, Alabaster; C.E. Martinez, Hospital Militar Central, Bogota, Colombia; R. McLeod, Mount Sinai Hospital, Toronto; K.R. McQuaid, Veterans Affairs Medical Center, San Francisco; G. Minoli, Ospedale Valduce Reparto, Como, Italy; M. Montoro, Hospital San Jorge, Huesca, Spain; A. Montoya, Clinica Shaio, Bogota, Colombia; G. Morelli, Optimum Clinical Research, Montreal; D.G. Morton, Queen Elizabeth Hospital, Edgbaston, United Kingdom; T.J. Myrhoj, J.R. Andersen, Hvidovre Hospital, Hvidovre, Denmark; A. Nakad, Hospital Notre Dame, Tournai; Belgium; V. Narayen, Gastrointestinal Diagnostic Center, Baltimore; Y. Niv, Rabin Medical Center, Petah Tikva, Israel; P.M. Pardoll, S. Scheinert, Center for Digestive Diseases, St. Petersburg, Fla.; C. Phino, J.M. Soares, Celestial Ordem Terceira da Santissima, Porto, Portugal; I. Pokorny, Prerov, Czech Republic; J. Ponce-Garcia, Hospital Universitari La Fe Valencia, Valencia, Spain; T. Ponchon, Hospital Edouard Herriot, Lyon, France; J.H. Pressman, San Diego Digestive Disease Consultants, San Diego, Calif.; V. Prochazka, Fakultni Nemocnice Olomouc, Olomouc, Czech Republic; J.M. Provenza, Louisiana Research Center, Shreveport; W.S. Putnam, Sandifer Gastroenterology Associates, Seattle; E. Quintero-Carrion, Hospital Universitario De Canarias Tenerife, Santa Cruz de Tenerife, Spain; J.P. Raufman, V. Raj, University of Arkansas for Medical Sciences, Little Rock; D.K. Rex, Indiana University Hospital, Indianapolis; F.P. Rossini, M. Spandre, Azienda Sanitaria Ospedaliera, Turin, Italy; R.I. Rothstein, Dartmouth Hitchcock Medical Center, Lebanon, N.H.; A.K. Rustgi, University of Pennsylvania, Philadelphia; R. Sandler, University of North Carolina at Chapel Hill, Chapel Hill; B. Schmeizer, Sunninghill Clinic, Sandton, South Africa; R.E. Schoen, University of Pittsburgh Medical Center, Pittsburgh; T.T. Schubert, Allenmore Medical Center, Tacoma, Wash.; H.I. Schwartz, Miami Research Associates, Miami; E. Segal, Hospital General de Agudos Carlos G. Durand, Buenos Aires; F. Seow-Choen, K.W. Eu, Singapore General Hospital, Singapore; N.R. Shah, Philip J. Bean Medical Center, Hollywood, Fla.; N. Skandalis, Peripheral General Hospital, Athens; P.L. Szego, Royal Victoria Hospital, Montreal; N. Toribara, University of Colorado Health Sciences Center, Denver; J. Torosis, Gastrointestinal Research, Redwood City, Calif.; D.K. Turgeon, University of Michigan, Ann Arbor; S.W. Van der Merwe, Pretoria, South Africa; R. VanStolk, C.W. Howden, Northwestern University, Chicago; P. Vergauwe, Algemeen Ziekenhuis Groeninge, Kortrijk, Belgium; B. Vergeau, C. Nizou, Hospital d'Instruction des Armees, Paris; G. Winde, Klinikum Kreis Herford, Herford, Germany; J. Wolosin, M.W. Swaim, Regional Research Institute, Jackson, Tenn.; J.C. Wolper, P.L. Yudelman, Digestive Health Physicians, Fort Myers, Fla.; B.C.Y. Wong, University of Hong Kong Queen Mary Hospital, Hong Kong; J.P. Wright, Kinsbury Hospital, Claremont, South Africa; A. Zambelli, Ospedale Maggiore Azienda Ospedaliera, Crema, Italy.

## REFERENCES

**1.** Dannenberg AJ, Subbaramaiah K. Targeting cyclooxygenase-2 in human neoplasia: rationale and promise. Cancer Cell 2003;4:431-6.

**2.** Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, van de Putte LB. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 2000;43:4-13.

**3.** Howard PA, Delafontaine P. Nonsteroidal anti-inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004;43:519-25.

**4.** Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:2280-8.

**5.** Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003;146:591-604.

**6.** Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002;162:1099-104.

**7.** Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004;109:2068-73.

**8.** Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 2002;47:349-55.

**9.** Mamdani M, Juurlink DN, Lee DS, et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004;363:1751-6.

**10.** Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM. Cyclooxygenase-2–specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001; 8:85-95. [Erratum, Am J Ther 2001;8:220.]

**11.** Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients

≥65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002;90: 959-63.

**12.** Egan KM, Wang M, Lucitt MB, et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005;111:334-42.

**13.** Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.

**14.** Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002;162:1111-5. [Erratum, Arch Intern Med 2002;162:1858.]

**15.** Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002;162:1105-10. [Erratum, Arch Intern Med 2002;162:1779.]

Downloaded from www.nejm.org by KEVIN MILES on January 17, 2006 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

Case 2:05-md-01657-EEF-DEK Document 64915-6 Filed 07/30/12 Page 23 of 119
Case 2:05-md-01657-EEF-DEK Document 6953-9 Filed 11/02/11 Page 23 of 112

**16.** Farkouh ME, Kirshner H, Harrington RA, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004;364:675-84.

**17.** Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002;89:204-9.

**18.** Mamdani M, Rochon P, Juurlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003;163:481-6.

**19.** Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002;360:1071-3.

**20.** Graham DJ, Campen D, Hui R, et al. Risk of acute myocardial infraction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 2005;365:475-81.

**21.** Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004;364:2021-9.

**22.** Baron JA, Cole BF, Sandler RS, et al. A randomized trial of aspirin to prevent colorectal adenomas. N Engl J Med 2003;348:891-9.

**23.** Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy. I. Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106. [Erratum, BMJ 1994;308:1540.]

**24.** Guess HA, Lydick EG, Small RD, Miller LP. Epidemiologic programs for computers and calculators: exact binomial confidence intervals for the relative risk in follow-up studies with sparsely stratified incidence density data. Am J Epidemiol 1987;125:340-7.

**25.** McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999;96:272-7.

**26.** Fitzgerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001;345:433-42.

**27.** Kimmel SE, Berlin JA, Reilly M, et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005;142:157-64.

**28.** Nussmeier NA, Whelton AA, Brown MT, et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005;352:1081-91.

**29.** Solomon SD, McMurray JJV, Pfeffer MA, et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005;352:1071-80.

*Copyright © 2005 Massachusetts Medical Society.*

---

**POWERPOINT SLIDES OF *JOURNAL* FIGURES AND TABLES**

At the *Journal*'s Web site, subscribers can automatically create PowerPoint slides
of *Journal* figures and tables. Click on a figure or table in the full-text version
of any article at **www.nejm.org**, and then click on PowerPoint Slide for Teaching.
A PowerPoint slide containing the image, with its title and reference citation,
can then be downloaded and saved.

---

Downloaded from www.nejm.org by KEVIN MILES on January 17, 2006 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

# Exhibit I

*The* NEW ENGLAND JOURNAL *of* MEDICINE

---

ORIGINAL ARTICLE

---

# Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer

David J. Kerr, M.D., Janet A. Dunn, Ph.D., Michael J. Langman, M.D.,
Justine L. Smith, B.Sc., Rachel S.J. Midgley, M.D., Andrew Stanley, M.Phil.,
Joanne C. Stokes, B.Sc., Patrick Julier, M.Sc., Claire Iveson, B.Sc., Ravi Duvvuri, B.Sc.,
and Christopher C. McConkey, M.Sc., for the VICTOR Trial Group*

---

ABSTRACT

---

From the Oncology Clinical Trials Office, University of Oxford, Oxford (D.J.K., J.L.S., R.S.J.M., J.C.S., P.J., C.I., R.D.); the Statistical Centre at Warwick Medical School Clinical Trials Unit, University of Warwick, Coventry (J.A.D., M.J.L., C.C.M.); and City Hospital, Birmingham (A.S.) — all in the United Kingdom. Address reprint requests to Dr. Kerr at the Department of Clinical Pharmacology, University of Oxford, Radcliffe Infirmary, Woodstock Rd., Oxford OX2 6HA, United Kingdom, or at david.kerr@clinpharm.ox.ac.uk.

*Members of the Vioxx in Colorectal Cancer Therapy: Definition of Optimal Regime (VICTOR) Trial Group are listed in the Appendix.

N Engl J Med 2007;357:360-9.
*Copyright © 2007 Massachusetts Medical Society.*

**BACKGROUND**

Selective cyclooxygenase inhibitors may retard the progression of cancer, but they have enhanced thrombotic potential. We report on cardiovascular adverse events in patients receiving rofecoxib to reduce rates of recurrence of colorectal cancer.

**METHODS**

All serious adverse events that were cardiovascular thrombotic events were reviewed in 2434 patients with stage II or III colorectal cancer participating in a randomized, placebo-controlled trial of rofecoxib, 25 mg daily, started after potentially curative tumor resection and chemotherapy or radiotherapy as indicated. The trial was terminated prematurely owing to worldwide withdrawal of rofecoxib. To examine possible persistent risks, we examined cardiovascular thrombotic events reported up to 24 months after the trial was closed.

**RESULTS**

The median duration of active treatment was 7.4 months. The 1167 patients receiving rofecoxib and the 1160 patients receiving placebo were well matched, with a median follow-up period of 33.0 months (interquartile range, 27.6 to 40.1) and 33.4 months (27.7 to 40.4), respectively. Of the 23 confirmed cardiovascular thrombotic events, 16 occurred in the rofecoxib group during or within 14 days after the treatment period, with an estimated relative risk of 2.66 (from the Cox proportional-hazards model; 95% confidence interval [CI], 1.03 to 6.86; P=0.04). Analysis of the Antiplatelet Trialists' Collaboration end point (the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; of nonfatal myocardial infarction; and of nonfatal ischemic and hemorrhagic stroke) gave an unadjusted relative risk of 1.60 (95% CI, 0.57 to 4.51; P=0.37). Fourteen more cardiovascular thrombotic events, six in the rofecoxib group, were reported within the 2 years after trial closure, with an overall unadjusted relative risk of 1.50 (95% CI, 0.76 to 2.94; P=0.24). Four patients in the rofecoxib group and two in the placebo group died from thrombotic causes during or within 14 days after the treatment period, and during the follow-up period, one patient in the rofecoxib group and five patients in the placebo group died from cardiovascular causes.

**CONCLUSIONS**

Rofecoxib therapy was associated with an increased frequency of adverse cardiovascular events among patients with a median study treatment of 7.4 months' duration. (Current Controlled Trials number, ISRCTN98278138.)

Downloaded from www.nejm.org by KEVIN MILES on July 25, 2007 .
Copyright © 2007 Massachusetts Medical Society. All rights reserved.

Case 2:05-md-01657-EEF-DEK   Document 64055-10   Filed 07/30/12   Page 26 of 119
Case 2:05-md-01657-EEF-DEK   Document 63559-10   Filed 11/02/11   Page 3 of 119
CARDIOVASCULAR TOXICITY OF ROFECOXIB IN COLORECTAL CANCER

APPROXIMATELY HALF OF ALL PATIENTS undergoing potentially curative surgery for colorectal cancer ultimately have a relapse and die of metastatic disease. This has led to the introduction of cytotoxic adjuvant therapy,[1] the benefits of which are relatively small (5 to 10% improvement in the 5-year survival rate).[2-4]

A range of laboratory investigations suggest that cyclooxygenase-2 (COX-2) plays an important role in colorectal carcinogenesis during the transition from adenoma to carcinoma and subsequently during invasion and metastasis.[5-7] Epidemiologic studies have indicated that the incidence of colorectal cancer is reduced by 30 to 70%[8-10] in subjects taking nonsteroidal antiinflammatory drugs (NSAIDs). It has been hypothesized that the antineoplastic effects of NSAIDs are mediated by the inhibition of COX-2, and the gastrointestinal side effects of NSAIDs by the inhibition of COX-1, suggesting that any anticancer intervention involving selective COX-2 inhibitors, as compared with traditional NSAIDs, would reduce the risks of complications from peptic ulcer.[11]

Rofecoxib (Vioxx, Merck), a potent inhibitor of COX-2, was hypothesized to reduce rates of tumor recurrence in our randomized, placebo-controlled trial — the Vioxx in Colorectal Cancer Therapy: Definition of Optimal Regime (VICTOR) trial — of patients who had undergone potentially curative surgery for colorectal cancer. Recruitment for the VICTOR trial stopped in September 2004, when Merck withdrew the drug worldwide after a significant increase in confirmed cardiovascular thrombotic events was noted in the Adenomatous Polyp Prevention on Vioxx (APPROVe) trial.[12] An excess of vascular events was then found in the Adenoma Prevention with Celecoxib (APC) polyp-prevention trial of celecoxib.[13] Evidence from well-designed, randomized trials, and their meta-analysis,[14] provides support for a moderate increase in vascular event rates associated with the use of COX-2 inhibitors, but there is less clarity about the duration of drug exposure that is responsible for the risk and whether it is equivalent in patients with and in those without established cancer, for whom the potential for benefit from reduced cancer progression may be large. In our study, we compared rates of cardiovascular thrombotic events and death during the period of study treatment and for 2 years after trial closure.

## METHODS

### PATIENTS

Patients were randomly assigned to receive rofecoxib or placebo at 151 hospitals in the United Kingdom. Inclusion criteria were as follows: histologically proven colorectal carcinoma of stage III (any tumor stage, N1 or 2, and M0) or stage II (T3 or 4, N0, and M0) in patients who had undergone complete resection of the primary tumor without gross or microscopical evidence of residual disease; World Health Organization performance status 0 or 1; and hematologic and biochemical function within the normal range. In addition, all patients had to have completed their potentially curative therapy (surgery alone or surgery plus radiotherapy, chemotherapy, or both) 12 or fewer weeks previously and had to have given written informed consent. Patients with active peptic ulceration or gastrointestinal bleeding in the past year, a history of adverse reactions to NSAIDs, or a known sensitivity to rofecoxib were excluded, as were those receiving long-term NSAID therapy (except for low-dose aspirin, ≤100 mg per day), those younger than 18 years, and women who were pregnant, lactating, or premenopausal but not using contraception. Patients with a history of cancer (other than adequately treated in situ carcinoma of the cervix or basal or squamous-cell carcinoma), inflammatory bowel disease, or severe congestive heart failure were also excluded.

### TRIAL DESIGN

We planned to randomly assign the use of rofecoxib (one 25-mg tablet daily) or placebo to 7000 patients, with half of each group receiving the study drug for 2 years and the other for 5 years, effectively a four-group design. Local investigators randomly assigned patients through the VICTOR Trial Office, and each patient was assigned to a study drug in a double-blind fashion. The VICTOR Trial Office supplied rofecoxib and placebo to participating hospitals every 6 months.

### PROTOCOL MODIFICATIONS

Data-collection forms were amended in January 2004 (22 months into the trial) to solicit baseline data on cardiovascular risk factors, both for newly recruited patients and for patients already entered (Fig. 1 in the Supplementary Appendix, available with the full text of this article at www.nejm.

Downloaded from www.nejm.org by KEVIN MILES on July 25, 2007 .
Copyright © 2007 Massachusetts Medical Society. All rights reserved.

*The NEW ENGLAND JOURNAL of MEDICINE*

org). Information sheets were amended twice to reflect evolving data on the possible adverse cardiovascular effects of rofecoxib. After the worldwide withdrawal of rofecoxib, all investigators and patients were informed, all study treatment was stopped, and follow-up was initiated.

### CARDIOVASCULAR EVENTS

Blinded systematic review of all reported serious adverse events that were potentially cardiovascular thrombotic events and that were reported during treatment or within 14 days after the treatment period — the primary cardiovascular event end point — was conducted by an independent, expert physician panel selected from academic centers in the United States and Europe by Merck (Table 1 in the Supplementary Appendix). The use of published reporting systems[12,15] and adjudication by this previously assembled review panel allowed for consistency of adverse-event reporting across the placebo-controlled rofecoxib trials (VICTOR, APPROVe, and Vioxx in Prostate Cancer [VIP]), permitting a patient-level meta-analysis. Thrombotic events were defined as fatal and nonfatal myocardial infarction, unstable angina, sudden death from cardiac causes, fatal and nonfatal ischemic stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism. Also analyzed were serious adverse events meeting the Antiplatelet Trialists' Collaboration (APTC) criteria[15]: the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; of nonfatal myocardial infarction; and of nonfatal ischemic and hemorrhagic stroke. To avoid the possibility that censoring cardiovascular-event data 14 days after drug discontinuation, which was the approach used in the APPROVe trial,[12] might distort the outcome data by ruling out later toxicity, further analysis was performed on all cardiovascular events that occurred during the treatment period or within 24 months after trial closure. These events were adjudicated by two of the authors. All patients who consented to inclusion in the study were registered centrally, and death certificates were automatically forwarded to the VICTOR Trial Office.

### ETHICS AND INDEMNITY

Our study was designed by the investigators, and the protocol was peer reviewed and endorsed by the Clinical Trials Committee of the Cancer Research Campaign, the West Midlands Multicenter Research Ethics Committee, and local research ethics committees at participating centers. The trial was supported by an unrestricted grant from Merck, which also provided the rofecoxib and matching placebo and stood to provide indemnity but otherwise had no input into data accrual or data analysis or control over manuscript preparation. The randomization, data collection, monitoring, and follow-up were coordinated by the VICTOR Trial Office (initially located at the University of Birmingham and then relocated to the University of Oxford). Study data were analyzed by three of the authors at the Statistical Centre, University of Warwick, with an agreement to provide Merck with reports of serious adverse events that occurred after randomization and within 14 days after the end of the treatment period, as well as with a copy of the trial database at prespecified analysis points. An independent data and safety monitoring committee was appointed. Pharmacovigilance reports were reviewed by the Medicines and Healthcare Products Regulatory Agency (the U.K. regulatory authority) and by the West Midlands Multicenter Research Ethics Committee. All authors contributed to the writing of the manuscript, and the VICTOR Trial Office vouches for the accuracy and completeness of the data and analysis.

### STATISTICAL ANALYSIS

Although our trial was not designed to analyze cardiovascular data, it had a statistical power of 90% to detect an increase by a factor of 2 in the overall risk of cardiovascular events, from 0.5 to 1%, in patients taking rofecoxib for up to 2 years. The statistical power was insufficient for comparisons of risk according to duration of study treatment.

Kaplan–Meier curves were used to assess the time from the start of study treatment to the time of reporting of confirmed cardiovascular events (serious adverse events that were cardiovascular thrombotic events or Antiplatelet Trialists' Collaboration end points). Relative risks for confirmed cardiovascular events in the rofecoxib group, as compared with the placebo group, were calculated with the use of Cox proportional-hazards regression analysis, with study treatment as a factor. Relative risks were also adjusted according to age, use or nonuse of adjuvant chemotherapy, and presence or absence of cardiovascu-

Downloaded from www.nejm.org by KEVIN MILES on July 25, 2007 .
Copyright © 2007 Massachusetts Medical Society. All rights reserved.

Case 2:05-md-01657-EEF-DEK   Document 64015-10   Filed 07/30/12   Page 28 of 119
Case 2:05-md-01657-EEF-DEK   Document 63559-10   Filed 11/02/11   Page 5 of 11
CARDIOVASCULAR TOXICITY OF ROFECOXIB IN COLORECTAL CANCER

lar risk factors at baseline. All reported P values are two-sided, and P values less than 0.05 were considered to indicate statistical significance.

## RESULTS

Between April 2002 and September 2004, a total of 2434 patients were recruited at 151 hospitals in the United Kingdom. One patient in the rofecoxib group was found to be ineligible because of an incomplete resection, and one patient in the placebo group was ineligible because random assignment took place more than 12 weeks after surgery. These patients were included in the analyses.

The intention-to-treat population comprised 1217 patients in the rofecoxib group and 1217 patients in the placebo group. Owing to an administrative error at a site pharmacy, one patient in the placebo group and one in the rofecoxib group received the incorrect medication for the first 6 months, and one patient in the rofecoxib group switched to placebo for a period of 3 weeks before switching back. Fifty patients in the rofecoxib group and 57 in the placebo group had not yet started the study treatment when rofecoxib was withdrawn. The intention-to-treat population included in analyses therefore comprised 1167 patients in the rofecoxib group and 1160 patients in the placebo group (Fig. 2 in the Supplementary Appendix). The duration of study treatment was known only approximately for 65 patients receiving rofecoxib and for 62 patients receiving placebo.

Table 1 shows that the assignment of study treatment was balanced on the basis of age, sex, disease site, cancer stage, and receipt or nonreceipt of previous adjuvant chemotherapy. The

| Characteristic | Rofecoxib Group (N=1167) | Placebo Group (N=1160) | P Value |
|---|---|---|---|
| **Table 1. Baseline Characteristics of the Patients, According to Study Group.** | | | |
| Stage of cancer — no. (%) | | | 0.79 |
| II | 551 (47.2) | 554 (47.8) | |
| III | 616 (52.8) | 606 (52.2) | |
| Site of cancer — no. (%) | | | 0.46 |
| Colon | 756 (64.8) | 767 (66.1) | |
| Rectum and sigmoid colon | 93 (8.0) | 77 (6.6) | |
| Rectum | 318 (27.2) | 316 (27.2) | |
| Adjuvant chemotherapy — no. (%) | 755 (64.7) | 748 (64.5) | 0.91 |
| Age | | | 0.73 |
| Median — yr | 65 | 65 | |
| Interquartile range — yr | 58–71 | 57–71 | |
| <65 yr — no. (%) | 574 (49.2) | 579 (49.9) | |
| Male sex — no. (%) | 745 (63.8) | 742 (64.0) | 0.95 |
| White race — no. (%)* | 1147 (98.3) | 1139 (98.2) | 0.86 |
| No history of hypertension — no. (%)† | 825 (70.7) | 852 (73.4) | 0.14 |
| History of diabetes — no. (%)† | 102 (8.7) | 65 (5.6) | 0.003 |
| No history of hyperlipidemia — no. (%)‡ | 601 (51.5) | 588 (50.7) | 0.70 |
| Current smoker — no. (%)§ | 141 (12.1) | 129 (11.1) | 0.47 |
| History of symptomatic atherosclerotic disease — no. (%)¶ | 249 (21.3) | 222 (19.1) | 0.19 |
| Low-dose aspirin use at baseline — no. (%) | 101 (8.7) | 80 (6.9) | 0.11 |

* Race was self-reported.
† The presence or absence of a history was unknown for three patients.
‡ The presence or absence of a history of hyperlipidemia was unknown for 999 patients.
§ The current smoking status was unknown for 20 patients.
¶ A history of symptomatic atherosclerotic disease was a composite measure defined as the presence of at least one risk factor in the "Documented History of Vascular Disease" section and at least two risk factors in the "Cardiac Risk Factors" section of the VICTOR Cardiovascular Risk Assessment Form (Fig. 2 in the Supplementary Appendix).

