UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This Document Relates to* | * | |
| | * | |
| *Singleton, Catherine H. v. Merck & Co. Inc.* | * | MAGISTRATE JUDGE |
| 2:09-cv-02413-EEF-DEF (Estate of Velma Dunn) | * | KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT MERCK SHARP & DOHME CORP.'S L.R. 56.1 STATEMENT OF
MATERIAL FACTS AS TO WHICH THERE IS NO DISPUTE**

Pursuant to L.R. 56.1, Defendant Merck Sharpe & Dohme Corp. ("Merck"), by undersigned counsel, hereby submits the following statement of material facts as to which there is no genuine issue to accompany its Memorandum in Support of Motion for Summary Judgment in the above-captioned matter. Materials submitted in support of Merck's November 2, 2011 Motion for Summary Judgment in VTE Cases ("VTE Summ. J. Mem.") are attached to the present Motion as Ex. 4:

1. Heart attacks and strokes occur as a result of a clot in an artery, which typically results from plaque that develops in the artery and subsequently ruptures. Aff. of John P. Kress, MD, FCCP, Ex. 1 ("Kress Rep.") (attached as Ex. E to VTE Summ. J. Mem.) at 1. Venous thrombotic events ("VTEs") occur as a result of a clot in a vein.

2. Veins and arteries are different anatomical structures. Arteries are vessels under high pressure, and their lining is prone to the formation of plaques. *Id.*  When

plaque forms in an artery, it may rupture, leading to the formation of a clot at the point of the rupture. *Id.* Such clots lead to heart attacks, for example, when the clot disrupts blood flow to the heart. *Id.* Veins, on the other hand, are low pressure vessels, and plaques that are prone to rupture do not form in veins. *Id.* Moreover, studies have shown that the COX-2 enzyme is not present in native (i.e., freshly-biopsied) veins. Thus, a COX-2 inhibitor, like Vioxx, cannot have an effect on veins through inhibition of the COX-2 enzyme. Decl. of Mark A. Crowther, MD, MSc, FRCPC, Ex. 1 ("Crowther Rep.") (attached as Ex. D to VTE Summ. J. Mem.) at 4.

3. The primary known risk factors for heart attack include hypertension, obesity, hyperlipidemia, diabetes, and smoking. Kress Rep. at 1; Crowther Rep. at 3.

4. The primary known risk factors for VTEs are trauma, major surgery, fracture of the hip or leg, hip or knee replacement, chemotherapy, pregnancy, estrogen use, immobility, infection, previous VTEs, and various inherited or acquired thrombophilias. Kress Rep. at 2; Crowther Rep. at 2. A significant percentage (up to 40 percent) of VTEs are idiopathic, meaning that the patient presents with no or only weak risk factors. Crowther Rep. at 2.

5. The incidence of VTEs increases significantly with age. The rate of VTEs is approximately one in 10,000 at age 20 and one in 1,000 at age 65. *Id.*

6. Venous clots are primarily formed of red cells and fibrin, a protein component, and contain fewer platelets. *Id.* at 3. Arterial clots, on the other hand, are typically the result of plaque rupture and are formed by platelet aggregation at the point of rupture and contain minimal red cells. *Id.* at 2-3.

7.     VTEs are most often treated with an anticoagulant, such as heparin or warfarin. Kress Rep. at 2; Crowther Rep. at 2–3. Warfarin, for example, blocks magnification of the activation of the protein component of coagulation. Crowther Rep. at 2-3. Warfarin does not have a significant direct anti-platelet effect and therefore is not used in acute treatment of arterial thrombosis. *Id.* at 3.

8.     Aspirin and clopidogrel, which inhibit platelet aggregation, are used in prevention and acute treatment of heart attacks and strokes, but these medications are ineffective for the prevention or recurrence of venous thromboses. Crowther Rep. at 2-3.

9.     The question of whether Vioxx is associated with an increased risk of VTEs has been examined in several randomized, double-blind, placebo-controlled clinical trials, and results from several randomized placebo-controlled clinical trials have been pooled together to investigate the potential association of Vioxx and VTEs.

10.    On March 22, 2004, Merck provided to the FDA updated results on cardiovascular thrombotic events in all Phase IIb to Phase V clinical trials of rofecoxib (Vioxx) that were at least four weeks or more in duration and included a placebo or non-selective NSAID as a comparator. *See* Letter from Diane C. Louie, Assoc. Dir., Regulatory Affairs, Merck & Co., to Brian E. Harvey, Acting Dir., Div. of Anti-Inflammatory, Analgesic & Ophthalmologic Drug Prods., FDA (Mar. 22, 2004) ("Pooled Analysis") at 2 (attached as Ex. G to VTE Summ. J. Mem.). This analysis provided blinded external adjudication of potential thrombotic events. In all, the pooled analysis contained data from 23 placebo-controlled clinical trials, including trials in osteoarthritis, rheumatoid arthritis, back pain, and Alzheimer's disease patients. *Id.* at 6 (Table 1). In

