UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This Document Relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Singleton, Catherine H. v. Merck & Co., Inc.* | * | KNOWLES |
| 2:09-cv-02413-EEF-DEK (Estate of Velma Dunn) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER REGARDING
DEFENDANT MERCK SHARP & DOHME CORP.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>

This matter is before the Court on the motion of Defendant Merck Sharp & Dohme Corp. ("Merck") pursuant to Federal Rule of Civil Procedure 56, for the entry of summary judgment in Merck's favor on all claims in the above-captioned case. The bases for this motion are identical to the arguments asserted in Merck's Motion for Summary Judgment as to certain VTE claims that was filed November 2, 2011 (Rec. Doc. 63539). Accordingly,

IT IS ORDERED that all further proceedings regarding this case shall be conducted in accordance with the schedule in PTO No. 58 that is applicable to cases on Exhibit A of that Order.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1100643v1