UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Singleton, Catherine H. v. Merck & Co., Inc.* | * | KNOWLES |
| **2:09-cv-02413-EEF-DEK (Estate of Velma Dunn)** | * | |
| | * | |

*************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion for Summary Judgment will be submitted on the 16th day of August, 2012, immediately following the monthly status conference that commences at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  July 30, 2012                                     Respectfully submitted,

                                                                      /s/ *Dorothy H. Wimberly*
                                                                     Phillip A. Wittmann, 13625
                                                                     Dorothy H. Wimberly, 18509
                                                                     STONE PIGMAN WALTHER
                                                                     WITTMANN L.L.C.
                                                                     546 Carondelet Street
                                                                     New Orleans, Louisiana 70130
                                                                     Phone: 504-581-3200
                                                                     Fax:    504-581-3361

                                                                     Defendants' Liaison Counsel

                                                                        —and—

1

1100648v1

        Douglas R. Marvin
        Eva Petko Esber
        M. Elaine Horn
        Emily Renshaw Pistilli
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Phone: 202-434-5000
        Fax:    202-434-5029

        Attorneys for Merck & Co., Inc.

1100648v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of July, 2012.

    /s/ Dorothy H. Wimberly
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana  70130
    Phone:  504-581-3200
    Fax:     504-581-3361
    dwimberly@stonepigman.com

    Defendants' Liaison Counsel

1100648v1