# EXHIBIT 3 TO MOTION FOR SUMMARY JUDGMENT

# FILED UNDER SEAL

1100652v1