UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Singleton, Catherine H. v. Merck & Co., Inc.* | * | KNOWLES |
| **2:09-cv-02413-EEF-DEK (Estate of Velma Dunn)** | * | |
| | * | |

*************************************************************************

### ORDER GRANTING MERCK SHARPE & DOHME CORP.'S
### REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion for Leave to File Certain Documents Under Seal,

IT IS HEREBY ORDERED that Exhibits 1, 2, and 3 to Merck's Motion for Summary Judgment in the above-captioned case are to be filed under seal.

DATED: this _____ day of _____, 2012.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1

1100646v1