UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to | * | JUDGE FALLON |
| Cases Listed on Exhibit A to the | * | |
| Memorandum in Support | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * *

### MOTION ON BEHALF OF CERTAIN PLAINTIFFS and REQUEST FOR HEARING and NOTICE OF SUBMISSION

### REQUEST FOR HEARING, and NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel will bring this Emergency Motion for Extension of Time to File Expert Reports Required by PTO 58, Section II, before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, as soon as counsel may be heard, with a request for a telephonic hearing at the Court's earliest convenience, and after which it may be submitted.  Counsel states that the date noticed for submission is reasonable under LR 7.2.

### EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE EXPERT REPORTS REQUIRED BY PTO 58, SECTION II

Due to the recent discovery that critical documents were not included by the PSC when it reconstructed the Vioxx Concordance Database, Plaintiffs respectfully ask this Court for a brief extension of time (from August 15 to August 31) within which to file the expert reports on generic causation in the VTE cases required by PTO 58, Section II, and for an emergency

hearing on this Motion. A Memorandum in Support of this Motion is filed herewith, along with a Notice of Request for Hearing, and a requested Order is tendered.

> Respectfully submitted,
>
> /s/ Ann B. Oldfather
> _____
> Ann B. Oldfather
> KBA Bar #52553
> Liaison Counsel/Lead Counsel
> OLDFATHER LAW FIRM
> 1330 S. Third Street
> Louisville, KY   40208
> 502.637.7200
> 502.637.3999  (fax)
> aoldfather@oldfather.com
> *Counsel for Certain Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Emergency Motion for Extension of Time to File Expert Reports Required By PTO 58, Section II has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of July, 2012.

> /s/
> _____
> Ann B. Oldfather