UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to | * | JUDGE FALLON |
| Cases Listed on Exhibit A to the | * | |
| Memorandum in Support | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

## O R D E R

Motion having been made by Plaintiffs, and good cause having been shown,

**IT IS HEREBY ORDERED** that the time set forth in PTO 58, Section II within with the expert reports on generic causation must be filed by certain Plaintiffs is extended until August 31, 2012, and all other deadlines in PTO 58, Section II are similarly extended.

So ordered.

New Orleans, Louisiana, this __ day of _____, 2012.


                                                 Eldon E. Fallon
                                                 United State District Judge