UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This Document Relates to** | * | **JUDGE FALLON** |
| **Cases Listed on Exhibit A to the** | * | |
| **Memorandum in Support** | * | |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * *

## NOTICE OF REQUEST FOR HEARING

Since the date (August 15, 2012) established in PTO 58, Section II for filing the reports on generic causation for the VTE cases will have come and gone before Plaintiffs' Emergency Motion for Extension of Time to File Expert Reports Required By PTO 58, Section II could be heard on a typical calendaring, and given the time and distance limitations attendant to a personal appearance before the Court prior to August 15, 2012, Plaintiffs respectfully ask this Court for an emergency telephonic hearing pursuant to Local Rule 78.1 on their Emergency Motion for Extension of Time to File Expert Reports Required By PTO 58, Section II, to be set as soon as counsel may be heard.

Respectfully submitted,

/s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel for Certain Cases
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Request for Hearing has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of July, 2012.

/s/ Ann B. Oldfather
_____
Ann B. Oldfather