## Ann B. Oldfather

| | |
|---|---|
| **From:** | Ann B. Oldfather |
| **Sent:** | Friday, July 20, 2012 11:00 PM |
| **To:** | 'Douglas R. Marvin'; 'Barnett, Ben' |
| **Cc:** | Christopher Seeger; Lenny Davis; Russ Herman; Andy Birchfield; Amy Catalanotto; David Buchanan; Michelle L. Chiavene; Megan J. Hastings; 'Penny Herman Grisamore'; Colleen Shields |
| **Subject:** | Vioxx MDL:  Missing Images and Misisng Merck Production |
| **Attachments:** | MissingImages.txt |

Dear Ben and Doug,

We have run into a problem with the images produced to us by the PSC. According to Penny Herman Grisamore, the PSC does not have in its production from Merck a number of documents for which there are image paths on the Vioxx Concordance Database ("VCD")..  Our experts are finishing their document review, which is critical to report preparation.  We are seeking your help, and your agreement to roll back the deadline to accommodate days we gave missed due to these missing images.

Here is what has happened.

We thought we had a minor glitch when a few of our MedWatch reports with OCR text were found to have no associated images.  We set those aside to come back to them toward the end of the review process.  In the end, the problem that ended up revealing was much more extensive.

First we ran an image check to locate the records without file paths to an image, and a substantial error log was generated.  We were able to fix these broken paths (we hypothesize that these were caused by the PSC's use of Windows Explorer rather than a dedicated copy product capable of handling the lengthy file paths generated by PSC's reconstruction of the VCD) by using other software that allowed us to add missing portions of partial paths.

Even after that, though, there were still missing images.  We paid a software developer to create and run a script that could identify complete file paths but without an associated image.  That generated the attached text file, which reveals some 12,000 pages of missing images.


MissingImages.txt
(3 MB)

You will note in looking at the text file that the paths to these images are SEVEN LAYERS deep.  Next, we verified that the problem was not on our end nor of our making by verifying that these missing images were not on the PSC's version of the VCD.  We logged on remotely to the New Orleans VCD, and on repeated cross checking, the same image files are missing.
So, even with our exact clone of the PSC's VCD, we could not have had these images.  [Also, please be advised that we are running all these corrective efforts on a limited portion of the VCD restricted to the MedWatch reports and related materials, so the problem may (or most probably will) end up being more

1

EXHIBIT C

extensive although this email focuses on MedWatch and related data.]
We then tried to work with the PSC to locate these images in their Merck production disks and drives.  After Ms. Grisamore confirmed she did not have these images on their VCD, she has back to Merck's original production.  What she was able to find she is sending to us (we have not received it yet) BUT she was unable to find ANY documents in Merck's productions in these folders with these document ranges:

MRK-AIU 0000001 - 0185714
MRK-I 7680002819-0004914
MRK-NO 520019299-0019386
MRK-SO 420024312-0050344

Since these ranges make up 90% or more of the missing images, what we get from the PSC isn't going to do us much good.

Can you get these documents exported or uploaded for us to a dropbox account?  We do need to have them with the same path names so that we can link them back up to the existing paths, and we obviously can't re-keyboard those paths for 12,000 images.

Additionally, we have lost our ability to move this forward since last Tuesday, and we would appreciate your agreement to suspend the running of any additional time against or 8/15/2012 deadline from this last Tuesday until we receive and re-link these materials.

We intend to keep looking for these materials over the weekend, and to work with Ms. Grisamore and the PSC if they are able to help, but we do not want to lose any more time than can be helped and thought Merck might help speed this along.

Thank you,

Ann

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 S. Third St.
Louisville, KY  40208
502.637.7200
502.637.3999 fax
Email: aoldfather@oldfather.com
www.oldfather.com

EXHIBIT C