## OLDFATHER LAW FIRM
### ATTORNEYS AT LAW
1330 SOUTH THIRD STREET
LOUISVILLE, KENTUCKY 40208
TELEPHONE 502.637.7200 · FAX 502.637.3999
WWW.OLDFATHER.COM

ANN B. OLDFATHER †
aoldfather@oldfather.com

VICKI L. BUBA*
vbuba@oldfather.com

RICHARD V. EVANS
revans@oldfather.com

† Board Certified in Civil Trial Advocacy

SHELDON L. HADEN
shaden@oldfather.com

R. SEAN DESKINS
sdeskins@oldfather.com

MEGAN J. HASTINGS
mhastings@oldfather.com

* Also admitted in Indiana

July 27, 2012

**VIA EMAIL**
Mr. Ben Barnett
Mr. Doug Marvin
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

        RE:    *Vioxx - Extension of VTE Expert Report Deadline*

Dear Ben and Doug:

        As you know, we ran into unanticipated problems with the images produced to us by the PSC and the image paths in our copy of the Vioxx Concordance Database ("VCD"). First, thank you for prompt assistance in expediting this production. As Ann has mentioned in various emails while working through this problem, we now seek your agreement to roll back the deadline to accommodate the days our experts have lost due to the missing images and ask for an additional two weeks to complete our VTE expert report.

        Attached is a timeline which details all issues relating to the missing MedWatch images, from our realization of the problem and all of our efforts to expediently solve these issues through yesterday. As you can see, we have lost our ability to move forward with this project since July 17. Yesterday we exported a copy of the "new" MedWatch reports, which we shipped via overnight delivery to our experts. After our experts receive the new materials, they will need to load and reintegrate the materials into their database. As a result, they will not be able to begin review of the new materials until Monday, July 30 *at the earliest*. We have lost a *minimum* of two weeks of forward progress on the VTE expert reports.

        These particular experts have been retained and authorized to proceed with this project long before we ever received what we thought was the VCD in its entirety. Our experts are working on signal information, statistical analysis, and epidemiological review of the data from Merck's clinical trials and from adverse experiences. As I'm sure you are aware, this review – and the materials necessary to complete the review – is essential to complete not only their expert report, but the entirety of our expert reports.

EXHIBIT D

July 27, 2012
Page 2 of 2

    With your agreement, we would like to propose to Judge Fallon the following changes in the VTE deadlines:

| Old deadline | New deadline | |
|---|---|---|
| August 15, 2012 | August 31, 2012 | Plaintiffs produce generic expert reports on general causation |
| August 31, 2012 | September 14, 2012 | Merck produces any supplemental/rebuttal reports |
| October 15, 2012 | October 29, 2012 | Completion of expert depositions in VTE cases |
| November 21, 2012 | December 5, 2012 | Daubert motions due |
| December 21, 2012 | January 4, 2013 | Opposition to Daubert motions due |
| January 7, 2013 | January 21, 2013 | Daubert reply briefs due |

    Each deadline has simply been moved forward by two weeks. These deadlines do not cause any significant problems with the MI/IS/TIA or "Other" Injury deadlines.

    We would appreciate your agreement to these new deadlines. However, if we do not have your agreement by Monday, August 6, 2012, we are prepared to file an emergency motion with the Court and ask for a hearing on the same.

    Please call or email if you have any questions. I look forward to hearing from you.

Sincerely,

Megan J. Hastings

MJH:mlc
Attachments
CC:   Chris Seeger, Esq.
       Russ Herman, Esq.
       Andy Birchfield, Esq.
       Lenny Davis, Esq.

EXHIBIT D

## TIMELINE OF EVENTS REGARDING MISSING VCD IMAGES

| DATE | DESCRIPTION |
|---|---|
| 7/17/2012 | Medwatch report image review turns to last group of missing materials—expected to be few in number. Begin to recognize that numerous images are missing from DB. Analysis of imaging and foldering problems. Decision made to continue review of images in DB so those documents can be sent to experts while we identify and fix problems with images. NOTE - the database cannot be accessed by any user while diagnostic scripts are running! |
| 7/18/2012 | CMS brought into document review due to massive numbers of documents without images that are needed by experts for epi analysis. Spot check numerous documents and trace image file paths, noting that the entire production folder for those images checked is missing from database. Review of production folders, noting multiple bates ranges of folders are missing. Review Concordance website for scripts that will identify missing images in database. Identify, download and run "ImageCheck" Concordance script on database. Compare ImageCheck log to database and determine that the script only identifies gaps in bates numbers. The program did not locate any of the missing images we identified, where a valid file path exists in Concordance but no image is in the network folder. Telephone call to Concordance technical support regarding issue and whether a script exists to identify documents where a valid file path exists but no image is at the end of the file path by tracing the image path that Concordance looks at and comparing to the back end network folders. Referred to ImageCheck script, which was previously run. No other script known by tech support to address needs. Emails to and from Penny Herman Grisamore regarding logging in remotely to the VCD located at HHKC. Log into database and spot check numerous documents, confirming the PSC's copy of the database also does not contain the images we are missing. Review AG database, noting database does not contain any Medwatch information. Discuss scope of problem with MJH. Meeting with ABO and MJH to discuss scope of problem, what is needed to correct the problem, probable time needed to correct the problem and its impact on expert deadlines; telephone call to local litigation technology support vendor (PageOne) regarding whether they have a script we can run that will identify all missing images and advised they do not; email to Lisa Rosen of Rosen Technologies regarding problem and whether she has a script. Work on DB issues from approximately 10am until 9pm. |

