**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *PTO No. 58 Exhibit A Cases* | * | KNOWLES |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MERCK SHARP & DOHME CORP.'S RESPONSE TO**
**PLAINTIFFS' EMERGENCY MOTION FOR**
**EXTENSION OF TIME TO FILE EXPERT REPORTS**

Nine months ago, on November 2, 2011, Merck Sharp & Dohme Corp. ("Merck") filed a

motion for summary judgment on the claims of certain Vioxx personal injury Plaintiffs alleging

injuries of pulmonary embolism and/or deep vein thrombosis (collectively known as venous

thrombotic events (VTEs)) (Rec. Doc. 63539). The Court initially set a deadline of May 7, 2012

for Plaintiffs to produce an expert report on general causation in VTE cases. The Court has

subsequently extended that deadline upon the requests of Liaison Counsel Ann Oldfather. The

deadline currently rests at August 15, 2012. Ms. Oldfather has filed an "Emergency Motion"

seeking another extension of that deadline.[1] In response to that motion, Merck states as follows:

---

[1]     In that motion, counsel claims that Merck failed to respond to a request that Merck agree
to an extension of the VTE deadlines. *See* Pl. Mem. at 3. Notably, the written request
cited was made on Friday, July 27, 2012. *See* Pl. Mem. Exh. D. That correspondence
specifically requested a response from Merck within ten days—by **August 6, 2012**. *Id.*
However, rather than follow the timeline they set out on July 27, Plaintiffs' counsel
decided to file their emergency motion the very next business day. It is unclear what
changed over the weekend that necessitated an emergency filing on Monday.

1100733v1

1.      Merck does not oppose a limited extension of the current deadlines, but requests that measures be included to ensure that these cases continue to move forward in an expeditious and efficient manner.

2.      At the last status conference, the Court encouraged the parties to work on deposition dates for their experts in advance of exchanging reports.  Consistent with that, Merck has offered several dates for the depositions of their experts, and Plaintiffs' counsel have selected and confirmed dates for both of Merck's experts (Dr. Kress and Dr. Crowther).  Plaintiffs, however, have not reciprocated as to providing potential dates for their own experts.

3.      Given the limited time available for expert discovery, and the necessity of coordinating numerous schedules, the parties should work on deposition scheduling now so as to avoid additional entreaties to the Court in the future.

4.      As matters stand currently, Plaintiffs have not disclosed *any* information regarding their experts:  They have not identified any scientific disciplines, provided any potential deposition dates, or even indicated how many they experts they will offer.  (At times, counsel has vaguely suggested that Plaintiffs may have as many as five different experts.)

5.      Merck requests that if the Court is inclined to grant Plaintiffs' request for additional time, then the modification of the August 15, 2012 deadline be limited to the provision of the actual written reports.  Even if Plaintiffs' experts need additional time to complete their reports, Plaintiffs' counsel can still disclose the identity of their experts and provide potential deposition dates on or before the August 15, 2012 deadline.

**CONCLUSION**

For the foregoing reasons, any relief granted to Plaintiffs on their Emergency Motion should be limited.

1100733v1

Dated:  July 31, 2012                    Respectfully submitted,


                                         /s/ Dorothy H. Wimberly
                                         Phillip A. Wittmann, 13625
                                         Dorothy H. Wimberly, 18509
                                         STONE PIGMAN WALTHER
                                         WITTMANN L.L.C.
                                         546 Carondelet Street
                                         New Orleans, Louisiana 70130
                                         Phone: 504-581-3200
                                         Fax:    504-581-3361

                                         Defendants' Liaison Counsel

                                          —and—

                                         Douglas R. Marvin
                                         Eva Petko Esber
                                         M. Elaine Horn
                                         Emily Renshaw Pistilli
                                         WILLIAMS & CONNOLLY LLP
                                         725 Twelfth Street, N.W.
                                         Washington, D.C. 20005
                                         Phone: 202-434-5000
                                         Fax:    202-434-5029

                                         Attorneys for Merck & Co., Inc.

1100733v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to Plaintiffs' Emergency Motion for Extension of Time to File Expert Reports has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of July, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com
Defendants' Liaison Counsel

1100733v1