UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | § | |
| | § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | |
| SECTION L | § | |
| | § | |
| This document relates to: | § | |
| | § | |
| All Cases on Exhibit A to | § | JUDGE FALLON |
| Rec. Doc. 64017 | § | MAG. JUDGE KNOWLES |

THE PLAINTIFFS' STEERING COMMITTEE'S
RESPONSE TO EMERGENCY MOTION FOR
EXTENSION OF TIME TO FILE EXPERT REPORTS
REQUIRED BY PTO 58, SECTION II

The Plaintiffs' Steering Committee ("PSC") has no objection to the plaintiffs' request for a brief extension of time (from August 15, 2012 to August 31, 2012) within which to file expert reports on generic causation in the VTE cases required by PTO 58, Section II. The PSC has communicated with Ms. Oldfather and Merck to expedite any technical glitches and to assist in making additional production of information available to Ms. Oldfather's office.

Respectfully submitted,

Date: August 1, 2012

By: /s/ Russ M. Herman
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephan J. Herman (Bar No. 23129)
*Herman, Herman & Katz, L.L.C.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone (504) 581-4892
**Plaintiffs' Liaison Counsel**

**Andy D. Birchfield, Jr.**
*Beasley, Allen, Crow, Methvin,*
*Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL 36103-4160
Telephone: (334) 269-2343

**Christopher A. Seeger**
**Seeger Weiss**
One William Street
New York, NY 10004
Telephone: (212) 584-0700

**PLAINTIFFS CO-LEAD COUNSEL**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER &WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO,
THOMAS,MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Arnold Levin, Esquire
Fred S. Longer, Esquire
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly A. Sanford, Esquire
Sanford Law Firm
16225 Park Ten Place, Suite 500
Houston, Texas 77008
(877) 447-6677 (telephone)
(713) 524-6611 (telecopier)

**PLAINTIFFS' STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Response has been served on Liaison Counsel, Phillip Wittmann, and Ann B. Oldfather, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL No. 1657, on this 1st day of August, 2012.

      /s/ Leonard A. Davis
      Leonard A. Davis, #14190
      Herman, Herman & Katz, L.L.C.
      820 O'Keefe Avenue
      New Orleans, LA  70113
      PH:  (504) 581-4892
      Fax:  (504) 561-6024
      ldavis@hhklawfirm.com