UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | Judge Fallon |
| ) | Magistrate Judge Knowles |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | MDL Case No. 1657 |
| ) | |
| *This document relates to* ) | |
| ) | MOTION OF PLAINTIFF |
| ) | FOR EXTENSION TO RESPOND |
| *Mary Ann Nolan v. Merck & Co., Inc.* ) | TO DEFENDANT'S MOTION |
| 2:05-cv-06146 ) | FOR SUMMARY JUDGMENT |

The Plaintiff Mary Ann Nolan ("Nolan"), through counsel, respectfully submits this Motion for an extension of time to respond to the Defendant's Motion for Summary Judgment. As grounds for her Motion, the Plaintiff respectfully states as follows:

While diligent efforts have been taken to contact Ms. Nolan in order to advise her of the nature and likely outcome of the Defendant's Motion for Summary Judgment, the undersigned law firm has been unable to contact her for some time. As of the date of this Motion, Ms. Nolan's only known phone number no longer connects to her residence, and a public records search has not yielded an alternative phone number.

The Court has already granted an extension of time for the Plaintiff to respond to the Defendant's Motion for Summary Judgment. However, given the continued lack of contact with the client, the undersigned respectfully requests that the Defendant's Motion for Summary Judgment be held in abeyance for an additional fourteen (14) days to give counsel a final opportunity to locate Ms. Nolan, obtain her input concerning the ultimate course she desires to take in this litigation, and, if necessary, respond to the Motion for Summary Judgment. If Ms.

Nolan cannot be located via certified letter mailed to her last known address – which letter is to be mailed by no later than August 2, 2012 – counsel intends to move to withdraw from this case due to the cessation of contact between lawyer and client.

Should the Motion to Withdraw become necessary, counsel for the Plaintiff will file it no later than any extension date granted by the Court with respect to the Plaintiff's Response to the Motion for Summary Judgment.

## CONCLUSION

For the foregoing reasons, counsel for the Plaintiff respectfully requests that the Plaintiff's Motion an extension of time to respond to the Defendant's Motion for Summary Judgment be granted in all aspects. A Proposed Order is tendered simultaneously herewith.

Respectfully submitted,

/s/ Richard A. Getty
RICHARD A. GETTY

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909

COUNSEL FOR PLAINTIFF
MARY ANN NOLAN

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, as well as Susan Giamportone, by U.S. Mail; and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PTO No. 8; and filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this the 1st day of August, 2012.

      /s/ Richard A. Getty
      COUNSEL FOR PLAINTIFF