UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re: VIOXX | ) | Judge Fallon |
|  | ) | Magistrate Judge Knowles |
| PRODUCTS LIABILITY | ) |  |
| LITIGATION | ) | MDL Case No. 1657 |
|  | ) |  |
| *This document relates to* | ) |  |
|  | ) |  |
| *Mary Ann Nolan v. Merck & Co., Inc.* | ) |  |
| 2:05-cv-06146 | ) | <u>ORDER</u> |
|  | ) |  |
|  | ) |  |

Motion having been filed and the Court being otherwise sufficiently advised, it is hereby ordered that the Motion of Plaintiff to hold the Defendant's Motion for Summary Judgment in abeyance for 14 days is hereby GRANTED.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DATE:

1