UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                      :      MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION     :      SECTION:  L
                                                  :
                                                  :      JUDGE FALLON
                                                  :      MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**   *Michael Heavrin, et al. v. Merck & Co, Inc.*, 05-458, as to Janice Baum only

# ORDER

The Court has received correspondence from Janice Baum.  IT IS ORDERED that this correspondence shall be construed as a response to Merck's motion for summary judgment (Rec. Doc. 63919) and entered into the record.  Ms. Baum has attached to her response several exhibits that appear to include copies of her medical records.  Accordingly, IT IS FURTHER ORDERED that the exhibits accompanying Ms. Baum's response be entered under seal.

New Orleans, Louisiana, this 27th day of July, 2012.

                                                 UNITED STATES DISTRICT JUDGE