UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS      MDL NO. 1657
        PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Jenkins, et al v. Merck & Co., Inc., No. 05-4054
(regarding only Lynn Hudnut)

**J U D G M E N T**

Considering the Court's Order & Reasons dated and filed on July 23, 2012, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, Lynn Hudnut, dismissing said plaintiff's claims with prejudice and costs.

New Orleans, Louisiana, this 27th day of July, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE