MINUTE ENTRY
FALLON, J.
AUGUST 1, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| PENDING VTE CASES | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

On this date, a telephone status conference was held with Judge Eldon E. Fallon. Ann Oldfather, Megan Hastings, and Russ Herman participated on behalf of the Plaintiffs. Doug Marvin and Ben Barnett participated on behalf of the Defendant. The parties discussed the Plaintiffs' pending Emergency Motion for Extension of Time to File Expert Reports Required by PTO 58, Section II (Rec. Doc. 64017).

IT IS ORDERED that Plaintiffs' motion is GRANTED. The deadlines in PTO 58 for VTE cases are each extended for approximately two weeks as follows:

- Plaintiffs produce generic expert report(s) on general causation by **August 31, 2012**.

- Defendant produces any supplemental/rebuttal reports by **September 17, 2012**.

- Completion of expert depositions in *VTE* cases by **October 31, 2012**.

- *Daubert* motions due on **December 7, 2012**.

- Opposition to *Daubert* motions due **January 7, 2013**.

- *Daubert* Reply briefs due **January 31, 2013**.

JS10(00:11)