# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Loretta G. Whyte**                       500 Camp St., Room C-151
**Clerk**                                        New Orleans, LA 70130

August 1, 2012

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit          APPEAL NO. __12-30586__
200 South Maestri Street
New Orleans, LA 70130

IN RE: __In Re: Vioxx Product Liability MD 05-1657 'L'__

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

    __X__    1) Record on appeal consisting of:

              __9__ Volume(s) of record    __1__ Volume(s) of transcript

              ___ Volume(s) of depositions

              ___ Container(s) of exhibits ___ Box ___ Envelope ___ Folder

    ___    2) Supplemental record, Docs. _____

    ___    3) SEALED Doc. ____

    __X__    4) Other: __also includes member case 05-CV-4578 (1 vol)__

                                                     Very truly yours,

                                                     By____MMV_____
                                                     Deputy Clerk