IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| James D. Schneller; | : |
| | |
| James D. Schneller, Trustee ad Litem for the Individuals Entitled to Relief Due to the Wrongful Death of Marjorie C. Schneller, Marjorie Zitomer, Executrix of the Estate of Marjorie Schneller,    et al    plaintiffs v. | : MDL DOCKET NO. 1657 : : This Document Relates To: |
| Merck & Company, Inc.,    defendant | : No.  12 - 703 |
| | : |

## PRAECIPE TO CHANGE ADDRESS

To the Clerk:

Change address of plaintiffs to:

James D. Schneller
430 East Lancaster Avenue  E25
Saint Davids, PA 19087    610-688-9471

*James D. Schneller*
James D. Schneller

Date: July 29, 2012
TENDERED FOR FILING

AUG - 2 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX

PRODUCTS LIABILITY LITIGATION

: MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the
Individuals Entitled to Relief Due to the
Wrongful Death of Marjorie C. Schneller, et al
plaintiffs
v.

Merck & Company, Inc.,   defendant

Civil Action No.  12 - 703

## CERTIFICATE OF SERVICE

I, James D. Schneller, hereby certify that I served a true and correct copy of the within praecipe upon the following, by electronic mail, as follows:

Joshua G. Schiller Esquire
Dechert LLP
1717 Arch Street   Ste. 4000
Philadelphia, PA 19103
Joshua.schiller@dechert.com

Phillip Wittmann Esquire
Mrs. Dorothy Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet St.
New Orleans, LA 70130
dwimberly@stonepigman.com

Russ Herman Esquire
Mrs. Regina Valenti
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA  70170
rherman@hhkc.com
rvalenti@hhkc.com


Paul C Troy Esquire
Kane Pugh Knoell Troy & Kramer
510 Swede Street
Norristown, Pa 19401 4886
ptroy@kanepugh.com


Wealth Management Div.                                  via USPS mail 1st Class
Susquehanna Bank
17 E. Market Street
West Chester, PA 19381




_____                         Date:  July 29, 2012
James D. Schneller