# SCOTT YUNG LLP

A Registered Limited Liability Partnership
208 N. Market Street, Suite 200
Dallas, Texas 75202
Phone: 214-220-0422

ANDREW W. YUNG
WRITER'S DIRECT DIAL: (214) 220-9955

EMAIL: ayung@scottyung.com
WRITER'S DIRECT FACSIMILE: (214) 220-9932

August 3, 2012

Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

*Via Facsimile Copier*
504 589-6966

Re:   Comment on Scott Yung LLP's ("SYLLP") TPP Allocation in Vioxx MDL 1657

Your Honor:

This letter is a response to the Court's request for comments on its July 25th publication of the TPP Allocation Committee recommendation submitted on June 13, 2012. SYLLP played a significant role in the TPP common benefit as set forth in the recommendation. Specifically, Andrew Yung was both a member of the Law & Briefing Committee and was appointed by Your Honor as part of the Private Third Party Bellwether Trial Committee. SYLLP's Alexandra Fernandez was also a member of the Law & Briefing Committee.

SYLLP's submission of $139,042.50 of non-reimbursed and bellwether trial and common benefit lodestar has in no way been compensated by a payment by any other TPP. Paragraph Y could inadvertently leave the misimpression that SYLLP has been reimbursed for its common benefit lodestar from another TPP. That is not the case.

SYLLP has received no compensation from any source for its $139,042.50 of lodestar expended in achieving significant and *appointed* common benefit work. **SYLLP agrees with the Allocation Committee that <u>a firm, such as SYLLP, who has neither applied for nor received any award from the large personal injury common benefit process and who *has provided* "significant substantive TPP common benefit work" "should be well compensated" even beyond its pro rata lodestar.</u>** SYLLP respectfully requests a larger than pro rata award that takes into account its significant contributions.

Respectfully submitted,

*[signature]*
Andrew W. Yung

Attachment (letter comment to Your Honor dated Nov. 9, 2011)

# SCOTT YUNG LLP

A Registered Limited Liability Partnership
208 N. Market Street, Suite 200
Dallas, Texas 75202
Phone: 214-220-0422

[handwritten: Exhibit to Scott Yung LLP Letter Dated 8-3-12]

ANDREW W. YUNG
WRITER'S DIRECT DIAL: (214) 220-9955

EMAIL: ayung@scottyung.com
WRITER'S DIRECT FACSIMILE: (214) 220-9932

November 9, 2011

Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

*Via Facsimile Copier*
504 589-6966

Re: Clarification on Scott Yung LLP's ("SYLLP") TPP Allocation in Vioxx MDL No. 1657

Dear Judge Fallon,

The Vioxx TPP Allocation Committee filed Document Number 63555-2 with this Court on November 8, 2011. The Committee and Mr. Russ Herman have done a diligent and highly commendable job in making their recommendation.

I thank this Court for its tireless efforts in resolving the Vioxx disputes and the Committee for its assistance.

I respectfully write solely to make the point that my law firm's submission of $139,042.50 of non-reimbursed and bellwether trial and common benefit lodestar was in no way compensated by a payment by any other TPP. Paragraph Y may have inadvertently left the impression that SYLLP has been reimbursed for its common benefit lodestar from another TPP. That is not the case.

SYLLP received no fee from its bellwether TPP client, Health Plus of Louisiana, and has received no compensation from any source for the $139,042.50 of lodestar expended in achieving the common benefit.

Respectfully submitted,

[signature]
Andrew W. Yung

cc: Russ M. Herman
    Elizabeth Cabraser
    Christopher A Seeger
    Thomas M. Sobol
    Andy D. Birchfield, Jr.
    James Dugan

[handwritten: Exhibit]