IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1657 |
| | | SECTION L |
| | * | |
| This document relates to: | * | JUDGE ELDON E. FALLON |
| *D.C. ex. rel. Kenneth Walker v.* | * | |
| *Merck & Company*, Civil Action No. 08-4148 | * | MAGISTRATE JUDGE KNOWLES |

*************************************************************************

## EX PARTE MOTION FOR LEAVE TO FILE PLAINTIFF KENNETH WALKER'S REPLY MEMORANDUM IN SUPPORT OF HIS MOTION TO ALTER OR AMEND THE ORDER/JUDGMENT

Plaintiff Kenneth Walker hereby moves for leave to file the attached Reply Memorandum in Support of his Motion to Alter or Amend the Order/Judgment in order to respond briefly to the arguments raised in defendant's opposition.

WHEREFORE, Plaintiff prays that this Motion for Leave be granted and that he be permitted to file the attached Reply Memorandum in Support of his Motion to Alter or Amend the Order/Judgment.

Dated: August 7, 2012        Respectfully submitted,

/s/ H. Vincent McKnight
H. Vincent McKnight
vmcknight@mcknightandkennedy.com
MCKNIGHT & KENNEDY, LLC
8601 Georgia Avenue, Suite 1010
Silver Spring, MD 20910
(301) 565-5281


Elizabeth J. Cabraser
ecabraser@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Dawn M. Barrios (#2821)
barrios@bkc-law.com
BARRIOS KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone:  (504) 524-3300
Facsimile:  (504) 524-3313

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of August 2012.

/s/ Dawn M. Barrios
Dawn M. Barrios