UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| This document relates to: | * | |
| *D.C. ex. rel. Kenneth Walker v.* | * | MAGISTRATE JUDGE KNOWLES |
| *Merck & Company*, Civil Action No. 08-4148 | * | |

*************************************************************************

# ORDER

Considering the foregoing,

IT IS ORDERED that Plaintiff's Ex Parte Motion for Leave to File the attached Reply Memorandum in Support of His Motion To Alter Or Amend The Order/Judgment be and it is hereby GRANTED.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE