UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:   L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | : | |
| Third Party Payor Common Benefit Fees | : | |

**APPENDIX OF EXHIBITS TO
PRICE WAICUKAUSKI & RILEY, LLC'S OBJECTION TO
THE VIOXX THIRD PARTY PAYOR'S FEE ALLOCATION
COMMITTEE'S COMMON BENEFIT FEE RECOMMENDATION**

Price Waicukauski & Riley, LLC ("PWR"), hereby submits its Appendix of Exhibits in Support of its Objection to the Vioxx Third Party Payor's Fee Allocation Committee's Common Benefit Recommendation.

The following items of evidence have been attached to PWR's objection:

Exhibit 1 – May 2, 2005 fax from Elizabeth Cabraser to William N. Riley;

Exhibit 2 – Contemporaneous Time Records of Price Waicukauski & Riley, LLC;

Exhibit 3 – Detailed Work-in-Progress Report of Expenses and Advances incurred by Price Waicukauski & Riley, LLC (including supporting documentation, sub-parts a-j); and,

Exhibit 4 – Identification and Description of Timekeeper Contributions in Support of Objection to the Vioxx Third Party Payor's Fee Allocation Committee's Common Benefit Fee Recommendation.

Dated: August 7, 2012

Respectfully submitted,

**PRICE WAICUKAUSKI & RILEY, LLC**

By /s/ William N. Riley
William N. Riley, Bar No. 14941-49
Jamie R. Kendall, Bar No. 25124-49A

The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone: (317) 633-8787