# LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com
www.lchb.com

## FAX TRANSMITTAL

**DATE:** May 2, 2005            **CLIENT-MATTER NO.:** 3091-0001

**FAX NUMBER**

**TO:**  Ben Barnow
   BARNOW AND ASSOCIATES, P.C. .................................. (312) 641-5504
Sheila M. Bossier
   SHEILA M. BOSSIER .................................................... (601) 352-5452
Russ Herman/Leonard Davis
   HERMAN, HERMAN, KATEZ & COTLAR, LLP ............... (610) 649-3633
Ron Goldser
   ZIMMERMAN REED, PLLP ........................................... (612) 341-0844
Tim Goss
   CAPSHAW, GOSS & BOWERS, LLP ............................... (214) 761-6611
Barbara J. Hart
   GOODKIND LABATON RUDOFF & SUCHAROW LLP ... (212) 818-0477
Dennis Johnson
   JOHNSON & PERKINSON ............................................. (802) 862-0060
William R. Kane
   MILLER FAUCHER AND CAFFERTY LLP ....................... (215) 864-2810
William Riley
   PRICE WAICUKAUSKI RILEY & DeBROTA, LLC .......... (317) 633-8797
Thomas M. Sobol
   HAGENS BERMAN SOBOL SHAPIRO, LLP .................... (617) 482-3003
Taylor Townsend
   KELLY, TOWNSEND & THOMAS ................................... (318) 352-8918

**CONFIDENTIALITY NOTICE**
The information contained in this telefacsimile message and the documents accompanying this transmission are transmitted by or on behalf of attorneys, and may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly **PROHIBITED**. If you have received this transmission in error, please notify us immediately by telephone, mail the original transmission to us, and destroy any copies. Thank you.

Please call (415) 956-1000 x3314 if you do not receive all pages.

427248.1

May 2, 2005
Page 2

| | | |
|---|---|---|
| **CC:** | Christopher Seeger | |
| | SEEGER WEISS, LLP .................................................. | (212) 584-0799 |
| | Andy D. Birchfield, Jr. | |
| | BEASLEY, ALLEN, CROW, et al. ................................ | (334) 954-7555 |
| | James R. Dugan, II | |
| | DUGAN & BROWNE PLC ............................................ | (504) 648-0181 |
| | Richard A. Freese | |
| | SWEET & FREESE, P.L.L.C. ...................................... | (205) 871-4104 |
| | Russ M. Herman | |
| | HERMAN, HERMAN, KATZ & COTLAR, LLP .............. | (504) 561-6024 |
| **FROM:** | Elizabeth J. Cabraser | |
| | James R. Dugan, II | |
| | Richard A. Freese | |
| **RE:** | In re Vioxx Products Liability Litigation, MDL No. 1657 | |
| **COMMENTS:** | Please see attached. | |

Number of Pages Including This Sheet:  **5**

CONFIDENTIALITY NOTICE
The information contained in this telefacsimile message and the documents accompanying this transmission are transmitted by or on behalf of attorneys, and may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please notify us immediately by telephone, mail the original transmission to us, and destroy any copies. Thank you.

Please call (415) 956-1000 x3314 if you do not receive all pages.

427248.1

## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com

NEW YORK
WASHINGTON, D.C.
BEVERLY HILLS
NASHVILLE

May 2, 2005

**VIA FACSIMILE**

Re: <u>In re Vioxx Products Liability Litigation, MDL No. 1657</u>

Dear Colleagues:

Welcome! We are pleased to report that the Court-appointed Plaintiffs' Steering Committee has established a Purchase Claims Committee, to coordinate the prosecution of consumer and third party/end party payor refund and economic damages claims arising from the prescription and sale of Vioxx. The PSC has appointed Elizabeth Cabraser to Chair this Committee, with the assistance of Vice-Chairs James R. Dugan and Richard A. Freese, and has approved the appointment of the following attorneys as Purchase Claims Committee members:

| | |
|---|---|
| Ben Barnow | Dennis Johnson |
| Sheila M. Bossier | William Kane |
| Leonard Davis | William N. Riley |
| Ron Goldser | Thomas M. Sobol |
| Tim Goss | Taylor Townsend |
| Barbara J. Hart | |

The Committee roster is attached. We are preparing a Purchase Claims Committee contact sheet with contact information for each member. Please e-mail your current office and mobile telephone, fax and e-mail information. We will circulate a completed contact sheet. We look forward to working with all of you to coordinate the prosecution of these claims in MDL 1657.

We intend to convene regular teleconferences to keep the Committee's work flowing smoothly. The initial conference call is set for Monday, May 9, 2005 at 1:00 p.m. EDT;

May 2, 2005
Page 2

noon CDT; 10:00 a.m. PDT. A proposed agenda will circulate in advance of the call, and, once you have received and reviewed the proposed agenda, we would appreciate your suggestions on any additional agenda items.

Best regards,

Elizabeth J. Cabraser
James R. Dugan II
Richard A. Freese

EJC:rtd
cc: Christopher Seeger
    Andy Birchfield
    Russ Herman
427076.1

**Purchase Claims Committee**
**Initial Conference Call**
Date: Monday, May 9, 2005
Time: 1:00 p.m. EDT/noon CDT/10:00 a.m. PDT
Call: 1-877-589-6971
Code: 319973

## Vioxx MDL Purchase Claims Committee

Elizabeth J. Cabraser, Chair
(Wendy R. Fleishman)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

James R. Dugan, II, Vice Chair
(Douglas Plymale)
DUGAN & BROWNE PLC

Richard A. Freese, Vice Chair
SWEET & FREESE, P.L.L.C.

Members

1. Ben Barnow
   BARNOW AND ASSOCIATES, P.C.

2. Sheila M. Bossier
   SHEILA M. BOSSIER, PLLC

3. Leonard Davis
   HERMAN, HERMAN, KATZ & COTLAR, LLP

4. Ron Goldser
   ZIMMERMAN REED, PLLP

5. Tim Goss
   CAPSHAW, GOSS & BOWERS, LLP

6. Barbara J. Hart
   GOODKIND, LABATON, RUDOFF & SUCHAROW, LLP

7. Dennis J. Johnson
   JOHNSON & PERKINSON

8. William R. Kane
   MILLER, FAUCHER & CAFFERTY, LLP

9. William Riley
   PRICE WAICUKAUSKI RILEY & DEBROTA, LLC

10. Thomas M. Sobol
    HAGENS BERMAN SOBOL SHAPIRO, LLP

11. Taylor Townsend
    KELLY, TOWNSEND & THOMAS