Primary Timekeeper: 88 William N. Riley

**Client: 20039.00C Vioxx General**     VIOXX-GENERAL     Contact:
**GENERAL FILE NUMBER FOR VIOXX**

| | | |
|---|---|---|
| Primary Timekeeper: | 88 WNR | Category: 77 Drug/Med Devices Class Action |
| Secondary Timekeeper: | 77 JKS | Draft Template: 00000002    Rate Code: 2 |
| Originating Timekeeper: | 1 HJP | Final Template: 00000002    Date Opened: 03/25/2005 |
| Previous Balance: | 0.00 | |

| Date | Tmkr | B Cat C | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Expenses** | | | | | | | | | | | |
| 03/31/2005 | 88 WNR | | 4 | 258 | | | | | 4.80 | | Photocopying in-house. |
| 03/31/2005 | 88 WNR | | 4 | 259 | | | | | 83.60 | | Photocopying in-house. |
| 03/31/2005 | 88 WNR | | 4 | 260 | | | | | 15.20 | | Photocopying in-house. |
| 03/31/2005 | 88 WNR | | 4 | 261 | | | | | 6.40 | | Photocopying in-house. |
| 03/31/2005 | 88 WNR | | 4 | 262 | | | | | 10.00 | | Photocopying in-house. |
| 03/31/2005 | 88 WNR | | 4 | 263 | | | | | 4.00 | | Photocopying in-house. |
| 04/30/2005 | 88 WNR | | 4 | 264 | | | | | 15.80 | | Photocopying in-house. |
| 04/30/2005 | 88 WNR | | 4 | 265 | | | | | 5.60 | | Photocopying in-house. |
| 04/30/2005 | 88 WNR | | 4 | 266 | | | | | 6.00 | | Photocopying in-house. |
| 04/30/2005 | 88 WNR | | 4 | 267 | | | | | 41.60 | | Photocopying in-house. |
| 04/30/2005 | 88 WNR | | 4 | 268 | | | | | 4.60 | | Photocopying in-house. |
| 05/31/2005 | 88 WNR | | 4 | 269 | | | | | 0.60 | | Photocopying in-house. |
| 05/31/2005 | 88 WNR | | 4 | 270 | | | | | 10.60 | | Photocopying in-house. |
| 05/31/2005 | 88 WNR | | 4 | 271 | | | | | 5.00 | | Photocopying in-house. |
| 05/31/2005 | 88 WNR | | 4 | 272 | | | | | 10.00 | | Photocopying in-house. |
| 05/31/2005 | 88 WNR | | 4 | 273 | | | | | 246.60 | | Photocopying in-house. |
| 06/30/2005 | 88 WNR | | 4 | 274 | | | | | 9.00 | | Photocopying in-house. |
| 06/30/2005 | 88 WNR | | 4 | 275 | | | | | 2.40 | | Photocopying in-house. |
| 06/30/2005 | 88 WNR | | 4 | 276 | | | | | 29.80 | | Photocopying in-house. |
| 06/30/2005 | 88 WNR | | 4 | 277 | | | | | 34.00 | | Photocopying in-house. |
| 06/30/2005 | 88 WNR | | 4 | 278 | | | | | 37.60 | | Photocopying in-house. |
| 06/30/2005 | 88 WNR | | 4 | 279 | | | | | 104.80 | | Photocopying in-house. |
| 06/30/2005 | 88 WNR | | 4 | 280 | | | | | 14.20 | | Photocopying in-house. |
| 06/30/2005 | 88 WNR | | 4 | 281 | | | | | 29.20 | | Photocopying in-house. |
| 07/31/2005 | 88 WNR | | 4 | 282 | | | | | 27.00 | | Photocopying in-house. |
| 07/31/2005 | 88 WNR | | 4 | 283 | | | | | 24.00 | | Photocopying in-house. |
| 07/31/2005 | 88 WNR | | 4 | 284 | | | | | 2.40 | | Photocopying in-house. |
| 07/31/2005 | 88 WNR | | 4 | 285 | | | | | 17.60 | | Photocopying in-house. |
| 07/31/2005 | 88 WNR | | 4 | 286 | | | | | 221.40 | | Photocopying in-house. |
| 07/31/2005 | 88 WNR | | 4 | 287 | | | | | 86.40 | | Photocopying in-house. |
| 08/31/2005 | 88 WNR | | 4 | 288 | | | | | 1.20 | | Photocopying in-house. |
| 08/31/2005 | 88 WNR | | 4 | 289 | | | | | 6.40 | | Photocopying in-house. |
| 08/31/2005 | 88 WNR | | 4 | 290 | | | | | 81.80 | | Photocopying in-house. |
| 08/31/2005 | 88 WNR | | 4 | 291 | | | | | 198.40 | | Photocopying in-house. |
| 08/31/2005 | 88 WNR | | 4 | 292 | | | | | 2.80 | | Photocopying in-house. |
| 08/31/2005 | 88 WNR | | 4 | 293 | | | | | 0.60 | | Photocopying in-house. |
| 08/31/2005 | 88 WNR | | 4 | 294 | | | | | 0.60 | | Photocopying in-house. |
| 08/31/2005 | 88 WNR | | 4 | 295 | | | | | 18.40 | | Photocopying in-house. |
| 08/31/2005 | 88 WNR | | 4 | 296 | | | | | 33.40 | | Photocopying in-house. |
| 08/31/2005 | 88 WNR | | 4 | 297 | | | | | 24.80 | | Photocopying in-house. |
