Prepared For
**HENRY J PRICE**
PRICE JACKSON WAICUKAUSKI

Account Number
XXXX-XXXXX0-72008

Closing Date
10/21/04

Page 3 of 6

| Due in Full continued | | | Amount $ |
|---|---|---|---|
| 10/13/04 | AMAZON.COM SUPERSTORAMAZON.COM    WA<br>MERCHANDISE<br>AMZ*SUPERSTORE<br>ROC No. 0028640115 | | 34.95 |
| 10/21/04 | NEWSLIBRARY ARTICLES800-896-5587    VT<br>NEWSARTICLES<br>ROC No. 0031177358 | | 15.95 |

*(handwritten: 6110  20039.00  TB✓)*
*(handwritten: 6110  20039.00  TM✓)*

**Total Due in Full Activity**     776.76

## Flexible Payment Summary

| | |
|---|---|
| Previous Balance | 684.95 |
| Payment Activity | -684.95 |
| **FINANCE CHARGE** | 0.00 |
| New Charges/Adjustments | 1488.27 |
| New Balance | 1488.27 |

## Extended Payment Option

**New Activity for HENRY J PRICE**
Card XXXX-XXXXX0-72008

Amount $

| 09/23/04 | UNITED AIRLINES    MANKATO    MN<br>UNITED AIRLINES | | 595.89 |
|---|---|---|---|

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| INDIANAPOLIS IN | O HARE FIELD IL | UA | VR |
| | KANSAS CITY MO-INT | UA | VR |
| | O HARE FIELD IL | UA | BA |
| | INDIANAPOLIS IN | UA | BA |

Ticket Number: 01611743110876    Date of Departure: 09/26
Passenger Name: ANDERSON/A
Document Type: PASSENGER TICKET
Extended Payment Option

*(handwritten: 10403.00  6110  TB✓)*

| 10/01/04 | COVAD.NET    888-642-6823    PA<br>WEB ACCESS<br>ROC No. 0022524169<br>Extended Payment Option | | 289.95 |
|---|---|---|---|

*(handwritten: 6021)*

| 10/07/04 | INDIANA TRIAL LWYRS INDIANAPOLIS    IN<br>PERSONAL SERVICES<br>ROC No. 001000005<br>Extended Payment Option | | 320.00 |
|---|---|---|---|

*(handwritten: 6036  Jane Strain)*

| 10/12/04 | THE STAR PRESS    7652135700    IN<br>MAIL ORDER HOUSE<br>Extended Payment Option | | 282.43 |
|---|---|---|---|

*(handwritten: 6110  TB✓ not in Trans  10304.00)*

**Total of Flexible Payment Activity**     1,488.27

### Finance Charge Schedule

| Billing days this period: 30<br>Balance to which rate applies | Average Daily<br>Balance $ | Daily<br>Periodic Rate | **Annual<br>Percentage Rate** | New<br>Balance $ | **FINANCE<br>CHARGE $** |
|---|---|---|---|---|---|
| Extended Payment Option | 0.00 | 0.0404% | 14.74% | 1,488.27 | 0.00 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

01530  R07*0JA08  00540

*Continued  on  reverse*

*(handwritten: #1613.33   11-10-2004   ( #795 + #818.33 = 1613.33))*

Prepared For
HENRY J PRICE
PRICE JACKSON WAICUKAUSKI

Account Number
XXXX-XXXXX0-72008

Page 4 of 5

## Flexible Payment continued

| Date | Description | | Amount $ |
|---|---|---|---|
| 11/01/04 | COVAD.NET         888-642-6823     PA<br>WEB ACCESS<br>ROC No. 0035550120<br>Extended Payment Option | *6521* | 289.95 |
| 11/02/04 | EMMIS COMMUNICATIONSINDIANAPOLIS      IN<br>GENERAL MERCHANDISE<br>Extended Payment Option | *6010* | 20,500.00 |
| 11/04/04 | GOOGLE ADWORDS      650-623-4000      CA<br>ADVERTISING<br>ROC No. 0037513996<br>Extended Payment Option | *6010* | 222.70 |
| 11/05/04 | MEALEY PUBLICATIONS KING OF PRUSSIA  PA<br>MAIL ORDER PHONE ORDER<br>Extended Payment Option | *6110*<br>*TBV  Vioxx Seminar*<br>*#20039.00* | 795.00 |
| 11/09/04 | GOOGLE ADWORDS      650-623-4000      CA<br>ADVERTISING<br>ROC No. 0039660718<br>Extended Payment Option | *6010* | 405.65 |
| 11/12/04 | PRO WEB SOLUTIONS  SCOTTSDALE        AZ<br>COMPUTER AND DATA PROCE<br>ROC No. 0000000000<br>Extended Payment Option | *6010* | 2,495.00 |
| 11/15/04 | GOOGLE ADWORDS      650-623-4000      CA<br>ADVERTISING<br>ROC No. 0042355387<br>Extended Payment Option | *6010* | 552.20 |
| 11/20/04 | MAGGIANOS    004018INDIANAPOLIS      IN<br>FOOD AND BEVERAGE<br>FOOD-BEV<br>TIP                          200.00<br>Extended Payment Option | *6028* | 200.00 |

## Total of Flexible Payment Activity                                                25,689.50

### Finance Charge Schedule

| Billing days this period:  31<br>Balance to which rate applies | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Annual<br>Percentage Rate | New<br>Balance $ | FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Extended Payment Option | 0.00 | 0.0404% | 14.74% | 25,689.50 | 0.00 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

## Important Notice

### Information on Flexible Payment Features

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Extended Payment Option, the APR is 0.0404%, the DPR is 0.0404%.

Please refer to page     2
for further important
information regarding
your account

Vioxx Seminar

parking airport Indps.    $ 9.90
dinner 11/9              $ 323.52
hotel                   $ 193.71
airfare                 $ 198.20
cab fare                $ 93.00

$ 818.33

818.33
+ 795.00
$ 1613.33

**RD LEGAL FUNDING, LLC**
800.565.5177

To Robin
change Vioxx

**Parking**
SAVTA INC AIRPORT PARK
5455 WEST BRADBURRY DRI
INDIAPOLIS, IN 46244

TERMINAL#:                007490717
MERCHANT#                23594870040

VISA
#xxxxxxxxxxxx4678
CLK: 1
SALE
BATCH: 000019   FOLIO #: 019834   1
DATE: NOV 10, 04   TIME: 06:47
SQ: 001   AUTH NO: 010554

