*$464.80*  *for Vioxx MDL Conference in New Orleans*



**▲ Delta**
delta.com



## Passenger Receipt and Itinerary
*Enjoy the fastest way to the gate. Use delta.com's Online Check-in from 24 hours to 30 minutes before departure.*
*For questions, please visit delta.com or call 800-221-1212.*

**WILLIAM RILEY**
**301 MASSACHUSETTS AVENUE**
**INDIANAPOLIS IN 46204**

Confirmation Number/Record Locator:  **6T6A4D**
SkyMiles Number:

### RECEIPT INFORMATION

Psgr: WILLIAM RILEY
Not Transferable
Place of Ticket Issue: WWWRES
Issuing Agent Id: DL/WW

Ticket Number: 00623081826603
This document expires 17FEB06.

Ticket Issue date: 17FEB05

Fare Details: IND DL X/MEM DL MSY 217.67Q0NBV DL X/CVG DL IND 180.93K3NBV USD398.60END ZP INDMEMMSYCVG XT US29.90 ZP12.80 AY10.00 XF13.50 IND4.5MSY4.5CVG4.5

FARE:   398.60 USD
TAX:    66.20 XT
TOTAL:  464.80 USD

Form of Payment  AX*********72008

**NON REF/CHANGE FEE/PENALTY**

*This is a special fare ticket. Changing your reservation may result in penalties and increased fare. Always advise your airline or travel agent that you are traveling on a special fare.*

### TICKETED ITINERARY INFORMATION

| Flight Nbr | Departure Date | Bkng Class | Status | Carrier/Vendor | Departure City | Departure Time | Arrival City | Arrival Time | Seat/ Class | Meals/ Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 6627 | 23FEB05 | Q | OK | DELTA/ Operated by NORTHWEST AIRLINES As NW Flt 1858 | INDIANAPOLIS | 755A | MEMPHIS | 821A | ** COACH | |
| 6754 | 23FEB05 | Q | OK | DELTA/ Operated by NORTHWEST AIRLINES As NW Flt 1937 | MEMPHIS | 925A | NEW ORLEANS | 1039A | ** COACH | |
| 1662 | 23FEB05 | K | OK | DELTA | NEW ORLEANS | 655P | CINCINNATI | 954P | 12F COACH | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6452 | 23FEB05 | K | OK | DELTA/ Operated by CHAUTAUQUA AIRLINES | CINCINNATI | 1050P | INDIANAPOLIS | 1139P | 9C COACH |

# - Arrival date is 1 day after departure date.

**Check-in with the operating carrier.**

Song passengers departing from New York Kennedy (JFK) or Orlando (MCO) check-in at the Song ticket counter.

*Please check-in early.  Delta recommends the following minimum check-in times.*

| Destination | Ticket Counter | Departure Gate |
|---|---|---|
| *U.S. Domestic Flights* | *60 minutes* | *30 minutes* |
| *International Flights* | *120 minutes* | *60 minutes* |

*Checked baggage must be presented at least 30 minutes before departure for domestic flights and 60 minutes for International flights or the bag may be refused.*
*Exception:  Passengers originating travel from Denver International Airport (DEN) or Las Vegas International Airport (LAS) must check their bags at least 45 minutes prior to the scheduled departure time or the bag may be refused.  San Juan, P.R., (SJU) and Saint Thomas, U.S.V.I. (STT) originating passengers must check their bags at least 60 minutes prior to the scheduled departure time or the bag may be refused.*

*Domestic flights close for boarding 15 minutes before departure.*
*International flights close 60 minutes before departure.*

|  |  |
|---|---|
| ** | - Check-in required |
| *S$ | - Multiple Seats |
| B | - Breakfast |
| L | - Lunch |
| D | - Dinner |
| S | - Snack |
| F | - Food Available for Purchase |
| *** | - Multi Meals |
| M | - Movie |

Vendor: Clerk, Marion County

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 03/11/05 | No. 610.00, Vioxx Rico | | 111.00 | | 111.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 03/11/05 | 1304 | 111.00 | 0.00 | 111.00 |

$111.00  3/11/05

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

3/11/2005



**THOMSON**

**WEST** ™

ACCT# 1000130764

PRICE WAICUKAUSKI RILEY
& DEBROTA LLC
HAMMOND BLOCK BLDG
301 MASSACHUSETTS AVE
INDIANAPOLIS IN  46204-2108

*#8,32   3/22/05*

| INVOICE #  808517538 | WEST INFORMATION CHARGES INVOICE<br>FEB 01,2005 - FEB 28,2005 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE | TAX | TOTAL CHARGE |
| WEST INFORMATION CHARGES | | 2,308.85 | 0.00 | 2,308.85 |

*Contract expires 1-18-06*

Westlaw.

**IMPORTANT NEWS**
Thank you for your business.
To shop online or for more information on West and The Thomson Corporation, visit west.thomson.com.
West, a Thomson business, serving the bench and bar since 1872.

