Price Waicukauski & Riley
Client ID: 0062196901
Invoice No: 2009110062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| Item: | Alerts | | Date: | 11/27/2009  2:35:03AM | Qty: | 1 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Joy Sarjent | | RecordID: | 42513972 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | Butler CountyCM# Bellamy | | | | | | | |

146004.00  TB

| Item: | Alerts | | Date: | 11/18/2009  4:53:06PM | Qty: | 7 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Joy Sarjent | | RecordID: | 41856571 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | Cuyahoga CountyCM# Horner, John | | | | | | | |

396 325.00  TB

| Item: | Alerts | | Date: | 11/28/2009  4:40:29PM | Qty: | 35 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Erin Amos | | RecordID: | 41752445 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |

20039.00  TB

| Item: | Alerts | | Date: | 11/27/2009  3:58:02AM | Qty: | 1 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Joy Sarjent | | RecordID: | 42517934 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | PhillipsCM# Phillips | | | | | | | |

144913.00  TB

| Item: | Alerts | | Date: | 11/25/2009  12:06:54PM | Qty: | 1 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Joy Sarjent | | RecordID: | 42460774 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | Inland-LewisCM# Inland | | | | | | | |

MR

| Item: | Alerts | | Date: | 11/25/2009  12:06:56PM | Qty: | 2 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Joy Sarjent | | RecordID: | 42383465 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | InlandCM# Szmutko | | | | | | | |

MR

| **Research Fees Total:** | Subtotal: | $90.00 | Tax: | $0.00 | Total: | $90.00 |
|---|---|---|---|---|---|---|

**WEST.**
A Thomson Reuters business

PRICE WAICUKAUSKI RILEY LLC
HAMMOND BLOCK BLDG
301 MASSACHUSETTS AVE
INDIANAPOLIS IN   46204-2108

| INVOICE # 819588122 | WEST INFORMATION CHARGES INVOICE NOV 01, 2009 - NOV 30, 2009 | | PAGE 1 |
|---|---|---|---|
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | 3,611.84 | 252.83 | 3,864.67 |

*BL*
*TB*

*Westlaw.*

**IMPORTANT NEWS**
Go Green with West!!! Help the environment.  Make this the last paper invoice you receive from us.  Sign up for eBilling now and receive an e mail notification when your invoice is available.  Logon to myaccount.west.thomson.com to register or call Customer Service at 1-800-328-4880.
Thank you for your business.
For more information about West, a Thomson Reuters business, or to shop online visit west.thomson.com.

FOR BILLING INFORMATION CALL
   1-800-328-4880

1000130764                 Z

RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| INVOICE # | 819588122 |
| INVOICE DATE | 12/01/2009 |
| ACCOUNT # | 1000130764 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
NOV 01, 2009 - NOV 30, 2009

| | |
|---|---|
| AMOUNT DUE IN USD | 3,864.67 |
| DUE DATE | 12/31/2009 |
| AMOUNT ENCLOSED IN USD | _____ |

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

PRICE WAICUKAUSKI RILEY LLC
HAMMOND BLOCK BLDG
301 MASSACHUSETTS AVE
INDIANAPOLIS IN   46204-2108

0819588122 000000000700000000000 20091201 ZCPG 000386467 0010 1000130764 4

*(handwritten: Westlaw P $31.34 / 1274-09 / research)*

| Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals for Client 2096.00 | | 5 | | | $45.00 | $2.00 | $0.14 | $2.14 | *I.A.* |
| Client 410.00 | | | | | | | | |
| Totals for Included | | 101 | | | $125.00 | $5.55 | $0.39 | $5.94 | |
| Totals for Client 410.00 | | 101 | | | $125.00 | $5.55 | $0.39 | $5.94 | *N/A* |
| Client 6 | | | | | | | | |
| Totals for Included | | 14 | 5 | | $1,061.00 | $47.09 | $3.30 | $50.38 | *N/A* |
| Totals for Client 6 | | 14 | 5 | | $1,061.00 | $47.09 | $3.30 | $50.38 | |
| Client 610 | | | | | | | | |
| Totals for Included | 1,646 | | 2 | 1,546 | $533.99 | $23.70 | $1.66 | $25.36 | *N/A* |
| Totals for Client 610 | 1,646 | | 2 | 1,546 | $533.99 | $23.70 | $1.66 | $25.36 | |
| Client 610.00 | | | | | | | | |
| Totals for Included | | 52 | 1,107 | | $3,307.22 | $146.77 | $10.28 | $157.04 | *TB* |
| Totals for Excluded | | 3 | | | $225.00 | $0.00 | $15.75 | $240.75 | |
| Totals for Client 610.00 | | 55 | 1,107 | | $3,532.22 | $146.77 | $26.03 | $397.79 | |
| Client 610.00 KING | | | | | | | | |
| Totals for Included | 3,854 | | 3,806 | 3,854 | $1,702.15 | $75.54 | $5.29 | $80.82 | *TB* |
| Totals for Client 610.00 KING | 3,854 | | 3,806 | 3,854 | $1,702.15 | $75.54 | $5.29 | $80.82 | *TB* |
| Client 610.00 MEDICAL BILLS CLASS ACTION | | | | | | | | |
| Totals for Included | | 4 | 7,224 | | $968.11 | $42.96 | $3.01 | $45.97 | |
| Totals for Client 610.00 MEDICAL BILLS CLASS ACTION | | 4 | 7,224 | | $968.11 | $42.96 | $3.01 | $45.97 | *TB* |
| Client ACTIQ | | | | | | | | |
| Totals for Included | | 4 | | | $316.50 | $14.05 | $0.98 | $15.03 | |
| Totals for Client ACTIQ | | 4 | | | $316.50 | $14.05 | $0.98 | $15.03 | *TB* |
| Client BAUM | | | | | | | | |
| Totals for Included | | 2 | | | $73.50 | $3.26 | $0.23 | $3.49 | |
| Totals for Client BAUM | | 2 | | | $73.50 | $3.26 | $0.23 | $3.49 | *TB* |
| Client CELEBREX | | | | | | | | |
| Totals for Included | 7,657 | | 2,754 | 7,657 | $3,099.02 | $137.53 | $9.63 | $147.16 | *TB* |
| Totals for Client CELEBREX | 7,657 | | 2,754 | 7,657 | $3,099.02 | $137.53 | $9.63 | $147.16 | *TB* |
| Client HENRY | | | | | | | | |
| Totals for Included | | 1 | 2 | | $103.00 | $4.57 | $0.32 | $4.89 | |
| Totals for Client HENRY | | 1 | 2 | | $103.00 | $4.57 | $0.32 | $4.89 | *N/A* |
| Client JOY | | | | | | | | |
| Totals for Included | | 3 | 1,654 | | $111.94 | $4.97 | $0.35 | $5.32 | |
| Totals for Client JOY | | 3 | 1,654 | | $111.94 | $4.97 | $0.35 | $5.32 | *N/A* |
| Client PIPES | | | | | | | | |
| Totals for Included | | 10 | | | $730.50 | $32.42 | $2.27 | $34.69 | |
| Totals for Client PIPES | | 10 | | | $730.50 | $32.42 | $2.27 | $34.69 | *TB* |
| Client SPARKS | | | | | | | | |
| Totals for Included | 3,317 | | | 3,317 | $553.02 | $24.54 | $1.72 | $26.26 | |
| Totals for Client SPARKS | 3,317 | | | 3,317 | $553.02 | $24.54 | $1.72 | $26.26 | *TB* |
| Client STATE FARM | | | | | | | | |
| Totals for Included | 6,424 | 15 | 44 | 6,424 | $1,427.02 | $63.33 | $4.43 | $67.76 | |
| Totals for Client STATE FARM | 6,424 | 15 | 44 | 6,424 | $1,427.02 | $63.33 | $4.43 | $67.76 | *TB* |
| Client USP | | | | | | | | |
| Totals for Included | 4,877 | 8 | 417 | 4,877 | $1,626.44 | $72.18 | $5.05 | $77.23 | |
| Totals for Client USP | 4,877 | 8 | 417 | 4,877 | $1,626.44 | $72.18 | $5.05 | $77.23 | *TB* |
| Client VIOXX | | | | | | | | |
| Totals for Included | | 14 | | | $660.00 | $29.29 | $2.05 | $31.34 | *TB* |
| Totals for Client VIOXX | | 14 | | | $660.00 | $29.29 | $2.05 | $31.34 | *TB* |
| Client YAZI | | | | | | | | |
| Totals for Included | | 8 | | | $384.75 | $17.07 | $1.20 | $18.27 | |
| Totals for Client YAZI | | 8 | | | $384.75 | $17.07 | $1.20 | $18.27 | *TB* |
| Totals for Account: 1000130764 | 191,118 | 668 | 45,209 | 191,133 | $81,612.98 | $3,611.84 | $268.59 | $4,105.43 | |
| Report Totals - Included | 191,118 | 665 | 45,209 | 191,133 | $81,387.98 | $3,611.84 | $252.84 | $3,864.68 | |
| Report Totals - Excluded | | 3 | | | $225.00 | $0.00 | $15.75 | $240.75 | |
| Report Totals | 191,118 | 668 | 45,209 | 191,133 | $81,612.98 | $3,611.84 | $268.59 | $4,105.43 | |

