UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:    L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| Third Party Payor Common Benefit Fees | | |

**IDENTIFICATION AND DESCRIPTION OF EACH TIMEKEEPER'S CONTRIBUTION TO LITIGATION IN SUPPORT OF PRICE WAICUKAUSKI & RILEY, LLC'S OBJECTION TO THE VIOXX THIRD PARTY PAYOR'S FEE ALLOCATION COMMITTEE'S COMMON BENEFIT FEE RECOMMENDATION**

**Total Time by Timekeeper**:

| Timekeeper | Position | Hours | Hourly Rate | Date Rate Applied | Total |
|---|---|---|---|---|---|
| Henry J. Price | Partner | 242.00 | $490.00 | 2004-2007 | $118,580.00 |
| Henry J. Price | Partner | 12.25 | $650.00 | 2008-present | $7,962.50 |
| Ronald J. Waicukauski | Partner | 3.25 | $400.00 | 2005-2007 | $1,300.00 |
| William N. Riley | Partner | 525.00 | $375.00 | 2004-2006 | $196,875.00 |
| William N. Riley | Partner | 29.75 | $400.00 | 2007 | $11,900.00 |
| William N. Riley | Partner | 206.50 | $650.00 | 2008-present | $134,225.00 |
| Amy Ficklin DeBrota | Partner | 104.50 | $375.00 | 2005-2006 | $39,187.50 |
| Jamie R. Kendall | Associate Attorney | 286.00 | $185.00 | 2005-2006 | $52,910.00 |
| Jamie R. Kendall | Associate Attorney | 25.00 | $200.00 | 2007 | $5,000.00 |
| Jamie R. Kendall | Associate Attorney | 133.00 | $425.00 | 2008-present | $56,525.00 |
| Christopher A. Moeller | Associate Attorney | 255.75 | $165.00 | 2005-2006 | $42,198.75 |
| Christopher A. Moeller | Associate Attorney | 7.25 | $175.00 | 2007 | $1,268.75 |
| Christopher A. Moeller | Associate Attorney | 10.0 | $425.00 | 2008-2009 | $4,250.00 |
| Joseph N. Williams | Associate Attorney | 7.50 | $300.00 | 2007 | $2,250.00 |
| Joseph N. Williams | Associate Attorney | 43.50 | $425.00 | 2008-present | $18,487.50 |
| Brad A. Catlin | Associate Attorney | 80.25 | $425.00 | 2009-present | $34,106.25 |
| Gabriel A. Hawkins | Associate Attorney | 36.00 | $185.00 | 2005 | $6,660.00 |

| Jana K. Strain | Associate Attorney | 307.75 | $275.00 | 2004-2006 | $84,631.25 |
|---|---|---|---|---|---|
| Jana K. Strain | Associate Attorney | 0.50 | $300.00 | 2007 | $150.00 |
| Jana K. Strain | Associate Attorney | 2.75 | $425.00 | 2008-present | $1,168.75 |
| Carol Nemeth Joven | Associate Attorney | 19.25 | $275.00 | 2004-2006 | $5,293.75 |
| Erin M. Amos | Paralegal | 22.25 | $100.00 | 2005-2006 | $2,225.00 |
| Erin M. Amos | Paralegal | 0.50 | $110.00 | 2007 | $55.00 |
| Erin M. Amos | Paralegal | 159.50 | $200.00 | 2008-present | $31,900.00 |
| Karen L. Cavosie | Paralegal | 62.50 | $125.00 | 2005-2006 | $7,812.50 |
| Karen L. Cavosie | Paralegal | 4.25 | $135.00 | 2007-2010 | $573.75 |
| Monica D. Dabio | Paralegal | 16.25 | $125.00 | 2005 | $2,031.25 |
| Stacy L. Bissonnette | Paralegal | 56.75 | $125.00 | 2004-2006 | $7,093.75 |
| Leslie M. Smith | Paralegal | 1.50 | $125.00 | 2005 | $187.50 |
| Christie L. Bodnar | Law Clerk | 79.00 | $110.00 | 2005 | $8,690.00 |
| Atif Rehman | Law Clerk | 72.75 | $110.00 | 2005 | $8,002.50 |

**Description of each timekeeper's contribution to litigation**:

**WNR** – Mr. Riley has extensive experience in managing and litigating class actions through certification and on appeal in both state and federal court. Mr. Riley also has broad experience in mass tort and individual client cases, including all phases of litigation through trial. Mr. Riley participated in all aspects of this case from the initial stages of drafting the original complaint, to participating in the MDL proceedings and being appointed to the Purchase Claims Committee ("PCC"). Mr. Riley actively took part in the conference calls that Elizabeth Cabraser routinely held on practical and strategic decisions that confronted the PCC. Mr. Riley directed the research assignments the firm conducted at the request of the PCC and document review at the law offices of Seeger Weiss by firm attorneys. Mr. Riley attended MDL hearings and actively conferred with other PCC counsel on a host of issues, both formally and informally.

