UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| State of Utah | * | JUDGE ELDON E. FALLON |
| v. | * | MAGISTRATE JUDGE KNOWLES |
| Merck Sharp & Dohme Corp. | * | |
| Civil Action No. 2:06-cv-09336 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATE OF UTAH'S FACT WITNESS LIST

Pursuant to PTO 39B, Plaintiff State of Utah submits the following list of fact witnesses it may call at trial:

| | Last Name | First Name | Affiliation |
|---|---|---|---|
| 1. | Anstice | David | Merck |
| 2. | Avorn, M.D. | Jerry | PACE |
| 3. | Bain | Raymond | Merck |
| 4. | Barr | Eliav | Merck |
| 5. | Barron | James | Merck |
| 6. | Baumgartner | Susan | Merck |
| 7. | Beneduce | Michelle | Merck |
| 8. | Blake | Mary | Merck |
| 9. | Glessner | Margaret (Peg) | Third Party (Former employee of PACE's Vendor Magellan.) |
| 10. | Block MD | Gilbert | Merck |
| 11. | Blois | David | Merck |
| 12. | Bold | Thomas | Merck |
| 13. | Braunstein | Ned | Merck |
| 14. | Buonanno | Thomas | Merck |
| 15. | Cannell | Tom | Merck |

1

| | | | |
|---|---|---|---|
| 16. | Cannuscio | Carolyn | Merck |
| 17. | Carroll | Martin J. | Merck |
| 18. | Church | Rob | Merck |
| 19. | Connor, PhD | Patrick O | Merck |
| 20. | Curfman, M.D | Gregory | Third Party (NEJM) |
| 21. | Daniels | Brian | Merck |
| 22. | Davis | Michael | Merck |
| 23. | Demopolous | Laura | Merck |
| 24. | Dixon | Wendy | Merck |
| 25. | Dooley | Judy | Third Party Vendor to PACE (Magellan) |
| 26. | Dorsa | Caroline | Merck |
| 27. | Edwards | Kerry | Merck |
| 28. | Ernster | Peter | Merck |
| 29. | Ford-Hutchinson | Anthony | Merck |
| 30. | Fries, M.D. | James | Third Party (Stanford Univ. Med.) |
| 31. | Gertz | Barry | Merck |
| 32. | Gilmartin | Raymond | Merck |
| 33. | Goldberg | Allan | Merck |
| 34. | Graham, MD | David | Third Party (FDA) |
| 35. | Greene | Douglas | Merck |
| 36. | Grezlak | Charles | Merck |
| 37. | Guess | Harry | Merck |
| 38. | Halstrom | Erik | Merck |
| 39. | Heller | Debra A | Third Party Vendor to PACE (Magellan) |
| 40. | Henriques | Richard | Merck |
| 41. | Hirsch | Lawrence | Merck |
| 42. | Hunter | Robert | Merck |
| 43. | Jerman | Jo | Merck |
| 44. | Kim | Peter | Merck |
| 45. | Kohler | Bradley | Third Party Vendor to PACE (Magellan) |
| 46. | Lahner | Joanne | Merck |
| 47. | Laine, M.D | Loren A. | Third Party Merck Consultant |
| 48. | Lavrusky | George | Merck |

| | | | |
|---|---|---|---|
| 49 | Lewis | Paulette | Merck |
| 50 | McCormick | Susan | Merck |
| 51 | McKines | Charlotte | Merk |
| 52 | Morrison | Briggs | Merck |
| 53 | Musliner | Thomas | Merck |
| 54 | Nies | Alan | Merck |
| 55 | Oppenheimer | Leonard | Merck |
| 56 | Patrylak | Richard | Merck |
| 57 | Pellisier | James | Merck |
| 58 | Pendleton | Kathy | Merck |
| 59 | Reicin | Alise | Merck |
| 60 | Reines MD | Scott | Merck |
| 61 | Rivas | Carol | Merck |
| 62 | Santanello | Nancy | Merck |
| 63 | Schechter | Adam | Merck |
| 64 | Scolnick, M.D. | Edward | Merck |
| 65 | Seidenberg | Beth | Merck |
| 66 | Shalaby | Rick | Merck |
| 67 | Shapiro | Deborah | Merck |
| 68 | Sherwood | Louis | Merck |
| 69 | Silberg | Robert | Merck |
| 70 | Silverman | Robert | Merck |
| 71 | Simon | Thomas | Merck |
| 72 | Slater | Eve | Merck |
| 73 | Snedden | Thomas | PACE |
| 74 | Stejbach | Mark | Merck |
| 75 | Tavs | Janette | Merck |
| 76 | Topol, M.D | Eric | Third Party |
| 77 | Visser MD | Hester | Merck |
| 78 | Watson | Douglas | Merck |
| 79 | Weiner | Jan | Merck |
| 80 | Williams | George | Merck |
| 81 | Yoder | Austin | Merck |
| 82 | Yu | Qin Fen | Merck |
| 83 | Zyskoski | Marcy | Merck |
| 84 | Parke | Duane | |
| 85 | Morley | Tim | State of Utah |
| 86 | Baker | Randy | State of Utah |
| 87 | Merck Account representatives with responsibility communicating with or servicing First Health Services (now Known as Magellan Health Services, Inc.). | | |

|    | |
|----|---|
|    | Merck has not produced documents relating to this organization and the Commonwealth accordingly cannot as of this time identify specific individuals. |
| 88 | Any witness that is discovered subsequent to the filing of this list. |
| 89 | Any witness identified by or on behalf of Merck |

DATED this 7th day of August, 2012.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123


/S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ  08901


/S/
Richard W. Schulte (Ohio Bar No. 0066031)
Wright & Schulte LLC
812 East National Road, Suite A
Vandalia, Ohio 45377

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing STATE OF UTAH'S FACT WITNESS LIST has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of August, 2012.

          /S/_____
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123