LEXISNEXIS® FILE & SERVE
E-SERVICE
19720835
May 7 2008
9:21AM

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Oldfather | Ann | B |

| **Name of Law Firm** | Oldfather Law Firm |
|---|---|

| **Current Address** | Street: 1330 South Third Street |
|---|---|
| | City: Louisville | State: KY | Zip: 40208 | Country: United States |

| **Telephone Number** | 502-637-7200 | **Facsimile** | 502-637-3999 | **Email** | aoldfather@oldfather.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | King | LaDonna | |

| **Plaintiff Address** | Street: 227 W. Penn St. |
|---|---|
| | City: Bedford | State: PA | Zip: 15522 | Country: United States |

| **Telephone Number** | 814-623-5165 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | LaDonna King v. Merck & Co., Inc. |
|---|---|
| **Case Number** | 2:06-cv-10270-EEF-DEK |
| **Court Where Case is Pending** | United States District Court for the Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| **Name** | King | Mark | |

| **Address** | Street: |
|---|---|
| | City: | State: | Zip: | Country: |

| **Telephone Number** | 814-842-6021 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend  ☒ Relative (specify relationship: Ex-husband ) |
|---|---|

#343319

1

| **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br>(Paragraph II.C of PTO No. 36) |
|---|
| **D. COMPLIANCE WITH PTO NO. 36** |

| | |
|---|---|
| [X] | I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  07 / 25 / 2012 . (***Record Docket No.*** 64006      ) <br>  Month  Day  Year |
| [X] | Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: |

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

| **E. SIGNATURE** |
|---|
| I certify under penalty of perjury that the foregoing is true and correct. |

| **Date Signed** | 08 / 09 / 2012<br>(Month/Day/Year) | /s/ Ann B. Oldfather<br>Counsel |
|---|---|---|

#343319

2