UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| THIRD PARTY PAYOR COMMON | * | MAG. JUDGE KNOWLES |
| BENEFIT FEES | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | August 10, 2012 |
| Pascal F. Calogero, Jr. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ERIC H. WEINBERG'S OBJECTION TO THE RECOMMENDATION OF THE
## TPP FAC FOR THE ALLOCATION OF COMMON BENEFIT FEES AND COSTS

## PARTIAL EXHIBIT A

| VIOXX | HRS | DESCRIPTION OF WORK |
|---|---|---|
| 11.12.07 | 0.5 | Prepare letter to Merck counsel regarding production of Bates information regarding FDA-Merck interactions on Alzheimer's Studies meeting of 4-1-98 |
| 11.13.07 | 3 | Research regarding FDA MDL Protective Order related to FOIA action |
| 11.14.07 | 6.5 | Receipt and Review Transcript of Gilbert Block MD 10.30.07 deposition; review documents; prepare outline of deposition examination of ████ MD |
| 11.13.07 | 8 | Preparation of Letter submission to FOIA mediator Judge Humphreys with detailed spreadsheet related to all FOIA letters and responses |
| 11.15.07 | 0.5 | Post letter to Merck counsel regarding Alzheimer's to Lexis |
| 11.18.07 | 3 | Review ████ Worst Fears email and other documents regarding stroke |
| 11.20.07 | 7.5 | Teleconference with Assistant US Atty Susan Handler re FOIA; teleconference with Dr. ████, expert witness; review draft Model TPP Complaint and summary from Bill Marvin Esq. |
| 11.21.07 | 4 | Submission of FDA position paper in mediation for FDA FOIA action |
| 11.21.07 | 1 | Teleconference ████ regarding Vioxx risk evidence |
| 11.25.07 | 0.5 | Review ████ Q & A for Senate including ████ we'll go to the mat on CV risk |
| 11.26.07 | 8 | Mediation of FDA FOIA issues with Judge Humphreys |
| 11.27.07 | 1.5 | Emails with ████ Sigelman regarding osteoporosis data in Alz |
| 11.28.07 | 1 | Emails with Dr. ████, Dr. ████ Dan Sigelman regarding osteoporosis data in Alz |
| 11.28.07 | 1 | Sent draft FOIA email to USATTY Susan Handler |
| 11.29.07 | 2 | Emails with Drs. Madigan and O'Connor re bone density in Vioxx |
| 11.29.07 | 2 | Review draft FOIA letter received from USATTY Susan Handler |
| 12.04.07 | 3 | Review Report of the Subcommittee on Science and Technology titled "FDA Science and Mission at Risk" |

| Date | Hours | Description |
|---|---|---|
| 12.04.07 | 1 | Emails with Drs █ and █ regarding Osteoporosis, bone fracture healing and Vioxx |
| 12.05.07 | 0.5 | Emails with Dr █ |
| 12.06.07 | 1 | Teleconference with Dr █ and emailing documents related to Vioxx |
| 12.07.07 | 1 | Emails with Dr █ regarding bone mineral density problems with Vioxx |
| 12.07.07 | 0.5 | Scheduled deposition of █ MD re Alzheimers (adjourned) |
| 12.08.07 | 1 | Emails with Dr █ regarding presentations re: Vioxx including Bain and Madigan powerpoints |
| 12.10.07 | 4 | Revision Alzheimer's Working paper, Review Reigel oral argument transcript |
| 12.11.07 | 3 | Letter to Susan Handler AUSA re FOIA mediation |
| 12.14.07 | 3 | Revision Alzheimer's Working paper |
| 12.16.07 | 6.5 | Revision Alzheimer's Working paper |
| 12.17.07 | 1 | Reciept and Review transcript Third Circuit oral arguments in Colacicco preemption case |
| 12.18.07 | 2 | Revision Alzheimer's Working paper |
| 12.18.07 | 3.5 | Revision Alzheimer's Working paper |
| 12.19.07 | 0.5 | Scheduling teleconference with Magistrate Judge re FOIA |
| 12.19.07 | 1 | Emails with █gelman, Dr █ Picciella regarding Dr █ report |
| 12.20.07 | 0.25 | Email with Linda Epstein at Hughes Hubbard granting 30 day extension to Dr. Block to complete errata sheet from deposition |
| 12.26.07 | 0.25 | Email and review Peer Reviewer letter from Circulation re Alzheimer's Studies |
| 12.29.07 | 2 | Emails with Dr █ regarding osteoporosis analysis in Alzheimer's Studies |
| 12.30.07 | 2.5 | Emails with Dr █ regarding osteoporosis analysis in Alzheimer's Studies |

| Date | Hours | Description |
|---|---|---|
| 01.01.08 | 2 | Emails with Dr. ████, Stgelman and Dr.████ regarding analyses of high risk patients |
| 01.02.08 | 1.5 | Emails with Dr.████, Stgelman and Dr.████ regarding analyses of high risk patients |
| 01.03.08 | 1.5 | Emails with Dr.████ regarding ISS analysis |
| 01.04.08 | 4 | Revision Alzheimer's Working paper |
| 01.04.08 | 0.5 | Emails regarding experts; ████ |
| 01.05.08 | 0.5 | Emails regarding pharmaceutical economist expert |
| 01.06.08 | 1 | Emails from Dr.████ regarding RR in first 30 days of placebo studies |
| 01.07.08 | 1 | Emails with Drs.████ and ████ regarding ISS tables |
| 01.08.08 | 0.25 | Emails with Ted Mayer regarding confidentiality of ████ report |
| 01.08.08 | 3.5 | Revision Alzheimer's Working Paper |
| 01.13.08 | 8 | Reciept and Review Transcript Deposition of Gilbert Block MD |
| 01.14.08 | 4 | Meeting with Dr.████ and ████, New Brunswick regarding other risks of Vioxx |
| 01.15.08 | 4 | Revision Alzheimer's Working Paper |
| 01.17.08 | 1.5 | Emails with Dr.████ and Dan Stgelman regarding ████ report |
| 01.22.08 | 1 | Revision Alzheimer's Working paper |
| 01.23.08 | 1 | Emails with Dr.████ regarding Preliminary Look at Other Endpoints |
| 01.24.08 | 2.5 | Revision Alzheimer's Working paper |
| 01.24.08 | 1.5 | Review of FDA Advisory Committee Transcript and emails with Dr.████ and ████ regarding ITT analyses |
| 01.28.08 | 1.5 | Revision of Alzheimer's Working paper |

| Date | Hours | Description |
|---|---|---|
| 01.29.08 | 2 | Emails with D████ regarding ITT data in Alzheimer's Studies and FDA Advisory Committee testimony |
| 02.05.08 | 2 | Emails regarding █████ analysis of other risks |
| 02.07.08 | 3.5 | Revise Working Paper. Building a Simple and Straightforward Case for Multiple Mechanisms of Cardiovascular Harm Attributable to Vioxx; conference call with Seeger Weiss and CPR regarding Non CFA Claims in prior TPP filings |
| 02.08.08 | 1 | Review working draft of Vioxx model TPP complaint |
| 02.08.08 | 2.5 | Review Case Law TPP |
| 02.10.08 | 4 | Review Case Law TPP |
| 02.11.08 | 4 | Review Case Law TPP |
| 02.11.08 | 0.5 | Emails with counsel regarding fraud claims related to TPP Litigation |
| 02.12.08 | 1.5 | Review Case Law TPP |
| 02.12.08 | 8 | Meeting with Sigelman █████ at CPR Philadelphia |
| 02.12.08 | 0.5 | Emails regarding TPP claims filings and commentary on damages issues |
| 02.13.08 | 3 | Review Case Law TPP |
| 02.13.08 | 1 | Review TPP filed claim documents |
| 02.14.08 | 8 | Preparation of FOIA Spreadsheet related to FOIA litigation |
| 02.16.08 | 1 | Emails with Dr. █████ regarding EHW Alzheimer's Working paper |
| 02.16.08 | 1 | Emails with D████ regarding Vioxx |
| 02.18.08 | 0.5 | Email Dr. █████ regarding Dr. █████ report |
| 02.20.08 | 2 | TPP conference call Seeger/CPR counsel |
| 02.29.08 | 6 | Research Documents Alzheimer's (email); Bone Fracture |

