UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| THIRD PARTY PAYOR COMMON | * | MAG. JUDGE KNOWLES |
| BENEFIT FEES | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | August 9, 2012 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE**
**WEINBERG EXHIBITS UNDER LIMITED SEAL**

NOW COMES the Law Offices of Eric H. Weinberg through undersigned counsel, and moves for leave to file the exhibits to his objection to the TPP FAC's recommended allocation under limited seal, upon showing that the exhibits contain confidential materials relating to ongoing litigation, which can (and has) been shared with members of the TPP FAC, but cannot be shared with the broader legal community, in particular with counsel for Merck, without jeopardizing litigation strategy. The objection itself, which is not to be filed under seal, contains sufficient information concerning Weinberg's hours, lodestsar, and work for the common benefit to allow comparative analysis by other claimants to the fund.

Accordingly, Weinberg seeks leave to file paper copies of his exhibits under seal, and proposes to serve a paper copy on Russ M. Herman, Esq.

| | |
|---|---|
| /s/ Robert E. Arceneaux | ROBERT E. ARCENEAUX LLC |
| _____ | 47 Beverly Garden Drive |
| Robert E. Arceneaux, La Bar No. 01199 | Metairie, LA 70001 |

-1-

| | |
|---|---|
| (504) 833-7533 office<br>(504) 833-7612 fax<br>rea7001@cox.net | /s/ Margaret E. Woodward<br>_____<br>MARGARET E. WOODWARD, La. Bar No.13677<br>3701 Canal Street, Suite C<br>New Orleans, Louisiana  70119<br>(504) 301-4333 office<br>(504) 301-4365 fax<br>mewno@aol.com |

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for the Law Offices of Eric H. Weinberg

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 9th day of August, 2012.

*Robert E. Arceneaux*
_____