**CERTIFICATE OF SERVICE**

      I hereby certify that the above Appedix of Exhibit to Audet & Partners, LLP, Hovde Dassow & Deets, LLC, The Lanier Law Firm, P.C., Ewing, McMillin & Willis, PLLC, Gary Franke Co., LPA, Joint Objection To The TPP Fee Allocation Committee's June 13, 2012 Recommendation has been served upon all parties by electronically uploading the same to LexisNexis File & Serve and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing this 10th day of August, 2012.

                                              _____s/ Robert T. Dassow_____

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above Joint Objection of Audet & Partners, LLP, Hovde Dassow & Deets, LLC, The Lanier Law Firm, P.C., Ewing, McMillin & Willis, PLLC, Gary Franke Co., LPA, To The TPP Fee Allocation Committee's June 13, 2012 Recommendation has been served upon all parties by electronically uploading the same to LexisNexis File & Serve and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing this 10th day of August, 2012.



                                                                     _____s/ Robert T. Dassow_____