UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>  PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:** THIRD<br>PARTY PAYOR COMMON BENEFIT FEES | :<br>: MDL Docket No. 1657<br>:<br>: SECTION L<br>:<br>: JUDGE FALLON<br>: MAG. JUDGE KNOWLES |

**SHELLER, P.C.'S OBJECTION TO THE
VIOXX FEE ALLOCATION COMMITTEE'S
<u>COMMON BENEFIT RECOMMENDATION</u>**

Sheller, P.C., pursuant to the Court's Order of July 25, 2012 [Rec. Doc. 64011], hereby submits this Objection to the Vioxx Fee Allocation Committee's ("FAC") Common Benefit Recommendation [Rec. Doc. 63928] concerning fees it should be awarded in conjunction with work it performed on the third party payor (TPP) litigation.

- The Vioxx TPP FAC has recommended that Sheller, P.C. receive $120,000.00 for common benefit work.

- Sheller, P.C. submitted common benefit time in the amount of $2,131,247.65, and should be compensated for all time submitted.

**I.  INTRODUCTION**

Pretrial Order 57 details the Court's procedure regarding common benefit attorney's fees. In conjunction with the issuance of this Order, the Court appointed a FAC to receive and analyze applications for common benefit fees and the Court set forth guidelines for assessing the relative contribution of each fee application for the FAC to follow.

This Court directed the TPP FAC to prepare an initial recommendation regarding the allocation of common benefit fees and to circulate that recommendation to counsel

and their clients. The TPP FAC's initial recommendation was submitted to this Court on November 8, 2011, with comments and objections solicited from counsel. The TPP FAC's final recommendation was submitted on June 13, 2012.

Sheller, P.C. objects to the TPP FAC's final recommendation for the reasons set forth below.

## II.    ARGUMENT

In its recommendation, the FAC states that they "believe that applicants fall into three 'buckets'":

> [S]ome applicants should be well compensated for significant substantive TPP common benefit work; some applicants were not previously compensated for TPP common benefit work during the Court's earlier common benefit process and should be reasonable compensated for their TPP common benefit contributions; and some applicants did not contribute meaningfully to the common benefit TPPs.

(FAC Recommendation, at 8).

Based upon the above, Sheller, P.C. should be well compensated for significant and substantive TPP common benefit work. Instead, Sheller, P.C.'s common benefit work was reduced to **5.6%**, a reduction that, on its face, is prejudicial. The FAC's recommendation cannot be justified by any stretch of the imagination especially since <u>all of the work was performed at the direction of the Seeger Weiss firm</u> and most of Sheller, P.C.'s common benefit work was done in the TPP litigation.

### A.    Sheller, P.C.'s Provided Fundamental Common Benefit Work

As background, Sheller, P.C. conducted common benefit work in the Vioxx litigation. That work is now, after the fact, being broken down into "personal injury work" and "TPP work". At the time, Sheller's work was simply done for the benefit of the Vioxx litigation, but it is now forced to accept this differentiation.

Sheller, P.C.'s common benefit fees in both litigations totaled $2,697,390.15. On December 1, 2008, a common benefit hearing was held at the Sheraton Atlantic City. Brian J. McCormick, Jr., Esq. spoke on behalf of the firm at this hearing.[1]

During the hearing, Mr. McCormick was questioned about the fees requested and was told that most of the work Sheller, P.C. performed was TPP common benefit work, not personal injury common benefit work.[2] Sheller, P.C. had apportioned its fees between the personal injury cases and the TPP cases, requesting $566,142.50 in the personal injury litigation, and subsequently asking for reimbursement of $2,131,247.65 in the TPP litigation.

With regard to the personal injury litigation common benefit fees, the FAC recommended that Sheller, P.C. receive $43,000.00, approximately 7.6% of its requested allocation. Sheller, P.C. filed an objection to the FAC recommendation. After discussions between representatives of the FAC and Sheller, Sheller, P.C.'s objection was withdrawn and the firm was awarded $325,000.00 in common benefit fees, which was till only 57% of its requested allocation.

Subsequently, Sheller, P.C. requested $2,131,247.65 in TPP common benefit fees, since, **according to the FAC**, Sheller, P.C.'s hours billed mostly related to the TPP litigation. The FAC was well aware that Sheller, P.C. would be making a submission for this amount since several of the attorneys who worked on the TPP case now work for the

---

[1] By letter dated August 1, 2012, addressed to Russ M. Herman, Esq. and Christopher A. Seeger, Esq., Sheller, P.C. requested that a copy of Brian J. McCormick, Jr.'s statement, as well as the questions posed to him, at the December 1, 2008 hearing be provided immediately. Sheller, P.C. had been advised that Golkow Technologies, the court reporting company that transcribed the presentations had been instructed to provide copies to Herman & Herman and the Court and not to retain any other copies. *See* Letter of C. Homolash to R. Herman and C. Seeger, dated Aug. 1, 2012, Ex. "A." To date, Sheller, P.C. has not received a copy of this transcript.

[2] Mr. McCormick, who spoke on behalf of Sheller, P.C., had joined the Sheller Firm after this work was performed. Jonathan Shub, the attorney who led the Sheller Firm's efforts in the Vioxx litigation had joined Seeger Weiss in the interim and was unable to speak about Sheller's efforts.

3

Seeger Weiss firm and it had previously been <u>pointed out to the Sheller Firm by the FAC</u> in Atlantic City that most of its work was done with regard to the TPP actions.

Surprisingly, in response to the firm's request, the TPP FAC recommended Sheller, P.C. receive only $120,000.00, or approximately 5.6% of the value of the work it performed. Based on the number of hours submitted, and the allocation, Sheller is being compensated at approximately $19.12 per hour for its work. This recommendation makes no sense in light of the work performed and the fact that Sheller, P.C. was told by the FAC that its work was TPP work. If Sheller was not compensated for the work it performed by the FAC in the personal injury cases because it was "TPP work", then where does Sheller go for compensation now?

