UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Mary Ann Nolan v. Merck & Co., Inc.*, 05-06146

**ORDER**

The Court has pending before it Merck's motion for summary judgment (Rec. Doc. 63898) with respect to the claims of Plaintiff Mary Ann Nolan. The motion was noticed for submission on Wednesday, July 11, 2012. On Tuesday, July 11, Plaintiff's counsel moved for a 21-day extension of time to submit a response. (Rec. Doc. 63979). The Court granted that motion. (Rec. Doc. 63989).

The Court has now received a second motion for an extension of deadlines. (Rec. Doc. 64023). Plaintiff's counsel indicates that he has been unable to contact his client for some time. He indicates that he plans to make further efforts to contact Ms. Nolan, and if those efforts fail, he will move to withdraw. No opposition to this motion has been filed.

Under these circumstances, a brief extension is warranted to allow counsel time to attempt to contact his client. Accordingly, IT IS ORDERED that the motion for a 14-day extension is GRANTED. However, if counsel is unable to contact Ms. Nolan, the Court will take appropriate action regarding her case, including possible dismissal.

2

New Orleans, Louisiana, this 9th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE