UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *James K. Schnepf and Mary-Ann Schnepf v. Merck & Co., Inc.*, 06-321

### ORDER

The Court has received Merck's motion for summary judgment (Rec. Doc. 63936) with respect to James K. Schnepf and Mary-Ann Schnepf. The Court has received no opposition to this motion. Accordingly, this motion is deemed to be unopposed, and furthermore, it appears to the Court that the motion is grounded in law and fact.

Accordingly, IT IS ORDERED that Merck's motion for summary judgment is GRANTED.

New Orleans, Louisiana, this 9th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

1