**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Elena Strujan v. Merck Sharpe & Dohme Corp.,* | | |
| | * | |
| *2: 07-cv-00906-EEF-DEK* | * | |
| | * | |

****************************************************

**PLAINTIFF ELENA STRUJAN' S NOTICE OF MOTION FOR RECONSIDERATION**

Respectfully, I Elena Strujan - Plaintiff Pro Se, submit this Notice of Motion for Reconsideration of Decision and Order done on July 25, 2012 , for calendar date on 31st day of August , 2012, at 9 :00 a.m., before the Honorable Eldon E. Fallon, Judge , United States District Court , Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated : August 2 , 2012

Respectfully submitted,

[signature]

**ELENA STRUJAN - Plaintiff - Pro Se**
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 1[illegible]
Phone : 646-234-2421

## PLAINTIFF'S BRIEF AND AFFIDAVIT IN SUPPORT OF NOTICE OF MOTION FOR RECONSIDERATION

Plaintiff Pro Se Elena Strujan - being duly sworn, depose and say:

1. I am the Plaintiff in this action and respectfully I ask permission to submit my pledge to this court for :

   1. To reconsider the Order done on July 25, 2012 .
   2. To Vacate the Order done on July 25, 2012 , and to dismiss Defendants Notice of Motion for Summary Judgment with severe prejudices.
   3. An Order to Grand my Complaint in full.
   4. An Order granting a discharge to the Debtor and signed a final decree closing the Debtor's chapter 7 case" ( eventually a lien).
   5. An Order that Merck also to pay to the American Government and to unpaid doctors all medical bills related to Vioxx's effect and collaterals.
   6. Damages for pain and suffering due Vioxx.
   7. And such other and further relief as this Court deems just and proper.

## STATEMENT REGARDING ORAL ARGUMENT

I, Elena Strujan, Plaintiff- Appellant Pro Se, I can not afford to travel from New York to Louisiana for oral argument, being very poor, but I trust in American Justice and I beg the court to accept my absence.

## ARGUMENTS IN SUPPORT MY MOTION

The original complaint in this action alleged :

- Consumer fraud law, regarding Merck drug, pain killer Vioxx
- Negligence contempt.
- Severe heart problems and chest pain,
- Acute and continuous emotional distress.
- Multiple lacunars strokes.

1. The Order dated July 25, 2012 dismissed with prejudice my case against Merck Company due judicial estoppels. Your Honor definitely, the omission was inadvertent from my part, it was my lawyer's omission. I was exactly as a very ill patient who must to do surgery, and sign his consent to give permission to his surgeon to cut his body at the doctor's intellectual, professional, and human discretion. The patient (in my case the client) had zero capacity to control, but have a perpetual believe in American Justice.

2. On July 31, 2012 I filed in United States Bankruptcy Court, Southern District of New York my Motion to Reopen the case **( Please Se Exhibit Pg. A)** , which is scheduled for August 24, 2012 at 9:30 AM Filling this motion I discovered actually, I never due any money to IRS. Abusive, my lawyer added and IRS as creditor for $2,400 In my motion I requested also an order to discharge IRS, who confirmed that was my bankruptcy lawyers' mistake.

Your Honor, I came from small communist country Romania, with a sinister communism in my memory having as only guilt to love and trust in American Democracy and Justice. Now, I realized that my lawyers were my tyrants, together with some corrupted doctors and insurances. Merely, all this can not ruin my sincere believe in The American Justice.

3. Your Honor, Defendant Merck Company demonstrate that the company in its dealing with general public, engaged in a fraudulent scheme evincing such high degree of moral turpitude and such wanton dishonesty as to imply criminal indifference to civil obligations to protect the people. My pharmacist who deleted the history with Vioxx, my cardiologist who hide for years the medical report regarding my heart surgery, they did not risk their license for nothing, and Merck had power, money, time to compromise the cases.

Defendant Merck had and has only dark impulses of human species in their greed for money. For me, having heart problems, multiple lacunars strokes its amounts downright me emotional cruelly. That makes me angry when hope is so precious.

