## UNITED STATES BANCRUPTCY COURT
### Southern District of New York

Case No: 05-48478-ajg

Chapter 7

In re: Debtor
    Elena Strujan
    Aka Elena Chitoiu
    P.O. Box 20632
    New York, NY 10021-0072

Social Security No:   ▉▉▉-6592

## MOTION TO REOPEN BANKRUPTCY CASE

COME NOW the Debtor Elena Strujan and pursuant to Bankruptcy Code & 350(b) respectfully request the Court reopen the above –captioned bankruptcy case, and in support hereof now state:

I.  The Debtor Elena Strujan need to reopen the above captioned bankruptcy case because:

1. My bankruptcy lawyer did not give me complete and accurate direction what I have to do.

2. My lawyer omitted (inexplicable for me at this time) to list my personal injuries claims as:

    a-    Elena Strujan v. Teachers College Columbia University – USDC , Southern District of NY ,Index No: 08 Civ. 9589 (DAB) (HBP). I sued for Discrimination. I applied in 2005 for a master for students with disability sponsored by govern, and I was sent in Sydney Australia to take English test.

    b.    Elena Strujan v. Mitchell Friedman- Supreme Court Index No: Index No: 800029/12. In 2003 I broke my ankle and hip due my landlord's negligence. Mr. Mitchell Friedman was my lawyer also for my WC case. He breached the contact in both cases, did legal malpractice, negligence together with some corrupted doctors.

    c.    Elena Strujan v. Lehman College- USDC- Southern District of NY, Index No: 06-civ-13201 (DKM) (DFE).In 2003-2004 I was enrolled in a master in biology , to be a teacher, to find a job. I did nott finish due to an abusive professor. Discrimination.

    d.    Elena Strujan v. Merck Sharp & Dohme Corp, - USDC –Eastern District of Louisiana, Index No: 2: 07-cv-00906 EEF-DEK. From 1999 until 2004, I took Vioxx as pain killer. I developed severe heart problems , plus multiple brain strokes. Lost the case on July 7, 2012 because was not listed in bankruptcy. Intention to appeal.

    e.    Elena Strujan v. Rainbow Ace Hardware- Supreme Court of New York, Index No: 406368/07. On 2004, the Pharmacist deleted the entire the history with Vioxx and Celebrex. Ignored Subpoena Duces Tecum. Refused deposition.

f.    Elena Strujan v. Teperman & Teperman, Supreme Court of NY,  Index No:
401164/10. The 2003 case with broken ankle was taken from Mr. Friedman  by law
firm Teperman& Teperman, who lost the statute of limitation.
I sue the law firm and I lost in 2011, because was not listed.

g.    Elena Strujan  v. Worker Compensation and NY Presbyterian   Hospital , WCB :
09762156. In 1997 I was stuck by a doctor with a needle from a HIV patient last faze
of infection. Due my lawyer Mitchell Friedman et all (b), I lost the case.

h.    Elena Chitoiu v. Unum Provident , USDC, , Southern District of NY Index No: 05-cv-
8119(LAP). For the needle accident I have LTD. Unum Provident breach the contract.

i.    Elena Strujan v. Glencord Building Corp. for the 2003 personal injury case with broken
ankle and hip, lost due to my above lawyers.

**All this cases has zero (0) value at this time.**

II.   Respectfully, I ask this Court also for an Order to take off  IRS as creditor because I never
due something to IRS. Per today July 30, 2012 phone conversation ( 800-973-0424) with
IRS Insolvency  Customer ID: 10001943, I NEVER due any money to IRS to be as
creditor  in my bankruptcy case. On 2007, I had my identity stolen ( I have a Police
Report), and I believe somebody did something wrong and my bankruptcy lawyer filed it.
My income for 2003, was $ **310 ( Please See Exhibit Pg. 3).**

III.   Respectfully, Debtor ask your Honor for an order to refund the fee, because I am in SSI
and SSD and   my monthly income is only $ 802 ( **Please See Exhibit Pg. 4, 5** ). The
situation is not change from 2005, plus I experienced and an eviction.

Your Honor, I never believed I will arrive in bankruptcy. In  my letter sent to my bankruptcy
attorney dated January 25, 2005, I wrote: " *I hate to be in this situation.....If I will have money  ! will
be glad to return my entire debit. It is my life dream*" (**Please See Exhibit Pg. 1, 2**). This is *the thruth.*
I arrived in this bankruptcy due my lawyers and some corrupted doctors who ruined my *personal*
injury cases.

Your Honor, True Thanks just can't be put in words; it loses in translation. But hope you know
the feeling is one of real appreciation!

**WHEREFORE,** Debtor Elena Strujan, pray the Court  reopen the above –captioned
bankruptcy case and for all further relief as may be just and proper in the premises.

Respectfully submitted,

_Elena Strujan_

Elena Strujan- Debtor

On the 30th day of July 201

_Aleya Rashid_

ALEYA RASHID
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN QUEENS COUNTY
REG. #01RA6222465
MY COMM. EXP. MAY 24, 20 14

# EXHIBIT

Elena Strujan
PO Box 20632,
New York, NY 10021.
Phone # 212-861-4565
1/25/2006

To: Mr. Stuart Davis
2931 Westchester Avenue
Bronx, New York 10461

Dear Mr. Davis

Thank you very much for your help.

