**ELENA STRUJAN**
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

April 29, 2010

Office of the Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOIUSIANA

Re: VIAXX LIABILITY LITIGATION No: 2:07-00906 EEF-DEK

Dear Mr/ Ms Clerk

Thank you very much for your tremendous help. Without your directions our Pro Se progress will not be possible. Enclosed, I send you my Motion for Reconsideration, the original, and a stamped envelope to send me the filed Motion..

Thank you again for your kindness and understanding with all Pro Se.

Respectfully submitted,

*[signature]*

Elena Strujan - Plaintiff Pro Se

TENDERED FOR FILING

AUG - 9 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

