UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

Schnepf, et al v. Merck & Co., Inc., No. 06-321

### JUDGMENT

Considering the Court's Order entered on August 9, 2012, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiffs, James Schnepf and Mary-Ann Schnepf, dismissing said plaintiff's claims with prejudice and costs.

New Orleans, Louisiana, this 13th day of August, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE