UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| Re:  Rachel Caesar vs. Merck & Co., Inc. | * | |
| 1:05cv0276-EEF-DEK | * | MAGISTRATE JUDGE |
| **(Claimant Rachel Caesar)** | * | KNOWLES |

*******************************************************************************

**PLAINTIFF'S MOTION TO WITHDRAW FUNDS
FROM THE COURT'S REGISTRY**

Pursuant to Rule 67 of the Federal Rules of Civil Procedure, and 28 U.S.C.§2042, Plaintiff requests that the Court enter an order granting Plaintiff leave to withdraw from the Court's registry the settlement funds deposited by the claims administrator.

On September 23, 2011, this court signed an Order directing the Claims Administrator, no later than Friday, September 30, 2011, to deposit the settlement funds associated with the above claim into the registry of this Court.  (See Exhibit A.) The Claims Administrator deposited the funds in accordance with this Court's order. Further, this court stated within the same order that the Plaintiff may petition this Court for an order releasing the funds attributable to her claims by showing any legal impediment to receiving these funds have been resolved.  Any legal impediment impeding the Plaintiff from receiving these funds has been resolved.

In Cause No. 98023; In the Estate of Rachel Annette Caesar, Deceased; In the County Court of Jefferson County, Texas, a Third-Party Dependent Administrator was appointed, qualified and provided Letters of Administration.   (See Exhibit A.) Further, the only known asset of this aforementioned estate is the settlement

1

proceeds from this claim deposited by the Claims Administrator into this court's registry.

A Motion to Approve the Settlement in C.A. No. 1:05cv276; *Rachel Caeser vs. Merck & Co, Inc.;* in the United States District Court for Eastern District of Texas, Beaumont Division was filed with the County Court of Jefferson County and an Order was signed.  (See Exhibit B.)  That Order allows the Third-Party Administrator to receive the settlement funds from this case before the Court in order to distribute to the heirs of Rachel Annette Caesar in accordance with the Texas Probate Code.

The Court is requested to enter an order directing the U.S. District Clerk to withdraw funds from the Registry of the Court; to make these settlement funds payable to the Estate of Rachel Annette Caesar; and deliver these funds to the Third-Party Dependent Administrator of the Estate of Rachel Annette Caesar at the name and physical address shown below.

| | |
|---|---|
| Name: | Justin Sanderson, Third-Party Dependent Administrator of the Estate of Rachel Annette Caesar |
| Physical Address: | The Snider Law Firm, 3560 Delaware Street, Suite 308, Beaumont, Texas 77706 |
| Telephone Number: | 409.924.9595 |

Respectfully submitted,

REAUD, MORGAN & QUINN, LLP
801 Laurel
P. O. Box 26005
Beaumont, TX   77720-6005
(409) 838-1000
Fax (409) 833-8236

*/s/ John Werner*

John Werner
Attorney for Plaintiff, Rachel Caeser

2