# Exhibit A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| Re: Rachel Caeser vs. Merck & Co., Inc. | * |
| 1:05cv0276–EEF-DEK | * MAGISTRATE JUDGE |
| (Claimant Rachel Caeser) | * KNOWLES |

*********************************************************************

### ORDER

Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Remaining Settlement Program Releases and Stipulations Should Not Be Tendered to Merck (R. Doc. 63015) came on for hearing on the 4th day of August, 2011, and again on the 21st day of September, 2011. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is **GRANTED** as to plaintiff/claimant Rachel Caeser. The Claims Administrator shall, by no later than Friday, **September 30, 2011**, (a) deposit the settlement funds associated with the above claim into the registry of this Court, and (b) tender any remaining release and stipulation of dismissal to Merck. Plaintiff may petition this Court for an order releasing the funds attributable to her claims by showing that any legal impediment to receiving these funds have been resolved.

NEW ORLEANS, LOUISIANA, this 23rd day of September, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE