# Exhibit B

## LETTERS OF ADMINISTRATION

No. 98023

| THE STATE OF TEXAS | X | IN COUNTY COURT |
| COUNTY OF JEFFERSON | X | JEFFERSON COUNTY, TEXAS |

I, CAROLYN GUIDRY, Clerk of the County Court of Jefferson County, Texas, do hereby certify that on the **8th day of FEBRUARY, 2012**

**SANDERSON JUSTIN**

was by said Court granted Letters of Administration upon the Estate of:

**CEASER RACHEL ANNETTE**

deceased, and that on the **26th day of MARCH, 2012**, he duly qualified as such as the law requires, and that said appointment is still in full force and effect.

Given under my hand and seal of office at Beaumont, Texas, this the **26th day of MARCH, 2012.**

CAROLYN GUIDRY
Clerk, County Court,
Jefferson County, Texas

By *Linda Funchess*
Linda Funchess, Deputy

LA.DOC