# Exhibit C

```
|||||||||||||||||||||||||||||||||||||  482PR      98023
DOCUMENT 4041373
```

MAY 24 2012

CAUSE NO. 98023

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE COUNTY COURT |
| | § | |
| RACHEL ANNETTE CEASER | § | OF |
| | § | |
| DECEASED | § | JEFFERSON COUNTY, TEXAS |

## ORDER

On this day, the Court reviewed the Motion to Approve Settlement filed by JUSTIN SANDERSON, Administrator of the Estate of Rachel Annette Ceaser, Decedent.

The COURT APPROVES the Settlement in C.A. No. 1:05cv276; *Rachel Ceaser vs. Merck & Co, Inc.;* in the United States District Court for Eastern District of Texas, Beaumont Division. JUSTIN SANDERSON, Administrator of the Estate of Rachel Annette Ceaser, Decedent, is authorized to sign the necessary Release in order for the Estate of Rachel Annette Ceaser, Decedent, to receive these settlement funds.

SIGNED on ___July 9, 2012___.

_____
Judge Presiding

**FILED**

JUL 09 2012

*Carolyn L. Guidry*
COUNTY CLERK, JEFFERSON COUNTY