UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx | *   MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| Re:  Rachel Caesar vs. Merck & Co., Inc. | * |
| 1:05cv0276-EEF-DEK | *   MAGISTRATE JUDGE |
| **(Claimant Rachel Caesar)** | *   KNOWLES |

## ORDER GRANTING PLAINTIFF'S MOTION
## TO WITHDRAW FUNDS FROM THE COURT'S REGISTRY

This matter came before the court on the date written below.

The court has carefully considered the arguments presented by counsel and FINDS that Plaintiff's Motion to Withdraw Funds should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Withdraw Funds GRANTED and the U.S. District Clerk shall forward the settlement funds payable to the Estate of Rachel Annette Caesar to:

    Justin Sanderson, Third-Party Dependent Administrator
       of the Estate of Rachel Annette Caesar
    The Snider Law Firm
    3560 Delaware Street, Suite 308
    Beaumont, TX   77706