UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                          :   MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION    :   SECTION: L
                                                   :   JUDGE FALLON
                                                   :   MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Valencia-Bernal v. Merck & Co Inc,* No. 07-1049

# ORDER

      The Court is in receipt of Plaintiff's "Filing of production of expert report pursuant to Pretrial Order 58." In response to Plaintiff's two motions for extensions of time to file this report, this Court had mistakenly ordered that such reports be submitted to the Court, when they should have been submitted to defense counsel. Accordingly, IT IS ORDERED that a copy of Plaintiff's report shall be forwarded to defense counsel.

      New Orleans, Louisiana, this 16th day of August, 2012.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

Clerk to serve:

Susana Valencia                    Doug Marvin
5713 Boynton Bay Circle       Williams & Connolly LLP
Boynton Beach, FL 33437       725 Twelfth Street, NW
                                            Washington, D.C. 20005

Vioxx Pro Se Curator
400 Poydras Street                    Philip Wittmann
Suite 2450                              Stone, Pigman, Walther, Wittmann, LLC
New Orleans, LA 70130         546 Carondelet St.
                                            New Orleans, LA 70130