RECEIVED

AUG - 3 2012

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In re: Vioxx**

**PRODUCTS LIABILITY**
**LITIGATION**

|  |  |
|---|---|
| * | |
| * | |
| * | **MDL Docket No. 1657** |
| * | **SECTION L** |
| * | |
| * | **JUDGE FALLON** |
| * | |
| * | |
| * | **MAGISTRATE JUDGE  KNOWLES** |
| * | |
| * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FILING of production  of expert report Pursuant to Pre Trial Order 58

**COMES NOW**, Susana Valencia Bernal, Pro Se, Plaintiff, in the above caption MDL case and respectfully SUBMITS plaintiff's experts report and discovery on general causation.

The Court Ordered on 15 MAY 2012 that Plaintiffs produce generic expert report(s) on general causation  by June 15, 2012, for the purpose of preliminarily establishing general causation as to the event and sufficiency of Vioxx  usage in Heart Attack/Stroke/TIA cases in general, not with  regard to individual cases.

1

Plaintiff received notification of PTO58 via Counsel Old Father on 18MAY2012. After careful review of the PTO58, Plaintiff realized that the expert report to be submitted originates from her physician in Mexico who was contacted the last week of May 2012 with the request of the expert report for causation.

Plaintiff had sought to secure the expert report from the Mexican Physician who treated and prescribed the medication to the Plaintiff. But instead will have his report on standby as a Witness should a trial proceed in the near future.

Plaintiff traveled to Mexico on 31JUNE2012 and met with her Physician. Records were examined and a report was prepared as of the writing of this motion. The Physician further reviewed PTO58 and realized that he could not submit an Expert Testimony as to causation hence his qualifications as an Expert could not determined or possibly not accepted to the Court for purposes of PTO58 Mandate.

As a result of this discovery, Plaintiff had sourced a new expert witness based in the United States:

**Consultox, LP, Dr. Richard A. Parent, PhD, DABT, FATS, RAC, ERT**

**President, P.O. Box 1239 Damariscotta, Maine 04543, Phone: (207) 563-2300, Fax:**

**(207) 563-8990**

**http://www.consultox.com/**

Dr. Parent  prepared the report and completed the report on July 16, 2012.  An invoice was due for the cost to Dr. Parent and not paid until 02AUG2012 via wire transfer thanks to donations and financial gift of family members. The Plaintiff is an Indigent individual with very low income and scarce financial resources. The Plaintiff apologizes for the delay in submitting the report and Prays the Court will allow admission of the report into the record.

**WHEREAS**, The Plaintiff, Susana Valencia Bernal, prays this Honorable Court will allow the entering the generic expert report(s) on general causation of the for the reasons set before forthwith.

**VERY RESPECFULLY SUBMITTED,**

Susana Valencia Bernal, PRO SE
5713 Boynton Bay Circle
Boynton Beach, FL 33437-2669
Tel.  561 306 2222
Tel.  561 921 5135
Fax. 206-339-6955

## CERTIFICATE OF SERVICE

I, Susana Valencia Bernal, PRO SE, the Plaintiff in the above caption case certify that a true and correct copy of this **FILING of production  of expert report Pursuant to Pre Trial Order 58** was placed in the US Postal Service depository on this 2 day of August 2012 and such documents were mailed to the Defendants legal representative as such:

**Douglas R. Marvin**
**Williams & Connolly LLP**
**725 Twelfth Street, N.W.,Washington, DC 20005**
**(P) 202- 434-5400 |(F) 202-434-5029**
**DMarvin@wc.com**
**www.wc.com/dmarvin**

**VERY RESPECFULLY SUBMITTED,**

Susana Valencia Bernal, PRO SE
5713 Boynton Bay Circle
Boynton Beach, FL 33437-2669
Tel.  561 306 2222
Tel.  561 921 5135
Fax. 206-339-6955

RECEIVED

AUG - 0 2012

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In re: Vioxx**

**PRODUCTS LIABILITY**
**LITIGATION**

|  |  |
|---|---|
| | * |
| | * |
| | * **MDL Docket No. 1657** |
| | * **SECTION L** |
| | * |
| | * **JUDGE FALLON** |
| | * |
| | * |
| | * **MAGISTRATE JUDGE  KNOWLES** |
| | * |
| | * |

*******************************************************************

## FILING of production  of expert report Pursuant to Pre Trial Order 58

**COMES NOW**, Susana Valencia Bernal, Pro Se, Plaintiff, in the above caption MDL case and respectfully SUBMITS plaintiff's experts report and discovery on general causation.

The Court Ordered on 15 MAY 2012 that Plaintiffs produce generic expert report(s) on general causation  by June 15, 2012, for the purpose of preliminarily establishing general causation as to the event and sufficiency of Vioxx  usage in Heart Attack/Stroke/TIA cases in general, not with  regard to individual cases.

1

Plaintiff received notification of PTO58 via Counsel Old Father on 18MAY2012. After careful review of the PTO58, Plaintiff realized that the expert report to be submitted originates from her physician in Mexico who was contacted the last week of May 2012 with the request of the expert report for causation.

Plaintiff had sought to secure the expert report from the Mexican Physician who treated and prescribed the medication to the Plaintiff. But instead will have his report on standby as a Witness should a trial proceed in the near future.

Plaintiff traveled to Mexico on 31JUNE2012 and met with her Physician. Records were examined and a report was prepared as of the writing of this motion. The Physician further reviewed PTO58 and realized that he could not submit an Expert Testimony as to causation hence his qualifications as an Expert could not determined or possibly not accepted to the Court for purposes of PTO58 Mandate.

As a result of this discovery, Plaintiff had sourced a new expert witness based in the United States:

**Consultox, LP, Dr. Richard A. Parent, PhD, DABT, FATS, RAC, ERT**

**President, P.O. Box 1239 Damariscotta, Maine 04543, Phone: (207) 563-2300, Fax:**

**(207) 563-8990**

**http://www.consultox.com/**

In ref: Susana Valencia-Bernal vs. Merck
2:07 - cv - 01049 - EEF - DEK
MDL Docket No. 1657

Dr. Parent prepared the report and completed the report on July 16, 2012. An invoice was due for the cost to Dr. Parent and not paid until 02AUG2012 via wire transfer thanks to donations and financial gift of family members. The Plaintiff is an Indigent individual with very low income and scarce financial resources. The Plaintiff apologizes for the delay in submitting the report and Prays the Court will allow admission of the report into the record.

**WHEREAS,** The Plaintiff, Susana Valencia Bernal, prays this Honorable Court will allow the entering the generic expert report(s) on general causation of the for the reasons set before forthwith.

**VERY RESPECFULLY SUBMITTED,**

Susana Valencia Bernal, PRO SE
5713 Boynton Bay Circle
Boynton Beach, FL 33437-2669
Tel. 561 306 2222
Tel. 561 921 5135
Fax. 206-339-6955

## <u>CERTIFICATE OF SERVICE</u>

I, Susana Valencia Bernal, PRO SE, the Plaintiff in the above caption case certify that a true and correct copy of this **<u>FILING of production of expert report Pursuant to Pre Trial Order 58</u>** was placed in the US Postal Service depository on this 2 day of August 2012 and such documents were mailed to the Defendants legal representative as such:

**Douglas R. Marvin**
**Williams & Connolly LLP**
**725 Twelfth Street, N.W.,Washington, DC 20005**
**(P) 202- 434-5400 |(F) 202-434-5029**
**DMarvin@wc.com**
**www.wc.com/dmarvin**

**VERY RESPECFULLY SUBMITTED,**

Susana Valencia Bernal, PRO SE
5713 Boynton Bay Circle
Boynton Beach, FL 33437-2669
Tel. 561 306 2222
Tel. 561 921 5135
Fax. 206-339-6955

4       In ref: Susana Valencia-Bernal vs. Merck
        2:07 - cv - 01049 - EEF - DEK
        MDL Docket No. 1657



**Consultants in Toxicology**

**EXPERT REPORT OF**

**RICHARD A. PARENT, PHD, DABT, FATS, RAC, ERT**

**IN THE MATTER OF**

**SUSANA VALENCIA BERNAL, PLAINTIFF**

**VS.**

**MERCK & CO., INC., DEFENDANT**

**IN THE**

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

**MDL Docket No. 1657**

**CASE  NO.: 2:07-cv-01049-EEF-DEK**

**CONSULTOX, LIMITED**

**DAMARISCOTTA, MAINE**

**AUGUST 2, 2012**

P.O. Box 51928
New Orleans, LA 70151
TEL 1.800.929.7401
FAX 504.926.0638

P.O. Box 1239
Damariscotta, ME 04543
TEL 1.800.566.2301
FAX 207.563.8990

# TABLE OF CONTENTS

QUALIFICATIONS .................................................. 1

MATERIALS REVIEWED .............................................. 1

INTRODUCTION ..................................................... 2

CAUSATION - THE HILL CRITERIA .................................... 4

    1.    Strength of Association ....................................... 4

    2.    Consistency of Association ................................... 8

    3.    Specificity of Association ................................... 10

    4.    Temporality ................................................. 11

    5.    Biological Gradient ......................................... 11

    6.    Plausibility and Coherence .................................. 12

    7.    Experiment .................................................. 14

    8.    Analogy ..................................................... 15

CONCLUSIONS AND OPINIONS ........................................ 16

APPENDIX A

    Curriculum Vitae of Richard A. Parent, PhD, DABT, FATS, RAC, ERT

APPENDIX B

    List of Deposition and Trial Dates for Expert Testimony of

    Richard A. Parent, PhD, DABT, FATS, RAC, ERT

APPENDIX C

    References



## QUALIFICATIONS

I, Richard A. Parent, PhD, DABT, FATS, RAC, ERT, am a board certified toxicologist with over 12 years' experience in the field of industrial toxicology and an additional 28 years' experience in litigation support for both the plaintiff and defense. I have testified in local and federal courts as an expert in toxicology and have given expert testimony in the disciplines of toxicology and chemistry. During my career, I have spent 10 years in research on organic chemicals at American Cyanamid Company. In the field of toxicology, I have initiated and carried out an active program in product safety relating to toxicology for the Xerox Corporation. I have directed two contract toxicology laboratories: Food and Drug Research Laboratories, Inc. and Gulf South Research Institute, Life Sciences Division. In 1984, I established Consultox, Limited, a toxicology consulting firm, and have since consulted in product safety for various industries and have designed toxicology studies to assess the safety of materials being considered for use in various products. For litigants, I have provided toxicological support and have addressed causation issues for the plaintiff as well as the defense. I am board certified by the American Board of Toxicology, the Academy of Toxicological Sciences, and the Regulatory Affairs Professional Society. I am a recognized expert in toxicology in France and the European community. I present myself to the Court as an expert in the fields of toxicology and chemistry. For the Court's information, I offer my curriculum vitae in Appendix A, a listing of my testimony in past depositions and trials in Appendix B, and references cited in this report in Appendix C.

## MATERIALS REVIEWED

- Published peer-reviewed literature on rofecoxib (citations may be found in Appendix C)
- Merck's Announcement of Withdrawal of VIOXX® on September 30, 2004
- FDA's Public Health Advisory on VIOXX® dated September 30, 2004
- VIOXX® label/package insert dated 2002
- NDA 21-042/S-026 and NDA21-052/S-019 submissions to the FDA on December 5, 2003
- April 15, 2005, FDA document entitled "COX-2 Selective and Non-Selective Non-Steroidal Anti-Inflammatory Drugs (NSAIDs)
- Redacted "Sequence of Events with VIOXX® since opening of the IND"
- Excerpts from primary review of NDA 21-042 - Osteoarthritis by ML Villalba dated November 23, 1998
- Memorandum from J. C. Pelayo, MD of CDER/FDA to distribution; "Consultation NDA 21-042, Review of Cardiovascular and Renal Safety database" dated April 30, 1999
- December 17, 2004, "FDA Statement on the Halting of a Clinical Trial of the Cox-2 Inhibitor Celebrex"
- February 1, 2001, Memorandum from Shari Targum, MD of CDER/FDA to distribution; "Consultation NDA 21-042, S-007; Review of cardiovascular safety database"



- June 29, 2000, "Food and Drug Administration, Division of Anti-inflammatory, Analgesic and Ophthalmic Drug Products – HFD-550" Vioxx® (rofecoxib) supplement NDA; end of review: March 30, 2001
- November 28, 2001, completion of Medical Officer Review, NDA 21-042/S 007 and 21-052 (rofecoxib tablets and rofecoxib oral solution)
- December 18, 2004, Interim Review of NDA 21-042/s030 (Update of Cardiovascular Throbotic events in Alzheimer's studies 078 and 091; review by L. Villalba, MD
- February 16, 2005, DHH/FDA/CDER "Joint Meeting of The Arthritis Advisory Committee and the Drug Safety and Risk Management Advisory Committee" Volume I
- Henry A. Waxman, JD, "The Lessons of Vioxx® - Drug Safety and Sales"
- February 16-18, 2005; FDA Joint Meeting with the Arthritis Advisory Committee and the Drug Safety and Risk Management Advisory Committee; briefing information from the FDA

## INTRODUCTION

Nonsteroidal Anti-inflammatory Drugs (NSAIDs) for the relief of inflammation and pain constitute a large number of drugs including aspirin, Naproxen, Ibuprofen, phenyl butazone, and others. Upon chronic use, most of these unselective NSAIDs are known to cause numerous side effects including gastrointestinal ulcerations.[1] One of the most widely used unselective NSAIDs, aspirin, acts irreversibly in acylating cyclooxygenase (COX) isoenzymes. This leads to significant reductions in thromboxane $A_2$ synthesis, inhibition of platelet activation, adhesion, and aggregation which results in a reduction in the risk of cardiovascular and cerebrovascular thrombotic events;[2] however, gastro-intestinal problems may result after prolonged use of these unselective NSAIDs. The two COX isoenzymes known to be inhibited by these unselective NSAIDs are the COX-1 and COX-2 isoenzyme systems, both of which produced prostaglandins which have a role in a wide variety of processes including vascular homeostasis, inflammation, and pain.[3]

Because of many of the side effects, particularly the gastrointestinal problems, research has been underway to develop selective COX inhibitors in order to minimize or eliminate the gastrointestinal problems related to the unselective NSAIDs.[4,5] The COX-1 isoenzyme is expressed in most cells which results in the production of homeostatic prostaglandins that maintain gastrointestinal mucosal integrity as well as renal blood flow. In this respect, it then becomes important to maintain homeostasis in the gastrointestinal mucosa. Selective NSAIDs that inhibit COX-2, but not COX-1, can provide the desired analgesic and anti-inflammatory benefits while maintaining a healthy gastric mucosa. COX-1 isoenzymes, however, are found in platelets; and they mediate production of thromboxane $A_2$, a prostaglandin that promotes vasoconstriction as well as platelet activation and aggregation. Under normal functioning of the COX-1 and COX-2 isoenzyme systems, a balance is struck between the vasoactive eicosanoids (prostaglandins)



that minimize the vasoconstriction, platelet activation, and aggregation. This is accomplished by balancing the thrombotic properties of COX-1 isoenzymes against the antithrombotic effect of COX-2 isoenzymes.[2] When that balance is disrupted by inhibiting the COX-2 isoenzyme system and the counterbalancing prostacyclin ($PGI_2$) (which is a vasodilator and inhibitor of platelet aggregation), then COX-1 synthesis of thromboxane $A_2$ can lead to increased risks of cardiovascular and cerebrovascular thrombotic events. This imbalance is the issue addressed here. Rofecoxib (Vioxx®) is a COX-2 isoenzyme inhibitor which was developed to have the benefits of analgesia and decreased inflammation with fewer gastrointestinal side effects. Apparently overlooked or hidden from view in the development of rofecoxib was the unopposed thromboxane production from COX-1 synthesis processes leading to increased risks of cardiovascular and cerebrovascular thrombotic events.[2]

The FDA approved rofecoxib (Vioxx®) in 1999 (NDA 21-042, NDA 21-052) based on controlled trials by its sponsor, Merck, including the VIGOR (Vioxx® Gastrointestinal Outcomes Research) clinical trial which did show some protective effects on the gastro-intestinal mucosa when compared to naproxen.[4] The VIGOR trial did not employ a placebo control group.[5] Rofecoxib is a COX-2 inhibitor which is a selective non-steroidal, anti-inflammatory drug prescribed for the treatment of arthritis and other musculo-skeletal complaints because of the reduced occurrence of gastrointestinal side effects with regard to other NSAIDs.[4]

Although rofecoxib was approved about one and one-half years before, the results of the VIGOR clinical trial were not published in the open literature until November of 2000.[6] Although cardiovascular data reported at that time was incomplete,[7] it was obvious from the data that was reported that chronic exposure to rofecoxib increased the risk of adverse cardiovascular and cerebrovascular thrombotic events.[6] Interestingly, the incidence data on myocardial infarctions was presented in such a way as to emphasize the cardioprotective effect of naproxen rather than the adverse cardiovascular effects of rofecoxib.[6] This theme of deception continued throughout the literature[8] in studies and publications sponsored by Merck.[9-13] Although naproxen has been reported to exert some cardioprotective effects,[11,12] these effects are very minimal[14] and insufficient to compensate for the increased cardiovascular risks reported for rofecoxib. Consistent with this deception, Merck issued a series of publications with a press release on May 22, 2001, entitled "Merck Reconfirms Favorable Cardiovascular Safety of Vioxx®" coupled with numerous papers and commentaries in the open literature by Merck employees and their consultants.[7] "The message that was duly reinforced was that rofecoxib had no cardiovascular toxicity; rather, naproxen was cardioprotective".[7] In addition, Merck manipulated even the authorship of some publications where they inserted hired academicians to the list of authors in order to gain scientific credibility.[15]

Merck's deception finally faltered when the FDA issued a Public Health Advisory on September 27, 2004, recommending that another long-term clinical trial of rofecoxib, the APPROVe trial, be stopped because of safety reasons stating, "The study showed an



CONSILIOX
L I M I T E D
CONSULTANTS IN TOXICOLOGY

4

increased risk of cardiovascular events (including heart attack and stroke) in patients on Vioxx® compared to placebo, particularly those who had been taking the drug for longer than 18 months."[16]  The FDA followed up with a news release on September 30, 2004,[17] and on that same date "Merck Announces Voluntary Worldwide Withdrawal of Vioxx®" and finally admits that rofecoxib does demonstrate increased risk of cardiovascular and cerebrovascular events including heart attacks and strokes.[18]

On May 5, 2005, The Government Reform Committee of the U. S. House of Representatives met and a subsequent publication by Henry A. Waxman entitled, "The Lessons of Vioxx® - Drug Safety and Sales"[19] described the proceedings.  After disclosure of VIGOR results showing a five-fold increase in risk for myocardial infarctions from Vioxx®, the next day Merck advised their marketing staff not to discuss the study with doctors and followed by issuing "The Cardiovascular Card" pamphlet which indicated that rofecoxib was associated with 1/8 the mortality of cardiovascular causes of that found with other anti-inflammatory drugs.  This was clearly misleading in that it provided selective evidence and biased presentations.  The pamphlet did not even include any data from the VIGOR study, but instead it presented a pooled analysis of pre-approval studies in most of which low doses of rofecoxib were used over short time periods.

