UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**  *Sharon Kay Lee v. Merck & Co, Inc.*,
Case No. 06-7156

## ORDER

The Court is in receipt of correspondence from Vioxx claimant Sharon Lee. IT IS ORDERED that the correspondence be entered into the record under seal, as it appears to contain medical records. Ms. Lee makes numerous complaints regarding her attorney in her Vioxx case, including that he "misrepresented" certain facts, and that as a result, her claim was wrongfully denied. Ms. Lee asks the Court for "relief."

The matter is referred to Plaintiffs' Liaison Counsel, who is directed to contact Ms. Lee's Vioxx attorney, ascertain that attorney's position on the matter, and report to the Court. If Plaintiffs' Liaison Counsel has difficulty contacting Ms. Lee's Vioxx attorney or is unable to obtain that attorney's position on the matter, he shall report that to the Court, and the Court will take appropriate further steps.

New Orleans, Louisiana, this 16th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

1

Clerk to serve:

Russ Herman
Plaintiffs' Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave
New Orleans, LA 70113

James Ferrell
500 Dallas St.
3400 Penthouse
Houston, TX 77002

Sharon Lee
14515 Wunderlich Dr.
Houston, TX 77069

Vioxx Pro Se Curator
400 Poydras St.
Suite 2450
New Orleans, LA 70130