UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Verie Poole v. Eichholz Law Firm, P.C., et al,* No. 11-1546

# ORDER

The Court has received correspondence from Plaintiff's counsel requesting a telephone status conference with the Court. Accordingly, IT IS ORDERED that a telephone status conference in this matter will be held on Wednesday, September 5, 2012 at 3:30 p.m. The Court will initiate the call.

New Orleans, Louisiana, this 20th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

1