"Certification of Funds in the Registry"

PRINCIPAL: $ 54,214.02

Financial Deputy: ELuke   Date: 8/20/12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| Re: Rachel Caesar vs. Merck & Co., Inc. | * | |
| 1:05cv0276-EEF-DEK | * | MAGISTRATE JUDGE |
| **(Claimant Rachel Caesar)** | * | KNOWLES |

## ORDER GRANTING PLAINTIFF'S MOTION
## TO WITHDRAW FUNDS FROM THE COURT'S REGISTRY

This matter came before the court on the date written below.

The court has carefully considered the arguments presented by counsel and FINDS that Plaintiff's Motion to Withdraw Funds should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Withdraw Funds is GRANTED and the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $54,214.02 plus all interest earned, less the assessment fee for the administration of funds, payable to:

The Snider Law Firm

The check shall be mailed to:

The Snider Law Firm
3560 Delaware Street, Suite 308
Beaumont, TX   77706

New Orleans, Louisiana, this 21th day of August, 2012.

_____
District Judge

CEASER/Order on Mtn to Withdraw Funds/120816/rlw        1