UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL Docket No. 1657 |
| This document relates to: ) ) | |
| Mary Ann Nolan ) Case No 2:05-cv-06146 ) | JUDGE FALLON MAGISTRATE JUDGE KNOWLES |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, Richard A. Getty and the Getty Law Group, PLLC,[1] move the Court for an Order granting leave to withdraw as counsel of record in the above-styled action. As grounds for the Motion, the undersigned respectfully states that because Plaintiff Mary Ann Nolan ("Nolan") has ceased all contact with this law firm for several months and cannot be located via telephone or certified mail at her last known address, the attorney-client relationship is broken and counsel can no longer adequately represent the Plaintiff's interests.

More specifically, counsel for Plaintiff mailed a certified letter to Ms. Nolan at 738 Belcher Lane, Baxter, Kentucky 40806 – her last known address – on August 6, 2012, both notifying her to contact the undersigned's office within seven (7) days of receipt and describing the immediately pending nature of the Defendant's Motion for Summary Judgment. As set forth in the attached Affidavit of Kristopher D. Collman – an associate of the firm who drafted the letter to Ms. Nolan – Ms. Nolan was advised that if she did not contact this office within seven (7) days of receipt of the certified letter, counsel intended to withdraw from representation and would request that the Court grant her a period of time to obtain new counsel. Sixteen (16) days

---

[1] Plaintiff's counsel was previously operating as Getty & Childers, PLLC, but has since reorganized as the Getty Law Group, PLLC.

have passed since counsel mailed its certified letter to Nolan, and to date no response has been issued.  The United States Postal Service website indicates notices were left at the last known address on August 7, 2012 and August 14, 2012, respectively, but has not yet confirmed personal delivery of the certified letter.  Accordingly, counsel cannot attest to whether Plaintiff is in actual receipt of the certified letter or that Plaintiff still resides at her last known address – counsel can only certify that notice of the letter was twice delivered to Plaintiff's last known address of 738 Belcher Lane, Baxter, Kentucky 40806/(606) 273-2325.

Should the foregoing Motion be granted, the undersigned requests that Plaintiff be granted a period of sixty (60) days from the date of this Motion to obtain new counsel, and that all pending deadlines be tolled during this period.[2]  In the alternative, counsel requests that Plaintiff be given a period of time that is satisfactory to the Court to locate substitute counsel prior to further action being taken in this case.  A copy of this Motion has been served on the Plaintiff via certified mail at her last known address set forth above.

                          Respectfully submitted,

                          /s/ Richard A. Getty
                          RICHARD A. GETTY

                          THE GETTY LAW GROUP, PLLC
                          1900 Lexington Financial Center
                          250 West Main Street
                          Lexington, Kentucky 40507
                          Telephone: (859) 259-1900
                          Facsimile: (859) 259-1909

                          COUNSEL FOR PLAINTIFF
                          MARY ANN NOLAN

---

[2] In addition to the Motion for Summary Judgment, the Defendant has also issued a Motion to Dismiss for Lack of Prosecution.  The Plaintiff respectfully requests that that Motion be held in abeyance until such time as Ms. Nolan has had an opportunity to locate new counsel.  In the event that this Motion to Withdraw is denied, Plaintiff requests that the Motion to Dismiss be held in abeyance until a reasonable time following the Court's Order.

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Motion to Withdraw as Counsel has been served on the Plaintiff via certified mail at her last known address of 738 Belcher Lane, Baxter, Kentucky 40806; Liaison Counsel Russ Herman and Phillip Wittmann, as well as Susan Giamportone, by U.S. Mail; and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PTO No. 8; and filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this the 22nd day of August, 2012.

                                                      /s/ Richard A. Getty
                                                      COUNSEL FOR PLAINTIFF