## AFFIDAVIT OF KRISTOPHER COLLMAN

I, Kristopher D. Collman, having been first duly sworn, do depose and state as follows:

1.      I am a resident of Fayette County, Kentucky, and one of the attorneys representing Mary Ann Nolan in the action styled <u>Mary Ann Nolan v. Merck</u>, Civil Action No. 2:05-cv-06146.  I am an associate with the Getty Law Group, PLLC, the firm representing Ms. Nolan.

2.      On August 6, 2012, I drafted and mailed a certified letter to Ms. Nolan requesting that she contact my law firm to discuss her case.  This letter was prompted by Defendant's pending Motion for Summary Judgment, and the undersigned's inability to locate Ms. Nolan to discuss the Motion for Summary Judgment, its contents, and potential strategies for handling the Motion.

3.      The August 6, 2012 letter is not attached to this Affidavit in order to prevent any privileged information from being revealed to counsel for the Defendant.  However, I can affirm that the letter was sent to Ms. Nolan's last known address of 738 Belcher Lane, Baxter, Kentucky, 40806, and that it instructed Ms. Nolan to contact our law firm within seven (7) days of receipt to discuss her case.  The letter also notified Ms. Nolan that counsel would move to withdraw from representation of Ms. Nolan's interests if she did not respond.

4.      As of the date of this Affidavit, 15 days have passed since counsel mailed the certified letter to Ms. Nolan's last known address. Ms. Nolan has not issued a response, and counsel is unaware of and has been unable to determine an alternative method for contacting Ms. Nolan.

Further the Affiant sayeth naught.

KRISTOPHER D. COLLMAN, AFFIANT

COMMONWEALTH OF KENTUCKY    )
                                                     )    SS
COUNTY OF FAYETTE                     )

The foregoing instrument was subscribed, sworn to, and acknowledged before me by Kristopher D. Collman, the Affiant herein, this the 21st day of August, 2012.

My Commission Expires: _11-2-14_

Notary Public, State at Large   ID# 431155

2