# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL Docket No. 1657 |
| This document relates to: | ) ) | |
| Mary Ann Nolan Case No 2:05-cv-06146 | ) ) ) | JUDGE FALLON MAGISTRATE JUDGE KNOWLES |

## ORDER

Motion having been filed and the Court being otherwise sufficiently advised, it is hereby ordered that the Motion of Richard A. Getty and his law firm, the Getty Law Group, PLLC to withdraw as counsel for Plaintiff Mary Ann Nolan is hereby GRANTED.

This action shall be held in abeyance for sixty (60) days to give Plaintiff an opportunity to obtain new counsel or otherwise proceed in this matter, after which the Court will take action to manage this case in a manner it deems appropriate.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DATE:

1