UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

### NOTICE OF APPEARANCE

COMES NOW, Shane F. Langston, Rebecca M. Langston, and Jessica E. Murray of the law firm of Langston & Langston, PLLC, and files this their Notice of Appearance on behalf of Langston & Langston, as attorneys for the State of Mississippi, in the above styled and numbered cause.

DATED: August 23, 2012

Respectfully submitted,

LANGSTON & LANGSTON, PLLC

*/s/ Jessica E. Murray*
Jessica E. Murray

OF COUNSEL:

Shane F. Langston, Esq. MSB #1061
Rebecca M. Langston, Esq. MSB #99608
Jessica E. Murray, Esq., MSB # 103990
LANGSTON & LANGSTON, PLLC
201 NORTH PRESIDENT STREET
JACKSON, MISSISSIPPI 39201
TELEPHONE: (601) 969-1356
FACSIMILE: (601) 968-3866