UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL  Case No.1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| Elena Strujan v. Merck Shape | * | JUDGE FALLON |
| & Dohme Corp., | * | |
| | * | MAGISTRATE JUDGE |
| 2:07-00906- EEF-DEK | * | KNOWLES |

## PLAINTIFF'S  NOTICE OF MOTION FOR  LEAVE TO PROCEED IN FORMA  PAUPERIS

PLEASE TAKE NOTICE, that upon annexed affirmations of Plaintiff Elena Strujan, affirmed on  August 8, 2012, and upon the exhibits attached thereto, and upon the pleadings herein, plaintiff/appellant will move this Court before Judge_____, United States Courts of Appeals, for an order pursuant the Federal Rules of Civil Procedure, granting a judgment for leave to proceed my appeal in Forma Pauperis.

I declare under penalty of perjury that the foregoing is true and correct.

Dated : August 8, 2012

*Elena Strujan*

P.O. Box 20632
New York, NY 10021
646-234-2421

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL  Case No.1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| Elena Strujan v. Merck Shape | * | JUDGE FALLON |
| & Dohme Corp., | * | |
| | * | MAGISTRATE JUDGE |
| 2:07-00906- EEF-DEK | * | KNOWLES |

## PLAINTIFF'S AFFIRMATION IN SUPPORT  NOTICE OF MOTION FOR  LEAVE TO PROCEED IN FORMA PAUPERIS

Notice is hereby given that   Plaintiff Elena Strujan, hereby affirms under penalty of perjury that the following is true. I am a poor person. My total income as Per Diem Substitute Teacher on 2011 was $ 1,800 **( Please See Exhibit Pg. 1).** Additionally, on June 2009, I experienced an eviction **( Please See Exhibit Pg. 2).** from my rent apartment about 15 years. I have unpaid credit cards  and storage.

From 2010 I am in SSI and SSD  as $  803/ months **( Please See Exhibit Pg. 3, 4).** I have a student loan from 2003 of $ 14, 000.00 unpaid until today **( Please See Exhibit Pg. 5).**

I do these affirmations in support of my Notice of Motion in Forma Pauperis.

I declare under penalty of perjury that the foregoing is true and correct.

Dated : August 8, 2012

ELENA STRUJAN- Plaintiff Pro Se
P.O. Box 20632
New York, NY 10021
646-234-2421

# EXHIBITS

# Your Earnings Record

| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|
| 1995 | $ 3,884 | $ 3,884 |
| 1996 | 1,178 | 1,178 |
| 1997 | 19,663 | 19,663 |
| 1998 | 25,020 | 25,020 |
| 1999 | 12,107 | 12,107 |
| 2000 | 0 | 0 |
| 2001 | 12,284 | 12,284 |
| 2002 | 25,098 | 25,098 |
| 2003 | 310 | 310 |
| 2004 | 2,032 | 2,032 |
| 2005 | 10,125 | 10,125 |
| 2006 | 16,749 | 16,749 |
| 2007 | 13,798 | 13,798 |
| 2008 | 7,885 | 7,885 |
| 2009 | 2,824.75 | |
| 2010 | 1,377.23 | |
| 2011 | 1,820.16 | |

*7/30/2012 - IRS.*

You and your family may be eligible for valuable ben...

When you die, your family may be eligible to receive survivors benefits.

Social Security may help you if you become disabled—even at a young age.

A young person who has worked and paid Social Security taxes in as few as two years can be eligible for disability benefits.

Social Security credits you earn move with you from job to job throughout your career.

**Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:**

| Estimated taxes paid for Social Security: | | Estimated taxes paid for Medicare: | |
|---|---|---|---|
| You paid: | $9,428 | You paid: | $2,200 |
| Your employers paid: | $9,177 | Your employers paid: | $2,142 |

**Note:** You currently pay 6.2 percent of your salary, up to $106,800, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.

# Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you're entitled.

**Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your *Statement*. It could be that we still were processing last year's earnings reports when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement*. **Note:** If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

**There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, all of your earnings are taxed for Medicare.)

**Call us right away** at **1-800-772-1213** (7 a.m.–7 p.m. your local time) if any earnings for years **before last year** are shown incorrectly. Please have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of page 4.)

