UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to | * | JUDGE FALLON |
| Cases Listed on Exhibit A | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF FILING

     Ann B. Oldfather, Liaison Counsel for Certain Cases, and in compliance with Pretrial Order No. 58, Section II, and for the benefit of all claimants identified on Exhibit A attached hereto, as listed on Exhibit A to PTO 58, hereby submits the following generic expert reports for preliminarily establishing general causation for the VTE injuries alleged by these claimants.  Due to the size of the documents, each expert's report will be filed separate from this Notice of Filing.  The submitted reports are those of:

    1.  Benedict R. Lucchesi, M.D., Ph.D., M.S., F.A.H.A.;

    2.  Ali J. Olyaei, PharmD, B.C.P.S.;

    3.  Alex C. Spyropoulos, M.D., F.A.C.P., F.C.C.P., F.R.C.P.C.; and

    4.  April Zambelli-Weiner, Ph.D., M.P.H., and Elizabeth Brooks, Ph.D.

Respectfully submitted,

/s/ Ann B. Oldfather
_____
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Certain Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, (without attachments which are provided electronically) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of August, 2012.

/s/ Ann B. Oldfather
_____
Ann B. Oldfather