UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | * | |

### DECLARATION OF BENEDICT R. LUCCHESI, MD, PhD, FAHA

My name is Benedict R. Lucchesi, MD, PhD, FAHA. I have more than 51 years of basic and clinical research involving diseases of the cardiovascular system, including pathophysio-logical events associated with arterial and/or venous thrombosis and the contributory role of pharmacological interventions known to be associated with the development of thromboembolic events. My research has placed special emphasis on the role of COX-2 inhibition in the development of arterial/venous thromboembolic events.

It is my opinion that there is valid and reliable scientific evidence and evidence in the medical literature that Vioxx can and does contribute to a substantial and significant increase of the risk of venous thromboembolism in general, and deep vein thrombosis and pulmonary embolism in particular. I strongly dispute, and disagree with, the opinions expressed by Merck's expert witnesses, Dr. John P. Kress and Dr. Mark A. Crowther. The opinions are my own, and are stated with a reasonable degree of medical and scientific probability.

My expert report is attached, along with Exhibits 1, 2, 3 and 4.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Submitted by:

*Benedict R. Lucchesi*

Benedict R. Lucchesi, MD, PhD, FAHA                    Date: August 31 2012

Professor of Pharmacology
University of Michigan Medical School

**Expert Report**
**Submitted by:**
Benedict R. Lucchesi, MD, PhD, FAHA
Professor of Pharmacology
University of Michigan Medical School
1301C Medical Science Research Building III
1150 West Medical Center Drive
Ann Arbor, Michigan 48109-5632

The purpose of this report is to discuss the valid and reliable scientific evidence that supports that Vioxx can and does cause an increase in clot activity on the venous side of the vascular system so as to account for VTEs in general, and DVTs and PEs in specific. After it is established that Vioxx has the ability to cause these types of injuries, and after the science survives Merck's anticipated Daubert challenge, I will turn to the individual cases to review the role that Vioxx played as a potential substantial factor in causing those injuries.

In forming my opinion on the relationship between the exposure to VIOXX and the development of deep venous thrombosis, pulmonary embolism, TIAs, and hemorrhagic stroke, I have relied upon professional training and experience in:

Pharmacy (BS Pharmacy (1955),
Physiology (MS Physiology 1957)
Pharmacology (PhD Pharmacology 1961)
Medical Degree (MD 1964)

I received my undergraduate Bachelor of Science degree in Pharmacy, *summa cum laude,* from St. John's University (New York City) in 1955. I went on to graduate school and obtained a Master of Science degree in Physiology in 1957. I was accepted to the Graduate Program University of Michigan Medical School, Department of Pharmacology in September 1957 and completed my Ph.D. degree in Pharmacology in 1961 and was appointed to the medical school faculty as a part-time Instructor in June 1961. In September of 1961, while serving on the faculty, I enrolled in the University of Michigan Medical School and received my M.D. degree in May 1964. I have been on the faculty of the University of Michigan Medical School, Department of Pharmacology for 47 years.

I have more than fifty years of basic and clinical research involving diseases of the cardiovascular system including pathophysiological events associated with arterial and/or venous thrombosis and the contributory role of pharmacological interventions known to be associated with the development of thromboembolic events.

My primary interests focus on diseases of the cardiovascular system with a special interest in the study of pharmacological interventions for the treatment of disorders of the heart, blood vessels and blood. I served as Director of the Upjohn Center for Clinical Pharmacology where I was engaged in the study and development of pharmacological agents for the prevention of "sudden cardiac death," ischemic heart disease, and thrombosis. My laboratory contributed significantly to the development of propranolol, amiodarone, and sotalol for the management of cardiac rhythm disorders. Together with colleagues in the Cardiology Division, I was part of

1

team of four faculty members who developed the General Electric Cardiac Pacemaker. In later years I conceived of, and developed the first nitroglycerin patch for the treatment of patients with ischemic heart disease as well as the first intravenous nitroglycerin preparation. Our team has had a significant role in the development of abciximab (ReoPro™) the first monoclonal antibody to be introduced into clinical medicine for prevention of coronary artery thrombosis in patients undergoing coronary angioplasty.

In 1960, my laboratory was the first to call attention to the devastating effects of MER-29 (Triparinol), an inhibitor of cholesterol biosynthesis that caused cataracts and blindness in many patients leading to removal of the drug from the market in April 1962. The potential lethal effects of flecanide (Tambocor™), a drug that resulted in several hundred fatal events in the Cardiac Arrhythmia Suppression Trial were reported by my group in 1987 years before the clinical trail was suspended. Because of my interest in basic science (Physiology/Pharmacology) and clinical medicine (Cardiology), I have devoted my professional efforts towards understanding the mechanisms by which drugs elicit both beneficial as well as adverse actions. Aside from my interests in disturbances in cardiac rhythm, my laboratory has focused on the development of pharmacological interventions for the prevention of arterial and/or venous thrombosis (blood clots).

In February 2000, I became aware of four patients who experienced thrombotic events while being treated with a COX-2 inhibitor. In collaboration with Dr. Leslie Crofford (Rheumatologist) we were able to reproduce the phenomenon in an experimental animal model that provided the first *in vivo* demonstration of the potential for COX-2 inhibition to induce arterial thrombosis. The results were not entirely unexpected since John (Sir John) Vane and his colleagues had predicted such an event in the 1970s when they postulated, based upon *in vitro* studies, that prevention of prostacyclin ($PGI_2$) synthesis would enhance the potential for the development of arterial blood clots (thrombosis).[1]

My research has place special emphasis on the role of COX-2 inhibition in the development of arterial/venous thromboembolic events. My laboratory, in 2001, was the first to demonstrate the prothrombotic action of COX-2 inhibition (9).

