**Exhibit 1**

**Witness Qualifications, including a list of all publications authored in the past 10 years**

# CURRICULUM VITAE

| | |
|---|---|
| **NAME AND HOME ADDRESS** | Benedict Robert Lucchesi, MD, PhD |
| | 2614 Salisbury Lane |
| | Ann Arbor, Michigan 48103 |
| | (734) 663-7434 |
| | |
| **BUSINESS ADDRESS** | Department of Pharmacology |
| | A220 Medical Science Research Building III |
| | The University of Michigan Medical School |
| | Ann Arbor, Michigan 48109-0632 (734) 764-9116, |
| | Fax: (734) 647-4782 E-Mail:  benluc@umich.edu |
| | |
| **DATE AND PLACE OF BIRTH** | June 9, 1933; New York City, New York |
| | |
| **MARITAL STATUS** | Married to Diana Mannarino (nee) |
| | |
| **CHILDREN 'S NAMES AND DATES OF BIRTH** | John David - October 9, 1965 |
| | Steven John - May 15, 1964 |
| | Richard Michael - January 1, 1963 |
| | Mary Ellen - September 4, 1961 |
| | Thomas Robert - October 18, 1959 |

## EDUCATION

The University of Michigan, Ann Arbor, Michigan, 1961-1964 (M.D.)

The University of Michigan, Ann Arbor, Michigan, 1957-1961 (Ph.D., Pharmacology)

St. John's University, New York, New York, 1955-1957 (M.S., Physiology)

St. John's University, New York, New York, 1951-1955 (B.S., Summa Cum Laude)

Newtown High School, Elmhurst, New York, 1948-1951

## APPOINTMENTS

Director of Research, Michigan Diabetes Research and Training Center, The University of Michigan, 1981-1986

Director, Upjohn Center for Clinical Pharmacology, The University of Michigan, 1978-1981

Professor, Department of Pharmacology, The University of Michigan, 1973-Present

Associate Professor, Department of Pharmacology, The University of Michigan, 1968-1973

Assistant Professor, Department of Pharmacology, The University of Michigan, 1965-1968

Instructor (full-time), Department of Pharmacology, The University of Michigan, 1964-1965

Instructor (half-time), Department of Pharmacology, The University of Michigan, 1960-1964

Teaching Assistant, Department of Physiology, St. John's University, 1956-1957

## TEACHING ACTIVITIES

Dr. Lucchesi devotes approximately 40% of his efforts to teaching and educational activities, fulfilling one of the three primary components expected of faculty member at the University of Michigan Medical School.  An additional 30% effort is devoted to supervising graduate students and postdoctoral fellows in the laboratory.

## Pharmacology 210 – Pharmacology for Students in the School of Nursing

In 1964, Dr. Lucchesi was assigned the responsibility of reorganizing the pharmacology course for second year nursing students and Graduate Nurses who were enrolled in the Bachelor of Science Degree Program.  This was a two-semester course in which Dr. Lucchesi presented all of the lectures (4 hours /week) covering most of the topics in basic pharmacology texts.  He continued to be responsible for the course for the next 17 years.  During this time, the course was expanded and offered to Graduate Nurses at the Ann Arbor campus as well as at the University of Michigan campus in Flint, Michigan (evening classes 6-10 PM - 4 hours/week) and in the summer months at the Northern Michigan University Campus in Traverse City, Michigan during the months of May, June and July on Thursday and Friday from 6 PM to 10 PM, and 8 Am to 12 noon on Saturday.  Over the course of 17 years, more that 6,000 Graduate Nurses received a full course in pharmacology, in addition to the more than 2,500 students who received the Bachelor of Science Degree from the University of Michigan School of Nursing.

## Pharmacology 659 and 660 for Medical Students

Dr. Lucchesi was appointed to the faculty as an Instructor in 1961, the same year he was accepted into Medical School.  From that time until 2001 he was involved in organizing and presenting the 2nd year sequence in Cardiovascular Pharmacology for Medical Students.  The presentations consisted of 18 hours of didactic lecture.

## Clinical Pharmacology and Therapeutics for Senior Medical Students

Since the early 1940s, the Department of Pharmacology has sponsored a course in Clinical Pharmacology and Therapeutics for 4th year medical students.  Edward A. Carr, Jr., MD, organized the course.  With the departure of Dr. Care in 1974, I was asked to assume responsibility for

8/22/2011

organizing and presenting the course that consisted of 120 hours of classroom sessions in which invited faculty and students engaged in discussions that covered the pharmacological basis of therapeutics and the appropriate use of therapeutic interventions that covered a wide range of clinical situations.  Over 60 faculty members, each expert in their respective fields participated in the course offerings.   The course proved to be highly successful and the Medical School Administration made the course a requirement for *all* senior medical students in the year 2005. Although Dr. Lucchesi is not the director of the new course, he continues to participate by providing 10 or more hours of lecture each year.

## **Pharmacology 640/616 for Pharmacology Graduate Students**

Dr. Lucchesi has been responsible for organizing and presenting the lectures in Cardiovascular Pharmacology 640/616, which is designed specifically for graduate students in the Department of Pharmacology as well as for other students in the Biomedical Doctoral programs.  The course of instruction involves 18 hours of didactic presentations and student discussions.  Each two-hour class session is preceded by a ten-minute quiz based on the assigned reading for the topic to be discussed.  The class discussion if followed by an additional hour during at which time two students present a 30 minute Power Point discussion based upon assigned readings that complement the day's lecture.

## **Summer Lecture Series in Pharmacology – Charles Ross Fellowship and ASPET Fellowship Programs**

Charles Ross, PhD and former graduate student at the University of Michigan and subsequently Professor of Pharmacology and Dean of the Graduate School at SUNY. Dr. Ross was also the first African-American to receive a Ph.D. in Pharmacology from the Department of Pharmacology at the University of Michigan Medical School. In memory of Dr. Ross, I established a fellowship program to provide under-represented minority students who are interested in the biomedical sciences first-hand laboratory experience with a focus on pharmacology.  Since 1991, I have administered the Charles Ross Summer Research Program, which includes 24 hours of class room instruction in which the students are introduced to selected topics in pharmacology.  A second component of the Summer Research Program includes students who are successful in being granted a fellowship sponsored by the American Society for Pharmacology and Experimental Therapeutics.  The combined programs have served to recruit dedicated graduate students from the US and abroad to the University of Michigan, Department of Pharmacology.

8/22/2011

## Tutorial in Cardiovascular Pharmacology – Undergraduate Research Opportunity Program (UROP).

UROP creates research partnerships between first and second year students and University of Michigan faculty. All schools and colleges of the University of Michigan are active participants in UROP, thereby providing a wealth of research topics from which a student can choose. Begun in 1989 the program continues to grow, offering first and second year students the opportunity to be part of an exciting research community. Today, approximately 900 students and over 600 faculty researchers are engaged in research partnership. As a participating faculty member since inception of UROP, I recognized that students were not prepared to engage in basic research in cardiovascular pharmacology due to lacking exposure to physiology and pathology of the cardiovascular system.  In the Fall Term of 2005, I organized a tutorial in Cardiovascular Pharmacology that met each Thursday evening from 6 PM to 8 PM for two terms.  In addition to introducing the students to the same lectures given to 2nd year medical students, the undergraduate students were assigned readings on which they were examined each week and were required to present two 30 minute Power Point Presentations on an assigned topic.  In each of the subsequent years, 20 or more students have enrolled for the tutorials.  From this pool, seven students have been involved in basic research in Cardiovascular Pharmacology and several others have joined other laboratories.  It became obvious, that undergraduate students can comprehend subjects that are taught to medical students and from this experience gain an interest in biomedical research.  In the summer of 2010 twelve students from the first group of who enrolled in the Cardiovascular Pharmacology Tutorial completed four years of study under my supervision.  Among the 12 students, 9  applied to medical school and are now enrolled in the MD/PhD program at the following medical schools –University of Michigan (4), University of Iowa (1), Northwestern University (2), Ohio State University(1), Medical College of Wisconsin (1).

## Pharmacology 659 and 660 for PharmD Students in the School of Pharmacy and Graduate Nurses in the School of Nursing

For a period of over 20 years, Dr. Lucchesi has been presenting 16-18 hours of lecture in the month February for students in Doctor of Pharmacy Degree program in the School of Pharmacy as well as Graduate Nurses (RNs) enrolled in the Bachelor of Science Degree program in the School of Nursing.

8/22/2011

## **Former and Present Graduate and Postdoctoral Trainees**

**Graduate Students (Ph.D.)**
1. Janice L Stickney
2. Leighton S. Whitsitt
3. Richard R. Dean
4. W. Mark Vogel
5. Frank J. Kniffen
6. Donald A. Kroll
7. Larry R. Bush
8. Eugene Patterson
9. Joseph L. Romson
10. Stephanie E. Mitsos
11. Paul J. Simpson
12. Jonathon W. Homeister
13. Kenneth S. Kilgore
14. Liguo Chi
15. Michael R. Gralinski
16. James L. Park
17. Elaine J. Tanhehco
18. Ting-Ting Hong
19. D. Adam Lauver
20. Erin Booth

**Graduate Students (M.S.)**
1. Robert Shivak
2. Robert J. Hodgeman
3. Timothy E. Lomas
4. Yuk-Ping Li
5. Brian T. Eller
6. William E. Burmeister
7. Paul T. Hoff
8. Erin Booth
9. Jullia Y. Lee

**Postdoctoral Research Fellows** (Foreign)
1. Marcelo Medina
2. Yung-Fong Sung
3. Volker Fiedler
4. Masaru Minami
5. Wolfgang Söhngen
6. Yasuo Tamura
7. Andrew C.G. Uprichard
8. Shawn C. Black
9. S. Oluwole Fagbemi
10. Dun-Xue Mu
11. Yuji Sudo

12. J. Nelson Abreu Rivera
13. Sam S. Rebello
14. Katsuharu Saito
15. Jinbao Huang
16. Terrance D. Barrett
17. James K. Hennan
18. Ting-Ting Hong
19. Marta Marchesi

**Postdoctoral Research Fellows (U.S.)**
1. David D. Ku
2. John K. Gibson
3. Gregory A. Kopia
4. Stanley R. Jolly
5. Guy P. Curtis
6. William A. Schumacher
7. Joseph J. Lynch
8. C. Van Jackson
9. Jan M. Kitzen
10. Paul S. Satoh
11. Mark R. Cunningham
12. William E. Rote
13. Gregory S. Friedrichs
14. Ruth A. Washington
15. Sonya D. Coaxum
16. Jinbao Huang
17. Erin Booth
18. D. Adam Lauver

**Postdoctoral Clinical Fellows**
1. Allen Peterson
2. Jeffrey Murray
3. James Stewart
4. Michael Shea
5. Philip Kirlin
6. Harry Colfer
7. David J. Wilbur
8. Steven W. Werns
9. Stevens D. Nelson
10. Judith K. Mickelson
11. George C. Li
12. Daniel G. Walsh
13. David Muller
14. Peter Fischbach

8/22/2011

## <u>Undergraduate Research Opportunity Students</u>

### UROP Students 2006-2009

**2006-2007 Tutorial**

* denotes laboratory participation

1.  Amit Parekh *
2.  Keturah Childs *
3.  Jay Mohan
4.  Arup Deb *
5.  Gulrez Mahmood  *
6.  Rushi Vyas *
7.  Cyrus Rabbani *
8.  Evan T. Colmenero *
9.  Erin Kropp *
10. Alex Turin *
11. Arun Hariharan
12. Arthur Brannon III *
13. Rob Amin
14. Joseph Baldwin *
15. Hae-In Yoo
16. Jennifer Pollock


**2007-2008 Tutorial**

* denotes laboratory participation

1.  Deanna Hart
2.  Shannon Wagner
3.  Afrah Raza
4.  Afshan Khan
5.  Syesha Sajjad
6.  Sonam Patel
7.  Jessica Gatt
8.  Harie Lee
9.  Chanel Von Habsburg
10. Lauren Phillips *
11. Matthew Gacioch
12. Jennifer Jozefiak
13. Akhil Pai
14. Evan Ricardi
15. Mike Kheir
16. Travis Sims *
17. Jennifer Kalil
18. Rachel Orleans
19. Jullia Lee *
20. Sarah Bommarito
21. Rimma Polevoy
22. Scott Kizy

8/22/2011

**2008-2009 Tutorial**

*Due to the large interest in laboratory participation and the limited laboratory space for students, students are now required to participate in the tutorial before entrance into the laboratory.*

1.  Steven Hoshal
2.  Ethan Kolderman
3.  Caitlin O'Gara
4.  Audra Williams
5.  Rebecca Chota
6.  Sean McDermott
7.  Peter Wenn
8.  Curtis Sadon
9.  Nader Delavari
10. Shormin Akter
11. Ankur Agrawal
12. Caroline MacKeller *
13. Peter Rabeda *
14. Kathryn Hutchison
15. Mantrese Griffin
16. Sharon Wei
17. Jennifer Addo
18. Melissa Azul
19. Jisu Kim
20. Lisa Hebda
21. Hiten Patel
22. Christopher Yee
23. Sadegh Arab

**2010-2011 Tutorial**

1. Mokresha Adams
2. Osman Alam
3. Justin Elba
4. Sherry Gee
5. Steven Kiss
6. David Noga
7. Esthefania Rodiguez
8. Tamal Sikder
9. Andrew White

**2009-2010 Tutorial**

1. Nathan Mathewson (University of Toledo)
2. Darrielle Stinson
3. Andrew Shin
4. Shaquari Everson
4. Chloe Zang
5. Nancy Boulos
6. Keval D. Patel
7. Foo Cheng Hong (Henry)
8. Paige Tibbits
9. Nayiri Kaissarian
10. Danielle DuLong
11. Monica Muzzin

8/22/2011

**MILITARY SERVICE Received** a Presidential Deferment (President Dwight D. Eisenhower) in 1957 due to my involvement in a space related classified government research project at the University of Michigan Medical School.

## HONORS AND AWARDS

Lifetime Achievement Award for Outstanding Research Mentorship – April 15, 2009.

Invitation to participate - November 14, 2006, United States District Count, San Francisco, California, Tutorial on the "*Cardiovascular Effects of COX-2 Inhibition*) for Judge Charles Breyer and selected attorneys are involved in litigation concerning personal injury suits associated with VIOXX and CELEBREX.

Esprit de Coeur (Spirit of the Heart) Award for Distinguished Achievement.  2006 American Heart Association – Greater Midwest Affiliate.

Lifetime Achievement Award in Medical Education - University of Michigan Medical School - November 2004.

**T**oken of **A**ppreciation from **M**edical **S**tudents (**TAMS**) Award – May 2004

Selected to participate in the Presidential Symposium - Cardiovascular Science and the International Society for Heart Research along with Richard Bing, M.D, and Naranjan Dhalla, Ph.D. May 2-5, 2004, Cancun, Mexico.

Nominated as a candidate for the 2003 Arrigo Recordat International Prie for Scientific Research:

Lifetime Achievement in Heart Failure.

Fellow of the International Academy of Cardiovascular Scientists - 2002

Bennett J. Cohen Educational Leadership Award from the Michigan Society for Medical

Research - 2002.

Chairperson, Division for Cardiovascular Pharmacology, ASPET, 2001 - 2002

Fellow, Council on Basic Cardiovascular Sciences, American Heart Association, 2001-Present

Founding Fellow, International Society for Heart Research, 2001

Torald Sollmann Award, American Society for Pharmacology and Experimental Therapeutics, 2001

Chairperson, XX Annual Meeting of the International Society for Heart Research--North American Section, August 1998.

Co-Organizer, ASPET Colloquium on Pharmacologic Interventions in Thrombosis and Thrombolysis, University of Michigan, June 1995.

Co-Organizer, ASPET Colloquium on Role of Adhesion Molecules in Cardiovascular Pharmacology, University of Michigan, June 1994.

Selected for the A.N. Richards Lecture, A.N. Richards Symposium on Reperfusion Injury, 1992

Sigma Xi National Lecturer, 1992 - 1994

Windsor C. Cutting Memorial Lecture, University of Hawaii, 1991

SmithKline Beecham Distinguished Lecturer, 1990

The University of Michigan Distinguished Faculty Lectureship in Biomedical Sciences, 1990

ASPET Award for Experimental Therapeutics, 1989

National Institutes of Health Merit Award for "Analysis of Antiarrhythmic Agents," 1988-1998

Johnson & Johnson Focused Giving Award, 1988-1991

Chairperson, XIII Congress of the International Society for Heart Research, 1989

Pfizer Lecturer in Clinical Pharmacology, October 1983 (Medical College of Wisconsin); and February 1987 (University of Connecticut)

Gustav Nylin Lecture, Karolinska Institutet, Stockholm, Sweden, 1985

Summa Cum Laude, St. John's University, 1955

Merck Award in Pharmaceutical Chemistry, 1955

Who's Who Among Students in American Universities, 1954

Rho Chi Honor Society, St. John's University, 1953


## MEMBERSHIPS

American Federation for Medical Research (formerly American Federation for Clinical Research) Midwestern Section, 1983-Present

American Heart Association
 Council on Clinical Cardiology, 2001-Present
 Council on Circulation:  Fellow, 1978-Present.  Assembly Delegate Alternate, 1982-2000
 Basic Science Council, 1975-Present
 Cardiovascular BII Research Study Committee 1986-1987
 Cardiovascular Physiology and Pathophysiology Research Study Committee, 1989-1990
 American Heart Association, Michigan Affiliate
 Executive Committee, 1970-1975
 Research Committee, 1970-1975

American Physiology Society, 1986  Present

American Society for Pharmacology and Experimental Therapeutics, 1981-Present
 Great Lakes Chapter, 1989-Present

British Pharmacological Society, 2000 - Present

Heart Failure Society of America - 2000-present

Cardiac Electrophysiologic Society, 1981-Present

Cardiac Muscle Society - 1985 - Present

International Society of Cardiovascular Pharmacotherapy, 1992-Present

International Society for Heart Research, 1977-Present

United States Pharmacopoeial Convention (Panelist), 1980-1983

8/22/2011

## ADVISORY BOARDS AND CONSULTING AGREEMENTS

Consultant Huya Bioscience International Dec 2006-Present

Scientific Advisory Board - Cardiovascular Biology Program - National University of Singapore April 2005 - March 2006

Board of Directors - CorDynamics, Inc.  Chicago, IL - 2003 - Present

Consultant to Neil J. Thomas, MD on clinical study involving "Controlled Cardiac Reoxygenation," University of Chicago Medical School Department of Thoracic Surgery.  May 2005 - Present.

## EDITORIAL ADVISORY BOARDS

American Journal of Physiology:  Heart and Circulatory Physiology, 1993-2010

British Journal of Pharmacology, Editor, 2000-2004

Circulation, 1977-1980; 1994 - 2004.  Reappointed March 19, 2004 by the Editor, Joseph Loscalzo.  MD 2005 -present

Circulation Research, 1986-2000

Cardiovascular Therapeutics, 1997-Present

European Journal of Pharmacology, 1993-Present

Journal of Cardiovascular Pharmacology, 1977-Present

Journal of Cardiovascular Pharmacology and Therapeutics, 1995-Present

Journal of Critical Care, 1987-1997

Journal of Pharmacology and Experimental Therapeutics, 1969-Present

Journal of Pharmacology and Experimental Therapeutics, Specific Field Editor in Cardiovascular Pharmacology, 1978-1981, 1987-1988, 1994-1999

Molecular Interventions, 2000-2011

**Ad Hoc Reviewer:**

American Journal of Cardiology

Circulation Research

Arteriosclerosis, Thrombosis, and Vascular Biology

Cardiovascular Research

8/22/2011

Journal of Molecular and Cellular Cardiology

## NATIONAL INSTITUTES OF HEALTH COMMITTEES
Ad Hoc, NIH Research Training Review Committee, 1994 -1996

Peer Review and Detection of Misconduct Meeting, 1988

Cardiology Advisory Committee - National Heart, Lung, and Blood Institute, 1981-1985

Cardiac Diseases Branch Task group - National Heart, Lung, and Blood Institute, 1981-1984
    Subcommittees of the Cardiology Advisory Committee
1. Molecular Biology and Heart Disease
2. Pharmacology and Therapeutics (Chairman)
3. Laboratory Research in Cardiac Diseases
4. Ischemic Heart Disease Specialized Centers of Research
5. Cardiovascular Disease in the Young

Co-Chairman for the National Heart, Lung and Blood Institute's Workshop on Advanced Congestive Heart Failure, 1981

Committee to study End Stage Heart Disease, Division of Heart, and Vascular Diseases, 1980

Review Committee for the Evaluation of Proposals for More Uniform Animal Models for the Assessment of Interventions to Protect Ischemic Myocardium, 1979-1983

Pharmacology Study Section, 1976-1980

Review Committee for the Evaluation of Proposals for The Collaborative Clinical Trial of Therapy to Protect Ischemic Myocardium, 1976

Review Committee for the Evaluation of Proposals for The Collaborative Clinical Trial of Therapy to Protect Ischemic Myocardium,  (Parent Committee), 1976

Review Committee for the Evaluation of Proposals for Ischemic Heart Disease Specialized Centers of Research, (Parent Committee), 1974-1975

## PRESENT COMMITTEE AND ADMINISTRATIVE SERVICES FOR THE UNIVERSITY OF MICHIGAN

Admissions Committee of the University of Michigan Medical School 2003-Present

Chairperson, McKay Grant Committee, Cardiovascular Research Center, 2001-2005

Elected to three-year term – Medical School Committee on Appointments, Promotions, and Titles 2006-2009.

Senior Advisor, Committee for Student Biomedical Research; 2000-Present; member since 1995

Member, Medical Scientist Training Program Career Advisory Panel, 1999-Present

Member, Dean's Research Award Committee, University of Michigan Medical School, 1999-Present

Member, Pharmacology Department Animal Care Committee -2000-Present

Member, Pharmacology Department Advisory Committee, 2000-Present

Member, Diversity and Career Development Committee, 1996-Present

Member, Pharmacology Department Appointments and Promotions Committee, 1996-Present

Chairperson, Pharmacology Department Graduate Colloquium Committee 1973-Present

Mentor:  Minority High School Summer Research Apprenticeship Program, Summer Research Opportunity Program (SROP), Student Biomedical Research Summer Fellowship Program, ASPET Summer Research Fellowship Program, and Undergraduate Research Opportunity Program (UROP), 1994-Present

Member, Pharmacology Faculty Search Committee, 1994-Present

Founder, Chairman and Mentor, Charles Ross Summer Fellowship for Minority Undergraduate and Graduate Students Committee, 1992-Present

Established the Annual Pharmacology Colloquium in 1973, which sponsors a scientific session involving pharmacology graduate students and postdoctoral fellows from the University of Michigan Medical School, Michigan State School for Human Medicine, Wayne State University Medical School, and the Medical College of Ohio.

**FORMER COMMITTEE AND ADMINISTRATIVE SERVICES FOR THE UNIVERSITY OF MICHIGAN**

Member, Data Safety Monitoring Board - "Strategies for Prevention of Weight Regain in Obese

Men and Women Following Weight Loss (MPOWR)" - University of Michigan - David E.

Schteingart, MD, Principal Investigator.  2004 - 2006

Member, Best Practices Task Force - 2003-2007.

Medical School Faculty Satisfaction Group, Sept 2003 - 2006.

Member, Search Committee, Director, Division of Cardiology 2001-2002

Member, Search Committee, Chair of Surgery, 2000-2001

Member, Medical School Bylaws Committee, 2000-2001

Member, Basic Science Academic Review Board, 1996-2001

Co-Coordinator, Cardiology Sequence: Component II of Curriculum Policy Committee, 1992-2000

Member, Medical School Executive Committee; 1992-1995, 1999-2000

Chairperson, Medical School Advisory Committee on Appointments, Promotions, Titles, and Tenure, 1998-1999 (Member since 1996)

Member Clinical and Educational Conflict of Interest Committee – 2011-Present

Member, Medical School Curriculum Policy Committee, 1996-1999 - 2011 Present

Member, President's Executive Committees Steering Committee, 1996-1999

Member, Medical School Task Force for Intellectual Properties and Outside Contracts

Chairman, Medical School Curricular Evaluation Advisory Committee

Chairperson, Awards Committee for the Department of Pharmacology

Member, Medical School Curriculum Policy Committee

Member, Basic Science Departments Animal Facilities Committee

Member, Departmental Advisory Committee, Department of Pharmacology

8/22/2011

Member, Basic Science Academic Review Board

Chairperson, Funding Committee for Retreat on Graduate Education

Chairperson, Departmental Advisory Committee, Department of Pharmacology

Chairperson, Medical School Advisory Committee on Appointments, Promotions, Titles, and Tenure

Member, Task Force on Faculty Career Development

Member, Dean's Committee on Curriculum Improvement

Chairperson, Basic Science Task Force

Member, Department of Pharmacology Centennial Committee

Chairperson, Cardiovascular Content of Medical School Curriculum Planning Committee

Member, Anesthesiology Chairman Search Task Force Committee

Member, Dean's Committee on Large Animal Use

Member, External Review Committee for the Department of Postgraduate Medicine and Health Professions Education

Member, Appointments and Promotions Committee, Department of Pharmacology

Member, Medical School Misconduct in Research Advisory Committee

Member, Chairman Search Committee for the Department of Anesthesiology

Member, Chairman Search Committee for the Department of Physiology

Medical School Representative, Senate Assembly

Member, Clinical Research Center Operating Committee

Member, Medical School Executive Committee

Member, Senate Assembly

Member, Graduate Student Admissions Committee

Member, Graduate Student Candidacy Committee

Member, Interdepartmental Coordinating Committee for the Management.  Of Professional Fees & Income

Member, Ad Hoc Committee to Review Medical School Curriculum (Schneider Committee)

Member, Preceptors for Undergraduate Cardiovascular Training Program

8/22/2011

Member, Faculty Steering Committee, Study of Management of Income for Professional Services

Member, Ad Hoc Committee for Curriculum Appraisal (Bohr Committee)

Mentor, Class of 1969

Supervisor, Animal Care Facilities for the Department of Pharmacology

Member, Medical School Sesquicentennial Committee

Member, Vertical Core Curriculum Committee for Cardiovascular Functions

Member, Financial Aid Committee

Member, Committee on Concurrent Examinations

Member, Medical School Animal Care Committee

Chairperson, Medical School Safety Committee

Chairperson, Public Relations Committee

## COMMITTEE SERVICE FOR OUTSIDE ORGANIZATIONS

Member, American Society for Pharmacology and Experimental Therapeutics ASPET); 2001-Present

Member, Cardiovascular Section Industry Liaison Committee, American Physiological Society, 1999-Present

Member, Committee on Industrial-Academic Relations for American Society for Pharmacology and Experimental Therapeutics (ASPET); 1999-Present

Biomed Research Foundation - International Advisory Committee 2002-Present

## FORMER COMMITTEE SERVICE FOR OUTSIDE ORGANIZATIONS

Chairperson, Committee on Cardiovascular Pharmacology for American Society for Pharmacology and Experimental Therapeutics (ASPET); 2001-2003; Section Member 1992

Member, International Advisory Board for the XVII World Congress of the International Society for Heart Research (Winnipeg, Canada; July 6-11, 2001); 1998-2001

Reviewer, Cardiovascular Study Section, Tobacco-Related Disease Research Programs Awards Committee, University of California

Member, Clinical Research Center Policy Committee - Henry Ford Hospital

Member, Pharmaceutical Technology Advisory Committee, Department of Social Services, State of Michigan


## GRANT AND RESEARCH CONTRACT SUPPORT:

Dr. Lucchesi received his first grant support in 1961 and since then has maintained an active research program with continuous funding from the National Institutes of Health, Heart Lung and Blood Institute, the American Heart Association, the AMA-ERF and from major pharmaceutical companies in the United States, Europe and Japan.  Other financial support derived from gifts and contributions has led to the establishment of the Cardiovascular Research Fund, which provides support for the training of graduate students and post-doctoral fellows in Cardiovascular Pharmacology.

Dr. Lucchesi had the longest uninterrupted (38 years) NIH-HLBI supported study, which terminated in 1998 at the end of a ten year Merit Award.

A complete listing of past and present grant support is on file with the University of Michigan **D**ivision for **R**esearch **D**evelopment and **A**dministration (**DRDA**).

## PUBLICATIONS

**The citations listed are from a total of 590 peer-reviewed publications. The full list can be found by pasting the following you're your browser.**

**http://apps.webofknowledge.com/summary.do?SID=3CBc3c2KE78h22cJnNf&product=UA&qid=20&search_mode=GeneralSearch**

1. Lucchesi, B.R. and Hardman, H.F.:  The influence of dichloroisoproterenol (DCI) and related compounds upon ouabain and acetylstrophanthidin induced cardiac arrhythmias.  J. Pharmacol.  Exp. Therap.  132: 372, 1961.

2. Lucchesi, B.R.:  The action of dichloroisoproterenol (DCI) and several other pharmacological agents upon the aconitine-induced ventricular arrhythmia in the isolated rabbit heart.  J. Pharmacol. Exp. Therap. 137: 291, 1962.

3. Lucchesi, B.R. and Shivak, R.:  Effect of quinidine and procaine amide upon acetylstrophanthidin cardiotoxicity.  J. Pharmacol.  Exp. Therap. 143: 366, 1964.

4. Lucchesi, B.R.:  The action of nethalide upon experimentally induced cardiac arrhythmias.  J. Pharmacol.  Exp. Therap. 145:  286, 1964.

5. Lucchesi, B.R.:  The effects of pronethalol and its dextro-isomer upon experimental cardiac arrhythmias.  J. Pharmacol.  Exp. Therap. 148:  94, 1965.

6. Lucchesi, B.R., Whitsitt, L.S. and Brown, N.L.:  Propranolol (Inderal) in experimentally induced cardiac arrhythmias.  Canadian J. Physiol. Pharmacol.  44:  543, 1966.

7. Judge, R.D., Preston, T.A., Lucchesi, B.R. and Bowers, D.L.:  Myocardial threshold in patients with artificial pacemakers.  Am. J. Cardiol.  18:  83, 1966.

8. Lucchesi, B.R., Whitsitt, L.S. and Stickney, J.L.:  Antiarrhythmic effects of beta-adrenergic blocking agents.  Ann. N. Y. Acad. Sci. 139: 940, 1967.

9. Whitsitt, L.S. and Lucchesi, B.R.:  The cardiac beta-adrenergic receptor blocking actions of propranolol and its stereoisomers.  Life Sci. 6: 939-950, 1967.

10. Preston, T.A., Fletcher, R.D., Lucchesi, B.R. and Judge, R.D.:  Changes in myocardial threshold. Physiologic and pharmacologic factors in patients with implanted pacemakers.  Am. Heart J.  74: 235-242, 1967.

11. Whitsitt, L.S. and Lucchesi, B.R.:  Effects of propranolol and its stereoisomers upon coronary vascular resistance.  Circ. Res. 21:  305-317, 1967.

12. Lucchesi, B.R., Schuster, C.R. and Emley, G.S.:  The role of nicotine as a determinant of cigarette smoking frequency in man with observations on certain cardiovascular effects associated with the tobacco alkaloid.  Clin. Pharmacol. Therap. 8:  789-796, 1967.

13. Lucchesi, B.R.:  Cardiac actions of glucagon.  Circ. Res. 22:  777-787, 1968.

14. Emley, G.S., Schuster, C.R. and Lucchesi, B.R.:  Trends observed in the time estimation of three

stimulus intervals within and across sessions.  Percept. Motor Skills, 26: 391-398, 1968.

15. Lucchesi, B.R. and Iwami, T.:  The antiarrhythmic properties of ICI-46037, a quaternary analogue of propranolol.  J. Pharmacol. Exp. Therap. 162:  49-59, 1968.

