# Exhibit 2

# All cases in which the witness testified as an expert at trial or by deposition in the past 4 years and statement of compensation to be paid

## BENEDICT R. LUCCHESI, M.D., Ph.D.

## TESTIMONIAL HISTORY

Dr. Lucchesi's testimonial history for the past four (4) years is contained within his report.

## FEE SCHEDULE

Document review: $400/hr.

Deposition or trial testimony: $700/hr.

Daily fee for cancellation of testimony: $1,000/day

Preparation of Reports: $500/hr.

Expenses as incurred