**Exhibit 3**

**Materials relied upon by the witness**

Dr. Lucchesi has relied upon the materials identified in his report.