**Exhibit 1**

**Witness Qualifications, including a list of all
publications authored in the past 10 years**

**BACKGROUND and *Curriculum Vitae***

To highlight some aspects of the history documented in my curriculum vitae, I served as Staff Intern Pharmacist at Salem Hospital, located in Salem, Oregon from 1989-1990. I was also employed as a Staff Pharmacist at the Good Samaritan Hospital in Portland, Oregon from 1989-1990; I have also served as an Intensive Care Unit Pharmacist at Oregon Health Sciences University in Portland, Oregon from 1992-1993; Transplant Clinical Specialist at Oregon Health Sciences University, Portland, Oregon, 1993-1999; Assistant Professor of Medicine, Division of Nephrology, Hypertension and Clinical Pharmacology 1997-2003, and presently as Professor of Medicine, Division of Nephrology and Hypertension and Clinical Pharmacotherapist  at school of Pharmacy, Corvallis, Oregon.

In addition to my academic appointments and the professional and scientific writings I have contributed to as set out in my curriculum vitae, I am also a member of numerous scientific associations more particularly outlined in my curriculum vitae.  I have published articles, reports, and chapters, and I have made presentations to scientific conferences regarding the cardiovascular risks of numerous outside agents.

I have, additionally, given presentations and authored articles directly on point with this issue, to wit:

**Summary: Publications/Creative Work:**

| | |
|---|---|
| Textbook | 2 Textbooks |
| Section Editor | 15 chapters |
| Research articles in refereed journal | 70 Papers |
| Invited drug review | 40 Papers |
| Research abstract in refereed journal | 73 Abstracts |
| Invited book chapter | 48 Chapters |
| **Total:** | **246** |

I have also received various awards for my professional work, such as the Services Award, Pacific Northwest Regional Blood, 1987; Excellence in Clinical Pharmacy Award, University of Kansas, 1992; Preceptor of the Year Award, Oregon Health Sciences University, 1994 and 1995; Poster Presentation Award (First Place), Oregon Society of Health-System Pharmacists, 1997; Practitioner of the Year Award, Oregon Society of Health-System Pharmacists, 1997; Poster Presentation Award (Second Place), Oregon Society of Health-System Pharmacists, 1998; Pharmacist of the Year Award, Professional Society of Pharmacists, 1998; Poster Presentation Award (First Place), Oregon Society of Hospital Pharmacists, 1999. I am also a member of several professional organizations including: International Transplant Society, Professional Society of Pharmacists, American Society of Hospital Pharmacists, Oregon Pharmaceutical Association, American Red Cross, American College of Clinical Pharmacy, American Pharmaceutical Association and the International Transplant Nurse Society.

# CURRICULUM VITAE
# OREGON STATE UNIVERSITY &
# OREGON HEALTH & SCIENCE UNIVERSITY

| NAME | Ali J. Olyaei, PharmD | DATE | 6/1/2011 |
|------|-----------------------|------|----------|

## I.  PRESENT POSITION AND ADDRESS

| | |
|---|---|
| **Academic Rank:** | **Professor of Medicine and Pharmacy Practice** <br> **Director of Clinical Research** |
| **Department/ Division:** | **Nephrology & Hypertension** <br> **Oregon State University/Oregon Health & Sciences University** |
| **Professional Address:** | **3181 SW Sam Jackson Park Road** <br> **Portland, Oregon  97201** |
| **E-Mail Address:** | **olyaeia@ohsu.edu** |

## II.  EDUCATION

**Undergraduate and Graduate (Include Year, Degree, and Institution):**

> Bachelor of Science in Pharmacy, June 1988
> Oregon State University, College of Pharmacy

**Postgraduate (Include Year, Degree, and Institution):**

> Doctor of Clinical Pharmacy, December 1991
> University of Kansas, College of Clinical Pharmacy

**Certification (Include Board, Number, Date, and Recertification):**
> ***BOARD CERTIFICATION:***

> Board Certification:Pharmacotherapy Specialist, 1994-2001
> Board Certification:Pharmacotherapy Specialist, 2001-2009

**Licenses (Include State, Date, Status, Number, and Renewal Date):**

> State of Oregon, 1988
> State of Kansas, 1991

## III. PROFESSIONAL EXPERIENCE

**Academic (Include Year, Position, and Institution):**
**Administrative (Include Year, Position, and Institution):**

| | |
|---|---|
| 2010- | Oregon State University<br>Professor of Pharmacotherapy<br>Division of Pharmacy Practice |
| 2010- | Oregon Health & Sciences University<br>Professor of Medicine<br>Division of Nephrology and Hypertension |
| 2010- | Oregon Health & Sciences University<br>Professor of Surgery<br>Section of Liver and Pancreas Transplantation/Hepatobiliary Surgery |
| 2005- | Oregon Health & Sciences University<br>Director of Clinical Research<br>Division of Nephrology, Hypertension and Clinical Transplantation |
| 2004-2010 | Oregon Health & Sciences University<br>Associate Professor of Surgery<br>Section of Liver and Pancreas Transplantation/Hepatobiliary Surgery |
| 2003- | Oregon Health & Sciences University<br>School of Nursing<br>Associate Professor, Pharmacology |
| 2003- | Drug Safety & Research Institute<br>Medical Director |
| 2003-2010 | Oregon Health & Sciences University<br>Associate Professor of Medicine<br>Division of Nephrology & Hypertension |
| 1997-2003 | Oregon Health & Sciences University<br>Assistant Professor of Medicine<br>Division of Nephrology, Hypertension and Clinical Pharmacology |
| 1997-2004 | Oregon Health & Sciences University<br>Instructor of Surgery<br>Section of Liver and Pancreas Transplantation/Hepatobiliary Surgery |
| 1997-2003 | Oregon Health & Sciences University |

CV: Ali J. Olyaei, PharmD

                    Assistant Professor, Pharmacology
                    School of Nursing

1993-1998           Transplant Clinical Specialist
                    Instructor
                    Oregon Health Sciences University
                    Portland, Oregon

## IV.  SCHOLARSHIP

**Area(s) of Research/Scholarly Interest:**
Working with other health care providers to develop successful research projects in the field of
pharmacology, pharmacokinetics and pharmacoeconomics. Have worked very closely in
interdisciplinary research involving General Medicine, Urology, Nephrology and Surgery.
Interested in investigational drug studies involving, nephrotoxins, transplantation medicine and
drug dosing in renal failure. The major goals of clinical studies are to improve drug prescribing,
minimize toxicity and improve compliance in end-stage organ disease patients. Interested in
health-related outcomes, including reducing adverse drug reactions, drug-drug interactions and
over all healthcare utilization. Worked collaboratively with various departments; nephrology and
transplant, to identify grant sources and conducted mutually agreed upon and relevant transplant
pharmacotherapy research projects. Served as a research mentor for transplant fellows, pharmacy
residents and other faculty engaged in relevant transplant and pharmacotherapy studies
conducted on patients with renal failure. These collaborative works have lead to
national/international publications and presentations. Articles have appeared in the journals:
*Transplantation, Transplantation Preceding, American Journal of Kidney Disease, Lancet,
American Journal of Gastroenterology, Pharmacotherapy and The American Journal of
Surgery*. Research results have been presented at various meetings of the American College of
Clinical Pharmacy, American Society of Transplantation, American Society of Nephrology and
International Society of Transplantation (See Section III).  In addition, have provided leadership,
innovation, and teaching to facilitate the development of core pharmacotherapy curricula at the
Oregon State University, College of Pharmacy and Oregon Health and Sciences University
School of Nursing. Supported curricula in the area of Clinical Pharmacology to educate future
clinicians and teachers in area of clinical pharmacotherapy.

**Main Field of Research:**

- Phase II and III clinical protocols to assess the safety and efficacy of new
  immunosuppressive drugs
- Long-term cardiovascular complication of immunosuppressive drugs
- The natural history of hepatitis C following liver transplantation
- Dosing and complications of antifungal drugs in solid organ transplant recipients
- Post transplant diabetes; risk factors and management

CV: Ali J. Olyaei, PharmD

- Nephrotoxins: pathogenesis, risk factors, prevention and treatment
- Cytomegalovirous (CMV) infection in solid organ transplant recipients
- Organ transplant policies and issues
- Outcome and cost of CVVH use in critically ill patients

## Grants and Contracts:

**2010-Ongoing**

**Co-PI** "Everolimus Protocol US RAD 22. Low dose Tacolimus and Everolimus-based therapy vs Tacrolimus and MPA-Based therapy in Renal Transplant Recipients" $295,000.

**2009-Ongoing**

**Co-PI** "Rapamune Protocol 0468E8-4500 WW. Planed Transition to Sirolimus-based therapy vs Continued Tacrolimus-Based therapy in Renal Transplant Recipients" $345,000.

**2008-Ongoing**

**Co-PI** "Astellas Protocol #0485-CL-U201 A Phase 2, Randomized, Open-label, Parallel Group, Multi-Center Study to Assess the Safety and Efficacy of Alefacept in de Novo Kidney Transplant Recipients" $266,000

**2008-2009**

**PI**- "Novartis CERL080US67 A multicenter, randomized, double-blind, double dummy controlled study to assess the tolerability of an increased dose of myfortic after conversion from CellCept in renal transplant recipients who required CellCept dose reductions due to gastrointestinal symptoms". $67,764

**2007- Ongoing:**

**Co-PI** "B-Cell Depletion by Anti-CD20 (Rituximab) in Renal Allograft Recipients who Develop de novo Anti-HLA Alloantibodies will Result in Inhibition of Alloantibody Production and Attenuation of Chronic Humoral Rejection" NIH, $120,000

**2007- 2010:**

**Co-PI** "A Phase 2 Randomized, Multicenter, Active Comparator-Controlled Trial To Evaluate The Safety and Efficacy Of Coadministration Of CP-690,550 And Mycophenolate Mofetil / Mycophenolate Sodium In De Novo Kidney Allograft Recipients" Pfizer Inc., $317,815.50

**2006- 2009**

**Co-PI** "A Randomized, Open-Label, Multicenter, Paralled-Group Study of Belatacept-

CV: Ali J. Olyaei, PharmD

Based Corticosteroid-Free Regimens in Renal transplantation" Bristol-Myers Squibb $57,000

**2006- 2009**

**Co-PI** "A Randomized, Double-Blind, Placebo Controlled Multi-Center Study of the Efficacy and Safety of up to 100 Days of Valganciclovir vs. up to 200 days of Valganciclovir for Prevention of Cytomegalovirus Disease in High-Risk Kidney Allograft Recipients" Roche Laboratories, Inc $135,000

**2006- 2009**

**PI** "A Retrospective, Single-Center Study of the Efficacy and Safety of of Valganciclovir vs. oral Ganciclovir for six months for Prevention of Cytomegalovirus Disease in High-Risk Liver transplant Recipients" Roche Laboratories, Inc $54,000

**2006- 2009**

**PI** "A 4-week multicenter, double-blind, randomized, parallel group study to compare the GI safety and tolerability of Myfortic and Cellcept in renal transplant recipients" Novartis, $39,000.00

**2006-2010**

**PI** "Prospective Antifungal Therapy Alliance (PATH); antifungal registry protocol" , Astella $145,000.00

**2005- 2010**

**Co-PI** "A phase IV, randomized, open-label, comparative, multicenter study to assess the safety and efficacy of induction agents alemtuzumab (Campath 1H), basiliximab (Simulect) or rabbit anti-thymocyte globulin (Thymoglobulin) in combination with tacrolimus (Prograf), mycophenolate mofetil (Cellcept) and a rapid steroid withdrawal in renal transplant recipients." Fujisawa,USA, $221,000

**2006-2009**

**Co-PI** "A Phase IIB, Randomized, Multicenter, Open-Label, Concentration-Controlled, Safety Study OF ISA247 And Tacrolimus (Prograf[®]) In *De Novo* Renal Transplant Patients (ISA05-01)" Isotechnika, Inc. $24,000

**2005- 2010**

**Co-PI** "A phase IV, randomized, open-label, comparative, multicenter study to assess the safety and efficacy of induction agents alemtuzumab (Campath 1H), basiliximab (Simulect) or rabbit anti-thymocyte globulin (Thymoglobulin) in combination with tacrolimus (Prograf), mycophenolate mofetil (Cellcept) and a rapid steroid withdrawal in renal transplant recipients." Fujisawa,USA,$100,290.00.

