# Exhibit 2

# All cases in which the witness testified as an expert at trial or by deposition in the past 4 years and statement of compensation to be paid

# TESTIMONIAL HISTORY

| NAME | Ali J. Olyaei, PharmD | DATE | 8/30/12 |

I.  PRESENT POSITION AND ADDRESS

| | |
|---|---|
| **Academic Rank:** | **Professor of Medicine and Pharmacy Practice** <br> **Director of Clinical Research** |
| **Department/ Division:** | **Nephrology & Hypertension** <br> **Oregon State University/Oregon Health & Sciences University** |
| **Professional Address:** | **3181 SW Sam Jackson Park Road** <br> **Portland, Oregon  97201** |
| **E-Mail Address:** | **olyaeia@ohsu.edu** |

Dr. Olyaei's expert testimony for the past four (4) years:

**Boles v. Jett, Medford Oregon 2012 (Court)**

**Moore v. Oregon Anesthesiology Group (Dr. Tcherven), Portland Oregon, 2011(Court)**

**Clossen vs Staple, Portland Oregon 2010 (Court)**

**Ferguson v. Seeley, Portland Oregon 2009 (Court)**

**Brannan vs Kaiser, State WA 2008 (deposition only)**

# FEE SCHEDULE
# VIOXX MDL LITIGATION

| | | | |
|---|---|---|---|
| **NAME** | Ali J. Olyaei, PharmD | **DATE** | 8/30/12 |

### I. PRESENT POSITION AND ADDRESS

| | |
|---|---|
| **Academic Rank:** | **Professor of Medicine and Pharmacy Practice** <br> **Director of Clinical Research** |
| **Department/ Division:** | **Nephrology & Hypertension** <br> **Oregon State University/Oregon Health & Sciences University** |
| **Professional Address:** | **3181 SW Sam Jackson Park Road** <br> **Portland, Oregon  97201** |
| **E-Mail Address:** | **olyaeia@ohsu.edu** |

Dr. Olyaei has received a $2000 retainer.  As a result of Dr. Olyaei's safety concerns for consumers, Dr. Olyaei declined to bill further for the preparation of his expert report.  Dr. Olyaei's fee schedule regarding travel, further research, and depositions. is as follows:

**Research: $350/hr but no more than $2000**

**Depositions: $500/hr**

**Traveling $1500/day**

**Expenses as incurred**