# Exhibit 3

# Materials relied upon by the witness

Dr. Olyaei has relied upon the materials listed in his report. He has also had an opportunity to review the expert reports filed on behalf of Merck.