**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**DECLARATION OF ALEX C. SPYROPOULOS, MD, FACP, FCCP, FRCPC**

My name is Alex C. Spyropoulos, MD, FACP, FCCP, FRCPC.  I am an Associate Professor of Medicine in the Division of Hematology and Oncology at the University of Rochester Medical Center and Director of the Clinical Thrombosis Program.  I have 15 years of experience in treating patients with thrombotic disorders.  My clinical and academic focus has been in patients with venous thromboembolic disease.  I have almost 100 peer-reviewed publications, over 250 invited national and international presentations on thromboembolic disease, and have been principal investigator, a member of the Steering Committee, or a member of the Data Safety Monitoring Board for multiple international clinical trials in thrombosis.

My opinions are expressed in detail in my attached report, in which I conclude, with a reasonable degree of scientific and medical probability, that the use of Vioxx is associated with an increased risk of venous thromboembolism.   There are biological mechanisms associating COX-2 inhibitors such as rofecoxib with venous thromboembolic disease.  There is an established association between arterial cardiovascular events/atherosclerotic disease and venous thromboembolism.  It is also my opinion that there was a probable systematic underestimation of venous thromboembolic events in the Vioxx clinical trials conducted by Merck and Co.

My expert report is attached, along with Exhibits 1, 2 and 3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. EXECUTED ON THIS 31st day of August, 2012.

Alex C. Spyropoulos, MD, FACP, FCCP, FRCPC

Alex C Spyropoulos, MD, FACP, FCCP, FRCPC
Associate Professor of Medicine
Division of Hematology/Oncology
University of Rochester Medical Center
James P Wilmot Cancer Center

**Introduction:** I am an Associate Professor of Medicine in the Division of Hematology and Oncology at the University of Rochester Medical Center and Director of the Clinical Thrombosis Program with 15 years of experience in treating patients with thrombotic disorders. My clinical expertise is in establishing large outpatient anticoagulation programs for patients who have active thromboembolic disease or are at risk for thromboembolic disease, and in this capacity I previously established one of the largest outpatient anticoagulation programs in the United States at Lovelace Health Systems in Albuquerque, New Mexico and helped to create a more improved and expanded outpatient anticoagulant program as Associate Professor of Medicine at McMaster University in Hamilton, Ontario, Canada. My clinical and academic focus has been in patients with venous thromboembolic disease, and towards this capacity I have almost 100 peer-reviewed publications, over 250 invited national and international presentations on thromboembolic disease, and have been principal investigator, a member of the Steering Committee, or a member of the Data Safety Monitoring Board for multiple international clinical trials in thrombosis. I am a member of multiple international organizations focusing on thromboembolic disease and a Fellow of the American College of Physicians, American College of Chest Physicians, and Royal College of Physicians and Surgeons of Canada. Please review my attached CV for additional information. I have been asked to address the possible relationship between a selective cyclooxygenase-2 inhibitor, Vioxx (rofecoxib), and venous thromboembolism.

**Background:** Cyclooxygenase (COX) is expressed at sites of inflammation and is the rate-limiting enzyme in the production of prostaglandins (PG), which in turn cause joint swelling and pain [1]. PG catalyzes the conversion of arachidonic acid into PG-H2, which in turn is rapidly converted into a variety of eicosanoids including prostacyclin (PGI2) and thromboxane A2 (TxA2). COX exists in two isoforms, COX-1 and COX-2. COX-1 is expressed in many tissues and cells such as platelets, while COX-2 is inducible during inflammation by a variety of mediators, including proinflammatory cytokines, endotoxins, and interferon. Platelet production of TxA2, which is a potent inducer of vasoconstriction and platelet adhesion, is mediated by COX-1, while PGI2, a potent vasodilator and inhibitor of platelet aggregation, is also thought to be produced in endothelial cells mainly by COX-1[2].

Non-steroidal anti-inflammatory drugs (NSAIDS) are used to treat inflammatory conditions and pain, with non-selective NSAIDS inhibiting COX-1 mediated production of PG. However, this may cause gastro-intestinal toxicity [3]. An alternative is provided by COX-2 inhibitors such as the coxibs, which were introduced into

clinical practice in 1998 with an improved gastrointestinal toxicity profile. However, clinical studies showed that long-term administration of the COX-2 inhibitors such as rofecoxib increased the risk of cardiovascular complications as compared with non-selective COX inhibitors or placebo [4]. The VICTOR Trial Group reported that rofecoxib in patients with colorectal cancer was associated with an increased frequency of adverse cardiovascular events after a median treatment of only 7.4 months [5].

