**Exhibit 1**

**Witness Qualifications, including a list of all publications authored in the past 10 years**

# Alex C. Spyropoulos, MD, FACP, FCCP, FRCPC

June 21, 2012

## Dated: June 21, 2012

## Personal Information

**Date of Birth:** August 25, 1963
**Birthplace:** Athens, Greece
**Citizenship:** USA, Greece
**Home address:** 253 Tobey Rd, Pittsford, NY 14534
**Business address:** As per home address
Tel 585 613 8552
**E-mail:** aspyropoulos2787@msn.com
Work e mail: Alex_Spyropoulos@URMC.Rochster.edu

## Academic Rank and Position

Associate Professor
Department of Medicine
Division of Hematology/Oncology
Director – Clinical Thrombosis Center
University of Rochester Medical Center
Rochester, NY, USA
Sept 2011 - present

Associate Professor – CAWAR
Department of Medicine - Hematology
McMaster University
Director – Anticoagulation Services/Thrombosis Service
Hamilton General Hospital
Hamilton, ON Canada
June 2009 to July 2011

Chair – Clinical Thrombosis Center
Associate Member – Lovelace Health Systems
Hospitalist, Department of Internal Medicine
Lovelace Health Systems
November 1999 – October 2008

Clinical Assistant Professor
Department of Medicine
University of New Mexico School of Medicine

November 1996 – December 2003

Clinical Associate Professor
Department of Medicine
University of New Mexico School of Medicine
December 2003 – October, 2008

Associate Professor of Pharmacy
College of Pharmacy
University of New Mexico Health Sciences Center
December 2003 – October, 2008

## Expertise

Expertise in the management of thromboembolic disease, especially in outpatient-based treatment and perioperative "bridging" protocols and DVT prophylaxis in medical patients. Also expertise in evaluation of new antithrombotic therapies for venous thromboembolic disease.

## Employment

Lovelace  Health  Systems
*Member of Hospitalist Team - CUF*
*Department of Internal Medicine*
*December 1995 to Oct 2001*

*Clinical Thrombosis Center*
*Lovelace Medical Center*
*October 2001 to October 2007*

ABQ Health Partners
*Nov 2007 to October 2008*

Consultant – New Mexico Thrombophilic
*Novemeber 2008 to April 2009*

McMaster University
*April 2009 to July 2011*

University of Rochester Medical Center
*September 2011 to present*

## Education

UNIVERSITY OF PENNSYLVANIA COLLEGE OF ARTS AND SCIENCES, PHILADELPHIA, PA
September 1981 – May, 1985
*B.A. in Biological Basis of Behavior, graduated Cum Laude May, 1985*

UNIVERSITY OF PENNSYLVANIA SCHOOL OF MEDICINE, PHILADELPHIA , PA

July 1985 – May 1992
*M.D. conferred May 1992*
University Scholar with early matriculation into School of Medicine-  September
1984 -  May1992

University of New Mexico, Albuquerque, NM
July 1992 – November 1995
*Diplomate in Internal Medicine - August ,1996*
*Diplomate of the National Board of Medical Examiners - July, 1993*
*Completed residency in Internal Medicine - November, 1995*
*Completed internship in Internal Medicine - June, 1993*

# Medical Licensure

New Mexico State License No. 93-400 current
New York State License – No. 263234 current
DEA  No. FS2902749

# Activities

**Member Episodes of Care - Anticoagulation - Lovelace Health Systems. December 1996 – December 1999**.
Multi-disciplinary team developing systems-wide and national practice guidelines in the prevention, diagnosis, and management of thromboembolic disease.

- Was a key member in developing practice guidelines in outpatient-based treatment protocols for deep venous thrombosis (DVT) using low-molecular weight heparin (LMWH).
- Assisted in the development of patient exclusionary criteria and risk stratification schemes for these protocols.
- Developed specific medical and economic outcome indicators for these protocols.
- Developed surgical "bridging" protocols using LMWH in patients with thromboembolic and cardiac disease.
- Helped to develop Emergency Room protocols for outpatient treatment of uncomplicated proximal DVT.
- Currently in process of developing outpatient- based protocols in the treatment of pulmonary embolism (PE) and upper extremity DVT (UEDVT).
- Currently in the process of expanding treatment protocols for DVT using LMWH to include other patient populations such as pregnancy and pediatrics.
- Developed protocols in the use of subcutaneous unfractionated heparin in the treatment of thromboembolic disease.

- Developed protocols in the management of heparin-induced thrombocytopenia (HIT) using the recombinant hirudin Refludan
- Assisted in the development of a cost-effective hypercoagulable panel as part of the workup of thrombophilic states in the healthcare system.
- Assisted in the development of teaching cases involving thromboembolic disease at a national consultant's Problem-Based Cases meeting, Phoenix, AZ

**Medical Director of the Anticoagulation Clinic at Lovelace Health Systems December 1997 – December 2000**

- Approximately 1400 members enrolled and directly supervise two clinical-tract pharmacists and assorted ancillary personnel.
- Helped to define state-wide standards for a clinical-pharmacist run anticoagulation clinic for the New Mexico Board of Medical Examiners.
- Assisted in the development of policies and procedures for the Anticoagulation Clinic.
- Developed protocols for management of excessive anticoagulation and high INR values including reversal for unfractionated heparin, LMWH, and warfarin using protamine IV and Vit K1 PO, SQ, and IV.
- Currently in the process of developing a pilot study for a structured self-management program for patients on oral anticoagulation using home INR monitoring.
- Pharmacoeconomic analyses of once-daily LMWH in both inpatient and outpatient settings in the treatment of DVT.
- Developed hospital-wide protocols and use of a validated clinical model along with d-dimer and objective testing using ultrasonography, perfusion lung scanning, and spiral chest CT angiography in a cost-effective schema for evaluation of DVT and PE in the ambulatory/emergency department setting.

**Founder, Medical Director, and Chair of the Clinical Thrombosis Center at Lovelace Health Systems March 2000 – October 2008**

- Comprehensive, integrated  Regional "Center of Excellence" comprised of the pharmacy-managed Anticoagulation Clinic and Thrombosis Clinic whose mission is to effectively manage patients with thrombophilic states and difficult anticoagulation issues. Staff consists of three full-time clinical pharmacists and two support personnel, as well as a part-time data analyst and projected part-time clinical studies coordinator. Approximately 1380 patients enrolled.
- Currently at the forefront of developing community-based standards of practice for the outpatient treatment of thromboembolic disease with other large hospital-based groups in Albuquerque.
- Developed a clinical thrombosis curriculum and structured teaching program for third and fourth year medical students as part of a clinical specialties clerkship in order to obtain knowledge in clinical decision making with  regards to venous and arterial thrombosis-related issues.
- Review and instituted protocols for dosing schemes of LMWH in patients with severe renal insufficiency and chronic hemodialysis
- Review and helped to initiate guidelines for perioperative management of patients on chronic anticoagulation undergoing endoscopic procedures or liver biopsies for Gastroenterologic Service Lovelace Health Systems
- Reviewed and instituted guidelines for the management of LMWH during neuraxial anaesthesia for Lovelace Health Systems.
- Developed disease management guidelines under the Lovelace Anticoagulation EOC for VTE prophylaxis of high risk and very high risk hospitalized medical patients
- Developed disease management guidelines under the Lovelace Anticoagulation EOC for duration of treatment for patients with various indications for chronic oral anticoagulation
- Amended the DVT outpatient treatment program  to include compression stockings with walking exercises as part of routine care for patients on LMWH
- Developed guidelines and risk stratification schemes for DVT prophylaxis in airline-associated DVT (economy-class syndrome) for Lovelace Health Systems
- Developed institution-specific guidelines for once-daily vs twice daily dosing of LMWH for VTE treatment and use of LMWH in special patient populations such as obesity and renal insufficiency
- Team Leader for DVT Safety Zone, a JACHO-approved Quality Improvement Program to increase awareness of DVT prophylaxis in-hospital  March, 2003
- Developed disease management guidelines for appropriate prophylactic regimens for primary thromboprophylaxis in hospitalized medical patients March, 2003

- Panel member for development of national evidence-based algorithm for VTE prophylaxis in the hospitalized medical patient as part of the National Experts Panel for Clinical Excellence in Thrombosis Management
- Helped to develop patient POC algorithm for use of POC devices for Lovelace Health plan members, April 2003.
- Assisted in development of a General Pharmacy residency position, with emphasis in the anticoagulant /clinical thrombosis management, through the University of New Mexico College of Pharmacy, June 2003.
- Steering Committee for International Experts Panel for Medical Thromboprohylaxis
- Supervised regional expansion of the Center to a Point-of-Service system and regional referral center of nearly 3000 patients.
- Member of CLOT Peer Review Editorial Board December 2004, a national expert's consensus panel for optimizing thromboprophylaxis for national policy directives, December 2004
- Faculty member of International Consensus Statement Conference IUA on "Update on Prevention of Venous Thromboembolism" January, 2005
- Editorial Board, ClotCare® Anticoagulation Systems, October, 2005
- Advisory Council, TRACK, October 2006 - present
- Member of Lovelace Medical Center Quality Council, Jan 2007 – present
- Scientific Advisory Committee ISTH 2009
- Member Lovelace Medical Center Pharmacy and Therapeutics Committee starting April 2008

**Outpatient Director – Anticoagulation Services/Thrombosis Services Hamilton General Hospital April 2009 – July 2011**
- Modernized outpatient anticoagulant services by introducing the DAWN computerized dosing system for coumadin
- Introduced point-of-care testing for INRs
- Introduced a specialized coumadin nurse
- Introduced patient self testing and self-management of coumadin
- Assisted in standardizing heparin bridging protocols during temporary interruption of coumadin for an elective procedure

**Member Office of Research Administration Lovelace Health Systems - October 2000 to October 2005**

Hospital consultative role in the development and management of Anticoagulation Clinics, especially ones with a pharmacy-run model.

Consultant  role in software development of LMWH and Warfarin for use in Anticoagulation Clinics.

Participant in Cogent CME Bulletin Board for inpatient and outpatient DVT management for a national hospitalist healthcare group.

Consultant and Member for Ardent Central IRB Committee – August , 2003

**Co-Investigator for Lovelace Scientific Resources –  July, 2001 to October 2008**

Responsibilities include direct supervision, approval, implementation, and completion of clinical trials within a for-profit setting as part of the Lovelace Respiratory Research Institute.

**Member Board of Governors Lovelace Clinic Foundation –  January, 2004 to December 2008**

Responsibilities include research participation and future directions.

**Member Research Ethics Board, McMaster University – May, 2009 to July, 2010**

Specialty area for review – thromboembolism and antithrombotic therapy

**Co-Chair of ATLAS ARO-CRO – April 2010 to present**

An academic research organization and clinical research organization specializing in clinica trials of antithrombotic therapy in the management of thromboembolic disease

**Co-Chair of Scientific Standardization Subcommittee of ISTH – September 2011 to present**
Predictive Variables Commmittee

# Research Experience

## Federally-Funded Grants

Executive Steering Committee
National Institute of Health/National Heart, Lung, and Blood Institute
Bridging Anticoagulation in Patients who Require Temporary Interruption of Warfarin Therapy for an Elective Invasive Procedure or Surgery Trial (BRIDGE) NCT00786474
July, 2009 ending March 2014

Principal Investigator
R01 Mechanism
National Institute of Health/National Heart, Lung, and Blood Institute
Laboratory Monitoring of Anticoagulation in Patients Receiving Bridging Treatment Using Thrombin Generation Assay
Funding Opportunity **–** Ancillary Studies in Clinical Trials (RO1) RFA-HL-10-024
Submitted January 25, 2011
Resubmitted September 25, 2011 – awaiting decision
July 2012 – March 2016

## Thrombosis

1998

Local Principal Investigator
Randomized, Open Label Trial of Twice Daily Lovenox (Enoxaparin) Versus Low-Dose Heparin in the Prevention of Deep Venous Thrombosis in Medical Intensive Care Unit Patients
Multicenter, randomized, open label trial that was completed  December 1998 (4th highest enrollment center nationally)
Lovelace Healthcare Innovations

1999

Local Principal Investigator
Prospective Study of Venous Thromboembolism (VTE) Patient Characteristics, Diagnostic Methods and Treatment Plans in Preparation for a Phase III Study
Multicenter, prospective, observational  study that was completed December 1999.

