# Exhibit 2

# All cases in which the witness testified as an expert at trial or by deposition in the past 4 years and statement of compensation to be paid

## ALEX C. SPYROPOULOS, M.D., F.A.C.P., F.C.C.P., F.R.C.P.C.

## FEE SCHEDULE

Record review, telephone consultations, research time, travel time, deposition preparation, trial preparation and all other services not specifically itemized: $550/hr.

Deposition testimony: $900/hr.

Video testimonies/depositions: $1,200/hr.

Court appearances and trial testimony: $2,750/half day and $5,500/full day

## TESTIMONIAL HISTORY

Dr. Spyropolous has not given expert testimony at either deposition or trial in the past four (4) years.