# Exhibit 3

# Materials relied upon by the witness

Dr. Spyropoulos has relied upon the following in preparing his report:

    All materials identified in the body of his report

    Expert reports submitted by Merck

    CSRs 078, 088-089, 091, 122 and 126

    Materials Reviewed by Dr. Crowther

    Testimonial History of Dr. Crowther