# Exhibit 1

# Witness Qualifications, including a list of all publications authored in the past 10 years

# Curriculum Vitae

# April Zambelli-Weiner, Ph.D., M.P.H.

**Address**   1535 Brodbeck Rd.
Hampstead, MD 21074

**Email**   aweiner@transtechint.com

**Telephone**   (800) 580-2990, ext 100          **Fax**   (888) 391-5380

## Education

| B.A. – 1997 | M.P.H. – 1999 | Ph.D. – 2003 | Post-Doc – 2003 |
|---|---|---|---|
| Chemistry | Community Health/ | Human Genetics/ | Division of Allergy & |
| English | Epidemiology | Epidemiology | Clinical Immunology |
| Washington & Jefferson College | Saint Louis University School of Public Health | Johns Hopkins University School of Public Health | Johns Hopkins University School of Medicine |
| Washington, PA | St. Louis, MO | Baltimore, MD | Baltimore, MD |

## Current Professional Affiliations

2011-Present    President/CEO
Translational Technologies International, Hampstead, MD

## Positions Held

2003-2011    Senior Scientist and Chief Operating Officer,
Epidemiology International, Inc. Hunt Valley, MD

2000- 2003    Data Analyst and Manager, Data Analysis Core Facility
The Johns Hopkins Asthma and Allergy Center, Division of Clinical Immunology, Baltimore, MD

1997-1999    Laboratory Technician
Washington University School of Medicine, Division of Internal Medicine, Department of Gastroenterology, St. Louis, MO

0811

## Key Skills & Expertise
- Project Management, including top-level oversight of complex, multi-site research studies
- Strategic planning, needs assessment, and program design
- Analyzing incidence and prevalence rates of disease according to subgroups and risk factors
- Development of analytic strategies and statistical analysis plans
- Employing advanced statistical techniques in the analysis of epidemiological and other data
- Extensive experience in research and collection of scientific and health data from various sources, including both primary and secondary data sources; compilation of gathered data in appropriate formats
- Designing and implementing computerized epidemiological data collection instruments and systems
- Conducting literature reviews and weight of evidence analyses
- Exceptional analytical skills, with the capacity to process scientific and medical data
- Proficiency in manipulating and analyzing large, complex datasets
- Proficiency in statistical tools including Stata, SPSS, SAS, SQL, advanced Excel, among other more specialized applications
- Capability to classify data issues, present problems, and implement solutions
- Understanding of and experience implementing laboratory and clinical protocols
- Familiarity with public health, health care, and socio-demographic data sources
- Knowledge of laboratory techniques and familiarity with common laboratory protocols
- Excellent written and verbal communication skills; proven ability to interface with stakeholders and resolve doubts, queries and issues related to study design, data collection or integrity, and statistical analyses
- Exceptional ability to summarize and present results clearly and concisely, including preparation of models, charts, tables, pie diagrams, and graphics to present scientific data in easy to understand formats
- Expert in communicating research goals, approach, results, and implications to a broad array of clients and stakeholders, including governmental agencies, corporate management teams, academic faculty, and the legal profession

## Memberships and Appointments

American College of Epidemiology
International Society for Environmental Epidemiology
Maryland Public Health Association
Chairman, Advisory Board, North Carroll Community School

## Patents

"Antimicrobial Compositions" Filing Date: 12/26/06.  *Patent Pending.*

## Publications

Journal Articles

Klein AP, Kovac I, Sorant AJM, Baffoe-Bonnie A, Doan BQ, Ibay G, Lockwood E, Mandal D, Santhosh L, Weissbecker K, Woo J, **Zambelli-Weiner A**, Zhang J, Naiman DQ, Malley J, Bailey-Wilson JE. " Importance Sampling Method of Correction for Multiple Testing in Affected Sib-pair Linkage Analysis." BMC Genet. 2003 Dec 31;4 Suppl 1:S73.

