# Exhibit 2

# All cases in which the witness testified as an expert at trial or by deposition in the past 4 years and statement of compensation to be paid

## ELIZABETH A. BROOKS, Ph.D.

## TRIAL TESTIMONY

Budeprion XL Marketing and Sales Practice Litigation, MDL 2107; deposition given May 2011

## APRIL ZAMBELLI-WEINER, Ph.D., M.P.H.

## TRIAL TESTIMONY

Dr. Zambelli-Weiner has never provided expert testimony at deposition or trial.

**DECISION-DRIVER ANALYTICS, INC.**
**Elizabeth Brooks, Ph.D.**
**April Zambelli-Weiner, Ph.D., M.P.H.**

**FEE SCHEDULE**

Worked performed by Elizabeth Brooks, Ph.D., exclusive of testimony time: $325/hr.

Worked performed by April Zambelli-Weiner, Ph.D., exclusive of testimony time: $275/hr.

Worked performed by Statistician III (assigned as required): $185/hr.

Worked performed by Research Associate II (assigned as required): $125/hr.

Deposition or trial testimony: $5,000/day (or any portion thereof

Expenses as incurred