# Exhibit 3

# Materials relied upon by the witness

Dr. Zambelli-Weiner and Dr. Brooks relied upon the materials identified in their report.