UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL Docket No. 1657

| | | |
|---|---|---|
| In Re:  VIOXX® | ] | No. _____ |
| | ] | |
| PRODUCTS LIABILITY LITIGATION | ] | Section L |
| | ] | |
| *This document relates to Plaintiff Adm.* | ] | Judge E. Fallon |
| *Walter J. Roach, Jr., v. Merck & Co.,* | ] | |
| *a conditionally transferred case.* | ] | Magistrate Judge D. Knowles |
| *2:10-cv-00868   EEF:DEK* | ] | |

## NOTICE OF APPEAL

Notice is hereby given that Walter J. Roach, Jr., Administrator of the Estate of Joanne I. Roach, deceased, Plaintiff in the above styled cause of action, by Atty. Emmanuel F. Guyon, hereby appeals to the United States Court of Appeals for the Fifth Circuit, New Orleans, LA, from the Order of the U. S. District Court, EDLA, entered August 3, 2012, dismissing the Plaintiff's cause of action against Defendant Merck Sharp & Dohme Corp. in the subject MDL 1657 litigation.

August 31, 2012         Walter J. Roach, Jr., Administrator of the
                                    Estate of Joanne I. Roach, Deceased.

                By:    */s/Emmanuel F. Guyon*_____
                       Emmanuel F. Guyon, his attorney
                       5 East Bridge Street
                       Streator, IL  61364
                       Tel.: 815/673-2361
                       Fax.: 815/673-2362
                       *eguyon@frontier.com*

                       *Plaintiff's counsel*

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing Notice of Appeal has been served on *Plaintiff's Liaison Counsel I* Russ Herman, Andy Birchfield, and *Plaintiff's Liaison Counsel II* Ann B. Oldfather, and on Dorothy H. Wimberly, *Defendant's Liaison Counsel,* of Stone, Pigman Walther and Wittman, LLC, and Douglas R. Marvin, of Williams & Connolly, LLP, attorneys for Defendant Merck, Sharp and Dohme Corp., by U. S. Mail or e-mail by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (C), and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in *MDL 1657*, on 31st day of August, 2012.

/s/Emmanuel F. Guyon
Emmanuel F. Guyon,
5 East Bridge Street
Streator, IL  61364
Tel.:  815/673-2361
Fax.: 815/673-2362
eguyon@frontier.com

*Plaintiff's counsel*