**EXHIBIT A**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Numbers:**<br>2:06-cv-10987 |
| **Sandra Elliott** | PLAINTIFFS |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

### AFFIDAVIT OF SANDRA ELLIOTT

Comes the Affiant, Sandra Elliott, after first being duly sworn, and states as follows:

1. On September 26, 2006 I filed suit against Merck arising out of injuries I suffered because of my Vioxx use.
2. I informed my previous counsel in the Vioxx suit, Steven A. Fabbro, Esq., of my intention to file for Chapter 7 bankruptcy.
3. Prior to my claim being rejected by the Gates Committee, Mr. Fabbro informed me that my Vioxx case would not be accepted into the global settlement and would be dismissed.
4. As a result of my imminent dismissal, and subsequent conversations with my bankruptcy attorney, Mr. Thomas Gillis, my claim was not listed on the Schedule B form.
5. I was rejected from the settlement program on July 6, 2009.
6. My claim against Merck was, in fact, dismissed with prejudice on October 30, 2009.
7. It was not my intent to hide my claim against Merck from my creditors.

Further the Affiant sayeth naught.

8-1-12
Date

_Sandra Elliott_
Sandra Elliott, Affiant