**Exhibit 4**

**Supplement to Report**

## CONTENTS, SUPPLEMENT to REPORT

**Purpose and Limitations**      **1**

**Background and Statement of Intent**      **1**

**Prostacyclin, Thromboxane and Cardiovascular Homeostasis**      **5**

**The Balance Between Thromboxane and Prostacyclin**      **8**

**Beyond the Balance Theory and the FitzGerald Hypothesis**      **10**

**COX-2 Inhibition and Platelet Independent Mechanisms for Thrombosis**      **13**

**COX-1 versus COX-2 in Healthy and Inflamed Vessels**      **14**

**Role of COX-2 in Coagulation and Thrombus Formation**      **15**

**Merck's Patents**      **18**

**Observations About Several Merck Documents**      **21**

**Summary**      **25**

**Supplement to Report, PART A**

     **Effects of Selective Cyclooxygenase-2 Inhibition on Vascular Responses and Thrombosis in Canine Coronary Arteries**      **Part A, 1**

     **The African Green Monkey Study**      **Part A, 9**

**Supplement to Report, PART B**

     **Multiple Agonists and Platelet Aggregation**      **Part B, 1**

     **The Role of COX-2 in Regulating Expression of Cell Surface Coagulation**      **Part B, 5**

     **What is the Role of Inflammation And How Is It Altered by the COXibs?**      **Part B, 7**

     **NASAIDs and COXibs During Healing After Myocardial Infarction**      **Part B 18**

**References**      **References, 1-9**

**Purpose and Limitations**

The purpose of this Supplement to Report is to provide more in-depth materials that I have gathered and maintained throughout my work in litigation dealing with Vioxx. Some of the materials are historical, and accordingly do not reflect the current research. Some are not pertinent to the current issues. They are, however, provided here out of an abundance of caution.

**Background and Statement of Intent**

My name is Benedict R. Lucchesi, M.D., Ph.D., F.H.A. I am currently a Professor of Pharmacology, in the Department of Pharmacology at the University of Michigan Medical School in Ann Arbor, Michigan. I have been asked to provide an expert opinion concerning the pharmacodynamic properties of Vioxx-induced COX-2 inhibition.

I received my undergraduate Bachelor of Science degree in Pharmacy, *Summa Cum Laude,* from St. John's University (New York City) in 1955. I went on to graduate school and obtained a Master of Science degree in Physiology in 1957. I was accepted to the Graduate Program University of Michigan Medical School, Department of Pharmacology in September 1957 and completed my Ph.D. degree in Pharmacology in 1961 and was appointed to the medical school faculty as a part-time Instructor in June 1961. In September of 1961, while serving on the faculty, I enrolled in the University of Michigan Medical School and received my M.D. degree in May 1964. I have been on the faculty of the University of Michigan Medical School, Department of Pharmacology for 47 years.

My primary interests focus on diseases of the cardiovascular system with a special interest in the study of pharmacological interventions for the treatment of disorders of the heart, blood vessels and blood. I have had the privilege of serving as Director of the Upjohn Center for

Clinical Pharmacology where I was engaged in the study and development of pharmacological agents for the prevention of 'sudden cardiac death,' ischemic heart disease, and thrombosis. My laboratory contributed significantly to the development of propranolol, amiodarone, and sotalol for the management of cardiac rhythm disorders. Together with colleagues in the Cardiology Division, I was part of team of four faculty members who developed the General Electric Cardiac Pacemaker. In later years I conceived of, and developed the first nitroglycerin patch for the treatment of patients with ischemic heart disease as well as the first intravenous nitroglycerin preparation.

Because of my interest in basic science (Physiology / Pharmacology) and clinical medicine (Cardiology), I devoted my professional efforts towards understanding the mechanisms by which 'drugs' elicit both beneficial as well as adverse actions. In 1960, my laboratory was the first to call attention to the devastating effects of MER-29 (Triparinol), an inhibitor of cholesterol biosynthesis that caused cataracts and blindness in many patients leading to removal of the drug from the market in April 1962. The potential lethal effects of flecanide (Tambocor™), a drug that resulted in several hundred fatal events in the Cardiac Arrhythmia Suppression Trial were reported by my group in 1987 years before the clinical trail was suspended (68, 75).

Aside from my interests in disturbances in cardiac rhythm, my laboratory has focused on the development of pharmacological interventions for the prevention of arterial and / or venous thrombosis (blood clots). Our efforts in this area have been most rewarding as they resulted in the development of abciximab (ReoPro™) the first monoclonal antibody to be introduced into clinical medicine for prevention of coronary artery thrombosis in patients undergoing coronary angioplasty. The basic laboratory data formed the basis for the FDA approval of the IND that

led to the successful outcome of the clinical trials with the antibody, abciximab (ReoPro™) (78, 79, 102, 104, 105, 123).

In February 2000, I became aware of four patients who experienced thrombotic events while being treated with a COX-2 inhibitor (26). In collaboration with Dr. Leslie Crofford (Rheumatologist) we were able to reproduce the phenomenon in an experimental animal model that provided the 'first' *in vivo* demonstration of the potential for COX-2 inhibition to induce arterial thrombosis (58). The results were not entirely unexpected since John (Sir John) Vane and his colleagues had predicted such an event in the 1970s when they postulated, based upon *in vitro* studies, that prevention of prostacyclin ($PGI_2$) synthesis would enhance the potential for the development of blood clots (thrombosis) (84-90, 127-131) Vane and his colleagues were awarded the 1982 Nobel Prize in Physiology and Medicine for their pioneering work on the prostaglandins. The failure of the pharmaceutical industry to regard Sir John Vane's warnings about the physiological importance of COX-2 in maintaining normal hemostatic mechanisms resulted in harm to untold numbers of individuals worldwide. Despite the fact that the scientific information was available and should have been known to the pharmaceutical companies in the United States and Europe the development and aggressive marketing of COX-2 inhibitors (Celecoxib, Rofecoxib, Valdecoxib, etc.) went forward. The scientific evidence that was available in the 1990s supporting the physiological role of COX-2 was sufficient to allow knowledgeable investigators to foresee the disadvantages associated with COX-2 inhibition. It is no surprise that four years after the introduction of Vioxx™ that the accumulating evidence of adverse cardiovascular effects led to the withdrawal of Vioxx™ and Bextra™ from the market and led Pfizer to voluntarily place a 'Black-Box' Warning on Celebrex.™ Each of these agents share a common mechanism, the ability to selectively inhibit specific actions of the

cyclooxygenase-2 (COX-2).

As a trained physician and a pharmacologist I explore mechanisms by which pharmacological agents provide beneficial actions as well as unanticipated or unrecognized adverse events.

In this report I set out my opinions on scientific facts supported by the peer-reviewed literature as well as from my own research experiences over the past 51 years of conducting basic and clinical research related to the pharmacodynamic properties of potential and approved therapeutic agents.[1]

---

[1] Pharmacology is the science of the interaction between chemical substances and living tissues. If the chemical is primarily beneficial,its study falls under the title therapeutics; if primarily harmful, its study is called toxicology.  In either case, pharmacodynamics defines how the body absorbs the material, where it acts, what its effect is, and how it is metabolized and excreted.

## Prostacyclin, Thromboxane and Cardiovascular Homeostasis

**Prostacyclin (PGI₂)** is a potent inhibitor of platelet aggregation synthesized by human arterial and venous tissues/cells from arachidonic acid, with highest capacity to synthesize prostacyclin in the arterial endothelium. Prostacyclin can also be made in other tissues of the body both in the blood vessels within these tissues and the tissues themselves as detected by the mRNA for the main prostacyclin-synthesizing enzyme, prostacyclin synthase (83).



Prostacyclin can both inhibit platelet clumping and disrupt clumps of previously aggregated platelets (52). It can also promote blood vessel wall relaxation (vasodilatation) and modulate vascular tone and inhibit proliferation of vascular smooth muscle cells (67). In the

cardiovascular system, prostacyclin ($PGI_2$) is generally regarded as an important, beneficial homeostatic regulator to limit thrombosis.

**Thromboxane ($TXA_2$),** an unstable substance derived from arachidonic acid, with a half-life of about 30 seconds, is a potent platelet-aggregating agent synthesized within the platelet (55). This powerful platelet-clumping (aggregating) agent synthesized via COX-1 and thromboxane synthase in platelets amplifies the response to other platelet agonists (e.g. collagen and ADP) (96).

Besides its effects on platelets, thromboxane can also constrict blood vessels (54) and promote the proliferation of blood vessel smooth muscle cells. Activation of this pathway is important in the context of hemostasis (119). The importance of this pathway to thrombosis is attested by the findings that a low-dose aspirin regimen has been used by millions as a means to maintain cardiovascular health via its ability to block platelet COX-1-derived thromboxane production without preventing COX-1 or COX-2 derived endothelial synthesis of $PGI_2$. Many clinical trials have shown the benefit of low-dose aspirin in the primary prevention of acute myocardial infarction and in the secondary prevention of myocardial infarction, ischemic stroke, and vascular death. Dysregulated thromboxane synthesis in the cardiovascular system is regarded as a detrimental event that can lead to thrombosis (3).

It should be noted that the importance of both prostacyclin (an anti-platelet agent) and thromboxane (pro-thrombotic agent) become relevant when endothelial production of prostacyclin (PGI) is inhibited by a COX-2 inhibitor (e.g. rofecoxib, or celecoxib) while platelet COX-1 remains unaffected and continues to synthesize thromboxane ($TXA_2$). It is this imbalance, which in part, leads to an increase in the potential for development of a

prothrombotic state.  This is most likely to be exacerbated in patients who are predisposed due to underlying asymptomatic or symptomatic coronary artery disease or diseases that involve inflammation of the vasculature (atherosclerosis, vasculitidies) (15).

<u>Summary:</u>

It is my opinion, based on the scientific literature (15) and from personal experience derived from my experimental studies that metabolism of arachidonic acid gives rise to a number of products with potent, and sometimes opposing, biological actions. For example, prostacyclin ($PGI_2$) the main product of arachidonic acid in vascular tissue, is a vasodilator (relaxes blood vessels and improves blood flow to the tissues (heart, brain, kidneys etc.).  In addition $PGI_2$ is an inhibitor of platelet aggregation whereas thromboxane$A_2$, produced by the platelet, is a vasoconstrictor (constricts blood vessels and decreases blood flow to the heart, kidney, brain and other organs) and inducer of platelet aggregation.  Generation of these products can be modified in certain diseases, such as atherosclerosis and diabetes, so that prostacyclin production is reduced and thromboxane$A_2$ production increased, resulting in a pro-thrombotic condition.  The endothelial cells that cover the inner wall of blood vessels (arteries and veins) are the primary sites for the synthesis of prostacyclin.  It is important to recognize that one role of prostacyclin is as an endogenous substance that will prevent platelets from aggregating regardless of the stimulus (agonist).

Synthesis of arachidonic acid metabolites can be manipulated using drugs such as aspirin or imidazole analogues, which selectively inhibit different enzymes in the metabolic pathway. Such drugs have proved beneficial in the treatment of some vascular disorders.  Clinical use of prostacyclin has shown it to be effective in the treatment of peripheral vascular disease,

Raynaud's Syndrome, and pulmonary hypertension. Stable analogues of prostacyclin have been developed which may lead to a separation of the vasodilator and anti-platelet actions of prostacyclin (93).

## The Balance Between Thromboxane and Prostacyclin

Due to the various biological functions of thromboxane and prostacyclin, the concept of "balance" in the body was proposed initially by Bunting and co-workers in 1983 (15), which in recent times has been referred to as the 'FitzGerald Hypothesis.' Moncada and colleagues stated (91), "a balance between the amounts of $TXA_2$ formed by platelets and PGX (now known as prostacyclin or $PGI_2$) formed by vessels might be critical for the prevention of thrombus formation". Data from measurements of prostacyclin and thromboxane metabolites (main urinary metabolites are referred to as PGI-M and Tx-M, respectively) several years later indicated that prostacyclin and thromboxane are formed in small amounts and that they do not act as circulating hormones, but exert their actions locally in a so-called paracrine / autocrine [2] manner (i.e. in the immediate adjacent cells or same cell of synthesis) during platelet-vascular wall interactions.

Thromboxane production by platelets with its pro-platelet activating properties and vascular prostacyclin with its platelet inhibition properties were the key components to this balance. The concept of a 'balance' between the production of prostacyclin and thromboxane is illustrated in the following schematic.

---

[2] **Paracrine** signaling is a form of cell signaling in which the target cell is near ("para" = near) the signal-releasing cell. **Autocrine** - the cell signals itself through a chemical that it synthesizes.



In the figure on the left, the panel at the top indicates the presence of a 'balance' between thromboxane ($TXA_2$) and prostacyclin ($PGI_2$) that prevents platelets from aggregating on the endothelial surfaces of normal blood vessels.  The lower left hand panel illustrates what occurs in the presence of 'low-dose' aspirin. When administered in a 'low dose' (81 mg orally per day), aspirin inhibits the platelet COX-1 enzyme, thereby preventing the formation of thromboxane, a potent platelet stimulator that will lead to thrombus formation.  Therefore, the beneficial actions of aspirin derive from the fact that the inability of the platelets to form $TXA_2$ establishes conditions under which the synthesis of $PGI_2$ predominates and prevents the platelets from aggregating and forming an occlusive arterial thrombus.  Keep in mind that the endothelial cells (of both the arteries and the veins) are a primary source for the synthesis of $PGI_2$, which can result from either COX-1 or COX-2 (81, 137, 138).

Under normal physiological conditions, endothelial cells contain little to no COX-2. Thus, the primary source of endothelial $PGI_2$ is from endothelial COX-1.  Under pathophysiological conditions where the endothelial cells are dysfunctional or lacking, as occurs in atherosclerosis, and other diseases of blood vessels, endothelial COX-2 is up-regulated and it along with COX-2 in inflammatory cells (monocytes and macrophages in atheromatous plaque) serve as the local source of $PGI_2$ synthesis.

An important point to remember is that COX-2 inhibitors, especially rofecoxib (Vioxx™), will inhibit the endothelial COX-1 as well as the endothelial COX-2 derived synthesis of prostacyclin ($PGI_2$) while not affecting platelet COX-1 derived thromboxane ($TXA_2$) (59, 60, 81).

Summary:

The discovery of TXA2 and prostacyclin has led to the development of new concepts concerning the control of vascular homoeostasis.  An imbalance in the TXA2: prostacyclin ratio may provide an explanation as to some of the changes occurring in various pathological situations including thrombosis and ischemia.  New approaches to the treatment of such diseases are being sought by developing drugs that tilt the balance in favor of prostacyclin, either by inhibiting thromboxane synthase, protecting prostacyclin synthase (antioxidants), stimulating prostacyclin production or by administering prostacyclin itself or an analogue.  In addition, dietary manipulation by supplementation or dietary change may provide prophylactic as well as therapeutic benefit (15).

