UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: | *   MDL No. 1657 <br> * |
|     State of Utah, | *   SECTION L <br> * |
|                 Plaintiff, | *   JUDGE ELDON E. FALLON <br> * |
|   versus | *   MAGISTRATE JUDGE <br> *   KNOWLES |
|     Merck Sharp & Dohme Corp., | * <br> * |
|                 Defendant. | * <br> * |
|   Case No. 2:06-cv-09336 | * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S MOTION TO COMPEL

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves the Court to compel Plaintiff, the State of Utah, to respond to Merck's Second Set of Interrogatories and Requests for Production.

As set forth more fully in the attached Memorandum of Law, Merck seeks information regarding individuals who Plaintiff contends were injured by Vioxx and for whose medical treatment the State is seeking reimbursement. Merck also seeks information regarding alleged representations Merck made to Plaintiff and to doctors and patients in Utah. Plaintiff has refused to respond to these requests on relevance grounds. But as further detailed in the motion, these requests seek information relevant to the causation element of Plaintiff's claims and to the duty and breach elements of its negligence claim.

1103508v1

WHEREFORE, the Court should compel Plaintiff to respond to Merck's Second Set of Interrogatories and Requests for Production.

Dated:  Sept. 6, 2012                              Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

Tarek Ismail
GOLDMAN ISMAIL TOMASELLI
BRENNAN and BAUM, LLP
1 North Franklin Street
Suite 625
Chicago, IL  60606

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Compel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of September, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com
Defendants' Liaison Counsel