UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|    State of Utah, | * | SECTION L |
| | * | |
|                 Plaintiff, | * | JUDGE ELDON E. FALLON |
| | * | |
|   versus | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| Merck Sharp & Dohme Corp., | * | |
| | * | |
|                Defendant. | * | |
| | * | |
| Case No. 2:06-cv-09336 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON DEFENDANT'S MOTION TO COMPEL

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and Plaintiff is compelled to respond to Merck's Second Set of Interrogatories and Requests for Production.

**NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1103507v1