# EXHIBIT 6

**BAKER BOTTS** L.L.P.

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL  +1 713.229.1234
FAX +1 713.229.1522
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
**HOUSTON**
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
WASHINGTON

August 8, 2012

Richard L. Josephson
TEL +1713.229.1460
FAX +1 713.229.7760
richard.josephson@bakerbotts.com

BY E-MAIL

Kenneth M. Lougee
Steele & Biggs L.L.C
5664 South Green Street
Salt Lake City, Utah 84123

Re:   *State of Utah v. Merck Sharp & Dohme Corp.*, MDL Docket No. 1657, Case No. 06-432, In the United States District Court for the Eastern District of Louisiana.

Dear Ken:

I write regarding Utah's supplemental responses to Merck's Second Set of Interrogatories. Your supplemental responses do not conform with our conversation during our July 30 meet and confer and still do not provide sufficient information regarding Utah's claims against Merck. For example, we have requested discovery relevant to alleged misrepresentations and omissions to Utah healthcare professionals and Utah Medicaid. During our call you stated that there was no such relevant discovery because your claim is that the representations that you believe are actionable were made by Merck to the FDA regarding Vioxx, not Utah Medicaid, and that those alleged misrepresentations to the FDA regarding Vioxx form the basis of your claims. As I read your discovery responses, which reference Utah's Amended Complaint, Merck's representations in the state of Utah are still very relevant. I still do not know whether Utah's position is that reflected in our phone call or that espoused in the written discovery. Similarly, I still have no understanding of what exactly Utah's negligence claim entails and your recent responses fail to provide any illumination. I am willing to discuss this issue with you one more time before taking any additional action.

Please provide me with your availability this week for a follow-up meet and confer to discuss the deficiencies in your supplemental responses. We need to get these issues resolved promptly.

Sincerely,

*Richard L. Josephson*

Richard L. Josephson

HOU02:1255830.1