# EXHIBIT 7

**BAKER BOTTS** L.L.P.

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL  +1 713.229.1234
FAX +1 713.229.1522
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
**HOUSTON**
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
WASHINGTON

August 16, 2012

BY E-MAIL

Richard L. Josephson
TEL +1 713.229.1460
FAX +1 713.229.7760
richard.josephson@bakerbotts.com

Kenneth M. Lougee
Steele & Biggs L.L.C
5664 South Green Street
Salt Lake City, Utah 84123

Re:   *State of Utah v. Merck Sharp & Dohme Corp.*, MDL Docket No. 1657, Case No. 06-432, In the United States District Court for the Eastern District of Louisiana.

Dear Ken:

I am writing again regarding Utah's supplemental responses to Merck's Second Set of Interrogatories. As I indicated in my August 8 letter, your supplemental responses do not conform with our conversation during our July 30 meet and confer and still do not provide sufficient information regarding Utah's claims against Merck.

In my August 8 letter, I requested a meet and confer regarding these discovery deficiencies. I have not received a response. Please provide me with your availability for a meet and confer as soon as possible. If I do not hear from you, I will be forced to seek court intervention.

Further, on July 20, your paralegal, Kay Hanson, requested a one week extension for production of the additional database information, which Utah agreed during the informal database interview to produce. To date, we have not received that supplemental production. Please provide me with the status of this production and a date certain when it will be produced.

We need to get these issues resolved promptly. I look forward to hearing from you.

Sincerely,

Richard L. Josephson

HOU02:1256343.1