# EXHIBIT 8

| | |
|---|---|
| **From:** | Richard.Josephson@BakerBotts.com [Richard.Josephson@BakerBotts.com] |
| **To:** | kennethlougee@att.net |
| **Subject:** | Re: State of Utah vs. Merck |
| **Date:** | 8/21/2012 5:47:06 PM |
| **CC:** | elizabeth.lewis@bakerbotts.com |
| **BCC:** | |

**Message:**
Thanks ken. I assume you got my letter on utah's supplemental discovery responses to merck's discoverym. Are you available to speak with me next week regarding utah's responses?

---

**From**: Kenneth Lougee [mailto:kennethlougee@att.net]
**Sent**: Tuesday, August 21, 2012 10:47 AM
**To**: Josephson, Richard
**Subject**: Re: State of Utah vs. Merck

I will forward this to Mr. Baker. I don't have the technical ability to respond intelligently to your inquiry.

Ken Lougee

---

**From:** "Richard.Josephson@bakerbotts.com" <Richard.Josephson@bakerbotts.com>
**To:** kennethlougee@att.net
**Sent:** Tue, August 21, 2012 7:49:16 AM
**Subject:** State of Utah vs. Merck


Richard L. Josephson
**BAKER BOTTS L.L.P.**
910 Louisiana Street
Houston, Texas  77002-4495
713.229.1460 (Tel)
713.229.7760 (Fax)
richard.josephson@bakerbotts.com


**Confidentiality Notice:** The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.