UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>    State of Utah,<br><br>                    Plaintiff,<br><br>    versus<br><br>Merck Sharp & Dohme Corp.,<br><br>                    Defendant.<br><br>Case No. 2:06-cv-09336 | *<br>*<br>*<br>*  MDL No. 1657<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  KNOWLES<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**RULE 37 CERTIFICATION OF DEFENDANT'S COUNSEL
REGARDING GOOD-FAITH NEGOTIATIONS**

The parties in the above-captioned case conferred by letter and by telephone in a good-faith attempt to resolve or narrow this discovery dispute without the need to involve the Court. Defendant Merck Sharp & Dohme Corp. ("Merck") sent a letter to Plaintiff's counsel highlighting the deficiencies addressed in the accompanying motion on July 16, 2012; Plaintiff replied by letter on July 18, 2012. The parties conducted a meet-and-confer telephone call on July 30, 2012, and Plaintiff submitted supplemental answers to Merck's discovery requests on August 7, 2012. The supplemental responses were not sufficient, and since then, Merck has sent Plaintiff two additional letters and an email seeking to meet and confer further, but Plaintiff has not responded.

1103522v1

2

Dated:  Sept. 6, 2012								Respectfully submitted,


											*/s/ Dorothy H. Wimberly*
											Phillip A. Wittmann, 13625
											Dorothy H. Wimberly, 18509
											STONE PIGMAN WALTHER
											WITTMANN L.L.C.
											546 Carondelet Street
											New Orleans, LA 70130

											Douglas R. Marvin
											WILLIAMS & CONNOLLY LLP
											725 Twelfth St., N.W.
											Washington, DC 20005

											John H. Beisner
											Jessica Davidson Miller
											SKADDEN, ARPS, SLATE, MEAGHER &
											FLOM LLP
											1440 New York Avenue, N.W.
											Washington, DC 20005

											Tarek Ismail
											GOLDMAN ISMAIL TOMASELLI
											BRENNAN and BAUM, LLP
											1 North Franklin Street
											Suite 625
											Chicago, IL  60606

											ATTORNEYS FOR MERCK SHARP &
											DOHME CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Rule 37 Certificate has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of September, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com
 Defendants' Liaison Counsel