## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Elena Strujan v. Merck Sharpe* | | KNOWLES |
| *& Dohme Corp.,* | | |
| | * | |
| *2: 07-cv-00906-EEF-DEK* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF ELENA STRUJAN' S REPLY AFFIDAVIT and EXHBITS AT DEFENDANT MERCK SHARP & DOHME CORP.'S OPPOSITION AT PLAINTIFF MOTION FOR RECONSIDERATION

Respectfully, I Elena Strujan - Plaintiff Pro Se, submit this Reply Affidavit at Defendant

Opposition at my Motion for Reconsideration. I have objections at all 4 (four) Defendant's

Defendant Merck Sharp & Dohme Corp ("Merck") affirmations in opposition. In support of my

Motion for Reconsideration I do this affidavit under penalty of perjury.

1. Defendant Merck said in his Opposition- Pg. 1.

> " ...her *[me plaintiff pro se]* personal injury claims against Merck were barred by the doctrine of judicial estoppels because she failed to disclose them in her prior bankruptcy proceeding "

Objections: As I said before it was my lawyer mistakes. I did not have any power to control him,

and I trust him as all Merck's patients, now plaintiffs in Vioxx cases, trusted the Defendant

Merck for years until some people pass away, and other remains with their body mutilated for

life. Most grave is Merck, same my lawyer know the law, and with advanced knowledge did

wrong by selling their Vioxx product to innocent people. On August 24, 2012 Honorable Justice

Cecilia G. Morris from the United States Bankruptcy Court- Southern District of New York, signed

1

and order where she granted my Motion to Reopen the case to add the lawsuits to the schedule

( **Please Se EXHIBIT Pg. 1).**

What my bankruptcy lawyer did to me, same did Merck to the millions of consumers ~~and~~ *with*

their unhealthy product Vioxx. A totally breach of trust. Full time researchers did not

know exactly where stop the effect of Vioxx in the body after long usage. Example the

recent study done in an article "Merck litigation strategy - destroy expert witnesses" 7/

17, 2006 by: Evelyn Pringle, health freedom writer;

> *"Former Vioxx users could be at risk of developing strokes for years, a prominent scientist said this week after evaluating new data from a 107-page report on patients who were followed for a year after they stopped the drug* "*It may be that Vioxx is causing permanent damage to the cardiovascular system, accelerating atherosclerosis or a sustained increase in blood pressure,*" *said Dr Curt Furberg, a professor of public health at Wake Forest University, and a member of the FDA Safety and Risk Management Advisory Committee, according to a report by Reuter's news on May 18, 2006.*
> *During his examination of the report, Dr Furberg determined that within the one-year follow-up of the APPROVE study, 7 Vioxx users had* <u>strokes</u>*, and 2 others had mini-strokes, compared with no strokes in* <u>patients</u> *taking a placebo.* "<u>These data raise some very important questions because for a while we assumed Vioxx caused temporary problems, and here it is more than that,</u>" *Dr Furberg told Reuters.* "<u>It could be causing permanent damage.</u>"*
> > "In the past we weren't quite sure of the* <u>stroke</u> *risk," he added, "so stroke is now back on the agenda in a bigger way."* http://www.naturalnews.com/019663.html

2. Defendant Merck ., said in his Opposition- Pg. 1- and Pg. 2.

> " *Federal Rules of Civil Procedure 59(e) applies to motion for reconsideration.....motion is not the proper vehicle for rehashing evidence.......or arguments that could have been offered or raised before the entry judgment* "

Objection . In support of my Motion for Reconsideration I submit with this Reply new evidences,

and an Order to satisfy the defendant main and sole argument in his Motion for Summary Judgment.

