UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | * MDL No. 1657 |
| This Document Relates to: | * SECTION L |
| JIM HOOD, ATTORNEY GENERAL *ex rel.*, STATE OF MISSISSIPPI | * JUDGE ELDON E. FALLON * MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK & CO., INC. | |
| Civil Action No. 2:05-cv-6755 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

Notice is hereby given that Plaintiff, Jim Hood, Attorney General of the State of Mississippi *ex rel* State of Mississippi, by and through counsel, has this date served the Defendant in the above entitled action the following:

1. Plaintiff's Supplemental Responses to Defendant's Second Set of Interrogatories.

The undersigned retains the original of the above documents as custodian thereof pursuant to the Federal Rules of Civil Procedure.

This the 10th day of September, 2012.

**JIM HOOD, ATTORNEY GENERAL, ex rel THE STATE OF MISSISSIPPI**

/s/ Sheila M. Bossier
By: SHEILA M. BOSSIER, (LA Bar No. 19491)
PLAINTIFF'S ATTORNEY

**OF COUNSEL:**

**BOSSIER & ASSOCIATES, PLLC**
P. O. Box 55567
Jackson, MS  39296
Telephone: (601) 352-5450
Facsimile:  (601) 352-5452

Geoffrey Morgan, Esq.
George W. Neville
**OFFICE OF THE ATTORNEY GENERAL**
P. O. Box 220
Jackson, MS 39205
Telephone: (601) 359-3821

Richard A. Freese, Esq.
**FREESE & GOSS, PLLC**
2031 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 871-4144
Facsimile: (205) 871-4104

Shane Langston, Esq.
Rebecca Langston, Esq.
Jessica Murray, Esq.
**LANGSTON & LANGSTON, PLLC**
Post Office Box 23307
Jackson, MS 39225
Telephone: (601) 969-1356
Facsimile: (601) 968-3866

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(C).

This the 10th day of September, 2012.

/s/ Sheila M. Bossier
SHEILA M. BOSSIER
(LA Bar No. 19491)
Plaintiff's Attorney
BOSSIER & ASSOCIATES, PLLC
P. O. Box 55567
Jackson, MS 39296
Telephone: (601) 352-5450
Facsimile: (601) 352-5452
sbossier@bossier-law.com

2