

## The Simon Law Firm, P.C.
*Attorneys and Counselors at Law*

September 5, 2012

Clerk of the Court
US District Court for the Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

      **RE:  Vioxx Products Liability Litigation, MDL 1657**
            **Electronic Case Filing (ECF) and Notification System**

Dear Sir or Madam:

      All cases that our law firm was participating in as part of MDL 1657 were resolved many months ago and we have no continuing interest or participation in the cases still pending. Nonetheless, we continue to receive notifications by email. Please remove me, Todd S. Hageman, Attorney, from the ECF notification list for the Vioxx matter, MDL 1657.

      Thank you and everyone connected with the US District Court for the Eastern District of Louisiana for the many courtesies you have extended to the staff of our firm during the time it took to resolve our part of this interesting matter. Your staff has always been kind, helpful, and courteous in your interactions with our firm. We are very grateful for everything.

      If there is anything more I need to do to be deleted from the email distribution list, please let me know.

                                        Very truly yours,

                                        Todd S. Hageman

TSH/ang

800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone 314.241.2929

www.simonlawpc.com

Toll Free 877.767.3108
Facsimile 314.241.2029