**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: VIOXX** | \* |
|     **Products Liability Litigation** | \* |
| | \* |
| **This Document Relates to:** | \*   **MDL No. 1657** |
| | \* |
| | \*   **SECTION L** |
| | \* |
| | \*   **JUDGE ELDON E. FALLON** |
| **GOVERNMENT ACTION CASE NOS.** | \* |
| | \*   **MAGISTRATE** |
| | \*   **JUDGE KNOWLES** |
| | \* |
| | \* |
| | \* |
| **05-3700, 09-2861,  2:06-cv-3132** | \* |
| **05-6755,  2:06-cv-04302, 2:06-cv-09336** | \* |
| \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | \* |

## ENTRY OF APPEARANCE

      Doug Winnard of Goldman Ismail Tomaselli Brennan & Baum LLP, California Bar No. 275420, hereby enters his appearance as additional counsel of record for Merck & Co., Inc. in the above-referenced cases.  The undersigned certifies that this appearance of additional counsel of record will be noted in LexisNexis File & Serve in accordance with PreTrial Order 8C.

      Respectfully submitted,

      */s/ Dorothy H. Wimberly*
      Phillip A. Wittmann, 13625
      Dorothy H. Wimberly, 18509
      Carmelite M. Bertaut, 3054
      STONE PIGMAN WALTHER
      WITTMANN L.L.C.
      546 Carondelet Street
      New Orleans, Louisiana 70130
      Phone:     504-581-3200
      Fax:        504-581-3361

      Defendants' Liaison Counsel

And

Andrew Goldman
Tarek Ismail
Brian O'Donoghue
Doug Winnard
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
1 North Franklin Street, Suite 625
Chicago, IL 60606
Phone:      312-541-3000
Fax:        312-629-8107

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of September, 2012.

/s/ Dorothy H. Wimbley
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel