MINUTE ENTRY
FALLON, J.
SEPTEMBER 5, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| *Poole v. Eichholz Law Firm, PC et al.* | : | JUDGE FALLON |
| No. 11-1546 | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a telephone status conference was held with Judge Eldon E. Fallon. Mark Tate and Dorian Britt participated on behalf of the Plaintiffs. Joe Coomes participated on behalf of Defendant Eichholz Law Firm. Jonah Flynn participated on behalf of Defendant Pacific Legal Funding. The parties discussed the status of the case.

IT IS ORDERED that the initial discovery deadline for class-related issues in this case will be December 5, 2012. Counsel are requested to present to the Court a more detailed proposed schedule at the next telephone status conference.

IT IS FURTHER ORDERED that a telephone status conference shall be held on Tuesday, September 18, 2012 at 1:30 p.m. The Court will initiate the call.

JS10(00:10)