UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>   PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

Roach v. Merck & Co., Inc., No. 10-868

### J U D G M E N T

Considering the Court's Order entered on June 5, 2012, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, Walter Roach, Administrator of the Estate of Joanne Roach, Deceased dismissing said plaintiff's claims with prejudice and costs.

New Orleans, Louisiana, this __10th__ day of September, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE