UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Mary Ann Nolan v. Merck & Co., Inc.*, 05-06146

## ORDER

The Court has pending before it several motions with respect to the claims of Plaintiff Mary Ann Nolan. Merck moved for summary judgment with respect to Plaintiff Nolan on June 6, 2012. (Rec. Doc. 63898). The motion was noticed for submission on Wednesday, July 11, 2012. The Court subsequently granted two separate motions by Plaintiff's counsel for extensions of time to submit a response, after counsel reported difficulty contacting his client. (Rec. Docs. 63989, 64049).

On August 14, 2012, the second extended deadline for Plaintiff to submit her response, Merck filed a motion to dismiss for lack of prosecution, requesting that Ms. Nolan be ordered to show cause by September 5, 2012 why her case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). (Rec. Doc. 64054). Shortly thereafter, Plaintiff's counsel submitted a motion to withdraw as counsel for Ms. Nolan, describing his unsuccessful attempts to contact Ms. Nolan. (Rec. Doc. 64080). In this motion, Plaintiff's counsel also requests that Ms. Nolan be granted a 60-day period (or alternatively, a period of time deemed acceptable to the Court) to locate new counsel.

The Court is reluctant to delay Ms. Nolan's case further and believes that a full 60-day

1

period is not necessary in order to avoid unfair prejudice to Ms. Nolan.  Accordingly, IT IS ORDERED that Plaintiff Mary Ann Nolan show cause on October 11, 2012, at 9:00 a.m., in the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why her case should not be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).  IT IS FURTHER ORDERED that Plaintiff file and serve upon Liaison Counsel any oppositions to the Rule on or before October 2, 2012.  IT IS FURTHER ORDERED that Merck file and serve upon Liaison Counsel and Plaintiff Nolan's counsel any replies to the oppositions on or before October 5, 2012.

IT IS FURTHER ORDERED that Plaintiff's counsel's motion to withdraw is GRANTED.

New Orleans, Louisiana, this 10th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mary Ann Nolan
738 Belcher Lane
Baxter, KY 40806