

**New York**
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

**www.lowey.com**

**Pennsylvania**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohoken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

September 14, 2012

**_By Overnight Mail_**

The Honorable Eldon E. Fallon
United States District Judge
United States District Court for the
 Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA  70130

    **Re:**  *AvMed, Inc., et al. v. BrownGreer PLC et al.,*
        **Case No. 08-1633**

Dear Judge Fallon:

    We represent Plaintiffs in the referenced matter.

    On June 22, 2010, Plaintiffs moved to amend their Complaint to substitute certain law firms for the "John Doe" defendants named therein. (Dkt. No. 45429).  The motion has been fully briefed since August 22, 2010.

    On August 9, 2011, after the motion was raised at a status conference, we wrote to the proposed defendant law firms and requested a meet and confer concerning the outstanding issues.  After an August 11, 2011 meet and confer, the parties reported to the Court that the motion is ripe for decision.

    On February 28, 2012, we submitted a status report to the Court concerning the motion.

    In response to Your Honor's April 26, 2012 Order (Docket No. 63802, filed in Docket No. 2:05-md-01657-EEF-DEK), on May 4, 2012, we submitted another status report the Court.

    On July 5, 2012 we submitted a Notice of Supplemental Authority (*In re Avandia Mktg., Sales Practices & Prods. Liab. Litig.*, 685 F.3d 353 (3d Cir. 2012)) in connection with the motion.



We recognize the Court's heavy workload in connection with this case and the others on its docket.  However, we respectfully urge Your Honor to decide the motion without further delay.

Respectfully submitted,

Peter D. St. Phillip, Jr.

Enclosure

cc:      All Counsel of Record (via e-mail)
         Joseph Escandon, MDL Law Clerk , MDL No. 1657 (via fax)