UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                    MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION

                                           SECTION: L

                                           JUDGE FALLON

                                           MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Van Jelgerhuis, et al v. Merck & Co. Inc.

## J U D G M E N T

Considering the Court's Order entered on August 10, 2012, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, Janice Baum, dismissing said plaintiff's claims with prejudice and costs.

New Orleans, Louisiana, this __17th__ day of September, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE