# Expert Rebuttal Report of John P. Kress, MD, FCCP

I have reviewed the reports of Benedict Lucchesi, Ali Olyaei, Alex Spyropoulos, and the joint report from April Zambelli-Weiner and Elizabeth Brooks. Nothing in their reports changes my analysis or conclusions as stated in my expert report.

First, Drs. Lucchesi, Olyaei, and Spyropoulos seem to suggest that it is biologically plausible that rofecoxib (Vioxx) could increase the risk for venous thrombotic events. According to them and paraphrasing, this is possible because: 1) Rofecoxib is known to increase the risk of arterial events; and 2) arterial events and venous events share some common risk factors. I disagree with this logic. Setting aside whether rofecoxib increases arterial events, simply because some studies (certainly not all studies) suggest that venous and arterial thrombosis share some risk factors, does not mean they necessarily share all risk factors. Many of the most compelling, recognized risk factors for venous thrombosis (e.g. immobilization and cancer) are not considered to be risk factors for arterial thrombosis. Moreover, while important, biological plausibility—even if accepted—does not answer the question of whether rofecoxib actually increases the risk of venous thrombosis in patients. Such a relationship must be answered by clinical data.

Second, with respect to the clinical data, blinded, placebo-controlled clinical trial data are considered the gold standard for assessing the effects of medications. Further, the majority of the clinical studies with rofecoxib had the added benefit of using data that was blindly adjudicated by an external committee. Blinded adjudication invariably increases the accuracy and reliability of the data. Yet, none of the reports by Drs. Lucchesi, Olyaei, and Spyropoulos address the extensive placebo-controlled rofecoxib clinical trial data with respect to venous thrombosis. Had they done so, they would have found what I detailed in my expert report—specifically that the rate of venous thrombotic events for rofecoxib was no higher than for placebo. Very simply, whether or not biologically plausible, the use of rofecoxib is not associated with an increased risk of venous thrombotic events compared to placebo. The ultimate answer to this question lies in the results of the clinical outcomes data. Biological plausibility results are hypothesis generating, not conclusive.

Third, while not addressing the placebo-controlled clinical trial data, in total these individuals cite three observational studies regarding NSAIDs and VTE. I have previously addressed Schmidt 2011. Huerta 2007 provides no data on COX-2 selective inhibitors (the authors only discussed *NSAIDs as a whole* and did not define the group). Further, the authors in Huerta did not find an increased risk in persons using NSAIDs for osteoarthritis and found that patients starting NSAID therapy were in many instances taking NSAIDs for prodromal symptoms likely related to the venous event itself. The 2011 Biere-Rafi study did not even evaluate rofecoxib and found that non-selective NSAIDs, acetaminophen, and tramadol were all associated with a significantly increased risk of pulmonary embolism, but that COX-2 selective inhibitors other than rofecoxib were not. These studies do not consistently find an association between the use of COX-2 selective inhibitors and venous thrombosis, and by their nature cannot establish a causal relationship.

Finally, Drs. Zambelli-Weiner and Brooks together purport to analyze the clinical trial data for rofecoxib and find evidence of an increased risk of VTE events. Their analysis suffers from numerous, significant methodological shortcomings and speculation, which render their conclusions unreliable. The totality of the blindly adjudicated, placebo-controlled clinical data with rofecoxib shows no evidence of an increased risk of VTE.

To the extent additional information is provided to me, I reserve the right to supplement my opinions.

Dated: September 17, 2012

_____
John P. Kress, MD, FCCP