MINUTE ENTRY
FALLON, J.
SEPTEMBER 18, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| *Poole v. Eichholz Law Firm, PC et al.* : | JUDGE FALLON |
| No. 11-1546 : | MAG. JUDGE KNOWLES |
| : | |

    On this date, a telephone status conference was held with Judge Eldon E. Fallon. Mark Tate and Dorian Britt participated on behalf of the Plaintiffs. Joe Coomes participated on behalf of Defendant Eichholz Law Firm. Jonah Flynn participated on behalf of Defendant Pacific Legal Funding. The parties discussed the status of the case.

    IT IS ORDERED that the attached discovery schedule is adopted by the Court.

    IT IS FURTHER ORDERED that a telephone status conference shall be held on Wednesday, December 12, 2012 at 3:30 p.m. The Court will initiate the call.

JS10(00:11)