**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | MDL No. **1657** |
| | ) | Section: L |
| This document applies to: | ) | |
| <u>Poole v. Eichholz Law Firm, P.C. et al</u> | ) | Judge Fallon |
| S.D. Ga., 4:11-cv-00136 | ) | Mag. Judge Knowles |

## PROPOSED SCHEDULING ORDER

**COME NOW** the Parties hereto, by and through their counsel of record, and, pursuant to the Court's instructions during the status conference conducted on September 5, 2012, submit the following proposed scheduling order:

| | |
|---|---|
| **PLAINTIFF'S EXPERT WITNESS DISCLOSURE(S) RELATED TO CLASS CERTIFICATION DUE:** | **October 5, 2012** |
| **DEFENDANTS' EXPERT WITNESS DISCLOSURE(S) RELATED TO CLASS CERTIFICATION DUE:** | **November 5, 2012** |
| **CLOSE OF ALL DISCOVERY RELATED TO THE ISSUE OF CLASS CERTIFICATION:** | **December 5, 2012** |
| **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION DUE:** | **January 7, 2013** |
| **DEFENDANTS' RESPONSE TO MOTION FOR CLASS CERTIFICATION DUE:** | **February 7, 2013** |

Respectfully submitted, this 18th day of September, 2012.

TATE LAW GROUP, LLC

/s/ Mark A. Tate
Mark A. Tate
Georgia Bar No. 698820
C. Dorian Britt
Georgia Bar No. 083259
*Counsel for Plaintiff*

2 East Bryan Street, Suite 600
Post Office Box 9060
Savannah, Georgia 31401
Phone: 912-234-3030
marktate@tatelawgroup.com

FLYNN LAW FIRM, LLC

/s/ Jonah A. Flynn
Jonah A. Flynn
Georgia Bar No. 266555
*Counsel for Defendant Pacific Legal Funding, LLC*

945 East Paces Ferry Road
Suite 2525
Atlanta, Georgia 30326
Phone: 404-835-9660
jflynn@flynnfirm.com

MCCONNELL, SNEED & COHEN, LLC

/s/ A. Joseph Coomes
A. Joseph Coomes
Georgia Bar No.

                                        ***Counsel for The Eichholz Law Firm, P.C.***

990 Hammond Drive NE ,Suite 840  
Atlanta, GA 30328  
Phone: 404-665-3090  
jcoomes@msclaw.net

*-3-*