**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                                          MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION

                                             SECTION:  L

                                             JUDGE FALLON

                                             MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Elliott  v. Merck & Co. Inc., No. 06-10987

J U D G M E N T

Considering the Court's Order entered on September 17, 2012, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of

defendant, Merck & Co., Inc., and against plaintiff, Sandra Elliott, dismissing said plaintiff's

claims with prejudice and costs.

New Orleans, Louisiana, this 19th day of September, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE