# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® ] | No. MDL Docket No. 1657 |
| ] | |
| PRODUCTS LIABILITY LITIGATION ] | Section L |
| ] | |
| *This document relates to Plaintiff Adm.* ] | Judge E. Fallon |
| *Walter J. Roach, Jr., v. Merck & Co.,* ] | |
| *a conditionally transferred case.* ] | Magistrate Judge D. Knowles |
| *2:10-cv-00868 EEF:DEK* ] | |

## *AMENDED* NOTICE OF APPEAL

Notice is hereby given that Walter J. Roach, Jr., Administrator of the Estate of Joanne I. Roach, deceased, Plaintiff in the above styled cause of action, by Atty. Emmanuel F. Guyon, hereby appeals to the United States Court of Appeals for the Fifth Circuit, New Orleans, LA, from the Orders of the U. S. District Court, EDLA, entered June 5, 2012, August 2, 2012, and Final Judgment entered September 10, 2012 dismissing the Plaintiff's cause of action against Defendant Merck & Co., Inc., a/k/a Merck Sharp & Dohme Corp., in the subject MDL 1657 litigation.

August 31, 2012                    Walter J. Roach, Jr., Administrator of the
                                            Estate of Joanne I. Roach, Deceased.

                    By:    */s/Emmanuel F. Guyon*
                           Emmanuel F. Guyon, his attorney
                           5 East Bridge Street
                           Streator, IL 61364
                           Tel.: 815/673-2361
                           Fax.: 815/673-2362
                           eguyon@frontier.com

                           *Plaintiff's counsel*

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing *Amended* Notice of Appeal has been served on *Plaintiff's Liaison Counsel I* Russ Herman, Andy Birchfield, and *Plaintiff's Liaison Counsel II* Ann B. Oldfather, and on Dorothy H. Wimberly, *Defendant's Liaison Counsel,* of Stone, Pigman Walther and Wittman, LLC, and Douglas R. Marvin, of Williams & Connolly, LLP, attorneys for Defendant Merck, Sharp and Dohme Corp., by U. S. Mail or e-mail by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (C), and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in *MDL 1657*, on 14th day of September, 2012.

/s/Emmanuel F. Guyon
Emmanuel F. Guyon,
5 East Bridge Street
Streator, IL 61364
Tel.: 815/673-2361
Fax.: 815/673-2362
eguyon@frontier.com

*Plaintiff's counsel*