TO: U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA           70130

**FILING OF DOCUMENTS**

Re: Re: In Re Vioxx, MDL 1657, ex. rel. Est. of Roach, dec'd v. Merck & Co. 10-cv-868

Documents enclosed to be filed with your office:

1. Transcript Order (copy);  2. Letter to Defendant's Counsel.

☐ Charge our account for filing fees

☐ Check enclosed to cover filing fees

☐ Receipt and return the enclosed file copy

☐ Copy 6 enclosed; CM/ECF will be complied with also, with copy of Transcript Order filed CM/ECF

By: *Emmanuel F. Guyon* (signature)

The Law Office of
**EMMANUEL F. GUYON**
**Attorney at Law**
5 East Bridge Street
Streator, Illinois 61364
815/673-2361