UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Susana Valencia Bernal v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| 2:07-cv-01049-EEF-DEK | * | |
| | * | |

*****************************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S LR56.1 STATEMENT OF MATERIALS FACTS AS TO WHICH THERE IS NO DISPUTE

Pursuant to LR56.1, Defendant Merck Sharp & Dohme, Corp., by undersigned counsel, hereby submits the following statement of material facts as to which there is no genuine issue to accompany its Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56:

1. On September 26, 2006, Plaintiff Susana Valencia Bernal filed suit against Merck, alleging that her use of Vioxx caused her "serious continued cardiovascular and neurological damage" with "partial loss of vision." Compl. ¶ 2.

2. In two Plaintiff Profile Forms, signed on July 24, 2007 and November 15, 2007, Ms. Valencia Bernal described the injuries she attributes to her alleged Vioxx usage as "medical side effects that[] have caused cardiovascular events harmful to [her] health," loss of vision in her left eye, "sinus tachycardia – arrhythmia," and demyelinating disease. *See* Plaintiff Profile Forms (attached hereto as Ex. 2) at 2, 14.

3. On her Plaintiff Profile Forms, Ms. Valencia Bernal alleges that she used Vioxx from April 2002 to September 2004, as prescribed by Dr. Arturo Sanchez Tejada of Guadalajara, Mexico, and that she received some samples of Vioxx from Dr. Tejada. Ex. 2 at 5, 19.

4. On November 9, 2007, this Court entered PTO 28, which required, *inter alia*, plaintiffs to provide *prima facie* evidence of usage, injury and causation. As part of this *prima facie* showing, Ms. Valencia Bernal was required to produce a case specific expert report from a medical expert attesting to a reasonable degree of medical probability that the plaintiff suffered an injury and that Vioxx caused the injury. *See* PTO 28 ¶¶ II.A.3, II.A.6, II.A.8.

5. Pursuant to PTO 28, Ms. Valencia Bernal submitted a report signed by Dr. Tejada, the doctor who she alleges prescribed her Vioxx. *See* Tejada Medical Report (attached hereto as Ex. 1).

6. The expert report of Dr. Tejada.states, *inter alia*, that:

- In June of 2002 Ms. Valencia Bernal was diagnosed with rheumatoid arthritis;
- In March of 2003, she was diagnosed with "Femur-Patella Condromalasia;"
- "Cox2 Inhibitors" were used for six months; and
- In 2003 "there was . . . evidence of Arrythmia, detected through electrocardiograph," that had not previously been noted.

Ex. 1 at 4.

7. Dr. Tejada's report does not state that *any* causal link whatsoever existed between any of Ms. Valencia Bernal's medical conditions and her alleged use of Vioxx. *See* Ex. 1 at 4.

8. In August 2012, Ms. Valencia Bernal submitted a "general causation" expert report pursuant to the expert discovery schedule set forth in Pretrial Order 58. *See* Parent Report (attached hereto as Ex. 3). This report, which was signed by Dr. Richard Parent, a Ph.D. toxicologist of Consultox, Limited in Damariscotta, Maine, addresses only a *general* "causal relationship between exposure to rofecoxib and cardiovascular and cerebrovascular thrombotic adverse events," and does not offer any opinions relating specifically to Ms. Valencia Bernal or her health conditions. *See* Ex. 3 at 18.

9. PTO 28 also required Ms. Valencia Bernal to produce "[a]ll pharmacy records regarding the dispensing of drugs to the Plaintiff . . . for the period from January 1, 1995 to the present." PTO 28 ¶ II.A.1.

10. Three pharmacies were identified on Ms. Valencia Bernal's Plaintiff Profile Forms as pharmacies that had dispensed medications to her in the last ten years: Walgreens and CVS in Boynton Beach, Florida, and Farmacia Guadalajara in Guadalajara, Mexico. Ex. 2 at 9. Ms. Valencia Bernal did not produce records from any of these pharmacies. Using the authorization forms she provided, Merck has been able to obtain the prescription records from Walgreens and CVS, neither of which reflect any prescription for Vioxx

Dated: September 28, 2012

Respectfully submitted,

 /s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
Defendants' Liaison Counsel

  —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029
Attorneys for Merck Sharp & Dohme, Corp.

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Statement of Material Facts has been served on pro se plaintiff Susana Valencia Bernal by United States Mail at the following addresses:

| 5713 Boynton Bay Circle<br>Boynton Beach, FL 334737-2669 | P.O. Box 740733<br>Boynton Beach, FL 33474 |

I further certify that the above and foregoing Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of September, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1105740v1