UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Susana Valencia Bernal v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| 2:07-cv-01049-EEF-DEK | * | |
| | * | |

**************************************************************************

ORDER REGARDING
DEFENDANT MERCK SHARP & DOHME CORP.'S
MOTION FOR SUMMARY JUDGMENT

  This matter is before the Court on the motion of Defendant Merck Sharp & Dohme Corp., pursuant to Federal Rule of Civil Procedure 56, for the entry of summary judgment in Merck's favor on all claims. There is no genuine issue of material fact and Plaintiffs cannot prevail on their claims against Merck as a matter of law. The Court being sufficiently advised, hereby **GRANTS** said motion and enters summary judgment in Merck's favor on all claims.

  NEW ORLEANS, LOUISIANA, this ___ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1105738v1