UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Susana Valencia Bernal v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| 2:07-cv-01049-EEF-DEK | * | |
| | * | |

******************************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S
### REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL

Pursuant to LR5.6 and Pretrial Order No. 13, Defendant Merck Sharp & Dohme Corp., by undersigned counsel, hereby requests that the Court order that Exhibits 1 and 2 to Merck's Motion for Summary Judgment in the above-captioned case be filed under seal.

In support of this request, Defendant states that these exhibits contain medical records or summaries of medical records that are Confidential under Pretrial Order No. 13.

Dated:  September 28, 2012

Respectfully submitted,

 /s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

—and—

1105743v1

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

1105743v1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request to File Certain Documents Under Seal has been served on pro se plaintiff Susana Valencia Bernal by United States Mail at the following addresses:

| | |
|---|---|
| 5713 Boynton Bay Circle<br>Boynton Beach, FL 334737-2669 | P.O. Box 740733<br>Boynton Beach, FL 33474 |

I further certify that the above and foregoing Request to File Certain Documents Under Seal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of September, 2012.

                                                  */s/ Dorothy H. Wimberly*
                                                  Dorothy H. Wimberly, 18509
                                                  STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                  546 Carondelet Street
                                                  New Orleans, Louisiana  70130
                                                  Phone:  504-581-3200
                                                  Fax:     504-581-3361
                                                  dwimberly@stonepigman.com

                                                  Defendants' Liaison Counsel

1105743v1