# EXHIBIT 1 TO MOTION FOR SUMMARY JUDGMENT

# FILED UNDER SEAL

1105749v1