UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Susana Valencia Bernal v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| 2:07-cv-01049-EEF-DEK | * |
| | * |

*************************************************************************

**ORDER GRANTING MERCK SHARP & DOHME CORP.'S
REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Exhibits 1 and 2 to Merck's Motion for Summary Judgment in the above-captioned case are to be filed under seal.

DATED:  this _____ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1105745v1