UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| JAMES SCHNELLER, | * | SECTION L |
| | * | |
| Plaintiff, | * | JUDGE ELDON E. FALLON |
| | * | |
| versus | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Case No. 2:05-cv-05382, | * | |
| Case No. 2:12-cv-00703, | * | |
| Court of Appeals No. 12-30732. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**DESIGNATION OF RECORD ON APPEAL**

Merck Sharp & Dohme Corp., f/k/a Merck & Co., Inc. ("Merck") hereby submits this Designation of Record on Appeal for the following cases:

Case Nos: 2:05-cv-05382 (E.D. La.);
2:12-cv-00703 (E.D. La.);
2:05-md-1657 (E.D. La.).

Merck requests that the following items be included in the record for this appeal:

**U. S. District Court**
**Eastern District of Louisiana (New Orleans)**
**CIVIL DOCKET FOR CASE #: 2:05-cv-05382-EEF-DEK**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2005 | 1 | Case transferred in from Eastern District of Pennsylvania (Philadelphia); Case Number 05-3785-BMS. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Pretrial Order #14)(der, ) Additional attachment(s) added on 1/5/2006 (der, ). (Entered: 01/05/2006) |

1105888v1

| 09/23/2010 | 2 | ORDER DISMISSING CASE with prejudice for failure to comply With Pre-Trial Order No. 28. Signed by Judge Eldon E. Fallon on 9/23/2010.(cms, ) (Entered: 09/24/2010) |
| --- | --- | --- |
| 10/25/2010 | 3 | NOTICE OF APPEAL by James D Schneller as to 2 Order Dismissing Case. (cms, ) (Entered: 10/27/2010) |
| 05/13/2011 | 4 | ORDER of USCA dismissing 3 Notice of Appeal as of 5/12/2011, for want of prosecution. The appellant failed to timely file the appellant's brief and record excerpts. (cms, ) (Entered: 05/19/2011) |
| 06/15/2011 | 5 | ORDER of USCA as to 3 Notice of Appeal. The Court has granted appellant's motion to reinstate the appeal.(cms, ) (Entered: 06/16/2011) |
| 05/24/2012 | 6 | Letter from U.S. Supreme Court denying Writ of Certiorari as to James D Schneller (cms, ) (Entered: 05/30/2012) |

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:12-cv-00703-EEF-DEK

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/12/2012 | 1 | EXPARTE/CONSENT MOTION for Leave to Proceed in forma pauperis by George H. Schneller, James D. Schneller & Marjorie C. Schneller. Motion(s) referred to Daniel E. Knowles, III. (caa, ) (Entered: 03/16/2012) |
| 03/15/2012 | 2 | COMPLAINT against Merck & Co Inc filed by James D. Schneller, George H. Schneller & Marjorie C. Schneller. (Attachments: # 1 Civil Cover Sheet)(caa, ) (Entered: 03/16/2012) |
| 03/15/2012 | 3 | ORDER granting 1 Motion for Leave to Proceed in forma pauperis. Signed by Magistrate Judge Daniel E. Knowles, III on 3/15/2012. (caa, ) (Entered: 03/16/2012) |
| 06/12/2012 | 4 | ORDER DISMISSING CASE WITH PREJUDICE. Signed by Judge Eldon E. Fallon on 6/12/2012.(cms, ) (Entered: 06/12/2012) |
| 07/11/2012 | 5 | NOTICE OF APPEAL by James D. Schneller as to 4 Order Dismissing Case. (cms, ) (Entered: 07/17/2012) |

