UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Dennis R. Harrison v. Merck, Sharp & Dohme Corp.,* 2:07-cv-00905-EEF-DEK | * | |
| | * | |

**************************************************************************

### CONSENT MOTION FOR EXTENSION OF DEADLINES UNDER PTO 58

At the request of Plaintiff Dennis Harrison and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Merck hereby files this Consent Motion to extend the deadlines in Pretrial Order 58 ("PTO 58") that are applicable to Mr. Harrison's case.

Mr. Harrison's lawsuit is classified as an "Other Injury" case and listed on Exhibit B of PTO 58. Mr. Harrison contacted Merck, seeking agreement on extending the deadlines applicable to his case by three months due to his health issues. A description of the health issues asserted by Mr. Harrison as the basis for the motion, which was prepared by Mr. Harrison, is attached hereto as Exhibit 1.

Merck does not oppose Mr. Harrison's request. Accordingly, it is respectfully requested that the deadlines in Mr. Harrison's case be extended to align with the Court's schedule for the Exhibit C cases ("Heart Attack/Stroke/TIA") under PTO 58.

A proposed order is attached.

1105943v1

Dated:  October 2, 2012                              Respectfully submitted,


  */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

 —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Counsel for Merck Sharp & Dohme Corp.

2

1105943v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Consent Motion for Extension of Deadlines under PTO 58 has been served upon pro se Plaintiff Dennis Harrison by U.S. Mail and e-mail, upon Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of October, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1105943v1