**Dennis Harrison – info related to request for PTO 58 extension**

The text below, starting with "***Ruptured tendon on right hand***" was compiled (about) in early August as I was beginning to create a framework requesting an extension of deadlines in PTO 58. It is written in a form similar to a description and journal and was not materially modified. Some modifications are being made now (October 2, 2012).

When this (below) was written, I had already lost at least one month (working on my case) from a ruptured tendon in my hand. An operation was performed a few weeks later. As of this day (October 2nd, 2012) I have lost near 3 months of time in working my case, and it will be about one more month before I am at the point I was before the ruptured tendon, which was the "normal" pace of my ability (a few hours per day on average). There are also other issues of significance over the last two years indicated below for the record which have made any work I do on my case quite difficult and erratic over the last two years. ***However***, it should be noted that ***up until this request***, there is no work product not provided which would have extended the requirements of PTO 58. While some items required negotiation/discussion with Merck and/or the court, no item has caused the progress of this case to be deferred until this extension request.

As of today – October 12th, 2012, I am of the belief that I will be able to make the dates that Merck Legal has offered to me. These dates would "align with the schedule set forth in PTO 58 for Exhibit C "Heart Attack/Stroke/TIA" cases. This would provide approximately a three month extension on each deadline." I note below a second hand operation required, but have just recently been informed that it will have a lesser impact (esp. in re to using a computer, typing, etc.) than the one performed. Thus I am believe and am assuming that it will not materially impact my ability beyond what I request as an extension, but for the record I am noting it. A third (on the other hand) is likely but it is very likely that I can delay it, as it is "pre-emptive in nature" to protect that hand from suffering a similar ruptured tendon.

***All parties may be assured that after six years, and many hundreds of hours working on my case, that I am eager to move along the best I can and get this behind me. I have always been transparent and met the requirements set forth by MDL-1657, and it certainly is my intention to move forward to the best of my ability in the same manner.***

### ***Ruptured tendon on right hand***
About one month ago (Early July/2012), a tendon ruptured in my right hand rendering my right pinky and ring finger completely useless. My right hand is now virtually useless for typing. That is just not adequate to work my case in an effective manner. Typing best I can also, without the fingers, causes the bad fingers to hurt.

An operation to "tie" the tendons of the fingers with the middle one was scheduled for August 8th (more below). The net result, assuming success is that all three fingers would move the same, up or down. *The recovery time is quite long - amazing for what seems like just a couple of fingers. Near two months for basic recovery, most of the time I believe the fingers are at risk so one cannot fool with it. Then two months more of rehabilitation. I was told that I will lose individual finger dexterity and that my typing ability will* **not be good - picking things up, writing, and more will also be impacted**. **UPDATE 10-2-2012: 3 FINGERS DAMAGED; 4 WILL RISE UP AT THE SAME TIME; typing ability MAY come back somewhat, but not to past ability) – there will likely be some dexterity going down.**

I estimate it will decrease typing speed and research by 70-80% as I have to search via hunt and peck vs type and watch the screen. I am going to try Speech to text software, but early views experimenting with it show it may help some, but not materially.

1

### *Irregular heart beat*

The August 8th operation was rescheduled to the 15th of August. I did not pass the physical screening due to the primary care Dr. detecting an iregular heart beat and referring me to a heart Dr. first. They just fit me in for the 9th. I assume I will be approved for the operation, but there is not a guarantee until I see the cardiologist.

### *Right hip*

The **same right hip which had to be replaced because of the broken femur**, has come loose. Very frequently it substantially hurts, especially sitting. **Between that and the knee (infected for nearly two years), sitting to work is often very difficult**. There is not yet a plan on what to do here. One surgeon feels if it needs to be corrected that the Mayo Clinic should do it because of the other issues. At the rate it is going, by the time the hand heals, they may have to do something about it. It does indeed crimp working this case. UPDATE 10-2-20: While this is an issue, shall it stay as it is, and it appears that is likely, I believe that it will not impact me to an extent beyond the extension request.

### *Trigeminal neuralgia*

I was bedridden with a case of Trigeminal neuralgia for a week about 6 weeks ago. I never had that in my life. It has slowly worked itself out, and I sure hope it stays away - my assumption is that it will be manageable. Trigeminal neuralgia is "severe spastic, lancinating facial pain due to a disorder of the 5th cranial nerve." As of now, it seems to be under control and I am not having any pain from it for quite q while. I am very hopeful it was a transient issue.

### *Deep Depression*

The physical issues and legal issues seem overwhelming (though I shall not give up). Between that and issues from antibiotics, I have perhaps a total of almost one productive day per week (Kristine says 1/2 day at most); spending say 80-90% of my time in bed. I feel perhaps 1/2 of the problem of staying in bed is attributable to depression and am hoping medication just started helps here.

### *Prior*

The left artificial knee has been infected for about two years. The infectious disease Dr., wanted to amputate it. However, I have decided to fight it to the death - and that is not so easy. Between the hip and the knee, it gets harder yet to be productive (i.e. both hurt when sitting). It has been fairly well suppressed, but the meds to do so are too often impacting my energy level and digestive system. Antibiotics are now a life time thing.

From the broken femur "fix", my right leg is pitched to the right and tilted to the point where walking more than 100 feet feels like walking on a broken ankle. Not directly affecting my work ability while I am sitting. Indirectly the lack of adequate exercise and movement likely contributes to my depression and lack of energy.

***I am not asking that these "prior" issues be front and center of this request, I am documenting them to help one understand that I am battling significant issues beyond the current ones***. The cumulative effect is at times very difficult to deal with, let alone work the case in a reasonably effective manner.

Sincerely,

Dennis R Harrison
MBA - BGS

(a few additional updates follow on next page (3))

2

**OTHER UPDATES as of 10-2-2012:**

1 - irregular heartbeat considered minor after several more tests

2 - operation went fair to well. I am surprised at the even longer recovery/rehab involved. I had thought splint was a 2 week ordeal, but it is about 4-6 weeks full time, then 6 months partial use. Never thought how hard things, every day things would be. Using a mouse with left hand near impossible with very tight accuracy I need. Keyboard with one hand only, not one hand and one finger - **4 fingers impacted instead of three**. Anything I do with left hand must avoid any real right hand help, even for some leverage. The operated hand is considered extremely fragile and can be ruined easily, so I cannot take any chances, though a completely bandaged and splinted hand is useless anyway.... couldn't use it if I wanted to.

3 - After reasonable recovery, I will need another operation on same hand (target is mid November). Purpose is to scrape more bone out to protect what was done. I am startled in the intricacy and time of it all - having some major work done in the past, I thought this would be a breeze, and it is not. I do not believe this operation will greatly impact my ability except for perhaps 2-3 weeks.