UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Dennis R. Harrison v. Merck, Sharp & Dohme Corp.,* | * | KNOWLES |
| **2:07-cv-00905-EEF-DEK** | * | |
| | * | |

*************************************************************************

# ORDER REGARDING
## CONSENT MOTION FOR EXTENSION OF DEADLINES UNDER PTO 58

Considering the foregoing Consent Motion for Extension of Deadlines Under PTO 58, and upon consideration of the issues, the record in this case, and the applicable law,

**IT IS ORDERED** that all further proceedings regarding this case shall be conducted in accordance with the schedule in Pretrial Order 58 that is applicable to cases on Exhibit C of that Order.

**NEW ORLEANS, LOUISIANA**, this ___ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1105945v1