UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Susana Valencia Bernal v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| 2:07-cv-01049-EEF-DEK | * | |
| | * | |

*************************************************************************

## ORDER GRANTING MERCK SHARP & DOHME CORP.'S REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Exhibits 1 and 2 to Merck's Motion for Summary Judgment in the above-captioned case are to be filed under seal.

DATED: this  1st  day of   October  , 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE