UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | * | |

## SUPPLEMENTAL DECLARATION OF APRIL ZAMBELLI-WEINER, Ph.D, M.P.H

My name is April Zambelli-Weiner, Ph.D., M.P.H.  I am an Epidemiologist with a Master of Public Health degree in Epidemiology and Community Health and a Doctor of Philosophy degree in Epidemiology and Human Genetics.  I am also the founder and President of Translational Technologies International, LLC.  I have more than 15 years of experience in epidemiologic research.  I have been asked by counsel for Merck & Co., Inc., to prepare a supplemental declaration providing clarification as to my role in the venous thromboembolism ("VTE") expert report prepared and submitted jointly with my colleague, Elizabeth Brooks, Ph.D., on August 31, 2012.  This supplemental declaration adopts, reiterates, and incorporates by reference all my prior opinions submitted in this matter.

I was asked to conduct a review and analysis of Clinical Study Reports (CSRs) and MedWatch Reports related to a potential safety signal for venous thromboembolic events in Vioxx™ (rofecoxib) exposed clinical populations.  To do so I employed standard methodologies and approaches commonly employed by epidemiologists in evaluating safety signals for pharmaceutical and medical device products.  In preparing this report and arriving at my opinions, it is reasonable to rely on other experts, such as Dr. Elizabeth Brooks, with substantial

experience in pharmaceutical research, marketing, and reimbursement. I reviewed the MedWatch Reports provided to me, selected sections from clinical study reports, the Vioxx Vascular Events Database (VED), the Analyses of Thromboembolic Events from VIGOR, Spyropoulous Expert Report and the references cited at the end of my joint report with Dr. Brooks. I also completed Tables 6-15 on pages 20-33. The body of the report was prepared jointly with Dr. Brooks. I hold all the opinions submitted in the VTE expert report submitted August 31, 2012, as more fully described in Sections 6 and 7 of my report.

* * * * *

    I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

EXECUTED ON THIS 4th day of October, 2012.

_____
                April Zambelli-Weiner, Ph.D., M.P.H

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Supplemental Declaration of April Zambelli-Weiner, Ph.D., M.P.H., has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, (without attachments which are provided electronically) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of October, 2012.

/s/ Ann B. Oldfather
_____
Ann B. Oldfather