UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | | |

## SUPPLEMENTAL DECLARATION OF ELIZABETH BROOKS, Ph.D.

My name is Elizabeth Brooks, Ph.D.  I am a mathematician and health economist and founder of Decision-Driver Analytics, Inc.  I have 13 years of experience in the realm of pharmaceutical, biotechnology, and medical device industry research, marketing, and reimbursement.  I have been asked by counsel for Merck & Co., Inc., to prepare a supplemental declaration providing clarification as to my role in the venous thromboembolism ("VTE") expert report prepared and submitted jointly with my colleague, April Zambelli-Weiner, Ph.D., M.P.H., on August 31, 2012 (the "Report").  This supplemental declaration adopts, reiterates, and incorporates by reference all my prior opinions submitted in the Report.

I was asked to utilize methodology and analysis typically utilized by health economists and mathematicians for the purpose of reviewing available data as reported in Merck's Clinical Study Reports (CSRs), and to a minor degree, in the MedWatch reports, related to the clinical use of Vioxx™ (rofecoxib).  My purpose was to analyze these data and determine whether there was a safety signal for VTE associated with the use of Vioxx™, and whether the clinical data did or did not support the existence of any increase in the risk of those events with the use of Vioxx™.

In preparing the Report and arriving at my opinions, I relied upon the opinions and/or work product of Dr. April Zambelli-Weiner, an epidemiologist experienced in epidemiologic research. It is typical and customary, and a regular practice for persons in my field, to rely upon the work product and opinions of other experts in complementary fields of study, such as epidemiologists like Dr. Zambelli-Weiner.

I reviewed Merck's CSR synopses for all rofecoxib clinical protocols. I reviewed Merck's CSRs for Protocols 033, 034, 035, 034-02/035-02, 034-10/035-10, 040, 044, 045, 058, 058-10, 078, 085, 088/089, 090, 091, 102-00 & 903-OA. I also reviewed the following: Standard Operating Procedure for Vascular Events; Combined Mortality Analysis Protocol 091 + 078; Analyses of Thromboembolic Events from VIGOR; Kress Expert Report; Crowther Expert Report; Spyropoulos Expert Report; Madigan D, Sigelman DW, Mayer JW, Eurberg, CD, Avorn J. Underreporting of cardiovascular events in the rofecoxib Alzheimer disease studies. Am Heart J 2012;0:1-8. In the Report, I completed Tables 1 through 5 on pages 2 through 18. The body of the Report was prepared jointly by me and Dr. Zambelli-Weiner.

I hold all the opinions submitted in the Report, as more fully described in Sections therein.

* * * * *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED ON THIS 5th day of October, 2012.

                                                                         _____

                                                                         Elizabeth Brooks, Ph.D.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Supplemental Declaration of Elizabeth Brooks, Ph.D., has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, (without attachments which are provided electronically) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of October, 2012.

                              /s/ Ann B. Oldfather

                              _____

                              Ann B. Oldfather