IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS  LIABILITY LITIGATION | ) ) ) | MDL No. **1657**  Section:  L |
| This document applies to: Poole v. Eichholz Law Firm, P.C. et al S.D. Ga., 4:11-cv-00136 | ) ) ) | Judge Fallon Mag. Judge Knowles |

### PLAINTIFF'S EXPERT WITNESS REPORT OF THOMAS TAGGART, J.D.

**COMES NOW** Plaintiff Verie Poole, individually and on behalf of others similarly situated, and pursuant to the Scheduling Order of this Court, files the expert witness report of Thomas Taggart, J.D. as follows:

1. <u>Identity of Expert Witness</u>

   Thomas Taggart, J.D.
   Taggart Law Firm
   219 West York Street
   Savannah, GA  31401
   (912) 236-6949

2. <u>Complete statement of all opinions to be expressed and the basis and reasons therefor</u>:

   With respect to the issue of certification of the class in this case, Mr. Taggart will opine that the requirements of Fed. R. Civ. Proc. 23 have been satisfied. More specifically, Mr. Taggart is expected to testify that the manner in which Defendants interacted with Plaintiff with regard to providing her with a loan in advance of her Vioxx settlement was in common with and typical of Defendants' conduct towards the members of the putative class.  Mr. Taggart is further expected to testify that Defendants engaged in a concerted and systematic effort to provide loans to Vioxx

clients through misrepresentations about the relationship between the Defendants, as well as the circumstances surrounding their Vioxx settlements. While the exact language used with respect to each putative class member may have been slightly different, the purpose and effect of the scheme was largely the same. Thus, in addition to typicality and commonality having been satisfied, Mr. Taggart will opine that common issues of law and fact among the putative class members will predominate over any individual ones. Mr. Taggart will opine that a sufficient number of putative class members exists such that the numerosity requirement has been met. Finally, Mr. Taggart is expected to testify that Plaintiff is a suitable representative of the class and that she is represented by counsel competent to successfully pursue this matter.

3. <u>The data or any information considered by the witnesses in forming his opinions</u>:

   At this time, Mr. Taggart's opinions are based a review of the complaint filed in this action, as well as the file of Verie Poole maintained by the Eichholz Law Firm. Mr. Taggart's opinions are also based upon materials he reviewed in the cases of <u>Sanders v. Eichholz, et al.</u>, CV11-0061 in the Superior Court of Chatham County and <u>Patricia Ballard, et. al v. Benjamin Sheftall Eichholz, et. al</u>, CV10-1563-MO in the Superior Court of Chatham County, including the affidavits of Nikki Shipley and Jackqueline German.

   NOTE: Additional documents may be reviewed as additional documents are produced during discovery.

4. <u>Any exhibit to be used as a summary of or in support of the opinions</u>:

   Neither Plaintiff nor this expert witness have prepared any such exhibit at this time, but reserve the right to supplement this report in the event any such exhibit is created.

5. <u>The qualifications of the witness including a list of publications authorized by the witness within the preceding ten (10) years</u>.

   Please see Mr. Taggart's C.V. attached hereto as Exhibit *"A"*.

6. <u>Compensation to be paid for the study and testimony</u>.

   Mr. Taggart charges $250 per hour for any deposition or trial testimony

with a minimum of 3 hours.

7. <u>A listing of other cases the witness has testified as an expert witness at trial or deposition within the preceding four (4) years</u>:

<u>Patricia Ballard, et. al v. Benjamin Sheftall Eichholz, et. al,</u>
Civil Action No. CV10-1563-MO
Superior Court of Chatham County

Plaintiff and Mr. Taggart reserve the right to supplement this report as new information is considered and additional opinions are developed.

THIS 5th day of October, 2012.

<u>/s/ Thomas Taggart, J.D.</u>
THOMAS TAGGART, J.D.

TATE LAW GROUP, LLC

<u>  /s/ C. Dorian Britt</u>
Mark A. Tate
Georgia Bar No.: 698820
C. Dorian Britt
Georgia Bar No.: 083259

2 East Bryan Street, Suite 600
Post Office Box 9060
Savannah, Georgia 31412
T.  (912) 234-3030
F.  (912) 234-9700