# BIOGRAPHY

**THOMAS R. TAGGART, Esquire**

| | |
|---|---|
| **Date of Birth:** | **February 3, 1943** |
| **Office:** | **219 West York Street** |
| | **Savannah, Georgia   31401** |
| | |
| **Telephone:** | **(912) 236-6949** |
| **Facsimile:** | **(912) 236-6959** |
| **e-mail:** | **tomtaggart@hotmail.com** |

## EDUCATION:

**College:** **Armstrong State College**
Savannah, Georgia
B.A. Political Science, 1969

**Law School**: **University of Georgia**
School of Law
Athens, Georgia
J.D., 1969-1971

## LICENSE:

Licensed in the State of Georgia, May 1972.

## COURTS ADMITTED:

United States Supreme Court, 1984
Eleventh Circuit Court of Appeals, 1981
Fifth Circuit Court of Appeals, 1973
District Court Southern District of Georgia, 1972
District Court Middle District of Georgia, 1975
District Court Northern District of Georgia, 1993
Supreme Court of Georgia, 1972
Court of Appeals of Georgia, 1972
Superior Court of Georgia, 1972

## ADMITTED PRO HAC VICE:

State of South Carolina
State of South Dakota
State of North Carolina
State of Florida
State of Alabama

State of Tennessee

**BOARD QUALIFICATIONS**:

 Civil Trial Advocacy – National
 Board of Trial Advocacy
 Diplomat of American Board of Professional Liability Attorneys

**ACADEMIC APPOINTMENTS**:

 Faculty member National College of Trial Advocacy

**RESEARCH AND PUBLICATIONS**:

 Member of The American Society of Writers of Legal-Subjects
  (SCRIBES)
 Member of the Editorial Board Trial Diplomacy Journal

**MEMBERSHIPS:**

 Life Member Association of Trial Lawyers of America
 Life Member Georgia Trial Lawyers
 Fellow of the Roscoe Pound Foundation
 Fellow American College of Criminal Trial Lawyers
 Trustee of the Melvin Belli Society
 Board of Governors Southern Trial Lawyers
 American Bar Association
 Georgia Bar Association
 Federal Bar Association
 Savannah Bar Association
 President Savannah Chapter of Federal Bar Association
 Senior Counsel Member of the American College of Barristers

**MILITARY SERVICE**:

 U. S. Air Force and Georgia Air National Guard, 1964-1970

**PUBLIC SERVICE**:

 Member Georgia General Assembly, 1975-1979
 Former Member of State Bar of Georgia Disciplinary Committee
 Served three year term on the Metropolitan Planning Committee
 Served six year term as a member of the Chatham County Board of
  Tax Assessors
 Served three year term on the State Crime Commission