UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | :   MDL NO. 1657<br>:<br>:   SECTION: L<br>:<br>:   JUDGE FALLON<br>:   MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Antonio Denson*

## ORDER

The Court is in receipt of the attached correspondence from Antonio Denson. IT IS ORDERED that the attached correspondence be filed into the record. The Court does not order that any further action be taken at this time.

New Orleans, Louisiana, this 4th day of October, 2012.

                                                                *[signature]*
                                              UNITED STATES DISTRICT JUDGE

Clerk to serve:

| | |
|---|---|
| Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave<br>New Orleans, LA 70113 | Antonio Denson<br>804 Lyons Street<br>New Orleans, LA 70115 |
| Ann Oldfather<br>Lead/Liaison Counsel for Certain Cases<br>Oldfather Law Firm<br>1330 S. Third Street<br>Louisville, KY 40208 | Robert M. Johnston<br>Vioxx Pro Se Curator<br>400 Poydras Street, Suite 2450<br>New Orleans, LA 70130 |