UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
October 2, 2012

TENDERED FOR FILING

OCT - 3 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

IN RE: CELEBREX
　　　　PRODUCTS LIABILITY LITIGATION

JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to:　　Antonio Denson

I am contacting you to request that you in addition to determining what became of my settlement from the Vioxx Litigation if you would also determine what became of the settlement from the Celebrex Litigation. I ingested Celebrex as well as Vioxx. The celebrex case was settled in the Superior Court of New York. I am seeking to understand what happened in my celebrex case due to a lack of communication from my former attorney Christopher Seeger. I am writing to you, Judge Fallon, to get relief. I have suffered irreparable damage as a result of taking Vioxx and Celebrex. Prior to taking Vioxx and Celebrex I was a healthy working individual who has had to retire because of declining health all specifically related to taking Vioxx and Celebrex.

Parker and Waichaman, LLP was co-council along with Seeger Weise, LLP for the celebrex litigation. More information concerning my case was provided to Attorney Ann Oldfather from a disk prepared by Merck council (William and Connolly, LLP).

I am not in receipt of any paperwork from Vioxx or Celebrex related to the settlements. I believe that I am due some relief and that has not been provided. Please give this matter your urgent attention. Thanking you in advance for your help.

*If it please the court that I may ask Judge Fallon if you would please expedite this matter.*

*Antonio Denson*
Antonio Denson
804 Lyons Street
New Orleans, La. 70115

CC:
Attorney Ann Oldfather