IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT - 5 2012
LORETTA G. WHYTE
CLERK

IN RE: VIOXX LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
New Orleans, Louisiana 10/2/12

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 02, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-30935    In Re: Vioxx Prod Liability
        USDC No. 2:05-MD-1657
        USDC No. 2:10-CV-868

Enclosed is an order entered in this case.

In addition to filing the joint designation with the clerk of the district court, the parties should provide a copy of the designation to this office as well.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Allison G. Lopez, Deputy Clerk
                      504-310-7702

Mr. Emmanuel F. Guyon
Mr. Russ M Herman
Ms. Dorothy Hudson Wimberly
Ms. Loretta Whyte
Case 2:05-md-01657-EEF-DEK Document 64133 Filed 10/04/12 Page 1 of 2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT - 5 2012
LORETTA G. WHYTE
CLERK