UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Vernon Amie*, et al. *v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| 2:06-cv-02219-EEF-DEK (Plaintiff Kenneth Rarick) | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MERCK SHARP & DOHME'S MOTION
FOR ORDER TO SHOW CAUSE AS TO REASONABLE COMPENSATION
FOR THE DEPOSITION OF DR. ANDREW CAPPUCCINO**

In prior orders, this Court has made clear that physicians whose depositions are being sought in connection with discovery in pending Vioxx personal injury actions are entitled to reasonable – but not exorbitant – compensation for their time spent appearing at their depositions.  *See* Ex. A (Rec. Doc. 63554).

The **$25,000.00** fee being sought by Dr. Andrew Cappuccino, the prescribing doctor in the *Rarick* matter, far exceeds any amount that could be considered reasonable compensation for physician scheduled for a short deposition, not as an retained expert witness, but rather as a treating physician fact witness.  Accordingly, Merck respectfully requests that the Court issue an order setting the reasonable compensation to be paid to Dr. Cappuccino in connection with subpoenaing him for deposition at $750.00 per hour.

In support of this motion, Merck further states as follows:

1.	Dr. Andrew Cappuccino, an orthopedic surgeon in Lockport, NY, allegedly prescribed Vioxx to Plaintiff Kenneth Rarick from 1999 to 2002.

2.     After consultation with Dr. Cappuccino's office and counsel for plaintiff, November 12, 2012 was set as an agreeable date for the deposition.

3.     In several phone calls, however, Dr. Cappuccino's office staff informed counsel for Merck that the doctor's fee for a four-hour deposition will be **$25,000.00** ($15,000.00 for the first two hours and $5,000.00 for each additional hour), and that if the entire fee is not paid in advance, Dr. Cappuccino will not appear for his deposition.  *See* Ex. B.[1]

4.     Subsequently, counsel for Merck was informed by Dr. Cappuccino's office that Dr. Cappuccino is no longer holding open the date of November 12, 2012 for his deposition because of the issue regarding his requested fee.  Accordingly, a resolution of the deposition fee dispute is required before a date for Dr. Cappuccino's deposition can be secured.

5.     This Court has previously ordered that if the parties encounter a physician presenting an unreasonable demand for compensation to testify at a fact deposition, the issue should be brought to the attention of the Court.  *See* Ex. A.

6.     Merck submits that Dr. Cappuccino's demand for a $25,000.00 fee for four-hour deposition is not reasonable.  *See, e.g.,* ABA Formal Op. 96-402, Propriety of Payments to Occurrence Witnesses (1996) ("the amount of such compensation must be reasonable, so as to avoid affecting, even unintentionally, the content of a witness's testimony"); *Harvey v. City of Rayne,* 2009 WL 3756492 at *2 (W.D. La. Nov. 5, 2009) (issuing order reducing fee of plaintiff's treating physician from the requested $2,500 to $400, and noting the court would not "countenance gouging."); *Scheinholtz v. Bridgestone/Firestone, Inc.*, 187 F.R.D. 221, 221 (E.D. Pa. 1999) (customary to "award[] treating physicians higher amounts than the statutory diem"

---

[1]   Dr. Cappuccino's office has also indicated that his office will voluntarily accept service of a subpoena only if accompanied by the $25,000.00 fee.  Merck therefore, intends to serve Dr. Cappuccino by formal service of process upon consideration of this Motion for Order to Show Cause.

but that "the usual amount has been $250 per hour—and none was as high as $500 per hour."); *Hose v. Chicago & N.W. Transp. Co.*, 154 F.R.D. 222, 225-27 (S.D. Iowa 1994) (finding $800 an unreasonable fee for treating neurologist's deposition, but granting a $400 fee instead). More typical amounts requested by doctors in the Vioxx litigation for depositions have been in the range of $500.00 or less per hour.

7. Accordingly, Merck respectfully requests that the Court issue an Order to Show Cause why the maximum reasonable compensation for Dr. Cappuccino's appearance at his deposition in the *Rarick* matter should not be set at no more than $750.00 per hour, and require that Merck provide a copy of such order to Dr. Cappuccino by registered mail or Federal Express, as well as along with service of the subpoena for his deposition.

A proposed order is attached.

Dated: October 9, 2012

Respectfully submitted,

 /s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

3

1106574v1

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Order to Show Cause has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of October, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1106574v1