LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EMILY RENSHAW PISTILLI
Epistilli@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 14, 2012

<u>Via Facsimile & U.S. Mail</u>

Dr. Andrew Cappuccino
Buffalo Spine Surgery
46 Davison Court
Lockport, NY 14094

Re:   <u>Kenneth Rarick v. Merck Sharp & Dohme Corp.</u>, 2:06-cv-02219-EEF-DEK

Dear Dr. Cappuccino:

Our firm represents Merck in the above-captioned lawsuit brought by your patient, Kenneth Rarick, relating to his use of Vioxx. You are not a party to the lawsuit, but Mr. Rarick has identified you as one of his treating physicians, and the Court therefore allows the parties to take your deposition as part of the discovery process.

We will need to arrange for a date when your deposition can be taken. We are happy to accommodate your schedule in any way possible to minimize inconvenience. Depositions can be taken in your office or another convenient location before, during or after business hours, and usually last approximately four hours. We would like to schedule your deposition in the last week of September or the first two weeks of October, if possible. Since we will need to coordinate the deposition date with Mr. Rarick's attorneys, it would be helpful if you would provide us with two or three dates and times when you would be available.

Please contact my office at (202) 434-5652 with dates of your availability. Thank you very much for your cooperation in this matter.

Sincerely,

Emily Renshaw Pistilli

cc:   Ann B. Oldfather, Esq. (<i>via e-mail</i>)

RECEIVED SEP 17 2012 By_____

ATTN: Emily Renshaw Pistilli

# EXPERT TESTIMONY BILLING POLICY
## *******NON REFUNDABLE********
## $15,000.00
## MAKE CHECKS PAYABLE TO
## ANDREW CAPPUCCINO, M.D.

## NON REFUNDABLE FEE INCLUDES:

1. A REVIEW OF RECORDS (NOT TO EXCEED 1 HOUR EACH ADDITIONAL HOURS WILL BE BILLED AT $1,000.00 PER HOUR) AND A ONE HOUR PRE-TRIAL MEETING. UPON RECEIPT OF PAYMENT, CONFIRMATION OF THE MEETING DATE AND REVIEW OF RECORDS WILL BE PROVIDED. EACH ADDITIONAL PRE-TRIAL PREPARATION IS BILLED AT $1,000.00/HR. IF THE MEETING IS CANCELLED WITH LESS THAN FOUR WEEKS NOTICE, THERE WILL BE AN ADDITIONAL $1,000.00 FEE TO RESCHEDULE THE MEETING.

2. UPON RECEIPT OF PAYMENT, A COURT DATE WILL BE RESERVED WITH A TWO HOUR PERIOD RESERVED. EACH ADDITIONAL HOURS SPENT AT TRIAL IS BILLED AT $5,000.00/HR. IF TRIAL IS CANCELLED OR RESCHEDULED WITH LESS THAN FOUR WEEKS NOTICE, THERE WILL BE A CHARGE OF THE FULL FEE TO RESCHEDULE. DATES BEYOND FOUR WEEKS WILL BE CHARGED $10,000.00.

3. IF YOU ARE REQUIRING A TESTIMONY DATE WITHIN A ONE MONTH PERIOD (SHORT NOTICE) THE FEE WILL BE $20,000.00 PAYABLE IMMEDIATELY.

****YOUR OFFICE HAS ONE MONTH FROM THE DATE OF THIS LETTER TO RESPOND WITH YOUR PAYMENT IN ORDER TO GUARENTEE THE TIME AND DATE YOU HAVE REQUESTED.

DATE 9/18/12

4 Hours total is $25,000.00