UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| *This document relates to* | * |
| | *   MAGISTRATE JUDGE |
| ***Vernon Amie,* et al. *v. Merck Sharp & Dohme Corp.*,** | *   KNOWLES |
| **2:06-cv-02219-EEF-DEK (Plaintiff Kenneth Rarick)** | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER TO SHOW CAUSE AS TO REASONABLE COMPENSATION
FOR THE DEPOSITION OF DR. ANDREW CAPPUCCINO

**IT IS ORDERED** that Dr. Andrew Cappuccino appear and show cause at a telephonic hearing on ___ day of _____, 2012, at _____, why compensation for his time spent at his deposition in the *Rarick* matter not be set at a maximum of $750.00 per hour.

**IT IS FURTHER ORDERED** that counsel for Merck shall provide a copy of this Order to Dr. Cappuccino by registered mail or Federal Express, as well as along with service of the subpoena for his deposition.

**NEW ORLEANS, LOUISIANA**, this ___ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1106576v1