

46576655

Sep 21 2012
11:54AM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to All Cases | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION BY THOMAS J. PREUSS FOR RELIEF FROM PTO 45 AND 45A RESPONSIBILITIES

By PTO 45 and 45A, the Court appointed the undersigned to serve on the Plaintiffs' Steering Committee for the Ineligible or Not Enrolled Claims.  Due to resolution of the majority of the undersigned's cases, the undersigned has not participated in discovery or the development of proof for these cases and asks for the Court's leave to be removed from any PTO 45 responsibilities.

For the reasons above, the undersigned respectfully submits that this Motion should be granted.

Respectfully submitted,

/s/ Thomas J. Preuss

Thomas J. Preuss  MO Bar #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
Tel. (816) 701-1100
Fax (816) 531-2372
tjpreuss@wcllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Ex Parte Motion by Thomas J. Preuss for Relief from PTO 45 and 45A Responsibilities has been served upon Liaison Counsel, Phillip Wittmann, Russ Herman, and Ann Oldfather, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of September, 2012.

/s/ Thomas J. Preuss

_____

Thomas J. Preuss