UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to All Cases | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * *

### ORDER REGARDING MOTION FOR RELIEF FROM PTO45 AND 45A RESPONSIBILITIES

Considering the foregoing Ex Parte Motion by Thomas J. Preuss for Relief from PTO 45 and 45A Responsibilities, and upon consideration of the issues, the record in this case, and the applicable law,

**IT IS ORDERED** that Thomas J. Preuss shall be hereby relieved from any and all PTO 45 responsibilities.

**NEW ORLEANS, LOUISIANA,** this _____ day of October, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE