UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This Document Relates to All Cases | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

## EX PARTE MOTION BY SHAWN G. FOSTER AND GRANT L. DAVIS FOR RELIEF FROM PTO 45 AND 45A RESPONSIBILITIES

By PTO 45 and 45A, the Court appointed Shawn G. Foster and Grant L. Davis to serve on the Plaintiffs' Steering Committee for the Ineligible or Not Enrolled Claims. Due to resolution of the majority of the undersigned's cases, Shawn G. Foster and Grant Davis have not participated in discovery or the development of proof for these cases and asks for the Court's leave to be removed from any PTO 45 responsibilities.

For the reasons above, Mr. Foster and Mr. Davis respectfully submit that this Motion should be granted.

Respectfully submitted,

DAVIS, BETHUNE & JONES, LLC

/s/ Shawn G. Foster
GRANT L. DAVIS             #34799
SHAWN G. FOSTER          #47663
1100 Main Street, Suite 2930
P. O. Box 26250
Kansas City, MO  64196
(816) 421-1600
(816) 472-5972 Fax

{*00116837.DOC}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion by Shawn G. Foster and Grant L. Davis for Relief from PTO 45 and 45A Responsibilities has been served upon Liaison Counsel, Phillip Wittmann, Russ Herman, and Ann Oldfather, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of October, 2012.

/s/ Shawn G. Foster

Shawn G. Foster

{*00116837.DOC}