READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING
# TRANSCRIPT ORDER

**District Court**

**District Court Docket Number** 05-MD-1657-"L"

Short Case Title: In Re: Vioxx Products Liability Litigation
Court Reporter _____
Date Notice of Appeal Filed by Clerk of District Court _____ Court of Appeals # _____ (If Available)

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- ☒ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: (check appropriate box)
  Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| | Appeal taken on decision and judgment of EDLA court on Rule 56(a), the decision dated July 10, 2012. No hearings were held, the Court having taken the case on Briefs. Final Judgment entered September 10, 2012. | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature: _Emmanuel F. Guyon_ Date Transcript Ordered _____
Print Name: Emmanuel F. Guyon Counsel for: Plaintiff Walter J. Roach, Adm. Est.
Address: 5 East Bridge Street, Streator, IL 61364 Telephone: 815/673-7361

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify) _____

_____ _____ _____
Date                Signature of Court Reporter        Telephone

Address of Court Reporter: _____
* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages _____ Actual Number of Volumes

_____ _____
Date                Signature of Court Reporter

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I

**EMMANUEL F. GUYON**
ATTORNEY AT LAW
5 EAST BRIDGE ST.
STREATOR, ILLINOIS 61364-2964

MEMBER OF ILLINOIS
AND WISCONSIN BAR

TELEPHONE 815-673-2361
FAX 815-673-2362

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 SEP 28 AM 11:09

LORETTA G. WHYTE
CLERK

September 20, 2012

Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Room 115
New Orleans, LA 70130

C O P Y

Re: *Roach Estate v. Merck, Sharp & Dohme, Inc.*
District Court No.: 05-MD-1657 "L"
Relates to: 10-cv-00868

Dear Clerk of the Court of Appeals,

Enclosed please find completed Transcript Order relating to the subject case. There should be no need for a transcript, since the case was decided at the trial court level on a Motion for Summary Judgment, *F.R.C.P. 56 (a)*, the Court taking the case on the Briefs. There was no actual transcript of a hearing, no argument as the Court decided the case on the Briefs.

I send enclose copy 5 attached, sent with this letter to the Court of Appeals in compliance with the instructions on the reverse side of copy 8, Dkt-13 form. I will retain the first 4 pages, the court reporter copies, in the event there is some sort of court record involved, in existence in the trial court, but not known to me.

Please call if you have questions, or need further information or documents.

Sincerely yours,

Emmanuel F. Guyon

pmr

*encl.: copy 5, Transcript order*