UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:** *LaDonna King v. Merck & Co., Inc.,* **No. 06-10270**

## ORDER

The Court has received Plaintiff's counsel's motion to withdraw and to remand motion for summary judgment (Rec. Doc. 64006), and Defendant's motion for the entry of an order to show cause why Plaintiff's claims should not be dismissed with prejudice (Rec. Doc. 64013).

IT IS ORDERED that the motion to withdraw is GRANTED and the motion to remand is DENIED.

IT IS FURTHER ORDERED that Plaintiff LaDonna King show cause on the 11th day of December, 2012, at 2:00 p.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted and plaintiff's case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

IT IS FURTHER ORDERED that Plaintiff LaDonna King file and serve upon Liaison Counsel any opposition to the Rule on or before the 21st day of November, 2012.

IT IS FURTHER ORDERED that Defendant file and serve upon Plaintiffs' Liaison Counsel any reply to the opposition on or before the 28th day of November, 2012.

New Orleans, Louisiana, this 11th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

LaDonna King
227 W. Penn St.
Bedford, PA 15522

Russ Herman
Plaintiffs' Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave
New Orleans, LA 70113

Vioxx Pro Se Curator
400 Poydras St.
Suite 2450
New Orleans, LA 70130