UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

## ORDER

The Court has received two motions for relief from responsibilities under Pre-Trial Order 45 and 45A, one from Thomas J. Preuss (Rec. Doc. 64136) and one from Shawn G. Foster and Grant L. Davis (Rec. Doc. 64139). IT IS ORDERED that both motions are GRANTED.

New Orleans, Louisiana, this 11th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

1