UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**    *Mary Ann Nolan v. Merck & Co, Inc.*,
No. 05-6146

### ORDER

The Court has received Merck's motion to show cause why Plaintiff Mary Ann Nolan's case should not be dismissed for failure to prosecute. (Rec. Doc. 64054). Previously, this Court granted two extensions of time (Rec. Docs. 63989, 64049) to Ms. Nolan's former counsel to respond to Merck's motion for summary judgment in Ms. Nolan's case (Rec. Doc. 63898). Ms. Nolan's former counsel reported having had difficulty contacting Ms. Nolan. When this Court granted the second extension, it noted that if counsel remained unable to contact Ms. Nolan, the Court would take appropriate action, including possible dismissal.

After counsel remained unable to contact Ms. Nolan, the Court granted counsel's motion to withdraw. (Rec. Doc. 64103). Furthermore, the Court ordered that Ms. Nolan show cause by October 11, 2012 why her case should not be dismissed. *Id.*

Since then, nothing has been filed with this Court or served upon Liaison Counsel. Furthermore, neither Ms. Nolan nor any representative appeared on her behalf at the Monthly

Status Conference on October 11, 2012.

    Accordingly, IT IS ORDERED that Ms. Nolan's case is DISMISSED WITH PREJUDICE.

    New Orleans, Louisiana, this 15th day of October, 2012.

                                                             UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mary Ann Nolan
738 Belcher Lane
Baxter, KY 40806