UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**   *Elena Strujan v. Merck & Co., Inc.*, 07-906

## ORDER

The Court has received Plaintiff Elena Strujan's motion for leave to appeal *in forma pauperis*. (Rec. Doc. 64083). Ms. Strujan submits an affirmation stating that she receives Social Security benefits each month and has minimal, if any, other income. *Id.* at 2. However, the Court notes that this case is a civil matter, and Ms. Strujan has the ability to retain counsel to assert any worthy arguments she may have on appeal.

Accordingly, IT IS ORDERED that Plaintiff Elena Strujan's motion for leave to appeal *in forma pauperis* is DENIED. Ms. Strujan may pursue review of this finding at the appellate level. Fed. R. App. P. 24(a)(5).

New Orleans, Louisiana, this 15th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE