UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX                                         Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: | *   MDL No. 1657 <br> * |
| WALTER J. ROACH, JR., | *   SECTION L <br> * |
| Plaintiff, | *   JUDGE ELDON E. FALLON <br> * |
| versus | *   MAGISTRATE JUDGE <br> *   KNOWLES |
| MERCK & CO., INC., | * <br> * |
| Defendant. | * <br> * |
| Case No. 2:10-cv-868, <br> Court of Appeals No. 12-30935. | * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DESIGNATION OF RECORD ON APPEAL**

Defendant Merck Sharp & Dohme Corp., f/k/a Merck & Co., Inc. ("Merck"), hereby submits this Designation of Record on Appeal for the following cases:[1]

Case Nos: 2:10-cv-868 (E.D. La.);
2:05-md-1657 (E.D. La.).

Merck requests that the following items be included in the record for this appeal:

### U.S. District Court
### Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:10-cv-00868-EEF-DEK

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2010 | 1 | Case transferred in from Northern District of Illinois (Chicago); Case Number 1:10-516. Electronic file certified copy of transfer order and |

---

[1] Merck submits this designation without any prejudice intended to Plaintiff Walter J. Roach, Jr.'s right to designate additional record materials.

1107245v1

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal, # 2 Complaint, # 3 Answer, # 4 Docket Sheet (USDC - NDIL), # 5 PreTrial Order #40)(clm, ) (Entered: 03/29/2010) |
| 09/10/2012 | 2 | JUDGMENT entered in favor of Merck Sharp & Dohme Corp. against Walter J. Roach, Jr. Signed by Judge Eldon E. Fallon on 9/10/2012.(cms, ) (Entered: 09/12/2012) |

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:05-md-01657-EEF-DEK

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2007 | 12725 | MOTION for Summary Judgment by Merck & Co., Inc. Motion Hearing set for 11/9/2007 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Memorandum in Support # 2 Statement of Contested/Uncontested Facts # 3 Notice of Hearing # 4 Exhibit 1# 5 Exhibit 2# 6 Exhibit 3# 7 Exhibit 4# 8 Exhibit 5# 9 Exhibit 6# 10 Exhibit 7# 11 Exhibit 8# 12 Exhibit 9# 13 Exhibit 1-35# 14 Exhibit 36-47# 15 Exhibit 48-64# 16 Exhibit 65-68# 17 Exhibit 69-70# 18 Exhibit 71-75# 19 Exhibit 76-77# 20 Exhibit 78-79# 21 Exhibit 80# 22 Exhibit 81-82# 23 Exhibit 83# 24 Exhibit 84-86# 25 Exhibit 87# 26 Exhibit 88-89# 27 Exhibit 90# 28 Exhibit 91# 29 Exhibit 92-93# 30 Exhibit 94-95# 31 Exhibit 96-99# 32 Exhibit 100-104# 33 Exhibit 105-106# 34 Exhibit 107# 35 Exhibit 108# 36 Exhibit 109)(Reference: 06-7150, 07-562, 06-11302, 07-380, 07-1389 & 07-381)(ala, ) (Entered: 10/23/2007) |
| 10/26/2007 | 12754 | RENEWED MOTION for Summary Judgment by Defendant Merck & Co., Inc. Motion Hearing set for 11/9/2007 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Memorandum in Support # 2 Statement of Contested/Uncontested Facts # 3 Notice of Hearing # 4 Exhibits 1-2# 5 Exhibit 3# 6 Exhibit 4, part 1# 7 Exhibit 4, part 2# 8 Exhibit 5# 9 Exhibit 6# 10 Exhibits 7-8# 11 Exhibits 1-33# 12 Exhibits 34-41# 13 Exhibits 42-43# 14 Exhibits 44-47# 15 Exhibit 48# 16 Exhibits 49-52# 17 Exhibit 53, part 1# 18 Exhibit 53, part 2)(Reference: 07-1259 & 05-5545)(dno, ) (Entered: 10/26/2007) |
| 10/30/2007 | 12798 | MOTION for Summary Judgment by Defendant Merck & Co., Inc. Motion Hearing set for 11/9/2007 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Memorandum in Support # |

