Att: United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  OCT 15 2012

LORETTA G. WHYTE
Clerk

Change of Address

Old Address
2317 S. Pleasant Valley Rd. # 1022
Austin, TX. 78741

New Address
1104 Thorn Creek Place
Round Rock, TX. 78664

05-MD-1657 L(3)
10-873 L(3)

Dorothy A. Griffin
MDL # 1657
RE: Vioxx Products Liability Litigation

Thank you

TENDERED FOR FILING

OCT 15 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
X  Dktd _____
X  CtRmDep _____
    Doc No. _____

Timothy A. Griffin
1104 Thorn Creek Place
Round Rock, TX 78664

AUSTIN TX 787
RIO GRANDE DISTRICT
12 OCT 2012 PM 5 L

7013030300599

Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, LA.
70130