## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to | * | JUDGE FALLON |
| Cases Listed on Exhibit A | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * *

### NOTICE OF CANCELLATION OF DEPOSITION
### OF JOHN P. KRESS, MD, FCCP

Please take notice that the deposition of **John P. Kress, MD, FCCP** scheduled **Wednesday, October 24, 2012,** at the hour of **10:00 a.m., EDT**, at the **W Hotel**, 45 Ivan Allen Jr. Boulevard, Atlanta, Georgia 30308, **HAS BEEN CANCELLED.**

    Respectfully submitted,

    /s/ Ann B. Oldfather

    Ann B. Oldfather
    KBA Bar #52553
    Liaison Counsel/Lead Counsel
    OLDFATHER LAW FIRM
    1330 S. Third Street
    Louisville, KY   40208
    502.637.7200
    502.637.3999
    aoldfather@oldfather.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of October, 2012.

/s/ Ann B. Oldfather
_____
Ann B. Oldfather