**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  VIOXX® ] | No. MDL Docket No. 1657 |
| ] | |
| PRODUCTS LIABILITY LITIGATION ] | Section L |
| ] | |
| *This document relates to Plaintiff Adm.* ] | Judge E. Fallon |
| *Walter J. Roach, Jr., v. Merck & Co.,* ] | |
| *a conditionally transferred case.* ] | Magistrate Judge D. Knowles |
| *2:10-cv-00868   EEF:DEK* ] | *(Appeal No. 2:05-md-01657-EEF-DEK)* |

**PLAINTIFF'S MOTION FOR DESIGNATION OF SUPPLEMENTAL**
**DOCUMENTS TO THE EXCERPTS TO THE RECORD IN THE**
**SUBJECT MULTI-DISTRICT LITIGATION**

Plaintiff Walter J. Roach, Jr., Administrator of the Estate of Joanne I. Roach, Deceased, Motions the Court for an Order to Allow the designation of additional documents to the Record on Appeal, and in support of the Motion says as follows:

1. The Notice of Appeal of the subject case was filed September 19, 2012.

2. The Defendant Merck *et. al,* is represented by Atty. Geoffrey Wyatt of the law firm of Skadden, Arps, *et. al.,* and is believed to have made an Appearance in the Appeal by the date of filing the instant motion.

3. Atty. Guyon and Atty. Wyatt have conferred on the original Designation of Excerpts to the Record on Appeal, and Atty. Wyatt has filed the agreed upon documents with the clerk of court of the Eastern District of Louisiana on October 16, 2012.

4. This particular case, *10-cv-00868,* is part of a Multi-District Litigation case, *MDL 1657, "In Re Vioxx Litigation", Roach Adm., Plaintiff v. Merck, Sharp & Dohme, Corp., Defendant.*

5. There are over 60 million documents in the record of the *MDL 1657*, and over 40,000 claimants involved in the litigation.

6. Atty. Guyon requests the Record on Appeal be supplemented with the documents listed on the attached Suggestion of Supplemental Excerpts to the Record, see attachment, which documents are unique and relevant to the particular case on appeal.

7. The documents listed in the Plaintiff's Supplemental Excerpts to the Record will be referenced in the appeal selectively, but must be designated globally in order to be assured a proper record is available to the Fifth Circuit Court of Appeals in the instant appeal *(Appeal No. 2:05-md-01657-EEF-DEK)*.

WHEREFORE, Plaintiff Walter J. Roach, Jr., Administrator of the Estate of Joanne I. Roach, Deceased, requests the Court to enter an Order Granting the Request to Supplement the Record to the Fifth Circuit Court of Appeals with the documents listed on the attached Supplement to the Designation of Documents in the Record on Appeal, all of which are to be included in the Record on Appeal to the Fifth Circuit Court of Appeals.

        Walter J. Roach, Jr., Administrator of the
        Estate of Joanne I. Roach, Deceased.

        By:    */s/Emmanuel F. Guyon*_____
                  Emmanuel F. Guyon, his attorney
                  5 East Bridge Street
                  Streator, IL  61364
                  Tel.:  815/673-2361
                  Fax.: 815/673-2362
                  *eguyon@frontier.com*

                  *Plaintiff's counsel*

<u>**Fifth Circuit Court of Appeals:  12-30935**</u>     **In Re Vioxx Litigation:  EDLA:  MDL 1657**

**Roach Administrator, Plaintiff  v. Merck Sharp Dohme, Corp., Defendant:**
   **EDLA 10-cv-00868        (Appeal No. 2:05-md-01657-EEF-DEK)**

**Plaintiff Roach Administrator, Walter J. Roach, Jr.'s Supplemental Suggestion of Excerpts to the Record on Appeal to the Fifth Circuit Court of Appeals.**

1. BrownGreer documents:

    a. Medical Records of Streator Drugs, pharmacy dispensing Vioxx to decedent.

    b. Master Settlement Agreement.

    c. Manual of Claims Procedures.

2. Plaintiff's Atty. Guyon Letters to Atty.'s Marvin, Esber, Pistilli, and Murray @ Williams Connolly LLP:  *(relating to compliance with Discovery Requests ordered by EDLA)*

3. Wall Street Journal Article date 7.1.2008, disclosing settlement program.

4. Plaintiff's Atty. Guyon Letters to BrownGreer requesting assurance of compliance with settlement program requirements.

5. BrownGreer Release, form executed and returned to BrownGreer, signed by Walter J. Roach, Jr., Adm. of Estate of Decedent Joanne I. Roach.

6. Claims Package, "the Plaintiff's Profile Form", sent to BrownGreer July 16, 2008.

7. Letters from Atty. Pistilli, Esber, and Murphy @ Williams & Connolly, LLP, requesting copies of medical records.

8. Complaint of Plaintiff filed in LaSalle County, Illinois, on November 12, 2009.

9. Docket Sheet of Northern District of Illinois, conditionally transferring the cause to the Eastern District of Louisiana, to MDL 1657.

10. Defendant's Motion for Summary Judgment dated April 18, 2012.

11. Plaintiff's Response to Motion for Summary Judgment dated July 3, 2012.

12. Order Granting Summary Judgment to Defendant dated August 3, 2012.

13. Plaintiff's Request for Reconsideration filed July 10, 2012.

14. Order:  Denial of Plaintiff's Request for Reconsideration dated August 2, 2012.

15. Plaintiff's Notice of Appeal dated August 31, 2012.

16. Order:  Entry of Judgment dated September 10, 2012.

17. Plaintiff's Notice of Appeal, dated August 31, 2012;  re-filed September 19, 2012.

**Dated:  October 25, 2012**               */s/  Emmanuel F. Guyon*
                                              **Emmanuel F. Guyon**
                                              **eguyon@frontier.com**

**CERTIFICATE OF SERVICE**

     I hereby certify the above and foregoing Designation of Supplemental Documents to the Excerpts to the Record in the subject Multi-District Litigation has been served on *Plaintiff's Liaison Counsel I* Russ Herman, Andy Birchfield, and on Phillip Wittman, and *Plaintiff's Liaison Counsel II* Ann B. Oldfather, by e-mail by electronically up-loading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (C), and the foregoing was electronically filed with the clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in *MDL 1657*, on 25th day of October, 2012.

                                              */s/Emmanuel F. Guyon*_____
                                              Emmanuel F. Guyon,
                                              5 East Bridge Street
                                              Streator, IL  61364
                                              Tel.:  815/673-2361
                                              Fax.: 815/673-2362
                                              [eguyon@frontier.com](mailto:eguyon@frontier.com)

                                              *Plaintiff's counsel*