UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX® ] | MDL Docket No. 1657 |
| ] | |
| **PRODUCTS LIABILITY LITIGATION** ] | |
|  Judge Knowles       Section L          ] | |
| ] | |
| *This document relates to Plaintiff Exec.* ] | Judge E. Fallon |
| *Walter J. Roach, Jr.,  v. Merck & Co.,* ] | |
| *a conditionally transferred case.* ] | Magistrate D. Knowles |
| *2:10-cv-00868   EEF:DEK* ] | |

[Proposed] **ORDER TO ADD DOCUMENTS TO RECORD ON APPEAL**

The Court GRANTS the Motion to Add Documents to the Record on Appeal, all as listed in numbers 1-8 in the attachment to the Motion to Supplement the Record on Appeal, with the record already filed for documents 10-17 by joint agreement of the parties.

New Orleans, Louisiana, October   ____ , 2012

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE