# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 12-30560

MD 05-1657-L

In Re: VIOXX PRODUCTS LIABILITY LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT 2 5 2012

LORETTA G. WHYTE
CLERK

---

MARY PLUBELL, Missouri Plaintiff; TED IVEY, Missouri Plaintiff,

    Plaintiffs - Appellants

v.

MERCK AND COMPANY, INCORPORATED,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

O R D E R:

IT IS ORDERED that the appellants' unopposed motion for an extension of 45 days to file a settlement agreement with the state trial court in Jackson County, Missouri, is GRANTED.

IT IS FURTHER ORDERED that the appellants' unopposed renewed motion to stay further proceedings in this court pending settlement and the trial court's preliminary approval is GRANTED.

Fee
Process
X Dktd
CRmDep
Doc. No.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By Sabrina B. Short
         Deputy
New Orleans, Louisiana    OCT 2 4 2012

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 24, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

**USCA No. 12-30560     In Re: Vioxx Prod Liability, et al**  
USDC No. 2:05-MD-1657

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Sabrina B. Short*  
Sabrina B. Short, Deputy Clerk  
504-310-7817

Mr. John H. Beisner  
Mr. Don Manley Downing  
Mr. Thomas C. Galligan Jr.  
Mr. Todd E. Hilton  
Ms. Nancy Jane Marshall  
Mr. Joseph Lee McReynolds  
Mr. Patrick Joseph Stueve  
Ms. Loretta Whyte  
Mr. Bradley T. Wilders  
Ms. Dorothy Hudson Wimberly  
Mr. Phillip A. Wittmann