UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Antonio Denson*

# ORDER

The Court has repeatedly received correspondence from Vioxx claimant Antonio Denson. Mr. Denson and his brother, Anthony Denson, appeared at the August 16, 2012 Monthly Status Conference in this matter. At that time, Ms. Oldfather, as Liaison Counsel, offered to look into Mr. Denson's request for relief and report back to the Court. At the October 11, 2012 Monthly Status Conference, Ms. Oldfather gave that report, and Anthony Denson also appeared with Leonard Fisher on Mr. Denson's behalf.

The Court understands that Mr. Denson filed a Vioxx claim in New Jersey state court and subsequently entered the Vioxx Settlement Program. Furthermore, the Court understands that Mr. Denson did not qualify for relief under the Vioxx Settlement Program, and his claim was subsequently rejected from that program. Based on the report from Liaison Counsel, this Court understands that Mr. Denson did suffer some injury after being prescribed Vioxx, but that his specific injury did not qualify for relief under the Vioxx Settlement Program.

On numerous occasions, Mr. Denson has asked the Court to award him $47.5 million, and the Court has explained that it is not able to do so. (Rec. Docs. 51200, 54507, 62967, 63675, 63755, 64129). That remains true today. This Court does not have jurisdiction over Mr.

Denson's case. Mr. Denson filed his original claim in New Jersey state court, and Merck is a New Jersey corporation, so the case cannot be removed here.

However, this Court does have limited authority over the Vioxx Settlement Program, since this Court was appointed as that program's Chief Administrator. Accordingly, it is the opinion of this Court that Mr. Denson should no longer be bound by the exclusivity requirements of the Vioxx Settlement Program and should have leave from this Court to continue to pursue his claim in state court. As stated above, this Court has no jurisdiction over Mr. Denson's New Jersey claim and cannot dictate whether Mr. Denson will ultimately be allowed to proceed with that claim in New Jersey state court. This Court merely holds, in its role as Chief Administrator of the Vioxx Settlement Program, that the program should no longer bar Mr. Denson from continuing to pursue any existing viable state court claim.

New Orleans, Louisiana, this 26th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave
New Orleans, LA 70113

Antonio Denson
804 Lyons Street
New Orleans, LA 70115

Ann Oldfather
Lead/Liaison Counsel for Certain Cases
Oldfather Law Firm
1330 S. Third Street
Louisville, KY 40208

Robert M. Johnston
Vioxx Pro Se Curator
400 Poydras Street, Suite 2450
New Orleans, LA 70130