UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Susana Valencia Bernal v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| 2:07-cv-01049-EEF-DEK | * | |
| | * | |

*******************************************************************************

**DEFENDANT MERCK SHARP & DOHME CORP.'S
<u>WITHDRAWAL OF ITS MOTION FOR SUMMARY JUDGMENT</u>**

On September 28, 2012, defendant Merck Sharp & Dohme Corp. ("Merck") filed a Motion for Summary Judgment seeking dismissal with prejudice of all claims of plaintiff. Rec. Doc. 64119. Merck requests that its motion be withdrawn, reserving all rights to refile if necessary. A proposed order is attached.

Dated: November 2, 2012            Respectfully submitted,

                                                  */s/ Dorothy H. Wimberly*
                                                  Phillip A. Wittmann, 13625
                                                  Dorothy H. Wimberly, 18509
                                                  STONE PIGMAN WALTHER
                                                  WITTMANN L.L.C.
                                                  546 Carondelet Street
                                                  New Orleans, Louisiana 70130
                                                  Phone: 504-581-3200
                                                  Fax:    504-581-3361

                                                  Defendants' Liaison Counsel

                                                      —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

1108722v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Withdrawal of Motion for Summary Judgment has been served on pro se plaintiff Susana Valencia Bernal by United States Mail at the following addresses:

| 5713 Boynton Bay Circle<br>Boynton Beach, FL 334737-2669 | P.O. Box 740733<br>Boynton Beach, FL 33474 |

I further certify that the above and foregoing Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of November, 2012.

                                                                        */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

3

1108722v1