UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Susana Valencia Bernal v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| 2:07-cv-01049-EEF-DEK | * |
| | * |

***

## ORDER WITHDRAWING DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION FOR SUMMARY JUDGMENT

Considering the foregoing,

**IT IS ORDERED** that Defendant Merck Sharp & Dohme Corp.'s Motion for Summary Judgment, R.Doc. 64119, be and it hereby is withdrawn, reserving all rights to defendant to refile if necessary.

**NEW ORLEANS, LOUISIANA**, this  6th   day of November, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE