UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**   All Cases Listed on Exhibit B to Pretrial Order 58 (The "Other Injury" Cases)

## ORDER

For the reasons described during the Monthly Status Conference on October 11, 2012, IT IS ORDERED that all further proceedings regarding the cases listed on Exhibit B to Pretrial Order 58 (Rec. Doc. 63842) shall be conducted in accordance with the following schedule:

- Completion of All Fact Discovery – January 1, 2013

- Designation of Experts and Submission of Written Expert Reports by Plaintiffs – January 16, 2013

    - Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Designation of Experts and Submission of Expert Reports by Defendant – February 14, 2013

    - Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Completion of Expert Depositions – April 18, 2013

- *Daubert* and Dispositive Motions due – May 11, 2013

- Opposition to *Daubert* and Dispositive Motions due – June 11, 2013

- Reply Briefs due – July 20, 2013

- *Daubert* hearing – T.B.A.

Dispositive motions in individual cases may be filed at any time. The opposing party will have 21 days to respond. The moving party will have 10 days to reply.

New Orleans, Louisiana, this 5th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE