MINUTE ENTRY
FALLON, J.
NOVEMBER 7, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| *State of Utah, v. Merck Sharp & Dohme* | : | JUDGE FALLON |
| *Corp.*, No. 06-9336 | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a telephone hearing was held in the Chambers of Judge Eldon E. Fallon on Defendant Merck's motion to compel. (Rec. Doc. 64094). John Beisner participated on behalf of Merck. Joe Steele participated on behalf of the State of Utah.

As discussed orally during the hearing, Utah is bringing claims against Merck both for violation of the Utah False Claims Act ("UFCA") and for negligence. While the contested discovery requests may not be relevant to the issue of liability under the UFCA, it is this Court's view that they are relevant to the issue of damages under that Act, as well as to both liability and damages in Utah's negligence claim.

However, as noted during the hearing, some of Merck's requests are problematic as written. As a result, IT IS ORDERED that Merck's motion to compel (Rec. Doc. 64094) is GRANTED IN PART. Specifically:

- With respect to Interrogatory Number 8, the interrogatory is valid as written. Merck's motion is GRANTED.

- With respect to Request for Production Number 1, the request is overly broad, and the words "the individual's treating and prescribing physicians, alleged resulting

JS10(00:37)

      injury" should be stricken. Merck's motion is GRANTED IN PART.

- With respect to Request for Production Number 2, the request is valid as written. Merck's motion is GRANTED.

- With respect to Interrogatory Number 2, the interrogatory is overly broad, and the words "with particularity" should be stricken. Merck's motion is GRANTED IN PART.

- With respect to Interrogatory Number 3, the interrogatory asks for a legal conclusion for the Court to decide and is invalid. Merck's motion is DENIED.

- With respect to Interrogatory Number 5, the interrogatory is overly broad, and the words "with particularity" should be stricken. Merck's motion is GRANTED IN PART.

- With respect to Interrogatory Number 7, the interrogatory is too vague, and the information is better obtained from other sources. Merck's motion is DENIED.