UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                      |   |                      |
|--------------------------------------|---|----------------------|
|                                      | : | MDL NO. 1657         |
| IN RE: VIOXX                         | : |                      |
|    PRODUCTS LIABILITY LITIGATION     | : | SECTION:  L          |
|                                      | : |                      |
|                                      | : | JUDGE FALLON         |
|                                      | : | MAG. JUDGE KNOWLES   |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO:**      *Gerald Wagganer, et al. v. Merck & Co., Inc., et al.*, **Case No. 05-3125**

## ORDER

The Court has received a motion to withdraw from Plaintiff Gerald Wagganer's counsel (Rec. Doc. 63615) and Merck's motion to dismiss Plaintiff Wagganer's case for lack of prosecution (Rec. Doc. 63639). A hearing on the motion to dismiss was held following the Monthly Status Conference on March 1, 2012 (Rec. Doc. 63709), but the Court neglected to issue an order following that hearing.

IT IS ORDERED that both motions are GRANTED. Plaintiff Gerald Wagganer's claims are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 9th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE