UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO TPP | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | November 9, 2012 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

On the above and foregoing motion,

**IT IS ORDERED** that no later than November 16, 2012, the TPP FAC produce to

counsel for the Law Offices of Eric Weinberg any and all time and expense records considered in

the FAC's recommendation of common benefit fees and costs under the TPP CBF Agreement;

**IT IS FURTHER ORDERED** that no later than November 16, 2012, Phil Garrett

produce to counsel for the Law Offices of Eric Weinberg any and all time and expense records

pertinent to the allocation of common benefit fees and costs under the TPP CBF Agreement, and

answer under oath their questions concerning such records.

New Orleans, Louisiana, this _____ day of November, 2012.

_____

JUDGE