UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| THIRD PARTY PAYOR COMMON | * | MAG. JUDGE KNOWLES |
| BENEFIT FEES | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | November 9, 2012 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

TO: Lenny Davis, Esq.
Andy Birchfield, Esq.
Chris Seeger, Esq.

**PLEASE TAKE NOTICE** that the Law Offices of Eric Weinberg, through undersigned counsel, will bring a Motion for Production on for hearing before the Honorable Eldon E. Fallon at 9:00 a.m. on Wednesday, November 28, 2012 at 500 Camp Street, New Orleans.

/s/ Robert E. Arceneaux                                   /s/ Margaret E. Woodward
_____       _____
Robert E. Arceneaux, La Bar No. 01199        MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                     No.13677
47 Beverly Garden Drive                             3701 Canal Street, Suite C
Metairie, LA 70001                                      New Orleans, Louisiana  70119
(504) 833-7533 office                                  (504) 301-4333 office
(504) 833-7612 fax                                     (504) 301-4365 fax
rea7001@cox.net                                       mewno@aol.com


Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office

(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Law Offices of Eric Weinberg

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on

by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, November 9, 2012.

_____s/Margaret Woodward_____