UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| THIRD PARTY PAYOR COMMON | * | MAG. JUDGE KNOWLES |
| BENEFIT FEES | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | November 9, 2012 |
| Pascal F. Calogero, Jr. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR EXPEDITED HEARING OF MOTION FOR PRODUCTION OR ALTERNATIVELY, FOR ACCESS TO GARRETT RECORDS

NOW COMES the Law Offices of Eric H. Weinberg ("Weinberg"), through undersigned counsel and moves for expedited hearing of its motion for the production of time records or alternatively for access to records on file with Phil Garrett, and for the opportunity to depose Mr. Garrett concerning such records, upon showing that:

    1) On October 11, 2012, the Court instructed the TPP FAC to provide undersigned counsel with time records supporting its recommended allocation of fees and costs under the TPP CBF Agreement;

    2) The FAC sought to delay such production, and the Court instructed it to produce the records forthwith;

    3) By a series of devices, the TPP has toyed with undersigned counsel on this matter, as a consequence of which the FAC has yet to fully comply with this Court's instructions.

WHEREFORE, undersigned counsel ask that the Court consider the Motion on an expedited basis.

/s/ Robert E. Arceneaux
_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax

/s/ Margaret E. Woodward
_____
MARGARET E. WOODWARD, La. Bar No.13677
3701 Canal Street, Suite C
New Orleans, Louisiana  70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Law Offices of Eric Weinberg

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on

by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, November_9, 2012.

_____s/Margaret Woodward_____