# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation | * <br> * <br> * <br> * | MDL Docket No. 1657 <br><br> SECTION L |
| This document relates to: <br><br> *Betty D. Mosby, as Personal Representative for the Estate of Adeline Thomas Mosby* <br> *v.* <br> *Merck & Co., Inc.* <br><br> *Docket No. 2:08-cv-00170* | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Betty D. Mosby, as personal representative for the Estate of Adeline Thomas Mosby, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 8th day of November, 2012.

_____
DISTRICT JUDGE