UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**      **THIRD PARTY PAYOR COMMON BENEFIT FEE ALLOCATION**

## ORDER

The Court has received the Law Offices of Eric Weinberg's motion for an expedited

hearing (Rec. Doc. 64166) on its motion for production, or alternatively, for access to records on

file with Phil Garrett (Rec. Doc. 64165). Weinberg notes that at the October 11, 2012 Monthly

Status Conference, the Court instructed the Third Party Payor Fee Allocation Committee to

provide Weinberg with time records, and argues that the Fee Allocation Committee has sought to

delay such production. However, Weinberg's motion for production is noticed for submission on

November 28, 2012, a mere two weeks from the date of this Order, and Weinberg does not cite

any reason why such a minor delay would be prejudicial to any party.

Accordingly, IT IS ORDERED that Weinberg's motion for an expedited hearing is

DENIED. Weinberg's motion will be submitted to the Court for consideration on the briefs on

Wednesday, November 28, 2012.

New Orleans, Louisiana, this 14th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

1