UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>All Actions | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## THE TPP FEE ALLOCATION COMMITTEE'S OPPOSITION TO MOTION FOR PRODUCTION, OR ALTERNATIVELY, FOR ACCESS TO GARRETT RECORDS

The TPP Fee Allocation Committee ("FAC") through Russ Herman, Plaintiffs' Liaison Counsel, files this response in opposition to the Motion for Production, or Alternatively, for Access to Garrett Records filed on behalf of the law offices of Eric H. Weinberg.

On October 25, 2012, counsel for Weinberg provided a confidentiality agreement (see Exhibit "A"). Leonard Davis, a lawyer in the law offices of Herman, Herman & Katz, L.L.C., was out of the country from October 12, 2012 through October 23, 2012. Immediately upon his return to the country, Mr. Davis communicated with counsel for Weinberg and provided her with exactly what was asked for and addressed the request, a copy of Exhibit "D" which was filed under seal with The TPP Fee Allocation Committee's Recommendation [Rec. Doc. 63928]. On October 30, 2012, after providing the requested Exhibit "D" to counsel for Weinberg, an email was received wherein Weinberg's counsel took issue with what had been produced (see Exhibit "B" – email string). Because Exhibit "D" had been provided, which was exactly what had been requested, Leonard Davis responded to Weinberg's counsel on October 31, 2012 and advised that if there was a desire to review additional time keeping entries that may be in the possession

1

of the court appointed CPA, Phil Garrett, additional communications would need to be made and, further, that the information that had been requested and what was reviewed by the FAC in response to information provided by counsel seeking common benefit allocation had been provided pursuant to PTO 57 had been provided (see Exhibit "B" – email string). Thereafter, a discussion took place with Margaret Woodward and Ms. Woodward questioned whether Exhibit "D" was complete. In an attempt to assure Ms. Woodward that Exhibit "D" was fully and completely contained in the CD that was provided, a suggestion was made that Ms. Woodward view the actual Exhibit "D" filed with the Court, both in hard copy and on disc, and that if there were any technical glitches in copying the Exhibit "D" that was provided to Ms. Woodward in connection with the Confidentiality Agreement, that those technical issues could be immediately rectified. Accommodations were made with the law clerk in Judge Fallon's chambers so that Margaret Woodward and Leonard Davis could review Exhibit "D" on October 29, 2012. At the meeting, Ms. Woodward reviewed the actual Exhibit "D" filed under seal and stated that she was satisfied that the disc provided to her the prior week was in fact complete and a copy of what had been submitted under seal as Exhibit "D". At that time, Ms. Woodward voiced objection to the activities of the FAC and advised that the information provided was not what Ms. Woodward anticipated receiving. As a result, Weinberg's Motion for Production or Alternatively for Access to Garrett Records was filed.

The FAC has complied with PTO 57. Should Weinberg desire to have access to submissions made to the court appointed CPA, Phil Garrett, and review specific law firm submissions that were reported pursuant to PTO 6, the FAC has no objection, provided Weinberg compensates Garrett for all time and expenses incurred in any such review. The FAC suggests that the Weinberg discovery process should be limited to review of the materials reviewed by the

FAC, all of which have been produced to Weinberg. Any additional information would be irrelevant and immaterial to the claim of Weinberg. Furthermore, the FAC suggests that if Weinberg desires to depose Mr. Garrett, that any such deposition should be limited solely to TPP matters and Garrett's compilation of hours and costs pursuant to PTO 6.

The FAC does not believe that PTO 57 time frame should be extended or that the process for submission pursuant to PTO 57 be reopened.

## CONCLUSION

Weinberg has received access to information provided to the FAC. If Weinberg desires to receive access to detailed time records corroborating the information provided in the Supplemental Applications (regardless of whether they appear in Exhibit "D" or referenced as existing elsewhere), the FAC has no objection, provided Weinberg compensates Garrett for time expended in such activity.

During the FAC process to get applications for common benefit time compensation, the submitting firms provided summary and detailed time records. Seeger, Levin and Herman chose to submit summary records only; as to detailed records they incorporated by reference the previous filings they had made to Phil Garrett pursuant to Pre-Trial Order No. 6. Weinberg should be allowed to review Exhibit "D", the Garrett records and if Weinberg so chooses, have access to the deposition of Phil Garrett, all at Weinberg's costs. Furthermore, the FAC does not believe that the PTO 57 time frame should be extended or that the process for submission pursuant to PTO 57 be reopened.

Dated: November 19, 2012            Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman
**Herman, Herman & Katz, L.L.C.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024
rherman@hhklawfirm.com

/s/ Elizabeth Cabraser
Elizabeth Cabraser
**Lieff Cabraser Heimann & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com

/s/ Christopher A. Seeger
Christopher A. Seeger
**Seeger Weiss LLP**
77 Water Street
New York, NY 10005
Telephone: (212) 584-0700
cseeger@seegerweiss.com

/s/ Thomas M. Sobol
Thomas M. Sobol
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com

/s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
**Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: (800) 898-2034
Fax: (334) 954-7555
andy_birchfield@beasleyallen.com

/s/ James Dugan
James Dugan
**Dugan Law Firm**
One Canal Place
Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*The TPP Fee Allocation Committee*

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of November, 2012.

               /s/ Leonard A. Davis
               Leonard A. Davis, Esq. (#14190)
               Herman, Herman & Katz, L.L.C.
               820 O'Keefe Avenue
               New Orleans, LA  70113
               Ph:  (504) 581-4892
               Fax:  (504) 561-6024
               ldavis@hhklawfirm.com