UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX LITIGATION | ) | |
| | ) | MDL Docket No. 1657 |
| This Document Relates to All Cases | ) | Section L |
| | ) | |
| | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |
| THIS DOCUMENT RELATES TO THIRD | ) | |
| PARTY PAYOR COMMON BENEFIT | ) | November 19, 2012 |
| FEES | ) | |

**MOTION FOR PRODUCTION OF DETAILED TIME RECORDS
NOT PRODUCED TO THE COURT IN EXHIBIT "D"**

The "Central States" objectors listed below hereby join in the Motion filed by Objector,

Eric. H. Weinberg, by his counsel on November 9, 2012.


Respectfully submitted,

HOVDE DASSOW & DEETS, LLC



`                            By:_____/s/Robert T. Dassow_____
                                   Robert T. Dassow, #15145-64
                                   201 W. 103rd Street, Suite 500
                                   Indianapolis, IN 46290
                                   Phone:  (317) 818-3100
                                   Fax:  (317) 818-3111

                                   W. Mark Lanier
                                   Richard D.  Meadow
                                   The Lanier Law Firm, P.C.
                                   6810 FM 1960 West
                                   Houston, TX  77069
                                   Phone:  (713) 659-5200
                                   Fax: (713) 659-2204

Susanne Scovern
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Fax: (415) 568-2556
Phone: (415) 568-2555

Gary F. Franke
Gary F. Franke Co, L.P.A.
120 East 4th Street, Suite 1040
Cincinnati, OH 45202
Phone: (513) 564-9222
Fax: (513) 564-9990

C. David Ewing
Ewing, McMillin & Willis, PLLC
1100 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, KY  40202
Phone:  (502) 585-5800
Fax: (502) 585-5858


***Attorneys for Central States, Southeast Areas
Health and Welfare Fund and Central
Pennsylvania Teamsters Health Welfare and
Pension Fund***

## CERTIFICATE OF SERVICE

I hereby certify that the above Motion for Production of Detailed Time Records Not Produced to the Court in Exhibit "D" has been served upon all parties by electronically uploading the same to LexisNexis File & Serve and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing this 19th day of November, 2012.


   /s/Robert T. Dassow
Robert T. Dassow