UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:VIOXX
PRODUCTS LIABILITY LITIGATION

This document relates to:

All Actions

MDL Docket No. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

### THE TPP FEE ALLOCATION COMMITTEE'S OPPOSITION TO MOTION FOR PRODUCTION OF DETAILED TIME RECORDS NOT PRODUCED TO THE COURT IN EXHIBIT "D"

The TPP Fee Allocation Committee ("FAC") through Russ Herman, Plaintiffs' Liaison Counsel, files this response in opposition to the Motion for Production of Detailed Time Records Not Produced to the Court in Exhibit "D" [Rec. Doc. 64172] filed on behalf of the "Central States" by Robert Dassow, et al.

On November 19, 2012, the FAC filed an Opposition to Motion for Production, or Alternatively, for Access to Garrett Records filed on behalf of the law offices of Eric H. Weinberg counsel for Weinberg [Rec. Doc. 64171]. The FAC adopts that opposition in entirety as if copied herein *in extenso.*

Dated: November 20, 2012

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman
**Herman, Herman & Katz, L.L.C.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024
rherman@hhklawfirm.com

1

/s/ Elizabeth Cabraser
Elizabeth Cabraser
**Lieff Cabraser Heimann & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.co

/s/ Christopher A. Seeger
Christopher A. Seeger
**Seeger Weiss LLP**
77 Water Street
New York, NY 10005
Telephone: (212) 584-0700
cseeger@seegerweiss.com

/s/ Thomas M. Sobol
Thomas M. Sobol
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com

/s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
**Beasley, Allen, Crow, Methvin, Portis & Miles, PC**
218 Commerce Street
Montgomery, AL 36104
Telephone: (800) 898-2034
Fax: (334) 954-7555
andy_birchfield@beasleyallen.com

/s/ James Dugan
James Dugan
**Dugan Law Firm**
One Canal Place
Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*The TPP Fee Allocation Committee*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of November, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (#14190)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, LA  70113
Ph:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com

3