MINUTE ENTRY
FALLON, J.
NOVEMBER 5, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| *Vernon Amie, et al., v. Merck Sharp &* | : | JUDGE FALLON |
| *Dohme Corp.*, No. 06-2219 (Plaintiff | : | MAG. JUDGE KNOWLES |
| Kenneth Rarick) | : | |

On this date, a telephone hearing was held in the Chambers of Judge Eldon E. Fallon. Doug Marvin participated on behalf of Merck. Megan Hastings participated on behalf of the Plaintiff. Dr. Andrew Cappuccino participated on his own behalf. The parties discussed the Court's previous Order to Show Cause as to Reasonable Compensation for the Deposition of Dr. Andrew Cappuccino. (Rec. Doc. 64148).

For the reasons stated orally during the hearing and reflected in the transcript, IT IS ORDERED that the deposition of Dr. Andrew Cappuccino shall be rescheduled within the next 45 days to a time and date convenient both to counsel and to Dr. Cappuccino. If Dr. Cappuccino does not participate in the rescheduled deposition, this Court will hold him in contempt, and he will be fined, imprisoned, or both.

After the deposition takes place, the Court will give Dr. Cappuccino an opportunity to explain why his fee should be set above $750 per hour. Dr. Cappuccino is instructed to contact the Court by fax at (504) 589-6966 if he wishes to request such an opportunity.

JS10(00:12)