UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * | |
|    Products Liability Litigation * | |
| * | |
| This Document Relates to: * | MDL No. 1657 |
| * | |
|    ELENA STRUJAN, * | SECTION L |
| * | |
|                Plaintiff, * | JUDGE ELDON E. FALLON |
| * | |
|      versus * | MAGISTRATE JUDGE |
| * | KNOWLES |
|    MERCK & CO., INC., * | |
| * | |
|                Defendant. * | |
| * | |
| Case No. 2:07-cv-00906-EEF-DEK, * | |
| Court of Appeals No. 12-31075. * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT DESIGNATION OF RECORD ON APPEAL**

    Plaintiff/Appellant Elena Strujan and Defendant/Appellee Merck Sharp & Dohme Corp., f/k/a Merck & Co., Inc. ("Merck") hereby submit this Joint Designation of Record on Appeal for the following cases:

Case Nos:  2:07-cv-00906-EEF-DEK (E.D. La.);
2:05-md-1657 (E.D. La.).

The parties request that the following items be included in the record for this appeal:

**U. S. District Court**
**Eastern District of Louisiana (New Orleans)**
**CIVIL DOCKET FOR CASE #: 2:07-cv-00906-EEF-DEK**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2007 | 1 | Case transferred in from Southern District of New York; Case Number 1:06-7745. Electronic file with documents numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. filed by Merck & Co Inc. (Attachments: # 1 PTO #14 # 2State Court |

1110062v1

|            |   | Pleadings # 3Dktsht-USDC,Southern District New York(Foley Square))(cl, ) (Entered: 03/13/2007) |
|------------|---|---|
| 10/30/2009 | 2 | ORDER DISMISSING CASE with prejudice for failure to comply with the requirements of Pre-Trial Order 43. Signed by Judge Eldon E. Fallon on 10/30/2009.(cms, ) (Entered: 11/09/2009) |
| 11/30/2009 | 3 | NOTICE OF APPEAL by Elena Strujan as to 2 Order Dismissing Case. (dno, ) (Entered: 12/07/2009) |
| 08/03/2010 | 4 | ORDER of USCA as to 3 Notice of Appeal; The appeal is dismissed as of 8/2/2010 pursuant to the joint motion of the parties. (cms, ) (Entered: 08/05/2010) |
| 08/12/2010 | 5 | ORDER REOPENING CASE. Signed by Judge Eldon E. Fallon on 8/12/2010.(cms, ) (Entered: 08/13/2010) |

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-md-01657-EEF-DEK

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2005 | 390 | PRETRIAL ORDER #14: effective 6/1/05 service shall be by Lexis Nexis File & Serve; Clerks office is to place a copy of this order in all new cases filed or transfered and mail or email a copy to all counsel of record in the new cases. Signed by Judge Eldon E. Fallon on 5/26/05.(Reference: ALL CASES)(dmg, ) (Entered: 05/27/2005) |
| 04/13/2007 | 10817 | MOTION to Remand by Plaintiff. (Reference: 07-906)(dmg, ) (Entered: 04/19/2007) |
| 11/09/2007 | 12962 | PRETRIAL ORDER #28- Prima Facie Evidence of Usage, Injury and Causation. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 11/09/2007 | 12963 | PRETRIAL ORDER #29- Rules and procedures relating to all cases filed or transferred on or after 11/9/2007. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 03/25/2009 | 18049 | EXPARTE First MOTION for Order to Show Cause Why Resolution Program Enrollment Requirements Have Not been Met by Defendant. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 |

