UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| GOVERNMENT ACTION CASE NOS. | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|  05-3700, 09-2861, 2:06-cv-3132 | * | |
|  05-6755, 2:06-cv-04302, 2:06-cv-09336 | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MERCK SHARP & DOHME CORP. NOTICE OF CHANGE OF ADDRESS

Counsel for Defendant Merck Sharp & Dohme Corp., hereby gives notice and requests that the Court's docket and all future correspondence in the above-captioned matter be updated to reflect the following new address and main telephone number of GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP:

> GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
> 564 West Randolph Street, Suite 400
> Chicago, Illinois 60661
> Telephone: (312) 681-6000

All other contact information remains the same.

1110170v1

Dated: November 21, 2012                             Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
Defendants' Liaison Counsel


Tarek Ismail
Andrew L. Goldman
Brian P. O'Donoghue
GOLDMAN ISMAIL TOMASELLI
   BRENNAN &   BAUM LLP
564 West Randolph Street, Suite 400
Chicago, Illinois 60661
Telephone: (312) 681-6000
Facsimile: (312) 629-8107

*Counsel for Defendant*
*Merck Sharp & Dohme Corp.*

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing Notice of Change of Address has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of November, 2012.

      /s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1110170v1