# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 12-30732

MD 05-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  NOV 20 2012
LORETTA G. WHYTE
CLERK

---

JAMES D. SCHNELLER, Individually,

   Plaintiff - Appellant

v.

MERCK & COMPANY, INCORPORATED,

   Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:

   IT IS ORDERED that appellee's motion for summary affirmance is GRANTED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 16, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

     No. 12-30732,  In Re: Vioxx Prod Liability
          USDC No. 2:05-MD-1657
          USDC No. 2:12-CV-703

Enclosed is a copy of the judgment issued as the mandate.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Dawn D. Victoriano, Deputy Clerk
                                504-310-7717

cc w/encl:
     Mr. John H. Beisner
     Mr. Russ M. Herman
     Mr. James D. Schneller
     Ms. Dorothy Hudson Wimberly
     Mr. Phillip A. Wittmann