UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX LITIGATION ) | |
| ) | MDL Docket No. 1657 |
| This Document Relates to All Cases ) | Section L |
| ) | |
| ) | Judge Fallon |
| ) | Magistrate Judge Knowles |
| THIS DOCUMENT RELATES TO THIRD ) | |
| PARTY PAYOR COMMON BENEFIT ) | November 26, 2012 |
| FEES ) | |

**REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRODUCTION OR ALTERNATIVELY, FOR ACCESS TO GARRETT RECORDS**

The "Central States" objectors listed below hereby join in the Reply Memorandum filed by Objector, Eric. H. Weinberg, by his counsel on November 20, 2012.

Respectfully submitted,

HOVDE DASSOW & DEETS, LLC

` By:    /s/Robert T. Dassow
Robert T. Dassow, #15145-64
201 W. 103rd Street, Suite 500
Indianapolis, IN 46290
Phone: (317) 818-3100
Fax: (317) 818-3111

W. Mark Lanier
Richard D. Meadow
The Lanier Law Firm, P.C.
6810 FM 1960 West
Houston, TX 77069
Phone: (713) 659-5200
Fax: (713) 659-2204

1


Susanne Scovern
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Fax: (415) 568-2556
Phone: (415) 568-2555

Gary F. Franke
Gary F. Franke Co, L.P.A.
120 East 4th Street, Suite 1040
Cincinnati, OH 45202
Phone: (513) 564-9222
Fax: (513) 564-9990

C. David Ewing
Ewing, McMillin & Willis, PLLC
1100 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, KY  40202
Phone:  (502) 585-5800
Fax: (502) 585-5858

*Attorneys for Central States, Southeast Areas Health and Welfare Fund and Central Pennsylvania Teamsters Health Welfare and Pension Fund*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above Reply Memorandum in Support of Motion for Production or Alternatively, for Access to Garrett Records has been served upon all parties by electronically uploading the same to LexisNexis File & Serve and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing this 26th day of November, 2012.


        /s/Robert T. Dassow
      Robert T. Dassow