UNITED STATES DISTRICT COURT
EASTEN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| **In re: VIOXX Products Liability Litigation** | ) | MDL No. 1657 |
| | ) | |
| **This Document Relates to:** | ) | SECTION L |
| | ) | |
| State of Montana v. Merck, et al. | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |

## NOTICE OF APPERANCE

COMES NOW Scott A. Powell, Don McKenna, Matthew C. Minner and Brian M. Vines, and gives their notice of entry of appearance on behalf of the State of Montana. Each may be served by e-mail at the following: scott@hwnn.com, don@hwnn.com, matt@hwnn.com and bvines@hwnn.com or Hare, Wynn, Newell and Newton, LLP; 2025 3rd Avenue North – Suite 800; Birmingham, Alabama 35203.

Dated this 29th day of November, 2012.

/s/ William A. Rossbach_____
William A. Rossbach
Rossbach Hart, P.C.
Post Office Box 8988
Missoula, Montana 59807-8988
Telephone: (406) 543-5156
Facsimile:  (406) 728-8878
bill@rossbachlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 29th day of November, 2012.

/s/ William A. Rossbach_____
Of Counsel