**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: VIOXX | * | |
|      Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|     JIM HOOD, ATTORNEY GENERAL, | * | SECTION L |
|     *ex rel.* | | |
|     STATE OF MISSISSIPPI, | * | JUDGE ELDON E. FALLON |
| | * | |
|                   Plaintiff, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|    versus | * | |
| | * | |
|   Merck Sharp & Dohme Corp., | * | |
| | * | |
|               Defendant. | * | |
| | * | |
|   Case No. 2:05-cv-6755 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**<u>DEFENDANT'S MOTION TO COMPEL</u>**

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves the Court to compel Plaintiff, Mississippi Attorney General Jim Hood, to respond to Merck's First Set of Requests to Admit and Second Set of Interrogatories.

As set forth more fully in the attached Memorandum of Law, Merck seeks information about the alleged misrepresentations that Plaintiff claims give rise to liability.  Merck also seeks information regarding the alleged causal nexus between these misrepresentations and the State's injuries.  Plaintiff has refused to respond to these requests on relevance grounds.  But as further detailed in the accompanying Memorandum, these requests seek information relevant to the misrepresentation element of Plaintiff's claim under the Mississippi Consumer Protection Act and the causation element of all of his claims.

WHEREFORE, the Court should compel Plaintiff to respond to Merck's First Set of Requests to Admit and Second Set of Interrogatories.

Dated:  November 30, 2012                          Respectfully submitted,


                                                   /s/ Dorothy H. Wimberly
                                                   Phillip A. Wittmann, 13625
                                                   Dorothy H. Wimberly, 18509
                                                   STONE PIGMAN WALTHER
                                                   WITTMANN L.L.C.
                                                   546 Carondelet Street
                                                   New Orleans, LA 70130

                                                   Douglas R. Marvin
                                                   WILLIAMS & CONNOLLY LLP
                                                   725 Twelfth St., N.W.
                                                   Washington, DC 20005

                                                   John H. Beisner
                                                   Jessica Davidson Miller
                                                   SKADDEN, ARPS, SLATE, MEAGHER &
                                                   FLOM LLP
                                                   1440 New York Avenue, N.W.
                                                   Washington, DC 20005

                                                   Tarek Ismail
                                                   GOLDMAN ISMAIL TOMASELLI
                                                   BRENNAN and BAUM, LLP
                                                   564 West Randolph Street, Suite 400
                                                   Chicago, Illinois 60661

                                                   ATTORNEYS FOR MERCK SHARP &
                                                   DOHME CORP.

1111001v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Compel** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of November, 2012.

_/s/ Dorothy H. Wimberly_
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1111001v1