Exhibit "A"

| Description of Act | Bates Range | Number of Violations[1] | Conduct Constituting Violation | Distribution Date(s) |
|---|---|---|---|---|
| DHCP Letter | MRK-P 2475 to MRK P 2481 | 1,222 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | May 24, 2001 |
| DHCP Letter | MRK-P 2733 to MRK P 2739 | 19 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | August 17, 2001 |
| DHCP Letter | MRK-P 2740 to MRK P 2744 | 1,221 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. | August 24, 2001 |
| DHCP Letter | MRK-P11429 to MRK P 11439 | 4,272 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | April 19, 2002 to April 25, 2002 |
| Professional Medical Journal Inserts | MRK-P00002080 to MRK-P00002081 | Discovery Ongoing | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | November 2000 |
| Professional Medical Journal Inserts | MRK-P00002164 to MRK-P00002165 | Discovery Ongoing | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | November 2000 |

[1] Identities of those who witnessed these violations can be found in Merck's Responses to Plaintiffs' Request for Production of Documents No. 2 & 4.

| | | | |
|---|---|---|---|
| Professional Medical Journal Inserts | MRK-0005565 to MRK-00567 | 27 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2003 |
| Professional Medical Journal Inserts | MRK-0007591 to MRK-0007592 | 64 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2004 |
| Professional Medical Journal Inserts | MRK-0007878 to MRK-0007880 | 45 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2004 |
| Professional Medical Journal Inserts | MRK-0011218 to MRK-0011219 | 7 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2004 |
| Detail Piece "CV Card" | MRK-AAR0019055 | Discovery Ongoing | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | In use through April 2002 |
| Detail Piece "Roadmap to CV Card" | MRK-ADB0009039 | Discovery Ongoing | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | In use through April 2002 |
| All PIR Letters distributed in Mississippi | MRK-ZHJ00000001 | 8,484 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | June 16, 1999 through May 7, 2004 |

3

| | | | |
|---|---|---|---|
| PIR Letter "Comparing VIOXX to Celebrex" | VIO8148 | 1,995 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | October 5, 2000 |
| PIR Letter "VIGOR" VIO8612 | VIO8612 | 778 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | May 14, 2001 |
| Call Notes Recorded during VIOXX detail Recorded in FACTS | | 32,340 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 1999—2002 |
| Customer Belief Notes Recorded in FACTS | | 150 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2002—2004 |
| VIOXX details Recorded in FACTS | | 263,921 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 1999—2004 |
| Print Advertisements | Various; National and Regional Print and Television Advertising Spreadsheet | 440 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 1999 |
| Print Advertisements | Various; National and Regional Print and Television Advertising Spreadsheet | 1489 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2000 |

4

| | | | |
|---|---|---|---|
| Print Advertisements | Various; National and Regional Print and Television Advertising Spreadsheet | 761 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2001 |
| Print Advertisements | Various; National and Regional Print and Television Advertising Spreadsheet | 859 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2002 |
| Print Advertisements | Various; National and Regional Print and Television Advertising Spreadsheet | 818 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2003 |
| Print Advertisements | Various; National and Regional Print and Television Advertising Spreadsheet | 281 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2004 |
| Television Advertisements | MRK-V 00000001 to MRK-V 00000002 | 71 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 1999 |
| Television Advertisements | MRK-V 00000002 to MRK-V 00000007<br>MRK-V 00000010 to MRK-V 00000011<br>MRK-V 00000013 to MRK-V 00000014<br>MRK-V 00000017 | 6,132 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2000 |

| Television Advertisements | MRK-V 00000002<br>MRK-V 00000004 to MRK-V 00000007<br>MRK-V 00000010 to MRK-V 00000011<br>MRK-V 00000013 to MRK-V 00000014<br>MRK-V 00000021<br>MRK-V 00000024 to MRK-V 00000027<br>MRK-V 00000029 to MRK-V 00000032<br>MRK-V 00000034 to MRK-V 00000036 | 2,080 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2001 |
| --- | --- | --- | --- | --- |
| Television Advertisements | MRK-V 00000034 to MRK-V 00000036<br>MRK-V 00000041 to MRK-V 00000042 | 5,338 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2002 |
| Television Advertisements | MRK-V 00000041 to MRK-V 00000045 | 3,146 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2003 |
| Television Advertisements | MRK-V 00000045 to MRK-V 00000046 | 665 | Communicated the risk profile, benefits, and efficacy of VIOXX in an unfair or deceptive manner. Presented information concerning the cardiovascular risk of VIOXX in an unfair or deceptive manner. | 2004 |

