UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| JIM HOOD, ATTORNEY GENERAL, *ex rel.* | * | SECTION L |
| STATE OF MISSISSIPPI, | * | |
| | * | JUDGE ELDON E. FALLON |
|                Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|    versus | * | KNOWLES |
| | * | |
| Merck Sharp & Dohme Corp., | * | |
| | * | |
|               Defendant. | * | |
| | * | |
| Case No. 2:05-cv-6755 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 37 CERTIFICATION OF DEFENDANT'S COUNSEL REGARDING GOOD-FAITH NEGOTIATIONS

The parties in the above-captioned case conferred by letter and by telephone in a good-faith attempt to resolve or narrow this discovery dispute without the need to involve the Court. Defendant Merck Sharp & Dohme Corp. ("Merck") sent a letter to Plaintiff's counsel highlighting the deficiencies addressed in the accompanying motion on July 11, 2012. The parties conducted a meet-and-confer telephone call on July 25, 2012, and Plaintiff submitted its first supplemental Responses to Interrogatories on September 10, 2012. The supplemental responses were not sufficient, and on September 24, 2012, Merck sent Mississippi a letter regarding the deficiencies in those supplemental responses. On October 9, Merck sent Mississippi an e-mail requesting a telephonic meet and confer regarding the discovery deficiencies. Then, on October 19, 2012, the parties had a final telephonic meet and confer

regarding the continued deficiencies in Mississippi's discovery responses. Mississippi committed to serve supplemental responses the following week. On October 26, 2012, Mississippi served its second supplemental Responses to Interrogatories and first supplemental responses to Requests for Admission, which did not cure the deficiencies raised in Merck's continued correspondence to Mississippi.

Dated: November 30, 2012

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

Tarek Ismail
GOLDMAN ISMAIL TOMASELLI
BRENNAN and BAUM, LLP
1 North Franklin Street
Suite 625
Chicago, IL 60606

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

2

## **CERTIFICATE OF SERVICE**

        I hereby certify that the above and foregoing Rule 37 Certificate has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of November, 2012.

                                                    */s/ Dorothy H. Wimberly*
                                                    Dorothy H. Wimberly, 18509
                                                    STONE PIGMAN WALTHER
                                                    WITTMANN L.L.C.
                                                    546 Carondelet Street
                                                    New Orleans, Louisiana  70130
                                                    Phone:  504-581-3200
                                                    Fax:     504-581-3361
                                                    dwimberly@stonepigman.com
                                                     Defendants' Liaison Counsel