UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>    Products Liability Litigation <br><br> This Document Relates to: <br><br> JIM HOOD, ATTORNEY GENERAL, *ex rel.* <br> STATE OF MISSISSIPPI, <br><br>                  Plaintiff, <br><br>    versus <br><br> Merck Sharp & Dohme Corp., <br><br>                 Defendant. <br><br> Case No. 2:05-cv-6755 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE <br> KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Please take notice that Merck Sharp & Dohme Corp.'s Motion to Compel will be submitted on the 16th day of January, 2013, immediately following the monthly status conference scheduled for 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: November 30, 2012                              Respectfully submitted,

                                                                                */s/ Dorothy H. Wimberly*
                                                                                Phillip A. Wittmann, 13625
                                                                                Dorothy H. Wimberly, 18509
                                                                                STONE PIGMAN WALTHER
                                                                                WITTMANN L.L.C.
                                                                                546 Carondelet Street
                                                                                New Orleans, Louisiana 70130
                                                                                Phone: 504-581-3200
                                                                                Fax:   504-581-3361

                                                                                Defendants' Liaison Counsel

1103510v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of November, 2012.

                                               */s/ Dorothy H. Wimberly*
                                               Dorothy H. Wimberly, 18509
                                               STONE PIGMAN WALTHER WITTMANN L.L.C.
                                               546 Carondelet Street
                                               New Orleans, Louisiana  70130
                                               Phone:  504-581-3200
                                               Fax:     504-581-3361
                                               dwimberly@stonepigman.com

                                               Defendants' Liaison Counsel