IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| JIM HOOD, ATTORNEY GENERAL, | * | SECTION L |
|    *ex rel.* | * | |
| STATE OF MISSISSIPPI, | * | JUDGE ELDON E. FALLON |
| | * | |
|                     Plaintiff, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|   versus | * | |
| | * | |
| Merck Sharp & Dohme Corp., | * | |
| | * | |
|                     Defendant. | * | |
| | * | |
| Case No. 2:05-cv-6755 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **[PROPOSED] ORDER ON DEFENDANT'S MOTION TO COMPEL**

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and Plaintiff is compelled to respond to Merck's First Set of Requests to Admit (Requests 11, 13, and 14) and Second Set of Interrogatories (Interrogatories 1-6).

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE