UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   THIRD PARTY PAYOR COMMON BENEFIT FEES

**ORDER**

The Court has received the Law Offices of Eric H. Weinberg's motion for production, or alternatively, for access to Garrett records. (Rec. Doc. 64165). In this motion, which the Central States objectors join in full (Rec. Doc. 64172), Weinberg requests access to time and expense records that had been submitted to Mr. Garrett, the Court's appointed accountant for the Vioxx MDL, by three specific law firms. Additionally, Weinberg requests an opportunity to depose Mr. Garrett regarding those records.

The Fee Allocation Committee does not object to this request, but argues that Weinberg should be required to pay for the material it is requesting, including Mr. Garrett's time. In reply, Weinberg argues that it "should not be taxed with the costs of noncompliance by FAC members with PTO 57." (Rec. Doc. 64176 at 3). The Court will not rule, in the limited context of a motion for production, on the issue of whether the FAC properly complied with the requirements of PTO 57. Instead, the Court holds that the objectors requesting the records will be obligated to pay up front for the materials they are requesting.

Accordingly, IT IS ORDERED that Weinberg's motion to produce (Rec. Doc. 64165) is GRANTED IN PART. Within a reasonable time of this Order, Weinberg (and the Central States objectors) may access to the records submitted to Mr. Garrett by the Herman, Seeger, and Levin

firms and depose Mr. Garrett regarding the contents of those records. IT IS FURTHER ORDERED that the parties requesting these materials shall pay the costs of their production, including reasonable compensation for Mr. Garrett's time.

    New Orleans, Louisiana, this 4th day of December, 2012.

                                                      _____
                                                       UNITED STATES DISTRICT JUDGE