UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Janet Sue Morgan, et al. v. Merck & Co.*, **Case No. 05-496, AS TO JAMES IRA SMITH ONLY**

## ORDER

The Court has received correspondence from James I. Smith requesting a ruling on his objections (Rec. Doc. 56128) to the Special Master's Report and Recommendations (Rec. Doc. 55587) regarding an attorney fee dispute. An examination of the record reveals that the Court issued an Order and Reasons overruling Mr. Smith's objections on June 5, 2012. (Rec. Doc. 63894).

IT IS ORDERED that a copy of that Order and Reasons shall be forwarded to Mr. Smith.

New Orleans, Louisiana, this 4th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

James I. Smith
110 Luther Davis Road
Picayune, MS 39466