UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:**   Case No. 07-2070, *Lloyd Bell v. Merck*

## ORDER

The Court is in receipt of correspondence and documents from Lloyd Bell and/or Dewayne Bell. The Court does not understand the meaning of these documents or why Mr. Bell has forwarded them.

This is the third time the Court has received documents relating to Mr. Bell without any explanation. Mr. Bell is welcome to write a letter or file a motion if he would like to ask the Court to take some action. However, the Court is not able to do anything based on the documents Mr. Bell has sent.

The Court will return the documents to Mr. Bell.

New Orleans, Louisiana, this 29th day of November, 2012.

UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Lloyd Bell
P.O. Box 152861
San Diego, CA 92195

1