UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**This document relates to:** *Elizabeth Alexander*, 07-3147; *Johen Manuel Rodriquez*, 07-3150

## ORDER

The Court previously entered into the record correspondence from an attorney on behalf of two of his clients whose claims were excluded from the Vioxx Settlement Program due to untimely filing of materials. (Rec. Doc. 60482). The attorney indicates that he was led to believe by the Claims Administrator that his clients' claims were being processed, when in fact they were not. The Court entered the correspondence into the record, with copies to Plaintiff's Liaison Counsel, to Defendant's Liaison Counsel, and to the Claims Administrator to take appropriate action on the matter.

Subsequently, the Court was informed that the Claims Administrator has declined to revisit its decision. As stated in a previous Order, the MSA does not provide for direct review by this Court of Claims Administrator decisions of this type, and accordingly, the Court considers the matter to be concluded. (Rec. Doc. 63912).

Another attorney from the same law firm has now contacted the Court again requesting that the Court order BrownGreer to reopen these claims. The Court declines to do so and reiterates its earlier statement that this matter is concluded. (Rec. Doc. 63912).

1

New Orleans, Louisiana, this 29th day of November, 2012.

                                                UNITED STATES DISTRICT JUDGE

Clerk to serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Mr. Robert D. Becker<br>880 Third Avenue<br>New York, NY 10022 |
| Mr. Phillip Wittmann<br>Defendant's Liaison Counsel<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Claims Administrator<br>BrownGreer PLC<br>115 S. 15th St.<br>Suite 400<br>Richmond, VA 23219 |