# Becker & D'Agostino, PC
## Attorneys at Law

880 Third Avenue  
New York, NY 10022

(212) 752-3380  
fax: (212) 593-3807  
email: mdag.esq@verizon.net

November 21, 2012

Hon. Eldon E. Fallon  
United States District Court  
500 Poydras Street  
New Orleans, LA 70130

Re: Claim of Johan Manuel Rodriguez  
Claim of Elizabeth Alexander  
MDL Docket no: *1657*

Honorable Sir;

This office sent correspondence to the court setting forth the basis of our contention that the Claims Administrator led us to believe that our clients' claims were being processed when in fact they were not.

By Order dated January 11, 2011, the Court directed that our said correspondence be entered into the record and forwarded to all Liaison Counsel and to the Claims Administrator "to take appropriate action on the matter."

Since that time, we wrote to the Brown Greer, the Claims Administrator, on a number of occasions requesting that it take action pursuant to the Court's directive. I finally received a telephone call from Jennifer Goodwin, who advised me verbally that Brown Greer is standing by its original denial of the claims. I requested a confirmation in writing, but have not received it to date.

This letter is to respectfully ask the Court to issue a further directive to Brown Greer to reopen the above claims and process them at the earliest time.

I thank you for your time and attention to this matter.

Respectfully,

Robert D. Becker

cc: Brown Greer, LLC