UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| **All Cases Listed On Exhibit A to Pretrial Order 58 (The VTE Cases)** | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONSENT ORDER REGARDING
### DEADLINES FOR *DAUBERT* MOTIONS IN VTE CASES UNDER PTO 58

Considering the parties' joint request for an extension of deadlines for *Daubert* motions in the VTE cases, and upon consideration of the issues, the record in this case, and the applicable law, it is hereby

**ORDERED** that the deadlines for submission of *Daubert* motions regarding the pending VTE cases under PTO 58, as modified by the Court's August 2, 2012 Minute Entry (Rec. Doc. 64028), are extended by approximately two weeks as follows:

- *Daubert* motions due on December 21, 2012.
- Oppositions to *Daubert* motions due January 21, 2013.
- *Daubert* reply briefs due February 1, 2013.

**SO ORDERED.**

NEW ORLEANS, LOUISIANA, this 5th day of December, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE