IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | MDL No. **1657** |
| | ) | Section:  L |
| This document applies to: | ) | |
| *Verie Poole v. Eichholz Law Firm,* | ) | Judge Fallon |
| *P.C. et al*, No. 11-1546 | ) | Mag. Judge Knowles |

## REVISED SCHEDULING ORDER

Considering the parties' joint request for an extension of deadlines, IT IS ORDERED that the deadlines are extended as follows:

- **CLOSE OF ALL DISCOVERY RELATED TO THE ISSUE OF CLASS CERTIFICATION: January 18, 2013**

- **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION DUE: February 22, 2013**

- **DEFENDANTS' RESPONSE TO MOTION FOR CLASS CERTIFICATION DUE: March 22, 2013**

New Orleans, Louisiana, this 5th day of December, 2012.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE