IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> This pleading applies to: <br> Plaintiff for decedent Shirley Tiberio on the <u>Albert Tiberio et al v. Merck & Co Inc. et al</u>, 2:06-cv-01418-EEF-DEK | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

## MOTION FOR DISBURSEMENT OF SETTLEMENT FUNDS FOR DECEDENT SHIRLEY TIBERIO

Come now Carey & Danis, as attorney of record for decedent Shirley Tiberio, and request an order that the principal balance amount of $275,193.42 be dispersed from the registry to Carey & Danis for the surviving heirs of Shirley Tiberio, and in support thereof states:

1. Carey & Danis settled the Vioxx personal-injury case for decedent Shirley Tiberio in the Vioxx settlement program.

2. Merck & Co. did not disperse the settlement funds because of issues with her probate estate.

3. As the attached Order indicates, the probate court resolved these issues and has granted Letters of Administration for Shirley Tiberio's estate. (Attached as Exhibit A).

4. The principal sum initially deposited was $275,193.42.

5. The amount of principal balance to be disbursed is $275,193.42.

115369.1

6. The principal balance should be made payable to Carey & Danis, LLC and mailed to 8235 Forsyth, Suite 1100, St. Louis, Missouri 63105.

Wherefore, Carey & Danis requests that this Court grant the Order that the principal balance be paid to Carey & Danis and for other relief that is just and proper.

                                             CAREY & DANIS, LLC

                                             By  \s\  Francis Flynn
                                                    Jeffrey J. Lowe
                                                    Francis J. "Casey" Flynn
                                                    Attorney for Plaintiffs
                                                    8235 Forsyth, Suite 1100
                                                    St. Louis, Missouri 63105
                                                    (314) 678-3400
                                                    Fax: (314) 678-3401

115369.1

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

\s\ Francis Flynn

115369.1