**BEAVER COUNTY, PENNSYLVANIA**
**REGISTER OF WILLS**
**CERTIFICATE OF GRANT OF LETTERS**
**ADMINISTRATION**

Estate No.: 04-12-01108
Estate Of: TIBERIO SHIRLEY A
 (Last, First, Middle)
Late Of: MIDLAND BOROUGH
Deceased  BEAVER COUNTY
Social Security No: 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



WHEREAS, TIBERIO SHIRLEY A
 (Last, First, Middle)
late of MIDLAND BOROUGH BEAVER COUNTY
died on the 7th day of February 2001 and,

WHEREAS, the grant of Letters of Administration
is required for the administration of the estate.

THEREFORE, I, CAROL RUCKERT FIORUCCI, Register of Wills in and
for BEAVER County, in the Commonwealth of Pennsylvania, have
this day granted Letters of Administration

to: TIBERIO MARK A

who has duly qualified as ADMINISTRATOR(RIX) of the estate
of the above named decedent and has agreed to administer the estate
according to law, all of which fully appears of record in my office at
BEAVER COUNTY COURT HOUSE, BEAVER, PENNSYLVANIA.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal
of my office on the 9th day of November 2012.

*Carol Ruckert Fiorucci*
Register of Wills

CAROL RUCKERT FIORUCCI
Register of Wills & Clerk of Orphans' Court
My Commission Expires First Monday January, 2016

**NOTE** ALL NAMES ABOVE APPEAR (LAST, FIRST MIDDLE)

## COMMONWEALTH OF PENNSYLVANIA - SHORT CERTIFICATE
## COUNTY OF BEAVER



I, *CAROL RUCKERT FIORUCCI*
Register for the Probate of Wills and Granting
Letters of Administration &c. in and for
BEAVER County, do hereby certify that on
the 9th day of November, Two Thousand and
Twelve,
Letters of *ADMINISTRATION*
in common form were granted by the Register of
said County, on the

estate of *TIBERIO SHIRLEY A*, late of *MIDLAND BOROUGH*
(Last, First, Middle)

in said county, deceased, to *TIBERIO MARK A*
(Last, First, Middle)

and that same has not since been revoked.

IN TESTIMONY WHEREOF, I have here unto set my hand and affixed the seal of said office at BEAVER, PENNSYLVANIA, this 9th day of November Two Thousand and Twelve.

File No. *04-12-01108*
Date of Death *2/07/2001*
S.S. # *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*

_____
Register Of Wills

**CAROL RUCKERT FIORUCCI**
Register of Wills & Clerk of Orphans' Court
My Commission Expires First Monday January, 2016

## PETITION FOR PROBATE AND GRANT OF LETTERS

**REGISTER OF WILLS OF** Beaver **COUNTY, PENNSYLVANIA**

Estate of Shirley A. Tiberio

also known as _____ Deceased

File Number _____

Social Security Number _____

Petitioner(s), who is/are 18 years of age or older, apply(ies) for:
(COMPLETE 'A' or 'B' BELOW)

☐ A. Probate and Grant of Letters Testamentary and aver that Petitioner(s) is/are the _____ named in the last Will of the Decedent dated _____ and codicil(s) dated _____.

(State relevant circumstances, e.g., renunciation, death of executor, etc.)

After the execution of the documents offered for probate: Decedent did not marry; was not divorced; was not a party to a pending divorce proceeding wherein grounds for divorce had been established as provided in 23 Pa. C.S.A. § 3323 (g); did not have a child born or adopted; was not the victim of a killing; and was never adjudicated an incapacitated person, except as follows:

☒ B. Grant of Letters of Administration   for litigation purchases only
(if applicable, enter c.t.a., d.b.n.c.t.a., pendente lite, durante absentia, durante minoritate)

Petitioner(s), after a proper search, has/have ascertained that Decedent left no Will and was survived by the following spouse (if any) and heirs (if Administration, c.t.a. or d.b.n.c.t.a., enter date of Will on Section A above and complete list of heirs); was not the victim of a killing; was never adjudicated an incapacitated person, and was not a party to a pending divorce proceeding wherein grounds for divorce had been established as provided in 23 Pa. C.S.A. § 3323 (g); except as follows: None

| Name | Relationship | Residence |
|---|---|---|
| Albert A. Tiberio | husband | 824 Penn Avenue, Midland, PA 15059 |
| Mark A. Tiberio | son | 824 Penn Avenue, Midland, PA 15059 |

(COMPLETE IN ALL CASES.) Attach additional sheets if necessary.

Decedent was domiciled at death in Beaver County, Pennsylvania with his/her last principal residence at 824 Penn Avenue, Midland, PA 15059
(List street address, town/city, township, county, state, zip code)

Decedent, then 62 years of age, died on Feb. 7th, 2001 at _____.

Decedent at death owned property with estimated values as follows:
- (If domiciled in PA) All personal property   $ _____
- (If not domiciled in PA) Personal property in Pennsylvania   $ _____
- (If not domiciled in PA) Personal property in County   $ _____
- Value of real estate in Pennsylvania   $ _____

situated as follows:

Wherefore, Petitioner(s) respectfully request(s) the probate of the last Will and Codicil(s) presented with this Petition and the grant of Letters in the appropriate form to the undersigned.

| Signature | Typed or printed name and residence |
|---|---|
|  | Mark A. Tiberio |
|  | 824 Penn Avenue |
|  | Midland, PA 15059 |

Form RW-02 Rev. 12-28-2010 (reform form, pending action by the Court)   Copyright (c) 2010 form software only The Lackner Group, Inc.   Page 1 of 2

Tiberio - Grant of Letter Beaver.max

# Oath of Personal Representative

COMMONWEALTH OF PENNSYLVANIA  
COUNTY OF Beaver } ss.

The Petitioner(s) above-named swear(s) or affirm(s) that the statements in the foregoing Petition are true and correct to the best of the knowledge and belief of Petitioner(s) and that, as personal representative(s) of the Decedent, Petitioner(s) will well and truly administer the estate according to law.

Sworn to or affirmed and subscribed

before me this _____ day of _____

_____  
For the Register

_____  
Signature of Personal Representative

_____  
Signature of Personal Representative

_____  
Signature of Personal Representative

File Number: _____

Estate of **Shirley A. Tiberio**, Deceased

Social Security Number: _____   Date of Death: **February 7th, 2001**

AND NOW, _____, in consideration of the foregoing Petition, satisfactory proof having been presented before me, IT IS DECREED that Letters **Letters of Administration** are hereby granted to **Mark A. Tiberio**

and that the instrument(s) dated **n/a** _____ in the above estate described in the Petition be admitted to probate and filed of record as the last Will (and Codicil(s)) of Decedent.

☐  
☐

**FEES**

| | |
|---|---|
| Letters........................ $ | |
| Short Certificate(s)....... $ | Register of Wills |
| Renunciation(s)............ $ | Attorney Signature: _____ |
| ........................ $ | Attorney Name: Joseph S. Bellissimo |
| ........................ $ | Supreme Court I.D. No.: 70897 |
| ........................ $ | Address: 120 Fourth Street |
| ........................ $ | Ellwood City, PA 16117 |
| ........................ $ | |
| ........................ $ | Telephone: 724-758-5544 |
| ........................ $ | |
| TOTAL...................... $ | |

Form RW-02 Rev. 10-13-2005

Copyright (c) 2005 form software only The Lackner Group, Inc.

Page 2 of 2

Tiberio - Grant of Letter Beaver.max