IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> This pleading applies to: <br> Plaintiff for decedent Shirley Tiberio on the <u>Albert Tiberio et al v. Merck & Co Inc. et al</u>, <u>2:06-cv-01418</u>-EEF-DEK | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

CERTIFICATION BY COUNSEL FOR DECEDENT SHIRLEY TIBERIO

The undersigned counsel hereby certifies that the motion for disbursement of registry funds accompanied a proposed order has been submitted to the Clerk of the district court for review.

                              Carey & Danis, LLC

                    By \s\ Francis Flynn
                              Francis J. "Casey" Flynn
                              Attorney for Plaintiffs
                              8235 Forsyth, Suite 1100
                              St. Louis, Missouri 63105
                              (314) 678-3400
                              Fax: (314) 678-3401

54855.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

\s\ Francis Flynn

54855.1