**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:  VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to All Cases** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MONTHLY STATUS CONFERENCE**
**DECEMBER 11, 2012**
**SUGGESTED AGENDA**

I.      Class Actions

II.     Government Actions

III.    Third Party Payor

IV.    Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

V.     Other Pending Motions/Matters

VI.    Appeals

VII.   Next Status Conference

1108751v1