UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>All Actions | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**NOTICE OF FILING OF
[PROPOSED] DECISION DISTRIBUTING THIRD PARTY
PAYOR COMMON BENEFIT FUND AND
SUMMARY OF VIOXX TPP COMMON BENEFIT SUBMISSION
AND FINAL PROPOSED ALLOCATION – 12/10/2012**

PLEASE TAKE NOTICE that the TPP Fee Allocation Committee ("FAC") files the attached [Proposed] Decision Distributing Third Party Payor Common Benefit Fund and Summary of Vioxx TPP Common Benefit Submission and Final Proposed Allocation – 12/10/2012.

Dated: December 11, 2012

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman
**Herman, Herman & Katz, L.L.C.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024
rherman@hhklawfirm.com

/s/ Elizabeth Cabraser
Elizabeth Cabraser
**Lieff Cabraser Heimann & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com

1

2

/s/ Christopher A. Seeger
Christopher A. Seeger
**Seeger Weiss LLP**
77 Water Street
New York, NY 10005
Telephone: (212) 584-0700
cseeger@seegerweiss.com

/s/ Thomas M. Sobol
Thomas M. Sobol
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com

/s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
**Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: (800) 898-2034
Fax: (334) 954-7555
andy_birchfield@beasleyallen.com

/s/ James Dugan
James Dugan
**Dugan Law Firm**
One Canal Place
Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*The TPP Fee Allocation Committee*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Ann B. Oldfather and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 11th day of December, 2012.

    /s/ Leonard A. Davis
    Leonard A. Davis, Esq. (#14190)
    Herman, Herman & Katz, L.L.C.
    820 O'Keefe Avenue
    New Orleans, LA  70113
    Ph:  (504) 581-4892
    Fax:  (504) 561-6024
    ldavis@hhklawfirm.com