**MINUTE ENTRY**
**FALLON, J.**
**DECEMBER 12, 2012**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| *Poole v. Eichholz Law Firm, PC et al.* : | JUDGE FALLON |
| No. 11-1546 : | MAG. JUDGE KNOWLES |
| : | |

    On this date, a telephone status conference was held with Judge Eldon E. Fallon. Mark Tate and Dorian Britt participated on behalf of the Plaintiffs. Joe Coomes participated on behalf of Defendant Eichholz Law Firm. Jonah Flynn participated on behalf of Defendant Pacific Legal Funding. The parties discussed the status of the case.

    IT IS ORDERED that a telephone status conference shall be held in this matter on Wednesday, March 6, 2013 at 3:30 p.m. The Court will initiate the call.

JS10(00:09)