UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**   *LaDonna King v. Merck & Co., Inc.*, No. 06-10270

### ORDER

The Court has received Merck's motion to show cause why Plaintiff LaDonna King's case should not be dismissed for failure to prosecute. (Rec. Doc. 64013). Previously, this Court issued an Order (Rec. Doc. 64143) granting Plaintiff's counsel's motion to withdraw (Rec. Doc. 64006) after counsel reported difficulty contacting Ms. King. The Court also ordered that Ms. King show cause by December 11, 2012 why her case should not be dismissed with prejudice. (Rec. Doc. 64143).

Since then, nothing has been filed with this Court or served upon Liaison Counsel. Furthermore, neither Ms. King nor any representative appeared on her behalf at the Monthly Status Conference on December 11, 2012.

Accordingly, IT IS ORDERED that Ms. King's case is DISMISSED WITH PREJUDICE.

      New Orleans, Louisiana, this 17th day of December, 2012.

                                              UNITED STATES DISTRICT JUDGE

Clerk to serve:

LaDonna King
227 W. Penn St.
Bedford, PA 15522