"Certification of Funds in the Registry"

PRINCIPAL: $275,193.42

Financial Deputy: _KKay_  Date: 12-10-12

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> This pleading applies to: <br> Plaintiff for decedent Shirley Tiberio on the <u>Albert Tiberio et al v. Merck & Co Inc. et al</u>, 2:06-cv-01418-EEF-DEK | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

### ORDER

The clerk is authorized and directed to draw a check (or checks) on the funds on deposit in the registry of this court in the principal amount of $275,193.42 plus all interest earned less the assessment fee for the administration of funds, (or state other instruction regarding interest), payable to Carey & Danis, LLC, 8235 Forsyth, Suite 1100 St. Louis, Missouri 63105.

SO ORDERED:

_____
Judge Fallon

115368.1