**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL No. 1657** |
| | **SECTION L** |
| **This Document Relates to:** | |
| | **JUDGE ELDON E. FALLON** |
| ***Commonwealth of Pennsylvania by Thomas W. Corbett Jr., Attorney General vs. Merck & Co., Inc.; Case No. 09-2861*** | **MAGISTRATE JUDGE KNOWLES** |

**MOTION FOR ORDER IMPOSING A COMMON BENEFIT OBLIGATION
UPON THE RECOVERY ON THE COMMONWEALTH OF PENNSYLVANIA
ATTORNEY GENERAL'S CLAIMS ASSERTED AGAINST
MERCK SHARP & DOHME CORP. PENDING IN THIS MDL**

The Plaintiffs' Steering Committee and Government Action Liaison Counsel (hereinafter "PSC") respectfully move this Honorable Court for entry of an Order imposing a common benefit fee on the recovery in all actions brought by the Attorney General of the Commonwealth of Pennsylvania (hereinafter "Commonwealth") against Merck Sharp & Dohme Corp. (hereinafter "Merck") pending in this MDL and the subject of the Court-sponsored mediation.

The mediation program conducted by the Special Master was begun pursuant to an Order of this Court dated July 9, 2012 (Doc. No. 63823). The Court directed the five Government Actions under the Court's jurisdiction (Alaska, Mississippi, Montana, Utah and the Commonwealth) to proceed on three concurrent tracks in the MDL- discovery, mediation or other resolution, and motion practice. On or about October 22, 2012, Special Master Patrick A. Juneau (hereinafter "Special Master") was able to successfully mediate a settlement between Merck and the Commonwealth. As is more fully set forth in the attached Memorandum in Support, the PSC submits that the private attorneys for and/or the Commonwealth, plaintiff in a Government Action subject to PTO 39 (Case Management Schedule for Government Actions,

April 30, 2009), PTO 39A Government Action Discovery and Remand/Transfer Scheduling Order (except for *State of Louisiana ex rel. Caldwell v. Merck & Co., Inc*, Case No. 05-3700) June 28, 2010), 39B (Amendment of Pleadings, Discovery, and Remand/Transfer Scheduling Order for Remaining Government Action Cases, June 5, 2012), and the Order dated May 9,2012 (Rec. Doc. 63823) are properly subject to assessment and payment of a common benefit fee in consideration for the benefits directly conferred upon the Commonwealth and/or its private counsel by the MDL, under the long-established equitable common benefit doctrine that has been consistently applied to all parties and all actions in these MDL proceedings.  There is a direct nexus between the PSC's work product and work, and the settlement of the Commonwealth's MDL case. Every other Government Action entity under the jurisdiction of this Court (Alaska, Mississippi, Montana, and Utah), as well as the Commonwealth of Kentucky, whose case has been remanded, has contractually agreed to a common benefit fee of 6.5% to be paid to the PSC. The common benefit work the PSC has undertaken, particularly in discovery and in the organization of the Government Actions, created the mechanism and motive for settlement, and the PSC is, thus, entitled to a common benefit fee.

Respectfully submitted,

Dated: December 19, 2012          By:     /s/ Leonard A. Davis
                                          Russ M. Herman (Bar No. 6819)
                                          Leonard A. Davis (Bar No. 14190)
                                          Stephen J. Herman (Bar No. 23129)
                                          Herman, Herman & Katz, L.L.P.
                                          820 O'Keefe Avenue
                                          New Orleans, Louisiana 70113
                                          Telephone: (504) 581-4892
                                          Facsimile: (504) 561-6024

                                          PLAINTIFFS' LIAISON COUNSEL

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN, PORTIS
 & MILES, P.C.
234 Commerce Street
Montgomery, AL 36103 4160
(800) 898-2034 (telephone)
(334) 954-7555 (fax)
**Co-Lead Counsel**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (fax)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71301
(318) 487-9874 (telephone)
(318) 561-2591 (fax)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (fax)

Elizabeth J. Cabraser, Esquire
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008  (fax)
**On the Brief**

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028  (fax)

Gerald E. Meunier, Esquire GAINSBURGH,
BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Arnold Levin, Esquire
Fred S. Longer, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663  (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (fax)

Shelly A. Sanford, Esquire
Sanford Pinedo LLP
2016 Bissonnet Street
Houston, Texas 77005
(713) 524-6677 (telephone)
(713) 524-6611 (fax)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
(337)494-7171 (telephone)
(337) 494-7218 (fax)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA  92660
(949) 720-1288 (telephone)
(949) 720-1292 (fax)

Dawn M. Barrios, Esq. (Bar No. 2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
(504) 524-3300 (telephone)
(504) 524-3313 (fax)
**Government Action Liaison Counsel**
**On the Brief**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Liaison Counsel, Philip Wittmann, by U.S mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this  19th day of  December, 2012.

/s/ Leonard A. Davis
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman & Katz, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
