UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| THIRD PARTY PAYOR COMMON | * | MAG. JUDGE KNOWLES |
| BENEFIT FEES | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | December 20, 2012 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

NOW COME the Law Offices of Eric H. Weinberg ("Weinberg"), through undersigned counsel, and move for leave to file the attachments supporting his response to the FAC's Proposed Decision under seal, upon showing that the attachments were drawn from documents which are themselves under seal.


/s/ Robert E. Arceneaux                              /s/ Margaret E. Woodward
_____     _____
Robert E. Arceneaux, La Bar No. 01199       MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                      No.13677
47 Beverly Garden Drive                              3701 Canal Street, Suite C
Metairie, LA 70001                                       New Orleans, Louisiana  70119
(504) 833-7533 office                                   (504) 301-4333 office
(504) 833-7612 fax                                       (504) 301-4365 fax
rea7001@cox.net                                          mewno@aol.com


Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office

(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Law Offices of Eric Weinberg

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading, *sans* attachments, has been served by e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, December 20, 2012.

_____s/Margaret Woodward_____