UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO TPP | * | MAG. JUDGE KNOWLES |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | December 20, 2012 |
| Pascal F. Calogero, Jr. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On the above and foregoing motion,

**IT IS ORDERED** that the Law Offices of Eric Weinberg be and it is hereby given leave to file under seal the attachments to its Response to Proposed Decision.

New Orleans, Louisiana, this _____ day of December, 2012.

_____
JUDGE