UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| **This Document Relates to** | * | JUDGE FALLON |
| **Cases Listed on Exhibit A to this Motion** | * | |
| | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO PRECLUDE CERTAIN TESTIMONY OF
### MARK A. CROWTHER, M.D., AND THE TESTIMONY OF JOHN P. KRESS, M.D.

Plaintiffs, through undersigned counsel, and pursuant to Federal Rules of Evidence 702 and 703, hereby move to preclude certain testimony of Merck's two expert witnesses, Mark A. Crowther, M.D. and John P. Kress, M.D.  A Memorandum in Support of this Motion is filed herewith.

### NOTICE OF SUBMISSION

This Motion shall stand submitted as of the next hearing date in this action, February 26, 2012, at 2:00 pm.

Respectfully submitted,

/s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Certain Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Preclude Certain Testimony of Mark A. Crowther, M.D., and the Testimony of John P. Kress, M.D. has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of December, 2012.

/s/ Ann B. Oldfather
Ann B. Oldfather