UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to | * | JUDGE FALLON |
| Cases Listed on Exhibit A to the | * | |
| Memorandum in Support | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Motion having been made by Plaintiffs, and the Court having reviewed the memoranda of the parties,

**IT IS HEREBY ORDERED** that the opinions of Mark A. Crowther, M.D. identified in Plaintiffs' Motion to Preclude Testimony and the testimony of John P. Kress, M.D. are hereby precluded from being offered in support of the issue of general causation of VTEs by the dug Vioxx.

So ordered.

New Orleans, Louisiana, this __ day of _____, 2013.

                                                           Eldon E. Fallon
                                                           United State District Judge