Downloaded from www.nejm.org by KEVIN MILES on July 25, 2007 .
Copyright © 2007 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

risk-assessment forms were all received after randomization (half before the trial was unblinded), and it took approximately 18 months after trial closure to construct a validated database for analysis. Slightly more patients in the rofecoxib group than in the placebo group had predefined cardiovascular risk factors (Table 1). The median duration of trial treatment was 7.4 months (interquartile range, 3.1 to 14.0) in the rofecoxib group and 8.2 months (interquartile range, 3.7 to 15.0) in the placebo group, with 33% of all patients having received the study drug for at least 12 months (Table 2). The median duration of follow-up was 33.0 months (interquartile range, 27.6 to 40.1) in the rofecoxib group and 33.4 months (interquartile range, 27.7 to 40.4) in the placebo group.

Before the worldwide withdrawal of rofecoxib, 342 patients receiving rofecoxib and 268 patients receiving placebo discontinued the study drug before its intended completion, but all of these patients were included in the intention-to-treat population of 1167 patients in the rofecoxib group and 1160 patients in the placebo group. The most common medical reasons for early discontinuation of study drug were gastrointestinal pain or heartburn (15 patients in the rofecoxib group and 5 in the placebo group), analgesia required for arthritis (4 and 15, respectively), hypertension (7 and 1), renal impairment (7 and 1), diarrhea (4 and 4), and heart failure (2 in the rofecoxib

Thirty-five potential cardiovascular thrombotic events occurring during or within 14 days after the treatment period were adjudicated in a blinded fashion by the independent panel convened by Merck (Table 1 in the Supplementary Appendix), including 11 events that were reported after the unblinding of study treatment in nine patients. Sixteen events in 15 patients receiving rofecoxib were confirmed to be cardiovascular thrombotic events, as compared with seven events in 6 patients receiving placebo. Three of these events occurred while the patients were taking other NSAIDs (sudden death from cardiac causes in a patient in the placebo group who was taking diclofenac, transient ischemic attack in a patient in the rofecoxib group who was taking diclofenac, and peripheral venous thrombosis in a patient in the rofecoxib group who was taking meloxicam). There were 10 events qualifying as an APTC end point in nine patients receiving rofecoxib, as compared with 6 events in six patients receiving placebo. Rates of confirmed cardiovascular thrombotic events per 100 patient-years are presented in Table 3 and in Kaplan–Meier plots in Figure 1. The median duration of study treatment before a cardiovascular event was reported was 157 days in the rofecoxib group and 195 days in the placebo group (Table 2 in the Supplementary Appendix). The relative risk of a cardiovascular thrombotic event during or within 14 days after the treatment period was 2.66 (95% confidence interval [CI], 1.03 to 6.86) among patients receiving rofecoxib, as compared with those receiving placebo (P=0.04). The relative risk was slightly reduced after adjustment for cardiovascular risk factors (2.41; 95% CI, 0.93 to 6.26; P=0.07). Analysis of the APTC end points showed an unadjusted relative risk of 1.60 (95% CI, 0.57 to 4.51; P=0.37) and an adjusted relative risk of 1.42 (95% CI, 0.50 to 4.03; P=0.52).

Further analysis, in which all cardiovascular events that occurred during the treatment period and all those reported within 24 months after trial closure were combined, was performed. An additional 14 cardiovascular events were noted (Table 3, and Table 2 in the Supplementary Appendix) after adjudication of all adverse events re-

**Table 2.** Reported Duration of Study Treatment.*

| Duration | Rofecoxib Group (N=1167) | Placebo Group (N=1160) |
|---|---|---|
| <30 days (no.) | 112 | 72 |
| 30 days to <6 mo (no.) | 381 | 368 |
| 6 to <12 mo (no.) | 307 | 323 |
| 12 to <24 mo (no.) | 321 | 348 |
| ≥24 mo (no.) | 45 | 48 |
| Unknown (no.) | 1 | 1 |
| Median duration (days) | | |
| No. | 226 | 249 |
| Interquartile range | 94–425 | 112–456 |
| Total patient-yr | 889 | 946 |

* The data include those for 65 patients in the rofecoxib group and 62 in the placebo group whose durations of study treatment were known only approximately.

Downloaded from www.nejm.org by KEVIN MILES on July 25, 2007 .
Copyright © 2007 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR TOXICITY OF ROFECOXIB IN COLORECTAL CANCER

**Table 3. Incidence of Confirmed Cardiovascular Adverse Events during and after the Treatment Period.***

| Event | Rofecoxib Group (N=1167) | | | Placebo Group (N=1160) | | |
|---|---|---|---|---|---|---|
| | No. of Patients (%) | Total No. of Patient-Yr | No. of Events/ 100 Patient-Yr (95% CI) | No. of Patients (%) | Total No. of Patient-Yr | No. of Events/ 100 Patient-Yr (95% CI) |
| **During or within 14 days after treatment period** | | | | | | |
| Cardiovascular thrombotic event | 15 (1.3) | 927 | 1.62 (0.91–2.67) | 6 (0.5) | 986 | 0.61 (0.22–1.32) |
| APTC end point | 9 (0.8) | 928 | 0.97 (0.44–1.84) | 6 (0.5) | 986 | 0.61 (0.22–1.32) |
| All cardiac events | 8 (0.7) | | 0.86 (0.37–1.70) | 4 (0.3) | | 0.41 (0.11–1.04) |
| Myocardial infarction | 3 | | | 1 | | |
| Fatal myocardial infarction | 3 | | | | | |
| Sudden death from cardiac causes | 1 | | | 2 | | |
| Unstable angina pectoris | 1 | | | 1 | | |
| Cardiac thrombus | | | | 1 | | |
| All peripheral vascular events | 3 (0.3) | | 0.32 (0.07–0.95) | 1 (0.1) | | 0.10 (0.00–0.57) |
| Peripheral venous thrombosis | 2 | | | | | |
| Pulmonary embolism | 1 | | | 1 | | |
| All cerebrovascular events | 5 (0.4) | | 0.54 (0.18–1.26) | 1 (0.1) | | 0.10 (0.00–0.57) |
| Ischemic cerebrovascular stroke | 3 | | | 1 | 1 | |
| Transient ischemic attack | 2 | | | | | |
| All hemorrhagic events | 0 | | 0.00 (0.00–0.40) | 2 (0.2) | | 0.20 (0.02–0.73) |
| Fatal hemorrhagic cerebrovascular stroke | | | | 1 | | |
| Ruptured cerebral aneurysm | | | | 1 | | |
| **During treatment period or within 24 months after trial closure** | | | | | | |
| Cardiovascular thrombotic event | 21 (1.8) | 3252 | 0.65 (0.40–0.99) | 14 (1.2) | 3257 | 0.43 (0.23–0.72) |
| APTC end point | 13 (1.1) | 3269 | 0.40 (0.21–0.68) | 10 (0.9) | 3265 | 0.31 (0.15–0.56) |

* The APTC end point was defined as the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; of nonfatal myocardial infarction; and of nonfatal ischemic and hemorrhagic stroke.[15]

Downloaded from www.nejm.org by KEVIN MILES on July 25, 2007 .
Copyright © 2007 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE



**Figure 1. Cumulative Incidence of Cardiovascular Adverse Events.**

Cardiovascular thrombotic events (Panels A and B) and Antiplatelet Trialists' Collaboration (APTC) end points (Panels C and D) are shown according to treatment group. In Panels A and C, one patient in each group was not included in the analysis because treatment duration was unknown. Neither patient had an adverse event. The APTC end point was defined as the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; of nonfatal myocardial infarction; and of nonfatal ischemic hemorrhagic stroke.[15] I bars indicate 95% confidence intervals.

ported within 24 months after trial closure. The resulting relative risk of a cardiovascular thrombotic event, unadjusted for cardiovascular risk factors, was 1.50 (95% CI, 0.76 to 2.94; P=0.24). Analysis of the APTC end points showed an unadjusted relative risk of 1.29 (95% CI, 0.57 to 2.95). Although information on blood pressure and renal function was not collected systematically,

three patients in the rofecoxib group presented with congestive cardiac failure during the treatment period. Overall, four patients in the rofecoxib group and two in the placebo group died as a result of thrombotic events occurring during or within 14 days after the treatment period. An additional six deaths from cardiovascular thrombotic events (one patient in the rofecoxib group

Downloaded from www.nejm.org by KEVIN MILES on July 25, 2007 .
Copyright © 2007 Massachusetts Medical Society. All rights reserved.

Case 2:05-md-01657-EEF-DEK   Document 64053-10   Filed 07/30/12   Page 32 of 119
Case 2:05-md-01657-EEF-DEK   Document 63559-10   Filed 11/18/11   Page 3 of 11

CARDIOVASCULAR TOXICITY OF ROFECOXIB IN COLORECTAL CANCER

and five in the placebo group), identified by death certification, were reported within 24 months after trial closure. The total numbers of patients who died from cardiovascular causes — five in the rofecoxib group and seven in the placebo group — did not differ significantly.

## DISCUSSION

The chief limitations of our study are the relatively small number of events available for analysis and the relatively short duration of exposure to the study drug (median, 7.4 months). However, our findings suggest an increased risk of a cardiovascular thrombotic event in patients randomly assigned to receive rofecoxib (as compared with those randomly assigned to receive placebo) as adjuvant treatment for the prevention of a recurrence of colorectal cancer (relative risk of an event during or within 14 days after the treatment period, 2.66; 95% CI, 1.03 to 6.86; P=0.04). These findings are consistent with those obtained in other placebo-controlled studies of treatment with COX-2 inhibitors in patients with colorectal adenoma. Extension of the period of observation of cardiovascular events to 24 months after trial closure did not show a statistically significant adverse effect of rofecoxib (relative risk, 1.50; 95% CI, 0.76 to 2.94; P=0.24). This information was generated by the serious-adverse-event reporting system that was maintained throughout the follow-up period and by central notification of death certification. It is possible that worldwide withdrawal of rofecoxib led to the underreporting of adverse events during the follow-up period.

Bresalier et al.[12] reported results of the APPROVe trial, in which 2586 patients with a history of colorectal adenoma were randomly assigned to receive placebo or 25 mg of rofecoxib daily (as in our study). The authors found an increased relative risk of cardiovascular thrombotic events in the rofecoxib group (1.92; 95% CI, 1.19 to 3.11) and claimed that this risk was apparent after 18 months of treatment. Solomon et al.[13] reviewed all potentially serious cardiovascular events in 2035 patients with a history of colorectal adenomatous polyps who had been enrolled in the APC study, which compared two doses of the selective COX-2 inhibitor celecoxib (200 mg or 400 mg twice daily) with placebo. The composite end point of death from cardiovascular causes, myocardial infarction, stroke, or heart failure was more common in each of the celecoxib groups than in the placebo group (200-mg group: hazard ratio, 2.3; 95% CI, 0.9 to 5.5; 400-mg group: hazard ratio, 3.4; 95% CI, 1.4 to 7.8).

A recent meta-analysis of 138 randomized trials involving 145,373 participants assessed the risk of vascular events from the use of selective COX-2 inhibitors and traditional NSAIDs.[14] In all, 121 placebo-controlled trials of selective COX-2 inhibitors (predominantly rofecoxib and celecoxib) were analyzed, and the authors found a proportional increase by nearly a factor of 2 in the risk of myocardial infarction among patients receiving COX-2 inhibitors as compared with placebo (hazard ratio, 1.86; 95% CI, 1.33 to 2.59; P=0.003) but no significant difference in the incidence of stroke. Too few vascular events were available to study the influence of dose, but the investigators noted that two thirds of the vascular events had occurred in the nine long-term trials with treatment periods of 1 year or more. It would appear from our study that patients taking rofecoxib for fewer than 18 months may be at increased risk for a cardiovascular thrombotic event, since 50% of all such reported episodes occurred in patients treated for fewer than 12 months. There has been a thorough statistical critique of the original interpretation of the time-to-event data of the APPROVe investigators, which has challenged their assessment of the data.[16]

Observational information, typically from the examination of large databases, suggests that treatment with COX-2 inhibitors may enhance cardiovascular risk and that such risk may be greater than, or the same as, that associated with the use of nonselective NSAIDs.[17-19] A recent systematic review of observational data reported a dose-related relative risk of cardiovascular events of 1.33 (95% CI, 0.91 to 1.23) with 25 mg of rofecoxib per day or less, as compared with placebo, and a relative risk of 2.19 (95% CI, 1.64 to 2.91) with more than 25 mg of rofecoxib per day.[20] The ability of population-based studies to give definitive answers is inevitably limited because of the difficulty in controlling for confounders; however, the summary relative risk in the systematic review[20] is similar to that found in the meta-analysis of randomized trials.[14] A recent report from the European Medicines Agency[21] concluded that epidemiologic evidence and updated trial data continue to point to an increased thrombotic risk with COX-2 inhibitors, possibly

Downloaded from www.nejm.org by KEVIN MILES on July 25, 2007 .
Copyright © 2007 Massachusetts Medical Society. All rights reserved.

THE NEW ENGLAND JOURNAL of MEDICINE

accounting for about three events per 1000 patient-years.

The mechanism linking the use of COX-2 inhibitors to an increased incidence of thrombotic vascular events has not been precisely elucidated. Cyclooxygenase and its prostanoid products have important roles in regulating factors affecting the risk of thrombosis; for instance, thromboxane synthase is regulated by COX-2. It is generally accepted that patients with cancer have a higher risk of thrombosis than does the general population, and a positive correlation has been found between increased expression of thromboxane synthase and shortened survival from bladder cancer.[22] Current data are insufficiently mature to permit commentary on the risks of recurrence of or death from cancer, but prolonged follow-up will provide more informative data.

Sponsored by the University of Oxford and an educational study grant from Merck.

Drs. Kerr and Dunn report receiving grant support from Cancer Research UK; Dr. Dunn, receiving consulting fees from Merck and Johnson & Johnson; and Dr. Langman, serving as an advisor to Merck and to Novartis and as a consultant to lawyers representing Merck. No other potential conflict of interest relevant to this article was reported.

We thank the VICTOR trial staff (F. Duchesne, K. Reed, S. Pendlebury, I. Kennedy, G. Davis, J. Birtwistle, L. Blair, A. Bange, K. Bell, L. Dunham, R. Deacon, A. Mellor, and B. Mikolajczyk); the clinical coordinators (S. Grumett and D. Rea); the VICTOR Trial Advisory Group; the U.K. National Cancer Research Institute and Cancer Research Campaign Clinical Trials Awards and Advisory Committee for permitting the support from the U.K. National Cancer Research Network; and all the nurses, clinicians, and patients who participated in this trial.

---

### APPENDIX

Members of the VICTOR trial were as follows. **Independent Data and Safety Monitoring Committee:** *Finsen Institute, Copenhagen* — H.H. Hansen; *Centre for Statistics in Medicine, Oxford, United Kingdom* — D. Altman; *Churchill Hospital, Oxford, United Kingdom* — D. Talbot; **Principal investigators:** *Mayday University Hospital* — M. Abulafi; *North Staffordshire Royal Infirmary* — F. Adab; *Queen Elizabeth Hospital King's Lynn* — A. Ahmad; *St. James University Hospital* — S. Ambrose; *Wexham Park Hospital* — R. Ashford; *Singleton Hospital* — C. Askill; *North Tyneside General Hospital* — P. Atherton; *Royal Shrewsbury Hospital* — S. Awwad; *South Tyneside District Hospital* — A. Azzabi; *Torbay Hospital* — N. Bailey; *Withybush General Hospital* — A. Barnes; *St. Mary's Hospital Newport* — C. Baughan; *Beesley Conquest Hospital* — S. Harriet; *Gloucester Royal Hospital* — K. Benstead; *Nottingham City Hospital* — E. Bessell; *Great Western Hospital* — C. Blesing; *Bradford Royal Infirmary* — C. Bradley; *Royal Gwent Hospital* — A. Brewster; *North Middlesex University Hospital* — J. Bridgewater; *Macclesfield District General Hospital* — W. Brough; *Norfolk & Norwich University Hospital* — A. Bulman; *Glasgow Royal Infirmary and Western Infirmary* — J. Cassidy; *Derbyshire Royal Infirmary* — P.R. Chakraborti; *Kidderminster Hospital* — M. Churn; *St. Mary's Hospital London* — S. Cleator; *Pinderfields General Hospital* — R. Cooper; *Addenbrooke's Hospital* — P. Corrie; *Newcastle General Hospital* — F. Coxon; *Airedale General Hospital* — M. Crawford; *Princess Royal Hospital* — A. Crawshaw; *Royal Glamorgan Hospital* — T. Crosby; *Royal Marsden Hospital Sutton* — D. Cunningham; *Derriford Hospital* — F. Daniel; *Wansbeck General Hospital* — W. Dobrowsky; *Belfast City Hospital* — M. Eatock; *Royal Cornwall Hospital* — R. Ellis; *Lincoln County Hospital* — J. Eremin; *Yeovil District Hospital* — S. Falk; *Worcester Royal Hospital* — D. Farrugia; *Russells Hall Hospital* — D. Ferry; *Leeds General Infirmary* — P. Finan; *Countess of Chester Hospital* — G. Foster; *Royal Berkshire Hospital* — A. Freebairn; *Birmingham Heartlands Hospital* — I. Geh; *Oldchurch Hospital* — A. Gershuny; *Royal United Hospital Bath* — E. Gilby; *Good Hope Hospital* — J. Glaholm; *Mount Vernon Hospital* — R. Glynne-Jones; *Glan Clwyd Hospital* — S. Gollins; *Princess Elizabeth Hospital Guernsey* — P. Gomes; *Walsgrave Hospital* — R. Grieve; *Darlington Memorial Hospital* — K. Gunning; *Royal Hampshire County Hospital* — V. Hall; *Manor Hospital* — A. Hartley; *Poole Hospital* — T. Hickish; *Maidstone Hospital* — M. Hill; *Manchester Royal Infirmary* — J. Hill; *Royal Sussex County Hospital* — N. Hodson; *Weston Park Hospital* — J. Hornbuckle; *Salisbury District Hospital* — T. Iveson; *Bronglais General Hospital* — D. Jackson; *Huddersfield Royal Infirmary* — J. Joffe; *Warwick Hospital* — D. Jones; *Leicester Royal Infirmary* — S. Khanna; *Whittington Hospital* — J. Ledermann; *St. Thomas' Hospital* — M. Leslie; *Royal Bolton Hospital* — E. Levine; *St. George's Hospital* — F. Lofts; *Leighton Hospital* — J. Logue; *Diana Princess of Wales Hospital* — P. Mack; *Luton & Dunstable Hospital* — A. Makris; *Whiston Hospital* — J. Nicoll; *Velindre Hospital* — T. Maughan; *Trafford General Hospital* — F. Mazarelo; *Peterborough District Hospital* — K. McAdam; *Eastbourne District General Hospital* — F. McKinna; *Royal Free Hospital* — T. Meyer; *Worthing Hospital* — T. Miles; *Castle Hill Hospital* — J. Monson; *West Suffolk Hospital* — M. Moody; *Ninewells Hospital* — A. Munro; *North Devon District Hospital* — M. Napier; *Cumberland Infirmary* — J. Nicoll; *Northwick Park Hospital* — J. Northover; *St. Mary's Hospital Portsmouth* — A. O'Callaghan; *Milton Keynes General Hospital* — R. O'Hara; *Dorset County Hospital* — R. Osbourne; *Sunderland Royal Hospital* — I. Pedley; *Charing Cross Hospital* — R.H. Phillips; *Western General Hospital* — H. Phillips; *Epsom General Hospital* — M. Raja; *Pennine Acute Hospitals National Health Service Trust* — A. Rate; *City Hospital* — D. Rea; *Southern General Hospital* — G. Robertson; *Southend Hospital* — A. Robinson; *Hope Hospital* — M. Saunders; *York District Hospital* — D. Sebag-Montefiore; *Cookridge Hospital* — M. Seymour; *Ipswich Hospital National Health Service Trust* — K. Sherwin; *Tameside General Hospital* — K. Siddiqui; *University Hospital Aintree* — D. Smith; *Pontefract General Infirmary* — M. Snee; *King George Hospital* — S. Snooks; *Alexandra Hospital* — S. Sothi; *Scunthorpe General Hospital* — T. Sreenivasan; *Noble's Hospital* — S. Stock; *Ysbyty Gwynedd* — N. Stuart; *Southport & Formby District General Hospital* — A. Sun-Myint; *University Hospital Hartlepool* — M. Tabaqchali; *University Hospital of North Tees* — M. Tabaqchali; *Broomfield Hospital* — S. Tahir; *Hinchingbrooke Hospital* — L.T. Tan; *Bedford General Hospital* — R. Thomas; *Halton Hospital* — M. Tighe; *Taunton & Somerset Hospital* — M. Tighe; *Weston General Hospital* — M. Tomlinson; *Royal Surrey County Hospital* — C. Topham; *Friarage Hospital* — J.C.M. Van der Voet; *James Cook University Hospital* — T. Sreenivasan; *Noble's Hospital* — N. Wadd; *Stoke Mandeville Hospital* — N. Warner; *Hammersmith Hospital* — H. Wasan; *Royal Liverpool University Hospital* — A. Watson; *Churchill Hospital* — A. Weaver; *St. Bartholomew's Hospital* — P. Wells; *Stepping Hill Hospital* — P. Wilkinson; *Withington Hospital* — M. Wilson; *Royal Albert Edward Infirmary* — G. Wilson; *George Eliot Hospital* — J. Worlding; *Hairmyres Hospital* — H. Yosef; *Queen Elizabeth Hospital London* — C.-Y. Yui.

Downloaded from www.nejm.org by KEVIN MILES on July 25, 2007 .
Copyright © 2007 Massachusetts Medical Society. All rights reserved.

## REFERENCES

1. Midgley RS, Kerr DJ. ABC of colorectal cancer: adjuvant therapy. BMJ 2000; 321:1208-11.

2. QUASAR Collaborative Group. Comparison of fluorouracil with additional levamisole, higher-dose folinic acid, or both, as adjuvant chemotherapy for colorectal cancer: a randomised trial. Lancet 2000;355:1588-96.

3. QUASAR Collaborative. QUASAR: a randomized study of adjuvant chemotherapy (CT) vs observation including 3238 colorectal cancer patients. J Clin Oncol 2004;22:Suppl 14:3501a. abstract.

4. Sargent DJ, Wieand HS, Haller DG, et al. Disease-free survival versus overall survival as a primary end point of adjuvant colon cancer studies: individual patient data from 20,898 patients on 18 randomised trials. J Clin Oncol 2005;23:8664-70.

5. Oshima M, Murai N, Kargman S, et al. Chemoprevention of intestinal polyposis in the Apcdelta716 mouse by rofecoxib, a specific cyclooxygenase-2 inhibitor. Cancer Res 2001;61:1733-40.

6. Sheehan KM, Sheahan K, O'Donoghue DP, et al. The relationship between cyclooxygenase-2 expression and colorectal cancer. JAMA 1999;282:1254-7. [Erratum, JAMA 2000;283:1427.]

7. Fenwick SW, Toogood GJ, Lodge PA, Hull MA. The effect of the selective cyclooxygenase-2 inhibitor rofecoxib on human colorectal cancer liver metastases. Gastroenterology 2003;125:716-29.

8. Giovannucci E, Rimm EG, Stampfer MJ, Colditz GA, Ascherio A, Willett WC. Aspirin use and the risk of colorectal cancer and adenoma in male health professionals. Ann Intern Med 1994;121:241-6.

9. Thun MJ, Namboodiri MM, Calle EE, Flanders DW, Heath CW Jr. Aspirin use and risk of fatal cancer. Cancer Res 1993;53: 1322-7.