3

the group of 7,296 patients who used Vioxx, there were a total of two VTEs. *Id.* at 32 (Table 14). In the group of 4,848 patients who were randomized to placebo, there were four VTEs. *Id.*

11. The APPROVe trial, the Adenomatous Polyp Prevention on Vioxx trial, published after the Final Pooled Analysis, was designed to evaluate whether three years of use of Vioxx would reduce the risk of recurrent adenomatous polyps among patients with a history of colorectal adenomas. Robert S. Bresalier, M.D., et al., *Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial*, N. Eng. J. Med.; 352:1093 (2005) (attached as Ex. H to VTE Summ. J. Mem.). Potential thrombotic events were adjudicated by an independent committee. *Id.* At study termination, the average duration of treatment was 2.4 years (or 28.8 months) in the Vioxx group and 2.6 years (or 31.2 months) in the placebo group. *Id.* at 1096. In the 1,287 patients who were treated with Vioxx, there were two VTEs. In the 1,299 patients on placebo, there were six VTEs. *Id.* (Table 2).

12. Following the release of the APPROVe data and Merck's voluntary withdrawal of Vioxx in September 2004, Merck terminated ViP and VICTOR, two of Merck's Vioxx placebo-controlled cancer-chemoprevention trials. The VICTOR trial was designed to test the effects of Vioxx in preventing recurrent colon cancer. David J. Kerr, M.D., et al., *Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer*, N. Eng. J. Med.; 357:360-61 (2007) (attached as Ex. I to VTE Summ. J. Mem.). More than 2,000 patients had been enrolled by the time the study was halted. In the 1,167 patients in the Vioxx arm, there were three VTEs, and in the 1,160

patients in the placebo arm, there was one VTE. *Id.* at 365 (Table 3). The 3-to-1 difference is not statistically significant.

13. The ViP trial was conducted to study the cumulative incidence of developing prostate cancer over six years of treatment of Vioxx versus placebo. Janet van Adelsberg, M.D., et al., *The VIOXX in prostate cancer prevention study: cardiovascular events observed in the rofecoxib 25 mg and placebo treatment groups*, Curr. Med. Res. Opin. 2007, 2063 (attached as Ex. J to VTE Summ. J. Mem.). The trial involved over 4,700 patients. The median duration of treatment was 4.14 months. During that time, there were two VTEs in both the placebo and Vioxx arms. *Id.* at 2068 (Table 3).

14. In the Final Pooled Analysis, APPROVe, VICTOR, and ViP data, which, combined, involved nearly 22,000 patients over approximately 16,000 patient years, there were fewer VTEs in the patients randomized to Vioxx (9) than in the patients randomized to placebo (13). There were 1.1 VTEs per 1,000 patient years in the Vioxx-treated group and 1.6 VTEs per 1,000 patient years for the group randomized to placebo. Both of these rates are consistent with the background rate of VTE in the population. The below chart summarizes the totality of the placebo-controlled randomized clinical trial data pertaining to Vioxx and the potential association with VTEs.

| Study | Vioxx and Comparator | Number of Patients | Number of Patient Years | Total Number of VTEs |
|---|---|---|---|---|
| Final Pooled Analysis | Vioxx | 7296 | 3019 | 2 |
|  | Placebo | 4848 | 2801 | 4 |
| APPROVe | Vioxx | 1287 | 3059 | 2 |
|  | Placebo | 1299 | 3327 | 6 |
| VICTOR | Vioxx | 1167 | 927 | 3 |
|  | Placebo | 1160 | 986 | 1 |
| ViP | Vioxx | 2369 | 1099 | 2 |
|  | Placebo | 2372 | 1102 | 2 |
| **TOTAL** | Vioxx | 12119 | 8104 | **9** |
|  | Placebo | 9679 | 8216 | **13** |

15.     In the VIGOR trial, which was not a placebo-controlled trial, 50 mg Vioxx usage was compared to Naproxen use. In that trial there were five VTEs in the Vioxx arm and one in the Naproxen arm. This result was not statistically significant (0.20 (0.00-1.79)). *See* VIGOR Safety Update Report (10/13/2000) at Tables 6 & 7 (attached as Ex. K to VTE Summ. J. Mem.).

16.     Plaintiff asserts that "Vioxx was a contributor to the development and propagation" in Ms. Velma Dunn of either a "large pulmonary embolism or multiple small pulmonary emboli" on or around July 6, 2001, which ultimately led to Ms. Dunn's death on October 6, 2001. Pl.'s Expert Rep. at 1 (attached as Ex. 3 to present motion and memorandum in support thereof).

17.     Plaintiff's expert concedes that Ms. Dunn was never actually diagnosed with a pulmonary embolism, but his opinion in this case turns on the view that it is "the most probable potential diagnosis." *Id.*

6

Dated:  July 30, 2012                                    Respectfully submitted,

   */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

 —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:     202-434-5029

ATTORNEYS FOR MERCK SHARP &
DOHME CORP

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendant Merck Sharp & Dohme Corp.'s L.R. 56.1 Statement of Material Facts as to Which There is No Dispute has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of July, 2012.

                                                           */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1100641v1