# TIMELINE OF EVENTS REGARDING MISSING VCD IMAGES

| DATE | DESCRIPTION |
|---|---|
| 7/19/2012 | Export all Medwatch documents to a separate database (approx. 27K documents). Work with Lisa Rosen to have her write a workable script to identify missing images where a valid file path exists in Concordance; run diagnostic script. Due to the extent of subfoldering, the script had to be revised a few times to handle the number of folder layers leading to each production image; identify broken file paths in Concordance (not correctly pointing to OLF network – one production folder) and correct missing file paths by editing and replacing Concordance Imagebase log; identify incorrect file paths (foldered improperly as received by OLF from the PSC) and correct those file paths by again editing and replacing Concordance Imagebase log. This required retracing the various file paths from the very bottom file image through 7 layers of subfoldering in Windows Explorer to determine where the error started (i.e., what folders were actually there) and then revising the Imagebase log so Concordance was pointing in the right direction; also required in a few instances refoldering of documents to match other production folders for consistency (such as removing extra layers of foldering). Re-run script to identify missing images where a valid file path exists in Concordance; script identifies nearly 110,000 missing pages of documents. Spend approximately an hour tracing file paths for all folders identified to confirm no folder exists in network; discuss situation with ABO and MJH and what needs to be done to remedy the issue; multiple emails to and from Penny Herman Grisamore regarding missing images, urgent need to obtain the same, PSC efforts to locate folders and the format/foldering needed; CMS telephone call to Penny due to electronic delivery via DropBox of some image files outside of foldering; misunderstanding of what OLF needed discussed and corrected. Penny agrees to have staff copy entire production folders beginning the following morning due to late hour of 6:30pm. Multiple discussions with ABO and MJH regarding communications with Penny and status of PSC efforts to locate folders; work on DB issues from 9:00 am until 8pm. |
| 7/20/2012 | Holding pattern waiting for production folders to be delivered from PSC to OLF. Export all available images of documents requested by experts in foldering/categorization requested per OLF document review and send to experts. Set OPT log to export from main database so log exists to run Lisa Rosen's script on entire database after all image issues in the subset database have been fixed. This script needed to be run over a weekend due to length of time it would take. ABO emails Ben Barnett and Dough Marvin regarding missing images and broken image paths. |
| 7/21/2012 | ABO communicates with Ben Barnett to obtain production folders that the PSC is unable to locate. ABO revisions to missing images log file - conversion to Excel spreadsheet for easier tracking/identification of missing folders. |
| 7/23/2012 | Receive seven (7) DVDs and one (1) hard drive from PSC. Begin loading folders. Due to size of folders, each DVD took 2-4 hours to load. Communicate with Liesl Sachse at Dechert regarding production folders needed. Advised one production folder is corrupted. As DVDs loaded, trace file paths compared to error log created on 7/19/12 to confirm proper copying of production folders; restructure file paths to conform to Concordance image paths and confirm images |

## TIMELINE OF EVENTS REGARDING MISSING VCD IMAGES

| DATE | DESCRIPTION |
|---|---|
|  | being located by Concordance. Begin reviewing loaded image files. Work until 7pm. |
| 7/24/2012 | Receive DVD containing 3 of the 4 production folders not found by the PSC in depository. Begin loading images from Merck and continue loading images from PSC. Refolder images to correct file paths and verify that images are being found by Concordance. Work on reviewing images loaded. Work until 7:30pm. |
| 7/25/2012 | Receive hard drive from Merck with MRK-AIU image folders not found by PSC in depository. Continue loading image folders until 7pm. Refolder images to correct file paths and verify that images are being found by Concordance. Work reviewing images loaded. |
| 7/26/2012 | Complete review of images. Export and Fedex to experts. |

EXHIBIT D