| 09/27/2005 | 88 WNR | | 4 | 298 | | | | | 27.40 | | Photocopying in-house. |
| 09/27/2005 | 88 WNR | | 4 | 299 | | | | | 50.20 | | Photocopying in-house. |
| 09/27/2005 | 88 WNR | | 4 | 300 | | | | | 8.20 | | Photocopying in-house. |
| 09/27/2005 | 88 WNR | | 4 | 301 | | | | | 0.40 | | Photocopying in-house. |
| 09/27/2005 | 88 WNR | | 4 | 302 | | | | | 6.00 | | Photocopying in-house. |
| 09/27/2005 | 88 WNR | | 4 | 303 | | | | | 96.80 | | Photocopying in-house. |
| 09/28/2005 | 88 WNR | | 4 | 304 | | | | | 2.80 | | Photocopying in-house. |
| 09/28/2005 | 88 WNR | | 4 | 305 | | | | | 53.40 | | Photocopying in-house. |
| 10/31/2005 | 88 WNR | | 4 | 306 | | | | | 6.20 | | Photocopying in-house. |
| 10/31/2005 | 88 WNR | | 4 | 307 | | | | | 35.40 | | Photocopying in-house. |
| 10/31/2005 | 88 WNR | | 4 | 308 | | | | | 7.00 | | Photocopying in-house. |
| 10/31/2005 | 88 WNR | | 4 | 309 | | | | | 25.00 | | Photocopying in-house. |
| 11/30/2005 | 88 WNR | | 4 | 310 | | | | | 0.80 | | Photocopying in-house. |
| 11/30/2005 | 88 WNR | | 4 | 311 | | | | | 4.20 | | Photocopying in-house. |
| 11/30/2005 | 88 WNR | | 4 | 312 | | | | | 4.40 | | Photocopying in-house. |
| 12/31/2005 | 88 WNR | | 4 | 313 | | | | | 38.80 | | Photocopying in-house. |
| 12/31/2005 | 88 WNR | | 4 | 314 | | | | | 17.60 | | Photocopying in-house. |
| 12/31/2005 | 88 WNR | | 4 | 315 | | | | | 3.60 | | Photocopying in-house. |
| 01/31/2006 | 88 WNR | | 4 | 316 | | | | | 88.40 | | Photocopying in-house. |
| 01/31/2006 | 88 WNR | | 4 | 317 | | | | | 10.40 | | Photocopying in-house. |
| 03/24/2006 | 88 WNR | | 4 | 318 | | | | | 2.60 | | Photocopying in-house. |
| 03/31/2006 | 88 WNR | | 4 | 319 | | | | | 4.00 | | Photocopying in-house. |
| 04/28/2006 | 88 WNR | | 4 | 320 | | | | | 0.60 | | Photocopying in-house. |
| 04/28/2006 | 88 WNR | | 4 | 321 | | | | | 0.60 | | Photocopying in-house. |
| 04/28/2006 | 88 WNR | | 4 | 322 | | | | | 379.20 | | Photocopying in-house. |
| 04/28/2006 | 88 WNR | | 4 | 323 | | | | | 11.60 | | Photocopying in-house. |
| 05/31/2006 | 88 WNR | | 4 | 324 | | | | | 6.80 | | Photocopying in-house. |
| 05/31/2006 | 88 WNR | | 4 | 325 | | | | | 1.40 | | Photocopying in-house. |
| 05/31/2006 | 88 WNR | | 4 | 326 | | | | | 11.00 | | Photocopying in-house. |
| 07/21/2006 | 88 WNR | | 18 | 327 | | | | | 0.50 | | Telecopy fee |
| 07/25/2006 | 88 WNR | | 18 | 328 | | | | | 1.00 | | Telecopy fee |
| 07/31/2006 | 88 WNR | | 4 | 329 | | | | | 0.60 | | Photocopying in-house. |
| 08/31/2006 | 88 WNR | | 4 | 330 | | | | | 0.40 | | Photocopying in-house. |
| 08/31/2006 | 88 WNR | | 4 | 331 | | | | | 15.00 | | Photocopying in-house. |
| 08/31/2006 | 88 WNR | | 4 | 332 | | | | | 11.20 | | Photocopying in-house. |
| 12/21/2006 | 88 WNR | | 4 | 333 | | | | | 0.60 | | Photocopying in-house. |
| 12/21/2006 | 88 WNR | | 4 | 334 | | | | | 18.20 | | Photocopying in-house. |
| 01/24/2007 | 88 WNR | | 18 | 335 | | | | | 2.50 | | Telecopy fee |
| 02/26/2007 | 88 WNR | | 4 | 336 | | | | | 0.80 | | Photocopying in-house. |
| 02/26/2007 | 88 WNR | | 4 | 337 | | | | | 25.40 | | Photocopying in-house. |
| 08/24/2007 | 88 WNR | | 4 | 338 | | | | | 0.40 | | Photocopying in-house. |
| 09/28/2007 | 88 WNR | | 4 | 339 | | | | | 2.20 | | Photocopying in-house. |
| 10/29/2007 | 88 WNR | | 4 | 340 | | | | | 2.20 | | Photocopying in-house. |
| 05/31/2008 | 88 WNR | | 4 | 341 | | | | | 7.20 | | Photocopying in-house. |
| 06/30/2008 | 88 WNR | | 4 | 342 | | | | | 1.20 | | Photocopying in-house. |
| 06/30/2008 | 88 WNR | | 4 | 343 | | | | | 15.80 | | Photocopying in-house. |
| 07/31/2008 | 88 WNR | | 4 | 344 | | | | | 6.40 | | Photocopying in-house. |
| 08/31/2008 | 88 WNR | | 4 | 345 | | | | | 4.40 | | Photocopying in-house. |