6:47
3:57

TOTAL          $9.90
                           9.00
CUSTOMER COPY              0.90

AMOUNT PAID    $      9.90
CHANGE         $      0.00

THANK YOU      PLEASE COME AGAIN

*Why wait for your fees?*
www.legalfunding.com

**CAB FARE RECEIPT**

Amount  78.00   Date  11/9/04

Trip From  Hotel to Rest. to LAX

To _____   Tips 15.00

Cab No _____ Driver _____

**THANK YOU**
We appreciate your business!

From: airport   To: Westin
Total Fare: $8   Date: 11/8/04
Driver: _____   Van#: _____
Dinner $12 upgrade $0

32184

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| Henry J. Price 11/10/04 | No. 20039.00, Vioxx - Exp. 11/8-11/9 Cal. seminar | | 818.33 | | 818.33 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | | | | |
|------------|----------------|----------|--|--|--|--|
| 11/10/04 | 32184 | Gross: | 818.33 | Ded: | 0.00 | Net: | 818.33 |



**PRICE, JACKSON, WAICUKAUSKI & MELLOWITZ, P.C.**

32184

Vendor: Henry J. Price

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 11/10/04 | No. 20039.00, Vioxx - Exp. 11/8-11/9 Cal. seminar | | 818.33 | | 818.33 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 11/10/04 | 32184 | 818.33 | 0.00 | 818.33 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

*Dinner for Wayne Spivey
so other lawyers*

```
*****************************
DATE 11/09/04            TIME 20:46
MID 323135612285

          CAFE SANTORINI
          64 WEST UNION
           PASADENA CA
          626-564-4200
   Please sign copy and leave signed
   copy with your server. Thank You.

VISA       **********24678   S 04/06
AUTH 009150    TABLE   45 CHECK 959

PURCHASE    DINING ROOM        GENARO


AMOUNT                       273.82
          ---------------------
  SUBTOTAL  $    273.82

        TIP  $....50.00

     TOTAL  $.....323.52
          ==========

     CUSTOMER COPY
*****************************
```

# THE WESTIN
## PASADENA

The Westin Pasadena
191 North Los Robles Avenue
Pasadena, CA 91101
Tel: 626-792-2727 Fax: 626-795-7669

| | | | |
|---|---|---|---|
| **G** Mr Henry Price | ROOM | 715 | |
| **U** Amex Global Hotel Value Pro | RATE | 169.00 | |
| **E** 7813 Traidors Cove Lane | NO. PERS. | 1 | |
| **S** Indianopolis, IN 46254 | FOLIO | 170104 A | |
| **T** | PAGE | 1 | |
| | ARRIVE | 08-NOV-04 23:01 | |
| | DEPART | 09-NOV-04 07:32 | |
| | PAYMENT | VM | |

| DATE | REFERENCE | DESCRIPTION | CHARGES • CREDITS |
|---|---|---|---|
| 08-NOV-04 | RT715 | Room Charge | 169.00 |
| 08-NOV-04 | RT715 | City Occupancy/Tourism Tax | 24.51 |
| 08-NOV-04 | RT715 | CA Assessment | 0.20 |
| 09-NOV-04 | VM | Visa/MasterCard | 193.71- |

***For Authorization Purposes Only***
xxxxxxxxxxxx4678 PRICE,HENRY J

| Auth Date | Code | Authorized |
|---|---|---|
| 08-NOV-04 | 009740 | 211.25 |

Total=Due                    0.00

EXPENSE REPORT SUMMARY

| Date | Room/Tax | Food/Bev | Telephone | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 08-NOV-04 | 193.71 | 0.00 | 0.00 | 0.00 | 193.71 | 0.00 |
| 09-NOV-04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 193.71- |
| Total | 193.71 | 0.00 | 0.00 | 0.00 | 193.71 | 193.71- |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

THE WESTIN
PASADENA

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges.

SIGNATURE

As a Starwood Preferred Guest you have earned at least 338 Starpoints for this visit A50572377552.

| | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| Mr Henry Price | | 715 | 09-NOV-04 | LLYUBSHK |
| FOLIO: 170104 | 08-NOV-04 | | | |

## THE WESTIN
THE WESTIN Pasadena
191 NORTH LOS ROBLES, PASADENA, CA 91101
TEL: (626) 792-2727 FAX: (626) 792-3755

*Robin's copy*

# Henry Price

| | |
|---|---|
| **From:** | confirmation@ata.com |
| **Sent:** | Thursday, November 04, 2004 9:16 AM |
| **To:** | Henry Price |
| **Subject:** | ATA Reservation Confirmation Code: LDIYEN |

*Henry to fly to Vioxx Seminar*

Your confirmation code for this flight is LDIYEN. Please have this available if you call and need to make changes to your itinerary.

*** Please do not reply to this e-mail ***

THIS E-MAIL IS INTENDED TO VERIFY YOUR RESERVATION INFORMATION ONLY.

YOU WILL RECEIVE A CUSTOMER ITINERARY AND RECEIPT VIA E-MAIL WITHIN THE NEXT TWO (2) HOURS, WHICH SIGNIFIES CREDIT CARD APPROVAL. YOU ARE NOT TICKETED, AND TRAVEL IS NOT CONFIRMED, UNTIL YOUR CREDIT CARD IS APPROVED.

IF YOUR CREDIT CARD IS DENIED, ATA WILL CALL YOU AT THE PHONE NUMBER YOU PROVIDED TO INFORM YOU OF YOUR STATUS.


Reservation Details

Dear henry price

Reservation Confirmation: LDIYEN


Passengers:
        Name                           ATA ID Number
    1  henry price                     00070917

Air Itinerary:

        Passengers: 1 @ $198.20
        Total:        $198.20

                08 NOV 2004
                American Trans Air (TZ) Flight: 101

                Departs:  IND (Indianapolis) at 08:20 PM
                Arrives:  LAX (Los Angeles) at 09:47 PM


                09 NOV 2004
                American Trans Air (TZ) Flight: 102

                Departs:  LAX (Los Angeles) at 11:40 PM
                Arrives:  IND (Indianapolis) at 06:31 AM


Please check the confirmation carefully. If you notice anything not to your satisfaction, don't hesitate to contact ATA at 1-800-435-9282. Specify your reservation confirmation code and that this is an ATA.com booking. You will receive a customer itinerary and receipt via e-mail in approximately 2 hours. For complete travel information and contract of carriage, including ATA's baggage liability rules, please see http://ata.com/traveler_resources/before_you_fly/contract_of_carriage.html. Thank you for

ata.com - Itinerary Summary & Pricing

Search | Searc
Site Map | Advanced

| rHome | Reservations | Special Offers | Traveler Resources ▼ | Frequent Flyer ▼ | Customer Service ▼ |

Welcome to ATA. **Login** to Travel Awards.

### Itinerary Summary & Pricing |

Please review the travel arrangements shown below. You may change any part of your itinerary clicking the "Return to Select" button. Before confirming your travel arrangements, be sure to re rules associated with your fare by clicking on "View Fare Rules".