**FOR BILLING INFORMATION CALL**
    1-800-328-4880

1000130764

A

# QuickView+ - Report

| Description | Count | Pages | Amount | | Per | |
|---|---|---|---|---|---|---|
| **61000.00** | | | | | | |
| Totals for Included | 13 | | $472.00 | | $22.10 | $22.10 |
| Totals for Client 61000.00 | 13 | | $472.00 | | $22.10 | $22.10 |
| **670.00** | | | | | | |
| Totals for Included | 11 | 1 | $538.50 | | $25.22 | $25.22 |
| Totals for Client 670.00 | 11 | 1 | $538.50 | | $25.22 | $25.22 |
| **ADAMS OLIVER** | | | | | | |
| Totals for Included | 6 | | $268.25 | | $12.56 | $12.56 |
| Totals for Client ADAMS OLIVER | 6 | | $268.25 | | $12.56 | $12.56 |
| **DAVIDSON** | | | | | | |
| Totals for Included | 13 | | $302.25 | | $14.15 | $14.15 |
| Totals for Client DAVIDSON | 13 | | $302.25 | | $14.15 | $14.15 |
| **JOY L SARJENT** | | | | | | |
| Totals for Included | 2 | | $12.00 | | $0.56 | $0.56 |
| Totals for Client JOY L SARJENT | 2 | | $12.00 | | $0.56 | $0.56 |
| **JOY L. SARJENT** | | | | | | |
| Totals for Included | 1 | | $6.00 | | $0.28 | $0.28 |
| Totals for Client JOY L. SARJENT | 1 | | $6.00 | | $0.28 | $0.28 |
| **RILEY - MED MAL CASE** | | | | | | |
| Totals for Included | 107 | 1 | $17.81 | | $0.83 | $0.83 |
| Totals for Client RILEY - MED MAL CASE | 107 | 1 | $17.81 | | $0.83 | $0.83 |
| **SENSING** | | | | | | |
| Totals for Included | 12 | 5,634 | $344.02 | | $16.11 | $16.11 |
| Totals for Client SENSING | 12 | 5,634 | $344.02 | | $16.11 | $16.11 |
| **UNION RICO** | | | | | | |
| Totals for Included | 3 | 2,191 | $177.73 | | $8.32 | $8.32 |
| Totals for Client UNION RICO | 3 | 2,191 | $177.73 | | $8.32 | $8.32 |
| **VIOXX RICO** | | | | | | |
| Totals for Included | 22 | 6,819 | $999.07 | | $46.78 | $46.78 |
| Totals for Client VIOXX RICO | 22 | 6,819 | $999.07 | | $46.78 | $46.78 |
| Totals for Account 1000130764 | 879 | 194,303 | $39,379.28 | | $1,825.85 | $1,825.85 |
| Report Totals - Included | 874 | 194,303 | $38,990.28 | | $1,825.85 | $2,214.85 |
| Report Totals - Excluded | 5 | | $389.00 | | $0.00 | $389.00 |
| Report Totals | 879 | 194,303 | $39,379.28 | | $2,214.85 | $2,214.85 |

*Handwritten annotations appear in the right margin, including "17220.00", "N/A", "16060", "TB", "770", circled amounts, and question marks.*

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------------|------------|
| Amy DeBrota | | | | | |
| 03/25/05 | No. 20039.00, Vioxx General | | 398.60 | | 398.60 |

$398.60  3/25/05

| CHECK DATE | CONTROL NUMBER | | | | | |
|------------|----------------|--|--|--|--|--|
| 03/25/05 | 1380 | TOTALS ▶ Gross: | 398.60 | Ded: | 0.00 | Net: 398.60 |

1380

**PRICE WAICUKAUSKI RILEY & DEBROTA, LLC**
301 MASSACHUSETTS AVE
INDIANAPOLIS, IN 46204-2167
PH (317) 633-8787

NATIONAL CITY BANK OF INDIANA
INDIANAPOLIS, INDIANA
20-6-740

| | DATE | CHECK | AMOUNT |
|--|------|-------|--------|
| | 08/25/05 | 1380 | ****$398.60 |

*** THREE HUNDRED NINETY-EIGHT & 60/100 DOLLARS

PAY
TO THE
ORDER
OF:   Amy DeBrota

Robin R. Brush

⑈0000⑈380⑈ ⑆074000065⑆ 78⑆28555578⑈

**PRICE WAICUKAUSKI RILEY & DEBROTA, LLC**                                     1380
Vendor: Amy DeBrota

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 03/25/05 | No. 20039.00, Vioxx General | | 398.60 | | 398.60 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 03/25/05 | 1380 | 398.60 | 0.00 | 398.60 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com



NEW ORLEANS

```
                              1818
Ms Amy Debrota                199.00
                            · 1
301 Massisticues Ave          52620      EX-A
Indianapolis, IN 46204        1
                              17-MAR-05   20:51
                              18-MAR-05
                              MC
```

```
17-MAR-05    RT1818         Room Charge                          199.00
17-MAR-05    RT1818         Sales Tax                             25.87
17-MAR-05    RT1818        ·Occupany Fee                           2.00
18-MAR-05 MC  MasterCard                     226.87-
                         Total-Due              0.00
```
For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

```
EXPENSE REPORT SUMMARY
Date        Room & Tax Food & Bev    Telecom      Other      Total     Payment
17-MAR-05     226.87       0.00        0.00        0.00      226.87      0.00
Total         226.87       0.00        0.00        0.00      226.87      0.00
```

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 398
Starpoints for this visit A719544624.

Ms Amy Debrota
FOLIO  52620     17-MAR-05



Robin —
These are my
receipts for
reimbursement
the Vioxx hearing.
I believe the
plane ticket was
put on the firm
charge card → let
me know if that
is incorrect.