*(handwritten "King" next to Client 610.00 Totals for Excluded row)*

Vioxx  # 15.00  1-11-10

Price Waicukauski & Riley
Client ID:      0062196901
Invoice No:    2009120062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| | | | | | |
|---|---|---|---|---|---|
| Item: | Alerts | Date: | 12/30/2009 1:49:34PM | Qty: | 2 |
| Purchased By: | Joy Sarjent | RecordID: | 43360318 | Fee: | $15.00 |
| Court Name: | Alerts | | | Tax: | $0.00 |
| Case Number: | | Case Style: | | Total: | $15.00 |
| Doc Title: | | | | | |
| Description: | Butler CountyCM# Bellamy | | | | |

TB

| | | | | | |
|---|---|---|---|---|---|
| Item: | Alerts | Date: | 12/31/2009 11:36:51AM | Qty: | 10 |
| Purchased By: | Joy Sarjent | RecordID: | 42745042 | Fee: | $15.00 |
| Court Name: | Alerts | | | Tax: | $0.00 |
| Case Number: | | Case Style: | | Total: | $15.00 |
| Doc Title: | | | | | |
| Description: | Cuyahoga CountyCM# Horner, John | | | | |

TB

| | | | | | |
|---|---|---|---|---|---|
| Item: | Alerts | Date: | 12/30/2009 2:52:17PM | Qty: | 24 |
| Purchased By: | Erin Amos | RecordID: | 42599643 | Fee: | $15.00 |
| Court Name: | Alerts | | | Tax: | $0.00 |
| Case Number: | | Case Style: | | Total: | $15.00 |
| Doc Title: | | | | | |
| Description: | VioxxCM# 20039.00 | | | | |

TB

| | | | | | |
|---|---|---|---|---|---|
| Item: | Alerts | Date: | 12/22/2009 2:04:24PM | Qty: | 1 |
| Purchased By: | Joy Sarjent | RecordID: | 43279166 | Fee: | $15.00 |
| Court Name: | Alerts | | | Tax: | $0.00 |
| Case Number: | | Case Style: | | Total: | $15.00 |
| Doc Title: | | | | | |
| Description: | PhillipsCM# Phillips | | | | |

M.R.

| | | | | | |
|---|---|---|---|---|---|
| Item: | Alerts | Date: | 12/23/2009 9:48:56AM | Qty: | 3 |
| Purchased By: | Joy Sarjent | RecordID: | 43192815 | Fee: | $15.00 |
| Court Name: | Alerts | | | Tax: | $0.00 |
| Case Number: | | Case Style: | | Total: | $15.00 |
| Doc Title: | | | | | |
| Description: | Inland-LewisCM# Inland_ | | | | |

M.R.

| | | | | | |
|---|---|---|---|---|---|
| Item: | Alerts | Date: | 12/23/2009 9:48:57AM | Qty: | 3 |
| Purchased By: | Joy Sarjent | RecordID: | 43192829 | Fee: | $15.00 |
| Court Name: | Alerts | | | Tax: | $0.00 |
| Case Number: | | Case Style: | | Total: | $15.00 |
| Doc Title: | | | | | |
| Description: | InlandCM# Szmutko | | | | |

M.R.

| Research Fees Total: | Subtotal: | $90.00 | Tax: | $0.00 | Total: | $90.00 |
|---|---|---|---|---|---|---|

*VioXX $ 15.00   2-9-10*

Price Waicukauski & Riley
Client ID:      0062196901
Invoice No:     2010010062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| | | | | | |
|---|---|---|---|---|---|
| Item: | Alerts | Date: | 1/27/2010 2:29:31AM | Qty: 1 | Fee: $15.00 |
| Purchased By: | Joy Sarjent | RecordID: | 44318961 | | Tax: $0.00 |
| Court Name: | Alerts | | | | Total: $15.00  *TB* |
| Case Number: | | Case Style: | | | |
| Doc Title: | | | | | |
| Description: | Butler CountyCM# Bellamy | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Item: | Alerts | Date: | 1/28/2010 9:10:01PM | Qty: 23 | Fee: $15.00 |
| Purchased By: | Joy Sarjent | RecordID: | 43784522 | | Tax: $0.00 |
| Court Name: | Alerts | | | | Total: $15.00  *TB* |
| Case Number: | | Case Style: | | | |
| Doc Title: | | | | | |
| Description: | Cuyahoga CountyCM# Horner, John | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Item: | Alerts | Date: | 1/29/2010 8:54:14PM | Qty: 21 | Fee: $15.00 |
| Purchased By: | Erin Amos | RecordID: | 43602635 | | Tax: $0.00 |
| Court Name: | Alerts | | | | Total: $15.00  *TB* |
| Case Number: | | Case Style: | | | |
| Doc Title: | | | | | |
| Description: | VioxxCM# 20039.00  *X* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Item: | Alerts | Date: | 1/27/2010 3:44:51AM | Qty: 1 | Fee: $15.00 |
| Purchased By: | Joy Sarjent | RecordID: | 44321001 | | Tax: $0.00 |
| Court Name: | Alerts | | | | Total: $15.00  *m.* |
| Case Number: | | Case Style: | | | |
| Doc Title: | | | | | |
| Description: | PhillipsCM# Phillips | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Item: | Alerts | Date: | 1/29/2010 4:50:40PM | Qty: 2 | Fee: $15.00 |
| Purchased By: | Joy Sarjent | RecordID: | 44325509 | | Tax: $0.00 |
| Court Name: | Alerts | | | | Total: $15.00 |
| Case Number: | | Case Style: | | | |
| Doc Title: | | | | | *m.R.* |
| Description: | Inland-LewisCM# Inland | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Item: | Alerts | Date: | 1/29/2010 4:50:48PM | Qty: 2 | Fee: $15.00 |
| Purchased By: | Joy Sarjent | RecordID: | 44325510 | | Tax: $0.00 |
| Court Name: | Alerts | | | | Total: $15.00 |
| Case Number: | | Case Style: | | | |
| Doc Title: | | | | | *m.R* |
| Description: | InlandCM# Szmutko | | | | |

| Research Fees Total: | | Subtotal: $90.00 | Tax: $0.00 | Total: $90.00 |
|---|---|---|---|---|