**HJP** – Mr. Price was actively involved in working on the initial complaint, amended complaint, and master complaint that was filed in this action by the third party payors. He participated in the MDL proceedings and worked on the possible use of RICO as an allegation in the litigation. He was active in the organizational tasks with regard to lawyer time for research and document review conducted by this firm and participated in calls with PCC member firms.

**RJW** – Mr. Waicukauski provided counsel with regard to case-related strategy concerning consumer protection law at the inception of this litigation.

**AFD** – Ms. DeBrota worked extensively with our third party payor clients in the initial formulation of the complaint and working on the amended complaint and in keeping our third party payor clients informed of the progress of the litigation. Ms. DeBrota also traveled to New Orleans to attend a MDL hearing.

**JRK** – Ms. Kendall was actively involved in the legal research involved in this litigation, accepting assignments from both the PCC and Mr. Riley. In particular, Ms. Kendall provided research for the PCC on consumer protection statutes throughout the United States, which was utilized in the Master Complaint. Ms. Kendall has also worked on issues concerning discovery and production in the litigation from our clients to Merck in conjunction with PTO 38 and our firm's three bellwether trial cases. Ms. Kendall also has worked closely with keeping the clients of the firm informed of the developments of the litigation and facilitating their participation in it. Ms. Kendall traveled to MDL hearings and took part in various strategy meetings of PCC counsel. Ms. Kendall also participated in document review at the offices of Seeger Weiss in New York.

**JNW** – Mr. Williams has provided legal research with regard to consumer protection statutes. Mr. Williams participated in calls concerning the Bellwether trial selection and conference calls with counsel from Merck with regard to discovery.

**BAC** – Mr. Catlin participated in the weekly telephonic status conferences regarding the bellwether trials, as well as conducted telephone conferences with counsel for Merck during the bellwether trial discovery phase for this firm's cases. Mr. Catlin attended the bellwether trial counsel meeting in New Orleans, along with Mr. Riley, to prepare cases for trial.

**CAM** – Mr. Moeller provided legal research on all aspects of this case from its inception through the drafting of the Master Complaint. Mr. Moeller also actively participated in document review, traveling to the depository at Seeger Weiss in New York and participating in numerous conference calls concerning discovery and document review issues. Mr. Moeller also provided research on consumer protection statutes throughout the United States, which assisted Ms. Kendall in her assignment from the PCC.

**JKS** – Ms. Strain provided research assistance to Mr. Riley on issues concerning the class action components of this litigation and the pleading requirements of RICO with regard to both the initial complaint and the possible use in the Master Complaint. Ms. Strain also conducted general liability research on Merck and Vioxx.

**GAH** – Mr. Hawkins provided research on RICO and consumer fraud statutes in various states and their application to this matter.

**CNJ** – Ms. Joven conducted general liability research on Merck and Vioxx.

**EMA** – Ms. Amos acted as the paralegal in charge of this action, monitoring the day to day docket and procedural issues that arose during the litigation. Ms. Amos also facilitated the interface with the clients and the MDL PCC and provided that information to the clients on an ongoing basis. Ms. Amos directed discovery issues with regard to production by our clients. Ms. Amos also handled client discovery issues regarding the bellwether trial selection of our clients.

**KLC** – Ms. Cavosie provided paralegal support and worked on document and production issues with regard to the litigation.

**SLB** – Ms. Bissonnette provided paralegal support with regard to Merck's ad campaign with regard to Vioxx. Ms. Bissonette also assisted in document management.

**MDD** – Ms. Dabio provided Vioxx paralegal support on information strategy and retrieval.

**LMS** – Ms. Smith provided Vioxx paralegal support on information strategy and retrieval.

**CLB** – Ms. Bodner provided research on consumer protection statutes throughout the United States.

**AR** – Mr. Rehman provided research on consumer protection statutes throughout the United States. Mr. Rehman also researched class action law differences between the Fifth and Seventh circuits.

Dated: August 7, 2012

                                  Respectfully submitted,

                                  **PRICE WAICUKAUSKI & RILEY, LLC**

                                  By /s/ William N. Riley
                                  William N. Riley, Bar No. 14941-49
                                  Jamie R. Kendall, Bar No. 25124-49A

The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone: (317) 633-8787