| Date | Hours | Description |
|---|---|---|
| 02.29.08 | 3 | Preparation Powerpoint summary of case issues for consideration |
| 03.01.08 | 3 | Email to Dr. ████ with Powerpoint on TPP; Email to Dr. O'Connor with Vioxx documents; Email to Dr. ████ with Vioxx bone documents |
| 03.02.08 | 4 | Review court decisions in Local 68 case (Trial, Appellate, Supreme Court of NJ) |
| 03.06.08 | 4 | Review ████ report and email with ████ |
| 03.06.08 | 3 | Excerpt Letts deposition related to NitroMed Project |
| 03.07.08 | 2 | Email with ████ and review PPT |
| 03.07.08 | 6 | Submission of Response to FDA FOIA pleading of US Atty |
| 03.08.08 | 2.5 | Email with ████ regarding analyses to be done in TPP |
| 03.08.08 | 2 | Revise Letts Deposition excerpts |
| 03.09.08 | 3 | Review NitroMed PPT, depositions and documents |
| 03.10.08 | 3 | Review NitroMed PPT, depositions and documents |
| 03.13.08 | 2 | Review ████ abstract and background analyses (Vioxx ████ work2) |
| 03.14.08 | 0.5 | Email to Leff Cabraser regarding proposing Working Group Meeting |
| 03.15.08 | 1 | Email to potential expert ████ PhD Alzheimer's research; work on NitroMed powerpoint |
| 03.17.08 | 1 | Email to Seeger Buchanan Grand Placitella asking for TPP meeting; review ████ email regarding allegations of TPP Complaint |
| 03.18.08 | 2.5 | Review of Draft TPP Complaint and email to ████ regarding same |
| 03.19.08 | 1 | Email to Dr. ████ re Proposed list of terms |
| 03.20.08 | 1 | Email to Seeger regarding litigation strategy and forwarding Alzheimer's working paper and Seeger response |
| 03.21.08 | 3.5 | Interview potential Pharmacy Benefit Manager expert; email with Jeff Grand; response from Dr. ████ regarding Alzheimer's study data |

| Date | | Description |
|---|---|---|
| 03.24.08 | 2.5 | Review of Draft TPP Complaint |
| 03.25.08 | 2 | Email with counsel with draft TPP Agenda for discussion |
| 03.26.08 | 1 | Email with Marvin regarding comments on Complaint and process |
| 03.27.08 | 2 | Conference call with Marvin, Buchanan, Cohen re Complaint; forward Alzheimer's paper to Buchanan |
| 04.01.08 | 0.5 | Email to Dr. ▇▇▇▇ regarding meeting |
| 04.04.08 | 1 | Teleconference with Bill Marvin regarding TPP Complaint |
| 04.06.08 | 6 | Preparation of Powerpoint "Presentation" summarizing overall risk benefit analysis and Alzheimer's story for Class at Rutgers School of Management and Labor Relations and for use as working template for case |
| 04.07.08 | 8 | Preparation of Powerpoint "Presentation" summarizing overall risk benefit analysis and Alzheimer's story for Class at Rutgers School of Management and Labor Relations and for use as working template for case |
| 04.13.08 | 3 | ▇▇▇▇ analyses of "other" risks: CHF, TIA, Angina, DVT/PE |
| 04.15.08 | 8 | Case Management Conference TPP Judge Higbee  in Atlantic City |
| 04.17.08 | 2 | Conference call with Magistrate Judge Patty Schwartz re FDA FOIA |
| 04.18.08 | 2 | Email with Egilman regarding managed care documents; forward numerous documents |
| 04.19.08 | 3 | Email with Egilman and others regarding STI; forward numerous documents related to STI to Egilman |
| 04.24.08 | 1 | TPP Conference Call |
| 04.25.08 | 1.5 | TPP Conference Call |
| 04.28.08 | 1 | Emails with Sigelman regarding additional analyses for Dr. ▇▇▇▇ in TPP |
| 04.30.08 | 2 | Review draft Stipulation of Dismissal of FOIA Complaint; emails with Dr. ▇▇▇▇ regarding Alzheimer's Working Paper |
| 05.02.08 | 4.5 | Email with Dr. ▇▇▇▇ requesting analysis of pneumonia deaths in 078; Revision to Alzheimer's Working Paper |
| 05.07.08 | 6 | Informed Consent section for Alzheimers Paper |

| Date | Hours | Description |
| --- | --- | --- |
| 05.12.08 | 1 | Emails with Dr. ███████ regarding STI discovery |
| 05.13.08 | 2 | Research Pneumonia (Alz Pneumonia); email with ███████ regarding deaths, mechanism |
| 05.14.08 | 3 | Research Pneumonia; email with ████ and Egilman |
| 05.15.08 | 5 | Revise Alzheimer's Working Paper |
| 05.21.08 | 1 | Contact California Attorney General regarding Merck complaint; receipt and review complaint from California AG |
| 05.25.08 | 4.5 | Research Pneumonia |
| 05.27.08 | 1 | Vioxx TPP Conference Call |
| 05.28.08 | 8 | Vioxx TPP Case Management Conference Atlantic City |
| 05.28.08 | 1 | Research Pneumonia; email document ██████ e deaths to ██████ and Egilman |
| 05.28.08 | 0.5 | Review Case Law TPP |
| 05.29.08 | 8 | Review ████ analysis of Pneumonia KM plot and emails to Placitella and Grand; email articles and documents to Sigelman regarding pneumonia deaths; draft chapter in Alzheimer's paper related to pneumonia deaths |
| 05.31.08 | 2 | Revise Powerpoint The True Risk Benefit Profile of Vioxx |
| 06.12.08 | 1.5 | Forward documents related to Alzheimer's Kirby site to Egilman |
| 06.17.08 | 2 | Review article Wysoski Drug Withdrawals, email to Dr. ██████ with ████ analysis |
| 06.18.08 | 1.5 | Review FDA internal email regarding Ingenix study (Vioxx folder) |
| 07.02.08 | 4 | Review STI materials; Emails to Placitella, Egilman, Hill, Soh regarding STI |
| 07.02.08 | 2.5 | Review Sigelman powerpoint The Scientific Liability Case Against Vioxx As it Relates to Edward M. Scolnick; respond to Sigelman with two documents related to Scolnick |
| 07.03.08 | 4.5 | Revise Alzheimer's Working Paper; Prepare Informed Consent Section for paper |
| 07.08.08 | 1 | Email to Seeger Weiss and CPR regarding working paper |