Moreover, Sheller, P.C. submitted for $68,115.90 in unreimbursed costs. *See* Exhibit "C." None of these costs were reimbursed.

### B.     Sheller, P.C.'s Common Benefit Work

Sheller, P.C.'s lawyers who conducted a large portion of the work now work for Seeger Weiss, LLP, either as full-time lawyers or as contract lawyers. However, during the time that the Vioxx common benefit work (both personal injury and TPP) was performed, they were employees of Sheller, P.C. These attorneys included Jonathan Shub, Esquire ("Shub"), Haile DeBass, Esquire ("DeBass"), Gregory Waks, Esquire ("Waks"), Terrianne Benedetto, and paralegal Joseph Yanick ("Yanick").[3]

As explained above and suggested by the FAC, most of Sheller, P.C.'s common benefit work was done on the TPP litigation. Sheller, P.C. represented two (2) TPP clients: 1) Plaintiff International Union of Operating Engineers Local No. 68 Welfare Fund and 2) Plaintiff Midwest Operating Engineers Healthand Welfare Fund.

---

[3]     A copy of Sheller, P.C.'s lodestar time is attached hereto as Ex. "B."

4

Sheller, P.C. filed a Complaint for Plaintiff International Union of Operating Engineers Local No. 68 Welfare Fund ("Local 68") in the Superior Court of New Jersey, Atlantic County in 2003, Docket No. ATL-L-3015-03-MT.  It was consolidated under the docket In re Vioxx® Litigation, Case No. 619.  The case alleged, among other things, that Merck violated N.J.S.A. 56:8-1 *et. seq* and fraudulently misrepresented and suppressed material information in connection with the marketing and sale of Vioxx.

Sheller, P.C. filed a Complaint for Plaintiff Midwest Operating Engineers Health and Welfare Fund ("Midwest") in the United States District Court for the District of New Jersey, on May 13, 2005, Civil Action No. 05-2525.  This case was eventually transferred to the MDL.

Sheller, P.C. spent approximately 6,300 hours on the Vioxx TPP cases.  *See* Exhibit "B."  Sheller, P.C. spent considerable hours drafting pleadings, conducting discovery and engaging in extensive document review which ultimately resulted in a positive resolution for the TPP claimants.

For the Court's reference, Sheller, P.C. re-submits its timesheets detailing the work performed on the TPP cases. *See* Ex. "B."  Some of this work DeBass conducted, includes, but is not limited to: 1) Assisting Plaintiffs' counsel, including the Seeger Weiss firm, with the document review in the New York depository beginning in February 2005; 2) assisting Michael Wagner, the former supervising paralegal at Seeger Weiss, in managing the document depository; 3) training attorneys and paralegals new to the litigation on the use of Concordance; 4) participating in weekly telephone calls related to the document depository; 5) allocating and managing document review assignments to

other attorneys and digesting their results; and 6) organizing and managing deposition packages for lead counsel conducting depositions.

DeBass' responsibilities were greatly increased in two instances: (1) after Hurricane Katrina affected the ability of the New Orleans depository to function as a fully-operating unit; and (2) after Mr. Wagner began to assist at trial around the country and frequently had to be absent from the New York depository.  DeBass commonly worked 12 hour days in the New York depository.  For example in September 2005 and October 2005, Attorney DeBass worked 253 and 278 hours, respectively.  Attorney DeBass also worked on several of the bellwether cases by preparing the exhibits for trial.

After Hurricane Katrina (August 2005), Sheller became one of the leading firms in managing the document review and depository.   In addition, after several setbacks in various Vioxx trials, Sheller personnel were not pulled from the Vioxx effort and continued to work diligently on the litigation until the final settlement.

Another former Sheller attorney, Waks, also did considerable document review. Attorney Waks was one of the first trial attorneys to work in the New York depository.

Additionally, Sheller provided paralegal Yanick to assist the trial team with the Humelston trial in Atlantic City, New Jersey.  Yanick spent approximately six (6) weeks in Atlantic City in 2005 assisting with the trial.  Sheller attorneys participated in the discovery committee and the trial preparation committee.

The total number of hours spent on TPP-related events in the Vioxx litigation by this firm is 6,276.55.  The total lodestar amount for attorney and paralegal time, calculated at the firm's hourly rates during the litigation is $2,063,131.75.  These hourly rates have been approved by other state and federal courts in similar type class actions.

### III.    CONCLUSION

For the foregoing reasons, Sheller, P.C. objects to the TPP FAC's June 13, 2012 recommended award of $120,000.00 and requests that this Court award it the entire value of fees earned in the amount of $2,131,247.65, as well as the entire amount of unreimbursed costs ($68,115.90) submitted by Sheller, P.C.

Sheller, P.C. only asks that the FAC fully compensate it for the work expended on this litigation for the common benefit of all TPP litigants in the MDL.

                                        Respectfully submitted,

                                        **SHELLER, P.C.**

Dated: August 10, 2012                By:  /s/Brian J. McCormick, Jr.
                                                Brian J. McCormick, Jr., Esq.
                                                Claudine Homolash, Esq.
                                                1528 Walnut Street, 4th Floor
                                                Philadelphia, PA 19102
                                                Telephone: (215) 790-7300
                                                Facsimile: (215) 546-0942

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of Sheller, P.C.'s Objection to the Vioxx Fee Allocation Committee's Common Benefit Fee Allocation has been served upon Liaison Counsel, Russ Herman and Christopher Seeger, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of August, 2012.

                                          /s/ Claudine Q. Homolash