4. The only complaint of Defendant's Merck in his Motion for Summary Judgment are:

" ***[I]f an attorney's conduct falls substantially below what is reasonable under the circumstances, the client's remedy is against the attorney in a suit for malpractice "***.
**( Defendant's Reply Pg. 3-1**

**and**

" ***If does not appear that Ms. Strujan has actually made any efforts to convince the bankruptcy court to reopen her case*" ( Defendant's Reply Pg. 3-2).**

a. God is my witness I did not know what he did. I Did not receive any directions, counseling **( Please See my letter to judge to reopen the case Exhibit A- Pg 1 )**

b. The terms are totally unfamiliar to me. I trusted him 100%, same as a dying patient who sign for his doctors permission to do what they want with his body under trust . I did not hide anything.

c. I did not have intellectual capacity , skills, to check the competence and the accurateness of my bankruptcy lawyers who actually worked together with my personal injury lawyers. Everything was calculated .

d. Until last year at my deposition with defendant Teperman, I did not have any idea that the bankruptcy lawyer he betrayed me, did something wrong inclusive by inflating the amount and adding IRS as creditor, the only one in my knowledge at this time, **( Please See my letter to judge to reopen the case Exhibit A- Pg 2 11)**. Now my bankruptcy lawyer silence tells me a lot.

f. Defendant' s attorney knows I am not guilty for my lawyers legal malpractice.

5. Defendant's Merck said:

*" Ms. Strujan seeks to " have [her] cake and eat it too" by" retain [ing] the enormous benefit of a bankruptcy discharge while [illegible] nding in line to receive funds from [her] injury lawsuit "after debts have been erased and her creditors have been left empty handed ".* **( Def. 's Motion for Summary Judgment Pg. 2).**

Your Honor, I never thought I will come in this country to eat an illegal cake. I prefer to stay hungry. To better understand my mental cancer with this bankruptcy on January 25, 2005 I wrote to my bankruptcy lawyer:

> *" Thank you very much for your help. Honestly, I hate to be in this situation. All night before my day court I had nightmare: I took a lot of antidepressant and sleep pills. For this reason I was so incoherent in court. I am sorry. If I will have money, I will be glad to return my entire debit. It is my life dream. Thank you again.. "*
> **(EXHIBIT A, Notice of Motion to Reopen the case- Exhibit Pg. 1, 2).**

Actually, I am a victim of my lawyers , some doctors who compelled with the avaricious insurances, and used me as a credit card. It is not my bankruptcy, it is the above named people bankruptcy, who did everything, calculated everything , omitted important facts, to satisfy their greed for money by ignoring the American Law and my Human Rights.

## CONCLUSION

Defendant Merck abuses were motivated solely by hatred , pleasure for harm people, and disrespect for poor and ill clients consumer of Vioxx as me plaintiff in this case. I am innocent. In the case

*"N Doan v. Hudgins (In re Doan), 672 F. 2d 831( 11th Cir. 1982), the bankruptcy court denied the debtor's exemption on the basis of failure to disclose an tax refund. The Eleventh Circuit, however, reversed holding that because ...their failure of not informing the trustee upon receipt of the refund did not show intentional fraudulent concealment, or even bad faith*

YOUR HONOR, True thanks just can't be put in words it loses in translation. But hope you know the feeling is one of real appreciation for your infinite patience with me and all Pro Se (" orphans of a lawyer" but who must to fight with Merck' s lawyers) , who

come in Your Court for Justice Matter under so Generous, Unique, Protective and Tremendous Treasury -AMERICAN CONSTITUTION, having :

- The Truth as tools to fight for Justice,
- Heart problems as a permanent condition due to Vioxx medicine and Merck tendentious and persistent negligence
- Cumulative Post Traumatic Stress Disorder, and
- Incommensurable Hope for "EQUAL AND EXACT JUSTICE FOR ALL MEN" -JEFFERSON.

**WHEREFORE, YOUR HONOR ,** with your permission I pledge this court for:

1. To reconsider the Order done on July 25, 2012 .
2. To Vacate the Order done on July 25, 2012 , and to dismiss Defendants Notice of Motion for Summary Judgment with severe prejudices.
3. An Order to Grand my Complaint in full.
4. An Order granting a discharge to the Debtor and signed a final decree closing the Debtor's chapter 7 case" ( eventually a lien).
5. An Order that Merck also to pay to the American Government and to unpaid doctors all medical bills related to Vioxx's effect and collaterals.
6. Damages for pain and suffering due Vioxx.
7. And such other and further relief as this Court deems just and proper.

Dated: New York
8/02/2012

JESUS MARIA FORTE
Notary Public, State of New York
Qualified in Queens County
No. 01FO6246227
My Commission Expires 08-08-2015

Sworn to before me on 2nd August 2012

Respectfully submitted,

ELENA STRUJAN - Plaintiff- Pro Se
Mailing Address:
P. O. Box 20632
New York, NY 10021
(646-234-2421)