Honestly, I hate to be in this situation. All night before my day court I had a
nightmare; I took a lot of antidepressants and sleep pills. For this reason I
was so incoherent in court. I am sorry.
if I will have money, I will be glad to return my entire debit. It is my life
dream.
Thank you again.

Sincerely,

Elena Strujan

01/25/06  WED 08:19 FAX                                                                                      @001

```
*****************
***   TX REPORT   ***
*****************
```

TRANSMISSION OK

TX/RX NO                    1162
CONNECTION TEL             17183191678
CONNECTION ID
ST. TIME                   01/25 08:18
USAGE T                    00:53
PGS. SENT                  2
RESULT                     OK

# Fax

To: Mr. Stuart Agols      From: Elena Hujan

Fax:                      Pages: 2 of

Phone:                    Date: 1/25/06

Re:                       CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

Please Attention Mr.

2

# Your Earnings Record

| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|
| 1995 | $  3,884 | $  3,884 |
| 1996 | 1,178 | 1,178 |
| 1997 | 19,663 | 19,663 |
| 1998 | 25,020 | 25,020 |
| 1999 | 12,107 | 12,107 |
| 2000 | 0 | 0 |
| 2001 | 12,284 | 12,284 |
| 2002 | 25,098 | 25,098 |
| 2003 | 310 | 310 |
| 2004 | 2,032 | 2,032 |
| 2005 | 10,125 | 10,125 |
| 2006 | 16,749 | 16,749 |
| 2007 | 13,798 | 13,798 |
| 2008 | 7,885 | 7,885 |
| 2009 | 2,824.75 | |
| 2010 | 1 317.23 | |
| 2011 | 1 820.16 | |

*7/30/2012 - IRS.*

You and your family may be eligible for valuable ben~ ·

When you die, your family may be eligible
to receive survivors benefits.

Social Security may help you if you become
disabled—even at a young age.

A young person who has worked and paid
Social Security taxes in as few as two years
can be eligible for disability benefits.

Social Security credits you earn move with you
from job to job throughout your career.

---

Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:

| Estimated taxes paid for Social Security: | | Estimated taxes paid for Medicare: | |
|---|---|---|---|
| You paid: | $9,428 | You paid: | $2,200 |
| Your employers paid: | $9,177 | Your employers paid: | $2,142 |

Note: You currently pay 6.2 percent of your salary, up to $106,800, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.

# Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you're entitled.

**Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your *Statement.* It could be that we still

were processing last year's earnings reports when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement.* **Note:** If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

**There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, **all** of your earnings are taxed for Medicare.)

**Call us right away at 1-800-772-1213** (7 a.m.–7 p.m. your local time) if any earnings for years **before last year** are shown incorrectly. Please have your W-2 or tax return for those years available. (If you live outside the U.S , follow the directions at the bottom of page 4.)

```
***   REC 2010312   124837 H4BD28E0 NWJ3   CIPQYA5   PQA5   (F-NWJ )   ***
```

SOCIAL SECURITY ADMINISTRATION


                                        Date: November 8, 2010
                                        Claim Number: 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A
                                                      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DI


        ELENA STRUJAN
        P O BOX 20632
        NEW YORK NY 10021-0072


You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.


Information About Current Social Security Benefits

    Beginning January 2010, the full monthly
    Social Security benefit before any deductions is......$ 556.00

    We deduct $0.00 for medical insurance premiums each month.

    The regular monthly Social Security payment is.......$ 556.00
    (We must round down to the whole dollar.)

    Social Security benefits for a given month are paid the following month. (For
    example, Social Security benefits for March are paid in April.)

    Your Social Security benefits are paid on or about the third of each month.


Information About Supplemental Security Income Payments

    Beginning December 2010, the current
    Supplemental Security Income payment is..............$ 225.00

    This payment amount may change from month to month if income or
    living situation changes.

    Supplemental Security Income Payments are paid the month they are due. (For
    example, Supplemental Security Income Payments for March are paid in March.)


Date of Birth Information

    The date of birth shown on our records is March 23, 1955.



There was no cost of living adjustment in Social Security benefits in December 2009. The benefit amount shown is current as of the date on this letter.

Medicare Information

You are entitled to hospital insurance under Medicare beginning January 2011

You are entitled to medical insurance under Medicare beginning January 2011.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 866-964-7402. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
3RD FL
755 2ND AVE AT 41ST
NEW YORK, NY 10017

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER

# CERTIFICATE OF SERVICE

I, Elena Strujan, Plaintiff, Pro Se do hereby certify that I have this day served a true and correct copy of the foregoing NOTICE OF MOTION FOR RECONSIDERATION , in hardcopy, by mail postage prepaid on the following counsel of record:

Counsel for Defendant

Ms. Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L. L. C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200

So certified, this 2ⁿᵈ day of August 2012

JESUS MARIA FORTE
Notary Public, State of New York
Qualified in Queens County
No. 01FO6246227
My Commission Expires 08-08-2015

Elena Strujan-Plaintiff Pro Se
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421