Although it is important to give a perspective on how much of the data presented below has been manipulated to put rofecoxib in the best light by minimizing its cerebrovascular and cardiovascular thrombotic effects, this report is about causation, that is, the link between a biological insult and a medical condition.  In this case, the link between rofecoxib and cardiovascular and cerebrovascular thrombotic events.

## CAUSATION - THE HILL CRITERIA

A. B. Hill[20] has described criteria for establishing general causation.  These criteria have been refined somewhat since his original paper but have not changed significantly.  The Hill criteria are widely accepted, and the International Agency for Research on Cancer uses many of these criteria as part of their classification scheme for carcinogens.  The Hill criteria apply to human studies and propose a set of requirements to be met in order to establish causation.  Some of the criteria allow for the use of data from controlled animal studies in order to establish the target organs and mechanisms of action of particular toxicants.  We will apply this criteria to the possible establishment of a causal connection between exposure to rofecoxib (Vioxx®) and cerebrovascular and cardiovascular thrombotic adverse events.

1.      **Strength of Association**

*The essence of this criteria involves an assessment of the extent to which a particular disease coincides with a particular exposure.  The incidence of the disease does not have to be high in order to establish a strong*



*association. In the case of a rare disease, the finding of even a few cases within a small population who have been treated with a particular drug would be of great significance. When prescription drugs are under consideration, data from clinical trials becomes the basis for meeting this criteria.*

When dealing with this criterion, it is important to consider the statistical significance(ss) of the findings, preferably in humans, in support of a causal relationship. There are many cases where such data is either non-existent or limited to only case-reports and animal data, but in this case the human data is available from controlled trials on rofecoxib (Vioxx®) carried out under the sponsorship of the drug manufacturer, Merck & Co.

One of the major clinical trials to be reported on rofecoxib (VIGOR - Vioxx® Gastrointestinal Outcomes Research) was a prospective, randomized, double-blind comparison of rofecoxib and naproxen in more than 8,000 patients with rheumatoid arthritis published by Bombardier, *et al.*, in 2000.[6] In this Merck publication, the authors concluded that rofecoxib-treated patients had fewer gastrointestinal problems, but "Myocardial infarctions were less common in the naproxen group than in the rofecoxib group (0.1 percent vs. 0.4 percent)". Stated differently, the statistically significant(ss) relative risk of myocardial infarctions for rofecoxib was 4.0 ss; but in the original publication of VIGOR findings, increased cardiovascular risk was never stated, and the complete data on cardiovascular and cerebrovascular events was not even reported. In an FDA report of the combined Arthritis Advisory Committee and the Drug Safety and Risk Management Advisory Committee which took place on February 16 to 18, 2005,[21] a statistically significant risk ratio of 2.38 ss for all confirmed thrombotic cardiovascular adverse events was reported. A re-analysis of the data in this study by Arellano[22] reports that there were a total of 35 cardiovascular events in the rofecoxib group and only 18 in the naproxen group resulting in a statistically significant risk ratio of 1.9 ss. In addition, he states that there were five times more cases of myocardial infarction in the rofecoxib group than in the naproxen group resulting in a statistically significant risk ratio of 5.0 ss.

McCormack and Rangno in 2002[23] afer reviewing data from the VIGOR trial reported statistically significant (ss) risk ratios of 2.4 ss for serious cardiovascular thrombotic events, a risk ratio of 4.0 ss for myocardial infarctions, of 3.4 ss for adverse cardiovascular events, of 2.5 for congestive heart failure, and of 7.0 ss for hypertension when comparing rofecoxib to naproxen. There was much controversy relating to the interpretation of the VIGOR study, but some of it related to Merck's effort to minimize the cardiovascular and cerebrovascular findings.[24-33] Merck investigators continued to attribute the increased cardiovascular risk from rofecoxib to a cardioprotective effect of naproxen,[10-12] but others reported that the minimal cardioprotective of naproxen was insufficient to negate the increased risk of cardiovascular events from rofecoxib.[8,9,14,54-57] In one nested case-control study of 2,302,029 person-years and 8,143 cases of myocardial infarction, the authors concluded that naproxen does not protect against serious coronary heart disease.[5]



Another large clinical trial conducted by Merck was the APPROVe (Adenomatous Polyp Prevention on Vioxx®) clinical trial which involved 108 centers in 29 countries.[4]  This was a long-term, randomized, placebo-controlled, double-blind trial which excluded those with prior cardiovascular or cerebrovascular problems.  Twenty-five hundred eighty-six patients with a history of colorectal adenomas were randomized, and 1,287 were treated with daily doses of 25 mg rofecoxib.  Forty six patients in the rofecoxib group had confirmed thrombotic events resulting in a risk relative to the placebo group of 1.92 ss after 18 months of treatment. According to the FDA report previously cited,[21] this trial was prematurely discontinued when the FDA discovered that 3.5% of the patients treated with rofecoxib had serious thromboembolic adverse events compared to only 1.9% in the placebo group (p<0.001).  These events included fatal and non-fatal myocardial infarctions, unstable angina, sudden death from cardiac causes, fatal and non-fatal ischemic stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism.[4] Further analysis of the data from the APPROVe Trial using combined incidence data in accordance with APTC criteria, found that the risk persisted even after a year of stopping the drug, and a hazard ratio of 1.79 ss was determined.[38]  Another analysis of persistent cardiovascular effects was reported by Ross, et al.,[39] noting that during the off-drug follow-up, 22 reports of cardiovascular effects were noted in rofecoxib patients versus six in controls resulting in a risk ratio of 2.10 ss.

Additional findings cited in the FDA report[21] included relative risk of serious cardiovascular events in those patients treated from month 19 to 36 of 4.45 ss and 27.7% hypertension events in the rofecoxib group versus 15.9% in the placebo group.  The authors concluded, "Among patients with a history of colorectal adenomas, the use of rofecoxib was associated with an increased cardiovascular risk."[4]

Other studies provide additional evidence of elevated risk of cardiovascular and cerebro-vascular thrombotic events related to rofecoxib.  Johnsen, et al.,[40] conducted a population-based, case-control study in Denmark to examine the risk of myocardial infarctions among rofecoxib users, and based on hospital admissions they reported an adjusted relative risk of 1.8 ss for hospitalization with rofecoxib versus any other non-aspirin NSAIDs.  Persons of low risk for cardiovascular problems reportedly demonstrated a risk ratio of 2.77 ss compared to any other non-aspirin NSAIDs.[40]  A population-based, retrospective cohort study of NSAID-naive individuals age 66 years and older were started on rofecoxib (n=14,583), celecoxib, and non-selective NSAIDs with non-NSAID users as controls (n=100,000) reported a relative risk for congestive heart failure of 1.8 ss relative to controls.[41]

Another population-based, retrospective cohort study of 113,927 elderly persons without prior myocardial infarctions and treated with rofecoxib for about 18 months was reportedly associated with an increased risk ratio for myocardial infarctions of 1.24 ss for those taking 25 mg rofecoxib daily or less and 1.73 ss for those taking more than 25 mg rofecoxib per day.  In addition, the adjusted risk ratio when rofecoxib was dosed at



>25 mgs/d  with aspirin was reported to be 2.36 ss.[42]  A matched case-control study of 54,475 patients age 65 and older and 10,895 cases of acute myocardial infarction reported an adjusted relative risk of 1.7 ss when rofecoxib (>25 mg) was compared to celecoxib.[43]  Another nested case-control study based on over two million person years of followup and 8,143 cases of serious coronary heart disease comparing rofecoxib with celecoxib reported a multivariate odds ratio of 1.47 ss when rofecoxib used at 25 mg or less per day and 3.58 ss when more than 25 mg rofecoxib was used daily.[5]

Ray, et al.,[35] reported a retrospective cohort study using the Tennessee Medicaid database looking at serious coronary heart disease in patients taking rofecoxib and found an increased relative risk of 1.93 ss for those using rofecoxib at doses greater than 25 mg/day, and new users exhibited a risk ratio of 1.93 ss.[35]  A post-marketing event monitoring in the UK[44] found 101 thrombotic events including 56 cerebrovascular accidents, 30 transient ischemic attacks, and 37 myocardial infarctions, among others.  In that study, Layton, et al.,[44] reported a risk ratio for cerebrovascular events for rofecoxib versus meloxicam of 1.68 ss, and for the same comparison related to cardiovascular events, the risk ratio was 1.38.  Finally, Juni, et al.,[8] conducted a meta-analysis of bibliographic databases in combination with the FDA files including all randomized control trials that compared rofecoxib with other NSAIDs.  They identified 18 randomized trials and 11 observational studies by the end of 2000.  Based on 54 myocardial infarction cases they were able to calculate a relative risk of 224 ss relative to various control groups.  They found that the cardio-protective effect of naproxen was small and could not account for the elevated risk levels found for rofecoxib in the VIGOR trial.  When endpoint committees were at the trials, the relative risk of cardiovascular events rose to 3.9 ss for rofecoxib.[8]  Another meta-analysis dealing mainly with the VIGOR, CLASS and earlier clinical trials also raised a cautionary note relative to the cardiovascular risks of using COX-2 inhibitors.[45]

More recent findings include a report by Varas-Lorenzo, et al.,[46] based on observational cohorts and case-control studies in which a risk ratio (RR) for cardiovascular events during use of rofecoxib was 1.64 ss while that for ischemic stroke during current use was 1.82 ss.  Another recent study by Gudbjornsson, et al.,[47] examined three nationwide databases and a total of 108,700 individuals and 163,406 patient years and reported the following incident ratios when compared with diclofenac users: cerebral infarction 2.13 ss; myocardial infarction 1.77 ss; unstable angina pectoris 1.52 ss.  They went on to calculate a hazard ratio for cardiovascular events of 8.34 ss for users 39 years of age or older.  Bottone and Barry[48] analyzed 31,024 serious adverse effects (SAEs) related to rofecoxib reported by the FDA's AERS system and reported that rofecobib users were at increased risk of hemorrhage and other thrombotic and embolic adverse effects, while McGettigan and Henry[49] performed a systemic review of community-based controlled observational studies and pooled cardiovascular events comparing drugs.  Based on 30 case-control studies and 184,946 cardiovascular events plus 21 cohort studies describing outcomes in more than 2.7 million patients, they calculated the highest risk for rofecoxib (RR=1.45 ss) and a RR=1.37 ss for those taking low doses of rofecoxib.



Coupled with the positive findings, there also were some negative studies published. Most of these were either of short duration,[50-53] did not report cardiovascular or cerebrovascular adverse events,[52-54] had few subjects involved,[50,52,55-57] or used the supposed cardioprotective effect of naproxen to explain away any elevated risk ratios related to rofecoxib.[9] One Merck 12-month study related to Alzheimer's disease did report negative findings for rofecoxib versus placebo.[58]

It is interesting to consider the timing of the availability of knowledge that there were risks of cardiovascular events from using rofecoxib. Sommet, et al.,[59] examined the French pharmacovigliance database before September 2004. They looked at 50,087 serious ADRs related to rofecoxib including 1,127 thrombotic events going back to as early as 2001 and calculated an odds ratio of 4.2 ss. They continued their study to 2006 and calculated a range of odds ratios from 3.0 to 3.5 ss. Even more interesting is a report by Ross, et al.,[60] in which they looked at the risk of cardiovascular thromboembolic (CVT) events at different points in time. They analyzed 30 randomized placebo-controlled trials involving 20,152 patients, and they reported a trend toward increased cardiovascular risk from rofecoxib as early as December 2000. They also reported the following risk ratios: December 2000: RR=2.18; June 2001: RR=1.35 ss; April 2002: RR=1.39 ss; September 2004: RR=1.43 ss.

Thus, it would appear that, taking into account Merck's efforts to bury the positive cardiovascular and cerebrovascular effects of rofecoxib, the evidence for a strong causal relationship is supported by the published literature and, indeed, by Merck's own studies. Further, communications directly from Merck & Co. have finally acknowledged the cardiovascular and stroke risks of rofecoxib[18] as has the FDA in their communications.[16,17]

## 2.    Consistency of Association

*Hill[20] asks the question, "Has it been repeatedly observed by different persons, in different circumstance and times?". In other words, have similar findings been observed by different observers.*

Serious cardiovascular and cerebrovascular events have consistently been found in well-conducted studies of rofecoxib. Merck's own major clinical trials, the VIGOR and APPROVe trials, once interpreted properly, demonstrated increased risks for cardio-vascular and cerebrovascular thrombotic events.[4,6] While Merck claimed that the elevated risks in the VIGOR study were due to a cardioprotective effect of naproxen,[6] this was later disproven,[5,9,35,37,61] and as additional cardiovascular data became available from the study the risk ratio for myocardial infarctions rose to 5 ss and was highly significant statistically.[21] The APPROVe trial which employed a placebo control group provided further clarification of increased risks.[4] The latter was actually stopped by Merck based on its Data Safety Monitoring Board because of the finding that 3.5% of treated patients had serious thromboembolic adverse events compared to 1.9% of patients in the placebo



group.[16,62] Data from both of these trials led the withdrawal of the drug from the market based on "increased risk of serious cardiovascular events, including heart attacks and strokes".[17]

Risk ratios for cardiovascular and cerebrovascular thrombotic events were consistently and significantly elevated in both these and other studies. Depending on the completeness of the data the statistically significant (ss) risk ratios from the VIGOR trial for myocardial infarctions (MIs) ranged from 4.0 ss in the original study[6] to 5.0 ss in the subsequent disclosure of unpublished data.[22] In the original study, the confirmed adjudicated risk for developing a thrombotic cardiovascular event, including MIs, unstable angina, cardiac thrombus, resuscitated cardiac arrest, sudden unexplained death, ischemic stroke, and transient ischemic strokes, was 2.38 ss.[6,21] Others analyzed the same study and found statistically increased risks for serious cardiovascular thrombotic events for rofecoxib versus naproxen to be 2.4 ss, for MIs: 4.0 ss; for adverse cardiovascular events: 3.4 ss; for congestive heart failure: 2.5 ss and for hypertension: 7.0 ss.[23]

The APPROVe clinical trial also resulted in identification of statistically significantly elevated risks of serious cardiovascular events related to regular use of rofecoxib, particularly when used for 18 months or more.[4] These events included thrombotic events such as fatal and non-fatal MIs, unstable angina, sudden death from cardiac causes, fatal and non-fatal ischemic strokes, transient ischemic attacks, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism. The overall relative risk of thrombotic events was 1.92 ss, but during the period from 19 to 36 months, this risk rose to 4.45 ss.[4]

Although these are the major studies of rofecoxib, others have published on the risks associated with use of rofecoxib. A Danish population-based case-control study aimed at determining the cardiovascular risk of MI among users of NSAIDs based on hospital discharge registry data reported risk ratios of 2.77 ss for low risk persons and 1.58 ss for high risk persons.[40] Another population-based retrospective cohort study using a time-matched nested case-control approach and based on 113,927 elderly persons with no use of NSAIDs, reported that rofecoxib treatment was associated with an increased risk for MI of 1.24 ss at low dose and 1.73 ss at higher dose (>25 mg/d) levels.[42] When the group was dosed with >25 mg rofecoxib and the controls were dosed concomitantly with aspirin, the risk ratio increased to 2.36 ss.[42] Yet, another matched case-control study of 54,475 patients designed to assess the risks of acute myocardial infarctions (AMIs) of rofecoxib use versus use of celecoxib reported an increased odds ratio at 25 mg/d of 1.21 ss; but when the daily dose of rofexocib was increased to >25 mg/d, the odds ratio increased to 1.70 ss.[43] Another study based on data from Kaiser Permanente of California, comparing rofecoxib with celecoxib involving a nested case-control study of 8,143 cases of serious coronary heart disease, reported an odds ratio of 1.47 ss when patients were dosed at 25 mg/day rofecoxib or less and 3.58 ss when dosed at >25 mg/d



versus celecoxib.[5]  When compared with remote use of various NSAIDs, the odds ratios
were 1.23 ns and 3.00 ss, respectively.[5]  Another study reported a risk ratio for
cardiovascular effects of 1.8 ss relative to placebo.[41]

When compared with meloxicam in a post-marketing event monitoring study in the UK,
Layton, et al.,[44] reported relative risks of cerebrovascular events of 1.68 ss and 1.38 for
cardiovascular events, while Ray, et al.,[35] reported on a retrospective cohort study using
Tennessee Medicaid database and reported that those using refecoxib at daily doses of
greater than 25 mg were associated with a relative risk of coronary heart disease of 1.93 ss.
A meta-analysis reported by Juni, et al.,[8] based on bibliographic databases and the FDA
files included all randomized control trials.  Eighteen randomized control trials and 11
observational studies were included.  They calculated a relative risk of 2.3 ss, but when
endpoint committees were present at trials, the relative risk of cardiovascular events rose
to 3.9 ss.