COUNTY OF ............ THE CITY OF NEW YORK ............ SEQ. NO. 01
NEW YORK

GLENCORD BUILDING CORP & GIUSTIZIA

**Petitioner**
*Landlord*

JOHN DOE
ELENA        STRUJAN *against*
1413 YORK AVENUE
NEW YORK, NY 10021
#4

**Respondent**
*Tenant*



BADGE
# 009

CITY MARSHAL
THOMAS J. BIA
1000 GRAND CONCOURSE
BRONX, NY 10451
718-681-8878

**Respondent**
*Undertenant*

*Name of Tenant and/or undertenant being fictitious and unknown, person intended,
occupying apartment set forth below:*

**IMPORTANT** – PLEASE BE ADVISED YOUR EVICTION MAY TAKE PLACE ON
**IMPORTANTE** – USTED PUEDE SER DESHAUCIADO, EL    | 10.23.09 |    OR THEREAFTER
O DESPUES

# N O T I C E   O F   E V I C T I O N

*Alternative Service / Mailing*

# NOTIFICACION DE DESAHUCIO

*Notificación Alterna / Postal*

To the above named tenants and undertenants:

Please take notice that the Court has issued a warrent for your eviction. If you fail to vacate the described premises, **YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE, ON THE SIXTH BUSINESS DAY AFTER THE DATE OF THIS NOTICE** or on any business day thereafter. "Business days" are Monday through Friday except legal holidays.

The **ONLY** way you can stop this eviction is if a Court issues an order to show cause that stays your eviction. You may apply for such an order at the Civil Court, Landlord - Tenant part, in your borough.

If a Court stay of your eviction is in effect, you will be evicted only if the stay ends or is vacated by the Court. If the Court has already ordered that you may be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

If you are dependent upon a person in the military service of the United States, advise the clerk of the Court immediately in order to protect your rights.

If you need legal assistance, the Legal Aid Society may be able to assist you (check telephone listing in your borough). A senior citizen who needs legal assistance may contact the New York City Department for the Aging, 2 Lafayette Street, New York, New York 10007, (212) 442-1000.

If you receive public assistance, notify your caseworker immediately. The Human Resources Administration may be able to help you with back payments whether or not you receive public assistance. Call (718) 291-1900 for information. NEW HRA # 877-472-8411

A los susodichos inquilinos y sub-inquilinos:

Tenga a bien notar que la Corte ha emitido una order de desahuccio en contra de usted. Si no desaloja al local descrito, **USTED PUEDE SER DESHAUCIADO, SIN NOTIFICATION ADICIONAL, EL SEXTO DIA HABIL A PARTIR DE LA FECHA DE ESTA NOTIFICATION** o en cualquier dia habil de ahi en adelante. Los "dias habiles" son Lunes a Viernes, excepto los dias de fiesta legales.

Usted puede detener este deshaucio **SOLAMENTE** si una Corte emite una orden judicial instruyendole a usted a mostrar motivos justificantes para suspender su desalojo. Usted puede solicitar esa orden (Order to Show Cause) en la Corte Civil, Seccion del Propietario - Inquilino (Civil Court, Landlord - Tenant part) en su condado.

Si una suspension de su desahucio por orden de la Corte esta en efecto, usted sera desalojado solo si la suspension caduca o la Corte la anula. Si la Corte ha ordenado ya que usted puede ser desalojado si no cumple con hacer un pago o con la orden de la Corte a partir de una fecha de vencimiento, su incumplimiento con el pago o con la orden de la Corte al llegar esa fecha puede resultar en su desahucio sin notificacion adicional.

Si usted depende de una persona que pertenece al Servicio Militar de los Estados Unidos, notifiqueselo inmediatamente al Secretario de la Corte (Court Clerk) para asi proteger sus derechos legales.

Si usted necesita ayuda legal, la Legal Aid Society tal vez puede ayudarlo (consulte la guia telefonica de su condado). Una persona de edad avanzada que necesita ayuda legal puede comunicarse con el Departamento para Personas Mayores de la Ciudad de Nueva York, 2 Lafayette Street, New York, New York 10007. (212) 442-1000.

Si usted recibe asistencia publica, notifiquelo a su trabajador social (caseworker) inmediatamente. La Administracion de Recursos Humanos tal vez puede ayudarle con los pagos atrasados, reciba usted o no asistencia publica. Llame al (718) 291-1900 para informacion.
NUEVO HRA # 877-472-8411

**DATE OF NOTICE**                                    **FECHADA**

| 10.15.09 |

Formerly known as "72-hour notice." Additional time has been allowed for mailing.
Anteriormente conocido como "Aviso de Deshaucio de 72 Horas." Se ha concedido tiempo adicional para enviar por correo.
The date of this notice shall be on or after the date the notice is mailed to the respondent.
a fecha de este notificacion se fijara el dia en que se le envia el apelado a...