As a trained physician and a pharmacologist, I explore mechanisms by which pharmacological agents provide beneficial actions as well as unanticipated or unrecognized adverse events. In this report I set out my opinions on scientific facts supported by the peer-reviewed literature as well as from my own research experiences over the past 51 years of conducting basic and clinical research related to the pharmacodynamic properties of potential and approved therapeutic agents.[2]

---

[1] Vane and his colleagues were awarded the 1982 Nobel Prize in Physiology and Medicine for their pioneering work on the prostaglandins.

[2] Pharmacology is the science of the interaction between chemical substances and living tissues. If the chemical is primarily beneficial, its study falls under the title therapeutics; if primarily harmful, its study is called toxicology. In either case, pharmacodynamics defines how the body absorbs the material, where it acts, what its effect is, and how it is metabolized and excreted.

**VIOXX IS A SUBSTANTIAL CONTRIBUTING FACTOR IN THE INDUCTION OF VENOUS THROMBOSIS AND/OR PULMONARY EMBOLISM**

Reference to the current medical literature provides compelling evidence that COX-2 inhibition (VIOXX) can increase intravascular coagulation (e.g. venous thrombosis) by suppressing the intrinsic physiological mechanisms that function to *maintain blood in a fluid state*, specifically, the formation of thrombomodulin, activation of Protein-C, inhibition of Factors Va and VIIIa and release of tissue factor (TF) (5, 14, 15, 16, 19). Factors V and VIII serve as a negative feedback mechanisms by which blood remains fluid in the vascular system thereby preventing spontaneous activation of intravascular coagulation (blood clot). By inhibiting the thrombin-induced formation of activated thrombomodulin (19), COX-2 inhibition provides an *alternate and additive platelet independent mechanisms*, which can promote deep venous thrombosis and/or pulmonary embolism.

Thrombomodulin is an important inhibitor of blood coagulation, whereas tissue factor serves the important function of initiating thrombus formation. Ghosh et al. (7) demonstrated that inhibition of COX-2 promotes the expression of tissue factor, the primary initiator of blood coagulation in vascular endothelium and elevates circulating tissue factor activity in vivo. This observation provides compelling evidence that COX-2-dependent attenuation of tissue factor expression is abrogated by coxibs, which may explain the prothrombotic side effects for this class of drugs. The findings provide a novel platelet-independent mechanism to explain the prothrombotic effects of COX-2 and how VIOXX can initiate the formation of deep vein thrombosis and pulmonary embolism. Taken together, the studies by Rabausch et al.(19) And Ghosh et al.(7) provide a better understanding of how COX-2 inhibition can abolish the intrinsic physiological mechanisms that function to maintain circulating blood in a fluid state thereby leading to a situation that favors the formation of venous thrombosis.

It is well established that a molecular crosstalk exists between the coagulation cascade and inflammation (e.g. rheumatoid and/or osteoarthritis) pathways. The primary function of the coagulation cascade is to promote hemostasis and limit blood loss in response to tissue injury. However, it is now recognized that the physiological functions of the coagulation cascade extend beyond blood coagulation and that this cascade plays a pivotal role in influencing inflammatory and tissue repair responses via the activation of their signaling responses, the proteinase-activated receptors (PARs). Consequently, uncontrolled coagulation activity and PAR signaling contributes to the pathophysiology of several conditions, including thrombosis, arthritis, cancer, kidney disease, and acute and chronic lung injury (10).

It is known that COX-2 inhibition favors a prothrombotic environment by suppressing endothelial PGI2 synthesis while leaving COX-1 dependent platelet TXA2 synthesis unopposed. Other factors affecting the coagulation system at the cellular level are influenced by coxibs as well. Tissue factor (TF), the key enzyme for initiation of the coagulation cascade, plays a pivotal role in thrombus formation. Given the central role of TF in the initiation of coagulation, it is important to note that rofecoxib suppresses the endothelial cell formation of tissue factor pathway inhibitor (TFPI) the 'physiological antagonist' of tissue factor (TF). Thus, COX-2 inhibition favors an increase in plasma levels of tissue factor thereby establishing a systemic environment that favors the development of prothrombotic events (20, 21). TFPI is an anticoagulant protein found in and associated with the endothelial surface (3, 12), within

3

platelets (13, 18) and circulating in plasma (17). It exerts its anticoagulant activity through inhibition of factor Xa (FXa) and the tissue factor FVIIa (TF–FVIIa), a catalytic complex that initiates blood coagulation (8).These studies indicate that the influence of coxibs on coagulation at the cellular level is complex and depends on several variables in addition to the balance between TXA2 and PGI**2**.

Added to these events is the recognition that inflammatory diseases, such as rheumatoid and osteo-arthritis, are associated with an increased risk of thromboembolic events (2, 4, 6) that would become more prevalent in the presence of VIOXX-induced COX-2 inhibition (10, 14, 15). The fact that COX-2 inhibition reduces the expression of tissue factor pathway inhibitor (TFPI) and the expression of thrombomodulin (TM) is of extreme importance as highlighted by the recent publication by Maroney et al. (11) who reported that TFPI deficiency interacts with decreased TM function in an organ selective manner to produce fibrin deposition in other specific vascular beds. This observation provides compelling and heretofore unrecognized mechanisms by which VIOXX-induced COX-2 inhibition can lead to an increased incidence in thromboembolic events in humans, especially patients who have unrecognized genetic/acquired risk factors for thrombotic disease (e.g. Factor V Leiden).