16. Whitsitt, L.S. and Lucchesi, B.R.:  Effects of beta-receptor blockade and glucagon on the atrioventricular transmission system in the dog.  Circ. Res. 23: 585-595, 1968.

17. Lucchesi, B.R. and Whitsitt, L.S.:  The pharmacology of beta-adrenergic blocking agents. Prog. Cardiovasc. Dis. 11: 410-430, 1969.

18. Stickney, J.L. and Lucchesi, B.R.:  The effect of sympatholytic agents on the cardiovascular responses produced by the injection of acetylstrophanthidin into the cerebral ventricles.  Eur. J. Pharmacol. 6: 107, 1969.

19. Lucchesi, B.R., Stutz, D.R. and Winfield, R.A.:  Glucagon:  Its enhancement of atrioventricular nodal pacemaker activity and failure to increase ventricular automaticity in dogs.  Circ. Res. 25: 183-190, 1969.

20. Antonaccio, M.J. and Lucchesi, B.R.:  The interaction of glucagon with theophylline, $PGE_1$, isoproterenol, ouabain, and $CaCl_2$ on the dog isolated papillary muscle.  Life Sci. 9: 1081-1089, 1970.

21. Lucchesi, B.R., Whitsitt, L.S. and Iwami, T.:  Effect of propranolol and its dextro-isomer on experimentally-induced arrhythmias.  UCLA Med. Sci. Forum 13: 21-43, 1970.

22. Lucchesi, B.R. and Stutz, D.R.:  The cardiovascular pharmacology and potential clinical uses of glucagon.  The Univ. Mich. Med. Ctr. J. 36: 101-105, 1970.

23. Lucchesi, B.R.:  Beta-adrenergic receptor blocking agents:  Part I, Pharmacology.  Univ. Mich. Med. Ctr. J. 36: 127-133, 1970.

24.  Lucchesi, B.R.:  Beta-adrenergic receptor blocking agents:  Part II, Clinical applications. Univ. Mich. Med. Ctr. J. 36:  159-171, 1970.

25.  Lucchesi, B.R. and Hodgeman, R.J.:   Effect of 4-(2-hydroxy-3-isopropylaminopropoxy) acetanilide (AY 21-011) on the myocardial and coronary vascular responses to adrenergic stimulation.  J. Pharmacol. Exp. Therap. 176: 200-211, 1971.

26. Lucchesi, B.R.:  The pharmacology and clinical uses of antiarrhythmic drugs.  Univ. Mich. Med. Ctr. J. 37: 61-73, 1971.

27. Kirsh, M.M., Kahn, D.R., Lucchesi, B.R., Gago, O., Dufer, J.H., Lee, R.V.S., Stutz, D. and Sloan, H.:  Effect of glucagon on pulmonary vascular resistance.  Surgery 70: 439-442, 1971.

28. Lucchesi, B.R., Medina, M. and Kniffen, F.J.:  The positive inotropic action of insulin in the canine heart.  Eur. J. Pharmacol. 18:  107-115, 1972.

29. Schuster, D.P., Lucchesi, B.R., Nobel, N.L., Mimnaugh, M.N., Counsell, R.E. and Kniffen, F.J.: The antiarrhythmic properties of UM-272, the dimethyl quaternary derivative of propranolol.  J. Pharmacol. Exp. Therap. 184: 213-227, 1973.

30. Lucchesi, B.R. and Haley, N.R.:  Failure of potassium canrenoate to alter experimentally-induced digitalis arrhythmias.  Eur. J. Pharmacol. 22: 256-262, 1973.

31. Lucchesi, B.R., Curtis, G.P., Lomas, T. and Setchfield, J.:  The effects of tolbutamide on cardiac contractility and coronary blood flow in the canine heart.  Univ. Mich. Med. Ctr. J. 39: 30-34, 1973.

32. Kniffen, F.J., Schuster, D.P. and Lucchesi, B.R.:  Antiarrhythmic and electrophysiological properties of UM-272, dimethyl quaternary propranolol, in the canine heart.  J. Pharmacol. Exp. Therap. 184: 213-227, 1973.

33. Nobel-Allen, N., Kirsh, M. and Lucchesi, B.R.:  Glucagon:  Its enhancement of cardiac performance in the cat with chronic heart failure.  J. Pharmacol. Exp. Therap. 187: 475-481, 1973.

34. Lucchesi, B.R.:  The pharmacologic approach to the treatment of the failing myocardium.  Univ. Mich. Med. Ctr. J. 39: 62-70, 1973.

35. Kniffen, F.J., Lomas, T.E., Nobel-Allen, N.L. and Lucchesi, B.R.:  The comparative antiarrhythmic actions of lidocaine and its quaternary derivative, methyl lidocaine.  Circulation 49: 264-271, 1974.

36. Nielsen, C.J. and Lucchesi, B.R.:  Inability of potassium canrenoate to convert experimentally induced ouabain arrhythmias in the canine heart.  Circ. Res. 34:  635-640, 1974.

37. Kroll, D.A. and Lucchesi, B.R.:  The theory and practice of measuring cardiac output by thermodilution techniques.  Univ. Mich. Med. Ctr. J. 40: 77-80, 1974.

38. Lucchesi, B.R.:  Recent advances in cardiovascular pharmacology.  Am. Assoc. Nurse Anes. J. 42:  419-438, 1974.

39.  Curtis, G.P., Setchfield, J. and Lucchesi, B.R.:  The cardiac pharmacology of tolbutamide. J. Pharmacol. Exp. Therap. 194: 264-273, 1975.

40. Kniffen, F.J., Lomas, T.E., Counsell, R.E. and Lucchesi, B.R.:  The antiarrhythmic and antifibrillatory actions of bretylium and its o-iodobenzyl trimethylammonium analog, UM-360. J. Pharmacol. Exp. Therap. 192: 120-128, 1975.

41. Winokur, S., Nobel-Allen, N.L. and Lucchesi, B.R.:  The positive inotropic effects of glucagon in the chronically failed cat isolated heart.  Eur. J. Pharmacol. 32: 349-356, 1975.

42. Kniffen, F.J., Lomas, T.E., Burmeister, W. and Lucchesi, B.R.:  Effects of dimethyl quaternary propranolol (UM-272) on oxygen consumption and ischemic ST-segment changes in the canine myocardium.  J. Pharmacol. Exp. Therap. 194: 234-243, 1975.

43. Lucchesi, B.R. and Kniffen, F.J.:  Pharmacologic modification of arrhythmias after experimentally induced acute myocardial infarction.  Drugs acting on the nervous system. Circulation 52: 5-18, 1975.

44. Bookstein, J.J., Kirsh, M.M., Prager, R.L., Lucchesi, B.R. and Dunn, J.M.: Pharmacoangiographic evaluation of the hemodynamic significance of coronary artery stenoses.

Radiology 117: 5-18, 1975.

45. Kroll, D.A. and Lucchesi, B.R.:  Antiarrhythmic and antifibrillatory properties of aprindine.  J.

8/22/2011

Pharmacol. Exp. Therap. <u>194</u>: 427-434, 1975.

46. Kniffen, F.J., Winokur, S., Counsell, R.E. and Lucchesi, B.R.:  The antiarrhythmic and cardiovascular properties of 1-dimethyl isopropylamino-3-(2-phenylphenoxy)-propan-2-ol chloride, UM-424.  J. Pharmacol. Exp. Therap. <u>196</u>: 420-432, 1976.

47. Lucchesi, B.R., Burmeister, W.E., Lomas, T.E. and Abrams, G.D.:  Ischemic changes in the canine heart as affected by the dimethyl quaternary analog of propranolol, UM-272 (SC-27761).  J. Pharmacol. Exp. Therap. <u>199</u>: 310-328, 1976.

48. Argenta, L.C., Kirsh, M.M., Bove, E.L., Cimmino, V.M., Lucchesi, B.R., Straker, J., Baker, R., Lee, R. and Sloan, H.:  A comparison of the hemodynamic effects of inotropic agents.  Ann. Thorac. Surg. <u>22</u>:  50-57, 1976.

49. Lucchesi, B.R.:  Digitalis Therapy.  Univ. Mich. Med. Ctr. J. <u>42</u>: 189-199, 1976. 50. Vogel, W.M., Zannoni, V.G., Abrams, G.D. and Lucchesi, B.R.:  Inability of methylprednisolone sodium succinate to decrease infarct size or preserve enzyme activity measured 24 hours after coronary occlusion in the dog.  Circulation <u>55</u>: 588-595, 1977.

51. Peterson, A., Lucchesi, B.R. and Kirsh, M.M.:  The effect of glucagon in animals on chronic propranolol.  Ann. Thorac. Surg. <u>25</u>: 340-345, 1978.

52. Ku, D.D. and Lucchesi, B.R.:   Effects of dimethyl propranolol (UM-272; SC-27761) on myocardial ischemic injury in the canine heart after temporary coronary artery occlusion. Circulation <u>57</u>: 541-548, 1978.

53. Vogel, W.M. and Lucchesi, B.R.:  Methylprednisolone and the size of myocardial infarcts. Chest <u>73</u>: 444, 1978,

54. Keyes, J.W., Jr., Leonard, P.F., Brody, S.L., Svetkoff, D.J., Rogers, W.L. and Lucchesi, B.R.:  Myocardial infarct quantification in the dog by single photon emission computed tomography. Circulation <u>58</u>: 227-232, 1978.

55. Lucchesi, B.R.:  Pharmacologic basis for the management of supraventricular tachyarrhythmias. Univ. Mich. Med. Ctr. J. <u>44</u>: 3-1, 1978.

56. Schuster, C.R., Lucchesi, B.R. and Emley, G.S.:  The effects of <u>d</u>-amphetamine, meprobamate and lobeline on the cigarette smoking behavior of normal human subjects.  Chapter 8, National Institute on Drug Abuse Research Monograph #23, 1979.

57.  Keyes, J.W., Jr., Leonard, P.F., Svetkoff, D.J., Brody, S.L., Rogers, W.L. and Lucchesi, B.R.:  Myocardial imaging using emission computed tomography.  Radiology <u>127</u>: 809-812, 1978.

58. Gibson, J.K., Burmeister, J.L. and Lucchesi, B.R.:  Electrophysiologic effects of UM-272 on myocardial ischemia in the canine heart.  J. Pharmacol. Exp. Therap. <u>207</u>:  304-310, 1978.

59. Lucchesi, B.R.:  Electropharmacology of drugs used in the treatment of ventricular arrhythmias. Univ. Mich. Med. Ctr. J. <u>44</u>: 54-59, 1978.

60. Vogel, W.M, Lum, D. and Lucchesi, B.R.:  Methylprednisolone sodium succinate treatment in global ischemia of the cat isolated heart.  J. Cardiovasc. Pharmacol. <u>1</u>: 53-68, 1979.

61. Ku, D.D. and Lucchesi, B.R.:  Ischemia-induced alterations in cardiac sensitivity to digitalis.  Eur. J. Pharmacol. 57: 135-147, 1979.

62. Warren, S., Lucchesi, B.R. and Shlafer, M.:  Effects of N-dimethyl propranolol (UM-272) on isolated cardiac mitochondria and microsomes.  Chem. Path. Pharmacol. 25: 227-239, 1979.

63. Patterson, E., Stetson, P. and Lucchesi, B.R.:  Disopyramide plasma and myocardial tissue concentrations as they relate to antiarrhythmic activity.  J. Cardiovasc. Pharmacol. 1: 541-550, 1979.

64. Lucchesi, B.R.:  The expanding clinical role of beta-adrenergic receptor blockade.  Univ. Mich. Med. Ctr. J. 45: 1-11, 1979.

65. Lo, K.S., Gantz, K.B., Stetson, P.L., Lucchesi, B.R. and Pitt, B.:  Disopyramide induced ventricular tachycardia.  Arch. Intern. Med. 140: 413-414, 1980.

66. Patterson, E., Lucchesi, B. and Stetson, P.:  A sensitive gas chromatographic assay for the quantitation of bretylium in plasma, urine and myocardial tissue.  J. Chrom. 181: 33-39, 1980.

67. Stewart, J.R., Burmeister, W.E., Burmeister, J. and Lucchesi, B.R.:  Electrophysiologic and antiarrhythmic effects of phentolamine in experimental coronary artery occlusion and reperfusion in the dog.  J. Cardiovasc. Pharmacol. 2: 77-91, 1980.

68. Bush, L.R., Shlafer, M., Haack, D.W. and Lucchesi, B.R.:  Time-dependent changes in canine cardiac mitochondrial function and ultrastructure resulting from coronary occlusion and reperfusion. Bas. Res. Cardiol. 75: 555-571, 1980.

69. Vogel, W.M. and Lucchesi, B.R.:  An isolated blood perfused, feline heart preparation for evaluating pharmacological interventions during myocardial ischemia.  J. Pharmacol Meth. 4: 291-303, 1980.

70. Anderson, J.L., Patterson, E., Wagner, J.G., Stewart, J.R., Behm, H.L. and Lucchesi, B.R.: Oral and intravenous bretylium disposition.  Clin. Pharmacol. Therap. 28: 468-478, 1980.

71. Korn, N., Gibson, J., Kniffen, F., Lucchesi, B., Ranade, V., Yu, T., Mimnaugh, M. and Counsell, R.:  Potential organ or tumor imaging agents XIX:  Radioiodinated antiarrhythmic drugs as potential myocardial imaging agents.  J. Pharmaceut. Sci. 69: 1010-1013, 1980.

72. Vogel, W.M., Romson, J.L., Busch, L.R., Shlafer, M. and Lucchesi, B.R.:  Protective effects of dimethyl-propranolol (UM-272) during global ischemia of isolated feline hearts.  J. Pharmacol. Exp. Therap. 212: 560-568, 1980.

73. Anderson, J.L., Patterson, E., Conlon, M., Pasyk, S., Pitt, B. and Lucchesi, B.R.:  Kinetics of antifibrillatory effects of bretylium:  Correlation with myocardial drug concentrations.  Am. J. Cardiol. 46: 583-592, 1980.

74. Patterson, E., Stetson, P. and Lucchesi, B.R.:  Plasma and myocardial tissue concentrations of UM-272 (N,N-dimethyl-propranolol) after oral administration in dogs.  J. Pharmacol. Exp. Therap. 214: 449-453, 1980.

75. Romson, J.L., Haack, D.W. and Lucchesi, B.R.:  Electrical induction of coronary artery thrombosis in the ambulatory canine:  A model for in vivo evaluation of antithrombotic agents. Thromb. Res. 17:

841-853, 1980.

76. Gibson, J.K. and Lucchesi, B.R.:  Electrophysiologic actions of UM-272 (Pranolium) on reentrant ventricular arrhythmias in post-infarction canine myocardium.  J. Pharmacol. Exp. Therap. 214: 247-253, 1980.

77. Patterson, E., Gibson, J.K. and Lucchesi, B.R.:  Electrophysiologic effects of disopyramide phosphate upon reentrant ventricular arrhythmias in conscious dogs after myocardial infarction. Am. J. Cardiol. 46: 792-799, 1980.

78. Bush, L.R., Haack, D.W., Shlafer, M. and Lucchesi, B.R.:  Protective effects of beta-adrenergic blockade in isolated ischemic hearts.  Eur. J. Pharmacol. 67: 209-217, 1980.

79. Romson, J.L., Bush, L.R., Haack, D.W. and Lucchesi, B.R.:  The beneficial effects of oral ibuprofen on coronary artery thrombosis and myocardial ischemia in the conscious dog.  J. Pharmacol. Exp. Therap. 215: 271-278, 1980.

80. Patterson, E., Gibson, J.K. and Lucchesi, B.R.:  Prevention of chronic canine ventricular tachyarrhythmias with bretylium tosylate.  Circulation 64: 1045-1050, 1981.

81. Kirlin, P.C., Pitt, B. and Lucchesi, B.R.:  Comparative effects of prenalterol and dobutamine in acute ischemic heart failure in the anesthetized dog.  J. Cardiovasc. Pharmacol. 3: 896-905, 1981.

82. Culp, B.R., Lands, W.E.M., Lucchesi, B.R., Pitt, B. and Romson, J.:  The effect of dietary supplementation of fish oil on experimental myocardial infarction.  Prostaglandins 20: 1021-1031, 1980.

83. Shlafer, M., Lucchesi, B.R., Kirsh, M.M., Slater, A.D. and Warren, S.:  Mitochrondrial function after global cardiac ischemia and reperfusion:  Influences of organelle isolated protocols. Basic Res. Cardiol. 76: 250-266, 1981.

84. Patterson, E., Gibson, J.K. and Lucchesi, B.R.:  Postmyocardial infarction re-entrant ventricular arrhythmias in conscious dogs:  Suppression by bretylium tosylate.  J. Pharmacol. Exp. Therap. 216: 453-458, 1981.

85. Bush, L.R., Warren, S. Mesh, C.L. and Lucchesi, B.R.:  The comparative effects of aspartate and glutamate during myocardial ischemia.  Pharmacology 23: 297-304, 1981.

86. Anderson, J.L., Patterson, E., Wagner, J.G., Johnson, T.A., Lucchesi, B.R. and Pitt, B.: Clinical pharmacokinetics of intravenous and oral bretylium tosylate in survivors of ventricular tachycardia or fibrillation:  Clinical application of a new assay for bretylium.  J. Cardiovasc. Pharmacol. 3: 485-499, 1981.

87. Patterson, E. and Lucchesi, B.R.:  Chronic ventricular tachyarrhythmias in the conscious dog: Prevention by UM-272 (dimethylpropranolol).  J. Cardiovasc. Pharmacol. 3: 769-780, 1981.

88. Haack, D.W., Bush, L.R., Shlafer, M. and Lucchesi, B.R.:  Lanthanum staining of coronary microvascular endothelium:  Effects of ischemia reperfusion, propranolol, and atenolol. Microvasc. Res. 21: 362-376, 1981.

89. Romson, J.L., Haack, D.W., Abrams, G.D. and Lucchesi, B.R.:  Prevention of occlusive coronary

artery thrombosis by prostacyclin.  Circulation 64: 906-914, 1981.

90. Bush, L.R., Li, Y.-P., Shlafer, M., Jolly, S.R. and Lucchesi, B.R.:  Protective effects of diltiazem during myocardial ischemia in isolated cat hearts.  J. Pharm. Exp. Therap. 218: 653-661, 1981.

91. Lucchesi, B.R. and Patterson, E.:  Therapeutic advances in the management of cardiac arrhythmias.  Part I - Disopyramide. Prac. Cardiol. 8: 121-134, 1982.

92. Lucchesi, B.R. and Patterson, E.:  Therapeutic advances in the management of cardiac arrhythmias.  Part II - Bretylium.  Prac. Cardiol. 8: 43-59, 1982.

93. Lucchesi, B.R. and Patterson, E.:  Therapeutic advances in the management of cardiac arrhythmias.  Part III - Verapamil.  Prac. Cardiol. 8: 43-59, 1982.

94. Bush, L.R., Romson, J.L., Ash, J.L. and Lucchesi, B.R.:  Effects of diltiazem on extent of ultimate myocardial injury resulting from temporary coronary artery occlusion in dogs.  J. Cardiovasc. Pharmacol. 4: 285-296, 1982.

95. Romson, J.L., Bush, L.R., Jolly, S.R. and Lucchesi, B.R.:  Cardioprotective effects of ibuprofen in experimental regional and global myocardial ischemia.  J. Cardiovasc. Pharmacol. 4: 187-196, 1982.

96. Patterson, E., Gibson, J.K. and Lucchesi, B.R.:  Electrophysiologic actions of lidocaine in a canine model of chronic myocardial ischemic damage - arrhythmogenic actions of lidocaine.  J. Cardiovasc. Pharmacol. 4: 925-934, 1982.

97. Shea, M.J., Bush, L.R., Romson, J.L., Driscoll, E.M. and Lucchesi, B.R.:  The effect of diltiazem on coronary thrombosis in the conscious canine.  Eur. J. Pharmacol. 77: 67, 1982.

98. Anderson, J.L., Tucker, E.M., Donahue, R.P., Conlon, M.E., Pasyk, S., Patterson, E., Simon, A.B., Burmeister, W.E., Pitt, B. and Lucchesi, B.R.:  Long-term intravenous infusion of antiarrhythmic drugs using a totally implanted drug delivery system.  Am. J. Cardiol. 49: 1954-1958, 1982.

99. Anderson, L.C., Fiedler, V.B., Cohen B.J., Anver, M.R., Simmons, J.L. and Lucchesi, B.R.: Diagnostic exercise.  Lab Animal Med., 32: 141-142, 1982.

100. Kirlin, P.C., Pitt, B. and Lucchesi, B.R.:  Intravenous prenalterol in acute and chronic heart failure.  Acta Medica. Scand. 659: 1982.

101. Jolly, S.R., Abrams, G.D., Romson, J.L., Bailie, M.B. and Lucchesi, B.R.:  Effects of lodoxamide on ischemic reperfused myocardium.  J. Cardiovasc. Pharm. 4: 441-448, 1982.

102. Colfer, H., Stetson, P., Lucchesi, B.R., Wagner, J. and Pitt, B.:  The nitroglycerin polymer gel matrix system:  A new method for administering nitroglycerin evaluated with plasma nitroglycerin levels.  J. Cardiovasc. Pharm. 4: 521-525, 1982.

103. Stewart, J.R., Gibson, J.K. and Lucchesi, B.R.:  Effect of infarct size limitation by propranolol on ventricular arrhythmias after myocardial infarction.  Ann. N. Y. Acad. Sci. 382: 223-227, 1982.

104. Patterson, E., Holland, K., Eller, B. and Lucchesi, B.R.:  Ventricular fibrillation resulting from ischemia at a site remote from previous myocardial infarction.  A conscious canine model of sudden coronary death.  Am. J. Cardiol. 50: 1414-1423, 1982.

105. Patterson, E. and Lucchesi, B.R.:  Antifibrillatory actions of nadolol.  J. Pharmacol. Exp. Therap. 223: 144-152, 1982.

106.  Romson, J.L., Hook, B.G., Rigot, V.H., Schork, M.A., Swanson, D.P. and  Lucchesi, B.R.: The effect of ibuprofen on accumulation of indium-111-labeled platelets and leukocytes in experimental myocardial infarction.  Circulation 66: 1002-1011, 1982.

107. Anderson, J.L., Brodine, W.N., Patterson, E., Marshall, H.S., Allison, S.D. and Lucchesi, B.R.:  Serial electrophysiologic effects of bretylium in man:   Correlation with plasma bretylium concentrations.  J. Cardiovasc.  Pharmacol.  4: 871-882, 1982.

108. Kirlin, P.C., Romson, J.L., Pitt, B., Abrams, G.D., Schork, M.A., and Lucchesi, B.R.: Ibuprofen mediated infarct size reduction:   Effects on regional myocardial function in canine myocardial infarction.  Am. J. Cardiol. 50:  849-846, 1982.

109. Gibson, J.K., Stewart, J.R., Li, Y.-P. and Lucchesi, B.R.:  Electrophysiologic effects of bretylium tosylate upon the canine heart during coronary artery occlusion and reperfusion.   J. Cardiovasc. Pharmacol. 5: 517-524, 1983.

110. Holland, K., Patterson, E. and Lucchesi, B.R.:  Prevention of ventricular fibrillation by bretylium in a conscious canine model of sudden coronary death.  Am. Heart J. 105: 711-721, 1983.

111. Eller, B.T., Patterson, E. and Lucchesi, B.R.:  Ventricular fibrillation in a conscious canine model - Its prevention by UM-272.  Eur. J. Pharmacol. 87: 407-413, 1983.

112. Romson, J.L., Hook, B.G., Kunkel, S.L., Abrams, G.D., Schork, M.A. and Lucchesi, B.R.: Reduction of the extent of ischemic myocardial injury by neutrophil depletion in the dog.  Circulation 67: 1016-1023, 1983.

113. Patterson, E., Eller, B.T. and Lucchesi, B.R.:  Effects of diltiazem upon experimental ventricular dysrhythmias.  J. Pharmacol. Exp. Therap. 225:  224-233, 1983.

114. Pitt, B., Shea, M.J., Romson, J.L. and Lucchesi, B.R.:  Prostaglandins and prostaglandin inhibitors in ischemic heart disease.  Ann.  Int. Med. 99: 83-91, 1983.

115. Hook, B.G., Romson, J.L., Jolly, S.R., Bailie, M.B. and Lucchesi, B.R.:  Effect of zomepirac on experimental coronary artery thrombosis and ischemic myocardial injury in the conscious dogs.  J. Cardiovasc. Pharmacol. 5: 302-308, 1983.

116. Jolly, S.R. and Lucchesi, B.R.:  Effect of BW 755C in an occlusion-reperfusion model of ischemic myocardial injury.  Am. Heart J. 106: 8-13, 1983.

117. Patterson, E. and Lucchesi, B.R.:  Antifibrillatory actions of d,l-nadolol in a conscious canine model of sudden coronary death.  J. Cardiovasc. Pharmacol. 5: 737-744, 1983.

118. Patterson, E., Stetson, P. and Lucchesi, B.R.:  Sublingual absorption of the quaternary ammonium antiarrhythmic agent, UM-272.  Pharmacology 27: 192-196, 1983.

119. Patterson, E. and Lucchesi, B.R.:  Bretylium:  A prototype for future development of antidysrhythmic agents.  Am. Heart J. 106: 426-431, 1983.

120. Shea, M.J. and Lucchesi, B.R.:  Drugs and techniques that can alter coronaries in progress. Consultant 23: 175-191, 1983.

121. Kopia, G.A., Driscoll, E.M., Yeung, K.-F. and Lucchesi, B.R.:  Antiarrhythmic and cardiovascular actions of the new antibiotic agent, pirlimycin adenylate.  Pharmacology 27: 255-266, 1983.

122. Romson, J.L., Hook, B.G. and Lucchesi, B.R.:  Potentiation of the antithrombotic effect of prostacyclin by simultaneous administration of aminophylline in a canine model of coronary artery thrombosis.  J. Pharmacol. Exp. Therap. 227: 288-294, 1983.

123. Patterson, E., Eller, B.T., Abrams, G.D., Vasiliades, J. and Lucchesi, B.R.:  Ventricular fibrillation in a conscious canine model of sudden coronary death -- Prevention by short- and long-term amiodarone administration.  Circulation 68:  857-864, 1983.

124. Schumacher, W.A. and Lucchesi, B.R.:  Effect of the thromboxane synthetase inhibitor, UK-37,248 (Dazoxiben) upon platelet aggregation, coronary artery thrombosis and vascular reactivity.  J. Pharmacol. Exp. Therap. 227: 790-796, 1983.

125. Kirlin, P.C., Romson, J.L., Pitt, B.and Lucchesi, B.:  Regional myocardial contractile response to the beta-adrenergic stimulant prenalterol in the conscious dog following myocardial infarction. Pharmacology 28: 51-60, 1984.

126. Shea, M.J., Driscoll, E.M., Romson, J.L., Pitt, B. and Lucchesi, B.R.:  The beneficial effects of nafazatrom (BAYg6575 ) on experimental coronary thrombosis.  Am. Heart J. 107: 629-637, 1984.

127. Shea, M.J., Driscoll, E.M., Romson, J.L., Pitt, B. and Lucchesi, B.R.:  Effect of OKY-1581, a thromboxane synthetase inhibitor on coronary thrombosis in the canine.  Eur. J. Pharmacol. 105: 285-291, 1984.

128. Patterson, E., Amalfitano, D.J., and Lucchesi, B.R.:  Development of ventricular tachyarrhythmias in the conscious canine during the recovery phase of experimental ischemic injury: effect of bethanidine administration.  J. Cardiovasc. Pharmacol. 6: 47-475, 1984.

129. Patterson, E. and Lucchesi, B.R.:  Antifibrillatory properties of the beta-adrenergic receptor antagonists, nadolol, sotalol, atenolol and propranolol, in the anesthetized dog.  Pharmacology 28: 121-129, 1984.

130. Patterson, E., Montgomery, D.G., Lynch, J.J. and Lucchesi, B.R.:  Cardiac electrophysiologic actions of KB-944 (Fostedil), a new calcium antagonist in the anesthetized dog.  J. Pharmacol. Exp. Therap. 230: 632-640, 1984.

131. Patterson, E., Lynch, J.J. and Lucchesi, B.R.:  Antiarrhythmic and antifibrillatory actions of the beta adrenergic receptor antagonist, dl-sotalol.  J. Pharmacol. Exp. Therap. 230: 519-526, 1984.

132. Jolly, S.R., Kane, W.J., Bailie, M.B., Abrams, G.D. and Lucchesi, B.R.:  Canine myocardial reperfusion injury:  Its reduction by the combined administration of superoxide dismutase and catalase. Circ. Res. 54: 277-285, 1984.

133. Romson, J.L., Jolly, S.R. and Lucchesi, B.R.:  Protection of ischemic myocardium by pharmacologic manipulation of leukocyte function.  Cardiovasc. Res. Repts. 5: 690-709, 1984.

134. Lynch, J.J., Wilber, D.J., Montgomery, D.G., Hsieh, T.M., Patterson, E., and Lucchesi, B.R.: Antiarrhythmic and antifibrillatory actions of the levo- and dextrorotatory isomers of sotalol. J. Cardiovasc. Pharmacol. 6: 1132-1141, 1984.

135. Lucchesi, B.R.: Rationale of therapy in the patient with acute myocardial infarction and life-threatening arrhythmias: a focus on bretylium. Am. J. Cardiol. 54: 14A-19A, 1984.

136. Shea, M.J., Murtagh, J.J., Jolly, S.R., Abrams, G.D. and Lucchesi, B.R.: Beneficial effects of nafazatrom on ischemic reperfused myocardium. Eur. J. Pharmacol. 102: 63-70, 1984.

137. Lucchesi, B.R.: Sudden coronary death: Pharmacological interventions for the prevention of ventricular fibrillation. TIPS Rev., 5: 145-148, 1984.

138. Lynch, J.J. and Lucchesi, B.R.: New antiarrhythmic agents: Part II: The Pharmacology and Clinical Use of Encainide. Prac. Cardiol. 10: 109-132, 1984.

139. Zimmerman, J.M., Patterson, E., Pitt, B. and Lucchesi, B.R.: Antidysrhythmic actions of meobentine sulfate. Am. Heart J. 107: 1117-1124, 1984.

140. Schumacher, W.A., Buda, A.J. and Lucchesi, B.R.: Streptokinase thrombolysis in experimental coronary artery thrombosis: Pattern of reflow and effect of a stenosis. Intl. J. Cardiol. 6: 615-627, 1984.

141. Lynch, J.J. and Lucchesi, B.R.: New antiarrhythmic agents: Part IV - The pharmacology and clinical use of tocainide. Prac. Cardiol. 11: 108-137, 1984.

142. Wilber, D.J., Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.: Postinfarction sudden death: Significance of inducible ventricular tachycardia and infarct size in a conscious canine model. Am. Heart J. 109: 8-18, 1985.

143. Kopia, G.A., Eller, B.T., Patterson, E., Shea, M. and Lucchesi, B.R.: Antiarrhythmic and electrophysiologic actions of clofilium in experimental canine models. Eur. J. Pharm. 116: 49-61, 1985.

144. Mitsos, S., Jolly, S.R. and Lucchesi, B.R.: Protective effects of AICAriboside in the globally ischemic isolated cat heart. Pharmacol. 31: 121-131, 1985.

145. Hook, B.G., Schumacher, W.A., Lee, D.L., Jolly, S.R. and Lucchesi, B.R.: Experimental

coronary artery thrombosis in the absence of thromboxane $A_2$ synthesis: Evidence for alternate pathways for coronary thrombosis. J. Cardiovasc. Pharmacol. 7: 174-181, 1985.

146. Lynch, J.J., Rahwan, R.G., Lucchesi, B.R.: Antifibrillatory actions of bepridil and butyl-MDI, two intracellular calcium antagonists. Eur. J. Pharmacol. 111: 9-15, 1985.