**2005- 2010**

CV: Ali J. Olyaei, PharmD

**Co-PI**  A randomized, controlled clinical trial of the effect of a high dose combination of Folic Acid, Vitamin B6 and Vitamin B12, on arteriosclerotic cardiovascular disease outcomes in chronic, stable renal transplant recipients. $157,458.70

**2005- 2010**
   **Co-PI**  Memory FAVORITE A randomized, controlled clinical trial of the effect of a high dose combination of Folic Acid, Vitamin B6 and Vitamin B12, on arteriosclerotic cardiovascular disease outcomes in chronic, stable renal transplant recipients. $57,740.14

**2005-2007**
   **Co-PI** "A six-month, prospective, multicenter, open label, parallel, randomized study of the safety, tolerability and efficacy of myfortic (ERL080) with Simulect, corticosteroids and two different levels of tacrolimus in de novo renal transplant recipients (CERL080A2409)." Novartis, $12,000

**2005-2006**
   **Co-PI** "A 6-month, phase 2, multicenter, randomized, open-label, comparative study of 2 dose levels of CP-690,550 administered concomitantly with IL-2 receptor antagonist induction therapy, mycophenolate mofetil and corticosteriods versus a tacrolimus-based immunosuppressive regimen for the prevention of allograft rejection in de novo renal allograft recipients." Pfizer Inc.$12,000

**1999-2000:**
   **PI** "Efficacy of Ganciclovir in Prevention of CMV Infection and Recurrence of HCV in Liver Transplant Recipients."  Roche Laboratories, Inc., $58,736.00.

**1999-2001:**
   **PI** "Comparative Pharmacoeconomic Analysis of Cyclosporine Based Immunosuppressive Regimen Versus Tacrolimus Based Immunosuppressive Regime in De-Novo-Liver Transplant Recipient, Fujisawa,USA,$100,290.00.

**1995-1997:**
   **PI** "An Open Labeled, Prospective Study of the Effects of Tacrolimus Based Immuno-suppressive Regimen on Hypertension and Hyperlipidemia Following Conversion From a Cyclosporine Based Immunosuppressive Regimen in Allogeneic Liver Transplant Patients."  Fujisawa Inc., $55,000.00.

**1996-1997:**
   **PI** "Short Term Safety and Efficacy of Famciclovir versus Acyclovir in Prevention of CMV Infection in Liver Transplant Patients."  Smith-Kline Beecham Pharmaceuticals, $15,000.00.

**1995-1996:**

CV: Ali J. Olyaei, PharmD

**PI** "Clinical Aspect of Fungal Infection in Orthotopic Liver Transplant Recipients: Incidence, Clinical Presentation, and Associated Mortality."  Roerig Division of US Pharmaceuticals Group, Pfizer Inc., $15,000.00

**1994-1995:**
**PI** "Comparative Analysis of Cyclosporine Induction vs Anti-lymphocyte Induction in Liver Transplant Recipients with Stable Renal Function."  Upjohn Pharmaceuticals, $5000.00.

## Non-sponsor Projects

| IRB Number | Project |
| --- | --- |
| IRB00000577 | 14th IHIWS Workshop Chronic rejection Study Plan |
| IRB00002468 | Outcomes in Highly Sensitized Patients Treated with IvIg Prior to Living Donor Kidney Transplantation |
| IRB00004529 | A Translational Approach to Gitelman Syndrome |
| IRB00004800 | Effect on serum sodium of different replacement fluids in CRRT |
| IRB00004941 | Anticoagulation at OHSU |
| IRB00004964 | CMV prophylaxis in renal transplants |
| IRB00004983 | Standards of pre-operative cardiac care for kidney transplant recipients |
| IRB00005702 | ABO incompatibility transplant program |
| IRB00005788 | Retrospective Trial of a Calcineurin Inhibitor Minimization Regimen in Renal Transplantation |
| IRB00005066 | Ambulo 2400 ABPM Clinical Validation |
| IRB00004324 | Hepatorenal syndrome |
| IRB00004286 | Myfortic Use After Conversion from CellCept in Renal Transplant |
| IRB00002798 | A retrospective study to determine the prevalence of hyperparathyroidism pre- renal transplantation versus post- renal transplantation |

## Publications/Creative Work:

Textbook                                               2 Textbooks
Research articles in refereed journal        66 Papers

CV: Ali J. Olyaei, PharmD

| | |
|---|---|
| Invited drug review | 40 Papers |
| Research abstract in refereed journal | 58 Abstracts |
| Invited book chapter | 46 Chapters |
| **Total:** | **217** |

Research articles, abstracts, book chapter, reviews in which Olyaei A was first or senior authors

CV: Ali J. Olyaei, PharmD

_Book:_

1) Pharmacotherapeutics for Nurse Practitioner Prescriber, Second Edition
Wyne Al, Woo TM and **Olyaei AJ.** F.A. Davis Company

2) Therapeutics: Drug and Disease Management Eighth Edition, Health Professions Publishing
Lippincott Williams & Wilkins. Helms R. Quan DJ, Gourley DR, Hudson J, Bergstrom KA,
**Olyaei AJ,** (ISBN: 978-0-7817-5734-8)

CV: Ali J. Olyaei, PharmD

*Section Editor*

1) Therapeutics: Drug and Disease Management Eighth Edition, Health Professions Publishing Lippincott Williams & Wilkins Helms R. Quan DJ, Gourley DR, Hudson J, Bergstrom KA, **Olyaei AJ,**  (ISBN: 978-0-7817-5734-8)

**Endocrine and Metabolic Disorders (chapters)**

    16. Adrenocortical Dysfunction and Clinical Use of Steroids

    17. Thyroid Disorders

    18. Parathyroid Disorders

    19. Diabetes

    20. Hyperlipidemia

**Renal Diseases**

    42. Acute Renal Disease

    43. Chronic Kidney Disease

    44. Dialysis Options and Pharmacotherapy for End-Stage Renal Disease

**Gastrointestinal Diseases**

    45. Peptic Ulcer Disease and Gastroesophageal Reflux Disease

    46. Inflammatory Bowel Disease

    47. Nausea and Vomiting

    48. Constipation and Diarrhea

**Hepatic and Pancreatic Disorders**

    49. Hepatitis: Viral and Drug-Induced

    50. Cirrhosis

    51. Pancreatitis

CV: Ali J. Olyaei, PharmD

**Book Chapters**

1.  Olyaei AJ, Bennett WM. "The Effect of Renal Failure on Drug Handling." Oxford Textbook of Critical Care, 1996.

2.  deMottos AM, Olyaei AJ, Bennett WM. "Pharmacology and Pharmacokinetics of Immunosuppressive Agents." Immunologic Renal Diseases, 1996.

3.  Olyaei AJ, deMattos AM, Bennett WM. "Prescribing Drugs in Renal Failure." Brenner and Rector's, The Kidney, 1999.

4.  Olyaei AJ, deMattos AM, Bennett WM. "Drug-drug Interactions and Most Commonly Used Drugs in Transplant Recipients." Primer on Transplantation, 2001.

5.  Olyaei AJ, Rabkin JR. "Alcoholic Cirrhosis and End Stage Liver Diseases." Applied Therapeutics: The Clinical Use of Drugs, 2001.

6.  Olyaei AJ. " Drug-Induced Renal Failure." in Treatment Strategies In Nephrology and Hypertension. By Bennett 1st edition. PocketMedicine.com Inc 2001.

7.  Olyaei AJ. " Drug Dosing in Renal Failure. " in Treatment Strategies In Nephrology and Hypertension. By Bennett 1st edition. PocketMedicine.com Inc 2001.

8.  Olyaei AJ, deMattos AM, Bennett WM. "Principle of Drug Usage in Dialysis Patients." Dialysis Therapy, Hanley & Belfus Inc. Medical Publishers. May 2001.

9.  Olyaei AJ, Rabkin JM, Rosen HR. "Acute Rejection and Immunosuppressants" Gastroenterology and Hepatology." Jun 2001.

10. Olyaei AJ, deMattos AM, Bennett WM. Principles of drug dosing and prescribing in renal failure in Comprehensive Clinical Nephrology. Eds. Johnson & Freehally, Mosby, St. Louis, MO, p. 1189-1203, 2003.

11. Olyaei AJ, deMattos AM, Bennett WM. Drug dosage in renal failure in Clinical Nephrotixins: Renal Injury from Drugs and Chemicals, 2nd Edition, Eds. DeBroe, Porter, Bennett and Verpooten. Kluwer, Dordrecht, The Netherlands, p. 667-679, 2003.

12. Olyaei AJ. "Disease Management Cases; Organ Transplantation Chapter 209; Cardiac Transplantation." ASHP PharmPrep 2nd Edition, 2003.

13. Olyaei AJ. "Disease Management Cases; Organ Transplantation Chapter 210; Renal Cardiac Transplantation." ASHP PharmPrep 2nd Edition, 2003.

CV: Ali J. Olyaei, PharmD

14.  Olyaei AJ. "Disease Management Cases; Organ Transplantation Chapter 211; Liver Transplantation." ASHP PharmPrep 2nd Edition, 2003.

15.  Olyaei AJ, "Alcoholic Cirrhosis and End Stage Liver Diseases." Applied Therapeutics: The Clinical Use of Drugs, 2004.

16. Olyaei AJ, deMattos AM, Bennett WM. "Drug Dosing in Dialysis and Renal Failure." Clinical Nephrology , 2003.

17. Olyaei AJ,  deMattos AM, Bennett WM. Drug-drug interactions and most commonly used drugs in renal transplant recipients in Medical Management of Kidney Transplantation. Eds. Weir, M, Lippincot, William & Wilkins, Philadelphia, PA, p. 512-532, 2005.

18. Olyaei AJ, deMattos AM, Bennett WM. Drug induced renal dysfunction in diabetes patients in Therapy for Diabetes Mellitus and Related Disorders. Eds. Harold & Lebowitz, p. 358-368, 2004.

19. Olyaei AJ, deMattos AM, Bennett WM. "Drug Dosing in Dialysis" Clinical Nephrology; 2004.

20. Olyaei A, deMattos AM, Bennett WM. Drug usage in dialysis patients in Clinical Dialysis. Eds. Nissenson, Fine, McGraw-Hill, New York, p. 891-926, 2005.

21. Olyaei AJ, Bennett WM. "Drug Dosing in Dialysis and Renal Failure." Comprehensive Clinical Nephrology , 2006.

22. Olyaei AJ, Bennett WM. "Drug Induced Renal Disease." Current Therapy in Nephrology, 2006.

23. Olyaei AJ, Bennett WM: IX Pharmacologic approach to renal insufficiency. 10 Nephrology. ACP Medicine. Dale DC, Federman DD, Eds. WebMD Inc., New York, 2007.

24. Olyaei AJ. "Disease Management Cases; Organ Transplantation Chapter 209; Cardiac Transplantation." ASHP PharmPrep 3nd Edition, 2006.

25. Olyaei AJ. "Disease Management Cases; Organ Transplantation Chapter 210; Renal Cardiac Transplantation." ASHP PharmPrep 3nd Edition, 2006.

26.  Olyaei AJ. "Disease Management Cases; Organ Transplantation Chapter 211; Liver Transplantation." ASHP PharmPrep 3nd Edition, 2006.

CV: Ali J. Olyaei, PharmD

27. Olyaei AJ. "Disease Management Cases; Hepatitis and Liver Disease Chapter 101; ASHP PharmPrep 3nd Edition, 2006.

28. Olyaei AJ. " Drug-Induced Renal Failure." in Treatment Strategies In Nephrology and Hypertension. By Bennett 2st edition. PocketMedicine.com Inc 2006.

29. Olyaei AJ. " Drug Dosing in Renal Failure." in Treatment Strategies In Nephrology and Hypertension. By Bennett 2st edition. PocketMedicine.com Inc 2006.

30. Gabardi S. & Olyaei AJ.  Solid organ transplantation, Pharmacotherapy Essentials, first edition,  2007

31. Olyaei AJ "Chapter 2; Review of Basic Principles of Pharmacology" Pharmacotherapeutics for Nurse Practitioner Prescriber, Second Edition Wyne Al, Woo TM and Olyaei AJ. F.A. Davis Company 2007.

32. Olyaei AJ "Chapter 3 Rational Drug Selection" Pharmacotherapeutics for Nurse Practitioner Prescriber, Second Edition Wyne Al, Woo TM and Olyaei AJ. F.A. Davis Company 2007.

33. Olyaei AJ " Chapter 4 Legal and Professional Issues in Prescribing" Pharmacotherapeutics for Nurse Practitioner Prescriber, Second Edition Wyne Al, Woo TM and Olyaei AJ. F.A. Davis Company 2007.

34. Olyaei AJ "Chapter 5 Adverse Drug Reactions" Pharmacotherapeutics for Nurse Practitioner Prescriber, Second Edition Wyne Al, Woo TM and Olyaei AJ. F.A. Davis Company 2007.

35. Olyaei AJ "Chapter 6; Pharmacoeconomics" Pharmacotherapeutics for Nurse Practitioner Prescriber, Second Edition Wyne Al, Woo TM and Olyaei AJ. F.A. Davis Company 2007.

36. Olyaei AJ " Chapter 7; Pharmacogenomics" Pharmacotherapeutics for Nurse Practitioner Prescriber, Second Edition Wyne Al, Woo TM and Olyaei AJ. F.A. Davis Company 2007.

37. Olyaei AJ "Chapter 13 Over-the-Counter Medications" Pharmacotherapeutics for Nurse Practitioner Prescriber, Second Edition Wyne Al, Woo TM and Olyaei AJ. F.A. Davis Company 2007.