Mitchell and colleagues found that selective COX-2 inhibitors also inhibit COX-1 within the endothelial cells, which results in reduced PG production and an increased risk of platelet recruitment, and this likely occurs in the vascular endothelium [6]. A possible mechanism at the vascular level is that non-selective COX inhibitors reduce both TxA2 and PGI2 concentrations, whereas selective COX-2 inhibitors such as rofecoxib decrease only PGI2 levels [7]. Thus, an imbalance between TxA2 and PGI2 may lead to thrombotic complications, *including venous thromboembolism*. This was shown by Nagai and colleagues, who used a jugular vein thrombosis model in lean wild-type mice to show that rofecoxib treatment for 4 weeks induced a mild prothrombotic tendency (as indicated by a shorter occlusion time) as compared to placebo [8]. Another potential mechanism for the prothrombotic side effects of the selective COX-2 inhibitors is the finding that COX-2 inhibitors may enhance circulating levels of tissue factor which is available *BOTH* in the arterial *AND* venous vascular systems [9]. Lastly, documents reveal that in a preclinical pilot study by Merck and Co. to evaluate the thrombotic potential of COX-2 inhibitors using an African green monkey animal model of electrically-induced arterial and venous thrombosis, the time to occlusion (TTO) of the carotid artery and jugular vein with both Vioxx and Celebrex was similar compared with placebo, but significantly lower than that seen with aspirin (known antithrombotic/antiplatelet agent) and significantly higher than that seen with collagen (the prothrombotic control). The company took the position that these results suggested that the differences in thrombotic events between the Vioxx- and Naproxen-treated patients in the VIGOR trial were not due to the prothrombotic effects of Vioxx, but later retracted it as an abstract from an American Heart Association meeting due to the data not being "flattering" for Vioxx in an internal memo (Merck and Co 2004). Indeed, it does appear from my review of the memos that a simplified vascular injury model of thrombosis may not have accounted for the complex biological effects of COX-2 inhibitors in causing possible alterations/imbalance of TxA2 and PG. This is evident particularly as PG is available in smooth muscle cells and fibroblasts that are not only localized to the arterial vascular tree. Thus, scientifically plausible mechanisms exist to account for the prothrombotic effect of selective COX-2 inhibitors such as rofecoxib in the venous vascular system that are independent of the expression of COX-2 in native human venous endothelial cells.

**The Association Between Venous Thromboembolism and Arterial Cardiovascular Events/Atherothrombotic Disease:** Venous thromboembolism is a leading and common disorder in Western countries, with incidence rates of approximately 1 in 1000 in the elderly, and recent estimates that it affects nearly 2

million Americans annually and responsible for at least 100,000 and up to 300,000 deaths every year in the US alone [10]. The incidence of venous thromboembolism is also increasing in hospitals and venous thrombosis is a leading cause of hospital-related death [11] (Shojiana AHRQ 2011). Historically, venous thromboembolism and thrombotic atherosclerotic disease were considered distinct pathophysiologic entities, partly due to the obvious anatomic differences (low flow rheological state in the venous system, high flow state in the arterial system), different nature of the vascular bed thrombi (platelet-rich in the arterial vascular bed, mainly red-blood cell/fibrin rich in the venous vascular bed), and distinct clinical presentations and purported risk factors.

The notion that venous and arterial thrombosis were distinct disease entities was challenged by a 2003 publication in the New England Journal of Medicine by Prandoni and colleagues, which revealed for the first time that this dichotomy was likely an oversimplification [12]. The investigators found a clear association between atherosclerotic disease and spontaneous venous thrombosis, suggesting that both conditions share common risk factors and common mechanisms of thrombosis, likely activation of blood coagulation and platelets by inflammatory mechanisms. Since that publication, there have been numerous reports to further suggest that the two vascular beds share common pathophysiologic mechanisms and clinical risk factors for thrombosis, including the fact that patients with venous thromboembolism have a substantially increased long-term risk of both acute cardiovascular events and coronary atherosclerotic disease and the fact that cardiovascular risk factors are associated with venous thromboembolism [13-15]. The biological plausibility of this association lies in the fact that both arterial and venous thrombotic diseases are mediated by the presence of a chronic inflammatory state and hypercoagulability, likely by platelet-induced mechanisms. From a biological point-of-view, there is then an association between an increased risk of arterial thrombotic events (which has been well-described with COX-2 inhibitors, such as that seen with the Vioxx [rofecoxib] program by Merck and Co.) that also applies to venous thromboembolism as well.