Lovelace Health Systems

2000

Principal Investigator
Low Molecular Weight Heparin Versus Unfractionated Heparin for Treatment of Venous Thrombosis: Pharmacoeconomic Evaluation
Retrospetive economic study completed August 2000
Lovelace Respiratory Research Institute

Sub-Investigator
A Multi-Site Evaluation of the Costs of Monitoring Warfarin Therapy in Managed Care Settings
Multicenter, retrospective cost study recently started March 2000
Lovelace Respiratory Research Institute

Principal Investigator
Pharmacoeconomic, Level of Anticoagulant Control, and Quality of Life Outcome Indicators of Patient Self-Testing on Oral Anticoagulants in a Pharmacy-Managed Anticoagulation Clinic
Prospective, single-center pharmacoeconomic study in process of evaluation 2000
Lovelace Health Systems/Clinical Thrombosis Center

Local Sub-Investigator
Randomized Comparison of Low Molecular Weight Heparin Versus Oral Anticoagulant Therapy for Long Term Anticoagulation In Cancer Patients with Venous Thromboembolism
International, multicenter, open-label, randomized study  approved May 2000 completed September 2000.
Lovelace Health Systems

2001

Local Principal Investigator
Innohep Observed in Various Treatment Environments (INNOVATE)
Multicenter, prospective, open-label, Phase IV observational study approved November 2000; completed October 2001 (site national leader in enrollment)
Lovelace Health Systems/Clinical Thrombosis Center

Local Principal Investigator
Anticoagulation Consortium to Improve Outcomes Nationally (ACTION)
Multicenter national anticoagulation patient registry, completed 2001
Lovelace Health Systems/Clinical Thrombosis Center

2002

National Principal Investigator
Pharmacoeconomic and Clinical Outcomes Analysis of Perioperative Bridging with the Low-Molecular-Weight Heparin Enoxaparin versus Unfractionated Heparin in Patients Requiring Chronic Anticoagulation in an Integrated Health-Care Delivery System
Retrospective outcomes and economic study completed December 2002
Lovelace Respiratory Research Institute

Local Principal Investigator

A Double-blind, Efficacy and Safety Study of Oral Thrombin Inhibitor, H376/95 versus Standard Therapy [Enoxaparin and Warfarin (Coumadin)] in Patients with acute, symptomatic Deep Venous Thrombosis with or without Pulmonary Embolism (Thrive V)
A multicenter, randomized, double blind, parallel group efficacy and safety study approved August 2000; completed November 2002
(site top 3 enrollment in US)
Lovelace Health Systems/Clinical Thrombosis Center

National Principal Investigator
Clinical Outcomes With the Use of the Low-Molecular Weight Heparin Enoxaparin as Perioperative and Periprocedural Bridging Therapy in Patients on Long-Term Oral Anticoagulant Treatment Requiring Interruption for an Elective Procedure
Multicenter national patient registry approved July 2002
Lovelace Health Systems/Clinical Thrombosis Center

Principal Investigator/Steering Committee Member
Lovenox (Enoxaparin Sodium) Prospective, Open Label, Single-Arm, Multi-Center Study of the Safety of Outpatient Use of Enoxaparin in Bridging Therapy in Patients on Long-Term Oral Anticoagulants who Require Interruption of Treatment
Multicenter, obervational outcome study approved September 2002
Lovelace Health Systems/Clinical Thrombosis Center

Local Principal Investigator
Prospective National Registry :DVT Free
Multicenter, national investigation of the epidemiology of patients with deep vein thrombosis
Completed May 2002
Lovelace Health Systems/Clinical Thrombosis Center

Principal Investigator/Scientific Committee Member
International Registry on Prevention of Venous Thromboembolism in High Risk Medical Patients (IMPROVE)
Multicenter, international registry approved July 2002
Center for Outcomes Research, Umass Medical School
Lovelace Health Systems/Clinical Thrombosis Center

Local Principal Investigator
A double-blind, placebo-controlled, parallel, multi-center study on extended VTE prophylaxis in acutely ill medical patients with prolonged immobilization (EXCLAIM)
Randomized, international, multi-center, double-blind study recently approved August 2002
Lovelace Health Systems/Clinical Thrombosis Center

Local Principal Investigator
A multi-center, open label, pilot evaluation of tolerability, efficacy, and safety of oral heparin/SNAC solution (60,00 USP Heparin Units/1.5g SNAC) given TID for the prevention of venous thromboembolic events after elective total hip replacement surgery starting on the fourth post-operative day after initial treatment with either low-molecular weight heparin or warfarin sodium
Multi-center, open label study  closed. September 2002
(highest enroller prior to closure)
Lovelace Scientific Resources

2003

Local Principal Investigator

A multicenter, international, randomized, open-label, assessor-blind, non-inferiority study comparing the efficacy and safety of once-weekly subcutaneous SanOrg34006 with the combination of LMWHeparin and vitamin K antagonist (VKA) in the treatment of acute symptomatic deep vein thrombosis Van Gogh DVT
Multicenter, open-label, Phase III study  began July, 2003
Lovelace Health Systems/Clinical Thrombosis Center

Principal Investigator/Steering Committee Member
National Anticoagulation Benchmark and Outcomes Report Program (NABOR)
Multicenter, US outcomes report for national benchmarking of Anticoagulation Clinics to start June, 2003
Completed August 2003
Lovelace Clinical Thrombosis Center

Local Principal Investigator
A multicenter, international, randomized, open-label, assessor-blind, non-inferiority study comparing the efficacy and safety of once-weekly subcutaneous SanOrg34006 with the combination of LMWHeparin and vitamin K antagonist (VKA) in the treatment of acute symptomatic pulmonary embolism Van Gogh PE
Multicenter, open-label, Phase III study  approved September, 2003
Lovelace Health Systems/Clinical Thrombosis Center

Local Principal Investigator
A multicenter, international, randomized, double-blind, study comparing the efficacy and safety of once-weekly subcutaneous SanOrg34006 with placebo in the long-term prevention of symptomatic venous thromboembolism in patients with symptomatic pulmonary embolism or deep-vein thrombosis who completed 6 months of treatment with vitamin K antagonist or SanOrg34006 VAN Gogh Extension
Multicenter, open-label, Phase III study  approved September, 2003
Lovelace Health Systems/Clinical Thrombosis Center

National Co-Investigator
Van-Gogh extension substudy: D-dimers as predictors of recurrent thromboembolism
Multicenter, open-label, substudy of Phase III Van Gogh study started 2003
Lovelace Health Systems/Clinical Thrombosis Center

2004

Local Principal Investigator
A once-daily oral direct factor Xa inhibitor BAY 59-7939 in patients with acute symptomatic DVT. The EINSTEIN-DVT dose-finding study.
Multicenter, randomized, open label Phase II study approved December 2004
Lovelace Medical Center/Clinical Thrombosis Center

2005

Local Sub-Investigator
Evaluation of the Farallon Medical Prothrombin Time System for Professional Use
Comparative Testing to a Predicate Device and Laboratory Reference Instrument
Multicenter POC study completed March 2005
Lovelace Sandia Health systems/Clinical Thrombosis Center

2006

Local Principal Investigator

A Phase II randomized, parallel-Arm syudy of Oral Direct Factor Xa Inhibitor, Apixaban and Low Molecular Weight heparin or Fondaparinux with a Vitamin K Antagonist In Subjects with Acute Symptomatic Deep Vein Thrombosis, The Botticcelli Study
Mutlicenter, randomized, open-label Phase II study approved February 2006
Lovelace Medical Center/Clinical Thrombosis Center

Local Principal Investigator
A Phase III, randomized, double-blind, parallel-group study of the efficacy and safety of oral dabigatran etexilate (150mg bid) compared to warfarin (INR 2.0 – 3.0) for 6 month treatment of acute symptomatic venous thromboembolism, following initial treatment (5-10 days) with a parenteral anticoagulant approved for this indication. RECOVER Study
Multicenter, randomized Phase III study approved July 2006
Lovelace Medical Center/Clinical Thrombosis Center

Local Principal Investigator
A phase III randomized, multicenter, double-blind, parallel group active controlled study to evaluate the efficacy and safety of oral dabigatran etexilate (150mg bid) compared to warfarin (INR 2.0 – 3.0) for the secondary prevention of venous thromboembolism. REMEDY Study
Multicenter, randomized Phase III studuy approved July 2006
Lovelace Medical Center/Clinical Thrombosis Center

Local Principal Investigator
Epidemiological International Day for the Evaluation of Patients at Risk of Venous Thrombosis in the Acute Hospital Care Setting (ENDORSE)
Multicenter, international prospective registry
Study approved and completed, October 2006
Lovelace Medical Center/Clinical Thrombosis Center

National Steering Committee Member
The Venous Thromboembolism Study to Assess the Rate of Thromboprophylaxis (VTE START)
National, prospective. multisite registry
Study began October 2006
Lovelace Medical Center/Clinical Thrombosis Center

Local Principal Investigator
An international, multicenter, randomized, double-blind, double-dummy, parallel group study of 3 month or 6 month treatment with SSR126517E versus oral INR-adjusted warfarin in the treatment of patients with symptymatic pulmonary embolism, with or without symptomatic deep venous thrombosis (CASSIOPEIA Study)
Multicenter, Phase III study approved August, 2006
Lovelace Medical Center/ Clinical Thrombosis Center

Local Principal Investigator
Randomized evaluation of long-term anticoagulant therapy comparing the efficacy and safety of two blinded doses of dabigatran etexilate with open label warfarin for the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation: prospective, multicenter, parallel-group, non-inferiority trial (RELY)
Multicenter, Phase III study approved November, 2006
Lovelace Medical Center/ Clinical Thrombosis Center

2007

Local Principal Investigator

Once-daily oral direct factor Xa inhibitor rivoraxaban in the long-term prevention of recurrent symptomatic venous thromboembolism in patients with symptomatic deep-vein thrombosis or pulmonary embolism. The EINSTEIN Extension Study
Multicenter, Phase III study approved 2007
Lovelace Medical Center/ Clinical Thrombosis Center

Local Principal Investigator
Oral direct factor Xa inhibitor rivaraoxaban in patients with acute symptomatic deep-vein thrombosis or pulmonary embolism The EINSTEIN study
Multicenter, Phase III study approved 2007
Lovelace Medical Center/ Clinical Thrombosis Center

International Steering Committee Member
Multinational randomized comparison to demonstrate the benefits of oral anticoagulation with rivaroxaban in hospitalized acutely ill medical patients (MAGELLAN)
Multinational, multicenter Phase III study
Lovelace Medical Center/ Clinical Thrombosis Center

Data Safety Monitoring Board Member
A Phase 2b, double-blind, double-dummy, randomized, parallel group study to evaluate the safety and efficacy of twice daily dosing and once daily dosing of YM150 in subjects undergoing primary elective knee arhthroplasty
Multinational, multicenter Phase 2b study
Lovelace Medical Center/Clinical Thrombosis Center

International Steering Committee Member
Lovenox/Clexane Pen Validation Study
North American Validation Study
Lovelace Medical Center/Clinical Thrombosis Center

International Steering Committee Member
Phase IV multicenter, open label, single-arm controlled study for understanding safety and efficacy of dalteparin in subjects with malignancy and symptomatic VTE (DALTECAN)
Clinical Thrombosis Center/Lovelace Medical Center

Local Principal Investigator
ARISTOTLE Phase III atrial fibrillation study
Clinical Thrombosis Center/Lovelace Medical Center

International Steering Committee Member
Bridging Anticoagulation in Patients who Require Temporary Interruption of Warfarin Therapy for an Elective Invasive Procedure or Surgery Trial  (BRIDGE)
NIH RO1 multicenter, randomized, double-blind, placebo-controlled trial
Clinical Thrombosis Center/Lovelace Medical Center

2008

Steering Committee Member
International Orthopedic Registry (IOR)
Clinical Thrombosis Center/Lovelace Medical Center

US National Coordinator
Phase III multicenter study on the treatment of acute venous thromboembolism with apixaban (AMPLIFY)
Clinical Thrombosis Center/Lovelace Medical Center

2009

Data Safety Monitoring Board Member
A Randomized, Double-Blind, Double-Dummy, Parallel Group Study to Compare YM150 bid and qd
Doses and Enoxaparin for Prevention of Venous Thromboembolism in Subjects Undergoing Elective
Hip Replacement Surgery
Phase 2b, dose-selection, bid-qd study
Multinational, multicenter Phase 2b study

2010

Data Safety Monitoring Borad
A Randomized, Double-Blind, Double-Dummy, Parallel Group Study to Compare YM150 bid and qd
Doses and Enoxaparin for Prevention of Venous Thromboembolism in Subjects Undergoing Elective
Knee Replacement Surgery
Phase 2b, dose-selection, bid-qd study
Multinational, multicenter Phase 2b study

Co-National Investigator – Canada
Global Anticoagulant Regsitry in the Field – The GARFIELD Registry
Phase4 Global Registry

2011

Steering Committee Member
Rivaroxaban for the Treatment of Proximal Lower Extremity Venous Thromboembolism in CANCER
Patients ViCTORI
Phase 3, multinational, multicenter study
ATLAS Group

Steering Committee Member
A Phase III Randomized Double Blind Parallel-Group Study of the Efficacy and Safety of Rivaroxaban
(10mg QD) for 30-35 Days Compared to Enoxaparin (40mg QD) for 10-14 Days, followed by Aspirin
for a Total of 30-35 Days after Hip Fracture Surgery
Phase 3, multicenter, multinational study
ATLAS Group

2012

Prinicpal Investigator
Extended-duration rRvaroxaban for the Prevention of Venous Thromboembolism in High-Risk
Hospitalized Medical Patients (EXPERT)
Phase 3, multinational, multicenter study
ATLAS Group

Local Co-Investigator
**Comparative Investigation of Low Molecular Weight (**LMW) Heparin/Edoxaban Tosylate
(DU176b) Versus (LMW) Heparin/Warfarin in the Treatment of Symptomatic Deep-Vein Blood Clots
and/or Lung Blood Clots. (The Edoxaban Hokusai-VTE Study).
Phase 3, multicenter, international study

## Lovelace Scientific Resources

2001    Sub-Investigator - Schering-Plough Research Institute: "Placebo-Controlled Efficacy and Safety Study of a Once-Daily PM and Twice Daily Regimens of (study drug) Administered Via Dry Powder Inhaler in Subjects with Asthma Who Were Previously Maintained on Inhaled Corticosteroids"

2001    Sub-Investigator - Novo Nordisk Pharmaceuticals: "Flexibility of Biphasic Insulin Aspart 70/30 (study drug)Dosing.  A Comparison of Safety and Efficacy of (study drug 30 b.i.d. Injected Before vs After Meals: A Multicenter, Randomized, Open-Label, Cross-Over Design Study in Elderly Insulin-Treated Subjects with Type 2 Diabetes"

2001    Sub-Investigator - POZEN, Inc: "A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Evaluation of Naproxen Sodium and Group Over-Encapsulated Imitrex®, Alone and in Combination, in the Acute Treatment of a Migraine Attack"

2001    Sub-Investigator - Aventis Pastuer Limited: "Safety and Immonogenicity of Three lots of Tetanus and Diphtheria Toxoids Adsorbed combined with Component Pertussis (TdcP) Vaccine in Adolescents 11-17 years of age"

2001    Sub-Investigator - Lovelace Respiratory Research Institute: "Genetic Biomarkers for Detecting and Monitoring Breast Cancer"