Barnes KC, Caraballo L, Muñoz M, **Zambelli-Weiner A**, Ehrlich E, Burki M, Jimenez S, Mathias RA, Deindl P, Nickel R, Wills-Karp M. "A Novel Promoter Polymorphism in the Gene Encoding Complement Component 5 Receptor 1 (C5AR) on Chromosome 19q13.3 is Not Associated with Asthma and Atopy in Three Independent Populations." Clin Exp Allergy. 2004 May;34(5):736-44.

Ye SQ, Simon BA, Maloney JP, **Zambelli-Weiner A**, Gao L, Grant A, Easley RB, McVerry BJ, Tuder RM, Standiford T, Brower R, Barnes KC, Garcia JG. "Pre-B-cell Colony Enhancing Factor as a Potential Novel Biomarker in Acute Lung Injury." Am J Respir Crit Care Med. 2005 Feb 15;171(4):361-70

**Zambelli-Weiner A**, Ehrlich E, Stockton ML, Grant AV, Zhang S, Levett PN, Beaty TH, Barnes KC. "Evaluation of the CD14/-260 polymorphism and house dust endotoxin exposure in the Barbados Asthma Genetics Study." J Allergy Clin Immunol. 2005 Jun;115(6):1203-9.

Barnes KC, Grant AV, Baltadzhieva D, Zhang S, Berg T, Shao L, **Zambelli-Weiner A**, Anderson W, Nelsen A, Pillai S, Yarnall DP, Dienger K, Ingersoll RG, Scott AF, Fallin MD, Mathias RA, Beaty TH, Garcia JG, Wills-Karp M. "Variants in the gene encoding C3 are associated with asthma and related phenotypes among African Caribbean families." Genes Immun. 2006 Jan;7(1):27-35.

Barnes KC, Grant A, Gao P, Baltadjieva D, Berg T, Chi P, Zhang S, **Zambelli-Weiner A**, Ehrlich E, Zardkoohi O, Brummet ME, Stockton M, Watkins T, Gao L, Gittens M, Wills-Karp M, Cheadle C, Beck LA, Beaty TH, Becker KG, Garcia JG, Mathias RA. "Polymorphisms in the novel gene acyloxyacyl hydroxylase (AOAH) are associated with asthma and associated phenotypes." J Allergy Clin Immunol. 2006 Jul;118(1):70-77.

Arnold JW, deLaubenfels E, **Zambelli-Weiner A**. "Quantitative assessment of hard surface disinfection activity against the food-borne pathogen, *Listeria monocytogenes*." The Journal of AOAC International. 2006 Nov-Dec;89(6):1617-21.

Dominici F, Kramer S, **Zambelli-Weiner A**. "Risk of neuroblastoma associated with carcinogens from a munitions factory: A toxic tort litigation case." *Law, Probability and Risk.* 2008;**7**:15-34.

Hasan SS, Levy M, Noyes FR, Moller SA, **Zambelli-Weiner A**, Beck CL Jr, Townsley R, Beck EP, Hansen B.  Postarthroscopic Glenohumeral Chondrolysis Revisited.  *Am J Sports Med*. 2010; 38(7): NP1-NP2.

**Zambelli-Weiner A**, Crews JE, Friedman DS.  Disparities in Adult Vision Health in the United States.  *American Journal of Ophthalmology*.   2012 May 23.  [Epub ahead of print]

**Zambelli-Weiner A**, Crews JE, Friedman DS.  Building a Basis for Action: Enhancing Public Health Surveillance of Visual Impairment and Eye Health in the US.  *American Journal of Ophthalmology*.   *Accepted for Publication.*

Posters and Presentations

Moller Hikel S, Moon K, **Zambelli-Weiner A.**  "Increased Risk of Childhood Leukemia in Communities Impacted by Hydraulic Fracturing in the Marcellus Shale."  Oral Presentation, International Society for Environmental Epidemiology.  23rd Conference, September 2011, Barcelona, Spain.