## Beyond the Balance Theory and the FitzGerald Hypothesis

The "Balance Theory" or the "FitzGerald Hypothesis" refers to the interaction between the mediators of platelet and vascular reactivity, namely, prostacyclin ($PGI_2$) and thromboxane. ($TXA_2$).  In my opinion this is too simple an explanation for a biological system that is so vital for maintaining hemostasis and only partially explains the mechanism by which platelets are activated.  The diagram below illustrates the multiple endogenous mediators capable of activating circulating platelets leading to thrombus formation in the presence of endothelial injury.  Whereas low dose aspirin can prevent the synthesis of $TXA_2$, an effective platelet aggregator, it does not alter the ability of the many other agonists, (e.g. collagen, epinephrine,

platelet activating factor, thrombin etc.) from participating in the formation of an occlusive thrombus. When platelets are activated, they form a "bridging network" with neighboring platelets when the platelet GPIIb/IIIa receptor links the platelets together to form a thrombus. Each platelet has in excess of 50,000 GPIIb/IIIa receptors on its surface that can bind to fibrinogen, a plasma protein. It is the interaction of the many GPIIb/IIIa platelet receptors with fibrinogen that brings about the rapid formation of a platelet aggregate leading to an occlusive thrombus.

| Source and Actions of Prostacyclin and Thromboxane A2 | |
|---|---|
| **Prostacyclin (PGI2)** | **Thromboxane-A2 (TXA2)** |
| Derived from the enzymatic conversion of arachidonic acid by COX-2 in the endothelial cells | A product of COX-1 enzymatic activity in the blood platelet leading to the synthesis of Thromboxane – A2 |
| Effective vasodilator resulting in relaxation of vascular smooth muscle | Produces intense vasoconstriction in the coronary vasculature and peripheral vasculature system. |
| Highly effective anti-platelet action capable of preventing formation of platelet dependent thrombi also has the capacity to disaggregate platelet thrombi. | Produces platelet aggregation. The platelet aggregation of TXA-2 can be prevented by acetylsalicylic acid. |

The Table summarizes the actions of both $TXA_2$ and $PGI_2$ on the blood vessels and the blood platelet. Upon activation of the blood platelets, the enzymatic action of platelet COX-1 converts, arachidonic acid to $TXA_2$. The latter is both a vasoconstrictor and a platelet activator.

Thus, $TXA_2$ leads to the formation of a platelet aggregate and/or a platelet rich arterial thrombus. In contrast, COX-2, which is constitutively present in the vascular endothelium and can be induced further by inflammatory mediators will convert arachidonic acid to an anti-aggregator, $PGI_2$ that can prevent thrombus formation by inhibiting platelet aggregation.

The trigger of an ischemic event in the arterial system is the formation of a platelet-rich thrombus on a disrupted atherosclerotic plaque (i.e. atherothrombosis).  Rupture or fissure of a plaque acts as a stimulus for atherothrombosis (thrombus formation superimposed upon atherosclerosis).  In the case of an occlusive thrombus, there will be acute ischemic syndrome in the coronary, cerebral, or peripheral vascular territory depending on the localization of the atherosclerotic plaque, potentially leading to permanent tissue injury.  With a non-occlusive thrombus, ischemic symptoms are temporary.  Thrombosis can contribute to plaque growth through formation and resolution of subclinical platelet thrombi.  Thrombus formation is a dynamic process in which platelets aggregate, but also disaggregate, leading to embolization of platelet aggregates from an evolving thrombus.

The concept of a "balance" between $PGI_2$ and $TXA_2$ represents a simplification of the biological context within the vasculature.  These eicosanoids are one component of the many facets of an intricately organized and exquisitely regulated vasculature to maintain hemostasis. Other cardioprotective mechanisms of the vascular endothelium, in addition to prostacyclin, include nitric oxide (which has similar anti-platelet aggregating and vascular relaxation properties to prostacyclin), CD39 ecto-ADPase (a molecule on the surface of blood vessels that destroys the platelet proaggregating substance ADP, adenosine diphosphate), thrombomodulin, heparin-like proteoglycan substances, tissue factor pathway inhibitor, and tissue plasminogen activator.  (5, 53 98)  Other pro-thrombotic agents besides thromboxane are thrombin and ADP,

as well as substances from a perturbed endothelium, which include tissue factor, plasminogen activator inhibitor, von Willebrand factor, collagen, and P-selectin (51, 108).

A study by Griffoni et al. (50) demonstrated an inhibitory effect of rofecoxib on prostacyclin synthase (PGIS) activity in human umbilical vein endothelial (HUVE) cells and in PGIS-enriched bovine aortic microsomal fractions, which is not observed by using other anti-inflammatory compounds.  The inhibitory effect of rofecoxib is associated neither to a decrease of PGIS protein levels nor to an impairment of the enzyme intracellular localization.  The results of this study may explain the absence of a clear relationship between COX-2 selectivity and cardiovascular side effects.  Moreover, in the light of these results the authors propose that novel selective COX-2 inhibitors should be tested on $PGI_2$ synthase activity inhibition.

The importance of these two eicosanoids, $PGI_2$ and $TXA_2$ is that they emphasize the role of thromboxane as an amplifying signal for platelet activation by all recognized agonists and the role of prostacyclin as a restraint on all endogenous compounds which promote platelet activation and vasoconstriction (51).   Indeed, prostacyclin limits platelet activation by thromboxane in vivo and reduces the thrombotic response to vascular injury in mouse models (19).   However, the concept of a "balance" can represent a simplification of the biological context within the vasculature.  Thus, these eicosanoids are one component of the many facets of an intricately organized and exquisitely regulated vasculature to maintain cardiovascular health.

**COX-2 Inhibition and Platelet Independent Mechanisms for Thrombosis**

The literature has emphasized the importance of maintaining equilibrium between the physiologic production of COX-1 derived thromboxane ($TXA_2$) and COX-2 derived prostacyclin ($PGI_2$) involved in the regulation of thrombus formation.  There is universal support for the concept that COX-2 inhibition may favor a prothrombotic environment by suppressing

endothelial $PGI_2$ synthesis while leaving COX-1-dependent platelet $TXA_2$ synthesis unopposed. Factors other than those discussed above are known to affect blood coagulation (thrombus formation) by altering the activities of COX-1 and COX-2. The publications by Steffel et al. (122), Ghosh et al. (40), and Rabausch et al (101) call attention to the unappreciated role of the extrinsic and intrinsic coagulation pathways and how their otherwise normal activities are disrupted by COX-2 inhibition thereby favoring development of arterial and/or venous thrombus formation leading to pulmonary embolism.

**COX-1 versus COX-2 in Healthy and Inflamed Vessels**

What was once viewed as a relatively simple explanation for thrombus formation based upon an imbalance between endothelial derived prostacyclin ($PGI_2$) and platelet COX-1 derived thromboxane ($TXB_2$), while valid, can no longer be considered to be the only mechanism by which COX-2 inhibition favors development of thromboembolic events. The more recent data from Mitchell et al (81, 82) and Hong et al. (60) suggest that endothelial COX-1, in the normal blood vessel, gives rise to $PGI_2$ and that the COX-1 isoform and the formation of $PGI_2$ can be inhibited by a selective COX-2 inhibitor or a non-selective NSAID. There are data that support the notion that the mechanical environment, such as shear force, due to the pressure and movement of blood within the blood vessel lumen leads to the expression of endothelial COX-1. The latter serves as the source of $PGI_2$ under normal physiological conditions. On the other hand, COX-2 becomes readily expressed at sites of vascular injury (80) or infection (8, 9, 61, 125), where its activity can be associated with an increase in products other than prostacyclin as well as exerting an influence on the coagulation cascade and thrombus formation by platelet independent mechanisms.

In healthy blood vessels cyclooxygenase-1 (COX-1) predominates, but in vessels that are

damaged or exposed to bacterial infection COX-2 is readily expressed (82).  Under conditions in which COX-2 is present, vessels can also produce non-prostacyclin prostanoids including prostaglandin (PG) E2 and PGH2.   In other inflamed sites, prostanoids contribute to inflammation; their role at the site of vascular inflammation in humans is not yet known. Traditional non-steroidal anti-inflammatory drugs (NSAIDs) inhibit COX-1 or COX-2 within the blood vessel; COX-2-selective drugs will inhibit COX-2 activity in damaged vessels.   This results in the potentiation of local platelet activation and activation of the coagulation cascade as well as initiating resolution of the inflammatory response (42, 114, 115).

**Role of COX-2 in Coagulation and Thrombus Formation**

The intrinsic coagulation cascade activates factor IX and factor X, ultimately resulting in the formation of thrombin**.**  Platelets are activated by $TXA_2$ whereas they are stabilized by $PGI_2$. Mediators released during platelet activation and aggregation, such as histamine-induced endothelial tissue factor expression (122); and other mediators are cofactors in the conversion of prothrombin (Factor II) to thrombin (Factor Imia).   Ultimately, the initiation of the coagulation cascade, in conjunction with platelet activation and aggregation, result in formation of an occlusive thrombus**.**

Multiple factors, aside from $PGI_2$ and $TXA_2$ ('FitzGerald Hypothesis'), are affected by rofecoxib (Vioxx™) leading to the activation of the coagulation cascade and thrombus formation.   Tissue factor (TF)[3], the key enzyme for initiation of coagulation cascade, serves a pivotal role in thrombus formation and atherosclerotic vascular diseases.   The vitally important study by Ghosh et al. (40) highlights the importance of COX-2 in negatively regulating the

---

[3]   A complex of phosphatides, lipoproteins, and cholesterol, that accelerates coagulation, which is obtained from homogenates of human tissue

expression of tissue factor (i.e. suppresses the release of tissue factor), the primary initiator of blood coagulation.  Thus, inhibition of COX-2 activity leads to the release of TF and enhances the potential for arterial and as well as venous thrombus formation (cause for pulmonary embolism) by platelet-independent mechanisms.   In contrast to rofecoxib, Celecoxib (Celebrex™) reduces tissue factor expression in endothelial cells, but not by inhibition of COX-2.  Given the importance of TF in the initiation of coagulation, reduced TF expression by celecoxib may provide a mechanism for the observed differences between celecoxib and rofecoxib with respect to the occurrence of thrombotic complications in large-scale clinical trials.

The figure below is a schematic of COX-2 regulation of tissue factor expression in

 endothelial cells.   Endothelial cell COX-2 and prostacyclin synthase (PGIS) enzymes catalyze the oxidative reaction in the conversion of the endocannabinoid 2-AG to $PGI_2$-glycerol ester. $PGI_2$ and related prostanoids are potent activators of PPARγ.  Data presented in the publication by Ghosh et al. (40) demonstrate that this signaling pathway inhibits the expression of tissue factor (TF). Tissue factor is critical for initiating the extrinsic coagulation pathway leading to the activation of thrombin and blood clot formation (thrombosis).  **Therefore, interruption of this most important regulator of hemostasis by a COX-2 inhibitor enhances the potential for arterial and or venous thrombus formation by a mechanism that is independent of platelet activation.**

**The proposition that COX-2 inhibition can enhance the risk for a thrombotic event gains further support from the work of Rabausch et al. (101)**. There is concern that

cyclooxygenase (COX)-2 inhibitors may promote atherothrombosis by inhibiting vascular formation of prostacyclin ($PGI_2$) and an increased thrombotic risk of COX-2 inhibitors has been reported. It is widely accepted that the prothrombotic effects of COX-2 inhibitors can be explained by the removal of platelet-inhibitory PGI2. Using microarray chip technology, it was previously demonstrated that thrombomodulin (TM) mRNA is upregulated in cultured human coronary artery smooth muscle cells by the stable prostacyclin mimetic iloprost. This study is the first to demonstrate a stimulation of the expression of functionally active thrombomodulin in human smooth muscle cells by prostaglandins, endogenously formed via the COX-2 pathway. **Because TM is an important inhibitor of blood coagulation, these findings provide a novel platelet-independent mechanism to explain the prothrombotic effects of COX-2 inhibitors in both arteries and veins**. The combined data presented in the studies by Ghosh et al.(40) and Rabausch et al.(101) emphasize the importance of COX-2 in regulating the coagulation cascade and serving to prevent intravascular thrombus formation. Interference with the regulatory functions of tissue factor and thrombomodulin by the inhibition of COX-2 provide validation for why rofecoxib would increase the potential for adverse cardiovascular events, especially in an at risk population in both arteries and veins. **The message conveyed by the studies of Ghosh et al. (40) is that COX-2 activity is essential for preventing tissue factor expression and release and provides a plausible explanation of why rofecoxib-induced COX-2 inhibition increases the potential for both arterial and venous thrombotic events, especially in individuals who are predisposed due to underlying vascular pathology such as atherosclerosis, previous myocardial infarction, stroke, hypertension, diabetes, rheumatoid arthritis, etc. The patient population at risk is the same population for whom the coxibs were developed; the older patient, especially those who experienced chronic pain due to rheumatoid arthritis or**

**osteoarthritis.**  There is substantial evidence of excess cardiovascular morbidity and mortality in rheumatoid arthritis (RA) patients (31, 70), the very same population that would most likely be exposed to rofecoxib and related COX-2 inhibitors.  This information was documented in the medical literature prior to the commercial development of the COX-2 inhibitors and should have been taken into consideration before introduction of the COX-2 inhibitors into clinical medicine and certainly made known to the clinical investigators and described in the patient consent forms.  Merck continued to deny the potential for adverse arterial and venous thrombotic events even though the clinical trials, VIGOR and APPROVE, as well a number of observational studies provided incontrovertible evidence of a thromboembolic hazard associated with the use of rofecoxib (11, 27, 28, 31, 70, 106, 120, 124).

The report by Kerr and colleagues (66) is of interest in that it shows that rofecoxib was associated with an increased frequency of adverse cardiovascular events among patients with a median study treatment of 7.4 months duration, contrary to the claim by Merck that occurrence of adverse thrombotic events requires that the patients be exposed to rofecoxib for18 months or more. Patients with RA have a significantly higher risk of CHD when compared with non-RA subjects. Arthritis patients are less likely to report symptoms of angina and more likely to experience unrecognized myocardial infarction and sudden cardiac death (37). The known risks of coronary heart disease in rheumatoid arthritis patients precedes the American College of Rheumatology 1987 criteria-based diagnosis of rheumatoid arthritis, and the risk cannot be explained by an increased incidence of traditional coronary heart disease risk factors in rheumatoid arthritis patients (29).

## Merck's Patents

Examination of the patent literature indicates that Merck filed several patents in which

the claimed invention was for a combination drug in which Vioxx was combined with another agent to lessen the risk of cardiovascular events.