With this occasion actually I discovered that in 2005, somebody with very bad intention ( I believe

my lawyers) filed in the United States Tax Court – Washington a case in my name ELENA

CHITOIU (before divorce) against the COMMISSIONER OF INTERNAL REVENUE as

2

Respondent, Docket No: 18134-05S . I NEVER did any complaint against IRS, and I was shocked to

se I was already in court. I called the IRS's attorney, and he told me to do a stipulation, and after the

judge signed a order where said in Decision:

> " *Pursuant to the agreement of the parties in the case, it is: ORDERED AND DECIDED :*
> *That there is no deficiency in income tax due from , nor overpayments due to , petitioner for*
> *the taxable year 2003,  Entered  Nov. 2, 2006* "**( Please Se EXHIBIT Pg. 2).**

On August 20, 2012 I called the United States Tax Court – Washington clerk and I asked a

copy of my file. On Wednesday8/23/2012, I received a partial copy, because the court could not

locate the petition, and who filled a motion to continue. I did a complaint to find out who did this

false. And I am not surprised because on July 11, 2011 somebody falsified my signature and filed in

Supreme Court of New York a case against Consolidate Edison Company of New York, INC- Index

No: 07975/2011. .

3.   Defendant Merck  said in his  Opposition- Pg. 2-2.

> *"... Ms. Strujan urges that the omission of her claims against Merck from her bankruptcy*
> *petition was " inadvertent" on her part because she relied on her bankruptcy attorney ..."*

Objection. This is the truth. Actually, illegally my bankruptcy attorney in 2007 reopened the

Bankruptcy case and added IRS as creditor for $2, 460 **( Please Se EXHIBIT Pg. 3)**.

Why since I did not due any money to the IRS **( Please Se EXHIBIT Pg. 2)** ?

Why he refused to reopen the case to add the lawsuit omitted  by him ? Also

*"Bankruptcy Code Section 350(b) authorizes the bankruptcy court to reopen a case for various*
*reasons including to "administer assets, to accord relief to the debtor, or for other cause." Fed. R.*
*Bankr. P. 5010 states: "A case may be reopened on motion of the debtor or other party in interest*
*pursuant to §350(b) of the Code." (emphasis added). See In re Chalasani, 92 F.3d 1300, 1308 (2d*
*Cir. 1996). Accord In re Thompson, 16 F.3d 576, 581-82 (4th Cir.), cert. denied, 512 U.S. 1221, 114*
*S. Ct. 2709, 129 L. Ed. 2d 836 (1994); In re Rosinski, 759 F.2d 539 (6th Cir. 1985); In re Mattera,*
*203 B.R. 565, 568 (Bankr. D.N.J. 1997); In re Bianucci, 4 F.3d 526, 528 (7th Cir. 1993); In re*
*Shondel, 950 F.2d 1301, 1304 (7th Cir. 1991) (discussion of "other cause" sufficient to justify*
*reopening Chapter 7 case).*

3

http://www.justice.gov/ust/eo/public_affairs/articles/docs/abi012001.htm

My Bankruptcy lawyer in conspiracy with my personal injury lawyers were bad lawyers for me . They became my adversary, because they knew I must to die due the Vioxx and due to the another external factors. Somebody said everyone could *have a* bad lawyers, bad doctors, bad teachers, only Defendant Merck ask from me perfection and intentionatelly forgive that I am a disable person..

4.        Defendant Merck said in his  Opposition- Pg. 2-4.

*"Debtors who fail to disclose their claim in bankruptcy"..*

I did not fail. It was premeditated by my lawyers and Merck could have serious implication since in 2004  the Pharmacist  deleted the history for Vioxx and my Oxford Insurances refused to answer to Subpoena Duces Tecum regarding the payments for Viox and Celebrex.