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-md-01657-EEF-DEK

| Date Filed | # | Docket Text |
| --- | --- | --- |

1105888v1

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2006 | 4383 | ORDER that PLC is directed to contact the plaintiff regarding attached motion. Signed by Judge Eldon E. Fallon on 4/19/06.(Reference: 05-5382)(dmg, ) (Entered: 04/24/2006) |
| 04/21/2006 | 4560 | CERTIFICATE OF SERVICE by Plaintiff regarding his motion for an order directing Lexis Nexis and other vendors to enable registration. (Reference: 05-5382)(dmg, ) (Entered: 05/08/2006) |
| 05/04/2006 | 4579 | Memorandum in opposition by Defendant Merck to pla's motion for an order directing Lexis Nexis and other vendors to enable registration of pro se plaintiffs. (Reference: 05-5382)(dmg, ) (Entered: 05/08/2006) |
| 04/17/2006 | 4644 | MOTION for an order directing Lexis Nexis and other vendors to enable registration for pro se parties by Plaintiff. (Reference: 05-5382)(dmg, ) (Entered: 05/12/2006) |
| 05/12/2006 | 4645 | ORDER denying 4644 Motion for an order directing Lexis Nexis and other vendors to enable registration for pro se parties. See Order dated 5/5/06 . Signed by Judge Eldon E. Fallon on 5/11/06. (Reference: 05-5382)(dmg, ) (Entered: 05/12/2006) |
| 05/18/2006 | 4857 | RESPONSE/MEMORANDUM in Support filed by Plaintiff re 4644 MOTION for an order directing Lexis Nexis and other vendors to enable registration for pro se plaintiff. (Reference: 05-5382)(dmg, ) (Entered: 05/25/2006) |
| 05/24/2006 | 4858 | ORDER denying 4857 Response/Memorandum in Support of Motion filed by Plaintiff, see order dated 5/12/06 (doc #4645). Signed by Judge Eldon E. Fallon.(Reference: 05-5382)(dmg, ) (Entered: 05/25/2006) |
| 05/24/2006 | 4859 | ORDER denying 4857 Response/Memorandum in Support of Motion filed by Plaintiff, see order dated 5/12/06 (doc #4645). Signed by Judge Eldon E. Fallon.(Reference: 05-5382)(dmg, ) (Entered: 05/25/2006) |
| 06/06/2006 | 5060 | ORDER denying 4644 MOTION for an order directing Lexis Nexis and other vendors to enable registration for pro se plaintiff filed by Plaintiff . Signed by Judge Eldon E. Fallon.(Reference: 05-5382)(dmg, ) (Entered: 06/09/2006) |
| 08/07/2006 | 6699 | EXPARTE/CONSENT MOTION for Leave to File amended complaint by Plaintiff. (Reference: 05-5382)(dmg, ) (Entered: 09/07/2006) |
| 09/06/2006 | 6700 | ORDER granting 6699 Motion for Leave to File amended complaint. Signed by Judge Eldon E. Fallon on 8/28/06. (Reference: 05- |

3

1105888v1

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | 5382)(dmg, ) (Entered: 09/07/2006) |
| 11/09/2007 | 12962 | PRETRIAL ORDER #28- Prima Facie Evidence of Usage, Injury and Causation. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 11/09/2007 | 12963 | PRETRIAL ORDER #29- Rules and procedures relating to all cases filed or transferred on or after 11/9/2007. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 11/09/2007 | 12964 | PRETRIAL ORDER #30: Staying activity in this MDL with certain exceptions as stated herein. Signed by Judge Eldon E. Fallon on 11/9/2007.(Reference: ALL CASES)(cms, ) Modified on 11/9/2007 (dmg, ). (Entered: 11/09/2007) |
| 11/09/2007 | 12965 | PRETRIAL ORDER #31-Registration of Claims. Signed by Judge Eldon E. Fallon on 11/9/2007.(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 05/06/2008 | 14322 | PRETRIAL ORDER #36 - Rules and Procedures Relating to Motions to Withdraw From Representation of a Client. Signed by Judge Eldon E. Fallon on 5/6/2008. (Attachments: # 1 Paragraph 1B# 2 Paragraph 1D# 3 Paragraph 2C)(Reference: ALL CASES)(cms, ) (Entered: 05/07/2008) |
| 06/30/2008 | 15324 | EXPARTE/CONSENT MOTION for Extension of Time to File Expert Report by Plaintiff James D. Schneller. (Attachments: # 1 Proposed Order (unsigned), # 2 Exhibit)(Reference: 05-5382)(cms, ) (Entered: 07/17/2008) |
| 10/30/2008 | 16760 | ORDER - The Court is in receipt of the attached certificates of service and compliance, which shall be made a part of the record. Any parties that wish to respond to the certificates shall file their responses into the record. Signed by Judge Eldon E. Fallon on 10/28/2008. (Attachments: # 1 Exhibits)(Reference: 05-5382)(cms, ) (Entered: 11/03/2008) |
| 06/01/2009 | 19033 | EXPARTE/CONSENT MOTION for Extension of Time to Answer Motion to Dismiss and Expert Report by Plaintiff James D. Schneller. (Attachments: # 1 Proposed Order)(Reference: 05-5382)(cms, ) (Entered: 06/03/2009) |
| 06/11/2009 | 19513 | ORDER denying 19033 Motion for Extension of Time to Answer Motion to Dismiss. IT IS FURTHER ORDERED the motion is granted in part to the extent that it requests an extension of time in |