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | 2 Statement of Contested/Uncontested Facts # 3 Notice of Hearing # 4 Exhibits 1-19# 5 Exhibits 20-32# 6 Exhibits 33-36# 7 Exhibits 37-39# 8 Exhibit 40# 9 Exhibits 41-42# 10 Exhibits 43-44)(Reference: 07-3311, 06-10305, 07-368, 07-4118 & 07-2695)(dno, ) (Entered: 10/30/2007) |
| 11/08/2007 | 12945 | ORDER & REASONS that Merck & Co., Inc.'s 12725 Motion for Summary Judgment is is DENIED AS MOOT IN PART with respect to plaintiffs in 06-11302, 07-380 & 07-381 and GRANTED IN PART and DENIED IN PART such that the claims of the identified plaintiffs are hereby DISMISSED WITH PREJUDICE in their entirety, except for the Illinois plaintiff's common-law fraud claim. Signed by Judge Eldon E. Fallon on 11/8/07. (Reference: 07-562, 06-7150, 07-1389, 06-11302, 07-380, 07-381)(dno, ) (Entered: 11/08/2007) |
| 11/08/2007 | 12948 | ORDER & REASONS that Merck's 12754 Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART such that the claims of the identified plaintiffs are hereby DISMISSED WITH PREJUDICE in their entirety, except for the Kentucky plaintiff's misrepresentation and fraud claim. FURTHER ORDERED that the plaintiff's motion for leave to file third amended complaint 12910 is DENIED. Signed by Judge Eldon E. Fallon on 11/8/07. (Reference: 05-5545, 07-1259)(dno, ) (Entered: 11/08/2007) |
| 11/08/2007 | 12950 | ORDER & REASONS that Merck & Co., Inc.'s 12798 Motion for Summary Judgment is DENIED AS MOOT IN PART with respect to 07-3311 and 12798) is GRANTED IN PART and DENIED IN PART such that the claims of the identified plaintiffs are hereby DISMISSED WITH PREJUDICE in their entirety, except for the Texas plaintiffs' fraud misrepresentation suppression claim. Signed by Judge Eldon E. Fallon on 11/8/07. (Reference: 06-10305, 07-4118, 07-368, 07-2695, 07-3311)(dno, ) M (Entered: 11/08/2007) |
| 03/12/2010 | 37444 | CONDITIONAL TRANSFER ORDER (CTO-164) from MDL Panel transferring one case to the Eastern District of Louisiana to become part of MDL 1657. (Reference: 10-868)(cms, ) (Entered: 03/18/2010) |
| 02/16/2012 | 63666 | EXPARTE/CONSENT MOTION for Leave to File *on Behalf of Walter J. Roach, Jr.* by Plaintiff. (Attachments: # 1 Exhibit A - Response to Defendant's Motion, # 2 Proposed Order)(Reference: 2:10-cv-00868)(Oldfather, Ann) (Entered: 02/16/2012) |

1107245v1

| Date Filed | # | Docket Text |
|---|---|---|
| 02/29/2012 | 63704 | ORDER granting 63666 Motion for Leave to File Response. Signed by Judge Eldon E. Fallon on 2/27/2012. (Reference: 10-868)(cms, ) (Entered: 03/01/2012) |
| 02/29/2012 | 63706 | RESPONSE to Motion filed by Plaintiff Walter J. Roach, Jr. re 63640 MOTION Entry of a Comprehensive Scheduling Order *for "Other Injury" and "PTO 29" Cases*. (Reference: 10-868)(cms, ) (Entered: 03/01/2012) |
| 04/18/2012 | 63776 | MOTION for Summary Judgment by Defendant. Motion set for 5/23/2012 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1A, # 3 Statement of Contested/Uncontested Facts, # 4 Exhibit 1-3, # 5 Exhibit 4, # 6 Exhibit 5-10, # 7 Exhibit 11-13, # 8 Exhibit 14, # 9 Exhibit 15-20, # 10 Exhibit 21-35, # 11 Exhibit 36-38, # 12 Exhibit 39, # 13 Exhibit 40-42, # 14 Exhibit 43-45, # 15 Exhibit 46-51, # 16 Notice of Submission, # 17 Proposed Order)(Reference: 10-0868)(Wimberly, Dorothy) Modified on 4/19/2012 (caa, ). (Entered: 04/18/2012) |
| 04/19/2012 | 63778 | Correction of Docket Entry by Clerk re 63776 MOTION for Summary Judgment. Attachments have duplicate description and the title of the attached proposed order should not include the word Proposed but only reflect Order on the actual document. For attachment, select either a category OR enter a description, but not both since this results in duplicate docket text. Clerk took corrective action. No further action necessary at this time. (Reference: 10-0868)(caa, ) (Entered: 04/19/2012) |
| 05/18/2012 | 63862 | ORDER - The Court will take 63776 63812 MOTIONS for Summary Judgment under submission on the briefs, WITHOUT ORAL ARGUMENT, on Wednesday, May 23, 2012. Signed by Judge Eldon E. Fallon on 5/18/2012.(Reference: 10-868)(cms, ) (Entered: 05/18/2012) |
| 05/18/2012 | 63863 | ORDER that the Court will take 63812 MOTION for Summary Judgment & 63776 MOTION for Summary Judgment under submission on the briefs, WITHOUT ORAL ARGUMENT, on 5/23/2012. Signed by Judge Eldon E. Fallon on 5/18/2012.(Reference: 05-6510, 10-0868)(caa, ) (Entered: 05/21/2012) |
| 05/21/2012 | 63864 | EXPARTE/CONSENT MOTION for Leave to File *on Behalf of Walter J. Roach, Jr.* by Plaintiff. (Attachments: # 1 Exhibit A - Notice of Filing Plaintiff's Response to Defendant's Motion for Summary Judgment, # 2 Proposed Order)(Reference: 10- |