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | Proposed Order)(Reference: See Exhibit A)(Wimberly, Dorothy) Modified on 3/26/2009 (cms, ). (Entered: 03/25/2009) |
| 04/13/2009 | 18255 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff Elena Strujan re 18049 First MOTION for Order to Show Cause Why Resolution Program Enrollment Requirements Have Not been Met. (Reference: 07-906)(cms, ) (Entered: 04/16/2009) |
| 04/20/2009 | 18317 | ORDERED re 18049 First Motion for Order to Show Cause - that the motion is withdrawn as to all plaintiffs on Exhibits1.1, 1.2, and 1.3. IT IS FURTHER ORDERED that the motion is deferred as to the plaintiffs on Exhibit 1.4 until 4/29/2009 at 9:00 a.m. IT IS FURTHER ORDERED that the claims of all plaintiffs on Exhibit 1.5 be and they hereby are dismissed with prejudice. IT IS FURTHER ORDERED the claims of all tolling claimants on Exhibit 1.6 be and they hereby are extinguished, and the Tolling Agreement is hereby voided as to those claimants. IT IS FURTHER ORDERED that plaintiffs on Exhibit 1.7 have been granted a limited extension of time to cure their enrollment deficiencies up to and including 5/1/2009. Accordingly, the motion is deferred as to the plaintiffs on Exhibit 1.7 until 5/8/2009 at 9:00a.m. Deadlines as stated herein. Signed by Judge Eldon E. Fallon on 4/17/2009. (Reference: Exhibits 1.1 - 1.7)(cms, ) (Entered: 04/22/2009) |
| 05/01/2009 | 18642 | ORDER re 18049 First MOTION for Order to Show Cause Why Resolution Program Enrollment Requirements Have Not been Met - that the motion is withdrawn as to all plaintiffs and claimants on the attached Exhibit 1.4A. IT IS FURTHER ORDERED that the claims of all plaintiffs on Exhibit 1.4B be and they hereby are dismissed with prejudice. IT IS FURTHER ORDERED the claims of all claimants listed as tolling claimants on Exhibit 1.4B be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those claimants. IT IS FURTHER ORDERED that the motion is deferred as to all plaintiffs on Exhibit 1.4C until 5/8/2009 at 9:00 a.m. The plaintiffs on Exhibit 1.4C have until 6:00 p.m. Eastern time, May 5, 2009 to provide non-deficient enrollment materials. Signed by Judge Eldon E. Fallon on 4/30/2009.(Reference: Exhibits 1.4 A, 1.4B, and 1.4C)(cms, ) (Entered: 05/05/2009) |
| 06/01/2009 | 18974 | ORDER re 18049 First MOTION for Order to Show Cause, 18051 Second MOTION for Order to Show Cause, 18052 Third MOTION for Order to Show Cause, 18053 Fourth MOTION for Order to Show Cause, 18054 Fifth MOTION for Order to Show |