M015D12331

| | | | |
|---|---|---|---|
| VIOXX Prescriptions Written 12.5 mg | MRK-ZIF0000001 | 135,377.49 | Based on the above information relating to the risk profile, benefits and efficacy of VIOXX being presented in an unfair or deceptive manner, specifically concerning the cardiovascular risk of VIOXX, physicians in the State of Mississippi were unaware of the risks and prescribed VIOXX to their patients. | 1999—2004 |
| VIOXX Prescriptions Written 25 mg | MRK-ZIF0000001 | 942,305.52 | Based on the above information relating to the risk profile, benefits and efficacy of VIOXX being presented in an unfair or deceptive manner, specifically concerning the cardiovascular risk of VIOXX, physicians in the State of Mississippi were unaware of the risks and prescribed VIOXX to their patients. | 1999—2004 |
| VIOXX Prescriptions Written 50 mg | MRK-ZIF0000001 | 82,880.841 | Based on the above information relating to the risk profile, benefits and efficacy of VIOXX being presented in an unfair or deceptive manner, specifically concerning the cardiovascular risk of VIOXX, physicians in the State of Mississippi were unaware of the risks and prescribed VIOXX to their patients. | 1999—2004 |
| VIOXX Prescriptions Written OS | MRK-ZIF0000001 | 780.426 | Based on the above information relating to the risk profile, benefits and efficacy of VIOXX being presented in an unfair or deceptive manner, specifically concerning the cardiovascular risk of VIOXX, physicians in the State of Mississippi were unaware of the risks and prescribed VIOXX to their patients. | 1999—2004 |

M015D12332



Oct 26 2012
01:58PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| JIM HOOD, ATTORNEY GENERAL *ex rel.*, STATE OF MISSISSIPPI | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK & CO., INC. | |
| Civil Action No. 2:05-cv-6755 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

Notice is hereby given that Plaintiff, Jim Hood, Attorney General of the State of Mississippi *ex rel* State of Mississippi, by and through counsel, has this date served the Defendant in the above entitled action the following:

1. Plaintiff's Second Supplemental Responses to Defendant's Second Set of Interrogatories; and

2. Plaintiff's Supplemental Responses to Defendant's First Set of Request to Admit.

The undersigned retains the original of the above documents as custodian thereof pursuant to the Federal Rules of Civil Procedure.

This the 26th day of October, 2012.

**JIM HOOD, ATTORNEY GENERAL, ex rel THE STATE OF MISSISSIPPI**

/s/ Sheila M. Bossier
By: SHEILA M. BOSSIER, (LA Bar No. 19491)
PLAINTIFF'S ATTORNEY

M015D12333

OF COUNSEL:

**BOSSIER & ASSOCIATES, PLLC**
P. O. Box 55567
Jackson, MS  39296
Telephone: (601) 352-5450
Facsimile:  (601) 352-5452

Geoffrey Morgan, Esq.
George W. Neville
**OFFICE OF THE ATTORNEY GENERAL**
P. O. Box 220
Jackson, MS  39205
Telephone: (601) 359-3821

Richard A. Freese, Esq.
**FREESE & GOSS, PLLC**
2031 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 871-4144
Facsimile: (205) 871-4104

Shane Langston, Esq.
Rebecca Langston, Esq.
Jessica Murray, Esq.
**LANGSTON & LANGSTON, PLLC**
Post Office Box 23307
Jackson, MS 39225
Telephone: (601) 969-1356
Facsimile: (601) 968-3866

2

M015D12334

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(C).

This the 26th day of October, 2012.

/s/ Sheila M. Bossier
SHEILA M. BOSSIER
(LA Bar No. 19491)
Plaintiff's Attorney
BOSSIER & ASSOCIATES, PLLC
P. O. Box 55567
Jackson, MS  39296
Telephone: (601) 352-5450
Facsimile:   (601) 352-5452
sbossier@bossier-law.com

M015D12335