10. Langman MJS, Cheng KK, Gilman EA, Lancashire RJ. Effect of anti-inflammatory drugs on overall risk of common cancer: case-control study in general practice research database. BMJ 2000;320: 1642-6.

11. Langman MJ, Jensen DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999;282:1929-33.

12. Bresalier RS, Sandler RS, Quan H, et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med 2005;352: 1092-102. [Erratum, N Engl J Med 2006; 355:221.]

13. Solomon SD, McMurray JJV, Pfeffer MA, et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005;352:1071-80.

14. Kearney PM, Baigent C, Goodwin J, Halla H, Emberson JR, Patrono C. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials. BMJ 2006;332:1302-5.

15. Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy. I. Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106. [Erratum, BMJ 1994;308: 1540.]

16. Lagakos SW. Time-to-event analyses for long-term treatments — the APPROVe trial. N Engl J Med 2006;355:113-7.

17. Johnsen SP, Larsson H, Tarone RE, et al. Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs: a population-based case-control study. Arch Intern Med 2005;165:978-84.

18. Mamdani M, Rochon P, Juurlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003;163:481-6.

19. Andersohn F, Suissa S, Garbe E. Use of first- and second-generation cyclooxygenase-2-selective drugs and risk of acute myocardial infarction. Circulation 2006; 113:1950-7.

20. McGettigan P, Henry D. Cardiovascular risk and inhibition of cyclooxygenase: a systematic review of observational studies of selective and nonselective inhibitors of cyclooxygenase 2. JAMA 2006;296: 1633-44.

21. Public CHMP assessment report for medicinal products containing non-selective non-steroidal anti-inflammatory drugs (NSAIDs). London: European Medicines Agency, November 7, 2006. (Accessed July 2, 2007, at http://www.emea.europa.eu/pdfs/human/opiniongen/44213006en. pdf.)

22. Moussa O, Yordy JS, Abol-Enein H, et al. Prognostic and functional significance of thromboxane synthase gene overexpression in invasive bladder cancer. Cancer Res 2005;65:11581-7.

*Copyright © 2007 Massachusetts Medical Society.*

---

ELECTRONIC ACCESS TO THE *JOURNAL*'S CUMULATIVE INDEX

At the *Journal*'s site on the World Wide Web (**www.nejm.org**),
you can search an index of all articles published since January 1975
(abstracts 1975–1992, full text 1993–present). You can search by author,
key word, title, type of article, and date. The results will include the citations
for the articles plus links to the full text of articles published since 1993.
For nonsubscribers, time-limited access to single articles and 24-hour site
access can also be ordered for a fee through the Internet (**www.nejm.org**).

Downloaded from www.nejm.org by KEVIN MILES on July 25, 2007 .
Copyright © 2007 Massachusetts Medical Society. All rights reserved.

# Exhibit J

CURRENT MEDICAL RESEARCH AND OPINION®
VOL. 23, NO. 9, 2007, 2063–2070
© 2007 LIBRAPHARM LIMITED

0300-7995
doi:10.1185/030079907X219526

All rights reserved: reproduction in whole or part not permitted

ORIGINAL ARTICLE

# The VIOXX in prostate cancer prevention study: cardiovascular events observed in the rofecoxib 25 mg and placebo treatment groups*

Janet van Adelsberg[a], Peter Gann[b], Amy T. Ko[a], Jan-Erik Damber[c], Christopher Logothetis[d], Michael Marberger[e], Bernd J. Schmitz-Drager[f], Andrea Tubaro[a], Celia J. Harms[a] and Claus Roehrborn[h]

[a]Merck Research Laboratories, Rahway, NJ, USA

[b]Department of Pathology, University of Chicago, Chicago, IL, USA

[c]Department of Urology, Sahlgrenska University, Gothenburg, Sweden

[d]Genitourinary Medical Oncology, MD Anderson Cancer Center, Houston, TX, USA

[e]Department of Urology, University of Vienna, Austria

[f]Department of Urology, Euromed Clinic, Fürth, Germany

[g]Department of Urology, La Sapienza University, Rome, Italy

[h]Department of Urology, University of Texas, Dallas, TX, USA

*Address for correspondence:* Janet van Adelsberg, MD, Merck & Co., Inc., RY34B-280, P.O. Box 2000, Rahway, NJ 07065, USA. Tel.: +1 732 594 9349; Fax: +1 732 594 8140; janet_vanadelsberg@merck.com

*Key words:* Cardiovascular – Prostate cancer – Rofecoxib – Safety

ABSTRACT

*Background:* A double-blind, randomized, placebo-controlled study was designed to determine the cumulative incidence of developing prostate cancer over 6 years of treatment with rofecoxib 25 mg/day versus placebo. Before completion, this trial was terminated following the voluntary withdrawal of rofecoxib. (On September 30, 2004, Merck & Co., Inc. announced the voluntary worldwide withdrawal of rofecoxib from the market.) Here we report the cardiovascular (CV) safety data collected from this study.

*Methods:* A total of 4741 men (44–81 years old) exhibiting prostate-specific antigen levels (PSA) between 2.5 and 10 ng/mL were enrolled. Patients were stratified by PSA level and use of low-dose aspirin (LDA), then randomized to rofecoxib 25 mg ($n = 2369$) or placebo ($n = 2372$). Safety data were analyzed in all patients receiving ≥1 dose of study medication. All reported thrombotic CV events occurring on-treatment or within

14 days after study drug discontinuation were adjudicated by an independent panel of clinical experts blinded to treatment assignment. Rates per 100 patient-years and relative risk (RR) of thrombotic CV events, rofecoxib vs. placebo, were determined.

*Results:* Approximately 36% of patients had ≥2 CV risk factors or LDA indicated. Median treatment duration was 4.14 (range: 0.03–15.90) months. Twenty-nine patients (14 rofecoxib, rate 1.27; 15 placebo, rate 1.36) experienced confirmed thrombotic CV events; RR 0.94 (95% CI: 0.45, 1.94) vs. placebo. Four patients (one rofecoxib; three placebo) died due to a confirmed thrombotic event. Significantly more patients ($p = 0.002$) receiving rofecoxib ($n = 20$; 0.8%) experienced hypertension-related adverse events versus placebo ($n = 2$; 0.1%). There were no cases of congestive heart failure.

*Conclusions:* Rofecoxib 25 mg and placebo demonstrated similar risk of thrombotic CV events in this limited dataset.

---

* Clinical protocol registered at: http://www.clinicaltrials.gov/show/NCT00060476

# Introduction

Prostate cancer is a significant public health concern in many regions of the world. In the United States, prostate cancer is the most common cause of cancer in men and it is estimated that one of every six men will be diagnosed with the disease during their lifetime. Compared to other cancer types, prostate cancer represents the second leading cause of cancer death in men[1]. This has fueled an intense effort to identify effective chemoprevention strategies for this disease[2]. A number of lines of preclinical and clinical evidence suggest that cyclooxygenase-2 (COX-2) may be an important molecular target for the chemoprevention of prostate cancer[3–7].

One of the two main purposes of the VIOXX* in Prostate Cancer Prevention (ViP) study was to determine RR of prostate cancer over a period of 6 years of treatment with the COX-2 selective inhibitor (coxib) rofecoxib compared to placebo treatment. The ViP study was also planned to contribute placebo-controlled thrombotic cardiovascular serious adverse experience (i.e., thrombotic event) data for a prespecified non-inferiority analysis of CV safety compared to placebo. This planned analysis was designed to pool data from ViP and two other placebo-controlled rofecoxib studies [Adenomatous Polyp PRevention On VIOXX study (APPROVe)[8] and VIOXX In colorectal Cancer Therapy: definition of Optimal Regime Study (VICTOR)] to test the hypothesis that rofecoxib would be non-inferior to placebo in the risk of developing cardiovascular thrombotic CV events in over 25 000 patients[9].

In the APPROVe study, there was an increased RR of thrombotic CV events as compared to placebo that became apparent beginning after 18 months of continuous use[8]. Simultaneous to the termination of the APPROVe study and the voluntary worldwide withdrawal of rofecoxib from the worldwide market, the ViP and VICTOR studies were also terminated. Due to their premature termination, CV safety data from these trials is limited. However, the CV safety data from these studies adds to the previously published body of scientific information regarding the CV safety of rofecoxib versus placebo[8,10]. Here we report the CV safety data collected from the truncated ViP trial.

# Methods

This trial (sponsor protocol number 201) was conducted in 550 study centers in 24 countries. The Institutional Review Boards of each study center approved the protocol. All patients provided written informed consent prior to their participation in the study which was initiated on June 24, 2003 and terminated early on September 30, 2004.

## Patients

The study enrolled men aged ≥50 and ≤75 years, with a life expectancy of greater than 6 years, with prostate specific antigen test (PSA) >2.5 ng/mL and ≤10 ng/mL. Patients with PSA >4 ng/mL needed to have a normal prostate biopsy – no cancer, high-grade prostatic intraepithelial neoplasia (also known as high-grade PIN), or atypical gland suspicious for cancer (also known as atypical small acinar proliferation) – at screening or within 1 year prior to screening (visit 1). All patients needed to have a digital rectal examination not suspicious of prostate cancer at screening or within 4 weeks of screening.

Patients who had any of the following were excluded: anticipated to undergo prostate biopsy within 6 months following screening; significantly impaired renal function (creatinine clearance <30 mL/min or serum creatinine >2.0 mg/dL); uncontrolled hypertension (sitting diastolic blood pressure >95 mmHg or sitting systolic blood pressure >165 mmHg); history of a stroke or transient ischemic attack, myocardial infarction, transluminal coronary angioplasty, or coronary artery bypass grafting within 6 months of the screening visit; gastrointestinal malabsorption; history of active hepatitis or hepatic disease within 2 years of screening; congestive heart failure with symptoms at rest or with minimal activity; unstable angina; bleeding diathesis; history of inflammatory bowel disease; evidence of active GI bleeding; history of neoplastic disease (except adequately treated non-melanoma skin cancer) within the past 5 years which had not been successfully treated; required therapy with warfarin, heparin, high-dose aspirin (>100 mg/day), nonstudy traditional NSAID or coxib; treatment with the combination of ticlopidine or clopidogrel plus low-dose aspirin (LDA); or allergy or hypersensitivity to aspirin, other traditional NSAIDs, or coxibs. In addition, patients were excluded who were regular users of traditional NSAIDs or coxibs, defined as daily use for ≥4 days for ≥4 consecutive weeks or 6 or more nonconsecutive weeks during any given study year. Patients who were receiving finasteride or dutasteride who had initiated or modified the dose of this treatment during the screening period or within 4 weeks prior to screening were also excluded.

---

* VIOXX is a registered trademark of Merck & Co., Inc.

## Study design

This was a multicenter, randomized, double-blind, placebo-controlled study in men with PSA levels as defined above. After a 3-week placebo run-in period, patients were randomized to treatment with either rofecoxib 25 mg/day or placebo for a planned period of 72 months. Patients were stratified by PSA (> 2.5 ng/mL to ≤ 4 ng/mL or > 4 ng/mL to ≤ 10 ng/mL) and by chronic treatment with LDA (yes or no), then randomized within each of the four strata to obtain an approximate balance between the two treatment groups for both the primary analysis and for CV safety analyses. Approximately 50% of patients were enrolled into each PSA stratum. There were 12 planned clinic visits including the screening visit, start of the placebo run-in period, baseline (month 0) visit at randomization, and at months 3, 6, 12, 18, 24, 36, 48, 60, and 72). Blood pressure was measured at baseline and months 3, 6, and 12. Patients were contacted by the investigator 14 days following treatment discontinuation to assess the occurrence of any serious adverse experiences (AE).

## Study treatments

Patients were allocated to treatment assignment using a computer-generated randomized allocation schedule generated by the study statistician. Patients were randomized in equal proportions to receive rofecoxib 25 mg or placebo once daily using a computer-generated allocation schedule. Both test products were coded and identical in appearance to maintain blinding to treatment assignment. All study personnel, including investigators, study site personnel, patients, monitors, central laboratory, and adjudication personnel, remained blinded to treatment allocation throughout the study; the code was revealed to the researchers once recruitment, data collection, adjudication, and laboratory analyses were complete. The concurrent use of LDA (< 100 mg/day) was allowed as per treatment guidelines[11]. The use of gastroprotective agents such as proton pump inhibitors, $H_2$-receptor antagonists, sucralfate, and misoprostol was allowed as per current treatment guidelines[12].

## Safety endpoints
### Cardiovascular endpoints

In addition to assessing the relative risk of prostate cancer among patients receiving rofecoxib or placebo, a primary objective of the study was to evaluate the general safety (including cardiovascular safety) and tolerability of treatment with rofecoxib compared with placebo. The confirmed thrombotic CV event endpoint is a composite endpoint of arterial and venous disease that includes any of the following events: myocardial infarction (including silent infarctions), unstable angina pectoris, intracardiac thrombus, resuscitated cardiac arrest, thrombotic stroke, cerebrovascular thrombosis, transient ischemic attack, peripheral venous thrombosis, pulmonary embolism, peripheral arterial thrombosis, and sudden and/or unexplained death. Reported CV events were also analyzed using the Anti-Platelet Trialists' Collaboration (APTC) (myocardial infarction, stroke, vascular death) for comparison[13]. Other prespecified endpoints included non-adjudicated CV AEs of: hypertension-related events (investigator-reported AEs of hypertension and blood pressure increased); edema (investigator-reported AEs of edema, peripheral edema, or fluid retention); and investigator-reported serious AEs of congestive heart failure, pulmonary edema, or cardiac failure.

### Adjudication of thrombotic CV events

All reported thrombotic CV serious AEs (thrombotic CV events) and deaths reported during study treatment or within 14 days of study treatment discontinuation were blindly adjudicated through an external, independent expert adjudication process as previously described[8].

### Statistical analysis

Prespecified adverse events and confirmed thrombotic CV events (composite and APTC endpoints) and deaths were analyzed by comparing the event rates in each treatment group. Relative risks (rate in rofecoxib 25 mg group/rate in placebo group) with 95% confidence intervals were calculated with the Cox proportional-hazards model with treatment as the factor. If only a few events (< 11) occurred for a particular endpoint, the ratio of rates (defined as the numbers of events per 100 patient-years) was calculated instead, along with the corresponding 95% confidence interval. The confidence interval was computed using a conditional exact method. Because of the early termination of the study and the resulting small number of events, no stratification effects were considered in the analysis model.

The ViP study was designed cooperatively by the sponsor (Merck Research Laboratories) and a steering committee. The sponsor monitored the study, collected data, and did statistical analysis. An independent confirmation of the statistical analyses was done by Warwick Clinical Trials Unit (Warwick, UK) under the supervision of Janet Dunn. The authors had full access to data and statistical analyses and

drafted the manuscript. The corresponding author had final responsibility for the decision to submit for publication.

## Results

Only details of the study relevant to the presentation of CV safety data are in this report. Additional study details can be found at: http://www.clinicalstudyresults.org/documents/company-study_783_0.pdf

A total of 4741 men with a mean age of 63.6 yrs were enrolled in the study (Tables 1 and 2) and 2369 randomized to receive rofecoxib 25 mg and 2372 to receive placebo. Baseline demographics were similar in the two treatment groups. Median duration of treatment was 4.14 months (range 0.03–15.9 months). The patient years of exposure to study drug were the following: 1013.89 for placebo, 1009.40 for rofecoxib, and 2023.30 total. The population included men with various risk factors for thrombotic CV events (Table 2). Approximately 36% of the population had either a previous history of symptomatic atherosclerotic disease or at least two risk factors for atherosclerotic disease.

The rates per 100 patient-years for confirmed thrombotic CV events for patients on study medication or within 14 days of treatment discontinuation were 1.36 (95% CI: 0.76, 2.24) and 1.27 (95% CI: 0.70, 2.14) in the placebo and rofecoxib 25 mg groups, respectively, with an RR of 0.94 (95% CI = 0.45, 1.94; $p = 0.861$) (Table 3). The rates of thrombotic CV events also appeared to be similar over time (Figure 1). Similar numbers of patients in each treatment group had an APTC event: 9 (0.38%) and 8 (0.34%) patients in the placebo and rofecoxib 25 mg groups, respectively. There were no peripheral vascular or hemorrhagic APTC events observed. The rates per 100 patient-years

were 0.82 (95% CI: 0.37, 1.55) and 0.73 (95% CI: 0.31, 1.43) in the placebo and rofecoxib 25 mg groups, respectively. The RR of an APTC event in the rofecoxib group compared to placebo was 0.89 (95% CI = 0.34, 2.31; $p = 0.810$).

Four patients in the placebo group and two in the rofecoxib group died on treatment or within 14 days of study drug discontinuation. An additional patient (rofecoxib 25 mg) died 105 days following study drug discontinuation from a myocardial infarction. Of those deaths that were preceded by an AE that began while on study treatment or within 14 days of study drug discontinuation, confirmed CV deaths occurred in three patients in the placebo group and one patient in the rofecoxib group.

Changes in systolic blood pressure from baseline ranged from –0.66 to 0.10 mmHg in the placebo group and from 3.2 to 4.6 mmHg in the rofecoxib group. Changes in diastolic pressure ranged from –0.4 to –1.5 mmHg in the placebo group and from 0.7 to 1.4 mmHg in the rofecoxib group. Event rates per 100 patient-years for hypertension-related AEs were higher for rofecoxib versus placebo; this difference was statistically significant ($p = 0.002$; Table 4). The incidence of edema was rare in both treatment groups (Table 4).

The event rate per 100 patient-years with regard to discontinuation for clinical or laboratory AEs was similar between groups ($p = 0.230$), as were the event rates per 100 patient-years of discontinuation for clinical AEs ($p = 0.304$) or laboratory AEs ($p = 0.230$) (Table 1).

## Discussion

The ViP study was one of three placebo-controlled, randomized studies (APPROVe, VICTOR, and ViP)

**Table 1.** *Patient disposition*

| | Total | Placebo | Rofecoxib 25 mg |
|---|---|---|---|
| | $n$ (%) | $n$ (%) | $n$ (%) |
| Randomized: | 4741 | 2372 | 2369 |
| Completed: | 0 | 0 | 0 |
| Discontinued: | 4741 (100.0) | 2372 (100.0) | 2369 (100.0) |
| Clinical adverse experience | 233 (4.9) | 109 (4.6) | 124 (5.2) |
| Laboratory adverse experience | 12 (0.3) | 4 (0.2) | 8 (0.3) |
| Withdrew consent | 77 (1.6) | 38 (1.6) | 39 (1.6) |
| Protocol deviation | 50 (1.0) | 26 (1.1) | 24 (1.0) |
| Lost to follow-up | 17 (0.4) | 7 (0.3) | 10 (0.4) |
| Patient moved | 4 (0.1) | 4 (0.2) | 0 (0.0) |
| Patient discontinued for other | 9 (0.2) | 6 (0.3) | 3 (0.1) |
| Site terminated | 4339 (91.5) | 2178 (91.8) | 2161 (91.2) |

**Table 2.** Patient baseline demographics

| Characteristic | Placebo N = 2372 | | Rofecoxib 25 mg N = 2369 | |
| --- | --- | --- | --- | --- |
| | n | (%) | n | (%) |
| Mean age (years) | 63.7 (44–81) | | 63.6 (46–77) | |
| Race | | | | |
| White | 1972 | 83.1 | 1902 | 80.3 |
| Black | 77 | 3.2 | 98 | 4.1 |
| Asian | 95 | 4.0 | 91 | 3.8 |
| Hispanic | 168 | 7.1 | 200 | 8.4 |
| Other | 60 | 2.5 | 78 | 3.3 |
| PSA level (ng/mL), mean(SE) | 4.7 (0.04) | 49.4 | 4.7 (0.05) | 49.4 |
| PSA ≤ 4 ng/mL | 1171 | 50.6 | 1170 | 50.6 |
| PSA > 4 ng/mL | 1201 | | 1199 | |
| Use of low-dose aspirin | 703 | (29.6) | 698 | (29.5) |
| History of symptomatic atherosclerotic CV disease* | 278 | (11.7) | 242 | (10.2) |
| ≥ 2 cardiovascular risk factors† | 752 | (31.7) | 760 | (32.1) |
| ≥ 2 cardiovascular risk factors†, or history of symptomatic atherosclerotic CV disease | 860 | (36.3) | 841 | (35.5) |
| Family history of CV disease | | | | |
| No | 1948 | (82.1) | 1939 | (81.8) |
| Unknown | 98 | (4.1) | 116 | (4.9) |
| Yes | 326 | (13.7) | 314 | (13.3) |
| History of diabetes | 247 | (10.4) | 230 | (9.7) |
| History of hypercholesterolemia | 765 | (32.3) | 783 | (33.1) |
| History of hypertension | 997 | (42.0) | 1012 | (42.7) |
| Current smoker | 231 | (9.7) | 244 | (10.3) |

*A history of myocardial infarction, cardiac surgery, angina, thrombotic cerebrovascular events, ischemic heart disease, pulmonary edema, ST segment depression, ST-T change compatible with ischemia, ST segment elevation, ventricular tachycardia, vertebrobasilar insufficiency, amaurosis fugax, lacunar infarction

†Cardiovascular risk factors include history of diabetes, dyslipidemia, hypertension, family history of cardiovascular disease, and tobacco use



**Figure 1.** KM plot of confirmed thrombotic events

**Table 3.** *Incidence of confirmed thrombotic CV events[1] occurring during study treatment or within 14 days of study treatment discontinuation*

| Category | Rofecoxib 25 mg (N = 2369) 1099 PYs* | | Placebo (N = 2372) 1102 PYs* | |
|---|---|---|---|---|
| | n (%)‡ | Rate§ | n (%)‡ | Rate§ |
| Total number of patients with confirmed thrombotic event† endpoint | 14 (0.59) | 1.27†† | 15 (0.63) | 1.36†† |
| *Cardiac events* | 10 (0.42) | 0.91 | 8 (0.34) | 0.73 |
| Myocardial infarction | 5 (0.21) | 0.45 | 4 (0.17) | 0.36 |
| Fatal myocardial infarction | 1 (0.04) | 0.09 | 1 (0.04) | 0.09 |
| Sudden death from cardiac causes | 0 (0.00) | 0.00 | 1 (0.04) | 0.09 |
| Unstable angina pectoris | 4 (0.17) | 0.36 | 2 (0.08) | 0.18 |
| *Peripheral vascular events* | 2 (0.08) | 0.18 | 2 (0.08) | 0.18 |
| Peripheral venous thrombosis | 2 (0.08) | 0.18 | 1 (0.04) | 0.09 |
| Peripheral arterial thrombosis | 0 (0.00) | 0.00 | 0 (0.00) | 0.00 |
| Pulmonary embolism | 0 (0.00) | 0.00 | 1 (0.04) | 0.09 |
| *Cerebrovascular events* | 2 (0.08) | 0.18 | 5 (0.21) | 0.45 |
| Ischemic cerebrovascular stroke | 2 (0.08) | 0.18 | 2 (0.08) | 0.18 |
| Transient ischemic attack | 1 (0.04) | 0.09 | 2 (0.08) | 0.18 |
| Fatal stroke, unknown mechanism | 0 (0.00) | 0.00 | 1 (0.04) | 0.09 |

*Note:* Patient with multiple events may be counted more than once in different terms but only once in one term
*PYs, patient-years
†Confirmed thrombotic cardiovascular serious adverse experience
‡Crude incidence ($n/N \times 100$)
§Events per 100 patient-years
††Relative risk of confirmed thrombotic events for rofecoxib vs. placebo = 0.94 (95% CI: 0.45, 1.94); p-value = 0.861

**Table 4.** *Incidence of nonadjudicated CV AEs (events from randomization including 14 days after last dose of study therapy)*

| Type of adverse experience | Placebo (N = 2372) | | Rofecoxib 25 mg (N = 2369) | | Relative risk (95% CI) |
|---|---|---|---|---|---|
| | n (%) | Rate/100 PYs* | n (%) | Rate/100 PYs* | |
| Hypertension-related† | 2 (0.1) | 0.18 | 20 (0.8) | 1.82 | 9.99 (2.34–42.74) p = 0.002 |
| Edema‡ | 2 (0.1) | 0.18 | 4 (0.2) | 0.36 | 2.01 (0.29–22.21) p = 0.683 |
| Congestive heart failure, pulmonary edema, or cardiac failure§ | 0 (0.00) | 0.00 | 1 (0.09)†† | 0.09 | – |

*PYs = patient-years
†Investigator-reported adverse experiences of hypertension or blood pressure increased
‡Investigator-reported adverse experiences of edema, peripheral edema, or fluid retention
§Cases that were life-threatening or resulted in death or hospitalization
††One case of pulmonary edema which required hospitalization

designed to examine the potential of rofecoxib as a cancer chemoprevention therapy. All three studies collected thrombotic CV event data. A separate analysis protocol was established for pooling of CV safety data from over 25 000 patients in these three studies to test the hypothesis that rofecoxib would be non-inferior to placebo in the risk of developing thrombotic CV events. Upon the termination of the APPROVe study[8] and the voluntary worldwide withdrawal of rofecoxib from the worldwide market, the ViP and VICTOR studies were prematurely ended. The number of thrombotic CV events observed in ViP were similar in the two treatment groups. Because of limitations in this study, specifically, the short period of drug exposure, the uncompleted enrollment, and the relatively small number of thrombotic CV events observed, no conclusions regarding the relative CV safety of rofecoxib 25 mg compared to placebo can

be drawn specific to this dataset. The purpose of this report is to provide the scientific community with these CV safety data from ViP in a peer-reviewed scientific publication in order to add to the body of published scientific literature regarding this important topic. These data will aid future scientific inquiry of the published literature surrounding the CV safety of COX-2 selective and traditional NSAIDs compared to placebo.