Primary Timekeeper: 88 William N. Riley

Client: 20039.00C Vioxx General *(Continued)*

| Date | Tmkr | B Cat | C | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/2008 | 88 WNR | | | 4 | 346 | | | | | 2.00 | | Photocopying in-house. |
| 12/31/2008 | 88 WNR | | | 4 | 347 | | | | | 3.60 | | Photocopying in-house. |
| 01/31/2009 | 88 WNR | | | 4 | 348 | | | | | 19.60 | | Photocopying in-house. |
| 02/28/2009 | 88 WNR | | | 4 | 349 | | | | | 1.80 | | Photocopying in-house. |
| 02/28/2009 | 88 WNR | | | 4 | 350 | | | | | 8.60 | | Photocopying in-house. |
| 03/31/2009 | 88 WNR | | | 4 | 351 | | | | | 10.00 | | Photocopying in-house. |
| 04/30/2009 | 88 WNR | | | 4 | 352 | | | | | 42.60 | | Photocopying in-house. |
| 04/30/2009 | 88 WNR | | | 18 | 353 | | | | | 1.00 | | Telecopy fee |
| 04/30/2009 | 88 WNR | | | 4 | 354 | | | | | 0.20 | | Photocopying in-house. |
| 04/30/2009 | 88 WNR | | | 4 | 355 | | | | | 4.00 | | Photocopying in-house. |
| 04/30/2009 | 88 WNR | | | 18 | 356 | | | | | 3.50 | | Telecopy fee |
| 05/31/2009 | 88 WNR | | | 4 | 357 | | | | | 64.40 | | Photocopying in-house. |
| 05/31/2009 | 88 WNR | | | 18 | 358 | | | | | 1.50 | | Telecopy fee |
| 05/31/2009 | 88 WNR | | | 4 | 359 | | | | | 18.80 | | Photocopying in-house. |
| 05/31/2009 | 88 WNR | | | 18 | 360 | | | | | 1.00 | | Telecopy fee |
| 06/30/2009 | 88 WNR | | | 4 | 361 | | | | | 1.20 | | Photocopying in-house. |
| 06/30/2009 | 88 WNR | | | 4 | 362 | | | | | 0.20 | | Photocopying in-house. |
| 06/30/2009 | 88 WNR | | | 18 | 363 | | | | | 1.00 | | Telecopy fee |
| 06/30/2009 | 88 WNR | | | 4 | 364 | | | | | 2.40 | | Photocopying in-house. |
| 07/31/2009 | 88 WNR | | | 4 | 365 | | | | | 5.80 | | Photocopying in-house. |
| 09/30/2009 | 88 WNR | | | 4 | 586 | | | | | 15.00 | | Photocopying in-house. |
| 09/30/2009 | 88 WNR | | | 4 | 587 | | | | | 20.00 | | Photocopying in-house. |
| 09/30/2009 | 88 WNR | | | 4 | 588 | | | | | 5.20 | | Photocopying in-house. |
| 09/30/2009 | 88 WNR | | | 4 | 589 | | | | | 19.00 | | Photocopying in-house. |
| 10/31/2009 | 88 WNR | | | 4 | 593 | | | | | 3.40 | | Photocopying in-house.- October, 2009 |
| 10/31/2009 | 88 WNR | | | 4 | 600 | | | | | 4.80 | | Photocopying in-house.- October, 2009 |
| 11/30/2009 | 88 WNR | | | 4 | 596 | | | | | 1.80 | | Photocopying in-house. |
| 11/30/2009 | 88 WNR | | | 4 | 602 | | | | | 8.00 | | Photocopying in-house. |
| 12/31/2009 | 88 WNR | | | 4 | 605 | | | | | 8.40 | | Photocopying in-house. |
| 01/31/2010 | 88 WNR | | | 4 | 609 | | | | | 16.00 | | Photocopying in-house. |
| **Total Billable Expenses** | | | | | | | | | | **2,794.20** | | |

**Advances**

| Date | Tmkr | B Cat | C | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/2004 | 1 HJP | | | 24 | 366 | | | | | 50.90 | | Research materials ordered from Amazon.com and News Library Articles re: side effects of Vioxx usage |
| 11/10/2004 | 1 HJP | | | 24 | 367 | | | | | 1,613.33 | | Expenses of Henry Price to attend Vioxx seminar on November 9, 2004 in Pasadena, California (Includes seminar registration fee of $795 plus airfare, hotel, cab fare, airport parking and meals). |
| 11/19/2004 | 1 HJP | | | 24 | 368 | | | | | 350.00 | | Membership fee for Henry Price and Jana Strain in the Vioxx/Cox-2 Litigation Group. |
| 12/15/2004 | 1 HJP | | | 5 | 369 | | | | | 14.58 | | Legal on-line research (VIOXX RICO) |
| 12/15/2004 | 1 HJP | | | 5 | 370 | | | | | 1.94 | | Legal on-line research (VIOXX RICO) |
| 12/15/2004 | 1 HJP | | | 5 | 371 | | | | | 43.75 | | Legal on-line research (VIOXX RICO) |
| 12/15/2004 | 1 HJP | | | 5 | 372 | | | | | 7.63 | | Legal on-line research [RICO] |
| 01/07/2005 | 88 WNR | | | 24 | 373 | | | | | 60.00 | | Research articles - Adforum |
| 02/25/2005 | 1 HJP | | | 24 | 374 | | | | | 111.00 | | Expenses of Will Riley on 2/23/05 for meeting in New Orleans, LA (includes cab fares, airport parking and change in flight departure time). |
| 03/02/2005 | 1 HJP | | | 24 | 375 | | | | | 100.00 | | Membership for William N. Riley, Cox-2 Litigation Group. |
| 03/11/2005 | 1 HJP | | | 24 | 376 | | | | | 139.00 | | Vioxx team participation in teleseminar on January 11, 2005 re: Vioxx:Federal Investigation and Litigation Update |
| 03/11/2005 | 1 HJP | | | 24 | 377 | | | | | 100.00 | | Team registration as member of Vioxx Litigation Manager Access. |
| 03/11/2005 | 1 HJP | | | 24 | 378 | | | | | 464.80 | | Airfare expenses of Will Riley on February 23, 2005 to New Orleans, LA for participation in Vioxx MDL Conference. |
| 03/11/2005 | 1 HJP | | | 24 | 379 | | | | | 111.00 | | Filing fee - Clerk, Marion County (Vioxx Rico) |
| 03/22/2005 | 1 HJP | | | 5 | 380 | | | | | 8.32 | | (UNION RICO) Legal on-line research for February 2005. |
| 03/25/2005 | 88 WNR | | | 24 | 381 | | | | | 398.60 | | Expenses of Amy DeBrota in New Orleans, LA on March 17, 2005 to March 18, 2005 to attend meeting. |
| 03/25/2005 | 88 WNR | | | 24 | 382 | | | | | 505.53 | | Expenses of Will Riley in New Orleans, LA on March 17, 2005 - March 18, 2005 to attend meeting. |
| 03/31/2005 | 88 WNR | | | 5 | 383 | | | | | 14.56 | | Legal on-line research incurred through The Pacer Account for February 2005. |
| 03/31/2005 | 88 WNR | | | 13 | 384 | | | | | 9.90 | | Postage |
| 03/31/2005 | 88 WNR | | | 13 | 385 | | | | | 10.88 | | Postage |
| 04/07/2005 | 88 WNR | | | 24 | 386 | | | | | 984.80 | | Airline tickets for Will Riley and Amy DeBrota on March 17, 2005 to attend MDL meeting on March 18, 2005 in New Orleans, LA. |
| 04/07/2005 | 88 WNR | | | 24 | 387 | | | | | 31.62 | | Research materials ordered through Amazon.com per Will Riley. |
| 04/07/2005 | 88 WNR | | | 24 | 388 | | | | | 59.37 | | Meals expense for strategic meeting with Henry Price, Will Riley and Karen Cavosie. |
| 04/12/2005 | 88 WNR | | | 9 | 389 | | | | | 0.03 | | Long distance telephone charges |
| 04/12/2005 | 88 WNR | | | 9 | 390 | | | | | 0.27 | | Long distance telephone charges |
| 04/12/2005 | 88 WNR | | | 9 | 391 | | | | | 0.20 | | Long distance telephone charges |
| 04/22/2005 | 88 WNR | | | 24 | 392 | | | | | 40.49 | | Lunch expenses - team strategy session on April 20, 2005 |
| 04/22/2005 | 88 WNR | | | 5 | 393 | | | | | 125.58 | | Legal on-line research |
| 04/22/2005 | 88 WNR | | | 5 | 394 | | | | | 55.14 | | Legal on-line research |
| 04/22/2005 | 88 WNR | | | 5 | 395 | | | | | 2.57 | | Legal on-line research |
| 04/22/2005 | 88 WNR | | | 5 | 396 | | | | | 7.59 | | Legal on-line research |
| 04/22/2005 | 88 WNR | | | 15 | 397 | | | | | 11.45 | | Express packages delivered on March 18, 2005 |
| 04/22/2005 | 88 WNR | | | 5 | 398 | | | | | 12.71 | | Legal on-line research |
| 04/28/2005 | 88 WNR | | | 24 | 399 | | | | | 159.00 | | Vioxx seminar expenses, Painkillers & the FDA, March 10, 2005. |
| 05/09/2005 | 88 WNR | | | 24 | 400 | | | | | 16.00 | | Copies of two complaints on third party payors in New Jersey - Clerk of Superior Court |
| 05/12/2005 | 88 WNR | | | 9 | 401 | | | | | 0.17 | | Long distance telephone charges |
| 05/12/2005 | 88 WNR | | | 9 | 402 | | | | | 0.06 | | Long distance telephone charges |
| 05/12/2005 | 88 WNR | | | 9 | 403 | | | | | 0.03 | | Long distance telephone charges |
| 05/12/2005 | 88 WNR | | | 9 | 404 | | | | | 0.91 | | Long distance telephone charges |
| 05/19/2005 | 88 WNR | | | 5 | 405 | | | | | 12.39 | | Legal on-line research via Westlaw for April 2005 |
| 05/19/2005 | 88 WNR | | | 5 | 406 | | | | | 31.90 | | Legal on-line research via Westlaw for April 2005 |
| 05/26/2005 | 88 WNR | | | 13 | 407 | | | | | 32.07 | | Postage |
| 06/14/2005 | 88 WNR | | | 5 | 408 | | | | | 84.60 | | Legal on-line research for Westlaw Research during May 2005. |
| 06/14/2005 | 88 WNR | | | 5 | 409 | | | | | 144.26 | | Legal on-line research for Westlaw Research during May 2005. |
| 06/15/2005 | 88 WNR | | | 5 | 410 | | | | | 1.37 | | Legal on-line research for Westlaw Research during May 2005. |
| 06/15/2005 | 88 WNR | | | 9 | 411 | | | | | 0.19 | | Long distance telephone charges |
| 06/15/2005 | 88 WNR | | | 9 | 412 | | | | | 0.15 | | Long distance telephone charges |