Check out our **ATA Travel Awards** Program before booking your flight. You can earn a free* tic flying as few as 3 round trips.

**Please Note:** ATA compensation vouchers, refund credits, residual value tickets, MCOs and promotional certificates are not applicable towards the purchase of Internet fares.

| Flight | Class Of Service | Leaving From City | Date | Time | Going To City | Date | Time |
|--------|------------------|-------------------|------|------|---------------|------|------|
| 101 | Coach | Indianapolis (IND) | NOV 08 | 8:20PM | Los Angeles (LAX) | NOV 08 | 9:47P |
| 102 | Coach | Los Angeles (LAX) | NOV 09 | 11:40PM | Indianapolis (IND) | NOV 10 | 6:31A |

**Pricing Summary**                                                      View Far

| Passenger Type | Number | Base Fare Per Passenger | Taxes & Fees Per Passenger | Total Per Passenger | Tota |
|----------------|--------|-------------------------|----------------------------|---------------------|------|
| Adult | 0 | $0.00 | $0.00 | $0.00 | |
| Senior | 1 | $165.58 | $32.62 | $198.20 | $ |
| Child | 0 | $0.00 | $0.00 | $0.00 | |

**Total Itinerary Cost (Including taxes and fees)** $

 

*Applicable fees and taxes may apply.
** Fares shown include all applicable discounts and are subject to change until purchased.

Privacy Policy | Copyright © 2004 ATA Airlines, Inc. | Browsers Settings

Information for Travel Agents | Group Travel | Meetings and Conventions | Corporate Partners | Career Opportunities

| Home | Reservations | Special Offers | Traveler Resources ▼ | Frequent Flyer ▼ | Customer Service ▼ |

Welcome to ATA. **Login** to Travel Awards.

### Seat Confirmation

# You have successfully made your seat selection(s).

ATA Flight 101  departs Indianapolis  at  8:20 PM  on  Nov 08, 2004
arrives  Los Angeles  at  9:47 PM  on  Nov 08, 2004

Passenger **1** :    HENRY PRICE    13C

ATA Flight 102  departs Los Angeles  at  11:40 PM  on  Nov 09, 2004

arrives  Indianapolis  at  6:31 AM  on  Nov 10, 2004

Passenger **1** :    HENRY PRICE    13C

## Thank you for flying ATA!

Home Page          Make Another Reservation

Print This Page

Privacy Policy | Copyright © 2004 ATA Airlines, Inc. | Browsers Settings

Information for Travel Agents | Group Travel | Meetings and Conventions | Corporate Partners | Career Opportunities

JACKSON, WAICUKAUSKI & MELLOWITZ, P.C.                     32203

|  | | | CHECK | | |
| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| COX-2 LITIGATION GROUP | | | | | |
| 11/19/04 | No. 20039.00, Van Jelgerhuis | | 350.00 | | 350.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | | | |
|---|---|---|---|---|---|
| 11/19/04 | 32203 | Gross: 350.00 Ded: 0.00 Net: 350.00 | | | |

PRICE, JACKSON, WAICUKAUSKI & MELLOWITZ, P.C.
32203

Vendor: COX-2 LITIGATION GROUP

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 11/19/04 | No. 20039.00, Van Jelgerhuis | | 350.00 | | 350.00 |

ROBIN R. BURTON
Finance Administrator

# PRICE WAICUKAUSKI & MELLOWITZ, P.C.

Telephone   317.633.8787
Telefax     317.633.8797
E-mail  rburton@price-law.com
www.price-law.com

A T T O R N E Y S   A T   L A W

The Hammond Block Building · 301 Massachusetts Avenue · Indianapolis, IN 46204

November 19, 2004

COX-2 Litigation Group
Goforth Lewis Sanford LLP
Attn: Shelly A. Sanford
1111 Bagby, Suite 2200
Houston, TX 77002

  RE: **VIOXX(COX-2) Litigation Group Membership**

Dear Ms. Sanford,

  Please find enclosed membership affidavits for our attorneys, Henry J. Price and Jana K. Strain.  Enclosed is also the $350 membership fee for two firm members.

  If you have any questions regarding membership for Mr. Price or Ms. Strain, please contact Ms. Strain at (317)633-8787.

      Sincerely,

      PRICE WAICUKAUSKI & MELLOWITZ, P.C.

      *Robin R Burton*

      Robin R. Burton
      Finance Administrator

RRB/rrb

Enclosures

*[handwritten: $743 + $14.58 + $194 + $43.75]*
*[handwritten: Westlaw Research]*
*[handwritten: 12/15/2004]*

# QuickView+ - Report

| Category | | Count | | Amount | Rate | Total |
|---|---|---|---|---|---|---|
| **20039.00** | | | | | | |
| Totals for Included | | 23 | 5,232 | $1,570.46 | $81.87 | $81.87 |
| Totals for Client 20039.00 | | 23 | 5,232 | $1,570.46 | $81.87 | $81.87 |
| **20041.0** | | | | | | |
| Totals for Included | 3,513 | | 4,158 | $476.36 | $24.83 | $24.83 |
| Totals for Client 20041.0 | 3,513 | | 4,158 | $476.36 | $24.83 | $24.83 |
| **20041.00** | | | | | | |
| Totals for Included | 9,684 | 11 | 5,924 | $1,549.50 | $80.78 | $80.78 |
| Totals for Client 20041.00 | 9,684 | 11 | 5,924 | $1,549.50 | $80.78 | $80.78 |
| **2096.00** | | | | | | |
| Totals for Included | | 5 | | $22.50 | $1.17 | $1.17 |
| Totals for Client 2096.00 | | 5 | | $22.50 | $1.17 | $1.17 |
| **410.00** | | | | | | |
| Totals for Included | | 175 | 1,632 | $180.96 | $9.43 | $9.43 |
| Totals for Excluded | | 2 | | $112.00 | $0.00 | $112.00 |
| Totals for Client 410.00 | | 177 | 1,632 | $292.96 | $9.43 | $121.43  *[NA]* |
| **610.00** | | | | | | |
| Totals for Included | | 32 | 49,575 | $1,704.25 | $88.84 | $88.84 |
| Totals for Client 610.00 | | 32 | 49,575 | $1,704.25 | $88.84 | $88.84  *[NA]* |
| **610.00 KERRY** | | | | | | |
| Totals for Included | | 2 | 1,758 | $263.74 | $13.75 | $13.75 |
| Totals for Client 610.00 KERRY | | 2 | 1,758 | $263.74 | $13.75 | $13.75 |
| **610.00 RICO** | | | | | | |
| Totals for Included | | 4 | 432 | $146.46 | $7.63 | $7.63 |
| Totals for Client 610.00 RICO | | 4 | 432 | $146.46 | $7.63 | $7.63 |
| **610.00 UTIX** | | | | | | |
| Totals for Included | | 3 | 17,212 | $658.36 | $34.32 | $34.32 |
| Totals for Client 610.00 UTIX | | 3 | 17,212 | $658.36 | $34.32 | $34.32 |
| **610.00 VIOXX RICO** | | | | | | |
| Totals for Included | | 2 | 5,588 | $279.64 | $14.58 | $14.58 |
| Totals for Client 610.00 VIOXX RICO | | 2 | 5,588 | $279.64 | $14.58 | $14.58  *[NA]* |
| **9175.00** | | | | | | |
| Totals for Included | 3,328 | | 2,327 | $402.40 | $20.98 | $20.98 |
| Totals for Client 9175.00 | 3,328 | | 2,327 | $402.40 | $20.98 | $20.98 |