VIOXX

METRO AIRPORT
PARKING NORTH LOT
240 1111

OU 03/18/05 20:48
IN 03/17/05 17:41
FEE 1        $20.00
TOTAL →      $20.00
CASH TEND    $20.00
CHANGE        $0.00
CASH PAID    $20.00
     THANK YOU!
   8923   1   Z0

Emeril's Restaurant
800 Tchoupitoulas Street
New Orleans, LA 70130
504-528-939

www.emerils.com

CHECK:      6107
TABLE:      67/2
SERVER:     10205 D-205
DATE:       MAR17'05 10:39PM
CARD TYPE:  Visa/Mc
ACCT #:     XXXXXXXXXXXX6710
EXP DATE:   XX/XX
AUTH CODE:  948578

SUBTOTAL:            97.73

GRATUITY:   20.00

TOTAL:   117.73

signature
2nd copy for customer

Emeril's Delmonico   504-525-4937
NOLA Restaurant      504-522-6652

VIOXX

**PRICE WAICUKAUSKI RILEY & DEBROTA, LLC**

1381

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------------|------------|
| William N. Riley | | | | | |
| 03/25/05 | No. 20039.00, Vioxx General | | 505.53 | | 505.53 |

*Cleared*

$505.53   3/25/05

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | | Ded: | | Net: | |
|------------|----------------|--------|--------|------|------|------|------|
| 03/25/05 | 1381 | | 505.53 | | 0.00 | | 505.53 |

---

1381

**PRICE WAICUKAUSKI RILEY & DEBROTA, LLC**
301 MASSACHUSETTS AVE.
INDIANAPOLIS, IN 46204-2167
PH (317) 633-8787

NATIONAL CITY BANK OF INDIANA
INDIANAPOLIS, INDIANA
20/6740

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 03/25/05 | 1381 | ****$505.53 |

***FIVE HUNDRED FIVE & 53/100 DOLLARS

PAY
TO THE
ORDER
OF   William N. Riley

*Robin R. Burt*

⑈000013811⑈ ⑈074000065⑈ 98285537611⑈

---

**PRICE WAICUKAUSKI RILEY & DEBROTA, LLC**

1381

Vendor: William N. Riley

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 03/25/05 | No. 20039.00, Vioxx General | | 505.53 | | 505.53 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 03/25/05 | 1381 | 505.53 | 0.00 | 505.53 |

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com



NEW ORLEANS

```
                          1719
Mr William Riley          199.00
                          1
301 Massisticues Ave      52622     EX-A
Indianapolis, IN 46204    1
                          17-MAR-05   20:53
                          18-MAR-05
                          MC
```

| | | | | |
|---|---|---|---|---|
| 17-MAR-05 | RT1719 | Room Charge | | 199.00 |
| 17-MAR-05 | RT1719 | Sales Tax | | 25.87 |
| 17-MAR-05 | RT1719 | Occupany Fee | | 2.00 |
| 17-MAR-05 | 2487 | 800-317-8239 0001 21:04 | | 2.00* |
| 17-MAR-05 | 2494 | 317-823-9460 0004 21:05 | | 15.66 |
| 18-MAR-05 MC | MasterCard | | 244.53- | |
| | Total-Due | | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 17-MAR-05 | 226.87 | 0.00 | 17.66 | 0.00 | 244.53 | 0.00 |
| Total | 226.87 | 0.00 | 17.66 | 0.00 | 244.53 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 433
Starpoints for this visit A40650004398.

Mr William Riley
FOLIO  52622    17-MAR-05

0009
Server: JAVANDA M          Rec: 9
03/18/05 12.48. Swiped   T: 122 Term: 3

COMMANDER'S PALACE
1427 WASHINGTON AVENUE
NEW ORLEANS, LA
(504)899-8231
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX2198
Name: WILLIAM N TILLY
00 TRANSACTION APPROVED
AUTHORIZATION #: 607107
Batch #: 941 Sequence #: 9
Reference: 0318073000000
TRANS TYPE: Credit Card SALE

CHECK:              86.70

TIP:                18.00

TOTAL:             104.70

X _____

PHONE: (    )
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
YELLOW COPY FOR CUSTOMER

---

Driver#: _____

Cab#: _____

Cab Company: _____

Fare from: _____

To: _____

Date: _____

Tip: _____   Total: 38 00

---

Telephone # _____

CAB COMPANY
**PASSENGER'S RECEIPT, TAXICAB FARE**

Date _____ , 20 ____

Amount of Fare....... $ 38 00

Other Charges........ $ _____

Total.................... $ _____

Driver's Name _____

Cab Number _____

---

INDIANAPOLIS RIDE AND FLY
1740 S HIGH SCHOOL RD
INDIANAPOLIS, IN 46241

TERMINAL ID:                  203680
MERCHANT #:        0029315030000003

MASTERCARD
5424180228452198
SALE                    EXP: 07/07
BATCH: 000002        TRACE: 214523
DATE: 03-18-05        TIME: 15:54
RRN: 14069009      AUTH NO: 802788

TOTAL                     $24.20

X _____

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

```
                      z o e
                  @ W new orleans
              5 0 4 . 2 0 7 . 5 0 1 8
                  www.zoe-wno.com
                  have you had a
                pink poodle today?
Date:            Mar18'05 08:02AM
Card Type:       Mastercard
Acct #:          5434180223432135
Exp Date:        07/07
Auth Code:       112065
Check:           7937
Table:           33/1
Server:          20010 Team 72
VSCA: Auth Driver
        WILLIAM N RILEY
```