Invoice No 705428
Invoice Date 01/27/2010
Customer # 0W907207150
Customer PRICE WAICUKAUSKI & RILEY
Page 3 of 4

2-10-10

**Worldwide EXPRESS®**

| AIRBILL NUMBER ORIGIN/DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER | CUSTOMER NUMBER RECEIVER ATTENTION | WGT-REC AT #PCS CHG WGT WGT CODE-ZONE | CHG TYPE | CHARGE AMOUNT | DISCOUNT PRICE | LIST PRICE |
|---|---|---|---|---|---|---|---|
| 1Z002239019- 3697498 01/21/2010 SHIPPER SHIPPING CHARGE CORRECTION | PRICE WAICUKAUSKI & RILEY 301 MASSACHUSETTS AVENUE INDIANAPOLIS IN ERIN AMOS 17470.02 | JERRY STARR 2524 CLOVER LN BEDFORD IN 47421 FLOOR-APTSUITE- A | LX 1 0 000 | 007 | 13.50 | 13.50 | 13.50 |
| 1Z002239129- 1961685 01/23/2010 SHIPPER UNDELIVERABLE RETURNED | JERRY STARR 2329 CLOVER LANE BEDFORD IN 47421 JERRY STARR 17470.02 | PRICE WAICUKAUSKI & RILEY 301 MASSACHUSETTS AVE INDIANAPOLIS IN 46204 | 1 1 2 302 | 3DS FUE | 7.71 0.54 | 8.25 | 10.32 |
| 1Z002239129- 3697495 01/23/2010 SHIPPER UNDELIVERABLE RETURNED | NA 2524 CLOVER LN BEDFORD IN 47421 17470.02 | PRICE WAICUKAUSKI & RILEY 301 MASSACHUSETTS AVE INDIANAPOLIS IN 46204 Total Bill Ref ---> | 1 1 2 302 | 3DS FUE | 7.71 0.54 | 8.25 91.92 | 10.32 |
| 1Z002239019- 8265374 01/21/2010 SHIPPER | PRICE WAICUKAUSKI & RILEY 301 MASSACHUSETTS AVENUE INDIANAPOLIS IN 46204 MARY LLEWELLYN 17560.00 | MORGAN LEWIS & BOCKIUS LLP 1701 MARKET STREET PHILADELPHIA PA 19103 RANDALL UNDERCOFLER | LX 1 0 104 | EXP FUE | 24.19 1.70 Total Bill Ref ---> | 25.89 25.89 | 32.36 |
| 1Z002239019- 0350474 01/11/2010 SHIPPER | PRICE WAICUKAUSKI & RILEY 301 MASSACHUSETTS AVENUE INDIANAPOLIS IN 46204 ERIN AMOS 20039.00 | U.S.D.C.- E.D. OF LA 500 POYDRAS STREET, ROOM C NEW ORLEANS LA 70130 VIOXX | LX 1 0 105 | EXP FUE | 25.53 1.79 Total Bill Ref ---> | 27.32 27.32 | 34.15 |
| 1Z002239019- 3717659 01/06/2010 SHIPPER | PRICE WAICUKAUSKI & RILEY 301 MASSACHUSETTS AVENUE INDIANAPOLIS IN 46204 ERIN AMOS 20039.01 | KENNETH HUGHES 5880 SHERIDAN COURT COLUMBUS IN 47203 KENNETH HUGHES | LX 1 0 102 | EXP REP FUE | 17.62 2.50 1.41 | 21.53 | 26.24 |
| 1Z002239019- 1304960 01/13/2010 SHIPPER | PRICE WAICUKAUSKI & RILEY 301 MASSACHUSETTS AVENUE INDIANAPOLIS IN 46204 ERIN AMOS 20039.01 | GAIL TOMASZEWSKI-KOPF 12905 CARONDOLET CHICAGO IL 60633 GAIL TOMASZEWSKI-KOP | LX 1 0 102 | EXP REP FUE | 17.62 2.50 1.41 Total Bill Ref ---> | 21.53 43.06 | 26.24 |
| 1Z002239019- 2389573 01/20/2010 SHIPPER | PRICE WAICUKAUSKI & RILEY 301 MASSACHUSETTS AVENUE INDIANAPOLIS IN 46204 VALERIE BLOOM 20083.00 | OREGON COUNTY PROSECUTING COURTHOUSE SQUARE ALTON MO 65606 FRED O'NEILL | 10 1 12 2 104 | EXP 010 FUE | 78.65 1.70 5.63 | 85.98 | 107.02 |

WWE Indianapolis    TG
5975 CASTLE CREEK PKWY SUITE 170
INDIANAPOLIS IN 46250
CUSTOMER SERVICE (317) 585-1400

007 - Address Correction
10 - 10:30 Delivery Service
EXP - Express
LX - Letter

010 - Delivery Area Surcharge
3DS - 3rd Day
FUE - Fuel Surcharge
REP - Residential Surcharge

**WEST®**
A Thomson Reuters business

PRICE WAICUKAUSKI RILEY LLC
HAMMOND BLOCK BLDG
301 MASSACHUSETTS AVE
INDIANAPOLIS IN  46204-2108

$10.32   2-22-10

ViOXX

| INVOICE # 819994218 | WEST INFORMATION CHARGES INVOICE JAN 01, 2010 - JAN 31, 2010 | | PAGE 1 |
|---|---|---|---|
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | 3,386.84 | 237.08 | 3,623.92 |

*Westlaw*

**IMPORTANT NEWS**
Go Green with WestIII Help the environment.  Make this the last paper invoice you receive from us.  Sign up for eBilling now and receive an
e mail notification when your invoice is available.  Logon to myaccount.west.thomson.com to register or call Customer Service at
1-800-328-4880.
Thank you for your business.
For more information about West, a Thomson Reuters business, or to shop online visit west.thomson.com.