| Date | Hours | Description |
|---|---|---|
| 07.09.08 | 4 | Prepare and circulate Vioxx TPP working memo to co-counsel |
| 07.11.08 | 0.5 | Email to Mike Ferrara regarding Mamdani CMJ GI article |
| 07.17.08 | 8 | Research ▇▇▇e memo (Vioxx comparative efficacy); Review documents regarding ▇▇▇ and International Consensus; Review issues related to Protocol 203; Review ▇▇▇ email regarding ITT analyses; Review documents related to Alzheimer's ITT |
| 07.23.08 | 2.5 | Conference call regarding TPP with SW/CPR and circulate memo and powerpoint regarding case issues |
| 07.28.08 | 4.5 | Review articles regarding plausible mechanisms of action |
| 08.03.08 | 1 | Review 08.01.08 email from Jeff Grand with attached Order and respond via email to Grand related to ongoing TPP discovery |
| 08.06.08 | 1 | Review Bill Marvin cause of action table and comment |
| 08.15.08 | 8 | Document Searches (TPP); Review Marvin Breakdown Table and Complaint; Teleconference CPR |
| 08.17.08 | 8 | Document Searches (TPP) |
| 08.18.08 | 8 | Document Searches (TPP) |
| 08.18.08 | 1 | Review ADVANTAGE paper by Egilman et als; discussions with Dr. Egilman regarding paper |
| 08.19.08 | 8 | Document Searches (TPP) |
| 08.27.08 | 1 | Review letters re ▇▇▇ Ghostwriting article |
| 09.03.08 | 1 | Teleconference with Dan Sigelman regarding TPP strategies |
| 09.05.08 | 3 | Research Documents (Vioxx TPP Hot Document Folder) |
| 09.05.08 | 8 | New York City Meeting at Seeger Weiss to review TPP strategies |
| 09.09.08 | 3.5 | Review Clinical Study summary regarding patient enrollments |
| 09.10.08 | 5.5 | Review of Documents/Emails (Email) |

| Date | Hours | Description |
|---|---|---|
| 09.15.08 | 3 | Review of Dr. Madigan's deposition testimony in Celebrex Litigation |
| 09.18.08 | 1.5 | Conference Call regarding Vioxx TPP discovery issues |
| 09.22.08 | 1 | Email to Jeff Grand regarding document review protocol |
| 09.24.08 | 8 | Case Management Conference TPP Atlantic City; discussion with Jan Call counsel for Merck regarding discovery |
| 09.25.08 | 2 | Emails with Call and Buchanan regarding TPP discovery |
| 09.27.08 | 2.5 | Emails with Dr. ██████ and Sigelman regarding ██████ paper and revisions; teleconference with Dr. ██████ regarding same |
| 10.08.08 | 1.5 | Emails with Dr. ██████ and Ken Soh regarding meeting with Australian counsel in New York |
| 10.09.08 | 3.5 | Emails to SW/CPR with rough draft of Vioxx Third Party Payor Document Review |
| 10.14.08 | 1.5 | Review of ██████ article regarding APPROVe; Emails with Lanier Sigelman Dr. ██████ et als regarding same |
| 10.15.08 | 1.5 | Review of Emails with Dr. Krumholz, Arbittik regarding Baron APPROVe paper |
| 10.16.08 | 6 | Meeting with Peter Gordon and Dr. ██████ in NYC regarding testimony in Australian Class Action litigation |
| 10.19.08 | 2 | Email to Peter Gordon with attachments related to Dr. ██████ report and Alzheimer's Studies |
| 10.20.08 | 0.5 | Email to Mark Schultz enclosing Dr. ██████ report |
| 10.21.08 | 1 | Emails with Jeff Grand with attached document identifying NAE/CCM custodial files regarding review of custodial files and meeting on 11/5/08. |
| 10.24.08 | 8 | Document searches TPP |
| 10.25.08 | 8 | Document searches TPP |
| 10.26.08 | 8 | Document searches TPP |
| 10.28.08 | 2.5 | TPP conference call; emails with Peter Gordon regarding Dr. ██████ testimony in Australian litigation |
| 11.07.08 | 1.5 | Emails with Dr. ██████ als regarding ██████ paper; emails with Peter Gordon regarding Dr. ██████ |

| Date | Hours | Description |
| --- | --- | --- |
| 11.18.08 | 1.5 | Email with Dr. ████ regarding real time dates of Pneumonia deaths on KM curve |
| 11.23.08 | 2 | Review ████ the curve for Pneumonia Deaths on Vioxx in Alzheimer's; forward to Placidela, Buchanan and Egilman |
| 11.28.08 | 8 | Prepare NitroMed powerpoint summarizing Protocol 136 and Merck's strategy to develop a safer Vioxx by combining with Nitric Oxide |
| 12.02.08 | 1.5 | Review O'Connor paper regarding bone healing with Cox-2 and NSAID drugs in Drugs of Today |
| 12.04.08 | 3 | Notes regarding Osteoporosis/Bone Fracture Healing Research |
| 12.04.08 | 2.5 | Review Draft paper Meta Analysis of als. , |
| 12.04.08 | 1.5 | Emails with Dr. ████ regarding osteoporosis data |
| 12.04.08 | 0.5 | Emails with Dr. ████ regarding employment by Merck and FDA |
| 12.07.08 | 1 | Emails with Dr. ████ regarding osteoporosis analyses |
| 12.08.08 | 1 | Emails with Dr. ████ regarding osteoporosis data |
| 12.09.08 | 1 | Email to Russ Herman with analysis of osteoporosis issue and several attachments including articles and emails |
| 12.12.08 | 0.25 | Emails with Jeff Grand regarding access to database for TPP research |
| 12.12.08 | 0.75 | Emails with Dr. ████ regarding document, analyses |
| 12.12.08 | 1.5 | Review ████ KM plot of osteoporosis in Alzheimer's Studies |
| 12.12.08 | 0.5 | Emails with Peter Gordon in Australia regarding Dr. |
| 12.13.08 | 2 | Review revised ████ KM plot of osteoporosis in Alzheimer's Studies (adding analysis of males only) |
| 12.13.08 | 1 | Emails with Dr. ████ regarding osteoporosis and Protocol 083 |
| 12.14.08 | 6 | Receipt and Review ████ revised report for Australian litigation |
| 12.16.08 | 8 | New York City Meeting with Dr. ████ and Peter Gordon to discuss testimony in Australian Class Action in Melbourne, Australia |

| Date | Hours | Description |
|---|---|---|
| 12.19.08 | 5.5 | Review Bone documents with Dr (_____ Vioxx O'Connor) |
| 12.21.08 | 6.5 | Research (TPP Mgd Care Personnel) |
| 01.08.09 | 0.5 | Send Osteoporosis Research Spreadsheet to Russ Herman, Chris Seeger, CMP |
| 01.15.09 | 5.5 | Review article regarding study of effect of Cox-2 depletion on bone healing b(_____)et als, emails with Drs (_____) and (_____) regarding same; emails with Seeger, Egilman, CMP, Gragnd, Lanier etals regarding same; email to Russ Herman regarding same. |
| 01.16.09 | 4 | Meeting with Dr (_____) in New Brunswick |
| 01.16.09 | 2.5 | Review Dr (_____) eport in Celebrex litigation |
| 01.16.09 | 2 | Research on Bone (Alz Osteo); emails with Dr (_____) regarding aging and Cox-2 data |
| 01.18.09 | 4 | Receipt and Review of Reicin and Back statements in Australia litigation |
| 01.19.09 | 6 | Research Reicin + PPI (Vioxx TPP Notebook) |
| 01.19.09 | 1 | Review draft (_____) paper on osteotomy healing comparison Rofecoxib and Ibuprofen |
| 01.19.09 | 1 | Emails with Dr (_____) regarding Protocol 136, NO-Vioxx, Bone healing issues |
| 01.20.09 | 0.5 | Emails with D(_____) garding Merck documents |
| 01.20.09 | 6.5 | Research (TPP Hot Documents) |
| 01.20.09 | 1.5 | Email to counsel regarding Science Issues in TPP litigation and suggesting that I co-chair a science committee with Seeger firm in TPPNeed |
| 01.20.09 | 0.5 | Email to Adam Maynard, law clerk, regarding document organization in TPP file |
| 01.20.09 | 4 | Email to Buchanan, Grand, CMP regarding Naproxen plus PPI as alternative therapy and forward relevant documents. |
| 01.22.09 | 2 | Preparation Vioxx TPP Document Review Guidelines memo to file (TPP document review) |
| 01.22.09 | 3 | Review of Protocol 06t |