There are some studies that do not show increased risk of cerebrovascular and cardio-
vascular thrombotic events, but most of these are efficacy studies of short duration,[50-53,55,63-67] do not have sufficient subjects for appropriate statistical analysis[52,56,57] or did not
look for or report on adverse cardiovascular effects.[52-55,64,65,68-69]  One meta-analysis of 23
phase IIb to V rofecoxib studies done by Merck[9] appeared to show some negative
findings, but the study was reported to be underpowered statistically[34] and was based on
data from some short-term trials.

Thus, it would appear as if the overall findings relating to a causal relationship between
rofecoxib and cardiovascular and cerebrovascular events consistently present elevated
risks in Merck's own clinical trials and those reported by others.  This criteria has clearly
been met.

3.      **Specificity of Association**

*The specificity of an association describes the precision with which the
occurrence of one variable will predict the occurrence of another.  This criterion
overlaps the strength of association to some extent but focuses more on the direct
link between a specific disease and a specific cause for that disease.  When
dealing with human populations, this specificity is rare.*

If one were dealing with rare medical events such as an astrocytoma or angiosarcoma, the
specificity criteria would easily be met if there were a causal connection to a particular
drug or chemical.  In this case, we are dealing with cardiovascular and cerebrovascular
thrombotic events which are quite common in the unexposed population.  Thus, in order
to establish a causal connection between rofecoxib and these adverse events, we must
show elevated incidences of the diseases over and above the normal populations.  We do
this by employing control groups in our studies as has been described above.  This is the
approach suggested by Hill[20] when discussing this criteria.  He emphasizes that specificity



CONSULTOX®
L I M I T E D
CONSULTANTS IN TOXICOLOGY

**11**

in man is rare and that failure to fulfill the requirements of this criteria should not stand in the way of establishing a firm causal relationship.

## 4.   Temporality

*Hill[20] asks "Which is the cart and which is the horse?" If a disease state exists prior to exposure to a medication, the exposure may exacerbate the disease but may not have caused the disease. The appearance of a diseased state must follow treatment with the medication being addressed.*

There is no question that dosing has preceded the adverse cardiovascular and cerebrovascular effects described herein. Given this fact, there is still a question of temporality in dealing with general causation in this situation. This is pointed out quite clearly in the APPROVe trial where serious thromboembolic events began to occur at rates that reached significance after 18 months of dosing.[4] In contrast, some of the shorter-term studies which were included in the Kostam, *et al.,*[9] meta analysis of phase IIb to V of the Merck clinical trials apparently did not produce positive findings, although Juni, *et al.,*[34] suggest that the statistical power of that study was not sufficient. There are some short-term trials that suggest an association between rofecoxib and adverse cardiovascular and cerebrovascular thrombotic events.[9,50,51] Thus, it would appear that there is the suggestion of adverse events even on short-term dosing, but longer-term dosing clearly favors a more substantial increased risk of adverse events.

## 5.   Biological Gradient

*Dose-response is the foundation of good toxicological studies. The higher the dose or the longer the treatment, the more severe the response or the more prevalent the response. Dose cannot only be expressed as a single dose producing an acute response, but also by specifying the daily dose and treatment period. The latter is more appropriate in this situation.*

When dealing with occupational or environmental exposure situations, describing dose-response in humans is problematic; however, when dealing with prescription drugs, as is the case here, the dosing situation is well defined. In the APPROVe clinical study only single dose levels were employed, making any assessment of dose-response impossible.[4] In the VIGOR trial, however, the incidence of hypertension was reported to be 10% in the 25 mg/day group but only 4.7% in the 12.5 mg/day group.[6] Elevated blood pressure may cause some of the adverse effects being measured here. A six-week, double-blind, placebo-controlled study of rofecoxib dosed at 25 mg/day and 125 mg/day reported a dose-related increase in mean systolic blood pressure.[52]

There are other published studies which do report a dose-related relationship to increased risk of cardiovascular and cerebrovascular thrombotic adverse events. A recent study by Levesque[42] reported a relative risk of MI of 1.24 ss at 25 mg/d rofecoxib and



1.73 ss at doses of >25 mg/d when compared with non-users of NSAIDs. A similar finding was reported by Solomon, *et al.*,[45] where similar doses produced odds ratios for MI of 1.21 ss and 1.70, respectively, when compared with celecoxib. Another comparison with celecoxib at dosing levels of 25 mg/day and >25 mg/d of rofecoxib produced odds ratios of 1.47 ss and 3.58 ss.[5] Yet, another study by Ray, *et al.*,[35] reported an adjusted risk ratio of 1.70 ss for those taking greater than 25 mg rofecoxib per day, but no increased risk in those dosed with 25 mg per day. Thus, under controlled experimental conditions involving humans, biological gradient has been established.

6.      **Plausibility and Coherence**

> *I will consider these criteria together since they impinge on the same theme voiced by Hill[20] with regard to coherence ". . . the cause and effect interpretation of our data should not seriously conflict with generally known facts of the natural history or biology of the disease". In addition, hypotheses based on sound scientific principles should be presented to explain the phenomena under consideration and to demonstrate the plausibility of the causal conclusions being reached. It is desirable to provide experimental evidence to support the hypothesis, but this is not always available.*

Prostaglandins are biologically active lipids derived from arachidonic acid and have a role in a variety of processes including inflammation and pain.[62] Inhibition of prostaglandin production by cyclooxygenase (COX) inhibitors such as aspirin and non-steroidal anti-inflammatory agents (NSAIDs) has been an important means of providing analgesic and anti-inflammatory benefits.[5] COX-1 isoenzyme is found in most cells resulting in the production of homeostatic prostaglandins that maintain gastrointestinal mucosal integrity and renal blood flow. Also, it mediates the production of thromboxane $A_2$, a prostaglandin that promotes vasoconstriction, platelet activation, and platelet aggregation.[4] COX-2 isoenzyme is induced in selected tissues and results in the production of prostaglandins at sites of inflammation as well as prostacyclin ($PGI_2$), a vasodilator and inhibitor of platelet aggregation. Up-regulation of endothelial COX-2 with consequent production of prostacyclin, an antithrombotic prostaglandin, may be a protective hemostatic response of blood vessels to platelet activation.[70-72] Thus, selective COX-2 inhibition could provide the beneficial effects of analgesia and decreased inflammation with fewer gastrointestinal side effects because of protection by prostaglandins generated by COX-1.[5] A balance between the COX isoenzymes, however, could be disrupted, and the effects of COX-1 on thrombotic processes may be prominent in the absence of COX-2 protective prostacyclins.[5]

Rofecoxib is a selective COX-2 inhibitor which acts by inhibiting COX-2 versus COX-1 about 35[73] or 50[62] times greater; whereas, celecoxib, another COX-2 inhibitor (Celebrex®), is only selective by a factor of about 9.[62] Considering this observation, celecoxib would be expected to have lower risk of cardiovascular problems than



rofecoxib since it inhibits COX-1 to a greater degree than rofecoxib; that is, it is less selective. This is indeed the case as evidenced by comparative risk studies.[5,35,43]

In human volunteers, ingestion of either celecoxib and rofecoxib, both COX-2 inhibitors, inhibited prostacyclin production,[74,75] and studies in mice have demonstrated the suppression of the intimal hyperplastic response to vascular injury by prostacyclin, a product of COX-2 activity.[76] COX-2 inhibition could increase the risk of cardiovascular disease by different mechanisms including reducing selective prostaglandin levels, increasing blood pressure,[77,78] decreasing angiogenesis, and destabilizing plaque.[4] Also, thromboxane $A_2$, a major COX-1 mediated product of arachidonic acid metabolism, causes irreversible platelet aggregation, vasoconstriction, and smooth muscle proliferation.[4] On the other hand, prostacyclin, which is synthesized by the COX-2 isoenzyme, has been shown to stimulate a functionally active thrombomodulin in human smooth muscle cells. Thrombomodulin is an important inhibitor of blood coagulation.[79] If prostacyclin is selectively inhibited in the absence of COX-1 inhibition, this produces an imbalance which is thought to increase the risk of cardiovascular thrombotic events.[4] Note that COX-2 inhibitors not only lack the antiplatelet activity of aspirin, but inhibition of prostacyclin production results in disabling one of the primary defenses of the endothelium against platelet aggregation, hypertension, and atherosclerosis.[74,79]

A number of scientific studies have provided support for this mechanism of action. Preclinical studies have shown that selective COX-2 inhibition blocks prostacyclin (PGI$_2$) formation without inhibiting platelet derived thromboxane A$_2$ (TXA$_2$), thereby increasing platelet activation, adhesion, and aggregation, increasing the probability of a thrombotic event.[2,74] A study in transgenic knockout mice by Cheng *et al.*,[76] clearly demonstrated this mechanism. Cheng, *et al.*,[76] used mice with deletions of PGI$_2$ (prostacyclin) or TXA$_2$ (thromboxane A$_2$) receptors. They were able to show that PGI$_2$-deficient animals have enhanced injury-induced vascular proliferation and platelet activation in comparison to TXA$_2$ -deficient animals or those treated with a TXA$_2$ antagonist. Interestingly, the augmented response to vascular injury seen in PGI$_2$-deficient animals is abolished in mice deficient in both PGI$_2$ and TXA$_2$ receptors.[76] The experiment involving PGI$_2$ - deficient animals clearly mimics the situation with COX-2 inhibitors such as rofecoxib in that prostacyclin production is inhibited without effect on the thromboxane A$_2$. It also modulates the platelet-vascular interaction and limits the adverse response to thromboxane A$_2$.[76] This emphasizes the importance of PGI$_2$ in mediating platelet-vascular interactions and provides a mechanistic basis to explain the increase in cardiovascular events observed in the VIGOR[33] and other trials with rofecoxib. Another study involving hamster arterioles and human umbilical vein endothelial cells reported increased transient platelet-vessel wall interactions, increased firm platelet adhesions in hamster arterioles, and more rapid occlusion of damaged micro vessels during COX-2 inhibition, suggesting the triggering of thrombotic events by diminishing anti-platelet properties of the endothelial tissue.[80] Use of a canine coronary thrombosis model in one study showed that the observed increase in time to occlusion with aspirin was abolished with celecoxib, a COX-2 inhibitor, lending support to the prothrombic effects of COX-2 inhibitors.[81]



Several studies that included rofecoxib and celecoxib, have reported increases in blood pressure secondary to COX-2 inhibition in man and animals.[6,50,69,75,77,78,82-84] One retrospective case-control study reported statistically significant increases in odds ratios for increases in blood pressure when comparing rofecoxib with celecoxib and various other non-specific NSAIDs,[85] while another study came to the same conclusion.[86] These results are not surprising considering the fact that thromboxane $A_2$ is known to promote irreversible platelet aggregation, vasoconstriction, and smooth muscle proliferation, all having significant impact on blood pressure.[4,72]

Thus, the most prominent hypothesis for increased cardiovascular risk involves the effects of cyclooxygenase isoenzymes and their inhibition on two key prostanoids, prostacyclin and thromboxane $A_2$, both of which have critical roles in vascular homeostasis. These prostaglandins are generated by COX-2 and COX-1 isoenzymes, respectively, by their action in metabolizing arachidonic acid. Thromboxane $A_2$ promotes platelet aggregation, vasoconstriction, and smooth muscle proliferation and is synthesized primarily in platelets via COX-1 metabolism. On the other hand, prostacyclin, which is generated by COX-2 isoenzyme metabolism of arachidonic acid and has anti-aggregative, anti-proliferative, and vasodilatory action, is the main prostanoid product of endothelial cells. Non-selective NSAIDs inhibit both COX-2 and COX-1 isoenzymes. Selective COX-2 inhibitors such as rofecoxib only act on COX-2 thereby suppressing vascular production of prostacyclin without affecting the synthesis of platelet derived thromboxane $A_2$. This results in an imbalance favoring thrombotic events and increased risks of cardiovascular and cerebrovascular thrombotic events by direct action or through secondary increases in blood pressure.[87] In other words, the increase in thromboembolic cardiovascular events associated with selective COX-2 inhibitors such as rofecoxib is thought to result from the COX-2 inhibition of endothelial-derived prostacyclin formation with unopposed platelet production of COX-1-mediated thromboxane $A_2$.[62] Referring to this imbalance and the VIGOR study is the following quote, "Thus, there is biological plausibility for increased occurrence of occlusive cardiovascular events with rofecoxib use in the VIGOR study."[88]

Thus, the requirements for coherence and plausibility have been met. I have employed sound scientific principles and logic to the issue of causation and have made a logical presentation suggesting a causal relationship between rofecoxib, a COX-2 inhibitor, and cardiovascular/cerebrovascular thrombotic adverse events. I have explained the differences in relative risk of cardiovascular events between rofecoxib and celecoxib based on the degree of selectivity of the inhibitions produced by both drugs.

7.    **Experiment**

*Although human clinical trials are relied upon to establish the efficacy of drugs, and epidemiolgy studies are used in establishing causation relating to adverse drug reactions, animal experimentation is extremely useful in demonstrating concepts used to explain some of the human findings. In*



*addition, studies of the effects of chemicals on cellular processes also have proven useful in being able to understand the mechanisms involved in the toxicological processes being studied.*

Virtually all of the studies presented above are experimental studies. The clinical studies presented above are controlled studies designed to establish the efficacy of the drug in question. In most cases, these studies also describe the adverse cardiovascular and cerebrovascular thrombotic events which occur during the trials. The two largest and most lengthy trials described above are the VIGOR and APPROVe trials, both of which have been published at least in part in the open literature[4,6] and are further described in the FDA documents cited above. Other trials and studies of varying designs and controls also have been described above.[5,9,35,40,42-44,50,51,54-56,89] Of particular experimental interest are some of the animal studies presented above. Use of transgenic knockout mice with COX-2 or COX-1 receptor deficiencies were able to demonstrate the balancing effect of COX-2 isoenzyme metabolites on the thrombotic properties of COX-1 metabolites. This homeostatic condition is disrupted when animals are COX-2 deficient but is maintained when mice are both COX-1 and COX-2 deficient.[76] Other studies cited above include a canine coronary thrombosis model,[81] a rat study showing increased arterial blood pressure stimulated by a COX-2 inhibitor,[90] another rat study demonstrating the depression of $PGI_2$ (prostacyclin) by rofecoxib,[91] a hamster study,[80] and other mouse studies.[72,76] A mouse study which used a genetically altered mouse model reported that inhibition of COX-2 by rofecoxib reduced atherosclerosis and that macrophage COX-2 isoenzyme promotes early atherogenesis in LDLR-deficient mice.[92] Other studies also suggest that macrophage generated COX-2 is associated with acute ischemic syndromes.[93]

## 8. Analogy

*Are there other drugs, chemicals or conditions that simulate the causal relationship which is under scrutiny? Are there other similar situations that parallel the events relating to the causal connection addressed herein?*

As indicated above, all the COX-2 inhibitors share a common mechanism of action and some of the same problems. Celecoxib, parecoxib, valdecoxib, and etoricoxib are all COX-2 inhibitors which inhibit COX-1 isoenzymes to varying degrees. These provide a fine analogy to rofecoxib and exhibit some of the same adverse cardiovascular and cerebrovascular thrombotic adverse events. Consider a study involving celecoxib in which a dose-dependent hazard index was calculated for deaths from MIs, strokes, and heart failure.[87] A double-blind randomized, placebo-controlled study of parecoxib and valdecoxib produced a relative risk of 3.7 ss for cardiovascular events including MIs, cardiac arrest, stroke, and pulmonary embolism.[94] Another study of parecoxib and valdecoxib also produced an increased incidence of cardiovascular and cerebrovascular serious adverse events implicating a thrombosis-mediated association with COX-2 inhibition.[95] Etoricoxib demonstrated a 3.2% incidence of thrombotic events (MI, unstable angina, ischemic stroke, transient ischemic stroke) versus only 0.8% incidence



CONSULTOX
L I M I T E D
CONSULTANTS IN TOXICOLOGY

16

for naproxen.[96] The authors state that selective inhibition of COX-2 reduces COX-2-mediated vasodilation and inhibition of platelet aggregation which predisposes to an imbalance resulting in platelet aggregation and ischemia. This is the same mechanism of action proposed above for rofecoxib. Pfizer reported nearly a three times increased risk of cardiovascular events with Bextra (valdecoxib) compared to placebo controls in cardiac surgery patients even though the patients were taking aspirin.[97] The beneficial analgesic effects of COX-2 inhibitors also are shared in this class of compounds as is demonstrated by a study of rofecoxib, celecoxib, parecoxib, and valdecoxib.[98] Thus, COX-2 inhibitors share a common mechanism of action related to prostaglandin production and also share the cardiovascular and cerebrovascular adverse effects. Clearly, this class of compounds have many properties in common; however, in comparing rofecoxib with celecoxib, one must consider the relative selectivity of these drugs relating to inhibition of COX-2 and COX-1 isoenzymes. As indicated above, rofecoxib is much more selective in its inhibition of COX-2 vs COX-1 (about 35-50x)[62,73] whereas celecoxib is less selective (9x);[62] therefore, rofecoxib would be expected to inhibit both isoenzymes and be less disruptive to the balance between anti-thrombotic and thrombotic influences. Thus, the classic randomized control trial of celecoxib, the CLASS Study, did not show elevated risks of cardiovascular or cerebrovascular adverse thrombotic events.[99,100] Nonetheless, these two, among other COX-2 inhibitors, act by the same mechanisms and clearly provide good analogies.