*** REC 2010312  124837 H4BD28E0 NWJ3  CIPQYA5   PQA5   (F-NWJ )  ***

SOCIAL SECURITY ADMINISTRATION

Date: November 8, 2010
Claim Number: 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A
            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DI

ELENA STRUJAN
P O BOX 20632
NEW YORK NY 10021-0072

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Current Social Security Benefits

   Beginning January 2010, the full monthly
   Social Security benefit before any deductions is......$ 556.00

   We deduct $0.00 for medical insurance premiums each month.

   The regular monthly Social Security payment is.......$ 556.00
   (We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For
example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

   Beginning December 2010, the current
   Supplemental Security Income payment is..............$ 225.00

   This payment amount may change from month to month if income or
   living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For
example, Supplemental Security Income Payments for March are paid in March.)

Date of Birth Information

   The date of birth shown on our records is March 23, 1955.



There was no cost of living adjustment in Social Security benefits in December 2009. The benefit amount shown is current as of the date on this letter.

Medicare Information

You are entitled to hospital insurance under Medicare beginning January 2011.

You are entitled to medical insurance under Medicare beginning January 2011.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 866-964-7402. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
3RD FL
755 2ND AVE AT 41ST
NEW YORK, NY 10017

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER



US Department of Education
Direct Loan Servicing Center
PO Box 5202
Greenville, TX 75403-5202



JULY 10, 2012



>02110 7633431 001 008237
ELENA STRUJAN
PO BOX 20632
NEW YORK NY 10021-0072

Account Number: 900334928
Group: A

Dear ELENA STRUJAN:

Thank you for contacting Direct Loan Servicing Center.

Our records indicate that your deferment request has been approved and applied to your Direct Loan account. Deferment Type Requested: ECONOMIC HARDSHIP

During the deferment period, from 07/01/12 to 07/07/13, you are not required to make payments on your loans. If you are currently enrolled in KwikPay® and have selected the KwikPay Override option requesting that your monthly payments be continually debited from your bank account, regardless of the status of your Direct Loan account, your monthly payments will continue to be debited while your account is in deferment. To verify or change your current KwikPay information, please visit www.myedaccount.com and select "Manage My Account".

If your loans were past due immediately preceding the deferment period, we granted a forbearance (suspension of repayment) for those months to clear your delinquency.  Please note that all Direct Loans accrue interest during a forbearance period. No interest is charged on Direct Subsidized and Direct Subsidized Consolidation loans during a deferment period.  You are responsible for paying interest that accrues during a deferment period on Direct Unsubsidized Loans, Direct Unsubsidized Consolidation Loans, and Direct PLUS Loans, as well as interest that accrued during a prior forbearance period on all loan types. you can pay the interest anytime or when you receive an interest statement.  If you choose not to pay the interest, we will capitalize (add) any remaining unpaid accrued interest to your loan's principal balance when the deferment ends.  NOTE:  If you are repaying under the Income-Based Repayment (IBR) Plan and have a partial financial hardship when your deferment ends, interest accrued during the deferment will not be capitalized until after your partial financial hardship ends or you leave the IBR plan.

Please be advised that the approval of this deferment will not remove any derogatory credit reporting that may have occurred prior to the date your deferment request was received.

Simple. Safe. Smart. Visit www.myedaccount.com and click "Manage My Account" to access your statements and account correspondence, sign up for automatic payments through KwikPay®, make a payment, change your repayment option, apply for a deferment or forbearance, and much more!

A Direct Loan advisor can help you determine what solutions are available to assist you if you are experiencing difficulty in making payments; including other repayment plans, deferments, or forbearances.  To speak to a Direct Loan advisor, please contact us toll-free at 1-800-848-0979.  We're here to help you reach your goals.

Sincerely,

Direct Loan Servicing Center



## CERTIFICATE OF SERVICE

I, Elena Strujan, Plaintiff- Appellant - Pro Se do hereby certify that I today August 8, 2012, I served a true and correct copy of a Notice of Motion in Forma Pauperis, Affirmation and Exhibits ., by mail, postage prepaid on the following counsel of record:

### Counsel for Defendant-Appellee

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN L. L. C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200

So certified, this _8_ day of _Aug_ 2012

Michele Reyes
Notary Public State of New York
No. 01RE6023016
Qualified In Kings County
Commission Expires April 12, _____

Elena Strujan-Plaintiff -Appellant  Pro Se
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421



U.S. POSTAGE
PAID
LONG ISLAND CITY,N
11104
AUG 08, '12
AMOUNT

$6.40

00069118-02

70.30

1006

UNITED STATES
POSTAL SERVICE

PRIORITY
MAIL®

UNITED STATES POSTAL SERVICE
Visit us at usps.com

Label 107, January 2008

U.S. Court House
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA
70130

Ena Sheran
P.O. Box 20632
New York, NY 10021

United States Postal Service®
ELIVERY CONFIRMATION™