Clearly, multiple factors contribute to the ultimate severity of thrombotic disorders as well as hypercoagulable states associated with local thrombus formation in specific vascular beds (1). In summary, hemostasis represents a finely tuned balance between procoagulant and anticoagulant forces. An imbalance of these forces may lead to clinically significant disease, including arterial, venous and/or microvascular thrombosis. The vast majority of hypercoagulable states are associated with local thrombus formation (e.g. arterial or venous thrombosis). The interference by COX-2 inhibition with the normal physiological mechanisms that control hemostasis places the at-risk patient in a precarious state of heightened vulnerability to thromboembolic events.

In addition to selective COX-2 inhibitors, e.g. rofecoxib (Vioxx) and celecoxib (Celebrex), the use of NSAIDs, or non-selective COX-1 and COX-2 inhibitors, e.g. Naproxen (Aleve), are associated with an increased risk of symptomatic pulmonary embolism. This association may be partially explained by underlying medical conditions, as suggested by a similarly increased thrombotic risk in patients receiving acetaminophen and tramadol. Acetaminophen, also known as paracetamol, is a nonsteroidal anti-inflammatory drug with potent antipyretic and analgesic actions, but with very weak anti-inflammatory activity. When administered to humans, it reduces levels of prostaglandin metabolites in urine, but does not reduce synthesis of prostaglandins by blood platelets or by the stomach mucosa. Because acetaminophen is a weak inhibitor in vitro of both cyclooxygenase COX-1 and COX-2, the possibility exists that it inhibits a so-far unidentified form of COX, perhaps COX-3. In animal studies, COX enzymes in homogenates of different tissues vary in sensitivity to the inhibitory action of acetaminophen. This may be evidence that there are more than two isoforms of the enzyme. Recently, a variant of COX-2 induced with high concentrations of nonsteroidal anti-inflammatory drugs was shown to be highly sensitive to inhibition by acetaminophen. Therefore, COX-3 may be a product of the same gene that encodes COX-2, but have different molecular characteristics.

Traditional NSAIDs block both isoforms of COX but vary in their degree of selectivity. The associated risk of cardiovascular events seems higher for NSAIDs like diclofenac, which has a higher selectivity for COX-2 inhibition and the inhibition of PGI2 synthesis thereby inducing a prothrombotic state by inhibiting prostacyclin synthesis in addition to preventing the thrombin-induced formation of thrombomodulin along with a reduction the activation of Protein C and Protein S and the failure to negate the prothrombotic actions of Factor V and Factor VIII thereby favoring a prothrombotic systemic environment. Furthermore, prostaglandins stimulate the expression of thrombomodulin, a competent inhibitor of blood coagulation in human smooth muscle cells. A reduced prostaglandin synthesis because of COX inhibition may therefore have a prothrombotic effect that would favor the development of venous thrombosis in patients who are at risk.

In sum, and contrary to the opinions of Merck's expert Dr. Crowther, there is indeed much reliable scientific and medical literature establishing that COX-2 and prostacyclins are generated by and present in the native venous vasculature and venous endothelium, as much if not more than present in and generated by the arterial vasculature and the arterial endothelium. It is also the case that COX-2 is present systemically in the circulating venous blood and blood products. Thrombosis on the venous side of the vascular system starts with platelet aggregation, just as it does arterially, and as Dr. Crowther recognizes. Moreover, thrombomodulin and tissue factor inhibitory pathway are clearly present in the venous vascular system. Their inhibition promotes venous clot formation by allowing continued fibrin deposition. The biological inhibition of COX-2 is scientifically and mechanically connected to the formation and establishment of clots in the venous vasculature, leading to venous thromboembolic events. (Citations above, 33, 38)

## DISCUSSION OF THE ANALYSIS OF MERCK'S CLINICAL TRIALS

I have reviewed the Report of Drs. Brooks and Zambelli-Weiner regarding Merck's clinical trials and MedWatch filings. I consider that Report to be extremely thorough and well done. Their Report exposes the fact that Merck's data reporting is in complete, and that Merck's measurements and adjudication standards were inconsistent. Despite significant findings, Merck did not publicly discuss nor publish the to-be-expected venous embolic events that were being seen with Vioxx use.

In my view, this report fully supports the literature I have cited, and the opinions I have expressed, that conclude that a COX-2 inhibitor generally and Vioxx specifically can cause VTEs, and therefore expose users to a significant increase in the risk of those events.

## DISCUSSION OF MERCK'S PATENT SUBMISSIONS OF VIOXX FORMULATION WITH ANTI-THROMBOTIC AGENTS

The history of Merck's patent submissions on Vioxx and its proposed reformulation after submission of the original patent, establishes that Merck knew, back in 1998 (a year before Vioxx was put on the market), that Vioxx increased the risk of clot formation in at least certain patients to a degree that necessitated amelioration of its therapeutic action. These patent submissions are acknowledgement of the science that Merck now disavows through Drs.

5

Crowther and Kress.  Merck submitted several patents for approval that included reformulations of Vioxx, and they include a requested patent for administration of Vioxx with "a thrombin inhibitor" and/or a thromboxane A2 inhibitor.  The suggestion of a "thrombin inhibitor" establishes that Merck was aware of increased clotting activity in the venous system attributable to Vioxx usage.