147. Jolly, S.R., Schumacher, W.A., Kunkel, S.L., Abrams, G.D., Liddicoat, J. and Lucchesi, B.R.: Platelet depletion in experimental myocardial infarction. Basic Res. Cardiol. 80: 269-279, 1985.

148. Jackson, C.V., Mitsos, S.E., Simpson, P.J., Driscoll, E.M. and Lucchesi, B.R.: Effects of bepridil on regional and global myocardial ischemia/reperfusion-induced injury. Pharmacology 30: 320-332, 1985.

149. Gibson, J.K., Patterson, E. and Lucchesi, B.R.:  The antiarrhythmic actions of intravenous and oral UM-424 in postinfarction canine myocardium.  J. Cardiovasc. Pharmacol. 7: 211-218, 1985.

150. Schumacher, W.A., Lee, E.C. and Lucchesi, B.R.:  Augmentation of streptokinase-induced thrombolysis by heparin and prostacyclin.  J. Cardiovasc. Pharmacol. 7: 739-746, 1985.

151. Lynch, J.J., Montgomery, D.G., Ventura A. and Lucchesi, B.R.:  Antiarrhythmic and electrophysiologic effects of bepridil in chronically infarcted conscious dogs.  J. Pharmacol. 234: 72-80, 1985.

152. Werns, S.W., Shea, M.J. and Lucchesi, B.R.:  Free radicals in ischemic myocardial injury. Free Radicals in Biol. and Med. 1: 103-110, 1985.

153. Lynch, J., Coskey, L., Montgomery, D.G., and Lucchesi, B.R.:  Prevention of ventricular fibrillation by dextrorotatory sotalol in a conscious canine model of sudden coronary death.  Am. Heart J. 109: 949-958, 1985.

154. Gadsby, J.E., Keyes, P.L., Schwartz, T.S., Bill, C.H., II and Lucchesi, B.R.:  Do catecholamines play a physiologic role in regulating corpus luteum function in the pseudopregnant rabbit?  Biol. of Repro. 32: 907-915, 1985.

155. Lynch, J.J., DiCarlo, L.A. and Lucchesi, B.R.:  New antiarrhythmic agents:  Part VI - The pharmacology and clinical use of amiodarone.  Prac. Cardiol. 11: 137-167, 1985.

156. Werns, S.W., Shea, M.J., Driscoll, E.M., Cohen, H.C., Abrams, G.D., Pitt, P. and Lucchesi, B.R.:  The independent effects of oxygen radical scavengers on canine infarct size:  Reduction by superoxide dismutase but not catalase.  Circ. Res. 56: 895-898, 1985.

157. Hess, M.L., Rowe, G.T., Caplan, M., Romson, J.L. and Lucchesi, B.R.:  Identification of hydrogen peroxide and hydroxyl radicals as mediators of leukocyte-induced myocardial dysfunction. Limitation of infarct size with neutrophil inhibition and depletion.  Adv. Myocardiol. 5: 159-175, 1985.

158. Jackson, C.V., Schumacher, W.A., Kunkel, S.L., Driscoll, E.M. and Lucchesi, B.R.: Platelet activating factor and the release of a platelet-derived coronary artery vasodilator substance in the canine.  Circ. Res. 58(2): 218-229, 1986.

159. Lucchesi, B.R. and Mullane, K.M.:  Leukocytes and ischemia-induced myocardial injury. Ann. Rev. Pharmacol. Toxicol. 26: 201-224, 1986.

160. Lynch, J., Montgomery, D., Ventura, A., Wilber, D. and Lucchesi, B.:  Antiarrhythmic vs. antifibrillatory activity of the basic diphenylhydantoin derivative 3-[3-(4-phenyl-1-piperidyl) propyl]-5-(4-methoxyphenyl)-5-phenylhydantoin hydrochloride.  Arzniem.-Forsch./Drug Res. 36: 475-481, 1986.

161. Jackson, C.V., Mickelson, J.D., Stringer, K., Rao, P.S. and Lucchesi, B.R.:  Electrolysis-induced myocardial dysfunction:  A novel method for the study of free radical mediated tissue injury.  J. Pharmacol. Meth. 15: 305-320, 1986.

162. Mitsos, S.E., Askew, T.E., Fantone, J.C., Kunkel, S.L., Abrams, G.D., Schork, M.A. and Lucchesi, B.R.:  Protective effects of N-2-mercaptopropionyl glycine against myocardial reperfusion

injury after neutrophil depletion in the dog:  Evidence for the role of intracellular derived free radicals.
Circulation 73: 1077-1086, 1986.

163. Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.:  Facilitation of lethal ventricular arrhythmias
by therapeutic digoxin in conscious postinfarction dogs.  Am. Heart J. 111: 883-890, 1986.

164. Werns, S.W., Shea, M.J. and Lucchesi, B.R.:  Free radicals and myocardial injury: pharmacologic
implications.  Circulation 74: 1-5, 1986.

165. Gibson, J.K., Patterson, E. and Lucchesi, B.R.:  The electrophysiologic, antiarrhythmic and
cardiovascular actions of UM-301, a quaternary ammonium compound.  J. Pharmacol. Exp. Therap.
237:  318-325, 1986.

166. Werns, S.W., Shea, M.J., Mitsos, S.E., Dysko, R.C., Fantone, J.C., Schork, M.A., Abrams, G.D.,
Pitt, B. and Lucchesi, B.R.:  Reduction of the size of infarction by allopurinol in the ischemic-
reperfused canine heart.  Circulation 73: 518-524, 1986

167. Simpson, P.J., Smith, C.B., Jr., Rosenthal, G. and Lucchesi, B.R.:  Reduction in the incidence of
thrombosis by the thromboxane synthetase inhibitor CGS 13080 in a canine model of coronary artery
injury.  J. Pharmacol. Exp. Therap. 238: 497-501, 1986.

168. Lucchesi, B.R. and Lynch, J.J.:  Preclinical assessment of antiarrhythmic drugs.  Fed. Proc. 45:
2197-2205, 1986.

169. Wilber, D.J., Lynch, J.J. and Lucchesi, B.R.:  Electrophysiologic effects of prazosin during acute
myocardial ischemia.  Eur. J. Pharmacol. 127: 157-161, 1986.

170. Mitsos, S.E., Fantone, J.C., Gallagher, K.P., Walden, K.M., Simpson, P.J., Abrams, G.D., Schork,
M.A. and Lucchesi, B.R.:  Canine myocardial reperfusion injury:  Protection by a free radical
scavenger, N-2-mercaptopropionyl glycine.  J. Cardiovasc. Pharmacol. 8: 978-988, 1986.

171. Lynch, J.J., DiCarlo, L.A., Montgomery, D.G. and Lucchesi, B.R.:  Electrophysiologic effects of
bepridil in normal and infarcted canine myocardium.  J. Cardiovasc. Pharmacol. 8: 957-966, 1986.

172. Lynch, J.J., DiCarlo, L.A., Montgomery, D.G., Hassan, T. and Lucchesi, B.R.: Electrophysiologic
actions of pirmenol in dogs with recent myocardial infarction.  Am. Heart J. 112: 752-758, 1986.

173. Jolly, S.R., Kane, W.J., Hook, B.G., Abrams, G.D., Kunkel, S.L. and Lucchesi, B.R.: Reduction
of myocardial infarct size by neutrophil depletion:  Effect of duration of occlusion.

Am. Heart J. 112: 682-690, 1986.

174. Patterson, E., Walden, K.M., Khazaeli, M.B., Montgomery, D.G. and Lucchesi, B.R.: Cardiac
electrophysiologic effects of acute and chronic amiodarone administration in the isolated perfused
rabbit heart:  The role of altered thyroid hormone metabolism.   J. Pharmacol. Exp. Therap. 239: 179-
184, 1986.

175. Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.:  The effects of calcium entry blockade on the
vulnerability of infarcted canine myocardium toward ventricular fibrillation.   J. Pharmacol. Exp.
Therap. 239: 340-345, 1986.

176. Jackson, C.V., Mickelson, J.K., Pope, T.K., Rao, P.S. and Lucchesi, B.R.: Oxygen free radical mediated myocardial and vascular dysfunction. Am . J. Physiol. (Heart Circ. Physiol. 20) 251: H1225 - H1231, 1986.

177. Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.: Cardiac electrophysiologic actions of SCH 19927 (Dilevalol), the R,R-isomer of labetalol. J. Pharmacol. Exp. Therap. 239: 719-723, 1986.

178. Lucchesi, B.R., Mickelson, J.K., Homeister, J.W. and Jackson, C.V.: Interaction of the formed elements of blood with the coronary vasculature in vivo. Fed. Proc. 46: 63-72, 1987.

179. Kou, W.H., Nelson, S.D., Lynch, J.J., Montgomery, D.G., DiCarlo, L. and Lucchesi, B.R.: Effect of flecainide acetate on prevention of electrical induction of ventricular tachycardia and occurrence of ischemic ventricular fibrillation during the early postmyocardial infarction period: Evaluation in a conscious canine model of sudden death. J. Am. Coll. Cardiol. 9: 359-365, 1987.

180. Eller, B.T., Lynch, J.J., Patterson, E. and Lucchesi, B.R.: Electrophysiologic and antiarrhythmic actions of sulphinpyrazone and its sulfide metabolite G25671. Pharmacology, 34: 121-130, 1987.

181. Kopia, G.A. and Lucchesi, B.R.: Antifibrillatory action of bretylium: Role of the sympathetic nervous system. Pharmacology 34: 37-47, 1987.

182. Werns, S.W., Shea, M.J., Vaporciyan, A., Phan, S., Abrams, G.D., Buda, A.J., Pitt, B., Ventura, A., and Lucchesi, B.R.: Superoxide dismutase does not cause scar thinning after myocardial infarction. J. Am. Coll. Cardiol. 9: 898-902, 1987.

183. Werns, S.W. and Lucchesi, B.R.: Inflammation and Myocardial Infarction. Brit. Med. Bull. 43: 460-471, 1987.

184. Giger, U., Boxer, L.A., Simpson, P.J., Lucchesi, B.R. and Todd, R.F., III: Deficiency of leukocyte surface glycoproteins Mo1, LFA-1, and Leu M5 in a dog with recurrent bacterial infections: An animal model. Blood 69: 1622-1630, 1987.

185. Simpson, P.J., Mickelson, J.K. and Lucchesi, B.R.: Free radical scavengers in myocardial ischemia. Fed. Proc. 46: 2413-2421, 1987.

186. Lynch, J.J., Montgomery, D.G., Nelson, S.D., Huante, D.M. and Lucchesi, B.R.: Lack of concordance between the antiarrhythmic and antifibrillatory actions of UM-424, a quaternary ammonium analogue of propranolol. J. Pharmacol. Exp. Therap. 9: 414-424, 1987.

187. Wilber, D.J., Lynch, J.J., Montgomery, D. and Lucchesi, B.R.: Alpha-adrenergic influences in canine ischemic sudden death: Effects of alpha$_1$-adrenoceptor blockade with prazosin. J. Cardiovasc. Pharmacol. 10: 96-106, 1987.

188. Mickelson, J.K., Simpson, P.J., Gallas, M.T. and Lucchesi, B.R.: Thromboxane synthetase inhibition with CGS 13080 improves coronary blood flow after streptokinase-induced thrombolysis. Am. Heart J. 113: 1345-1352, 1987.

189. Jackson, C.V., Pope, T.K. and Lucchesi, B.R.: Coronary artery vasodilation in the canine: Physiological and pharmacological roles of beta-adrenergic receptors. J. Cardiovasc. Pharmacol. 10: 196-204, 1987.

190. Lynch, J.J., Nelson, S.D., MacEwen, S.A., Driscoll, E.M. and Lucchesi, B.R.: Antifibrillatory efficacy of concomitant beta-adrenergic receptor blockade with dilevalol, the R,R-isomer of labetalol, and muscarinic receptor blockade with methylscopolamine. J. Pharmacol. Exp. Therap. 241: 741-749, 1987.

191. Simpson, P.J., Mickelson, J.K., Fantone, J.C., Gallagher, K.P. and Lucchesi, B.R.: Iloprost inhibits neutrophil function in vitro and in vivo and limits experimental infarct size in the canine heart. Circ. Res. 60: 666-673, 1987.

192. Lynch, J.J., DiCarlo, L.A., Montgomery, D.G. and Lucchesi, B.R.: Effects of flecainide acetate on ventricular tachyarrhythmia and fibrillation in dogs with recent myocardial infarction. Pharmacology 35: 181-193, 1987.

193. Simpson, P.J. and Lucchesi, B.R.: Free radicals and myocardial ischemia and reperfusion injury. J. Lab. Clin. Med., 110: 13-30, 1987.

194. Simpson, P.J., Mitsos, S.E., Ventura, A., Gallagher, K.P., Abrams, G.D., Schork, M.A. and Lucchesi, B.R.: Prostacyclin protects ischemic reperfused myocardium in the dog by inhibition of neutrophil activation. Am. Heart J. 113: 129-137, 1987.

195. Jolly, S.R., Kipnis, J.N. and Lucchesi, B.R.: Cardiovascular depression by verapamil: Reversal by glucagon and interactions with propranolol. Pharmacology 35: 249-255, 1987.

196. Patterson, E., Shlafer, M., Walden, K.M., Khazaeli, M.B., Montgomery, D.G. and Lucchesi, B.R.: Changes in cardiac muscle function and biochemistry produced by long-term amiodarone administration in the rabbit: Reversal by the concomitant administration of triiodothyronine. Pharmacology 35: 130-140, 1987.

197. Werns, S.W., Simpson, P.J., Mickelson, J.K., Shea, M.J., Pitt, B. and Lucchesi, B.R.: Sustained limitation by superoxide dismutase of canine myocardial injury due to regional ischemia followed by reperfusion. J. Cardiovasc. Pharm. 11: 36-44, 1988.

198. Werns, S.W. and Lucchesi, B.R.: Leukocytes, oxygen radicals and myocardial injury due to ischemia and reperfusion. J. Free Radicals Biol. Med. 4: 31-37, 1988.

199. Lynch, J.J. and Lucchesi, B.R.: Effect of digoxin on the extent of injury and severity of arrhythmias during acute myocardial ischemia and infarction in the dog. J. Cardiovasc. Pharmacol. 11 193-203, 1988.

200. Simpson, P.J., Mickelson, J.K., Fantone, J.C., Gallagher, K.P. and Lucchesi, B.R.: Reduction of experimental canine myocardial infarct size with prostaglandin $E_1$: Inhibition of neutrophil migration and activation. J. Pharmacol. Exp. Therap. 244: 619-624, 1988.

201. Patterson, E., Gibson, J.K. and Lucchesi, B.R.: Antiarrhythmic and arrhythmogenic actions of methyl lidocaine during the recovery phase after canine myocardial infarction. Pharmacology 36: 73-83, 1988.

202. Lynch, J.J., Simpson, P.J., Gallagher, K.P., McClanahan, T.B., Lee, K.A. and Lucchesi, B.R.: Increase in experimental infarct size with digoxin in a canine model of myocardial ischemia-reperfusion injury. Am. Heart J. 115: 1171-1182, 1988.

203. Larson, L.O., Hantler, C.B., Lynch, J.J., Landau, S.N., Buben, J.A., Lucchesi, B.R. and Knight, P.R.:  Cardiac electrophysiologic interactions of bepridil, a new calcium antagonist, with enflurane, halothane and isoflurane.  J. Cardiothor. Anesth. 2: 346-355, 1988.

204. Lynch, J.J., Kitzen, J.M., Hoff, P.T., and Lucchesi, B.R.:  Reduction in digitalis- associated postinfarction mortality with nadolol in conscious dogs.   Am. Heart J. 115: 67-76, 1988.

205. Nelson, S.D., Lucchesi, B.R., Sanders, D.G. and Lynch, J.J.:  Antiarrhythmic actions of left stellectomy in digitalis-mediated malignant ventricular arrhythmias in the postinfarcted canine heart. J. Cardiovasc. Pharmacol. 12: 196-207, 1988.

206. Mickelson, J.K., Jackson, C.V., Simpson, P.J. and Lucchesi, B.R.:  Protection of myocardial function and coronary vasculature by streptokinase.  J. Cardiovasc. Pharmacol. 12: 186-195, 1988.

207. Simpson, P.J., Todd III, R.F., Fantone, J.C., Mickelson, J.K., Griffin, J.D. and Lucchesi, B.R.: Reduction of experimental canine myocardial reperfusion injury by a monoclonal antibody (anti-Mo1, anti-CD11b) that inhibits leukocyte adhesion.  J. Clin. Invest. 81: 624-629, 1988.

208. Kitzen, J.M., Lynch, J.J., Driscoll, E.M. and Lucchesi, B.R.:  Cardiac electrophysiologic and hemodynamic activity of pimobendan (UD-CG 115 BS), a new inotropic agent.  J. Pharmacol. Exp. Therap. 244: 929-939, 1988.

209. Sisson, J.C., Lynch, J.J., Johnson, J., Jaques Jr., S., Wu, D., Bolgos, G., Lucchesi, B.R., and Wieland, D.M.:  Scintigraphic detection of regional disruption of adrenergic neurons in the heart.

Am. Heart J. 116: 67-76, 1988.

210. Söhngen, W., Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.:  Recombinant single-chain urokinase-type plasminogen activator (rscu-PA) induces thrombolysis and systemic fibrinolysis in a canine model of coronary artery thrombosis.  Thromb. Res. 51: 63-74, 1988.

211. Lynch, J.J., Kitzen, J.M., Hoff, P.T. and Lucchesi, B.R.:  Effects of pimobendan (UD-CG 115BS), a new positive inotropic agent, on ventricular tachycardia and ischemic ventricular fibrillation in a conscious canine model of recent myocardial function.  J. Cardiovasc. Pharmacol. 12: 547-554, 1988.

212. Werns, S.W., Eller, B.T., Shea, M.J., Simpson, P.J., Dysko, R.C., Abrams, G.D. and Lucchesi, B.R.:  Protection of reperfused ischemic canine myocardium by CI-922, a new inhibitor of leukocyte activation.  J. Cardiovasc. Pharmacol. 12: 608-614, 1988.

213. Söhngen, W., Winbury, M.M., Kitzen, J.M., Ventura, A. and Lucchesi, B.R.:  The mechanism for the clonidine induced coronary artery dilatation in the canine heart.  J. Cardiovasc. Pharmacol. 12: 689-700, 1988.

214. Mickelson, J.K., Simpson, P.J., Lucchesi, B.R.:  Myocardial dysfunction and coronary vasoconstriction induced by platelet-activating factor in the post-infarcted rabbit isolated heart.  J. Mol. Cell. Cardiol. 20: 547-561, 1988.

215. Kitzen, J.M., Lynch, J.J., Uprichard, A.C.G., Venkatesh, N. and Lucchesi, B.R.:  Failure of thromboxane synthetase inhibition to protect the postinfarcted heart against the induction of ventricular tachycardia and ventricular fibrillation in a conscious canine model of sudden coronary

death.  Pharmacology 37: 171-186, 1988.

216. Tamura, Y., Chi, L., Driscoll, E.M., Hoff, P.T., Freeman, B.A., Gallagher, K.P. and Lucchesi, B.R.:  Superoxide dismutase conjugated to polyethylene glycol provides sustained protection against myocardial ischemia/reperfusion injury in the canine heart.  Circ. Res. 63: 944-959, 1988.

217. Simpson, P.J., Fantone, J.C., Mickelson, J.K., Gallagher, K.P. and Lucchesi, B.R.: Identification of a time window for therapy to reduce experimental canine myocardial injury:  Suppression of neutrophil activation during 72 hours of reperfusion.  Circ. Res. 63: 1070-1079, 1988.

218. Patterson, E. and Lucchesi, B.R.:  Electrophysiologic and antiarrhythmic actions of nadolol -- Acute ischemia in the presence of previous myocardial infarction.  Am. Heart J. 116: 1223-1232, 1988.

219. Mitsos, S.E., Kim, D., Lucchesi, B.R. and Fantone, J.C.:  Modulation of myoglobin-$H_2O_2$ mediated peroxidation reactions by sulfhydryl compounds.  J. Lab. Invest. 59: 824-830, 1988.

220. Werns, S.W. and Lucchesi, B.R.:  Myocardial ischemia and reperfusion:  The role of oxygen radicals in tissue injury.  Cardiovasc. Drugs Ther. 2:  761-769, 1989.

221. Mickelson, J.K., Simpson, P.J., Gallas, M.T. and Lucchesi, B.R.:  Streptokinase improves reperfusion blood flow after coronary artery occlusion.  Int. J. Cardiol. 23: 373-384, 1989.

222. Chi, L., Tamura, Y., Hoff, P.T., Macha, M., Gallagher, K.P., Schork, M.A. and Lucchesi, B.R.: Effect of superoxide dismutase on myocardial infarct size in the canine heart after 6 hours of regional ischemia and reperfusion:  A demonstration of myocardial salvage.  Circ. Res. 64: 665-675, 1989.

223.  Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.:   Antiplatelet monoclonal F(ab')$_2$ antibody directed against the platelet GPIIb/IIIa receptor complex prevents coronary artery thrombosis in the canine heart.  J. Mol. Cell Cardiol, 21: 393-405, 1989.

224. Uprichard, A.C.G., Chi, L., Lynch, J.J., Driscoll, E.M., Frye, J.W. and Lucchesi, B.R.: Alinidine protects against ischemic ventricular fibrillation in a conscious canine model:  Probable anti-ischemic mode of action.  J. Cardiovasc. Pharmacol. 14: 475-482, 1989.

225. Lynch, J.J., Uprichard, A.C.G., Frye, J.W., Driscoll, E.M., Kitzen, J.M. and Lucchesi, B.R.: Effects of the positive inotropic agents milrinone and pimobendan upon the development of lethal ischemic arrhythmias in conscious dogs with recent myocardial infarction.  J. Cardiovasc. Pharmacol. 14: 585-597, 1989.

226. Nelson, D.S., Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.:  Electrophysiologic actions and antifibrillatory efficacy of subacute left stellectomy in a conscious, post-infarction canine model of ischemic ventricular fibrillation.  Int. J. Cardiol., 22: 365-376, 1989.

227. Lucchesi, B.R. and Tamura, Y.:  Cardioprotective effects of amlodipine in the ischemic-reperfused heart.  Am. Heart J. 118: 1121-1122, 1989.

228. Hoff, P.T., Tamura, Y. and Lucchesi, B.R.:  Cardioprotective effects of amlodipine in the ischemic-reperfused heart.  Am. J. Cardiol. 64:101I-116I, 1989.

229. Uprichard, A.C.G., Lynch, J.J., Kitzen, J.M., Frye, J.W. and Lucchesi, B.R.: Celiprolol does not protect against ventricular tachycardia or sudden death in the conscious canine: A comparison with pindolol in assessing the role of intrinsic sympathomimetic activity. J. Pharmacol. Exp. Therap. 251: 571-577, 1989.

230. Lucchesi, B.R.: Role of calcium on excitation contraction-coupling in cardiac and vascular smooth muscle. Circulation, 80(Suppl. IV): 1-13, 1989.

231. Lucchesi, B.R., Werns, S.W. and Fantone, J.C.: The role of the neutrophil and free radicals in ischemic myocardial injury. J. Mol. Cell. Cardiol. 21: 1241-1251, 1989.

232. Lucchesi, B.R.: The role of oxygen-derived radicals in myocardial reoxygenation injury. Age of Reperfusion 1(3): 1-4, 1989.

233. Simpson, P.J., Todd, R.F., Mickelson, J.K., Fantone, J.C., Gallagher, K.P., Lee, K.A., Tamura, Y., Cronin, M. and Lucchesi, B.R.: Sustained limitation of myocardial reperfusion injury by a monoclonal antibody that alters leukocyte function. Circulation 81: 226-237, 1990.

234. Mickelson, J.K., Simpson, P.J., Cronin, M., Homeister, J.W., Laywell, E. and Lucchesi, B.R.: Antiplatelet antibody [7E3 F(ab')$_2$] prevents rethrombosis after recombinant tissue-type plasminogen activator-induced coronary artery thrombolysis in a canine model. Circulation 81: 617-627, 1990.

235. Lucchesi, B.R.: The neutrophil and reperfusion injury. Age of Reperfusion 2(1):1-4, 1990.

236. Lucchesi, B.R.: Modulation of leukocyte mediated myocardial reperfusion injury. Annu. Rev. Physiol., 52: 561-576, 1990.

237. Werns, S.W. and Lucchesi, B.R.: Free radicals and ischemic tissue injury. TIPS 11: 161-166, 1990.

238. Lucchesi, B.R.: Myocardial ischemia, reperfusion and free radical injury. Am. J. Cardiol. 65: 14I-23I, 1990.

239. Kitzen, J.M., Chi, L., Uprichard, A.C.G. and Lucchesi, B.R.: Effects of combined thromboxane synthetase inhibition/thromboxane receptor antagonism in two models of sudden cardiac death: Limited role for thromboxane. J. Cardiovasc. Pharmacol. 16: 68-80, 1990.

240. Li, G.C., Vasquez, J.A., Gallagher, K.P. and Lucchesi, B.R.: Myocardial protection with preconditioning. Circulation 82: 609-619, 1990.

241. Homeister, J.W., Hoff, P.T., Fletcher, D.D. and Lucchesi, B.R.: Combined adenosine and lidocaine administration limits myocardial reperfusion injury. Circulation 82: 595-608, 1990.

242. Chi, L., Mu, D.-X., Driscoll, E. and Lucchesi, B.R.: Antiarrhythmic and electrophysiologic actions of CK-3579 and sematilide in a conscious canine model of sudden coronary death. J. Cardiovasc. Pharmacol.16: 312-324, 1990.

243. Schumacher, W.A. and Lucchesi, B.R.: Effect of diltiazem on experimental coronary artery thrombosis in dogs. Pharmacology, 41: 16-23, 1990.

244. Chi, L., Uprichard, A.C.G. and Lucchesi, B.R.: Profibrillatory actions of pinacidil in a conscious

canine model of sudden coronary death.  J. Cardiovasc. Pharmacol. 15: 452-464, 1990.

245. Hoff, P.T., Tamura, Y. and Lucchesi, B.R.:  Cardioprotective effects of amlodipine on ischemia and reperfusion in two experimental models.  Am. J. Cardiol. 66: 10H-16H, 1990.

246. Sisson, J.C., Johnson, J., Bolgos, G., Lynch, J.J., Uprichard, A., Driscoll, E., Wieland, D. M. and Lucchesi, B.:  Portrayal of adrenergic denervation in the presence of myocardial infarction: A feasibility study.  Am. J. Physiologic Imaging 5: 151-166, 1990.

247. Lucchesi, B.R., Hoff, P.T. and Tamura, Y.:  Cardioprotective effects of amlodipine in animal models of ischemia reperfusion.  J. Cardiovasc. Pharmacol. 17(Suppl 1): S34-S39, 1991.

248. Chi, L., Mu, D.-X. and Lucchesi, B.R.:  Electrophysiology and antiarrhythmic actions of E-4031 in the experimental animal model of sudden coronary death.  J. Cardiovasc. Pharmacol., 17: 285-295, 1991.

249.  Lucchesi, B.R., Bürgi, R. and Heim, J:  The in vivo thrombolytic activity of CGP 42935, a hybrid plasminogen activator and fibrinolytic agent.  Coronary Artery Dis., 2: 247-258, 1991.

250. Homeister, J.W., Mickelson, J.K., Hoff, P.T. and Lucchesi, B.R.:  Recombinant hirudin (CGP 39393) reduces the incidence of thrombotic occlusion in a canine model of coronary vascular injury. Coronary Artery Dis., 2: 237-246, 1991.

251. Werns, S.W., Grum, C.M., Ventura, A., Hahn, R.A., Ho, P.K., Towner, R.D., Fantone, J.C., Schork, M.A. and Lucchesi, B.R.:  Xanthine oxidase inhibition does not limit canine infarct size.

Circulation 83: 995-1005, 1991.

252.  Black, S.C., Chi, L., Mu, D-X. and Lucchesi, B.R.:  The antifibrillatory actions of UK-68,798, a Class III antiarrhythmic agent.  J. Pharmacol. Exp. Therap. 258: 416-423, 1991.

253.  Schumacher, W.A., Fantone, J.C., Kunkel, S.E., Webb, R.C. and Lucchesi, B.R.:  The anaphylatoxins C3a and C5a are vasodilators in the canine coronary vasculature in vitro and in vivo. Agents Actions 34: 345-349, 1991.

254. Venkatesh, N., Lynch, J.J., Uprichard, A.C.G., Kitzen, J.M., Singh, B.N. and Lucchesi, B.R.: Hypothyroidism renders protection against lethal ventricular arrhythmias in a conscious canine model of sudden death.  J. Cardiovasc. Pharmacol. 18: 703-710, 1991.

255. Bates, E.R., Walsh, D.G., Mu, D.-X., Abrams, G.D. and Lucchesi, B.R.:  Sustained inhibition of the vessel wall-platelet interaction after deep coronary artery injury by temporary inhibition of the platelet glycoprotein IIb/IIIa receptor.  Cor. Artery Dis. 3: 67-76, 1992.

256.  Romson, J.L., Jolly, S.R. and Lucchesi, B.R.:  Protection of ischemic myocardium by pharmacologic manipulation of leukocyte function.  Reprinted as Master Teacher Classic Paper in Cardiovasc. Rev. Rept. 13: 21-35, 1992; (author update follows article).

257.  Homeister, J.W., Satoh, P.S. and Lucchesi, B.R.:  Effects of complement activation in the isolated heart — Role of the terminal complement components.  Circ. Res.  71: 303-319, 1992.

258. Black, S.C. and Lucchesi, B.R.:  UK-68,798, a class III antiarrhythmic drug with antifibrillatory

properties.  Cardiovasc. Drug Rev. 10: 170-181, 1992.

259.  Black, S.C., Driscoll, E.M. and Lucchesi, B.R.:  Inhibition of platelet-activating factor fails to limit ischemia and reperfusion-induced myocardial damage.  J. Cardiovasc. Pharmacol. 20: 997-1005, 1992.

260.  Werns, S.W., Fantone, J.C., Ventura, A. and Lucchesi, B.R.:  Myocardial glutathione depletion impairs recovery of isolated, blood-perfused hearts after global ischemia.  J. Mol. Cell. Cardiol. 24: 1215-1220, 1992.

261.  Chi, L., Black, S.B., Kou P., Fagbemi, S.O. and Lucchesi, B.R.:  Actions of pinacidil at a reduced potassium concentration:  A direct cardiac effect possibly involving the ATP-dependent potassium channel.  J. Cardiovasc. Pharmacol. 21: 179-190, 1993.

262.  Mickelson, J.K., Hoff, P.T., Homeister, J.W., Fantone, J.C. and Lucchesi, B.R.:  High-dose intravenous aspirin, not low dose intravenous or oral aspirin, inhibits thrombus formation and stabilizes blood flow in experimental coronary vascular injury.  J. Am Coll. Cardiol. 21:502-510, 1993.

263.  Homeister, J.W., Satoh, P.S., Kilgore, K.S. and Lucchesi, B.R.:  Soluble complement receptor Type 1 prevents human complement-mediated damage of the rabbit isolated heart.  J. Immunol., 150: 1055-1064,1993.

264.  Black, S.C. and Lucchesi, B.R.:  Heat shock proteins and the ischemic heart.  An endogenous protective mechanism.  Circulation 87: 1048-1051, 1993. (invited editorial)

265.  Rote, W.E., Werns, S.W., Davis, J.H., Feigen, L.P., Kilgore, K.S. and Lucchesi, B.R.: Platelet GPIIb/IIIa receptor inhibition by SC-49992 prevents thrombosis and rethrombosis in the canine carotid artery.  Cardiovasc. Res. 27: 500-507, 1993.