38. Olyaei AJ, Bennett WM. Drug dosage in renal failure in Clinical Nephrotixins: Renal Injury from Drugs and Chemicals, 3nd Edition, Eds. DeBroe, Porter, Bennett and Verpooten. Kluwer, Dordrecht, The Netherlands, 2008.

CV: Ali J. Olyaei, PharmD

39. Olyaei AJ, Whelton A, Sturmer T Porter GA, Non-steroidal anti-inflammatory Drugs in Clinical Nephrotixins: Renal Injury from Drugs and Chemicals, 3nd Edition, Eds. DeBroe, Porter, Bennett and Verpooten. Kluwer, Dordrecht, The Netherlands, 2008

40. Olyaei AJ, Bennett WM: Drug Dosing in Chronic Kidney Disease New York, 2008.

41. Wahba WI, Olyaei AJ, Rozansky D, Bennett WM .Handling of Drugs in Children with Abnormal Renal Function. Paediatric Nephrology, submitted 2008

42. Olyaei, AJ, Bennett WM. Nephrotoxins in Transplant Recipients. Paediatric Nephrology, submitted 2009.

43. Olyaei AJ, Roberti G. "Drug Dosing in Chronic Kidney Disease" submitted Hand Book of Chronic kidney disease. 2010

44. Olyaei AJ. Secret in Nephrology 2010. Drug Used in Dialysis

45. Olyaei AJ, Bennett WM: IX Pharmacologic approach to renal insufficiency. 10 Nephrology. ACP Medicine. Dale DC, Federman DD, Eds. WebMD Inc., New York, 2011 In press.

46. Olyaei AJ, Bennett WM. "Drug Dosing in Dialysis" Clinical Nephrology; 2011.

CV: Ali J. Olyaei, PharmD

1.

*Articles Published in Refereed Journals*

1. Bennett WM, Norman DL, Meyer MM, deMattos AM, Olyaei AJ. "Which Cyclosporine Formulation". Lancet, 1996;348:205.

2. deMattos AM, Olyaei AJ, Bennett WM. "Immunosuppressive Drugs in Renal Diseases." American Journal of Kidney Diseases, 1996;28:631.

3. Olyaei AJ, deMattos AM, Bennett WM. "Switching Between Cyclosporine Formulations: What are The Risks?" Drug Safety, 1997;16:366.

4. Rosen HR, Benner KG, Olyaei AJ, Chou S, "Molecular Basis of Ganciclovir Resistance in Post-liver Transplant CMV Infection." Transplantation, 1997;63:476.

5. Rabkin JM, Orloff SL, Benner KG, Flora K, Rosen HR, Olyaei AJ. "Biliary Tract Complications of Side to Side Without T Tube Vs End to End With or Without T Tube Choledochocholedochostomy In Liver Transplant Recipients." Transplantation, 1998;65:193.

6. Olyaei AJ, deMattos AM, Bennett WM. "Pharmacology of Immunosuppressive Drugs." Drugs of Today, 1997;34:463.

7. Rabkin JM, Orloff SL, Benner KG, Rosen HR, Olyaei AJ. "Hepatic Allograft Transplantation in Case of Disulfiram Reaction." American Journal of Gastroenterology, 1998;93:830.

8. Rabkin JM, Orloff SL, Benner KG, Flora K, Rosen HR, Olyaei AJ. "Hepatic Allograft Abscess with Hepatic Arterial Thrombosis: Incidence and Treatment." American Journal of Surgery, 1998;175:354.

9. Alkhunaizi AM, Olyaei AJ, Barry JM, deMattos AM, Thakur SS, Conlin MJ, Lemmers MJ, Bennett WM, Norman DJ. "Low Molecular Weight Heparin in Renal Transplantation." Transplantation, 1998;66:533.

10. Olyaei AJ, deMattos AM, Norman DJ, Bennett WM "Drug-Drug Interaction Between Tacrolimus and Nefazodone in a Stable Renal Transplant Patient." Pharmacotherapy, 1998;18:1356.

11. Sabatini S, Ferguson RM, Helderman HJ, Hull AR "Drug Substitution in Transplantation. (Olyaei AJ Conference Participant) Recommendations to the Health Care Community." Executive Summary, National Kidney Foundation. American Journal of Kidney Disease 1998.

CV: Ali J. Olyaei, PharmD

12. Olyaei AJ, deMattos AM, Bennett WM. "Pharmacoeconmoic Issues in Transplantation and Current Immunosuppressant Protocols." Transplantation Preceedings, 1999;31:6S.

13. Olyaei AJ, deMattos AM, Bennett WM. "The Impact of Generic Drugs on the Cost of Transplantation Medical Care." Transplantation Preceeding, 1999;3:31S.

14. Olyaei AJ, Butler K. "Treatment of Hypertension in Transplant Recipients." Clinical Transplant Trends, 1999;1:62.

15. Orloff SL, Bush, AL, Olyaei AJ, Benner KG, Flora K, Rosen HR, Rabkin JM, "Nosocomial Outbreak of Vancomycin-Resistant Enterococcus (VRE) in Liver Transplant Patients: Risk Factors and Outcome." American Journal of Surgery, 1999;177:418.

16. Rabkin JM, Olyaei AJ, Orloff SL, Geisler SM, Wahoff DC, Hering BJ, Sutherland DER "Distant Processing of Pancreas Islets for Autotransplantation Following Total Pancreatectomy." American Journal of Surgery, 1999;177:423.

17. Rabkin JM, Smith MJ, Orloff SL, Stenzel P, Olyaei AJ. "Fulminant Hepatitis associated with Bromfenac Use." Pharmacotherapy, 1999;33:945.

18. Olyaei AJ, deMattos AM, Bennett WM. "Immunosuppressive Drugs in Renal Transplant Recipients." Pharmacy Times, 1999;12:61.

19. First MR, Gober AO, Olyaei AJ. "Drug Substitution in Transplantation" American Journal of Kidney Diseases, 1999;34:205.

20. deMattos AM, Olyaei AJ, Bennett WM. "The Nephrotoxicity of Immunosuppressive Drugs: Long-Term Consequences and Challenges for the Future." American Journal of Nephrology 2000;35:333.

21. Olyaei AJ, deMattos AM, Bennett WM. "Immunosuppressant-Induced Nephropathy; Incidence, Pathophysiology and Management." Drugs Safety, 1999;21:471.

22. Olyaei AJ, deMattos AM, Bennett WM. "A Practical Guidelinein the Management of Hypertension in Renal Transplant Recipients."Drugs, 1999;58:1011.

23. Brunner LJ, Pai KS, Munar MY, Lande MB, Olyaei AJ, Mowry JA. "Effect of Grapefruit Juice on Cyclosporine Pharmacokinetics Following Administration of Oral Solution and Microemulsion Dosage Forms in Pediatric Renal Transplant Patients." Pediatric Transplantation, 2000;4:313.

CV: Ali J. Olyaei, PharmD

24. Rabkin JM, Orloff SL, Corless C, Benner KG, Flora K, Rosen HR, Olyaei AJ. "Association of Fungal Infection and Increased Mortality in Liver Transplant Recipients." American Journal of Surgery, 2000;179:426.

25. Olyaei AJ, deMattos AM, Bennett, WM. "Renal Toxicity of Protease Inhibitors." Current Opinion in Nephrology, 2000;9:473.

26. Olyaei AJ, Thi K, deMattos AM, Bennett, WM. " Use of Basiliximab and Daclizumab in Renal Transplantation." Progress in Transplantation, 2001;11:33.

27. Green M, Olyaei AJ. "Cardiovascular Complications of Immunosuppressive Drugs." Clinical Trends, 2001;4:82.

28. Gopal DV, Rabkin JM, Berk BS, Corless CL, Chou S, Olyaei AJ, Orloff SL, Rosen HR. "Treatment of Progressive Hepatitis C Recurrence Following Liver Transplantation with Interferon Plus Ribavirin." Liver Transplantation, 2001;7:181.

29. Rabkin JM, Orloff SL,. Corless CL, Rosen HR, Olyaei AJ. "Late Mortality in Liver Transplant Recipients." American Journal Of Surgery, 2001;181:475.

30. Olyaei AJ, Green M. "Infection Complications in Transplant Patients." PSAP-IV Infectious Diseases, American College of Clinical Pharmacy, 2001.

31. Rabkin JM, Rosen HR, Corless CL, Orloff SL, Olyaei AJ. "Prophylactic Antiviral Therapy In CMV High-Risk Liver Transplant Recipients." Transplantation Proceeding, 2001;33:1811.

32. Rabkin JM, Corless CL, Rosen HR, Olyaei AJ. "Pharmacoeconomic Study Of Tacrolimus-Based Versus Cyclosporine-Based Immunosuppressive Therapy Following Liver Transplantation.' Transplantation Proceeding, 2001;33:1532.

33. Sparks J, Olyaei AJ. "Management of Alcoholic Liver Diseases." Pharmacy Times, 2001;6:12.

34. Randhawa M, Olyaei AJ. "Update on Immunosuppressive Drugs." Drug Topics, 2001;10:36.

35. Olyaei AJ, deMattos AM, Bennett, WM "Renal Toxicity of Immunosuppressive Drugs." Current Opinion in Critical Care Medicine, 2002;7:384.

36. Rabkin JM, Corless CL, Rosen HR, Olyaei AJ. "Cardiovascular Complications of Immunosuppressive Drugs in Liver Transplant Recipients." American Journal of Surgery 2002;

CV: Ali J. Olyaei, PharmD

37. Rabkin JM, Corless CL, Rosen HR, Olyaei AJ. "Renal and Cardiovascular Complication of  Immunosuppressive Drugs in Liver Transplant Recipients".Transplantation Preceeding 2002

38. Jazrawi SF, Zaman A, Muhammad Z, Rabkin JM, Corless CL, Olyaei A, Biggs A, Ham J, Chou S, Rosen Tumor necrosis factor-alpha promoter polymorphisms and the risk of rejection after liver transplantation: a case control analysis of 210 donor-recipient pairs. Liver Transpl. 2003 Apr;9(4):377-82

39. Sutton SS, Gomez E, Papadopoulo J, Olyaei AJ, Cazes J, Hennenfent J, Ambegaonkar AJ, Lubowski TJ. "Multicenter Evaluation of Risk Factors for Aspergillosis in Patients Treated with Lipid Amphotericin B Products: Outcomes, Drug Utilization Parameters, and Benchmarking"  Hospital Formulary, 2003;38:232-240.

40. Estes JD, Stolpman D, Olyaei A, Corless CL, Ham JM, Schwartz JM, Orloff SL.High prevalence of potentially hepatotoxic herbal supplement use in patients with fulminant hepatic failure. Arch Surg. 2003 Aug;138(8):852-8.

41. Gopal DV, Corless CL, Rabkin JM, Olyaei AJ, Rosen HR., Graft failure from severe recurrent primary sclerosing cholangitis following orthotopic liver transplantation. J Clin Gastroenterol. 2003 Oct;37(4):344-7.

42. Austin GL, Sasaki AW, Zaman A, Rabkin JM, Olyaei A, Ruimy R, Orloff SL, Ham J, Rosen HR. Comparative analysis of outcome following liver transplantation in US veterans.
Am J Transplant. 2004 May;4(5):788-95.

43. Olyaei AJ, Management of invasive aspergillosis in high-risk patients. Manag Care Interface. 2004;Suppl B:7-21

44. Golconda MS, de Mattos AM, Prather J, Olyaei AJ, Fletcher L, Head MA, Wetzsteon P, Barry JM, Norman DJ. Renal transplantation at Oregon Health and Science University: recent results and protocols. Clin Transpl. 2003;:149-5.

45. de Mattos AM, Olyaei AJ, Prather JC, Golconda MS, Barry JM, Norman DJ. Autosomal-dominant polycystic kidney disease as a risk factor for diabetes mellitus following renal transplantation. Kidney Int. 2005 Feb;67(2):714-20.

46. Markell M, Olyaei AJ. Gaining Control of New-Onset Diabetes Mellitus After Kidney Transplantation. Nephrology Updates 2004;1 (July) 3:1-9July

47. de Mattos AM, Olyaei AJ, Prather JC, Golconda MS, Barry JM, Norman DJ.Autosomal-

CV: Ali J. Olyaei, PharmD

dominant polycystic kidney disease as a risk factor for diabetes mellitus following renal transplantation. Kidney Int. 2005 Feb;67(2):714-20.

48. Olyaei AJ, deMattos AM, Bennett, WM. Cardiovascular Toxicity Of Immunosuppressive Drugs.  Expert Opinion on Drug Safety, 2005;4;29-44

49. Soule JL, Olyaei AJ, . Boslaugh  TA, Bush AH, Schwartz JM, Morehouse SH,Ham JM, Orloff SL. Hepatitis C Infection Increases The Risk Of New Onset Diabetes After Transplantation (NODAT) in Liver Allograft Recipients. American Journal of Surgery 2005; May;189(5):552-7; discussion 557.