An association between the use of COX-2 inhibitors and an increased risk of venous thromboembolism was found in a recent large population case-control study by Schmidt and colleagues [16]. The authors identified over 8368 patients with venous thromboembolism and compared them with a control group that was adjusted for confounding factors. They found, after adjustment of potential confounding variables, that the use of COX-2 inhibitors was associated with an over 2-fold increased risk for venous thromboembolism. Although the retrospective nature of the study, the use of national patient registry data, and the possibility that all relevant factors could not be accounted for in the adjustment analysis to prevent confounding presents some limitations to the data, the large patient population and fairly robust statistical significance of the data make it compelling from a hypothesis-generating view-point, which is clearly the intention of any large, well-conducted case-control study such as this one.

3

In short, due to common mechanisms and risk factors linking venous thromboembolic disease with cardiovascular thrombotic events/atherothrombosis, and due to a known association between Vioxx (rofecoxib) and an increased risk of arterial thrombosis, it is entirely plausible that rofecoxib can be associated with a potential increased risk of venous thromboembolic disease.

**The Potential for Systematic Underestimation of Venous Thromboembolic Events in the Vioxx Studies:** Initial review of the adjudicated pooled data of the Vioxx [rofecoxib] program provided by Merck and Co. to the FDA of cardiovascular thrombotic events in Phase II to Phase IV studies comparing rofecoxib to placebo revealed an overall low rate of symptomatic venous thrombotic events: 2 venous thromboembolic events in 7296 patients (3019 person/years) randomized to rofecoxib and 4 events in 4848 patients (2801 person/years) randomized to placebo (Merck and Co 2004). A separate analysis by Kerr and colleagues of cardiovascular events in patients on rofecoxib in adjuvant therapy for colorectal cancer also found a low rate of symptomatic venous thromboembolism in the rofecoxib-treated group versus placebo [17]. Of the 15/1167 thrombotic events (1.3% event rate) in the rofecoxib group, 3 were venous thrombotic events (0.3%) compared with 6/1160 thrombotic events (0.5%) in the placebo group, with one venous thrombotic event (0.1%). All other events were arterial thrombotic events. In addition, a review of the adjudication committees, adjudication process, and case report forms provided by Merk and Co. of the Phase III and IV clinical trials of rofecoxib revealed adjudication procedures for assessing venous thromboembolic events, including deep vein thrombosis (DVT) and pulmonary embolism (PE) during the conduct of the studies.

However, closer inspection of the data from the Vioxx clinical program from the perspective of my field of expertise reveals two major considerations that would have led to systematic underestimation of venous thromboembolic events: 1) the clinically silent nature of venous thromboembolism and lack of a dedicated surveillance program; and 2) the potential for systematic underreporting of venous thromboembolic events. Unlike arterial thrombosis, whose clinical endpoints such as myocardial infarction and stroke usually manifests dramatically, venous thromboembolic events, including DVT and PE, are oftentimes clinically silent. As many as one in five PE events present as sudden death [18], and the ratio of symptomatic DVT to objectively-verified disease can be as low as 1:30, with symptomatic venous thromboembolic disease being uncommon even in very high risk populations [19]. None of the Phase II-IV clinical programs by Merck and Co included ANY routine objective assessment of venous thromboembolic disease by mandatory venography, ultrasonography, or computerized tomography scanning, leading to the very real underestimation of this disease using symptomatic endpoints only.