2001    Sub-Investigator - Schering-Plough Research Institute: "Efficacy and Safety of (study drug)  Dry Powder Inhaler in the Treatment of Patients with Chronic Obstructive Pulmonary Disease"

2001    Sub-Investigator - Pfizer Inc. and Affiliates: "A 12-Week, Double-Blind, Randomized, Placebo-Controlled, Multicenter Study of (study drug) on Glucose Control in Patients with Type 2 Diabetes Mellitus Not Optimally Controlled on a Sulfonylurea"

2001    Sub-Investigator - Inspire Pharmaceuticals: "A Double-blinded, Placebo-Controlled, Parallel Group Study of Uridine 5'-Triphosphate (UTP) Solution for Inhalation as an Adjunct in the Diagnosis of Lung Cancer by Sputum Cytology"

2001    Sub-Investigator - Merck Singapore: A Multicenter, Double-Blind, Randomized, Placebo-Controlled, "Factorial" Design, 12-Week Study to evaluate the Efficacy of (study drug) 10 mg/day Co-administered with Multiple Doses of Simvastatin in Patients with Hypercholesterolemia" Extension: A Multicenter, Double-Blind, Randomized, Placebo-Controlled, "Factorial" Design, 48-Week Extension Study to evaluate of (study drug) 10 mg/day Co-administered with Multiple Doses of Simvastatin in Patients with Primary Hypercholesterolemia"

2001    Sub-Investigator - Glaxo Wellcome: A Multicentre, Randomised, Double-Blind, Parallel Group, Placebo-Controlled Study to Investigate the Long-Term Effects of (study drugs), Salmeterol 50µg bd and Fluticasone Propionate 500µg bd, all Delivered via the Diskus/™Accuhaler™ Inhaler, on the Survival of Subjects with Chronic Obstructive Pulmonary Disease (COPD) over 3 Years of Treatment"

2001    Sub-Investigator - Boehringer Ingelheim Pharmaceuticals, Inc.: The Effects of Tiotropium Therapy on Airway Diameter in Patients with COPD (a randomized, double-blind, placebo-controlled, parallel-group study)

2001    Sub-Investigator - Aventis Pantuer Limited: Safety and Immunogenicity of Tetanus and Diphtheria Toxoids Adsorbed Combined with Component Pertussis (TdcP) Vaccine Compared to Tetanus and Diphtheria Toxoids Adsorbed (Td) in Adolescents and Adults 11 - 64 Years of Age

2001    Sub-Investigator - AstraZeneca: A 6-Week, Dose-Comparison Study to Evaluate the Safety and Efficacy of Rosuvastatin versus Atorvastatin, Cerivastatin, Pravastatin and simvastatin in Subjects with Hypercholesterolemia

2001    Sub-Investigator - Merck & Co., Inc.: A Randomized, Double-Blind, Placebo-Controlled, Crossover Study to Evaluate the Effects of Celecoxib 200mg q.d., Celecoxib 200 mg b.i.d., and Placebo in Patients with Treated Hypertension

2001    Sub-Investigator - Lilly Company: A Dose-Response Study of Duloxetine versus Placebo in Patients with Painful Diabetic Neuropathy

2001    Sub-Investigator - Ono Pharmaceutical Co., Ltd: A Double-Blind, Placebo-Controlled, Parallel-Group Safety and Efficacy Study Evaluating Three Dose Regimens of AIO-8507L, A Selective Alpha-Adrenergic Antagonist, In the Treatment of Benign Prostatic Hyperplasia

2001    Sub-Investigator - GlaxoSmithKline: A Double-Blind Feasibility Study to Estimate and Compare the Effect of Rosiglitazone in Parallel with Glyburide on Cognition in Patients with Type 2 Diabetes Mellitus

2001    Sub-Investigator - POZEN, Inc.: A Double-Blind, Placebo-Controlled Study to Evaluate the Safety and Efficacy of MT 100 Versus Over-Encapsulated Sumatriptan in Subjects with Acute Migraine Attacks

2001    Sub-Investigator - Regeneron Pharmaceuticals, Inc.: A Phase III, 12-Month, Double-Blind, Randomized, Parallel Group, Placebo-Controlled Efficacy and Safety study of AXOKINE® in Overweight and Obese Subjects with a 12-Month Open-Label Extension Phase

2001    Sub-Investigator - Novartis Phamaceuticals: Randomized, Double-Blind, Placebo-Controlled Multicenter Study to Assess the Efficacy, Safety and Tolerability of Tegaserod 2mg BID and 6mg BID Given Orally vs. Placebo in Patients with Chronic Constipation

2001    Sub-Investigator - Glaxo Wellcome, Inc. d/b/a GlaxoSmithKline: A Randomized, 12-Week, Double-Blind, Placebo-Controlled, Parallel Group Study to Evaluate the Safety and Tolerability of Ariflo 15mg Twice Daily in Patients with Chronic Obstructive Pulmonary Disease (COPD)

2001    Sub-Investigator - Aventis Pharmaceuticals, Inc.: A Double-Blind, Randomized, Placebo and Active Controlled, Parallel Group, Dose-Finding Study to Evaluate the Efficacy and Safety of Once Daily Oral Administration of 5mg 10mg, 25mg and 50mg of M100240 for 8 Weeks in Subjects with Mild-to-Moderate Essential Hypertension

2001    Sub-Investigator - Novartis Pharmaceuticals Corp.: Multicenter, Randomized, Double-Blind, Active Controlled Trial to Compare the Efficacy and Safety of 104 Weeks of (study drug) Plus Metformin vs. Glyburide Plus Metformin in Drug Naïve Subjects with Type 2 Diabetes Mellitus who have Inadequate Glycemic control with Diet and Exercise

2001    Sub-Investigator - Pfizer: A Multicenter, Double-Blind, Double-Dummy, Randomized, Placebo and Tamsulosin Controlled Parallel Group Study to Assess the Efficacy and Safety of (study drug) in Subjects with Lower Urinary Tract Symptoms Due to Benign Prostatic Obstruction

2001    Sub-Investigator - Sanofi-Synthelabo: A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Fixed-Dose, Multicenter Study of Weight-Reducing and Prevention of Weight Regain Effects and Safety of SR141716 in Obese Patients with or without Comorbidities" (RIO-North America)

2001    Sub-Investigator - Alza Corporation: A Prospective, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study to Evaluate the Efficacy and Safety of 20mg OROS®

(cyclobenzarpine) QD and 10 mg Immediate Release cyclobenzaprine (Flexeril®) TD in Outpatients with Acute Muscle Spasm Associated with Acute Musculoskeletal Pain

2001    Sub-Investigator - GlaxoSmithKline: A Multicenter, Randomized, Double-Blind, Double-Dummy, Parallel-Group Comparison of Salmeterol Xinafoate Inhalation Aerosol Versus Ipratropium Bromide and Albuterol Sulfate Inhalation Aerosol in Subjects with Chronic Obstructive Pulmonary Disease

2001    Sub-Investigator - GlaxoSmithKline: A Multicenter, Randomized, Double-Blind, Double-Dummy, Parallel Group, 16-Week Comparison of Asthma Control in Adolescents and Adults Receiving Either Fluticasone Propionate/Salmeterol **DISKUS**† Combination Product 100/50mcg BID, Fluticasone Propionate **DISKUS** 100mcg BID, Salmeterol Xinafoate **DISKUS** 50mcg BID or Oral Montelukast 10mg QD

2001    Sub-Investigator - Genentech, Inc.: An Open-Label Extension Study of Xolair™ (Omalizumab) in Moderate to Severe, Persistent Asthma Subjects Who Completed Study Q2143g (ALTO)

2001    Sub-Investigator - Amgen: A Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy and Safety of Subcutaneous (SC) Darbepoetin Alfa in Subject Undergoing Preoperative Autologous Blood Donation (PAD) Before Elective Revision Total Hip Replacement or Bilateral Knee Replacement Surgery

2001    Sub-Investigator - GlaxoSmithKline Group: A Randomized, Double-Blind, Multicenter Study of VALTREX† 500MG Suppressive Therapy in the Reduction of Anxiety Associated with Recurrent Genital Herpes

2001    Sub-Investigator - Sepracor, Inc.: A Double-Blind, Double-Dummy, Randomized, Placebo- and Active-Controlled, Multicenter, Parallel-Group Study of (R,R)-Formoterol in the Treatment of Subjects with Chronic Obstructive Pulmonary Disease

2001    Sub-Investigator - InterMune, Inc.: A Phase II, Randomized, Double-Blind, Placebo-Controlled Study of the Safety, Biology and Clinical Effects of Interferon gamma-1b (IFN-γ 1b) Administered Subcutaneously to Patients with Idiopathic Pulmonary Fibrosis - Followed by an Optional Open-Label Extension

2001    Sub-Investigator - Hoffmann-La Roche, Inc.: Randomized, Double-Blind, Placebo-Controlled, Dose-Finding Study to Evaluate the Effects of a Partial Alpha 1A/1L-Adrenoceptor Agonist, Ro115-1240, in Women with Stress Urinary Incontinence and Mixed Urinary Incontinence" - Protocol No. NN-16378C **and** Roche Sample Repository Research Project. For Use in Conjunction with Protocol No. NN16378C - Protocol No. NN16378RG-B - IND No. 57834

2001    Sub-Investigator - Pfizer, Inc.: Phase 2 Multi-Center, Double-Blind, Placebo-Controlled, Randomized, Parallel Group Study of the Safety, Efficacy and Tolerability of CP-529,414 Administered Orally for 8 Weeks to Subjects with Type 2 Diabetes

2001    Sub-Investigator - MSP Singapore Co., LLC: A Comparison of Treatment with Ezetimibe (SCH 58235) and Simvastatin Coadministration Versus Simvastatin in Attaining the National Cholesterol Education Program (NCEP) Adult Treatment Panel (ATP) III Coronary Heart Disease (CHD) or CHD Risk Equivalent Strata Low-Density Lipoprotein Cholesterol (LDL-C) Target Level

2002    Sub-Investigator - Amylin Pharmaceuticals, Inc.: A Phase 3, Randomized, Triple-Blind, Parallel-Group, Long-Term, Placebo-Controlled, Multicenter Study to Examine the effect on Glucose Control (HbA1c) of AC2993 Given Two Times a Day in Subjects with Type 2 Diabetes Mellitus Treated with a Sulfonylurea Alone

2002    Sub-Investigator - Amylin Pharmaceuticals, Inc.: A Phase 3, Randomized, Triple-Blind, Parallel-Group, Long-Term, Placebo-Controlled, Multicenter Study to Examine the effect on Glucose Control (HbA1c) of AC2993 Given Two Times a Day in Subjects with Type 2 Diabetes Mellitus Treated with Metformin Alone

2002    Sub-Investigator - Pozen Pharmaceutical Development Company: A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of MT 300 in the Acute Treatment of Migraine

2002    Sub-Investigator - Pfizer, Inc.: Study of the Efficacy and Tolerability of Once Daily Celebrex® (celecoxib) and Twice Daily Naproxen vs. Placebo in the Treatment of Hispanic Subjects with Osteoarthritis of the Knee

2002    Sub-Investigator - SmithKline Beecham: A Four-Week "Proof of Concept" Study to Determine the Safety, Tolerability and Efficacy of Oral SB 223412 in Patients with Symptoms of Urinary Urgency and Frequency With or Without Incontinence

2002    Sub-Investigator - Novo Nordisk Pharmaceuticals: NNC 61-0029 in Type 2 Diabetic Subjects: A Fifty-Two-Week Double-Blind, Parallel, Active-Controlled (Diabeta® and Glucophage®) Study (Followed by a Fifty-Two-Week Open-Labeled Extension) to Investigate Safety and Efficacy

2002    Sub-Investigator - Pfizer, Inc.: A Short-Term, Multicenter, Randomized, Open-Label, Parallel-Group Study Assessing the Pulmonary Effects of Chronically-Dosed Inhaled Insulin or Subcutaneous Insulin Therapy

2002    Sub-investigator - Emisphere Technologies, Inc.: Multi-Center, Open Label, Pilot Evaluation of the Tolerability, Efficacy and Safety of Oral Heparin/ SNAC Solution (60,000 USP Heparin Units/1.5 g SNAC) Given TID for Prevention of Thromboembolic Events After Elective Total Hip Replacement Surgery Starting on the Fourth Post-Operative Day After Initial Treatment with Either Low Molecular Weight Heparin or Warfarin Sodium

2002  Sub-Investigator - InterMune, Inc.: A Phase I/II Study of Interferon Gamma-1B By Inhalation for the Treatment of Patients with Cystic Fibrosis

# Lectures, Activities and Presentations

SSC Co-Chair presentation "The use of risk/benefit analyses in antithrombotic trials" SSC portion of ISTH, Liverpool UK , June 27-30, 2012

Faculty and presentation "The use of bridging therapy is unnecessary: contra"  Global Thrombosis Forum Barcelona, Spain March 5, 2012

Grand Rounds presentation "The use of risk assessment models for VTE in hospitalized medical patients" University of Toronto January 20, 2012.

Grand Rounds presentation "Current and future acute management of venous thromboembolism", University of Rochester, School of Medicine, November 15, 2011

Keynote presentation of 57th Annual SSC entitled "Harmonization of outcomes in studies of periprocedural antithrombotics" as part of XXIII Congress of ISTH meeting, Kyoto, Japan, July 23-28, 2011

Scientific Committee and Co-Chair for 10th Annual Winter Meeting in Basic, Laboratory, and Clinical Aspects of Arterial and Venous Thromboembolism, Bormio, Italy , April 9 -17, 2011

Keynote presenter for 4th Annual Multidisciplary Conference as part of Global Hellenic Medical and Biosciences Network on "New Anticoagulants", New York, NY December 3, 2010.

Leader and presenter for SCC working group and meeting of ISTH on "Bridging Therapy" for SCC for ISTH, Cairo, Egypt May 23, 2010.