**Zambelli-Weiner A**, Kramer S, Moller S, Hawkins M.  "A Persistent Worldwide Environmental Hazard: Former Manufactured Gas Plant (FMGP) Sites."  Oral Presentation, International Society for Environmental Epidemiology 20th Conference, October 2008, Pasadena CA.

Arnold JW, Kramer S, Zambelli-Weiner A.  Assay to Measure Efficacy of Disinfectants Against *Listeria monocytogenes* Biofilms.  122nd AOAC Meeting, September 2008, Dallax TX.

Moller S, **Zambelli-Weiner A**, Hawkins M, Kramer S.  "Excess Cancer Risk Among a Population Exposed to Environmental Carcinogens."  Poster Presentation, Society for Epidemiologic Research 41st Annual Meeting, July 2008, Chicago, IL.

**Zambelli-Weiner A,** Kramer S.  "Elevated Incidence of Neuroblastoma in a Community Exposed to Carcinogens from a Munitions Factory."  Poster Presentation, 40th Annual Meeting of the Society for Epidemiologic Research, June 2007, Boston, Massachusetts.

**Zambelli-Weiner A,** Moller S, Kramer S.  "Association Between Hazardous Waste from a Munitions Factory and Neuroblastoma."  Poster Presentation, Twentieth Annual Meeting of the Society for Pediatric and Perinatal Epidemiologic Research, June 2007, Boston, Massachusetts.

Arnold JW, **Zambelli-Weiner A**., Kramer S.  "Methods to measure control of *Listeria monocytogenes* biofilms on test materials from food production and processing facilities."  Poster Presentation, American Society for Microbiology, 4th Conference on Biofilms, March 2007, Quebec City, Canada.

**Zambelli-Weiner A**, Stockton M, Ehrlich E, Whitmer M, Lewis D, Olenchock S, Barnes KC. Poster Presentation, "House Dust Endotoxin Exposure Mitigates Asthma Severity in a Tropical Environment." American Academy of Asthma, Allergy & Immunology, March 2004, San Francisco, California.

Munoz M, **Zambelli-Weiner A**, Grant A, Lorenzo M, Ehrlich E, Burki M, Gao L, Ye S, Beaty TH, Garcia JGN, Barnes KC. Poster Presentation, "Association Between Variants in the Gene Encoding Myosin Light Chain Kinase (MLCK) and Asthma and Atopy." American Academy of Asthma, Allergy & Immunology, March 2004, San Francisco, California.

Baltadjieva D, Berg T, **Zambelli-Weiner A**, Mathias RA, Zardkoohi O, Brummet M, Beck LA, Barnes KC. Poster Presentation, "Variants in the Gene Encoding Acyloxyloacyl Hyrdoxylase (AOAH) are Associated with Total IgE." American Academy of Asthma, Allergy & Immunology, March 2004, San Francisco, California.

**Zambelli-Weiner A**, Barnes KC. "The CD14-159 SNP in a Population of African Descent." Oral Presentation, "From Genome to Disease: A Symposium of High-Throughput Biology." Sponsored by NHLBI, July 2003, Bethesda, Maryland.

**Zambelli-Weiner A,** Maloney J, Gao L, Ye S, Garcia JGN, Barnes KC. "Association between the CD14-159 Polymorphism and Acute Lung Injury" Poster Presentation, 99th Annual Conference of the American Thoracic Society, May 2003, Seattle, Washington.

**Zambelli-Weiner, A**, Munoz M, Ehrlich E, Jimenez S, Caraballo L, Wills-Karp M, Barnes K. "A Novel Single Nucleotide Polymorphism in Compelement Component 5 Receptor 1 (C5aR) on Chromosome 19q13.3 is not Associated with Asthma in an Afro-Caribbean Population." Poster Presentation, Johns Hopkins University Department of Medicine Research Retreat, April 2003, Baltimore, Maryland.

Ehrlich E**, Zambelli-Weiner A**, Stockton ML, Barnes KC. "The CD14(C-159T) Polymorphism and Allergic Disease in African American Families." Oral Presentation, 60th Anniversary Meeting of the American Academy of Asthma, Allergy, and Immunology, March 2003, Denver, Colorado.