Below is the cover page of a patent with a priority date of 15 May 2000 and a filing date of 22 November 2001 bearing the name of the inventor, Dr. Edward Scolnick, an employee of Merck

---

**(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)**

**(19) World Intellectual Property Organization**
International Bureau



**(43) International Publication Date**
22 November 2001 (22.11.2001)

**PCT**



**(10) International Publication Number**
**WO 01/87343 A2**

**(51) International Patent Classification[7]:** A61K 45/06, A61P 35/00, 25/28, 19/02, 9/00

**(21) International Application Number:** PCT/CA01/00683

**(22) International Filing Date:** 14 May 2001 (14.05.2001)

**(25) Filing Language:** English

**(26) Publication Language:** English

**(30) Priority Data:**
60/204,269          15 May 2000 (15.05.2000)   US

**(71) Applicant** *(for all designated States except US)*: **MERCK FROSST CANADA & CO.** [CA/CA]; 16711 Trans-Canada Highway, Kirkland, Québec H9H 3L1 (CA).

**(72) Inventors; and**

**(75) Inventors/Applicants** *(for US only)*: **SCOLNICK, Edward** [US/CA]; 16711 Trans-Canada Highway, Kirkland, Québec H9H 3L1 (CA). **METTERS, Kathleen** [CA/CA]; 16711 Trans-Canada Highway, Kirkland, Québec H9H 3L1 (CA). **RIENDEAU, Denis** [CA/CA]; 16711 Trans-Canada Highway, Kirkland, Québec H9H 3L1 (CA). **TURNER, Mervyn** [US/CA]; 16711 Trans-Canada Highway, Kirkland, Québec H9H 3L1 (CA).

**(74) Agents: MURPHY, Kevin,** P. et al.; Swabey Ogilvy Renault, Suite 1600, 1981 McGill College Avenu, Montreal, Québec H3A 2Y3 (CA).

**(81) Designated States** *(national)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, TZ, UA, UG, US, UZ, VN, YU, ZA, ZW.

**(84) Designated States** *(regional)*: ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE, TR), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— *without international search report and to be republished upon receipt of that report*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

The purpose of the invention is stated below:

### SUMMARY OF THE INVENTION

20          The present invention concerns a method for treating patients with COX-2-mediated conditions, and who are also at risk of developing thromboembolic events which comprises administering to said patients a COX-2 selective inhibitor and a thromboxane A2 inhibitor.  Also provided are pharmaceutical compositions comprising a COX-2 selective inhibitor and a thromboxane inhibitor.

Dr. Edward Scolnick as shown below submitted additional patent applications.



US 20020016342A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: US 2002/0016342 A1
Scolnick et al. (43) Pub. Date: **Feb. 7, 2002**

(54) COMBINATION THERAPY USING COX-2 SELECTIVE INHIBITOR AND THROMBOXANE INHIBITOR AND COMPOSITIONS THEREFOR

(76) Inventors: Edward Scolnick, Wynnewood, PA (US); Kathleen Metters, Montreal (CA); Denis Riendeau, Pierrefonds (CA); Mervyn Turner, Westfield, NJ (US)

Correspondence Address:
MERCK AND CO INC
P O BOX 2000
RAHWAY, NJ 070650907

(21) Appl. No.:     09/855,061
(22) Filed:        May 14, 2001

**Related U.S. Application Data**

(63) Non-provisional of provisional application No. 60/204,269, filed on May 15, 2000.

**Publication Classification**

(51) Int. Cl.7 ..................... A61K 31/444; A61K 31/427; A61K 31/365; A61K 31/122
(52) U.S. Cl. ........................ 514/332; 514/365; 514/473; 514/684

(57)        **ABSTRACT**

The present invention provides a method for the treatment or prophylaxis of COX-2-mediated conditions in patients who are at risk of developing thromboembolic events which comprises administering to said patient a therapeutically or prophylactically effective amount of a COX-2 selective inhibitor and a cardiovascular protective amount of a thromboxane inhibitor, as well as compositions therefor.

**Observations About Several Merck Documents**

A memo dated January 15, 1998 from Dr. Ford Hutchinson to Drs. E. Scolnick, B. Shapiro, A. Nies and R. Spector, entitled, *"ROLE OF COX-2 IN CYTOPROTECTION AND TISSUE REPAIR"* contains the following statements:

> "Inhibition of the urinary excretion of the $PGI_2$ metabolite, 2,3, -dinor, 6-keto PGF1alpha (a putative systemic and kidney-derived metabolite), has drawn attention to the fact that inhibition of COX-2 may have deleterious effects in certain pathologies. As summarized below there is evidence in the literature that inducible COX-2 can contribute to releasing prostaglandins, which then have a role in cytoprotection and tissue repair. In particular, the literature and in-house data as it relates to the gastrointestinal and cardiovascular system is summarized below. Issues raised by these publications may need to be addressed by Searle and Merck during the regulatory review of COX-2 inhibitors. It should be possible to address these issues through meta-analysis of clinical data, using arguments to show that near-complete inhibition of COX-2 is required for these effects to become apparent (25mg of MI-966 clearly only partially inhibits COX-2; approximately 20% inhibition of whole blood assay) using data such as that already generated with L-752, 860 showing no effect of COX-2 inhibition in a model of cardiac ischemia and through appropriate labeling."

*On page 3 of the memo, Dr. Ford-Hutchinson continues as follows:*

**COX-2 and the Cardiovascular System**

"There are clearly other pathological events which can result in an upregulation of COX-2.  For example, we have recently obtained data from Merck Frosst indicating an upregulation of COX-2 in lungs of inflamed asthmatic subjects.  We have also investigated the role of COX-2 in cardiac ischemia.  The rationale behind this derived from studies carried out on the potential beneficial effects of cyclooxygenase inhibition in animal models of myocardial ischemia and reperfusion, which have been studied since 1979. The effects of aspirin and other NSAIDS in cardiac ischemia are in general equivocal.   Ibuprofen and aspirin had

beneficial effects on ischemic injury (i.e. reduced infarct size, reduced arrhythmias, increased collateral blood flow). However, other work has shown no beneficial effects of Ibuprofen or aspirin."

*At the bottom of page 5, Dr. Ford-Hutchinson states:*

"It is clear from these observations that the concerns about COX-2 involvement in cardiac disease are potentially valid. During such disease COX-2 will be elevated and prostaglandin E2 released under such circumstances may have a useful anti-ischemic role. In addition there may be some modulation of the PGI2 / thromboxane B2 balance."

Dr. Ford-Hutchinson is a recognized authority in the area of eicosanoids and has made major contributions towards understanding the physiological roles of eicosanoids in normal and abnormal physiological conditions. It is clearly apparent from this memo of 15 January 1998 that tDr Ford-Hutchinson had a concern about the potential for COX-2 inhibition to induce unfavorable cardiovascular effects in a subset of patients with underlying cardiovascular disease. In my opinion, I believe his concerns were justified based upon the available scientific evidence. The warnings being sounded in1998 were based upon studies that had been published years earlier and now coming to light in the dawn of the emerging COX-2 inhibitors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In 1977 Dr. Nies was appointed to head the Division of Clinical Pharmacology at the University of Colorado. The studies on prostaglandins continued with the collaboration of John Gerber. These discoveries demonstrated that prostaglandins were important in modulating the influence of renal vasoconstrictors on the renal blood flow. If the production of prostaglandins was blocked, the vascular effects of norepinephrine, angiotensin and other endogenous vasoconstrictors were markedly enhanced that could result in renal failure. These discoveries lead to the understanding of a major adverse effect of the NSAIDs. Additionally, prostaglandin production was found to be of major importance in renal renin production.(put references)

Dr. Nies also reported that all COX-2 inhibitors had a major effect on prostacyclin production (Reference), which had previously been thought to be under control of COX-1. This

raised the possibility that inhibitors selective for COX-2 might disturb the balance at the blood, endothelium interface.  This was more than a theoretical concern (39, 97).

In 1977, Dr. Nies collaborated with Dr. Oates and his staff on a study entitled: "Coronary arterial smooth muscle contraction by a substance released from platelets: evidence that it is thromboxane$A_2$" (35).  The abstract from that study is shown below.

> When human platelets are aggregated by thrombin, material is released that rapidly contracts strips of spirally cut porcine coronary artery. Prevention of the contraction by indomethacin suggested mediation by a prostaglandin. The contraction produced by aggregating platelets was unlike those produced by prostaglandins E2, F2alpha, G2, or H2, but resembled that evoked by thromboxane A2, which is formed by platelets during aggregation.

Based upon their observations the authors summarized their findings as follows:

"We conclude that $TxA_2$ released from aggregating platelets can contract coronary smooth muscle in vitro. These findings provide the basis for the following hypothesis: Platelet aggregation in areas of damaged endothelium can release $TxA_2$ and thus cause constriction of large coronary arteries. This hypothesis merits testing in conditions where coronary spasm is known or postulated (initiation of myocardial infarction, sudden cardiac death, and variant angina).  More generally, these findings suggest that $TxA_2$ may be a factor in other forms of arterial constriction in which platelets participate. The cerebral arterial spasm associated with subarachnoid hemorrhage is of particular interest, as we have found that the $TxA_2$-generating system produces contraction of bovine intra-cranial arterial strips."

Dr. Nies studied the effects of thromboxane$A_2$ ($TxA_2$), a labile arachidonic acid metabolite, on cerebral artery smooth muscle.  The cerebral artery response to the $TxA_2$ generating system was as great as the maximum response to prostaglandin$F_2$alpha and two times the maximum response to 5-hydroxytryptamine. Because $TxA_2$ is formed by brain tissue and released from aggregating platelets, it is important in the pathogenesis of spasm associated with injured brain tissue or pathologic changes leading to platelet aggregation (34).

Dr. Nies served in a series of senior management positions at Merck & Co. Inc., most recently as senior vice president, clinical sciences from 1999 to 2002. Prior to joining Merck, Dr. Nies spent fifteen years as professor of medicine and pharmacology and head of the Division of Clinical Pharmacology at the University of Colorado Health Sciences Center. Dr. Nies holds a B.S. from Stanford University and an M.D. from Harvard Medical School.  His extensive studies involving the physiological actions of eicosanoids provided information on the importance of $PGI_2$ in maintaining normal blood flow to the kidneys, brain and coronary circulation to heart muscle.  Dr. Nies' studies date back to the early 1970s and demonstrated the potential adverse effects of COX-2 inhibition.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Memos from Merck officials in 1996 and 1997, provided to *The Wall Street Journal* by "people with access to a selection of internal documents that tend to reflect poorly on Merck", showed that there was awareness of the possibility of cardiovascular damage by Vioxx. In a discussion of a proposed clinical trial designed to show that Vioxx was clearly superior in reducing gastrointestinal problems, the Vioxx patients would not receive any aspirin, which would probably cause some patients to have such problems. But Merck officials were concerned that not taking aspirin would also increase the risk that the Vioxx group would have a significantly higher incidence of cardiovascular problems.  Thus even before the drug was introduced in 1999, there was concern at Merck that Vioxx might carry significant cardiovascular risk.  Discussions between Dr. Alise Reicin and Dr. Briggs Morrison discussed whether aspirin should be included in the VIGOR clinical trial similar to the protocol used by G.D. Searle in the celecoxib (Celebrex™) CLASS trial.  Dr. Morrison responded, "If the Vioxx group did not get aspirin *you will get more thrombotic events [blood clots] and kill [the] drug."* Once again acknowledging the fact that Merck and its officials were aware of the warnings issued by Sir John Vane who clearly stated in many publications that pharmacologic inhibition of COX-2, the source of PGI2 synthesis, would increase the potential for thrombus formation as was observed in both the VIGOR and APPROVe clinical trials. Merck published the results of the VIGOR study in the *New England Journal of Medicine* in November 2000 (10), but Dr. Edward Scolnick's concerns about Vioxx had been replaced with the claim that it was naproxen's (Naprosyn™) protective effect on the heart rather than Vioxx causing an elevated

risk that was responsible for the increased rate of heart attacks. This argument was met with a significant amount of skepticism, and the controversy spurred additional research.

**SUMMARY**

Based upon my review of the scientific literature and my personal research and >400  peer reviewed publications along with 40 plus years of conducting basic and clinical research, I conclude that Vioxx has the potential to adversely affect at-risk individuals who are more likely than not to experience the development of arterial and or venous thromboembolic events.  Most of the reported adverse events focused on "arterial thrombosis" for which basic research by John Vane and colleagues predicted that inhibition of COX-2 would increase the potential for the development of arterial thrombosis.  However, studies by Ghosh et al. (40), Rabausch et al. (101 have provided an explanation as to how COX-2 inhibition can lead to venous thrombosis independent of platelet reactivity.

My research has been supported for 38 consecutive years, including a ten year Merit Award from the NIH Heart Lung and Blood Institute, and the University of Michigan Discretionary Cardiovascular Research Fund.

I have no Conflicts of Interest to declare.

Submitted by:

Benedict R. Lucchesi, MD, PhD, FAHA           Date: August 31 2012

Professor of Pharmacology
University of Michigan Medical School

## PART A

### Effects of Selective Cyclooxygenase-2 Inhibition on Vascular Responses and Thrombosis in Canine Coronary Arteries

James K. Hennan, PhD; Jinbao Huang, PhD; Terrance D. Barrett, PhD; Edward M. Driscoll, BS; David E. Willens, BS; Andrew M. Park, BS; Leslie J. Crofford, MD; Benedict R. Lucchesi, MD, PhD

**Background**—Prostanoid synthesis, via the action of COX-2 is a component of the inflammatory response.   Prostacyclin PGI$_2$), a product of COX-2 in vascular endothelium, has important physiological roles; such as increasing blood flow to injured tissues, reducing leukocyte adherence, and inhibiting platelet aggregation. We examined the possibility that selective COX-2 inhibition could suppress the protective effects of prostacyclin, resulting in an alteration of the hemostatic balance and vascular tone.

**Methods and Results**—Circumflex coronary artery thrombosis was induced in dogs by vascular electrolytic injury. Orally administered celecoxib (COX-2 inhibition) or high-dose aspirin (HDA) (COX-1 and COX-2 inhibition) did not alter time to occlusive thrombus formation compared with controls (celecoxib 77±7.2 minutes, HDA 72 ±18.5 minutes, control 93±21.8 minutes). Oral HDA with an endothelial recovery period (HDA-ER) (COX-1 inhibition) produced a significant increase in time to vessel occlusion (257.0641.6 minutes).  *The observed aspirin-induced increase in the time to occlusion was abolished when celecoxib* was administered to animals dosed with HAD-ER (80.8 minutes).   The vasomotor effect of endothelium-derived prostacyclin was examined by monitoring coronary flow during intracoronary administration of arachidonic acid or acetylcholine in celecoxib-treated animals; vasodilation in response to arachidonic acid was reduced significantly compared with controls.