Additionally, and very grave, is that I believe Merck continue to sabotage my health. On August 2, 2012 I was in my way to library for computer use. Suddenly, I started to have severe chest pain. Unfortunately, I change my bag and I did not have Nitroglycerine (always I carry with me - but not in that day). Because the pharmacy was in my way I went to ask a refill because I knew I have ( I never wait to exhaust my prescription). I called the pharmacy, and I told I want to prepare my refill for my Nitroglycerine medicine. The Pharmacist called me back and he told I did not have any refill.  Being very close, I went in pharmacy and I told to the pharmacist I t should have. He told me I did not have any refills, and I must to go to doctor for a new prescription.  My doctor did not have open the office in that day in my area. I went very sick home, and I applied my patch with Nitroglycerine. I checked my refills and I was very bad surprised when I saw I was right I did have one more refill **(Please Se EXHIBIT Pg. 4).** Why that pharmacist refused to

4

give me my legal refill?  For sure somebody pay him. The next 3 days I did a complaint to the Pharmacist, and so far I did not receive any answer.

5.  My Motion for Reconsideration should be granted because in many cases the judge granted a motion for reconsideration, and my new arguments and evidences satisfy the Defendant's main complaint- estoppels.

In the case of *Terrin  N. White et.al. v. Experian Information Solution Inc., Case No. SACV 05-1070 DOC (MLGx)* the judge granted Plaintiff's Motion for Reconsideration, *Wagner v. Bieley, Wagner & Associates, Silvestoner v. Edell et al.*

## CONCLUSION

Defendant Merck is in this case for: 1- Consumer fraud law regarding Vioxx  drug side effects,  2- Negligence contempt, 3-  Severe heart problems and chest pain, 4-  Acute and continuous emotional distress.

And most new 5.- Multiple lacunars strokes and 6- Unknown heath problems at this time.

WHEREFORE, for the foregoing reasons, respectfully Plaintiff's prays that the Court rule in favor to Grand my Motion for Reconsideration in full and such reliefs which this Court will find just and proper.


Dated :  August 25,  2012                          Respectfully submitted,

ELENA STRUJAN - **Plaintiff - Pro Se**
P. O. BOX 20632
NEW YORK, NY 10021


So certified, this 25 day of August 2012

GABRIELA CABREJA
Notary Public - State of New York
NO. 01CA6257925
Qualified in Queens County
My Commission Expires 3/19/16

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re

     **Elena Strujan,**                                Chapter 7
                                                        Case No.  05-48478

                                        Debtor.
-------------------------------------------------------------------X

**ORDER TO REOPEN CASE AND TO APPOINT TRUSTEE**

     **UPON** the Motion filed July 31, 2012, seeking to reopen the debtor's voluntary

Chapter 7 case and the Court having mailed a notice of the hearing to all parties on

August 1, 2012, and there being no opposition thereto; and a hearing having been held on

August 24, 2012, it is

     **IT IS THEREFORE ORDERED** that the Motion is granted.  The Clerk's office

is directed to reopen the above referenced case so that the Debtor may add the lawsuits to

the schedules;

     **ORDERED** that the United States Trustee for Region 2 is directed to reappoint a

trustee upon the reopening of this case.

Dated: August 24, 2012
       New York, New York

                                /s/ Cecelia G. Morris
                                HON. CECELIA G. MORRIS
                                Chief U.S. Bankruptcy Judge

/

*Received 8/27/12*

# ORIGINAL

### UNITED STATES TAX COURT

| | | |
|---|---|---|
| ELENA CHITOIU, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Docket No. 18134-05"S" |
| | ) | |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| | ) | |
| Respondent. | ) | |

| ADM. |
|---|
| RECORDED |
| SERVICE |
| CAL. RTO |
| STAT. |
| S.T. JUDGE |
| FILES |

### DECISION

Pursuant to the agreement of the parties in this case, it is

ORDERED AND DECIDED: That there is no deficiency in income tax due from, nor overpayment due to, petitioner for the taxable year 2003.

Judge.