| Date Filed | # | Docket Text |
|---|---|---|
| | | which to submit the case specific expert report required by Pre-Trial Order 28. Plaintiff Schneller is granted a final extension of 30 days, until July 10, 2009 in which to submit a case specific expert report. Signed by Judge Eldon E. Fallon on 6/11/2009. (Reference: 05-5382)(cms, ) (Entered: 06/12/2009) |
| 06/12/2009 | 19548 | Supplemental Certificate of Service by Plaintiff James D. Schneller (Reference: 05-5382)(cms, ) (Entered: 06/15/2009) |
| 07/06/2009 | 20399 | PRETRIAL ORDER #43 - Case Management Order for Cases Serving Future Evidence Stipulations Pursuant to the Vioxx Resolution Program. Signed by Judge Eldon E. Fallon on 7/2/2009.(Reference: ALL CASES)(cms, ) Modified on 7/6/2009 (cms, ). (Additional attachment(s) added on 8/18/2009: # 1 Exhibit A, # 2 Exhibit B) (cms, ). (Entered: 07/06/2009) |
| 06/26/2009 | 20512 | EXPARTE/CONSENT MOTION for Reconsideration re 19513 Order on Motion for Extension of Time to Answer Motion to Dismiss by Plaintiff. (Reference: 05-5382)(cms, ) (Entered: 07/07/2009) |
| 07/02/2009 | 20513 | ORDER denying 20512 Motion for Reconsideration. Signed by Judge Eldon E. Fallon on 7/1/2009. (Reference: 05-5382)(cms, ) (Entered: 07/07/2009) |
| 08/11/2009 | 21961 | EXPARTE Ninth MOTION for Order to Show Cause Why Chases Should Not Be Dismissed with Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28 by Defendant. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Proposed Order)(Reference: See Exhibits)(Wimberly, Dorothy) Modified on 8/12/2009 (cms, ). (Additional attachment(s) added on 3/31/2010: # 5 Exhibit) (cms, ). (Entered: 08/11/2009) |
| 09/25/2009 | 24225 | ORDER dismissing with prejudice 21961 Ninth MOTION for Order to Show Cause Why Chases Should Not Be Dismissed with Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28 as to Exhibits A and C. IT IS FURTHER ORDERED that the motion is deferred until 10/23/2009, immediately following the monthly status conference scheduled for 9:00 a.m. as to all plaintiffs on Exhibit B. IT IS FURTHER ORDERED that the claims of all plaintiffs on the attached Exhibit D be and they hereby are dismissed without prejudice. Signed by Judge Eldon E. Fallon on 9/24/2009.(Reference: Exhibits A, B, C. & D)(cms, ) (Entered: 09/25/2009) |
| 10/30/2009 | 26341 | ORDER TO SHOW CAUSE as to Plaintiffs re certain matters 22492 , 22557 , 21961 , 22134 , 22070. Show Cause Hearing reset for 12/3/2009 09:00 AM before Judge Eldon E. Fallon immediately |