| Date Filed | # | Docket Text |
|---|---|---|
| | | 868)(Oldfather, Ann) Modified on 5/22/2012 (cms, ). (Entered: 05/21/2012) |
| 05/23/2012 | 63868 | EXPARTE/CONSENT MOTION for Leave to File *Reply Memorandum in Support of Motion for Summary Judgment* by Defendant. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order)(Reference: 10-00868)(Wimberly, Dorothy) (Entered: 05/23/2012) |
| 05/23/2012 | 63870 | ORDER granting 63864 Motion for Leave to File Exhibit A. Signed by Judge Eldon E. Fallon on 5/22/2012. (Reference: 10-868)(cms, ) (Entered: 05/23/2012) |
| 06/05/2012 | 63893 | ORDER AND REASONS granting 63868 Motion for Leave to File Reply; granting 63776 Motion for Summary Judgment. Pla's claims are DISMISSED WITH PREJUDICE. Signed by Judge Eldon E. Fallon on 6/5/2012. (Reference: 10-868)(cms, ) (Entered: 06/05/2012) |
| 07/03/2012 | 63963 | EXPARTE/CONSENT MOTION for Leave to File *on Behalf of Walter J. Roach, Jr.* by Plaintiff. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Proposed Order, # 5 Proposed Order)(Reference: 2:10-cv-00868)(Oldfather, Ann) (Entered: 07/03/2012) |
| 07/10/2012 | 63976 | ORDER granting 63963 Motion for Leave to File Petition for Rehearing andReconsideration of Order Granting Summary Judgment to Defendant. Signed by Judge Eldon E. Fallon on 7/9/2012. (Reference: 10-868)(cms, ) (Entered: 07/10/2012) |
| 07/10/2012 | 63978 | EXPARTE/CONSENT MOTION for Reconsideration re 63656 Motion for Judgment on the Pleadings by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: 10-868)(cms, ) (Entered: 07/10/2012) |
| 07/20/2012 | 64000 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 63963 MOTION for Leave to File *on Behalf of Walter J. Roach, Jr.* . (Reference: 10-0868)(Wimberly, Dorothy) (Entered: 07/20/2012) |
| 08/02/2012 | 64031 | ORDER AND REASONS denying 63978 Motion for Reconsideration. Signed by Judge Eldon E. Fallon on 8/2/2012. (Reference: 10-868)(cms, ) (Entered: 08/03/2012) |
| 08/31/2012 | 64089 | NOTICE OF APPEAL by Plaintiff Walter J. Roach, Jr. as to 63893 Order on Motion for Summary Judgment, Order on Motion for Leave to File . (Filing fee $ 455, receipt number |

1107245v1

| Date Filed | # | Docket Text |
|---|---|---|
| | | 053L-3643780.) (Reference: 10-868)(Guyon, Emmanuel) Modified to add link on 9/4/2012 (cms, ). (Entered: 08/31/2012) |
| 09/10/2012 | 64102 | JUDGMENT entered in favor of Defendant Merck & Co Inc. against Plaintiff Walter Roach, Administrator of the Estate of Joanne Roach w/prej. and cost. Signed by Judge Eldon E. Fallon on 9/10/2012.(Reference: 10-868)(cms, ) (Entered: 09/12/2012) |
| 09/19/2012 | 64115 | AMENDED NOTICE OF APPEAL by Plaintiff Walter J. Roach, Jr. as to 63893 Order on Motion for Summary Judgment, Order on Motion for Leave to File . (Fee previously paid) (Reference: 10-868)(Guyon, Emmanuel) Modified text on 9/20/2012 (cms, ). (Entered: 09/19/2012) |
| 09/24/2012 | 64117 | APPEAL TRANSCRIPT REQUEST by Plaintiff: no hearing held (Attachments: # 1 Complaint, # 2 Filing of Documents)(Reference: 10-868)(Guyon, Emmanuel) Modified text on 9/26/2012 (cms, ). (Entered: 09/24/2012) |

WHEREFORE, PREMISES CONSIDERED, Merck respectfully requests that these documents be included in the record in this appeal.

Respectfully Submitted,

s/Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

1107245v1

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP & DOHME CORP.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Designation of Record on Appeal* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of October, 2012.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1107245v1