3

| Date Filed | # | Docket Text |
|---|---|---|
| | | Cause, 18058 Sixth MOTION for Order to Show Cause, 18307 Supplemental MOTION for Order to Show Cause, and 18308 Supplemental MOTION for Order to Show Cause - IT IS ORDERED that the motion is withdrawn as to all plaintiffs and tolling claimants on the attached Exhibit 1. IT IS FURTHER ORDERED that the claims of all plaintiffs on the attached Exhibit 2 be and they hereby are dismissed with prejudice. IT IS FURTHER ORDERED that as to the plaintiffs on the attached Exhibit 3, the releases that have been submitted to the Claims Administrator are deemed valid and enforceable for all purposes. IT IS FURTHER ORDERED that the motion is deferred as to all plaintiffs and tolling claimants on the attached Exhibit 4 until June 10, 2009 at 9:00 a.m.. Deadlines stated herein. Signed by Judge Eldon E. Fallon on 5/29/2009.(Reference: Exhibits 1, 2, 3, & 4)(cms, ) (Entered: 06/02/2009) |
| 07/06/2009 | 20399 | PRETRIAL ORDER #43 - Case Management Order for Cases Serving Future Evidence Stipulations Pursuant to the Vioxx Resolution Program. Signed by Judge Eldon E. Fallon on 7/2/2009.(Reference: ALL CASES)(cms, ) Modified on 7/6/2009 (cms, ). (Additional attachment(s) added on 8/18/2009: # 1 Exhibit A, # 2 Exhibit B) (cms, ). (Entered: 07/06/2009) |
| 10/09/2009 | 24995 | Third MOTION to Dismiss Party With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 and incorporated memorandum by Defendant. Motion Hearing set for 10/29/2009 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Reference: 05-458, 05-469, 05-546, 05-548, 05-1011, 05-1035, 05-1037, 05-1040, 05-1047, 05-1049, 10-1050, 05-1055, 05-1059, 05-1060, 05-1086, 05-1140, 05-1383, 05-2968, 05-4418, 05-4421, 05-4434, 05-4439, 05-4452, 05-4759, 05-4762, 05-4991, 05-5107, 05-5109, 05-5282, 05-5287, 05-5727, 05-5975, 05-5978, 05-6535, 05-6775, 06-398, 06-1889, 06-3162, 06-3304, 06-3653, 06-4050, 06-4157, 06-4296, 06-5981, 06-5989, 06-5992, 06-5996, 06-6009, 06-6235, 06-6413, 06-6583, 06-6944, 06-7042, 06-7107, 06-7115, 06-9730, 06-9799, 06-9825, 06-10111, 06-10275, 06-10289, 06-10883, 06-10971, 06-10987, 06-11020, 07-663, 07-703, 07-880, 07-900, 07-901, 07-902, 07-903, 07-906, 07-1244, 07-1254, 07-1383, 07-2099, 07-2100, 07-2101, 07-2202, 07-2809, 07-2940, 07-3327, 07-3998, 07-6151, 07-6310, 07-6436, 07-6874, 07-7514, 07-8074, 08-161, 08-242, 08-244, 08-278, 09-2413)(Wimberly, Dorothy) (Entered: 10/09/2009) |
| 10/13/2009 | 25175 | ORDER TO SHOW CAUSE as to Plaintiffs in the cases listed in |

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | the attached Exhibit A Show Cause Hearing set for 10/29/2009 09:00 AM before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 10/13/2009. Deadlines as stated herein.(Reference: Exhibit A)(cms, ) (Entered: 10/14/2009) |
| 10/30/2009 | 26346 | ORDER re 24995 Third Motion: that the claims of all plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre- Trial Order 43. IT IS FURTHER ORDERED that the motion be and it hereby is deferred until 12/3/2009, immediately following the conclusion of the monthly status conference scheduled for 9:00 a.m., as to all plaintiffs on the attached Exhibit B. IT IS FURTHER ORDERED that the motion be and it hereby is withdrawn as to all plaintiffs on the attached Exhibit C. Signed by Judge Eldon E. Fallon on 10/30/2009.(Reference: Exhibits A, B, & C)(cms, ) (Entered: 11/02/2009) |
| 11/30/2009 | 28797 | NOTICE OF APPEAL by Plaintiff Elena Strujan as to 26346 Order to Show Cause. (Reference: 07-906)(dno, ) (Entered: 12/04/2009) |
| 01/04/2010 | 31447 | APPEAL TRANSCRIPT REQUEST by Plaintiff for proceedings held on 10/30/2009 re 28797 Notice of Appeal. (Reference: 07-906)(cms, ) (Entered: 01/11/2010) |
| 01/07/2010 | 31592 | MOTION for a free transcript by Plaintiff Elena Strujan. (Reference: 07-906)(cms, ) (Entered: 01/12/2010) |
| 02/05/2010 | 33823 | ORDER of USCA as to 28797 Notice of Appeal - The parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on should documents should be included and should file a joint designation. The parties are instructed to file the joint designation and supplemental designation as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court. (Reference: 05-1657, 07-906)(cms, ) (Entered: 02/08/2010) |
| 02/24/2010 | 35312 | DESIGNATION of Record on Appeal by Defendant re 28797 Notice of Appeal (Reference: 07-906)(Wimberly, Dorothy) (Entered: 02/24/2010) |
| 02/24/2010 | 35313 | DESIGNATION of Record on Appeal by Defendant re 28797 Notice of Appeal (Reference: 05-1657)(Wimberly, Dorothy) (Entered: 02/24/2010) |
| 03/03/2010 | 36383 | Certified and Transmitted Record on Appeal to US Court of |