Results from the rofecoxib APPROVe study and celecoxib APC chemoprevention trials both demonstrated a significantly elevated RR of thrombotic CV events following long-term use of these agents compared to placebo[8,14]. These results were followed by thorough regulatory agency reviews regarding the CV safety of all NSAIDs, leading the United States Food and Drug Administration to conclude that all NSAIDs, except aspirin and possibly naproxen, may carry an increased risk of thrombotic CV events following long-term use and that this should be stated in their product labels[15]. The European Medicines Agency, however, recommended label changes for only coxibs to reflect the increased thrombotic CV risk[16]. More recently, a meta-analysis of over 138 published and unpublished randomized trials of coxibs (rofecoxib, celecoxib, valdecoxib, lumiracoxib, and etoricoxib) and traditional NSAIDs (ibuprofen, diclofenac, and naproxen) reported a similar rate of thrombotic CV events with coxibs and non-naproxen traditional NSAIDs, but a lower rate with naproxen than with coxibs[17].

Of note in this study was the significantly higher number of hypertension-related AEs following treatment with rofecoxib compared to placebo which is a well-known side-effect of NSAIDs and consistent with inhibition of renal prostaglandin biosynthesis. The magnitude of the increases in blood pressure associated with rofecoxib treatment are similar to those observed in the placebo-controlled APPROVe study[8]. Previous pooled analyses of trials comparing the effects of rofecoxib and traditional NSAIDs on blood pressure[18], along with results from placebo-controlled trials, emphasize the need to monitor blood pressure in patients requiring therapy with NSAIDs.

The CV safety data presented here for the ViP study, along with CV safety data from the VICTOR study, communicated separately, provide thrombotic CV event data that had been collected from these prematurely terminated studies.

## Acknowledgment

*Declaration of interest:* AT, BS-D, MM, CL, and CR report having received consultant and/or lecture fees from Merck. AT, BS-D, and CL have received grant support from Merck. AL, JVA, ATK, CJH, and MEJ are employees of Merck and own stock and/or hold stock options in the company. Dr Antonio Lombardi and Mary E. Jones (Merck Research Laboratories) were also contributing authors of this manuscript. The authors thank Dr Paul Cavanaugh (formerly of Merck Research Laboratories) for assistance with preparation of this manuscript.

*ViP Steering Committee:*

Peter Gann (Co-Chair), Associate Professor, Preventive Medicine, Northwestern University, Chicago, IL, USA; Claus Roehrborn, (Co-Chair), Professor, Department of Urology, University of Texas, Dallas, TX, USA; Jan-Erik Damber, Professor, Urology, Sahlgreska University, Goteborg, Sweden; Jonathan Epstein, Professor, Urology, Johns Hopkins University, Baltimore, MD, USA; Eric Klein, Section Head, Urologic Oncology, Cleveland Clinic, Cleveland, OH, USA; Christopher Logothetis, Professor, GU Medical Oncology, MD Anderson Cancer Center, Houston, TX, USA; Leonard Marks, Medical Director, Urological Sciences Research Foundation, Culver City, CA, USA; Michael Marberger, Professor, Department of Urology, University of Vienna, Austria; Bernd Schmitz-Draeger, Professor, EURO-MED-CLINIC, Urologische Abteilung, Fuerth, Germany; Andrea Tubaro, Associate Professor, Urology, La Sapienza University, Rome, Italy.

## References

1. Ries LAG, Eisner MP, Kosary CL, et al. SEER Cancer Statistics Review, 1975-2002. Bethesda, MD: National Cancer Institute, 2005
2. Lau CK, Black WC, Belley M, et al. From indomethacin to a selective COX-2 inhibitor: development of indolalkanoic acids as potent and selective cyclooxygenase-2 inhibitors. In: Honn KV, Marnett LJ, et al., eds. Eicosanoids and other Bioactive Lipids in Cancer Inflammation and Radiation Injury 3. New York: Plenum Press, 1997:73-8
3. Di Lorenzo G, De Placido S, Autorino R, et al. Expression of biomarkers modulating prostate cancer progression: implications in the treatment of the disease. Prostate Cancer Prostatic Dis 2005;8:54-9
4. Liu XH, Kirschenbaum A, Yao S, et al. Inhibition of cyclooxygenase-2 suppresses angiogenesis and the growth of prostate cancer in vivo. J Urol 2000;164:820-5
5. Attiga FA, Fernandez PM, Weeraratna AT, Manyak MJ, Patierno SR. Inhibitors of prostaglandin synthesis inhibit human prostate tumor cell invasiveness and reduce the release of matrix metalloproteinases. Cancer Res 2000;60:4629-37
6. Gupta S, Srivastava M, Ahmad N, et al. Over-expression of cyclooxygenase-2 in human prostate adenocarcinoma. Prostate 2000;42:73-8
7. Roberts RO, Jacobson DJ, Girman CJ, et al. A population-based study of daily nonsteroidal anti-inflammatory drug use and prostate cancer. Mayo Clin Proc 2002;77:219-25
8. Bresalier RS, Sandler RS, Quan H, et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med 2005;352:1092-102
9. Merck Research Laboratories. VIOXX™ (Rofecoxib Tablets and Oral Suspension) – Background briefing information for the food and drug administration joint meeting with the arthritis advisory council and the drug safety and risk management advisory committee. February 16-18, 2005. Accessed on September 29, 2005 at http://www.fda.gov/ohrms/dockets/ac/05/briefing/2005-4090B1_02_MERCK-Vioxx.pdf

10. Baron JA, Sandler RS, Bresalier RS, et al. A randomized trial of rofecoxib for the chemoprevention of colorectal adenomas. Gastroenterology 2006;131:1674-82

11. Smith SC, Jr., Blair SN, Bonow RO, et al. AHA/ACC Guidelines for Preventing Heart Attack and Death in Patients With Atherosclerotic Cardiovascular Disease: 2001 update. A statement for healthcare professionals from the American Heart Association and the American College of Cardiology. J Am Coll Cardiol 2001;38:1581-3

12. Lanza FL. A guideline for the treatment and prevention of NSAID-induced ulcers. Am J Gastroenterol 1998;93: 2037-46

13. Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy - I: prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106

14. Solomon SD, McMurray JJ, Pfeffer MA, et al. Cardio-vascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005;352: 1071-80

15. Jenkins JK, Seligman PJ. Analysis and recommendations for Agency action regarding nonsteroidal anti-inflammatory drugs and cardiovascular risk. http://www.fda.gov/cder/drug/infopage/COX2/NSAIDdecisionMemo.pdf. 1-19. 4-6-2005

16. EMEA. European Medicines Agency concludes action on COX-2 inhibitors. London, Doc Ref EMEA/2077662005 2005;http://www.emea.eu.int/pdfs/human/press/pr/20776605en.pdf Accessed 3 February 2006

17. Kearney PM, Baigent C, Godwin J, et al. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials. Br Med J 2006;332:1302-8

18. Gertz BJ, Krupa D, Bolognese JA, et al. A comparison of adverse renovascular experiences among osteoarthritis patients treated with rofecoxib and comparator non-selective non-steroidal anti-inflammatory agents. Curr Med Res Opin 2002;18:82-91

CrossRef links are available in the online published version of this paper:
http://www.cmrojournal.com
Paper CMRO-3971_3, *Accepted for publication:* 21 June 2007
*Published Online:* 24 July 2007
doi:10.1185/030079907X219526

Case 2:05-md-01657-EEF-DEK   Document 63539-12   Filed 11/02/11   Page 1 of 64

# Exhibit K

Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs

Merck & Co., Inc.
P.O. Box 4
West Point PA 19486
Fax 610 397 2516
Tel 610 397 2944
215 652 5000

Central Document Room
Food and Drug Administration
Center for Drug Evaluation and Research
12229 Wilkins Avenue
Rockville, MD 20850

 MERCK
Research Laboratories

## NDA 21-052/S-004:  VIOXX™ (rofecoxib oral suspension)

### SAFETY UPDATE REPORT

### VIOXX™ Gastrointestinal Outcomes Research Study (VIGOR)

Reference is made to the supplemental New Drug Application (sNDA) cited above for VIOXX™ submitted as an electronic archive on June 29, 2000, and your letter of acknowledgment dated August 3, 2000.  Further reference is made to NDA 21-042, VIOXX™ (rofecoxib tablets).

Since there is a single label for VIOXX™ tablets and oral suspension, Merck Research Laboratories (MRL), a division of Merck & Co., Inc., is submitting the full Safety Update Report (SUR) to NDA 21-042, VIOXX™ (rofecoxib tablets) which contains all supportive information.  Simultaneously, we are submitting labeling and administrative documentation only to this NDA.

The SUR provides updated cardiovascular safety information from the VIGOR study. The original report which was part of the VIGOR sNDA, included analyses of all adjudicated serious cardiovascular thrombotic events which were reported prior to February 10, 2000, the study cut-off date.  This update to the original report includes data on 11 additional patients who experienced cardiovascular serious adverse experiences eligible for adjudication.  These additional events were reported after the prespecified cut-off date, however, in an effort to ensure completeness in reporting and analyzing safety data, these events were referred for adjudication.

Five of the 11 patients experienced events that were confirmed by the cardiovascular endpoint adjudication committees to be thrombotic cardiovascular serious adverse experiences (3 confirmed myocardial infarctions on rofecoxib, 1 confirmed peripheral venous thrombosis on rofecoxib, and 1 confirmed ischemic cerebrovascular accident on naproxen). The data on cardiovascular events included in the proposed product circular submitted with the sNDA have been updated to reflect this additional information. Inclusion of these patients in the analysis did not meaningfully alter the findings or conclusions of the study.

MRK-N0520004122

**Central Document Room**
**NDA 21-052/S-004: VIOXX™ (rofecoxib oral suspension)**
**Page 2**

As indicated on the attached Form FDA 356h, this submission provides for changes in the Labeling and Summary sections of the sNDA for VIGOR. All information is in an electronic format as indicated in the Table of Contents for this submission.
This submission is formatted as required in Title 21 paragraph 314.50 of the Code of Federal Regulations. This submission is being submitted in accordance with the January 1999, *Guidance for Industry – Providing Regulatory Submissions in Electronic Format – NDAs.* As an attachment to this letter, Merck Research Laboratories (MRL), a division of Merck & Co., Inc., is providing one Compact Disk (CD) which contains the Safety Update Report. All documents requiring signatures for certification are included as paper for archival purposes.

All of the information is contained on one CD and is not more than 100MB. We have taken precautions to ensure that the contents of this CD are free of computer viruses (Norton Anti-Virus 4.0, Symantec Corp., 1991-1997) and we authorized the use of anti-virus software, as appropriate.

Attached on the CD, for the Agency's review and approval are the following:

      Item 2 – Labeling
      Proposed Labeling Text

      Item 3 – Summary
      Annotated Package Circular

The Microsoft WORD version of the proposed labeling text is also provided on a separate diskette.

A list of reviewers from the Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products who should be provided access to this electronic submission on their desktops may be obtained from Ms. Sandra Cook, Regulatory Project Manager, Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products. MRL will follow-up with Ms. Cook to ensure that the appropriate reviewers have been given access to this electronic submission.

We consider the filing of this submission to be a confidential matter, and request that the Food and Drug Administration not make its content, nor any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

**Central Document Room**
**NDA 21-052/S-004: VIOXX™ (rofecoxib oral suspension)**
**Page 3**


Questions concerning this submission should be directed to Robert E. Silverman, M.D., Ph.D. (610/397-2944) or, in my absence, to Bonnie J. Goldmann, M.D. (610/397-2383).

Sincerely,

Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs


Attachment
Q\acld\vioxx\vigor\VIGORsurOS
Federal Express #1          4206 6806 6455

Desk Copies:  Ms. Sandra Cook, Regulatory Project Manager (cover letter and diskette
              containing the WORD version of the proposed labeling)

              HFD-550, Room N322, Federal Express #1

MRK-N0520004124

| Safety Update Report | | |
|---|---|---|
| Table of Contents for Amendment to NDA 21-052/S-004 | | |
| Description | Review Copy volume number | Archive copy location folder/file name |
| Clinical Study Reports | n/a | n/a |
| Safety Update Report Summary | -- | update\updatesum.pdf |
| Other Studies and Information | n/a | n/a |
| Publications | n/a | n/a |

MRK-N0520004173

Rofecoxib
Safety Update Report

1

TABLE OF CONTENTS

| | PAGE |
|---|---|
| List of Tables | 2 |
| List of Figures | 5 |
| Executive Summary | 6 |
| 1. Data Included in the Original VIGOR Supplemental Marketing Application Compared to this Updated Report | 7 |
| 1.1 Format of the Data Presentation | 7 |
| 2. Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study | 7 |
| 2.1 Additional Analyses Related to Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study | 20 |
| 2.1.1 Analysis of Cardiovascular Outcomes in the Subgroup of Patients With a Past Medical History of Symptomatic Coronary and/or Cerebrovascular Disease | 20 |
| 2.1.2 The Effect of Hypertension and Edema-Related Adverse Experiences on the Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences | 23 |
| 2.1.3 Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents | 28 |
| 2.1.4 Supportive Analysis: Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences | 35 |
| 3. Summary of Cardiovascular Findings in the VIGOR Study | 43 |
| References | -- |

MRK-N0520004174

Rofecoxib
Safety Update Report

2

## LIST OF TABLES

|  |  | PAGE |
|---|---|---|
| Table 1 | Accounting of Cardiovascular Serious Adverse Experiences That Underwent Adjudication in the VIGOR Trial in Rheumatoid Arthritis Patients Updated Application Data | 8 |
| Table 2 | Accounting of Cardiovascular Serious Adverse Experiences That Underwent Adjudication in the VIGOR Trial in Rheumatoid Arthritis Patients Original Application Data (*Table C-2*) | 9 |
| Table 3 | Baseline Cardiovascular Demographics in Patients in the VIGOR Trial who had a Confirmed Thrombotic Cardiovascular Serious Adverse Experience Updated Application Data | 10 |
| Table 4 | Baseline Cardiovascular Demographics in Patients in the VIGOR Trial who had a Confirmed Thrombotic Cardiovascular Serious Adverse Experience Original Application Data (*Table C-3*) | 11 |
| Table 5 | Summary of Analysis of Confirmed Adjudicated Thrombotic Cardiovascular Serious Adverse Experiences VIGOR Study in Patients With Rheumatoid Arthritis[†] Updated Application Data | 13 |
| Table 6 | Summary of Analysis of Confirmed Adjudicated Thrombotic Cardiovascular Serious Adverse Experiences VIGOR Study in Patients With Rheumatoid Arthritis[†] Original Application Data (*Table C-4*) | 14 |
| Table 7 | Summary of Adjudicated Thrombotic Cardiovascular Serious Adverse Experiences VIGOR Study in Patients With Rheumatoid Arthritis Updated Application Data | 18 |
| Table 8 | Summary of Adjudicated Thrombotic Cardiovascular Serious Adverse Experiences VIGOR Study in Patients With Rheumatoid Arthritis Original Application Data (*Table C-5*) | 19 |
| Table 9 | Incidence of Adjudicated Thrombotic Cardiovascular Serious Adverse Experiences in Patient Subgroups Based on a Past Medical History Meeting Criteria for Vascular-Protective Aspirin Therapy VIGOR Study in Rheumatoid Arthritis Patients Updated Application Data | 21 |

MRK-N0520004175

Rofecoxib                                                                  3
Safety Update Report

## LIST OF TABLES (CONT.)

PAGE

Table 10    Incidence of Adjudicated Thrombotic Cardiovascular
            Serious Adverse Experiences in Patient Subgroups Based
            on a Past Medical History Meeting Criteria for Vascular-
            Protective Aspirin Therapy VIGOR Study in Rheumatoid
            Arthritis Patients Original Application Data *(Table C-6)*         22

Table 11    Incidence of Confirmed Thrombotic Cardiovascular
            Serious Adverse Experiences in Patients With and Without
            Hypertension-Related Adverse Experiences VIGOR Study
            in Rheumatoid Arthritis Patients Updated Application Data          24

Table 12    Incidence of Confirmed Thrombotic Cardiovascular
            Serious Adverse Experiences in Patients With and Without
            Hypertension-Related Adverse Experiences VIGOR Study
            in Rheumatoid Arthritis Patients Original Application Data
            *(Table C-7)*                                                     24

Table 13    Incidence of Hypertension-Related Adverse Experiences in
            Patients With and Without Confirmed Thrombotic
            Cardiovascular Serious Adverse Experiences VIGOR
            Study in Rheumatoid Arthritis Patients Updated
            Application Data                                                  25

Table 14    Incidence of Hypertension-Related Adverse Experiences in
            Patients With and Without Confirmed Thrombotic
            Cardiovascular Serious Adverse Experiences VIGOR
            Study in Rheumatoid Arthritis Patients Original
            Application Data *(Table C-8)*                                    25

Table 15    Incidence of Confirmed Thrombotic Cardiovascular
            Serious Adverse Experiences in Patients With and Without
            Edema-Related Adverse Experiences VIGOR Study in
            Rheumatoid Arthritis Patients Updated Application Data            26

Table 16    Incidence of Confirmed Thrombotic Cardiovascular
            Serious Adverse Experiences in Patients With and Without
            Edema-Related Adverse Experiences VIGOR Study in
            Rheumatoid Arthritis Patients Original Application Data
            *(Table C-9)*                                                     26

Table 17    Incidence of Edema-Related Adverse Experiences in
            Patients With and Without Confirmed Thrombotic
            Cardiovascular Serious Adverse Experiences VIGOR
            Study in Rheumatoid Arthritis Patients Updated
            Application Data                                                  27

MRK-N0520004176

Rofecoxib                                                                                  4
Safety Update Report

## LIST OF TABLES (CONT.)

|          |                                                                                                                                                                                                                | PAGE |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
| Table 18 | Incidence of Edema-Related Adverse Experiences in Patients With and Without Confirmed Thrombotic Cardiovascular Serious Adverse Experiences VIGOR Study in Rheumatoid Arthritis Patients Original Application Data *(Table C-10)* | 27 |
| Table 19 | Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials Updated Application Report *(Table C-11)* | 29 |
| Table 20 | Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials Original Application Data *(Table C-11)* | 32 |
| Table 21 | Summary of Analysis of Cardiovascular Serious Adverse Experiences Referred for Adjudication VIGOR Study in Patients With Rheumatoid Arthritis Updated Application Data | 36 |
| Table 22 | Summary of Analysis of Cardiovascular Serious Adverse Experiences Referred for Adjudication VIGOR Study in Patients With Rheumatoid Arthritis Original Application Data *(Table C-13)* | 37 |
| Table 23 | Summary of Thrombotic Cardiovascular Serious Adverse Experiences Referred for Adjudication VIGOR Study in Patients With Rheumatoid Arthritis Updated Application Data | 38 |
| Table 24 | Summary of Thrombotic Cardiovascular Serious Adverse Experiences Referred for Adjudication VIGOR Study in Patients With Rheumatoid Arthritis Original Application Data *(Table C-14)* | 39 |

MRK-N0520004177

Rofecoxib                                                                                      5
Safety Update Report

LIST OF FIGURES

                                                                                              PAGE

Figure 1         Confirmed Thrombotic Cardiovascular Serious Adverse
                 Experiences in Rheumatoid Arthritis Patients in the
                 VIGOR Study Time-to-Event Plot (All Patients
                 Randomized) Updated Application Data                                          15

Figure 2         Confirmed Thrombotic Cardiovascular Serious Adverse
                 Experiences in Rheumatoid Arthritis Patients in the
                 VIGOR Study Time-to-Event Plot (All Patients
                 Randomized) Original Application Data *(Figure C-2)*                           16

Figure 3         Thrombotic Cardiovascular Serious Adverse Experiences
                 Referred for Adjudication in Rheumatoid Arthritis Patients
                 in the VIGOR Study Time-to-Event Plot (All Patients
                 Randomized) Updated Application Data                                          41

Figure 4         Thrombotic Cardiovascular Serious Adverse Experiences
                 Referred for Adjudication in Rheumatoid Arthritis Patients
                 in the VIGOR Study Time-to-Event Plot (All Patients
                 Randomized) Original Application Data *(Figure C-3)*                           42

MRK-N0520004178

Rofecoxib                                                                                          6
Safety Update Report

## Executive Summary

This report provides updated cardiovascular safety information from the rofecoxib (VIOXX™[1], MK-0966) VIGOR study. The original report, which was part of the VIGOR supplemental marketing application, included analyses of all adjudicated serious cardiovascular thrombotic events which were reported prior to 10-Feb-2000, the study cutoff date prespecified by the VIGOR steering committee. This update to the original report includes data on 11 additional patients who experienced cardiovascular serious adverse experiences eligible for adjudication as defined by the Adjudication SOP [1]. These additional events were reported after the prespecified cut-off date, however, in an effort to ensure completeness in reporting and analyzing safety data, these events were referred for adjudication. Five of the 11 patients experienced events that were confirmed by the cardiovascular endpoint adjudication committees to be thrombotic cardiovascular serious adverse experiences (3 confirmed myocardial infarctions on rofecoxib, 1 confirmed peripheral venous thrombosis on rofecoxib, and 1 confirmed ischemic cerebrovascular accident on naproxen). Inclusion of these patients in the analyses did not meaningfully alter the findings or conclusions of the study. We had previously reported that therapy with naproxen was associated with a 56% reduction in the risk of experiencing a confirmed thrombotic cardiovascular serious adverse experience. Re-analysis of the data including the additional 5 confirmed events revealed a 58% reduction in the risk of confirmed thrombotic cardiovascular serious adverse experiences in patients treated with naproxen compared with rofecoxib. The difference between the naproxen and the rofecoxib group in the incidences of thrombotic cardiovascular serious adverse events was primarily due to an imbalance in the incidence of acute myocardial infarction between the groups.