Primary Timekeeper: 88 William N. Riley

Client: 20039.00C Vioxx General (Continued)

| Date | Tmkr | B Cat C | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/15/2005 | 88 WNR | | 5 | 413 | | | | | 248.35 | | Legal on-line research for Westlaw Research for May 2005. |
| 06/20/2005 | 88 WNR | | 24 | 414 | | | | | 9.90 | | Research articles from NPR, Merck's efforts to suppress safety concerns about Vioxx, Part One & Part Two |
| 06/30/2005 | 88 WNR | | 5 | 415 | | | | | 10.00 | | Legal on-line research |
| 06/30/2005 | 88 WNR | | 13 | 416 | | | | | 6.08 | | Postage |
| 07/05/2005 | 88 WNR | | 76 | 417 | | | | | 52.44 | | Meals expense incurred by Henry Price, Amy DeBrota, Will Riley & Jana Strain on 06/30/05. |
| 07/12/2005 | 88 WNR | | 76 | 418 | | | | | 36.37 | | Meals expense incurred by Henry Price, Larry Mackee, and Amy DeBrota on 07/11/05. |
| 07/21/2005 | 88 WNR | | 9 | 419 | | | | | 0.21 | | Long distance telephone charges |
| 07/21/2005 | 88 WNR | | 9 | 420 | | | | | 0.06 | | Long distance telephone charges |
| 07/23/2005 | 88 WNR | | 5 | 421 | | | | | 32.83 | | Legal on-line research - Westlaw charges for June 2005 |
| 07/23/2005 | 88 WNR | | 5 | 422 | | | | | 1.79 | | Legal on-line research - Westlaw charges for June 2005 |
| 07/23/2005 | 88 WNR | | 5 | 423 | | | | | 0.37 | | Legal on-line research - Westlaw charges for June 2005 |
| 07/23/2005 | 88 WNR | | 5 | 424 | | | | | 1.10 | | Legal on-line research - Westlaw charges for June 2005 |
| 07/23/2005 | 88 WNR | | 5 | 425 | | | | | 7.96 | | Legal on-line research - Westlaw charges for June 2005 |
| 07/23/2005 | 88 WNR | | 5 | 426 | | | | | 34.09 | | Legal on-line research - Westlaw charges for June 2005 |
| 07/23/2005 | 88 WNR | | 5 | 427 | | | | | 37.49 | | Legal on-line research - Westlaw charges for June 2005 |
| 07/23/2005 | 88 WNR | | 5 | 428 | | | | | 49.25 | | Legal on-line research - Westlaw charges for June 2005 |
| 07/23/2005 | 88 WNR | | 5 | 429 | | | | | 0.58 | | Legal on-line research - Westlaw charges for June 2005 |
| 07/23/2005 | 88 WNR | | 5 | 430 | | | | | 2.13 | | Legal on-line research - Westlaw charges for June 2005 |
| 07/27/2005 | 88 WNR | | 9 | 431 | | | | | 1.27 | | Long distance telephone charges |
| 07/31/2005 | 88 WNR | | 13 | 432 | | | | | 10.08 | | Postage |
| 08/12/2005 | 88 WNR | | 9 | 433 | | | | | 0.40 | | Long distance telephone charges |
| 08/12/2005 | 88 WNR | | 9 | 434 | | | | | 0.14 | | Long distance telephone charges |
| 08/18/2005 | 88 WNR | | 15 | 438 | | | | | 27.95 | | Express packages shipped via Fed Express on 07/27/05. |
| 08/22/2005 | 88 WNR | | 15 | 439 | | | | | 27.95 | | Express packages sent via Federal Express on 07/25/05. |
| 08/24/2005 | 88 WNR | | 5 | 435 | | | | | 0.62 | | Legal on-line research |
| 08/24/2005 | 88 WNR | | 5 | 436 | | | | | 514.76 | | Legal on-line research incurred via Westlaw July 2005. |
| 08/24/2005 | 88 WNR | | 5 | 437 | | | | | 5.64 | | Legal on-line research incurred via Westlaw July 2005. |
| 08/24/2005 | 88 WNR | | 5 | 440 | | | | | 8.59 | | Legal on-line research incurred via Westlaw July 2005. |
| 08/24/2005 | 88 WNR | | 5 | 441 | | | | | 6.87 | | Legal on-line research incurred via Westlaw July 2005. |
| 08/24/2005 | 88 WNR | | 5 | 442 | | | | | 143.79 | | Legal on-line research incurred via Westlaw July 2005. |
| 08/31/2005 | 88 WNR | | 5 | 443 | | | | | 2.40 | | Legal on-line research - Pacer |
| 08/31/2005 | 88 WNR | | 13 | 444 | | | | | 49.86 | | Postage |
| 08/31/2005 | 88 WNR | | 5 | 445 | | | | | 130.88 | | Legal on-line research - Pacer |
| 09/15/2005 | 88 WNR | | 24 | 446 | | | | | 6.95 | | Ordered research article via American Express - Newsweek |
| 09/21/2005 | 88 WNR | | 5 | 447 | | | | | 19.13 | | Legal on-line research via West Law August 2005 |
| 09/30/2005 | 88 WNR | | 75 | 448 | | | | | 20.00 | | Parking expenses of Jamie Sweeney on 9/29/05 at Indianapolis Airport while attending MDL meeting in Houston, TX. |
| 10/03/2005 | 88 WNR | | 13 | 449 | | | | | 9.99 | | Postage |
| 10/03/2005 | 88 WNR | | 13 | 450 | | | | | 15.00 | | Postage |
| 10/11/2005 | 88 WNR | | 9 | 451 | | | | | 0.11 | | Long distance telephone charges |
| 10/11/2005 | 88 WNR | | 9 | 452 | | | | | 0.05 | | Long distance telephone charges |
| 10/11/2005 | 88 WNR | | 9 | 454 | | | | | 0.09 | | Long distance telephone charges |