**Account:** PRICE WAICUKAUSKI & MELLOWITZ PC, INDIANAPOLIS IN 46204-2108 (100013076764)

November 01, 2004 - November 30, 2004

CLIENT USAGE COMPARED TO MONTHLY CHARGE

(Part 2 of 2 Starting with 9176.00)

| | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Total Charge |
|---|---|---|---|---|---|---|---|
| 100013076764 | | | | | | | |
| 9176.00 | | | | | | | |
| Totals for Included | 239 | | 239 | | $23.88 | $1.24 | $1.24 |
| Totals for Client 9176.00 | 239 | | 239 | | $23.88 | $1.24 | $1.24 |
| 9182.00 | | | | | | | |
| Totals for Included | 20,368 | | 20,368 | | $186.33 | $186.33 | $186.33 |
| Totals for Client 9182.00 | 20,368 | | 20,368 | | $186.33 | $186.33 | $186.33 |
| VIOXX | | | | | | | |
| Totals for Included | 6,358 | 10 | 449 | 6,358 | $875.32 | $45.63 | $45.63 |
| Totals for Client VIOXX | 6,358 | 10 | 449 | 6,358 | $875.32 | $45.63 | $45.63 |
| VIOXX - RICO | | | | | | | |
| Totals for Included | | 4 | 546 | | $37.13 | $1.94 | $1.94 |
| Totals for Client VIOXX - RICO | | 4 | 546 | | $37.13 | $1.94 | $1.94 |
| VIOXX RICO | | | | | | | |
| Totals for Included | | | | | $839.31 | $43.75 | $43.75 |
| Totals for Client VIOXX RICO | | | | | $839.31 | $43.75 | $43.75 |
| Totals for Account 100013076764 | 109,252 | 500 | 227,703 | 109,252 | $33,154.43 | $1,722.50 | $1,834.50 |
| Report Totals - Included | 109,252 | | | 109,252 | $33,042.43 | $1,722.50 | $1,722.50 |
| Report Totals - Excluded | | 3 | | | $112.00 | | |
| Report Totals - Account by Client | | | | | | | |
| Report Totals | 109,252 | 502 | 227,703 | 109,252 | $33,154.43 | $1,722.50 | $1,834.50 |

PREVIOUS | RETURN | NEXT

# THOMSON
™
# WEST

## Subscription Invoice

P.O. Box 64833
St.Paul, MN 55164-0833

| BILLING ACCOUNT # | 1000130764 |
| SUBSCRIPTION INVOICE # | 807781967 |
| INVOICE DATE | 11/20/2004 |
| BILLING PERIOD  Oct 21,2004 - Nov 20,2004 | |
| PAYMENT DUE DATE | 12/20/2004 |
| **AMOUNT DUE** | **254.78** |

Asterisk (*) indicates Annual/Monthly Charge
For payment instructions and contact information see reverse side

PAGE  1 OF  2
01

**IMPORTANT NEWS**
Thank you for your business.
To shop online or for more information on West and The Thomson Corporation, visit west.thomson.com.
West, a Thomson business, serving the bench and bar since 1872.

| POSTING DATE NUMBER FOR PAYMENT REFERENCE | DELIVERY NUMBER | DESCRIPTION | QTY | UNIT PRICE | TAX | TOTAL |
|---|---|---|---|---|---|---|
| | | PACKAGE SUBSCRIPTION CHARGES DETAIL | | | | |
| 11/20 6026992093 | 638885334 | IN DIG 2D V33,33A,33B | | | | |
| | | IN DIGEST 2D V33 LABOR AND EMPLOYMENT 1 TO 2830 | 1 | 94.75 | | 94.75 |
| | | WESTPACK DISCOUNT | | | | -47.38 |
| | | IN DIGEST 2D V33A LABOR AND EMPLOYMENT 2831 -- LANDLORD AND TENANT 180 | 1 | 94.75 | | 94.75 |
| | | WESTPACK DISCOUNT | | | | -47.38 |
| | | IN DIGEST 2D V33B LANDLORD AND TENANT 181 -- LIMITATION OF ACTIONS 114 | 1 | 94.75 | | 94.75 |
| | | WESTPACK DISCOUNT | | | | -47.38 |
| | | Subtotal | | 142.11 | 8.52 | 150.63S |
| | | **Package Subscription Detail Subtotal** | | | | **150.63S** |
| | | **OTHER SUBSCRIPTION CHARGES DETAIL** | | | | |
| 11/19 6026975316 | 638928607 | IN PRACTICE V13B EVIDENCE COURTROOM 2005 HANDBOOK | 1 | 98.25 | 5.90 | 104.15S |
| 11/20 6026992092 | 638960141 | VA COURT RULES STATE & FED 2005 PAMPHS | | | | |
| | | VA COURT RULES FEDERAL 2005 PAM | 1 | 20.87 | | 20.87 |
| | | Sub Service Discount | | | | -20.87 |

 **Business Gold Card**



SMALL BUSINESS NETWORK™

**212,320 Membership Rewards® Points Available** at 10/31/04, when charges due are paid in full and all accounts are in good standing.

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| HENRY J PRICE | 3715-318650-72008 | 12/21/04 | Page 1 of 6 |
| PRICE JACKSON WAICUKAUSKI | | | |

| | Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ | |
|---|---|---|---|---|---|---|
| Due in Full | 1,331.58 | -1,331.58 | +968.01 | 968.01 | +968.01 | **Please Pay By 01/05/05** |
| Flexible | +25,689.50 | -25,689.50 | +11,015.88 | +11,015.88 | +551.00 | |
| Total | 27,021.08 | -27,021.08 | +11,983.89 | =11,983.89 | 1,519.01 | Please refer to page 4 for important information regarding your account |

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at 1-800-678-0745.