Subtotal:            46.10

Gratuity: _____ _____ 10.00

Total: ____ _____ _____ 56.10

Signature: Will Rily

****CUSTOMER COPY****

Break fast meeting

$19.50  5/31/05

```
CUSTOMER NUMBER: PJ0170
DATE RANGE:       02/01/2005 - 02/28/2005        PAGE:         2

DATE        COURT                 TIME IN    TIME OUT TIME/PAGES   AMOUNT
            SEARCH CRITERIA                            DESCRIPTION
-------------------------------------------------------------------------
  PACER-NET SUBTOTAL FOR  20014.00                         14       1.12

                                                    ===============
SUBTOTAL FOR CLIENT CODE: 20014.00                              1.12


CLIENT CODE: 20030.00
  02/15/2005  INNDC                                      9       0.72

  PACER-NET SUBTOTAL FOR  20030.00                       9       0.72

                                                    ===============
SUBTOTAL FOR CLIENT CODE: 20030.00                             0.72


CLIENT CODE: 20039.00
  02/09/2005  LAEDC                                      3       0.24

  02/09/2005  NJDC                                      31       2.48

  02/09/2005  PAEDC                                     39       3.12

  02/10/2005  LAEDC                                     25       2.00

  02/10/2005  NJDC                                      61       4.88

  02/10/2005  NYSDC                                      3       0.24

  02/10/2005  PAEDC                                     20       1.60

  PACER-NET SUBTOTAL FOR  20039.00                     182      14.56

                                                    ===============
SUBTOTAL FOR CLIENT CODE: 20039.00                            14.56


CLIENT CODE: BURNETT/9-11
  02/02/2005  NYSDC                                     22       1.76

  02/17/2005  DCDC                                      50       4.00

  PACER-NET SUBTOTAL FOR  BURNETT/9-11                  72       5.76

                                                    ===============
SUBTOTAL FOR CLIENT CODE: BURNETT/9-11                         5.76


        DIAL-UP TOTAL:                      00:00:00         0.00
        PACER-NET TOTAL:                         476        38.08
                                                    ===============
        TOTAL:                                             38.08
```

$9.90

3/31/05

## OUTGOING POSTAGE LOG

| Date | Client Name & Number | Amount of Postage |
|------|----------------------|-------------------|
| 3/10/05-j | Eddie Denns | 3.04 |
| 3/14/05 | 20014.00 | 21.25 |
| 3/15/05 | 15515.01 | 13.26 |
| 3/15/05-j | Clark | .97 |
| 3/15/05-j | Doug McManus | 4.44 |
| 3/16/05-j | James Kiefer | 3.73 |
| 3/17/05-j | Doug McManus | 1.43 |
| 3/21/05-j | Paul Stevenson | .74 |
| 3/21/05-j | Bobby Amos | .60 |
| 3/22/05 | 20014.05 | 10.68 |
| 3/24/05 | 16145.00 | 10.80 |
| 3/24/05-j | James Kiefer | 1.11 |
| 3/24/05-j | Richard Layman | 1.66 |
| 3/24/05-j | Bobby Williams | .97 |
| 3/25/05 | 20039.03 | 9.90 |
| 3/25/05 | 15515.01 | 9.95 |

#10.88
3/31/05

## OUTGOING POSTAGE LOG

| Date | Client Name & Number | Amount of Postage |
|------|---------------------|-------------------|
| 3/28/05-j | James McManis | .37 |
| 3/28/05-j | Roy Whitt | .37 |
| 3/28/05-j | Carl Seng | .37 |
| 3/29/05 | Richard Layman | 7.65 |
| 3/29/05 | Larry Huff | .83 |
| 3/30/05 | Doug Manus | 3.56 |
| 3/31/05 | 16140.00 | 11.58 |
| 3/31/05 | 16055.00 | 11.85 |
| 3/31/05 | 20039.03  Vioxx Rico | 10.88 |
| 4/1/05 | 16060.00  Davidson | 4.65 |
| 4/4/05 | Robert O'Brien | .97 |
| 4/4/05 | Daniel Noth | .97 |
| 4/4/05 | Richard Layman | .60 |
| 4/5/05 | Layman | 2.17 |
| 4/5/05 | McManus | 1.34 |
| | | |

*(handwritten at top)* A961657 #03612 47705
4-7-05

MAR 2 9 2005

**AMERICAN EXPRESS** **Business Gold Card**

**OPEN**
SMALL BUSINESS NETWORK℠



**162,933**
**Membership Rewards®**
**Points Available**
at 01/31/05, when charges due are paid in full and all accounts are in good standing.

| | | | Account Number | Closing Date | |
|---|---|---|---|---|---|
| Prepared For | | | | 03/21/05 | Page 1 of 8 |
| HENRY J PRICE | | | | | |
| PRICE JACKSON WAICUKAUSKI | | | | | |

| | Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ | **Please Pay By** 04/05/05 |
|---|---|---|---|---|---|---|
| Due in Full | 779.90 | -779.90 | +960.53 | 960.53 | +960.53 | |
| Flexible | +2,654.75 | -2,654.75 | +2,020.55 | +2,020.55 | +101.00 | |
| Total | 3,434.65 | -3,434.65 | +2,981.08 | =2,981.08 | 1,061.53 | Please refer to page 4 for important information regarding your account |

**See Page 5  For A Notice Of Changes To Your Agreement**

**See Page 7  For An Important Privacy Notice**

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at 1-800-678-0745.

| **Activity** *Indicates posting date | Amount $ |
|---|---|
| 03/15/05* Payment Received - Thank You | -3,434.65 |

| **Due in Full Activity for HENRY J PRICE** Card XXXX-XXXXX | Amount $ |
|---|---|
| 02/23/05 PRO WEB SOLUTIONS  SCOTTSDALE  AZ COMPUTER AND DATA PROCE ROC No. 0000000000 | *Viokx ado. 6010* 149.00 |
| 03/04/05 WWW.IN.GOV/CIVIC.NETINDIANAPOLIS  IN GOVERNMENT SERVICES ROC No. 0000000530 | *6110* 8.00 |
| 03/07/05 ABA EVENTS SUBS & CO800-2382667  IL MEMBERSHIP CLUB ROC No. 0000005366 | *6036* 85.00 |
| 03/07/05 ABA EVENTS SUBS & CO800-2382667  IL MEMBERSHIP CLUB ROC No. 0000005291 | *6036* 30.00 |
| 03/07/05 WEB INTERNET LLC  203-4482021  CT COMPUTER NETWRK/INF SVC ROC No. 0000002809 | *6021* 8.95 |
| 03/08/05 IPOP.COM  LOUISVILLE  KY COMPUTER AND DATA PROCE | *Riley Debata.Com 6021* 35.00 |

*(handwritten note across entries:)* Deminners Rm ndered to all pps to conference in

*Continued on Page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

**~ Payment Coupon**

| | Account Number | **Please Pay By:** 04/05/05 |
|---|---|---|

To Pay by Computer, visit open.americanexpress.com. To Pay by Phone, call 1-800-472-9297.