FOR BILLING INFORMATION CALL                                        1000130764                              Z
     1-800-328-4880

RETURN BOTTOM PORTION WITH PAYMENT

| INVOICE # | 819994218 |
|---|---|
| INVOICE DATE | 02/01/2010 |
| ACCOUNT # | 1000130764 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JAN 01, 2010 - JAN 31, 2010

AMOUNT DUE IN USD          3,623.92   BLw
DUE DATE          03/03/2010
AMOUNT ENCLOSED IN USD   3623.92

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

PRICE WAICUKAUSKI RILEY LLC
HAMMOND BLOCK BLDG
301 MASSACHUSETTS AVE
INDIANAPOLIS IN  46204-2108

0819994218 0000000000000000000000 20100201 ZCPG 000362392 0010 1000130764 1

PRICE WAICUKAUSKI RILEY LLC
HAMMOND BLOCK BLDG
301 MASSACHUSETTS AVE
INDIANAPOLIS IN 46204-2108

**IMPORTANT NEWS**
Thank you for your business.
For more information about West, a Thomson Reuters business, or to shop online visit west.thomson.com.

| | | CHARGE | TAX | TOTAL CHARGE |
|---|---|---|---|---|
| INVOICE # 819994218<br>POSTING # 6064268952 | **BILLING SUMMARY**<br>JAN 01, 2010 - JAN 31, 2010 | | | **PAGE**<br>1 |
| DESCRIPTION | UNITS | IN USD | IN USD | IN USD |
| DETAIL OF CHARGES | | | | |
| | | | | |
| **RESULTSPLUS ACCESS METHOD-WPack** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE ALLOCATION | | 271.58 | 19.01 | 290.59 |
| COMMUNICATION ALLOCATION | | 17.33 | 1.21 | 18.54 |
| TOTAL MONTHLY CHARGES | | 288.91S | 20.22S | 309.13S |
| TOTAL RESULTSPLUS ACCESS METHOD-WPack CHARGES | | **288.91SG** | **20.22SG** | **309.13SG** |
| | | | | |
| **CUSTOM LITIGATOR PACKAGE** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE ALLOCATION | | 2,912.06 | 203.85 | 3,115.91 |
| COMMUNICATION ALLOCATION | | 185.87 | 13.01 | 198.88 |
| TOTAL MONTHLY CHARGES | | 3,097.93S | 216.86S | 3,314.79S |
| TOTAL CUSTOM LITIGATOR PACKAGE CHARGES | | **3,097.93SG** | **216.86SG** | **3,314.79SG** |
| | | | | |
| TOTAL DETAIL OF CHARGES | | **3,386.84SG** | **237.08SG** | **3,623.92SG** |
| | | | | |
| TOTAL WEST INFORMATION CHARGES | | **3,386.84G** | **237.08G** | **3,623.92G** |
| | | | | |
| DETAIL OF INCLUDED USAGE | | | | |
| (FOR INFORMATIONAL PURPOSES ONLY) | | | | |
| | | | | |
| **SUBSCRIPTION USAGE** | | | | |
| WESTLAW USAGE CHARGES | | | | |
| HOURLY DATABASE | 59:20:43 | 50,194.63 | * * * * * | * * * * * |
| TRANSACTIONAL SEARCHES | 538 | 52,054.00 | * * * * * | * * * * * |
| TRANSACTIONAL MULTI-SEARCHES | 47 | 3,953.70 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE FINDS | 506 | 9,575.00 | * * * * * | * * * * * |
| COMMUNICATIONS | 59:20:54 | 771.60 | * * * * * | * * * * * |
| HOURLY CONNECT | 59:20:54 | 2,491.84 | * * * * * | * * * * * |
| OFFLINE TRANSMISSION | | | | |
| WESTLAW LINES | 48,954 | 2,203.15 | * * * * * | * * * * * |
| WESTLAW DOCUMENTS | 150 | 2,250.00 | * * * * * | * * * * * |
| PRINT IMAGES | 2 | 0.00 | * * * * * | * * * * * |
| TOTAL OFFLINE TRANSMISSION | 49,106 | 4,453.15 | * * * * * | * * * * * |
| ALERT SERVICES | 133 | 81.00 | * * * * * | * * * * * |
| TRANSACTIONAL ONLINE CITATION CHECKING | 54 | 337.50 | * * * * * | * * * * * |
| TOTAL WESTLAW USAGE CHARGES | | 123,912.42S | * * * * * | * * * * * |
| | | | | |
| TOTAL DETAIL OF INCLUDED USAGE | | 123,912.42G | * * * * * | * * * * * |