| Date | Hours | Description |
|---|---|---|
| 01.24.09 | 12 | Meeting with ▮▮▮ and ▮▮▮ in New Brunswick; Email various documents to Dr. ▮▮▮ and Australia counsel |
| 01.24.09 | 0.5 | Review document 9-24-01 FDA wants fracture healing data in Vioxx/Fracture Healing folder |
| 01.24.09 | 0.5 | Forward Marks reports to Dr. ▮▮ |
| 01.27.09 | 4 | Review documents with ▮▮▮ on Osteoporosis/Bone Healing for organization/filing in database |
| 01.28.09 | 8 | Review documents related to Alzheimer's Studies/Informed Consent |
| 01.31.09 | 1 | Emails with Brett Spiegel and Dr. ▮▮ regarding conference call |
| 02.03.09 | 3 | Teleconference with Dr. ▮▮ and Spiegel |
| 02.03.09 | 2.5 | Emails with Dr. ▮▮ Sigelman regarding 078 and 091 DAPs |
| 02.05.09 | 6.5 | Review FDA FOIA documents related to Honig and forward to Dr. ▮▮ |
| 02.07.09 | 3 | Memo To File TPP Common Benefit (TPP Notes) |
| 02.07.09 | 1 | Emails with counsel regarding Damage Model and experts |
| 02.07.09 | 4.5 | Prepare Spreadsheet summary of All Bone/Osteoporosis documents |
| 02.08.09 | 6 | Research Law TPP litigation (Vioxx TPP) |
| 02.08.09 | 1.5 | Email to counsel with reports of pharmacoeconomic experts reports in Neurontin litigation |
| 02.09.09 | 1.5 | Teleconference with Dan Sigelman regarding TPP expert issues |
| 02.09.09 | 3 | Emails with Chris Placitella et als, Jeremy Colby, Dr. ▮▮ Rob Dassow, Dave Buchanan/Jeff Grand regarding TPP issues |
| 02.10.09 | 2 | Email with Pat O'Connor regarding documents |
| 02.11.09 | 3 | Email with ▮▮ regarding documents |
| 02.11.09 | 3 | Research and email for filing documents regarding Vioxx Alzheimer's Studies |
| 02.11.09 | 4 | Research Law TPP litigation |

| Date | Hours | Description |
|---|---|---|
| 02.12.09 | 5.5 | Research DSMB Standards (Alz DSMB); Research Law TPP litigation |
| 02.12.09 | 1 | Research and email for filing documents regarding Vioxx Alzheimer's Studies |
| 02.12.09 | 1 | Email to Jeff Grand regarding emails from co-counsel regarding database and advising of need to provide direction to co-counsel who are not knowledgeable about Vioxx on subject matter searches |
| 02.13.09 | 0.5 | Research and email for filing documents regarding Vioxx Alzheimer's Studies |
| 02.13.09 | 4.5 | Research Law TPP litigation |
| 02.13.09 | 0.5 | Email with Diane Paolicelli regarding TPP meeting |
| 02.15.09 | 1.5 | Receipt and Review of ████ draft report |
| 02.15.09 | 4 | Research and email for filing documents regarding Vioxx Alzheimer's Studies |
| 02.16.09 | 3.5 | Research and email for filing documents regarding Vioxx Alzheimer's Studies |
| 02.16.09 | 4 | Review Block deposition and send deposition out to Dr. ████ for report reference |
| 02.17.09 | 0.5 | Email with Brett Spiegel at Slater/Gordon regarding Dr. ████ and Dr. ████ |
| 02.17.09 | 1 | Email with Dr. ████ forwarding document regarding Ellav Barr adjudication of Alzheimer's Studies |
| 02.18.09 | 0.5 | Emails with Dan Sigelman, Chris Placitella and Mark Schultz regarding TPP CMC |
| 02.18.09 | 3.5 | Receipt and Review of Bone Fracture Spreadsheet including documents located during previous searches and reviewed by Dr. |
| 02.19.09 | 3 | Research and email for filing documents regarding Vioxx VIGOR Study |
| 02.19.09 | 0.5 | Email to Dr. ████ with True Risk Benefit Profile of Vioxx Powerpoint prepared by EHW |
| 02.20.09 | 2 | Research Discounting Conversion Rates (Alz Discounting Conversion Data) |
| 02.20.09 | 1 | Emails with Jeff Grand/Lisa D'Agostino regarding Ford Hutchinson and Visser, with Dan Sigelman and ████ regarding conversion data emails |
| 02.23.09 | 0.5 | Email to Lenny Davis and Russ Herman regarding overall risk-benefit analysis as it relates to TPP litigation. |

| Date | Hours | Description |
|---|---|---|
| 02.23.09 | 3 | Review Nicholson deposition and exhibits |
| 02.24.09 | 3 | Revise Alzheimer's Working Paper |
| 02.26.09 | 1.5 | Receipt and Review of Deposition Transcript of Tony Ford-Hutchinson |
| 02.26.09 | 3 | Receipt and Review of Expert Statements filed in Australian litigation (Vaughan, Betouch, Yeomans, Celemajer, Hankey) |
| 02.26.09 | 4 | Research TPP |
| 02.26.09 | 0.5 | Email to Brett Speigel regarding ▇▇▇ report |
| 02.27.09 | 4 | Research TPP; Revise Alzheimer's Working Paper |
| 02.27.09 | 1 | Receipt and Review of Expert Statements filed in Australian litigation (Celemajer, Hankey) |
| 02.27.09 | 2 | Receipt and Review of Plaintiff expert Statements in Australia litigation (Cleland, Donovan, Jelinek, Harper, Lynch, Woodward, Zipes) |
| 02.27.09 | 0.5 | Service of ▇▇▇ Final Report in Australia litigation |
| 02.28.09 | 1.5 | Research Discounting Conversion Rates (Alz Discounting Conversion Data) |
| 02.28.09 | 0.5 | Email with Brett Speigel forwarding document re: Ingenix Study |
| 03.01.09 | 3.5 | Research on IRB and forward link regarding Western IRB to ▇▇▇▇▇▇ |
| 03.02.09 | 0.5 | Email Alzheimers Working Paper and True Risk Benefit PPT to Ken Soh at Lanier Law Firm |
| 03.03.09 | 3 | Research Documents (Hot Document folder) |
| 03.03.09 | 2 | Prepare Vioxx TPP strategy memo and circulate to all counsel in NJ litigation |
| 03.03.09 | 2 | Research PPI issue |
| 03.04.09 | 3 | Revise Alzheimer's Working Paper |
| 03.14.09 | 8 | Research TPP; seeding, ITT, Protocol 903 |