## CONCLUSIONS AND OPINIONS

I have addressed and met the criteria established by Hill[20] for a causal relationship between rofecoxib and cardiovascular and cerebrovascular thrombotic adverse events. I have provided citations for numerous studies showing elevated risks related to the use of rofecoxib and have delineated a logical mechanism by which COX-2 inhibitors, in particular, rofecoxib, can produce increased risks of these adverse events. I have further provided acknowledgment from the US FDA and from the drug manufacturer itself, Merck & Company, that use of rofecoxib produces unacceptable cardiovascular and cerebrovascular risks. I therefore opine that there is a causal relationship between exposure to rofecoxib and cardiovascular and cerebrovascular thrombotic adverse events as defined by the Antiplatelet Trialists' Collaboration.[101]

Richard A. Parent, PhD, DABT, FATS, RAC, ERT
CONSULTOX, LIMITED

8/2/2012

Date



# APPENDIX A

CURRICULUM VITAE OF RICHARD A. PARENT, PHD, DABT, FATS, RAC, ERT

## CURRICULUM VITAE of

### Richard A. Parent, PhD, DABT, FATS, RAC, ERT

Consultant in Toxicology

P. O. Box 1239
Damariscotta, Maine 04543

Tel (207) 563-2300
Fax (207) 563-8990

P. O. Box 51928
New Orleans, Louisiana 70151

Tel (504) 529-7500
Fax (225) 926-0638
*email:* rparent@consultox.com

## EDUCATION:

Ph.D., Rutgers University, New Brunswick, New Jersey, 1963
M.S., Northeastern University, Boston, Massachusetts, 1959
B.S., University of Massachusetts, Amherst, Massachusetts, 1957

## CERTIFICATIONS:

Board Certified, Fellow of the Academy of Toxicological Sciences, 2000 to present
Board Certified, American Board of Toxicology, 1981 to present
Board Certified, Regulatory Affairs Certification Board, 1993 to present
Registered Toxicologist in France, 1999 to present
Registered Toxicologist in Europe (EUROTOX), 1999 to present
Registered Expert Toxicologist in Europe, 1999 to present
Certified Specialist - Intoxilyzer 5000, 2006

## LANGUAGES:

- Fluent in French and English

## PROFESSIONAL POSITIONS:

- President, Consultox, Limited, Damariscotta, Maine, and New Orleans, Louisiana, 1984-present
- Member, Board of Directors, CCA Associates, Baton Rouge, Louisiana, 1984-1989
- Director, Life Sciences Division, Gulf South Research Institute, New Iberia, Louisiana, 1982-1984
- Vice President & Director, Food & Drug Research Laboratories, Inc., Waverly, New York, 1979-1982
- Consultant Toxicologist, International Union of Airline Flight Attendants, 1977-1979
- Staff Toxicologist, Xerox Corporation, Rochester, New York, 1969-1979
- Board of Directors & Consulting Toxicologist, Delta Laboratories, Rochester, New York, 1969-1979
- Senior Research Chemist, American Cyanamid, Bound Brook, New Jersey, 1959-1969

## PROFESSIONAL SOCIETIES AND HONORS:

- Fellow, Academy of Toxicological Sciences, 2000-present
- Regulatory Affairs, Certified by the Regulatory Affairs Certification Board, 1993, Re-Certified, 2004, 2007, 2009
- Diplomate, American Board of Toxicology, 1981-present (recertified 1987, 1992, 1997, 2002, 2007)
- Member, Société Française de Toxicologie, 1989-present
- Member, EUROTOX (European Society of Toxicology), 1990-present
- Regulatory Affairs Professional Society, 1992-present
- Chairman, Roundtable of Toxicology Consultants, 1985-1988, Founder 1984, member to present
- American College of Toxicology, 1978-present; Animals in Research Committee, 1988-1989
- Member, Cosmetic Toiletries & Fragrance Association (CTFA), 1995-2000
- Member, Drug Information Association, 1997-2000
- International Society of Regulatory Toxicology and Pharmacology, 1992-present
- Founding Editor, *Journal of the American College of Toxicology*, Part B, *Acute Toxicity Data*, 1989-1997
- Editorial Board, *Journal of Applied Toxicology*, 1980-2008, North American Editor, 1988-1998
- Section Editor, *Journal of the American College of Toxicology*, 1988-1999
- Editorial Board, *International Journal of Toxicology*, 1999-present
- Editorial Board, *Toxicology Methods*, 1990-2002
- Editorial Board, *Toxicology Mechanisms and Methods*, 2002-present
- Society of Toxicology, 1979-present
  - President and Founder, Specialty Section on Epidemiology, 1998-2000
  - Placement Service, Co-director 1982-1984; Director 1984-1986
  - Communications Task Group, 1983-1984
  - Vice-President, Regulatory and Safety Evaluation Specialty Section, 1993-1995
  - President, Regulatory and Safety Evaluation Specialty Section, 1995-1996
  - Carcinogenesis and Risk Assessment Specialty Section, 1984-present
  - Inhalation Toxicology Specialty Section, 1986
  - Technical Committee, 1990
  - Long Range Planning Committee, 1986-1987
  - Anniversary Committee, 1985-1986
  - Mid-Atlantic Chapter, 1981-1982
  - Northeast Chapter, 1994
  - Gulf Coast Chapter, 1982-1990
- Association for the Advancement of Medical Instrumentation, 1993-1996
- ASTM Committee F4 on Medical and Surgical Materials and Devices, Subcommittee on Biocompatibility, 1992-1994

## PROFESSIONAL SOCIETIES AND HONORS:  (cont'd.)

- Member, Society for Biomaterials, 1993-1997
- ASTM Committee E-34 on Occupational Safety & Health
  Vice Chairman, 1977-1979; Chairman, 1979-1984
  Award for Outstanding Service, October 19, 1983
  Member at Large, 1989-1999
- International Society for the Study of Xenobiotics, 1982-present; emeritus 2002-present
- Editorial Board, Journal of the Society of Cosmetic Chemists, 1975-1990
- American Cyanamid Educational Award, 1962-1963
- American Men & Women of Science
- Who's Who in the East, 1982
- 49th Edition of Who's Who, 1995
- National Science Foundation Fellow, 1958-1959, 1960-1961
- New York Academy of Sciences, AAAS
- Sigma Xi, Phi Lambda Upsilon, ACS
- Who's Who in Science and Engineering, 1996
- Who's Who in Executives & Professionals, 1997
- Who's Who in the World, 1998

## COMMITTEES, CHAIRMANSHIPS AND INVITED LECTURES:

- Invited Lecture, "Toxicological Consequences of the Gulf Oil Spill on Workers and Residents of the Coast", Presented at the 61st Annual Toxicology Roundtable, Elkhart Lake, Wisconsin, September 27, 2010.
- Chairperson, Informational Session, "Recent Advances in Pulmonary Surfactant Toxicology Assessment and Therapeutics", 49th Annual Meeting of the Society of Toxicology, Salt Lake City, Utah, March 9, 2010.
- Session Chairman and Organizer of Continuing Education Course, "Comparative Biology of the Lung", 49th Annual Meeting of the Society of Toxicology, Salt Lake City, Utah, March 7, 2010.
- Invited Speaker, "Chinese Drywall - Toxicity, Risk and Causation," Chinese Drywall HB Litigation Conference, New Orleans, Louisiana, November 11, 2009.
- Invited Speaker, Continuing Education Course, "Consulting in Toxicology Expert Testimony" 30th Annual Meeting, American College of Toxicology, Palm Springs, California, November 1, 2009.
- Session Chairman and Organizer of Continuing Education Course, "Epidemiology for Toxicologists," 47th Annual Meeting, Society of Toxicology, Seattle, Washington, March 16, 2008.
- Session Chairman, Toxicology in the Courtroom:  Establishing Causation, A Roundtable Discussion, Richard A. Parent, Bernard Goldstein and David Eaton, Society of Toxicology Meeting, San Diego, California, March 6, 2006.
- Invited Speaker, 230th National American Chemical Society Meeting, Washington, DC, "Where Toxicology Meets the Law, Focus on Dioxin" Mock Trial, August 31, 2005.
- Invited Speaker, Roundtable of Toxicology Consultants, Summer Meeting, "Structuring an Expert Report", Gaithersburg, Maryland, August, 27, 2005.
- Toxic Torts: Toxicologists in the Courtroom, Co-chair and presenter; platform session, Society of Toxicology Meeting, New Orleans Louisiana, March 8, 2005
- Invited Lecture, "Causation, the Bedrock of Toxic Tort Litigation", Roundtable of Toxicology Consultants, Williamsburg, Virginia, October 16, 2003.
- Invited Lecture, "Causation, the Bedrock of Toxic Tort Litigation", Connecticut Defense Lawyers Association, Quinnipiac University School of Law, Hamden, Connecticut, March 28, 2003.
- Co-Chairman and Organizer of Continuing Education Course, "Environmental Epidemiology and Toxicology:  the Interface and the" Interactions" 39th Annual Meeting of the Society of Toxicology, Philadelphia, Pennsylvania, March 19, 2000.
- Invited Lecturer, "Mealy Publications Conference on Fen-Phen", St. Regis Hotel, Philadelphia, Pennsylvania, October 18-19, 1999.
- Organized "Electromagnetic Fields:  Toxicology, Epidemiology and N.I.E.H.S.", 38th Annual Meeting of the Society of Toxicology, New Orleans, Louisiana, March 17, 1999.
- Co-Chairman and Organizer of Continuing Education Course "Epidemiology for Toxicologists:  II. Methodology", 36th Annual Meeting of the Society of Toxicology, Cincinnati, Ohio, March 9, 1997.
- Co-Chairman and Organizer of Continuing Education Course "Epidemiology for Toxicologists", 35th Annual Meeting of the Society of Toxicology, Anaheim, California, March 10, 1996.
- Faculty member, Short Course "Safety Evaluation of Medical Devices:  Testing, Materials and Biocompatibility", Center for Professional Advancement, East Brunswick, New Jersey, July 21-23, 1993; Amsterdam, The Netherlands, September 12-16, 1993.
- Member ASTM F4 Committee on Medical and Surgical Materials and Devices, Subcommittee on Biocompatibility, 1992-present
- Chairman of Symposium, "Opening the Doors to the Agencies", Eleventh Annual Meeting, American College of Toxicology, Orlando, Florida, October 31, 1990.
- Invited Paper "Problems in and Approaches to Getting Acute Toxicity Data Into the Literature", Meeting, American College of Toxicology, Williamsburg, Virginia, October 30, 1989.

## COMMITTEES, CHAIRMANSHIPS AND INVITED LECTURES: (cont'd.)

- Invited Paper "The Role of the Toxicologist", Environmental and Toxic Tort Litigation Section, American Trial Lawyers Association Convention, Seattle, Washington, July 24, 1984.
- Contributed to and co-authored "Abandoned Waste Site Cleanup Cost Allocation Model", Copyright 1983 by G&E Engineering, November, 1983.
  My part in the structuring of this model involved setting up criteria by which one could assess the relative hazard and toxicity of the chemicals present at the dumpsite. As a result of my efforts, I was called as an expert witness for one of the defendants in hazardous waste site case (USA versus Petroleum Processors of Louisiana, et. al.).
- Invited Presentation "Career Planning in Toxicology", 27th Annual Meeting of the Society of Toxicology, Dallas, Texas, February, 15-19, 1988.
- Invited Paper "Toxicology and the Material Safety Data Sheet", Symposium, Hazard Communication II, American Society of Testing and Materials (ASTM), Williamsburg, Virginia, March 16-18, 1988.
- Invited Paper "Career Options in Toxicology", University of Mississippi, Medical Center, Jackson, Mississippi, April 25, 1988.
- Member of the following groups within ASTM Committee E34 on Occupational Safety and Health.
  E34.2 Sub-Committee on Toxicology and Medicine, 1976, chairman, 1977-1979.
  Elected Member at Large, 1989.
  Task Group E34.02 on Carbon Disulfide, 1979-1981 (ASTM E752-81 Issued).
  Task Group E34.05 on Insoluble Chromates, 1978-present (ASTM E848-82 Issued).
  Task Group E34.06 on Methoxy Ethanol, 1978-1982.
  Task Group E34.08 on Asbestos, 1978-1985 (ASTM E849-82 Issued).
  Task Group E34.10 on Ozone, 1978-1980 (ASTM E591-80 Issued).
  Task Group E34.13 on Styrene, 1978-1985.
  Task Group E34.15 on Core Physical Exam, 1980-1985.
  Task Group E34.16 on Amorphous Silica, 1980-1985.
  Task Group E34.17 on Material Safety Data Sheets, 1981-1983.
  E34.4 Subcommittee on Hazard Communications, 1983-1985.
  My membership in all of these task groups and the sub-committee involved the assessment of toxicological effects of the chemicals for the purpose of assigning levels of exposure that would be considered safe within the occupational environment. I contributed to the content and interpretation of the toxicology literature and participated extensively in discussions leading to the setting of occupational exposure limits for each chemical.
- Invited Paper, "The Toxicology of Ozone", presented at the Conference on Air Quality, Meteorology, and Atmospheric Ozone, University of Colorado, Boulder, Colorado, August 5, 1977.

## CONTINUING EDUCATION:

2012 ... "Stem Cells in Toxicology", 51st Annual Meeting of the Society of Toxicology, San Francisco, California, March 11, 2012.

2011 ... "Protecting Human Health: Use of Toxicological and Epidemiological Data in Determining Safe Levels for Human Exposure", 50th Annual Meeting of the Society of Toxicology, Washington, DC, March 6, 2011.

2011 ... "Evaluating Toxicity of Engineered Nanomaterials: Issues with Conventional Toxicology Approaches", 50th Annual Meeting of the Society of Toxicology, Washington, DC, March 6, 2011.

2010 ... "Leachables and Extractables: Best Practices to Identify and Qualify Leachables in Drug Products", Annual Meeting, American College of Toxicology, Continuing Education Course, Baltimore, Maryland, November 7, 2010.

2010 ... "ICH Initiatives for Conducting Pharmaceutical Preclinical Safety Studies: New and Revised Guidelines and Challenges", 49th Annual Meeting of the Society of Toxicology, Salt Lake City, Utah, March 7, 2010.

2009 ... "Study Monitoring at CRO," 30th Annual Meeting, American College of Toxicology, Palm Springs, California, November 1, 2009.

2009 ... "Topics in Ethics: Conflicts of Interest - Real or Imagined? - PBDEs As a Case Study", 48th Annual Meeting of the Society of Toxicology, Baltimore, Maryland, March 15, 2009.

2009 ... "Immunotoxicology for Toxicologists", 48th Annual Meeting of the Society of Toxicology, Baltimore, Maryland, March 15, 2009.

2009 ... "New Frontier in Metal Toxicology: Genetic Susceptibility, Early Diagnosis, and Related Biological Indices", 48th Annual Meeting of the Society of Toxicology, Baltimore, Maryland, March 15, 2009.

2007 ... "REACH: A New Framework for the Regulation of Chemicals", 46th Annual Meeting of the Society of Toxicology, Charlotte, North Carolina, March 25, 2007.

2007 ... "Genomics: From Novice to Expert, From Challenges To Promises", 46th Annual Meeting of the Society of Toxicology, Charlotte, North Carolina, March 25, 2007.

2006. . . "Intoxilyzer Breath Alcohol Testing for Lawyers", Industrial Training & Design, Limited, Portland, Maine, October 29-31, 2006.

2006. . . "Reproductive Toxicity Testing: Study Design, Evaluation, Interpretation and Risk Assessment", Society of Toxicology, San Diego, California, March 6, 2006.

2005 ... "Clinical Pathology - The Granddaddy of Biomarkers", Society of Toxicology, New Orleans, Louisiana, March 6, 2005.

2003 ... "Practical Application of Genomic and Proteomic Technologies to Drug Safety Evaluation", American College of Toxicology, Washington, D.C., November 3, 2003.

2003 ... "The Human Genome and Toxicology", American College of Toxicology, Washington, D.C., November 3, 2003.

## CONTINUING EDUCATION:  (cont'd.)

2003 ... "Molecular Epidemiology and Biomarkers", American College of Toxicology, Washington, D.C., November 3, 2003.

2003 ... "Database and Information Research" given by J Kittleson-Hart at the Roundtable of Toxicology Consultants Seminar Series on October 17, 2003 in Williamsburg, Virginia.

2003 ... "Safety Pharmacology Studies for Human Pharmaceuticals" given by Dr. C. B. Spainhour at the Roundtable of Toxicology Consultants Seminar Series, Williamsburg, Virginia, October 17, 2003.

2003 ... "Fundamentals of Risk Assessment and Applications of Recent Methodologies to Difficult Problems", Society of Toxicology, 42nd Annual Meeting, Salt Lake City, Utah, March 9, 2003.

2002 ... "A Practical Approach to Blood and Lymphoid Tissues (BLT) in Toxicological Assessments", Society of Toxicology, 41st Annual Meeting, Nashville, Tennessee, March 17, 2002.

2001 ... "Web Resources for Toxicologists", 40th Annual Meeting , Society of Toxicology, San Francisco, CA, March 25, 2001.

1999 ... "Target Organ Toxicology: Respiratory Tract Dosimetry and Response to Inhaled Toxicants" and "Application of Transgenic Models in Toxicology," 38th Annual Meeting of the Society of Toxicology, New Orleans, Louisiana, March 14, 1999.

1998 ... "Making the Transition: Converting to PubMed and Internet GratefulMed to Search N.L.M. Databases," Brown University, Providence, Rhode Island, March 7, 1998.

1997 ... "Epidemiology for Toxicologists: II. Methodology", 36th Annual Meeting of the Society of Toxicology, Cincinnati, Ohio, March 9, 1997.

1997 ... "The Mechanics of Preparing INDs & NDAs & FDA Regulations", Institute for Applied Pharmaceutical Sciences, Boca Raton, Florida, October 20-22, 1997.

1996 ... "Epidemiology for Toxicologists", 35th Annual Meeting of the Society of Toxicology, Anaheim, California, March 10, 1996.

1995 ... "Cytokines and Growth Factors in Toxicity" and "Advances in Risk Extrapolation: Dose response assessment", 34th Annual Meeting of the Society of Toxicology, Baltimore, Maryland, March 5, 1995.

1994 ... "Sensory System Toxicology", 33rd Annual Meeting of the Society of Toxicology, Dallas, Texas, March 13, 1994.

1992 ... "Basic and Applied Hematology" and "Case Studies in Risk Assessment:  Emphasis on Exposure", 31st Annual Meeting of the Society of Toxicology, Seattle, Washington, February 23, 1992.

1992 ... "Medical Device Regulation, . . . Europe and North America", Boston, Massachusetts, September 10, 11, 1992.

1991 ... "Risk Communications:  Problems, Perceptions and Practice" and "Novel Techniques in Inhalation Toxicology", Continuing Education Courses, 30th Annual Meeting of the Society of Toxicology, Dallas, Texas, February 25-March 1, 1991.