## **THE COAGULANT CASCADE**



Thrombin activates the expression of COX-2 that leads to the the generation of endothelial derived prostacyclin (PGI2), which results in the expression of  thrombomodulin from the vascular endothelium. Thrombomodulin then activates Protein C, an endogenous anticoagulant.   Protein  C  feeds  back  on  Factor  V  and  Factor  VIII,  both  of  which  are procoagulant.  Factor V and Factor VIII are inactivated by Protein C.  By inactivating Factor V and Factor VIII,  Protein C produces a state in which  thrombosis will not occur. On the other hand, if the activity of COX-2 is inhibited by VIOXX or an NSAID, then prostacyclin will not be formed, and thrombomodulin will not be expressed and Protein C will not be present to counter the prothrombotic effects of Factors V and VIII.  This would then result in a **hypercoagulable state when blood is most likely to form a thrombus (blood clot).**

6

**SPECIFIC AND PERTINENT LITERATURE SYNOPSES**

**Ophthalmologica 2005;219:243–247  (16)**
**Risk of Retinal Vein Occlusions in Patients Treated with Rofecoxib (Vioxx)**
Carsten H. Meyer Jörg C. Schmidt Eduardo B. Rodrigues Stefan Mennel
**Department of Ophthalmology, Philipps University, Marburg , Germany**
**Key Words**
**Retinal vein occlusion   Rofecoxib   Vioxx  Cyclooxygenase-2 inhibitor**
**Abstract**
*Aims:* To present patients with branch retinal vein occlusion (BRVO) and central retinal vein occlusion (CRVO) after application of rofecoxib (Vioxx), a cyclo-oxygenase (COX) 2 inhibitor.
*Methods:* Three patients with sudden decrease in their vision were referred for evaluation and possible treatment.
*Results:* A 72-year-old female with rheumatoid arthritis was treated with rofecoxib.  When the dosage was doubled to 50 mg daily, she noticed a sudden painless decrease of vision in her right eye.  Her visual acuity (VA) was 20/400 OD and 20/20 OS. Biomicroscopy OD demonstrated a CRVO with tortuous retinal veins and numerous hemorrhages in the midperiphery.  A 68-year-old female with severe osteoporosis developed a BRVO with flame-shaped hemorrhages in the superior hemisphere OS 1 day after taking rofecoxib (25 mg) daily.  A 47-year-old American male took Vioxx for 1 week to relieve hip pain and noticed temporarily decreased vision OD.  A month later, he resumed taking Vioxx and noticed a progressive decline in his VA with persistent cloudiness.  Ophthalmic examination revealed CRVO in his right eye.
*Conclusion:* Although COX-2 inhibitors are safe in the majority of patients, under certain conditions they may induce prothrombotic effects. Few patients with predisposed thrombosis may be at risk for cardiovascular and ocular thrombotic events.
*Discussion*
Venous occlusions are among the most common retinal diseases.  The path physiology for retinal thrombosis lies in distinct anatomical locations where a possible narrowing of the retinal vein may accelerate thrombus formation [9] .  The Eye Disease Case-Control Study investigated systemic and ocular risk factors of CRVO or BRVO [10–13] .  A variety of systemic disorders including arterial hypertension, diabetes mellitus, dyslipidemia, hyperviscosity (polycythemia vera), autoimmune disease (systemic lupus erythematosus), systemic vasculitis, cardiovascular disease or an increased body mass may be associated with retinal vein occlusions.  **COX-2 inhibitors have two potentially negative effects on the vascular system.**  First, they do not inhibit the thromboxane A 2 (TXA 2) production increasing the platelet aggregation.  NSAIDs, on the other hand, inhibit only prostacyclin (PGI 2 ) and leave the beneficial production of TXA2 unaffected. Secondly, COX-2 inhibitors block PGI 2 , which plays a key role in the inflammatory process and the regulation of thrombogenesis as a potent inhibitor of platelet activation [14, 15] .  These possible adverse effects have recently been investigated after a localized catheter-induced injury in an animal model.  While knockout mice lacking PGI 2 receptors developed a significantly increased TXA 2 biosynthesis and platelet aggregation, knockout mice lacking both the TXA 2 and PGI 2 receptors did not show this exaggerated response.  The authors concluded that endogenous PGI 2 modulates the vascular action of TXA2 and platelet activation in vivo [16].  The gastrointestinal-sparing effect of COX-2inhibitors is accompanied by a potential imbalance of TXA2  and PGI2 and may therefore have a prothrombotic effect in selected patients.

The precise role of COX-2 remains unelucidated; however, it is known that selective COX-2 inhibitors modulate the vascular hemostasis and may trigger spontaneous thrombosis at predisposed locations [6, 17, 18] . The continued compression of the retinal vein may attenuate a variety of potential mechanisms including hemodynamic changes, perpetuate turbulent flow and endothelial changes, possibly predisposing intraluminal thrombosis.  Our patients eluded predisposed locations for ocular thrombosis at the lamina cribrosa and arteriovenous crossing, which may be comparable to localized iatrogenic vascular alteration at the carotid of knockout mice.  Both locations, the catheter-induced injury in animals and the arteriovenous crossings in humans, disclosed similar endothelial cell edema and proliferation in histopathologic sections [16].  The vicinity of the arteriosclerotic arteriole increases the vulnerability of venous obstruction at the arteriovenous crossing.  Recent molecular-biological studies demonstrated that the release of cytoprotective mediators such as PGI2 or plasminogen activator protect the vascular wall against activated blood platelets.  When this physiologic environment is disturbed,the vascular endothelium is damaged and the release of mediators is suppressed, leading to a potential prothrombotic environment [19, 20] .Previous articles reported transient visual disturbance after the use of COX-2 inhibitors [21, 22] . This article describes 3 patients, who developed CRVO or BRVO using rofecoxib. It was most striking that each of our evidence-based ocular thromboses developed soon after initiation or doubling the dosage of the therapy. Although the specific effect of rofecoxib in ocular thrombosis has not been elucidated yet, **it is important to consider thrombogenesis with respect to the prescription of rofecoxib.**



**From Meyer et al. (16, 17)**

8

**DISCUSSION and COMMENTS**

Note that Patient #3 experienced retinal vein occlusion that was treated successfully. However, a month later he resumed taking VIOXX and noticed a progressive decline in his visual acuity with persistent cloudiness. The fact that the patient was able to repeat the event **provides indisputable evidence** of a cause and effect relationship demonstrating that VIOXX, administered to a susceptible individual can precipitate an occlusive thrombotic event referred to as *amaurosis partialis fugax* (transitory partial blindness). The presence of a constricting lesion in the right central retinal vein did not give rise to symptoms until the patient was exposed to VIOXX after which he became symptomatic. This pattern is consistent with the warnings provided by Crofford et al. (28) who demonstrated that patients with preexisting vascular injury are susceptible to thrombotic events when taking a COX-2 inhibitor. Thus, had it not been for VIOXX, the patient more likely than not would not have had a series of TIAs that ultimately culminated in an ischemic stroke with residual neurological impairments.