266.  Fagbemi, S.O., Chi, L. and Lucchesi, B.R.:  Antifibrillatory and profibrillatory actions of selected Class I antiarrhythmic agents.  J. Cardiovasc. Pharmacol. 21: 709-719, 1993.

267.  Rote, W.E., Mu,-D.-X. and Lucchesi, B.R.:  Thromboxane antagonism in experimental canine carotid artery thrombosis. Stroke 24: 820-828, 1993.

268.  Kilgore, K.S. and Lucchesi, B.R.:  Effect of hypoxia and reoxygenation upon the rabbit isolated heart as determined by monoclonal antimyosin uptake.   Cardiovasc. Res. 27: 1260-1267, 1993.

269.  Homeister, J.W. and Lucchesi, B.R.:  Complement activation and inhibition in myocardial ischemia and reperfusion injury. Ann. Rev. Pharmacol. Toxicol., 34: 17-40, 1993.

270.  Friedrichs, G.S., Chi, L., Black, S.C., Manley, P.J., Oh, J. and Lucchesi, B.R.: Antifibrillatory effects of ibutilide in the rabbit isolated heart:  Mediation *via* ATP-dependent potassium channels.  J. Pharmacol. Exp. Therap. 266: 1348-1354, 1993.

271.  Minami, M., Driscoll, E.M. and Lucchesi, B.R.:  Antithrombotic effects of BMY21190, an inhibitor of cAMP phosphodiesterase, in a canine model of coronary artery thrombosis.  Jpn. Circ. J. 57: 979-992, 1993.

272.  Uprichard, A.C.G., Chi, L. and Lucchesi, B.R.:   Functional consequence of big-endothelin

conversion:  Demonstration with isolated neutrophils but not in a postinfarction model. Pharmacology 47: 277-285, 1993.

273. Kilgore, K.S. and Lucchesi, B.R.:  Reperfusion injury after myocardial infarction:  The role of free radicals and the inflammatory response.  Clin. Biochem. 26: 359-370, 1993.

274. Tschopp, J.F., Driscoll, E.M., Mu, D.-X., Black, S.C., Pierschbacher, M.D. and Lucchesi, B.R.:  Prevention of coronary artery reocclusion after thrombolysis with an RGD-containing peptide with no effect on bleeding time.  Coronary Artery Dis. 4: 809-817, 1993.

275. Rote, W.E., Mu, D.-X., Roncinske, R.A., Frelinger, A.L., III, and Lucchesi, B.R.: Prevention of experimental carotid artery thrombosis by applaggin.  J. Pharmacol. Exp. Ther. 267: 809-814, 1993.

276. Black, S.C., Butterfield, J.L. and Lucchesi, B.R.:  Protection against programmed electrical stimulation-induced ventricular tachycardia and sudden cardiac death by NE-10064, a Class III antiarrhythmic drug.  J. Cardiovasc. Pharmacol. 22: 810-818, 1993.

277. Black, S.C., Friedrichs, G.S. and Lucchesi, B.R.:  The autonomic nervous sytem, myocardial infarct size and ventricular fibrillation (editorial letter).  Invited submission for the J. Mol. Cell. Cardiol. 25: 1291-1292, 1993.

278. Black, S.C., Fagbemi, S.O., Chi, L., Friedrichs, G.S. and Lucchesi, B.R.:  Phorbol ester-induced ventricular fibrillation in the Langendorff-perfused rabbit heart:  Antagonism by inhibitors of protein kinase C and glybenclamide.  J. Mol. Cell Cardiol. 25: 1427-1438, 1993.

279. Lucchesi, B.R.:  Complement activation, neutrophils and oxygen radicals in reperfusion injury.  Stroke 24(Suppl 1): I-41—I-47, 1993.

280. Friedrichs, G.S., Chi, L., Black, S.C., Manley, P.J. and Lucchesi, B.R.:  Antiarrhythmic agent, MS-551, protects against pinacidil + hypoxia-induced ventricular fibrillation in the Langendorff-perfused rabbit isolated heart.  J. Cardiovasc. Pharmacol. 23: 120-126, 1994.

281. Rote, W.E., Mu, D.-X., Bates, E.R., Nedelman, M.A. and Lucchesi, B.R.:  Prevention of rethrombosis after coronary thrombolysis in a chronic canine model.  I.  Adjunctive therapy with monoclonal antibody 7E3-F(ab')$_2$ fragment.  J. Cardiovasc. Pharmacol. 23: 194-202, 1994.

282. Rote, W.E., Mu, D.-X., Bates, E.R., Nedelman, M.A. and Lucchesi, B.R.:  Prevention of rethrombosis after coronary thrombolysis in a chronic canine model.  II.  Adjunctive therapy with r-hirudin.  J. Cardiovasc. Pharmacol. 23: 203-211, 1994.

283. Trikha, M., Rote, W.E., Manley, P.J., Lucchesi, B.R. and Markland, F.S.:  Purification and characterization of platelet aggregation inhibitors from snake venoms.  Thromb. Res. 73: 39-52, 1993.

284. Lucchesi, B.R., Chi, L., Friedrichs, G.S., Black, S.C. and Uprichard, A.C.G.: Antiarrhythmic vs antifibrillatory actions:  Inference from experimental studies.  Am. J. Cardiol. 72(Suppl): 25F-44F, 1993.

285. Rote, W.E., Davis, J.H., Mousa, S.A., Reilly, T.M. and Lucchesi, B.R.:  Antithrombotic effects of DMP728, a platelet GPIIb/IIIa receptor antagonist, in a canine model of arterial thrombosis. J. Cardiovasc. Pharmacol. 23: 681-689, 1994.

286. Werns, S.W., Rote, W.E., Davis, J.H., Guevara, T. and Lucchesi, B.R.:  Nitroglycerin inhibits experimental thrombosis and reocclusion after thrombolysis.  Am. Heart J. 127: 727-737, 1994.

287. Eitzman, D.T., Schwartz, R.S., Saggin, L., Chi, L., Lucchesi, B.R. and Fay, W.P.:  Heparin neutralization by platelet-rich thrombi:  Role of platelet factor 4.  Circulation 89: 1523-1529, 1994.

288. Kilgore, K.S., Friedrichs, G.S., Homeister, J.W. and Lucchesi, B.R.:  The complement system in myocardial ischaemia/reperfusion injury.  Masterclass Review.  Cardiovasc. Res. 28: 437-444, 1994.

289. Lucchesi, B.R.:  Complement, neutrophils and free radicals:  Mediators of reperfusion injury. Arzneim.-Forsch./Drug Res. 44: 420-432, 1994.

290. Kilgore, K.S., Homeister, J.W., Satoh, P.S. and Lucchesi, B.R.:  Inhibition of complement-mediated myocardial injury by the sulfhydryl compounds captopril and N-(2-mercapto-propionyl)-glycine.  Am. J. Physiol. 266: H28-H35, 1994.

291. Chi, L., Black, S.C., Friedrichs, G.S. and Lucchesi, B.R.:  The cardiac ATP-dependent potassium channel and myocardial protection.  Invited editorial letter for Cardiovasc. Res. 28: 136-137, 1994.

292. Rote, W.E., Nedelman, M.A., Mu, D.-X., Manley, P.J., Weisman, H., Cunningham, M.R. and Lucchesi, B.R.:  Chimeric 7E3 prevents carotid artery thrombosis in Cynomolgus monkeys. Stroke 25:1223-1232, 1994.

293. Black, S.C. and Lucchesi, B.R.:  Potassium channel openers are likely to be proarrhythmic in the diseased human heart (invited editorial).  Cardiovasc. Res. 28:923-924, 1994.

294. Gralinski, M.R., Black, S.C., Kilgore, K.S., Chou, A.Y., McCormack, J.G. and Lucchesi, B.R.: Cardioprotective effects of ranolazine (RS-43285) in the isolated perfused rabbit heart. Cardiovasc. Res. 28: 1231-1237, 1994.

295. Friedrichs, G.S., Chi, L., Green, A.L. and Lucchesi, B.R.:  Antifibrillatory effects of clofilium in the rabbit isolated heart.  Br. J. Pharmacol. 113: 209-215, 1994.

296. Kilgore, K.S., Friedrichs, G.S., Johnson, C.R., Schasteen, C.S., Riley, D.P., Weiss, R.H., Ryan, U. and Lucchesi, B.R.:  Protective effects of the SOD-mimetic SC-52608 against ischemia/reperfusion damage in the rabbit isolated heart.  J. Mol. Cell. Cardiol. 26: 995-1006, 1994.

297. Friedrichs, G.S., Kilgore, K.S., Manley, P.J., Gralinski, M.R. and Lucchesi, B.R.:  Effects of heparin and N-acetyl heparin on ischemia/reperfusion-induced alterations in myocardial function in the rabbit isolated heart.  Circ. Res. 75: 701-710, 1994.

298. Black, S.C., Schasteen, C.S., Weiss, R.H., Riley, D.P., Driscoll, E.M. and Lucchesi, B.R.: Inhibition of in vivo myocardial ischemic and reperfusion injury by a synthetic manganese-based superoxide dismutase mimetic.  J. Pharmacol. Exp. Ther. 270: 1208-1215, 1994.

299. Minami, M., Hirafuji, M., Driscoll, E.M. and Lucchesi, B.R.:  BMY21190, a potent inhibitor of cAMP phosphodiesterase.  Cardiovasc. Drug Rev. 12: 173-192, 1994.

300. Chi, L., Friedrichs, G.S., Oh, J.Y., Green, A.L. and Lucchesi, B.R.:  Effect of Ado A1- and A2-receptor activation on ventricular fibrillation during hypoxia-reoxygenation.  Am. J. Physiol. 267: H1447-H1454, 1994.

301. Lucchessi (Sic.), B.R., Rote, W.E., Driscoll, E.M. and Mu, D.-X.: Prevention of thrombosis and rethrombosis and enhancement of recombinant tissue-type plasminogen activator in the canine heart by DMP728, a glycoprotein IIb/IIIa antagonist. Br. J. Pharmacol. 113: 1333-1343, 1994.

302. Black, S.C., Gralinski, M.R., McCormack, J.G., Driscoll, E.M. and Lucchesi, B.R.: Effect of ranolazine on infarct size in a canine model of regional myocardial ischemia and reperfusion. J. Cardiovasc. Pharmacol. 24: 921-928, 1994.

303. Markland, F.S., Friedrichs, G.S., Pewitt, S.R. and Lucchesi, B.R.: Thrombolytic effects of recombinant fibrolase or APSAC in a canine model of carotid artery thrombosis. Circulation 90: 2448-2456, 1994.

304. Friedrichs, G.S., Chi, L., Gralinski, M.R., Black, S.C., Basler, G.C., Mu D.-X., Pewitt, S.R., Johnson, C.R. and Lucchesi, B.R.: MS-551 protects against ventricular fibrillation in a chronic canine model of sudden death. J. Cardiovasc. Pharmacol. 25: 314-323, 1995.

305. Minami, M., Driscoll, E.M., Simpson, P.J., Hoff, P.T. and Lucchesi, B.R.: Effects of BMY21190, an inhibitor of cAMP phosphodiesterase, on infarct size and myeloperoxidase activity in the ischemic myocardium of a canine occlusion-reperfusion model. Pharmacology 50: 24-33, 1995.

306. Black, S.C., Gralinski, M.R., Friedrichs, G.S., Kilgore, K.S., Driscoll, E.M. and Lucchesi, B.R.: Cardioprotective effects of heparin on N-acetylheparin in an *in vivo* model of regional myocardial ischemic and reperfusion injury. Cardiovasc. Res. 29: 629-636, 1995.

307. Minami, M., Driscoll, E. and Lucchesi, B.R.: Antithrombotic and cardiovascular effects of BMY-20844, an inhibitor of cAMP phosphodiesterase, in a canine model of coronary artery thrombosis. Biogenic Amines 11: 269-280, 1995.

308. Virkhaus, R., Lucchesi, B.R., Simpson, P.J. and Shebuski, R.J.: The role of adhesion molecules in cardiovascular pharmacology. Meeting review. J. Pharmacol. Exp. Ther. 273: 569-575, 1995.

309. Sudo, Y., Kilgore, K.S. and Lucchesi, B.R.: Monoclonal antibody [7E3-F(ab'2] prevents arterial, but not venous rethrombosis. J. Cardiovasc. Pharmacol. 26: 241-250, 1995.

310. Kilgore, K.S., Park, J.L., Chi, L., Musser, J.H., Date, V., Abbas, S. and Lucchesi, B.R.: Reduction of myocardial infarct size in the rabbit by a carbohydrate analog of sialyl Lewis[x]. J.

Cardiovasc. Pharmacol. Ther. 1: 49-56, 1996.

311. Mousa, S.A., DeGrado, W.F., Mu, D.-X., Kapil, R.P., Lucchesi, B.R. and Reilly, T.M.: Oral antiplatelet, antithrombotic efficacy of DMP 728, a novel platelet GPIIb/IIIa antagonist.

Circulation 93: 537-543, 1996.

312. Sudo, Y. and Lucchesi, B.R.: Antithrombotic effect of GYKI-14766 in a canine model of arterial and venous rethrombosis: A comparison with heparin. J. Cardiovasc. Pharmacol. 27: 545-555, 1996.

313. Chi, L., Park, J.L., Friedrichs, G.S., Banglawala, Y.A., Perez, M.A., Tanhehco, E.J. and Lucchesi, B.R.: Effects of tedisamil (KC-8857) on cardiac electrophysiology and ventricular fibrillation in the rabbit isolated heart. Br. J. Pharmacol. 117: 1261-1269, 1996.

314. Gralinski, M.R., Chi, L., Park, J.L., Friedrichs, G.S., Tanhehco, E.J., McCormack, J.G. and Lucchesi, B.R.:  Protective effects of ranolazine on ventricular fibrillation induced by activation of the ATP-dependent potassium channel in the rabbit heart.  J. Cardiovasc. Pharmacol. Ther. 1: 141-148, 1996.

315. Kilgore, K.S. and Lucchesi, B.R.:  Complement-associated myocardial compromise is positively influenced by blood filtration.  Bloodlink 5: 1-6, 1996

316. Friedrichs, G.S., Black, S.C., Chi, L., Mu, D.-X., Pewitt, S.R. and Lucchesi, B.R.: 5-hydroxydecanoate fails to attenuate ventricular fibrillation in a conscious canine model of sudden cardiac death.  Eur. J. Pharmacol. 306: 99-106, 1996.

317. Gralinski, M.R., Black, S.C., Stancato, L.F., Kilgore, K.S., Campau, P.A., Park, J.L., Ozeck, M., Pratt, W.B. and Lucchesi, B.R.:  Heat stress protects human plasma perfused rabbit heart from hyperacute xenograft rejection. Am. J. Physiol. 271: H571-H578, 1996.

318. Cousins, G.R., Friedrichs, G.S., Sudo, Y., Rebello, S.S., Rote, W.E., Vlasuk, G.P., Nolan, T.J., Mendoza, C. and Lucchesi, B.R.:  Orally effective CVS-1123 prevents coronary artery thrombosis in the conscious canine.  Circulation 94: 1705-1712, 1996.

319. Gralinski, M.R., Driscoll, E.M., Friedrichs, G.S., DeNardis, M.R. and Lucchesi, B.R.: Reduction of myocardial necrosis after glycosaminoglycan administration:  Effects of a single intravenous administration of heparin or N-acetylheparin 2 hours before regional ischemia and reperfusion.  J. Cardiovasc. Pharmacol. Ther., 1: 219-228,1996.

320. Gralinski, M.R., Wiater, B.C., Assenmacher, A.N. and Lucchesi, B.R.:  Selective inhibition of the alternative complement pathway by sCR1[desLHR-A] protects the rabbit isolated heart from human complement-mediated damage.  Immunopharmacology 34: 79-88, 1996.

321. Friedrichs, G.S., Abreu, J.N., Cousins, G.R., Chi, L., Borlak, J. and Lucchesi, B.R.: Tedisamil attenuates ventricular fibrillation in a conscious canine model of sudden cardiac death.  J. Cardiovasc. Pharmacol. Ther. 1: 313-324, 1996.

322. Lucchesi, B.R.:  Lethal myocardial "reperfusion injury".  (Invited editorial) J. Thrombos. Thrombol. 4: 55-58, 1997.

323. Rebello, S.S., Miller, B.V., Basler, G.C. and Lucchesi, B.R.:  CVS-1123, a direct thrombin inhibitor, prevents occlusive arterial and venous thrombosis in a canine model of vascular injury.  J. Cardiovasc Pharmacol. 29: 240-249, 1997.

324. Mousa, S.A., Mu, D.-X. and Lucchesi, B.R.:  Prevention of carotid artery thrombosis by oral platelet GPIIb/IIIa antagonist in dogs.  Stroke 28: 830-836, 1997.

325. Gralinski, M.R., Park, J.L., Ozeck, M.A., Wiater, B.C. and Lucchesi, B.R.:  LU 51198, a highly sulfated, low-molecular-weight heparin derivative, prevents complement-mediated myocardial injury in the perfused rabbit heart.  J. Pharmacol. Exp. Ther. 282: 554-560, 1997.

326. Rebello, S.S., Blank, H.S., Rote, W.W., Vlasuk, G.P. and Lucchesi, B.R.:  Antithrombotic efficacy of a recombinant nematode anticoagulant peptide (rNAP5) in canine models of thrombosis after single subcutaneous administration.  J. Pharmacol. Exp. Ther. 283: 91-99, 1997.

327. Rebello, S.S., Driscoll, E.M. and Lucchesi, B.R.:  TP-9201, a glycoprotein IIb/IIIa platelet receptor antagonist, prevents rethrombosis after successful arterial thrombolysis in the dog. Stroke 28: 1789-1796, 1997.

328. Park, J.L., Tanhehco, E.J., Kilgore, K.S., Gralinski, M.R. and Lucchesi, B.R.:  Reviparin-sodium prevents complement-mediated myocardial injury in the isolated rabbit heart.   J. Cardiovasc. Pharmacol. 30: 658-666, 1997.

329. Friedrichs, G.S., Chi, L., Park, J.L. and Lucchesi, B.R.:   Adrenergic dependent effect of adenosine-induced ventricular fibrillation in the rabbit isolated heart.  J. Cardiovasc. Pharmacol. Ther. 2: 299-308, 1997.

330. Lucchesi, B.R. and Kilgore, K.S.:  Complement inhibitors in myocardial ischemia/ reperfusion injury.  Immunopharmacology 38: 27-42, 1997.

331. Kilgore, K.S., Tanhehco, E.J., Park, J.L., Naylor, K.B., Anderson, M.B. and Lucchesi, B.R.: Reduction of myocardial infarct size *in vivo* by carbohydrate-based glycomimetics.  J. Pharmacol.

Exp. Ther. 284: 427-435, 1998.

332. Friedrichs, G.S., Abreu, J.N., Driscoll, E.M., Jr., Borlak, J. and Lucchesi, B.R.: Antifibrillatory efficacy of long-term tedisamil administration in a postinfarcted canine model of ischemic ventricular fibrillation.  J. Cardiovasc. Pharmacol. 31: 56-66, 1998.

333. Kilgore, K.S., Park, J.L., Tanhehco, E.J., Booth, E.A., Marks, R.M. and Lucchesi, B.R.: Attenuation of interleukin-8 expression in C6-deficient rabbits after myocardial ischemia/ reperfusion. J. Mol. Cell. Cardiol. 30: 75-85, 1998.

334. Rebello, S.S., Huang, J., Saito, K. and Lucchesi, B.R.:  In vivo efficacy of SM-20302, a GP IIb/IIIa receptor antagonist, correlates with ex vivo platelet inhibition in heparinized blood but not in citrated blood.  Arterioscler. Thromb. Vasc. Biol. 18: 954-960, 1998.

335. Yasojima, K., Kilgore, K.S., Washington, R.A., Lucchesi, B.R. and McGeer, P.L.: Complement gene expression by rabbit heart:  Upregulation by ischemia and reperfusion.  Circ.

Res. 82: 1224-1230, 1998.

336. Kilgore, K.S., Naylor, K.B., Tanhehco, E.J., Park, J.L., Booth, E.A., Washington, R.A. and Lucchesi, B.R.:  The semisynthetic polysaccharide pentosan polysulfate prevents complement-mediated myocardial injury in the rabbit perfused heart.  J. Pharmacol. Exp. Ther. 285: 987-994, 1998.

337. Black, S.C., Driscoll, E.M. and Lucchesi, B.R.:  Effect of ramiprilat or captopril on myocardial infarct size:   Assessment in canine models of ischemia alone and ischemia with reperfusion. Pharmacology 57: 35-46, 1998.

338. Rebello, S.S., Huang, J., Shiu, W.J., Saito, K., Kaneko, M., Saitoh, Y. and Lucchesi, B.R.: Pharmacokinetics and pharmacodynamics of SM-20302, a GPIIb/IIIa receptor antagonist, in anesthetized dogs.  J. Cardiovasc. Pharmacol. 32:485-494, 1998.

339. Lucchesi, B.R.:  Free radicals and tissue injury.  Dialogues Cardiovasc. Res. 3: 3-22, 1998.

340.   Huang, J., Rebello, S.S., Rosenberg, L.A., Kaneko, M., Sakurama, T. and Lucchesi, B.R.: Temporary and partial inhibition of platelets by SM-20302 prevents coronary artery thrombosis in a chronic canine model.  Eur. J. Pharmacol. 366: 203-213, 1999.

341. Park, J.L., Kilgore, K.S., Naylor, K.B., Booth, E.A., Murphy, K.L. and Lucchesi, B.R.: N-Acetylheparin pretreatment reduces infarct size in the rabbit.  Pharmacology 58: 120-131, 1999.

342. Huang, J., Rebello, S.S., Faul, J.D. and Lucchesi, B.R.:  Correlation between the *in vivo* efficacy of GPIIb/IIIa receptor antagonists (m7E3, MK-383 and DMP-728) and *ex vivo* platelet inhibition. Pharmacology 58: 252-264, 1999 .

343. Tanhehco, E.J., Kilgore, K.S., Naylor, K.B., Park, J.L., Booth, E.A. and Lucchesi, B.R.: Reduction of myocardial infarct size after ischemia and reperfusion by the glycosaminoglycan pentosan polysulfate. J. Cardiovasc. Pharmacol. 34: 153-161, 1999.

344. Rebello, S.S., Huang, J., Saito, K., Saucedo, J., Bates, E.R. and Lucchesi, B.R.:  Effect of time of 7E3 administration on tPA-induced reperfusion:  study in a canine model of thrombus-based occluson-reperfusion.  Eur. J. Pharmacol. 374: 399-410, 1999.

345. Fischbach, P.S., Johnston, P.V., Friedrichs, G.S., Lucchesi, B.R.:  Tedisamil in a chronic canine model of atrial flutter.  J. Cardiovasc. Pharmacol. 34: 212-218, 1999.

346. Kilgore, K.S., Tanhehco, E.J., Naylor, K.B. and Lucchesi, B.R.:  Ex vivo reversal of heparin-mediated cardioprotection by heparinase after ischemia and reperfusion.  J. Pharmacol. Exp. Ther. 290: 1041-1047, 1999.

347. Hasan, A.A.K., Rebello, S.S., Smith, E., Srikanth, S., Werns, S., Driscoll, E., Faul, J., Brenner, D., Normolle, D., Lucchesi, B.R. and Schmaier, A.H.:  Thrombostatin inhibits induced canine coronary thrombosis.  Thromb. Haemost. 82: 1182-1187, 1999.

348. Annich, G., White, T., Damm, D., Zhao, Y., Mahdi, F., Meinhardt, J., Rebello, S., Lucchesi, B., Bartlett, R.H., Schmaier, A.H.:  Recombinant Kunitz protease inhibitory domain of the amyloid ß-protein precursor as an anticoagulant in venovenous extracorporeal circulation in rabbits.  Thromb. Haemost. 82: 1474-1481, 1999.

349. Park, J.L. and Lucchesi, B.R.:  Mechanisms of myocardial reperfusion injury.  Ann. Thorac. Surg. 68: 1905-1912, 1999.

350. Tanhehco, E.J., Yasojima, K., McGeer, P.L., Washington, R.A., Kilgore, K.S., Homeister, J.W. and Lucchesi, B.R.:  Preconditioning reduces tissue complement gene expression in the rabbit isolated heart. Am. J. Physiol. 277: H2373-H2380, 1999.

351. Tanhehco, E.J., Kilgore, K.S., Liff, D.A., Murphy, K.L., Fung, M.S., Sun, W.N., Sun, C.  and Lucchesi, B.R.:  The Anti-Factor D antibody, MAb 166-32, inhibits the alternative pathway of the human complement system. Transplant. Proc. 31: 2168-2171, 1999.

352. Schwartz, C.F., Kilgore, K.S., Homeister, J.W., Levy, B.A., Lucchesi, B.R. and Bolling, S.F.: Increased rat cardiac allograft survival by the glycosaminoglycan pentosan polysulfate. J. Surg. Res. 86:24-28, 1999.

353. Tanhehco, E.J., Yasojima, K., McGeer, P.L., Washington, R.A. and Lucchesi, B.R.:   Free

radicals upregulate complement expression in the rabbit isolated heart.   Am. J. Physiol. 277: H195-H-201, 2000.

354. Rebello, S.S., Huang, J., Faul, J.D. and Lucchesi, B.R.:  Role of extracellular ionized calcium in the *in vitro* assessment of GPIIb/IIIa receptor antagonists.  J. Thrombos. Thrombolys. 9: 23-28, 2000.

355. Kilgore, K.S. and Lucchesi, B.R.:  Neutrophils and altered myocardial function (invited editorial).  Am. Heart J. 139: 32-34, 2000

356. Tanhehco, E.J., Yasojima, K., McGeer, P.L. and Lucchesi, B.R.:  Acute cocaine exposure upregulates complement expression in the rabbit heart.  J. Pharmacol. Exp. Ther., 292: 201-208, 2000.

357. Tanhehco, E.J. and Lucchesi, B.R.:  Therapeutic potential of complement inhibitors in myocardial ischemia (invited editorial).  Exp. Opin.  Invest. Drugs 9:975-991, 2000.

358. Rebello, S.S., Blank, H.S. and Lucchesi, B.R.:  Antithrombotic efficacy of single subcutaneous administration of a recombinant nematode anticoagulant peptide (rNAP5) in a canine model of coronary artery thrombolysis.  Thromb. Res. 98: 531-540, 2000.

359. Tanhehco, E.J., Yasojima, K., McGeer, P.L., McGeer, E.G. and Lucchesi, B.R.: Preconditioning reduces myocardial complement gene expression in vivo.  Am. J. Physiol. 279: H1157-H1165, 2000.

360. Tanhehco, E.J., Lee, H. and Lucchesi, B.R.:  Sublytic complement attack reduces infarct size in rabbit isolated hearts:  Evidence for C5a-mediated cardioprotection. Immunopharmacology 49: 391-399, 2000.

361. Huang, J., Driscoll, E.M., Gonzales, M.L., Park, A.M., and Lucchesi, B.R.:  Prevention of arterial thrombosis by intravenously administered platelet P2T-receptor antagonist AR-C69931MX in a canine model.  J. Pharmacol. Exp. Ther. 295:492-499, 2000.

362. Barrett, T.D., Hennan, J.K., Fischbach, P.S., O'Neill, B.P., Driscoll, E.M. Jr., and Lucchesi, B.R.: Tedisamil and dofetilide-induced torsades de pointes, rate and potassium dependence.

Brit. J. Pharmacol. 132: 1493-1500, 2001.

363.  Lucchesi, B.R.:  Torald Sollmann Award Lecture:  Looking toward the future, using lessons from the past.   J. Pharmacol. Exp. Ther., 297: 829-843, 2001.

364. Hennan, J.K., Huang, J., Barrett, T.D., Driscoll, E.M., Willens, D.E., Park, A.M., Crofford, L.J. and Lucchesi, B.R.:  Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries.  Circulation 104:820-825, 2001.

365.  Huang, J., Feldbaum, V.M., Lucchesi, B.R. and Werns, S.W.:  Effects of adenosine on thrombosis and thrombolysis in a canine experimental preparation.  Pharmacology 63: 166-174, 2001.

366. Fischbach, P.S., Barrett, T.D., Goyal, R., Tran, B.C., Syed, Z.A., Hennan, J.K. and Lucchesi, B.R.:  Conversion of atrial fibrillation by the experimental anti-arrhythmic drug tedisamil in two canine models.  J. Cardiovasc. Electrophys. 12: 1138-1144, 2001.

367. Patel, M.B., Kilgore, K.S., Ortolano, G.A., Gryboski, C.L., Qureshi, M.A., Marcovitz, P., Naylor, K.B., Park, J.L., Wenz, B., Gikalis, N., Freedman, R.J. Jr., Lucchesi, B.R., O'Neill, W.W.:

Conditioned blood reperfusion during angioplasty (CoBRA) treatment of acute myocardial infarction. Perfusion 16(Suppl): 39-49, 2001.

368. Hennan, J.K., Hong, T.-T., Shergill, A.K., Driscoll, E.M., Cardin, A.D. and Lucchesi, B.R.: Intimatan prevents arterial and venous thrombosis in a canine model of deep vessel wall injury.

J. Pharmacol. Exp. Ther, 301: 1151-1156, 2002.

369. Hasan, A.A.K., Schmaier, A.H., Warnock, M., Normolle, D., Driscoll, E., Lucchesi, B.R., and Werns, S.W.:  Thrombostatin inhibits cyclic flow variations in stenosed canine coronary arteries. Thromb Haemost. 2001;86:1296-1304.

370. Hennan, J.K., Willens, D.E., Driscoll, E.M., Hong, T.-T., Giboulot, T.A. and Lucchesi, B.R.: Prevention of experimental carotid and coronary artery thrombosis by the glycoprotein IIb/IIIa receptor antagonist CRL42796.  Br J Pharmacol. 2002;136:927-937.

371. Barrett, T.D., Hennan, J.K., Marks, R.M. and Lucchesi, B.R.:  C-Reactive protein associated increase in myocardial infarct size after ischemia/reperfusion is mediated by activation of complement.  J Pharmacol Exp Ther. 2002;303:1007-1013.

372. Fischbach, P.S., Barrett, T.D., Reed, N.J., Hennan, J.K. and Lucchesi, B.R.: SNC-80-induced preconditioning: selective activation of the mitochondrial adenosine triphosphate-gated potassium channel.  J Cardiovasc Pharmacol. 2003;41:744-50.

373.  Hennan JK, Hong TT, Willens DE, Driscoll EM, Giboulot TA, Lucchesi BR.  Prevention of experimental carotid and coronary artery thrombosis by the glycoprotein IIb/IIIa receptor antagonist CRL42796. Br J Pharmacol. 2002;136:927-37.  Brit J Pharmacol , 2002;136:927-937.

374. Hennan JK, Hong TT, Shergill AK, Driscoll EM, Cardin AD, Lucchesi BR. Intimatan prevents arterial and venous thrombosis in a canine model of deep vessel wall injury. J Pharmacol Exp Ther. 2002 Jun;301(3):1151-6.

375. Rodriguez M, Lucchesi BR, Schaper J.   Apoptosis in myocardial infarction. Ann Med. 2002;34:470-479.

376.  Hong TT, Driscoll EM, White AJ, Sherigill A, Giboulot TA, Lucchesi BR. Glycoprotein IIb/IIIa Receptor Antagonist CRL42796, in Combination with Aspirin and/or Enoxaparin,  Prevents Coronary Artery Rethrombosis after Successful Thrombolytic Treatment by  Recombinant Tissue Plasminogen Activator (rt-PA)1. J Pharmacol Exp Ther. 2003;306:616-623.

377.  Booth EA, Marchesi M,. Kilbourne EJ, Lucchesi BR. 17ß-Estradiol as a Receptor Mediated Cardioprotective Agent.   J Pharmacol Exp Ther. 2003 Oct;307:395-401.