50. Olyaei AJ, Bennett MW. Cardiovascular Disease in Kidney Transplant Recipients: Are Patients Truly Stable? Graft 2005;7:3-1-20

51. de Mattos AM, Prather J, Olyaei AJ, Shibagaki Y, Keith DS, Mori M, Norman DJ, Becker T. Cardiovascular events following renal transplantation: role of traditional and transplant-specific risk factors.Kidney Internation 2006; Nov;46(6):329-36.

52. Horn D, Neofytos D, Fishman J, Steinbach W, Anaisie E, Marr KA, Pfaller M, Olyaei A. Use of the PATH Alliance database to measure adherence to IDSA guidelines for the therapy of candidemia. Eur J Clin Microbiol Infect Dis. 2007 Sep 25

53. Horn DL, Fishman JA, Steinbach WJ, Anaissie EJ, Marr KA, Olyaei AJ, Pfaller MA, Weiss MA, Webster KM, Neofytos D. Presentation of the PATH Alliance(R) registry for prospective data collection and analysis of the epidemiology, therapy, and outcomes of invasive fungal infections. Diagn Microbiol Infect Dis. 2007 Sep 19;

54. Neofytos D, Horn D, Anaissie E, Steinbach W, Olyaei AJ, Fishman J, Pfaller M, Chang C, Webster K, Marr K,. Epidemiology and Outcome of Invasive Fungal Infections in Adult Solid Organ Transplant Recipients: Analysis of Multicenter PATH Alliance Registry.

55. Neofytos D, Horn D, Anaissie E, Steinbach W, Olyaei AJ, Fishman J, Pfaller M, Chang C, Webster K, Marr K, Clin Infect Dis. Epidemiology and Outcome of Invasive Fungal Infections in Adult Hematopoietic Stem Cell Transplant Recipients: Analysis of Multicenter PATH Alliance Registry. Clin Infect Dis. 2009 Feb 1;48(3):265-73. Erratum in: Clin Infect Dis. 2009 Mar 1;48(5):690.

56. Horn DL, Neofytos D, Anaissie EJ, Fishman JA, Steinbach WJ, **Olyaei AJ**, Marr KA, Pfaller MA, Chang CH, Webster KM. Epidemiology and Outcomes of Candidemia in 2019 Patients: Data from the Prospective Antifungal Therapy Alliance Registry. Clin Infect Dis. 2009 Jun 15;48(12):1695-703.

CV: Ali J. Olyaei, PharmD

57. **Olyaei AJ**, Bennett MW Drug Dosing In Older Patients with Renal Impairment. Clin Geriatr Med. 2009 Aug;25(3):459-527.

58. Drug Dosing and Renal Toxicity in the Elderly Patient; **Olyaei AJ**, Bennett MW, Introduction to the American Society of Nephrology Geriatric Nephrology Curriculum, 2010

59. Neofytos D, Fishman JA, Horn D, Anaissie E, Chang CH, **Olyaei A**, Pfaller M, Steinbach WJ, Webster KM, Marr KA Epidemiology and outcome of invasive fungal infections in solid organ transplant recipients. . Transpl Infect Dis. 2010 Jun;12(3):220-9.

60. **Olyaei AJ**, Steffl JL. A quantitative approach to drug dosing in chronic kidney disease. Blood Purif. 2011;31(1-3):138-45.

61. Swan SS, **Olyaei AJ**,and Sica D.  Clinical Pharmacology NephSAP - Nephrology Self Assessment Program. Volume 9, Number 4, July 2010.

62. Prikis M, Norman D, Rayhill S, **Olyaei A**, Troxell M, Mittalhenkle A. Preserved endocrine function in a pancreas transplant recipient with pancreatic panniculitis and antibody-mediated rejection. Am J Transplant. 2010 Dec;10(12):2717-22.

63. **Olyaei A,** What is at risk: Fungal infections in Solid Organ transplant recipients. Hospitalist 2010: 010C-021-1485-2 9/10

64. Obhrai JS, Leach J, Gaumond J, Langewisch E, Mittalhenkle A, **Olyaei A**. Topics in transplantation medicine for general nephrologists. Clin J Am Soc Nephrol. 2010 Aug;5(8):1518-29.

65. **Olyaei A,** Greer E, Rueda J "The Efficacy & Safety of The HMG-Coa Reductase Inhibitors In Patients With Chronic Kidney Disease & Dialysis" CJASN 2011. March 6(3):664-678.

66. **Olyaei AJ**, Lerma, EV. Three Strikes and Statins Out: A Case Against Use of Statins in Dialysis Patients for Primary Prevention, Dialysis & Transplantation 2011:40(4);148-151.

67. Lerma, EV **Olyaei AJ**,  Management of dyslipidemias in chronic kidney disease: a review of major clinical trials involving statins. Lipid Spin 2011

68. Stefflm JL, Bennett WM, **Olyaei AJ, T**he Old and New Methods of Renal Assessment Clinical Pharmacology 2011; in press.

CV: Ali J. Olyaei, PharmD

<u>Article Published In Journals (Non-peer-reviewed)</u>

1) Olyaei AJ. "Pipeline; Alfacon Interferon" Pharmacy Times, June 1999.

2) Olyaei AJ. "Pipeline; Rebeprazole" Pharmacy Times, Oct 1999

3) Olyaei AJ. "Pipeline; Zanamivir" Pharmacy Times, Nov1999

4) Olyaei AJ. "Pipeline; Oseltamivir" Pharmacy Times, Dec 1999.

5) Olyaei AJ. "Pipeline; Next Generation Fluoquinolones" Pharmacy Times, Jan 2000.

6) Olyaei AJ. "Pipeline; Entacapone (COMTan)" Pharmacy Times, Feb, 2000.

7) Olyaei AJ. " "Pipeline; Moxifloxacin (Avelox)" Pharmacy Times, March 2000.

8) Olyaei AJ. "Pipeline; Levetiracetam (Keppra)" Pharmacy Times, April 2000.

9) Olyaei AJ. " "Pipeline; Pantoprazole (Protonix)" Pharmacy Times, May 2000.

10) Olyaei AJ. "Pipeline; Meloxicam (Mobic)" Pharmacy Times, June 2000.

11) Olyaei AJ. "Pipeline; Pneumococcal Conjugated (Prevnar)" Pharmacy Times, July 2000.

12) Olyaei AJ. "Pipeline; Tinzaparin (Innohep)" Pharmacy Times, Nov 2000.

13) Olyaei AJ. "Pipeline; Linezolid (Zyvox)" Pharmacy Times, Dec 2000.

14) Olyaei AJ. "Pipeline; Divalproex (Depakote ER)" Pharmacy Times, Jan 2001.

15) Olyaei AJ. "Pipeline; Rivastigmine (Exelon)" Pharmacy Times, Feb 2000.

16) Olyaei AJ. "Pipeline; Colesevelam (Welchol)" Pharmacy Times, March 2001.

17) Olyaei AJ. "Pipeline; Esomeprazole (Nexium)" Pharmacy Times, April 2001.

18) Olyaei AJ. "Pipeline; Ziprasidone (Geodon)" Pharmacy Times, July 2001.

19) Olyaei AJ. "Pipeline; Mirtazapine (Remeron)" Pharmacy Times, Aug 2001.

20) Olyaei AJ. "Pipeline; Imatinib (Gleevec)" Pharmacy Times, Sept 2001.

CV: Ali J. Olyaei, PharmD, BCPS

21) Olyaei AJ. "Pipeline; Peg-interferon (Peg-Intron)" Pharmacy Times, Oct 2001.

22) Olyaei AJ. "Pipeline; Almotriptan (Axert)" Pharmacy Times, Nov 2001.

23) Olyaei AJ. "Pipeline; Drotrecogin Alfa (Activated) Xigris" Pharmacy Times, Dce 2001.

24) Olyaei AJ. "Pipeline; Novel Erythropoiesis Stimulating Protein (Darbepoetin, Aranesp)" Pharmacy Times, Jan 2002.

25) Olyaei AJ. "Pipeline; Clarinex (Desloratadine)" Pharmacy Times, Feb 2002.

26) Olyaei AJ. "Pipeline; Elidel (Pimecrolimus Cream 1%)" Pharmacy Times, March 2002.

27) Olyaei AJ. "Pipeline; Rofecoxib (Vioxx)" Pharmacy Times, April 2002.

28) Olyaei AJ. "Pipeline; Olmesartan Medoxomil (CS-866) (Benicar)" Pharmacy Times, June 2002.

29) Olyaei AJ. "Product Focus; Methylphenidate" Generic Rx Product Report, Oct 2000

30) Olyaei AJ. "Product Focus; Tretinoin" Generic Rx Product Report Oct 2000

31) Olyaei AJ. "Product Focus; Paclitaxel" Generic Rx Product Report, Oct 2000

32) Olyaei AJ. "Product Focus; Levorphanol" Generic Rx Product Report, Oct 2000

33) Olyaei AJ. "Product Focus; Cyclosporine" Generic Rx Product Report, March 2001

34) Olyaei AJ. "Product Focus; Valporic Acid" Generic Rx Product Report, March 2001

35) Olyaei AJ. "Product Focus; Nifedipine XL" Generic Rx Product Report, March 2001

36) Olyaei AJ. "Product Focus; Fluoxetine" Generic Rx Product Report,  March 2001

37) Olyaei AJ. "Product Focus; Pemoline" Generic Rx Product Report,  Aug 2001

38) Olyaei AJ. "Product Focus; Doxycyline" Generic Rx Product Report, Aug 2001

39) Olyaei AJ. "Product Focus; Terbutaline" Generic Rx Product Report, Oct 2001

40) Olyaei AJ. "Product Focus; Nebumetone" Generic Rx Product Report, Oct 2001

CV: Ali J. Olyaei, PharmD, BCPS

## *Abstracts*

1) Rabkin JM, Olyaei AJ, Reed MH, Benner KG, Flora KD, Chou S: Association of cytomegalovirus (CMV) antibody status, CMV infection and acute rejection in liver transplantation, a single center experience.  Portland Surgical Society, 6/95

2) Rabkin JM, Reed MH, Orloff SL, Benner KG, Flora KD, Rosen HR, Olyaei AJ: Association of cytomegalovirus antibody status. CMV infection, acute rejection, mortality, and use of antiviral prophylaxis in liver transplant recipients.  The American Society of  Transplant Physicians, Dallas, TX,  5/26-29/96

3) Rabkin JM, Reed MH, Orloff SL, Benner KG, Flora KD, Rosen HR, Nielsen S, Dean S, Olyaei AJ: Comparative analysis of Cyclosporine induction vs. antilymphocyte induction in liver transplant recipients with stable renal function.  Hepatology, 1996, 24(4):565A

4) Olyaei AJ, Estoup M. "Vancomycin-Resistant Enterococcus (VRE)  in Liver Transplant Patients" Oregon Society of Health-System Pharmacists 1997

5) Rabkin JM, Orloff SL, Benner KG, Flora KD, Rosen HR, Olyaei AJ:  Biliary tract complications of side to side without t tube vs end to end with or without t tube choledochocholedochostomy in liver transplant recipients.  Western Association of Transplant Surgeons and Pacific Northwest Transplant Society, San Francisco, CA, 2/2/97

6) Orloff  SL, Olyaei AJ, Wheeler LJ, Corless CL, Benner KG, Flora KD, Rosen HR, Rabkin JM: Nosocomial Outbreak Of  Vancomycin-Resistant Enterococcus (VRE) In  Liver Transplant Patients: Associated Characteristics And Outcome.  American Society of Transplant Surgeons, Chicago, IL, 5/10-14/97

7) Rabkin JM, Orloff SL, Benner KG, Flora KD, Rosen HR, Olyaei AJ:  Biliary Tract complications of side to side without t tube vs end to end with or without t tube choledochocholedochostomy in liver transplant recipients.  American Society of Transplant Surgeons, Chicago, IL, 5/10-14/97

8) Rabkin JM, Orloff SL, Wheeler LJ, Corless CL, Benner KG, Flora KD, Rosen HR, Keller F, Barton R, Lakin PC, Petersen B, Olyaei AJ: Hepatic allograft abscess with hepatic arterial thrombosis: incidence and treatment.  North Pacific Surgical Association, Portland, OR, 11/14-15/97

9) Rabkin JM, Orloff SL, Corless CL, Benner KG, Flora KD, Rosen HR, Olyaei AJ: Short term safety and efficacy of Famciclovir in prevention of CMV infection in liver transplant recipients.  Gastroenterology, 1998, 114(4):A1325

CV: Ali J. Olyaei, PharmD, BCPS

10) Orloff, SL, Olyaei AJ, Corless CL, Benner KG, Flora KD, Rosen HR, Rabkin JM.
Nosocomial Outbreak Of Vancomycin-Resistant Enterococcus (VRE) In Liver
Transplant Patients: Associated Characteristics And Outcome.  North Pacific Surgical
Association, Tacoma, WA, November 13-14, 1998.