A review of the files provided by Merck and Co to the FDA included communications regarding the use of DVT or PE as explicitly defined and specified endpoints. A review also of the Case Report Forms for the Vioxx program also reveals no

4

formalized training in diagnostic paradigms for venous thromboembolic disease. These communications at one point suggested that it was felt that these diagnoses were "too imprecise" in a general practitioner setting - where the majority of the studies were conducted - to be included in the primary analyses, with no specific questions on important determinants such as "history of DVT", and events collected in part through anecdotal information with potential for misclassification of these diagnoses and subsequent analyses. Indeed there was at least one memo suggesting that by restricting endpoints to those of primary concern (i.e. arterial/cardiovascular thrombosis), there would be an avoidance of "finding things we didn't want to find" (in this context venous thrombosis)(Merck and Co 2004). Another example from a written memo provided by Merck and Co include a patient from the MK0966 protocol in Alzheimer's dementia who experienced a venous thrombotic event necessitating discontinuation from the study not having that event adjudicated since **it was not captured as a Serious Adverse Event.** Relying on a Serious Adverse Event to capture venous thromboembolic disease (such as was done in the Vioxx program) in a non-cardiovascular clinical study environment which included mostly general practitioners, and whose primary study endpoints of efficacy and safety did not involve formalized training in venous thrombosis, would have important limitations in establishing the magnitude of risk of a disease that oftentimes is clinically silent or overlooked by practitioners untrained in the occasionally complex diagnostic workup that this disease entails and assures underreporting of these events.

A good example of the potential for systematic underrepresentation of the Vioxx program for venous thromboembolic disease lies in the review of a common adverse event seen in the entire program, namely that of lower extremity or peripheral edema. Review of the APPROVe trial in colorectal cancer comparing rofecoxib versus placebo revealed a statistically insignificant but potentially clinically meaningful difference in rates of peripheral edema, 7.2% (93 events) with rofecoxib vs 4.7% (61 events) with placebo [4]. The MCI trial in patients with mild cognitive impairment revealed a 2.9% event rate (11 events) of lower extremity edema in rofecoxib-treated patients versus a 0.8% rate (3 events) in placebo [20]. In the MK-0966 study in Alzheimer's dementia there was a 2.9% event rate (10 events) of lower-extremity edema in the rofecoxib-treated group versus a 0.6% (2 events) rate in the placebo group [21]. A quick calculation of these studies reveals an odds ratio of 1.76 (95% Confidence Intervals 1.30 to 2.41) when comparing rofecoxib versus placebo as associated with lower extremity edema. Although COX-2 inhibitors such as rofecoxib can cause an increase in peripheral (or lower extremity) edema, there was nothing during the conduct of these trials to distinguish this edema as bilateral or unilateral, and as there was no mandatory screening procedures for lower extremity assessment of venous thrombosis (such as use of Doppler compression ultrasonography), a plausible mechanism exists that a subset of these events may have been due to lower extremity DVT. In total, the imprecision of capturing DVT and PE events, the lack of a formalized approach in assessing a suspected lower extremity DVT, and potential loss of venous thrombotic events in the adjudication process of non-cardiovascular clinical trials that did not have

venous thrombosis as an explicit primary endpoint, all point to the systematic underestimation of venous thromboembolic events in the Vioxx program by Merck and Co. which can be as much as a 30-fold order of magnitude.

It is my opinion that there are biological mechanisms associating COX-2 inhibitors such as rofecoxib with venous thromboembolic disease, that there is an association between venous thromboembolism and arterial cardiovascular events/atherosclerotic disease with a known increased risk of the latter with rofecoxib, and that there was a probable systematic underestimation of venous thromboembolic events in the Vioxx clinical trials by Merck and Co., all leading to the conclusion with a reasonable degree of scientific and medical probability that Vioxx can be associated with an increased risk of venous thromboembolism.

The above opinions are my own and I hold them to a reasonable degree of medical probability, and that I reserve the right to supplement this report based on additional information as it becomes available, as to respond to the testimony of others. My CV is attached. I am compensated $550/hour for my time.