Keynote speaker for Quebec Society of Vascular Sciences on "Treatment and management of cancer-associated thrombosis" Quebec City, Quebec Canada May 7, 2010.

Co-Director for 7th Annual National Preceptorship in the Management of Anticoagulant Therapy and Clinical Thrombosis, Albuquerque, NM Nov 5-8, 2009.

Keynote presenter on "Clinical Thrombosis Center models of anticoagulant care" for Chest Meeting 2009, San Diego, CA Oct 31-Nov 5, 2009.

Planning Committee and presenter for Ninth Annual Southwest Symposium on Thrombosis and Haemostasis Albuquerque, NM October 10-11, 2009.

Presenter for the 10th Anticoagulation Forum National Conference on Anticoagulant Therapy on "To bridge or not to bridge" San Diego, CA, USA May 7-9, 2009.

Visiting Professor for University of Novi Sad, Serbia on "Periprocedural management of antithrombotic therapy" April 7, 2009.

Guest Lecturer on the 9th International Winter Meeting in Thrombosis/Haemostasis on "VTE risk factors in the hospitalized medical patient" Bormeo, Italy March 29-April 4, 2009.

Faculty for 3rd International Symposium on Women's Health Issues in Thrombosis and Haemostasis on "Bridging Anticoagulation in Pregnancy" Prague, Czech Republic February 6-8, 2009.

Co-Chair and Lecturer for 8th Annual Southwest Symposium on Thrombossi and Thromboembolism "Bridging Anticoaguant Therapy" Albuquerque, NM October 11, 2008

State of the Art Lecture for 20th International Congress of Thrombosis entitled "Blood coagulation pathway: therapeutic modalities" Athens, Greece June 25 – 28.

Keynote speaker for Sharp Healthcare's 4th Annual Anticoagulant Management Conference on "New Anticoagulants" May 31, San, Diego, CA 2008.

Speaker for GITA Conference on the 8th ACCP Recommendations and French Reality on "Periporocedural management of antithrombotic therapy"  Paris, France, May 23

Guest lecturer for Annual ACP Meeting "Understanding risk, prevention, diagnosis, and treatment of venous thromboembolism" Washington, DC May 16, 2008.

Guest lecturer for 9th Annual Antithrombotic Therapy Symposium on "Bridging Anticoagulation" Dearborn, Michigan April 23, 2008.

Guest lecturer  for the 8th International Winter Meeting on Coagulation "Bridging Anticoagulation" Bormio, Italy April 6 -12, 2008.

Presenter, 1st Hellenic Consensus Conference on VTE for Bridging, Thessalonika, Greece, December 15, 2007.

Speaker on Perioperative Bridging Therapy "The Highs and Lows of Venous Thromboembolism: Low-Molecular Weight Heparins and New Oral Anticoagulants" a special symposium for AHSP, December 3, LV, Nevada

Faculty member Reaching New Heights: Preventing Venous Thromboembolism Throughout the Continuum of Care, Cleveland Clinic Journal of Medicine CME,  December 1 Miami, FL

Speaker for International VTE Experts Meeting "New Improvements in VTE Prevention in Medical Patients"  Regional Workshop October 5-6, Lisbon, Portugal

Speaker for satellite symposium DGA "Alternate anticoaguelantion using LMWH" Munich, Germany September 11, 2007.

Faculty for TRACK National Advisory Group ,August 24  Newark , NJ

Program Chair for "LMWH Bridging during Temporary Interruption of VKA for an Elective Procedure or Surgery" ISTH 21st Congress July 6-12, Geneva, SW

Faculty for "Critical Challenges and Landmark Advances in Venous Thromboembolism (VTE)-Focus on VTE and Cancer: A 2007 Update for the International Society
for Thrombosis and Hemostasis (ISTH) 21st Congress July 6-12, Geneva, SW

Grand Rounds plenary speaker Cleveland Clinic "The Clinical Thrombosis Center as a New Paradigm in the Management of VTE", Cleveland, OH May 29, 2007.

Speaker for  American Geriatric Society Thromboembolism in Older Adults "Complications and Treatment of VTE" Seattle, WA May 2, 2007.

Plenary speaker for International Surgical Thrombosis Meeting "New Anticoagulants" Athens, Greece April 21, 2007.

Invited lecturer for Congress of the Society for Thrombosis and Hemostasis Research (GTH) on "Perioperative bleeding with LMWH - latest findings and practical application" Dresden, Germany January 21, 2007

Planning committee for 6th Annual Southwest Symposium on Thrombosis and Haemostasis, Albuquerque, NM October 13,14, 2006.

Plenary speaker for VTE Expert's Meeting on "State of the art – key factors in optimizing VTE prevention in medical patients" Crete, Greece October 8-9, 2006.

Speaker for 35th Annual Southwest Heart Symposium on "Thromboprophylaxis and Prophylaxis Failures in Patients with Cardiopulmonary Disease" Albuquerque, NM  September 1-2, 2006.

Speaker for XXII World Congress  of IUA and 52nd Annual Scientific and Standardization Committee Meeting of ISTH on "Optimizing VTE Management in 2006 – Current Evidence and Future Prospects", June 26th, Lisbon, Portugal and Oslo, Norway June 29th, 2006.

Speaker for Blood in Motion for Western Pennsylvania Hospital on "VTE Prevention in Hospitalized Medical Patients" May 13th, Pittsburgh, PA.

Plenary Speaker for Hemstasis section for 7th Annual NATA Symposium on "Perioperative Bridging Therapy for Patients on Anticoagulation", Malaga, Spain April 6-7[th], 2006.

Co-Chair in Thrombophilia session for Seventh International Winter Meeting on Coagulation, La Thuile, Italy March 26 – April 1, 2006.

Grand Rounds "Thromboprophylaxis in the Medical Patient with Cardiopulmonary Disease" Heart Hospital of New Mexico, Albuqerque, NM, February 3, 2006.

National Advisory Board member for BMS on Medical VTE Prevention Boston, MA Nov 18 2005.

National Advisory Board member for BI on Phase III dabigatran studies Toronto, CA Oct 21, 2005.

Conference co-chair and lecturer for 5th Annual Southwest Symposium on VTE on "Use of spiral CT in PE", Albuquerque, NM, October 7-8, 2005.

Oral presentation for ISTH meeting on "results of the REGIMEN registry" Sydney, Australia August 6 – 14, 2005.

Keynote lecturer for  XV International Society of Blood Transfusion on "New Anticoagulants in the treatment of thromboembolism" Athens, GREECE July 4, 2005.

Lecturer for CME series satellite symposium of American Geriatric Society "VTE prophylaxis issues of the elderly" Or;ando, FL May 13, 2005.

Lecturer for CME seriesfor national  Anticoagulation Forum meeting  "Difficult issues in the patient on Oral Anticoagulants" Orlando'; FL  May 6, 2005.

Lecturer for CME series "A Thrombosis Symposium with the Experts" on "VTE Prevention in the Hospitalized Medical Patient", New York, New York, November 13, 2004

Keynote lecturer on "VTE Prevention in General Surgery" for CME conference of National Mexican Congress of General Surgery, Leon, Mexico November 5, 2004.

Chairman of Thrombosis Resource for the Advancement of Clinical Knowledge (TRACK) Advisory group on VTE Prophylaxis, a long-term CME activity sponsored by Elsevier and Excerpta Medica Chicago, Ill October 30, 2004

Steering Committee member and Lecturer for CME series "Integrating Evidence-based Strategies for the Prevention and Management of VTE in At-Risk Patients"  San Antonio, TX  October 23, 2004.

Co-chair for Fourth Annual Southwest Symposium on Thrombosis and Hemostasis and presenter "DVT Prophylaxis in the Medical Patient", Albuquerque, NM October 9 – 10,  2004.

Co-moderator and presenter in Cardiovascular Scientific Session "Advances in Clinical Medicine" by the Hellenic Medical Society on The Use of a Risk Assessment Model in the Prevention of VTE in At-Risk Hospitalized Medical Patients" Kerkyra, Greece August 6-8, 2004.

Faculty presenter for program "Exploring New Horizons in Anticoagulation"  in "New Advances in the Management of Venous Thromboembolic Disease" San Diego, CA July 16-18.

Program Co-Chair for Hellenic Medical Society of New York "Advances in Cardiothoracic Surgery" New York, NY June 19, 2004

Program Co-Chair and Faculty presenter for International VTE Expert's Meeting "Optimizing Thromboprophylaxis in At-Risk Medical Patients", Panama City, Panama June 13-14, 2004.

Faculty presenter for International cardiology Forum "Medical Prophylaxis for At-Risk Cardiology Patients", Panama City, Panama June 10-12, 2004.

Lecturer and Planning Committee Faculty for CE/CME series  "Advancing into a New Era of Anticoagulant Therapy", Dallas, TX  May 27, 2004.

Co-chair for International VTE Expert's Advisory Board Meeting Amsterdam, The Netherlands, April 2-4, 2004.

Co-Chair and faculty presenter for CME series Prophylaxis and treatment of VTE section for Sixth International Winter Meeting on Coagulation, La Thuile, Italy March 28-April 3, 2004.

Faculty presenter for CME series 5th Annual Anithrombotic Therapy Symposium on "Perioperative Management of the Patient on OAC", Detroit, MI Feb 29, 2004.

Faculty Presenter for Satellite Symposium for AMDA: The Importance of Anticoagulation in Selected Patient Populations, Phoenix , AZ March 5, 2003.

National Expert in Thrombosis Management: TECH-DVT Cabo San Lucas , March 1-2, 2003.

National Consultant for Arixtra New Indications Forum: VTE Treatment and DVT Prophylaxis for Abdominal Surgery and Medically Ill Patients" Coral Gables, FL, December 12-14, 2003

Presenter at Penrose Hospital's Grand Rounds with CME on the topic of "New Approaches to the Management of DVT and PE" Colorado Springs, CO, November 6, 2003.

Faculty member, section moderator, and presenter on "Use of a Risk Assessment Model in At-Risk Medical Patients" for International VTE Experts Meeting Meeting, Lisbon, Portugal, October 11-13, 2003.

Faculty presenter for CE activity  "Brave New World: the Future of Antithrombotic Therapy in Venous Thromboembolism" for the 15th Annual Meeting of the New Mexico Society of Health-Systems Pharmacist, Albuquerque, NM, October 6, 2003.

Chair, Thrombosis Section, Planning Committee Member, and Faculty presenter "Thrombolysis for Pulmonary Embolism" in the CME conference, Third Annual Southwest Symposium on Thrombosis, Hemostasis, and Transfusion Medicine, Albuquerque, NM, October 3-4, 2003.

Faculty Planning Committee and presenter  for the CME/CE Symposium 2003-2004 Series  "Advances Into a New Era of Anticoagulant Therapy"  Chicago, Ill,  September 18-19, 2003.

Faculty for Regional CME program Thrombosis Crisis in Hospital Medicine and Primary Care in a lecture entitled "DVT Prevention in the Hospitalized Medical Patient: Core Clinical Strategies for Managing the Thrombosis Crisis"  Laguna Niguel, CA September 13, 2003.

Dinner program entitled "New Paradigms in the Diagnosis and Treatment of Thromboembolic Disease" West Columbia, SC August 7, 2003.

Three poster abstracts and oral presentation entitled "A Risk Assessment Model for Identifying Medical Patients Who Should Receive Thromborpophylaxis"  for XIX Congress of the International Society of thrombosis and Haemostasis" Birmingham, UK July 12-18, 2003.

National Advisory Panel for Astra-Zeneca "Accomplishing Clinical trials of Acute VTE Treatment in the US" Boston, MA, June 19, 2003.

National Visiting Professor Lecture series for the Postgraduate Institute of Medicine CME Lecture Series entitled "The Clinical Challenge of DVT and PE Treatment in Special Patient Populations" Houston, TX  June 7, 2003

Faculty and Planning Committee member for upcoming CME lecture series "Advancing into a New Era of Anticoagulant Therapy" San Francisco, CA May 7, 2003.

Faculty member and presenter for DVT Free Post-Study Investigators Meeting on "Beyond DVT Free: Appropriate VTE Prophylaxis for the Hospitalized Medical Patient" St Thomas, US Virgin Islands,  April 25-27, 2003.

National Visiting Professor Lecture series for the Postgraduate Institute of Medicine CME Lecture Series entitled "The Clinical Challenge of DVT and PE Treatment in Special Patient Populations" Corpus Christi, TX  April 9, 2003

Program Director and Course Curriculum Developer for National CME/CE Preceptorship entitled "Advanced Preceptorship in the Management of Anticoagulation Therapy and Clinical Thrombosis" Albuquerque, NM March 21-22, 2003. To be administered trice annually.

National Visiting Professor Lecture series for the Postgraduate Institute of Medicine CME Lecture Series entitled "Prevention and Treatment of DVT in the Medically Ill Patient" Salt Lake City, UT  March 20, 2003

Faculty member and lecturer at Lovenox National Consultant's Meeting with lecture entitled "The Economic Impact of DVT Prophylaxis in Medical Patients"  Las Vegas, NV March 15, 2003.

National Visiting Professor Lecture series for the Postgraduate Institute of Medicine CME Lecture Series entitled "Prevention and Treatment of DVT in the Medically Ill Patient" Dallas, TX  March 13, 2003

Panel Member DVT-Free and CLOT for National Expert's Consensus Panels for Clinical Excellence in Thrombosis Management Phoenix, AZ Feb 21-23, 2003.

Pathology Grand Rounds Univ of New Mexico CME Event "The Future of Antithrombotic Therapy in the Management of Thromboembolic Disease" Albuquerque, NM Feb 13, 2003.

National Audioconference with  Lovelace Clinic Foundation CME Event "Peri-Operative Management of the Patient on Chronic Oral Anticoagulant Therapy" Albuquerque, NM Jan 22-23, 2003.

Closed Consultant for Astra-Zeneca Director's Panel "Use of Ximelagatran in a Managed Care Setting" Chicago, Ill November 22, 2002.