Stockton ML, **Zambelli-Weiner A**, Rowell C, Levett PN, Naidu RP, Barnes KC. "High Circulating Soluble CD14 (sCD14) Levels are not Associated with Asthma or Atopy in an Afro-Caribbean Population from Barbados." Poster Presentation, 60th Anniversary Meeting of the American Academy of Asthma, Allergy, and Immunology, March 2003, Denver, Colorado.

**Zambelli-Weiner A**, Farkas DH, Chan V, Mathias RA, Casolaro V, Barnes KC. "The Transcriptional Factor LBP-1C/CP2/LSF Gene on Chromosome 12q13 is not Associated with Asthma in Two Independent Populations." Poster presentation, 52nd Annual Meeting of the American Society of Human Genetics, October 2002, Baltimore, Maryland.

**Zambelli-Weiner A**, Gray B., Levett PN, Naidu RP, Barnes KC. "The CD14(-159) Polymorphism is not Associated with Circulating sCD14 nor Total Serum IgE in an Asthmatic Population of African Descent." Poster presentation, 58th Annual Meeting of the American Academy of Asthma, Allergy, and Immunology, March 2002, New York, New York.

**Zambelli-Weiner A**, Casolaro V, Nutman TB, Barnes K.C. "Cross Reactivity of T-cell responses to major allergens of cockroach and antigens from extracellular parasites in individuals with cockroach sensitization." Poster presentation, 57th Annual Meeting of the American Academy of Asthma, Allergy, and Immunology, March 2001, New Orleans, Louisiana.

# ELIZABETH BROOKS, PH.D. – PRESIDENT
# DECISION-DRIVER ANALYTICS, INC.

1011 Tunnel Road, Suite 205     Asheville, NC 28805     (828) 505-7979
(828) 230-5105 (m)     ebrooks@decision-driver.com

## KEY EXPERIENCE & SKILLS

**Data Analytics / Health Economics & Outcomes Research / Mathematical Modeling (e.g., cost-effectiveness; budgetary impact; price optimization) / Health Outcomes Study Design & Analysis (prospective & retrospective) / Patient-Reported Outcomes: Instrument Selection, Design & Data Analysis**

- **Extensive medical device/pharmaceutical/biotechnology industry experience in health economics research, data analytics, and health economics modeling.**

- **Skilled at identifying clients' business needs and scaling useful analytical investigations, models, and solutions.**

- **Mathematical expertise in probability theory, partial differential equations, and applied mathematical modeling.**

- **Experienced in developing Excel-based and TreeAge models (as typically preferred for payor review of cost-effectiveness).**

## CAREER HISTORY

**President,** Decision-Driver Analytics, Inc., 2006 - Present.  Provide expert consultation in health economics and outcomes research.  Utilize rigorous quantitative methods (e.g., general mathematical modeling, decision analysis, statistical data analysis, data mining, quantitative study design and execution) to assist clients in making data-driven business decisions.  Common analytical projects for healthcare clients include: clinical / economic study design and data analysis; cost-effectiveness assessment and model-building; pricing analysis; and budgetary impact modeling.

**Executive Director,** Market Development. PPD, Inc., 2002 – 2005.  Managed all Market Development sales staff and business development activities. Later, duties expanded to an executive level strategic role within Market Development. Provided:  Senior-level consultation to PPD-client project teams; design and consultation services for late phase, observational study, and health outcomes research programs for key PPD clients and/or prospective clients; direction and/or senior level participation in key client presentations and/or proposals; and strategic guidance for all PPD Market Development business units. Additionally responsible for negotiating details of business transactions and contractual obligations for problematic and/or difficult clients and/or client projects.