**Conclusions**—The results indicate important physiological roles for COX-2–derived prostacyclin and raise concerns regarding an increased risk of acute vascular events in patients receiving COX-2 inhibitors. The risk may be increased in individuals with underlying inflammatory disorders, including coronary artery disease. and deep venous thrombosis as a result of COX -2 inhibition and the subsequent inability of

thrombomodulin to activate ProteinC thereby abrogating the ability to negate the prothrombotic actions of Factors Va and VIIIa thereby establishing and environment conducive to venous thrombosis.



The figure above is from the publication of Hennan et al. (58) showing the effect of placebo, celecoxib, aspirin and aspirin in combination with celecoxib on time to coronary artery thrombotic occlusion.  The time intervals (-2 hour or -17 hours) between the last dosing regimen and the induction of vessel wall injury are shown in the legend (see the discussion below for an explanation.

The figure summarizes several important points. Each of the bars represents the time required for formation of an occlusive platelet-dependent thrombus in the canine coronary artery in response to vessel wall injury. There were five treatment groups as indicated in the legend.  Note the times that each of the interventions (celecoxib, aspirin) was administered.  The cross bars indicate that the respective COX isoforms in the

platelet and / or endothelium are inhibited at the time of the experimental induction of vessel occlusion by an occlusive arterial thrombus.

Celecoxib (Celebrex™) did not alter the time to occlusive thrombus formation when compared to the control animals, a finding that is consistent with previous observations that celecoxib has a limited influence on the coagulation cascade compared to rofecoxib. The dose of celecoxib *inhibited endothelial COX-1 and COX-2 and did not affect platelet COX-1.* Thus, endothelial $PGI_2$ synthesis is inhibited while platelet COX-1 remains functional and capable of synthesizing $TXA_2$. The latter is a platelet aggregator and vasoconstrictor.

The third bar from the left shows the affect of aspirin on the time to thrombus formation. It should be noted that aspirin treatment was started 17 hours before the experiment with the final dose being administered 2 hours before injuring the coronary artery for induction of an occlusive thrombus.  Once again, the time to occlusion did not differ from the Control group or the celecoxib treated group. The platelet COX-1 isoform and both endothelial COX-1 and COX-2 isoforms were inhibited by the specific dosing regimen.

The fourth bar (red) from the left indicates a significant increase in the time to formation of an occlusive thrombus formation.   In contrast to the previous group (third bar), aspirin was administered 41 hours and 17 hours before induction of vessel wall injury. *The abstinence period of 17 hours provided sufficient time for the nucleated endothelial cells to synthesize new protein and restore the active COX-1 and COX-2 isoforms and the production of $PGI_2$ at a time when the COX-1 isoform in the non-nucleated platelets remained inhibited.*  Therefore, the absence of $TXA_2$ and the restoration of endothelial $PGI_2$ synthesis by endothelial COX-1/COX-2 delayed the formation of an occlusive thrombus.  This finding is consistent with the known beneficial actions of aspirin as used in patients with risk factors for arterial thrombosis and provides evidence to support the concept that endothelial derived $PGI_2$ favorably modulates the interaction of the blood platelets with the injured blood vessel.

When celecoxib is administered in conjunction (last bar on the right) with aspirin, with the last dose of aspirin having been administered 17 hours before vessel wall injury to allow for restoration of endothelial COX-1 and COX-2 activity, the previously observed beneficial effect of aspirin is negated by the inclusion of celecoxib in the treatment regimen.  Despite the fact that the endothelial synthesis of the COX isoforms has returned 17 hours after the last dose of aspirin, and platelet COX-1 and the synthesis of $TXA_2$ remains inhibited, the concomitant administration of celecoxib inhibits the endothelial COX enzymes from synthesizing $PGI_2$.   Despite the fact that the platelet COX-1 is also inhibited, the platelets aggregate in the absence of $TXA_2$ formation as there are multiple mechanisms for thrombus formation that are independent of the modulating effects of $PGI_2$ and $TXA_2$.  As mentioned previously, *$PGI_2$ is the only endogenous substance that will prevent platelets from aggregating, regardless of the stimulus.*  Thus, suppression of $PGI_2$ synthesis by inhibition of COX-2 increases the potential for occlusive thrombus formation in response to vessel wall injury.

In addition to modulating platelet reactivity through the actions of $PGI_2$ and $TXA_2$, the COX enzymes also have an important functional role in control of organ blood flow by altering the caliber of the blood vessels. Thus, $PGI_2$ dilates blood vessels and increases blood flow to the tissues. In contrast, $TXA_2$ produces vasoconstriction (narrowing of the



**Figure 5.** Representative recording of vasodilator responses in LCx after intracoronary infusions of arachidonic acid (AA, 30 and 100 $\mu$g) or acetylcholine (ACh, 100 and 300 ng) in absence (top tracing) and presence (lower tracing) of celecoxib 3 mg/kg IV. Drug additions are indicated by arrows; results are typical of 5 experiments.

vessel lumen) thereby reducing blood flow to the tissue.   The endothelium has a major influence on the regulation of tissue blood flow through its ability produce $PGI_2$ via both endothelial COX-1 and COX-2 under normal physiological conditions or via COX-2 that is induced in presence of inflammation and tissue injury.  *It should be apparent that inhibition of the COX enzymes would have a major influence upon blood flow to the vital organs such as the heart, kidneys, brain, etc.*   The figure shown above is from the publication by Hennan et al. (58).   The data provide compelling evidence that inhibition of COX-2 by pretreatment with celecoxib (Celebrex™) alters the ability of locally injected arachidonic acid to increase blood flow in the coronary arteries in an experimental animal (canine).  The four tracings in the left of the figure show the increase in coronary artery blood flow after the administration of arachidonic acid (AA). The arachidonic acid is converted rapidly to $PGI_2$, which elicits an increase in blood flow by virtue of its ability to relax vascular smooth muscle.  The upper tracings represent the responses to arachidonic acid before administration of celecoxib whereas the lower tracings represent the responses to arachidonic acid after administration of the COX-2 inhibitor (celecoxib).  There is clear evidence that celecoxib, alters the ability of the coronary arteries to respond to $PGI_2$. The two upper and lower tracings on the right of the figure show the changes in blood flow in response to injections of acetylcholine (ACh), which leads to relaxation of arterial smooth muscle and an increase in coronary blood flow. Acetylcholine acts by causing the formation of nitric oxide (NO), a mechanism that is distinct from that of arachidonic acid, which leads to the synthesis of PGI-2. Therefore, the data show that the inhibitory action of celecoxib by which it prevents increases in coronary artery blood flow is due to   selective inhibition of cyclooxygenase.



The blood flow tracings in the figure above, show, from top to bottom, the coronary vasodilator responses to increasing doses of acetylcholine (Ach) before and after treatment with placebo, naproxen, celecoxib, or rofecoxib.   Since the vasodilator response to Ach depends on the endothelial release of nitric oxide (NO), the responses to Ach are unchanged by the COX inhibitors. In contrast, the coronary artery dilator responses to arachidonic acid (AA) are inhibited in a dose dependent manner by each of the COX inhibitors.   This is a clear demonstration that the inhibitors of COX-2 share a common property or a Class effect.   Although not shown in the figure, we have data to show that in the normal coronary artery, the vascular vasodilator responses to arachidonic acid can be reduced or prevented by a selective COX-1 inhibitor (60) as predicted by the in vitro studies reported by Mitchell et al. (81).

Two experimental studies, using either highly sensitive methods for assessing enhanced thrombogenicity or more adequate disease models, clearly proved that there is a thrombotic risk under selective inhibition of COX-2 in vivo. The first of these studies, that was published a few days before the withdrawal of rofecoxib from global markets, used a highly sensitive in vivo microcirculatory model. It revealed that selective inhibition of COX-2 enhanced platelet activation, leading to an increase in platelet rolling at the intact arteriolar wall. Moreover, firm platelet adhesion was increased and ultimately a markedly reduced time to thrombotic occlusion upon vessel wall damage resulted (16). The abstract from the publication by Buerkle et al. (13) is presented below.

BACKGROUND: Selective inhibitors of cyclooxygenase-2 (Cox-2) are reported to cause cardiovascular side effects in patients at risk. However, direct proof of prothrombic effects of these drugs is lacking. We investigated in the microcirculation in vivo whether selective inhibition of Cox-2 induces platelet activation. METHODS AND RESULTS: The behavior of fluorescence-labeled human platelets was studied in hamster arterioles (dorsal skinfold chamber) by intravital microscopy. Transient platelet-vessel wall interactions (PVWIs), firm platelet adhesion to the vessel wall, and vessel occlusion after FeCl$_3$-induced wall injury were analyzed as platelet activation parameters. In vitro experiments in human umbilical vein endothelial cells (HUVECs) were performed to assess specific effects of Cox-2 inhibition on platelet adhesion under shear stress (16 dyn/cm2) and on endothelial release of 6-ketoprostaglandin (PG) F1alpha. Selective inhibition of Cox-2 (NS-398, 0.5 mg/kg) increased platelet adhesion to the vessel wall in vivo (11.9+/-3.9 platelets/mm2; controls, 1.4+/-1.4 platelets/mm2, P<0.05) and platelet adhesion after ADP stimulation in vitro. PVWIs were significantly enhanced in NS-398-treated animals, which were reduced by platelet pretreatment with aspirin (5 mg/kg) or iloprost (1 nmol/L). Inhibition of Cox-2 reduced levels of 6-keto-PGF1alpha in vivo and in HUVEC supernatants. Time to occlusion after vessel wall injury was significantly shortened by NS-398 (125.4+/-13.6 seconds in NS-398-treated animals versus 270.8+/-46 seconds in controls; P<0.01). CONCLUSIONS: Selective inhibition of Cox-2 reduces 6-keto-PGF1alpha) endothelial release, increases platelet-vessel wall interactions, and increases firm platelet adhesion in hamster arterioles. Moreover, it leads to faster occlusion of damaged microvessels. Thus, selective inhibition of Cox-2 may trigger thrombotic events by diminishing the antiplatelet properties of the endothelium inhibition of Cox-2 may trigger thrombotic events by diminishing the antiplatelet properties of the endothelium.

The authors state the following: "Our experiments demonstrate that selective inhibition of COX-2 results in an increase in transient platelet interactions with the vessel wall in vivo, resulting in significant firm platelet adhesion that normally does not take place in these intact arterioles. This is likely due to a reduction of endothelial prostacyclin release because COX-2 inhibition paralleled the diminished serum levels of 6-keto-PGF1α. This

enhanced interaction may facilitate thrombotic occlusion of damaged vessels, as demonstrated by the $FeCl_3$-induced vessel damage. Thus, although obtained in a different species, these data substantiate hypotheses derived indirectly from clinical or experimental observations with COX-2 inhibitors in humans (10, 30, 58, 77, 95, 118). They extend the original observations obtained in dogs by Hennan and colleagues (58) by clarifying the mechanism underlying prothrombotic and pro-occlusive effects of selective COX-2 inhibition in vivo." The authors go on to state: "These adverse effects of selective COX-2 inhibition may be even more pronounced in situations of disturbed endothelial function." The basic animal data along with clinical observations support the concept that the patient population at greatest risk of a thromboembolic adverse event are asymptomatic or symptomatic individuals with underlying vascular disease (e.g. atherosclerosis, vasculitis, lupus, scleroderma, etc.) as indicated in the publication by Crofford et al. (25, 26).

The results obtained by Buerkle et al. (13) with the selective COX-2 inhibitor, NS-398, are remarkably similar to those published three years earlier by Hennan et al. (58) who used the COX-2 inhibitor, celecoxib. The results of both studies demonstrated that platelet vessel-wall interaction was enhanced in animals treated with a COX-2 inhibitor, further demonstrating a 'class effect. It is not surprising therefore, that the clinical trials involving three distinct COX-2 inhibitors, celecoxib (Celebrex™), rofecoxib (VIOXX™) and valdecoxib (Bextra™) each of the three COX-2 inhibitors were associated with an increased incidence of thromboembolic events. The only conclusion that one can offer, based upon the experimental data as well as the clinical trial results is that the prothrombotic episodes represent a 'Class effect'.

According to the **'balance theory'** (discussed above) the production of $PGI_2$ and $TXA_2$ tend to counteract their respective actions on the blood platelet. The absence of one of the eicosanoids accentuates the action of the other. What must be appreciated is the fact that the platelets can aggregate in response to many stimuli (agonists).

When platelets are activated, by multiple chemical and/or physical stimuli, they undergo a rapid sequence of biochemical and physical changes the lead to aggregation and

thrombus formation. ***The only endogenous component capable of inhibiting all of the potential agonists is prostacyclin (PGI-2).*** Whereas, TXA-2 is one of the most effective agonists, it is not the only one. Thus, the fact that aspirin can prevent platelets from aggregating to arachidonic acid, the platelets will still respond to other agonists. Each agonist acts upon a specific platelet receptor and there exists specific pharmacological agents that will prevent the individual agonists from acting on the platelets.

## THE AFRICAN GREEN MONKEY STUDY

The figure below is from the **Rofecoxib FDA Advisory Committee Background Information.** The data represented in the figure summarizes the results from the **African Green Monkey Study** that was designed to replicate the study by Hennan et al. (58) (Discussed above). Compared to the Placebo Control group (Black Bar) aspirin treatment prolonged the time to thrombus formation, a result identical to that in the Hennan et al. (58) study.  Rofecoxib produced a reduction in the time to thrombus formation, albeit statistically non-significant when compared to placebo. The result with celecoxib, as expected, was similar to that of rofecoxib (both rofecoxib and celecoxib prevent the synthesis of COX derived $PGI_2$. Naproxen yielded results similar to that of aspirin by virtue of fact that both aspirin and naproxen prevent the formation of platelet COX-1 derived thromboxane ($TXA_2$).

Although the experimental protocol was patterned after the study by of Hennan et al. (58), the investigators failed to show the data when rofecoxib was administered to the animal treated with aspirin. As demonstrated by Hennan et al. (58) COX-2 inhibition with celecoxib (Celebrex) reversed the beneficial effects of aspirin by preventing endothelial COX-1 and COX-2 derived formation of $PGI_2$.



Dr. Robert Gould and colleagues submitted the **African Green Monkey Study** data for presentation at the 2005 Annual Scientific Meetings of the American Heart Association. When informed that the study results were submitted for presentation at the November 2005 Annual Scientific Meetings of the American Heart Association, Dr. Gould was ordered to retract the abstract as Merck officials were concerned that the data would "place Vioxx (rofecoxib) in a unfavorable light." The diagram below, illustrates the many multiple agonists that can lead to platelet aggregation and that sensitize the platelet to respond to other agonists.