Entered: NOV  3 2006

\*       \*       \*       \*       \*



SERVED NOV  3 2006

n B6E - Cont.
05)

n re    **Elena Strujan**                                               Case No.    **05-48478**
_____,
                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ount No. | | | 2003 | | | | | |
| : Special Procedures Branc . Box 266, Room 309 falo, NY 14201 | | - | Income Tax | | | | | |
| | | | | | | | 2,460.00 | 0.00 |
| ount No. | | | | | | | | |
| | | | | | | | | |
| ount No. | | | | | | | | |
| | | | | | | | | |
| ount No. | | | | | | | | |
| | | | | | | | | |
| ount No. | | | | | | | | |
| | | | | | | | | |

t **1** of **1** continuation sheets attached to
dule of Creditors Holding Unsecured Priority Claims

*3*

| | | |
|---|---|---|
| Subtotal (Total of this page) | 2,460.00 | |
| Total (Report on Summary of Schedules) | 2,460.00 | |

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

August 5 2012

Pharmacist Simon
Amazon Pharmacy
43-10 Queens Blvd.
Sunnyside, NY 11104

Dear Mr. Pharmacist

I want to bring to your attention a totally unprofessional act done to me many times by your
Russian Pharmacist Ilea (?) in charge. The most recent malpractice and abuse was on August 2,
2012 when I was in the street in my way to Library, and I started to have severe chest pain.
Unfortunately, I can not have with me with Nitroglycerine. I called the pharmacy, and I spoke with
the Pharmacist regarding my refill for Nitroglycerin. He told me he checked in computer I do not
have anymore . I came after a few minutes in pharmacy and I asked to check one more time
because I knew I have.  He checked and told me again I do not have any refills.

I came home, I cheeked my evidences ( See below) , and actually I still have a refill. The next day I
came with a new prescription from DR. Goldovschi, and I informed you about his abuse.

I had a sad experience when in Manhattan a Pharmacist deleted in 2004 my entire history with
medicine Vioxx and Celebrex. Definitely, that Pharmacist was paid by somebody. Since your
pharmacist sabotaged my health illegally and without scruples, possible to be paid by somebody, I
must to resume your service.
I would like to why worker could afford such illegal acts?
Your promptly answer will be appreciate. Anticipate thank you.

Respectfully,

Elena Strujan
Graduate of University of Zoot. and Vet. Medicine
Farm Animals-Romania
Certified Paralegal

PS: Sent by fax.
8/5/12

RITE AID OF NEW YORK, INC.   (718) 433-0943
DBA RITE AID PHARMACY
45-02 43RD AVENUE
SUNNYSIDE, NY 11104
03962  0457039   DATE FILLED:06/28/2012
                 ORIG RX DATE: 09/07/2011
STRUJAN , ELENA
4329 39TH FL APT 12    (646) 234-2421
SUNNYSIDE, NY 1104
APPLY ONE PATCH TO CHEST WALL
EACH DAY AS DIRECTED

NITROGLYCERIN 04 MG/HR PATCH
GENERIC FOR: NITRODUR
DIST: ALVOGEN INC    MFR: ALVOGEN
Pr: COCIOBA, SERBAN I
(718)  476-5859              QTY: 30
DISCARD AFTER 06/28/2013
REFILL 1 TIMES UNTIL 09/06/2012

9/2: I hope I am still waiting for an writing answer at my
letter done on 8/5/12.

ELENA STRUJAN - Plaintiff - Pro Se
P. O. BOX 20632
NEW YORK, NY 10021
646-234-2421

August 25, 2012

Mr./ Ms. Clerk
United States District Court
Eastern District of Louisiana

Re: Elena Strujan v. Merck , Index No: 02;07-cv-00906

Dear Sir/ Madame

I can not find enough words to say thank you for your incommensurable help and
patience with all Pro Se. Please help me to submit my Reply Affidavit and Exhibits
which are very important for my case on August 31, 2012. On August 24, 2012, I got a
decision from the Bankruptcy Court which is necessary in support of my Motion for
Reconsideration.
Thank, and thank you continuously.


Respectfully submitted,

ELENA STRUJAN - Plaintiff - Pro Se


TENDERED FOR FILING

AUG 2 7 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