| Date Filed | # | Docket Text |
|---|---|---|
| | | following the conclusion of the monthly status conference. Signed by Judge Eldon E. Fallon on 10/29/2009.(Reference: Exhibits 1, 2, 3, 4, & 5)(cms, ) (Entered: 11/02/2009) |
| 01/21/2010 | 32640 | ORDER re 21961 Ninth MOTION for Order to Show Cause - that the claims of all plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 28. IT IS FURTHER ORDERED that the motion is deferred until 2/3/2010,immediately following the monthly status conference scheduled for 9:00 a.m. as to all plaintiffs on Exhibit B. Signed by Judge Eldon E. Fallon on 1/21/2010.(Reference: Exhibits A and B)(cms, ) (Entered: 01/25/2010) |
| 02/02/2010 | 33465 | ORDER deferring 24995 Third MOTION to Dismiss Party With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 and incorporated memorandum, 27190 Fourth MOTION for Order to Show Cause Why Cases Should Not Be dismissed with Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43, 22070 MOTION for Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with Registration Requirements of PTO 31, 21961 Ninth MOTION for Order to Show Cause Why Chases Should Not Be Dismissed with Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28, 22492 First MOTION for Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 Show Cause Hearing reset for 2/26/2010 immediately following the monthly status conference before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 2/2/2010.(Reference: Exhibits A-E)(cms, ) (Entered: 02/03/2010) |
| 03/04/2010 | 36337 | ORDERED that plaintiff James D. Schneller fully comply with Pre-TrialOrder No. 28 on or before March 23, 2010 re 21961 Ninth MOTION for Order to Show Cause. Signed by Judge Eldon E. Fallon on 3/4/2010.(Reference: 05-5382)(cms, ) (Entered: 03/08/2010) |
| 03/25/2010 | 38176 | ORDERED plaintiff James D. Schneller be and he hereby is given a final extension of time in which to fully comply with Pre-Trial Order No. 28 until April 29, 2010 re 21961 Ninth MOTION for Order to Show Cause. Signed by Judge Eldon E. Fallon on 3/24/2010.(Reference: 05-5382)(cms, ) (Entered: 03/26/2010) |
| 04/01/2010 | 39013 | ORDER - The Court is in receipt of the attached correspondence from Vioxx Plaintiff James D. Schneller. IT IS ORDERED that the correspondence be entered into the record. Signed by Judge Eldon E. Fallon on 3/29/2010. (Attachments: # 1 Letter, # 2 Affidavit) (NEF: Russ Herman, Phillip Wittmann, Vioxx Pro Se Curator; cc: James D. |

1105888v1

| Date Filed | # | Docket Text |
|---|---|---|
| | | Schneller)(Reference: 05-5382)(cms, ) (Entered: 04/05/2010) |
| 04/29/2010 | 40924 | Letter to Court from James D. Schneller dated 4/26/2010 (Reference: 05-5382)(cms, ) (Entered: 05/03/2010) |
| 05/03/2010 | 41198 | ORDER - The Court is in receipt of the attached Motion for Leave to File Answer to Motion to Dismiss the Complaint from Vioxx Plaintiff James Schneller. IT IS ORDERED that the correspondence be entered into the record. The Court will construe the Motion as Opposition to Merck's 9th PTO 28 Motion to dismiss Mr. Schneller's claim. Signed by Judge Eldon E. Fallon on 4/30/2010. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order) (NEF: Russ Herman, Phillip Wittmann, Vioxx Pro Se Curator; cc: James Schneller) (Reference: 05-5382)(cms, ) (Entered: 05/06/2010) |
| 05/03/2010 | 41199 | RESPONSE/MEMORANDUM in Opposition (Motion for Leave to File Answer to Motion to Dismiss the Complaint) filed by Plaintiff re 21961 Ninth MOTION for Order to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28. (Attachments: # 1 Proposed Order)(Reference: 05-5382)(cms, ) (Entered: 05/06/2010) |
| 05/10/2010 | 41357 | TRANSCRIPT of Motion Hearing held on April 29, 2010 before Judge Eldon E. Fallon. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/9/2010. (Reference: Doc. #21961, 22070, 22492, 24266, 24995, 33200, 35757, 39333, 40301, 40303)(clu, ) (Entered: 05/10/2010) |
| 05/24/2010 | 42756 | ORDERED that plaintiff James D. Schneller be and he hereby is given a final extension of time in which to fully comply with Pre-Trial Order No. 28, including providing updated plaintiff profile forms, medical records, and a case-specific expert report, until 6/3/2010 re 21961 Ninth MOTION for Order to Show Cause. Signed by Judge Eldon E. Fallon on 5/20/2010.(Reference: 05-5382)(cms, ) (Entered: 05/25/2010) |
| 06/04/2010 | 43792 | ORDER re 22492 First MOTION for Order to Show Cause 24995 Third MOTION to Dismiss Party, 27190 Fourth MOTION for Order to Show Cause, 21961 Ninth MOTION for Order to Show Cause; IT IS ORDERED that plaintiffs Janice Baum, James Schneller and Mark Hendrichs participate via telephone in a conference with the Court, |