| Date Filed | # | Docket Text |
|---|---|---|
| | | Appeals re 28797 Notice of Appeal. USCA Case Number 09-31202. (Reference: 05-1657, 07-906)(cms, ) (Entered: 03/08/2010) |
| 03/16/2010 | 37717 | Appeal Record on Loan as to Elena Strujan re 28797 Notice of Appeal - 4 Volumes of Original Record,. (Reference: 07-906)(cms, ) (Entered: 03/22/2010) |
| 07/27/2010 | 48336 | Appeal Record on Loan re 28797 Notice of Appeal - 5 Volumes of Original Record. (Reference: 05-1657, 07-906)(cms, ) (Entered: 08/02/2010) |
| 08/03/2010 | 48568 | ORDER of USCA as to 28797 Notice of Appeal; The appeal is dismissed as of 8/2/2010 pursuant to the joint motion of the parties. (Reference: 07-906)(cms, ) (Entered: 08/05/2010) |
| 08/10/2010 | 49009 | EXPARTE/CONSENT MOTION to Set Aside Judgment by Defendant, Plaintiff. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Proposed Order)(Reference: 07-906)(Wimberly, Dorothy) Modified on 8/11/2010 (cms, ). (Entered: 08/10/2010) |
| 08/12/2010 | 49277 | ORDER granting 49009 Motion to Set Aside Judgment as to Elena Strujan. Signed by Judge Eldon E. Fallon on 8/12/2010. (Reference: 07-906)(cms, ) (Entered: 08/13/2010) |
| 05/23/2012 | 63872 | MOTION for Summary Judgment by Defendant. Motion set for 7/11/2012 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Notice of Submission)(Reference: 07-0906)(Wimberly, Dorothy) (Attachment 4 replaced on 6/4/2012) (dno, ). (Attachment 5 replaced on 6/4/2012) (dno, ). (Attachment 6 replaced on 6/4/2012) (dno, ). (Attachment 7 replaced on 6/4/2012) (dno, ). (Attachment 8 replaced on 6/4/2012) (dno, ). (Entered: 05/23/2012) |
| 05/23/2012 | 63873 | EXPARTE/CONSENT MOTION for Leave to File Exhibits Under Seal by Defendant. (Attachments: # 1 Proposed Order)(Reference: 07-0906)(Wimberly, Dorothy) (Entered: 05/23/2012) |
| 06/04/2012 | 63892 | ORDER granting 63873 Motion for Leave to File Certain Documents Under Seal. Signed by Judge Eldon E. Fallon on 6/4/2012. (Reference: 07-906)(cms, ) (Entered: 06/05/2012) |