The reduction in cardiovascular events was accentuated in the 4% of patients in the study who had an indication for chronic aspirin therapy (i.e., a history of symptomatic coronary or cerebrovascular disease) but who were not receiving aspirin or other anti-platelet therapy. The magnitude of the reduction in thrombotic cardiovascular serious adverse experiences observed with naproxen therapy relative to rofecoxib therapy in patients without a clear indication for aspirin therapy was substantially smaller.

The reduction in the risk of developing a thrombotic cardiovascular serious adverse experience in patients treated with naproxen compared to those treated with rofecoxib is consistent with the known anti-platelet effects of naproxen. The similar rates of serious cardiovascular events in all treatment groups in both the Phase III osteoarthritis program (rofecoxib, placebo and NSAID comparators without sustained, nearly complete inhibition of platelet aggregation) and the ongoing Alzheimer program (rofecoxib and placebo) are consistent with this explanation. A formal meta-analysis of serious thrombotic cardiovascular adverse experiences in the rofecoxib pre- and postmarketing development program is underway.

---

[1] VIOXX is a trademark of Merck & Co., Inc., Whitehouse Station, New Jersey, U.S.A.

MRK-N0520004179

Rofecoxib                                                                                                    7
Safety Update Report

## 1. Data Included in the Original VIGOR Supplemental Marketing Application Compared to this Updated Report

All available data as of 10-Feb-2000, the termination date selected by the Steering Committee for the study, were included in the analyses of cardiovascular outcomes presented in the Cardiovascular Events Analysis of the original VIGOR supplemental marketing application. The termination date was the date on which the end-of-study visits could begin to be conducted. This date was prespecified as the cutoff date for inclusion of reported cardiovascular serious adverse experiences to ensure adequate time for procurement of clinical data and for completion of the adjudication process. Serious adverse experiences meeting criteria for referral to adjudication were reported in 11 patients in the VIGOR study after the 10-Feb-2000 cutoff date. These events were therefore not included in the initial analyses. Five of the 11 patients had events confirmed by a blinded, external adjudication committee to be thrombotic cardiovascular serious adverse experiences. These events are included in the analyses presented below.

### 1.1 Format of the Data Presentation

Tables and Figures which include all cardiovascular events which occurred after the 10-Feb-2000 (Updated Application Data) will be shown together with Tables and Figures which include data available only as of 10-Feb-2000 (Original Application Data). All data from the original application have the Table and Figure number from the original application in parentheses in the title.

## 2. Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study

The data analysis section of the Adjudication SOP specified that the primary analysis of cardiovascular events in the VIGOR study would utilize only events that were confirmed to be thrombotic cardiovascular serious adverse experiences by the vascular endpoint adjudication committees. Those event which were not confirmed by the vascular endpoint adjudication committees or for which there were insufficient data to adjudicate the event, are included in a sensitivity analysis of all investigator reported events, presented in Section 2.1.4 (Supportive Analysis: Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences).

Table 1 and Table 2 present the results of the adjudication process that led to the selection of these confirmed thrombotic cardiovascular serious adverse experiences. The overall incidence of thrombotic cardiovascular serious adverse experiences was low. Overall, 98 serious adverse experiences in 96 patients (1.2% of the study cohort) met the prespecified criteria for a potential thrombotic cardiovascular serious adverse experience. A listing of these events by allocation number and treatment group along with the consensus adjudication diagnosis is in Attachment 3[2]. These numbers include the

---

[2]  For consistency, attachments are numbered according to the scheme presented in the original report as part of the supplemental marketing application. Attachments 1, 2, and 5 are unchanged. Attachments 3 and 4 have been updated to reflect information regarding the 11 additional patients with CV serious adverse experiences.

MRK-N0520004180

Rofecoxib
Safety Update Report

8

## 2.   Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study (Cont.)

11 additional patients who experienced serious adverse events meeting criteria for referral to the adjudication panel that were reported after the 10-Feb-2000 cutoff (9 on rofecoxib and 2 on naproxen).  Five of the 11 patients had events which were confirmed by the adjudication committee to be thrombotic cardiovascular serious adverse experiences (3 confirmed myocardial infarctions on rofecoxib, 1 confirmed peripheral venous thrombosis on rofecoxib, and 1 confirmed ischemic cerebrovascular stroke on naproxen). The remaining 6 events included:  (1) 5 events that were judged not to meet prespecified definitions for a thrombotic cardiovascular event (4 on rofecoxib; 1 on naproxen), and (2) 1 event which had insufficient information (on rofecoxib). Thus the updated analysis of cardiovascular outcomes in this study included 66 confirmed thrombotic cardiovascular serious adverse experiences in 64 patients.

Table 1

Accounting of Cardiovascular Serious Adverse Experiences That Underwent
Adjudication in the VIGOR Trial in Rheumatoid Arthritis Patients
Updated Application Data

| Serious Adverse Experience Categories | Rofecoxib | Naproxen |
|---|---|---|
| Serious adverse experiences meeting criteria for referral to adjudication | 65 | 33 |
| Events not meeting criteria for a thrombotic cardiovascular serious adverse experience | 19 | 13 |
| Events adjudicated to be nonthrombotic serious adverse experiences | 12 | 9 |
| Events adjudicated to be hemorrhagic strokes or primary intracranial hemorrhage events | 2 | 1 |
| Events with insufficient data for adjudication | 5 | 3 |
| Events meeting criteria for a thrombotic cardiovascular serious adverse experience | 46 | 20 |

Data Source:  [Attachment 3]

MRK-N0520004181

Rofecoxib                                                                                      9
Safety Update Report

## 2. Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study (Cont.)

Table 2

Accounting of Cardiovascular Serious Adverse Experiences That Underwent
Adjudication in the VIGOR Trial in Rheumatoid Arthritis Patients
Original Application Data (*Table C-2*)

| Serious Adverse Experience Categories | Rofecoxib | Naproxen |
|---|---|---|
| Serious adverse experiences meeting criteria for referral to adjudication | 56 | 31 |
|     Events not meeting criteria for a thrombotic cardiovascular serious adverse experience | 14 | 12 |
|     Events adjudicated to be nonthrombotic serious adverse experiences | 8 | 8 |
|     Events adjudicated to be hemorrhagic strokes or primary intracranial hemorrhage events | 2 | 1 |
|     Events with insufficient data for adjudication | 4 | 3 |
| Events meeting criteria for a thrombotic cardiovascular serious adverse experience | 42 | 19 |

The baseline demographics of the cohort of patients with confirmed thrombotic cardiovascular serious adverse experiences are presented in Table 3 and Table 4. As was demonstrated in the VIGOR supplemental marketing application cardiovascular report, patients who developed a thrombotic cardiovascular serious adverse experience were generally at high risk of cardiovascular disease at the time of their enrollment in the study.

/MK-0966/SUR/RW1968.DOC APPROVED                                        03-Oct-2000

MRK-N0520004182

Rofecoxib
Safety Update Report

10

2. **Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study** (Cont.)

Table 3

Baseline Cardiovascular Demographics in Patients in the VIGOR Trial who had a
Confirmed Thrombotic Cardiovascular Serious Adverse Experience
Updated Application Data

| Demographic | Rofecoxib (N=45)[†] | | Naproxen (N=19)[†] | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Age** | | | | |
| Percent <65 Years Old | 17 | (37.8) | 6 | (31.6) |
| Percent ≥65 Years Old | 28 | (62.2) | 13 | (68.4) |
| **Gender** | | | | |
| Female | 25 | (55.6) | 12 | (63.2) |
| Male | 20 | (44.4) | 7 | (36.8) |
| **Past Cardiovascular History** | | | | |
| Past History of Atherosclerotic Cardiovascular Disease | 16 | (35.6) | 5 | (26.3) |
| **Cardiovascular Risk Factors** | | | | |
| Any Cardiovascular Risk Factors | 37 | (82.2) | 14 | (73.7) |
| Hypertension | 20 | (44.4) | 12 | (63.2) |
| Diabetes Mellitus | 2 | (4.4) | 1 | (5.3) |
| Hypercholesterolemia | 9 | (20.0) | 2 | (10.5) |
| Current Smoker | 17 | (37.8) | 5 | (26.3) |
| **Indication for Aspirin Therapy** | | | | |
| Aspirin Therapy Indicated[‡] | 15 | (33.3) | 3 | (15.8) |

[†] Two patients experienced >1 confirmed thrombotic cardiovascular serious adverse experience [Attachment 3]. AN 10677 (rofecoxib group) experienced 2 ischemic cerebrovascular accidents. AN 00560 (naproxen group) experienced unstable angina and myocardial infarction. Because the analysis of rates of confirmed thrombotic cardiovascular serious adverse experiences counted number of patients with events, these patients are counted once within each adjudication category.

[‡] Patients with past medical histories of one of the following cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, angina pectoris, coronary artery bypass graft surgery, or percutaneous coronary interventions.

Data Source: [P088C], [Attachment 3]

/MK-0966/SUR/RW1968.DOC APPROVED                                    03-Oct-2000

MRK-N0520004183

Rofecoxib
Safety Update Report

11

## 2. **Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study** (Cont.)

Table 4

Baseline Cardiovascular Demographics in Patients in the VIGOR Trial who had a
Confirmed Thrombotic Cardiovascular Serious Adverse Experience
Original Application Data (*Table C-3*)

| Demographic | Rofecoxib (N=41)[†] | | Naproxen (N=18)[†] | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Age** | | | | |
| Percent <65 Years Old | 14 | (34.1) | 6 | (33.3) |
| Percent ≥65 Years Old | 27 | (65.9) | 12 | (66.7) |
| **Gender** | | | | |
| Female | 23 | (56.1) | 11 | (61.1) |
| Male | 18 | (43.9) | 7 | (38.9) |
| **Past Cardiovascular History** | | | | |
| Past History of Atherosclerotic Cardiovascular Disease | 16 | (39.0) | 5 | (27.8) |
| **Cardiovascular Risk Factors** | | | | |
| Any Cardiovascular Risk Factors | 34 | (82.9) | 13 | (72.2) |
| Hypertension | 18 | (43.9) | 11 | (61.1) |
| Diabetes Mellitus | 2 | (4.9) | 1 | (5.6) |
| Hypercholesterolemia | 9 | (22.0) | 2 | (11.1) |
| Current Smoker | 15 | (36.6) | 5 | (27.8) |
| **Indication for Aspirin Therapy** | | | | |
| Aspirin Therapy Indicated[‡] | 15 | (36.6) | 3 | (16.7) |

[†] Two patients experienced >1 confirmed thrombotic cardiovascular serious adverse experience [Attachment 3]. AN 10677 (rofecoxib group) experienced 2 ischemic cerebrovascular accidents. AN 00560 (naproxen group) experienced unstable angina and myocardial infarction. Because the analysis of rates of confirmed thrombotic cardiovascular serious adverse experiences counted number of patients with events, these patients are counted once within each adjudication category.

[‡] Patients with past medical histories of one of the following cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, angina pectoris, coronary artery bypass graft surgery, or percutaneous coronary interventions.

MRK-N0520004184

Rofecoxib                                                                                                      12
Safety Update Report

## 2.   Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study (Cont.)

As in the original VIGOR supplemental application, the overall incidence of confirmed thrombotic cardiovascular serious adverse experiences in the VIGOR study was low (Table 5 and Table 6). A proportional hazard analysis revealed that the reduction in the risk for an adjudicated thrombotic cardiovascular serious adverse experience observed with naproxen therapy was constant over time (Figure 1 and Figure 2). Therapy with naproxen was associated with a 58% reduction in the risk for the development of thrombotic cardiovascular serious adverse experiences (compared with the 56% reduction reported in the original VIGOR supplemental application), due primarily to a reduction in the incidence of coronary events.

MRK-N0520004185

Rofecoxib
Safety Update Report

13

2.   <u>**Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study**</u> (Cont.)

Table 5

Summary of Analysis of Confirmed Adjudicated Thrombotic Cardiovascular Serious
Adverse Experiences VIGOR Study in Patients With Rheumatoid Arthritis[†]
Updated Application Data

| Event Category | Treatment Group | N | Patients With Events | PYR[‡] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All thrombotic events | Rofecoxib | 4047 | 45 | 2697 | 1.67 | | |
| | Naproxen | 4029 | 19 | 2698 | 0.70 | 0.42 | (0.25, 0.72) |
| All cardiac events | Rofecoxib | 4047 | 28 | 2698 | 1.04 | | |
| | Naproxen | 4029 | 10 | 2698 | 0.37 | 0.36 | (0.17, 0.74) |
| All cerebrovascular events | Rofecoxib | 4047 | 11 | 2699 | 0.41 | | |
| | Naproxen | 4029 | 8 | 2699 | 0.30 | 0.73 | (0.29, 1.80) |
| All peripheral vascular events | Rofecoxib | 4047 | 6 | 2699 | 0.22 | | |
| | Naproxen | 4029 | 1 | 2699 | 0.04 | 0.17 | (0.00, 1.37) |

[†]   In keeping with the data analysis section of the Adjudication SOP, this table does not include events determined by adjudication to be hemorrhagic cerebrovascular accidents.
[‡]   Per 100 patient-years at risk (PYR).
[§]   Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.
Although a patient may have had 2 or more serious adverse experiences, the patient is counted only once within a category.  The same patient may appear in different categories.

Data Source: [Attachment 3]

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004186

Rofecoxib
Safety Update Report

14

2. **Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study** (Cont.)

Table 6

Summary of Analysis of Confirmed Adjudicated Thrombotic Cardiovascular Serious
Adverse Experiences VIGOR Study in Patients With Rheumatoid Arthritis[†]
Original Application Data (*Table C-4*)

| Event Category | Treatment Group | N | Patients With Events | PYR[‡] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All thrombotic events | Rofecoxib | 4047 | 41 | 2697 | 1.52 | | |
| | Naproxen | 4029 | 18 | 2698 | 0.67 | 0.44 | (0.25, 0.76) |
| All cardiac events | Rofecoxib | 4047 | 25 | 2698 | 0.93 | | |
| | Naproxen | 4029 | 10 | 2698 | 0.37 | 0.40 | (0.19, 0.83) |
| All cerebrovascular events | Rofecoxib | 4047 | 11 | 2699 | 0.41 | | |
| | Naproxen | 4029 | 7 | 2699 | 0.26 | 0.63 | (0.25, 1.64) |
| All peripheral vascular events | Rofecoxib | 4047 | 5 | 2699 | 0.19 | | |
| | Naproxen | 4029 | 1 | 2699 | 0.04 | 0.20 | (0.00, 1.79) |

[†]  In keeping with the data analysis section of the Adjudication SOP, this table does not include events determined by adjudication to be hemorrhagic cerebrovascular accidents.
[‡]  Per 100 patient-years at risk (PYR).
[§]  Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.
Although a patient may have had 2 or more serious adverse experiences, the patient is counted only once within a category.  The same patient may appear in different categories.

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004187

Rofecoxib
Safety Update Report

15

## 2.   Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study (Cont.)

Figure 1

Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Updated Application Data



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3643 | 3405 | 3177 | 2806 | 1067 | 531 |
| Naproxen | n=4029 | 3647 | 3395 | 3172 | 2798 | 1073 | 514 |

Data Source: [P088C], [Attachment 3]

MRK-N0520004188

Rofecoxib                                                                                        16
Safety Update Report

## 2. Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study (Cont.)

Figure 2

Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Original Application Data *(Figure C-2)*



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3643 | 3405 | 3177 | 2806 | 1067 | 532 |
| Naproxen | n=4029 | 3647 | 3395 | 3172 | 2799 | 1073 | 514 |

Table 7 and Table 8 present the incidences of the various thrombotic cardiovascular serious adverse experience, utilizing the adjudicated diagnoses. Similar to the original analyses, the difference between the naproxen group and the rofecoxib group in the incidences of thrombotic cardiovascular serious adverse experiences was due primarily to an imbalance in the incidence of acute myocardial infarction between the 2 groups. The incidence of confirmed acute myocardial infarction was 0.5% in patients treated with rofecoxib and 0.1% in patients treated with naproxen (difference = 0.4; 95% confidence interval = 0.1, 0.7). Subsequent review of demographics, medical history, and serious

MRK-N0520004189

Rofecoxib                                                                                       17
Safety Update Report

## 2. Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study (Cont.)

adverse experience reports, all of which were included as part of the original VIGOR application, revealed that 96% of patients who experienced a confirmed myocardial infarction had 1 or more cardiac risk factors or had a prior history of symptomatic coronary or cerebrovascular disease.

The incidence of peripheral venous events was low (0.1% and 0.0% in the rofecoxib and naproxen group, respectively). All peripheral venous events occurred in patients with predisposing risk factors who were not given anti-coagulation (3 occurred after lower extremity trauma (ANs 518, 2214, 2864), 1 occurred after knee replacement surgery (AN 8589), 1 occurred after a cholecystectomy (AN 3312), and 1 occurred in a patient diagnosed with chronic lymphocytic leukemia (AN 2331)).    Although the small numerical imbalance of events (5 on rofecoxib and 1 on naproxen) may be due to chance, aspirin has recently been shown to reduce the incidence of deep vein thrombosis in a high-risk patient population [2]. Thus, the imbalance would be consistent with naproxen's known anti-platelet effects.

MRK-N0520004190

Rofecoxib                                                                    18
Safety Update Report

## 2. Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study (Cont.)

Table 7

Summary of Adjudicated Thrombotic Cardiovascular Serious Adverse
Experiences VIGOR Study in Patients With Rheumatoid Arthritis
Updated Application Data

| Event | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Any Event[†]** | **47** | **(1.2)** | **20** | **(0.5)** |
| Arterial Event[†] | 42 | (1.0) | 19 | (0.5) |
| Venous Event | 5 | (0.1) | 1 | (0.0) |
| **Cardiovascular Death[†]** | **6** | **(0.1)** | **6** | **(0.1)** |
| Fatal Acute Myocardial Infarction | 2 | (0.0) | 0 | (0.0) |
| Fatal Hemorrhagic Stroke | 1 | (0.0) | 1 | (0.0) |
| Fatal Ischemic Cerebrovascular Stroke | 0 | (0.0) | 1 | (0.0) |
| Sudden Cardiac Death | 3 | (0.1) | 4 | (0.1) |
| **Cardiac Events (Fatal/Nonfatal)** | **28** | **(0.7)** | **10** | **(0.2)** |
| Acute Myocardial Infarction | 20 | (0.5) | 4 | (0.1) |
| Sudden Cardiac Death | 3 | (0.1) | 4 | (0.1) |
| Unstable Angina Pectoris | 5 | (0.1) | 3 | (0.1) |
| **Cerebrovascular Events (Fatal/Nonfatal)[†]** | **13** | **(0.3)** | **9** | **(0.2)** |
| Hemorrhagic Stroke | 2 | (0.0) | 1 | (0.0) |
| Ischemic Cerebrovascular Stroke | 9 | (0.2) | 8 | (0.2) |
| Transient Ischemic Attack | 2 | (0.0) | 0 | (0.0) |
| **Peripheral Vascular Events (Fatal/Nonfatal)** | **6** | **(0.1)** | **1** | **(0.0)** |
| Peripheral Arterial Thrombosis | 1 | (0.0) | 0 | (0.0) |
| Peripheral Venous Thrombosis | 5 | (0.1) | 1 | (0.0) |
| [†] Includes hemorrhagic stroke.  Note:  Patients may be counted in more than 1 row, but are only counted once within a row. | | | | |

Data Source: [Attachment 3]

MRK-N0520004191

Rofecoxib                                                                                    19
Safety Update Report

## 2. Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study (Cont.)

Table 8

Summary of Adjudicated Thrombotic Cardiovascular Serious Adverse
Experiences VIGOR Study in Patients With Rheumatoid Arthritis
Original Application Data (*Table C-5*)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Any Event[†]** | **43** | **(1.1)** | **19** | **(0.5)** |
| Arterial Event[†] | 39 | (1.0) | 18 | (0.4) |
| Venous Event | 4 | (0.1) | 1 | (0.0) |
| **Cardiovascular Death[†]** | **6** | **(0.1)** | **6** | **(0.1)** |
| Fatal Acute Myocardial Infarction | 2 | (0.0) | 0 | (0.0) |
| Fatal Hemorrhagic Stroke | 1 | (0.0) | 1 | (0.0) |
| Fatal Ischemic Cerebrovascular Stroke | 0 | (0.0) | 1 | (0.0) |
| Sudden Cardiac Death | 3 | (0.1) | 4 | (0.1) |
| **Cardiac Events (Fatal/Nonfatal)** | **25** | **(0.6)** | **10** | **(0.2)** |
| Acute Myocardial Infarction | 17 | (0.4) | 4 | (0.1) |
| Sudden Cardiac Death | 3 | (0.1) | 4 | (0.1) |
| Unstable Angina Pectoris | 5 | (0.1) | 3 | (0.1) |
| **Cerebrovascular Events (Fatal/Nonfatal)[†]** | **13** | **(0.3)** | **8** | **(0.2)** |
| Hemorrhagic Stroke | 2 | (0.0) | 1 | (0.0) |
| Ischemic Cerebrovascular Stroke | 9 | (0.2) | 7 | (0.2) |
| Transient Ischemic Attack | 2 | (0.0) | 0 | (0.0) |
| **Peripheral Vascular Events (Fatal/Nonfatal)** | **5** | **(0.1)** | **1** | **(0.0)** |
| Peripheral Arterial Thrombosis | 1 | (0.0) | 0 | (0.0) |
| Peripheral Venous Thrombosis | 4 | (0.1) | 1 | (0.0) |

[†] Includes patients who experienced a hemorrhagic stroke.
Patients may be counted in more than 1 row but are only counted once within a row.

/MK-0966/SUR/RW1968.DOC APPROVED                                    03-Oct-2000

MRK-N0520004192

## 2.1    Additional Analyses Related to Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study

Four analyses were performed to further define the differences in cardiovascular outcomes observed in patients who received naproxen versus rofecoxib.  First, the incidence of confirmed thrombotic cardiovascular serious adverse experiences was evaluated in the subgroup of patients who had a history that met criteria for chronic vascular-protective aspirin therapy.  Second, the relationship between hypertension and edema-related adverse experiences, events that occurred more frequently in patients who received rofecoxib versus naproxen, and the development of confirmed thrombotic cardiovascular serious adverse experiences was explored.  Third, an analysis of cardiovascular outcomes in the VIGOR study using endpoint clusters similar to those utilized in classic trials of antiplatelet agents was performed.  Finally, a supportive analysis of the incidence of events judged by investigators to be potential thrombotic cardiovascular serious adverse experiences was performed as a means of including those events adjudicated as not confirmed or for which there were insufficient data for adjudication.