| 10/11/2005 | 88 WNR | | 9 | 455 | | | | | 0.13 | | Long distance telephone charges |
| 10/12/2005 | 88 WNR | | 9 | 453 | | | | | 0.08 | | Long distance telephone charges |
| 10/12/2005 | 88 WNR | | 9 | 456 | | | | | 0.17 | | Long distance telephone charges |
| 10/12/2005 | 88 WNR | | 9 | 457 | | | | | 0.13 | | Long distance telephone charges |
| 10/23/2005 | 88 WNR | | 76 | 458 | | | | | 56.49 | | Meals expenses for team meeting on 10/21/05 |
| 11/08/2005 | 88 WNR | | 5 | 459 | | | | | 11.68 | | Legal on-line research - Westlaw for September |
| 11/08/2005 | 88 WNR | | 5 | 603 | | | | | 14.54 | | Legal on-line research - Westlaw for September |
| 11/18/2005 | 88 WNR | | 9 | 460 | | | | | 0.04 | | Long distance telephone charges |
| 11/18/2005 | 88 WNR | | 9 | 461 | | | | | 0.02 | | Long distance telephone charges |
| 11/18/2005 | 88 WNR | | 9 | 464 | | | | | 0.03 | | Long distance telephone charges |
| 11/21/2005 | 88 WNR | | 9 | 462 | | | | | 0.03 | | Long distance telephone charges |
| 11/21/2005 | 88 WNR | | 9 | 463 | | | | | 0.03 | | Long distance telephone charges |
| 12/22/2005 | 88 WNR | | 5 | 465 | | | | | 9.16 | | Legal on-line research - Westlaw |
| 01/03/2006 | 88 WNR | | 15 | 466 | | | | | 103.19 | | Express packages shipped via Fed Express on 11/14/05. |
| 01/30/2006 | 88 WNR | | 9 | 467 | | | | | 0.07 | | Long distance telephone charges |
| 01/30/2006 | 88 WNR | | 9 | 468 | | | | | 0.11 | | Long distance telephone charges |
| 01/31/2006 | 88 WNR | | 13 | 469 | | | | | 28.83 | | Postage |
| 02/15/2006 | 88 WNR | | 9 | 470 | | | | | 0.01 | | Long distance telephone charges |
| 02/15/2006 | 88 WNR | | 9 | 471 | | | | | 0.10 | | Long distance telephone charges |
| 02/15/2006 | 88 WNR | | 9 | 472 | | | | | 0.48 | | Long distance telephone charges |
| 02/15/2006 | 88 WNR | | 9 | 473 | | | | | 0.03 | | Long distance telephone charges |
| 02/15/2006 | 88 WNR | | 9 | 474 | | | | | 0.40 | | Long distance telephone charges |
| 03/21/2006 | 88 WNR | | 9 | 475 | | | | | 0.14 | | Long distance telephone charges |
| 03/21/2006 | 88 WNR | | 9 | 476 | | | | | 0.53 | | Long distance telephone charges |
| 03/22/2006 | 88 WNR | | 5 | 477 | | | | | 6.60 | | Research charges for Vioxx (Lexis Nexis) |
| 04/19/2006 | 88 WNR | | 5 | 478 | | | | | 8.10 | | Legal on-line research -LexisNexis |
| 04/27/2006 | 88 WNR | | 15 | 585 | | | | | 26.75 | | Express packages shipped via Federal Express Corp. on April 6, 2006 to Eastern District of LA United. |
| 04/28/2006 | 88 WNR | | 13 | 479 | | | | | 116.01 | | Postage |
| 04/28/2006 | 88 WNR | | 13 | 480 | | | | | 12.93 | | Postage |
| 05/09/2006 | 88 WNR | | 75 | 481 | | | | | 235.40 | | Parking and cab fare for Jamie Sweeney during document production in New York, 5/2/06 - 5/5/06. |
| 05/09/2006 | 88 WNR | | 76 | 482 | | | | | 217.26 | | Meals for Jamie Sweeney during document production in New York, 5/2/06 - 5/5/06. |
| 05/18/2006 | 88 WNR | | 24 | 483 | | | | | 363.10 | | Expenses of Chris Moeller in New York for document production on May 7, 2006 - May 12, 2006 (includes taxis and food). |
| 05/19/2006 | 88 WNR | | 24 | 484 | | | | | 688.90 | | Airfare expenses of Jamie Sweeney on May 2, 2006 to fly to/from New York, NY for document production. |
| 05/19/2006 | 88 WNR | | 24 | 485 | | | | | 543.90 | | Airfare expenses of Chris Moeller on May 7, 2006 to fly to/from New York, NY for document production. |
| 05/19/2006 | 88 WNR | | 24 | 486 | | | | | 1,379.31 | | Lodging expenses of Jamie Sweeney while in New York week of May 1st. |
| 05/19/2006 | 88 WNR | | 24 | 487 | | | | | 955.59 | | Lodging expenses of Chris Moeller while in New York week of May 8th. |
| 05/22/2006 | 88 WNR | | 5 | 488 | | | | | 8.37 | | Legal on-line research - Westlaw |
| 05/22/2006 | 88 WNR | | 5 | 489 | | | | | 13.31 | | Legal on-line research - Westlaw |
| 05/22/2006 | 88 WNR | | 5 | 490 | | | | | 10.00 | | Legal on-line research - LexisNexis |
| 05/22/2006 | 88 WNR | | 12 | 491 | | | | | 15.00 | | Filing fee for LA US District Court Eastern District on 4/6/06. |
| 05/22/2006 | 88 WNR | | 12 | 492 | | | | | 15.00 | | Filing fee for LA US District Court Eastern Court on 4/6/06. |
| 05/22/2006 | 88 WNR | | 12 | 493 | | | | | 15.00 | | Filing fee for LA US District Court Eastern District on 4/6/06. |
| 06/13/2006 | 88 WNR | | 5 | 494 | | | | | 8.80 | | Legal on-line research from LexisNexis. |