## Activity * indicates posting date

| | Amount $ |
|---|---|
| 12/01/04* COMPUTER PAYMENT RECEIVED - THANK XXXX99916 NATIONAL CITY BANK OF INDIANA | -27,021.08 |

### Due in Full Activity for HENRY J PRICE
Card XXXX-XXXXX0-72008

| | | | | Amount $ |
|---|---|---|---|---|
| 11/22/04 | PRO WEB SOLUTIONS SCOTTSDALE AZ COMPUTER AND DATA PROCE ROC No. 0000000000 | | 6010 *Vioxx advertising* | 149.00 |
| 11/23/04 | SHELBYVILLE NEWS 3173986631 IN NEWS DEALERS/NEWSSTANDS ROC No. 0000000005 | 10304.00 6110 *Jewellers* ↳ 10300.99 | TBV | 92.50 |
| 11/24/04 | AMERICAN TRANS AIR INDIANAPOLIS IN AMERICAN TRANS AIR | | 10403.02 Smith Sprint TBV | 58.00 |
| | From: INDIANAPOLIS IN | To: MIDWAY ARPT IL INDIANAPOLIS IN | Carrier: TZ TZ | Class: Q7 Q7 |
| | Ticket Number: 36621309944961 Passenger Name: PRICE/HENRY Document Type: PASSENGER TICKET | | Date of Departure: 11/24 flight |
| 11/26/04 | AD FORUM HOBOKEN NJ MOTO-COMPUTER ROC No. 4112414439 | * * | RG TBV 6110 Vioxx #20039.00 Books | 60.00 |
| 12/01/04 | PEDDLERS BICKNELL IN FLORISTS | | 60RD Flowers for Donnas ... | 42.40 |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↑ Please fold

**Payment Coupon**

| Account Number | Please Pay By: |
|---|---|
| 3715-318650-72008 | 01/05/05 |

**Total New Balance**
$ 11,983.89

**Minimum Amount Due**
$1,519.01

HENRY J PRICE
PRICE JACKSON WAICUKAUSKI
301 MASSACHUSETTS AVE
INDIANAPOLIS IN 46204-2108

$ • Amount enclosed

To Pay by Computer, visit open.americanexpress.com. To Pay by Phone, call 1-800-472-9297.

Enter account number on checks & correspondence. Make check payable to American Express.

To avoid add'l Finance Charges on Purchases, pay New Balance before Payment Due Date.

Check here if address or telephone number has changed. Note on reverse.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

000037153186507200B 0011983B9000151901 18 ◄

https://shop.adforum.com/ecom/receipt.asp?order_id=1J2BJ2747E...

*Vioxx #20029 00*
*6110*

**adforum**

# Internet Order

**AdForum.com**
80 Park Avenue
Hoboken, New Jersey  07030
Customer Service: (+1) 201 792 3007
Web Site URL:    www.adforum.com

**Bill To:**
Price Waicukauski & Mellowitz - Bissonnette, Stacy
301 Massachusetts Ave.
Indianapolis, IN   46204
UNITED STATES

**Order No:**      1J2BJ2747ETH2M8X0G0957HLS5
**File Id:**        041101782
**Order Date:**   11/24/04
**Payment Terms:** AMEX
**Shipping:**      All Countries - 3 to 5 Day (CD orders only)

**Ship To:**
Price Waicukauski & Mellowitz - Bissonnette, Stacy
301 Massachusetts Ave.
Indianapolis, IN   46204
UNITED STATES

| SKU | Description | Ordered Shipped | Unit Price | Shipped Total |
|-----|-------------|-----------------|------------|---------------|
| VD28284 | **AdFolio ReelTV/Cinema Spot: Dog Park, Vioxx** | 1 | $25.00 | |
| VD28279 | **AdFolio ReelTV/Cinema Spot: Dorothy Morning, Merck** | 1 | $25.00 | |

**Special Instructions**

|  | Ordered | Shipped |
|--|---------|---------|
| Subtotal: | $50.00 | $0.00 |
| Shipping: | $10.00 | $0.00 |
| Handling: | $0.00 | $0.00 |
| Tax: | $0.00 | $0.00 |
| **Total amount:** | $60.00 | $0.00 |

/ FBVHCPD4RPSR2MQ80G0957HLSMAHDJQB

1260

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|

CHECK

William N. Riley
02/25/05   No. 20039.00, Vioxx

AMOUNT 111.00    NET AMOUNT 111.00

#111.00  2/25/05

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | Ded: | Net: |
|------------|----------------|-----------------|------|------|
| 02/25/05 | 1260 | 111.00 | 0.00 | 111.00 |



PRICE WAICUKAUSKI RILEY & DEBROTA, LLC

NATIONAL CITY BANK OF INDIANA
INDIANAPOLIS, INDIANA

02/25/05    1260    $111.00

ONE HUNDRED ELEVEN & 00/100 DOLLARS

PAY TO THE ORDER OF
William N. Riley

---

PRICE WAICUKAUSKI RILEY & DEBROTA, LLC

1260

Vendor: William N. Riley

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 02/25/05 | No. 20039.00, Vioxx | | 111.00 | | 111.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 02/25/05 | 1260 | 111.00 | 0.00 | 111.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

Telephone #_____

**CAB COMPANY**

**PASSENGER'S RECEIPT, TAXICAB FARE**

Date_____,200___

    Amount of Fare....... $ _23⁰⁰_____

    Other Charges........ $ _____

       Total..................... $ _____

Driver's Name_____

Cab Number_____

Telephone #_____

**CAB COMPANY**

**PASSENGER'S RECEIPT, TAXICAB FARE**

Date_____,200___

    Amount of Fare....... $ _33⁰⁰_____

    Other Charges........ $ _____

       Total..................... $ _____

Driver's Name_____

Number_____

## GET TO WORK

25 ⁰⁰ earlier flight home

Delta

Will's Vioxx trip 2/23

You Aren't Being Paid to Believe in the Power of Your Dreams.