**Total New Balance**
**$ 2,981.08**

Enter account number on checks & correspondence. Make check payable to American Express.

HENRY J PRICE
PRICE JACKSON WAICUKAUSKI
301 MASSACHUSETTS AVE
INDIANAPOLIS IN 46204-2108

**Minimum Amount Due**
**$1,061.53**

To avoid add'l Finance Charges on Purchases, pay New Balance before Payment Due Date.

$ *2981 . 08*
Amount enclosed

Check here if address or telephone number has changed. Note on reverse.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

*(vertical left margin)* 07984  R07U0A06  02273  00102.  (2

000037153186 5072008  0002981080001 06153  18  H



Prepared For
HENRY J PRICE
PRICE JACKSON WAICUKAUSKI

Account Number
XXXX-XXXXX0-72008

Closing Date
03/21/05

Page 3 of 8

## Due in Full continued

| | | Amount $ |
|---|---|---|
| 03/14/05 | ATLA MEMBER RESOURCS 800-424-2727    DC <br> RESEARCH <br> ATLA MEMBER SERVICES <br> ATLA.ORG PURCHASE <br> ROC No. 0000088747 | 139.00 |
| 03/14/05 | GOOGLE ADWORDS    650-623-4000    CA <br> ADVERTISING <br> ROC No. 0000144836 | 161.46 |
| 03/16/05 | AMERICAN TRANS AIR   INDIANAPOLIS IN <br> AMERICAN TRANS AIR <br> From:                    To: <br> INDIANAPOLIS IN      MIDWAY ARPT IL <br>                              NOT AVAILABLE <br> Carrier:    Class: <br> TZ            L7 <br> Date of Departure: 03/16 <br> Ticket Number: 36621129208623 <br> Passenger Name: WAICUKAUSKI/RONALD <br> Document Type: PASSENGER TICKET | 92.50 |
| 03/16/05 | INDIANAPOLIS BAR ASSIN DIANAPOLIS     IN <br> LEGAL SERVICES ATTORNEY | 100.00 |
| 03/16/05 | INDIANAPOLIS BAR ASSIN DIANAPOLIS     IN <br> LEGAL SERVICES ATTORNEY | 25.00 |
| 03/17/05 | INDIANAPOLIS BAR ASSIN DIANAPOLIS     IN <br> LEGAL SERVICES ATTORNEY | 90.00 |
| 03/18/05 | CONTINENTAL AIRLINES MIDWAY          IL <br> CONTINENTAL AIRLINES <br> From:                    To: <br> MIDWAY ARPT IL       CLEVELAND OH <br>                              NOT AVAILABLE <br> Carrier: <br> CO <br> Date of Departure: 03/24 <br> Ticket Number: 00503244376015 <br> Passenger Name: WAICUKAUSKI/RONALDMR <br> Document Type: TICKET BY MAIL | 5.00 |
| 03/18/05 | AMAZON.COM SUPERSTOR AMAZON.COM      WA <br> MERCHANDISE <br> AMZ*SUPERSTORE <br> ROC No. 0002840710 | 31.62 |

Handwritten annotations:
6110    17220.01 Sending   TB✓    Will 3173  80.73    Amy 3174  80.73    2094.00  6110  TB✓    TBA Paralegals: Exempt & Non Exempt? 6036  25×5=125  MD  KC  RB  SB  MA    IBA Paralegal Appreciation 6036  JANA, Carol, Arlene, Jamie, Chris, Stacy, Monica, Karen, Joy.    4 per person    2  6110  10414.05  TB✓    TB✓  6110  Vioxx gen.

**Total Due in Full Activity**                    960.53

## Flexible Payment Summary

| | |
|---|---|
| Previous Balance | 2654.75 |
| Payment Activity | -2654.75 |
| **FINANCE CHARGE** | 0.00 |
| New Charges/Adjustments | 2020.55 |
| New Balance | 2020.55 |

## Extended Payment Option

### New Activity for HENRY J PRICE
Card XXXX-XXXXX0-72008

| | | Amount $ |
|---|---|---|
| 03/01/05 | COVAD.NET    888-642-6823    CA <br> WEB ACCESS <br> ROC No. 0093828746 <br> Extended Payment Option | 289.95 |
| 03/14/05 | INDIANA TRIAL LWYRS INDIANAPOLIS     IN <br> PERSONAL SERVICES <br> ROC No. 001000006 <br> Extended Payment Option | 300.00 |

Handwritten: 6021    WNR discretionary acct # 3173

07985  R07YUA0B  02273

$984.80  4-7-05

# Robin Burton

| | |
|---|---|
| **From:** | Erin Amos |
| **Sent:** | Tuesday, March 15, 2005 3:50 PM |
| **To:** | Robin Burton |
| **Subject:** | flight to New Orleans |

I just booked Will and Amy on a flight to New Orleans on Thursday and returning Friday. I had the receipt emailed to you.  The total cost will be $984.80.  They each reserved a hotel room that I am sure they will give you for reimbursement, etc.  This should be billed to Vioxx- RICO under 610.00

Erin

Prepared For
HENRY J PRICE
PRICE JACKSON WAICUKAUSKI

Account Number
XXXX-XXXXX0-XXXX8

Page 4 of 8

## Flexible Payment continued                                                                    Amount $

| 03/15/05 | SOUTHWEST AIRLINES DALLAS TX | | | | 492.40 |

03/15/05   SOUTHWEST AIRLINES   DALLAS       TX
           SOUTHWEST AIRLINES
           From:              To:                    Carrier:     Class:
           INDIANAPOLIS IN    NEW ORLEANS LA         WN           Y
                              INDIANAPOLIS IN        WN           Y
           Ticket Number: 52627477847569            Date of Departure: 03/17
           Passenger Name: RILEY/WILLIAM
           Document Type: PASSENGER TICKET
           Extended Payment Option