Z

**Account:** PRICE WAICUKAUSKI RILEY LLC, INDIANAPOLIS IN (1000130764)

**Date Range:** January 01, 2010 - January 31, 2010

**Report Format:** CLIENT USAGE COMPARED TO MONTHLY CHARGE

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge | |
|---|---|---|---|---|---|---|---|---|---|
| Account: 1000130764 | | | | | | | | | |
| Client 140000.00 | | | | | | | | | |
| Totals for Included | | 44 | 4 | | $2,017.80 | $55.15 | $3.86 | $59.01 | |
| Totals for Client 140000.00 | | 44 | 4 | | $2,017.80 | $55.15 | $3.86 | $59.01 | ✓ |
| Client 15515.02 | | | | | | | | | |
| Totals for Included | | 10 | | | $912.00 | $24.93 | $1.74 | $26.67 | |
| Totals for Client 15515.02 | | 10 | | | $912.00 | $24.93 | $1.74 | $26.67 | ✓ |
| Client 15800 | | | | | | | | | |
| Totals for Included | | 107 | 4,712 | | $1,991.05 | $54.42 | $3.81 | $58.23 | |
| Totals for Client 15800 | | 107 | 4,712 | | $1,991.05 | $54.42 | $3.81 | $58.23 | ✓ |
| Client 15820.00 | | | | | | | | | |
| Totals for Included | | 1 | 1,072 | | $60.74 | $1.66 | $0.12 | $1.78 | |
| Totals for Client 15820.00 | | 1 | 1,072 | | $60.74 | $1.66 | $0.12 | $1.78 | ✓ |
| Client 15820.01 | | | | | | | | | |
| Totals for Included | | 2 | 351 | | $89.30 | $2.44 | $0.17 | $2.61 | |
| Totals for Client 15820.01 | | 2 | 351 | | $89.30 | $2.44 | $0.17 | $2.61 | ✓ |
| Client 15875.00 | | | | | | | | | |
| Totals for Included | | 354 | 37 | | $28,136.25 | $769.03 | $53.84 | $822.87 | |
| Totals for Client 15875.00 | | 354 | 37 | | $28,136.25 | $769.03 | $53.84 | $822.87 | ✓ |
| Client 16060 | | | | | | | | | |
| Totals for Included | 61,769 | | 35 | 61,769 | $18,277.26 | $499.68 | $34.97 | $534.63 | |
| Totals for Client 16060 | 61,769 | | 35 | 61,769 | $18,277.26 | $499.68 | $34.97 | $534.63 | ✓ |
| Client 16060.0 | | | | | | | | | |
| Totals for Included | 38 | | | 38 | $7.52 | $0.21 | $0.01 | $0.22 | |
| Totals for Client 16060.0 | 38 | | | 38 | $7.52 | $0.21 | $0.01 | $0.22 | ✓ |
| Client 16060.00 | | | | | | | | | |
| Totals for Included | 2,494 | 30 | 4,398 | 2,494 | $2,597.68 | $71.00 | $4.97 | $75.97 | |
| Totals for Client 16060.00 | 2,494 | 30 | 4,398 | 2,494 | $2,597.68 | $71.00 | $4.97 | $75.97 | ✓ |
| Client 17455.00 | | | | | | | | | |
| Totals for Included | | 23 | | | $718.00 | $19.62 | $1.37 | $21.00 | |
| Totals for Client 17455.00 | | 23 | | | $718.00 | $19.62 | $1.37 | $21.00 | ✓ |
| Client 17556.00 | | | | | | | | | |
| Totals for Included | | 15 | 1 | | $348.50 | $9.53 | $0.67 | $10.19 | N/A |
| Totals for Client 17556.00 | | 15 | 1 | | $348.50 | $9.53 | $0.67 | $10.19 | |
| Client 17560.00 | | | | | | | | | |
| Totals for Included | | 8 | 1 | | $996.00 | $27.22 | $1.91 | $29.13 | |
| Totals for Client 17560.00 | | 8 | 1 | | $996.00 | $27.22 | $1.91 | $29.13 | ✓ |
| Client 17775.00 | | | | | | | | | |
| Totals for Included | | 64 | 1 | | $2,165.75 | $59.20 | $4.14 | $63.34 | |
| Totals for Client 17775.00 | | 64 | 1 | | $2,165.75 | $59.20 | $4.14 | $63.34 | ✓ |
| Client 17800.00 | | | | | | | | | |
| Totals for Included | | 4 | | | $266.00 | $7.27 | $0.51 | $7.78 | |
| Totals for Client 17800.00 | | 4 | | | $266.00 | $7.27 | $0.51 | $7.78 | ✓ |
| Client 20014 | | | | | | | | | |
| Totals for Included | | 32 | | | $9.00 | $0.25 | $0.02 | $0.26 | |
| Totals for Client 20014 | | 32 | | | $9.00 | $0.25 | $0.02 | $0.26 | N/A |
| Client 20014.0 | | | | | | | | | |
| Totals for Included | | 4 | | | $36.00 | $0.98 | $0.07 | $1.05 | |
| Totals for Client 20014.0 | | 4 | | | $36.00 | $0.98 | $0.07 | $1.05 | N/A |
| Client 20072.00 | | | | | | | | | |
| Totals for Included | 6,005 | 26 | 2 | 6,005 | $2,169.32 | $59.29 | $4.15 | $63.44 | |
| Totals for Client 20072.00 | 6,005 | 26 | 2 | 6,005 | $2,169.32 | $59.29 | $4.15 | $63.44 | ✓ |
| Client 20072.01 | | | | | | | | | |
| Totals for Included | 7,425 | | 3 | 7,430 | $2,279.09 | $62.29 | $4.36 | $66.65 | |
| Totals for Client 20072.01 | 7,425 | | 3 | 7,430 | $2,279.09 | $62.29 | $4.36 | $66.65 | ✓ |
| Client 20075 | | | | | | | | | |
| Totals for Included | 2,847 | | | 2,847 | $434.18 | $11.87 | $0.83 | $12.70 | |
| Totals for Client 20075 | 2,847 | | | 2,847 | $434.18 | $11.87 | $0.83 | $12.70 | ✓ |
| Client 20075.00 | | | | | | | | | |
| Totals for Included | | 2 | 1,983 | | $107.99 | $2.95 | $0.21 | $3.16 | |
| Totals for Client 20075.00 | | 2 | 1,983 | | $107.99 | $2.95 | $0.21 | $3.16 | ✓ |
| Client 20082.00 | | | | | | | | | |
| Totals for Included | | 2 | 1 | | $137.00 | $3.74 | $0.26 | $4.01 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Totals for Client 20082.00 | | 2 | 1 | | $137.00 | $3.74 | $0.26 | $4.01 | ✓ |
| Client 20083.00 | | | | | | | | | |
| Totals for Included | | 170 | 10 | | $9,133.20 | $249.63 | $17.48 | $267.11 | ✓ |
| Totals for Client 20083.00 | | 170 | 10 | | $9,133.20 | $249.63 | $17.48 | $267.11 | |
| Client 20087.00 | | | | | | | | | |
| Totals for Included | | 47 | 11 | | $2,716.50 | $74.25 | $5.20 | $79.45 | ✓ |
| Totals for Client 20087.00 | | 47 | 11 | | $2,716.50 | $74.25 | $5.20 | $79.45 | |
| Client 2096.00 | | | | | | | | | |
| Totals for Included | | 4 | | | $36.00 | $0.98 | $0.07 | $1.05 | N/A |
| Totals for Client 2096.00 | | 4 | | | $36.00 | $0.98 | $0.07 | $1.05 | |
| Client 30083.00 | | | | | | | | | |
| Totals for Included | | 13 | 1 | | $517.00 | $14.13 | $0.99 | $15.12 | |
| Totals for Client 30083.00 | | 13 | 1 | | $517.00 | $14.13 | $0.99 | $15.12 | |
| Client 410 | | | | | | | | | |
| Totals for Included | 20,283 | | 13 | 20,283 | $6,471.15 | $176.87 | $12.38 | $189.25 | N/A |
| Totals for Client 410 | 20,283 | | 13 | 20,283 | $6,471.15 | $176.87 | $12.38 | $189.25 | |
| Client 410.00 | | | | | | | | | |
| Totals for Included | | 174 | 6 | | $4,942.25 | $135.08 | $9.46 | $144.54 | N/A |
| Totals for Client 410.00 | | 174 | 6 | | $4,942.25 | $135.08 | $9.46 | $144.54 | |
| Client 410.01 | | | | | | | | | |
| Totals for Included | | 1 | 484 | | $34.28 | $0.94 | $0.07 | $1.00 | N/A |
| Totals for Client 410.01 | | 1 | 484 | | $34.28 | $0.94 | $0.07 | $1.00 | |
| Client 530.01 | | | | | | | | | |
| Totals for Included | 8,257 | | 14,122 | 8,257 | $3,655.50 | $99.91 | $6.99 | $106.91 | N/A |
| Totals for Client 530.01 | 8,257 | | 14,122 | 8,257 | $3,655.50 | $99.91 | $6.99 | $106.91 | |
| Client 610 | | | | | | | | | |
| Totals for Included | 10,165 | | 12 | 10,165 | $2,762.12 | $75.50 | $5.28 | $80.78 | N/A |
| Totals for Client 610 | 10,165 | | 12 | 10,165 | $2,762.12 | $75.50 | $5.28 | $80.78 | |
| Client 610 MOITY | | | | | | | | | |
| Totals for Included | 1,056 | | | 1,056 | $415.32 | $11.35 | $0.79 | $12.15 | ✓ |
| Totals for Client 610 MOITY | 1,056 | | | 1,056 | $415.32 | $11.35 | $0.79 | $12.15 | |
| Client 610.00 | | | | | | | | | |
| Totals for Included | 918 | 93 | 10,871 | 918 | $5,791.19 | $158.29 | $11.08 | $169.37 | N/A |
| Totals for Client 610.00 | 918 | 93 | 10,871 | 918 | $5,791.19 | $158.29 | $11.08 | $169.37 | |
| Client 610.00 BRIGHT | | | | | | | | | |
| Totals for Included | 879 | | 1,135 | 879 | $296.77 | $8.11 | $0.57 | $8.68 | ✓ |
| Totals for Client 610.00 BRIGHT | 879 | | 1,135 | 879 | $296.77 | $8.11 | $0.57 | $8.68 | |
| Client 610.00 AT&T | | | | | | | | | |
| Totals for Included | | 56 | 11 | | $4,504.60 | $123.12 | $8.62 | $131.74 | ✓ |
| Totals for Client 610.00 AT&T | | 56 | 11 | | $4,504.60 | $123.12 | $8.62 | $131.74 | |
| Client 610.00 BRIGHT | | | | | | | | | |
| Totals for Included | 870 | | 1,763 | 870 | $371.88 | $10.16 | $0.71 | $10.88 | ✓ |
| Totals for Client 610.00 BRIGHT | 870 | | 1,763 | 870 | $371.88 | $10.16 | $0.71 | $10.88 | |
| Client ACTIQ | | | | | | | | | |
| Totals for Included | 25,509 | | 2,880 | 25,509 | $7,866.85 | $215.08 | $15.05 | $230.13 | ✓ |
| Totals for Client ACTIQ | 25,509 | | 2,880 | 25,509 | $7,866.85 | $215.08 | $15.05 | $230.13 | |
| Client BINGHAM | | | | | | | | | |
| Totals for Included | 9,001 | | 211 | 9,001 | $1,501.36 | $41.04 | $2.87 | $43.91 | ✓ |
| Totals for Client BINGHAM | 9,001 | | 211 | 9,001 | $1,501.36 | $41.04 | $2.87 | $43.91 | |
| Client HOLIDAY PROPERTIES | | | | | | | | | |
| Totals for Included | 2,438 | | | 2,438 | $386.85 | $10.57 | $0.74 | $11.31 | ✓ |
| Totals for Client HOLIDAY PROPERTIES | 2,438 | | | 2,438 | $386.85 | $10.57 | $0.74 | $11.31 | |
| Client HOLLADAY | | | | | | | | | |
| Totals for Included | | 2 | | | $122.00 | $3.33 | $0.23 | $3.57 | ✓ |
| Totals for Client HOLLADAY | | 2 | | | $122.00 | $3.33 | $0.23 | $3.57 | |
| Client POTENTIAL | | | | | | | | | |
| Totals for Included | 2,860 | | | 2,860 | $426.47 | $11.66 | $0.82 | $12.47 | N/A |
| Totals for Client POTENTIAL | 2,860 | | | 2,860 | $426.47 | $11.66 | $0.82 | $12.47 | |
| Client RADCLIFF | | | | | | | | | |
| Totals for Included | 12,100 | | | 12,100 | $1,902.44 | $52.00 | $3.64 | $55.64 | ✓ |
| Totals for Client RADCLIFF | 12,100 | | | 12,100 | $1,902.44 | $52.00 | $3.64 | $55.64 | |
| Client RADCLIFFE | | | | | | | | | |
| Totals for Included | 1,124 | | 3,434 | 1,124 | $322.16 | $8.81 | $0.62 | $9.42 | ✓ |
| Totals for Client RADCLIFFE | 1,124 | | 3,434 | 1,124 | $322.16 | $8.81 | $0.62 | $9.42 | |
| Client SPARKS | | | | | | | | | |
| Totals for Included | 26,488 | | 478 | 26,488 | $4,061.73 | $111.02 | $7.77 | $118.79 | ✓ |
| Totals for Client SPARKS | 26,488 | | 478 | 26,488 | $4,061.73 | $111.02 | $7.77 | $118.79 | |
| Client STATE FARM | | | | | | | | | |
| Totals for Included | 7,636 | | 1,066 | 7,636 | $1,371.18 | $37.48 | $2.62 | $40.10 | ✓ |
| Totals for Client STATE FARM | 7,636 | | 1,066 | 7,636 | $1,371.18 | $37.48 | $2.62 | $40.10 | |
| Client TEST | | | | | | | | | |
| Totals for Included | 39 | | | 39 | $5.81 | $0.16 | $0.01 | $0.17 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals for Client TEST | 39 | | | 39 | $5.81 | $0.16 | $0.01 | $0.17 N/A |
| Client VIOXX RICOS | | | | | | | | |
| Totals for Included | 2,192 | | | 2,192 | $352.91 | $9.65 | $0.68 | $10.32 ✓ |
| Totals for Client VIOXX RICOS | 2,192 | | | 2,192 | $352.91 | $9.65 | $0.68 | $10.32 |
| Client YAMAHA | | | | | | | | |
| Totals for Included | 1,250 | | | 1,256 | $186.46 | $5.10 | $0.36 | $5.45 |
| Totals for Client YAMAHA | 1,250 | | | 1,256 | $186.46 | $5.10 | $0.36 | $5.45 ✓ |
| Totals for Account 1000130764 | 213,643 | 1,278 | 49,106 | 213,654 | $123,912.42 | $3,386.84 | $237.10 | $3,623.94 |
| Report Totals - Included | 213,643 | 1,278 | 49,106 | 213,654 | $123,912.42 | $3,386.84 | $237.10 | $3,623.94 |
| Report Totals | 213,643 | 1,278 | 49,106 | 213,654 | $123,912.42 | $3,386.84 | $237.10 | $3,623.94 |