| Date | Hours | Description |
|---|---|---|
| 03.18.09 | 2 | Review Court decision denying class certification in Kleinman/Martin v. Merck |
| 03.20.09 | | Service of ■■■ Response Report in Australia litigation; email to NJ TPP counsel with documents relevant to PPI issue |
| 03.20.09 | 3 | Conference Call with NJ TPP counsel.; Review ■■■ memo regarding FDA issues in TPP |
| 03.22.09 | 2.5 | Review Memorandum Dawn Barrios re: MDL Trial Plan; emails with Dan Sigelman regarding FDA approval of Vioxx conditioned upon ongoing compliance with CFR requirement that safety data be reported to FDA |
| 03.24.09 | 0.5 | Emailing regarding 03.29.09 meeting and attendance list |
| 03.25.09 | 1 | Email with Brett Speigel regarding Australian litigation and defense expert Ronald Marks PhD. |
| 03.26.09 | 8 | Vioxx CMC in Atlantic City; Organized and led plaintiff counsel meeting at Fox Rothschild in Atlantic City; preparation of Memorandum regarding Plaintiffs' Discovery (TPP Discovery Plan); Preparation of Minutes of meeting. |
| 03.27.09 | 2 | Emails with Dr. ■■■ Jeff Grand regarding DAP for 091 and other documents for Dr. ■■■ further analysis. |
| 03.28.09 | 8 | Concordance Database document review |
| 03.29.09 | 8 | Concordance Database document review; email to David Buchanan/Jeff Grand regarding documents required by Dr ■■■ for further analysis. |
| 03.30.09 | 8 | Review of Seeger Opposition to Summary Judgment Motion; preparation of minutes of 03.26.09 NJ TPP counsel meeting in Atlantic City; review of CVs of potential Vioxx economic damages experts including Teresa Kauf from University of Florida, referred by Mike Schwartz, Dean Emeritus of U of F School of Pharmacy; locate and send 091 DAP to Dr. ■■■ for his further analysis |
| 03.31.09 | 8 | Teleconference with Dr ■■■ Dean of ■■■ School of Pharmacy; emails with Dan Sigelman and Dr ■■■ regarding 091 Protocol; emails with Mark Schultz regarding interviews with potential experts in Vioxx TPP |
| 04.01.10 | 8 | Revise and Update Alzheimer's Working Paper; email to NJ TPP counsel with prepared Minutes of 03.26.09 meeting; email to David Buchanan and Jeff Grand with documents regarding Dr. Madigan (report) and documents related to GI and BP |
| 04.02.09 | 3 | Review Waxman Report 2005 to Committee |
| 04.03.09 | 1 | Email with Brett Speigel regarding Drs. ■■■ and ■■■ and cross examination of Dr. ■■■ |
| 04.05.09 | 0.5 | Email with Dr. ■■■ regarding Merck definition of "serious" adverse event |
| 04.06.09 | 4.5 | Review CV of expert ■■■ Research (TPP Hot Documents); review Email of consultant ■■■ regarding damages expert; forward documents to Mark Schultz regarding prescriber information |

| Date | Hours | Description |
| --- | --- | --- |
| 04.07.09 | 1 | Email with Brett Speigel regarding Australia litigation and scheduling of biostatistician testimony for the week of May 11. |
| 04.08.09 | 8 | Shalaby Deposition with Mark Schultz in Philadelphia |
| 04.09.09 | 1.5 | Emails with Drs. Psaty and Furberg regarding Alzheimer's Studies |
| 04.12.09 | 6 | Preparation of Memo to File and Counsel regarding FDA interpretation of Alzheimer's Study data and unblinding of data issues in connection with Dr. ▮ testimony in Australian litigation. |
| 04.13.09 | 0.5 | Email to Dave Buchanan, Jeff Grand and Mark Schultz regarding database access and strategy in TPP cases |
| 04.15.09 | 1 | Emails and Teleconference with Peter St. Phillip regarding Harrington Deposition |
| 04.15.09 | 8 | TPP Case Management conference Atlantic City Judge Higbee |
| 04.15.09 | 1.5 | Service of ▮ Response to Merck expert Dr. Marks |
| 04.16.09 | 2.5 | Review of Dr. ▮ V and publications |
| 04.17.09 | 0.5 | Emails with Seeger Weiss regarding database access |
| 04.20.09 | 8 | Meeting NYC experts ▮ @ Michelangelo Hotel |
| 04.20.09 | 0.5 | Email with ▮ PhD., potential expert on pharmacoeconomic issues |
| 04.21.09 | 8 | Meeting NYC Lanier Law Firm various counsel |
| 04.22.09 | 8 | Research Alzheimers Dementia NSAIDs (Alz Nsaids and Alz) |
| 04.23.09 | 8 | Vioxx TPP CMC Atlantic City |
| 04.23.09 | 2.5 | Email to Dr. ▮ with document 041109Alz notes.doc with request for review; email to Evan Janush with True Risk Benefit Powerpoint and Failure of Science EHW.doc |
| 04.23.09 | 3.5 | Notes Alz Paper |
| 04.25.09 | 1 | Email from Dr. ▮ regarding 041109Alz notes.doc |
| 04.27.09 | 1 | Email to Dr. ▮ regarding 041109Alz notes.doc |

| Date | Hours | Description |
|---|---|---|
| 04.27.09 | 3 | Review Protocols for Alzheimer's Studies  (Alz Australian Production) |
| 04.27.09 | 1 | Email to Joseph Grinstein regarding Harrington deposition. |
| 04.28.09 | 1 | Research Alz Steering Committee (Alz Sano); Email to Mark Schultz regarding Sano; Teleconference regarding deposition of John Harrington in NYC with Peter St. Philip |
| 04.29.09 | 6 | Receipt and Review deposition transcript of Ben Zeinan; Receipt and Review deposition transcript Chris Haney |
| 04.29.09 | 0.5 | Review email from Diane Paolicelli regarding Tavs Deposition; email to counsel regarding Shalaby testimony regarding Dr. Calder |
| 04.29.09 | 1 | Emails with Dr [redacted] Brett Speigel regarding Australian litigations |
| 04.30.09 | 4 | Review of Dr [redacted] CV and publications |
| 04.30.09 | 3 | Document review related to Alzheimer's Studies, forward documents to Drs [redacted] and Dan Sigelman |
| 05.01.09 | 8 | Attend Harrington Deposition O'Melveny Myers NYC |
| 05.01.09 | 1 | Document review Alzheimer's Studies |
| 05.02.09 | 1.5 | Teleconference with Brett Speigel, Esq regarding Dr [redacted] testimony in Australia class action litigation |
| 05.02.09 | 8 | Document review Alzheimer's Studies |
| 05.03.09 | 8 | Document review Alzheimer's Studies |
| 05.03.09 | 0.5 | Email to Dr [redacted] with notes regarding Alzheimer's Studies Steering Committee/Endpoint Committee and Dr [redacted] |
| 05.03.09 | 0.5 | Review of Dr [redacted] letter to Dr [redacted] in Australia litigation |
| 05.04.09 | 1.5 | Teleconference and emails with Joseph Grinstein regarding Harrington and overall strategy |
| 05.04.09 | 1 | Email to Dr [redacted] and Brett Speigel regarding Alzheimer's Studies |
| 05.04.09 | 6 | Document review Alzheimer's Studies |
| 05.04.09 | 0.5 | Emails with Joseph Grinstein regarding Harrington deposition/theories of liability |