1990 ... "Concepts in Cell Biology" and "Carcinogen Risk Assessment", Continuing Education Courses, 29th Annual Meeting, Society of Toxicology, Miami, Florida, February 12-16, 1990.

1989 ... "Concepts in Molecular Biology", Continuing Education Course, 28th Annual Meeting, Society of Toxicology, Atlanta, Georgia, February 27-March 3, 1989.

1988 ... "Respiratory Tract Toxicology by Classes of Agents" and "Immunotoxicology", Continuing Education Courses, 27th Annual Meeting, Society of Toxicology, Dallas, Texas, February 15-19, 1988.

1987 ... "Clinical Chemistry of Laboratory Animals", Continuing Education Course, 26th Annual Meeting, Society of Toxicology, Washington, DC, February 2, 1987.

1986 ... "Developmental Toxicology" and "Hematological Laboratory Animals", Continuing Education Courses, 25th Annual Society of Toxicology Meeting, New Orleans, Louisiana, March 3-7, 1986.

1985 ... "Inhalation Toxicology" and " Renal Toxicology", Continuing Education Courses, 24th Annual Society of Toxicology Meeting, San Diego, California, March 18-22, 1985.

1984 ... "Neurotoxicology Training Course" and "Current Concepts and Mechanisms of Carcinogenicity", Continuing Education Courses, 23rd Annual Society of Toxicology Meeting, Atlanta, Georgia, March 12-16, 1984.

1983 ... "Consensus Workshop on Formaldehyde", Little Rock, Arkansas, October 3-6, 1983.

1983 ... "Dermatotoxicology" and "Male Reproductive Tract Toxicology", Continuing Education Courses, 22nd Annual Meeting, Society of Toxicology, Las Vegas, Nevada, March 7-11, 1983.

1982 ... "Basic Concepts of Immunotoxicology", Continuing Education Course, 21st Annual Meeting, Society of Toxicology, February 22-26, 1982.

1981 ... "Inhalation Toxicology", A Refresher Course, 20th Annual Meeting, Society of Toxicology, San Diego, California, March 1-5, 1981.

1980 ... "Principles of Toxicology, Basic Kinetics", A Refresher Course, 19th Annual Meeting, Society of Toxicology, Washington, DC, March 9-13, 1980.

## APPOINTMENTS AND CONSULTING ACTIVITIES:

- Consultant, National Cancer Institute (NCI) 2012.
- Consultant, Tennessee Valley Authority, TVA Coal Ash Grant Review FY 2010, January 2010.
- Consultant, National Institutes of Health, NIAID, Safety Evaluation of Anti-Infective Agents, Bethesda, Maryland, February 12, 2007.
- Consultant, National Cancer Institute, Preclinical Pharmacology & Toxicology of New Cancer Preventing Agents, Bethesda, MD, 2003.
- Elected President, Epidemiology Specialty Section, Society of Toxicology, 1999-2000.
- Appointed, Chairperson, Poster Session on Eye Toxicity, Society of Toxicology, 1997 Meeting, Cincinatti, Ohio, March 10, 1997.
- Elected President, Regulatory and Safety Evaluation Specialty Section of Society of Toxicology, 1996-1997.

## APPOINTMENTS AND CONSULTING ACTIVITIES:  (cont'd.)

- Appointed, Co-Chairman, Symposium on Clinical and Pre-clinical Evaluation of Drug Abuse Liability, American College of Toxicology Annual Meeting, Williamsburg, Virginia, October 25, 1994.
- Appointed, Co-Chairman, Poster Session on Regulatory Toxicology, Society of Toxicology, Annual Meeting, Dallas, Texas, March 15, 1994.
- Appointed, Co-Chairman, Platform Session on Risk Assessment, Society of Toxicology, Annual Meeting, Seattle, Washington, February 25, 1992.
- Appointed, Co-Chairman, Platform Session of Reproductive Toxicology, Society of Toxicology, Annual Meeting, Miami Beach, Florida, February 15, 1990.
- Appointed, Consultant to the Chemical Specialties Manufacturing Association, Washington, D.C., 1986-1987.
- Appointed, Chairman Platform Session of Inhalation Toxicology, Society of Toxicology, Annual Meeting, New Orleans, Louisiana, March 9, 1986.
- Appointed, Chairman Platform Session on Inhalation Toxicology, Society of Toxicology, Annual Meeting, San Diego, California, March, 20, 1985.
- Appointed, Moderator, Information Resources, Symposium on Hazard Communication, Hyatt Regency, Houston, Texas, March 11-12, 1985.
- Appointed, Discussion Leader, Gordon Research Conferences on Toxicology and Safety Evaluations, July 30 - August 3, 1984.
- Appointed, Co-chairman Platform Session on Methods in Toxicology, Society of Toxicology, Annual Meeting, Atlanta, Georgia, March 14, 1984.
- Appointed, Chairman of the Society of Toxicology Placement Service, 1984-1986 (Co-chairman 1982-1984).
  This appointment by the President of SOT involves maintaining a placement service for those seeking positions and those seeking candidates for positions.  This activity is continuous during the year but peaks at the annual SOT meetings.
- Appointed as Special Advisor to American Association for Accreditation of Laboratory Animal Care (AAALAC), March 8, 1983.
  This appointment involves participation in laboratory site reviews to determine if a laboratory should be certified by AAALAC or continue its AAALAC certification.
- Appointed to the Communications Task Group of the Society of Toxicology, 1983.
  An appointment by the President of SOT, this committee involves the study of better ways to communicate toxicology to the general public both through the media and through educational programs.
- Appointed as Consultant to the American Welding Society and Member of Safety and Health Committee, 1982-1986.
  This appointment has involved writing protocol for a complex series of studies focusing on the inhalation of various welding fumes.  Protocols were then priced and a laboratory selected based on my recommendation.  Experiments are now complete.  During the experimental phase, I audited the studies and had sign-off authority for all protocol amendments and deviations.
- Appointed, Co-chairman, Poster Session on the Environment, Society of Toxicology Annual Meeting, Washington, D.C., February 23, 1982.
- Appointment to Expert Committee on Adverse Effects of Inflight Exposure to Atmospheric Ozone, House of Representatives subcommittee on oversight and Investigations of the Committee on Interstate and Foreign Commerce-Testimony given on July 18, 1979, on "The Toxicology of Ozone as it relates to in-Flight Exposure" and entered into the congressional record.
  This forty-five minutes of testimony was requested in an effort to determine if indeed there is a hazard relating to ozone exposure on overseas flights.  My testimony was sought after recognition of my extensive efforts in writing the toxicology section of ASTM's published document entitled "Standard Practice for Safety and Health Requirements Related to Occupational Exposure to Ozone", E591-80, my invited contribution and subsequent publication of an extensive critical review of ozone toxicology and its implications relating to employee health.  These efforts were all aimed at assessment of risk relative to ozone exposure.  Lung pathology, reproductive implications, biochemical responses and chromosomal alterations were discussed relative to risk of both short term and long term health effects.
- Appointed as Consultant in Toxicology to the International Union of Airline Flight Attendants, February, 1977 to February, 1979
  This effort involved assessment of risk of exposure to ozone on overseas flights and, in particular, the effect of exercise on both exposure and symptomatology observed in overseas flights.  Acute respiratory distress as well as assessment of effects on reproductive parameters, and chromosomal abnormalities were considered relative to exposure and dose.  As a result of these efforts, Congress has passed legislation to limit in-flight exposure to ozone, and the airlines have installed catalytic convertors to limit ozone concentrations in cabin supplied air.
- Appointed to Board of Directors of Delta Laboratories, Rochester, New York.  A not-for-profit environmental laboratory, February, 1969 to February, 1979
  This laboratory operating at a yearly budget as high as $100,000, investigated various consumer and environmentally related toxicological and contamination problems.  Acting both on the Board of Directors and as a consulting toxicologist, I investigated and commented on a variety of toxicological problems.
- Parent, R.A., Radon. In:  *Encyclopedia of Toxicology, Chemical and Concepts*. Second Edition. Volume 3. Wexler, P. (ed). Elsevier Press, Oxford, U. K., ISBN 0-12-745354-7, pp. 617-620, 2005.

## PUBLICATIONS:

- Parent, R.A., Trichloroethylene. In: *Encyclopedia of Toxicology, Chemical and Concepts*. Second Edition. Volume 4. Wexler, P. (ed). Elsevier Press, Oxford, U. K., ISBN 0-12-745354-7, pp. 382-386, 2005.
- Parent, R.A.,Methylene Chloride. In: *Encyclopedia of Toxicology, Chemical and Concepts*. Second Edition. Volume 3. Wexler, P. (ed). Elsevier Press, Oxford, U. K., ISBN 0-12-745354-7, pp. 92-95, 2005.
- Parent, R.A. and Nordone, A.J., Furfural. In: *Encyclopedia of Toxicology, Chemical and Concepts*. Second Edition. Volume 2. Wexler, P. (ed). Elsevier Press, Oxford, U. K., ISBN 0-12-745354-7, pp. 394-397, 2005.
- Parent, R.A., Tetrachloroethylene. In: *Encyclopedia of Toxicology, Chemical and Concepts*. Second Edition. Volume 4. Wexler, P. (ed). Elsevier Press, Oxford, U. K., ISBN 0-12-745354-7, pp. 150-153, 2005.
- Parent, R.A., Picloram. In: *Encyclopedia of Toxicology, Chemical and Concepts*. Second Edition. Volume 3. Wexler, P. (ed). Elsevier Press, Oxford, U. K., ISBN 0-12-745354-7, pp. 436-438, 2005.
- Parent, R.A., 3-Methyl cholanthrene. In: *Encyclopedia of Toxicology, Chemical and Concepts*. Second Edition. Volume 3. Wexler, P. (ed). Elsevier Press, Oxford, U. K., ISBN 0-12-745354-7, pp. 89-91, 2005.
- Parent, R.A., A Toxicologist's Look at PPA and Stroke. Harris Martin Columns, Premier Issue Featured Article, Published 2002.
- Sharp, D.E., Berge, M. A., Paust, D.E., Talaat, R.E., Wilkes, L.C., Servatius, L.J., Loftus, M.L., Doane, R.A. and Parent, R.A., Metabolism and Distribution of 2,3-[$^{14}$C]- Acrolein in Lactating Goats, *Journal of Agricultural and Food Chemistry*, 49(3), 1630-1638 (2001).
- Sharp, D.E., Berge, M.A., Hennes, M.G., Wilkes, L.C., Servatius, L.J., Loftus, M.L., Doane, R.A. and Parent, R.A., Metabolism and Distribution of 2,3-[$^{14}$C]-Acrolein in Laying Hens, *Journal of Agricultural and Food Chemistry*, 49(3), 1639-1647 (2001).
- Parent, R.A., Paust, D.E., Schrimpf, M.K., Talaat, R.E., Doane, R.A., Caravello, H.E., Lee, S.J. and Sharp, D.E., Metabolism and Distribution of 2,3-[$^{14}$C]-Acrolein in Sprague-Dawley Rats II. Identification of Urinary and Fecal Metabolites, *Toxicological Sciences*, 43, 110-120 (1998).
- Parent, R.A., Kline, T.R. and Sharp, D.E., Tetrachloroethylene. In: *Encyclopedia of Toxicology, Chemicals and Concepts*, Wexler, P. (ed.), Academic Press, New York, New York, Volume 3, pp 220-221 (1998).
- Parent, R.A., Kline, T.R. and Sharp, D.E., Methylene Chloride. In: *Encyclopedia of Toxicology, Chemicals and Concepts*, Wexler, P. (ed.), Academic Press, New York, New York, Volume 2, pp 308-310 (1998).
- Parent, R.A., Kline, T.R. and Sharp, D.E., Picloram. In: *Encyclopedia of Toxicology, Chemicals and Concepts*, Wexler, P. (ed.), Academic Press, New York, New York, Volume 2, pp 530-531 (1998).
- Parent, R.A., Kline, T.R. and Sharp, D.E., 3-Methylcholanthrene In: *Encyclopedia of Toxicology, Chemicals and Concepts*, Wexler, P. (ed.), Academic Press, New York, New York, Volume 2, pp 305-306 (1998).
- Nordone, A.J., Sharp, D.E. and Parent, R.A., Furfural In: *Encyclopedia of Toxicology, Chemicals and Concepts*, Wexler, P. (ed.), Academic Press, New York, New York, Volume 2, pp 40-41 (1998).
- Parent, R.A., Kline, T.R. and Sharp, D.E., Radon In: *Encyclopedia of Toxicology, Chemicals and Concepts*, Wexler, P. (ed.), Academic Press, New York, New York, Volume 3, pp 19-20 (1998).
- Parent, R.A., Kline, T.R. and Sharp, D.E., Hexachlorocyclopentadiene In: *Encyclopedia of Toxicology, Chemicals and Concepts*, Wexler, P. (ed.), Academic Press, New York, New York, Volume 2, pp 82-83 (1998).
- Parent, R.A., Kline, T.R. and Sharp, D.E., Trichloroethylene In: *Encyclopedia of Toxicology, Chemicals and Concepts*, Wexler, P. (ed.), Academic Press, New York, New York, Volume 3, pp 372-374 (1998).
- Nordone, A.J., Matherly, R., Bonnivier, B., Doane, R., Caravello, H., Paakonen, S. and Parent, R.A., The Mobility and Degradation of Acrolein in Agricultural Canals Treated with Magnacide® H Herbicide, *Chemosphere*, 32(5), 807-814 (1996).
- Nordone, A.J., Matherly, R., Bonnivier, B., Doane, R., Caravello, H., Pakonen, S., Winchester, W. and Parent, R.A., Effect of Magnacide® H Herbicide Residuals on Water Quality within Wildlife Refuges of the Klamath Basin, California, *Bulletin of Environmental Contamination and Toxicology*, 56(6), 964-970 (1996).
- Parent, R.A., Caravello, H.E. and Sharp, D.E., Metabolism and Distribution of $^{14}$C(2,3)Acrolein in Sprague-Dawley Rats, *Journal of Applied Toxicology*, 16(5), 449-457 (1996).
- Parent, R.A., Caravello, H.E., and San R.H.C., Mutagenic Activity of Acrolein in *S. typhimurium* and *E. coli*, *Journal of Applied Toxicology*, 16(2), 103-108 (1996).
- Parent, R.A., Caravello, H.E., Christian, M.S. and Hoberman, A.M., Developmental Toxicity of Acrolein in New Zealand White Rabbits, *Fundamental and Applied Toxicology*, 20, 248-256 (1993).
- Parent, R.A., Caravello, H.E., and Long, J.E., Two Year Toxicity and Carcinogenicity Study of Acrolein in Rats, *Journal of Applied Toxicology*, 12(2), 131-140 (1992).
- Parent, R.A., Editor, A Comprehensive Treatise on Pulmonary Toxicology, in four volumes, Volume 1. *Comparative Biology of the Normal Lung*, CRC Press, Boca Raton, Florida, 830 pages, February (1992).
- Parent, R.A., Caravello, H.E. and Hoberman, A.M., Reproductive Study of Acrolein on Two Generations of Rats, *Fundamental and Applied Toxicology*, 19, 228-237 (1992).
- Parent, R.A., Caravello, H.E., Balmer, M. F., Shellenberger, T. E. and Long, J. E., One-Year Chronic Toxicity of Orally Administered Acrolein to the Beagle Dog, *Journal of Applied Toxicology*, 12(5), 311-316 (1992).
- Parent, R.A., Caravello, H.E. and Long, J.E., Eighteen Month Oncogenicity Study of Acrolein in Mice, *Journal of the American College of Toxicology*, 10(6), 647-659 (1992).