The role of VIOXX, or NSAIDS, in promoting the development of retinal vein occlusion is demonstrated by several other reports in the medical literature. For example, the publication by Sennlaub and colleagues (36) calls attention to an important role for COX-2 in ischemic proliferative retinopathy (disease of the retina leading to loss of vision).

------------------------------------------------------------------------

*J Exp Med* 204: 2053-2061, 2007.
**Differences In Secretion Of Prostacyclin By Venous And Arterial Endothelial Cells Grown In Vitro In A Static Versus A Mechanically Active Environment.**
Upchurch GR Jr, Banes AJ, Wagner WH, Ramadan F, Link GW, Henderson RH, Johnson G Jr.
**Abstract**
**Department of Surgery, University of North Carolina Chapel Hill.**
**Journal of Vascular Surgery Volume 10, Issue 3, Pages 292-298, September 1989 (38)**

The objective of this study was to compare the effect of cyclic tension on prostacyclin secretion by venous and arterial endothelial cells. Early passage endothelial cells from bovine aortas and venae cavae were subjected to cyclic deformation (up to 17% elongation and 60 cycles/min). On post-treatment days 3 and 5, a radioimmunoassay was used to assess supernatant fluids from the endothelial cells for prostacyclin activity. The results indicate that in vitro under static or control conditions, venous endothelial cells secrete significantly more prostacyclin (an increase of 1.5- and 4.8-fold on days 3 and 5, respectively) than do arterial endothelial cells isolated from the same animal. In addition, prostacyclin secretion by mechanically deformed venous and arterial endothelial cells was significantly less than static control cultures on days 3 and 5. However, prostaglandin I 2 secretion remained at higher levels in cyclically deformed venous endothelial cells than in cyclically deformed arterial endothelial cells. **These data suggest that endothelial cells from the vena cava have a greater capacity for prostacyclin secretion than have their aortic counterparts. If these observations are maintained in vivo, greater prostacyclin secretion by venous endothelial cells could represent a hemostatic mechanism aimed at reducing thrombus formation in low-velocity areas of the vasculature.**

------------------------------------------------------------------------------

**Source: <u>Pharmacoepidemiol Drug Safty.</u>  2011 Jun; 20(6): 635-42.  doi: 10.1002/pds.2130.
Non-Steroidal Anti-Inflammatory Drugs And Risk Of Pulmonary Embolism.**
Biere-Rafi S, Di Nisio M, Gerdes V, Porreca E, Souverein P, Boer A, Büller H, Kamphuisen P.
Department of Vascular Medicine, Academic Medical Center, Amsterdam, The Netherlands.
S.rafi@amc.uva.nl  (24)

Non-steroidal anti-inflammatory drugs (NSAIDs) have been associated with an increased risk of arterial thrombosis, but their effect on venous thrombotic events is less well established.  The study aimed to assess the risk of symptomatic pulmonary embolism (PE) in patients using NSAIDs and to evaluate any effect of type, dose, and duration of therapy.

**Methods:** A case–control study was conducted using the PHARMO Record Linkage System, a Dutch population-based registry.  Cases were patients hospitalized with a primary diagnosis of PE and were matched to controls without a history of PE.  To exclude confounding by indication, the effect of painkillers without known haemostatic effects was assessed.

**Results:** The study population consisted of 4433 cases and 16,802 controls. After adjustment for surgery, trauma, and malignancy, current use of NSAIDs was associated with PE (odds ratio (OR) 2.39, 95% confidence interval (CI) 2.06–2.77).  The risk was highest for traditional NSAIDs, and the overall risk for NSAIDs was highest in the first 30 days of exposure (OR 4.77, 95%CI 3.92–5.81), as compared with chronic (<1 year; OR 1.83, 95%CI 1.47–2.28) or long-term use (>1 year; OR 2.14, 95%CI 1.48–3.09).  Use of acetaminophen and tramadol also increased the risk of PE (OR 1.74, 95%CI 1.42–2.14 and OR 4.07, 95%CI 2.86–5.75, respectively) with a similar time trend.

**Conclusions**: Use of NSAIDs is associated with an increased risk of symptomatic PE. This association may be partially explained by underlying medical conditions, as suggested by a similarly increased thrombotic risk in patients receiving acetaminophen and tramadol.

Non-steroidal anti-inflammatory drugs (NSAIDs) are used extensively for a broad spectrum of chronic and acute disorders and are available without prescription. Several studies have shown that both cyclo-oxygenase COX-2 selective and non-selective NSAIDs are associated with an increased risk of cardiovascular events and death.  In addition, the risk appears to be dose and time related.

*See also,* **Schmidt M, Christiansen CF, Horvath-Puho E, Glynn RJ, Rothman KJ and Sorenson HT**, Non-steriodal anti-inflammatory drug use and risk of venous thromboembolism. *J Thromb Haemost,* 9:1326-1333, 2011  (37)

------------------------------------------------------------------------------

10

The following serious adverse events have been reported rarely (estimated <0.1%) in patients taking **VIOXX** , regardless of causality. Cases reported only in the post-marketing experience are indicated in italics.