378. Weber JE, Larkin GL, Boe CT, Fras A, Kalaria AS, Maio RF, Lucchesi B, Ensign L, Sweeney B, Hollander JE.  Effect of cocaine use on bone marrow-mediated erythropoiesis. Acad  Emerg Med. 2003;10:705-708.

379.  Hennan JK, Willens DE, Driscoll Jr EM, Hong TT, Giboulot T, Lucchesi BR.  Prevention of Carotid Artery Thrombosis After Oral Administration of the Glycoprotein IIb/IIIa Antagonist

CRL42796.   J Cardiovasc Pharmacol. 2003;42:71-77.

380. Fischbach PS, White A, Barrett TD, Lucchesi BR.   Risk of Ventricular Proarrhythmia with Selective Opening of the Myocardial Sarcolemmal Versus Mitochondrial ATP Gated Potassium Channel. J Pharmacol Exp Ther. 2004; 309:554-559.  Jan 27 [Epub ahead of print]

381.  Nieman MT, Warnock M, Hasan AA, Mahdi F, Lucchesi BR, Brown NJ, Murphey LJ, Schmaier AH. The Preparation And Characterization Of Novel Peptide Antagonists To Thrombin, Factor VIIa And Activation Of Protease Activated Receptor 1 Activated Receptors.  J Pharmacol Exp Ther. 2004 Jun 21 [Epub ahead of print]

382.  Booth EA, Marchesi M, Kilbourne EJ, Lucchesi BR. 17Beta-estradiol as a receptor-mediated cardioprotective agent. J Pharmacol Exp Ther. 2003 Oct;307(1):395-401. Epub 2003 Jul 31.

383. Lauver DA, Booth EA, White AJ, Poradosu E, Lucchesi BR. Sulodexide attenuates myocardial ischemia/reperfusion injury and the deposition of C-reactive protein in areas of infarction without affecting hemostasis. J Pharmacol Exp Ther. 2005 Feb;312(2):794-800. Epub 2004 Sep 13.

384. Marchesi M, Booth EA, Davis T, Bisgaier CL, Lucchesi BR. Apolipoprotein AI Mil-ano and 1-palmitoyl-2-oleoyl phosphatidylcholine complex (ETC-216) protects the in vivo rabbit heart from regional ischemia-reperfusion injury. J Pharmacol Exp Ther. 2004 Dec;311(3):1023-31. Epub 2004 Sep 16.

385. Hong TT, White AJ, Lucchesi BR. Dermatan disulfate (Intimatan) prevents comple-ment-mediated myocardial injury in the human-plasma-perfused rabbit heart.Int Immunopharmacol. 2005 Feb;5(2):381-91.

386.  Hong T-T, VanGorp CL, Cardin AD, Lucchesi BR.   Intimatan (Dermatan 4,6-O-Disulfate) Prevents Rethrombosis after Successful Thrombolysis in the Canine Model of Deep Vessel Wall Injury. Thromb Res. 2005 May 10; [Epub ahead of print]

387. Lauver DA, Lockwood SF, Lucchesi BR. Disodium Disuccinate Astaxanthin (CardaxTM) Attenuates Complement Activation and Reduces Myocardial Injury Following

Ischemia/Reperfusion.  J Pharmacol Exp Ther. 2005 May 4; [Epub ahead of print]

388.  Rodriguez M, Cai WJ, Kostin S, Lucchesi BR, Schaper J.  Ischemia depletes dystrophin and inhibits protein synthesis in the canine heart: Mechanisms of myocardial ischemic injury. J Mol Cell

Cardiol. 2005 May;38(5):723-33.

389. Hong T-T, Huang J, Driscoll  E,  Lucchesi BR. The Antithrombotic Effect of Melagatran in Combination with Clopidogrel and/or Aspirin.  J Cardiovas Pharmacol (accepted for publication (July 13, 2005)

390. Booth EA, Obeid NR, Lucchesi BR. Activation of Estrogen Receptor alpha Protects the in vivo Rabbit Heart from Ischemia-Reperfusion Injury.  Am J  Physiol Heart Circ Physiol.  2005 Jul 1; [Epub ahead of print]

391. Hong TT, Huang J, Lucchesi BR. Effect of thrombolysis on myocardial injury: recombinant

tissue plasminogen activator vs. alfimeprase. Am J Physiol Heart Circ Physiol. 2006 Mar;290(3):H959-67. Epub 2005 Oct 21.

392. Miller DL, Driscoll EM, Dou C, Armstrong WF, Lucchesi BR. Microvascular permeabilization and cardiomyocyte injury provoked by myocardial contrast echocardiography in a canine model. J Am Coll Cardiol. 2006 Apr 7;47(7):1464-8. Epub 2006 Mar 15.

393. Hennan JK, Driscoll EM, Barrett TD, Fischbach PS, Lucchesi BR.  Effect of Sodium/Hydrogen Exchange Inhibition on  Myocardial Infarct Size after Coronary Artery Thrombosis and Thrombolysis. Pharmacology (in press, 2006).

394  Lucchesi BR, Abernethy DR. Speaking of pharmacology. Mol Interv. 2006 Aug;6(4):185.

395. Lauver DA, Lucchesi BR. Sulodexide:   A Renewed Interest in this Glycosaminoglycan. Cardiovascular Drug Reviews  24: 214-226. 2006.

396. Hong TT, Huang J, Driscoll E, Lucchesi BR.   Preclinical evaluation of S18886 in an experimental model of coronary arterial thrombosis.  J Cardiovasc Pharmacol. 2006 Nov;48(5):239-248.

397. Schwartz CF, Kilgore KS, Homeister JW, Levy BA, Lucchesi BR, Bolling SF.  Increased rat cardiac allograft survival by the glycosaminoglycan pentosan polysulfate.   J Surg Res. 1999 Sep;86(1):24-28.

398. Booth EA, Lucchesi BR: Medroxyprogesterone Acetate Prevents the Cardioprotective and Antiinflammatory Effects of 17-*beta*-estradiol in an in vivo Model of Myocardial Ischemia-Reperfusion.  Am J Physiol Heart Circ Physiol. Apr 13; [Epub ahead of print]

399. Booth EA, Marchesi M, Knittel AK, Edward J Kilbourne† PhD and Benedict R. Lucchesi PhD The Pathway Selective Estrogen Receptor Ligand WAY-169916 Reduces Infarct Size After Myocardial Ischemia and Reperfusion by an Estrogen Receptor Dependent Mechanism . J Cardiovasc Pharmacol. 2007 Jun;49(6):401-7.

400. Marchesi M, Booth EA, Rossoni G, García RA, Hill KR, Sirtori CR, Bisgaier CL, Lucchesi BR.

Apolipoprotein A-I(Milano)/POPC complex attenuates post-ischemic ventricular dysfunction in the isolated rabbit heart.  Atherosclerosis. 2007 Oct 16; [Epub ahead of print]

401.Ting-Ting Hong, Jinbao Huang, Terrance D. Barrett, Benedict R. Effects of the Cyclooxygenase Inhibition on Canine Coronary Artery Blood Flow and *Am J Physiol Heart Circ Physiol* 294: H145–H155, 2008. First published October 5, 2007;

402. Lauver DA, Driscoll E.M. Lucchesi B. R.. Disodium Disuccinate Astaxanthin Prevents Carotid Artery Rethrombosis and *Ex Vivo* Platelet Activation. Pharmacology 2008;82:67-73 2008.

403. Nieman M.T. Burke F.,  Warnock M, Zhou Y, Sweigart J, Chen A, Ricketts D, Lucchesi R R, Chen Z, Di Cera E, Hilfinger J, Kim JS, Mosbert H I, Schmaier AH.  Thrombosatin FM Compounds: Driect Thrombn Inhibitors – Mechanism of Action  *In vitro*  and  *In Vivo*. J Tromb Haemost. 2008; 6:837-845.

404.Booth EA, Flint RR, Lucas K, Knittel A, Lucchesi BR. Estrogen protects the heart from ischemia-

reperfusion injury via COX-2-derived PGI2 J Cardiovasc Pharmacol. 2008 Sep;52(3):228-35.

405.   Booth EA, Lucchesi BR. Estrogen-mediated protection in myocardial ischemia-reperfusion injury. Cardiovasc Toxicol. 2008;8(3):101-13. Epub 2008 Aug 6.

406.   Hong TT, Huang J, Barrett TD, Lucchesi BR.  Effects of cyclooxygenase inhibition on canine coronary artery blood flow and thrombosis.  Am J Physiol Heart Circ Physiol. 2008 Jan;294(1):H145-55. Epub 2007 Oct 5

407.   Miller DL, Dou C, Lucchesi BR. Cardiac arrhythmia and injury induced in rats by burst and pulsed mode ultrasound with a gas body contrast agent. J Ultrasound Med. 2009 Nov;28(11):1519-26.

408.   Rimon G, Ranjinder S. Sidhua, D, Lauver DA , Lee JY, Narayan P. Sharma, Yuan C, Frieler, RA, Trievel RC, Lucchesi BR, and Smith WL. Coxibs interfere with the action of aspirin by binding tightly to one monomer of cyclooxygenase-1 Proc Nat Acad Sci. USA 2010;107(1):28-33.

409.   José A. Diaz, Angela E. Hawley, Christine M. Alvarado, Alexandra M. Berguer, Nichole K. Baker, Shirley K. Wrobleski, Thomas W. Wakefield, Benedict R. Lucchesi, Daniel D. Myers Jr. Thromb Haemost. 2010 Aug;104(2):366-75.

410.   Miller DL, Dou C, Lucchesi BR. Ultrasound Med Biol. 2011 Feb;37(2)312-20.

411.   Electrolytic Inferior Vena Cava Model (EIM) of Venous Thrombosis.
Diaz JA, Wrobleski SK, Hawley AE, Lucchesi BR, Wakefield TW, Myers DD Jr.
J Vis Exp. 2011 Jul 12;(53). pii: 2737. doi: 10.3791/2737.

8/22/2011

## ABSTRACTS

1. Moore, J.I. and Lucchesi, B.R.:  Effects of dichloroisoproterenol on cardiac conduction and refractory periods.  Pharmacologist 1: 76, 1959.

2. Lucchesi, B.R.:  The reversal of ouabain induced cardiac arrhythmias by dichloroisoproterenol. Fed. Proc. 19: 121, 1960.

3. Stickney, J.L., Lucchesi, B.R. and Abrams, G.D.:  Pharmacological alterations of the response of the mammalian heart to acetylstrophanthidin.  Fed. Proc. 25: 621, 1966.

4. Preston, T.A., Fletcher, R.D., Lucchesi, B.R. and Judge, R.D.:  Myocardial threshold changes in humans.  Circulation 34: III-91, 1966.

5. Kniffen, F., Medina, M. and Lucchesi, B.R.:  The positive inotropic effect of insulin in the depressed heart.  Pharmacologist 12: 1970.

6. Lucchesi, B.R. and Hodgeman, R.J.:  Myocardial and coronary vascular responses to adrenergic stimulation before and after AY 21-011, a cardioselective beta-adrenergic receptor blocking agent. Pharmacologist 12: 1970.

7. Kirsh, M., Kahn, D.R., Morres, W.Y., Gago, O., Lucchesi, B.R. and Sloan, H.:  Effect of glucagon on pulmonary hypertension.  Circulation 42: III-125, 1970.

8. Lucchesi, B.R., Schuster, D.P., Nobel, N.L., Mimnaugh, M.N. and Counsell, R.E.: Antiarrhythmic activity of dimethyl quaternary propranolol, UM-272.  Fed. Proc. 31: 354, 1972.

9. Vogel, W.M., Zannoni, V. and Lucchesi, B.R.:  Inability of methylprednisolone (MP) to reduce infarct size in dogs.  Circulation 54: II-161, 1976.

10. Ku, D.D., Peterson, A.C. and Lucchesi, B.R.:  Effects of dimethyl quaternary analog of propranolol (UM-272, SC-277611) on myocardial ischemic injury after coronary artery occlusion: Assessed by electrocardiographic and enzymatic changes.  Fed. Proc. 36: 1977.

11. Ku, D.D. and Lucchesi, B.R.:  Ischemia-induced alterations in cardiac sensitivity to digitalis. Circulation 56: II-611, 1977.

12. Keyes, J.W., Jr., Leonard, P.F., Brody, S.L., Svetkoff, D.J., Rogers, W.L. and Lucchesi, B.R.: Quantification of myocardial infarct size by radionuclide computed tomography.  Circula-tion 56: II-237, 1977.

13. Gibson, J.K., Burmeister, J.L. and Lucchesi, B.R.:  Electrophysiologic changes in the ischemic canine heart as effected by pranolium (UM-272).  Fed. Proc. 37: 2715, 1978.

14. Vogel, W.M., Lum, D., Romson, J. and Lucchesi, B.R.:  Protection of globally ischemic cats' hearts by N-dimethyl propranol (UM-272).  Fed. Proc. 37: 124, 1978.

15. Gibson, J.K. and Lucchesi, B.R.:  Effect of pranolium on ventricular tachycardia induced in canine myocardium after myocardial infarction.  Circulation 58: II-45, 1978.

16. Morcillo, E., Lucchesi, B.R. and Pitt, B.:  Influence of prostaglandin synthesis inhibition on canine peripheral vascular response to vasodilator agents.  Proceedings of Seventh International Congress of Pharmacology, Paris, 1978.

17. Drescher, C.W., Chucales, A.G., Grocock, A.M. and Lucchesi, B.R.:  The effects of BL-4162A on the development of coronary artery thrombosis in the conscious dog.  Presented at  the Midwest Student Medical Research Forum X, The University of Michigan, 1979.

18. Patterson, E., Stetson, P. and Lucchesi, B.R.:  Disopyramide plasma and myocardial tissue concentrations as they relate to antiarrhythmic activity.  Am. J. Cardiol. 43: 358, 1979.

19. Stewart, J.R., Burmeister, W.E., Burmeister, J.L. and Lucchesi, B.R.:  Electrophysiologic and antiarrhythmic effects of phentolamine in experimental coronary artery occlusion and reperfusion in the dog.  Am. J. Cardiol. 43: 359, 1979.

20. Anderson, J., Patterson, E., Conlin, M., Pitt, B. and Lucchesi, B.R.:  Clinical and laboratory pharmacokinetics of bretylium using a new drug assay.  Circulation 60: II-201, 1979.

21. Patterson, E., Burmeister, W.E. and Lucchesi, B.R.:  Pharmacologic protection of ischemic canine myocardium by combined administration of propranolol and phentolamine.  Circulation 60: II-214, 1979.

22. Gibson, J.K., Stewart, J.R., Li, Y., and Lucchesi, B.R.:  Electrophysiologic effects of bretylium tosylate during coronary artery occlusion and reperfusion.  Circulation 60: II-85, 1979.

23. Stewart, J.R., Gibson, J.K., Pitt, B. and Lucchesi, B.R.:  Post-infarction arrhythmias in the conscious dog:  Electrophysiologic observations.  Circulation 60: II-159, 1979.

24. Gibson, J.K., Korn, N.L., Counsell, R.E. and Lucchesi, B.R.:  Tissue distribution and antiarrhythmic action of N-dimethyl propranolol (UM-272) in the dog.  Fed. Proc. 38: 697, 1979.

25. Burmeister, W.E. and Lucchesi, B.R.:  Protection of the ischemic myocardium by phentolamine and propranolol.  Fed. Proc. 38: 694, 1979.

26. Bush, L., Vogel, W., Warren, S., Shlafer, M. and Lucchesi, B.R.:  Prevention of ischemia-induced loss of ventricular compliance, contractility and microsomal calcium accumulation by propranolol and its dimethyl analog.  Fed. Proc. 38: 530, 1979.

27. Stewart, J.R., Gibson, J.K., Li, Y.P., Pitt, B. and Lucchesi, B.R.:  Effect of infarct size reduction by propranolol on post-infarction arrhythmias.  Clin. Res. 27: 206A, 1979.

28. Brymer, J.F., Stetson, P., Walton, J.A., Jr., Lucchesi, B.R. and Pitt, B.:  Correlation of hemodynamic effects and plasma levels of nitroglycerin.  Clin. Res. 27: 229A, 1979.

29. Bush, L.R., Vogel, W.M., Shlafer, M. and Lucchesi, B.R.:  Dimethyl propranolol prevents ischemia-induced loss of ventricular compliance and microsomal Ca-accumulation.  J. Mol. Cell. Cardiol. 1(Suppl. 1): 12, 1979.

30. Anderson, J., Patterson, E., Conlon, M., Pitt, B. and Lucchesi, B.R.:  Clinical and laboratory pharmacokinetics of bretylium using a new drug assay.  Circulation 60: II-201, 1979.

31. Anderson, J.L., Patterson, E., Conlon, M., Pasyk, S. and Lucchesi, B.R.:  Kinetics of antiarrhythmic effects of bretylium:  Correlation with myocardial drug concentrations.  Am. J. Cardiol. 45: 474, 1980.

32. Gibson, J.K., Patterson, E. and Lucchesi, B.R.:  Suppression of reentrant ventricular tachycardia in post-infarction canine myocardium by UM-424.  Fed. Proc. 39: 10, 1980.

33. Patterson, E., Gibson, J.K. and Lucchesi, B.R.:  Electrophysiological actions of disopyramide in acute myocardial ischemia.  Fed. Proc. 39: 627, 1980.

34. Romson, J.L. and Lucchesi, B.R.:  The antithrombotic effects of ibuprofen in a conscious canine model of coronary artery thrombosis.  Fed. Proc. 39: 427, 1980.

35. Bush, L.R., Haack, D.W., Shlafer, M. and Lucchesi, B.R.:  Prevention by propranolol or atenolol of ischemia-induced ultrastructural damage in isolated blood-perfused hearts.  Fed. Proc. 39: 531, 1980.

36. Haack, D.W., Bush, L.R., Shlafer, M. and Lucchesi, B.R.:  Lanthanum staining of coronary microvascular endothelium:  Effects of ischemia, propranolol and atenolol.  Fed. Proc. 39: 774, 1980.

37. Shlafer, M., Bush, L.R. and Lucchesi, B.R.:  Prevention by propranolol or atenolol of ischemic-induced losses of contractile and subcellular functions in isolated blood-perfused hearts. Fed. Proc. 39: 1002, 1980.

38. Anderson, J.L., Patterson, E., Wagner, J.G., Stewart, J.R., Behm, H.L. and Lucchesi, B.R.: Comparative disposition of oral versus intravenous bretylium in man.  Clin. Res. 28: 233A, 1980.

39. Romson, J., Bush, L.R., Haack, D.W. and Lucchesi, B.R.:  Protection of ischemic canine myocardium with oral ibuprofen.  Circulation 62: III-240, 1980.

40. Gibson, J.K., Patterson, E., Abrams, G.D., Lucchesi, B.R.:  Relationship of ventricular fibrillation to histologic changes in a canine model of chronic myocardial ischemic injury. Circulation 62: III-196, 1980.

41. Anderson, J.L., Patterson, E., Wagner, J.G., Lucchesi, B.R., Johnson, T.A. and Pitt, B.: Oral bretylium (B) in patients with recurrent ventricular tachycardia or fibrillation:  Pharmacodynamics, efficacy, comparison with IV therapy.  Circulation 62: III-180, 1980.

42. Romson, J.L., Haack, D.W. and Lucchesi, B.R.:  The antithrombotic and hemodynamic effects of prostacyclin infusion in the dog.  Circulation 62: III-165, 1980.

43. Patterson, E., Gibson, J.K. and Lucchesi, B.R.:  Suppression of reentrant ventricular tachyarrhythmias by chronic bretylium therapy in postinfarction conscious dogs.  Circulation 62: III-140, 1980.

44. Rizi, H.R., Pasyk, S., Fiedler, V.B., Mori, K.W., Lucchesi, B.R., Pitt, B. and Keyes, J.W., Jr.:  TL-201 transaxial ECT:  In vivo quantification of myocardial ischemia in dogs.  Society of  Nuclear Medicine, 28th Annual Meeting, 1981.

45. Lucchesi, B.R., Bush, L.R., Romson, J.L.:  Beneficial effects of diltiazem (D) during global and regional myocardial ischemia.  Presented at the Symposium on Calcium Blocking Agents, "A Novel Intervention for Treatment of Cardiac Disease: (A satellite symposium to the VIII

International Congress of Pharmacology), Tokyo, Japan, 1981.

46. Patterson, E., Gibson, J.K. and Lucchesi, B.R.:  Electrophysiologic actions of lidocaine in a canine model of chronic myocardial ischemic injury-arrhythmogenic actions of lidocaine. Circulation 64:  IV-123, 1981.

47. Patterson, E., Holland, K., Eller, B. and Lucchesi, B.R.:  Ventricular fibrillation resulting from ischemia at a distant site in a conscious canine model of sudden coronary death.  Circulation 64: IV-218, 1981.

48. Patterson, E., Holland, K. and Lucchesi, B.R.:  Prevention of ventricular fibrillation by bretylium in a conscious canine model of sudden coronary death.  Circulation 64: IV-125, 1981.

49. Patterson, E. and Lucchesi, B.R.:  Antifibrillatory properties of nadolol - Lack of correlation between ventricular fibrillation threshold determinations and programmed electrical stimulation. Circulation 64: IV-125, 1981.

50. Bush, L., Shlafer, M., Jolly, S. and Lucchesi, B.R.:  Preservation of contractile and subcellular function of diltiazem after global ischemia in isolated, blood-perfused cat hearts. Circulation 64: IV-99, 1981.

51. Shea, M.J., Driscoll, E.M., Romson, J.L. and Lucchesi, B.R.:  Effect of OKY-1581 (O), a thromboxane synthetase inhibitor, on coronary thrombosis in the conscious canine.  Circulation 64: IV-281, 1981.

52. Kopia, G.A., Hess, T.A. and Lucchesi, B.R.:  The antifibrillatory actions of clofilium in the ischemic canine heart.  Circulation 64: IV-124, 1981.

53. Lucchesi, B.R., Jolly, S.R., Bailie, M.B. and Abrams, G.D.:  Protection of ischemic myocardium by BW755C. Fed. Proc. 41: 8576, 1982.

54. Bailie, M.B., Jolly, S.R. and Lucchesi, B.R.:  Reduction of myocardial ischemic injury by superoxide dismutase plus catalase. Fed. Proc. 41:  8574, 1982.

55. Jolly, S.R., Kopia, G.A. and Lucchesi, B.R.:  Protection against ischemic injury by lodoxamide (L) in the isolated blood perfused cat heart.  Fed. Proc. 41: 7957, 1982.

56. Eller, B.T., Patterson, E. and Lucchesi, B.R.:  Protection from ventricular fibrillation by UM-272 in a conscious canine model of sudden coronary death.  Fed. Proc. 41: 8433, 1982.

57. Romson, J., Hook, B., Rigot, V., Swanson, D. and Lucchesi, B.R.:  Effect of ibuprofen on the accumulation of 111-In leukocytes and platelets in infarcted dog myocardium.  Fed. Proc. 41: 8752, 1982.

58. Kopia, G.A., Hess, T.A. and Lucchesi, B.R.:  Role of the sympathetic nervous system in bretylium's antifibrillatory action. Fed. Proc. 41: 8577, 1982.

59. Hook, B. and Lucchesi, B.:  The effect of ibuprofen on the accumulation of 111-Indium labeled platelets in acute canine myocardial infarction. Clin. Res. 30: 811A, 1982.

60. Bailie, M. and Lucchesi, B.:  Protective effects of lodoxamide tromethamine on global and

regional myocardial ischemia.  Clin. Res. 30: 815A, 1982.

61. Jolly, S.R., Kipnis, J.M. and Lucchesi, B.R.:  Myocardial depression by verapamil: Synergism with propranolol and reversal by glucagon.  J. Mol. Cell. Cardiol. 14: 41, 1982.

62. Lucchesi, B.R. and Jolly, S.R.:  Protective effects of lodoxamide tromethamine in myocardial ischemia.  J. Mol. Cell. Cardiol. 14: 47, 1982.

63. Patterson, E., and Lucchesi, B.R.:  Antifibrillatory actions of the beta-adrenergic receptor antagonists, nadolol and sotalol.  Circulation 66: II-131, 1982.

64. Patterson, E. and Lucchesi, B.R.:  Ventricular fibrillation in a conscious canine model of sudden coronary death - Prevention by chronic amiodarone therapy.  Circulation 66: II-132, 1982.

65. Schumacher, W.A., Armada, A.M. and Lucchesi, B.R.:  Effect of thromboxane synthetase inhibitor UK-37-428 (Dazosiben) upon coronary artery thrombosis and platelet aggregation. Circulation 66: II-321, 1982.

66. Romson, J., Hook, B., Kunkel, S., Abrams, G. and Lucchesi, B.R.:  Reduction in myocardial infarct size by neutrophil depletion in the dog.  Circulation  66:  II-85, 1982.

67. Jolly, S.R., Kipnis, J.M. and Lucchesi, B.R.:  Experimental cardiac depression by verapamil: Reversal by glucagon.  Circulation 66:  II-139, 1982.

68. Anderson, J.L., Brodine, W.N., Patterson, E., Marshall, H.W., Allison, S.D. and Lucchesi, B.R.: Serial electrophysiologic effects of bretylium in man.  Circulation 66:  II-142, 1982.

69. Patterson, E., Amalfitano, D.J. and Lucchesi, B.R.:  The antifibrillatory effects of bethanidine - lack of dependence upon adrenergic actions.  Fed. Proc. 42:  635, 1983.

70. Hook, B.G., Romson, J.L., Jolly, S.R., Bailie, M.B., and Lucchesi, B.R.:  The effect of zomepirac on experimental coronary artery thrombosis and ischemic myocardial injury.  Fed. Proc. 42: 1290, 1983.

71. Jolly, S.R., Romson, J.L., Hook, B.G., Kane, W.J. and Lucchesi, B.R.:  Effect of zomepirac on arachidonic acid induced coronary vasodilation.  Fed. Proc. 42:  1290, 1983.

72. Schumacher, W.A., Driscoll, E.M., and Lucchesi, B.R.:  Thrombolysis of coronary artery thrombi by streptokinase in dogs.  Fed. Proc. 42: 1292, 1983.

73. Mitsos, S.E., Jolly, S.R. and Lucchesi, B.R.:  Recovery of myocardial function in the globally ischemic isolated cat heart with Aicarboside.  Fed. Proc. 42: 1359, 1983.

74. Kane, W.J., Jolly, S.R. and Lucchesi, B.R.:  Reduction of myocardial infarct size by FPL-55712. Fed. Proc. 42: 1360, 1983.

75. Lucchesi, B.R. and Patterson, E.:  Effects of diltiazem in a conscious canine model of sudden coronary death.  Fed. Proc. 42: 845, 1983.

76. Gadsby, J.E., Schwartz, T.S., Keyes, P.L., Bill, C.H., II, Kopia, G. and Lucchesi, B.:  Do catecholamines play a physiological role in the maintenance of the rabbit corpus luteum?  Society for

the Study of Reproduction, 1983.

77. Patterson, E., Shlafer, M., Walden, K.M., Montgomery, D.G., and Lucchesi, B.R.: Depression of cardiac mitochrondrial respiratory activity by chronic amiodarone treatment - Reversal by T3.  Circulation 68:  III-66, 1983.

78. Patterson, E. and Lucchesi, B.R.:  Quinidine gluconate in chronic myocardial ischemic injury - Differential effects in response to programmed stimulation and acute myocardial ischemia in the dog. Circulation 68:  III-155, 1983.

79. Jolly, S.R., Kane, W.J., Bailie, M.B., Abrams, G.D. and Lucchesi, B.R.:  Reduction of reperfusion injury after canine myocardial ischemia by superoxide dismutase plus catalase. Circulation 68: III-185, 1983.

80. Driscoll, E.M., Schumacher, W.A., Kunkel, S.L., Buda, A.J., Wilber, D.J., and Lucchesi, B.R.: Effects of neutrophil and platelet depletion on coronary artery thrombosis in conscious dogs.  Fed. Proc. 43: 409, 1984.

81. Lynch, J.J., Wilber, D.J., Montgomery, D.G. and Lucchesi, B.R.:  Antiarrhythmic/ antifibrillatory actions of the optical isomers of sotalol in the conscious postinfarction canine heart.  Fed. Proc. 43: 3259, 1984.

82. Hook, B.G., Lee, D.L., Schumacher, W.A., Jolly, S.R., and Lucchesi, B.R.:  Experimental coronary artery thrombosis:  Actions of the thromboxane synthetase inhibitor, U63557A.  Fed. Proc. 43: 296, 1984.

83. Mitsos, S.E., Jackson, C.V., Driscoll, E.M. and Lucchesi, B.R.:  The effect of bepridil on irreversible myocardial ischemic injury.  Fed. Proc. 43: 1486, 1984.

84. Jackson, C.V., Simpson, P.J. and Lucchesi, B.R.:  Effects of bepridil on global ischemia/reperfusion-induced injury of the isolated blood perfused cat heart.  Fed. Proc. 43: 1485, 1984.

85. Jolly, S.R. and Lucchesi, B.R.:  Reduction of regional segmental function by intracoronary leukotrine $C_4$ (LTC$_4$) in the dog.  Fed. Proc. 43: 298, 1984.

86. Schumacher, W.A., Lee, E.C. and Lucchesi, B.R.:  Streptokinase (SK) thrombolysis in dogs: Potentiation by heparin (H) and prostacyclin (PGI$_2$).  Fed. Proc. 43: 297, 1984.

87. Buda, A.J., Schumacher, W.A., Pasyk, S., Pitt, B. and Lucchesi, B.R.:  Comparison of regional left ventricular dysfunction following mechanical and thrombotic coronary occlusion. Clin. Res. 32: 153A, 1984.

88. Mitsos, S.E., Walden, K.M., Abrams, G.D., Schork, M.A. and Lucchesi, B.R.:  Myocardial reperfusion injury:  Protection by free radical scavenger, N-2-mercaptopropionyl glycine. Circulation 70: II-259, 1984.

89. Wilber, D.J., Lynch, J.J., Pitt, B. and Lucchesi, B.R.:  Electrophysiologic changes in acute ischemia:  Role of alpha-1 adrenergic mechanisms.  Circulation 70:  II-226, 1984.

90. Wilber, D.J., Lynch, J.J., Pitt, B. and Lucchesi, B.R.:  Protective effect of alpha-1 blockade in a conscious canine model of sudden death.  Circulation 70:  II-179, 1984.

91. Werns, S., Shea, M., Driscoll, E., Cohen, C., Pitt, B. and Lucchesi, B.R.:  Superoxide dismutase but not catalase protects reperfused ischemic myocardium.  J. Am. Coll. Cardiol. 5: 489, 1985.

92. Werns, S.W., Shea, M.J., Driscoll, E.M., Mitsos, S.E., Fantone, J.C., Pitt, B. and Lucchesi, B.R.:  Effect of xanthine oxidase inhibition on canine myocardial ischemia.  Clin. Res. 33(2): 237A, 1985.

93. Lucchesi, B.R., Lee, E.C. and Schumacher, W.A.:  Coronary flow responses to platelet activating factor:  Release of a platelet-derived coronary artery vasodilator.  Fed. Proc. 44: 1100, 1985.

94. Simpson, P.J., Liddicoat, J.R., Ventura, A., Abrams, G.D. and Lucchesi, B.R.:  Canine regional myocardial ischemia and reperfusion:  Effects of $PGI_2$ on infarct size.  Fed. Proc. 44: 1891, 1985.

95. Driscoll, E.M., Werns, S.W., Shea, M.J., Mitsos, S.E., Fantone, J.C. and Lucchesi, B.R.: Effect of allopurinol on canine myocardial ischemia. Fed. Proc. 44:  731, 1985.

96. Montgomery, D.G., Ventura, A., Lynch, J.J., and Lucchesi, B.R.:  Antiarrhythmic and electrophysiologic actions of bepridil in chronically infarcted conscious canines.  Fed. Proc. 44: 899, 1985.