11) Rabkin JM, Orloff SL, Olyaei AJ, Geisler SM, Wahoff DC, Hering BJ, Sutherland
ER: Distant processing of pancreas islets for autotransplantation following total
pancreatectomy.  North Pacific Surgical Association, Tacoma, WA, November 13-14,
1998.

12) Rabkin JM, Orloff SL, Corless CL, Benner KG, Flora KD, Rose HR, Olyaei AJ:
Natural history of hepatitis C recurrence in orthotopic liver transplant recipients for
hepatitis C alone vs hepatitis C and alcoholic cirrhosis.  Transplantation, 1998,
55(8):202.

13) Alkhunaizi AM, Olyaei AJ, Barry, JM, deMottas AM, Thakur SS, Conlin MJ,
Lemmers MJ, Bennett WM, Norman DJ. "Low Moleclar Weight Heparin in Renal
Transplantation".American Society of Transplant Physicians 1998.

14) deMottas AM, Norman DJ, Olyaei AJ, Barry JM, Bennett MW. "The Kinetics of
Calcineurin Inhibition on Stable Renal Transplant Recepients During Conversion
from Sandimmune to Neroal" ASN Annual meeting 1998.

15) de Mottas AM, Norman DJ, Olyaei AJ, Barry JM, Bennett MW. "Neoral Once vs
Twice Dailu Dosing-systemic and Renal Hemodynamic Differences" ASN Annual
meeting 1998.

16) Olyaei AJ, deMattos AM, Beltran JT, Norman DJ, Bennett WM. "Comparative Study
of Tacrolimus & Cyclosporine for Prevention of Acute Rejection in Renal Transplant
Recipients"ASN Annual meeting 1998.

17) Rabkin JM, Corless CL, Orloff SL, Benner KG, Flora KD, Rosen HR, Olyaei AJ:
Hepatic veno-occlusive disease after OLTx: association with azathioprine,
tacrolimus, and cytomegalovirus infection.  Hepatology, 1999, 30(4):310A.

18) Rabkin JM, Orloff SL, Corless CL, Benner KG, Flora KD, Rosen HR, Olyaei AJ:
Post transplant lymphoproliferative disease in adult liver transplantation: experience
over a decade.  North Pacific Surgical Association, Vancouver, British Columbia,
November 12-13, 1999.

19) Rabkin JM, Orloff SL, Corless CL, Benner KG, Flora KD, Rosen HR, Olyaei AJ:
Association of  fungal infection and increased mortality in liver transplant recipients.

CV: Ali J. Olyaei, PharmD, BCPS
North Pacific Surgical Association, Vancouver, British Columbia, November 12-13, 1999.

20) deMottas AM, Norman DJ, Olyaei AJ, Barry JM, Bennett MW. "The Kinetics of Calcineurin Inhibition on Stable Renal Transplant Recepients During Conversion from Sandimmune to Neroal" ASN Annual meeting 1998.

21) deMottas AM, Norman DJ, Olyaei AJ, Barry JM, Bennett MW. "Neoral Once vs Twice Dailu Dosing-systemic and Renal Hemodynamic Differences" ASN Annual meeting 1998.

22) Olyaei AJ, deMattos AM, Beltran JT, Norman DJ, Bennett WM. "Comparative Study of Tacrolimus & Cyclosporine for Prevention of Acute Rejection in Renal Transplant Recipients"ASN Annual meeting 1998.

23) deMottas AM , Munar MY, Olyaei AJ, Barry JM, Bennett MW, Norman DJ. "Validation of Models for Predicting Area Under The Curve in Renal Transplant Patients Reciving Neoral" AST 1999.

24) de Mottas AM , Olyaei AJ, Norman DJ, Barry JM, Bennett MW. "Systemic and Renal Hemodynamic Profiles of Neoral Once Vs Twice daily Dosing" AST 1999.

25) de Mottas AM , Olyaei AJ, Barry JM, Bennett MW, Norman DJ. "OLN-453: A Prospective, Randomized, Phase II Pilot Study On The Short Term Safety And Efficacy Of Neoral Once Vs Twice Daily Dosing In Renal Transplant Recipients' ASN Abstract #3673.

26) Olyaei AJ, de Mottas AM,, Barry JM, Bennett MW, Norman DJ. "Incidence of CMV Disease Beyond 90 Days After Ganciclovir Prophylaxis; Results From a Cohort of High Risk Renal Transplant Recipients"  ASN Abtract #3860

27) Alkhunaizi AM, Olyaei AJ, Barry JM, de Mattos AM, Thakur SS, Conlin MJ, Lemmers MJ, Bennett WM, Norman DJ.  Low-molecular weight heparin in renal transplantation.  ASTP 17th  Annual Scientific Meeting, Chicago, IL, May, 1998.

28) Ascarate A, Olyaei A, de Mattos AM, Bennett WM, Barry JM, Norman DJ. Mycophenolate mofetil (MMF) vs. azathioprine (AZA) for high immunologic risk (highly sensitized and retransplant) recipients of renal allograft.  16th Annual Scientific Meeting of the American Society of Transplant Physicians, Chicago, IL. May 10-14, 1997.

29) de Mattos AM, Prather JC, Golconda MS, Olyaei AJ, Shibagaki Y, Mori M, Becker TM, and Norman DJ.  Cardiovascular Events Post Transplant: Importance of Traditional and Transplant-Specific Risk Factors.  Proceedings of the American Society of Transplantation Transplant Congress, Seattle, WA, 2005.

CV: Ali J. Olyaei, PharmD, BCPS

30) de Mattos AM, Prather JC, Al-Uzri AY, Olyaei AJ, Golconda MS, Barry JM, and Norman DJ. Autosomal Dominant Polycystic Kidney Disease (ADPKD) as Risk Factor for the Development of Post Transplant Diabetes Mellitus (PTDM). Proceedings of the American Transplant Congress, Washington, DC, 2002.

31) de Mattos AM, Olyaei AJ, Barry JM, Norman DJ, and Prather JC.  C 2 Monitoring in a Once-Daily Neoral Dosing Regime: Results from the OLN-053 Study. International Congress of the Transplantation Society, Miami, FL, 2002.

32) de Mattos AM, Munar MY, Olyaei AJ, Gallay BJ, Bennett WM, Barry JM, Norman DJ. Evidence of hysteresis with cyclosporin A and calcineurin inhibition data - A pharmacodynamic-based analysis.  American Society of Transplant Physicians, 18th Annual Scientific Meeting, Chicago, IL.  May, 1999.

33) de Mattos AM, Munar MY, Olyaei AJ, Gallay BJ, Bennett WM, Barry JM, Norman DJ.  Validation of models for predicting area-under-the-curve in renal transplant patients receiving Neoral™.  American Society of Transplant Physicians, 18th Annual Scientific Meeting, Chicago, IL.  May, 1999.

34) de Mattos AM, Olyaei AJ, Norman DJ, Barry JM, Bennett WM.  Systemic and renal hemodynamic profiles of NeoralÔ once versus twice daily dosing - results fron OLN-453 study.  American Society of Transplant Physicians, 18th Annual Scientific Meeting, Chicago, IL.  May, 1999.

35) de Mattos AM, Norman DJ, Olyaei A, Barry JM, Bennett WM.  Neoral once versus twice daily dosing - systemic and renal hemodynamic differences.  American Society of Nephrology, 31st Annual Meeting, Philadelphia, PA.  October, 1998.

36) de Mattos AM, Norman DJ, Olyaei AJ, Barry JM, Bennett WM. The kinetics of calcineurin inhibition on stable renal transplant recipients during conversion from Sandimmune to Neoral cyclosporin A.  American Society of Nephrology 31st Annual Meeting, Philadelphia, PA. October, 1998.

37) Golconda MS, Prather JC, de Mattos AM, Olyaei AJ, Govil A, MittalHenkle A, Barry JM, and Norman DJ.  Subclinical Rejection in Kidney Transplant Recipients - A Risk Analysis.  Accepted to the American Society of Transplantation Transplant Congress, Boston, MA, 2006.

38) Golconda MS, de Mattos AM, Dewey KA, Houghton DC, Prather JC, Shibagaki Y, Keith DS, Mogilishetty G, Olyaei AJ, Barry JM, and Norman DJ.  Is it Possible to Identify Renal Transplant Recipients at Risk for Subclinical Rejection?  Proceedings of the American Society of Transplantation Transplant Congress, Boston, MA, 2004.

39) Golconda MS, de Mattos AM, Dewey KA, Houghton DC, Prather JC, Shibagaki Y,

CV: Ali J. Olyaei, PharmD, BCPS

Keith DS, Mogilishetty G, Olyaei AJ, Barry JM, and Norman DJ.  Mycophenolate Mofetil Reduces the Risk for Subclinical Rejection in Deceased Donor Renal Transplant Recipients with a Cold Ischemia Time Greater than 24 Hours.  3rd International Congress on Immunosuppression, San Diego, CA, 2004.

40) Govil A, Golconda MS, Olyaei AJ, Prather JC, MittalHenkle A, Barry JM, and Norman DJ.  Calcineurin Inhibitor Withdrawl in HLA-Identical Sibling Kidney Transplant Recipients: a 1-Year Single Center Experience.  Accepted to the American Society of Transplantation Transplant Congress, Boston, MA, 2006.

41) Govil A, Norman DJ, Golconda MS, Prather JC, Olyaei AJ, MittalHenkle A, Barry JM, and de Mattos AM.  Risk Factors Associated with Cardiac Events Post Kidney Transplantation: Importance of Modifiable Risk Factors.  Accepted to the American Society of Transplantation Transplant Congress, Boston, MA, 2006.

42) Mogilishetty G, Prather JC, Olyaei AJ, Golconda MS, Barry JM, Norman DJ, Chung JS, and de Mattos AM.  Steroid Withdrawal is Associated with Improved Patient Survival in Stable Renal Transplant Recipients.  Proceedings of the American Society of Transplantation Transplant Congress, Boston, MA, 2004.

43) Olyaei AJ, Wahba I, Norman DJ, Barry JM, Bennett WM, de Mattos AM.  Effect of CMV prophylaxis with ganciclovir in a cohort of high risk transplant recipients.  American Society of Nephrology, 32nd Annual Meeting, Miami Beach, FL. November, 1999

44) Olyaei AJ, de Mattos AM, Beltran JT, Norman DJ, Bennett WM. Comparative study of Tacrolimus and Cyclosporine for prevention of acute rejection in renal transplant recipients.  American Society of Nephrology 31st Annual Meeting, Philadelphia, PA. October, 1998.

45) Prather JC, Golconda MS, Olyaei AJ, Rivinus AM, Mogilishetty G, Barry JM, Norman DJ, and de Mattos AM.  Cardiovascular Risk Factor Profile in Women Recipients of Renal Transplant: Differences Between Tacrolimus (TAC) and Cyclosporin A (CSA).  Proceedings of the American Society of Transplantation Transplant Congress, Boston, MA, 2004.

46) Prather JC, Dewey KA, de Mattos AM, Golconda MS, Olyaei AJ, Barry JM, and Norman DJ.  Differences in Cardiovascular Risk Factor Profiles in Women Post-renal Transplant: Tacrolimus Vs. Cyclosporin A.  3rd International Congress on Immunosuppression, San Diego, CA, 2004.

47) Rabkin JM, Orloff SL, Corless CL, Benner KG, Flora KD, Rosen HR, Olyaei AJ: "Liver Transplantation in American Veterans, Liver Transplantation." 2000, 6(3):C-48.

CV: Ali J. Olyaei, PharmD, BCPS

48) Gopal D, Rabkin JM, Bark B, Corless CL, Olyaei AJ, Orloff SL, Rosen HR: "Treatment Of Progressive HCV Recurrence Post Liver Transplantation With Combination Interferon Plus Ribavirin." Transplantation, 2000, 69(8):S312.

49) Rabkin JM, Orloff SL, Corless CL, Brown E, Rosen HR, Olyaei AJ: "Ganciclovir Does Not Increase The Risk Of HCV Recurrence After Liver Transplantation." Transplantation, 2000, 69(8):S319.

50) Rabkin JM, Olyaei AJ, Corless CL, deMattos AM, Orloff SL, Rosen HR, Nichols CR. "Rituximab Is Safe And Effective For The Treatment Of Posttransplant Lymphoproliferative Disease." Transplantation, 2000, 69(8):S321.

51) Rabkin JM, Orloff SL, Corless CL, Benner KG, Flora KD, Rosen HR, Olyaei AJ: "Calcineurin Inhibitor Outcome And Cost Comparative Study." Transplantation Society, Rome, Italy, August 27 - Sept.1, 2000.

52) Rabkin JM, Orloff SL, Corless CL, Benner KG, Flora KD, Rosen HR, Olyaei AJ: "CMV Prophylaxis In The CMV High Risk Liver Transplant Recipient." Transplantation Society, Rome, Italy, August 27 - Sept.1, 2000.