Sincerely,

Alex C Spyropoulos, MD, FACP, FCCP, FRCPC

August 16, 2012

**REFERENCES**

1. Dubois RN, Abramson SB, Crofford L, Gupta RA, Simon LS, Van De Putte LB, et al. Cyclooxygenase in biology and disease. FASEB journal : official publication of the Federation of American Societies for Experimental Biology. 1998; **12**(12): 1063-73.
2. Vane JR, Botting RM. Pharmacodynamic profile of prostacyclin. The American journal of cardiology. 1995; **75**(3): 3A-10A.
3. Laine L. The gastrointestinal effects of nonselective NSAIDs and COX-2-selective inhibitors. Seminars in arthritis and rheumatism. 2002; **32**(3 Suppl 1): 25-32.
4. Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. The New England journal of medicine. 2005; **352**(11): 1092-102.
5. Solomon SD, McMurray JJ, Pfeffer MA, Wittes J, Fowler R, Finn P, et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. The New England journal of medicine. 2005; **352**(11): 1071-80.
6. Mitchell JA, Warner TD. COX isoforms in the cardiovascular system: understanding the activities of non-steroidal anti-inflammatory drugs. Nature reviews Drug discovery. 2006; **5**(1): 75-86.
7. Cheng Y, Austin SC, Rocca B, Koller BH, Coffman TM, Grosser T, et al. Role of prostacyclin in the cardiovascular response to thromboxane A2. Science. 2002; **296**(5567): 539-41.
8. Nagai N, Hoylaerts MF, Gallacher DJ, Lu HR, Lijnen HR. Prothrombotic effect of Rofecoxib in a murine venous thrombosis model. Thrombosis research. 2008; **122**(5): 668-73.
9. Ghosh M, Wang H, Ai Y, Romeo E, Luyendyk JP, Peters JM, et al. COX-2 suppresses tissue factor expression via endocannabinoid-directed PPARdelta activation. The Journal of experimental medicine. 2007; **204**(9): 2053-61.
10. Heit JA, O'Fallon WM, Petterson TM, Lohse CM, Silverstein MD, Mohr DN, et al. Relative impact of risk factors for deep vein thrombosis and pulmonary embolism: a population-based study. Archives of internal medicine. 2002; **162**(11): 1245-8.
11. Heit JA. The epidemiology of venous thromboembolism in the community: implications for prevention and management. Journal of thrombosis and thrombolysis. 2006; **21**(1): 23-9.
12. Prandoni P, Bilora F, Marchiori A, Bernardi E, Petrobelli F, Lensing AW, et al. An association between atherosclerosis and venous thrombosis. The New England journal of medicine. 2003; **348**(15): 1435-41.
13. Ageno W, Becattini C, Brighton T, Selby R, Kamphuisen PW. Cardiovascular risk factors and venous thromboembolism: a meta-analysis. Circulation. 2008; **117**(1): 93-102.

14.     Sorensen HT, Horvath-Puho E, Pedersen L, Baron JA, Prandoni P. Venous thromboembolism and subsequent hospitalisation due to acute arterial cardiovascular events: a 20-year cohort study. Lancet. 2007; **370**(9601): 1773-9.
15.     Hong C, Zhu F, Du D, Pilgram TK, Sicard GA, Bae KT. Coronary artery calcification and risk factors for atherosclerosis in patients with venous thromboembolism. Atherosclerosis. 2005; **183**(1): 169-74.
16.     Schmidt M, Christiansen CF, Horvath-Puho E, Glynn RJ, Rothman KJ, Sorensen HT. Non-steroidal anti-inflammatory drug use and risk of venous thromboembolism. Journal of thrombosis and haemostasis : JTH. 2011; **9**(7): 1326-33.
17.     Kerr DJ, Dunn JA, Langman MJ, Smith JL, Midgley RS, Stanley A, et al. Rofecoxib and cardiovascular adverse events in adjuvant treatment of colorectal cancer. The New England journal of medicine. 2007; **357**(4): 360-9.
18.     Goldhaber SZ, Visani L, De Rosa M. Acute pulmonary embolism: clinical outcomes in the International Cooperative Pulmonary Embolism Registry (ICOPER). Lancet. 1999; **353**(9162): 1386-9.
19.     Guyatt GH, Eikelboom JW, Gould MK, Garcia DA, Crowther M, Murad MH, et al. Approach to outcome measurement in the prevention of thrombosis in surgical and medical patients: Antithrombotic Therapy and Prevention of Thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. Chest. 2012; **141**(2 Suppl): e185S-94S.
20.     Thal LJ, Ferris SH, Kirby L, Block GA, Lines CR, Yuen E, et al. A randomized, double-blind, study of rofecoxib in patients with mild cognitive impairment. Neuropsychopharmacology : official publication of the American College of Neuropsychopharmacology. 2005; **30**(6): 1204-15.
21.     Reines SA, Block GA, Morris JC, Liu G, Nessly ML, Lines CR, et al. Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. Neurology. 2004; **62**(1): 66-71.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Expert Report of Alex C. Spyropoulos has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, (without attachments which are provided electronically) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of August, 2012.

/s/ Ann B. Oldfather

Ann B. Oldfather