Conference Co-Chair for Regional CME event "Second Annual Southwest Symposium on Thromboembolic Disease" in addition to lecturer "Approach to Periprocedural management of the Anticoagulated Patient using LMWH" Albuquerque, NM  November 2, 2002

Faculty member for CME educational initiative "Management of Thromboembolism: A Fresh Look" from the Institute for Continuing Medical Education.

National Visiting Professor Lecture series for the Postgraduate Institute of Medicine CME Lecture Series entitled "Outpatient-based Treatment of Venous Thromboembolic Disease using LMWH" Portland, OR  October 4, 2002

National Visiting Professor Lecture series for the Postgraduate Institute of Medicine CME Lecture Series entitled "Outpatient-based Treatment of Venous Thromboembolic Disease using LMWH"
Tuscon, AZ  September 25, 2002

National Visiting Professor Lecture series for the Postgraduate Institute of Medicine CME Lecture Series entitled "Outpatient-based Treatment of Venous Thromboembolic Disease using LMWH"
Laredo, TX  September 18, 2002

Keynote speaker for Regional CME Seminar by Pacificare of Colorado entitled "Deep Vein Thrombosis: Diagnosis and Treatment" Denver, CO August 8, 2002

Lecture presentation for 16th Summer Medical Conference, Hellenic Medical Society of New York and Canada, CME series, entitled "Outpatient Use of Low-Molecular-Weight Heparin as Bridhe Therapy for Patients on Chronic Oral Anticoagulant Therapy that Need an Elective Surgical Intervention or Procedure" Montreal, Canada June 28, 2002.

National Visiting Professor Lecture series for the Postgraduate Institute of Medicine CME Lecture Series entitled "Outpatient-based Treatment of Venous Thromboembolic Disease using LMWH"
Dallas, TX  June 19, 2002.

Keynote speaker and moderator for Regional Consultants Panel for Aventis in Problem-Based Learning Case series, San Diego, CA June 13,2002

Keynote speaker and moderator for Regional Consultants Panel for Aventis in Problem-Based Learning Case series, Albuquerque, NM May 22, 2002

Keynote speaker and moderator for Regional Consultants Panel for Aventis in  Problem-Based Learning Case series , Laguna Bay, CA May 3, 2002.

Keynote presenter for national society Hellenic Medical Society of NY entitled "New Advances in the Management of Venous Thromboembolic Disease" NYC, NY April 18, 2002.

Guest presenter for Third Annual New Mexico Heart and Vascular Conference CME activity entitled "New Advances in the Management of Venous Thromboembolic Disease" Lovelace Health Systems, Albuquerque, NM April 12, 2002.

Presenter at National Visiting Professor CME Dinner Series entitled "Outpatient Management of Venous Thromnoembolism using LMWH" Norma, OK April 4, 2002.

Chairman of Regional Pri-Med West CME Meeting entitled "Improving Anticoagulant Therapy in the Primary Care Setting: The Role of Low-Molecular Weight Heparins" Long Beach , CA April 3, 2002.

Keynote speaker for Regional Consultants Panel for Aventis entitled "The Clinical Thrombosis Center- An Idea Whose Time has Come" Phoenix , AZ March 22, 2002.

Roundtable lecturer/participant on "The Treatment and Prophylaxis of Deep Vein Thrombosis in the Outpatient Setting" John Hopkins University CME Forum Ft Lauderdale, FL March 9, 2002

Regional lecture for Lovelace Clinical Update CME program entitled "The Future of Antithrombotic Therapy" Albuquerque, NM March 8, 2002

National lecture for CME series PRIMED South entitled "Outpatient Management of Deep Venous Thrombosis using LMWH" Ft. Lauderdale, FL February 20, 2002

Scientific Advisor for International Registry on Prevention of Venous Thromboembolism in High Risk Medical Patients Orlando, FL December 7-8, 2001.

Editor/Reviewer for national Internet CME program from Bimark Center for Medical Education entitled "DVTGuidelines.com - The Outpatient Therapy of Deep-Vein Thrombosis"  December 1,  2001 to December 1 ,2002.

Program Co-Chair for First Annual Southwest Symposium on Thromboembolic Disease, CME Program , a full day regional program with over 85 registrants covering multidisciplinary aspects of thromboembolic disease and anticoagulant management, endorsed by Anticoagulation Forum , Albuquerque, NM, October 27, 2001

National lecture for Current Concepts in Thrombosis, CME dinner series for Postgraduate Institute of Medicine entitled "Current Management of Deep Vein Thrombosis" Palm Springs, CA, October 25, 2001

National lecture for Current Concepts in Thrombosis, CME dinner series for Postgraduate Institute of Medicine entitled "Current Management of Deep Vein Thrombosis" Santa Barbara, CA, October 11, 2001

Local lecture entitled "Future Directions in Antithrombotic Therapy" for Lovelace physicians and pharmacists, Albuquerque, NM, June 26, 2001

Regional Moderator for Aventis Problem-Based Learning Session entitled "VTE Prophylaxis in Medical Patients and Outpatient-Based Perioperative Bridging Protocols for Patients on Chronic Oral Anticoagulant Therapy"  Las Vegas, NV June 23, 2001

National Advisor for Dupont SMMART Program (Strategic Managed Markets Advisory Review Team) as part of National Association of Managed Care Physicians, Wilmington, DE, June 9, 2001

National Advisor for Meeting on Tissue Factor Pathway Inhibitor for Selko Group, Chicago, IL May 29, 2001

Keynote speaker for East Jefferson General Hospital CME program entitled "Outpatient Management of Deep Vein Thrombosis" New Orleans, LA May 15, 2001

National Advisor for Pharmacoeconomic Summit Meeting on "DVT Prophylaxis in the Medical Patient" Chicago, IL May 11, 2001

National speaker for Closed Consultants meeting on Venous Thromboembolic Disease "What Lies Beneath" entitled "Current Management of DVT" Las Vegas, NV April 26, 2001

National speaker for Regional Pri-Med CME program entitled "Contemporary Approaches to Anticoagulant Therapy: Emerging Role of LMWH's"  Ft. Lauderdale, FL March 23, 2001

Keynote speaker for Dinner Program entitled  "Outpatient Treatment of Deep Vein Thrombosis – Outcomes and Costs" Salt Lake City, Utah March 1, 2001

Keynote speaker for CME Event entitled  "Perioperative Management of Patients on Chronic Oral Anticoagulation" for Lutheran Hospital, Denver, CO February 27, 2001

Women's Health CME Program entitled "Issues on Thromboembolic Disease and the OB/GYN Patient" for Lovelace Health Systems, Albuquerque, NM February 23, 2001

Regional lecture series entitled "Perioperative Management of Patients on Chronic Oral Anticoagulation" for Denver-area hospital groups, including CME Grand Rounds for Aurora Medical Center, Denver and Colorado Springs, CO January 9-11, 2001

Lecture entitled "VTE Prophylaxis in Medical Patients" for area-wide pharmacy group, Albuquerque, NM  January 2, 2001

Lecture entitled "DVT Prophylaxis Update – 2000" for staff of Health South Rehabilitation Facility, Albuquerque, NM  December 21, 2000.

Faculty presenter for nationwide CME teleconferences entitled "Venous Thromboembolic Disease Management" Medical Educational Systems November to December, 2000.

Keynote speaker for Lovelace Health Systems for Clinical Update CME program "Anticoagulation Update 2000" Albuquerque, NM November 10, 2000

Advisory Board participant in Regional Integrated Systems Advisory Board for Innohep Las Vegas, NV October 17-18, 2000

Faculty consultant for Faculty Orientation for CE Activities on Deep Venous Thrombosis (DVT) Ft. Lauderdale, Florida October 13-15, 2000 CME event

Participant in the 3rd Annual VTE Experts' Meeting  "Controversies in VTE Management:Are Our Practices Evidence Based?" Budapest, Hungary September 17-18, 2000. ISTH-endorsed.

Lecturer for Hellenic Medical Society of New York/Medical Society of Cyprus 15th Medical Conference – Medicine in the Millenium on "Major Determinants in the Successful Implementation of Outpatient-Based Protocols in the Treatment of  Venous Thromboembolic Disease using LMWH" Paphos, Cyprus August 31-September 4, 2000. CME

Faculty speaker in teleconference series "Managing Deep Vein Thrombosis in the Primary Care Office" May-June, 2000.

Keynote speaker and moderator for the New Mexico's Medical Director's Summit on "Management Strategies for the Treatment of Deep Vein Thrombosis" Albuquerque, NM May 15, 2000.

Participant in Lovenox Winter Consultants Meeting re: Medenox Trial and DVT prophylaxis in acutely-ill medical patients Jackson Hole, WY March 23-26, 2000

Presenter for city-wide conference 12th Annual Pharmacology Update in "Current Issues in Anticoagulant Therapy" Albuquerque, NM March 11, 2000. CME activity

Regional Presenter in "Lovenox Pharmacoeconomics for Managed Care" San Antonio, TX March 7, 2000.

National Presenter in Consultants Forum for "Lovenox for the Managed Markets" Tuscon, AZ January 20, 2000. CME activity

Facilitator and moderator in Northeast Region PBL Meeting for "Use of LMWH in VTE Treatment" New York, NY January 17, 2000.

Keynote speaker in "Outpatient-based Treatment Principles in the Management of VTE" St. Vincent's Hospital, Santa Fe, NM January 11, 2000. CME activity

Keynote speaker in "State-of-the-Art Use of LMWH in VTE Treatment" Phoenix, AZ December 7, 1999.

Speaker in National Consultants Meeting on Lovenox for the Managed Markets Philadelphia, PA November 17, 1999.

Keynote speaker "Outpatient-based Treatment Strategies in the Management of VTE" Sharp Health Care System , San Diego, CA November 11, 1999. CME activity

National Consultants Meeting on Problem-Based Teaching  to develop Core Curriculum on Topic "Venous Thromboembolic Disease"  in Phoenix, AZ October 6, 1999.

Keynote lecture entitled "Overview of LMWH in the Managed Care Setting" for Medi-Media Managed Services involving a consortium of regional directors of health plans in Minneapolis, MN, July 9, 1999.

Grand Rounds lecture entitled "Outpatient-Based Management for the Treatment of Venous Thromboembolic Disease" for Texas Tech University Health Sciences Center El Paso, TX  May 6, 1999. CME activity.

National keynote lecture entitled " Outcome and Pharmacoeconomic Indicators in Outpatient Treatment of VTE Disease using LMWH in a Managed Care Setting" for program entitled "Outpatient Treatment of Deep Vein Thrombosis: The Role of Low Molecular Weight Heparins" for American Association of Health Plan's (AAHP) Annual Meeting, San Francisco, CA  June 22, 1999. CME activity

Grand Rounds lecture for Swedish Medical Center in "Outpatient Treatment of Deep Venous Thrombosis"  Englewood, CO April 15, 1999. CME activity

Keynote speaker for Colorado Pharmacy Association Annual Meeting in "New Advances in Management and Pharmacoeconomics of Anticoagulation" Denver, CO April 15, 1999. CME activity

Keynote speaker for state-wide conference 19th Annual New Mexico Chapter of the American College of Emergency Physicians Symposium "Outpatient –Based Treatment Protocols Using Low Molecular Weight Heparin  in the Treatment of Venous Thromboembolic Disease"  Albuquerque, NM April  8, 1999. CME activity

Participated in National Consultant's Meeting for Rhone-Poulenc Rorer regarding the possible expansion of the use of Lovenox for arterial and venous thromboembolic states, February 12-14, 1999.

Grand Rounds lecturer for  Centura Health Penrose Hospital on "Low-Molecular Weight Heparin in Outpatient Management of DVT" Colorado Springs, CO January 26, 1999. CME activity

Keynote lecture entitled "Outpatient-based Treatment Protocols using Low-Molecular-Weight-Heparin (LMWH) in the Management of Venous Thromboembolic Disease" for the 5th World Hellenic Biomedical Conference,  December 4-6, 1998. CME activity

Keynote speaker along with Jack Hirsch, M.D.  in a lecture entitled "Current Trends in the Management of Thromboembolic disease", a city-wide conference in outpatient-based treatment protocols of DVT, May 1997.

Keynote speaker in Episodes of Care for Las Cruces Memorial Hospital in a lecture entitled "Anticoagulation", October 1997.

Keynote speaker in Lovelace Healthcare Innovations on nationwide conference on Principles of Disease Management in a lecture entitled "Outpatient Management of Thromboembolic Disease", June 1998 and March 1999.

Lectured extensively within Lovelace Health Systems and citywide and statewide Grand Rounds hospital lectures for St. Joseph's Healthcare System- Albuquerque, NM, Presbyterian Health Systems- Albuquerque, NM, Columbia Health Systems- Denver, CO, Texas Tech University Medical Center-El Paso, TX, St. Vincent's Hospital-Santa Fe, NM, Gallup Indian Hospital, Gallup, NM, Las Cruces Memorial Hospital, Las Cruces, NM, Eastern New Mexico Medical Center, Roswell, NM, Veteran's Administration Medical Center, Albuquerque, NM, Penrose and Memorial Hospital, Colorado Springs, CO, and AACP Conference, El Paso, TX on topics involving anticoagulation issues including DVT prophylaxis, perioperative surgical bridging protocols using LMWH, and outpatient treatment protocols for thromboembolic disease using LMWH.

# Posters and Abstracts

Cohen AT, Spiro TE, Buller HR, Haskell L, Hu D, Hull R, Mebazaa A, Merli G, Schellong S, **Spyropoulos AC**, Tapson V.The Magellan study: An analysis of outcomes utilizing D-dimer ASH 2011 Session 332 Oral.

Siegal D, Yudin J, Kaatz S, Douketis JD, Lim W, **Spyropoulos AC.** Periprocedural heparin bridging in patients receiving vitamin K antagonists: systematic review and meta-analysis of bleeding and thromboembolic rates ASH 2011 Session 332 Oral.