**Director,** Health Outcomes Research, PPD, Inc., 2000 – 2002.  Expanded and led the Health Outcomes operations group at PPD.  Restored profitability to the group within 6 months of assuming leadership responsibilities; the group had previously been unprofitable since its conception in 1996. In addition to profit-and-loss and general managerial responsibilities, the position required hands-on research, development, and production of health economics, quality of life, and outcomes/decision analyses.  Actively involved in presentation and marketing of Health Outcomes capabilities to prospective clients and to the scientific / professional community. Negotiated contractual obligations. Full P&L.

**Senior Research Management Scientist,** Research Triangle Institute, 1999 – 2000.  Served as the senior mathematician / health economist for the Pharmacoeconomics division.  Responsibilities included marketing and proposal writing, client interaction and presentation, development of economic disease models and cost-effectiveness models, supervision and review of health economic evaluations, identifying and convening expert panels, original research in health economics, and manuscript writing, submission, and presentation.

**Postdoctoral Research Fellow (Biomathematics), National Institute of Environmental Health Sciences,** 1998 – 1999.  Developed mathematical models of carcinogenesis and investigated the functioning of nerve cells in the auditory brainstem for Toxicology division of government research / environmental sciences industry.

**ELIZABETH BROOKS, PH.D.**                                                                                                      **PAGE 2**

---

### CAREER HISTORY (CONTINUED)

**Assistant Professor of Mathematics and Computer Science, Southwestern University,** 1996 – 1998. Researched and taught in pure and applied mathematics. Developed and presented complex material in understandable format. Presented research at professional conferences and research symposia. Designed and established summer research program in biomathematics for minority undergraduate students. Other responsibilities included proposal writing, budgeting, marketing, recruiting and evaluating candidates, supervision of research projects, and collaborating with biologists.

**Doctoral Research and Teaching Assistant, Duke University,** 1991 to 1996. Researched and taught in pure and applied mathematics. Taught laboratory calculus to undergraduates. Developed probabilistic techniques to understand the behavior of solutions of partial differential equations describing transport of material in nerve cell axons.

---

### EDUCATION

**Ph.D.,** Mathematics, **Duke University**, 1996.

**B.S.** *Summa cum laude (4.0/4.0)* with Highest Honors, Mathematics/Computer Science, **Stetson University**, 1991.

**Honors**: Duke University and NSF Research Fellowships; L.P. & Barbara Smith Teaching Award; Phi Beta Kappa; National Barry M. Goldwater Scholar; Presidential Scholar.

**Published articles:** *Probabilistic Methods for a Linear Reaction-Hyperbolic System with Constant Coefficients; Potential Savings in the Cost of Caring for Alzheimer's Disease: Treatment with Rivastigmine; Economic Evaluation of Lamivudine Compared with Interferon-α in the Treatment of Chronic Hepatitis B in the United States; Exhaled Nitric Oxide as a Tool in managing and monitoring difficult-to-treat asthma; Decision Analysis Assessment of the Cost-Effectiveness of Pulsed Radiofrequency Energy Therapy in Treatment of Diabetic Foot Ulcers* and multiple others (comprehensive list provided upon request).

Dr. Brooks has published the following in the past ten (10) years:

- Margolis DJ, Frykberg RB, Brooks EA, Sheehan P. Decision analysis assessment of the cost-effectiveness of pulsed radio frequency energy therapy in treatment of diabetic foot ulcers. Currently under review for publication.

- Bukstein D, Luskin A, Brooks EA. FENO as a tool in managing and monitoring difficult-to-treat asthma. Accepted by *Allergy and AsthmaProceedings* January 2011; currently in prepublication press.

- Feldstein J, Brooks E. Optimizing medical device buying. Value analysis models can help you improve decision-making process. *Mater Manag Health Care*. 2010 May;19(5):20-2.

- Feldstein J, Brooks E. Value-based purchasing and comparative effectiveness research: why the pharmaceutical, biotechnology, and medical-surgical device industries should embrace the coming market evolution. 2010. White Paper.

- Brooks E, Deal L. The effect of rivastigmine on the direct and indirect costs of alzheimer's disease. *Value in Health*. Vol 3, No. 2, 2000.