**PART B**

**Multiple Agonists and Platelet Aggregation**

The diagram below illustrates the many multiple agonists that can lead to platelet aggregation and that sensitize the platelet to respond to other agonists. As depicted in the figure, adenosine diphosphate (ADP) is released from the platelet upon its activation, and serves as an important mediator of platelet aggregation.    Clinically, clopidogrel (Plavix™) or ticlopidine (Ticlid™) will prevent the action of ADP.   Other agonists include thrombin (inhibited by heparin), arachidonic acid (inhibited by aspirin), epinephrine, serotonin (5-HT) as well as physical stimuli such as shear stress and turbulence.



As indicated above, PGI$_2$ is the only *endogenous* substance that will prevent platelet aggregation, regardless of the agonist or physical stimulus. Endothelial COX-1 and/or COX-2 are involved in the synthesis of prostacyclin (PGI$_2$), which is critical for the regulation of hemostasis by preventing inappropriate formation of platelet aggregates and thrombosis.  In the presence of vascular pathology and the development of endothelial



dysfunction (e.g. atherosclerosis, inflammation of blood vessels) the decreased production of endothelial PGI$_2$ and the increased synthesis of TXA$_2$ establishes a critical state in which there is an enhanced potential for the sudden onset of platelet aggregation at the site of vessel wall injury.  The circulating platelet in the blood has a life span of approximately seven days. New platelets are constantly being added to the circulating blood pool and will be inhibited as long as aspirin is administered on a daily basis.

Endothelial COX-1 and COX-2 are likewise acetylated by aspirin and permanently inhibited. However, unlike the platelets, endothelial cells possess a nucleus and can synthesize new protein. Therefore, within six hours of the last dose of aspirin or an NSAID (naproxen, ibuprofen, etc), new COX-1 and COX-2 enzymatic activity becomes available in the endothelium that resumes its ability to synthesize PGI$_2$.

Unlike aspirin, the NSAIDs do not permanently inhibit the COX enzymes. They temporarily prevent the COX enzymes from metabolizing arachidonic acid to PGI$_2$ or

$TXA_2$.  It is not necessary for the tissue to synthesize new protein as the NSAID will slowly be removed from the enzyme and its activity will return.

In the figure above, taken from the study by Hennan et al. (58), it indicates that vessel wall injury was initiated either two hours or 17 hours after the last dose of aspirin. The oral dose of aspirin is sufficient to inhibit the COX enzymes in both the platelets and the endothelial cells. Therefore, two hours after the last dose of aspirin both the platelets and the endothelial COX enzymes would be inhibited.

Initially COX-1was regarded as the main enzyme capable of forming both thromboxane and prostacyclin in blood platelets and the vascular wall prior to studies in humans, which ascribed prostacyclin biosynthesis predominantly to COX-2 instead of COX-1 (78). In the study by McAdam et al. and others, urinary PGI-M metabolite, served as an index of systemic biosynthesis of prostacyclin that was derived mainly (about 65-80 %) from COX-2 and thromboxane synthesis from COX-1 (16, 17, 76) These conclusions were based initially on administration of celecoxib, a selective COX-2 inhibitor, and ibuprofen (a mixed COX-1/COX-2 inhibitor). Another parallel (17) study showed that rofecoxib (Vioxx; MK-966) caused a similar suppression of PGI-M. An additional study using nimesulide, a partially selective COX-2 inhibitor, showed that in patients with atherosclerosis both COX-1 and COX-2 could contribute to prostacyclin production (7). These studies, therefore, indicated that COX-2 inhibitors could be harmful in the cardiovascular system by blocking prostacyclin biosynthesis without affecting thromboxane production, in effect yielding a more favorable pro-thrombotic state.

The confusion and uncertainty regarding the contribution of the endothelium to the biosynthesis of $PGI_2$ and $TXA_2$ was resolved by Mitchell et al. (81).  Recent data suggest that regular consumption of non-steroidal anti-inflammatory drugs (NSAIDs), particularly selective inhibitors of cyclo-oxygenase-2 (COX-2), is associated with an increased risk of arterial and venous thrombotic events.  It has been suggested that this is due to NSAIDs reducing the release from the endothelium of the antithrombotic mediator

prostacyclin ($PGI_2$) because of inhibition of endothelial COX-2.  Mitchell et al. (81) demonstrated that despite normal human vessels and endothelial cells containing COX-1 without any detectable COX-2, *COX-1 in vessels or endothelial cells is inhibited more readily by NSAIDs and COX-2-selective drugs than COX-1 in platelets*.  In broken cell preparations, the selectivity's of the tested drugs toward endothelial cell over platelet COX-1 is lost.

These observations suggest that variations in cellular conditions, such as endogenous peroxide tone and substrate supply, and not the isoform of cyclooxygenase present, dictate the effects of NSAIDs on endothelial cells vs. platelets. This may well be because the platelet is not a good representative of COX-1 activity within the body as it produces prostanoids in an explosive burst that does not reflect tonic release from other cells. The results can explain the apparent ability of NSAIDs and COX-2-selective inhibitors to increase the risk of myocardial infarction and stroke. To summarize, the results presented by Mitchell et al. (81) present compelling evidence to support the following conclusions.

Most normal blood vessels and endothelial cells, with the exception of vessels in the brain and kidney, possess COX-1 and little to no COX-2 enzymatic activity.

In normal blood vessels, COX-1 is the source for $PGI_2$.  However, in the presence of inflammation (atherosclerosis) endothelial cell COX-2 is induced and leads to the synthesis of $PGI_2$. The latter is supplemented by invading inflammatory cells (monocytes macrophages) that contain COX-2 and which produce PGI-2 in response to tissue injury.

Although normal endothelial cells contain COX-1, their ability to produce $PGI_2$ is inhibited by both COX-2-selective inhibitors and traditional NSAIDs more strongly than the production of COX1 derived $TXA_2$ by platelets.  The contention that vessels do not contain COX-2 and thereby rofecoxib does not prevent endothelial cell production of $PGI_2$ can not be accepted (see Wong).  The study by Mitchell et al. (81), as well as our own studies (58, 60) cited above provide compelling evidence to explain the potential hazards associated with the use of COX-2 inhibitors and NSAIDs in patients at risk of

developing cardiovascular thromboembolic events. Thus, patients with underlying asymptomatic or symptomatic vascular disease (atherosclerosis, hypertensive vascular disease, vasculitides, thromboangiitis obliterans, thrombophlebitis etc.) will be subject to thrombotic events that will be dependent upon the extent of pre-existing disease, duration of exposure to the COX-2 inhibitor and dosing regimen. Patients with extensive arterial or venous involvement and the elderly are more likely to develop an adverse vascular event with brief exposure to the COX-2 inhibitor (25, 26, 98, 121).

The study by Mitchell et al. (81) shows that despite expressing COX-1 in a similar manner without detectable COX-2, endothelial cells and platelets are differentially sensitive to the inhibitory effects of a number of NSAIDs such that endothelial cell production of $PGI_2$ is inhibited more actively than platelet production of $TXA_2$. This observation can offer an explanation as to why NSAIDs, including rofecoxib and celecoxib, might promote a prothrombotic environment.

**The Role of COX-2 in Regulating Expression of Cell Surface Coagulation**

The Procoagulant and Anticoagulant Pathways.

The coagulation pathways are initiated by tissue factor (TF), which serves as the allosteric activator of the enzyme coagulation factor VIIa (VIIa). The TF–VIIa complex binds substrate factor X (X) through multiple contacts at so-called exosites, leading to the formation of a fairly stable TF–VIIa–X complex in which substrate X is converted to product Xa. When Xa is released from this complex, it associates with the cofactor Va to form the Va-Xa (prothrombinase) complex, predominantly on activated platelets that expose procoagulant phospholipid binding sites for Va and Xa. The intrinsic factor VIIIa-IXa complex can generate additional Xa that further amplifies the burst of thrombin generation required for hemostasis. Cell surface receptor mediated events also govern activation of the anticoagulant protein C (PC) pathway, which is localized to endothelial cells. Thrombomodulin (TM) binds thrombin and switches the procoagulant properties of thrombin to anticoagulant functions. Endothelial PC receptor (EPCR) is the receptor for

PC and activated protein C (APC), and promotes activation of PC by thrombin–thrombomodulin. When APC is released from EPCR, it can act as a systemic anticoagulant by cleaving cofactors Va and VIIIa on various cell types.  This complex process is illustrated in the following figure.



The above figure is a schematic of COX-2 regulation of tissue factor expression in endothelial cells.  Endothelial cell COX-2 and prostacyclin synthase (PGIS) enzymes catalyze the oxidative reaction in the conversion of the **endocannabinoid, 2-AG that is converted to PGI-2-glycerol ester.   PGI$_2$ and related prostanoids are potent activators of PPAR**γ. Data presented in the publication by Ghosh et al. (40) demonstrate that this signaling pathway inhibits the expression of tissue factor (TF). Tissue factor is critical for initiating the extrinsic coagulation pathway leading to the activation of thrombin and blood clot formation (thrombosis). Thus, tissue factor, a component of the extrinsic coagulation pathway serves an important role in hemostasis. However, when the

blood clot or thrombus forms within the lumen of a blood vessel such as a coronary artery or a cerebral (brain) vessel, the outcome can be devastating.  PGI,$_2$ and its conversion to PGI-2 glyceryl ester by COX-2, *functions to prevent the expression of tissue factor thereby preventing intravascular thrombus formation.* Inhibition of COX-2 removes the restraining action on PPARγ, which would then favor a platelet independent mechanism for thrombus formation.   Thus, suppression of PGI$_2$ synthesis (i.e. administration of rofecoxib) would lead to the release of an excess tissue factor that would markedly enhance the potential for the formation of an occlusive thrombus. Mention recent report

**What Is the Role Of Inflammation and How Is It Altered by the COXibs?**

Once considered detrimental, inflammation is now viewed as being both damaging as well as essential for resolution of the injury. In an impressive series of studies, Gilroy, and colleagues, (28, 47-50, 129, 130) has presented valuable insights into to role of cyclooxygenase isoforms in the inflammatory process.  The diagram below is a schematic representing the changes in inflammatory cell influx and death by apoptosis in the background of changing profile of COX-2 protein expression in a resolving pleurisy. PMNs (neutrophils) are the first cell types to migrate into the pleural cavity in response to carrageenin injection and are progressively replaced by monocytes (MN cells), which differentiate into macrophages. PMNs and subsequently macrophages undergo apoptosis leading to resolution of the inflammatory response. Removal of the inflammatory cells by apoptosis is dependent upon the expression of COX-2 and the synthesis 15-deoxy PGJ2. It has been reported that COX-2 induction can function as a mediator of cellular protection in the brain and in the heart of animals using an ischemia/reperfusion model. These reports emphasize the fact that COX-2 metabolites serve a critical role for a cell's protective mechanism during oxidative stress (71, 73, 99).



Acute inflammatory reactions, in contrast to chronic inflammatory reactions, are usually self-limiting and resolve. It is now known that the resolving phase of a number of immune and non-immune inflammatory reactions induced in the pleural cavity of rats, COX-2 is expressed during resolution of these models. In an experimental model of inflammation, it was demonstrated that COX-2 has a proinflammatory role as the reaction develops, but an antiinflammatory role as the lesion resolves. This antiinflammatory role is associated with production of cyclopentenone prostaglandins and the absence of PGE-2.  Dual COX-1/COX-2 inhibitors or COX-2 inhibitors when given at the peak of the inflammatory response delay resolution, an effect reversed by replacing prostacyclin analogs into the pleural space. PGF-2alpha like the prostacyclin analogs appears to have a role in resolving this reaction.  Stress proteins are also induced in a variety of acute inflammatory models during resolution. Heme-oxygenase-1 (HO-1) is one such protein so too are members of the hsp70 family. An inducer of HO-1 promotes resolution whereas an inhibitor is proinflammatory.  In most cases, it appears to be the macrophage that is the source of proteins necessary for resolution to occur.  Understanding how proinflammatory pathways switch to the antiinflammatory pathways necessary for

resolution to take place may eventually allow the exploitation of endogenous anti-inflammatory pathways in the treatment of chronic inflammation(58, 133-136).

The identification of an inducible COX isoform, COX-2, and the demonstration of its specific expression at sites of inflammation suggested that it might serve as a useful therapeutic target for novel anti-inflammatory drugs. Inhibition of an enzyme that is not expressed in most healthy tissues would potentially avoid most of the adverse effects associated with NSAIDs, which target a constitutively expressed isoform, COX-1. The development of new 'super aspirins' with high selectivity towards the inhibition of selective COX-2 inhibitors showed that this hypothesis was well-founded and that high levels of these drugs could be tolerated without serious adverse effects. The first two of these new generation NSAIDs, celecoxib and rofecoxib, were approved for clinical use. There was a number of scientific articles that referred to the potential adverse effects of COX-2 inhibitors. (12, 63, 64, 85, 90, 128, 131). To my knowledge such concerns were not properly addressed in the published literature. There were early 'warning signs' and compelling clinical observations demonstrating an increased incidence of cardiovascular events.

Additional concerns have arisen from the demonstration that COX-2 induction is not associated exclusively with the onset of an inflammatory reaction, with expression limited to inflammatory sites. In fact, COX-2 is expressed more chronically, and is seen during the resolution of inflammation and in areas of wound healing. The application of COX-2-selective inhibitors during these periods has been shown to be deleterious in that resolution of inflammation is delayed, gastric ulcer healing is delayed, and, in some patients, ulcers have been shown to progress further to perforation. The suggestion has now been made that, in these situations, COX-2 may help resolve the pathology, perhaps by generating alternative series of prostaglandins such as the cyclopentenone prostaglandins. The finding that these prostaglandins can affect proteins by direct chemical modifications as well as having their own receptor families has rekindled debate on the deleterious and beneficial effects of prostanoids, and the implications of inhibiting

the production of these mediators, in the body. This subject was reviewed in 2001 by Coville-Nash and Gilroy (21, 22, 43, 46) who published several discussions on the role of COX-2 in inflammation and the potential adverse effects of its inhibition (22).   The current evolving evidence (Serhan) is that inflammation involves the sequential activation of signaling pathways leading to the production of both pro- and anti-inflammatory mediators.   Although much attention has focused on pro-inflammatory pathways that initiate inflammation, relatively little is known about the mechanisms that switch off inflammation and resolve the inflammatory response.   The transcription factor NF-kappaB is thought to have a central role in the induction of pro-inflammatory gene expression and has attracted interest as a new target for the treatment of inflammatory disease.   Lawrence et al. (69) demonstrated that NF-kappaB activation in leukocytes recruited during the onset of inflammation is associated with pro-inflammatory gene expression, whereas such activation during the resolution of inflammation is associated with the expression of anti-inflammatory genes and the induction of apoptosis. Inhibition of NF-kappaB during the resolution of inflammation protracts the inflammatory response and prevents apoptosis. This suggests that NF-kappaB has an anti-inflammatory role in vivo involving the regulation of inflammatory resolution. The inflammatory response protects the body against infection and injury, but can (22) itself become dysregulated with deleterious consequences to the host. It is now evident that endogenous biochemical pathways activated during defense reactions can counter-regulate inflammation and promote resolution. Hence, resolution is an active rather than a passive process, as once believed, which now promises novel approaches for the treatment of inflammation-associated diseases based on endogenous agonists of resolution.