7

1105888v1

| Date Filed | # | Docket Text |
|---|---|---|
| | | Liaison Counsel, and the Pro Se Curator. Telephone Conference set for 7/1/2010 03:30 PM. IT IS FURTHER ORDERED that plaintiffs Janice Baum, James Schneller and Mark Hendrichs must telephone the Court on June 30, 2010. Signed by Judge Eldon E. Fallon on 6/4/2010.(Reference: 05-458, 05-5382, 05-5353)(cms, ) (Entered: 06/07/2010) |
| 07/12/2010 | 46632 | ORDERED that plaintiff James Schneller be and he hereby is granted a final, sixty (60) day extension of time until 9/1/2010 re 21961 Ninth MOTION for Order to Show Cause Why Chases Should Not Be Dismissed with Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28. In the event plaintiff fails to fully comply with Pre-Trial Order 43, his case will be dismissed with prejudice. Signed by Judge Eldon E. Fallon on 7/8/2010.(Reference: 05-5382)(cc: James Schneller) (cms, ) (Entered: 07/13/2010) |
| 09/07/2010 | 51196 | ORDER - The Court is in receipt of the attached correspondence from James Schneller in response to the Court's Order of 7/8/2010. IT IS ORDERED that the correspondence be entered in the record. Signed by Judge Eldon E. Fallon on 9/3/2010. (Attachments: # 1 Exhibit)(Reference: 05-5382) (NEF: Russ Herman, Phillip Wittmann, Vioxx Pro Se Curator, Claims Administrator; cc: James Schneller)(cms, ) (Entered: 09/07/2010) |
| 09/23/2010 | 52672 | ORDERED that Motion to Dismiss With Prejudice for Failure to Comply With Pre-Trial Order 28 is granted and that all claims of plaintiff James Schneller be and they hereby are dismissed with prejudice re 21961 Ninth MOTION for Order to Show Cause. Signed by Judge Eldon E. Fallon on 9/23/2010.(Reference: 05-5382)(cms, ) (Entered: 09/24/2010) |
| 10/25/2010 | 54317 | NOTICE OF APPEAL by Plaintiff James D. Schneller as to 52672 Order. (Reference: 05-5382)(cms, ) (Entered: 10/27/2010) |
| 11/22/2010 | 56527 | MOTION for Leave to Appeal in forma pauperis by Plaintiff James D. Schneller. (Reference: 05-5382)(cms, ) (Entered: 11/24/2010) |
| 11/26/2010 | 56889 | Letter to Court from James D. Schneller dated 11/22/2010 (Reference: 05-5382)(cms, ) (Entered: 12/02/2010) |
| 12/10/2010 | 57710 | ORDER denying 56527 Motion for Leave to Appeal in forma pauperis. Signed by Judge Eldon E. Fallon on 12/10/2010. (Reference: 05-5382)(NEF: Russ Herman, Phillip Wittmann, Vioxx Pro Se Curator; cc: James Schneller) (cms, ) (Entered: 12/13/2010) |
| 01/21/2011 | 60700 | ORDER of USCA as to 54317 Notice of Appeal - The parties are directed to assist the court by designating those portions of the record |