1110062v1

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2012 | 63948 | RESPONSE to Motion filed by Plaintiff Elena Strujan re 63872 MOTION for Summary Judgment . (Attachments: # 1 Letter, # 2 Exhibits)(Reference: 07-906)(cms, ) (Entered: 06/22/2012) |
| 06/27/2012 | 63955 | RESPONSE/MEMORANDUM in Support filed by Defendant re 63872 MOTION for Summary Judgment . (Reference: 07-0906)(Wimberly, Dorothy) (Entered: 06/27/2012) |
| 07/06/2012 | 63982 | Sur-Reply in Support filed by Plaintiff Elena re 63872 MOTION for Summary Judgment . (Attachments: # 1 Exhibits)(Reference: 07-906)(cms, ) (Entered: 07/11/2012) |
| 07/17/2012 | 63995 | MOTION to Seal Document (Exhibits 2, 3, 4, 5), MOTION for Summary Judgment by Defendant. Motion set for 8/16/2012 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Proposed Order, # 2 Motion for Summary Judgment, # 3 Statement of Contested/Uncontested Facts, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Notice of Submission)(Reference: 06-10270)(Wimberly, Dorothy) (Additional attachment(s) added on 7/19/2012: # 15 Exhibit 2 SEALED, # 16 Exhibit 3 SEALED, # 17 Exhibit 4 SEALED, # 18 Exhibit 5 SEALED) (cms, ). (Entered: 07/17/2012) |
| 07/25/2012 | 64010 | ORDER AND REASONS that Mercks motion for summary judgment (Rec. Doc. 63872) is GRANTED. Plaintiff Elena Strujans claims are DISMISSED WITH PREJUDICE. FURTHER ORDERED that Plaintiff Strujans cross motions (Rec. Doc. 63948) are DENIED. Signed by Judge Eldon E. Fallon on 9/25/2012. (Reference: 07-906)(cms, ) (Entered: 07/25/2012) |
| 08/10/2012 | 64053 | MOTION for Reconsideration re 64010 Order on Motion for Summary Judgment by Plaintiff Elena Strujan. (Attachments: # 1 Exhibits, # 2 Letter)(Reference: 07-906)(cms, ) (Entered: 08/13/2012) |
| 08/23/2012 | 64082 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 64053 MOTION for Reconsideration re 64010 Order on Motion for Summary Judgment, ; . (Reference: 07-0906)(Wimberly, Dorothy) (Entered: 08/23/2012) |
| 08/24/2012 | 64083 | MOTION for Leave to Appeal in forma pauperis by Plaintiff Elena Strujan. (Attachments: # 1 Notice of Appeal)(Reference: 07-906)(cms, ) (Entered: 08/24/2012) |
| 09/06/2012 | 64096 | Response/Reply by Plaintiff Elena Strujan to 64082 |

1110062v1

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | Response/Memorandum in Opposition to Motion (Reference: 07-906)(cms, ) (Entered: 09/07/2012) |
| 09/19/2012 | 64114 | ORDER denying 64053 Motion for Reconsideration. Signed by Judge Eldon E. Fallon on 9/19/2012. (Reference: 07-906)(cms, ) (Entered: 09/19/2012) |
| 10/15/2012 | 64147 | ORDER denying 64083 Motion for Leave to Appeal in forma pauperis as to Plaintiff Elena Strujans. Signed by Judge Eldon E. Fallon on 10/15/2012. (Reference: 07-906)(cms, ) (Entered: 10/15/2012) |
| 08/24/2012 | 64151 | NOTICE OF APPEAL by Plaintiff Elena Strujan as to 64010 Order on Motion for Summary Judgment. (FILING FEE NOT PAID, MOTION TO PROCEED IN FORMA PAUPERIS DENIED 10/15/12) (Reference: 07-906)(dno, ) (Entered: 10/17/2012) |

WHEREFORE, the parties respectfully request that these documents be included in the record in this appeal.

Respectfully Submitted,

s/Elena Strujan
Elena Strujan, pro se
P.O Box 20632
New York, NY 10021

and

s/Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

1110062v1

John H. Beisner
Jessica Davidson Miller
Geoffrey M. Wyatt
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

9

1110062v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Designation of Record on Appeal has been served upon Liaison Counsel, Russ Herman and Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, upon pro se plaintiff Elena Strujan by mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th Day of November, 2012.

> */s/ Dorothy H. Wimberly*
> Dorothy H. Wimberly, 18509
> STONE PIGMAN WALTHER
> WITTMANN L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana 70130
> Phone: 504-581-3200
> Fax: 504-581-3361
> dwimberly@stonepigman.com
> Defendants' Liaison Counsel

1110062v1