### 2.1.1    Analysis of Cardiovascular Outcomes in the Subgroup of Patients With a Past Medical History of Symptomatic Coronary and/or Cerebrovascular Disease

The 5 additional confirmed events included in the updated analyses occurred in patients without indications for antiplatelet therapy.  Nonetheless, as demonstrated in the original VIGOR supplemental application, a disproportionate amount of the benefit observed with naproxen in the VIGOR study occurred in a cohort of patients in whom antiplatelet therapy was indicated, but not utilized (Table 9 and Table 10).

MRK-N0520004193

Rofecoxib
Safety Update Report 21

## 2.1.1 Analysis of Cardiovascular Outcomes in the Subgroup of Patients With a Past Medical History of Symptomatic Coronary and/or Cerebrovascular Disease (Cont.)

Table 9

Incidence of Adjudicated Thrombotic Cardiovascular Serious Adverse Experiences in Patient Subgroups
Based on a Past Medical History Meeting Criteria for Vascular-Protective Aspirin Therapy
VIGOR Study in Rheumatoid Arthritis Patients
Updated Application Data

| Subgroup | Treatment Group | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All patients | Rofecoxib | 4047 | 45 | 2697 | 1.67 | | |
| | Naproxen | 4029 | 19 | 2698 | 0.70 | 0.42 | (0.25, 0.72) |
| Aspirin indicated[‖,¶] | Rofecoxib | 170 | 15 | 105 | 14.29 | | |
| | Naproxen | 151 | 3 | 102 | 2.94 | 0.20 | (0.06, 0.71) |
| Aspirin not indicated[‖] | Rofecoxib | 3877 | 30 | 2592 | 1.16 | | |
| | Naproxen | 3878 | 16 | 2596 | 0.62 | 0.53 | (0.29, 0.97) |

[†]  Patient-years at risk.
[‡]  Per 100 PYR.
[§]  Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.
[‖]  The "Aspirin Indicated" cohort represents those patients with a past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention [3].  The "Aspirin Not Indicated" cohort represents those patients who did not have a past medical history of any of these diseases.
[¶]  Treatment-by-aspirin indicated subgroup interaction test, p=0.177.

Data Source: [Attachment 3]

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004194

Rofecoxib
Safety Update Report

22

### 2.1.1 Analysis of Cardiovascular Outcomes in the Subgroup of Patients With a Past Medical History of Symptomatic Coronary and/or Cerebrovascular Disease (Cont.)

Table 10

Incidence of Adjudicated Thrombotic Cardiovascular Serious Adverse Experiences in Patient Subgroups
Based on a Past Medical History Meeting Criteria for Vascular-Protective Aspirin Therapy
VIGOR Study in Rheumatoid Arthritis Patients
Original Application Data *(Table C-6)*

| Subgroup | Treatment | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All patients | Rofecoxib | 4047 | 41 | 2697 | 1.52 | | |
| | Naproxen | 4029 | 18 | 2698 | 0.67 | 0.44 | (0.25, 0.76) |
| Aspirin indicated[‖,¶] | Rofecoxib | 170 | 15 | 105 | 14.29 | | |
| | Naproxen | 151 | 3 | 102 | 2.94 | 0.20 | (0.06, 0.71) |
| Aspirin not indicated[‖] | Rofecoxib | 3877 | 26 | 2592 | 1.00 | | |
| | Naproxen | 3878 | 15 | 2596 | 0.58 | 0.57 | (0.30, 1.09) |

[†] Patient-years at risk.
[‡] Per 100 PYR.
[§] Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is the ratio of rates.
[‖] The "Aspirin Indicated" cohort represents those patients with a past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention [3]. The "Aspirin Not Indicated" cohort represents those patients who did not have a past medical history of any of these diseases.
[¶] Treatment-by-aspirin indicated subgroup interaction test, p=0.148.

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004195

### 2.1.2  The Effect of Hypertension and Edema-Related Adverse Experiences on the Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences

#### Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences

In the original VIGOR supplemental application, analyses were performed to determine whether hypertension- or edema-related adverse experiences contributed to the imbalance in the incidence of confirmed thrombotic cardiovascular serious adverse experiences in the study. While those analyses did not reveal such a relationship, they were repeated for this updated report to confirm the results presented in the original VIGOR supplemental application. These analyses are presented in Table 11 through Table 14 (hypertension) and Table 15 through Table 18 (edema).

There were 7 (ANs 1428, 1449, 2044, 2214, 6006, 7670, 8589) and 1 (AN 1535) patients on rofecoxib and naproxen, respectively who experienced both a hypertension adverse experience and a confirmed thrombotic cardiovascular serious adverse experience. Of the 7 patients on rofecoxib: 2 had deep vein thromboses (ANs 2214, 8589), 3 had CVAs (ANs 1449, 2044, 6006), and 2 had myocardial infarctions (ANs 1428, 7670). Of these 7 patients, the hypertension adverse experience occurred before the cardiovascular event in only 4 of the 7 patients (ANs 1449, 2044, 2214, 7670). Thus only a minority of patients with a confirmed thrombotic cardiovascular serious adverse experience had developed a hypertension adverse experience prior to the event.

Similar analyses for edema-related adverse experiences are presented in Table 15 through Table 18. The incidence of confirmed thrombotic serious adverse experiences within each treatment group, and the difference in event rates between the naproxen and rofecoxib cohorts, was similar in patients with and without edema-related adverse experiences. Overall, only 3.1% of the 64 patients with confirmed thrombotic cardiovascular serious adverse experiences had also experienced an edema-related adverse experience. The incidence of edema-related adverse experiences was comparable in patients with and without a confirmed thrombotic cardiovascular serious adverse experience.

These data are similar to that seen with the original VIGOR supplemental application and suggest that the imbalance in hypertension- and edema-related adverse experiences observed in the study did not directly contribute to the imbalance in thrombotic cardiovascular serious adverse experiences between the naproxen and rofecoxib treatment groups observed in the study.

MRK-N0520004196

Rofecoxib
Safety Update Report

24

### 2.1.2 The Effect of Hypertension and Edema-Related Adverse Experiences on the Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)

Table 11

Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences in
Patients With and Without Hypertension-Related Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Updated Application Data

| Subgroup | Treatment Group | N | Patients With a Confirmed Cardiovascular Serious Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of a Confirmed Thrombotic Cardiovascular Serious Adverse Experience** | | | | |
| Patients with a hypertension-related adverse experience | Rofecoxib | 394 | 7 | (1.8) |
| Patients without a hypertension-related adverse experience | Rofecoxib | 3653 | 38 | (1.0) |
| Patients with a hypertension-related adverse experience | Naproxen | 221 | 1 | (0.5) |
| Patients without a hypertension-related adverse experience | Naproxen | 3808 | 18 | (0.5) |

Data Source: [P088C], [Attachment 3]

Table 12

Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences in
Patients With and Without Hypertension-Related Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Original Application Data (*Table C-7*)

| Subgroup | Treatment Group | N | Patients With a Confirmed Cardiovascular Serious Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of a Confirmed Thrombotic Cardiovascular Serious Adverse Experience** | | | | |
| Patients with a hypertension-related adverse experience | Rofecoxib | 394 | 5 | (1.3) |
| Patients without a hypertension-related adverse experience | Rofecoxib | 3653 | 36 | (1.0) |
| Patients with a hypertension-related adverse experience | Naproxen | 221 | 1 | (0.5) |
| Patients without a hypertension-related adverse experience | Naproxen | 3808 | 17 | (0.4) |

MRK-N0520004197

Rofecoxib                                                                    25
Safety Update Report

### 2.1.2   The Effect of Hypertension and Edema-Related Adverse Experiences on the Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)

Table 13

Incidence of Hypertension-Related Adverse Experiences in Patients With and
Without Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Updated Application Data

| Subgroup | Treatment Group | N | Patients With a Hypertension-Related Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of a Hypertension-Related Adverse Experience** | | | | |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 45 | 7 | (15.6) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 4002 | 387 | (9.7) |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 19 | 1 | (5.3) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 4010 | 220 | (5.5) |

Data Source: [P088C], [Attachment 3]

Table 14

Incidence of Hypertension-Related Adverse Experiences in Patients With and
Without Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Original Application Data *(Table C-8)*

| Subgroup | Treatment Group | N | Patients With a Hypertension-Related Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of a Hypertension-Related Adverse Experience** | | | | |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 41 | 5 | (12.2) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 4006 | 389 | (9.7) |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 18 | 1 | (5.6) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 4011 | 220 | (5.5) |

MRK-N0520004198

Rofecoxib                                                                                          26
Safety Update Report

### 2.1.2   The Effect of Hypertension and Edema-Related Adverse Experiences on the Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)

Table 15

Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
in Patients With and Without Edema-Related Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Updated Application Data

| Subgroup | Treatment Group | N | Patients With a Confirmed Cardiovascular Serious Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experience** | | | | |
| Patients with an edema-related adverse experience | Rofecoxib | 220 | 1 | (0.5) |
| Patients without an edema-related adverse experience | Rofecoxib | 3827 | 44 | (1.1) |
| Patients with an edema-related adverse experience | Naproxen | 145 | 1 | (0.7) |
| Patients without an edema-related adverse experience | Naproxen | 3884 | 18 | (0.5) |

Data Source: [P088C], [Attachment 3]

Table 16

Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
in Patients With and Without Edema-Related Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Original Application Data (*Table C-9*)

| Subgroup | Treatment Group | N | Patients With a Confirmed Cardiovascular Serious Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experience** | | | | |
| Patients with an edema-related adverse experience | Rofecoxib | 220 | 1 | (0.5) |
| Patients without an edema-related adverse experience | Rofecoxib | 3827 | 40 | (1.0) |
| Patients with an edema-related adverse experience | Naproxen | 145 | 1 | (0.7) |
| Patients without an edema-related adverse experience | Naproxen | 3884 | 17 | (0.4) |

/MK-0966/SUR/RW1968.DOC APPROVED                                              03-Oct-2000

MRK-N0520004199

Rofecoxib
Safety Update Report

27

## 2.1.2 The Effect of Hypertension and Edema-Related Adverse Experiences on the Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)

Table 17

Incidence of Edema-Related Adverse Experiences in Patients With and Without
Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Updated Application Data

| Subgroup | Treatment Group | N | Patients With an Edema-Related Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of an Edema-Related Adverse Experience** | | | | |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 45 | 1 | (2.2) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 4002 | 219 | (5.5) |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 19 | 1 | (5.3) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 4010 | 144 | (3.6) |

Data Source: [P088C], [Attachment 3]

Table 18

Incidence of Edema-Related Adverse Experiences in Patients With and Without
Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Original Application Data (*Table C-10*)

| Subgroup | Treatment Group | N | Patients With an Edema-Related Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of an Edema-Related Adverse Experience** | | | | |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 41 | 1 | (2.4) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 4006 | 219 | (5.5) |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 18 | 1 | (5.6) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 4011 | 144 | (3.6) |

03-Oct-2000

MRK-N0520004200

### 2.1.3    Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents

Overall, the risk of the combined endpoint of cardiovascular or unknown death, myocardial infarction, and cerebrovascular accident was reduced by 49% in the naproxen group relative to the rofecoxib group which is similar to the 47% reduction reported in the original application (Table 19 and Table 20). The difference between the naproxen and the rofecoxib group was primarily due to an imbalance in the incidence of myocardial infarctions between the groups.

Thirty-three percent of the myocardial infarctions in this study occurred in the 4% of patients in whom aspirin therapy was indicated. In the remaining 96% of patients, the incidence of myocardial infarction was low (0.3% and 0.1% in the rofecoxib and naproxen treatment groups, respectively) and the difference in myocardial infarction rates between treatment groups was also much less apparent (difference = 0.2, 95% confidence intervals: -0.02, 0.43). These data are similar to those presented in the original application.

MRK-N0520004201

Rofecoxib
Safety Update Report

29

**2.1.3** <u>Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents</u> **(Cont.)**

Table 19

Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials
Updated Application Report *(Table C-11)*

| Event Category | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| **All Patients** | | | | | | | |
| Cardiovascular deaths[‖], MI, CVA | Rofecoxib | 4047 | 35 | 2698 | 1.30 | | |
| | Naproxen | 4029 | 18 | 2698 | 0.67 | 0.51 | (0.29,   0.91) |
| Cardiovascular deaths[‖] | Rofecoxib | 4047 | 7 | 2700 | 0.26 | | |
| | Naproxen | 4029 | 7 | 2699 | 0.26 | 1.00 | (0.35,   2.85) |
| MI | Rofecoxib | 4047 | 20 | 2699 | 0.74 | | |
| | Naproxen | 4029 | 4 | 2699 | 0.15 | 0.20 | (0.07,   0.58) |
| Stroke[¶] | Rofecoxib | 4047 | 11 | 2699 | 0.41 | | |
| | Naproxen | 4029 | 9 | 2699 | 0.33 | 0.82 | (0.34,   1.97) |
| **Aspirin Indicated** | | | | | | | |
| Cardiovascular deaths[‖], MI, CVA | Rofecoxib | 170 | 12 | 105 | 11.42 | | |
| | Naproxen | 151 | 3 | 102 | 2.94 | 0.26 | (0.07,   0.91) |
| Cardiovascular deaths[‖] | Rofecoxib | 170 | 1 | 106 | 0.95 | | |
| | Naproxen | 151 | 2 | 102 | 1.96 | 2.07 | (0.11, 122.10) |

MRK-N0520004202

Rofecoxib
Safety Update Report

30

**2.1.3    Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents (Cont.)**

Table 19 (Cont.)

Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials
Updated Application Report *(Table C-11)*

| Event Category | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| **Aspirin Indicated (Cont.)** | | | | | | | |
| MI | Rofecoxib | 170 | 8 | 105 | 7.60 | | |
| | Naproxen | 151 | 0 | 102 | 0.00 | 0.00 | (0.00,    0.60) |
| Stroke[¶] | Rofecoxib | 170 | 3 | 106 | 2.84 | | |
| | Naproxen | 151 | 2 | 102 | 1.96 | 0.69 | (0.06,    6.02) |
| **Aspirin Not Indicated** | | | | | | | |
| Cardiovascular deaths[∥], MI, CVA | Rofecoxib | 3877 | 23 | 2593 | 0.89 | | |
| | Naproxen | 3878 | 15 | 2596 | 0.58 | 0.65 | (0.34,    1.25) |
| Cardiovascular deaths[∥] | Rofecoxib | 3877 | 6 | 2594 | 0.23 | | |
| | Naproxen | 3878 | 5 | 2597 | 0.19 | 0.83 | (0.25,    2.73) |
| MI | Rofecoxib | 3877 | 12 | 2593 | 0.46 | | |
| | Naproxen | 3878 | 4 | 2597 | 0.15 | 0.33 | (0.11,    1.03) |

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004203

Rofecoxib
Safety Update Report

31

**2.1.3**   **Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents** (Cont.)

Table 19 (Cont.)

Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials
Updated Application Report *(Table C-11)*

| Event Category | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| **Aspirin Not Indicated** (Cont.) | | | | | | | |
| Stroke[¶] | Rofecoxib | 3877 | 8 | 2593 | 0.31 | | |
| | Naproxen | 3878 | 7 | 2597 | 0.27 | 0.87 | (0.32,   2.40) |

[†] Patient-years at risk.
[‡] Per 100 PYR.
[§] Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.
[ǁ] Includes sudden death, unknown cause of death, fatal myocardial infarction, fatal stroke (hemorrhagic or ischemic), fatal subarachnoid hemorrhage, fatal primary intracranial hemorrhage, fatal gastrointestinal bleeding episode.
[¶] Includes fatal and nonfatal ischemic strokes, and fatal or nonfatal hemorrhagic strokes.

Data Source:  [P088C], [Attachment 3]

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004204

Rofecoxib
Safety Update Report

32

**2.1.3** <u>**Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents**</u> (Cont.)

Table 20

Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials
Original Application Data (*Table C-11*)

| Event Category | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| **All Patients** | | | | | | | |
| Cardiovascular deaths[∥], myocardial infarction, stroke[¶] | Rofecoxib | 4047 | 32 | 2698 | 1.19 | | |
| | Naproxen | 4029 | 17 | 2698 | 0.63 | 0.53 | (0.29,   0.96) |
| Cardiovascular deaths[∥] | Rofecoxib | 4047 | 7 | 2700 | 0.26 | | |
| | Naproxen | 4029 | 7 | 2699 | 0.26 | 1.00 | (0.35,   2.85) |
| Myocardial infarction | Rofecoxib | 4047 | 17 | 2699 | 0.63 | | |
| | Naproxen | 4029 | 4 | 2699 | 0.15 | 0.24 | (0.08,   0.70) |
| Stroke[¶] | Rofecoxib | 4047 | 11 | 2699 | 0.41 | | |
| | Naproxen | 4029 | 8 | 2699 | 0.30 | 0.73 | (0.29,   1.80) |
| **Aspirin Indicated[#]** | | | | | | | |
| Cardiovascular deaths[∥], myocardial infarction, stroke[¶] | Rofecoxib | 170 | 12 | 105 | 11.42 | | |
| | Naproxen | 151 | 3 | 102 | 2.94 | 0.26 | (0.07,   0.91) |
| Cardiovascular deaths[∥] | Rofecoxib | 170 | 1 | 106 | 0.95 | | |
| | Naproxen | 151 | 2 | 102 | 1.96 | 2.07 | (0.11, 122.10) |

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004205

Rofecoxib
Safety Update Report

33

## 2.1.3  Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents (Cont.)

Table 20 (Cont.)

Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials
Original Application Data (*Table C-11*)

| Event Category | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| **Aspirin Indicated[#] (Cont.)** | | | | | | | |
| Myocardial infarction | Rofecoxib | 170 | 8 | 105 | 7.60 | | |
| | Naproxen | 151 | 0 | 102 | 0.00 | 0.00 | (0.00,   0.60) |
| Stroke[¶] | Rofecoxib | 170 | 3 | 106 | 2.84 | | |
| | Naproxen | 151 | 2 | 102 | 1.96 | 0.69 | (0.06,   6.02) |
| **Aspirin Not Indicated[#]** | | | | | | | |
| Cardiovascular deaths[‖], myocardial infarction, stroke[¶] | Rofecoxib | 3877 | 20 | 2593 | 0.77 | | |
| | Naproxen | 3878 | 14 | 2596 | 0.54 | 0.70 | (0.35,   1.38) |
| Cardiovascular deaths[‖] | Rofecoxib | 3877 | 6 | 2594 | 0.23 | | |
| | Naproxen | 3878 | 5 | 2597 | 0.19 | 0.83 | (0.25,   2.73) |
| Myocardial infarction | Rofecoxib | 3877 | 9 | 2594 | 0.35 | | |
| | Naproxen | 3878 | 4 | 2597 | 0.15 | 0.44 | (0.14,   1.44) |

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004206

Rofecoxib
Safety Update Report

34

### 2.1.3    Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents (Cont.)

Table 20 (Cont.)

Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials
Original Application Data (*Table C-11*)

| Event Category | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| **Aspirin Not Indicated[#] (Cont.)** | | | | | | | |
| Stroke[¶] | Rofecoxib | 3877 | 8 | 2593 | 0.31 | | |
| | Naproxen | 3878 | 6 | 2597 | 0.23 | 0.75 | (0.26,   2.15) |

[†]  Patient-years at risk.
[‡]  Per 100 PYR.
[§]  Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.
[‖]  Includes sudden death, unknown cause of death, fatal myocardial infarction, fatal stroke (hemorrhagic or ischemic), fatal subarachnoid hemorrhage, fatal primary intracranial hemorrhage, fatal GI bleeding episode.
[¶]  Includes fatal or nonfatal ischemic strokes, and fatal or nonfatal hemorrhagic strokes.
[#]  "Aspirin Indicated" patients are patients with past medical histories of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, angina pectoris, coronary artery bypass graft surgery, or percutaneous coronary interventions [3]. "Aspirin Not Indicated" patients are patients without a past medical history of these conditions.

MRK-N0520004207

### 2.1.4    Supportive Analysis:  Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences

The overall incidence of events judged by investigators to be potential thrombotic cardiovascular serious adverse experiences (i.e., events prior to adjudication) reported in the VIGOR study is presented in Table 21 and Table 22. There was a 50% reduction in potential thrombotic cardiovascular serious adverse experiences in the naproxen compared to the rofecoxib treatment group, which is similar to the 46% reduction reported in the original VIGOR supplemental application.  A listing of these events and the incidence of these events over time in each treatment group is displayed in Table 23, Table 24, Figure 3, and Figure 4, respectively.

MRK-N0520004208

Rofecoxib
Safety Update Report

36

2.1.4  **Supportive Analysis:  Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)**

Table 21

Summary of Analysis of Cardiovascular Serious Adverse Experiences Referred for Adjudication
VIGOR Study in Patients With Rheumatoid Arthritis
Updated Application Data

| Event Category | Treatment Group | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk Estimate | 95% CI |
|---|---|---|---|---|---|---|---|
| All unadjudicated thrombotic cardiovascular serious adverse experiences | Rofecoxib | 4047 | 64 | 2695 | 2.37 | | |
| | Naproxen | 4029 | 32 | 2696 | 1.19 | 0.50 | (0.33, 0.76) |

[†] Patient-years at risk.
[‡] Per 100 PYR.

Data Source:  [Attachment 3]

/MK-0966/SUR/RW1968.DOC  APPROVED--03-Oct-2000

MRK-N0520004209

Rofecoxib
Safety Update Report

37

### 2.1.4 Supportive Analysis:  Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)

Table 22

Summary of Analysis of Cardiovascular Serious Adverse Experiences Referred for Adjudication
VIGOR Study in Patients With Rheumatoid Arthritis
Original Application Data *(Table C-13)*

| | Treatment Group | N | Patients With Events[†] | PYR[‡] | Rates[§] | Relative Risk Estimate | Relative Risk 95% CI |
|---|---|---|---|---|---|---|---|
| All unadjudicated thrombotic cardiovascular serious adverse experiences | Rofecoxib | 4047 | 55 | 2695 | 2.04 | | |
| | Naproxen | 4029 | 30 | 2696 | 1.11 | 0.54 | (0.35, 0.85) |

[†]  There were 87 events in 85 patients.  Two patients had more than 1 event.
[‡]  Patient-years at risk.
[§]  Per 100 PYR.