Primary Timekeeper: 88 William N. Riley

Client: 20039.00C Vioxx General (Continued)

| Date | Tmkr | B Cat C | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/19/2006 | 88 WNR | | 5 | 495 | | | | | 10.00 | | Legal on-line research from LexisNexis on June 30, 2006. |
| 07/21/2006 | 88 WNR | | 5 | 496 | | | | | 3.76 | | Legal on-line research from Westlaw. |
| 08/11/2006 | 88 WNR | | 5 | 497 | | | | | 6.00 | | Legal on-line research from LexisNexis. |
| 08/11/2006 | 88 WNR | | 9 | 499 | | | | | 0.08 | | Long distance telephone charges |
| 08/14/2006 | 88 WNR | | 5 | 498 | | | | | 0.35 | | Legal on-line research from Westlaw. |
| 08/14/2006 | 88 WNR | | 9 | 500 | | | | | 0.13 | | Long distance telephone charges |
| 09/14/2006 | 88 WNR | | 5 | 501 | | | | | 1.88 | | Legal on-line research research via Westlaw for August 2006. |
| 09/14/2006 | 88 WNR | | 5 | 502 | | | | | 6.30 | | Legal on-line research - Lexis Nexis CourtLink, Inc. (August billing) |
| 09/15/2006 | 88 WNR | | 9 | 503 | | | | | 0.04 | | Long distance telephone charges |
| 10/20/2006 | 88 WNR | | 5 | 504 | | | | | 10.00 | | Legal on-line research - LexisNexis CourtLink, Inc. |
| 11/14/2006 | 88 WNR | | 5 | 505 | | | | | 10.00 | | Legal on-line research - Lexis Nexis File & Serve for October, 2006 |
| 11/29/2006 | 88 WNR | | 5 | 506 | | | | | 6.12 | | Legal on-line research Westlaw Charges for October, 2006. |
| 12/13/2006 | 88 WNR | | 5 | 507 | | | | | 10.00 | | Legal on-line research -Lexis Nexis File & Serve for November 2006 |
| 12/13/2006 | 88 WNR | | 12 | 508 | | | | | 15.00 | | Filing fee -Lexis Nexis File & Serve for November 2006 |
| 01/18/2007 | 88 WNR | | 5 | 509 | | | | | 10.00 | | Research Fees from LexisNexis on 12/27/06. |
| 01/18/2007 | 88 WNR | | 12 | 510 | | | | | 15.00 | | Filing/Service Charges from LexisNexis for December 12, 2006. |
| 02/20/2007 | 88 WNR | | 24 | 511 | | | | | 10.00 | | Research services rendered by Lexis Nexis Courtlink in January 2007. |
| 05/24/2007 | 88 WNR | | 5 | 512 | | | | | 10.00 | | Legal on-line research - Lexis Nexis Courtlink |
| 07/17/2007 | 88 WNR | | 5 | 513 | | | | | 10.00 | | Legal on-line research from LexisNexis CourtLink. |
| 07/26/2007 | 88 WNR | | 5 | 514 | | | | | 0.24 | | Legal on-line research - Pacer |
| 07/26/2007 | 88 WNR | | 5 | 515 | | | | | 0.72 | | Legal on-line research - Pacer |
| 08/14/2007 | 88 WNR | | 5 | 516 | | | | | 10.00 | | Legal on-line research with LexisNexis File & Serve. |
| 09/19/2007 | 88 WNR | | 5 | 517 | | | | | 10.00 | | Legal on-line research through LexisNexis File & Serve. |
| 10/29/2007 | 88 WNR | | 5 | 518 | | | | | 34.98 | | Legal on-line research - Westlaw |
| 11/09/2007 | 88 WNR | | 5 | 519 | | | | | 10.00 | | Legal on-line research - Lexis Nexis Courtlink |
| 11/20/2007 | 88 WNR | | 5 | 520 | | | | | 4.13 | | Legal on-line research - Westlaw |
| 12/12/2007 | 88 WNR | | 5 | 521 | | | | | 10.00 | | Legal on-line research - Lexis Nexis Courtlink, November 2007 |
| 12/26/2007 | 88 WNR | | 5 | 522 | | | | | 8.62 | | Legal on-line research |
| 01/17/2008 | 88 WNR | | 5 | 524 | | | | | 10.00 | | Services rendered by LexisNexis File & Serve for legal on-line research. |
| 02/06/2008 | 88 WNR | | 13 | 525 | | | | | 207.74 | | Postage on 1/7/08 |
| 02/06/2008 | 88 WNR | | 13 | 526 | | | | | 140.53 | | Postage on 1/8/08 |
| 02/19/2008 | 88 WNR | | 5 | 527 | | | | | 10.00 | | Legal on-line research through LexisNexis Courtlink. |
| 03/10/2008 | 88 WNR | | 5 | 528 | | | | | 10.00 | | Legal on-line research - Lexis Nexis Courtlink |
| 03/11/2008 | 88 WNR | | 5 | 529 | | | | | 1.92 | | Legal on-line research - Westlaw |
| 03/11/2008 | 88 WNR | | 5 | 536 | | | | | 6.48 | | Legal on-line research - Westlaw |
| 03/25/2008 | 88 WNR | | 9 | 530 | | | | | 0.61 | | Long distance telephone charges |
| 03/25/2008 | 88 WNR | | 9 | 531 | | | | | 0.46 | | Long distance telephone charges |
| 03/31/2008 | 88 WNR | | 5 | 532 | | | | | 10.00 | | Legal on-line research-LexisNexis CourtLink. |
| 04/16/2008 | 88 WNR | | 5 | 537 | | | | | 10.40 | | Legal on-line research - Pacer |
| 04/30/2008 | 88 WNR | | 13 | 533 | | | | | 4.60 | | Postage |
| 04/30/2008 | 88 WNR | | 5 | 538 | | | | | 15.00 | | Legal on-line research from LexisNexis Courtlink |
| 05/28/2008 | 88 WNR | | 9 | 539 | | | | | 52.00 | | Long distance telephone charges from tti. |
| 05/31/2008 | 88 WNR | | 13 | 541 | | | | | 5.70 | | Postage |
| 06/04/2008 | 88 WNR | | 5 | 540 | | | | | 15.00 | | Legal on-line research from LexisNexis research. |