INDIANAPOLIS AIRPORT

GARAGE
RECEIPT        HO14

ENTRY TIME:
02/23/05        06:47
EXIT TIME:
02/23/05        22:29
PARK DUR 2 HRS MIN

TAX        02:15:42

COMPUTED        17.00
PAID        50.00
TRANSACTION        5454

KIND OF PAYMENT
VISA
XXXXXXXXXXX9177
XXXX 101
AUTH CODE 072222

THANK YOU

→ Will Vioxx trip
    on 2/23/05

$ 111.00  BV
        TBJ

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------------|------------|

COX-2 LITIGATION GROUP

| | | | | | |
|------|-------------|-----------|--------|-----------------|------------|
| 03/02/05 | No. 20039.00, Van Jelgerhuis - William Riley Membership | | 100.00 | | 100.00 |

# 100.⁰⁰  3/2/05

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | 100.00 | Ded: | 0.00 | Net: | 100.00 |
|------------|----------------|-----------------|--------|------|------|------|--------|
| 03/02/05 | 1275 | | | | | | |

1275

**PRICE WAICUKAUSKI RILEY & DEBROTA, LLC**
301 MASSACHUSETTS AVE.
INDIANAPOLIS, IN 46204-2167
PH (317) 633-8787

NATIONAL CITY BANK OF INDIANA
INDIANAPOLIS, INDIANA
20-5-740

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 03/02/05 | 1275 | ****$100.00 |

**"** ONE HUNDRED & 00/100 DOLLARS

PAY
TO THE
ORDER
OF

COX-2 LITIGATION GROUP
Goforth Lewis Sanford LLP
Attn: Shelly A. Sanford
1111 Bagby, Suite 2200
Houston, TX 77002

*Robin P. Bivins*

⑈0000⑈1275⑈ ⑈074000065⑈ 78285537⑈8⑈

---

**PRICE WAICUKAUSKI RILEY & DEBROTA, LLC**                    1275
Vendor: COX-2 LITIGATION GROUP

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 03/02/05 | No. 20039.00, Van Jelgerhuis - William Riley Membership | | 100.00 | | 100.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 03/02/05 | 1275 | 100.00 | 0.00 | 100.00 |

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

## <u>VIOXX (COX-2) LITIGATION GROUP MEMBERSHIP AFFIDAVIT</u>

I, X _William N. Riley_____, hereby affirm:

I am a Regular, Life or Sustaining member of the Association of Trial Lawyers of America in good standing. My ATLA Membership number is X __007 4851___.

2.      I am a member in good standing of the bar(s) of _X __Indiana_____.
3.      I am primarily engaged in the representation of plaintiffs.
4.      I do not, nor does any member of my firm, represent Merck & Co. Inc.; Pharmacia, Inc; or Pfizer, Inc. Corporation in any capacity.
5.      I desire to work in concert with other Member Attorneys representing plaintiffs in similar Cox-2 (Vioxx or Celebrex) cases in a cooperative effort to assist in achieving our common interest to prepare and fairly resolve individual cases properly.
6.      I will not disclose any portion of, or any copies of, any information obtained from this group to any pharmaceutical company or affiliated entity, their agents, employees or independent contractors or to any person, firm or entity where the materials may be seen, copied, accessed or otherwise reached by any pharmaceutical company or affiliated entities.
7.      I will not make recordings of any of the Cox-2 Litigation Group meetings or proceedings or any portion thereof without the written permission of one of the group's co-chairs.
8.      I will fully and candidly share all relevant Cox-2 litigation information, documents and other material with other members of the ATLA Cox-2 Litigation Group.
9.      I will resist the defense's request for secrecy orders which prohibit information sharing and restrict access to information needed by Cox-2 victims; however, I will at all times abide by such secrecy orders where they have been court-ordered.
10.     I will not disclose information of a strategic nature to non-members if such disclosure would compromise the interests of members and their clients who are victims of Cox-2 medications.
11.     I will not share, show, reveal or disclose any information, documents, indices, or materials directly obtained from the litigation group, its members or the ATLA Exchange, nor will I sell or distribute the information unless ordered to do so by a court of competent jurisdiction.
12.     I will notify a co-chair of the group of any outside request which is made to obtain the Index or any materials obtained from or through the Group, and I will resist any such attempts.
13.     I understand that there will be an annual dues obligation to the litigation group, initially $350.00, but subject to reasonably necessary increases from time to time; this dues obligation shall be applicable to the first two members of any firm, subsequent members within the same firm may join this group for $100.00.
14.     I understand that my initial and continued membership in this litigation group is contingent upon the payment of dues, membership in ATLA, membership in good standing of the Bar, and my ongoing commitment to the principles and representations made above on which I fully appreciate that my colleagues are strictly relying.
15.     I understand that I am not entitled as a matter of right to be a member of this litigation group, nor do I have any obligation to join, and that I will be entitled to remain in the group only to the extent that I fully comply with the above written representations and subject to the prevailing rules, regulations, and guidelines for ATLA litigation groups in general and the Cox-2 Litigation Group in particular.

I HEREBY SWEAR AND AFFIRM UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. I FURTHER AGREE THAT IF ANY OF THE ABOVE INFORMATION IS KNOWINGLY AND PURPOSEFULLY VIOLATED, THAT MY MEMBERSHIP IN THE COX-2 LITIGATION GROUP SHALL BE IMMEDIATELY TERMINATED, AND THAT I MAY BE SUBJECT TO ETHICAL AND DISCIPLINARY CHARGES.

Dated this ___2rd___ day of ___March___ 2004.5

_____
APPLICANT'S Signature

## COX-2 LITIGATION GROUP
## MEMBERSHIP INFORMATION

Name _William A. Riley_

Name of firm _Price Waicukauski Riley + DeBrota_

Address _301 Massachusetts Ave, Indpls, In 46204_

Phone Number _317 - 633 - 8787_

Fax Number _317 - 633 - 8797_

E-mail Address _X wriley @ price-law.com_

ATLA ID# _X 0074851_
This must be included in your application. If you do not know your number, call ATLA at (202)965-3500 ext. 611

Date: _3/2/05_

Invoice Amount: $350          (For two firm members)

$_____

(Please complete Application for each member)

$100 for each additional firm member:      $_____

Total:

$_____

## PLEASE MAKE CHECK PAYABLE TO COX-2 LITIGATION GROUP
and send it to: Goforth Lewis Sanford LLP, Attn: Shelly A. Sanford, 1111 Bagby, Suite 2200, Houston, Texas 77002, (713) 650-0022, (713) 650-1669, OR Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., C/O Tabitha Dean, Post Office Box 4160, Montgomery, Alabama 36103-4160, Phone (334) 269-2343, Fax   (334) 223-1236

$139.00   3/11/05

$100.00   3/11/05

$464.80   ~~3023~~ 3/11/05

 **Business Gold Card**    **OPEN**

SMALL BUSINESS NETWORK℠

**253,032**
**Membership Rewards®**
**Points Available**
at 12/31/04, when charges due are paid in full and all accounts are in good standing.

FEB 28 2005

| Prepared For | | | | | Page 1 of 6 |
|---|---|---|---|---|---|
| HENRY J PRICE | | Account Number | | Closing Date | |
| PRICE JACKSON WAICUKAUSKI | | 3715-318885-22100 | | 02/21/05 | |

| | Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ | **Please Pay By 03/08/05** |
|---|---|---|---|---|---|---|
| Due in Full | 828.86 | -828.86 | +779.90 | 779.90 | +779.90 | |
| Flexible | +6,502.85 | -6,502.85 | +2,654.75 | +2,654.75 | +133.00 | |
| Total | 7,331.71 | -7,331.71 | +3,434.65 | =3,434.65 | 912.90 | Please refer to page 3 for important information regarding your account |

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at 1-800-678-0745.