03/15/05   SOUTHWEST AIRLINES   DALLAS       TX                                                   492.40
           SOUTHWEST AIRLINES
           From:              To:                    Carrier:     Class:
           INDIANAPOLIS IN    NEW ORLEANS LA         WN           Y
                              INDIANAPOLIS IN        WN           Y
           Ticket Number: 52627477847549            Date of Departure: 03/17
           Passenger Name: DEBROTA/AMY
           Document Type: PASSENGER TICKET
           Extended Payment Option

03/17/05   CONTINENTAL AIRLINES HOUSTON     TX                                                    445.80
           CONTINENTAL AIRLINES
           From:              To:                    Carrier:     Class:
           MIDWAY ARPT IL     CLEVELAND OH           CO           B3
                              RICHMOND VA            CO           B3
                              CLEVELAND OH           CO           BA
                              INDIANAPOLIS IN        CO           BA
           Ticket Number: 00521531766626            Date of Departure: 03/24
           Passenger Name: WAICUKAUSKI/RONALDMR
           Document Type: PASSENGER TICKET
           Extended Payment Option

## Total of Flexible Payment Activity                                                            2,020.55

### Finance Charge Schedule

| | Average Daily | Daily | Annual | New | FINANCE |
| Billing days this period:   28 | Balance $ | Periodic Rate | Percentage Rate | Balance $ | CHARGE $ |
| Balance to which rate applies | | | | | |
| Extended Payment Option | 0.00 | 0.0424% | 15.48% | 2,020.55 | 0.00 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary
based upon the prime rate identified in the Wall Street Journal, as described in your
Cardmember Agreement as currently in effect.

### Important Notice

### Information on Flexible Payment Features

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual
Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

Please refer to page   2
for further important
information regarding
your account

For Extended Payment Option, the APR is 15.48%, the DPR is 0.0424%.

**Robin Burton** ·

| | |
|---|---|
| **From:** | Southwest Airlines [SouthwestAirlines@mail.southwest.com] |
| **Sent:** | Tuesday, March 15, 2005 3:48 PM |
| **To:** | Robin Burton |
| **Subject:** | Ticketless Confirmation |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* RECEIPT AND ITINERARY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Beginning 12:01 AM local time on the day of departure, you may
check in online and print your boarding pass at southwest.com
by visiting:
http://www.southwest.com/travel_center/retrieveCheckinDoc.html?src=receipt

Receipt and Itinerary as of 03/15/05 02:47PM

\* \* \* \* \* \* \* \* \* \* \* \* \*
Confirmation Number: RMNYAP
Confirmation Date: 03/15/05
\* \* \* \* \* \* \* \* \* \* \* \* \*

Received: HENRY PR

Passenger(s):
DEBROTA/AMY 526-2747784754-5

RILEY/WILLIAM 526-2747784756-0


Itinerary:
Thursday, March 17 - INDIANAPOLIS IN(IND) to NEW ORLEANS LA(MSY)
Flight 862 Y
Depart INDIANAPOLIS IN(IND) at 07:05PM and
Arrive in NEW ORLEANS LA(MSY) at 08:10PM

Friday, March 18 - NEW ORLEANS LA(MSY) to INDIANAPOLIS IN(IND)
Flight 2694 Y
Depart NEW ORLEANS LA(MSY) at 04:50PM and
Arrive in INDIANAPOLIS IN(IND) at 07:45PM


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* COST \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Total for 2 Passenger(s)
AIR: .......................$878.12
TAX: .......................$78.68
PFC FEE: ...................$18.00
SECURITY FEE: ..............$10.00
                    _____
Total Fare:          $984.80

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PAYMENT SUMMARY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Current payment(s)
15MAR2005 AMER EXPRESS xxxxxxxxxxx2008 Ref 526-2747784754-5 $492.40
15MAR2005 AMER EXPRESS xxxxxxxxxxx2008 Ref 526-2747784756-0 $492.40

1

Total Payments: $984.80

*********************** FARES RULE(S) ************************
VALID ONLY ON SOUTHWEST AIRLINES

All travel involving funds from this Confirm no. must be
completed by 03/15/06
Any change to this itinerary may result in a fare increase.

Fare Calculation:
ADT- 2 INDWNMSY YL 236.00  MSYWNIND YL 236.00    $472.00 ZPIND MSY XFIND4.50      MSY4.50
AYIND2.50 MSY2.50  $492.40

Important:

****************** FREE BAGGAGE ALLOWANCE *********************
Checked Baggage Allowance: Three (3) pieces of baggage, each
piece of which having outside measurements (i.e., the sum of
the greatest outside length plus the greatest outside width
plus the greatest outside height) not exceeding sixty-two (62)
inches, not weighing more than fifty (50) pounds per piece,
and provided such baggage is checked for carriage in the cargo
hold of the aircraft. Baggage that exceeds these limits is
subject to an additional charge.

Carryon Baggage Allowance: One (1) item of carryon baggage
that does not exceed external dimensions of ten inches by
sixteen inches by twenty-four inches (10 x 16 x 24) plus
one (1) smaller personal-type item (e.g., purse, briefcase,
laptop computer case, backpack, small camera), provided that
such items are capable of being carried onboard the aircraft
by one person without additional assistance and are capable of
being stowed under a seat or in an overhead compartment.

****************** CHECKIN REQUIREMENTS *********************
Southwest Airlines Ticketless Travel is nontransferrable.
Positive identification is required at time of checkin.