*Vioxx   2 3-5-10   #15.00*

Price Waicukauski & Riley
Client ID:      0062196901
Invoice No:     2010020062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item: | Alerts | | Date: | 2/27/2010  2:28:07AM | Qty: | 1 | Fee: $15.00 |
| Purchased By: | Joy Sarjent | | RecordID: | 45454560 | | | Tax: $0.00 |
| Court Name: | Alerts | | | | | | Total: $15.00 |
| Case Number: | | Case Style: | | | | | TB |
| Doc Title: | | | | | | | |
| Description: | Butler CountyCM# Bellamy | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item: | Alerts | | Date: | 2/10/2010  2:21:37PM | Qty: | 6 | Fee: $15.00 |
| Purchased By: | Joy Sarjent | | RecordID: | 44500877 | | | Tax: $0.00 |
| Court Name: | Alerts | | | | | | Total: $15.00 |
| Case Number: | | Case Style: | | | | | TB ✓ |
| Doc Title: | | | | | | | |
| Description: | Cuyahoga CountyCM# Horner, John | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item: | Alerts | | Date: | 2/25/2010  3:18:23PM | Qty: | 13 | Fee: $15.00 |
| Purchased By: | Erin Amos | | RecordID: | 44522178 | | | Tax: $0.00 |
| Court Name: | Alerts | | | | | | Total: $15.00 |
| Case Number: | | Case Style: | | | | | TB. |
| Doc Title: | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item: | Alerts | | Date: | 2/4/2010  5:44:28PM | Qty: | 1 | Fee: $15.00 |
| Purchased By: | Joy Sarjent | | RecordID: | 44688732 | | | Tax: $0.00 |
| Court Name: | Alerts | | | | | | Total: $15.00 |
| Case Number: | | Case Style: | | | | | MF to reimb |
| Doc Title: | | | | | | | |
| Description: | Inland-LewisCM# Inland | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item: | Alerts | | Date: | 2/4/2010  5:42:35PM | Qty: | 1 | Fee: $15.00 |
| Purchased By: | Joy Sarjent | | RecordID: | 44688642 | | | Tax: $0.00 |
| Court Name: | Alerts | | | | | | Total: $15.00 |
| Case Number: | | Case Style: | | | | | MR to reimburse |
| Doc Title: | | | | | | | |
| Description: | InlandCM# Szmutko | | | | | | |

## Research Fees Total:

| | | | | | | |
|---|---|---|---|---|---|---|
| | Subtotal: $75.00 | Tax: $0.00 | | | Total: | $75.00 |

*Vioxx 4-5-10*
*#15,00*

**Price Waicukauski & Riley**
Client ID:          0062196901
Invoice No:         2010030062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item: | Alerts | | | Date: | 3/31/2010 7:09:20PM | Qty: 25 | Fee: $15.00 |
| Purchased By: | Erin Amos | | | RecordID: | 45546712 | | Tax: $0.00 |
| Court Name: | Alerts | | | | | | Total: $15.00 |
| Case Number: | | Case Style: | | | | | |
| Doc Title: | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | |

| **Research Fees Total:** | Subtotal: $15.00 | Tax: $0.00 | Total: $15.00 |
|---|---|---|---|