| Date | Hours | Description |
|---|---|---|
| 05.05.09 | 7 | Review summary of Rheumatology Hot Tub in Australia litigation; review Merck expert Dr. Marks' second reply to ████ report; review highlighted version of ████ redacted statement; review biostatistics hot tub agenda; emails with Brett Speigel regarding Australia trial |
| 05.05.09 | 0.5 | Emails with Lanier/Meadow regarding Alzheimer's evidence; ████ testimony in Australia |
| 05.05.09 | 0.5 | Emails with plaintiffs' counsel regarding depositions |
| 05.05.09 | 0.5 | Emails with ████ regarding fake bone journal sponsored by Merck in Australia |
| 05.05.09 | 1 | Teleconference with ████ and Brett Speigel regarding Australian litigation |
| 05.06.09 | 2 | Series of emails with ████ and Brett Speigel, forwarding several documents and discussions relevant to biostatistical issues in Australian litigation |
| 05.06.09 | 2 | Second series of emails, same as above |
| 05.06.09 | 9 | Document review in preparation for Trial |
| 05.07.09 | 7 | Travel to Melbourne, Australia with ████ for Trial |
| 05.07.09 | 4 | Extensive document review, Emails ████ and Brett Speigel regarding Australia litigation issues; Emails from Brett Speigel regarding Merck's opening with respect to ████; Review transcripts of Merck opening. |
| 05.07.09 | 2 | Emails with Ken Soh regarding ████ receipt and review of Dr. Marks' testimony in Ernst v. Merck 05.07.09  through 05.15.09  Attendance and participation as admitted counsel for plaintiff at Peterson v. Merck Sharp Dohme, Australian Class Action trial, Melbourne, Australia with Dr. Madigan |
| 05.08.09 | 2 | Review of ████ supplemental statement |
| 05.08.09 | 2 | Receipt and Review of transcripts and exhibits related to Dr. Marks, Merck biostatistics expert |
| 05.08.09 | 12 | Travel to Melbourne, Australia with ████ for Trial |
| 05.09.09 | 14 | Melbourne, Australia Preparation for Trial in Peterson v. Merck; review detailed protocols for Alzheimer's studies from Australian Production; review documents related to mechanism (atherosclerosis) in connection with Merck's 14 day rule for counting events in CV-SCP |
| 05.10.09 | 14 | Melbourne, Australia Preparation for Trial in Peterson v. Merck; Review of Dr. Mark's articles in connection with Australia testimony; Review of Merck counsel's opening statement to the Court |

| Date | Hours | Description |
|---|---|---|
| 05.11.09 | 14 | Attendance at trial in Peterson v. Merck; Review of Dr. [redacted] report and response; Emails with Dan Sigelman and Dr. [redacted] regarding ongoing procedural issues, reviewing notes from Biostatistics Conclave; emails with Drs. Kostis and Krumholz regarding Merck's expert, Dr. Marks, who contends it is appropriate to compare the rate of CVT in Merck clinical studies with background rates from other studies in order to discount the in-study findings |
| 05.12.09 | 14 | Attendance at trial in Peterson v. Merck; Document review in connection with [redacted]'s testimony; Email documents and comments to [redacted] for his review; review of Joint report Biostatistics Conference Australian litigation |
| 05.13.09 | 14 | Attendance at trial in Peterson v. Merck; review Madigan final report server in Australian litigation; Notes regarding Protocol 203; Review Biostatistics Hot Tub transcript |
| 05.14.09 | 12 | Preparation of Notes regarding cross examination of Dr. Marks, Merck biostatistics expert in Australia litigation; Receipt and Review Biostatistics Hot Tub transcript |
| 05.15.09 | 12 | Attendance at trial in Peterson v. Merck; Receipt and Review Biostatistics Hot Tub transcript |
| 05.22.09 | 6.5 | Receipt and Review of Deposition transcripts: Shalaby, Haney, Halstrom 05.20.09 through 05.25.09. Research regarding Alzheimer's Studies |
| 05.23.09 | 8 | Email to Brett Speigel (from Denver) with reference to newly found documents/Bates numbers |
| 05.24.09 | 8 | Email to Brett Speigel (from Denver) with reference to newly found documents/Bates numbers |
| 05.28.09 | 8 | Receipt and Review of Cardiology Hot Tub transcripts |
| 05.29.09 | 3 | Review Ray paper Circulation CV risks of NSAIDS in Hospitalized Patients; emails with Merck counsel regarding scheduling of depositions in Vioxx TPP |
| 06.02.09 | 6.5 | Review Reich Second Supplemental Witness Statement |
| 06.03.09 | 7 | Emails with Dan Sigelman and Brett Speigel regarding Reich testimony in Australia; Review of Reich statements; locate and forward key documents to Brett Speigel to assist in cross examination of Dr. Reich; preparation of notes/suggestions regarding Reich supplemental submission; detailed emails to Spiegel regarding Alzheimer's Study analysis done by EHW with supporting documents and points to consider. |
| 06.03.09 | 0.5 | Email to Grand/Buchanan requesting access to the documents that were de-privleged in 2007 |
| 06.03.09 | 0.5 | Emails with [redacted] and Brett Speigel regarding Alzheimer's Studies |
| 06.04.09 | 1.5 | Emails with Brett Speigel [redacted] and Dan Sigelman regarding FDA Issues, Alzheimer's Studies |
| 06.05.09 | 3 | Emails with Brett Spiegel and Dan Sigelman regarding Reich statement; email to Jeff Grand regarding printing out CDOC documents for Australian litigation related to Dr. Madigan's evidence |
| 06.09.09 | 5.5 | Email to Brett Spiegel with documents and points for cross examination of Reich in Australia litigation |

| Date | Hours | Description |
|---|---|---|
| 06.09.09 | 1 | Emails with Don Arblbilt regarding Alzheimer's Studies |
| 06.09.09 | 1 | Review of ▮▮▮▮ paper on Dementia and NSAIDS |
| 06.09.09 | 0.5 | Emails with Brett Spiegel and Review of Reich testimony in Australia litigation |
| 06.10.09 | 3.5 | Review of Reich testimony in Australia litigation |
| 06.10.09 | 2 | Emails with Brett Spiegel with attached documents for use in Reich cross |
| 06.10.09 | 1 | Emails with Merck counsel regarding scheduling of depositions of Calder and Reines |
| 06.10.09 | 2.5 | Research Reines Deposition issues related to ITT (Alz Reines Dep) |
| 06.11.09 | 1 | Emails with Brett Spiegel and Review of Reich testimony in Australia litigation |
| 06.11.09 | 0.5 | Emails with Diane Paolicelli regarding access to risk data for expert evaluation. |
| 06.11.09 | 0.5 | Teleconference with Arblbilt and Gross regarding Alzheimer's issues |
| 06.11.09 | 4 | Conference with Pollock, Placitella, Schultz regarding theories of liability in TFPP cases in Princeton, NJ |
| 06.11.09 | 2 | Forward ITT documents to Spiegel, Sigelman, Dr. Madigan including PN 091 Consensus Meeting Agenda 2-15-02 document |
| 06.12.09 | 1.5 | Emails with Brett Spiegel regarding Reich testimony, learned intermediary doctrine in USee; email with Spiegel and Zipes regarding expert consulting in US TPP litigation,Review of Reich testimony in Australia litigation |
| 06.12.09 | 0.5 | Email from Brett Spiegel: "a HUGE thanks for all your selfless help on this case" |
| 06.15.09 | 1 | Teleconference with Dr. ▮▮▮▮▮▮ regarding consulting in Vioxx TPP matters |
| 06.15.09 | 1.5 | Teleconference with Jefferson Hospital personnel regarding physician awareness project |
| 06.15.09 | 1 | Emails with Jeff Pollock regarding issues raised in our 06.11.09 meeting in Princeton, NJ; emails with Brett Spiegel regarding Dr. |
| 06.16.09 | 1.5 | Emails with Pollock, Schultz, Placitella, Cohen regarding theories of damages in Vioxx TPP litigation generally and with respect to our clients |
| 06.17.09 | 5.5 | Receipt and Review of Applicant's Submissions and Respondents' Submissions and Appendices in Australia Vioxx litigation |