## PUBLICATIONS:  (cont'd.)

- Parent, R.A., Caravello, H.E. and Harbell, J.W., Gene Mutation Assay of Acrolein in the CHO/HGPRT Test System, *Journal of Applied Toxicology*, 11(2), 91-95 (1991).
- Parent, R.A., Summary of Potential Health Effects of Nineteen Chemical Substances Involved in the Livingston Train Derailment In *Ecological, Physical, Economic, Sociological and Psychological Assessment of the Illinois Central Gulf Train Derailment*, Volume 2, Gulf South Research Institute, Baton Rouge, Louisiana, p. 2-231 to 2-339, August (1984).
- Parent, R.A., invited paper, "The $LD_{50}$ and Animal Utilization", presented at a Symposium entitled Development of Effective Models for Biomedical Research, Louisiana State University, Baton Rouge, Louisiana, September 19 (1983).
- Hess, F.G., Parent, R.A., Stevens, K.R., Cox, G.E. and Becci, P.J., Effects of Subchronic Feeding of Ginsing Extract G115 in Beagle Dogs, *Food and Chemical Toxicology*, 21(1), 95-97 (1983).
- Parent, R.A., Cox, G.E., Babish, J.G., Gallo, M.A., Hess, F.G. and Becci, P.J., Subchronic Feeding Study of Carnauba Wax in Beagle Dogs, *Food and Chemical Toxicology*, 21(1), 85-87 (1983).
- Parent, R.A., Re, T.A., Babish, J.G., Cox, G.E., Voss, K.A. and Becci, P.J., Reproduction and Subchronic Feeding Study of Carnauba Wax in Rats, *Food and Chemical Toxicology*, 21(1), 89-93, (1983).
- Becci, P.J., Voss, K.A., Hess, F.G., Gallo, M.A., Parent, R.A., Stevens, K.R. and Taylor, J.M., Long-term Carcinogenicity and Toxicity Study of Zearalenone in the Rat, *Journal of Applied Toxicology*, 2(5), 247-254, (1982).
- Becci, P.J., Johnson, W.D., Hess, F.G., Gallo, M.A., Parent, R.A., and Taylor, J.M., Combined Two-Generation Reproduction-Teratogenesis Study of Zearalenone in the Rat, *Journal of Applied Toxicology*, 2(4), 201-206 (1982)
- Hess, F.G., Parent, R.A., Cox, G.E., Stevens, K.R. and Becci, P.J., Reproduction Study in Rats of Ginsing Extract G115, *Food and Chemical Toxicology*, 20, 189-192, (1982).
- Becci, P.J., Knickerbocker, M.J., Reagan, E.L., Parent, R.A. and Burnette, L.W., Teratology Study of N-methylpyrrolidone after Dermal Application to Sprague-Dawley Rats, *Fundamental and Applied Toxicology*, 2, 73-76 (1982).
- Hess, F.S., Cox, G.E., Daily, R.E., Parent, R.A. and Becci, P.J., Reproduction and Teratology Study of 1,3-Butanediol in Rats, *Journal of Applied Toxicology*, 1(4), 204-209 (1981).
- Becci, P.J., Cox, G.E., Daily, R.E. and Parent, R.A., Long Term Carcinogenicity and Toxicity Studies of Patulin in the Rat, *Journal of Applied Toxicology*, 1(5), 256-261 (1981).
- Parent, R.A. and Dressler, I., "Intratracheal Absorption and Distribution of $^{14}$C-Labeled C.I. Solvent Red 24 in Rats", presented at 18th Annual Meeting, Society of Toxicology, New Orleans, Louisiana, March 14, 1979; *Drug and Chemical Toxicology*, 2(4), 409-20 (1979).
- Parent, R.A., 18-Month Skin Painting Study of a Mercapto-Functional Silicon Oil in Mice, *Drug and Chemical Toxicology*, 2(4), 369-374 (1979).
- Parent, R.A., 90-Day Sub-Chronic Inhalation Toxicity of a Mercapto-Functional Silicon Oil in Rats, *Drug and Chemical Toxicology*, 2(4), 355-368 (1979).
- Parent, R.A., Acute Toxicology of a Mercapto-Functional Silicon Oil, *Drug and Chemical Toxicology*, 2(3), 295-307 (1979).
- Parent, R.A., Dilley, J.V. and Simon, V.F., Mutagenic Activity of Smoke Condensates from the Non-Flaming Combustion of Ten Flexible Polyurethane Foams Using the Salmonella/Microsome Assay, *Journal of Combustion Toxicology*, 6, 256-264 (1979).
- Parent, R.A., Dilley, J.V., Martin, S.B. and McKee, R.B., Acute Toxicity in Fischer Rats of Smoke from Non-Flaming Combustion of Ten Flexible Polyurethane Foams, *Journal of Combustion Toxicology*, 6, 155-197 (1979).
- Parent, R.A., Lin, G.H.Y., Pryor, G.T., Martin, S.B., McKee, R.B. and Dilley, J.V., Behavioral Toxicity in Fischer Rats of Smoke from Non-Flaming Combustion of Ten Flexible Polyurethane Foams, *Journal of Combustion Toxicology*, 6, 215-227 (1979).
- Parent, R.A., Testimony before House Subcommittee on Oversight and Investigations, U.S. House of Representatives, The Toxicology of Ozone as it Relates to In-Flight Exposure, July 18 (1979).
- Parent, R.A. and Castro, B.C., Effect of Acrylonitrile on Primary Syrian Hamster Embryo Cells in Culture:  Transformation and DNA Fragmentation, *Journal of the National Cancer Institute*, 62(4), 1025-1029 (1979).
- Parent, R.A., A Review of Ozone Toxicology Studies in Air Quality, Meteorology and Atmospheric Ozone, Morris, A.L. and Barras, R.C., Eds., ASTM Publication STP653, p. 575-605 (1978).
- Parent, R.A., Chemicals, Cancer, Risks and Uncertainties, Research and Development Newsletter, National Safety Council, Chicago, Illinois, September (1978).
- Dilley, J.V., Martin, S.B., Pryor, G.T., McKee, R.G. and Parent, R.A., "Toxicity and Behavioral Effects Resulting from Inhalation of Pyrolysis Products from Various Polyurethane Foams", presented at the International Conference on Fire Safety, University of San Francisco, January 16 (1978).
- Parent, R.A., "The Toxicology of Ozone", invited paper, presented at the Conference on Air Quality, Meterology and Atmospheric Ozone, University of Colorado, Boulder, Colorado, August 1-6 (1977).
- Parent, R.A., "Toxicology, A Field In Transition", invited paper, presented at the University of Massachusetts, Amherst, Massachusetts, April 14 (1977).
- Parent, R.A., "Toxicology, A Survey", invited paper, presented at Ohio Weslyan University, Delaware, Ohio, February 8 (1977).
- Parent, R.A., Selenium Measurements, *Chemical and Engineering News*, p. 3, 27 (1976).
- Parent, R.A., Selenium Measured in Air in Xerography Room, *Nature*, 263, 5579, 708 (1976).
- Parent, R.A., Toxicological Risk Assessment in Chronic Predictor Testing, given at the International Symposium of Approaches to Early Detection of Chemical Toxicity, University of Surrey, Guildford, Surrey, U.K., September 3 (1974).

## PUBLICATIONS:  (cont'd.)

- Parent, R.A., Synthesis and Infra-Red Characterization of a Series of Arylazopyrazolones, *Journal of the Society of Dyers and Colourists*, 92(10), 371-377 (1976).
- Parent, R.A., On the Structure of Arylazopyrazolones, *Journal of the Society of Dyers and Colourists*, 92(10), 368-370 (1976).
- Sauers, R.R., Parent, R.A. and Damle, S.B., Synthesis and Chemistry of the Tricyclo(3.2.1.0^{3,6}) Octane System, *Journal of the American Chemical Society*, 88, 2257 (1966).
- Parent, R.A., Gas Chromatographic Preparative Separations, (K.P. Dinick, Ed.), Varian Aerograph, Palo Alto, California, p. 8-1 (1966).
- Parent, R.A., Sauers, R.R., and Howe, H.M., Carbonium Ion Reactions of Norbornenyl Systems, *Tetrahedron*, 21, 2907 (1965).
- Parent, R.A. and Sauers, R.R., Rearrangements in Norbornenyl Carbinyl Systems, Abstract of Papers, 158th Meeting, American Chemical Society, Chicago, Illinois, p. 58S (1965).
- Parent, R.A., in Aerograph Previews and Reviews, Varian Aerograph, Palo Alto, California (1964).
- Parent, R. A., "Vioxx - The Case for Causation", Society of Toxicology, San Diego, California, March 8, 2006.

## ABSTRACTS:

- Parent, R. A., Palausky, J. A., Hallstrom, S. and Dux, T. "Evaluation of Polychlorinated Biphenyl Levels in Whole Blood Samples From Residents of Crystal Springs, Mississippi" presented at the Dioxin 2003 Conference, Boston, MA, August 28, 2003.
- Parent, R. A., Palausky, J. A., Hamilton, C. and Barclay, W. L., "Summary of Polychlorinated Biphenyl, Polychlorinated Dibenzo-p-dioxin and Dibenzofuran Levels in Blood Samples Taken From Residents of Crystal Springs, Mississippi" presented at the Dioxin 2003 Conference, Boston, MA, August 28, 2003.
- Berge, M.A., Sharp, D.E., Hennes, M.G., Wilkes, L.C., Loftus, M.L., Doane, R.A. and Parent, R.A., Metabolism of 2,3-[14C]- Acrolein in Laying Hens, *ISSX Proceedings*, 10, 87 (1996).
- Sharp, D.E., Berge, M.A., Paust, D.A., Talaat, R.A., Wilkes, L.C., Loftus, M.L., Doane, R.A. and Parent, R.A., Metabolism of 2,3-[14C]-Acrolein in Lactating Goats, *ISSX Proceedings*, 10, 88 (1996).
- Nordone, A.J., Matherly, R., Bonnivier, B., Doane, R., Caravello, H., Paakonen, S. and Parent, R.A., The mobility and degradation of acrolein in agricultural canals treated with Magnacide® H herbicide, Society of Environmental Toxicology and Chemistry, Second World Congress, Vancouver, British Columbia, November (1995).
- Nordone, A.J., Matherly, R., Bonnivier, B., Doane, R., Caravello, H. and Parent, R.A., Effect of Magnacide® H herbicide residuals on water quality within wildlife refuges of the Klamath Basin, California, Society of Environmental Toxicology and Chemistry, Second World Congress, Vancouver, British Columbia, November (1995).
- Nordone, A.J., Matherly, R., Bonnivier, B., Doane, R., Caravello, H. and Parent, R.A., A novel method for the determination of acrolein and its hydration product 3-hydroxypropanol in environmental waters by gas chromatography with electron capture detection, Society of Environmental Toxicology and Chemistry, Second World Congress, Vancouver, British Columbia, November (1995).
- Sharp, D.E., Paust, D.E., Schrimpf, M.K., Talaat, R.E., Doane, R.A. and Parent, R.A., Metabolism of 2,3-14C-Acrolein in Sprague-Dawley Rats:  Identification of Urinary and Fecal Metabolites, *ISSX Proceedings*, 6, 233 (1994).
- Parent, R.A., Caravello, H.E., Schrimpf, M.K. and Sharp, D.E., "Acrolein Metabolite Identification in Rats", presented at the 32nd Annual Meeting of the Society of Toxicology, New Orleans, Louisiana, March 14-18; *Toxicologist*, 13, 401 (1993).
- Parent, R.A., Caravello, H.E. and Sharp, D.E., "Metabolism and Distribution of 14C Labeled Acrolein in Sprague-Dawley Rats", presented at the 30th Annual Meeting of the Society of Toxicology, Dallas, Texas, February 25 - March 1, 1991, *The Toxicologist*, 11(1), 124 (1991).
- Parent, R.A. and Caravello, H.E., "On the Toxicity and Carcinogenicity of Acrolein", Abstracts of Annual Meeting of the European Societies of Toxicology (EUROTOX '90), Leipzig, DDR, p. 167, September 12-14, (1990).
- Parent, R.A., Coate, W.B. and Cavagnaro, J., "*In-vitro* Toxicity of Welding Fumes to Rat Alveolar Macrophages", presented at the Annual Meeting of the Society of Toxicology, San Diego, California, March 21 (1985).
- Parent, R.A. and Coate, W.B., "Inhalation Toxicology of Welding Fumes", presented at the Annual Meeting of the Society of Toxicology, San Diego, California, March 19 (1985).
- Adams, R.B., Zimmerman, P.M., Rosebrook, D.D. and Parent, R.A., Abandoned Waste Site Cleanup Cost Allocation Model, Abstracts of Meeting of Society of Environmental Toxicology and Chemistry, Crystal City, Virginia, p. 197, November 6-9 (1983).
- Voss, K.A., Johnson, W.D., Burnette, L.W., Gephart, L.A., Parent, R.A. and Becci, P.J., Sub-Chronic Toxicity Study of – methylpyrrolidone (NMP) in Beagle Dogs, Mid-Atlantic Chapter, Society of Toxicology, Spring Meeting, Piscataway, New Jersey, June 13 (1981).
- Becci, P.J., Hess, F.G., Rucci, G.A., Cox, G.E., Johnson, W.D., Babish, J.G. and Parent, R.A., Toxicity Studies of Naturally Occurring Grape Color Extract with Carrier Maltodextrin in Rats and Dogs, *The Toxicologist*, 1, 16 (1981).
- Becci, P.J., Knickerbocker, M.J., Parent, R.A. and Burnette, L.W., Teratologic Evaluation of N-methylpyrrolidone in Sprague-Dawley Rats, *The Toxicologist*, 1, 29, (1981).
- Parent, R.A., Cox, G.E., Hess, F.G., Babish, J.G. and Becci, P.J., Subchronic Toxicity Study of Carnauba Wax in Rats, *The Toxicologist*, 1, 14 (1981).

## ABSTRACTS: (cont'd.)

- Johnson, W.D., Becci, P.J., Hess, F.G., Voss, K.A., Bachman, D.L., Gephart, L., Cox, G.E. and Parent, R.A., Clinical and Morphological Findings in Untreated Beagle Dogs, *The Toxicologist*, **1**, 14 (1981).
- Koschier, F.J., Cox, G.E., Stevens, K.R., Babish, J.G. and Parent. R.A., Evaluation of the Safety of Ginseng Extract Following Dietary Administration through Two Generations, Abstract #200, Abstract of Papers, Society of Toxicology 19th Annual Meeting, Washington, D.C., March 9-13 (1980).
- Parent, R.A., Stevens, K.R., Babish, J.G., Gephart, L. and Cox, G.E., 90-Day Sub-Chronic Toxicity of Ginseng Extract in Pure-bred Beagle Dogs, Abstract #198, Abstract of Papers, Society of Toxicology 19th Annual Meeting, Washington, D.C., March 9-13 (1980).
- Becci, P.J., Cox, G.E., Babish, J.G., Taylor, J.M. and Parent, R.A., Chronic Toxicity of Zearalenone in the Rat, Abstract #346, Abstract of Papers, Society of Toxicology 19th Annual Meeting, Washington, D.C., March 9-13 (1980).
- Becci, P.J., Knickerbocker, M.J., Cox, G.E., Babish, J.G., Dailey, R.E. and Parent, R.A., Chronic Toxicity of Patulin in the Rat, Abstract # 345, Abstract of Papers, Society of Toxicology 19th Annual Meeting, Washington, D.C., March 9-13 (1980).
- Knickerbocker, M.J., Re, T.A., Parent, R.A. and Wedig, J.H., Teratologic Evaluation of N-Cyclohexyl-2-Pyrrolidone (NCP) in Sprague-Dawley Rats and Dutch-Belted Rabbits, Abstract #268, Abstract of Papers, Society of Toxicology 19th Annual Meeting, Washington, D.C., March 9-13 (1980).
- Knickerbocker, M.J., Re, T.A., Parent, R.A. and Wedig, J.H., Teratologic Evaluation of Ortho-Toluene Diamine (OTD) in Sprague-Dawley Rats and Dutch-Belted Rabbits, Abstract #267, Abstract of Papers, Society of Toxicology 19th Annual Meeting, Washington, D.C., March 3-13 (1980).
- Gephart, L., Schwartz, C.S. and Parent, R.A., Sub-Chronic Effects of Immobilized Lactase on a Silica Carrier in Rats Following *In Utero* Exposure, Abstract #294, Abstract of Papers, Society of Toxicology 19th Annual Meeting, Washington, D.C., March 9-13 (1980).
- Parent, R.A. and Dressler, I., Intra-tracheal Absorption and Distribution of $^{14}$C-labeled C. I. Solvent Red 24 in Rats, Presented at the 18th Annual Meeting of the Society of Toxicology, New Orleans, Louisiana, March 14 (1979).
- Parent, R.A. and Sauers, R.R., Carbonium Ion Reactions of Norbornenyl Carbinyl Systems, Abstract of Papers, 146th Meeting, American Chemical Society, Denver, Colorado, p. 7C (1964).
- Sauers, R.R. and Parent, R.A., Synthesis of the Tricyclo (3.2.1.0$^{3,6}$) Octane System, *Journal of Organic Chemistry*, **28**, 605 (1963).
- Parent, R.A., The BF$_5$ - N$_2$O$_4$ Nitration of 2-Nitrothiazole, *Journal of Organic Chemistry*, **27**, 2282 (1962).

05/2012

# APPENDIX B

LIST OF DEPOSITION AND TRIAL DATES FOR EXPERT TESTIMONY OF
RICHARD A. PARENT, PHD, DABT, FATS, RAC, ERT (PAST 4 YEARS)

| Attorney | Caption | Docket Number | Court | Deposition Date | Trial Date |
|---|---|---|---|---|---|
| Thomas C. Donkin Lexington KY L05-581 Defense | Bret Cummins vs. Lake Cumberland Regional Hospital | WCB No. 02-01146 | Department of Workers' Claims Commonwealth of Kentucky | -- | January 23, 2006 Hearing |
| L. Justin Lowe Oklahoma City OK L05-572 Plaintiff | Karen Hudiburg vs Orange Quarters, Inc. | CJ-2004-6276 | District Court of Oklahoma County State of Oklahoma | February 3, 2006 | -- |
| Rachel D. Parrilli Tulsa OK L05-584 Plaintiff | Ella Yvonne Holladay vs. Conoco Phillips, et al. | CJ-2003-1950 | District Court of Oklahoma County State of Oklahoma | February 15, 2006 | -- |
| L. Justin Lowe Oklahoma City OK L05-572 Plaintiff | Karen Hudiburg vs Orange Quarters, Inc. | CJ-2004-6276 | District Court of Oklahoma County State of Oklahoma | February 21, 2006 | -- |
| James M. Tuschman Maumee OH L04-552 Plaintiff | James Gordon, et al., vs M. Tyrone Rowley | CI04-4279 | Common Pleas Court for Lucas County, Ohio | March 13, 2006 | -- |
| Stephen T. Paterniti Boston MA L06-587 Defense | Rondi Pope v. Charles River Laboratories, et al. | 02-BEM-03250 | Massachusetts Commission Against Discrimination | May 12, 2006 | -- |
| George T. Brugess Chicago IL L03-528 Plaintiff | Debra Lynn Buttkus, as Personal Representative for Michael Buttkus, v Chicago Rail Link, et al. | 02 L 16371 | Circuit Court Cook County, Illinois County Dept, Law Div. | June 14, 2006 | -- |
| Ron M. Feder Gulfport MS L03-517 Plaintiff | Clydell Jones, Jr. v. Industrial Transportation, et al. | MWCC No. 0012569-H-4747-E | Mississippi Workers Compensation Commission | February 5, 2007 | -- |
| Dean A. Hanley Berkeley CA L06-611 Plaintiff | Val King and Patricia King v. BOC Financial Corp., et al. | No. 429102 | Court of Unlimited Jurisdiction, County of Alameda California Superior Court | July 2, 2007 | -- |
| Scott R. Bickford New Orleans LA L07-656 Plaintiff | Mary Lopez v. A. O. Smith Corp., et al. | CDC No. 2003-16965 Div J | Civil District Court for the Parish of Orleans State of Louisiana | July 24, 2007 | -- |
| Keith Patton Dallas TX L07-631 Plaintiff | Charles Wilson, et al. v. Rycoline Products, et al. | Civil Action No. 2-06CV-286 | US District Court Eastern District of Texas Marshall Division | August 23, 2007 | -- |
| Brett M. Powers Lake Charles LA L07-648 Plaintiff | Noah J. Andre, et al. v. A.O. Smith, et al. | No. 2003-11573 | Civil District Court Parish of Orleans State of Louisiana | October 25, 2007 | -- |