*Cardiovascular:* cerebrovascular accident, congestive heart failure, **deep venous thrombosis**, *hypertensive crisis* , myocardial infarction, *pulmonary edema* **, pulmonary embolism**, transient ischemic attack, unstable angina.

**Source**: http://www.pdr.net/pdrnet/librarian/ND_PR/DrugInfo/SBK/1/PF

-------------------------------------------------------------------------------

I am submitting a "Supplement to Report," attached as Exhibit 4, which is in three parts plus additional references on which I have relied. The "Supplement to Report" was prepared and submitted for the reasons set forth therein. Merck is also aware of other reports I have submitted in Vioxx matters, and materials therein serve as further support for these conclusions.

-------------------------------------------------------------------------------

**IDENTIFICATION OF TEXTS AND JOURNALS RELIED ON IN FORMING THESE OPINIONS**

In addition to the references listed in this document, I reviewed expert reports prepared in this case, I reviewed patent applications filed by Merck, and I consulted authoritative medical texts and the respective chapters dealing with the pathophysiological mechanisms in thrombosis and hemostasis that include, but are not limited to the following:

> INFLAMMATION: BASIC PRINCIPLES AND CLINICAL CORRELATES, 3rd edition., J. I. Gallen and Ralph Snyderman, 1999
>
> THROMBOSIS AND HEMORRHAGE 3rd edition. Ed: J Loscalzo and Andrew I.Schafer
>
> Goodman & Gilman's THE PHARMACOLOGICAL BASIS OF THERAPEUTICS. 11th edition
>
> ROBBINS PATHOLOGIC BASIS OF DISEASE. 6th edition, Cotran, Kumar, Collins Brunton, J Lazo, K Parker, I Buxton, D Blumenthal 2006
>
> TEXTBOOK OF CRITICAL CARE 3rd edition. Shoemaker, Ayres, Grenvik, Holbrook 1995
>
> CECIL ESSENTIALS OF MEDICINE 3rd edition. Ed. Andreoli, Bennett, Carpenter, Plum, Smith 1993

I subscribe to and read the following medical journals on a regular basis:

*CIRCULATION*

*RESEARCH*

*ATHEROSCLEROSIS*

*THROMBOSIS AND VASCULAR BIOLOGY*

*STROKE*

*JOURNAL OF PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS*

*JOURNAL OF CARDIOVASCULAR PHARMACOLOGY*

*BRITISH JOURNAL OF PHARMACOLOGY*

*EUROPEAN JOURNAL OF PHARMACOLOGY*

*JOURNAL OF CARDIAC FAILURE*

*JOURNAL OF MOLECULAR AND CELLULAR CARDIOLOGY*

## **REFERENCES**

1.     **Aird WC**. Vascular bed-specific thrombosis. *J Thromb Haemost* 5 Suppl 1: 283-291, 2007.
2.     **Arlestig L, Wallberg Jonsson S, Stegmayr B, and Rantapaa-Dahlqvist S**. Polymorphism of genes related to cardiovascular disease in patients with rheumatoid arthritis. *Clin Exp Rheumatol* 25: 866-871, 2007.
3.     **Bajaj MS, Kuppuswamy MN, Saito H, Spitzer SG, and Bajaj SP**. Cultured normal human hepatocytes do not synthesize lipoprotein-associated coagulation inhibitor: evidence that endothelium is the principal site of its synthesis. *Proc Natl Acad Sci U S A* 87: 8869-8873, 1990.
4.     **Cerinic MM, Valentini G, Sorano GG, D'Angelo S, Cuomo G, Fenu L, Generini S, Cinotti S, Morfini M, Pignone A, Guiducci S, Del Rosso A, Kalfin R, Das D, and Marongiu F**. Blood coagulation, fibrinolysis, and markers of endothelial dysfunction in systemic sclerosis. *Seminars in arthritis and rheumatism* 32: 285-295, 2003.
5.     **Cleland LG, James MJ, Stamp LK, and Penglis PS**. COX-2 inhibition and thrombotic tendency: a need for surveillance. *The Medical journal of Australia* 175: 214-217, 2001.
6.     **Cuomo G, Mantelli A, Improta RD, Stornaiuolo G, Di Biase S, Gaeta GB, Ianniello R, Cafaro MR, Tufano MA, and Valentini G**. Isolated autoimmune response: definition, analysis of the prevalence in an outpatient rheumatology clinic, relationship to pre-clinical autoimmune disease and infections by hepatotropic viruses. *Clin Exp Rheumatol* 20: 7-12, 2002.
7.     **Ghosh M, Wang H, Ai Y, Romeo E, Luyendyk JP, Peters JM, Mackman N, Dey SK, and Hla T**. COX-2 suppresses tissue factor expression via endocannabinoid-directed PPARdelta activation. *J Exp Med* 204: 2053-2061, 2007.
8.     **Girard TJ, Warren LA, Novotny WF, Likert KM, Brown SG, Miletich JP, and Broze GJ, Jr.** Functional significance of the Kunitz-type inhibitory domains of lipoprotein-associated coagulation inhibitor. *Nature* 338: 518-520, 1989.

9.     **Hennan JK, Huang J, Barrett TD, Driscoll EM, Willens DE, Park AM, Crofford LJ, and Lucchesi BR**. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. *Circulation* 104: 820-825, 2001.

10.    **Krupiczojc MA, Scotton CJ, and Chambers RC**. Coagulation signalling following tissue injury: Focus on the role of factor Xa. *The international journal of biochemistry & cell biology* 40: 1228-1237, 2008.

11.    **Maroney SA, Cooley BC, Sood R, Weiler H, and Mast AE**. Combined tissue factor pathway inhibitor and thrombomodulin deficiency produces an augmented hypercoagulable state with tissue-specific fibrin deposition. *J Thromb Haemost* 6: 111-117, 2008.