97. Mickelson, J., Jackson, C.V. and Lucchesi, B.R.:  Preservation of myocardial performance after exposure to free radicals.  Fed. Proc. 44: 731, 1985.

98. Lynch, J.J., Coskey, L.A., Montgomery, D.G., and Lucchesi, B.R.:  Prevention of ventricular fibrillation by dextrorotatory sotalol in a conscious canine model of sudden coronary death.  Fed. Proc. 44: 712, 1985.

99. Jackson, C.V., Mickelson, J. and Lucchesi, B.R.:  Electrolysis and its effects on the myocardial performance of the isolated Langendorff-Perfused rabbit heart.  Fed. Proc. 44: 731, 1985.

100. Mitsos, S., Lucchesi, B.R., and Fantone, J.:  Modulation of hemoprotein-$H_2O_2$ mediated peroxidation reactions by sulfhydryl compounds.  Relation to myocardial infarction.  Fed. Proc. 44: 1839, 1985.

101. Werns, S., Eller, B., Shea, M., Ventura, A., Simpson, P., Dysko, R., Pitt, B. and Lucchesi, B.:  Salvage of reperfused ischemic myocardium by CI-922, a new lipoxygenase inhibitor. Circulation 72: III-63, 1985.

102. Simpson, P.J., Smith, C.B., Jr. and Lucchesi, B.R.:  Canine coronary artery thrombosis: Decreased incidence of occlusion after CGS 13080, a thromboxane synthetase inhibitor. Circulation 72: III-69, 1985.

103. Mitsos, S.E., Askew, T.E., Fantone, J.C., Kunkel, S.L., and Lucchesi, B.R.:  Protective effects of N-2-mercaptopropionyl glycine (MPG) against myocardial reperfusion injury following neutrophil depletion in the dog.  Circulation 72: III-120, 1985.

104. Jackson, C.V., Driscoll, E.M., Pope, T.K. and Lucchesi, B.R.:  PAF in platelet-mediated coronary artery vasodilation.  Circulation 72: III-190, 1985.

105. DiCarlo, L., Lynch, J., Montgomery, D. and Lucchesi, B.:  Effect of flecainide acetate on induced ventricular tachycardia and ventricular fibrillation in dogs with recent myocardial infarction. Circulation 72: III-350, 1985.

106. Werns, S., Shea, M., Ventura, A., Vaprociyan, A., Lynch, J., Phan, S., Buda, A., Pitt, B. and Lucchesi, B:  Superoxide dismutase does not cause scar thinning after myocardial infarction. Circulation 72:  III-350, 1985.

107. Simpson, P.J., Smith, C.B., Jr., Mickelson, J., Gallas, M. and Lucchesi, B.R.:  Canine myocardial infarct size reduction by iloprost or PGE$_1$:  Modification of neutrophil function and reduced myocardial oxygen demand.  Fed. Proc. 45(3):  196, 1986.

108. Jackson, V., Pope, T., Driscoll, E. and Lucchesi, B.:  Canine, but not human platelets, release a coronary vasodilator substance in response to platelet activating factor.  Fed. Proc. 45(3): 658, 1986.

109. Mickelson, J., Yashar, A., Gallas, M. and Lucchesi, B.:  Effect of acetyl glyceryl ether phosphorylcholine on rabbit isolated hearts after in vivo ischemia and reperfusion.  Fed. Proc. 45(3): 685, 1986.

110. Nelson, S.D., Lynch, J.J., Montgomery, D.G., Huante, D.M. and Lucchesi, B.R.:  Lack of concordance between the antiarrhythmic and antifibrillatory actions of UM-424, a quaternary ammonium analogue of propranolol. Fed. Proc. 45(4):  803, 1986.

111. Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.:  Effect of calcium entry blockade on vulnerability of infarcted canine myocardium toward ventricular fibrillation.  Fed. Proc. 45(4): 804, 1986.

112. Driscoll, E., Jackson, V., Pope, T. and Lucchesi, B.:  Effects of the calcium entry blocker, Anipamil, on thrombus formation in the canine coronary artery.  Fed. Proc. 45(4):  808, 1986.

113. Gallas, M., Mickelson, J., Simpson, P., Smith, C. and Lucchesi, B.:  Thromboxane synthetase inhibitor improves coronary blood flow after streptokinase induced thrombolysis.  Fed. Proc. 45(4): 963, 1986.

114. Kou, W., Nelson, S., Lynch, J., DiCarlo, L., Montgomery, D. and Lucchesi, B.:  Effects of flecainide acetate on ventricular tachycardia induction and ventricular fibrillation prevention in a conscious canine myocardium toward ventricular fibrillation.  Fed. Proc. 45: 803, 1986.

115. Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.:  Cardiac electrophysiologic actions of SCH 19927 (Dilevalol), the R-R-isomer of labetalol.  J. Mol. Cell. Cardiol. 18: I-281, 1986.

116. Nelson, S.D., Lynch, J.J., MacEwen, S. and Lucchesi, B.R.:  Antifibrillatory actions of left stellectomy in digitalis mediated malignant ventricular arrhythmias.  Circulation 74: II-30, 1986.

117. Mickelson, J.K., Gallas, M.T. and Lucchesi, B.R.:  Effect of reperfusion duration on platelet-acitvating factor induced mediator release from rabbit hearts.  Clin. Res. 34:945A, 1986

118. Werns, S.W., Simpson, P.J., Mickelson, J.K., Gallagher, K.P., Shea, M.J., Pitt, B. and Lucchesi, B.R.:  Salvage of reperfused ischemic canine myocardium by superoxide dismutse. Clin. Res. 34: 354A, 1986.

119. Lee, E.C., Schumacher, W.A. and Lucchesi, B.R.: Coronary flow responses to platelet activating factor: Release of a platelet-derived coronary artery vasodilator. Clin. Res. 34: 931A, 1986.

120. Walden, K.M., Mitsos, S.E., Abrams, G.D., Schork, M.A. and Lucchesi, B.R.: Myocardial reperfusion injury: Protection by a free radical scavenger N-2-Mercaptoproprionyl glycine. Clin. Res. 34: 936A, 1986.

121. Werns, S., Simpson, P., Gallagher, K., Mickelson J., Shea, J., Pitt, B. and Lucchesi, B.: Effect of superoxide dismutase on leukocyte accumulation and infarct size after myocardial ischemia-reperfusion. Circulation 74: II-347, 1986.

122. Simpson, P.J., Smith, C.B., Jr., Mickelson, J., Fantone, J.C., Gallagher, K.P. and Lucchesi, B.R.: Iloprost inhibits neutrophil function in vitro and in vivo and limits experimental canine myocardial infarction. Circulation 74: II-373, 1986.

123. Shea, M.J., Simpson, P.J., Werns, S.W., Buda, A.J., Alborzy-Khaghany, A.S., Hoff, P.T., Pitt, B. and Lucchesi, B.R.: Effect of neutrophil depletion on recovery of "stunned" myocardium. Clin. Res. 35: 327A, 1987.

124. Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.: Effects of heparin and intravenous tissue plasminogen activator or streptokinase in a canine model of coronary artery thrombosis. Clin. Res. 35: 305A, 1987.

125. Simpson, P.J., Mickelson, J., Fantone, J.C., Gallagher, K.P. and Lucchesi, B.R.: Sustained myocardial protection by iloprost with prolonged infusion in a canine model of temporary regional ischemia. Fed. Proc. 4: 1144, 1987.

126. Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.: Thrombolysis and systemic fibrinolytic effects of intravenous tissue plasminogen activator and streptokinase in a canine model of coronary artery thrombosis. Fed. Proc. 4: 949, 1987.

127. Söhngen, W., Winbury, M.M., Kitzen, J.M., Venutra, A., and Lucchesi, B.R.: Clonidine coronary vasodilation in the intact canine is mediated through $H_2$ receptors. Circulation 76: IV-46, 1987.

128. Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.: Thromboxane synthetase inhibitor CGS 13080 prevents hemodynamic changes and mediator release from infarcted rabbit isolated hearts. Circulation 76: IV-202, 1987.

129. Werns, S.W., Grum, C., Ventura, A. and Lucchesi, B.R.: Effects of allopurinol or oxypurinol on myocardial reperfusion injury. Circulation 76: IV-197, 1987.

130. Lynch, J.J., Simpson, P.J., Gallagher, K.P., McClanahan, T.B., Lee, K.A. and Lucchesi, B.R.: Increase in experimental infarct size with digoxin in a canine model of myocardial reperfusion injury. Circulation 76: IV-228, 1987.

131. Tamura, Y., Driscoll, E.M., Senyshyn, J.C., Phan, S.H., and Lucchesi, B.R.: Effects of polyethylene glycol-superoxide dismutase on myocardial infarct size and scar formation in the canine heart. Circulation 76: IV-200, 1987.

132. Simpson, P.J., Mickelson, J.K., Todd, III, R.F., Fantone, J.C., III, Griffin, J.D. and Lucchesi,

B.R.: Reduction of experimental canine myocardial ischemia and reperfusion injury by a monoclonal antibody (anti-Mo1) that inhibits leukocyte adhesion. Circulation 76: IV-201, 1987.

133. Simpson, P.J., Todd, III, R.F., Fantone, J.C., Mickelson, J.K., Griffin, J.D. and Lucchesi, B.R.: Reduction of experimental canine myocardial reperfusion injury by a monoclonal antibody (anti-Mo1, anti-CD11b) that inhibits leukocyte adhesion. Clin. Res. 35: 878A, 1987.

134. Kitzen, J.M., Werns, S.W., Ventura, A., Brosamer, K. and Lucchesi, B.R.: Preservation of myocardial function by polyethylene glycol conjugated superoxide dismutase (PEG-SOD) following global ischemia in the isolated blood perfused cat heart. FASEB J. 2: A918, 1988.

135. Uprichard, A.C.G., Frye, J., Kitzen, J.M., Lucchesi, B.R. and Lynch, J.J.: Effects of pimobendan (UD-CG 115 BS), a novel inotropic agent, on arrhythmias and mortality after experimental myocardial infarction. FASEB J. 2: A365, 1988.

136. Simpson, P.J., Todd, R.F., Mickelson, J.K., Fantone, J.C., Gallagher, K.P., Tamura, Y., Lee, K.A., Kitzen, J.M. and Lucchesi, B.R.: Sustained limitation of myocardial reperfusion injury by a monoclonal antibody that inhibits leukocyte adhesion. FASEB J. 2: A1237, 1988.

137. Söhngen, W., Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.: Thrombolytic efficacy and systemic fibrinolysis depend upon dosing mode of recombinant single-chain urokinase-type plasminogen activator in a canine model of coronary artery thrombosis. FASEBJ. 2: A390, 1988.

138. Venkatesh, N., Lynch, J.J., Uprichard, A.C.G., Kitzen, J.M., Singh, B.N., and Lucchesi, B.R.: Anti-arrhythmic and anti-fibrillatory effects of hypothyroidism in a conscious canine model of sudden coronary death. Circulation 78: II-639, 1988.

139. Simpson, P.J., Mickelson, J.K., Cronin, M., Laywell, E.D., Hoff, P.T., and Lucchesi, B.R.: Monoclonal F(ab')$_2$ that binds to platelet GPIIb/IIIa receptor prevents experimental coronary artery thrombosis. Circulation 78: II-80, 1988.

140. Mickelson, J.K., Simpson, P.J., Cronin, M., Laywell, E.D., Homeister, J.W., Kitzen, J.M. and Lucchesi, B.R.: Antiplatelet antibody [7E3 F(ab')$_2$] prevents rethrombosis after tissue-type plasminogen activator induced coronary artery thrombolysis in a canine model. J. Am. Coll. Cardiol. 13: 32A, 1989.

141. Hoff, P.T., Homeister, J.W., Wick, P.F. and Lucchesi, B.R.: Evidence for glyburide mediated potassium channel blockade in vascular smooth muscle. FASEB 3: A897, 1989.

142. Chi, L., Tamura, Y., Hoff, P. and Lucchesi, B.R.: The effect of PEG-SOD on myocardial infarct size in the canine heart after 6 hrs of regional ischemia and reperfusion. FASEB 3: A742, 1989.

143. Homeister, J.W., Hoff, P.T., Fantone, J.C., Fletcher, D.D. and Lucchesi, B.R.: Adenosine and lidocaine in combination limit myocardial reperfusion injury in a canine model. FASEB 3: A742, 1989.

144. Werns, W.S., Ventura, A., Hahn, R.A. and Lucchesi, B.R.: Effects of two xanthine oxidase inhibitors, amflutizole and oxypurinol, on canine myocardial infarction. FASEB 3: A1021, 1989.

145. Kitzen, J.M. and Lucchesi, B.R.: Retrograde bleeding (RGB) reduces variability in infarct size (IS) and enhances incidence and severity of ischemia in the canine heart. FASEB 3: A742, 1989.

146. Deutsch, N., Hantler, C.B., Tait, A.R., Uprichard, A., Lucchesi, B.R., Knight, P.R.: Electrophysiologic effects of halothane (H) and isoflurane (I) in a canine model of chronic infarction. FASEB 3: A1168, 1989.

147. Mickelson, J.K., Simpson, P.J., Cronin, M., Hoff, P.T., Homeister, J.W., Lee, K.A., Todd, R.F. and Lucchesi, B.R.:  Monoclonal 904 F(ab')$_2$ binds leukocyte Mo1 receptor preventing neutrophil endothelial adhesion during canine coronary artery thrombosis. J. Mol. Cell. Cardiol. 21: S174, 1989.

148. Uprichard, A.C.G., Chi, L., Driscoll, E.M. and Lucchesi, B.R.:  Pinacidil is proarrhythmic in a conscious canine model of sudden death.  J. Mol. Cell. Cardiol. 21: S13, 1989.

149. Chi, L., Uprichard, A.C.G. and Lucchesi, B.R.:  Failure of glibenclamide to protect against ischemic ventricular fibrillation in a canine model of myocardial infarction.  J. Mol. Cell. Cardiol. 21: S89, 1989.

150. Li, G., Vasquez, J.A., Gallagher, K.P. and Lucchesi, B.R.:  Preconditioning with single or multiple brief coronary artery occlusions limits infarct size.  J. Mol. Cell. Cardiol. 21: S161, 1989.

151. Kitzen, J.M., Chi, L., Uprichard, A.C.G. and Lucchesi, B.R.:  Limited role of thromboxane in postinfarction arrhythmias.  J. Mol. Cell. Cardiol. 21: S26, 1989.

152. Homeister, J.W., Hoff, P., Fletcher, D., Fantone, J., Gallagher, K. and Lucchesi, B.R.: Combined adensoine and lidocaine administration limits myocardial reperfusion injury.  J. Mol. Cell. Cardiol. 21: S122, 1989.

153. Sisson, J.C., Wieland, D.M., Johnson, J.W., Bolgos, G.L., Malak, T.A., VanDort, M.E., Gildersleeve, D.L., Anderson, H.L., Driscoll, E. and Lucchesi, B.R.:  Scintigraphy of adrenergic receptors and neurons in myocardial infarcts.  J. Nucl. Med. 30: 767, 1989.

154. Hoff, P.T., Mickelson, J.K., Homeister, J.W. and Lucchesi, B.R.:  Aspirin inhibits thrombus formation and stabilizes blood flow in a model of coronary artery injury.  Clin. Res. 37: 879A, 1989.

155. Werns, S.W., Ventura, A., Li, G.C. and Lucchesi, B.R.:  Amflutizole, a xanthine oxidase inhibitor, does not attenuate myocardial stunning in the canine heart.  Clin. Res. 37: 892A, 1989.

156. Homeister, J.W., Mickelson, J.K., Hoff, P.T. and Lucchesi, B.R.:  Recombinant hirudin reduces the incidence of thrombosis in the canine coronary artery.  Clin. Res. 37: 879A, 1989.

157. Lucchesi, B.R. and Tamura, Y.:  Part III:  Preclinical and Clinical Experience with Amlodipine: Cardioprotective effects of amlodipine in the ischemic-reperfused heart.  Am. Heart J. 118(5): 1121, 1989.

158. Mickelson, J.K., Cronin, M., Lee, K., Almassey, S. and Lucchesi, B.R.:  Prostacyclin analog maintains blood flow despite intracoronary thrombus formation in a canine model.  J. Am. Coll. Cardiol. (accepted for presentation), 1989.

159. Li, G.C., Vasquez, J.A., Gallagher, K.P. and Lucchesi, B.R.:  Ischemic preconditioning requires only one, five minute coronary artery occlusion.  Circulation 80: II-240, 1989.

160. Homeister, J.W., Mickelson, J.K., Hoff, P.T. and Lucchesi, B.R.:  Recombinant hirudin prevents thrombosis in the canine coronary artery.  Circulation 80: II-421, 1989.

161. Werns, S., Ventura, A., Li, G.C. and Lucchesi, B.R.:  Amflutizole, a xanthine oxidase inhibitor, does not attenuate myocardial stunning in the canine heart.  Circulation 80: II-295, 1989.

162. Buckmaster, M.J., Werns, S.W., Shlafer, M., Lucchesi, B.R. and Fantone, J.C.:  Inhibition of sarcoplasmic reticulum $Ca^{2+}/Mg^{2+}$-dependent ATPase by myoglobin-hydrogen peroxide. FASEB J. 4: A1217, 1990.

163. Hoff, P.T., Mickelson, P.T., Homeister, J.W. and Lucchesi, B.R.:  Aspirin prevents thrombotic occlusion but not platelet adhesion in a canine model of coronary artery injury. FASEB J. 4: A1028, 1990.

164. Chi, L., Uprichard, A.C.G. and Lucchesi, B.R.:  Profibrillatory actions of pinacidil in the postinfarcted canine heart.  FASEB J. 4: A1005, 1990.

165. Mu, D.-X., Chi, L., Driscoll, E.M. and Lucchesi, B.R.:  Antifibrillatory actions of CK-3579 and sematilide in the postinfarcted canine heart.  FASEB J. 4: A1005, 1990.

166. Satoh, P.S., Homeister, J.W., Staples, D.J., Lund, J., Li, G. and Lucchesi, B.R.:  Antibody to synthetic c-terminus heart shock protein (HSP-70) peptide.  Immunohistochemical localization of HSP-70 in ischemic canine heart.  FASEB J. 4: A1031, 1990.

167. Homeister, J.W., Satoh, P.S., and Lucchesi, B.R.:  Effects of thiol compounds on complement mediated hemolysis *in vitro*.  FASEB J. 4: A357, 1990.

168. Hoff, P.T., Mickelson, J.K., Homeister, J.W. and Lucchesi, B.R.:  Should high dose intravenous aspirin replace low dose oral aspirin in acute coronary vascular injury? Clin. Res. 38: 964A, 1990.

169. Homeister, J.W., Satoh, P.S. and Lucchesi, B.R.:  Complement activation in the isolated heart — Protection by FUT-175 (Nafamostat).  Circulation  82: III-148, 1990.

170. Chi, L., Mu, D.-X. and Lucchesi, B.R.:  Electrophysiologic and antiarrhythmic actions of E-4031 in the experimental animal model and isolated atrial tissue.  Circulation 82: III-638, 1990.

171. Kou, W.H., Chi, L. and Lucchesi, B.R.:  Rate of coronary reperfusion influences the development of ventricular fibrillation.  Circulation 82: III-641, 1990.

172. Mickelson, J.K., Cronin, M., Lee, K. and Lucchesi, B.R.:  Prostacyclin analog maintains blood flow despite intracoronary thrombus formation in a canine model.  Presented at the Am. Heart Assoc. meeting in Durango, CO; August 8-11, 1990.

173. Mickelson, J.K., Cronin, M., Hoff, P.T., Homeister, J.W., Simpson, P.J., Todd, R.F. III and Lucchesi, B.R.:  Anti-CD11b/CD18 F(ab')$_2$ binding leukocyte Mo1 receptor does not prevent rethrombosis after intracoronary streptokinase in a canine model. Clin. Res. 39: 238A, 1991.

174.  Walsh, D.G., Bates, E.R., Mu, D.-X. and Lucchesi, B.R.:  Pacification of coronary artery thrombosis after deep arterial injury by the antiplatelet glycoprotein IIb/IIIa 7E3 antibody. Clin. Res. 39: 197A, 1991.

175. Hoff, P.T., Mickelson, J.K., Homeister, J.W. and Lucchesi, B.R.:  High dose intravenous aspirin vs low dose intravenous or oral aspirin in experimental coronary vascular injury.  J. Am. Coll. Cardiol.

17: 144A, 1991.

176. Cunningham, M.R., Mu, D.-X., Driscoll, E.M., Moon, S.D., Schwaiger, M., Fantone, J.C., Nedelman, M.A. and Lucchesi, B.R.:  Indium-antimyosin and thallium distribution in myocardial tissues — Eight weeks postinfarction.  FASEB J. 5: A1046, 1991.

177. Chi, L., Kuo, P.I., Cunningham, M.R. and Lucchesi, B.R.:  Profibrillatory action of pinacidil and potassium channel activation.  FASEB J. 5: A495, 1991.

178.  Black, S.C., Chi, L., Mu, D.-X. and Lucchesi, B.R.:  Electrophysiologic and antibrillatory activity of UK-68798, A Class III antiarrhythmic agent.  FASEB J. 5: A1215, 1991.

179.  Homeister, J.W., Satoh, P.S. and Lucchesi, B.R.:  Complement activation directly mediates myocyte damage in the perfused isolated heart.  FASEB J. 5: 1635, 1991.

180. Schwaiger, M., Cunningham, M., Moon, S., Mu, D., Driscoll, E., Petry, N., Nedelman, M. and Lucchesi, B.R.:  Sustained uptake of In-111 antimyosin in infarcted canine myocardium.  For presentation at the Society of Nuclear Medicine 38th Annual Meeting, Cincinnati, Ohio, June 11-14, 1991.

181. Asselbergs, F.A.M., Bürgi, R., Heim, J., van Oostrum, J., Agnelli, C. and Lucchesi, B.R.:  Biochemical and biological characterization of $K_2$tuPA, a hybrid plasminogen activator.

Thromb. Haemostas. 65: 779, 1991.

182. Walsh, D.G., Bates, E.R., Mu, D.-X., Nedelman, M.A. and Lucchesi, B.R.:  Coronary artery thrombosis after deep arterial injury:  Pacification by the anti-platelet glycoprotein IIb/IIIa 7E3 antibody.  Eur. Heart J. 12: 390, 1991.

183. Lucchesi, B.R.:  New drugs in cardiovascular medicine.  Jpn. J. Clin. Pharmacol. Ther., 22: 345, 1991.

184. Homeister, J.W., Satoh, P.S. and Lucchesi, B.R.:  Soluble human CR1 prevents human complement-mediated damage in the rabbit perfused isolated heart.  Circulation 84: II-83, 1991.

185. Fagbemi, S.O., Black, S.C., Chi, L., Cunningham, M.R. and Lucchesi, B.R.:  Pinacidil- and phorbol 12,13-dibutyrate-induced ventricular fibrillation:  Antagonism by glybenclamide. Circulation 84: II-502, 1991.

186. Cunningham, M.R., Yamada, N., Kumagai, H. and Lucchesi, B.R.:  Prevention of experimental coronary artery thrombosis — Effects of beraprost.  Circulation  84: II-599, 1991.

187. Walsh, D., Rote, W., Bates, E., Mu, D.-X., Nedelman, M. and Lucchesi, B.:  The 7E3 glycoprotein IIB/IIIa antibody prevents reocclusion and death post-tPA-induced thrombolysis in a chronic canine model of coronary thrombosis.  J. Am. Coll. Cardiol. 19: 330A, 1992.

188. Kou, W.H., Mu, D.-X. and Lucchesi, B.R.:  Reperfusion ventricular fibrillation — Is washing out of the ischemic metabolites from the ischemic myocardium an important trigger?  J. Am. Coll. Cardiol. 19: 27A, 1992.

189. Cunningham, M.R., Driscoll, E.M., Mu, D.-X., Fantone, J.C., Patton, L.M., Kirschenheuter, G.P. and Lucchesi, B.R.:  Infarct size reduction in experimental myocardial infarction — Assessment of an

elastase inhibitor.  FASEB J. 6: A1061, 1992.

190. Rote, W.E., Walsh, D.G., Bates, E.R., Mu, D.X., Nedelman, M.A., Lucchesi, B.R.: Comparison of 7E3 F(ab')2 antibody with hirudin after rt-PA induced thrombolysis in a chronic model of coronary thrombosis.  FASEB J. 6: A1877, 1992.

191. Fagbemi, S.O., Chi, L., Lucchesi, B.R.:  Antifibrillatory and profibrillatory actions of selected Class I antiarrhythmic agents.  FASEB J. 6: 1863, 1992.

192. Lucchesi, B.R.:  Complement, neutrophils and oxygen radicals in myocardial-ischemia reperfusion injury.  J. Mol. Cell. Cardiol. (submitted), 1992.

193. Rote, W.E., Mu, D.-X. and Lucchesi, B.R.:  The thromboxane receptor antagonist, BAY U3405, prevents arterial thrombosis, but not rethrombosis, in a canine model.  J. Mol. Cell. Cardiol. 24(suppl III):S65, 1992.

194. Black, S.C., Driscoll, E.M. and Lucchesi, B.R.:  Inhibition of platelet-activating factor fails to limit ischemic and reperfusion-induced myocardial injury.  J. Mol. Cell. Cardiol. 24(suppl III):S14, 1992.

195. Rote, W.E., Davis, J.H. and Lucchesi, B.R.:  Prevention of carotid artery thrombosis with SC 4992, a platelet GP IIb/IIIa receptor antagonist.  J. Mol. Cell. Cardiol. 24(suppl III):S65, 1992.

196. Rote, W.E., Mu, D.-X., Bates, E.R., Walsh, D.G., Nedelman, M.A. and Lucchesi, B.R.: Prevention of coronary rethrombosis after rt-PA:  7E3 F(ab')2 vs r-hirudin.  Circulation 86: I-410, 1992.

197. Tschopp, J.F., Driscoll, E.M., Mu, D.-X., Black, S.C., Pierschbacher, M.D. and Lucchesi, B.R.: Inhibition of reocclusion and acceleration of thrombolysis by an RGD peptide without bleeding time prolongation.  Blood 80(Suppl 1): 320A, 1992.

198. Markland, F.S., Trikha, M., Rote, W.E., Manley, P.J. and Lucchesi, B.r.:  Snake venom disintegrins with high affinity for the human platelet integrin receptor GPIIb/IIIa.  Presented at the Third IBC International Symposium:  Advances in Anticoagulant, Antithrombotic and Thrombolytic Drugs, October 21-23, 1992; Boston, MA.

199. Werns, S.W., Rote, W.E., Davis, J.H. and Lucchesi, B.R.:  Nitroglycerin inhibits re-occlusion after thrombolysis.  J. Am. Coll. Cardiol. 21: 277A, 1993.

200. Rote, W.E., Nedelman, M.A., Mu, D.-X., Manley, P.J., Weisman, H., Cunningham, M.R. and Lucchesi, B.R.:  Efficacy of chimeric Fab fragment 7E3 (c7E3) versus aspirin and heparin for the prevention of carotid thrombosis in a non-human primate.  J. Am. Coll. Cardiol. 21: 109A, 1993.

201. Friedrichs, G.S., Kilgore, K.S., Chi, L., Ryan, U.S. and Lucchesi, B.R.:  Protective effects of the Monsanto SOD-mimetic on ischemia-reperfusion injury in the primate isolated heart.  FASEB J. 7: A425, 1993.

202. Uprichard, A.C.G., Chi, L. and Lucchesi, B.R.:  Time-dependent conversion of big-endothelin by polymorphonuclear leukocytes as assessed in the rabbit isolated, perfused heart. FASEB J. 7: A343, 1993.

203. Chi, L., Friedrichs, G.S., J.Y. Oh and Lucchesi, B.R.:  Opposing effects of adenosine A1 and A2 receptor subtypes on ventricular fibrillation in the hypoxic/reoxygenated isolated rabbit heart.  FASEB J. 7: A106, 1993.

204. Kilgore, K.S., Kupina, N.C. and Lucchesi, B.R.:  Localization of the membrane attack complex of human complement in the rabbit perfused isolated heart.  FASEB J. 7: A594, 1993.

205. Lucchesi, B.R., Mu, D.-X. and Rote, W.E.:  Platelet GPIIb/IIIa antagonist, SC-49992, prevents coronary artery thrombosis in a chronic canine model.  FASEB J. 7: A209, 1993.

206. Rote, W.E., Nedelman, M.A., Mu, D.-X., Manley, P.J., Weisman, H., Cunningham, M.R. and Lucchesi, B.R.:  Chimeric Fab fragment 7E3 (c7E3) vs. aspirin and heparin for the prevention of carotid thrombosis in a non-human primate.  FASEB J. 7: A209, 1993.

207. Rote, W.E., Davis, J.H. and Lucchesi, B.R.:   Oral administration of a tripeptide thrombin inhibitor in a canine model of combined coronary artery and jugular vein thrombosis. Pharmacologist 35: 179, 1993.

208. Lucchesi, B.R., Nedelman, M.A., Mu, D.-X., Manley, P.J., Weisman, H., Cunningham, M.R. and Rote, W.E.:  Chimeric Fab fragment 7E3 (c7E3) vs. aspirin and heparin for the prevention of carotid thrombosis.  Pharmacologist 35: 206, 1993.

209. Black, S.C., Butterfield, J.L., and Lucchesi, B.R.:  Antifibrillatory and antiarrhythmic effects of the potassium channel modulator NE-00164.  Pharmacologist 35: 179, 1993.

210. Bush, L.R., Lister-James, J., Dean, R.T., Rote, W.E. and Lucchesi, B.R.:  Antithrombotic effects of GPIIb/IIIa antagonists.  Pharmacologist 35: 207, 1993.

211. Rote, W.E., Nedelman, M.A., Mu, D.X., Manley, P.J., Weisman, H.F., Cunningham, M.R. and Lucchesi, B.R.:  Prevention of carotid artery thrombosis--Effects of c7E3 FAB, aspirin and/or heparin in *Cynomolgus* monkeys.  Cardiovasc. Drugs Ther., 7(Suppl 2): 459, 1993.

212. Rote, W.E., Mu, D.-X., Mousa, S.A., Reilly, T.M., Lucchesi, B.R.:  DMP728, a GPIIb/IIIa antagonist, enhances rT-PA-induced coronary thrombolysis and prevents rethrombosis in a chronic canine model.  Circulation 88: I-458, 1993.

213. Lucchesi, B.R., Friedrichs, G.S., Kilgore, K.S. and Manley, P.J.:  Effects of heparin and N-acetylheparin on ischemia/reperfusion induced alterations in myocardial function in the rabbit isolated heart.  FASEB J. 8: A129, 1994.

214. Chi, L., Khanuja, N.K., Friedrichs, G.S., Green, A.L. and Lucchesi, B.R.:  Catecholamine dependent effect of adenosine-induced ventricular fibrillation in the rabbit isolated heart.  FASEB J. 8: A78, 1994.

215. Friedrichs, G.S., Chi, L., Gralinski, M.R., Johnson, C.R., Basler, G.C., Mu, D.-X., Pewitt, S.R. and Lucchesi, B.R.:  Ventricular fibrillation in a conscious canine model of sudden cardiac death: Effects of MS-551, a multiple dose regimen.  FASEB J. 8: A78, 1994.

216. Black, S.C., Gralinski, M.R., Friedrichs, G.S., Kilgore, K.S., Driscoll, E.M. and Lucchesi, B.R.:  Cardioprotective effects of N-acetylheparin (NHEP) in a canine model of ischemia and reperfusion injury.  FASEB J. 8: A559, 1994.

217. Driscoll, E.M., Black, S.C., Schasteen, C.S., Weiss, R.H., Riley, D.P. and Lucchesi, B.R.: Inhibition of *in vivo* myocardial ischemic and reperfusion injury by a synthetic superoxide dismutase (SOD) mimetic.  FASEB J. <u>8</u>: A606, 1994.