53) Busch AM, Ruimy RJW, Olyaei AJ, Rabkin JM: "Resource Utilization Post Liver Transplantation In A Veteran Population." International Transplant Nurses Society, Las Vegas, NV, September 7, 2000.

54) Rabkin JM, Rosen HR, Corless CL, Olyaei AJ: "Late Mortality In Adult Liver Transplant Recipients." North Pacific Surgical Association, Coeur d'Alene, Idaho, November 10-11,

55) Soule JL, Olyaei A, Schwartz JM, et al. Recurrent hepatitis C is a risk factor for poor outcome after liver retransplantation. Hepatology, 2005;42:484A. [Abstract #733]

56) Horn D, Fishman JA, Anaissie E, Steinbach W, Marr K, Pfaller M, Olyaei, Weiss M, Neofytos D. "PATH Alliance®: A Comprehensive Registry of Patients with Invasive Fungal Infections", FOF 2006, Las Vegas, NV.

57) Prophylactic Therapy for Cytomegalovirus in Liver Transplant Recipients: A Single Center Experience with Oral Ganciclovir versus Valganciclovir Olyaei AJ , Strasfeld L , Barnes P. IDSA 2008 (submitted)

58) Dosing of Antifungal Therapy in Dialysis Dependent Patients Olyaei AJ , Strasfeld L , Horn DL, Anaissie EJ , Steinbach WJ, Marr KA, Fishman JA, Pfaller MA,Webster KM , IDSA 2008 (submitted)

59) Initial Comparisons Of Performing Routine Surveillance Protocol Biopsies VS No

CV: Ali J. Olyaei, PharmD, BCPS

Surveillance Biopsies: Analysis Of The Mycophenolic Acid Observational Renal Transplant (MORE) Registry, **Ali Olyaei, PharmD, BCPS\*,** Laurence Chan, MD, PhD, Anne Wiland, Kevin M. Mccague and Richard W. Carson, MD.. ACCP's 2010 Annual Meeting, October 17–20,

60) Early Outcome Analysis of the Mycophenolic Acid Observational Renal Transplant (MORE) Registry: Initial Comparisons of EC-MPS (Myfortic®) and MMF (CellCept®, L. Chan, A. **Olyaei**, K. Ueda, B. Nibhanupudy, L. Ratner, E. Greer, P. Lake, A. Wiland , ACCP's 2010 Annual Meeting, October 17–20

61) Impact of Diabetes Mellitus (DM) on Treatment Outcome of Nosocomial pneumonia (NP) caused by methicillin resistant Staphylococcus aureus (MRSA) treated with Linezolid or Vancomycin **Ali Olyaei**, Pinaki Biswas, Chris Paap, Diane Ruzzi, David B. Huang, Ozlem Equils. Vancouver, British Columbia, Canada on October 21-24, 2010.

62) A Comparative Study of Intravenous versus Oral N-Acetylcysteine for the Prevention of Contrast-Induced Nephropathy, Tess Nishida, PharmD, Jessica Steffl, PharmD, BCPS, **Ali Olyaei, PharmD, BCPS**, Oregon Health & Science University Hospitals and Clinics, Portland, OR. OSHP 2011, 2011 Annual Seminar Sunriver Conference Center, Sunriver, OR. April 9-11

63) A Single Center, Retrospective Study of Cytomegalovirus Infections in High Risk Renal Transplant Recipients (D+/R-); Risk Factors and Outcome, Joe Evans Pharm D Candidate 2011, Huy Nguyen PharmD Candidate 2011, Jess Steffl, PharmD1,2, **Ali Olyaei PharmD**. OSHP 2011, 2011 Annual Seminar Sunriver Conference Center, Sunriver, OR. April 9-11

64) Pediatric Dosage Calculation: Valganciclovir Pharmacokinetic Profiling in Pediatric Renal Transplant Recipients, Ben Kong, Pharm.D. Candidate, Tammy Chan, Pharm.D. Candidate, **Ali Olyaei, Pharm.D**., Myrna Y. Munar, Pharm.D., Amira Al-Uzri, MD, MCR OSHP 2011, 2011 Annual Seminar Sunriver Conference Center, Sunriver, April 9-11

**Invited Lectures, Conference Presentations or Professorships:**

<u>International</u>

Update on cardiovascular toxicity of immunosuppressive agents

CV: Ali J. Olyaei, PharmD, BCPS
ATS Meeting, Toronto, Canada, 2008

Pushing the Limits: Steroid Sparing Protocols in Renal Transplant Recipients. European Society of Organ Transplantation (ESOT), Geneva, Switzerland 2005

Treatment of Hypertension, Diabetes and Hyperlipidemia in Transplant patients
ITNS Meeting Vancouver BC, Canada, 2004

Death with Functioning Graft; Minimising the Loss How much are Lipids to Blame?
XX International Transplant Society, Vienna-Austria 2004

Treatment of PTDM Complications In Transplant Patients
5th Annual Fujisawa Meeting, Miyazaki, 2004

Update on Pharmacoecnomic of Immunosuppressants
XVII International Transplant Society, Rome Italy, 2000

HCV Infection in Liver Transplant Recipients
ITNS Meeting, Toronto, Canada, 1999

Advances in Transplantation
ITNS Meeting Toronto, Canada, 1999

Generic Immunosuppressants; Should You Be Worried?
International Transplant Society, Montreal, Canada, 1998

National

**PRESENTATION 2011:**
**Olyaei AJ**, Drug Interactions Update
Oregon Dept of Corrections Provider Meeting, Salem Oregon, 2011

**Olyaei AJ** Cardiovascular Drug Interactions Update
 Department of Cardiology, Oregon 2011

**Olyaei AJ** Clinical Nephrotoxins,
Oregon Society of Hospitalists, Portland Oregon 2011

**Olyaei AJ** Drug Interactions Update
Providence Medical Center, Portland Oregon 2011

**Olyaei AJ** Clinical Nephrotoxins,
OHSU Grand Round, Portland Oregon 2011

**Olyaei AJ:** Update on Treatment of Hypertension

CV: Ali J. Olyaei, PharmD, BCPS
Family Practice Review Course, Portland, 2011

**Olyaei AJ:** Drug Interactions for Primary Care
Providers Family Practice Review Course, Portland, 2011

**Olyaei AJ:** Update on Treatment of Hypertension
Internal Medicine Review Course, Portland, Oregon, 2011

**Olyaei AJ:** Drug Interactions for Primary Care Providers,
Internal Medicine Review Course, Portland, Oregon, 2011

**Olyaei AJ.** Use of Statins in Chronic Kidney Disease
Portland, Oregon, 2011

**Olyaei AJ.** Cardiovascular Disease in Transplant Recipients,
OHSU Portland, Oregon, 2011

**Olyaei AJ**. Immunosuppressants, Great expectations and no data,
University of Kansas, KC 2011

**Olyaei AJ.** CMV Infection in Kidney Transplant Recipients, Where is the beef? University of
Colorado, Denver, 2011

**Olyaei AJ.** Update on Nephrotoxins
VA Hospital noon conference, Portland, Oregon, 2011

**Olyaei AJ.** Pharmacology of Antiplatelets and Anticoagulation
VA Hospital noon conference, Portland, Oregon, 2011

**Olyaei AJ**, Drug Dosing in Chronic Kidney Disease
NKF. Miami, FL 2011

**Olyaei AJ**. Hypertension Update for Pharmacists.
PSOP, Portland, Oregon 2011

**Olyaei AJ.** Newer Immunosuppressants
University of Davis, Sacramento, CA 2011

**Olyaei AJ.**  Cardiovascular Toxicity of Immunosuppressive Drugs
Renal Conf Ground Rounds, Chicago, IL, 2004

**Olyaei AJ.**  Nephrotoxicity Of COX-II Inhibitors
Renal Conf Ground Rounds, UCLA Medical Center, Ca, 2004

**Olyaei AJ.**  Pain Management in critically Ill Patients

CV: Ali J. Olyaei, PharmD, BCPS
Medical Ground Rounds, HI 2004

**Olyaei AJ.** Nephrotoxicity Of COX-II Inhibitors
Renal Conf Ground Rounds, USC and VA Hospital Ca, 2004

**Olyaei AJ.** Drug-Drug Interactions for Nephrologists
Renal Conf Ground Rounds, UCLA Medical Center, Ca, 2004

**Olyaei AJ.** Cardiovascular Toxicity of NSAIDs
Renal Conf Ground Rounds, Scripts Ca, 2004

**Olyaei AJ.** Nephrotoxicins
ITNS Meeting, Phoenix, AZ 2003

**Olyaei AJ.** Steroids free Protocols in Renal Transplantation
ITNS Meeting, Phoenix, AZ 2003

**Olyaei AJ.** CMV infection in Solid Organ Transplantation
Transplant Ground Rounds, OHSU, 2001

**Olyaei AJ.** Immunology of Transplantation
ACCP, New Mexico, 2002

**Olyaei AJ.** Treatment of Hypertension
ACCP, New Mexico, 2002

**Olyaei AJ.** Treatment Strategy for Long-Term HCV Patients
CSHP, Orange County, 2002

**Olyaei AJ.** Immunosuppressive Drugs for BMT Recipients
University of Nebraska Medical Center, 2002

**Olyaei AJ.** Anti-Hypertensive Drug-Drug Interactions
ASN meeting, San Francisco, CA, 2001

**Olyaei AJ.** Prophylactic Anti-Fungal Therapy in ICU Patients
Swedish Medical Center, WA, 2001

**Olyaei AJ.** Treatment of Common Fungal Infections in ICU Patients
Sacred Heart Medical Center, Spoken, WA, 2001

**Olyaei AJ.** Pre-Emptive Anti-Fungal Therapy in ICU Patients
International Nurses Society, Las Vegas, NV, 2000

CV: Ali J. Olyaei, PharmD, BCPS

Immunobiology of Acute and Chronic Rejection:
University of California Davis, Sacramento, CA, 2000

Advances in Transplantation
ITNS Meeting Toronto, Canada, 1999

Fungal Infection in Liver Transplant Recipients
TSHP, Houston, TX, 1999

Immunology of Acute Allograft Rejection
Claritan Health Partners, Methodist Hospital, IN, 1999

HCV Infection in Liver Transplant Recipients
Yakima, WA, 1999

Advances in Immunosuppressive Therapy
International Nursing Transplant Society, Birmingham, Alabama , 1998

Immunology and Pharmacology of Acute Rejection
ITNS, Atlanta, Georgia, 1997

Short Course in Transplanation
ASN, San Antonio, Texas, 1997

Commonly Used Drug in Transplantation
ITNS, New Orleans, 1996

Regional and Local

OSHP Annual Meeting 2010: Update on Antithrombotic Agents, Lincoln City, Oregon

Internal Medicine Review 2010; Drug Interactions: "What every Physician Needs to Know", Portland, Oregon

Family Practice Review 2010; Drug Interactions: "What every Physician Needs to Know", Portland, Oregon

Advances in Immunosuppressive Drugs
National VA Hospital and Medical Centers, 2008

Cardiovascular Toxicity of TZD; something new or just an old problem
Roseberg Society of Pharmacists 2007

CV: Ali J. Olyaei, PharmD, BCPS
Advances in Immunosuppressive Drugs
        National VA Hospital and Medical Centers, Portland 2007

Family Medicine Review 2007; Drug Interactions: "What every Physician Needs to Know",
Portland, Oregon

Hypertension and Drug-induced diabetes
Nephrology Day, Portland, Oregon, 2007

Internal Medicine Review 2007; Drug Interactions: "What every Physician Needs to Know",
Portland, Oregon

Nephrotoxins 2006; Something New, something Old
Nephrology Day, Portland, Oregon

        Advances in Immunosuppressive Drugs
        National VA Hospital and Medical Centers, 2006

Family Medicine Review 2006; Drug Interactions: "What every Physician Needs to Know",
Portland, Oregon

Cardiovascular and Nephrotoxicity of COX-II Inhibitors
        Renal Conf  Ground Rounds, Albany General Hospital, Oregon, 2002

        Management of Amphotericin-B Nephrotoxicity
        Salem Hospital, Salem, Oregon, 2002

Methadone Past, Present & Future
Pharmacy Ground Rounds 2002

CMV infection in Solid Organ Transplantation
        Transplant Ground Rounds, OHSU, 2001

        Update on Treatment of Hepatitis C
        Oregon Society of Health-System Pharmacists, Bend, Oregon, 2001

        Nephrotoxicity of COX II Inhibitors
        Ground Rounds, Corvallis GSH, OR. 2001

        Advances in Immunosuppressive Drugs
        Transplant Ground Rounds, OHSU, 2001

        Nephrotoxicity of Amphotericin B
        Nephrology Ground Rounds, OHSU, 2001

CV: Ali J. Olyaei, PharmD, BCPS

Treatment of "Immunosuppressive Disease"
Transplant Ground Rounds, OHSU, 2000


Treatment of Common Fungal Infection in ICU Patients
Asante Health System, Medford, Oregon, 2000