Mahan CE, Borrego M, Spyropoulos AC Venous thromboembolism: A US Cost Model for a preventable and adverse costly event ASH 2011 901 Poster.

Spyropoulos AC, Hussein M, Lin J, and Battleman D. Rates of venous thromboembolism occurrence in medical patients among the insured population. Chest 2008:346

Spyropoulos AC, Dunn AS, Turpie AGG, Kaatz S, Douketis J. Jacobson AK, Peterson H. Unfractionated heparin or low-molecular weight heparin as perioperative bridging therapy in patients with mechanical heart valves on long-term oral anticoagulants: results from the REGIMEN registry. JTH. 2007 PM 240

Kaatz S, Douketis JD, Turpie A, Spyropoulos AC, Dunn AS Thromboembolism and bleeding outcomes of low-molecular weight heparin bridging therapy during peri-procedure warfarin interruption: patient level pooled data of four cohort studies. JTH 2007;  OT049

Spyropoulos AC and Lynn, J. Hospital readmission and economic burden of venous thromboembolism from a health plan perspective. 72nd Annual Meeting of ACCP Chest 2006.

Spyropoulos AC. Perioperative anticoagulant bridging of patients on oral anticoagulant therapy for invasive procedures. TATM 2006;8(1).

Decousus H, Zotz RB, Tapson VF, Chong BH, Froehlich JB, Pavanello R, Spyropoulos AC, Monreal M, Fitzerlad G, Anderson FA for the IMPROVE Investigators. Model used at admission for predicting in-hospital bleeding. ASH Dec 12, 2005.

Franco Piovella, Frederick A. Anderson, Jr., Hervé Decousus, Gordon FitzGerald, Jean-François Bergmann, Ajay K. Kakkar, Alex C. Spyropoulos, Rainer B. Zotz, Frederick A. Spencer, Alexander G.G. Turpie, for the IMPROVE Investigators Rates of Clinically Apparent Venous Thromboembolism and Death Resulting from Pulmonary Embolism among Unselected Hospitalized Acutely Ill Medical Patients Versus Rates Predicted from Clinical Studies. ASH 2005 12/10/05

Tapson VF, Froehlich JB, Bergmann JF, Kakkar AK, Merli G, Piovela F, Spyropoulos AC, Zotz RB, Fitzerald G, Anderson Jr FA for the IMPROVE Investigators Venous Thromboembolism Prophylaxis In Acutely Ill Medical Patients In Intensive Care Units J Throm Haemost 2005; P1671

Tapson VF, Spyropoulos AC, Froehlich JB, Kakkar AK, Merli G, Monreal M, Pavanello R, Turpie AGG, Fitzerald G, Anderson Jr FA Does Body Weight Influence Physician Practices For Providing Venous Thromboembolism Prophylaxis To Acutely Ill Medical Patients? Findings From IMPROVE J Thromb Haemost 2005; P1078

Anderson FA, Decousus, H, Fitzerald G, Bergmann JF, Froehlich JB, Nakamura M, Spyropoulos AC, Zotz RB, Spencer F, Turpie AGG for the IMPROVE Investigators. Observed Rates Of Clinically Apparent Venous Thromboembolism And Death Due To Pulmonary Embolism Among Unselected Hospitalized Acutely Ill Medical Patients Compared To Rates Predicted From Clinical Trials J Thromb Haemost 2005; OR274

Spyrooulos AC, Turpie AGG, Dun AS, Spandorfer J, Douketis J, Jacobson A, and Frost FJ for the REGIMEN Investigators. Low-Molecular-Weight Heparin or Unfractionated Heparin as Bridging Therapy in Patients on Long-term Oral Anticoagulants: Results from the REGIMEN registry J Thromb Haemost 2005; OR308

Spyropoulos AC, Dunn AS, Turpie AGG, Kaatz S, Spandorfer J, Douketis J, Jacobson A, Frsot FJ fo the REGIMEN Investigators. Perioperative Bridging therapy with Unfractionated Heparin or Low-Molecular-Weight Heparin in Patients with Mechanical Heart Valves on Long-Term Oral Anticoagulants: Results from the REGIMEN Registry. J Am Coll Cardiol 2005 P50511206

Spyropoulos AC. New anticoagulants in the treatment of thromboembolism. *Vox Sanguinis* 2005; 89 (Suppl 1): MPA-020.

A.S. Dunn, A.C. Spyropoulos, S.P. Sirko, A.G.G. Turpie. Perioperative bridging therapy with enoxaparin in patients requiring interruption of long-term oral anticoagulant therapy: A multicenter cohort study. *Blood* 2004; 104(11): P1761

Ole Hauch, Michael F. Bullano, Chaitanya Sarawate, Thomas Iarocci, Vince J. Willey, Alex C. Spyropoulos . International Normalized Ratio (INR) Monitoring in Patients with Recurrent Venous Thromboembolism (VTE): Opportunity for Improvement for Quality Management? *Blood* 2004; 104(11):P2202

Victor F. Tapson, Herve Decousus, Jean-Francois Bergmann, Beng H. Chong, James B. Froehlich, Ajay K. Kakkar, Geno J. Merli, Manuel Monreal, Mashio Nakamura, Riccardo Pavanello, Mario Pini, Franco Piovella, Alex C. Spyropoulos, Alexander G.G. Turpie, Rainer B. Zotz, Gordon FitzGerald, Frederick A. Anderson, Jr., for the IMPROVE investigators The International Medical Prevention Registry on Venous Thromboembolism (IMPROVE): Venous Thromboembolism Prophylaxis Practices in Acutely Ill Medical Patients. *Blood* 2004; 104(11): P1762

A.C. Spyropoulos, A.G.G. Turpie, A.S. Dunn, J. Spandorfer, J. Douketis, A. Jacobson, F.J. Frost, for the REGIMEN Investigators. Clinical Outcomes with Unfractionated Heparin or Low-Molecular-Weight

Heparin as Bridging Therapy in Patients on Long-Term Oral Anticoagulants: Results from the REGIMEN Registry *Blood* 2004; 104(11):O709

Bond R, Nickerson JC, Dole E, McFarland CT, and Spyropoulos AC "Cost savings associated with a pharmacist-run anticoagulation clinic in an integrated health system" accepted as poster abstract for ASHP mid-year meeting, New Orleans, December 7, 2003

Hauch O, Bullano MF, Willey V.J., Wygant G, Spyropoulos A.C. "Care and associated costs outside a controlled clinical trial for newly diagnosed venous thromboembolic events" *Blood* 2003; 102(11):A2774.

Spyropoulos AC, Turpie AGG, Dunn A, Jacobson A, Douketis J, for the REGIMEN Investigators "Registry of patients on chronic oral anticoagulant therapy requiring (low-molecular-weight) heparin for an elective surgical intervention or procedure (REGIMEN): Rationale, design, and interim analysis of a large, long-term, multicenter cohort study" *Blood* 2003; 102(11):A1161.

Anderson FA, Tapson VF, Decousus H, Spyropoulos AC, Turpie AGG, Fitzerald G for the IMPROVE Investigators "IMPROVE, a multinational observational cohort study of practices in prevention of venous thromboembolism in acutely ill medical patients: A comparison with clinical study populations" *Blood* 2003; 102(11):A1146

Anderson FA, Decousus H, Bergmann JF, Chong B, Froehlich J, Johnson J, Kakkar A, Merli G, Monreal M, Pavenello R, Pini M, Piovella F, Spyropoulos AC, Turpie AGG, Tapson V, Zotz R for the IMPROVE Investigators " A multinational observational cohort study in hospitalized medical patients of practices in prevention of venous thromboembolism and clinical outcomes: findings of the international medical prevention registry on venous thromboembolism (IMPROVE)  ISTH XIX Congress, Birmingham, England, July 18, 2003.

Cohen AT, Alikhan R, Arcelus J, Bergmann J.F., Haas S, Merli GJ, Spyropoulos AC, Tapson VF, Turpie AGG. Oral presentation entitled "Venous thromboembolism risk assessment in medical patients" ISTH XIX Congress, Birmingham, England, July 18, 2003.

Spyropoulos AC, Turpie AGG, Dunn A, Spandorfer J for REGIMEN investigators .Poster presentation entitled "Clinical outcomes with the use of unfractionated heparin or low-molecular-weight heparin as perioperative bridging therapy in patients on long-term oral anticoagulants: rationale, objectives, and design of REGIMEN" ISTH XIX Congress, Birmingham, England, July 17, 2003

Spyropoulos AC, Frost FJ, Hurley JS, Roberts M .Poster presentation entitled " Health care costs and clinical outcomes in patients on chronic oral anticoagulation undergoing perioperative bridging with low molecular weight heparin versus unfractionated heparin" ISTH XIX Congress, Birmingham, England, July 17, 2003.

Reynolds RG, Kardos J, Dole E, Spyropoulos AC, Esquibel VE, Jenkins PM, Ellis M. Correlation of patient education assessment test scores with percentage of patient INR results within designated INR ranges Poster presentation for American Society of Health Systems Pharmacist Annual Meeting, December 8, 2002.

Cohen AT, Alikhan R, Arcelus J, Haas S, Spyropoulos AC, Tapson V, and Turpie AGG Venous thromboembolism risk assessment in medical patients Blood 2002; 100(11):280a [Abstract 1074]

Poster presentation entitled "Correlation of patient education assessment test scores with percentage of patient INR results within designated INR ranges"  ASHP mid-year meeting December 6, 2002

Poster presentation entitled " Outpatient Low-Molecular Weight Heparin Therapy for Use in Bridging Warfarin Therapy" for 9th International Symposium on Thromboembolism, Seville, Spain, June 6-7, 2002.

Spyropoulos AC. Major determinants in the successful implementation of outpatient-based protocols in the treatment of venous thromboembolic disease using LMWH. HMS 15th Medical Conference 2000 (Abstract).

Poster presentation entitled "Clinical and Economic Outcome Analyses of an Outpatient-Based Deep Venous Thrombosis Treatment Protocol Using Enoxaparin in an Integrated Health Network" for the Academy of Managed Care Pharmacy's (AMCP) 11th Annual Meeting, April 28-May 1, 1999.

Spyropoulos AC. Outpatient-based treatment protocols using low-molecular weight heparin (LMWH) in the management of venous thromboembolic disease (accepted in abstract form for presentation in the Fifth World Hellenic Biomedical Conference) December, 1998.

Poster presentation entitled "Treatment of DVT using Enoxaparin and Coordination by a Pharmacist-Managed Anticoagulation Clinic" for the American Society of Health Systems Pharmacist Annual Meeting, December 6, 1998.

# Academic Honors

Fellow of the Royal College of Physicians and Surgeons (Canada) 2009

Fellow of the International Academy of Clinical and Applied Thrombosis/Hemostasis - 2007

Fellow – American College of Chest Physicians, 2004

Achievement Award 2003 Lovelace Clinic Foundation

Honored Member – Strathmore's Who's Who 2001-2002 addition

Fellow - American College of Physicians, 2001

Certificate of Merit as National Clinical Vignette Poster Finalist, American College of Physicians for poster entitled "MPO-P-ANCA Associated Pulmonary-Renal Syndrome: A Case Report" April 1995

University Scholars Epidemiology Award studying hepatits B in Trivandrum, India, 1992

Guest scholar at Oxford University, England 1990

Original fieldwork studying ethnobotany in rural Greece as part of research in Population Oncology, Fox Chase Cancer Center, Phila, PA 1988-1992

Scholarships include University Scholars Award, Hellenic Medical Society Scolarship, Dr. Nicholas Padis Memorial Scholarship, Bill Raskob Foundation Scholarship

# Professional Affiliations

American College of Physicians
Greater Albuquerque Medical Association
American Medical Association
American Board of Internal Medicine

Wilderness Medical Society
Hellenic Medical Society
New Mexico Board of Medical Examiners
International Society of Thrombosis and Haemostasis
Anticoagulation Forum
Investigators Against Thromboembolism
National Experts Consensus Panel for Clinical Excellence in Thrombosis Management
American College of Chest Physicians
International Academy of Clinical and Applied Thrombosis/Haemostasis

# Reviews

Spyropoulos AC. Book Review for Antithrombotic Therapy, 2nd edition *CHEST* 2002; 122 (5):1871-2.

Reviewer for *Journal of Pharmacy Technology* for article entitled "Ximelagatran: A new era in oral anticoagulation" Oct, 2002

Reviewer for *The Annals of Pharmacotherapy* for article entitled "Clinical experience with Argotraban dosing in heparin-induced thrombocytopenia" Nov, 2002

Reviewer for *CHEST* for article entitled "ELISA D-dimer measurement in the clinical suspicion of pulmonary embolism at the emergency department: one-year clinical experience of physician's prescription" Nov, 2002

Reviewer for CHEST for article entitled "Effects of anticoagulation intensity on hemostatic markers in patients with non-valvular atrial fibrillation" March, 2003.

Spyropoulos AC Review of "Coach-class thrombosis: is there a link between blood clots and air travel? *Keeping in Circulation*, Summer Issue 2003 for the Vascular Disease Foundation

Spyropoulos AC. Book Review for Thrombosis and Thromboembolism *CHEST* 2003; 123(1):316

Spyropoulos AC. Book review for Platelets in Thrombotic and Non-thrombotic disorders: Pathophysioly, pharmacology, and therapeutics, 1st edition *CHEST* 2003; 124(3):1182-83.

Spyropoulos AC Expert peer review for Economic Assessment of Heparin for the Treatment of Venous Thromboembolism, Pharmacoeconomics & Outcomes Research, 2003.