Although considerable attention has been focused on elucidating the factors that drive inflammation, it is becoming clear that an internal "handbrake" offsets this "acceleration" state.   A recent study has uncovered an essential component of this handbrake system, revealing that lipoxins trigger suppressors of cytokine signaling to dampen inflammatory responses to infection. This work bolsters the growing interest in understanding how inflammation is controlled from within and draws further attention to novel targets for

drug development based on mimicking the actions of endogenous anti-inflammatory and pro-resolution signals (94).

Accumulating clinical data suggest that multiple vulnerable plaques coexist in a single



coronary tree and that inflammation is a critical determinant of the stability of plaques.  Inflammatory mediators, such as cytokines, can influence several biological processes that regulate stability of the plaque's fibrous cap and its resistance to rupture.    Thus, the quest for strategies to identify and target treatment to a single culprit lesion seriously underestimates the complexity of the clinical biology of thrombosis in (72)atherosclerotic arteries. For the optimum management of patients, it is essential to consider the vulnerable artery, the vulnerable arterial bed, and ultimately, the vulnerable patient.  Treatment of vulnerable patients should include measures to stabilize plaques and to lessen the thrombotic consequences of plaque disruptions (2, 3, 8, 24).   There is indisputable evidence that the inflammatory process is a major factor in atherosclerotic plaque rupture and arterial thrombosis leading to myocardial infarction and stroke. COX-1 and COX-2 convert arachidonic acid to prostaglandin-H (14), the precursor of other prostaglandins and thromboxane, eicosanoids important in vascular pathophysiology.

A study by Schönbeck et al. (109) tested the hypothesis that human atheroma and non-atherosclerotic arteries express the two COX isoforms differentially. COX-1 mRNA and protein were localized on endothelial and medial smooth muscle cells of normal arteries, whereas COX-2 expression was not detectable. In contrast, atheromatous lesions contained both COX-1 and COX-2, co-localizing mainly with macrophages of the shoulder region and lipid core periphery, whereas smooth muscle cells showed lower levels, as demonstrated by immunohistochemical and in situ hybridization analysis.

Furthermore, microvascular endothelium in plaques showed notable staining for both isoforms.  In accord with immunohistochemical studies, Western blot analysis of protein extracts from normal arteries revealed constitutive COX-1, but not COX-2, expression. Extracts of atheromatous lesions, however, contained both COX-1 and COX-2 protein, detected as two immunoreactive proteins of approximately 70 and 50 kd. Macrophages expressed the short form of COX-1/-2 constitutively after several days of in vitro culture, rather than the 70-kd protein.  These results provide important information on the inflammatory pathways that operate in human atheroma.  In particular, the expression of

COX-2 in atheromatous, but not in unaffected, arteries has therapeutic implications, given the advent of selective COX-2 inhibitors.  Initially, the data provided by Schönbeck et al.(109) might suggest that inhibition of COX-2 would provide a therapeutic approach for suppressing the progression of the atherosclerotic lesion.  However, this seems not to be the case in view of new information on the essential role of COX-2 in promoting resolution of the inflammatory response.

Recently reported studies (33) indicate that activation of the TXA-2 receptor (TP) promotes initiation and early development of atherosclerotic lesions in mice.  It has been suggested that clinical use of TP antagonists would be expected to be useful in the earlier stages of disease, rather than in reversing accumulated plaque burden in patients with diffuse, established atherosclerosis It is of interest to note that intervention with a selective inhibitor of COX-2 failed to modulate the modest, spontaneous atherogenesis in a mouse model that develops in response to a chow diet or to augment the beneficial impact of a TP antagonist.  Indeed, because TP antagonism may mimic the effect of low-dose aspirin, these studies suggest that coincidental treatment with a COX-2 inhibitor may undermine the benefit of aspirin by predisposing atherosclerotic plaques to destabilization with subsequent vasoocclusive thrombosis. Given the clinical experience with rofecoxib and valdecoxib, the impact of low-dose aspirin on gastro-protection in patients taking COX-2 inhibitors, and the reported findings on plaque morphology, the wisdom of conducting trials to seek a cardiovascular benefit from selective inhibitors of

COX-2 in atherothrombotic disease appears inappropriate.

The ability of COX-2 inhibition to facilitate and/or accelerate the progression of atherosclerotic plaque formation is attributed (FitzGerald) in part to impaired resolution of the inflammatory response as discussed above and supported by the cited literature. In addition, a recent publication by Chan et al. (18) sheds new light on the role of COX-2 in modulating cholesterol deposition in macrophages. Selective COX-2 inhibitors and traditional NSAIDs are both associated with heightened risk of myocardial infarction. Possible pro-atherogenic mechanisms of these inhibitors have been suggested, including the ability of COX-2 inhibition to facilitate and/or accelerate the progression of atherosclerotic plaque formation might be attributed in part to impaired resolution of the inflammatory response as discussed above and supported by the cited literature.    The authors found that down regulation of proteins involved in reverse cholesterol transport away from atheromatous plaques contributes to increased atherogenesis associated with COX inhibition. The reverse cholesterol transport proteins cholesterol 27-hydroxylase and ATP-binding cassette transporter A1 (ABCA1) export cholesterol from macrophages. When mechanisms to process lipid load are inadequate, uncontrolled cholesterol deposition in macrophages transforms them into foam cells, a key element of atheromatous plaques.    Chan and colleagues (18) showed that in cultured human monocytes/macrophages, inhibition of COX-1, COX-2, or both reduced expression of 27-hydroxylase and ABCA1 message (real-time reverse transcription-polymerase chain reaction) and protein (immunoblot).  The selective COX-2 inhibitor (N-2-cyclohexyloxy-(4-nitrophenyl)methanesulfonamide) (NS398) significantly reduced 27-hydroxylase and ABCA1 message.



The important finding in the study by Chan et al. (18) is that pharmacological inhibition of COX-2 in monocytes is involved in down-regulation of two proteins that mediate cholesterol efflux: cholesterol 27-hydroxylase and ATP-binding Cassette Transporter A1 (ABCA1). Because these proteins are anti-atherogenic, down regulation contributes to the increased incidence of cardiac events in patients treated with COX inhibitors. Reversal of inhibitory effects on 27-hydroxylase and the ABCA1 expression by PGD-2 and PGE-2 suggests involvement of their respective signaling pathways. NS398-treated THP-1 macrophages show greater vulnerability to form foam cells. Increased cardiovascular risk with COX inhibition can be ascribed at least in part to altered cholesterol metabolism.

The study by Chan et al. (18) provides an additional mechanism by which COX-2 inhibition can favor development of an adverse cardiovascular event that is independent

of direct influences on platelet reactivity or alterations in hemostatic mechanisms. The ability of COX-2 inhibition to promote accumulation of cholesterol in atherosclerotic lesions explains why the time course for expression of an adverse cardiovascular event varies among affected patients. The extent of the underlying, asymptomatic vascular disease at the time of first administering a COX-2 inhibitor along with the duration of exposure to the drug and the dose are factors that differently vary among patients at risk. Thus, at risk individuals would experience adverse consequences of COX-2 inhibition over differing time courses that would be accompanied by acceleration of atherosclerotic plaque formation.

Rofecoxib and related COX-2 inhibitors were approved for the management of patients with symptomatic rheumatoid arthritis or osteoarthritis.  Whereas COX-2 inhibitors would be relatively free of adverse side effects in young, healthy person, those individuals with risk factors for cardiovascular disease would more likely than not be at a significantly greater risk for an adverse cardiovascular event.

Rheumatoid arthritis is an immune-mediated inflammatory disease (IMID) characterized by overproduction of proinflammatory cytokines (36).  Cytokines such as tumor necrosis factor-α (TNF-α), interleukin (IL)-1β, and IL-6 are released from the synovium into systemic circulation, causing systemic inflammation that can affect a number of organ systems, resulting in extra-articular rheumatoid arthritis manifestations such as lymphadenopathy, rheumatoid nodules, pericarditis, pleuritis, interstitial lung disease, airway disease, Felty's syndrome, and vasculitis (126).

It has been reported that  gender differences and systemic inflammation also contribute to increased cardiovascular risk in rheumatoid arthritis patients. This is important because cardiovascular disease has been identified as the most common cause of death in rheumatoid arthritis patients. The hypothesis arose from recognition of cardiovascular disease as an inflammatory disease and from observations that traditional risk factors did not account for the increased cardiovascular disease risk in rheumatoid arthritis patients

(41, 100, 103, 107). In support of the hypothesis, treatment with methotrexate, an anti-inflammatory agent, has been shown to decrease cardiovascular mortality in rheumatoid arthritis patients (49). In addition, elevated erythrocyte sedimentation rate and C-reactive protein, both indicators of systemic inflammation, have been associated with increased CV mortality, increased carotid artery intima-media thickness, and increased plaque formation in rheumatoid arthritis patients.

Rheumatoid arthritis has been recognized as an independent risk factor for accelerated cardiovascular disease.   Consistent with earlier studies, results from a recent administrative database study revealed the increased prevalence of cardiovascular disease and cardiovascular risk factors in rheumatoid arthritis patients relative to matched controls (Figure 1). Prevalence ratios comparing patient and control groups confirm this observation. Other large studies have demonstrated increased cardiovascular event rates in rheumatoid arthritis patients. In the Nurses' Health Study, a large prospective cohort study, the adjusted relative risk of myocardial infarction (MI) was 2.0 for individuals with rheumatoid arthritis.  A large Canadian administrative data base study also revealed increased cardiovascular event rates for rheumatoid arthritis patients.  Even in rheumatoid arthritis patients without identifiable cardiovascular risk factors, early signs of congestive heart failure and atherosclerosis are increased in rheumatoid arthritis patients relative to controls.

Atherosclerotic lesions can be described as a manifestation of inflammatory disease.  Any of a number of insults, including elevated inflammatory cytokine levels, can cause endothelial dysfunction that initiates atherosclerosis (53, 103). In response to an insult, the endothelium becomes more adhesive, more permeable, and loses anticoagulant properties. Low-density lipoproteins (LDL) pass through the dysfunctional endothelium, become oxidized (OxLDL), and stimulate endothelial cells to increase production of adhesion molecules and chemokines. As a result, monocytes/macrophages attach to the endothelium, migrate into the subendothelial space, engulf OxLDL, become foam cells (the nidus of the atherosclerotic plaque), and produce more inflammatory cytokines and

chemokines. This signals additional cells (T cells, B cells) to the site of inflammation. The additional cells fuel production of even more inflammatory cytokines, including TNF-α, IL-1β, IFN-γ, and IL-6 (53, 132). As the number of inflammatory cells at the site increases, so does the production of inflammatory cytokines. Proinflammatory cytokines released into circulation from lesion sites and/or from other tissues (e.g., adipose tissue) induce hepatic production of proatherogenic acute phase reactants, such as CRP and fibrinogen. The sustained inflammation perpetuates cycles of endothelial dysfunction, leukocyte recruitment, cytokine production, and smooth muscle proliferation that increase the size and instability of the atherosclerotic lesion (1, 103).



**NSAIDs and COXibs During Healing After Myocardial Infarction**

Healing after myocardial infarction is an active, dynamic, and time dependent process that repairs the damaged left ventricular wall with scar formation (65). The process involves acute and chronic inflammation, fibroblast proliferation, collagen deposition, growth, and structural remodeling over several weeks. Suppression of inflammation by COX inhibitors during that interval may impair or delay healing of the infarct zone (IZ), with drastic consequences such as IZ thinning, adverse LV remodeling, aneurysm, and decreased resistance to rupture (12, 56, 57, 62, 63). Several studies have suggested that collagen quantity and quality in the infarcted LV play an important role in resisting LV distension and rupture (12) and that drugs that decrease IZ collagen in healing infarcts can augment IZ thinning.

The data presented above in which it is reported that indomethacin and ibuprofen have the ability to prevent tissue healing in the post-infarcted heart became apparent in the 1970s. As a result, drugs that were once used clinically for patients with myocardial infarction were discontinued due to their potential to lead to ventricular rupture secondary to prevention of adequate scar formation in the infarct region. These observations have been supported by the work of Gilroy and colleagues (21-23, 43-45, 47, 48) as well as the elegant studies of Serhan et al. (4-6, 20, 32, 74, 110-113, 116, 117); have shown repeatedly that COX-2 inhibition can interfere with the process of wound healing after an inflammatory response to injury. It is difficult to understand how this action of COX-2 inhibitors, especially in patients with cardiovascular disease went unrecognized before undertaking clinical trials. The ability of COX-2 inhibition to interfere with the healing process, whether it be an atheromatous lesion or an infarcted region of the heart, would lead to a progressive worsening of the patient's medical condition.

The observations by McAdam et al. (76) support the view that COX-2 is a major source of systemic prostacyclin ($PGI_2$) biosynthesis in healthy humans. This information was reported in 1999 and appeared in the scientific literature well before completion of the

VIGOR Clinical Trail as well as the APPROVe trial should have alerted Merck to the potential adverse cardiovascular events secondary to the inhibition of COX-2.   The observations by McAdam et al. (76) support the concept that the cardiovascular risk will be increased in individuals with underlying inflammatory disorders (lupus, scleroderma, rheumatoid arthritis and coronary artery disease) as suggested in the case report by Crofford et al. (25).   Selective COX-2 inhibitors decreased production of prostacyclin, but not thromboxane and therefore have a prothrombotic effect (38), a conclusion supported by *in vivo* experimental data published by Hennan et al. (58).

## References:

1.      **Abou-Raya A, and Abou-Raya S**. Inflammation: a pivotal link between autoimmune diseases and atherosclerosis. *Autoimmun Rev* 5: 331-337, 2006.

2.      **Aikawa M, and Libby P**. Atherosclerotic plaque inflammation: the final frontier? *Can J Cardiol* 20: 631-634, 2004.

3.      **Aikawa M, and Libby P**. The vulnerable atherosclerotic plaque: pathogenesis and therapeutic approach. *Cardiovasc Pathol* 13: 125-138, 2004.

4.      **Ariel A, and Serhan CN**. Resolvins and protectins in the termination program of acute inflammation. *Trends Immunol* 28: 176-183, 2007.