| Date Filed | # | Docket Text |
|---|---|---|
| | | relevant to the pending appeal. The parties should attempt to agree on should documents should be included and should file a joint designation. The parties are instructed to file the joint designation and supplemental designation as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court. (Reference: 05-5382)(cms, ) (Entered: 01/25/2011) |
| 02/03/2011 | 61282 | DESIGNATION of Record on Appeal by Defendant, Plaintiff re 54317 Notice of Appeal (Reference: 05-5382)(Wimberly, Dorothy) (Entered: 02/03/2011) |
| 02/22/2011 | 62600 | Certified and Transmitted Record on Appeal to US Court of Appeals re 54317 Notice of Appeal. USCA Case Number 10-31097. (Reference: 05-5382)(cms, ) (Entered: 02/28/2011) |
| 05/13/2011 | 62966 | ORDER of USCA dismissing 54317 Notice of Appeal as of 5/12/2011 for want of prosecution. The appellant failed to timely file the appellant's brief and record excerpts. (Reference: 05-5382)(cms, ) (Entered: 05/19/2011) |
| 06/15/2011 | 63076 | ORDER of USCA as to 54317 Notice of Appeal. The court has granted appellant's motion to reinstate the appeal. (Reference: 05-5382)(cms, ) (Entered: 06/16/2011) |
| 05/24/2012 | 63878 | Letter from U.S. Supreme Court denying Writ of Certiorari as to Plaintiff James D. Schneller. (Reference: 05-5382)(cms, ) (Entered: 05/30/2012) |
| 06/12/2012 | 63913 | ORDERED that Plaintiff James Schnellers claims are DISMISSED WITH PREJUDICE. Signed by Judge Eldon E. Fallon on 6/12/2012.(Reference: 12-703)(cms, ) (Entered: 06/12/2012) |
| 07/11/2012 | 63984 | NOTICE OF APPEAL by Plaintiff James D. Schneller as to 63913 Order. (Reference: 12-703)(cms, ) (Entered: 07/11/2012) |
| 07/11/2012 | 63985 | MOTION for Leave to Appeal in forma pauperis by Plaintiff James D. Schneller. (Reference: 12-703)(cms, ) (Entered: 07/11/2012) |
| 07/24/2012 | 64008 | ORDER of USCA as to 63984 Notice of Appeal - The parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on should documents should be included and should file a joint designation. The parties are instructed to file the joint designation and supplemental designation as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court (Reference: 12-703)(cms, ) (Entered: 07/25/2012) |
| 08/02/2012 | 64033 | ORDER denying 63985 Motion for Leave to Appeal in forma |

| Date Filed | # | Docket Text |
|---|---|---|
| | | pauperis. Signed by Judge Eldon E. Fallon on 8/2/2012. (Reference: 12-703)(cms, ) (Entered: 08/03/2012) |
| 08/03/2012 | 64034 | NOTICE of Change of Address by Plaintiff James D. Schneller. (Reference: 12-703)(cms, ) (Entered: 08/06/2012) |
| 08/07/2012 | 64040 | MOTION for Reconsideration,to Open Judgment, and for Amendment by Plaintiff James D. Schneller. (Reference: 12-703)(cms, ) (Entered: 08/07/2012) |
| 09/06/2012 | 64093 | ORDER denying 64040 Motion for Reconsideration. Signed by Judge Eldon E. Fallon on 9/5/2012. (Reference: 12-703)(cms, ) (Entered: 09/06/2012) |

WHEREFORE, PREMISES CONSIDERED, Merck respectfully request that these documents be included in the record in this appeal.

Respectfully Submitted,

*s/Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP & DOHME CORP.

1105888v1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Designation of Record on Appeal has been served on pro se plaintiff James Schneller by Fed Ex at the following address: 430 East Lancaster Avenue, #E-25, Saint Davids, Pennsylvania 19087.

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of October, 2012.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1105888v1