MRK-N0520004210

Rofecoxib
Safety Update Report

38

**2.1.4** **Supportive Analysis: Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)**

Table 23

Summary of Thrombotic Cardiovascular Serious Adverse Experiences
Referred for Adjudication
VIGOR Study in Patients With Rheumatoid Arthritis
Updated Application Data

| | Rofecoxib (N=4047)[†] | | Naproxen (N=4029)[‡] | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more thrombotic cardiovascular serious adverse experiences | 64 | (1.6) | 32 | (0.8) |
| **Coronary Artery Disease Terms** | | | | |
| Cardiac Arrest | 1 | (0.0) | 0 | (0.0) |
| Ventricular Fibrillation | 1 | (0.0) | 0 | (0.0) |
| Acute Myocardial Infarction | 4 | (0.1) | 4 | (0.1) |
| Myocardial Infarction | 16 | (0.4) | 4 | (0.1) |
| Non-Q-Wave Myocardial Infarction | 1 | (0.0) | 0 | (0.0) |
| Non-Q-Wave Myocardial Infarction + Vent. Tachycardia | 1 | (0.0) | 0 | (0.0) |
| Coronary Artery Occlusion | 1 | (0.0) | 0 | (0.0) |
| Unstable Angina | 6 | (0.1) | 1 | (0.0) |
| Angina Pectoris | 2 | (0.0) | 6 | (0.1) |
| Ischemic Heart Disease | 2 | (0.0) | 1 | (0.0) |
| Coronary Artery Disease | 2 | (0.0) | 3 | (0.1) |
| **Cerebrovascular Disease Terms** | | | | |
| Carotid Artery Obstruction | 2 | (0.0) | 0 | (0.0) |
| Cerebral Infarction | 0 | (0.0) | 1 | (0.0) |
| Cerebrovascular Accident | 13 | (0.3) | 5 | (0.1) |
| Cerebrovascular Disorder | 1 | (0.0) | 0 | (0.0) |
| Intracranial Hemorrhage | 0 | (0.0) | 2 | (0.0) |
| Paresis | 1 | (0.0) | 0 | (0.0) |
| Transient Ischemic Attack | 2 | (0.0) | 3 | (0.1) |
| **Peripheral and Other Vascular Disease Terms** | | | | |
| Arterial Embolism | 1 | (0.0) | 0 | (0.0) |
| Arterial Occlusion | 1 | (0.0) | 0 | (0.0) |
| Deep Venous Thrombosis | 5 | (0.1) | 1 | (0.0) |

/MK-0966/SUR/RW1968.DOC APPROVED

03-Oct-2000

MRK-N0520004211

Rofecoxib                                                                                        39
Safety Update Report

### 2.1.4 Supportive Analysis: Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)

Table 23 (Cont.)

Summary of Thrombotic Cardiovascular Serious Adverse Experiences
Referred for Adjudication
VIGOR Study in Patients With Rheumatoid Arthritis
Updated Application Data

| | Rofecoxib (N=4047)[†] | | Naproxen (N=4029)[‡] | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Peripheral and Other Vascular Disease Terms (Cont.)** | | | | |
| Femoral Artery Occlusion | 0 | (0.0) | 1 | (0.0) |
| Peripheral Vascular Disorder | 1 | (0.0) | 0 | (0.0) |
| Venous Insufficiency | 0 | (0.0) | 1 | (0.0) |

[†] These 4047 patients represented 2695 patient-years at risk.
[‡] These 4029 patients represented 2696 patient-years at risk.
Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only once within a category. The same patient may appear in different categories.

Data Source: [Attachment 3]

Table 24

Summary of Thrombotic Cardiovascular Serious Adverse Experiences
Referred for Adjudication
VIGOR Study in Patients With Rheumatoid Arthritis
Original Application Data (*Table C-14*)

| | Rofecoxib (N=4047)[†] | | Naproxen (N=4029)[‡] | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more thrombotic cardiovascular serious adverse experiences | 55 | (1.4) | 30 | (0.7) |
| **Coronary Artery Disease Terms** | | | | |
| Cardiac Arrest | 1 | (0.0) | 0 | (0.0) |
| Ventricular Fibrillation | 1 | (0.0) | 0 | (0.0) |
| Acute Myocardial Infarction | 4 | (0.1) | 4 | (0.1) |
| Myocardial Infarction | 14 | (0.3) | 4 | (0.1) |
| Non-Q-Wave Myocardial Infarction | 1 | (0.0) | 0 | (0.0) |
| Coronary Artery Occlusion | 1 | (0.0) | 0 | (0.0) |

MRK-N0520004212

Rofecoxib
Safety Update Report

40

### 2.1.4  Supportive Analysis:  Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)

Table 24 (Cont.)

Summary of Thrombotic Cardiovascular Serious Adverse Experiences
Referred for Adjudication
VIGOR Study in Patients With Rheumatoid Arthritis
Original Application Data (*Table C-14*)

| | Rofecoxib (N=4047)[†] | | Naproxen (N=4029)[‡] | |
|---|---|---|---|---|
| **Coronary Artery Disease Terms (Cont.)** | | | | |
| Unstable Angina | 5 | (0.1) | 1 | (0.0) |
| Angina Pectoris | 0 | (0.0) | 6 | (0.1) |
| Ischemic Heart Disease | 1 | (0.0) | 1 | (0.0) |
| Coronary Artery Disease | 2 | (0.0) | 2 | (0.0) |
| **Cerebrovascular Disease Terms** | | | | |
| Carotid Artery Obstruction | 2 | (0.0) | 0 | (0.0) |
| Cerebral Infarction | 0 | (0.0) | 1 | (0.0) |
| Cerebrovascular Accident | 12 | (0.3) | 4 | (0.1) |
| Cerebrovascular Disorder | 1 | (0.0) | 0 | (0.0) |
| Intracranial Hemorrhage | 0 | (0.0) | 2 | (0.0) |
| Paresis | 1 | (0.0) | 0 | (0.0) |
| Transient Ischemic Attack | 2 | (0.0) | 3 | (0.1) |
| **Peripheral and Other Vascular Disease Terms** | | | | |
| Arterial Embolism | 1 | (0.0) | 0 | (0.0) |
| Arterial Occlusion | 1 | (0.0) | 0 | (0.0) |
| Deep Venous Thrombosis | 4 | (0.1) | 1 | (0.0) |
| Femoral Artery Occlusion | 0 | (0.0) | 1 | (0.0) |
| Peripheral Vascular Disorder | 1 | (0.0) | 0 | (0.0) |
| Venous Insufficiency | 0 | (0.0) | 1 | (0.0) |

[†] These 4047 patients represented 2695 patient-years at risk.
[‡] These 4029 patients represented 2696 patient-years at risk.
Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only once within a category.  The same patient may appear in different categories.

03-Oct-2000

MRK-N0520004213

Rofecoxib
Safety Update Report

41

## 2.1.4    Supportive Analysis:  Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)

Figure 3

Thrombotic Cardiovascular Serious Adverse Experiences Referred for
Adjudication in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Updated Application Data



| # at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3642 | 3403 | 3175 | 2804 | 1066 530 |
| Naproxen | n=4029 | 3646 | 3393 | 3169 | 2794 | 1071 513 |

Data Source:  [P088C], [Attachment 3]

/MK-0966/SUR/RW1968.DOC APPROVED

03-Oct-2000

MRK-N0520004214

Rofecoxib                                                                                     42
Safety Update Report

**2.1.4   Supportive Analysis:  Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences** (Cont.)

Figure 4

Thrombotic Cardiovascular Serious Adverse Experiences Referred for
Adjudication in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Original Application Data (*Figure C-3*)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3642 | 3403 | 3175 | 2804 | 1066 | 532 |
| Naproxen | n=4029 | 3646 | 3393 | 3169 | 2795 | 1072 | 514 |

/MK-0966/SUR/RW1968.DOC APPROVED                                      03-Oct-2000

MRK-N0520004215

3.   **Summary of Cardiovascular Findings in the VIGOR Study**

This updated report provides analyses including the 11 additional patients with serious adverse experiences that met criteria for referral to adjudication but were reported after the 10-Feb-2000 cutoff date.  These analyses are consistent with the analyses presented in the original VIGOR supplemental marketing application.  Of these 11 patients, 5 had events which were confirmed by the adjudication committee to be thrombotic cardiovascular serious adverse experiences.  The addition of these cases resulted in small numerical changes in the results without changing the overall conclusions as stated in the original VIGOR supplemental application: i.e., in the VIGOR study, therapy with naproxen was associated with a reduction in the incidence of thrombotic cardiovascular serious adverse experience.  This difference was primarily due to a reduction in the incidence of myocardial infarctions and is consistent with the known antiplatelet effects of naproxen.

MRK-N0520004216

Rofecoxib                                                                    44
Safety Update Report

ATTACHMENT 1

Initial Serious Thromboembolic Cardiovascular Terms
Eligible for Case Adjudication

MRK-N0520004217

Rofecoxib                                                        45
Safety Update Report

## ATTACHMENT 1

### Initial Serious Thromboembolic Cardiovascular Terms
### Eligible for Case Adjudication

Acute myocardial infarction
Angina pectoris
Anterior spinal artery obstruction
Aortic atherosclerosis
Aortic disorder
Aortoiliac obstruction
Arterial embolism
Arterial occlusion
Arterial thrombosis
Asystole
Atherosclerosis
Atrial fibrillation
Atrial flutter
Basilar artery obstruction
Brachial artery occlusion
Bundle branch block
Cardiac aneurysm
Cardiac arrest
Cardiac catheter complication
Cardiac dyskinesia
Cardiac output low
Cardiac stress test abnormality
Cardiac thrombosis
Cardiogenic shock
Cardiomyopathy
Cardiovascular disorder
Cardiovascular hemodynamics abnormality
Carotid artery disorder
Carotid artery obstruction
Cerebellar artery obstruction
Cerebellar hemorrhage
Cerebral artery obstruction
Cerebral atherosclerosis
Cerebral hypoxia
Cerebral infarction
Cerebral ischemia
Cerebral thrombosis
Cerebrovascular accident
Cerebrovascular disorder
Congestive heart failure
Cor pulmonale
Coronary artery disease
Coronary artery occlusion
Coronary artery stenosis
Coronary vasospasm
Coronary vessel surgery complication
Cyanosis
Deep venous thrombosis
Electrocardiographic abnormality
Electromechanical dissociation

Embolic stroke
Embolism
Endocardial disorder
Endocardial thrombus
Extracranial artery obstruction
Extradural hemorrhage
Femoral artery occlusion
Gangrene
Idioventricular rhythm
Iliac artery occlusion
Incomplete left bundle branch block
Intermittent claudication
Intracranial hemorrhage
Intracranial venous sinus phlebitis
Ischemic heart disease
Lacunar infarction
Left bundle branch block
Lower extremity arterial occlusion
Lower extremity ischemia
Myocardial infarction
Myocardial infarction complication
Myocardial reinfarction
Myocardial rupture
Non-Q-wave myocardial infarction
Nonspecific ST-T change
Old myocardial infarction
Papillary muscle disorder
Peripheral atherosclerosis
Peripheral ischemia
Peripheral pulse absent
Peripheral pulse decreased
Peripheral vascular disorder
Popliteal artery occlusion
Pulmonary edema
Pulmonary embolism
Pulmonary infarction
Pulmonary thrombosis
Pulmonary vascular disease
Pulmonary veno-occlusive disease
Pulse absent
Q-wave abnormality
Q-wave myocardial infarction
QRS complex abnormality
Shock
Sinus thrombosis
Small vessel disease
ST segment abnormality
ST segment depression
ST segment elevation
ST-T change compatible with ischemia

/MK-0966/SUR/RW1968.DOC APPROVED                    03-Oct-2000

MRK-N0520004218

Rofecoxib
Safety Update Report

46

## ATTACHMENT 1 (CONT.)

### Initial Serious Thromboembolic Cardiovascular Terms
### Eligible for Case Adjudication

Subclavian steal syndrome
Sudden death
Superior vena cava thrombosis
T-wave abnormality
T-wave flat
T-wave inversion
Thromboembolic stroke
Thromboembolism
Thrombolysis
Thrombophlebitis
Thrombophlebitis migrans
Thrombosis
Thromboembolic microangiopathy
Transient ischemic attack
Ulnar artery occlusion
Unstable angina
Upper extremity arterial occlusion
Upper extremity ischemia
Varicosity
Vascular disorder
Vascular graft occlusion
Vascular insufficiency
Vascular occlusion
Vasospasm
Venous compression
Venous disorder
Venous insufficiency
Venous occlusion
Venous thrombosis
Ventricular fibrillation
Ventricular flutter
Ventricular tachycardia
Ventricular thrombus
Vertebral artery obstruction
Vertebrobasilar insufficiency

03-Oct-2000

MRK-N0520004219

Rofecoxib
Safety Update Report

47

ATTACHMENT 2

Final Serious Thromboembolic Cardiovascular Terms
Eligible for Case Adjudication

MRK-N0520004220

Rofecoxib
Safety Update Report

48

## ATTACHMENT 2

### Final Serious Thromboembolic Cardiovascular Terms
### Eligible for Case Adjudication

Acute myocardial infarction
Angina pectoris
Anterior spinal artery obstruction
Aortoiliac obstruction
Arterial embolism
Arterial occlusion
Arterial thrombosis
Basilar artery obstruction
Brachial artery occlusion
Cardiac arrest
Cardiac catheter complication
Cardiac stress test abnormality
Cardiac thrombosis
Cardiogenic shock
Cardiovascular disorder
Cardiovascular hemodynamics abnormality
Carotid artery disorder
Carotid artery obstruction
Cerebellar artery obstruction
Cerebellar hemorrhage
Cerebral artery obstruction
Cerebral atherosclerosis
Cerebral hypoxia
Cerebral infarction
Cerebral ischemia
Cerebral thrombosis
Cerebrovascular accident
Cerebrovascular disorder
Coronary artery disease
Coronary artery occlusion
Coronary artery stenosis
Coronary vasospasm
Coronary vessel surgery complication
Cyanosis
Deep venous thrombosis
Electrocardiographic abnormality
Embolic stroke
Embolism
Endocardial disorder
Endocardial thrombus
Extracranial artery obstruction
Extradural hemorrhage
Femoral artery occlusion
Gangrene
Iliac artery occlusion
Intermittent claudication
Intracranial hemorrhage
Intracranial venous sinus phlebitis
Ischemic heart disease
Lacunar infarction

Lower extremity arterial occlusion
Lower extremity ischemia
Myocardial infarction
Myocardial infarction complication
Myocardial reinfarction
Myocardial rupture
Non-Q-wave myocardial infarction
Nonspecific ST-T change
Old myocardial infarction
Papillary muscle disorder
Peripheral ischemia
Peripheral pulse absent
Peripheral pulse decreased
Peripheral vascular disorder
Popliteal artery occlusion
Pulmonary embolism
Pulmonary infarction
Pulmonary thrombosis
Pulmonary vascular disorder
Pulmonary veno-occlusive disease
Pulse absent
Q-wave abnormality
Q-wave myocardial infarction
QRS complex abnormality
Shock
Sinus thrombosis
Small vessel disease
ST segment abnormality
ST segment depression
ST segment elevation
ST-T change compatible with ischemia
Subclavian steal syndrome
Sudden death
Superior vena cava thrombosis t-wave abnormality
T-wave flat
T-wave inversion
Thromboembolic stroke
Thromboembolism
Thrombolysis
Thrombophlebitis
Thrombophlebitis migrans
Thrombosis
Thromboembolic microangiopathy
Transient ischemic attack
Ulnar artery occlusion
Unstable angina
Upper extremity arterial occlusion
Upper extremity ischemia
Vascular disorder
Vascular graft occlusion

03-Oct-2000

MRK-N0520004221

Rofecoxib                                                      49
Safety Update Report

## ATTACHMENT 2 (CONT.)

### Final Serious Thromboembolic Cardiovascular Terms
### Eligible for Case Adjudication

Vascular insufficiency
Vascular occlusion
Vasospasm
Venous compression
Venous disorder
Venous occlusion
Venous thrombosis
Ventricular fibrillation
Ventricular flutter
Ventricular tachycardia
Ventricular thrombus
Vertebral artery obstruction
Vertebrobasilar insufficiency

MRK-N0520004222

Rofecoxib
Safety Update Report

50

## ATTACHMENT 3

Listing of Unadjudicated Thrombotic Cardiovascular Serious Adverse
Experiences and Their Disposition

MRK-N0520004223

## ATTACHMENT 3

### Listing of Unadjudicated Thrombotic Cardiovascular Serious Adverse Experiences and Their Disposition

| TREATMENT | TRIAL NUM | SITE NUM | ALLOCATI | ONSET DAY | RETL DAY | CRISP | RESULT |
|---|---|---|---|---|---|---|---|
| MK-0966 50 mg | 088 | 007 | 1692 | 12/09/99 | 260 | Unstable angina | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 088 | 009 | 1257 | 04/06/99 | 30 | Acute myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 009 | 699 | 12/19/99 | 294 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| MK-0966 50 mg | 088 | 013 | 1870 | 12/21/99 | 258 | Arterial embolism | PERIPHERAL ARTERIAL THROMBOSIS |
| MK-0966 50 mg | 088 | 014 | 3062 | 06/20/99 | 32 | Unstable angina | UNSTABLE ANGINA PECTORIS |
| MK-0966 50 mg | 088 | 015 | 2331 | 05/25/99 | 26 | Deep venous thrombosis | PERIPHERAL VENOUS THROMBOSIS |
| MK-0966 50 mg | 088 | 015 | 2336 | 08/01/99 | 67 | Cerebrovascular accident | HEMORRHAGIC CVA STROKE |
| MK-0966 50 mg | 088 | 016 | 1312 | 06/15/99 | 97 | Coronary artery occlusion | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 088 | 022 | 324 | 09/20/99 | 174 | Ventricular fibrillation | SUDDEN AND/OR UNEXPLAINED DEATH |
| MK-0966 50 mg | 088 | 023 | 2310 | 10/28/99 | 179 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 032 | 1997 | 01/23/00 | 305 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 036 | 1449 | 01/15/00 | 279 | Cerebrovascular accident | ISCHEMIC CVA STROKE WITH DOC |
| MK-0966 50 mg | 088 | 040 | 2214 | 02/07/00 | 262 | Deep venous thrombosis | PERIPHERAL VENOUS THROMBOSIS |
| MK-0966 50 mg | 088 | 041 | 1913 | 08/02/99 | 42 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| MK-0966 50 mg | 088 | 052 | 38 | 10/30/99 | 257 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 058 | 518 | 12/22/99 | 294 | Deep venous thrombosis | PERIPHERAL VENOUS THROMBOSIS |
| MK-0966 50 mg | 088 | 057 | 303 | 02/20/00 | 350 | Cerebrovascular accident | INSUFFICIENT DATA |
| MK-0966 50 mg | 088 | 059 | 2044 | 12/30/99 | 254 | Cerebrovascular accident | ISCHEMIC CVA STROKE WITH DOC |
| MK-0966 50 mg | 088 | 060 | 1746 | 07/17/99 | 65 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 064 | 2653 | 10/19/99 | 152 | Myocardial infarction | UNSTABLE ANGINA PECTORIS |
| MK-0966 50 mg | 088 | 078 | 3957 | 01/08/00 | 203 | Unstable angina | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 088 | 081 | 406 | 04/10/99 | 54 | Acute myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 084 | 194 | 04/21/99 | 73 | Carotid artery obstruction | TRANSIENT ISCHEMIC ATTACK |
| MK-0966 50 mg | 088 | 084 | 628 | 01/31/00 | 323 | Angina pectoris | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 088 | 088 | 70 | 09/18/99 | 193 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 096 | 1657 | 02/16/00 | 322 | non-Q-wave myocardial infarction + ventricular tachycardia | ACUTE MI |
| MK-0966 50 mg | 088 | 100 | 867 | 05/09/99 | 67 | Myocardial Infarction | UNSTABLE ANGINA PECTORIS |
| MK-0966 50 mg | 088 | 105 | 165 | 05/27/99 | 101 | unstable angina | ISCHEMIC CVA STROKE W/O DOC |
| MK-0966 50 mg | 088 | 107 | 2319 | 09/12/99 | 123 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| MK-0966 50 mg | 088 | 114 | 536 | 12/16/99 | 257 | non-Q- wave Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 116 | 1729 | | 247 | Carotid artery obstruction | INSUFFICIENT DATA |
| MK-0966 50 mg | 088 | 130 | 296 | 03/10/99 | 22 | cerebrovascular accident | INSUFFICIENT DATA |
| MK-0966 50 mg | 088 | 136 | 2715 | 07/09/99 | 72 | Peripheral vascular disorder | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 088 | 140 | 1224 | 05/01/99 | 41 | Acute myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 142 | 2684 | 01/07/00 | 220 | Deep venous thrombosis | PERIPHERAL VENOUS THROMBOSIS |
| MK-0966 50 mg | 088 | 142 | 911 | 11/05/99 | 227 | Arterial occlusion | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 088 | 144 | 797 | 11/30/99 | 264 | Myocardial infarction | ACUTE MI |

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004224

Rofecoxib
Safety Update Report

52

## ATTACHMENT 3 (CONT.)

### Listing of Unadjudicated Thrombotic Cardiovascular Serious Adverse
### Experiences and Their Disposition

| TREATMEN | TRIAL_NU | SITE_NUM | ALLOCATI | ONSET_DA | RELDAY | CRISP_PR | RESULT |
|---|---|---|---|---|---|---|---|
| MK-0966 50 mg | 088 | 149 | 2759 | 08/20/99 | 94 | Myocardial infarction | SUDDEN AND/OR UNEXPLAINED DEATH |
| MK-0966 50 mg | 088 | 158 | 985 | 12/08/99 | 272 | Transient ischemic attack | TRANSIENT ISCHEMIC ATTACK |
| MK-0966 50 mg | 088 | 163 | 1428 | 12/10/99 | 264 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 190 | 3247 | 02/08/00 | 250 | Angina pectoris | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 089 | 005 | 7277 | 07/25/99 | 96 | coronary artery disease | UNSTABLE ANGINA PECTORIS |
| MK-0966 50 mg | 089 | 006 | 7293 | 05/03/99 | 12 | Cerebrovascular accident | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 089 | 013 | 5305 | 01/17/00 | 309 | Cardiac arrest | SUDDEN AND/OR UNEXPLAINED DEATH |
| MK-0966 50 mg | 089 | 022 | 5591 | 10/22/99 | 208 | Cerebrovascular accident | HEMORRHAGIC CVA STROKE |
| MK-0966 50 mg | 089 | 036 | 7471 | 09/17/99 | 156 | Unstable angina | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 089 | 040 | 6478 | 08/12/99 | 44 | Cerebrovascular disorder | INSUFFICIENT DATA |
| MK-0966 50 mg | 089 | 044 | 6507 | 08/09/99 | 88 | Coronary artery disease | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 089 | 050 | 8668 | 10/30/99 | 132 | Cerebrovascular accident | ISCHEMIC CVA STROKE WITH DOC |
| MK-0966 50 mg | 089 | 051 | 6070 | 06/22/99 | 63 | Ischemic heart disease | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 089 | 054 | 6051 | 09/18/99 | 100 | Ischemic heart disease | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 089 | 062 | 8895 | 11/11/99 | 163 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 089 | 067 | 5915 | 09/11/99 | 145 | Acute myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 089 | 070 | 10466 | 06/21/99 | 19 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| MK-0966 50 mg | 089 | 072 | 7670 | 02/10/00 | 203 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 089 | 082 | 8891 | 08/17/99 | 90 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 089 | 090 | 10274 | 08/18/99 | 63 | Transient ischemic attack | INSUFFICIENT DATA |
| MK-0966 50 mg | 089 | 092 | 6006 | 09/05/99 | 160 | Paresis | ISCHEMIC CVA STROKE W/O DOC |
| MK-0966 50 mg | 089 | 098 | 5101 | 11/08/99 | 288 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 089 | 100 | 7973 | 10/14/99 | 147 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 089 | 111 | 8589 | 11/11/99 | 155 | Deep venous thrombosis | PERIPHERAL VENOUS THROMBOSIS |
| MK-0966 50 mg | 089 | 116 | 6229 | 04/29/99 | 8 | Unstable angina | UNSTABLE ANGINA PECTORIS |
| MK-0966 50 mg | 089 | 123 | 10677 | 09/14/99 | 91 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| MK-0966 50 mg | 089 | 123 | 10677 | 10/26/99 | 133 | Cerebrovascular accident | ISCHEMIC CVA STROKE WITH DOC |
| MK-0966 50 mg | 089 | 126 | 7961 | 07/10/99 | 17 | Myocardial infarction | ACUTE MI |
| Naproxen 1000 mg | 088 | 003 | 2923 | 10/26/99 | 165 | Cerebrovascular accident | ISCHEMIC CVA STROKE WITH DOC |
| Naproxen 1000 mg | 088 | 016 | 1311 | 08/30/99 | 167 | Acute myocardial infarction | ACUTE MI |
| Naproxen 1000 mg | 088 | 018 | 862 | 04/01/99 | 25 | Transient ischemic attack | ISCHEMIC CVA STROKE W/O DOC |
| Naproxen 1000 mg | 088 | 028 | 1888 | 12/21/99 | 216 | Transient ischemic attack | ISCHEMIC CVA STROKE WITH DOC |
| Naproxen 1000 mg | 088 | 068 | 1278 | 10/11/99 | 196 | Femoral artery occlusion | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 088 | 069 | 3885 | 02/03/00 | 239 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| Naproxen 1000 mg | 088 | 074 | 1535 | 12/22/99 | 282 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| Naproxen 1000 mg | 088 | 088 | 1352 | 12/29/99 | 253 | Coronary artery disease | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 088 | 092 | 807 | 12/01/99 | 253 | Coronary artery disease | UNSTABLE ANGINA PECTORIS |
| Naproxen 1000 mg | 088 | 096 | 459 | 11/22/99 | 257 | Coronary artery disease | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 088 | 115 | 1764 | 09/01/99 | 108 | angina pectoris | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 088 | 118 | 560 | 05/05/99 | 38 | Angina pectoris | UNSTABLE ANGINA PECTORIS |
| Naproxen 1000 mg | 088 | 118 | 560 | 05/12/99 | 42 | Acute myocardial infarction | ACUTE MI |
| Naproxen 1000 mg | 088 | 119 | 3312 | 09/07/99 | 79 | Deep venous thrombosis | PERIPHERAL VENOUS THROMBOSIS |
| Naproxen 1000 mg | 088 | 139 | 3770 | 11/01/99 | 147 | Unstable angina | INSUFFICIENT DATA |
| Naproxen 1000 mg | 088 | 142 | 2473 | 05/03/99 | 16 | Angina pectoris | UNSTABLE ANGINA PECTORIS |