| 06/30/2008 | 88 WNR | | 5 | 542 | | | | | 15.00 | | Legal on line research  - LexisNexis File & Serve. |
| 07/22/2008 | 88 WNR | | 9 | 543 | | | | | 0.07 | | Long distance telephone charges |
| 08/20/2008 | 88 WNR | | 9 | 544 | | | | | 0.03 | | Long distance telephone charges |
| 08/20/2008 | 88 WNR | | 5 | 545 | | | | | 15.00 | | Legal on-line research - Lexis Nexis File & Serve |
| 08/20/2008 | 88 WNR | | 15 | 546 | | | | | 21.31 | | Express packages |
| 08/31/2008 | 88 WNR | | 5 | 547 | | | | | 15.00 | | Legal on-line research |
| 09/30/2008 | 88 WNR | | 9 | 550 | | | | | 0.18 | | Long distance telephone charges |
| 10/02/2008 | 88 WNR | | 5 | 548 | | | | | 15.00 | | Legal on-line research |
| 10/10/2008 | 88 WNR | | 5 | 549 | | | | | 3.20 | | Legal on-line research - Pacer |
| 10/23/2008 | 88 WNR | | 24 | 552 | | | | | 38.65 | | Reimbursement for William Riley for lunch/meeting. |
| 10/31/2008 | 88 WNR | | 9 | 551 | | | | | 0.05 | | Long distance telephone charges |
| 10/31/2008 | 88 WNR | | 5 | 553 | | | | | 15.00 | | Legal on-line research LexisNexis File & Serve |
| 12/01/2008 | 88 WNR | | 5 | 554 | | | | | 15.00 | | Services rendered by LexisNexis File & Serve for legal on-line research. |
| 01/08/2009 | 88 WNR | | 12 | 555 | | | | | 15.00 | | Filing fee with LexisNexis File & Serve |
| 01/31/2009 | 88 WNR | | 5 | 556 | | | | | 15.00 | | Legal on-line research - Lexis Nexis File & Serve |
| 02/27/2009 | 88 WNR | | 5 | 557 | | | | | 15.00 | | Legal on-line research |
| 03/31/2009 | 88 WNR | | 5 | 558 | | | | | 15.00 | | Legal on-line research - Lexis Nexis Courtlink |
| 04/10/2009 | 88 WNR | | 9 | 560 | | | | | 72.06 | | Long distance telephone charges - telephone conference call |
| 04/27/2009 | 88 WNR | | 15 | 559 | | | | | 17.89 | | Express packages |
| 04/30/2009 | 88 WNR | | 5 | 561 | | | | | 15.00 | | Legal on-line research - Lexis Nexis File & Serve |
| 04/30/2009 | 88 WNR | | 5 | 562 | | | | | 11.23 | | Legal on line research/Westlaw for April, 2009 |
| 04/30/2009 | 88 WNR | | 5 | 563 | | | | | 2.12 | | Legal on line research/Westlaw for April, 2009 |
| 04/30/2009 | 88 WNR | | 9 | 564 | | | | | 0.84 | | Long distance telephone charges |
| 04/30/2009 | 88 WNR | | 12 | 565 | | | | | 39.00 | | Filing fee - Lexis Nexis File & Serve |
| 04/30/2009 | 88 WNR | | 9 | 566 | | | | | 0.93 | | Long distance telephone charges |
| 05/04/2009 | 88 WNR | | 24 | 567 | | | | | 180.69 | | Expenses of Will Riley, Brad Catlin and Erin Amos on April 28-29, 2009 in New Orleans, LA.  Includes airport parking, meals, and cab fare. |
| 05/05/2009 | 88 WNR | | 24 | 568 | | | | | 93.03 | | Reimbursement for Henry Price for luncheon/meeting on May 5, 2009 with William Riley, Joe Williams, and Brad Catlin. |
| 05/08/2009 | 88 WNR | | 12 | 569 | | | | | 19.50 | | Filing fee - Plaintiff's Notice of Serving Initial Dislosures Pursuant to PTO 38 - Lexis Nexis File & Serve |
| 05/13/2009 | 88 WNR | | 5 | 570 | | | | | 53.12 | | Legal on-line research/Westlaw for April, 2009 |
| 05/21/2009 | 88 WNR | | 5 | 571 | | | | | 10.00 | | Legal on-line research - Logo Indiana |
| 05/22/2009 | 88 WNR | | 24 | 572 | | | | | 781.20 | | Airfare expenses of Will Riley, Brad Catlin and Erin Amos ($260.40 each) to and from New Orleans, Louisiana on April 28, 2009 to attend hearing re Vioxx Third Payer Payer litigation. |
| 05/22/2009 | 88 WNR | | 24 | 573 | | | | | 915.96 | | Lodging expenses of Will Riley, Brad Catlin and Erin Amos ($305.32 each) in New Orleans, Louisiana on April 28, 2009 to attend hearing re Vioxx Third Payer Payer litigation. |
| 05/31/2009 | 88 WNR | | 5 | 574 | | | | | 15.00 | | Legal on-line research - Lexis Nexis File & Serve |
| 05/31/2009 | 88 WNR | | 9 | 576 | | | | | 0.54 | | Long distance telephone charges |
| 05/31/2009 | 88 WNR | | 9 | 577 | | | | | 1.92 | | Long distance telephone charges |
| 06/08/2009 | 88 WNR | | 24 | 575 | | | | | 37.70 | | Reimbursement for Henry J. Price for lunch/meeting on June 8, 2009 with Joe Williams and Jamie Kendall. |
| 06/23/2009 | 88 WNR | | 24 | 578 | | | | | 41.88 | | Reimbursement for William Riley for lunch/meeting on June 23, 2009. |
| 06/30/2009 | 88 WNR | | 5 | 579 | | | | | 12.18 | | Legal on-line research |
| 06/30/2009 | 88 WNR | | 5 | 580 | | | | | 15.00 | | Legal on-line research - Lexis Nexis |
| 06/30/2009 | 88 WNR | | 9 | 581 | | | | | 0.09 | | Long distance telephone charges |
| 07/31/2009 | 88 WNR | | 5 | 582 | | | | | 18.00 | | Legal on-line research - Pacer billing dated 6/30/09 |
| 08/05/2009 | 88 WNR | | 5 | 583 | | | | | 25.00 | | Legal on-line research - Lexis Nexis File & Serve |

**Tabs3 Detail Work-In-Process Report**
Price Waicukauski & Riley, LLC

Primary Timekeeper: 88 William N. Riley

Client: 20039.00C Vioxx General *(Continued)*

| Date | Tmkr | B Cat C | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/03/2009 | 88 WNR | | 5 | 584 | | | | | 15.00 | | Legal on-line research LexisNexis |
| 09/30/2009 | 88 WNR | | 15 | 590 | | | | | 505.30 | | Express packages (41) shipped September 14, 2009 and September 18, 2009. |
| 09/30/2009 | 88 WNR | | 15 | 591 | | | | | 508.01 | | Express packages (38) shipped September 15, 2009. |
| 10/07/2009 | 88 WNR | | 5 | 592 | | | | | 15.00 | | Legal on-line research through LexisNexis File & Serve. |
| 11/30/2009 | 88 WNR | | 15 | 601 | | | | | 36.32 | | Express packages on Worldwide Express invoice #523074 |
| 12/03/2009 | 88 WNR | | 5 | 595 | | | | | 15.00 | | Legal on-line research - Lexis Nexis Courtlink on invoice 00621196901 |
| 12/14/2009 | 88 WNR | | 5 | 597 | | | | | 15.00 | | Legal on-line research through LexisNexis during the month of November, 2009 |
| 12/14/2009 | 88 WNR | | 5 | 598 | | | | | 31.34 | | Legal on-line research -Westlaw on the November, 2009 billing. |
| 01/11/2010 | 88 WNR | | 5 | 604 | | | | | 15.00 | | Legal on-line research - Lexis Nexis Courtlink |
| 02/09/2010 | 88 WNR | | 5 | 606 | | | | | 15.00 | | Legal on-line research - Lexis Nexis File & Serve during January, 2010 |
| 02/10/2010 | 88 WNR | | 15 | 607 | | | | | 27.32 | | Express packages shipped via Worldwide Express (UPS) in January, 2010 |
| 02/22/2010 | 88 WNR | | 5 | 608 | | | | | 10.32 | | Legal on-line research - Westlaw for January, 2010 |
| 03/05/2010 | 88 WNR | | 5 | 610 | | | | | 15.00 | | Legal on-line research - Lexis Nexis, February 2010 |
| 04/05/2010 | 88 WNR | | 5 | 611 | | | | | 15.00 | | Legal on-line research - Lexis Nexis File & Serve, March 2010 |
| 05/10/2010 | 88 WNR | | 5 | 612 | | | | | 15.00 | | Legal on-line research - Lexis Nexis File & Serve, April 2010 |
| 06/04/2010 | 88 WNR | | 5 | 613 | | | | | 15.00 | | Legal on-line research - Lexis Nexis File & Serve |
| 07/14/2010 | 88 WNR | | 5 | 615 | | | | | 15.00 | | Legal on-line research - Lexis Nexis File & Serve - June |
| 08/13/2010 | 88 WNR | | 5 | 616 | | | | | 15.00 | | Legal on-line research payable to LexisNexis File and Serve on invoice 196901 dated 8/1/2010. |
| 09/20/2010 | 88 WNR | | 5 | 618 | | | | | 15.00 | | Legal on-line research payable to LexisNexis File & Service on invoice #196901 dated 9/3/10. |
| 10/11/2010 | 88 WNR | | 5 | 619 | | | | | 20.00 | | Legal on-line research via LexisNexis File & Service on invoice #62196901 dated 10/1/2010. |
| 11/08/2010 | 88 WNR | | 5 | 620 | | | | | 20.00 | | Legal on-line research - Lexis Nexis File & Serve |
| 12/13/2010 | 88 WNR | | 5 | 621 | | | | | 20.00 | | Legal on-line research - Lexis Nexis File & Serve |
| 01/10/2011 | 88 WNR | | 5 | 623 | | | | | 20.00 | | Legal on-line research - Lexis Nexis File & Serve invoice #2010120062196901 |
| 02/26/2011 | 88 WNR | | 5 | 624 | | | | | 20.00 | | Legal on-line research through LexisNexis File & Serve on invoice 62196901 dated February 1, 2011. |
| 03/08/2011 | 88 WNR | | 5 | 625 | | | | | 21.40 | | Legal on-line research payable to LexisNexis file & Srevice on invoice #62196901 dated 3/1/2011. |
| 05/02/2011 | 88 WNR | | 5 | 626 | | | | | 21.40 | | Legal on-line research payable to LexisNexis File & Service research fee on invoice #62196901 dated April 1, 2011. |
| 05/17/2011 | 88 WNR | | 5 | 627 | | | | | 21.40 | | Legal on-line research payable to LexisNexis File & Service on invoice #2011040062196901 dated May 2, 2011. |
| 06/13/2011 | 88 WNR | | 5 | 628 | | | | | 21.40 | | Legal on-line research payable to LexisNexis File & Serve on invoice #62196901 dated June 1, 2011. |
| 08/02/2011 | 88 WNR | | 5 | 629 | | | | | 21.40 | | Legal on-line research payable to LexisNexis File and Serve on July 2011 invoice no. 2011060062196901. |
| 08/08/2011 | 88 WNR | | 5 | 630 | | | | | 21.40 | | Legal on-line research payable to LexisNexis file & Serve on invoice #62196901 dated August 1, 2011. |
| 09/09/2011 | 88 WNR | | 5 | 631 | | | | | 21.40 | | Legal on-line research - Lexis Nexis File & Serve, invoice no. 2011080062196901 dated 9/1/11. |

**Total Billable Advances**     17,210.48

### RECAP

| | | | | | |
|---|---|---|---|---|---|
| Fees: | 0.00 | Previous Balance: | 0.00 | | |
| Expenses: | 2,794.20 | Payments/Credits: | 0.00 | | |
| Advances: | 17,210.48 | | | | |
| Total WIP: | 20,004.68 | Balance Due: | 0.00 | Total: | 20,004.68 |