## Activity    * Indicates posting date

| | | Amount $ |
|---|---|---|
| 02/06/05* | Payment Received - Thank You | -7,331.71 |

**Due in Full Activity for HENRY J PRICE**
Card XXXX-XXXXX-22100

| Date | Description | | Amount $ |
|---|---|---|---|
| 01/25/05 | MERLIN INFORMATION SKALISPELL    MT DETECTIVE AGENCIES, SEC ROC No. 000010620 | ✓ 6110 | 100.00 |
| 01/25/05 | INDIANA TRIAL LWYRS INDIANAPOLIS    IN PERSONAL SERVICES ROC No. 001000001 | WNR   3173 | 20.00 |
| 01/26/05 | PRO WEB SOLUTIONS  SCOTTSDALE    AZ COMPUTER AND DATA PROCE ROC No. 0000000000 | 6010  Vioxx advertising | 149.00 |
| 02/01/05 | INDIANAPOLIS BAR ASSINDIANAPOLIS    IN LEGAL SERVICES ATTORNEY | Stacy + Monica CLE  6036 | 50.00 |
| 02/04/05 | ATLA EDUCATION    WASHINGTON    DC CIVIC/SOCIAL ASSOC ROC No. 0000009805 | 6036  6110 | 139.00 |
| 02/07/05 | IPOP.COM    LOUISVILLE    KY COMPUTER AND DATA PROCE | 6021 ✓ | 35.00 |
| 02/11/05 | PAYPAL *IBCTV LLC  4029357733    CA MISC PROFESSIONAL SVCS ROC No. 0000000000 | 6110  20039.00 | 100.00 |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

**AMERICAN EXPRESS**

| Prepared For | Account Number | Closing Date | Page 3 of 6 |
|---|---|---|---|
| HENRY J PRICE | XXXX-XXXXX0-72008 | 02/21/05 | |
| PRICE JACKSON WAICUKAUSKI | | | |

## Due in Full continued

| | | | | | Amount $ |
|---|---|---|---|---|---|
| 02/18/05 | AMERICAN TRANS AIR  INDIANAPOLIS IN | | | | 186.90 |
| | AMERICAN TRANS AIR | | | | |
| | From: | To: | Carrier: | Class: | |
| | INDIANAPOLIS IN | LAGUARDIA INTL A/P | TZ | K3 | |
| | | INDIANAPOLIS IN | TZ | K3 | |
| | Ticket Number: 36621128017046 | | Date of Departure: 02/18 | | |
| | Passenger Name: JOVEN/CAROL | | | | |
| | Document Type: PASSENGER TICKET | | | | |

*handwritten: 6110*
*handwritten: Carol- received credit ✓ road trip cancelled charge 6110; not a client yet*

## Total Due in Full Activity                                                      779.90

## Flexible Payment Summary

| | |
|---|---|
| Previous Balance | 6502.85 |
| Payment Activity | -6502.85 |
| **FINANCE CHARGE** | 0.00 |
| New Charges/Adjustments | 2654.75 |
| New Balance | 2654.75 |

## Extended Payment Option

### New Activity for HENRY J PRICE
Card XXXX-XXXXX0-72008

| | | | | | Amount $ |
|---|---|---|---|---|---|
| 02/01/05 | COVAD.NET | 888-642-6823 | CA | | 289.95 |
| | WEB ACCESS | | | | |
| | ROC No. 0080645812 | | | | |
| | Extended Payment Option | | | | |

*handwritten: 6021 ✓*

| | | | | | |
|---|---|---|---|---|---|
| 02/15/05 | RCA-TENNIS CHAMPIONSINDIANAPOLIS   IN | | | | 1,900.00 |
| | TICKETS | | | | |
| | Extended Payment Option | | | | |

*handwritten: HJP ✓ 3171 discretionary acct*

| | | | | | |
|---|---|---|---|---|---|
| 02/17/05 | DELTA AIR LINES | ATLANTA | GA | | 464.80 |
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | INDIANAPOLIS IN | MEMPHIS TN | DL | Q0 | |
| | | NEW ORLEANS LA | DL | Q0 | |
| | | CINCINNATI OH | DL | K3 | |
| | | INDIANAPOLIS IN | DL | K3 | |
| | Ticket Number: 00623081826603 | | Date of Departure: 02/23 | | |
| | Passenger Name: RILEY/WILLIAM | | | | |
| | Document Type: PASSENGER TICKET | | | | |
| | Extended Payment Option | | | | |

*handwritten: Will 6110 ✓ VioXX 20039.00*

## Total of Flexible Payment Activity                                           2,654.75

## Finance Charge Schedule

| Billing days this period:  31 Balance to which rate applies | Average Daily Balance $ | Daily Periodic Rate | **Annual Percentage Rate** | New Balance $ | **FINANCE CHARGE $** |
|---|---|---|---|---|---|
| Extended Payment Option | 0.00 | 0.0417% | 15.22% | 2,654.75 | 0.00 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

## Important Notice

### Information on Flexible Payment Features
You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Extended Payment Option, the APR is 15.22%, the DPR is 0.0417%.

Please refer to page   2 for further important information regarding your account

PayPal

*$100.00  3/11/05*          *To Robin*          *20039.00*

*Vioxx Charge of $100.*

## Karen Cavosie

**From:**  service@paypal.com
**Sent:**  Thursday, February 10, 2005 4:42 PM
**To:**  Karen Cavosie
**Subject:** Receipt for your Payment to IBCTV, LLC

 *The way to send and receive money online*

Dear Henry Price,

This email confirms that you have paid IBCTV, LLC $100.00 USD using PayPal. This credit card transaction will appear on your bill as "PAYPAL *IBCTV LLC".

## Payment Details

**Transaction ID:** 0G4188957P002661X
**Total:** $100.00 USD
**Item/Product Name:** Vioxx Litigation Manager Access
**Buyer:** Henry Price

### Save Your Payment Information with PayPal

Save your payment information in a PayPal account, and you can make easy, quick, and secure online payments all across the Web. To sign up, just click the link below:

### Save My Info

## Business Information

**Business:**  IBCTV, LLC
**Contact E-Mail:**  rudy@i-dep.com

## Receipt Number: 2202-1777-8514-3239

Keep your Receipt Number (shown above) for future reference. You will need to refer to this number if you need customer service from IBCTV, LLC or from PayPal.

If you have questions about your purchase, such as shipping and tracking, we encourage you to contact the seller, IBCTV, LLC at rudy@i-dep.com.

If you have been unable to resolve your questions with the merchant, PayPal offers a free buyer complaint resolution service that offers a quick, easy resolution to your concerns. It covers physical goods purchases made through PayPal, and is offered at no charge when you register for a free PayPal account. To sign up for an account, click on the 'Save My Info' link above.

Thank you for using PayPal!
The PayPal Team


FOR INTERNATIONAL PAYMENTS ONLY

Commissions and Fees incurred by sender: $0.00

Rate of Exchange: If and when the Recipient chooses to withdraw
these funds from the PayPal System, and if the withdrawal involves a
currency conversion, the Recipient will convert the funds at the
applicable currency exchange rate at the time of the withdrawal, and
the Recipient may incur a transaction fee.

RIGHT TO REFUND
You, the customer, are entitled to a refund of the money to be
transmitted as a result of this agreement if PayPal does not forward
the money received from you within 10 days of the date of its
receipt, or does not give instructions committing an equivalent
amount of money to the person designated by you within 10 days of
the date of the receipt of the funds from you unless otherwise
instructed by you.

If your instructions as to when the moneys shall be forwarded or
transmitted are not complied with and the money has not yet been
forwarded or transmitted, you have a right to a refund of your
money.

If you want a refund, you must mail or deliver your written request
to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not
receive your refund, you may be entitled to your money back plus a
penalty of up to $1,000 USD and attorney's fees pursuant to Section
1810.5 of the California Financial Code.


Please do not reply to this e-mail. Mail sent to this address cannot be
answered.


PayPal Email ID PP344

Shipping      Billing

Payments

# You Have Completed Your Transaction!

Su

Your purchase from IBCTV, LLC is complete.It will appear on your credit card statement as PAYPAL *IBCTV LLC.

**Keep this Receipt ID and contact information**, in case you need customer support from PayPal merchant. PayPal has also emailed a copy of the receipt to the email address you provided.

**Receipt ID:  2202-1777-8514-3239**
**Business Name:** IBCTV, LLC

## Save Your Information With PayPal
**Make Your Payment Faster and Easier Next Time.**
Save your information with us by signing up for a **FREE** PayPal account. Use PayPal to shop online s and easily. Learn More

- Save time: enter your credit card information just once
- Shop widely: millions of websites and online auctions accept PayPal
- Stay safe: PayPal never shares your stored financial information

| Save My Info |
| --- |

PayPal protects your privacy and security.
For more information, see our Privacy Policy and User Agreement.

Your PayPal payment is now complete and your account has been successfully created. Vioxx Litigation Manager will review your registration request, and once approved, you will be notified through e-mail and be able to access secured areas of the site. See you soon!

2005 All Rights Reserved

**Robin Burton**

| | |
|---|---|
| **From:** | Karen Cavosie |
| **Sent:** | Thursday, February 10, 2005 2:44 PM |
| **To:** | Robin Burton |
| **Cc:** | Henry Price |
| **Subject:** | FW: VIOXX LITIGATION MANAGER REGISTRATION |

I was registering to become a member of the below vioxx website and there is a $100. registration fee. Do you have a firm credit card I could use?

Thanks, Karen

-----Original Message-----
From: Vioxx Litigation Manager [mailto:vioxxmanagersupport@ibctv.com]
Sent: Thursday, February 10, 2005 2:35 PM
To: Karen Cavosie
Subject: VIOXX LITIGATION MANAGER REGISTRATION

Please be sure to put your e-mail address and password in a safe place. Click the PayPal link below to submit payment information. A one-time $100 fee activates your 12-month access pass to the site. You can be confident that your banking information is kept confidential; Payments through PayPal are protected by an industry-leading fraud-prevention system and effective risk-management models. Click on this link to submit payment:
http://www.vioxxplaintiffscounsel.com/registration/global_verify_email.php?sid=
6abc52055db6e4edef3359c024eab5c2&section_id=42&paypal_forward=1
&redirect=http://www.vioxxplaintiffscounsel.com/wstv/paypal/process.php&item_name=Vioxx%
20Litigation%20Manager%20Access&amount=100.00&quantity=1
&firstname=Karen&lastname=Cavosie&email=kcavosie@price-law.com&address1=301%
20Massachusetts%20Avenue&address2=&state=IN&zip=46204&city=Indianapolis&phone1=317&phone2=
633&phone3=8787

Due to the heightened security of the information within the site, the administrators of the Vioxx Litigation Manager web site will review your registration request once payment is received. Once your registration is approved, you will be notified through e-mail of the approval and at that time you will be able to access secured areas of the site. If you are denied access to the site, we will fully refund the $100 registration fee.

Please Note; it may take up to 48 hours to review and approve your request. This time is necessary since it is crucial that we securely identify each prospective member through our registration process.

A link to the Vioxx Confidentiality and User Agreement will be sent to you. Please print and sign the Vioxx Confidentiality and User Agreement and fax to 732 726 6508, attention Vioxx Web Site Administrator.

If you have any trouble registering, please e-mail our customer service support office at vioxxmanagersupport@ibctv.com.

*$ 139.00   Vioxx Teleseminar*

## Robin Burton

**From:** Erin Amos
**Sent:** Tuesday, January 11, 2005 9:46 AM
**To:** Robin Burton
**Subject:** FW: Vioxx teleseminar access info

This is the Vioxx teleseminar registration confirmation.  If and when I get something else I will let you know.

Erin

-----Original Message-----
**From:** Tucker, Kelly [mailto:Kelly.Tucker@atlahq.org]
**Sent:** Tuesday, January 11, 2005 9:34 AM
**To:** Erin Amos
**Subject:** Vioxx teleseminar access info

This email is to confirm your registration for the ATLA teleseminar on **January 11, 2005**

Subject: **Vioxx: Federal Investigation and Litigation Update**

To: **Registrants for Vioxx: Federal Investigation and Litigation Update on January 11, 2005**

Below is information on how to participate.

-------------------------
When
-------------------------
**Date: Tuesday, January 11, 2005**
**Check in: 1:50pm EST\***

\*You must adjust for your local time. 1:50 pm Eastern is the same as 12:50 pm Central, 11:50 am Mountain, and 10:50 am Pacific Time.

The program begins at 2:00 Eastern time and ends at 4:00pm.

-------------------------
Phone information
-------------------------
Toll free phone number: **866-365-5291**

**Press \* (star key), then access code 7994, then press # (pound key)**

You need to dial this number.  You will not be called.  If you are calling outside of U.S. toll-free zones, please dial **1-720-932-2464**.  If you still have trouble connecting, dial **888-523-8445**.
-------------------------
Course materials
-------------------------