Flights Operated by Southwest Airlines - Customers who
do not claim their reservations at the departure gate
desk at least ten (10) minutes before scheduled departure
time for flights operated by Southwest Airlines will have
their reserved space cancelled and will not be eligible for
denied boarding compensation.

************** SECURITY CHECKPOINT REQUIREMENTS **************
To proceed through Security Checkpoint, you will need your
government-issued photo ID* and either a Boarding Pass or
Security Document. Boarding Passes are available online at
southwest.com, at the Skycap Podium, Ticket Counter, or

RAPID CHECK-IN Kiosk.

To checkin online/print your Boarding Pass, please visit:
http://www.southwest.com/travel_center/retrieveCheckinDoc.html

If you do not meet the requirements for Online Checkin, you may
be able to print a Security Document by visiting:
http://www.southwest.com/travel_center/retrieveSecDoc.html

*Customers under 18 years of age are not required to show
government-issued photo ID

*********************** INFLIGHT SERVICE ***********************
Snack Service: If your total flight itinerary includes a series
of flights that each are less than two hours in duration, you
will be served peanuts/pretzels on each flight segment. If your
itinerary includes any nonstop flight longer than two(2) hours,
you will be served a packaged snack on that flight segment.
Southwest Airlines does not serve sandwiches or meals, however,
you may bring something to eat on board.

*********************** TRAVEL TIPS ***************************
Southwest Airlines is dedicated to making air travel an
enjoyable experience. In our efforts to provide the best
possible service to our Customer we have provided you with some
suggested Travel Tips to help ease your travel experience.
Visit http://www.southwest.com/travel_center/travel_tips.html
for more information.

*********************** REFUND INFORMATION ***********************
For Southwest Airlines Refund Information please visit:
http://www.southwest.com/travel_center/refund_information.html

******************** CONDITIONS OF CONTRACT ********************
Southwest Airlines Co. - Notice of Incorporated Terms -
Air transportation by Southwest Airlines is subject to
Southwest Airlines Passenger Contract of Carriage, the terms
of which are incorporated by reference.  Incorporated terms
include but are not limited to:

(1) Limits on liability for loss, damage to, or delayed
delivery of passenger baggage, including fragile, perishable,
and certain other irreplaceable and/or high-value goods or
contents, as specified in Article 75 of the Contract of
Carriage.  Baggage liability for covered items (except
disability assistive devices) is limited to $2,800 per
fare-paying Customer unless excess valuation coverage is
purchased.

(2) Claims restrictions, including timeperiods in which
Customers must file a claim or bring an action against
Southwest.

(3) Our rights to change terms of the Contract.

(4) Rules on reservations, checkin times, refusal to carry,
and smoking.

(5) Our rights and limits of liability for delay or failure
to perform service, including schedule changes, substitution
of alternate air carriers or aircraft, and rerouting.

(6) Overbooking:  If we deny you boarding due to an oversale
and you have obtained your boarding pass and are present and
available for boarding in the departure gate area at least ten
minutes before scheduled departure, with few exceptions, we
compensate you.

You may inspect Southwest's Contract of Carriage and Customer
Service Commitment at any Southwest ticket counter or online
at southwest.com, or obtain a copy by sending a request to:

Southwest Airlines
V.P. Customer Relations
PO Box 36647
Dallas, TX 75235-1647

*********************** PRIVACY POLICY ***********************
Read about Southwest Airlines' privacy policy at
www.southwest.com/travel_center/privacy_policy.html .

Should you wish to forward or distribute this message to
others, please do so only with the express permission of the
passenger(s) traveling. If you are not an intended recipient or
if you have received this message in error, please promptly
delete this message. Thank you for your cooperation and
consideration.


This is a post only mailing from Southwest Airlines
regarding your flight confirmation.

Please do not attempt to respond to this message.

*$31.6²  9-7-05*

## Marilyn Arnold

*2003⁷.00*

| | |
|---|---|
| From: | ship-confirm@amazon.com |
| Sent: | Saturday, March 19, 2005 6:42 PM |
| To: | Marilyn Arnold |
| Subject: | Your Amazon.com order has shipped (#103-8809919-4219025) |

Greetings from Amazon.com.

We thought you'd like to know that we shipped your items today, and that this completes your order.

Thanks for shopping at Amazon.com, and we hope to see you again soon.

You can track the status of this order, and all your orders, online by visiting Your Account at http://www.amazon.com/your-account/

There you can:
* Track order and shipment status
* Review estimated delivery dates
* Cancel unshipped items
* Return items
* And do much more

*Valued Books 3/21/05*

The following items were included in this shipment:
```
------------------------------------------------------------------
Qty    Item                          Price  Shipped  Subtotal
------------------------------------------------------------------
1      The Truth About the Drug Compa $16.47  1        $16.47

1      Trust Us We're Experts: How In $10.17  1        $10.17

------------------------------------------------------------------
              Item Subtotal:  $26.64
        Shipping & Handling:  $4.98

                     Total:   $31.62

              Paid by Amex:   $31.62

------------------------------------------------------------------
```

This shipment was sent to:

        Marilyn Arnold
        301 Mass. Avenue
        Indianapolis IN 46204

via USPS (estimated delivery date: March 24, 2005).

For your reference, the number you can use to track your package is 9102001206932192029837.  You can refer to our Web site's Help page or:

http://www.amazon.com/wheres-my-stuff

to retrieve current tracking information.  Please note that tracking information may not be available immediately.

If you've explored the links on the Your Account page but still need to get in touch with us about your order, you can find an e-mail form in our Help department at http://www.amazon.com/help/
------------------------------------------------------------------
Please be aware that items in this order may be subject to California's Electronic Waste Recycling Act. If any items in this order are subject to that Act, the seller of that item

1

**Marilyn Arnold**

| | |
|---|---|
| **From:** | auto-confirm@amazon.com |
| **Sent:** | Thursday, March 17, 2005 2:53 PM |
| **To:** | Marilyn Arnold |
| **Subject:** | Your Order with Amazon.com |

# amazon.com.
### and you're done.

VIEW CART | WISH LIST | YOUR ACCOUNT | HELP

### Thanks for your order, Price Jackson Waicukauski!

**Want to track your order status?**
**Learn how with our animated demo!**

Did you know you can view and edit your orders online, 24 hours a day? Click Your Account to:

- Access "Where's My Stuff?"
- Combine orders
- Change payment method
- Change shipping address
- Cancel unshipped items
- Change gift messaging
- Do much more...

### Purchasing Information:

**E-mail Address:** marnold@price-law.com

| **Billing Address:** | **Shipping Address:** |
|---|---|
| Marilyn Arnold | Marilyn Arnold |
| Price Jackson Waicukauski & Mellowitz | 301 Mass. Avenue |
| 301 Mass. Avenue | Indianapolis, IN 46204 |
| Indianapolis, IN 46204 | United States |
| United States | |

### Order Grand Total: $31.62

Earn 3% rewards on your Amazon.com purchases with the Amazon Visa Card. Learn More

### Order Summary:

### Shipping Details: (order will arrive in 1 shipment)

| | |
|---|---|
| **Order #:** | 103-8809919-4219025 |
| **Shipping Method:** | Standard Shipping |
| **Shipping Preference:** | Group my items into as few shipments as possible |
| Subtotal of Items: | $26.64 |
| Shipping & Handling: | $4.98 |
| | ------ |
| **Total for this Order:** | **$31.62** |

3/17/2005

# amazon.com.

31/byu51517/–2–/ Cincinnati/std–us/2283812/0319–15:00/0318–17:25/mreed

**Billing Address:**

Marilyn Arnold
c/o Jackson Walczuski & Mellowitz
301 Mass. Avenue
Indianapolis, IN 46204
United States

**Shipping Address:**

Marilyn Arnold
301 Mass. Avenue
Indianapolis, IN 46204
United States

---

# amazon.com.

Amazon.com
1850 Mercer Rd.
Lexington, KY 40511

Marilyn Arnold
301 Mass. Avenue
Indianapolis, IN 46204
United States

byu51517/–2–/std–us/2283812

Cincinnati

**Your order of March 17, 2005 (Order ID 103–8809919–4219025)**

| Qty. | Item | Item Price | Total |
|---|---|---|---|
| | **IN THIS SHIPMENT** | | |
| 1 | **The Truth About the Drug Companies: How They Deceive Us and What to Do About It**<br>Angell, Marcia —— Hardcover<br>(** A–6 **)  0375508465 | $16.47 | $16.47 |
| 1 | **Trust Us We're Experts: How Industry Manipulates Science and Gambles with Your Future**<br>Stauber, John —— Paperback<br>(** A–6 **)  158542139 1 | $10.17 | $10.17 |

| | |
|---|---|
| Subtotal | $26.64 |
| Shipping & Handling | $4.98 |
| Order Total | $31.62 |
| Paid via Amex | $31.62 |
| Balance due | $0.00 |

This shipment completes your order.

---

http://www.amazon.com



For detailed information about this and other orders, please visit Your Account. You can also print invoices, change your e-mail address and payment settings, alter your communication preferences, and much more – 24 hours a day – at http://www.amazon.com/your-account.

## Returns Are Easy!

Visit http://www.amazon.com/returns to return any item – including gifts – in unopened or original condition within 30 days for a full refund (other restrictions apply). Please have your order ID ready.

**Thanks for shopping at Amazon.com, and please come again!**



| | | | CHECK | | |
|---|---|---|---|---|---|
| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |

Henry J. Price

| 04/07/05 | No. 10403.02, Sprint v. Smith | | 2279.75 | | 2279.75 |
| 04/07/05 | No. 20039.00, Vioxx General | | 59.37 | | 59.37 |
| 04/08/05 | No. 10414.05, Level 3/Virginia | | 184.23 | | 184.23 |

*handwritten:* $59.37

4-7-05

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | 2523.35 | Ded: | 0.00 | Net: | 2523.35 |
|---|---|---|---|---|---|---|---|
| 04/14/05 | 1443 | | | | | | |

1443

PRICE WAICUKAUSKI RILEY & DEBROTA, LLC
301 MASSACHUSETTS AVE.
INDIANAPOLIS, IN 46204-2197
PH (317) 633-8787

NATIONAL CITY BANK OF INDIANA
INDIANAPOLIS, INDIANA
20-6-740

| | DATE | CHECK | AMOUNT |
|---|---|---|---|
| | 04/14/05 | 1443 | **$2,523.35 |

***TWO THOUSAND FIVE HUNDRED TWENTY-THREE & 35/100 DOLLARS

PAY
TO THE
ORDER
OF

Henry J. Price
St. Laurent
6849 Grenadier Blvd. #2301
Naples, FL 34108-7223

*signature:* Robert L. Smith

⑈000 1443⑈ ⑆07 L0000 65⑆ 98 28 5 5⑈7 P ⑈

## PRICE WAICUKAUSKI RILEY & DEBROTA, LLC

1443

Vendor: Henry J. Price

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 04/07/05 | No. 10403.02, Sprint v. Smith | | 2279.75 | | 2279.75 |
| 04/07/05 | No. 20039.00, Vioxx General | | 59.37 | | 59.37 |
| 04/08/05 | No. 10414.05, Level 3/Virginia | | 184.23 | | 184.23 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 04/14/05 | 1443 | 2523.35 | 0.00 | 2523.35 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