*TB*

**Price Walcukauski & Riley**
Client ID:      0062196901
Invoice No:     2010040062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| Item: | Alerts | | Date: | 4/30/2010  2:05:01PM | Qty: | 11 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Erin Amos | | RecordID: | 46848115 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |

| Research Fees Total: | Subtotal: | $15.00 | Tax: | $0.00 | Total: | $15.00 |
|---|---|---|---|---|---|---|

Vioxx 6-4-10   #15.00

Price Walcukauskl & Riley
Client ID:      0062196901
Invoice No:    2010050062196901

## LexisNexis® File & Serve Invoice

## Research Fees

| Item: | Alerts | | Date: | 5/25/2010 6:47:39PM | Qty: | 9 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Erin Amos | | RecordID: | 47893085 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00  TB |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |

| Item: | Alerts | | Date: | 5/20/2010 4:22:34PM | Qty: | 1 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Joy Sarjent | | RecordID: | 48550761 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00  TB |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | |

| Research Fees Total: | | Subtotal: | $30.00 | Tax: | $0.00 | Total: | $30.00 |
|---|---|---|---|---|---|---|---|

Price Waicukauski & Riley
Client ID:      0062196901
Invoice No:     2010060062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| Item: | Alerts | | Date: | 6/30/2010 5:24:11PM | Qty: | 11 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Erin Amos | | RecordID: | 48937152 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |

TB

| Item: | Alerts | | Date: | 6/23/2010 1:23:20PM | Qty: | 4 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Joy Sarjent | | RecordID: | 49128779 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | |

TB

## Research Fees Total:

| | Subtotal: | $30.00 | Tax: | $0.00 | Total: | $30.00 |
|---|---|---|---|---|---|---|

$15.00    *Vioxx*

**Price Waicukauski & Riley**
Client ID:      0062196901
Invoice No:     2010070062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| Item: | Alerts | | Date: | 7/31/2010 4:49:27PM | Qty: | 33 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Erin Amos | | RecordID: | 50156815 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |

| Item: | Alerts | | Date: | 7/7/2010 4:46:49PM | Qty: | 2 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Joy Sarjent | | RecordID: | 50218942 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | |

## Research Fees Total:

| | Subtotal: | $30.00 | Tax: | $0.00 | Total: | $30.00 |
|---|---|---|---|---|---|---|

VIOXX 9.20.10

**Price Waicukauski & Riley**
Client ID:       0062196901
Invoice No:    2010060062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| Item: | Alerts | | Date: | 8/31/2010  2:42:36PM | Qty: | 19 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Erin Amos | | RecordID: | 51177504 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |

| Item: | Alerts | | Date: | 8/27/2010  2:22:01PM | Qty: | 1 | Fee: | $15.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Joy Sarjent | | RecordID: | 52097591 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $15.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | |

| Research Fees Total: | | Subtotal: | $30.00 | Tax: | $0.00 | | Total: | $30.00 |
|---|---|---|---|---|---|---|---|---|

Vioxx   10-11-10

**Price Waicukauski & Riley**
Client ID:      0062196901
Invoice No:   2010090062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| Item: | Alerts | | Date: | 9/29/2010  6:21:06PM | Qty: | 8 | Fee: | $20.00 |
|-------|--------|--|-------|----------------------|------|---|------|--------|
| Purchased By: | Erin Amos | | RecordID: | 52333323 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $20.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |

| Item: | Alerts | | Date: | 9/21/2010  3:54:04PM | Qty: | 5 | Fee: | $20.00 |
|-------|--------|--|-------|----------------------|------|---|------|--------|
| Purchased By: | Joy Sarjent | | RecordID: | 52470703 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $20.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | |

| **Research Fees Total:** | | Subtotal: | $40.00 | Tax: | $0.00 | | Total: | $40.00 |
|--------------------------|--|-----------|--------|------|-------|--|--------|--------|

VIOXX

**Price Waicukauski & Riley**
Client ID:      0062196901
Invoice No:   2010100062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| Item: | Alerts | | Date: | 10/29/2010 12:42:39PM | Qty: | 11 | Fee: | $20.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Erin Amos | | RecordID: | 53329184 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $20.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |

| Item: | Alerts | | Date: | 10/28/2010  3:20:33AM | Qty: | 1 | Fee: | $20.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Joy Sarjent | | RecordID: | 54298593 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $20.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | |

| Research Fees Total: | | Subtotal: | $40.00 | Tax: | $0.00 | | Total: | $40.00 |
|---|---|---|---|---|---|---|---|---|

Vioxx   12-13-10

**Price Waicukauski & Riley**
Client ID: 0062196901
Invoice No: 2010110062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| Item: | Alerts | | Date: | 11/30/2010 1:21:50PM | Qty: | 23 | Fee: | $20.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Erin Amos | | RecordID: | 54477434 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $20.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |
| Item: | Alerts | | Date: | 11/29/2010 4:14:32AM | Qty: | 1 | Fee: | $20.00 |
| Purchased By: | Joy Sarjent | | RecordID: | 55301304 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $20.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | |

| **Research Fees Total:** | | Subtotal: | $40.00 | Tax: | $0.00 | Total: | $40.00 |
|---|---|---|---|---|---|---|---|

Vioxx   1-10-11

**Price Waicukauski & Riley**
Client ID:        0062196901
Invoice No:       2010120062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| Item: | Alerts | | Date: | 12/23/2010 12:37:10PM | Qty: | 15 | Fee: | $20.00 |
|-------|--------|--|-------|-----------------------|------|----|------|--------|
| Purchased By: | Erin Amos | | RecordID: | 55458180 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $20.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | TB ✓ |
| Description: | VioxxCM# 20039.00 | | | | | | | |

| Item: | Alerts | | Date: | 12/13/2010 1:19:09PM | Qty: | 1 | Fee: | $20.00 |
|-------|--------|--|-------|----------------------|------|---|------|--------|
| Purchased By: | Joy Sarjent | | RecordID: | 55818628 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $20.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | |

| **Research Fees Total:** | | Subtotal: | $40.00 | Tax: | $0.00 | Total: | $40.00 |
|--------------------------|--|-----------|--------|------|-------|--------|--------|

Vioxx   Feb. 2011   *[handwritten]*
2/26/11

Price Waicukauski & Riley
Client ID:        0062196901
Invoice No:     2011010062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| Item: | Alerts | | Date: | 1/31/2011 10:36:51AM | Qty: | 10 | Fee: | $20.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Erin Amos | | RecordID: | 56473517 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $20.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |

| Item: | Alerts | | Date: | 1/7/2011 3:04:37PM | Qty: | 1 | Fee: | $20.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Joy Sarjent | | RecordID: | 56608519 | | | Tax: | $0.00 |
| Court Name: | Alerts | | | | | | Total: | $20.00 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | |

| Research Fees Total: | | Subtotal: | $40.00 | Tax: | $0.00 | | Total: | $40.00 |
|---|---|---|---|---|---|---|---|---|

Vioxx March 2011

57269  3-8-11

**Price Waicukauski & Riley**
Client ID:      0062196901
Invoice No:    2011020062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| Item: | Alerts | | Date: | 2/28/2011  5:23:08PM | Qty: | 36 | Fee: | $20.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Amos, Erin | | RecordID: | 57499363 | | | Tax: | $1.40 |
| Court Name: | Alerts | | | | | | Total: | $21.40 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |

| Item: | Alert Fee | | Date: | 2/27/2011  1:31:01AM | Qty: | 1 | Fee: | $20.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Sarjent, Joy | | RecordID: | 58406025 | | | Tax: | $1.40 |
| Court Name: | Alerts | | | | | | Total: | $21.40 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | |

| **Research Fees Total:** | | Subtotal: | $40.00 | Tax: | $2.80 | | Total: | $42.80 |
|---|---|---|---|---|---|---|---|---|

VIOXX   Apr. 2011

5/10/11

**Price Waicukauski & Riley**
Client ID:      0062196901
Invoice No:    2011030062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| Item: | Alert Fee | | Date: | 3/31/2011  4:04:30PM | Qty: | 28 | Fee: | $20.00 |
| Purchased By: | Amos, Erin | | RecordID: | 58483807 | | | Tax: | $1.40 |
| Court Name: | Alerts | | | | | | Total: | $21.40 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |

| Item: | Alert Fee | | Date: | 3/27/2011  1:33:48AM | Qty: | 1 | Fee: | $20.00 |
| Purchased By: | Sarjent, Joy | | RecordID: | 59536216 | | | Tax: | $1.40 |
| Court Name: | Alerts | | | | | | Total: | $21.40 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | |

## Research Fees Total:

| | Subtotal: | $40.00 | Tax: | $2.80 | | Total: | $42.80 |

6943/1   Vioxx May 2011

**Price Waicukauski & Riley**
Client ID:      0062196901
Invoice No:    2011040062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| Item: | Alert Fee | | Date: | 4/28/2011  5:02:40PM | Qty: | 31 | Fee: | $20.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Amos, Erin | | RecordID: | 59815888 | | | Tax: | $1.40 |
| Court Name: | Alerts | | | | | | Total: | $21.40 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |

| Item: | Alert Fee | | Date: | 4/27/2011  1:56:34AM | Qty: | 1 | Fee: | $20.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Sarjent, Joy | | RecordID: | 60629294 | | | Tax: | $1.40 |
| Court Name: | Alerts | | | | | | Total: | $21.40 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | |

## Research Fees Total:

| | Subtotal: | $40.00 | Tax: | $2.80 | Total: | $42.80 |
|---|---|---|---|---|---|---|

*Vioxx   June [illegible]*
*6-13-11*
*8/2/11*

**Price Waicukauski & Riley**
Client ID:          0062196901
Invoice No:      2011050062196901

**LexisNexis® File & Serve Invoice**

---

## Research Fees

| Item: | Alert Fee | | Date: | 5/31/2011  2:30:11PM | Qty: | 43 | Fee: | $20.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Amos, Erin | | RecordID: | 60790959 | | | Tax: | $1.40 |
| Court Name: | Alerts | | | | | | Total: | $21.40 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |

| Item: | Alert Fee | | Date: | 5/27/2011  1:49:55AM | Qty: | 1 | Fee: | $20.00 |
|---|---|---|---|---|---|---|---|---|
| Purchased By: | Sarjent, Joy | | RecordID: | 61717722 | | | Tax: | $1.40 |
| Court Name: | Alerts | | | | | | Total: | $21.40 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | |

---

## Research Fees Total:

| | Subtotal: | $40.00 | Tax: | $2.80 | Total: | $42.80 |
|---|---|---|---|---|---|---|

8/2/11          Vioxx   June 12 25

**Price Waicukauski & Riley**
Client ID:      0062196901
Invoice No:   2011060062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Item:** | Alert Fee | | **Date:** | 6/30/2011  8:43:16PM | **Qty:** | 17 | **Fee:** | $20.00 |
| **Purchased By:** | Amos, Erin | | **RecordID:** | 61915897 | | | **Tax:** | $1.40 |
| **Court Name:** | Alerts | | | | | | **Total:** | $21.40 |
| **Case Number:** | | **Case Style:** | | | | | | |
| **Doc Title:** | | | | | | | | |
| **Description:** | VioxxCM# 20039.00 | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Item:** | Alert Fee | | **Date:** | 6/27/2011  2:04:50AM | **Qty:** | 1 | **Fee:** | $20.00 |
| **Purchased By:** | Sarjent, Joy | | **RecordID:** | 62714619 | | | **Tax:** | $1.40 |
| **Court Name:** | Alerts | | | | | | **Total:** | $21.40 |
| **Case Number:** | | **Case Style:** | | | | | | |
| **Doc Title:** | | | | | | | | |
| **Description:** | John HornerCM# Horner | | | | | | | |

## Research Fees Total:

| | | | | | |
|---|---|---|---|---|---|
| | **Subtotal:** | $40.00 | **Tax:** | $2.80 | **Total:** | $42.80 |

*Vioxx*
*Aug 2011*

**Price Waicukauski & Riley**
Client ID:      0062196901
Invoice No:   2011070062196901

## LexisNexis® File & Serve Invoice

## Research Fees

| Item: | Alert Fee | | | Date: | 7/29/2011  12:40:24PM | Qty: | 21 | Fee: | $20.00 |
|---|---|---|---|---|---|---|---|---|---|
| Purchased By: | Amos, Erin | | | RecordID: | 62941301 | | | Tax: | $1.40 |
| Court Name: | Alerts | | | | | | | Total: | $21.40 |
| Case Number: | | Case Style: | | | | | | | |
| Doc Title: | | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | | |

| Item: | Alert Fee | | | Date: | 7/27/2011  1:52:24AM | Qty: | 1 | Fee: | $20.00 |
|---|---|---|---|---|---|---|---|---|---|
| Purchased By: | Sarjent, Joy | | | RecordID: | 63744550 | | | Tax: | $1.40 |
| Court Name: | Alerts | | | | | | | Total: | $21.40 |
| Case Number: | | Case Style: | | | | | | | |
| Doc Title: | | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | | |

| Research Fees Total: | | Subtotal: | $40.00 | Tax: | $2.80 | | Total: | $42.80 |
|---|---|---|---|---|---|---|---|---|

Vioxx TPP - Sept. 2011    9-9-11

**Price Waicukauski & Riley**
Client ID:      0062196901
Invoice No:    2011080062196901

**LexisNexis® File & Serve Invoice**

## Research Fees

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item: | Alert Fee | | Date: | 8/29/2011  6:23:23PM | Qty: | 24 | Fee: | $20.00 |
| Purchased By: | Amos, Erin | | RecordID: | 63943188 | | | Tax: | $1.40 |
| Court Name: | Alerts | | | | | | Total: | $21.40 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | VioxxCM# 20039.00 | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item: | Alert Fee | | Date: | 8/27/2011  2:12:58AM | Qty: | 1 | Fee: | $20.00 |
| Purchased By: | Sarjent, Joy | | RecordID: | 64853834 | | | Tax: | $1.40 |
| Court Name: | Alerts | | | | | | Total: | $21.40 |
| Case Number: | | Case Style: | | | | | | |
| Doc Title: | | | | | | | | |
| Description: | John HornerCM# Horner | | | | | | | |

**Research Fees Total:**

| | | | | | |
|---|---|---|---|---|---|
| Subtotal: | $40.00 | Tax: | $2.80 | Total: | $42.80 |