| Date | Hours | Description |
|---|---|---|
| 06.17.09 | 1 | Email with Dr. ███ regarding meeting |
| 06.18.09 | 6 | Review of Applicant's Submissions and Respondents' Submissions and Appendices in Australia Vioxx litigation |
| 06.18.09 | 1.5 | Teleconference with Don Arbitblit and Jennie Gross regarding Vioxx TPP issues |
| 06.18.09 | 0.5 | Email to Jim Dugan regarding discussion of Vioxx issues |
| 06.19.09 | 1 | Review of Applicant's Submissions and Respondents' Submissions and Appendices in Australia Vioxx litigation |
| 06.19.09 | 1 | Review of Exhibit Taws-6 Dossier, forward to Dr. ███ for review and Comment |
| 06.19.09 | 2 | Receipt and Review of Dr. ███ comments on Merck submissions regarding Dr. ███ analyses of SAS data titled "Litigation Driven Science." |
| 06.19.09 | 5 | Vioxx TPP meeting of Counsel in Philadelphia, organized by EHW and Schultz, to discuss legal theories, discovery, experts and trial. |
| 06.19.09 | 1 | Emails with Peter Cashman, Brett Spiegel, Mark Woodward, David Madigan regarding Merck submissions in Australia litigation |
| 06.19.09 | 0.5 | Emails with Don Arbitblit regarding Vioxx issues |
| 06.19.09 | 1 | Research (Vioxx TPP: Robert Calder) |
| 06.19.09 | 0.5 | Research New Jersey Consumer Fraud Act and case law |
| 06.19.09 | 0.5 | Receipt and Review of Merck's submission "Litigation Driven Science" from Australia litigation |
| 06.19.09 | 1 | Teleconference with Brett Spiegel regarding Vioxx Australia litigation |
| 06.20.09 | 5 | Receipt and Review of Applicant's analysis of Respondent submissions in Australia litigation |
| 06.20.09 | 2 | Emails with Drs. ███ & ███ regarding meeting; review Dr. ███ comments regarding Merck's dossier to TPPs |
| 06.21.09 | 2.5 | Emails with Spiegel, ███ Sigelman, Burnside regarding Vioxx Australia litigation and forwarding documents |
| 06.20.09 | 1 | Email to Schultz, Placitella, Cohen regarding Vioxx TPP strategy |

| Date | No. | Description |
|---|---|---|
| 06.21.09 | 4 | Send Naproxen + PPI powerpoint to Dr. [redacted], Spiegel, Sigelman; Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 06.22.09 | 4 | Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 06.22.09 | 1 | Review NJ District court opinion in Morgan v Gay |
| 06.23.09 | 5 | Research articles Spiegel/Naproxen comparison (Vioxx TPP Articles) |
| 06.23.09 | 1 | Send Naproxen + PPI powerpoint to Schultz, Placitella, Buchanan, Meadow, Arbitbit |
| 06.23.09 | 1 | Conference call with Schultz, Dassow, Paolicelli, Rhoad regarding Vioxx TPP discovery and experts |
| 06.23.09 | 1 | Emails with Schultz, Placitella, Roth, Cohen regarding damages model for Vioxx TPP cases |
| 06.23.09 | 1 | Research into GI and review of Dr. [redacted] articles |
| 06.24.09 | 1 | Emails with David Buchanan regarding Kronmal analyses, meeting with experts and biostatistics evidence in Australia litigation, forwarding transcripts to him |
| 06.24.09 | 3 | Emails with Dr. [redacted] regarding consulting and scheduling teleconference |
| 06.24.09 | 1 | Emails with counsel regarding Merck Dossier |
| 06.25.09 | 1 | Teleconference Lexie White from Susman Godfrey regarding experts |
| 06.25.09 | 6 | Teleconference with Buchanan, Seeger, Placitella, Schultz regarding Vioxx; ; Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 06.26.09 | 1.5 | Emails with Mark Schultz regarding meeting with Julie Donahue and preparation of questions/issues to cover with her at meeting to discuss damages theories |
| 06.27.09 | 2 | Emails with Dr. [redacted] two EHW PPTS and email regarding issues in Vioxx TPP related to GI benefits |
| 06.27.09 | 2 | Revision PPT The True Risk Benefit Profile of Vioxx |
| 06.27.09 | 1 | Email to Jim Dugan, Artibitt, Schultz and Placitella, enclosing powerpoints prepared by EHW, inviting discussion of collaboration on TPP case |
| 06.27.09 | 3 | Receipt and Review documents from Schultz regarding NSAID class and VA issues |
| 06.27.09 | 1 | Emails with Dr. [redacted] potential Vioxx expert witness regarding GI issues, author of [redacted] article |

| Date | Hours | Description |
|---|---|---|
| 06.28.09 | 8 | Alzheimer's Powerpoints |
| 06.30.09 | 6 | Meeting in Newark, NJ, with expert witnesses Dre███████ and ████████ regarding reports/testimony in Vioxx TPP litigation |
| 06.30.09 | 2 | Receipt and review of draft subpoenaes in Vioxx TPP litigation |
| 07.01.09 | 5.5 | Emails with Schultz, Placitella regarding proposed pricing deposition subpoena for PA cases; ; Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 07.02.09 | 4.5 | Teleconference with Dr. ████████ potential expert witness in Vioxx regarding GI risk issues; ; Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 07.03.09 | 3 | Emails with Jim Dugan and Mark Schultz regarding discussion of experts in Vioxx TPP litigation; ; Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 07.05.09 | 6 | Email to Schultz, Placitella regarding conversation with Jim Dugan and preparation of memo regarding work to do on experts; ; Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 07.06.09 | 4 | Memo To File regarding Fraud theories, circulated to all counsel in NJ litigation |
| 07.06.09 | 1 | Email with Schultz regarding damages experts |
| 07.06.09 | 2 | Long Email with attachments to Jim Dugan, copied to Dawn Barrios, setting forth proposed liability case in Vioxx, referencing attachments: Failure of Science Paper, Osteoporosis Analysis, Dr.███████ expert report |
| 07.06.09 | 1 | Teleconference with Jim Dugan regarding experts and theories of liability I proposed for Vioxx TPP cases |
| 07.07.09 | 1 | Teleconference with ██████ MD; Memo To File regarding Dr.████████ |
| 07.07.09 | 3.5 | Receipt and review from Dr.███████f his Celebrex reports/deposition transcript |
| 07.07.09 | 2.5 | Revise Powerpoint "It's Naproxen, Stupid" |
| 07.07.09 | 1 | Emails with David Buchanan, Diane Paolicelli, Schultz, Barrios et als regarding expert deposition scheduling |
| 07.08.09 | 1 | Emails with Placitella and Schultz regarding draft 30(b)(6) Notice for marketing deposition |
| 07.09.09 | 6 | Research regarding ██████ |
| 07.09.09 | 1 | Emails with Madigan, Sigelman regarding adjudication of deaths in Alzheimer's Studies, not started until March 2001 (post-unblinding) |
| 07.10.09 | 2 | Receipt and Review of Dr.██████e Schedule Letter and CV; Emails with Dr.███████ attaching Merck document for his review |

| Date | Hours | Description |
|---|---|---|
| 07.10.09 | 6 | Research (Atz July 09 docs)(Vioxx TPP Medical Articles) |
| 07.11.09 | 1 | Email to Dr. ████ and preparation of Retainer Letter to Dr. ████ |
| 07.11.09 | 2 | Emails with Barrios, Placitella and Schultz regarding Dr. ████ and how his expertise could be useful in Vioxx TPP cases, attaching articles and CV |
| 07.12.09 | 5.5 | Emails and document review with Dr. Egilman related to GI issues; ; Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson. |
| 07.13.09 | 4 | Emails with Don Arbibit, Mark Schultz, Chris Placitella regarding sharing of work product, experts; ; Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 07.13.09 | 2.5 | Email to Dr. James Wright enclosing powerpoints on Risk Benefit of Vioxx and Naproxen |
| 07.14.09 | 1 | Review National Law Journal Article re: Unjust Enrichment |
| 07.14.09 | 1 | Email to Dr. ████ regarding consulting |
| 07.15.09 | 0.5 | Email from Dr. ████ regarding consulting |
| 07.15.09 | 1 | Email to Vioxx TPP Group offering to serve as Co-Chair of the Expert Committee based upon work done in the Vioxx litigation to date and attaching Powerpoint summarizing theory of the case |
| 07.15.09 | 4.5 | Receipt and review of Nevada best price complaint in Steinke case and Pennsylvania Release in same litigationco07.16.09 Email from Don Arbibit regarding expert witnesses to set time to discuss |
| 07.16.09 | 3 | Notes Atz Paper |
| 07.16.09 | 1 | Teleconference with Don Arbibit regarding experts |
| 07.16.09 | 1 | Teleconference and Emails forwarding documents with Dr. ████ market forecasting expert, University of ████ |
| 07.16.09 | 1 | Emails with Mark Schultz regarding liability and damages experts |
| 07.16.09 | 0.5 | Teleconference with Drs. ████ and ████ regarding pulmonary embolism cases pursuant to Lanier Law Firm request to investigate |
| 07.17.09 | 2 | Teleconference expert witness Dr. ████ author of ████, review published paper ████ |
| 07.17.09 | 1 | Emails with Dr. ████ regarding retainer |
| 07.18.09 | 3 | Memo How Experts will testify re: gastroenterologists ████ |

| Date | Hours | Description |
|---|---|---|
| 07.18.09 | 1 | Emails with Chris Placitella regarding Dr. ██████ expert witness, and attaching documents of interest. |
| 07.20.09 | 2 | Email to Dr. ██████ including several documents and articles; Receipt of email from ██████ enclosing CV. |
| 07.20.09 | 1 | Emails with Placitella and Schultz regarding experts |
| 07.20.09 | 1 | Teleconference with James Dugan regarding experts |
| 07.21.09 | 3 | Database search: Letter from Merck authors to Annals regarding ██████ published paper regarding cost analysis, email to Dr. ██████ regarding article and responses |
| 07.21.09 | 1.5 | Review case law: In Re Schering Plough Intron/Temodar Consumer Class Action |
| 07.21.09 | 3 | Review Louisana pleadings including reply memo; Emails with Placitella, Schultz and Cohen regarding implications of pleadings to Pennsylvania case and Dugan |
| 07.21.09 | 1 | Teleconference with MDL Governmental Committee and receipt of Committee Structure list appointing EHW as Co-Chair of Expert Committee |
| 07.21.09 | 0.5 | Email to Don Arbitblit regarding ██████ advising deadline for report not feasible and requesting 60 days for service of report to review materials, around ██████ vacation schedule. |
| 07.21.09 | 1 | Teleconference with Dawn Barrios and Mark Shultz regarding EHW participation in MDL discovery. |
| 07.21.09 | 0.5 | Emails with Dr. ██████ regarding publication of Merck response letter to his article in Annals; research database to find Merck letter and ██████ response |
| 07.21.09 | 0.5 | Emails with Dr. ██████ and review of Dr. ██████ Proposal for consulting project in Vioxx litigation. |
| 07.22.09 | 4 | Review of Judge Chesler's opinion in Schering Plough TPP case; emails with Coren, Placitella, Schultz & Sigelman regarding implications of Chesler opinion on Vioxx TPP AG cases |
| 07.23.09 | 1 | Email to Kip Piper, potential Medicaid consultant/expert |
| 07.23.09 | 1 | Emails and teleconference with Jim Dugan and Don Arbitblit regarding Dr. ██████ and requesting that Dr. ██████ report be served on Merck on 07.31.09 in eight days, and EHW advise to Dugan to obtain more time to serve and that ongoing efforts to work collaboratively have been suggested by EHW, including suggestions on how the liability case could be better framed to increase chances of success; teleconference with Placitella and Schultz regarding same |
| 07.24.09 | 1 | Emails with Don Arbitblit regarding ██████ advising concerns regarding lawyers in the case, theories of liability and damages, and asking whether we would have reciprocal access to Drs ██████ and ██████ in our cases |
| 07.24.09 | 1.5 | Emails with Kip Piper, health care consultant and Medicaid expert and potential expert witness |
| 07.24.09 | 6 | Research Medicaid Law |

| | | |
|---|---|---|
| 07.25.09 | 8 | Research Medicaid Law |
| 07.26.09 | 8 | Research Medicaid Law |
| 07.27.09 | 8 | Travel to New Orleans Vioxx TPP meetings |
| 07.27.09 | 1 | Emails with Coren, Sigelman regarding J.████████ and LROP analysis |
| 07.28.09 | 8 | New Orleans Vioxx TPP meetings |
| 07.29.09 | 8 | Return to New Jersey from New Orleans meetings.; Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 07.30.09 | 4 | Emails with Dr. Brennan Spiegel regarding teleconference scheduled for August 11, 2009; Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 07.30.09 | 1 | Emails with Randy Fox regarding additional risk discovery in Vioxx TPP cases |
| 07.31.09 | 5.5 | Email with Dr.████████ regarding Alzheimer's studies data.; Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 08.02.09 | 4.5 | Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 08.04.09 | 6.5 | Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 08.06.09 | 3.5 | Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 08.10.09 | 4 | Receipt and review of expert report of Dr.████████ in Zyprexa on damages; review damages evidence |
| 08.11.09 | 6 | Teleconference expert Dr.████████.Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 08.13.09 | 5 | Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 08.14.09 | 2.5 | Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 08.15.09 | 5.5 | Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 08.16.09 | 6.5 | Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 08.17.09 | 3.5 | Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |

| Date | Hours | Description |
|---|---|---|
| 08.20.09 | 2 | Teleconference Joe Couto Pharmacoeconomics and Outcomes Research Fellow School of Population Health Thomas Jefferson University regarding damages model in AG cases |
| 08.28.09 | 8 | EHW paper Failure of Science |
| 09.01.09 | 3 | Receipt and review of MDL expert report memo from Don Arbitolit concerning Dr[redacted] and [redacted] emails with Joe Steele and Mark Schultz concerning experts for AG cases |
| 09.01.09 | 4.5 | Email to Dr[redacted] Alzheimers expert, regarding testimony in TPP cases; ; Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 09.02.09 | 4.5 | Email to Dr[redacted] Cardiology expert regarding testimony in TPP cases; ; Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 09.06.09 | 3.5 | Preparation of Expert Memo for TPP litigation |
| 09.07.09 | 5 | Preparation of Expert Memo for TPP litigation |
| 09.08.09 | 4 | Preparation of Expert Memo for TPP litigation; circulate to Mark Schultz and Chris Placitella for edits; emails with Dr[redacted] |
| 09.09.09 | 8 | Emails with Dr[redacted] confirming meeting; Research and preparation for deposition of Merck witnesses Reines, Visser, Ford Hutchinson |
| 09.10.09 | 8 | Philadelphia: Meeting with expert [redacted] Videoconference with AG counsel and expert witness[redacted] |
| 09.11.09 | 2 | Receipt and review document from [redacted] re: market forecasting |
| 09.11.09 | 1 | Receipt and review email and attachments from Dawn Barrios regarding Merck production and discovery issues |
| 09.13.09 | 0.5 | MDL Govt Action Working Committee Designations |
| Total | 1518 | |