| Attorney | Caption | Docket Number | Court | Deposition Date | Trial Date |
|---|---|---|---|---|---|
| Jerry Kenter<br>Kansas City  MO<br>L07-621  Plaintiff | Michael Wright v. Cable-Dahmer Chevrolet, et al. | Injury No. 03-138675 | Division of Workers' Compensation, Dept. of Labor & Industrial Relations State of Missouri | December 19, 2007 | -- |
| Leonard D. Harden<br>Lancaster  NH<br>L07-649  Defense | State of New Hampshire  v. Carol Collins | No. 454-2007-CR-00574 | Littleton New Hampshire  District Court | -- | January 29, 2008 |
| Jay M. Howanitz<br>Jacksonville  FL<br>L07-634  Plaintiff | John Charles Mikell, et al. v Energizer Battery, Inc., et al. | 2007-CA-005546 | Circuit Court, Fourth Judicial Circuit, Duval County, Florida | March 3, 2008 | -- |
| Leonard D. Harden<br>Lancaster  NH<br>L07-649  Defense | State of New Hampshire  v. Carol Collins | No. 454-2007-CR-00574 | Littleton New Hampshire  District Court | -- | April 29, 2008 |
| Daniel J. Najarcian<br>Norwell  MA<br>L07-641  Defense | Commonwealth of Massachusetts  v. Jeffrey Fleming | No. 0618 CR 4709 | Lawrence Massachusetts  District Court | -- | June 2, 2008 |
| M. Paul Fischer<br>Mesa  AZ<br>L06-607  Plaintiff | Philip and Carole Bransen, as surviving parents of Brett Bransen vs. Michael J. Tingey, M.D., et al. | No. CV2006-091021 | Arizona Superior Court Maricopa County | June 20, 2008 | -- |
| Steve Garner<br>Springfield  MO<br>L06-599  Plaintiff | Eric Bland v. Union Pacific Railroad Company | Cause No. 07CC-741 | Circuit Court St. Louis County State of Missouri | June 24, 2008 | -- |
| Michael J. Sobieray<br>Carmel  IN<br>L07-644  Plaintiff | Reynolds v. Keihin IPT Mfg., Inc., et al. | Cause No.: 30C01-0308-CT-510 | Circuit Court County of Hancock State of Indiana | -- | September 8, 2008 Hearing |
| Randy Gioia<br>Boston  MA<br>L08-665  Defense | Commonwealth of Massachusetts  v. Daryl Green | No. SUCR2006-10499 | Suffolk County Massachusetts  Superior Court | -- | October 3, 2008 |
| J. Konrad Jackson<br>New Orleans  LA<br>L08-695  Plaintiff | Lau v. Beaird Co. Ltd., et al. | No. 554786 | 19th Judicial District Court Parish of East Baton Rouge State of Louisiana | October 25, 2008 | -- |
| Steve Garner<br>Springfield  MO<br>L06-599  Plaintiff | Eric Bland v. Union Pacific Railroad Company | Cause No. 07CC-741 | Circuit Court St. Louis County State of Missouri | November 17 & 18, 2008 | -- |

| Attorney | Caption | Docket Number | Court | Deposition Date | Trial Date |
|---|---|---|---|---|---|
| John W. Crongeyer<br>Atlanta  GA<br>L09-710   Plaintiff | Lorie Schumann v. Robert L Garver, Jr. | Civil Action No. 2007-901910-BR | Circuit Court of Jefferson County, Alabama | March 25, 2009 | -- |
| Jennifer M. Yandoli,<br>James E. Romer<br>White Plains  NY<br>L08-662   Defense | Adam Badarelli, an infant by his mother and natural guardian, Sane Badarelli v. K&A Realty LLC | Index No. 15557/06 | Supreme Court of the State of New York, County of Queens | -- | April 2, 2009 |
| Nancy G. Rubin<br>Halifax, NS  Canada<br>L08-680   Defense | Duncan F. MacIntyre v. Cape Breton District Health Authority | 2004 SN No. 225468 | Supreme Court of Nova Scotia Canada | -- | April 30, 2009 |
| Jeffrey R. Thompson<br>Knoxville  TN<br>L06-594   Defense | Estate of Sonya Denise Phillips, by Carolyn Phillips, Mother, et al., v. Roane Conty, et al. | Civil Action No. 00-67.692 | U. S. District Court for the Eastern District of Tennessee, Northern Division at Knoxville | December 1, 2009 | -- |
| Lewis O. Unglesby<br>Baton Rouge  LA<br>L09-717   Plaintiff | Leslie Dillon, et al., v.Vulcan Materials Company, et al. | Case No. 72,086 | 23rd Judicial District Court, Parish of Ascension, State of Louisiana | December 11, 2009 | January 5, 2010 |
| David Graham<br>Sitka  AK<br>L08-699   Plaintiff | Jo Lynn Jackson by her Father and Next Friend Jerry Jackson, Plaintiff v. Wyeth, Inc., et al., and Donna Smith-Harris, MD and Southeast OB/GYN Services, LLC Defendants | Case #1S1-07-200 CI | In the Superior Court for the State of Alaska, First Judicial District at Sitka | August 4, 2010 | -- |
| Michael L. Chasse<br>Maine State Prison<br>L09-744   Defense | State of Maine v. Michael Chasse | CR-08-322 | Maine Superior Court | -- | August 16, 2010 |
| Walter C. Dumas<br>Baton Rouge  LA<br>L10-732   Plaintiff | James J. Ayo, III et al. vs Honeywell International, Inc., et al. | Civil Action No. 06-688-RET-DLD | United States District Court for the Middle District of Louisiana | September 23, 2010 | -- |
| Mr. Nathan Polum<br>Chicago  IL<br>L10-778   Plaintiff | Charlene Earley et al. v. Village of Crestwood et al. | Case # 09 CH 32969 | Circuit Court of Cook County Illinois, County Department, Chancery Division | January 14, 2011 | -- |
| George T. Dilworth<br>Portland  ME<br>L10-758   Plaintiff | Paula Bratton and Daniel Hills, Sr., individually and on behalf of minors Daniel "DJ" Hills, Zoie Hills and Levi Hills vs. Halsey McDonough | Civil Action Docket No. CV-09-59 | Superior Court, Somerset County, Maine | January 20, 2011 | -- |
| Randall M. Harris<br>Clovis  NM<br>L11-793   Defense | United States of America vs. Patricia Green | 1:09-cr-00311-MCA | United States District Court for the District of New Mexico | -- | May 25, 2011 |
| Mark T. Berry<br>Houston  TX<br>L11-795   Plaintiff | Yvonne Moody, Individually and as Personal Representative of the Estate of George Moody, Deceased v. BNSF Railway Company | Cause No. 096 239421 09 | In the 96th District Court of Tarrant County, Texas | November 15, 2011 | -- |

| Attorney | Caption | Docket Number | Court | Deposition Date | Trial Date |
|---|---|---|---|---|---|
| Sean K. McElligott<br>Bridgeport CT<br>L11-802        Plaintiff | Joseph Fuscaldo v.<br>Bradford Agronito, Philip<br>Destefano, et al. | FBT-CV-09-<br>5023787 | Superior Court, Judicial<br>District<br>of Fairfield at Bridgeport | May 10, 2012 | -- |
| Jean Chetney<br>Woodbury  NJ<br>L12-826        Defense | Ginger Katzenmoyer/Estate of<br>Brett Katzenmoyer<br>v. City of Camden, et al. | Civil Action No.<br>08-cv-01995-RBK.JS | In the United States District<br>Court for the<br>District of New Jersey | June 7, 2012 | -- |
| George T. Dillworth<br>Portland  ME<br>L10-758        Plaintiff | Paula Bratton and Daniel Hills Sr<br>on behalf of minors<br>Daniel Hills, Zoie Hills and Levi<br>Hills v. Halsey McDonough | Civil Action Docket<br>No. CV-0959 | Superior Court, Somerset<br>County, Maine | -- | July 18, 2012 |
| John J. Cronan, III<br>Portland  ME<br>L12-841        Defense | Harold MacHenry, Employee v.<br>Chapman Trucking Co., Employer<br>and MMTA Workers'<br>Compensation Trust | Workers'<br>Compensation<br>Board<br>Lewiston  ME | WCB No. 11019038 | July 31, 2012 | -- |

**APPENDIX C**

## REFERENCES CITED

1. In: Ellenhorn, M. J., ***Ellenhorn's Medical Toxicology, Diagnosis and Treatment of Human Poisoning***. Second Edition. Ellenhorn, M. J. (ed). Williams and Wilkins, Baltimore, Maryland, 196 (1997).

2. Catella-Lawson, F. and Crofford, L. J., Cyclooxygenase inhibition and thrombogenicity. *Am. J. Med.*, **110**(Suppl 3A), 28S-32S (2001). [CTX-034319]

3. http://www.fda.gov/ohrms/dockets/ac/01/briefing/3677b2_06_cardio.pdf

4. Bresalier, R. S., Sandler, R. S., Quan, H., Bolognese, J. A., Oxenius, B., Horgan, K., Lines, C., Riddell, R., Morton, D., Lanas, A., Konstam, M. A. and Baron, J. A., Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. *New Engl. J. Med.*, **352**(11), 1092-1102 (2005). [CTX-034068]

5. Graham, D. J., Campen, D., Hui, R., Spence, M., Cheetham, C., Levy, G., Shoor, S. and Ray, W. A., Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. *Lancet*, **365**(9458), 475-481 (2005). [CTX-034070]

6. Bombardier, C., Laine, L., Reicin, A., Shapiro, D., Burgos-Vargas, R., Davis, B., Day, R., Ferraz, M. B., Hawkey, C. J., Hochberg, M. C., Kvien, T. K., Schnitzer, T. J. (VIGOR Study Group), Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. *New Engl. J. Med.*, **343**(21), 1520-1528, 2 p following 1528 (2000). [CTX-034110]

7. Topol, E. J., Failing the public health--rofecoxib, Merck, and the FDA. *New Engl. J. Med.*, **351**(17), 1707-1709 (2004). [CTX-034134]

8. Juni, P., Nartey, L., Reichenbach, S., Sterchi, R., Dieppe, P. A. and Egger, M., Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. *Lancet*, **364**(9450), 2021-2029 (2004). [CTX-034094]

9. Konstam, M. A., Weir, M. R., Reicin, A., Shapiro, D., Sperling, R. S., Barr, E. and Gertz, B. J., Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. *Circulation*, **104**(19), 2280-2288 (2001). [CTX-034216]

10. Rahme, E., Pilote, L. and LeLorier, J., Association between naproxen use and protection against acute myocardial infarction. *Arch. Intern. Med.*, **162**(10), 1111-1115 (2002). [CTX-034195]

11.  Solomon, D. H., Glynn, R. J., Levin, R. and Avorn, J., Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. *Arch. Intern. Med.*, **162**(10), 1099-1104 (2002). [CTX-034182]

12.  Watson, D. J., Rhodes, T., Cai, B. and Guess, H. A., Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. *Arch. Intern. Med.*, **162**(10), 1105-1110 (2002). [CTX-034183]

13.  Weir, M. R., Sperling, R. S., Reicin, A. and Gertz, B. J., Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. *Am. Heart J.*, **146**(4), 591-604 (2003). [CTX-034221]

14.  Ray, W. A., Stein, C. M., Hall, K., Daugherty, J. R. and Griffin, M. R., Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. *Lancet*, **359**(9301), 118-123 (2002). [CTX-034254]

15.  Ross, J. S., Hill, K. P., Egilman, D. S. and Krumholz, H. M., Guest authorship and ghostwriting in publications related to rofecoxib: a case study of industry documents from rofecoxib litigation. *J. Am. Med. Assoc.*, **299**(15), 1800-1812 (2008). [CTX-041194]

16.  http://www.fda/cder/drug/infopage/vioxx/PHA_vioxx.htm

17.  http://www.fda.gov/bbs/topics/news/2004/NEW01122.html

18.  http://www.vioxx.com/rofecoxib/vioxx/consumer/index.jsp

19.  Waxman, H. A., The Lessions of Vioxx - Drug Safety and Sales. *New Engl. J. Med.*, **352**, 2576-2578 (2005). [CTX-034300]

20.  Hill, A. B., The environment and disease: association or causation? *Proc. Roy. Soc. Med.*, **58**, 295-300 (1965). [CTX-004238]

21.  http://www.fda.gov/ohrms/dockets/ac/o5/briefing/2005-4090b1.htm

22.  Arellano, F. M., The withdrawal of rofecoxib. *Pharmacoepidemiol. Drug Saf.*, **14**(3), 213-217 (2005). [CTX-034066]

23.  McCormack, J. P. and Rangno, R., Digging for data from the COX-2 trials. *Can. Med. Assoc. J.*, **166**(13), 1649-1650 (2002). [CTX-034211]

24.  Laporte, J. R., Merck Sharpe and Dohme versus Laporte. *Lancet*, **364**(9432), 416 (2004). [CTX-034104]

25. Wolfe, M. M., Rofecoxib, Merck, and the FDA. *New Engl. J. Med.*, **351**(27), 2877 (2004). [CTX-034089]

26. Kim, P. S. and Reicin, A. S., Rofecoxib, Merck, and the FDA. *New Engl. J. Med.*, **351**(27), 2875-2878 (2004). [CTX-034091]

27. Hampton, T., Experts point to lessons learned from controversy over rofecoxib safety. *J. Am. Med. Assoc.*, **293**(4), 413-414 (2005). [CTX-034076]

28. Maxwell, S. R. and Webb, D. J., COX-2 selective inhibitors--important lessons learned. *Lancet*, **365**(9458), 449-451 (2005). [CTX-034071]

29. Sibbald, B., Rofecoxib (Vioxx) voluntarily withdrawn from market. *Can. Med. Assoc. J.*, **171**(9), 1027-1028 (2004). [CTX-034099]

30. Delgado Fernandez, M., Zambrana Garcia, J. L. and Diez Garcia, F., Upper gastrointestinal toxicity of rofecoxib and naproxen. *New Engl. J. Med.*, **344**(18), 1398; author reply 1398-9 (2001). [CTX-034111]

31. Gupta, S., Upper gastrointestinal toxicity of rofecoxib and naproxen. *New Engl. J. Med.*, **344**(18), 1398; author reply 1398-9 (2001). [CTX-034112]

32. Drazen, J. M., COX-2 inhibitors--a lesson in unexpected problems. *New Engl. J. Med.*, **352**(11), 1131-1132 (2005). [CTX-034121]

33. Jones, R., Efficacy and safety of COX 2 inhibitors. *Br. Med. J.*, **325**(7365), 607-608 (2002). [CTX-034201]

34. Juni, P., Dieppe, P. and Egger, M., Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain. *Arch. Intern. Med.*, **162**(22), 2639-2640; author reply 2640-2642 (2002). [CTX-034181]

35. Ray, W. A., Stein, C. M., Daugherty, J. R., Hall, K., Arbogast, P. G., Griffin, M. R., COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. *Lancet*, **360**(9339), 1071-1073 (2002). [CTX-034234]

36. Garcia Rodriguez, L. A., Varas-Lorenzo, C., Maguire, A. and Gonzalez-Perez, A., Nonsteroidal antiinflammatory drugs and the risk of myocardial infarction in the general population. *Circulation*, **109**(24), 3000-3006 (2004). [CTX-034146]

37. Wright, J. M., The double-edged sword of COX-2 selective NSAIDs. *Can. Med. Assoc. J.*, **167**(10), 1131-1137 (2002). [CTX-034197]

38. Baron, J. A., Sandler, R. S., Bresalier, R. S., Lanas, A., Morton, D. G., Riddell, R., Iverson, E. R. and Demets, D. L., Cardiovascular events associated with rofecoxib: final analysis of the APPROVe trial. *Lancet*, **372**(9651), 1756-1764 (2008). [CTX-041214]

39. Ross, J. S., Madigan, D., Konstam, M. A., Egilman, D. S. and Krumholz, H. M., Persistence of cardiovascular risk after rofecoxib discontinuation. *Arch. Intern. Med.*, **170**(22), 2035-2036 (2010). [CTX-041215]

40. Johnsen, S. P., Larsson, H., Tarone, R. E., McLaughlin, J. K., Norgard, B., Friis, S., Sorensen, H. T., Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs: a population-based case-control study. *Arch. Intern. Med.*, **165**(9), 978-984 (2005). [CTX-034054]

41. Mamdani, M., Juurlink, D. N., Lee, D. S., Rochon, P. A., Kopp, A., Naglie, G., Austin, P. C., Laupacis, A. and Stukel, T. A., Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. *Lancet*, **363**(9423), 1751-1756 (2004). [CTX-034224]

42. Levesque, L. E., Brophy, J. M. and Zhang, B., The risk for myocardial infarction with cyclooxygenase-2 inhibitors: a population study of elderly adults. *Ann. Intern. Med.*, **142**(7), 481-489 (2005). [CTX-034059]

43. Solomon, D. H., Schneeweiss, S., Glynn, R. J., Kiyota, Y., Levin, R., Mogun, H. and Avorn, J., Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. *Circulation*, **109**(17 ), 2068-2073 (2004). [CTX-034154]

44. Layton, D., Riley, J., Wilton, L. V. and Shakir, S. A., Safety profile of rofecoxib as used in general practice in England: results of a prescription-event monitoring study. *Br. J. Clin. Pharmacol.*, **55**(2), 166-174 (2003). [CTX-034164]

45. Mukherjee, D., Nissen, S. E. and Topol, E. J., Risk of cardiovascular events associated with selective COX-2 inhibitors. *J. Am. Med. Assoc.*, **286**(8), 954-959 (2001). [CTX-034180]

46. Varas-Lorenzo, C., Riera-Guardia, N., Calingaert, B., Castellsague, J., Pariente, A., Scotti, L., Sturkenboom, M. and Perez-Gutthann, S., Stroke risk and NSAIDs: a systematic review of observational studies. *Pharmacoepidemiol. Drug Saf.*, **20**(12), 1225-1236 (2011). [CTX-041216]

47. Gudbjornsson, B., Thorsteinsson, S. B., Sigvaldason, H., Einarsdottir, R., Johannsson, M., Zoega, H., Halldorsson, M., Thorgeirsson, G., Rofecoxib, but not celecoxib, increases the risk of thromboembolic cardiovascular events in young adults-a nationwide registry-based study. *Eur. J. Clin. Pharmacol.*, **66**(6), 619-625 (2010). [CTX-041217]

48. Bottone, Jr., F. G. and Barry, W. T., Postmarketing surveillance of serious adverse events associated with the use of rofecoxib from 1999-2002. *Curr. Med. Res. Opin.*, **25**(6), 1535-1550 (2009). [CTX-041218]

49.   McGettigan, P. and Henry, D., Cardiovascular risk with non-steroidal anti-inflammatory drugs: systemic review of population-based controlled observational studies. *Public Library of Science Medicine* (PLoS), 8(9), e1001098, September 27 (2011). [CTX-041219]

50.   Geba, G. P., Weaver, A. L., Polis, A. B., Dixon, M. E., Schnitzer, T. J., Vioxx, Acetaminophen, Celecoxib Trial (VACT) Group, Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee: a randomized trial. *J. Am. Med. Assoc.*, 287(1), 64-71 (2002). [CTX-034186]

51.   Lisse, J. R., Perlman, M., Johansson, G., Shoemaker, J. R., Schechtman, J., Skalky, C. S., Dixon, M. E., Polis, A. B., Mollen, A. J., Geba, G. P. (ADVANTAGE Study Group), Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis: a randomized, controlled trial. *Ann. Intern. Med.*, 139(7), 539-546 (2003). [CTX-034147]

52.   Ehrich, E. W., Schnitzer, T. J., McIlwain, H., Levy, R., Wolfe, F., Weisman, M., Zeng, Q., Morrison, B., Bolognese, J., Seidenberg, B. and Gertz, B. J., Effect of specific COX-2 inhibition in osteoarthritis of the knee: a 6 week double blind, placebo controlled pilot study of rofecoxib. Rofecoxib Osteoarthritis Pilot Study Group. *J. Rheumatol.*, 26(11), 2438-2447 (1999). [CTX-034268]

53.   Hawkey, C., Laine, L., Simon, T., Beaulieu, A., Maldonado-Cocco, J., Acevedo, E., Shahane, A., Quan, H., Bolognese, J. and Mortensen, E., Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. The Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. *Arthritis Rheum.*, 43(2), 370-377 (2000). [CTX-034270]

54.   Mamdani, M., Rochon, P. A., Juurlink, D. N., Kopp, A., Anderson, G. M., Naglie, G., Austin, P. C., Laupacis, A., Observational study of upper gastrointestinal haemorrhage in elderly patients given selective cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs. *Br. Med. J.*, 325(7365), 624 (2002). [CTX-034204]

55.   Higuchi, T., Iwama, T., Yoshinaga, K., Toyooka, M., Taketo, M. M. and Sugihara, K., A randomized, double-blind, placebo-controlled trial of the effects of rofecoxib, a selective cyclooxygenase-2 inhibitor, on rectal polyps in familial adenomatous polyposis patients. *Clin. Cancer Res.*, 9(13 ), 4756-4760 (2003). [CTX-034160]

56.   Chenevard, R., Hurlimann, D., Bechir, M., Enseleit, F., Spieker, L., Hermann, M., Riesen, W., Gay, S., Gay, R. E., Neidhart, M., Michel, B., Luscher, T. F., Noll, G. and Ruschitzka, F., Selective COX-2 inhibition improves endothelial function in coronary artery disease. *Circulation*, 107(3), 405-409 (2003). [CTX-034178]

57.   Verrico, M. M., Weber, R. J., McKaveney, T. P., Ansani, N. T. and Towers, A. L., Adverse drug events involving COX-2 inhibitors. Ann. Pharmacother., **37**(9), 1203-1213 (2003). [CTX-034159]

58.   Reines, S. A., Block, G. A., Morris, J. C., Liu, G., Nessly, M. L., Lines, C. R., Norman, B. A., Baranak, C. C. (Rofecoxib Protocol 091 Study Group), Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. *Neurology*, **62**(1), 66-71 (2004). [CTX-034332]

59.   Sommet, A., Grolleau, S., Bagheri, H., Lapeyre-Mestre, M., Montastruc, J. L. (French Network of Regional Pharmacovigilance Centres), Was the thrombotic risk of rofecoxib predictable from the French Pharmacovigilance Database before 30 September 2004? *Eur. J. Clin. Pharmacol.*, **64**(8), 829-834 (2009). [CTX-041220]

60.   Ross, J. S., Madigan, D., Hill, K. P., Egilman, D. S., Wang, Y. and Krumholz, H. M., Pooled analysis of rofecoxib placebo-controlled clinical trial data: lessons for postmarket pharmaceutical safety surveillance. *Arch. Intern. Med.*, **169**(21), 1976-1985 (2009). [CTX-041198]

61.   Horton, R., Vioxx, the implosion of Merck, and aftershocks at the FDA. *Lancet*, **463**(9450), 1995-1996 (2004). [CTX-034095]

62.   Chang, I. J. and Harris, R. C., Are all COX-2 inhibitors created equal? *Hypertension*, **45**(2), 178-180 (2005). [CTX-034126]

63.   Hawkey, C. J., Laine, L., Simon, T., Quan, H., Shingo, S., Evans, J. (Rofecoxib Rheumatoid Arthritis Endoscopy Study Group), Incidence of gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of rofecoxib, naproxen, or placebo: a multicentre, randomised, double blind study. *Gut*, **52**(6), 820-826 (2003). [CTX-034169]

64.   Laine, L., Harper, S., Simon, T., Bath, R., Johanson, J., Schwartz, H., Stern, S., Quan, H. and Bolognese, J., A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis.Rofecoxib Osteoarthritis Endoscopy Study Group. *Gastroenterology*, **117**(4), 776-783 (1999). [CTX-034272]

65.   Day, R., Morrison, B., Luza, A., Castaneda, O., Strusberg, A., Nahir, M., Helgetveit, K. B., Kress, B., Daniels, B., Bolognese, J., Krupa, D., Seidenberg, B. and Ehrich, E., A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs ibuprofen in patients with osteoarthritis. Rofecoxib/Ibuprofen Comparator Study Group. *Arch. Intern. Med.*, **160**(12), 1781-1787 (2000). [CTX-034277]

66.     Kivitz, A. J., Greenwald, M. W., Cohen, S. B., Polis, A. B., Najarian, D. K., Dixon, M. E., Moidel, R. A., Green, J. A., Baraf, H. S., Petruschke, R. A., Matsumoto, A. K., Geba, G. P., (Protocol 085 Study Investigators), Efficacy and safety of rofecoxib 12.5 mg versus nabumetone 1,000 mg in patients with osteoarthritis of the knee: a randomized controlled trial. *J. Am. Geriatr. Soc.*, **52**(5), 666-674 (2004). [CTX-034280]

67.     Bannwarth, B., Ravaud, P. and Dougados, M., Cardiovascular thrombotic events and COX-2 inhibitors: results in patients with osteoarthritis receiving rofecoxib. *J. Rheumatol.*, 30(2), 421-422 (2003). [CTX-034338]

68.     Wooltorton, E., What's all the fuss? Safety concerns about COX-2 inhibitors rofecoxib (Vioxx) and celecoxib (Celebrex). *Can. Med. Assoc. J.*, **166**(13), 1692-1693 (2002). [CTX-034210]

69.     Aisen, P. S., Schafer, K. A., Grundman, M., Pfeiffer, E., Sano, M., Davis, K. L., Farlow, M. R., . Jin, S., Thomas, R. G., Thal, L. J. (Alzheimer's Disease Cooperative Study), Effects of rofecoxib or naproxen vs placebo on Alzheimer disease progression: a randomized controlled trial. *J. Am. Med. Assoc.*, **289**(21), 2819-2826 (2003). [CTX-034284]

70.     Caughey, G. E., Cleland, L. G., Penglis, P. S., Gamble, J. R. and James, M. J., Roles of cyclooxygenase (COX)-1 and COX-2 in prostanoid production by human endothelial cells: selective up-regulation of prostacyclin synthesis by COX-2. *J. Immunol.*, **167**(5), 2831-2838 (2001). [CTX-034301]

71.     Caughey, G. E., Cleland, L. G., Gamble, J. R. and James, M. J., Up-regulation of endothelial cyclooxygenase-2 and prostanoid synthesis by platelets. Role of thromboxane A2. *J. Biol. Chem.*, **276**(41), 37839-37845 (2001). [CTX-034302]

72.     Fitzgerald, G. A., Coxibs and cardiovascular disease. *New Engl. J. Med.*, **351**(17), 1709-1711 (2004). [CTX-034102]

73.     Burke, J., Kraft, W. K., Greenberg, H. E., Gleave, M., Pitari, G. M., VanBuren, S., Wagner, J. A. and Waldman, S. A., Relationship of arachidonic acid concentration to cyclooxygenase-dependent human platelet aggregation. *J. Clin. Pharmacol.*, **43**(9), 983-989 (2003). [CTX-034166]

74.     McAdam, B. F., Catella-Lawson, F., Mardini, I. A., Kapoor, S., Lawson, J. A. and FitzGerald, G. A., Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc. Natl. *Acad. Sci.* USA, **96**(1), 272-277 (1999). [CTX-034239]

75. Catella-Lawson, F., McAdam, B., Morrison, B. W., Kapoor, S., Kujubu, D., Antes, L., Lasseter, K. C., Quan, H., Gertz, B. J. and FitzGerald, G. A., Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. *J. Pharmacol. Exp. Ther.*, 289(2), 735-741 (1999). [CTX-034303]

76. Cheng, Y., Austin, S. C., Rocca, B., Koller, B. H., Coffman, T. M., Grosser, T., Lawson, J. A., FitzGerald, G. A., Role of prostacyclin in the cardiovascular response to thromboxane A2. *Science*, 296(5567), 539-541 (2002). [CTX-034294]

77. Cheng, H. F. and Harris, R. C., Cyclooxygenases, the kidney, and hypertension. *Hypertension*, 43(3), 525-530 (2004). [CTX-034156]

78. Hocherl, K., Endemann, D., Kammerl, M. C., Grobecker, H. F. and Kurtz, A., Cyclo-oxygenase-2 inhibition increases blood pressure in rats. *Br. J. Pharmacol.*, 136(8), 1117-1126 (2002). [CTX-034266]

79. Rabausch, K., Bretschneider, E., Sarbia, M., Meyer-Kirchrath, J., Censarek, P., Pape, R., Fischer, J. W., Schror, K. and Weber, A. A., Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. *Circ. Res.*, 96(1), e1-e6 (2005). [CTX-034130]

80. Buerkle, M. A., Lehrer, S., Sohn, H. Y., Conzen, P., Pohl, U. and Krotz, F., Selective inhibition of cyclooxygenase-2 enhances platelet adhesion in hamster arterioles in vivo. *Circulation*, 110(14), 2053-2059 (2004). [CTX-034138]

81. Hennan, J. K., Huang, J., Barrett, T. D., Driscoll, E. M., Willens, D. E., Park, A. M., Crofford, L. J. and Lucchesi, B. R., Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. *Circulation*, 104(7), 820-825 (2001). [CTX-034316]

82. Grover, S. A., Coupal, L. and Zowall, H., Treating osteoarthritis with cyclooxygenase-2-specific inhibitors: what are the benefits of avoiding blood pressure destabilization? *Hypertension*, 45(1), 92-97 (2005). [CTX-034131]

83. Whelton, A., Fort, J. G., Puma, J. A., Normandin, D., Bello, A. E., Verburg, K. M. (SUCCESS VI Study Group), Cyclooxygenase-2--specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. *Am. J. Ther.*, 8(2), 85-95 (2001). [CTX-034226]

84. Whelton, A., White, W. B., Bello, A. E., Puma, J. A., Fort, J. G. (SUCCESS-VII Investigators), Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or =65 years of age with systemic hypertension and osteoarthritis. *Am. J. Cardiol.*, 90(9), 959-963 (2002). [CTX-034228]

85. Solomon, D. H., Schneeweiss, S., Levin, R. and Avorn, J., Relationship between COX-2 specific inhibitors and hypertension. *Hypertension*, **44**(2), 140-145 (2004). [CTX-034144]

86. Fredy, J., Diggins, Jr., D. A. and Morrill, G. B., Blood pressure in native Americans switched from celecoxib to rofecoxib. *Ann. Pharmacother.*, **39**(5), 797-802 (2005). [CTX-034115]

87. Solomon, S. D., McMurray, J. J., Pfeffer, M. A., Wittes, J., Fowler, R., Finn, P., Anderson, W. F., Zauber, A., Hawk, E., Bertagnolli, M. (Adenoma Prevention with Celecoxib (APC) Study Investigator), Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. *New Engl. J. Med.*, **352**(11), 1071-1080 (2005). [CTX-034118]

88. James, M. J. and Cleland, L. G., Applying a research ethics committee approach to a medical practice controversy: the case of the selective COX-2 inhibitor rofecoxib. *J. Med. Ethics*, **30**(2), 182-184 (2004). [CTX-034155]

89. Mamdani, M., Rochon, P., Juurlink, D. N., Anderson, G. M., Kopp, A., Naglie, G., Austin, P. C. and Laupacis, A., Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. *Arch. Intern. Med.*, **163**(4), 481-486 (2003). [CTX-034175]

90. Zewde, T. and Mattson, D. L., Inhibition of cyclooxygenase-2 in the rat renal medulla leads to sodium-sensitive hypertension. *Hypertension*, **44**(4), 424-428 (2004). [CTX-034140]

91. Warner, T. D., Vojnovic, I., Giuliano, F., Jimenez, R., Bishop-Bailey, D. and Mitchell, J. A., Cyclooxygenases 1, 2, and 3 and the production of prostaglandin I2: investigating the activities of acetaminophen and cyclooxygenase-2-selective inhibitors in rat tissues. *J. Pharmacol. Exp. Ther.*, **310**(2), 642-647 (2004). [CTX-034335]

92. Burleigh, M. E., Babaev, V. R., Oates, J. A., Harris, R. C., Gautam, S., Riendeau, D., Marnett, L. J., Morrow, J. D., Fazio, S. and Linton, M. F., Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. *Circulation*, **105**(15), 1816-1823 (2002). [CTX-034296]

93. Cipollone, F., Prontera, C., Pini, B., Marini, M., Fazia, M., De Cesare, D., Iezzi, A., Ucchino, S., Boccoli, G., Saba, V., Chiarelli, F., Cuccurullo, F. and Mezzetti, A., Over expression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E(2)-dependent plaque instability. *Circulation*, **104**(8), 921-927 (2001). [CTX-034297]

94. Nussmeier, N. A., Whelton, A. A., Brown, M. T., Langford, R. M., Hoeft, A., Parlow, J. L., Boyce, S. W. and Verburg, K. M., Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. *New Engl. J. Med.*, **352**(11), 1081-1091 (2005). [CTX-034119]

95. Ott, E., Nussmeier, N. A., Duke, P. C., Feneck, R. O., Alston, R. P., Snabes, M. C., Hubbard, R. C., Hsu, P. H., Saidman, L. J., Mangano, D. T. (Multicenter Study of Perioperative Ischemia (McSPI) Research Group, Ischemia Research and Education Foundation (IREF) Investigators), Efficacy and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients undergoing coronary artery bypass surgery. *J. Thorac. Cardiovasc. Surg.*, **125**(6), 1481-1492 (2003). [CTX-034323]

96. Martina, S. D., Vesta, K. S. and Ripley, T. L., Etoricoxib: A Highly Selective COX-2 Inhibitor. *Ann. Pharmacother.*, **39**(5), 854-862 (2005). [CTX-034114]

97. Couzin, J., Drug safety. FDA panel urges caution on many anti-inflammatory drugs. *Science*, **307**(5713), 1183-1185 (2005). [CTX-034064]

98. Romsing, J. and Moiniche, S., A systematic review of COX-2 inhibitors compared with traditional NSAIDs, or different COX-2 inhibitors for post-operative pain. *Acta Anaesthesiol. Scand.*, **48**(5), 525-546 (2004). [CTX-034106]

99. Romsing, J. and Moiniche, S., A systematic review of COX-2 inhibitors compared with traditional NSAIDs, or different COX-2 inhibitors for post-operative pain. *Acta Anaesthesiol. Scand.*, **48**(5), 525-546 (2004). [CTX-034106]

100. White, W. B., Faich, G., Borer, J. S. and Makuch, R. W., Cardiovascular thrombotic events in arthritis trials of the cyclooxygenase-2 inhibitor celecoxib. *Am. J. Cardiol.*, **92**(4), 411-418 (2003). [CTX-034321]

101. Anonymous, Collaborative overview of randomised trials of antiplatelet therapy--I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. Antiplatelet Trialists' Collaboration. *Br. Med. J.*, **308**(6921), 81-106 (1994). [CTX-034235]

082708 PM



PRIORITY
MAIL
POSTAL SERVICE
3.com

UNITED STATES POSTAL SERVICE

MARSHALS

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely contained within the envelope with the adhesive provided as the means of closure.

INTERNATIONAL RESTRICTIONS APPLY:

4-POUND WEIGHT LIMIT ON INTERNATIONAL APPLIES.

Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.gov or ask a retail associate for details.

PRIORITY
MAIL

UNITED STATES POSTAL SERVICE

Visit us at usps.com

Mailing Envelope

For Domestic and International Use

Visit us at usps.com

From/Expéditeur:

From: Silvinia Valencia
5713 Bayview Bay Ln.
Bayview, Bch, FL 33417

TO
Clerk of the Court
United States Court
500 Poydras Street
Room C456
New Orleans, LA 70130



PRIORITY
MAIL

UNITED STATES POSTAL SERVICE

For Domestic and International Use

PM FR E
33417
08/02/11
6.0
$6.90
APC

It is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. It is a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.

PRIORITY
MAIL

UNITED STATES POSTAL SERVICE

Visit us at usps.com

Label 107R, January 2008

Recycled Paper