12.    **Maroney SA, Cunningham AC, Ferrel J, Hu R, Haberichter S, Mansbach CM, Brodsky RA, Dietzen DJ, and Mast AE**. A GPI-anchored co-receptor for tissue factor pathway inhibitor controls its intracellular trafficking and cell surface expression. *J Thromb Haemost* 4: 1114-1124, 2006.

13.    **Maroney SA, Haberichter SL, Friese P, Collins ML, Ferrel JP, Dale GL, and Mast AE**. Active tissue factor pathway inhibitor is expressed on the surface of coated platelets. *Blood* 109: 1931-1937, 2007.

14.    **McLaughlin GE**. Sudden death in rheumatoid arthritis: pulmonary embolism--a fatal complication of iliopsoas bursitis. *J Clin Rheumatol* 8: 208-211, 2002.

15.    **Meyer C, and Gahler R**. Central retinal vein occlusion in a patient with rheumatoid arthritis taking rofecoxib. *Lancet* 360: 1100, 2002.

16.    **Meyer CH, Schmidt JC, Rodrigues EB, and Mennel S**. Risk of retinal vein occlusions in patients treated with rofecoxib (vioxx). *Ophthalmologica Journal international d'ophtalmologie International journal of ophthalmology* 219: 243-247, 2005.

17.    **Novotny WF, Brown SG, Miletich JP, Rader DJ, and Broze GJ, Jr.** Plasma antigen levels of the lipoprotein-associated coagulation inhibitor in patient samples. *Blood* 78: 387-393, 1991.

18.    **Novotny WF, Girard TJ, Miletich JP, and Broze GJ, Jr.** Platelets secrete a coagulation inhibitor functionally and antigenically similar to the lipoprotein associated coagulation inhibitor. *Blood* 72: 2020-2025, 1988.

19.    **Rabausch K, Bretschneider E, Sarbia M, Meyer-Kirchrath J, Censarek P, Pape R, Fischer JW, Schror K, and Weber AA**. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. *Circ Res* 96: e1-6, 2005.

20.    **Steffel J, Luscher TF, Ruschitzka F, and Tanner FC**. Cyclooxygenase-2 inhibition and coagulation. *Journal of cardiovascular pharmacology* 47 Suppl 1: S15-20, 2006.

21.    **Wagner DD**. New links between inflammation and thrombosis. *Arteriosclerosis, thrombosis, and vascular biology* 25: 1321-1324, 2005.

22.    **Zia E, Hedblad B, Pessah-Rasmussen H, Berglund G, Janzon L, and Engstrom G**. Blood pressure in relation to the incidence of cerebral infarction and intracerebral hemorrhage. Hypertensive hemorrhage: debated nomenclature is still relevant. *Stroke* 38: 2681-2685, 2007.

23.    **Zia E, Pessah-Rasmussen H, Khan FA, Norrving B, Janzon L, Berglund G, and Engstrom G**. Risk factors for primary intracerebral hemorrhage: a population-based nested case-control study. *Cerebrovasc Dis* 21: 18-25, 2006.

24.    **Biere-Rafi S, Di Nisio M, Gerdes V, Porreca E, Souverein P, Boer A, Büller H, Kamphuisen P.,** Non-Steroidal Anti-Inflammatory Drugs And Risk Of Pulmonary Embolism. *Pharmacoepidemiol Drug Safty.* 2011 Jun; 20(6): 635-42.

25.     **Bing RJ**. Cyclooxygenase-2 inhibitors: is there an association with coronary or renal events? *Curr Atheroscler Rep* 5: 114-117, 2003.
26.     **Bleumink GS, Feenstra J, Sturkenboom MC, and Stricker BH**. Nonsteroidal anti-inflammatory drugs and heart failure. *Drugs* 63: 525-534, 2003.
27.     **Brinker A, Goldkind L, Bonnel R, and Beitz J**. Spontaneous reports of hypertension leading to hospitalisation in association with rofecoxib, celecoxib, nabumetone and oxaprozin. *Drugs Aging* 21: 479-484, 2004.
28.     **Crofford LJ, Oates JC, McCune WJ, Gupta S, Kaplan MJ, Catella-Lawson F, Morrow JD, McDonagh KT, and Schmaier AH**. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors. A report of four cases. *Arthritis Rheum* 43: 1891-1896, 2000.
29.     **Djavani K, Wanhainen A, and Bjorck M**. Intra-abdominal hypertension and abdominal compartment syndrome following surgery for ruptured abdominal aortic aneurysm. *Eur J Vasc Endovasc Surg* 31: 581-584, 2006.
30.     **Khoynezhad A, and Plestis KA**. Managing emergency hypertension in aortic dissection and aortic aneurysm surgery. *J Card Surg* 21 Suppl 1: S3-7, 2006.
31.     **Maroney SA, Cooley BC, Sood R, Weiler H, and Mast AE**. Combined tissue factor pathway inhibitor and thrombomodulin deficiency produces an augmented hypercoagulable state with tissue-specific fibrin deposition. *J Thromb Haemost* 6: 111-117, 2008.
32.     **Meyer CH, Schmidt JC, Rodrigues EB, and Mennel S**. Risk of retinal vein occlusions in patients treated with rofecoxib (vioxx). *Ophthalmologica Journal international d'ophtalmologie International journal of ophthalmology* 219: 243-247, 2005.
33.     **Monacada S,** Prostacyclin and arterial wall biology. *Arterioscler., Thromb, and Vasc Biol.*, 1982; 2,: 193-207
34.     **Nussmeier NA, Whelton AA, Brown MT, Langford RM, Hoeft A, Parlow JL, Boyce SW, and Verburg KM**. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. *N Engl J Med* 352: 1081-1091, 2005.
35.     **Ono C, Ashida T, Sugiyama T, Fujii J, Homma S, and Tanimoto A**. [Rupture of a thoracic aortic aneurysm in a patient with hypertension, myocardial infarction, hyperlipidemia and operation for abdominal aortic aneurysm rupture after follow-up for 28 years]. *Nippon Ronen Igakkai Zasshi* 41: 670-674, 2004.
36.     **Sennlaub F, Valamanesh F, Vazquez-Tello A, El-Asrar AM, Checchin D, Brault S, Gobeil F, Beauchamp MH, Mwaikambo B, Courtois Y, Geboes K, Varma DR, Lachapelle P, Ong H, Behar-Cohen F, and Chemtob S**. Cyclooxygenase-2 in human and experimental ischemic proliferative retinopathy. *Circulation* 108: 198-204, 2003.
37.     **Schmidt M, Christiansen CF, Horvath-Puho E, Glynn RJ, Rothman KJ and Sorenson HT**, Non-steriodal anti-inflammatory drug use and risk of venous thromboembolism. *J Thromb Haemost,* 9:1326-1333, 2011
38.     **Upchurch GR, Banes AJ, Wagner WH, Ramadan FR, Link GW, Henderson RH, Johnson G. D**ifferences in secretion of prostacyclin by venous and arterial endothelial cells grown in vitro in a static versus a mechanically active environment.  *J. Vasc Surg* 1989; 10:292-8

**GLOSSARY**

**Coagulation cascade**
Series of reactions by which a small stimulus is amplified to produce rapid coagulation.

**Factor Xa**
The activated form of Factor X. It catalyses the conversion of prothrombin to thrombin in conjunction with other cofactors.

**Fibrin**
The primary end product of the coagulation cascade. Fibrin links itself into strands to form a net. This net traps blood cells and tightens itself through cross-linkages, resulting in a dense blood clot.

**Fibrinolytic system**
A system that balances the formation and dissolution of fibrin.

**Hemostasis**
The prevention of blood loss, either by the physiological properties of vasoconstriction and coagulation or by surgical means.

**Hypercoagulability**
A potentially dangerous state of an increased tendency for blood to coagulate, even within blood vessels. Hypercoagulability can be an inherited condition (e.g., Factor V Leiden mutation) or acquired through circumstance (e.g., cancer).

**Hypercoagulable state**
Changes in the blood that promote coagulation.

**Plasmin**
A component (enzyme) of the fibrinolytic system that breaks fibrin into small pieces.

**Procoagulant**
A substance that promotes the coagulation of blood.

**Prothrombin**
Factor II, also called prothrombin, is converted into thrombin as part of the coagulation cascade.

**Prothrombinase complex**
The prothrombinase complex consisting of the coagulation factors Xa and Va, phospholipid and calcium catalyzes the conversion of prothrombin (Factor II) to thrombin (Factor IIa).

**Thrombin**
Also called Factor IIa, thrombin performs two functions in the coagulation cascade: activating platelets, and catalysing the conversion of soluble fibrinogen into insoluble fibrin. It is formed from prothrombin by a reaction that is catalysed by Factor Xa.

**Venous Stasis**
The presence of an abnormally low rate of blood flow in the veins. This can be caused by, for example, the use of a tourniquet or prolonged immobility.

**Venous Thromboembolism (VTE)**
A condition in which a blood clot (thrombus) forms in a vein, which in some cases then breaks free and enters the circulation as an embolus, finally lodging in and completely obstructing a blood vessel, e.g., in lungs causing a PE. The term encompasses both DVT and PE. Blood clot formation, or hemostasis, depends on an intricate series of events involving platelets, other cells, and the activation of specific blood proteins, known as coagulation factors

* * * * *

**The following is a list of court trials in which I testified as an expert witness in the past seven years**. In each instance I served on behalf of the plaintiffs.

a) July 2005 Ernst v Merck (Vioxx injury) Expert Witness
Angleton, Texas

b) August 2005 Ernst v Merck (Vioxx Injury) Expert Witness Rebuttal
Angleton, Texas

c) September 2005 Humeston v Merck (Vioxx Injury) Expert Witness
Atlantic City, New Jersey

d) November 2005 Ervin v Merck (Vioxx Injury) Expert Witness,
Atlantic City, New Jersey

My compensation is $500 / hour for review of documents and preparation of reports, $1,000 per day when away from my home/office, and $750 per hour for deposition and/or trial.

The citation of an article, text, treatise or study does not mean that I adopt it for all purposes, nor does it mean that I agree with all of its contents.

In conclusion, it is my opinion that there is valid and reliable scientific evidence and evidence in the medical literature that Vioxx can and does contribute to a substantial and significant increase of the risk of venous thromboembolism in general, and DVTs and PEs in particular. I strongly dispute, and disagree with, the opinions expressed by Merck's expert witnesses, Dr. John P. Kress and Dr. Mark A. Crowther.

*I have made all the inquiries that I believe are desirable and appropriate and that no matters of significance that I regard as relevant have, to my knowledge, been withheld intentionally. The opinions expressed are my own, and are stated with a reasonable degree of medical and scientific probability. I am aware that depositions of additional witnesses will occur in the future, and that discovery is ongoing. My report is based on the discovery done to date. Therefore, I reserve the right to amend or supplement my report based on facts that are learned and provided to me after the date of this report.*

Submitted by:

*[signature: Benedict R. Lucchesi]*

Benedict R. Lucchesi, MD, PhD, FAHA                  August 31, 2012

Professor of Pharmacology
University of Michigan Medical School

17

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Expert Report of Benedict R. Lucchesi has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, (without attachments which are provided electronically) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of August, 2012.

/s/ Ann B. Oldfather
_____
Ann B. Oldfather