218. Kilgore, K.S., Gralinski, M.R. and Lucchesi, B.R.:   Effect of complement activation on neutrophil-mediated injury in the rabbit isolated heart.  FASEB J. <u>8</u>: A325, 1994.

219. Rote, W.E., Davis, J.H., Mousa, S.A., Reilly, T.M. and Lucchesi, B.R.:  Antithrombotic effects of DMP728, a fibrinogen receptor (platelet GPIIb/IIIa) antagonist.  FASEB J. <u>8</u>: A640, 1994.

220. Campau, P.A., Kilgore, K.S. and Lucchesi, B.R.:  Complement-mediated neutrophil adhesion in the rabbit isolated heart.  FASEB J. <u>8</u>: A321, 1994.

221. Gralinski, M.R., Black, S.C., Kilgore, K.S., Chou, A.Y., DeNardis, M. and Lucchesi, B.R.: Cardioprotective effects of ranolazine (RS-43285) on isolated rabbit hearts during ischemia/ reperfusion.  FASEB J. <u>8</u>: A559, 1994.

222. Green, A.L., Friedrichs, G.S., Chi, L. and Lucchesi, B.R.:  Antifibrillatory effects of clofilium in the rabbit isolated heart.  FASEB J. <u>8</u>: A78, 1994.

223. Markland, F.S., Friedrichs, G.S. Pewitt, S.R. and Lucchesi, B.R.:  Thrombolytic effects of fibrolase in a canine model of carotid artery thrombosis.  Submitted to the XII International Congress on Fibrinolysis; Leuven, Belgium; September 18-22, 1994.

224. Sudo, Y. and Lucchesi, B.R.: Inhibition of platelet GPIIb/IIIa receptor with monoclonal antibody [7E3-F(ab')2] prevents arterial, but not venous rethrombosis. Circulation <u>90</u>: I-181, 1994.

225. Gralinski, M.R., Black, S.C., Kilgore, K.S., Campau, P.A., Stancato, L.F., Pratt, W.B. and Lucchesi, B.R.:  *In vivo* heat stress protects against complement-mediated injury in the isolated rabbit heart.  Circulation <u>90</u>: I-537, 1994.

226. Park, J.L., Kilgore, K.S., Musser, J.H. and Lucchesi, B.R.:  Reduction of myocardial infarct size in the rabbit by a carbohydrate analog of Sialyl Lewis[x].  FASEB J. <u>9</u>: A9, 1995.

227. Gralinski, M.R., Friedrichs, G.S., Driscoll, E.M. and Lucchesi, B.R.:   Effects of a single administration of heparin or N-acetylheparin (NHEP) two hours before regional ischemia and reperfusion in a canine model of irreversible myocardial injury.  FASEB J. <u>9</u>: A9, 1995.

228. Friedrichs, G.S., Black, S.C., Chi, L., Mu, D.-X., Pewitt, S.R. and Lucchesi, B.R.:  The K$_{ATP}$ channel antagonist 5-hydroxydecanoate fails to protect against ventricular fibrillation in a conscious canine model of sudden cardiac death.  FASEB J. <u>9</u>: A605, 1995

229. Chi, L., Friedrichs, G.S., Park, J.L., Banglawala, Y.A., Perez, M.A., Tanhehco, E.J., Lan, K.-L. and Lucchesi, B.R.:  Effects of Tedisamil (KC-8857) on electrophysiology, ventricular fibrillation (VF) and cardiac function *in vitro*.  FASEB J. <u>9</u>: A605, 1995.

230. Cousins, G.R., Sudo, Y., Friedrichs, G.S., Markland, F.M. and Lucchesi, B.R.: Contortrostatin prevents reocclusion after thrombolytic therapy in a canine model of carotid artery thrombosis. FASEB J. <u>9</u>: A938, 1995.

231. Mousa, S.A., Bozarth, J.M., Mu, D.-X., Leamy, A.W., Rote, W.E., Lucchesi, B.R. and Reilly, T.M.: Intravenous and oral antithrombotic efficacy of the platelet GPIIb/IIIa antagonist, DMP728, in different models of arterial thrombosis. FASEB J. 9: A837, 1995.

232. Reilly, T.M., Forsythe, M.S., Lucchesi, B.R. and Mousa, S.A.: Thrombolytic and antithrombotic efficacy of the platelet GPIIb/IIIa antagonist DMP728. FASEB J. 9: A837, 1995.

233. Markland, F.S., Trikha, M., Sudo, Y., Friedrichs, G.S., Cousins, G.R. and Lucchesi, B.R.: Contortrostatin, a disintegrin with potent antiplatelet activity, prevents reocclusion following thrombolysis in a canine carotid artery thrombosis model (submitted for XV Congress of the International Society on Thrombosis and Haemostasis; Jerusalem, Israel, June 11-16, 1995).

234. Cousins, G.R., Friedrichs, G.S., Sudo, Y., Rote, W.E., Vlasuk, G.P., Nolan, T., Mendoza, C. and Lucchesi, B.R.: Orally effective CVS-1123 prevents coronary artery thrombosis in the conscious canine. Circulation 92(Suppl 1): I-303, 1995.

235. Gralinski, M.R., Park, J.L., Ezrin, A.M. and Lucchesi, B.R.: O-desulfated heparin prevents complement-mediated injury in the *ex vivo* rabbit heart. Circulation 92(Suppl 1): I-303, 1995.

236. Friedrichs, G.S., Abreu, J.N., Cousins, G.R., Kerrick, G.P., Chi, L. and Lucchesi, B.R.: Tedisamil protects against ventricular fibrillation in a conscious canine model of sudden cardiac death. FASEB J.10: A33, 1996.

237. Basler, G.C., Miller, V.B., Rebello, S. and Lucchesi, B.R.: Synthetic thrombin inhibitor CVS-1123 inhibits venous and arterial thrombosis in the acute canine model. FASEB J 10: A433, 1996.

238. Park, J.L., Gralinski, M.R., Perez, M. and Lucchesi, B.R.: Effects of low molecular weight heparin on complement-mediated injury in the rabbit isolated heart. FASEB J. 10: A166, 1996.

239. Rebello, S.S. and Lucchesi, B.R.: Significance of Factor Xa inhibition in a canine model of coronary thrombosis: Effects of recombinant nematode anticoagulant peptide (rNAP5). FASEB J. 10: A167, 1996.

240. Ozeck, M.J., Gralinski, M.R., Park, J.L. and Lucchesi, B.R.: A sulfated fraction of heparin inhibits human complement-mediated damage of the *ex vivo* discordant myocardial xenograft. FASEB J. 10: A166, 1996.

241. Gralinski, M.R., Wiater, B.C. Assenmacher, A.N., Ozeck, M.J. and Lucchesi, B.R.: Selective inhibition of the alternative complement pathway by sCR1[desLHR-A] protects the isolated rabbit heart from human complement-mediated damage. FASEB J. 10: A166, 1996.

242. Park, J.L., Kilgore, K.S., Davenport, R.D., Warren, J.S. and Lucchesi, B.R.: Expression of tissue factor on endothelial cells after membrane attack complex deposition, *in vitro*. J. Mol. Cell. Cardiol. 28: A148, 1996.

243. Lucchesi, B.R., Park, J.L., Friedrichs, G.S., Chi, L., Banglawala, Y.A., Perez, M.A. and Tanhehco, E.J.: Effects of tedisamil (KC-8857) on cardiac electrophysiology and ventricular fibrillation in the rabbit isolated heart. Eur. J. Cardiac Pacing Electrophysiol. 6(Suppl 5): 29, 1996.

244. Friedrichs, G.S., Abreu, J.N. and Lucchesi, B.R.: Tedisamil protects against ventricular fibrillation in a conscious canine model of sudden cardiac death. Eur. J. Cardiac Pacing

Electrophysiol. 6(Suppl 5): 18, 1996.

245. Rebello, S.S. and Lucchesi, B.R.:  Recombinant nematode anticoagulant peptide (rNAP5), a selective factor Xa inhibitor, prevents canine coronary artery thrombosis.  Circulation 94(Suppl. 1): I-267, 1996.

246. Hasan, A.A., Rebello, S.S., Wahl, R., Fisher, S.J., Lucchesi, B.R. and Schmaier, A.H.: Thrombostatin:  In vivo clearance and effect of this thrombin receptor inhibitor.  Circulation 94(Suppl. 1): I-229, 1996.

247. Wenz, B., Ortolano, G.A., Yee, G.K., Morgan, E.L., Park, J., Kilgore, K.S., Lucchesi, B.R.: Removal of complement components with Pall platelet filters restores *in vitro* immunoglobulin production and *ex vivo* myocardial function.  Submitted to World Apheresis Association 6th International Congress; Florence, Italy (November 11-14, 1996).

248. Kilgore, K.S., Park, J.L., Tanhehco, E.J., Booth, E.A., Marks, R.M. and Lucchesi, B.R.: Attenuation of IL-8 expression in C6-deficient rabbits after myocardial ischemia/reperfusion.  J. Mol. Cell. Cardiol. 29:A207, 1997.

249. Johnston, P.V., Friedrichs, G.S., Fischbach, P.S. and Lucchesi, B.R.:  Antiarrhythmic effects of the potassium channel antagonist tedisamil in a model of atrial flutter. PACE 21: 839, 1998.

250. Kilgore, K.S., McGeer, P.L., Yagoshima, K., Washington, R.A., Naylor, K.B. and Lucchesi, B.R.:  Myocardial expression of the mRNAs encoding complement proteins C3 and C9 after ischemia/reperfusion ex vivo.  FASEB J. 12: A30, 1998.

251. Washington, R.A., Kilgore, K.S., Murphy, K., Littleton, J.M., Booth, E.A. and Lucchesi, B.R.: Analysis of heparin's cardioprotective effects *in vitro*.  FASEB J. 12: A341, 1998.

252. Huang, J., Rebello, S.S., Faul, J.D. and Lucchesi, B.R.:  Correlation between the *in vivo* efficacy of GPIIb/IIIa receptor antagonists and *ex vivo* platelet inhibition:  Role of calcium.  FASEB J. 12: A191, 1998.

253. Tanhehco, E.J., Kilgore, K.S., Naylor, K.B. and Lucchesi, B.R.:  Ex-vivo reversal of heparin-mediated cardioprotection by heparanase after ischemia and reperfusion.  FASEB J. 12: A33, 1998.

254. Mousa, S.A. and Lucchesi, B.R.:  Restoration of coronary flow by potent platelet GPIIb/IIIa antagonist without exogenous thrombolytics.  FASEB J. 12: A718, 1998.

255. Washington, R.A., Littleton, J.M., Murphy, K.L., Kilgore, K.S. and Lucchesi, B.R.: Propidium iodide:  An indicator of cardiac cell death after hypoxia/reoxygenation injury.  J. Mol. Cell. Cardiol.  30: A237, 1998.

256. Kilgore, K.S., Tanhehco, E.J., Naylor, K.B., Park, J.L., Booth, E.A. and Lucchesi, B.R.: Reduction of myocardial infarct size after ischemia and reperfusion by the glycosaminoglycan, pentosan polysulfate.  J. Mol. Cell. Cardiol.  30: A238, 1998.

257. Rebello, S.S., Huang, J., Saito, K., Saucedo, J., Bates, E.R. and Lucchesi, B.R.:  Effect of time of 7E3 administration on tPA-induced thrombolysis.  J. Mol. Cell. Cardiol.  30: A249, 1998.

258. Yasojima K., Kilgore, K.S., Washington, R.A., Schwab, C., Lucchesi, B.R. and McGeer, P.L.:

Myocardial expression of mRNA encoding complement proteins in response to ischemia and reperfusion. J. Mol. Cell. Cardiol. 30: A233, 1998.

259. Johnston, P., Fischbach, P., Friedrichs, G., Lucchesi, B.R.: Antiarrhythmic effects of the potassium channel antagonist tedisamil in a model of atrial flutter. J. Mol. Cell. Cardiol. 30: A252, 1998.

260. Annich G., White, T., Damm, D., Zhao, Y., Fakhri, M., Meinhardt, J., Rebello S., Lucchesi, B.R., Bartlett, R.H., Schmaier, A.H.: Recombinant Kunitz protease inhibitor domain of the amlyloid ß-protein precursor as an anticoagulant for extracorporeal circulation in rabbits. Circulation 98I-728, 1998.

261. Tanhehco, E.J., Kilgore, K.S., Naylor, K.B., Park, J.L., Booth, E.A. and Lucchesi, B.R.: Reduction of myocardial infarct size after ischemia and reperfusion by the glycosaminoglycan pentosan polysulfate. FASEB J. 13: A21, 1999.

262. Huang, J., Feldbaum, V., Lucchesi, B.R. and Werns, S.W.: The effects of adenosine on thrombosis and thrombolysis in a canine coronary artery thrombosis model. FASEB J. 13: A839, 1999.

263. Washington, R.A., Kilgore, K.S., Murphy, K.L., Naylor, K.B., Lucchesi, B.R.: Expression and activation of the complement cascade in the rabbit isolated heart. FASEB J. 13: A19, 1999.

264. Tanhehco, E.J., Yasojima, K., McGeer, P.L., Kilgore, K.S. and Lucchesi, B.R.: Preconditioning reduces tissue complement gene expression in the rabbit isolated heart. FASEB J.13: A20, 1999.

265. Huang, J., Feldbuam V., Lucchesi, B.R. and Werns, S.W.: Adenosine does not inhibit canine carotid artery thrombosis or reocclusion after thrombolysis. FASEB J. 13: A839, 1999.

266. Hasan A.A.K., Srikanth, S., Smith, E., Werns, S., Driscoll, E., Brenner, D., Normolle, D., Lucchesi, B.R. and Schmaier, A.H. Thrombostatin—a thrombin receptor activation inhibitor: mechanisms of action, and in vivo efficacy. Thromb. Haemost. (Aug. Suppl):414, 1999.

267. Fischbach, P.S., Lucchesi, B.R., Morady F. and Goyal, R.: Efficacy of the potassium channel antagonist tedisamil in a model of sustained atrial fibrillation. J. Am. Coll. Cardiol. 33(Suppl. A): 110A, 1999.

268. Craig, K., Washington, R.A., Huang, J., Younger, J.G. and Lucchesi, B.R.: Evidence of myocardial complement activation following hemorrhagic shock and resuscitation. Annals Emerg. Med. (accepted), 1999.

269. Hasan, A.A., Schmaier, A.H., Warnock, M., Normolle, D., Driscoll, E., Lucchesi, B.R. and Werns, S.W.: Thrombostatin inhibits cyclic flow variations in the Folts model of canine coronary artery thrombosis. Blood. 96(Suppl 1):52a, 2000.

270. Craig, K., Washingotn, R.A., younger, J.G. and Lucchesi, B.R.: Systemic complement does not improve cardiac performance following hemorrhagic shock & resuscitation. Shock 13: 58, 2000.

271. Hennan, J.K., Huang, J, Barrett, T.D., Driscoll, E., Willens, D.E., Park, A.M., Crofford, L.J. and Lucchesi, B.R.: Effects of selective cyclooxygenase-2 inhibition on vascular tone and thrombosis in canine coronary arteries. FASEB J. 15: A914, 2001.

272. Coaxum, S.D., Kamada, Y., Washington, R.A, and Lucchesi, B.R.:  Inhibition of nitric oxide synthesis during ischemia/reperfusion injury diminishes complement activation in the rabbit isolated heart.  FASEB J. <u>15</u>: A767, 2001.

273. Barrett, T.D., Hennan, J.K., Marks, R.M. and Lucchesi, B.R.:  Acute inflammation increases myocardial infarct size after ischemia/reperfusion.  FASEB J. <u>15</u>: A568, 2001.

274. Hennan, J.K., Huang, J., Barrett, T.D., Driscoll, E.M., Willens, D.E., Park, A.M., Crofford, L.J. and Lucchesi, B.R.:  Selective cyclooxygenase-2 inhibition alters the antithrombotic effects of low dose aspirin in a canine model of arterial thrombosis.  Proc. West. Soc. Pharmacol. (accepted), 2001.

275. Barrett, T.D., Hennan, J.K., Marks, R.M. and Lucchesi, B.R.:  CRP-associated increase in myocardial infarct size after ischemia/reperfusion is reduced by supressing activation of the complement cascade.  Proc. West. Soc. Pharmacol. (accepted), 2001.

276. Hennan, J.K., Driscoll, E.M., Barrett, T.D., Fischbach, P.S., Seidler, R.W. and Lucchesi, B.R.: Effect of sodium/hydrogen exchange inhibition on myocardial infarct size after coronary artery thrombosis and thrombolysis.  FASEB J. <u>16</u>: A855, 2002.

277. Hennan, J.K., Willens, D.E., Driscoll, E.M., Hong, T.-T., Giboulot, T.A. and Lucchesi, B.R.: Prevention of experimental carotid and coronary thrombosis by the glycoprotein IIb/IIIa receptor antagonist CRL42796.  FASEB J. <u>16</u>: A938, 2002.

278. Booth, E.A., Hennan, J.K., Barrett, T.D., Driscoll, E.M., Gupta, S., Lindamood, C. III and Lucchesi, B.R.:  The *in vitro* and *in vivo* cardiovascular profile ALX-0646:  a novel, highly selective 5-HT1D/1F receptor agonist.  FASEB J. <u>16</u>: A935, 2002.

279. Hong, T.-T., Hennan, J.K., Shergill, A.K., Driscoll, E.M., Cardin, A.D. and Lucchesi, B.R.: Intimatan prevents arterial and venous thrombosis in a canine model of deep vessel wall injury. FASEB J. <u>16</u>: A173, 2002.

280. Hennan, J.K., Driscoll, E.M. and Lucchesi, B.R.:  Tissue plasminogen activator administration after myocardial ischemia reduces the cardioprotective effects of preconditioning.  FASEB J. <u>16</u>: A175, 2002.

281. Rodriguez, M., Hennan, J., Lucchesi, B.R., Schaper, J.:  Postischemic reperfusion is the prerequisite for tunel positivity.  J. Mol. Cell. Cardiol. 2002.

282. Hong, T.-T., Cardin, A.D., and Lucchesi, B.R.:  Intimatan (dermatan 4,6,-O-disulfate) is an improved heparin cofactor II agonist that prevents arterial and venous thrombosis in the presence and absence of an adjuvant thrombolytic agent in a canine model of deep vessel wall injury. Submitted for presenation at the 16th International Congress on Fibrinolysis and Proteolysis,   Sept. 8-13, 2002 in Munich, Germany.

283. Hong, T.-T., Effect of thrombolysis upon reducton of  myocardial injury - recombinant tissue plasminogen activator versus alfimerprase.  FASEB J. <u>18</u>: A227, 2004.

284. Booth, E.A., Lauver, D.A., White, A.J., Lucchesi, B.R.:  Reduction in the expression of C-reactive protein and the formation of the membrane attack complex by 17ß-estradiol after ischemia and reperfusion.  FASEB J. <u>18</u>: A230, 2004.

285. Lauver DA, Booth EA, White AJ, Lockwood SF, Lucchesi BR. Cardax™ (disodium disuccinte astaxanthin) atteutates inflammation and myocardial injury following ischemia/reperfusion. FASEB J 19: A533, 2005.

286. Hong T-T, Huang J, Effect of Melagatran combined with aspirin or clopidogrel on primary carotid artery thrombosis. FASEB J. 19: A1083, 2005.

287. Huang J, Hong T-T, Lucchesi BR. Effect of selective COX-2 inhibition on coronary artery reactivity. FASEB J. 19: A1088, 2005.

288. Booth E A, Lucchesi BR. Activation of estrogen receptor alpha protects the in vivo rabbit heart from ischemia reperfusion injury. FASEB J. 19: A1562, 2005

289. Booth E A, Lucchesi B R. Medroxyprogestrone acetate prevents the cardioprotective effects of 17ß-estradiol. FASEB J. 20: A231, 2006

290 Booth EA, Lucchesi BR. The early phase of preconditioning is abrogated by COX-2 inhibition, but not by a specific prostaglandin receptor antagonist. FASEB J. 2008;22:1130.5.

291 Lauver DA, Lucchesi BR. RO-3244794, an IP receptor antagonist, shortens the time to occlusion in a canine model of coronary artery thrombosis. FASEB J. 2008;22:LB640.

292 Lee, JY., Lucchesi, BR. Antifibrillatory actions of HBI-3000 in the conscious canine model of sudden cardiac death. FASEB J. 2009;23:LB376.

293. Lauver DA, Frieler RA, Smith WL, and Lucchesi BR. Celecoxib administration interferes with the anti-platelet effect of low dose aspirin in canines. FASEB J. 2010;24:574.3.

294. Lauver DA, Silapswan AM, Patel KD, Lucchesi BR. A novel glutathione preparation protects the ischemic rabbit isolated heart after oral administration. FASEB J. 2011;24:1085.5

295. Lee JY., Silapaswan AM., Lucchesi, BR. Thrombin Inhibition and endogenous prostacyclin prevent reocclusion in carotid artery thrombosis after alfimeprase-induced thrombolysis. FASEB J. 2011;25:1089.3.

## BOOKS

Pharmacology and Therapeutics:  A Workbook.  B.R. Lucchesi, V.G. Zannoni, H.H. Swain and R.H. Earhart.  Department of Pharmacology, The University of Michigan Press, 1977.

Clinical Pharmacology of Antiarrhythmic Therapy.  Perspectives in Cardiovascular Research, Vol. 10.  Edited by B.R. Lucchesi, J.V. Dingell and R.P. Schwarz, Jr., Raven Press, New  York, 1984, 275 pp.

Myocardial Reoxygenation Injury.  Current Concepts, The Upjohn Company, Scope Publication, Kalamazoo, MI, 1990, 60 pp.

Myocardial Reoxygen Injury (2nd Ed.).  Cardiology:  Clinical Update, The Upjohn Company, Kalamazoo, MI, 1991, 34 pp.

## BOOK CHAPTERS

1. Lucchesi, B.R. and Witsitt, L.S.:  The pharmacology of *beta*-adrenergic blocking agents.  In Current Status of Drugs in Cardiovascular Diseases.  Ed. by C. K. Friedberg, Grune and Stratton, New York, 1969, pp. 20-40.

2. Lucchesi, B.R. and Lomas, T.E.:  The cardiac effects of the oral hypoglycemic agent, glyburide.  In Micronase-Glyburide:  Pharmacological and Clinical Evaluation.  Ed. by H. Rifkin, Excerpta Medica, Princeton, New Jersey, 1974, pp. 91-104.

3. Lucchesi, B.R.: Antiarrhythmic drugs.  In An Introduction to Cardiovascular Pharmacology. Ed. by M. Antonaccio, Raven Press, New York, 1977, pp. 269-335.

4. Lucchesi, B.R.:  Inotropic agents and drugs used to support the failing heart.  In  An Introduction to Cardiovascular Pharmacology.  Ed. by M. Antonaccio, Raven Press, New York, 1977, pp. 337-375.

5. Romson, J. and Lucchesi, B.R.:  Experimental myocardial ischemia provoked by platelet aggregation and coronary artery spasm.  In Unstable Angina Pectoris. Proceedings of an International Sympsoium, Hannover, 1980.  Ed. by N. Lichtlen, P.R. Rafflenbeul, and R. Balcon.  Thieme-Stratlon, Inc., New York, 1981, pp 13-17.

6. Romson, J.L., Shea, M.J. and Lucchesi, B.R.:  Pharmacologic control of arterial thrombosis. In Biologic and Synthetic Vascular prostheses.  Ed. by J.C. Stanley, W.E.  Burkel, S.M. Lindenauer, R.H. Bartlett and J.G. Turcotte, Grune & Stratton, New York, 1982, pp 37-62.

7. Lucchesi, B.R., Gibson, J.K., Anderson, J. and Patterson, E.:  Sudden coronary death and pharmacologic interventions.  In Electrophysiological Mechanisms Underlying Sudden Cardiac Death.  Ed. by B.E. Sobel, J.V. Dingell and M.B. Mock, Futura Publishing Co., Mt. Kisko, New York, 1982, pp. 207-241.

8. Kopia, G.A., Eller, B.T., Patterson, E. and Lucchesi, B.R.:  Pranolium.  In New Drugs Annual: Cardiovascular Drugs.  Ed. by A. Scriabine, Raven Press, New York, 1983, pp 151-201.

9. Lucchesi, B.R., Romson, J.L. and Jolly, S.R.:  Do leukocytes influence infarct size?  In Therapeutic Approaches to Myocardial Infarct Size Limitation.  Ed. by D.J. Hearse and D.M.  Yellon, Raven Press, New York, 1984, pp. 219-248.

10. Lucchesi, B.R. and Patterson, E.:  Antiarrhythmic drugs.  In An Introduction to Cardiovascular Pharmacology (Second Edition).  Ed. by M. Antonaccio, Raven Press, New York, 1984,  pp 329-414.

11. Lucchesi, B.R.:  Leukocytes and leukocyte derived products in myocardial ischemic injury. In Prostaglandins and Other Eicosanoids in the Cardiovascular System.  Ed. by K. Schror, Karger, New York, 1984, pp. 160-171.

12. Hess, M.L., Row, G.T., Caplan, M., Romson, J.L. and Lucchesi, B.R.:  Identification of hydrogen peroxide and hydroxyl radical as mediators of leukocyte-induced myocardial  dysfunction: Limitation of infarct size with neutrophil inhibition and depletion.  In Advances in Myocardiology, Volume 5. Ed. by Harris, P. and Poole-Wilson, P.A., Plenum Publishing, New York, New York, 1985, pp. 159-175.

13. Shea, M.J., Werns, S.W., Mitsos, S.E., Pitt, B. and Lucchesi, B.R.:  Leukocytes and myocardial injury.  In Prostaglandins:  Research and Clinical Update.  Ed. by G.L. Longenecker, and S.W. Schaffer, Burgess Publishing Co., Minneapolis, Minnesota, 1985, pp. 155-189.

14. Lucchesi, B.R. and Lynch, J.J.:  Pharmacology of antiarrhythmic drugs.  In Modern Pharmacology (Second Edition).  Ed. by C.R. Craig and R.E. Stitzel, Little, Brown and Co.,  Boston, Massachusetts, 1986, pp 381-414.

15. Lucchesi, B.R. and Simpson, P.J.:  Prostaciclina ed iloprost:  La protezione nei confronti del danno da ischemia e riperfusione miocardica e'dovuta all'attivazione dei neutrofili.  In Prospettive Terapeutiche Nella Fase Iniziale Dell'Infarto Miocardico.  Estratto da Cardiologia, Centro A. De Gasperis - Milano, Italy, 1986, pp 9-20.

16. Simpson, P.J. and Lucchesi, B.R.:  Myocardial ischemia:  The potential therapeutic role of prostacyclin and its analogues.  In Prostacyclin and Its Stable Analogue Iloprost.  Ed. by R.J. Gryglewski and G. Stock, Springer-Verlag, Berlin, Heidelberg, 1987, pp 179-194.

17. Lynch, J.J. and Lucchesi, B.R.:  How are animal models best used for the study of antiarrhythmic drugs?  In Life-Threatening Arrhythmias During Ischemia and Infarction.  Ed. by D.J. Hearse, A. Manning and M. Janse,  Raven Press, New York, 1987, pp 169-196.

18. Lucchesi, B.R. and Lynch, J.J.:  Preclinical studies on the antiarrhythmic and antifibrillatory effects of sotalol and its optical isomers.  In Control of Cardiac Arrhythmias by Lengthening Repolarization.  Ed. by B. Singh, Futura Publishing Co., New York, 1987, pp 245-272.

19. Lucchesi, B.R.:  The reduction of ultimate infarct size:  State of the art and goals for the future.  In Prostacyclin and Its Stable Analogue Iloprost.  Ed. by R.J. Gryglewski and G. Stock, Springer-Verlag, Berlin, Heidelberg, 1987, pp. 295-298.

20. Lucchesi, B.R.:  Role of neutrophils in ischemic heart disease:  Pathophysiologic role in myocardial ischemia and coronary artery reperfusion.  In Thrombosis and Platelets in Myocardial Ischemia.  Ed. by J.L. Mehta, C.R. Conti, and A.N. Brest, F.A. Davis Company, Philadelphia, Pennsylvania, 1987, pp 35-48.

21. Jackson, C.V., Homeister, J., Driscoll, E.M. and Lucchesi, B.R.:  AGEPC-Mediated platelet dependent coronary artery vasodilation.  In New Horizons in Platelet Activating Factor Research.  Ed. by C.M. Winslow and M. L. Lee, John Wiley & Sons Ltd., Great Britain, 1987, pp 207-213.

22. Simpson, P.J., Fantone, J.C. and Lucchesi, B.R.:  Oxygen free radicals in myocardial ischemia.  In Oxygen Radicals and Tissue Injury.  Proceedings of an Upjohn Symposium.  Ed. by B. Halliwell, FASEB, Bethesda, Maryland, 1988, pp 63-77.

23. Todd, R.F., III, Simpson, P.J. and Lucchesi, B.R.:  Anti-inflammatory properties of monoclonal anti-Mo1 (CD11B/CD18) antibodies in vitro and in vivo.  In Structure and Function of Molecules Involved in Leukocyte Adhesion.  Ed. by T.A. Springer, D.C. Anderson, A.S. Rosenthal, and R. Rothlein, Springer-Verlag, New York, 1989, pp 125-137.

24. Lucchesi, B.R.:  Neutrophil derived oxygen radicals in myocardial reperfusion injury.  In Clinical Ischemic Syndromes:  Mechanisms and Consequences of Tissue Injury.  Ed. by G.B.  Zelenock, L.A. D'Alecy, J.C. Fantone, M. Shlafer and J.C. Stanley, C.V. Mosby Co., St. Louis,  Missouri, 1988, pp 257-275.

25. Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.:  Ischemic heart disease: Pathophysiology and pharmacologic management.  In An Introduction to Cardiovascular  Pharmacology (3rd Ed.).  Ed. by M.J. Antonaccio, Raven Press, New York, 1990, pp 293-340.

26. Lucchesi, B.R.:  Antiarrhythmic drugs.  In An Introduction to Cardiovascular Pharmacology (Third Edition).  Ed. by M.J. Antonaccio, Raven Press, New York, 1990, pp 369-483.

27. Lucchesi, B.R.:   Pharmacology of antiarrhythmic drugs.   In Modern Pharmacology (Third Edition).  Ed. by C.R. Craig and R.E. Stitzel, Little, Brown & Co., Boston, Massachusetts, 1990, pp 333-369.

28. Uprichard, A.C.G. and Lucchesi, B.R.:  Antifibrillatory drugs.  In Basic and Clinical Electrophysiology and Pharmacology of the Heart.  Ed. by K.H. Dangman and D.S. Miura, Marcel Dekker, New York, 1991, pp 723-740.

29. Lucchesi, B.R.:  Synergistic mechanisms for limitation of infarct size during thrombolysis: Reduction of myocardial demand, metabolic support and prevention of reperfusion injury.  In

Thrombolysis in Cardiovascular Diseases.  Ed. by D. Julian, W. Kübler, R.N. Norris, H.J.C. Swan and D. Collen, Marcel Dekker, Inc., New York, 1991.

30. Lucchesi, B.R.:  Acute myocardial infarction.  Complement, neutrophils and oxygen in reperfusion injury.  In: Progress in Cardiology.  Ed. by D. Zipes and D. Rowlands, Lea & Febiger, Hanover, Pennsylvania,  5(2): 3-24, 1992.

31. Lucchesi, B.R., Chi, L., Black, S.C., Uprichard, A.C.G., Friedrichs, G.S., Manley, P.J. and Oh, J.Y.:  Role of ion channels in antiarrhythmic and antifibrillatory drug action.  In Ion Channels in the Cardiovascular System:  Function and Dysfunction. Ed. by P.M. Spooner, A.M. Brown, W.A. Catterall, G.J. Kaczorowski and H.C. Strauss. Futura, Mt. Kisco, NY, 1994, pp 529-562.

32. Black, S.C. and Lucchesi, B.R.:  Antiarrhythmic drugs.  In Modern Pharmacology (Fourth Edition).  Ed. by C.R. Craig and R.E. Stitzel, Little, Brown & Co., Boston, MA, 1994, pp 275-311.

33. Lucchesi, B.R.:  Cardiac reperfusion injury.  In: Reperfusion Injuries and Clinical Capillary Leak Syndrome.  Ed. by B.A. Zikria, M.O. Oz and R.W. Carlson, Futura, Armonk, NY, 1994, pp 171-202.

34. Uprichard, A.C.G. and Lucchesi, B.R.:  The efficacy of antiarrhythmic drugs as antifibrillatory

agents.  In: Electropharmacological Control of Cardiac Arrhythmias.  Ed. by B. Singh, H.J.J. Wellens and M. Hiraoka, Futura Publ., Mt. Kisco, NY, 1994, pp 291-312.

35.  Black, S.C., Friedrichs, G.S. and Lucchesi, B.R.: Experimental Models for the Assessment of Antiarrhythmic and Proarrhythmic Drug Action:  Traditional and New Models. In: Antiarrhythmic Drugs.   Ed. by W. Haverkamp and G. Hindricks, Springer-Verlag, Berlin, 1995, pp 207-239.

36. Kilgore, K.S. and Lucchesi, B.R.:  Free radicals and the inflammatory response.  In: Oxidative Stress, Lipoproteins and Cardiovascular Dysfunction.  Ed. by C. Rice-Evans and K.R.  Bruckdorfer, Portland Press, London, 1995, pp 161-180.

37. Gralinski, M.R., Black, S.C. and Lucchesi, B.R.:  Stress proteins and myocardial protection. Chapter 29.  In:  Stress Proteins in Medicine.  Ed. by W. van Eden, Marcel Dekker, New York, 1996, pp 465-477.

38. Friedrichs, G.S. and Lucchesi, B.R.:  Antiarrhythmic drugs.  In:  Modern Pharmacology (Fifth Edition).  Ed. by C.R. Craig and R.E. Stitzel, Little, Brown & Co., Boston, MA, 1997, pp 175-208.

39. Lucchesi, B.R.:  c7E3 Fab (abciximab).  In:  Cardiovascular Drug Therapy (2nd Edition). Ed. by F.H. Messerli, W.B. Saunders, Philadelphia, PA, 1996, pp 1625-1638.

40. Gralinski, M.R., Park, J.L. and Lucchesi, B.R.:  Complement in myocardial tissue injury. In: Coronary Microcirculation During Ischaemia and Reperfusion, Alfred Benzon Symposium 41.  Ed. by S. Haunsø, J. Aldershvile, J .H. Svendsen, Munksgaard, Copenhagen, 1997, pp 211-225.

41. Chi, L., Rebello, S. and Lucchesi, B.R.:  In vivo models of thrombosis.  In: Handbook of Experimental Pharmacology, Vol. 132 Antithrombotics.  Ed. by A.C.G. Uprichard and K.P. Gallagher, Springer-Verlag, Berlin/Heidelberg, 1999, pp. 101-127.

42. Kilgore, K.S., Todd, R.F. III and Lucchesi, B.R.:  Reperfusion injury.  In:  Inflammation: Basic Principles and Clinical Correlates (Third Edition).  Ed. by J.I. Gallin, R.Snyderman, D.T. Fearon, B.F. Haynes and C. Nathan, Lippincott-Williams Wilkins, Philadelphia, 1999, pp. 1047-1060.

43. Lucchesi, B.R.:  Myocardial reperfusion injury—Role of free radicals and mediators of inflammation.  In: Heart Physiology and Pathophysiology (Fourth Edition).  Ed. by N. Sperelakis, Y. Kurachi, A. Terzic and M. Cohen, Academic Press, San Diego, 2001, pp. 1181-1210.

44. Tanheco, E.J. and Lucchesi, B.R.:  The role of complement  in myocardial inflammation and reperfusion injury.  In:  Progress in Inflammation Research, Edited by Giora Z. Feuer-stein, Peter  Libby, Douglas L. Mann. (Series EditorM. J. Parnham) Birkhäuser Verlag, Basel (Switzerland) 2002,  pp 221-248.

45. Fischbach, P.S. and Lucchesi, B.R.:  Antiarrhythmic drugs.  In:  Modern Pharmacology (Sixth Edition).  Ed. by C.R. Craig and R.E. Stitzel.  2003

46. Lucchesi, BR.  Chapter 17 - Drugs for the Treatment of Heart Failure In:  Human Pharmacology Fourth Edition. Edited by Kenneth Minneman & Lynn Wecker , Mosby, St Louis. 2005 pp199-216

8/22/2011

### EDUCATIONAL PRESENTATIONS - SLIDE /TAPE PROGRAMS

**University of Michigan Medical Center Media Library:**
"Pharmacology of Antiarrhythmic Drugs," Part I:
Electrophysiology and Quinidine, 1975

"Pharmacology of Antiarrhythmic Drugs," Part II:
Procainamide, Lidocaine and DPH, 1975

"Pharmacology of Antiarrhymic Drugs," Part III:
Propranolol and Bretylium, 1976

"Digitalis Glycosides and Their Clinical Applications"
Part I:  Program #60

"Digitalis Glycosides and Their Clinical Applications"
Part II:  Pharmacokinetics, Program #69

**Post-Graduate Institute for Medicine:**
"Anatomy and Physiology of the Heart"
Volume I:  Clinical

8/22/2011

**PATENTS**

1) **Compositions containing contortrostatin and methods for the use thereof.**   In a  method  of treating thrombotic disease wherein at least, one thrombolytic agent is administered in an amount effective to lyse thrombi, the improvement comprising administering to a patient in need of such treatment contortrostatin in an amount effective to prevent thrombus formation.  Patent #5,731,288. Issued March 24, 1998.  Inventors:  Francis Markland, Benedict Lucchesi.

2) Method **of reducing tissue damage at an inflammatory site using a monoclonal antibody.**   A method of treating a human or animal host with the intent of reducing tissue damage occurring at an inflammatory site in any part of the host experiencing a phagocyte-mediated inflammatory condition. Patent #4,840,793.  Issued June 20, 1989.  Inventors:  Robert Todd, Benedict Lucchesi, and Paul Simpson.

3) Method **of inhibiting myocardial ischemia in mammals using quaternary salts.**      Useful cardiovascular agents as evidenced by their potent and long-acting antiarrhythmic, antifibrillatory, and myocardial ischemia-inhibitory activity, without the deleterious side effects of previous treatments. Patent #4,048,335.  Issued:  September 13, 1977.  Inventors:  Benedict Lucchesi and Raymond Counsell.

1.

## BENEDICT R. LUCCHESI, M.D., Ph.D., F.A.H.A.

### Current Research Interests

**An Analysis of Antiarrhythmic Agents:**

This project is in its thirty-first year of funding by the NIH-HLBI (**Merit Award**) and has focused on the electrophysiological mechanisms leading to the development of ventricular fibrillation secondary to myocardial ischemic injury and to the development and/or identification of pharmacologic interventions that have the potential to prevent ventricular fibrillation. Our approach is in marked contrast to that of other laboratories, which focus on drugs that decrease the frequency of ventricular premature complexes or the rate of experimentally induced ventricular tachycardia. We have formulated the hypothesis that an *antifibrillatory agent* may be quite distinct from a drug that is only *antiarrhythmic*. We have been assisted in our efforts by having developed a sophisticated and unique canine model of **sudden coronary death,** which spontaneously develops ventricular fibrillation in response to a transient episode of regional myocardial ischemia. The model is susceptible to the induction of ventricular tachycardia by programmed electrical stimulation and in many ways reflects the clinical status of patients who have survived an episode of myocardial ischemic injury and who remain at risk of sudden death due to ventricular fibrillation. To date, we have studied an extensive number of currently available, as well as investigational, antiarrhythmic agents and have concluded that those agents belonging to the Class III group (Sotalol, Amiodarone, Bretylium, Sematilide, E4031) provide the best potential as *antifibrillatory drugs,* as opposed to the conventional *antiarrhythmic agents*.

We have used a related experimental model representing a group of animals at low risk of developing ventricular fibrillation. It has been possible to demonstrate that the new class of vasodilator agents known as potassium channel openers (pinacidil, cromakalim) can lead to the development of lethal arrhythmias in the postinfarcted heart. This has led us to focus on the role of the potassium channel in cardiac muscle as a modulator of reentrant arrhythmias and ventricular fibrillation or as a potential site of action for interventions designed to prevent lethal disturbances of cardiac rhythm. Furthermore, the use of our unique animal model of sudden coronary death led us to identify the proarrhythmic action of flecainide well in advance of the results from the NIH supported Cardiac Arrhythmia Suppression Trial (CAST). **The potential of the animal model to identify pharmacologic interventions capable of enhancing arrhythmogenesis and possibly sudden death, has called increased attention to the work of this laboratory. The laboratory has become an important resource to the pharmaceutical industry for the preclinical study of potentially useful antiarrhythmic agents.** A recent report from the FDA made mention of the fact that the animal model as used in our laboratory for the identification of antifibrillatory agents or profibrillatory agents should be the **"Gold Standard"** for the evaluation of future drugs intended for the control of cardiac arrhythmias.

**Pharmacologic Protection of the Ischemic Heart:**

Studies dealing with the protection of the ischemic heart have been in progress for the past twelve years under the support of the NIH-HLBI. The studies have lead to the recognition that reperfusion of the ischemic myocardium results in an extension of tissue injury, an event that is mediated because of free-radical formation by the interaction of polymorphonuclear leukocytes with reversibly injured and/or normal myocardial cells. The recognition of the role of the leukocyte as a mediator of myocardial reperfusion injury and its ability to release active oxygen species has resulted in focusing attention upon pharmacologic interventions capable of altering leukocyte function. The modulation of leukocyte function with a variety of pharmacologic interventions has proved effective in reducing

8/22/2011

ultimate infarct size.  This area of investigation has gained immediate importance in view of the recent introduction and widespread use of thrombolytic therapy in patients evolving an acute myocardial infarction.  Our extensive experience in this area and our development of a reproducible animal model of myocardial ischemic injury has resulted in our laboratory becoming one of the most active in studies dealing with the protection of the ischemic heart and interventions affecting leukocyte function.

We have demonstrated the effectiveness of polyethylene-glycol-conjugated superoxide dismutase in reducing ultimate infarct size and have emphasized the time course of the inflammatory response, which results in a progressive extension of tissue injury in the reperfused heart.  Recent studies with monoclonal antibodies directed against the neutrophil CD 11b/CD18 (Mac1) adhesion-promoting glycoprotein receptor have demonstrated the important role of the PMN in mediating reperfusion injury.  Current interests are focused on the use of polypeptide fragments that will interfere with neutrophil-neutrophil interaction, as well as with neutrophil-endothelial cell interactions.

The initial proposal by this laboratory suggesting a potential role of oxygen free radicals and the neutrophil as potential mediators of reperfusion injury was viewed with intense skepticism.  Since our initial publication, demonstrating the efficacy of neutropenia and/or superoxide dismutase in the protection of ischemic myocardium, there has resulted an enormous literature on the subject and the realization that reperfusion injury has important implications in many areas of clinical medicine.  A major effort is underway to identify pharmacologic interventions designed to limit tissue injury at the time of reperfusion.  Most recently, our laboratory has provided the first date to demonstrate the use of soluble complement receptor 1 as a means of preventing tissue damage resulting from activation of the human complement system.  Although this phenomenon was shown earlier in the rat, it had never been demonstrated in a system involving human complement.

**Pharmacologic Control of the Coronary Circulation:**
This area of study is in its seventh year of investigation and is concerned with an evaluation of pharmacologic interventions that can prevent the development of coronary artery thrombosis resulting from intravascular platelet aggregation.  We have developed a unique canine model of coronary artery thrombosis that provides an opportunity to examine platelet-platelet and platelet-vascular wall interactions.  We are in a position to evaluate antithrombotic agents *in vivo* and to correlate our findings with the traditional *in vitro* methods that make use of aggregometry for the study of platelet reactivity.  The animal model allows us to examine the role of platelets and other circulating blood elements with respect to their ability to mediate changes in coronary vascular vasomotor activity.  There is clear evidence that the blood elements can affect coronary artery tone and to date we are unaware of other laboratories that have undertaken efforts directed at modifying coronary blood flow by altering the responses of coronary vascular smooth muscle to changes mediated through the release of factors from the circulating blood cells.  Our experimental model has received widespread attention and has resulted in attracting to our laboratory a number of investigators, both foreign and domestic, who wish to learn the details of the canine model of coronary artery thrombosis.

We continue to show an interest in antiplatelet interventions to be used in conjunction with thrombolytic therapy for the prevention of rethrombosis in patients who are evolving an acute myocardial infarction.  Our recent studies with the 7E3 monoclonal antibody directed against the glycoprotein IIb/IIIa platelet receptor has demonstrated *in vitro* efficacy in preventing platelet aggregation, but now must be demonstrated to function *in vivo* in a model that is clinical relevant.  To date, our animal model of coronary artery thrombosis has proved useful in the preclinical evaluation of thrombolytic agents such as streptokinase, r-tPA, urokinase, and single-chain urokinase plasminogen activator.  The importance of the model is that it results in an intracoronary thrombus, which resembles

8/22/2011

that found in human coronary arteries.  The thrombus is a platelet-rich, consisting of a "red-head and white tail," as opposed to thrombi obtained from other models, which gives rise to a fibrin-rich thrombus resembling the type of clot found on the venous side of a circulation and is totally inappropriate for the study of drugs intended to lyse or prevent arterial thrombi.

Most recently, we have modified our model of arterial thrombosis to be able to examine the platelet-vessel wall interaction in the canine carotid artery.   The ultimate goal will be to examine pharmacologic interventions for the prevention of stroke and to study the effects of thrombolytic-induced reperfusion of the cerebral circulation with and adjunctive therapy.

## **Specific Research Accomplishments**

### 1961
Established for the first time that the antiarrhythmic action of the beta-adrenoceptor antagonist, dichloroisoproterenol, was by a mechanism independent of receptor blockade.

> J. Pharmacol.  Exp. Therap. <u>132</u>: 372, 1961
> J. Pharmacol.  Exp. Therap. <u>137</u>: 291, 1962
> J. Pharmacol.  Exp. Therap. <u>145</u>: 286, 1964

### 1965-1967
Firmly established the above stated hypothesis by demonstrating the antiarrhythmic action of the dextro-isomers of several beta-receptor antagonists.  Invited to the first New York Academy of Science symposium on Beta Blocking Drugs to present the studies describing the antiarrhythmic action of propranolol and its dextro-isomer.

A subsequent clinical study by Woosley, et al. (Vanderbilt University) has demonstrated that the antiarrhythmic action of dextro-propranolol is observed in patients and is unrelated to beta-receptor blockade.  The basic observations made 20 years ago have been confirmed in man.

### 1966-1967
Together with Dr. Judge and Dr. Preston, developed the first GE pacemaker for implantation in man and developed the first threshold analyzer to evaluate the reliability of the implanted electronic devices.  The research was conducted at the basic and clinical levels and led to the establishment of the first pacemaker clinic at The University of Michigan Medical Center.

Conducted the animal experiments to verify the safety and efficacy of the pacemaker analyzer.
Conducted some of the very first basic and clinical studies to demonstrate the effects of cardiovascular agents upon cardiac pacing thresholds leading to the clinical use of glucocorticoids to reduce threshold at the site of the pacemaker electrodes.

> Am. J. Cardiol.  <u>18</u>: 83, 1963
> Am. Heart J. <u>74</u>: 235, 1967

### 1967
Received one of the first grant awards from the AMA-ERF Council on Tobacco and Health and provided the <u>first and only double blind clinical study to-date to demonstrate physical dependence to nicotine.</u>  This observation led to the development of nicotine containing gum for the suppression of tobacco use in cigarette smokers as well as the topical patch for the transdermal administration of the alkaloid.

8/22/2011

Lucchesi, B.R., Schuster, C.R. and Emley, G.S.: The role of nicotine as a determinant of cigarette smoking frequency in man with observations on certain cardiovascular effects associated with the tobacco alkaloid. Clin. Pharmacol. Therapy. 8: 789-796, 1967.

**1968**

Provided the initial *in vivo* evidence that the cardiac inotropic action of glucagon was not mediated by beta-receptor stimulation. This finding led to the first clinical application of the hormone by Vander Ark and Reynolds at The University of Michigan Medical Center for augmentation of cardiac contractility in patients with left ventricular failure.

**1973**

Together with Dr. Ray Counsell, synthesized and demonstrated efficacy of quaternary ammonium compounds as antifibrillatory agents. This led to the introduction some years later of bretylium as the first antifibrillatory agent to be used clinically.

J. Pharmacol. Exp. Therapy. 184: 213-227, 1973.

**1975**

Provided data that was presented to the Congress of the United States, which was entered into the Congressional Record establishing the fact that tolbutamide did not augment cardiac work and thus did not present a danger to patients with diabetes mellitus as suggested by an earlier clinical trial. Based upon these findings, tolbutamide was not discontinued and remained available for clinical use. As a caveat, the interest in the cardiac effects of the oral hypoglycemic agents has been renewed. It is recognized that this class of agents may possess antifibrillatory properties due to the ability to inhibit the ATP-dependent potassium channel and to prolong the refractoriness of the cardiac cell membrane.

J. Pharmacol. Exp. Therap. 194: 264-273, 1975

**1977**

Provided the first basic data to demonstrate that the administration of corticosteroids in the early phases of acute myocardial infarction leads to an increase in tissue damage and the development of sustained cardiac arrhythmias. This finding coincided with a clinical study, which demonstrated the detrimental effect of steroids given to patients with acute myocardial infarction and resulted in a suspension of further clinical trials.

Circulation 55: 588-595, 1977
Chest (Editorial) 73: 444, 1978

**1980**

Together with Dr. Eugene Patterson and Dr. Philip Stetson, we developed the first chromatographic assay for the quaternary ammonium compound, bretylium.

J. Chrom. 181: 33-39, 1980

**1980**

Demonstrated the oral efficacy of bretylium as an antifibrillatory agent in a patient population at risk of sudden cardiac death.

Clin. Pharmacol. Therap. 28: 468-478, 1980
Am. J. Cardiol. 46: 583-592, 1980

J. Cardiovasc. Pharmacol. 3: 485-499, 1981
J. Cardiovasc. Pharmacol. 4: 871-882, 1982

**1982**

Presented the first evidence for the mechanism of action of ibuprofen in reducing myocardial injury due to ischemia and reperfusion. A series of studies in the experimental animal led to the finding that ibuprofen impaired neutrophil infiltration into the myocardium and suppressed the reaction, leading to superoxide anion formation.

J. Cardiovasc. Pharmacol. 4: 187-196, 1982
Circulation 66: 1002-1011, 1982
Circulation 67: 1016-1023, 1983

**1982**

In conjunction with Dr. Bertram Pitt and Dr. Philip Stetson, **developed the concept for a topical applicator for the administration of nitroglycerin** and, in conjunction with Key Pharmaceutical Company, developed the first commercially available nitroglycerin patch for the management of angina pectoris. A major feature of this project was the development of a chromatographic assay for the detection of nitroglycerin in plasma to document the bioavailability of the vasodilator when applied topically. The assay was accepted by the FDA as the standard to be used in all future studies dealing with bioavailability of nitroglycerin. Before introduction of the assay, there were no direct measures of nitroglycerin bioavailability. The topical nitroglycerin patch has since been marketed by a number of companies throughout the world.

J. Cardiovasc. Pharmacol. 4: 521-525, 1982

Shortly thereafter, our group was called upon to develop the first intravenous formulation of nitroglycerin (Warner-Lambert/Parke-Davis). Clinical studies were conducted in conjunction with the staff in the Division of Cardiology.

**1983**

Provided the first *in vivo* data to demonstrate the protective effect of superoxide dismutase in myocardial reperfusion injury. This observation has been confirmed by others and has led to a clinical trial of superoxide dismutase. Continuation of these studies has resulted in the development of polyethylene-glycol-conjugated superoxide dismutase (PEG-SOD), which is now recognized as the form of the enzyme that is most likely to be of clinical utility due to its favorable pharmacokinetic profile.

Circulation 68: III185, 1983
Circ. Res. 54: 277-285, 1984
Circ. Res. 56: 895-898, 1985
Circ. Res. 63: 944-959, 1988
Circ. Res. 64: 665-675, 1989

**1984**

Based upon a series of experimental studies, we established the unique electrophysiological effects of sotalol and its dextro-isomer and described the antifibrillatory action of this Class III agent. Our *in vivo* studies confirmed previous *in vitro* observations and led Bristol Myers to conduct clinical trials with the racemic sotalol and its dextro-isomer. This, as well as studies with other Class III agents, were made possible because of the development of a unique canine model of sudden coronary death, which permits Class III drugs to be tested specifically for their antifibrillatory activity. The laboratory

continues to be one of two in the world where this method is carried out and was recognized recently by the NIH-HLBI, which presented the Principal Investigator with a Merit Award for continuation of these studies. Many industrial concerns have sent compounds to be evaluated and postdoctoral students are attracted to the laboratory to gain experience with the method.

J. Pharmacol. Exp. Therap. 230: 519-526, 1984
J. Cardiovasc. Pharmacol. 6: 1132-1141, 1984
Am. Heart J. 109: 8-18, 1985
Am. Heart J. 109: 949-958, 1985

**1988**
Continued studies of the neutrophil as the mediator of reperfusion injury have demonstrated that the use of an antibody directed against the cell surface adhesion promoting glycoprotein (Mo-1 receptor) can prevent the extension of myocardial injury upon reperfusion. Others have confirmed this observation and clinical trials with the antibody are being planned. **The patent rights to the Mo-1 antibody were assigned to the University of Michigan** and have been licensed to Repligen for clinical development.

J. Clin. Invest. 81: 624-629, 1988
Circulation 81: 226-237, 1989

**1989 -1994**
The role of the platelet in coronary artery thrombosis and reocclusion after thrombolytic therapy has become a major concern in view of the expanding application of thrombolysis in the management of patients with an evolving myocardial infarction. This laboratory has developed a unique animal model of intracoronary artery thrombosis to address this issue and in an attempt to gain a better understanding of the role of the blood platelet and its interaction with the vascular wall. We have now provided *in vivo* data to show that the glycoprotein IIb/IIIa platelet adhesion promoting receptor has an important function in the development of intracoronary thrombosis and that inhibition of the receptor with appropriately designed antibodies (7E3) can prevent thrombus formation as well as rethrombosis after thrombolytic therapy. Because of these studies, the monoclonal 7E3 antibody was evaluated in patients undergoing elective coronary angioplasty. On June 9, 1994, the monoclonal antibody recommended for approval by the FDA Advisory
Committee and is scheduled to be marketed in the United States of America and Europe before the end of 1994. The preclinical data in support of the FDA submission was derived from the work performed at the University of Michigan, Department of Pharmacology.

J. Mol. Cell. Cardiol. 21: 393-405, 1989
Circulation 81: 617-627, 1990

During the past few years, we have focused our attention of the role of the complement system as a mediator of tissue injury. We have identified the membrane attack complex as being involved in the direct attack on the cardiac myocyte because of an ischemic event. Most important is the fact that the soluble complement receptor 1 (soluble CR1) is capable of preventing the formation of the membrane attack complex and protects the myocardial tissue against complement-medicated injury. We were able to demonstrate this in our recent publications.

Circ. Res. 71: 303-319, 1992.
J. Immunol. 150: 1055-1064,1993.

The studies on the role of the complement system resulted in a much unexpected finding in which

heparin and non-antithrombotic derivatives of heparin provide a marked protection of the myocardium subjected to ischemia and reperfusion. This is a new concept that has gained wide attention and is being pursued aggressively by many laboratories.

Circ. Res., 75: 701-710, 1994.

The fact that the heparin pretreated heart was able to resist the deleterious effects of global ischemia and reperfusion led us to ask explore the underlying mechanism responsible for the cardioprotective effect. Based upon a limited amount of published information, we hypothesized that heparin cardioprotective effect was related to its ability to inhibit complement activation. The hypothesis stated that the myocardial tissue itself was the source of complement proteins since the phenomenon was observed in the isolated, crystalloid perfused heart. It has been assumed for many years that complement proteins were derived exclusively from the liver. A collaborative effort with Dr. Patrick McGeer in Vancouver, British Columbia led to the demonstration that myocardial tissue could synthesize the complement proteins necessary for the formation of the membrane attack complex. Furthermore, the expression of the complement proteins was dependent upon reperfusion of the ischemic heart. This observation was the first demonstration that reoxygenation would lead to the in situ expression of complement proteins and formation of the membrane attack complex.

Yasojima K, Kilgore KS, Washington RA, Lucchesi BR, McGeer PL. Complement gene expression by rabbit heart: upregulation by ischemia and reperfusion. Circ Res. 1998; 82:1224-1230.

Based upon the above observations, as series of studies continued in which reactive oxygen species were demonstrated to participate in the activation of the complement cascade.

Tanhehco EJ, Yasojima K, McGeer PL, Washington RA, Lucchesi BR. Free radicals upregulate complement expression in rabbit isolated heart. Am J Physiol Heart Circ Physiol. 2000; 279:H195-201.

Subsequently we were able to demonstrate that ischemic preconditioning was able to suppress activation of complement protein expression. Ischemic preconditioning is one of the most effective means of reducing myocardial reperfusion injury. Our data suggest that complement activation contributes to tissue injury and interventions that target formation of the membrane attack complex may provide a therapeutic benefit.

Tanhehco EJ, Yasojima K, McGeer PL, Washington RA, Kilgore KS, Homeister JW, Lucchesi BR. Preconditioning reduces tissue complement gene expression in the rabbit isolated heart. Am J Physiol. 1999; 277:H2373-80.

Recent clinical data suggests that plasma concentrations of C-reactive protein (CRP) may serve as predictor acute coronary events. We addressed the issue of whether an increased plasma concentration of CRP would influence the extent of tissue injury in response to regional myocardial ischemia and reperfusion. Plasma CRP was increased by an intradermal injection of croton oil, which led to a local inflammatory response. In the presence of an elevated plasma CRP, infarct size due to 30 min of regional ischemia and reperfusion infarct size was increased above that of controls. Subsequent studies in the isolated heart (crystalloid perfused) demonstrated that CRP, like the complement proteins could be generated directly by the myocardial tissue and co-localizes with the membrane attack complex. Furthermore, heparin administration, while not affecting the tissue expression of CRP, was able to prevent assembly of the membrane attack complex and to reduce the tissue injury in the presence of increased plasma concentrations of CRP

8/22/2011

Barrett TD, Hennan JK, Marks RM, Lucchesi BR.C-reactive-protein-associated increase in myocardial infarct size after ischemia/reperfusion.  J Pharmacol Exp Therap. 2002; 303:1007-1013.

**2001**

In conjunction with Leslie Crofford (Int.  Medicine, Division Rheumatology) our laboratory pro-vided the first evidence for the vasodilator effects of constitutive cyclooxygenase-2 (COX-2) and the potential prothrombotic effects of COX-2 inhibition.  The experimental observation was sup-ported the clinical study results with the COX-2 inhibitor rofecoxib (Vioxx) in which here was a fold increase in acute myocardial infarction among the patients receiving the COX-2 inhibitor.  Our study provided the first scientific evidence for the role of endothelial derived COX-2 for modulating platelet reactivity via production of prostacyclin (PGI2).

Hennan, J.K., Huang, J., Barrett, T.D., Driscoll, E.M., Willens, D.E., Park, A.M., Crofford,
L.J. and Lucchesi, B.R.:  Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries.  Circulation 104:820-825, 200

Cardiology Today Round Table The safety of COX-2 Inhibitors in Patients with CHD
COX-2 inhibitors: Are they safe for CHD patients?
http://www.cardiologytoday.com/200202/frameset.asp February 2002

Summary by CARL J. PEPINE, MD: The cardiovascular effects of selective COX-2 inhibitors are an emerging topic of interest to cardiologists and cardiovascular specialists.  This area was put into focus by a provocative paper that Steven E. Nissen, MD, and his colleagues from the Cleveland Clinic published in the Journal of the American Medical Association (2001; 286:954-9).  That was followed by another paper by Marvin A.  Konstam, MD, in Circulation (2001:104:2280-8), as well as additional comments in other formats.  Benedict R. Lucchesi, MD, Ph.D., has recently published some work dealing with these issues in animal models of arterial thrombosis. The people we have gathered for this round table have specific interests in this area.

**2005**

Organized and Chaired a Short Course entitled - " Introduction to Cardiac Electrophysiology and Implications for Drug Development"  - Presented at Experimental Biology 2005, San Diego, California,

April 3, 2005
Organized and Co-Chaired a Symposium entitled - "C-reactive protein and Cardiovascular Disease: Epiphenomenon or Therapeutic Target?" - Presented at Experimental Biology 2005, San Diego, California - April 4, 2005

Invited to speak at the Ischemia Workshop on the topic of "Myocardial Ischemia / Reperfusion Injury" - sponsored by AstsraZeneca at the Michigan League, University of Michigan - April 28, 2005.

**2006**

Organized and Co-Chaired a symposium entitled: "Role of COX-2 in the Regulation of Cardiovascular Function." Presented at the 2006 Experimental Biology Meetings. San Francisco, California, April 4, 2006

Invited to speak at the Ischemia Workshop on the topic of "Myocardial Ischemia / Role of Free Radicals in Reperfusion Injury" - sponsored by AstsraZeneca at the Michigan League, University of Michigan – August 8, 2006.

**2008**

In the period between 1994 and 1996 my laboratory was involved in assessing the efficacy of a new compound, ranolazine for its anti-ischemic and cardioprotective benefits. We were successful in demonstrating the ability of ranolazine to protect the rabbit isolated heart from irreversible myocardial injury secondary to global ischemic arrest and reoxygenation. Furthermore, we provided the first evidence demonstrating the efficacy of ranolazine to prevent ischemia-induced ventricular fibrillation.

1) Gralinski, M.R., Black, S.C., Kilgore, K.S., Chou, A.Y., DeNardis, M. and Lucchesi, B.R.: Cardioprotective effects of ranolazine (RS-43285) on isolated rabbit hearts during ischemia/reperfusion. FASEB J. 8: A559, 1994.

2) Gralinski, M.R., Black, S.C., Kilgore, K.S., Chou, A.Y., McCormack, J.G. and Lucchesi, B.R. Cardioprotective effects of ranolazine (RS-43285) in the isolated perfused rabbit heart. Cardiovasc. Res. 28: 1231-1237, 1994

3) Gralinski, M.R., Chi, L., Park, J.L., Friedrichs, G.S., Tanhehco, E.J., McCormack, J.G. and Lucchesi, B.R.: Protective effects of ranolazine on ventricular fibrillation induced by activation of the ATP-dependent potassium channel in the rabbit heart. J. Cardiovasc. Pharmacol. Ther. 1: 141-148,1996.

Despite the positive preclinical results, the sponsoring pharmaceutical company decided to terminate further development of ranolazine and licensed the compound to CV Therapeutics. It is gratifying to learn that in the early part of 2008, the U.S. Food and Drug Administration (FDA) approved a new, first line indication for Ranexa (ranolazine extended-release tablets) for *the treatment of chronic angina*. The new labeling also provides information showing that Ranexa *reduced arrhythmias including ventricular arrhythmias, new onset atrial fibrillation* and a potentially dangerous slow heartbeat known as bradycardia in patients with coronary artery disease. Thus, our preclinical observations were predictive of the outcomes in the clinical trials.

8/22/2011