Nephrotoxicity of Amphotericin B
Nephrology Ground Rounds, OHSU, 2000

New Immunosuppressive Drugs
Kaiser, Portland, Oregon, 2000

Advances in Immunosuppressive Drugs
Transplant Ground Rounds, OHSU, 2000

Advances in Immunosuppressive Drugs
Transplant Ground Rounds, OHSU, 2000

Association of Fungal Infection and Increased Mortality in Liver Transplant Recipients
Oregon Society of Health-System Pharmacists, Bend, Oregon, 1999

Immunosuppressive Agents in Renal Transplantation
Good Samaritan Hospital, Portland, 1999

Viral Hepatitis
Oregon State University, Corvallis, 1999

Organ Transplantation: Vascular Access and Infusion Therapy
Intravenous Nursing Society, GSH, Portland, 1999

Advances in Immunosuppressive Drugs
Transplant Ground Rounds, OHSU, Portland, 1999

Overview of Organ Transplantation
Good Samaritan Hospital, Portland, 1999

ABCs of HCV
Portland Society of Professional Pharmacist, Portland, 1999

Hepatits A-Z
Oregon Society of Health-System Pharmacists, Lincoln City, Oregon, 1999

Complications of Hepatitis C

CV: Ali J. Olyaei, PharmD, BCPS
>Portland Society of Profession Pharmacy, Portland, 1999


Treatment of Hepatitis C
>Amgen/Fred Meyer, Portland, Oregon, 1999

Pharmacoeconomics of Immunosuppressive Drugs in Renal Transplant Recipients
>Transplant Ground Rounds, OHSU, 1999

>Antibody Induction in Renal Transplant Recipients

Transplant Ground Rounds, OHSU, 1999

The Management of Patients with Renal Dysfunction
>Oregon Society of Health-System Pharmacists, 1999

Transplantation Immunology and Pharmacology

ITNS, Portland, Oregon, 1999

ABC's of Hypertension in Renal Transplant Recipients
>Transplant Ground Rounds, OHSU, 1998

CMV infection; Oral or IV Ganciclovir?
>Liver Transplant Ground Rounds, OHSU, 1998

>Pharmacology of General Care in Nursing; Pain, Fever, Nausea and Vomiting

Oregon Health Sciences University, School of Nursing  1996

>Pharmacology and Therapeutic Use of Drugs in Cardiovascular Disorders

Oregon Health Sciences University, School of Nursing, 1996

>Infectious Disease for Nurse Practitioners

Oregon Health Sciences University, School of Nursing, 1996

>Pharmacotherapy of Psychiatric Disorders

Oregon Health Sciences University, School of Nursing, 1996

>Cyclosporine Induction Vs Anti-lymphocyte Induction in Liver Transplantation

Portland Surgical Society, 1996

>Clinical Use of Immunosuppressive Agents in Liver Transplantation
>Liver Transplant Ground Rounds, OHSU, 1996

>Mycophenolate Mofetil in Liver Transplantation
>Liver Transplant Grand Rounds, OHSU, 1996

CV: Ali J. Olyaei, PharmD, BCPS

A Strategy for Controlling Hepatitis A:
        Who Should Receive Hepatitis A Vaccine?
        Pharmacy Teaching Conference, OHSU, 1996

        Pharmacology and Pharmacokinetics of Mycophenolate Mofetil
        Transplant Grand Rounds, OHSU, 1995

        CMV Infection in Liver Transplant Recipients of Matches and
        Mismatches Portland Surgical Society, Portland, 1995

        Clinical Application of Immunosuppressants
        Oregon Council on Renal Nutrition, 1995

        Advances in the Pharmacotherapy of Organ Transplant
        Transplant Grand Rounds, OHSU, 1995

        Biochemistry and Cell Biology of Hepatocytes
        Oregon Society of Health-System Pharmacists, 1994

        Complications of End Stage Liver Diseases
        Oregon Society of Health-System Pharmacists, 1994

CV: Ali J. Olyaei, PharmD, BCPS

**V. SERVICE**

*Membership in Professional Societies:*

> Member, International Transplant Society
> Member, Professional Society of Pharmacists
> Member, American Society of Hospital Pharmacists
> Member, Oregon Pharmaceutical Association
> Member, American Red Cross
> Chairperson, Blood Drive 1988
> Member, American College of Clinical Pharmacy
> Member, American Pharmaceutical Association
> Member, International Transplant Nurse Society

*Editorial and Ad Hoc Review Activities*:

> **Editor and Editorial Board**
> Pharmacy Times (**Editor 3 years**)
> Transplant FAX (**Editor 1 year**)
> Clinical American Journal of Nephrology (**Editorial Board**)
> Transplantation Progress (**Editorial Board**)
> Drug Safety (**Editorial Board**)
> Journal of Internet Nephrology (**Editorial Board**)
> Journal of Lipidiology (**Editorial Board**)
> World Journal of Nephrology (WJN) (**Editorial Board**)
> Journal of Nephrology & Therapeutics (**Editorial Board**)
>
> **Reviewer**
> Annals of Pharmacotherapy
> Pharmacotherapy
> American Journal of Nephrology
> American Journal of Kidney Disease
> Clinical American Journal of Nephrology
> Renal Failure
> Pharmacy Times
> US Pharmacist
> UHC
> Transplantation Progress
> Drugs
> Nephrology, Hypertension and Transplantation
> Liver Transplantation

CV: Ali J. Olyaei, PharmD, BCPS

**Clinical Responsibilities (since last promotion):**

As a clinical pharmacist, share responsibility with other health care providers for the provision of individual and community-centered care to promote health. This includes:

I)   Disease Prevention and Patient care and Education (30%):
   a. Teaching patients and their caregivers to use drugs in the safest and most effective way. (10%)
   b. Helping patients and their caregivers take an active role in managing their drug therapy. (5%)
   c. Evaluating and managing drug regimens for appropriateness of choice (including safety, effectiveness, cost and stability for the individual), necessity, omissions, drug interactions, adverse effects, dosing, duration, and contraindications.(5%)
   d. Participating in disease prevention, detection and health promotion programs (5%)
   e. On behalf of individuals and communities, advocating the safe and effective use of drugs to other healthcare professional. (10%)

II)  Research (30%):
   a. Conduct original research projects of significance in Nephrology and Clinical Transplantation. (20%)
   b. Submit grant proposal for research projects in the area of transplant pharmacokinetic and pharmacodynamics. (5%)
   c. Director of Clinical research (10%)

III) Education (30%):
   a. Assist with clinical education activities and teach in number of courses including pathophysiology, Applied Therapeutics and Pharmacokinetics. (15%)
   b. Educating General Surgery residents, Nephrology Fellows and Pharmacy Residents during Abdominal Transplantation and IM rotations. (10%)
   c. Engage in dissemination of clinical pharmacology to improve health status of the society. (5%)

CV: Ali J. Olyaei, PharmD, BCPS

## VI. TEACHING (OHSU Educators Portfolio):

**Overview of your Role as an Educator:**

a) In-service lectures to Medical staff, Fellows, Residents and Pharmacy and Nursing Students.

b) Helping Transplant Fellows to develop specialized knowledge and skills enabling the provision of a higher level of patient care in transplantation.

c) Involved in designing advanced practice experience for Doctor of Pharmacy students.

d) Help residency and fellowship project, provide introduction to research methodologies; and/or practice/management evaluation.

e) Teach in the classroom, clinical case-based laboratories, for Pharm.D students completing experiential rotations.

f) Focus of experiential components in patient care; emersion into progressive clinical environments where there is substantial opportunity for direct patient care and consultation.

**Morning Report Presentation**

In-service lectures to Medical Interns, Residents and Hospital Medicine Staffs during morning report both University Hospital and VA Medical Center.

Anticoagulation
- Enoxaparin Guidelines
- Treatment of DVT and PE by Heparin Protocol
- Management of patients with  Elevated INR
- OHSU DVT Protocol
- Warfarin Dosing Before Surgery
- How to initiate Warfarin
- How to adjust Warfarin

Critical Care
- Conivaptan for the treatment of SIADH

Electrolytes
- Issues in the Treatment of Hyperkalemia
- Drug-Induced Hyperkalemia
- Electrolyte Replacement Protocol
- Hyperkalemia

CV: Ali J. Olyaei, PharmD, BCPS
- Treatment of SIADH

Gastrointestinal
- Drugs and LFT's Monitoring
- Guidelines for the Treatment of C.Difficile
- IBD Agents
- NV for Non-Cancer Patients
- Treatment of Pruritis In Cholestatic Liver Disease
- Statins and Liver Toxicity
- Treatment of Constipation
- Treatment of H.Pylori
- Albumin Use and Paracentesis
- Pegylated Inteferon and Ribavirin Therapy
- Rifaximin for the treatment of  Hepatic Encephalopathy

**Nephrology**
- Antibiotic Dosing in Renal Imparment
- Colchicine Toxicity
- Darbepoetin
- Diuretic
- Drug-Induced Hyperkalemia
- Electrolyte Replacement Protocol
- OHSU Protocol for Aranesp
- Prevention of Contrast-Induced Nephropathy
- HIV Meds and Renal Failure
- Dosing of Anti-Gout Drugs in Renal Disease
- Antiviral Drug-Induced Kidney Injury
- Drug Dosing in CWHD
- Treatment of Hepatorenal Syndrome
- Treatment of SIADH
-  Injectable Iron Preperations

**Psych/CNS/Neuro**
- Anticonvulsants TDM
- Benzodiazepine Drug Withdrawal Taper
- Comparison of Duloxetine & Other Commonly Used Antidepressants
- Drugs for the Treatment of Insomnia
- Heroin Addiction
- Important Notes About Phenytonin Dosing
- Monitoring the Metabolic Effects of Atypical Antipsychotics
- Side Effects of Atypical Anti-Psychotic Agents
- Steroid-Induced Psychosis

CV: Ali J. Olyaei, PharmD, BCPS

**Cardiovascular**
- Cardovascular TDM
- CHF and Drugs
- Role of Beta Blockers in CHF
- Treatment of Hypertension
- Hypertension Algorithm in DM Patients
- Appropriate Dose of Asprin
- Cardiovascular Toxicity of NSAIDs

**Endocrine**
- Blood Glucose and Steroid Therapy
- CHF and Drugs
- Differences Among PDE5 Inhibitors
- DM and ARB
- DM Drug Class
- Drug-Induced Hypoglycemia
- Eplerenone
- Fenofibrate Vs Gemfibrozil
- Steroids Stress Dose
- Thiazolidinedione
- Pramlintide (Symlin)
- Hypercalcemia Algorithm
- Hypertension Algorithm in DM Patients
- Treatment of SIADH

**General Care**
- Drug-Induced Fever
- Drug Interaction Overview
- Drug Therapy of Hiccups
- NV Non-Cancer Patients
- Prevention of Contrast-Induces Nephropathy
- Treatment of Constipation
- Vancomycin Dosing and Monitoring in Adults
- Vancomycin (Morning Report)
- Warfarin Protocol
- Perioperative Steroid Coverage
- Cyanocobalam - Vitamin B12
- Smoking Cessation

**Infectious Disease**
- Anti-TB
- Antibiotic Dosing in Renal Imparment

CV: Ali J. Olyaei, PharmD, BCPS
- Anti-Flu Agents
- Azole Cross-Resistance
- Daptomycin
- Drug-Induced Fever
- Drugs for the Treatment of Flu
- Fluoroquinolone
- Foscarnet for ganciclovir-resistant CMV infection
- Oral TMP-SMX for the treatment of MRSA Infections
- Penicillin P and B (Drug Labeling & Safety)
- Steroids Stress Dose
- Tobramycin Guideline
- Vancomycin Dosing and Monitoring in Adult Patients
- Aminoglycoside Dosing Guideline
- Cystic Fibrosis Tobramycin Dosing Guidelines
- Monitoring TB Medications
- Comparison of Anti-Viral Drugs for HVB Invection
- Monitoring Guidelines for Parenteral Antimicrobial Therapy


**Other Educational Activity :**

Oregon State University
Pathophysiology Lectures
5th Year Doctor of Pharmacy
Inflammatory Bowel Disease (2 hr)

Oregon State University
Pathophysiology Lectures
5th Year Doctor of Pharmacy
Hepatitis A-Z (2 hrs)

Oregon State University
Pathophysiology Lectures
5th Year Doctor of Pharmacy
End stage Liver Disease (2 hrs)

Oregon State University
Pathophysiology Lectures
5th Year Doctor of Pharmacy
Clinical Immunology/Transplantation (2 hrs)

Oregon State University
Pathophysiology Lectures
5th Year Doctor of Pharmacy

CV: Ali J. Olyaei, PharmD, BCPS
Liver Function Tests (1 hr)

Oregon State University
Pathophysiology Lectures
5th Year Doctor of Pharmacy
Acute Rejection (1 hr)

Oregon State University
Pharmacokinetics Lectures
5th Year Doctor of Pharmacy
Amphotericin B Nephrotoxicity (1 hr)

Oregon State University
Pharmacokinetics Lectures
5th Year Doctor of Pharmacy
Pharmacokinetics of Anti-Fungal  (1 hr)

Oregon State University
Pharmacokinetics Lectures
5th Year Doctor of Pharmacy
Pharmacokinetics of Cyclosporine (1hr)

Oregon State University
Pharmacokinetics Lectures
5th Year Doctor of Pharmacy
Pharmacokintics of Tacrolimus (1 hr)

Oregon State University
Therapeutic Lectures
5th Year Doctor of Pharmacy
Renal pathophysiology and therapeutics (8 hr)

Oregon Health & Sciences University
Nephrology Reading Conference (2 hrs)

Oregon Health & Sciences University
Transplant Conference (2 hrs)

Oregon Health Sciences University
Pharmacology: 3th Year Nursing School (8 hr)

Oregon Health Sciences University
Pharmacology: 3th Year Nursing School (8 hr)

Oregon Health Sciences University

CV: Ali J. Olyaei, PharmD, BCPS
      Pharmacology 519. Advanced Nurse Pract. Nursing School (50 hr)


**Past and Recent Residents:**

| Residency Class | Resident | Location |
|---|---|---|
| 2010-11 | Evelyn Handel | Oncology PGY-2Resident |
| 2010-11 | Tess Nishida | University of Washington OR Pharmacist |
| 2010-11 | Leanne Svoboda | Current  Resident |
| 2010-11 | Bruce Warden | OHSU-HF Ambulatory Care MTM |
| 2010-11 | Josh Wiegel | OHSU-Hepatitis C Ambulatory Care MTM |
| 2009-10 | Sarah Adams | OHSU – Ambulatory Care MTM |
| 2009-10 | Jesse Bierman | OHSU – Clinical Pharmacist |
| 2009-10 | Mallory Heath | OHSU – Clinical Pharmacist |
| 2009-10 | Kate Palmer | PGY-2 Administration Cedar Sinai |
| 2009-10 | Greg Roberti | OHSU – Clinical Pharmacist |
| 2008-09 | Roger Clark, Jr. | OHSU – Clinical Pharmacist |
| 2008-09 | Susie Jiing | OHSU – Oncology Clinical Pharmacist |
| 2008-09 | Nathan Johnson | OHSU – Clinical Pharmacist |
| 2008-09 | Katherine Miller | Inpatient Operations Manager United Hospital, MN |
| 2008-09 | Colleen Shipman | OHSU – Clinical Pharmacist |
| 2008-09 | Amanda Sweet | Froedter Hospital, WI -  Clinical Pharmacist |
| 2007-08 | Danielle Mollet | Providence Hospital, Olympia WA – ED Clinical Pharmacist |
| 2007-08 | Nicole Peterson | Florida – Critical Care Clinical Pharmacist |
| 2007-08 | Jessica Steffl | OHSU – Clinical Pharmacist |
| 2007-08 | Nora Talley | Austin, TX – Clinical Pharmacist |
| 2007-08 | Jessica Tilley | Denver, CO – Clinical Pharmacist |
| 2006-07 | Teresa Anekwe | Dept of Defense, San Antonio, TX – Formulary Pharmacist |
| 2006-07 | Bronwyn Dedekind | Newberg Hopistal |
| 2006-07 | Justin Konkol | Operations Manager in WI |
| 2006-07 | Rebecca Lines | DI/DP Pharmacist and PGY-1 RPD OHSU |
| 2005-06 | Bryan Brock | Clinical Pharmacist OHSU |
| 2005-06 | Travis Laselle | Clinical Pharmacist Sacred Heart Spokane, WA |
| 2005-06 | Karie Vanrens | Pharmacist OHSU |
| 2004-05 | Leigh Fleming | ??? |
| 2004-05 | Katarzyna Mazur | Clinical Coordinator Legacy Salmon Creek, WA |
| 2004-05 | Erin Templin | Clinical Pharmacist, Legacy Emmanuel Portland, OR |
| 2003-04 | Gabriel Bartoo | Clinical Pharmacist, Alabama |
| 2003-04 | Betsy Bierman | Clinical Pharmacist Legacy Good Sam Portland, OR |
| 2003-04 | Melissa Yates | Hopkinsville, Kentucky. |
| 2002-03 | Marcella Barta | ?? |

CV: Ali J. Olyaei, PharmD, BCPS

| 2002-03 | Erin Smith | Clinical Pharmacist OHSU |
| 2001-02 | Justin Nicholls | Clinical Pharmacist Providence |
| 2000-01 | Elena Valcarlos | Clinical Coordinator Legacy Emmanuel Portland, OR |
| 1999-2000 | Anne Poon | Clinical Pharmacist UW |
| 1997-98 | Alane Nakamura | ?? |
| 1995-96 | Emily Dierker | Kaiser Permanente Northwest Division, Portland, OR |
| 1994-95 | Mark Jurovich | Juro's Medical, Montana |
| 1994-95 | Shiow Lee | ?? |

**PGY-1 Pharmacy Practice Residency: Residents' Major Projects**

| Residency Class | Resident | Major Project |
|---|---|---|
| 2010-11 | Tess Nishida | A Comparative Study of Intravenous versus Oral N-acetylcysteine for Prevention of Contrast-Induced Nephropathy |
| 2010-11 | Leanne Svoboda | Erythropoietin stimulating agent (ESA) evaluation and use in CKD patients; Development of guidelines and protocol to improve inpatient utilization of ESA |
| 2009-10 | Jesse Bierman | Comparing the outcomes and cost of custom-made replacement fluid to pre-made replacement fluid for continuous renal replacement therapy |
| 2008-09 | Nathan Johnson | Development of vancomycin dosing and monitoring guidelines |
| 2008-09 | Amanda Sweet | Implementation of an inpatient anticoagulation program |
| 2007-08 | Jessica Tilley | Development and implementation of a health-system pharmacy intern curriculum toolkit |
| 2006-07 | Teresa Anekwe | A prospective evaluation of the use of antifungal therapy in immunocompromised patients at OHSU |
| 2006-07 | Rebecca Lines | Venous thrombosis prophylaxis protocol implementation and assessment at OHSU |
| 2004-05 | Katarzyna Mazur | Effectiveness and safety of valganciclovir for CMV prophylaxis in liver transplant patients |
| 2002-03 | Marcella Barta | Effect of immunosuppressant regimens on the natural history of hepatitis C in liver transplant recipients |
| 2001-02 | Justin Nicholls | Chemotherapeutic dose-banding standardization |
| 2000-01 | Elena Valcarlos | Impact of a pharmacy generated dosing protocol on recombinant epoetin use |
| 1994-95 | Shiow Lee | Association of CMV antibody status, CMV infection and acute rejection in liver transplantation: a single center experience |

**Class Schedule Wed. 1300-1550 in SON 358 (Portland)**

CV: Ali J. Olyaei, PharmD, BCPS

| Topic | Faculty |
|---|---|
| Course Overview, Resource Access (Micromedex) Pharmacokinetics & Pharmacodynamics and online drug resources | Ali Olyaei, PharmD |
| Prescribing Analgesics: Pharmacologic management of acute and chronic pain | Ali Olyaei, PharmD |
| NP Prescriptive Authority; Oregon Rules and Regulations in Drug | Tracy Klein, WHCNP, FNP, Ali Olyaei, PharmD |
| Women's Health: Oral Contraceptives and Hormone Replacement Therapy | Jane Harrison-Hohner, WHNP, OHSU, Ali Olyaei, PharmD |
| Prescribing in Lactation and Pregnancy: | Kris Marcus, R. Ph, BCPS and Kate Farthing, Drug Information Center OHSU |
| Cardiac Drugs: Hypertension, Hyperlipidemia, Thrombotics | Ali Olyaei, PharmD |
| Drug Therapy for Anxiety and Depression, Hypnotics, ADHD | Margaret Scharf, PMHNP, OHSU, Ali Olyaei, PharmD |
| Pharmacology of Endocrine Disorders: Diabetes mellitus | Ali Olyaei, PharmD |
| Antibiotics, Antivirals, and Antifungals | Ali Olyaei, PharmD |

## NURS 519B Applied Pharmacology II Fall  2005, 2006 & 2007

| Topic | Faculty |
|---|---|
| GERD, Peptic Ulcer Disease and GI Medications | Ali Olyaei, PharmD |
| Drug-Induced Liver Disease and Treatment of Cirrhosis | Ali Olyaei, PharmD |
| Pharmacotherapy of Asthma and COPD | Justin Konkol, PharmD & Ali Olyaei, PharmD |
| Osteoprosis and Thyroid Disease | Ali Olyaei, PharmD |
| Osteo/Rhumatoid Arthritis and Gout | Ali Olyaei, PharmD |
| Drugs for Heart Failure | Ali Olyaei, PharmD |
| Antiplatelets and Drugs for Coagulation Disorders | Ali Olyaei, PharmD |
| Anticonvulsants | Ali Olyaei, PharmaD |
| Fluid and Electrolytes and Drug-Induced Kidney Disease | Ali Olyaei, PharmD |
| Antipsychotics | Ali Olyaei, PharmD |

**Effectiveness of Educational Activity:**

CV: Ali J. Olyaei, PharmD, BCPS

**Range from disagree 1 to agree 5**

|  | Quality of Instruction | Usefulness of Topic | Quality of Assigned Reading |
|---|---|---|---|
| Winter 2001 | 4.16/5 | 4.34/5 | 4.1/5 |
| Spring 2002 | 4.55/5 | 4.71/5 | 4.52/5 |
| Winter 2002 | 4.9/5 | 4.9/5 | 4.9/5 |
| Spring 2003 | 4.8/5 | 4.8/5 | 4.8/5 |
| Winter 2004 | 4.95/5 | 4.9/5 | 4.85/5 |
| Fall 2004 | 4.9/5 | 4.95/5 | 4.80/5 |
| Winter 2005 | 4.84/5 | 4.84/5 | 4.82/5 |
| Fall 2005 | 4.98/5 | 4.94/5 | 4.96/5 |
| Winter 2006 | 4.87/5 | 4.97/5 | 4.90/5 |

**Service and Membership of Educational Committees:**
International Transplant Nursing Society (ITNS)
Provide two days of pre-conference comprehensive pharmacotherapy for the treatment of
post-transplant complications.
a) Hypertension
b) Hyperlipidemia
c) Infection complications
d) Pharmacokinetics
e) Economics of transplantation
f) Generic drugs in transplantation

CV: Ali J. Olyaei, PharmD, BCPS
**Honors and Awards for Education:**

Oregon State University; School of Pharmacy
**Professor of the Year 2011 (P4)**

Oregon State University; School of Pharmacy
**Professor of the Year 2011 (P3)**

Oregon State University; School of Pharmacy
**Guest Professor of the Year 2010**

Oregon Health Sciences University; School of Nursing
**Distinguish Teaching Recognition Award 2009**

Oregon State University; School of Pharmacy
**Guest Professor of the Year 2009**

Oregon State University; School of Pharmacy
**Guest Professor of the Year 2008**

Oregon Health Sciences University; School of Nursing
**Distinguish Recognition Award 2008**

Oregon Health Sciences University
**Preceptor of the Year Award 2008**

Oregon Health Sciences University
**Preceptor of the Year Award 2007**

Oregon Society of Health-System Pharmacists
**Poster Presentation Award (Second Place) 2007**

Oregon Health Sciences University
**Preceptor of the Year Award 2006**

Oregon Health Sciences University
**School of Medicine; Chief Resident Teaching Award 2005**

Oregon Health Sciences University
**Preceptor of the Year Award 2005**

Oregon Health Sciences University
**Preceptor of the Year Award 2004**

Oregon Health Sciences University

CV: Ali J. Olyaei, PharmD, BCPS
>    Division of Urology
>    **Meritorious Service Award, 2001**
>
>    Oregon Society of Health-System Pharmacists
>    **Poster Presentation Award (First Place) 1999**
>
>    Professional Society of Pharmacists
>    **Pharmacist of the Year Award 1998**
>
>    Oregon Society of Health-System Pharmacists
>    **Poster Presentation Award (Second Place) 1998**
>
>    Oregon Society of Health-System Pharmacists
>    **Practitioner of the Year Award 1997**
>
>    Oregon Society of Health-System Pharmacists
>    **Poster Presentation Award (First Place) 1997**
>
>    Oregon Health Sciences University
>    **Preceptor of the Year Award 1995**
>
>    Oregon Health Sciences University
>    **Preceptor of the Year Award 1994**
>
>    University of Kansas
>    **Excellence in Clinical Pharmacy Award 1992**
>
>    Pacific Northwest Regional Blood
>    **Services Award 1987**
>
>    Oregon Health  and Sciences University
>    Recognized for Outstanding Service (ROSE) Award, 1994-2007
>    **53** times (Patients n= 41, Healthcare Providers and others and n=12)

**Collaborative Skills:**
>    Idaho State University
>    College of Pharmacy
>    Affiliate Faculty