Reviewer for CHEST for article entitled "Efficacy of deep venous thrombosis in the medical intensive care unit" Khouli H et al, November, 2003

Reviewer for CHEST for article entitled "Impact of evaluated collection tube fill volume and mixing on routine coagulation testing using 2.5 mL (pediatric) tubes" Feb 2004

Review for Circulation for article entitled "Right Ventricular Enlargement on Chest Computed Tomography: Prognostic Role in Acute Pulmonary Embolism. Feb 2004

Peer review for Expert Rev Pharmacoeconomic Outcomes Res on "Economic assessment of low molecular weight heparin in venous thromboembolism" March 2004

Peer review for John Hopkins ASIM Peer Review on "Evolving approaches to the management of thromboembolic disease" July 2004

Review for Journal of Thrombosis and Thrombolysis on "Once-daily enoxaparin in the outpatient setting versus unfractionated heparin in hospital for the treatment of symptomatic deep vein thrombosis Sept 2004

Reviewer for American Journal of Managed care on "An Integrated  System for Anticoagulation care" October, 2004

Reviewer for Haemotalologica on "Low Molecular weight Hep[arin, Benpiparin, as Bridging Therapy during Interruption of oral anticoagulation in Patients Undergoing Colonoscopy or Gastroscopy"  March 2006

Spyropoulos AC. Book Review "Thrombosis in Clinical Practice" CHEST 2006;

Reviewer for Chest on "Management of patients on long-term oral anticoagulant therapy undergoing elective surgery: survey of the Italian anticoagulation clinics" August 2006.

Reviewer for Lancet on "ENDORSE" study. December 2007

Reviewer for Thromb Haemost  "Riete Study"  March 2008

# Editorials

Spyropoulos AC. Guest Editor for supplement on "Prevention and management of  venous thromboembolism, clinical and economic implications". AJHP (accepted for publication).

Spyropoulos AC. Management of venous thromboembolism: why not treat it at home? *Can Fam Physician*. 2005 Feb;51:181-2, 184-5.

# Book Chapters

SpyropouosAC, Mahan CE. Prevention of Venous Thromboembolism in Medical Patients in Inpatient Anticoagulation First Edition Edited by Margaret Fang Wiley Blackwell 2011

Deitelzweig, Steven B, Amin, Alpesh, Contemporary Hospitalists' Guide to Anticoagulation. First Edition. Handbooks in Health Care Co., July 15, 2009, Chapter 12, Brave New World: Antithrombotics on the Horizon

Deitelzweig, Steven B, Amin, Alpesh, Contemporary Hospitalists' Guide to Anticoagulation. Second Edition. Handbooks in Health Care Co., 2010, Chapter 12, Brave New World: Antithrombotics on the Horizon

Spyropoulos AC. Perioperative bridging therapy for the at-risk patient on chronic anticoagulation. Diseas-A-Month, "Venou Thromboembolism" edited by Joseph A Caprini, MD, St Louis, MO, Elsevier, Inc, 2005.

Spyropoulos AC and Cohen M Guest Editors in the chapter Bridging Therapy for Antithrombotic Therapy in Cardiovascular Patients Am J Cardiol, Elsevier Inc 2005

# International Consensus Statements on Thromboembolism

Section Editor, Perioperative Bridging, Prevention and Treatment of Venous Thromboembolism, International Consensus Statement, *Int Angiol* (slated for 2012)

The Ninth ACCP Conference on Antithrombotic and thrombolytic Therapy: Evidence-Based Guidelines. The Perioperative Management of Antithrombotic Therapy Chest (slated for 2012).

The Eighth ACCP Conference on Anithrombotic and Thrombolytic Therapy: Evidence-Based Guidelines. The Perioperative Management of Antithrombotic Therapy *Chest* 2008; 133(6): 299S – 340S

Spyropoulos AC, Douketis J. Guidelines for antithrombotic therapy: periprocedural management of antithrombotic therapy and use of bridging anticoagulation. *Intern Angiol* 2008; 27:333-343.

Guidelines for Prophylaxis and Treatment of Venous Thromboembolism: Evidence-based Guidelines for prophylaxis and treatment of venous thromboembolism 1st Hellenic Consensus Conference, Thessaloniki, Greece December 15, 2007.

Prevention and Treatment of Venous Thromboembolism, International Consensus Statement, *Int Angiol* 2006; 25:101-61.

## Editorial Boards

Editorial Board – *Hospital Practice*, May 2010 to present

Senior Editor – *Clinical Applied Thrombosis and Haemostasis*, May 2010 to present

Editorial Board – *Thrombosis Research*, July 2011 to present

## Publications

**Spyropoulos AC**, Rainbow TC. Quantitative autoradiography of 3H ouabain binding sites in rat brain. *Brain Research* 1984 ;322:189-193.

Blumberg BS, **Spyropoulos AC**, Sheperd TH, and Schraeger D. The use of plants in the treatment of liver disease. Fox-Chase Cancer Center. Ethnobotanical data-base. 1990.

**1999**

**Spyropoulos AC**, Wigal P, Kardos J. Clinical and economic outcome analyses of an outpatient-based deep venous thrombosis treatment protocol using enoxaparin in an integrated health network *Thrombosis in Oncology* 1999; 2 (2): 6-11.

**Spyropoulos AC**. Reimbursement strategies in an outpatient-based disease management program for the treatment of deep venous thrombosis in an integrated health care system *Managed Care* 1999; 8 (Suppl): 14-20.

**Spyropoulos AC**. Membranous obstruction of the inferior vena cava and extensive bone marrow necrosis associated with catastrophic antiphospholipid syndrome. *J Clin Rheumatol* 1999; 5:279-284.

**Spyropoulos AC** Outpatient-based protocols for treatment of venous thromboembolism using low-molecular-weight heparin - to treat or not to treat at home *Arch Intern Med* 1999; 159:1139-1140.

**2000**

**Spyropoulos AC**. Low-molecular weight heparin as treatment for upper extremity deep venous thrombosis *CVR&R* 2000; 21:92-94,97.

**Spyropoulos AC**, Kardos J, Wigal P.  Outcome and pharmacoeconomic indicators in the outpatient treatment of venous thromboembolic disease using the low-molecular weight heparin enoxaparin in an integrated managed care organization  *JMCP* 2000; 6: 298-304.

**Spyropoulos AC**. Outpatient-based treatment protocols in the management of venous thromboembolic disease.  *Am J  Manag Care* 2000;6(20):1034-44 (Suppl).

**2001**

**Spyropoulos AC**. Prevention of bleeding in older patients taking warfarin. *Ann Intern Med* 2001;135:548-549.

**Spyropoulos AC**. The Lovelace outpatient treatment program. *JCOM* 2001; 8(12): 64-8.

**Spyropoulos AC**. Venous thromboembolism: Outpatient-based treatment protocols using low-molecular-weight-heparin *J Resp Disease* 2001; 22(12): S23-36.

**Spyropoulos AC**. The use of a protocol for the management of deep vein thrombosis: an interview *Am J Manag Care* 2001; 7(17):S553-558.

**2002**

**Spyropoulos AC**, Hurley J, Ciesla G et al. Management of acute proximal deep vein thrombosis: Pharmacoeconomic evaluation of outpatient treatment with the low-molecular-weight-heparin enoxaparin versus inpatient treatment with unfractionated heparin. *Chest* 2002; 122:108-14.

The Clinical Council on DVT Management: Perler BA, Bianco JJ, Dalsey WC, Dunn AS, Llewellyn A, Meltzer BA, Morrow T, **Spyropoulos AC**, and Woodard B. Treatment of deep vein thrombosis in the outpatient setting *Home Health Care Consultant* 2002; July: 11-18

**Spyropoulos AC**. Outpatient management of venous thromnoembolic disease. *CME Forum* 2002;2:26-38.

**2003**

**Spyropoulos AC**, Haire W. The Clinical Thrombosis Center and clinical thrombologist: A new paradigm for US healthcare systems in venous thromboembolic disease  *J Thromb  Thrombolysis* 2003 15(3):227-232.

**Spyropoulos AC**, Hayth KA, Jenkins P. Anticoagulation with anisindione in a patient with a warfarin-induced skin eruption *Pharmacotherapy,* 2003;23(4):533-6.

Talmadge DB , **Spyropoulos AC**.  Purple toes syndrome associated with warfarin therapy in a patient with antiphospholiopid syndrome *Pharmacotherapy* 2003;23(5):674-7.

**Spyropoulos AC**. Evaluating the cost-effectiveness of VTE prophylaxis in at-risk medical patients *MC Consultant* 2003;3[7]:25-30.

**2004**

Willey V.J., Bullano M.F., Hauch O., Reynolds M., Wygant G., Hoffman L., Mayzell G., **Spyropoulos AC** Management patterns and outcomes of patients with venous thromboembolism in the usual community practice setting *Clin. Ther* 2004; 26(7): 45

**Spyropoulos AC**, Frost FJ, Hurley JS, Roberts M. Costs and clinical outcomes associated with low-molecular-weight heparin versus unfractionated heparin for perioperative bridging in patients receiving long-term chronic oral anticoagulant therapy. *Chest* 2004; 125(5):1642-50.

Nutescu EA, **Spyropoulos AC**, Cranmer KW. Oral anticoagulation: preparing for change. *J Am Med Dir Assoc* 2004: 5(5): 2 –10

**Spyropoulos AC**, Jenkins P, Bornikova L. A disease management protocol for outpatient perioperative bridge therapy with enoxaparin in patients requiring temporary interruption of long-term oral anticoagulation. *Pharmacotherapy*. 2004;24(5):649-58.

**2005**

**Spyropoulos AC**. Emerging strategies in the prevention of venous thromboembolism in hospitalized medical patients *Chest* 2005; 128:958-969.

**Spyropoulos AC**. Perioperative bridging therapy for the at-risk patient on chronic anticoagulation. *Dis Mon*. 2005;51(2-3):183-93.

Tateo S, Mereu L, Salamano S, Klersy C, Barone, M, **Spyropoulos AC**, Piovella F. Ovarian cancer and venous thromboembolic risk. *Gynecol Oncol*. 2005; 99(1):19-25.

**Spyropoulos AC**. Bridging of oral anticoagulation for invasive procedures. *Curr Hematol Reports* 2005; 4(5):405-13

**Spyropoulos AC**, Turpie AGG. Perioperative bridging interruption with heparin for the patient receiving long-term anticoagulation. *Curr Opin Pulm Med* 2005; 11(5):373-9

Cohen AT, Alikhan R, Arcelus J, Bergmann JF, Haas S, Merli G, **Spyropoulos AC**, Tapson V, and Turpie AGG.  Assessment of venous thromboembolism risk in medical patients *Thromb Haemost* 2005; 94:750-9.

Bullano MF, Willey V, Hauch O, Wygant G, **Spyropoulos AC**, Hoffman L. Longitudinal evaluation of health plan cost per venous thromboembolism or bleed event in patients with a prior venous thromboembolism event during hospitalization. *J Manag Care Pharm*. 2005 Oct;11(8):663-73.

**Spyropoulos AC**. Pharmacologic therapy for the management of thrombosis: unfractionated heparin or low-molecular-weight heparin? *Clinical Cornerstone* 2005; 7(4): S39-48.

**2006**

**Spyropoulos AC**. Managing Oral Anticoagulation Requires Expert Experience and Clinical Evidence. *J Thromb Thrombolysis* 2006; 21(1):91-94.

**Spyropoulos AC**, Turpie AGG, Dunn AS, Spandorfer J, Douketis J, Jacobson A, Frost FJ for the REGIMEN Investigators. Clinical outcomes with unfractionated heparin or low-molecular-weight heparin as bridging therapy in patients on long-term oral anticoagulants: the REGIMEN registry. *J Thromb Haemost* 2006; 4:1246-52.

**Spyropoulos AC**, Bauersachs RM, Omran H and Cohen M. Periprocedural bridging therapy in patients receiving chronic oral anticoagulation therapy *Curr Med Research and Opinion* 2006;22(6):1109-22.

**Spyropoulos AC**, Merli G. Management of venous thrombosis in the elderly. *Journal DRA* 2006; 23(8):651-71.

**Spyropoulos AC** Introduction to prevention of venous thromboembolism: clinical and economic implications. *Am J Health-Syst Pharm* 2006; 63(suppl 6): S3-4.

Pini M, **Spyropoulos AC**. Prevention of venous thromboembolism. *Semin Thromb Haemost* 2006; 32:755-66.

**2007**

Dunn AS, **Spyropoulos AC**, Turpie AGG. The prospective perioperative enoxaparin cohort trial (PROSPECT): bridging therapy in patients on long-term oral anticoagulants who require surgery. *J Thromb Hameost* 2007; 5(11):2211-8.

Hyers TM, **Spyropoulos AC** for the INNOVATE Investigators. Community-based treatment of venous thromboembolism with a low-molecular-weight heparin and warfarin *J Thromb Thrombolysis* 2007; 24(3): 225-32.

**Spyropoulos AC**. Investigational treatments for venous thromboembolism *Exp Opinion in Investig Drugs* 2007;16(4):431-440.

**Spyropoulos AC**. Outpatient-based primary and secondary thromboprophylaxis with low-molecular-weight heparin *Clin Appl Thromb Haemost* 2007; Sept 25

Anderson FA, Decousus H, Bergmann JF, Chong B, Froehlich J, Johnson J, Kakkar A, Merli G, Monreal M, Pavenello R, Pini M, Piovella F, **Spyropoulos AC**, Turpie AGG, Tapson V, Zotz R for the IMPROVE Investigators " A multinational observational cohort study in hospitalized medical patients of practices in prevention of venous thromboembolism and clinical outcomes: findings of the international medical prevention registry on venous thromboembolism (IMPROVE) *Chest* 2007; 132(3):936-45

**Spyropoulos AC** and Lin J. Direct medical costs of venous thromboembolism and subsequent hospital readmission rates: An administrative claims analysis from 30 managed care organizations *J Manag Care Pharm* 2007;13:475-486.

Karakitsos D, Saranteas T, Poulara J, **Spyropoulos A**, Karabines A. Catheter-related thrombosis and inferior vena cava filter implantation in a patient in the intensive care unit: the role of ultrasound monitoring. *Acta Anaesthesiol Scand.* 2007 Aug;51(7):961-2.

**2008**

Garcia DA, **Spyropoulos AC**. Update in the treatment of venous thromboembolism. *Sem in Resp and Crit Care Med*  2008;29:40-46.

**Spyropoulos AC**, Douketis J. Guidelines for antithrombotic therapy: periprocedural management of antithrombotic therapy and use of bridging anticoagulation. *Intern Angiol* 2008; 27:333-343.

**Spyropoulos AC**, Magnuson S, Koh SK. The use of fondaparinux for the treatment of venous thromboembolism in a patient with heparin-induced thrombocytopenia caused by heparin flushes. *Therapeutics and Clinic Risk Management* 2008; 4(3): 653-657.

**Spyropoulos AC**, Brotman DJ, Amin AN et al. Prevention of venous thromboembolism in the cancer surgery patient. *Cleveland Clinic Journal of Medicine* 2008;75 (3): S17-S26

Haas S, **Spyropoulos AC** Primary prevention of venous thromboembolism in long-term care: identifying and managing the risk. *Clin Appl Thromb Hemost*. 2008 Apr;14(2):149-58**.**

Douketis JD , Berger P, Dunn AS, Jaffer AK, **Spyropoulos AC**, Becker RC, Ansell J Perioperative management of antithrombotic therapy. Anithrombotic and Thrombolytic Therapy: ACCP Evidence-Based Clinical Practice Guidelines (8th Edition) *Chest* 2008; 133(6): 299S – 340S.

**Spyropoulos AC**, Turpie AGG, Dunn AS, Kaatz S, Douketis J, Jacobson A, Petersen H. Perioperative bridging therapy with unfractionated heparin or low-molecular weight heparin in patients with mechanical prosthetic heart valves on long-term oral anticoagulants from the REGIMEN registry *Am J Cardiol* 2008; Oct 1;102(7):883-9. Epub 2008 Jul 31.

Alikhan R and **Spyropoulos AC**. Epidemiology of venous thromboembolism in cardiorespiratory and infectious disease *Am J Med* 2008 121(11): 935-942.

**Spyropoulos AC**. Insights from the 7th Southwest Symposium on Thrombosis and Hemostasis *Thromb Res* 2008; 123 Suppl 1:S1

**Spyropoulos AC**. Brave new world: the current and future use of novel anticoagulants. *Thromb Res* 2008; 123 Suppl 1:S29-35. .

**2009**

**Spyropoulos AC**. The prevention of venous thromboembolism after surgery for cancer *Cancer Invest* 2009; 27(1):36-40.

Merli G, **Spyropoulos AC**, Caprini JA Use of emerging oral anticoagulants in clinical practice: translating results from clinical trials to orthopedic and general surgical populations. *Ann of Surg* 2009.250:219-228.

**Spyropoulos AC**. Upper vs lower extremity deep vein thrombosis: outcome definitions of venous thromboembolism for clinical predictor rules or risk factor analyses in hospitalized patients *J Thromb Haemost* 2009; 7:1041-2.

**Spyropoulos AC**, Mahan CE Venous Thromboembolism Prophylaxis in the Medical Patient: Controversies and Perspectives *Am J Med* 2009;  2009 Dec;122(12):1077-84.

**Spyropoulos AC**, Hussein M, Lin J, Battleman D. Rates of symptomatic venous thromboembolism in US surgical patients: a retrospective administrative database study. *J Thromb Thrombolysis*. 2009;102(5):951-7..

Gerotziafas GT, Dupont C, **Spyropoulos AC**, Hatmi M, Samama MM, Kiskinis D, Elalamy I. Differential inhibition of thrombin generation by vitamin K antagonists alone and associated with low-molecular-weight heparin. *Thromb Haemost*. 2009 Jul;102(1):42-8.

**Spyropoulos AC**, Hussein M, Lin J, and Battleman D. rates of venous thromboembolism occurrence in medical patients among the insured population. *Thromb Haemost* 2009; 102:951-7.

Douketis J, **Spyropoulos AC**. Vitamin K to reverse the anticoagulant effects of Vitamin K antagonists: can you teach an old dog new tricks*? J Thromb Haemost* 2009; 8(3):496-8.

**Spyropoulos AC**. Physician alerts to prevent symptomatic thromboembolism in hospitalized medical patients. `Circulation`. 2009 Dec 15;120(24):e288.

**2010**

Amin A, **Spyropoulos AC**, Dobesh P, Shorr A, Hussein M, Mozaffari E, Benner JS. Are hospitals delivering appropriate VTE prevention? The venous thromboembolism study to assess the rate of thromboprophylaxis (VTE START). *J Thromb Thrombolysis*. 2010; 29(3):326-39.

**Spyropoulos AC**. To bridge or not to bridge, that is the question: the argument FOR bridging therapy in patients on oral anticoagulants requiring temporary interruption for elective procedures*. J Thromb Thrombolysis* 2010; Feb;29(2):192-8.

Mahan CE, Pini M, **Spyropoulos AC**. Venous thromboembolism prophylaxis with unfractionated heparin in the hospitalized medical patient: the argument for thrice daily over twice daily dosing. `Intern Emerg Med`. 2010;5(4):2

Mahan CE, **Spyropoulos AC**. Venous thromboembolism prevention: A systematic review of methods to improve prophylaxis and decrease events in hospitalized patients. *Hospital Practice* 2010; 38(1): 97-108.

**Spyropoulos AC**. Bridging therapy and oral anticoagulation: current and future prospects. *Curr Opin Hematol* 2010; 17(5):444-9

**Spyropoulos AC**. Risk assessmenmt of venous thromboembolism in hospitalized medical patients. *Curr Opin Pulm Med* 2010; 16(5):419-25.

Huo MH and **Spyropoulos AC**. The Eight American College of Chest Physician guidelines on venous thromboembolism prevention: implications for hospital prophylaxis strategies. *J Thromb Thrombolysis* 2010 ; 31(2):196-208.

Goldenberg NA, **Spyropoulos AC**, Halpern JL, Kessler CM, Schulman S, Turpie AGG, Skene AM, Cutler NR, Hiatt WR. Improving academic leadership and oversight in large industry-sponsored clinical trials: the ARO-CRO model *Blood* 2010: 117(7):2089-92.

**2011**

**Spyropoulos AC**, Anderson FA, FitzGerald G, Decousus H, Pini M, Chong BH, MD, PhD, Zotz RB, Bergmann JF, for the IMPROVE (International Medical Prevention Registry on Venous Thromboembolism) Investigators. A predictive model to identify hospitalzed medical patients at risk of venous thromboembolism *Chest* 2011 14(3):706-714.

Shroff A, Chung HO, Khalidi NA, **Spyropoulos A.** Antiphospholipid syndrome and the aorta: a rare presentation. *J Rheumatol* 2011;38(8): 1808-9.

Mahan CE, Hussein MA, Amin AN, **Spyropoulos AC**. Active, multifaceted intervention reduces preventable venous thromboembolism and increases appropriate prophylaxis *Clin App Thromb Haemost* 2011 (Sept 23 epub ahead of print).

Cohen AT, Spiro TE, Büller HR, Haskell L, Hu D, Hull R, Mebazaa A, Merli G, Schellong S, **Spyropoulos A**, Tapson V. Extended-duration rivaroxaban thromboprophylaxis in acutely ill medical patients: MAGELLAN study protocol. *J Thromb Thrombolysis* 2011; 31(4):407-16.

Mahan CE,  Holdsworth MT, Welch SM, Borrego M, **Spyropoulos AC**. Deep-vein thrombosis: A United States cost model for a preventable and costly adverse event. *Thromb Haemos*t 2011; 106(3): 405-15.

Kaatz S, **Spyropoulos AC**. Venous thromboembolism prophylaxis after hospital discharge: transition to preventative care. *Hosp Pract* 2011;39(3):7-15.

Decousus H, Tapson VF, Bergmann JF, Chong BH, Froehlich JB, Kakkar AK, Merli GJ, Monreal M, Nakamura M, Pavanello R, Pini M, Piovella F, Spencer FA, **Spyropoulos AC**, Turpie AG, Zotz RB, Fitzgerald G, Anderson FA; IMPROVE Investigators. Factors at admission associated with bleeding risk in medical patients: findings from the IMPROVE investigators. *Chest*. 2011 Jan;139(1):69-79

Warkentin TE, Pai M, Sheppard JI, Schulman S, **Spyropoulos AC**, Eikelboom JW. Fondaparinux Treatment of Acute Heparin-Induced Thrombocytopenia Confirmed by the Serotonin-Release Assay: a 30-Month, 16-Patient Case Series. *J Thromb Haemost* 2011; Aug 23

## 2012

**Spyropoulos AC**, Anderson FA. The "risk" of risk assessment models in hospitalized medical patients. *Am J Med* 2012 (in press).

Rochwerg B, Xenodemetropoulos T, Crowther M, **Spyropoulos AC**. Dabigatran-induced acute hepatitis. *Clin Appl Thromb Haemost* 2012 (in press).

**Spyropoulos AC**, Douketis JD, Gerotziafas G, Kaatz S, Ortel TL, Schulman S. Periprocedural antithrombotic and bridging therapy: recommendations for standardized reporting on behalf of the Subcommittee on Control of Anticoagulation of the Scientific and Standardization Committee of the International Society of Thrombosis and Haemostasis  *J Thromb Haemost* 2012; 10:1-3.

Cohen AT, Spiro TE, Buller HR, Haskell L, Hu D, Hull R, Mebazaa A, Merli G, Schellong S, **Spyropoulos AC**, Tapson V. Rivaroxaban for the prevention of venous thromboembolism in acutely-ill medical patients: the MAGELLAN study *N Engl J Med* 2012 (accepted for publication).

Mahan CE, Holdsworth MT, Welch SM, Borrego M, **Spyropoulos AC**. Long-term attack rates, as compared with incidence rates, may provide improved cost-estimates in venous thromboembolism. A reply to S. D. Grosse. *Thromb Haemost* 2012; 3(107)1:194-5.

Siegal D, Yudin J, Kaatz S, Douketis JD, Lim W, **Spyropoulos AC.** Periprocedural heparin bridging in patients receiving vitamin K antagonists: systematic review and meta-analysis of bleeding and thromboembolic rates *Circulation* 2012 (submitted for publication).

Kaatz S, Kouides P, Garcia D, **Spyropoulos AC**, Crowther M, Douketis J, Chan A, James A, Moll S, Ortel TL, Van Cott E, Ansell J. Guidance on the emergent reversal of oral thrombin and Factor Xa inhibitors *Am J Hematol* 2012; 87:S141-S145..

Douketis JD, **Spyropoulos AC**, Spencer FA, Mayr M, Jaffer AK, Eckman M, Dunn AS, Kunz R. The perioperative management of antithrombotic therapy: ACCP Evidence-based clinical practice

guidelines (9th Edition). *Chest* 2012; 141 (2) (Suppl):e326S-e350S.

**Spyropoulos AC**, Mahan CE, Fisher M, Fields L,  Mills RM, Stephenson JJ, Wasser T, Klaskala W. Risk factors associated with post-discharge venous thromboembolism and thromboprophylaxis in medically-ill patients. *Thromb Haemost* 2012 (submitted for publication).

Nieuwlatt R, Hubers L, **Spyropoulos AC**, Sculze K, Connolly BJ, Cuddy SM, Stehouer A, Van Spall HCG, Eikelboom JW, Sculman S, Connolly SJ. Randomized Comparison of a Simple Warfarin Dosing Algorithm and a Computerized Anticoagulation Management System for Quality of INR Control *J Thromb Haemost* 2012 (submitted for publication).

Mahan CE, **Spyropoulos AC**, Fisher MD, Fields LE, Mills RM, Stephenson JJ, Fu C, Klaskala W. Post-discharge thromboprophylaxis and risk factors associated with total bleeding in hospitalized medically ill patients *Chest* 2012 (submitted for publication).

Ageno W, **Spyropoulos AC**, Turpie AGG Role of new anticoagulants for the prevention of venousthromboembolism after major orthopaedic surgery and in hospitalisedacutely ill medical patients *Thromb Haemost* 2012; 107: 1-8.

Mahan  CE and **Spyropoulos AC**. Improving prevention and treatment of venpus thromboembolism: clinical trial results. *J Med Econ* 2012; 2:1-12.

**Spyropoulos AC**. Pro: Bridging anticoagulation is needed during warfarin interruption in patient who require elctive surgery. *Thromb Haemost* 2012; 108:1-4.

Moruf A, **Spyropoulos AC**, Schardt TQ, Gibson E, Manco-Johnson MJ, Wang M, Goldenberg NA. Periprocedural bridging with low-molecular-weight heparin in patients receiving warfarin fro venous thromboembolism: a pediatric experience *Thromb Res* 2012 Jun 29 (epub ahead of print).

Mahan CE, Borrego ME, Woersching AL, Federici R, Downey R, Tiongson J, Bieniraz , MC, Cavanaugh BJ, **Spyropoulos AC**. Venous thromboembolism: Annualized United States models for total, hospital-acquired, and preventable cost utilizing long-term attack rates *Thromb Haemost* 2012; 108:1-12.

**Spyropoulos AC**, Douketis JD. How I Treat Patients On a Vitamin K Antagonist or Novel Oral Anticoagulant and Need an Elective Procedure or Surgery *Blood* 2012 (accepted for publication).

**Spyropoulos, AC**, Goldenberg, NA, Kessler, CM , Kittelson, J, Schulman S, Turpie, AGG, Cutler N, Hiatt, WR and Halperin, JL for The Antithrombotic Trials Leadership and Steering Group (ATLAS). Comparative Effectiveness and Safety of the Novel Oral Anticoagulants: Do the Pivotal Clinical Trials Point to a New Paradigm? *Ann Intern Med* 2012 (submitted for publication).

**Spyropoulos AC**, McGinn T, Khorana AA.  The use of scored and weighted risk assessment models for venous thromboembolism *Thromb Hameost* 2012 (submitted for publication).