5.      **Arita M, Oh SF, Chonan T, Hong S, Elangovan S, Sun YP, Uddin J, Petasis NA, and Serhan CN**. Metabolic inactivation of resolvin E1 and stabilization of its anti-inflammatory actions. *J Biol Chem* 281: 22847-22854, 2006.

6.      **Bannenberg GL, Chiang N, Ariel A, Arita M, Tjonahen E, Gotlinger KH, Hong S, and Serhan CN**. Molecular circuits of resolution: formation and actions of resolvins and protectins. *J Immunol* 174: 4345-4355, 2005.

7.      **Belton O, Byrne D, Kearney D, Leahy A, and Fitzgerald DJ**. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. *Circulation* 102: 840-845, 2000.

8.      **Bishop-Bailey D, Pepper JR, Haddad EB, Newton R, Larkin SW, and Mitchell JA**. Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. *Arterioscler Thromb Vasc Biol* 17: 1644-1648, 1997.

9.      **Bishop-Bailey D, Pepper JR, Larkin SW, and Mitchell JA**. Differential induction of cyclooxygenase-2 in human arterial and venous smooth muscle: role of endogenous prostanoids. *Arterioscler Thromb Vasc Biol* 18: 1655-1661, 1998.

10.     **Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, and Schnitzer TJ**. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. *N Engl J Med* 343: 1520-1528, 1522 p following 1528, 2000.

11.     **Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lanas A, Konstam MA, and Baron JA**. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. *N Engl J Med* 352: 1092-1102, 2005.

12.     **Brown EJ, Jr., Kloner RA, Schoen FJ, Hammerman H, Hale S, and Braunwald E**. Scar thinning due to ibuprofen administration after experimental myocardial infarction. *Am J Cardiol* 51: 877-883, 1983.

13.     **Buerkle MA, Lehrer S, Sohn HY, Conzen P, Pohl U, and Krotz F**. Selective inhibition of cyclooxygenase-2 enhances platelet adhesion in hamster arterioles in vivo. *Circulation* 110: 2053-2059, 2004.

14.     **Bunting S, Moncada S, and Vane JR**. Antithrombotic properties of vascular endothelium. *Lancet* 2: 1075-1076, 1977.

15.     **Bunting S, Moncada S, and Vane JR**. The prostacyclin--thromboxane A2 balance: pathophysiological and therapeutic implications. *Br Med Bull* 39: 271-276, 1983.

16.     **Catella-Lawson F**. Vascular biology of thrombosis: platelet-vessel wall interactions and aspirin effects. *Neurology* 57: S5-7, 2001.

17.     **Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L, Lasseter KC, Quan H, Gertz BJ, and FitzGerald GA**. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. *J Pharmacol Exp Ther* 289: 735-741, 1999.

18.     **Chan ES, Zhang H, Fernandez P, Edelman SD, Pillinger MH, Ragolia L, Palaia T, Carsons S, and Reiss AB**. Effect of cyclooxygenase inhibition on cholesterol efflux proteins and atheromatous foam cell transformation in THP-1 human macrophages: a possible mechanism for increased cardiovascular risk. *Arthritis Res Ther* 9: R4, 2007.

19.     **Cheng Y, Austin SC, Rocca B, Koller BH, Coffman TM, Grosser T, Lawson JA, and FitzGerald GA**. Role of prostacyclin in the cardiovascular response to thromboxane A2. *Science* 296: 539-541, 2002.

20.     **Chiang N, Arita M, and Serhan CN**. Anti-inflammatory circuitry: lipoxin, aspirin-triggered lipoxins and their receptor ALX. *Prostaglandins Leukot Essent Fatty Acids* 73: 163-177, 2005.

21.     **Colville-Nash PR, and Gilroy DW**. COX-2 and the cyclopentenone prostaglandins - a new chapter in the book of inflammation? *Prostaglandins Other Lipid Mediat* 62: 33-43, 2000.

22.     **Colville-Nash PR, and Gilroy DW**. Potential adverse effects of cyclooxygenase-2 inhibition: evidence from animal models of inflammation. *BioDrugs* 15: 1-9, 2001.

23.     **Colville-Nash PR, Gilroy DW, Willis D, Paul-Clark MJ, Moore AR, and Willoughby DA**. Prostaglandin F2alpha produced by inducible cyclooxygenase may contribute to the resolution of inflammation. *Inflammopharmacology* 12: 473-476; discussion 477-480, 2005.

24.     **Croce K, and Libby P**. Intertwining of thrombosis and inflammation in atherosclerosis. *Curr Opin Hematol* 14: 55-61, 2007.

25.     **Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, and van de Putte LB**. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. *Arthritis Rheum* 43: 4-13, 2000.

26.     **Crofford LJ, Oates JC, McCune WJ, Gupta S, Kaplan MJ, Catella-Lawson F, Morrow JD, McDonagh KT, and Schmaier AH**. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors. A report of four cases. *Arthritis Rheum* 43: 1891-1896, 2000.

27.     **Curfman GD, Morrissey S, and Drazen JM**. Expression of concern: Bombardier et al., "Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis," N Engl J Med 2000;343:1520-8. *N Engl J Med* 353: 2813-2814, 2005.

28.     **Dahlqvist SR**. Rheumatoid arthritis increased the risk for myocardial infarction in women. *ACP J Club* 139: 50, 2003.

29.     **Davis RF, and Engleman EG**. Incidence of myocardial infarction in patients with rheumatoid arthritis. *Arthritis Rheum* 17: 527-533, 1974.

30.     **de Gaetano G, Donati MB, and Cerletti C**. Prevention of thrombosis and vascular inflammation: benefits and limitations of selective or combined COX-1, COX-2 and 5-LOX inhibitors. *Trends Pharmacol Sci* 24: 245-252, 2003.

31.     **Dixon WG, Watson KD, Lunt M, Hyrich KL, Silman AJ, and Symmons DP**. Reduction in the incidence of myocardial infarction in patients with rheumatoid arthritis who respond to anti-tumor necrosis factor alpha therapy: results from the British Society for Rheumatology Biologics Register. *Arthritis Rheum* 56: 2905-2912, 2007.

32.     **Duffield JS, Hong S, Vaidya VS, Lu Y, Fredman G, Serhan CN, and Bonventre JV**. Resolvin D series and protectin D1 mitigate acute kidney injury. *J Immunol* 177: 5902-5911, 2006.

33.     **Egan KM, Wang M, Fries S, Lucitt MB, Zukas AM, Pure E, Lawson JA, and FitzGerald GA**. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. *Circulation* 111: 334-342, 2005.

34.     **Ellis EF, Nies AS, and Oates JA**. Cerebral arterial smooth muscle contraction by thromboxane A2. *Stroke* 8: 480-483, 1977.

35.     **Ellis EF, Oelz O, Roberts LJ, 2nd, Payne NA, Sweetman BJ, Nies AS, and Oates JA**. Coronary arterial smooth muscle contraction by a substance released from platelets: evidence that it is thromboxane A2. *Science* 193: 1135-1137, 1976.

36.     **Emery P, Gabay C, Kraan M, and Gomez-Reino J**. Evidence-based review of biologic markers as indicators of disease progression and remission in rheumatoid arthritis. *Rheumatol Int* 27: 793-806, 2007.

37.     **Fischer LM, Schlienger RG, Matter C, Jick H, and Meier CR**. Effect of rheumatoid arthritis or systemic lupus erythematosus on the risk of first-time acute myocardial infarction. *Am J Cardiol* 93: 198-200, 2004.

38.     **FitzGerald GA, and Patrono C**. The coxibs, selective inhibitors of cyclooxygenase-2. *N Engl J Med* 345: 433-442, 2001.

39.     **Gerber JG, Nies AS, Friesinger GC, Gerkens JF, Branch RA, and Oates JA**. The effect of PGI2 on canine renal function and hemodynamics. *Prostaglandins* 16: 519-528, 1978.

40.     **Ghosh M, Wang H, Ai Y, Romeo E, Luyendyk JP, Peters JM, Mackman N, Dey SK, and Hla T**. COX-2 suppresses tissue factor expression via endocannabinoid-directed PPARdelta activation. *J Exp Med* 204: 2053-2061, 2007.

41.     **Giles JT, Post W, Blumenthal RS, and Bathon JM**. Therapy Insight: managing cardiovascular risk in patients with rheumatoid arthritis. *Nat Clin Pract Rheumatol* 2: 320-329, 2006.

42.     **Gilroy DW**. The role of aspirin-triggered lipoxins in the mechanism of action of aspirin. *Prostaglandins Leukot Essent Fatty Acids* 2005.

43.     **Gilroy DW, and Colville-Nash PR**. New insights into the role of COX 2 in inflammation. *J Mol Med* 78: 121-129, 2000.

44.     **Gilroy DW, Colville-Nash PR, McMaster S, Sawatzky DA, Willoughby DA, and Lawrence T**. Inducible cyclooxygenase-derived 15-deoxy(Delta)12-14PGJ2 brings about acute inflammatory resolution in rat pleurisy by inducing neutrophil and macrophage apoptosis. *FASEB J* 17: 2269-2271, 2003.

45.     **Gilroy DW, Colville-Nash PR, Willis D, Chivers J, Paul-Clark MJ, and Willoughby DA**. Inducible cyclooxygenase may have anti-inflammatory properties. *Nat Med* 5: 698-701, 1999.

46.     **Gilroy DW, Saunders MA, Sansores-Garcia L, Matijevic-Aleksic N, and Wu KK**. Cell cycle-dependent expression of cyclooxygenase-2 in human fibroblasts. *FASEB J* 15: 288-290, 2001.

47.     **Gilroy DW, Tomlinson A, Greenslade K, Seed MP, and Willoughby DA**. The effects of cyclooxygenase 2 inhibitors on cartilage erosion and bone loss in a model of Mycobacterium tuberculosis-induced monoarticular arthritis in the rat. *Inflammation* 22: 509-519, 1998.

48.     **Gilroy DW, Tomlinson A, and Willoughby DA**. Differential effects of inhibition of isoforms of cyclooxygenase (COX-1, COX-2) in chronic inflammation. *Inflamm Res* 47: 79-85, 1998.

49.     **Gonzalez-Gay MA, Gonzalez-Juanatey C, Miranda-Filloy JA, Garcia-Porrua C, Llorca J, and Martin J**. Cardiovascular disease in rheumatoid arthritis. *Biomed Pharmacother* 60: 673-677, 2006.

50.     **Griffoni C, Spisni E, Strillacci A, Toni M, Bachschmid MM, and Tomasi V**. Selective inhibition of prostacyclin synthase activity by rofecoxib. *J Cell Mol Med* 11: 327-338, 2007.

51.     **Grosser T, Fries S, and FitzGerald GA**. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. *J Clin Invest* 116: 4-15, 2006.

52.     **Gryglewski RJ, Korbut R, and Ocetkiewicz A**. Generation of prostacyclin by lungs in vivo and its release into the arterial circulation. *Nature* 273: 765-767, 1978.

53.     **Hahn BH, Grossman J, Chen W, and McMahon M**. The pathogenesis of atherosclerosis in autoimmune rheumatic diseases: roles of inflammation and dyslipidemia. *J Autoimmun* 28: 69-75, 2007.

54.     **Halushka PV, Mais DE, and Saussy DL, Jr.** Platelet and vascular smooth muscle thromboxane A2/prostaglandin H2 receptors. *Fed Proc* 46: 149-153, 1987.

55.     **Hamberg M, Svensson J, and Samuelsson B**. Thromboxanes: a new group of biologically active compounds derived from prostaglandin endoperoxides. *Proc Natl Acad Sci U S A* 72: 2994-2998, 1975.

56.     **Hammerman H, Kloner RA, Hale S, Schoen FJ, and Braunwald E**. Dose-dependent effects of short-term methylprednisolone on myocardial infarct extent, scar formation, and ventricular function. *Circulation* 68: 446-452, 1983.

57.     **Hammerman H, Kloner RA, Schoen FJ, Brown EJ, Jr., Hale S, and Braunwald E**. Indomethacin-induced scar thinning after experimental myocardial infarction. *Circulation* 67: 1290-1295, 1983.

58.     **Hennan JK, Huang J, Barrett TD, Driscoll EM, Willens DE, Park AM, Crofford LJ, and Lucchesi BR**. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. *Circulation* 104: 820-825, 2001.

60.     **Hong TT, Huang J, Barrett TD, and Lucchesi BR**. Effects of cyclooxygenase inhibition on canine coronary artery blood flow and thrombosis. *Am J Physiol Heart Circ Physiol* 294: H145-155, 2008.

61.     **Jimenez R, Belcher E, Sriskandan S, Lucas R, McMaster S, Vojnovic I, Warner TD, and Mitchell JA**. Role of Toll-like receptors 2 and 4 in the induction of cyclooxygenase-2 in vascular smooth muscle. *Proc Natl Acad Sci U S A* 102: 4637-4642, 2005.

62.     **Jugdutt BI**. Nitroglycerin in acute myocardial infarction. *Can J Cardiol* 5: 110-116, 1989.

63.     **Jugdutt BI, and Basualdo CA**. Myocardial infarct expansion during indomethacin or ibuprofen therapy for symptomatic post infarction pericarditis. Influence of other pharmacologic agents during early remodelling. *Can J Cardiol* 5: 211-221, 1989.

64.     **Jugdutt BI, Hutchins GM, Bulkley BH, and Becker LC**. Dissimilar effects of PGE1 and PGE2 on myocardial infarct size after coronary occlusion in conscious dogs. *Adv Prostaglandin Thromboxane Res* 7: 675-677, 1980.

65.     **Jugdutt BI, Joljart MJ, and Khan MI**. Rate of collagen deposition during healing and ventricular remodeling after myocardial infarction in rat and dog models. *Circulation* 94: 94-101, 1996.

66.     **Kerr DJ, Dunn JA, Langman MJ, Smith JL, Midgley RS, Stanley A, Stokes JC, Julier P, Iveson C, Duvvuri R, and McConkey CC**. Rofecoxib and cardiovascular adverse events in adjuvant treatment of colorectal cancer. *N Engl J Med* 357: 360-369, 2007.

67.     **Kothapalli D, Stewart SA, Smyth EM, Azonobi I, Pure E, and Assoian RK**. Prostacylin receptor activation inhibits proliferation of aortic smooth muscle cells by regulating cAMP response element-binding protein- and pocket protein-dependent cyclin a gene expression. *Mol Pharmacol* 64: 249-258, 2003.

68.     **Kou WH, Nelson SD, Lynch JJ, Montgomery DG, DiCarlo L, and Lucchesi BR**. Effect of flecainide acetate on prevention of electrical induction of ventricular tachycardia and occurrence of ischemic ventricular fibrillation during the early postmyocardial infarction period: evaluation in a conscious canine model of sudden death. *J Am Coll Cardiol* 9: 359-365, 1987.

69.     **Lawrence T, Gilroy DW, Colville-Nash PR, and Willoughby DA**. Possible new role for NF-kappaB in the resolution of inflammation. *Nat Med* 7: 1291-1297, 2001.

70.     **Levy L, Fautrel B, Barnetche T, and Schaeverbeke T**. Incidence and risk of fatal myocardial infarction and stroke events in rheumatoid arthritis patients. A systematic review of the literature. *Clin Exp Rheumatol* 26: 673-679, 2008.

71.     **Li J, Liang X, Wang Q, Breyer RM, McCullough L, and Andreasson K**. Misoprostol, an anti-ulcer agent and PGE2 receptor agonist, protects against cerebral ischemia. *Neurosci Lett* 438: 210-215, 2008.

72.     **Libby P**. Atherosclerosis: disease biology affecting the coronary vasculature. *Am J Cardiol* 98: 3Q-9Q, 2006.

73.     **Liu D, Wu L, Breyer R, Mattson MP, and Andreasson K**. Neuroprotection by the PGE2 EP2 receptor in permanent focal cerebral ischemia. *Ann Neurol* 57: 758-761, 2005.

74.     **Lu Y, Hong S, Gotlinger K, and Serhan CN**. Lipid mediator informatics and proteomics in inflammation resolution. *ScientificWorldJournal* 6: 589-614, 2006.

75.     **Lynch JJ, DiCarlo LA, Montgomery DG, and Lucchesi BR**. Effects of flecainide acetate on ventricular tachyarrhythmia and fibrillation in dogs with recent myocardial infarction. *Pharmacology* 35: 181-193, 1987.

76.     **McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, and FitzGerald GA**. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. *Proc Natl Acad Sci U S A* 96: 272-277, 1999.

77.     **McAdam BF, Mardini IA, Habib A, Burke A, Lawson JA, Kapoor S, and FitzGerald GA**. Effect of regulated expression of human cyclooxygenase isoforms on eicosanoid and isoeicosanoid production in inflammation. *J Clin Invest* 105: 1473-1482, 2000.

78.      **Mickelson JK, Simpson PJ, Cronin M, Homeister JW, Laywell E, Kitzen J, and Lucchesi BR**. Antiplatelet antibody [7E3 F(ab')2] prevents rethrombosis after recombinant tissue-type plasminogen activator-induced coronary artery thrombolysis in a canine model. *Circulation* 81: 617-627, 1990.

79.      **Mickelson JK, Simpson PJ, and Lucchesi BR**. Antiplatelet monoclonal F(ab')2 antibody directed against the platelet GPIIb/IIIa receptor complex prevents coronary artery thrombosis in the canine heart. *J Mol Cell Cardiol* 21: 393-405, 1989.

80.      **Mitchell JA, and Evans TW**. Cyclooxygenase-2 as a therapeutic target. *Inflamm Res* 47 Suppl 2: S88-92, 1998.

81.      **Mitchell JA, Lucas R, Vojnovic I, Hasan K, Pepper JR, and Warner TD**. Stronger inhibition by nonsteroid anti-inflammatory drugs of cyclooxygenase-1 in endothelial cells than platelets offers an explanation for increased risk of thrombotic events. *FASEB J* 20: 2468-2475, 2006.

82.      **Mitchell JA, and Warner TD**. COX isoforms in the cardiovascular system: understanding the activities of non-steroidal anti-inflammatory drugs. *Nat Rev Drug Discov* 5: 75-86, 2006.

83.      **Miyata A, Hara S, Yokoyama C, Inoue H, Ullrich V, and Tanabe T**. Molecular cloning and expression of human prostacyclin synthase. *Biochem Biophys Res Commun* 200: 1728-1734, 1994.

84.      **Moncada S**. Biology and therapeutic potential of prostacyclin. *Stroke* 14: 157-168, 1983.

85.      **Moncada S**. Eighth Gaddum Memorial Lecture. University of London Institute of Education, December 1980. Biological importance of prostacyclin. *Br J Pharmacol* 76: 3-31, 1982.

86.      **Moncada S**. [Production of prostacyclin and endothelium-derived relaxing factor from endothelial cells]. *Rev Clin Esp* 179: 323-328, 1986.

87.      **Moncada S**. Prostacyclin and arterial wall biology. *Arteriosclerosis* 2: 193-207, 1982.

88.      **Moncada S**. Prostacyclin/thromboxane-mediated mechanisms in platelet-vascular wall interactions. *Adv Prostaglandin Thromboxane Leukot Res* 15: 507-512, 1985.

89.      **Moncada S**. Prostaglandin endoperoxides and thromboxanes: formation and effects. *Naunyn Schmiedebergs Arch Pharmacol* 297 Suppl 1: S81-84, 1977.

90.      **Moncada S**. The role of prostacyclin and thromboxane A2 in the regulation of platelet behaviour. *Mater Med Pol* 12: 207-212, 1980.

91.      **Moncada S, Gryglewski R, Bunting S, and Vane JR**. An enzyme isolated from arteries transforms prostaglandin endoperoxides to an unstable substance that inhibits platelet aggregation. *Nature* 263: 663-665, 1976.

92.      **Moncada S, Herman AG, Higgs EA, and Vane JR**. Differential formation of prostacyclin (PGX or PGI2) by layers of the arterial wall. An explanation for the anti-thrombotic properties of vascular endothelium. *Thromb Res* 11: 323-344, 1977.

93.      **Moncada S, and Higgs EA**. Prostaglandins in the pathogenesis and prevention of vascular disease. *Blood Rev* 1: 141-145, 1987.

94.      **Morris T, Rajakariar R, Stables M, and Gilroy DW**. Not all eicosanoids are bad. *Trends Pharmacol Sci* 27: 609-611, 2006.

95.      **Mukherjee D, Nissen SE, and Topol EJ**. Risk of cardiovascular events associated with selective COX-2 inhibitors. *Jama* 286: 954-959, 2001.

96.     **Needleman P, Moncada S, Bunting S, Vane JR, Hamberg M, and Samuelsson B**. Identification of an enzyme in platelet microsomes which generates thromboxane A2 from prostaglandin endoperoxides. *Nature* 261: 558-560, 1976.

97.     **Nies AS, Rawl J, Cruze J, Oates JA, and Frolich JC**. The importance of renal prostaglandin synthesis in maintaining renal blood flow and glomerular filtration after renal artery stenosis in the conscious dog. *Invest Urol* 16: 72-74, 1978.

98.     **Nussmeier NA, Whelton AA, Brown MT, Langford RM, Hoeft A, Parlow JL, Boyce SW, and Verburg KM**. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. *N Engl J Med* 352: 1081-1091, 2005.

99.     **Park MK, Kang YJ, Jung JJ, Kim HJ, Seo HG, Lee JH, and Chang KC**. EP(2) receptor activation by prostaglandin E(2) leads to induction of HO-1 via PKA and PI3K pathways in C6 cells. *Biochem Biophys Res Commun* 2009.

100.    **Pearson TA, Bazzarre TL, Daniels SR, Fair JM, Fortmann SP, Franklin BA, Goldstein LB, Hong Y, Mensah GA, Sallis JF, Jr., Smith S, Jr., Stone NJ, and Taubert KA**. American Heart Association guide for improving cardiovascular health at the community level: a statement for public health practitioners, healthcare providers, and health policy makers from the American Heart Association Expert Panel on Population and Prevention Science. *Circulation* 107: 645-651, 2003.

101.    **Rabausch K, Bretschneider E, Sarbia M, Meyer-Kirchrath J, Censarek P, Pape R, Fischer JW, Schror K, and Weber AA**. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. *Circ Res* 96: e1-6, 2005.

102.    **Rebello SS, Huang J, Saito K, Saucedo JF, Bates ER, and Lucchesi BR**. Effect of time of 7E3 administration on rt-PA-induced reperfusion: study in a canine model of thrombus-based occlusion-reperfusion. *Eur J Pharmacol* 374: 399-410, 1999.

103.    **Ross R**. Atherosclerosis--an inflammatory disease. *N Engl J Med* 340: 115-126, 1999.

104.    **Rote WE, Mu DX, Bates ER, Nedelman MA, and Lucchesi BR**. Prevention of rethrombosis after coronary thrombolysis in a chronic canine model. I. Adjunctive therapy with monoclonal antibody 7E3 F(ab')2 fragment. *J Cardiovasc Pharmacol* 23: 194-202, 1994.

105.    **Rote WE, Nedelman MA, Mu DX, Manley PJ, Weisman H, Cunningham MR, and Lucchesi BR**. Chimeric 7E3 prevents carotid artery thrombosis in cynomolgus monkeys. *Stroke* 25: 1223-1232; discussion 1233, 1994.

106.    **Russell AS**. Steroids and myocardial infarction in rheumatoid arthritis. *J Rheumatol* 32: 195-196; author reply 196-197, 2005.

107.    **Sattar N, McCarey DW, Capell H, and McInnes IB**. Explaining how "high-grade" systemic inflammation accelerates vascular risk in rheumatoid arthritis. *Circulation* 108: 2957-2963, 2003.

108.    **Schafer AI**. Vascular endothelium: in defense of blood fluidity. *J Clin Invest* 99: 1143-1144, 1997.

109.    **Schonbeck U, Sukhova GK, Graber P, Coulter S, and Libby P**. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. *Am J Pathol* 155: 1281-1291, 1999.

110.    **Schwab JM, Chiang N, Arita M, and Serhan CN**. Resolvin E1 and protectin D1 activate inflammation-resolution programmes. *Nature* 447: 869-874, 2007.

111.    **Schwab JM, and Serhan CN**. Lipoxins and new lipid mediators in the resolution of inflammation. *Curr Opin Pharmacol* 6: 414-420, 2006.

112.    **Serhan CN**. Novel chemical mediators in the resolution of inflammation: resolvins and protectins. *Anesthesiol Clin* 24: 341-364, 2006.

113.    **Serhan CN**. Resolution phase of inflammation: novel endogenous anti-inflammatory and proresolving lipid mediators and pathways. *Annu Rev Immunol* 25: 101-137, 2007.

114.    **Serhan CN, and Chiang N**. Novel endogenous small molecules as the checkpoint controllers in inflammation and resolution: entree for resoleomics. *Rheum Dis Clin North Am* 30: 69-95, 2004.

115.    **Serhan CN, Clish CB, Brannon J, Colgan SP, Chiang N, and Gronert K**. Novel functional sets of lipid-derived mediators with antiinflammatory actions generated from omega-3 fatty acids via cyclooxygenase 2-nonsteroidal antiinflammatory drugs and transcellular processing. *J Exp Med* 192: 1197-1204, 2000.

116.    **Serhan CN, Hong S, and Lu Y**. Lipid mediator informatics-lipidomics: novel pathways in mapping resolution. *AAPS J* 8: E284-297, 2006.

117.    **Serhan CN, and Savill J**. Resolution of inflammation: the beginning programs the end. *Nat Immunol* 6: 1191-1197, 2005.

118.    **Shinmura K, Tang XL, Wang Y, Xuan YT, Liu SQ, Takano H, Bhatnagar A, and Bolli R**. Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits. *Proc Natl Acad Sci U S A* 97: 10197-10202, 2000.

119.    **Smith JB**. The prostanoids in hemostasis and thrombosis: a review. *Am J Pathol* 99: 743-804, 1980.

120.    **Sodergren A, Stegmayr B, Lundberg V, Ohman ML, and Wallberg-Jonsson S**. Increased incidence of and impaired prognosis after acute myocardial infarction among patients with seropositive rheumatoid arthritis. *Ann Rheum Dis* 66: 263-266, 2007.

121.    **Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Levin R, Mogun H, and Avorn J**. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. *Circulation* 109: 2068-2073, 2004.

122.    **Steffel J, Akhmedov A, Greutert H, Luscher TF, and Tanner FC**. Histamine induces tissue factor expression: implications for acute coronary syndromes. *Circulation* 112: 341-349, 2005.

123.    **Sudo Y, Kilgore KS, and Lucchesi BR**. Monoclonal antibody [7E3 F(ab')2] prevents arterial but not venous rethrombosis. *J Cardiovasc Pharmacol* 26: 241-250, 1995.

124.    **Topol EJ**. Failing the public health--rofecoxib, Merck, and the FDA. *N Engl J Med* 351: 1707-1709, 2004.

125.    **Topper JN, Cai J, Falb D, and Gimbrone MA, Jr.** Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. *Proc Natl Acad Sci U S A* 93: 10417-10422, 1996.

126.    **Turesson C, and Matteson EL**. Management of extra-articular disease manifestations in rheumatoid arthritis. *Curr Opin Rheumatol* 16: 206-211, 2004.

127.    **Vane JR, and Botting RM**. Regulatory mechanisms of the vascular endothelium: an update. *Pol J Pharmacol* 46: 499-421, 1994.

128.    **Vane JR, Bunting S, and Moncada S**. Prostacyclin in physiology and pathophysiology. *Int Rev Exp Pathol* 23: 161-207, 1982.

129.    **Vane JR, and Moncada S**. Polyunsaturated fatty acids as precursors of prostaglandins. *Acta Cardiol Suppl* 21-37, 1979.

130.    **Vane JR, and Moncada S**. Prostacyclin. *Ciba Found Symp* 71: 79-97, 1980.

131.    **Vane JR, and Moncada S**. The anti-thrombotic effects of prostacyclin. *Acta Med Scand Suppl* 642: 11-22, 1980.

132.    **Willerson JT, and Ridker PM**. Inflammation as a cardiovascular risk factor. *Circulation* 109: II2-10, 2004.

133.    **Willoughby DA, Moore AR, and Colville-Nash PR**. Cyclopentenone prostaglandins-new allies in the war on inflammation. *Nat Med* 6: 137-138, 2000.

134.    **Willoughby DA, Moore AR, Colville-Nash PR, and Gilroy D**. Resolution of inflammation. *Int J Immunopharmacol* 22: 1131-1135, 2000.

135.    **Xuan YT, Guo Y, Zhu Y, Han H, Langenbach R, Dawn B, and Bolli R**. Mechanism of cyclooxygenase-2 upregulation in late preconditioning. *J Mol Cell Cardiol* 35: 525-537, 2003.

136.    **Yellon DM, and Downey JM**. Preconditioning the myocardium: from cellular physiology to clinical cardiology. *Physiol Rev* 83: 1113-1151, 2003.

137.    **Monacada S,** Prostacyclin and arterial wall biology. *Arterioscler., Thromb, and Vasc Biol.*, 1982; 2,: 193-207

138.    **Upchurch GR, Banes AJ, Wagner WH, Ramadan FR, Link GW, Henderson RH, Johnson G. D**ifferences in secretion of prostacyclin by venous and arterial endothelial cells grown in vitro in a static versus a mechanically active environment. *J. Vasc Surg* 1989; 10:292-8