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004225

Rofecoxib
Safety Update Report

## ATTACHMENT 3 (CONT.)

Listing of Unadjudicated Thrombotic Cardiovascular Serious Adverse
Experiences and Their Disposition

| TREATMEN | TRIAL_NU | SITE_NUM | ALLOCATI | ONSET_DA | RELDAY | CRISP_PR | RESULT |
|---|---|---|---|---|---|---|---|
| Naproxen 1000 mg | 088 | 145 | 1480 | 09/03/99 | 166 | Angina pectoris | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 088 | 149 | 2760 | 12/08/99 | 201 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| Naproxen 1000 mg | 088 | 163 | 2832 | 08/03/99 | 17 | Acute myocardial infarction | SUDDEN AND/OR UNEXPLAINED DEATH |
| Naproxen 1000 mg | 088 | 175 | 2229 | 01/28/00 | 247 | Intracranial hemorrhage | SUDDEN AND/OR UNEXPLAINED DEATH |
| Naproxen 1000 mg | 088 | 181 | 3215 | 06/19/99 | 30 | Cerebrovascular accident | ISCHEMIC CVA STROKE WITH DOC |
| Naproxen 1000 mg | 089 | 008 | 10163 | 08/27/99 | 79 | Acute myocardial infarction | ACUTE MI |
| Naproxen 1000 mg | 089 | 008 | 10170 | 07/27/99 | 42 | Myocardial infarction | INSUFFICIENT DATA |
| Naproxen 1000 mg | 089 | 014 | 8249 | 08/18/99 | 61 | Cerebral infarction | ISCHEMIC CVA STROKE W/O DOC |
| Naproxen 1000 mg | 089 | 020 | 7619 | 06/18/99 | 39 | Venous insufficiency | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 089 | 021 | 7769 | 02/07/00 | 266 | Myocardial infarction | SUDDEN AND/OR UNEXPLAINED DEATH |
| Naproxen 1000 mg | 089 | 029 | 9189 | 11/19/99 | 155 | Angina pectoris | INSUFFICIENT DATA |
| Naproxen 1000 mg | 089 | 050 | 8672 | 06/14/99 | 7 | Myocardial infarction | ACUTE MI |
| Naproxen 1000 mg | 089 | 054 | 6057 | 11/01/99 | 200 | Myocardial infarction | SUDDEN AND/OR UNEXPLAINED DEATH |
| Naproxen 1000 mg | 089 | 076 | 6703 | 11/17/99 | 205 | Intracranial hemorrhage | HEMORRHAGIC CVA STROKE |
| Naproxen 1000 mg | 089 | 082 | 6914 | 06/29/99 | 93 | Ischemic heart disease | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 089 | 087 | 8311 | 05/01/99 | 3 | Transient ischemic attack | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 089 | 089 | 5969 | 09/21/99 | 196 | Angina pectoris | NON THROMBO-EMBOLIC EVENT |

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004226

Rofecoxib
Safety Update Report                                                                                         54


ATTACHMENT 4

Summary of Adjudicated Thromboembolic Serious AEs in Selected Subgroups
of Patients With Rheumatoid Arthritis in VIGOR
Safety Update Report

MRK-N0520004227

Rofecoxib
Safety Update Report

55

### ATTACHMENT 4

Summary of Adjudicated Thromboembolic Serious AEs in Selected Subgroups
of Patients With Rheumatoid Arthritis in VIGOR
Safety Update Report

| Subgroup | Treatment | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| Males | Rofecoxib | 824 | 20 | 548 | 3.65 | | |
| | Naproxen | 814 | 7 | 556 | 1.26 | 0.34 | (0.15, 0.81) |
| Females | Rofecoxib | 3223 | 25 | 2149 | 1.16 | | |
| | Naproxen | 3215 | 12 | 2142 | 0.56 | 0.48 | (0.24, 0.96) |
| 65+ years old | Rofecoxib | 997 | 28 | 621 | 4.51 | | |
| | Naproxen | 1070 | 13 | 662 | 1.97 | 0.43 | (0.22, 0.84) |
| <65 years old | Rofecoxib | 3050 | 17 | 2076 | 0.82 | | |
| | Naproxen | 2959 | 6 | 2037 | 0.29 | 0.36 | (0.14, 0.91) |
| Current smoker | Rofecoxib | 790 | 17 | 516 | 3.29 | | |
| | Naproxen | 779 | 5 | 533 | 0.94 | 0.28 | (0.10, 0.76) |
| Ex/never smoker | Rofecoxib | 3256 | 28 | 2180 | 1.28 | | |
| | Naproxen | 3250 | 14 | 2165 | 0.65 | 0.50 | (0.26, 0.96) |
| Cardiovascular history | Rofecoxib | 238 | 16 | 147 | 10.92 | | |
| | Naproxen | 216 | 5 | 139 | 3.60 | 0.33 | (0.12, 0.90) |
| No cardiovascular history | Rofecoxib | 3809 | 29 | 2550 | 1.14 | | |
| | Naproxen | 3813 | 14 | 2559 | 0.55 | 0.48 | (0.25, 0.91) |
| Hypertensive | Rofecoxib | 1217 | 20 | 790 | 2.53 | | |
| | Naproxen | 1168 | 12 | 762 | 1.58 | 0.62 | (0.30, 1.27) |

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004228

Rofecoxib
Safety Update Report

56

<u>ATTACHMENT 4</u> (CONT.)

Summary of Adjudicated Thromboembolic Serious AEs in Selected Subgroups
of Patients With Rheumatoid Arthritis in VIGOR
Safety Update Report

| Subgroup | Treatment | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| Not hypertensive | Rofecoxib | 2830 | 25 | 1907 | 1.31 | | |
| | Naproxen | 2861 | 7 | 1936 | 0.36 | 0.28 | (0.12, 0.64) |
| Hypercholesterolemic | Rofecoxib | 343 | 9 | 215 | 4.18 | | |
| | Naproxen | 293 | 2 | 183 | 1.09 | 0.26 | (0.06, 1.18) |
| Not hypercholesterolemic | Rofecoxib | 3704 | 36 | 2482 | 1.45 | | |
| | Naproxen | 3736 | 17 | 2515 | 0.68 | 0.47 | (0.26, 0.83) |
| Diabetic | Rofecoxib | 240 | 2 | 153 | 1.31 | | |
| | Naproxen | 254 | 1 | 164 | 0.61 | 0.47 | (0.01, 8.96) |
| Not diabetic | Rofecoxib | 3807 | 43 | 2544 | 1.69 | | |
| | Naproxen | 3775 | 18 | 2534 | 0.71 | 0.42 | (0.24, 0.73) |

[†] Patient-years at risk.
[‡] Per 100 PYR.
[§] Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004229

Rofecoxib
Safety Update Report

57

## ATTACHMENT 5

Baseline Cardiovascular Demographics in Rheumatoid Arthritis Patients
Enrolled in the VIGOR Study

MRK-N0520004230

Rofecoxib                                                                                           58
Safety Update Report

## <u>ATTACHMENT 5</u>

Baseline Cardiovascular Demographics in Rheumatoid Arthritis Patients
Enrolled in the VIGOR Study

United States Cohort

| Demographic | Rofecoxib (N=1748) | | Naproxen (N=1750) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Age** | | | | |
| Percent <65 years old | 1199 | (68.6) | 1173 | (67.0) |
| Percent ≥65 years old | 549 | (31.4) | 577 | (33.0) |
| **Gender** | | | | |
| Female | 1306 | (74.7) | 1294 | (73.9) |
| Male | 442 | (25.3) | 456 | (26.1) |
| **Past Cardiovascular History** | | | | |
| Past History of Atherosclerotic Cardiovascular Disease | 102 | (5.8) | 90 | (5.1) |
| Coronary Artery Disease | 74 | (4.2) | 67 | (3.8) |
| Myocardial Infarction | 32 | (1.8) | 31 | (1.8) |
| Cerebrovascular Disease | 13 | (0.7) | 8 | (0.5) |
| Cerebrovascular Accident | 8 | (0.5) | 8 | (0.5) |
| Peripheral Arterial Disease | 24 | (1.4) | 21 | (1.2) |
| **Cardiovascular Risk Factors** | | | | |
| Any Cardiovascular Risk Factor | 994 | (56.9) | 966 | (55.2) |
| Hypertension | 616 | (35.2) | 576 | (32.9) |
| Diabetes Mellitus | 131 | (7.5) | 131 | (7.5) |
| Hypercholesterolemia | 232 | (13.3) | 206 | (11.8) |
| Current Smoker | 353 | (20.2) | 360 | (20.6) |
| **Indication for Aspirin Therapy** | | | | |
| Aspirin Therapy Indicated[†] | 77 | (4.4) | 66 | (3.8) |

[†] Patients with past medical histories that met criteria for chronic vascular-protective aspirin therapy (past history of either cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable or stable angina, coronary artery bypass graft surgery, or percutaneous coronary interventions).

Data Source: [P088C]

/MK-0966/SUR/RW1968.DOC APPROVED                                        03-Oct-2000

MRK-N0520004231

Rofecoxib                                                                                                          59
Safety Update Report

<u>ATTACHMENT 5</u> (CONT.)

Baseline Cardiovascular Demographics in Rheumatoid Arthritis Patients
Enrolled in the VIGOR Study

Multinational Cohort

| Demographic | Rofecoxib (N=2299) | | Naproxen (N=2279) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Age** | | | | |
| Percent <65 years old | 1851 | (80.5) | 1786 | (78.4) |
| Percent ≥65 years old | 448 | (19.5) | 493 | (21.6) |
| **Gender** | | | | |
| Female | 1917 | (83.4) | 1921 | (84.3) |
| Male | 382 | (16.6) | 358 | (15.7) |
| **Past Cardiovascular History** | | | | |
| Past History of Atherosclerotic Cardiovascular Disease | 136 | (5.9) | 126 | (5.5) |
| Coronary Artery Disease | 97 | (4.2) | 86 | (3.8) |
| Myocardial Infarction | 25 | (1.1) | 19 | (0.8) |
| Cerebrovascular Disease | 13 | (0.6) | 17 | (0.7) |
| Cerebrovascular Accident | 4 | (0.2) | 8 | (0.4) |
| Peripheral Arterial Disease | 32 | (1.4) | 28 | (1.2) |
| **Cardiovascular Risk Factors** | | | | |
| Any Cardiovascular Risk Factor | 1053 | (45.8) | 1022 | (44.8) |
| Hypertension | 601 | (26.1) | 592 | (26.0) |
| Diabetes Mellitus | 109 | (4.7) | 123 | (5.4) |
| Hypercholesterolemia | 111 | (4.8) | 87 | (3.8) |
| Current Smoker | 437 | (19.0) | 419 | (18.4) |
| **Indication for Aspirin Therapy** | | | | |
| Aspirin Therapy Indicated[†] | 93 | (4.1) | 85 | (3.7) |

† Patients with past medical histories that met criteria for chronic vascular-protective aspirin therapy (past history of either cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable or stable angina, coronary artery bypass graft surgery, or percutaneous coronary interventions).

Data Source: [P088C]

MRK-N0520004232

# EXHIBIT L

# FILED UNDER SEAL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This Document Relates to** | * | |
| **Cases Listed on Exhibit A** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Please take notice that Defendant Merck & Co., Inc.'s Motion for Summary Judgment in

VTE Cases will be brought on for hearing on January 18, 2012, at 9:00 a.m., before the

Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana,

500 Poydras Street, New Orleans, Louisiana.


Dated:  November 2, 2011

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

  —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP

1074565v.1

725 Twelfth Street, N.W.
Washington, DC 20005
Phone: 202-434-5000
Fax:    202-434-5029

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission on Merck & Co., Inc.'s Motion for Summary Judgment in VTE Cases has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of November, 2011.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This Document Relates to** | * | |
| **Cases Listed on Exhibit A** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### [PROPOSED] ORDER GRANTING MERCK & CO., INC.'S
### MOTION FOR SUMMARY JUDGMENT IN VTE CASES

This matter is before the Court on the motion of Defendant Merck & Co., Inc., pursuant to Federal Rule of Civil Procedure 56, for the entry of summary judgment in Merck's favor on all claims in the cases listed on Exhibit A to the motion. There is no genuine issue of material fact and Plaintiffs cannot prevail on their claims against Merck as a matter of law. The Court being sufficiently advised, hereby **GRANTS** said motion and enters summary judgment in Merck's favor on all claims in each of the cases listed on Exhibit A to Merck's motion.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2011.

_____

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1074562v.1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This Document Relates to** | * | |
| **Cases Listed on Exhibit A** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT MERCK & CO., INC.'S L.R. 56.1 STATEMENT OF
## MATERIAL FACTS AS TO WHICH THERE IS NO DISPUTE

Pursuant to L.R. 56.1, Defendant Merck & Co., Inc. ("Merck"), by undersigned counsel, hereby submits the following statement of material facts as to which there is no genuine issue to accompany its Memorandum in Support of Motion for Summary Judgment in VTE Cases ("VTE Summ. J. Mem."):

1.      Heart attacks and strokes occur as a result of a clot in an artery, which typically results from plaque that develops in the artery and subsequently ruptures. Aff. of John P. Kress, MD, FCCP, Ex. 1 ("Kress Rep.") (attached as Ex. E to VTE Summ. J. Mem.) at 1. Venous thrombotic events ("VTEs") occur as a result of a clot in a vein.

2.      Veins and arteries are different anatomical structures. Arteries are vessels under high pressure, and their lining is prone to the formation of plaques. *Id.* When plaque forms in an artery, it may rupture, leading to the formation of a clot at the point of the rupture. *Id.* Such clots lead to heart attacks, for example, when the clot disrupts blood flow to the heart. *Id.* Veins, on the other hand, are low pressure vessels, and plaques that are prone to rupture do not form in veins. *Id.* Moreover, studies have shown that the COX-2 enzyme is not present in native (i.e.,

freshly-biopsied) veins. Thus, a COX-2 inhibitor, like Vioxx, cannot have an effect on veins through inhibition of the COX-2 enzyme. Decl. of Mark A. Crowther, MD, MSc, FRCPC, Ex. 1 ("Crowther Rep.") (attached as Ex. D to VTE Summ. J. Mem.) at 4.

3.  The primary known risk factors for heart attack include hypertension, obesity, hyperlipidemia, diabetes, and smoking. Kress Rep. at 1; Crowther Rep. at 3.

4.  The primary known risk factors for VTEs are trauma, major surgery, fracture of the hip or leg, hip or knee replacement, chemotherapy, pregnancy, estrogen use, immobility, infection, previous VTEs, and various inherited or acquired thrombophilias. Kress Rep. at 2; Crowther Rep. at 2. A significant percentage (up to 40 percent) of VTEs are idiopathic, meaning that the patient presents with no or only weak risk factors. Crowther Rep. at 2.

5.  The incidence of VTEs increases significantly with age. The rate of VTEs is approximately one in 10,000 at age 20 and one in 1,000 at age 65. *Id.*

6.  Venous clots are primarily formed of red cells and fibrin, a protein component, and contain fewer platelets. *Id.* at 3. Arterial clots, on the other hand, are typically the result of plaque rupture and are formed by platelet aggregation at the point of rupture and contain minimal red cells. *Id.* at 2-3.

7.  VTEs are most often treated with an anticoagulant, such as heparin or warfarin. Kress Rep. at 2; Crowther Rep. at 2-3. Warfarin, for example, blocks magnification of the activation of the protein component of coagulation. Crowther Rep. at 2-3. Warfarin does not have a significant direct anti-platelet effect and therefore is not used in acute treatment of arterial thrombosis. *Id.* at 3.

8.  Aspirin and clopidogrel, which inhibit platelet aggregation, are used in prevention and acute treatment of heart attacks and strokes, but these medications are ineffective for the

2

prevention or recurrence of venous thromboses.  Crowther Rep. at 2-3.

9.      The question of whether Vioxx is associated with an increased risk of VTEs has been examined in several randomized, double-blind, placebo-controlled clinical trials, and results from several randomized placebo-controlled clinical trials have been pooled together to investigate the potential association of Vioxx and VTEs.

10.      On March 22, 2004, Merck provided to the FDA updated results on cardiovascular thrombotic events in all Phase IIb to Phase V clinical trials of rofecoxib (Vioxx) that were at least four weeks or more in duration and included a placebo or non-selective NSAID as a comparator.  *See* Letter from Diane C. Louie, Assoc. Dir., Regulatory Affairs, Merck & Co., to Brian E. Harvey, Acting Dir., Div. of Anti-Inflammatory, Analgesic & Ophthalmologic Drug Prods., FDA (Mar. 22, 2004) ("Pooled Analysis") at 2 (attached as Ex. G to VTE Summ. J. Mem.).  This analysis provided blinded external adjudication of potential thrombotic events.  In all, the pooled analysis contained data from 23 placebo-controlled clinical trials, including trials in osteoarthritis, rheumatoid arthritis, back pain, and Alzheimer's disease patients.  *Id.* at 6 (Table 1).  In the group of 7,296 patients who used Vioxx, there were a total of two VTEs.  *Id.* at 32 (Table 14).  In the group of 4,848 patients who were randomized to placebo, there were four VTEs.  *Id.*

11.      The APPROVe trial, the Adenomatous Polyp Prevention on Vioxx trial, published after the Final Pooled Analysis, was designed to evaluate whether three years of use of Vioxx would reduce the risk of recurrent adenomatous polyps among patients with a history of colorectal adenomas.  Robert S. Bresalier, M.D., et al., *Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial*, N. Eng. J. Med.; 352:1093 (2005) (attached as Ex. H to VTE Summ. J. Mem.).  Potential thrombotic events were adjudicated by an

3

independent committee. *Id.* At study termination, the average duration of treatment was 2.4 years (or 28.8 months) in the Vioxx group and 2.6 years (or 31.2 months) in the placebo group. *Id.* at 1096. In the 1,287 patients who were treated with Vioxx, there were two VTEs. In the 1,299 patients on placebo, there were six VTEs. *Id.* (Table 2).

12.     Following the release of the APPROVe data and Merck's voluntary withdrawal of Vioxx in September 2004, Merck terminated ViP and VICTOR, two of Merck's Vioxx placebo-controlled cancer-chemoprevention trials. The VICTOR trial was designed to test the effects of Vioxx in preventing recurrent colon cancer. David J. Kerr, M.D., et al., *Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer*, N. Eng. J. Med.; 357:360-61 (2007) (attached as Ex. I to VTE Summ. J. Mem.). More than 2,000 patients had been enrolled by the time the study was halted. In the 1,167 patients in the Vioxx arm, there were three VTEs, and in the 1,160 patients in the placebo arm, there was one VTE. *Id.* at 365 (Table 3). The 3-to-1 difference is not statistically significant.

13.     The ViP trial was conducted to study the cumulative incidence of developing prostate cancer over six years of treatment of Vioxx versus placebo. Janet van Adelsberg, M.D., et al., *The VIOXX in prostate cancer prevention study: cardiovascular events observed in the rofecoxib 25 mg and placebo treatment groups*, Curr. Med. Res. Opin. 2007, 2063 (attached as Ex. J to VTE Summ. J. Mem.). The trial involved over 4,700 patients. The median duration of treatment was 4.14 months. During that time, there were two VTEs in both the placebo and Vioxx arms. *Id.* at 2068 (Table 3).

14.     In the Final Pooled Analysis, APPROVe, VICTOR, and ViP data, which, combined, involved nearly 22,000 patients over approximately 16,000 patient years, there were fewer VTEs in the patients randomized to Vioxx (9) than in the patients randomized to placebo

4

(13). There were 1.1 VTEs per 1,000 patient years in the Vioxx-treated group and 1.6 VTEs per 1,000 patient years for the group randomized to placebo. Both of these rates are consistent with the background rate of VTE in the population. The below chart summarizes the totality of the placebo-controlled randomized clinical trial data pertaining to Vioxx and the potential association with VTEs.

| Study | Vioxx and Comparator | Number of Patients | Number of Patient Years | Total Number of VTEs |
|---|---|---|---|---|
| Final Pooled Analysis | Vioxx | 7296 | 3019 | 2 |
| | Placebo | 4848 | 2801 | 4 |
| APPROVe | Vioxx | 1287 | 3059 | 2 |
| | Placebo | 1299 | 3327 | 6 |
| VICTOR | Vioxx | 1167 | 927 | 3 |
| | Placebo | 1160 | 986 | 1 |
| ViP | Vioxx | 2369 | 1099 | 2 |
| | Placebo | 2372 | 1102 | 2 |
| **TOTAL** | Vioxx | 12119 | 8104 | **9** |
| | Placebo | 9679 | 8216 | **13** |

15. In the VIGOR trial, which was not a placebo-controlled trial, 50 mg Vioxx usage was compared to Naproxen use. In that trial there were five VTEs in the Vioxx arm and one in the Naproxen arm. This result was not statistically significant (0.20 (0.00-1.79)). *See* VIGOR Safety Update Report (10/13/2000) at Tables 6 & 7 (attached as Ex. K to VTE Summ. J. Mem.).

Dated: November 2, 2011

5

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

  —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

   ATTORNEYS FOR MERCK SHARP &
   DOHME CORP

6

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendant Merck & Co., Inc.'s L.R. 56.1 Statement of Material Facts as to Which There is No Dispute has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of November, 2011.

_/s/ Dorothy H. Wimberly_
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel