UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

# DECLARATION OF MARK A. CROWTHER, MD, MSc, FRCPC

My name is Mark A. Crowther, MD, MSc, FRCPC. I am a Professor and past Chair of the Division of Hematology and Thromboembolism at McMaster University. In my clinical practice I treat patients with the broad range of benign hematologic diseases and have a large practice in the management of venous thromboembolism including deep vein thrombosis and pulmonary embolism. For additional information regarding my educational background, training and research, please refer to my curriculum vitae. I am over twenty-one years of age, am of sound mind, and have never been convicted of a felony.

It is my opinion that there is no reliable scientific evidence that Vioxx (rofecoxib) increases the risk of VTE. The reasons for my opinion are contained in my expert report, which is attached hereto as Exhibit 1 and incorporated herein.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED ON THIS 25th day of October, 2011.

Mark A. Crowther, MD, MSc, FRCPC

2

# EXHIBIT 1

# HAMILTON REGIONAL LABORATORY MEDICINE PROGRAM

## Mark A Crowther, MD, MSc, FRCPC

**Professor of Medicine & Pathology and Molecular Medicine**
**Leo Pharma Chair in Thromboembolism Research**
**Academic Division Director, Hematology & Thromboembolism**
McMaster University
**Acting Executive Lead for Research**
St Joseph's Healthcare, Hamilton
**Chief of Laboratory Medicine and Director**
Hamilton Regional Laboratory Medicine Program
**Career Investigator**
Heart and Stroke Foundation of Ontario

**Introduction:** I am a Professor and past Chair of the Division of Hematology and Thromboembolism at McMaster University. In this capacity I supervised a large academic department that has a particular academic focus on thromboembolism. My principal research and clinical interests focus on benign hematologic diseases including thromboembolism: I have more than 240 peer-reviewed publications, 400 invited national and international presentations and currently hold peer-reviewed grants focusing on thromboembolic disease. In my clinical practice I treat patients with the broad range of benign hematologic diseases and have a large practice in the management of venous thromboembolism (VTE) including deep vein thrombosis (DVT) and pulmonary embolism (PE). My particular focus is on patients with unusual causes of VTE and patients who have difficult to control anticoagulant therapy. I maintain a large clinical practice including both an outpatient clinic and coverage of a consultative inpatient hematology and thromboembolism service at 3 different hospital sites. In addition to these responsibilities I hold a Career Investigator Award from the Heart and Stroke Foundation of Ontario and am Chief of Laboratory Medicine for the Hamilton Regional Laboratory Medicine Program. I am also the Acting Executive Lead for Research at St Joseph's Healthcare in Hamilton. For additional information, see my Curriculum Vitae, attached as Exhibit A.

**Background: Venous thromboembolism:** VTE is a "catch all phrase" for a group of diseases with the common theme of blood clots forming in the veins with the potential (in most cases) for embolism to the lungs. DVT is the most common type of VTE and although it may occur in any deep vein in the body it most commonly occurs in the deep veins of the legs. DVT may embolize to the lungs, producing a PE. Although DVT can produce both short and long-term complications these complications are rarely life-threatening and are amenable to relatively straightforward treatment. PE frequently produces dramatic presentations with chest pain and shortness of breath, and may be associated with the development of pulmonary hypertension and ultimately may be fatal. DVT and PE are effectively treated with anticoagulants. Treatment generally consists of an initial course of a parenteral agent administered intravenously or by subcutaneous injection overlapped with the administration of warfarin which is a tablet





Dr M Crowther Medicine Professional Corporation
Room L301-2 - 50 Charlton Ave East, Hamilton, Ontario, Canada, L8N 4A6
P: 905 521 6024 F: 905 540 6568 email: crowthrm@mcmaster.ca
October 25, 2011 (12:14PM)

blood thinner. Warfarin is the usual oral blood thinner (although alternates are becoming available). Warfarin is somewhat inconvenient to use due to the need for frequent blood testing and variability in its dose-response however it is highly effective with few side effects except for bleeding. Generally, a DVT or PE occurring in the setting of an identifiable and transient risk factor will be treated with anticoagulants for 3 months. VTE occurring in the setting of a persistent strong risk factor (such as cancer) will be treated with indefinite duration therapy and VTE occurring in other settings is usually treated for a minimum of 3 months (1).

The risk of VTE increases with age. The annual risk of unprovoked thromboembolism is about one in 10,000 at the age of 20 and one in 1000 at the age of 65. This translates into a significant morbidity and mortality risk – it is suggested that over 900,000 incident or recurrent VTE events occur in the United States annually. Risk factors, among others, for thrombosis include past history of VTE, use of estrogen (and progesterone) containing hormonal agents (including the birth control pill), fractures and other traumatic injuries, immobilization, surgery (especially orthopaedic surgery), recent hospitalization, cancer, hereditary and acquired thrombophilic states and other conditions associated with one or more of vascular inflammation, vascular stasis and hypercoagulability (also known as Virchow's triad) (1). A significant proportion of patients with VTE present with no or only weak risk factors; such patients are referred to as having "idiopathic" VTE. In an "average" practice about 40% of VTE episodes will have no identified precipitant and 60% will be associated with one or more risk factors (1).

**Venous and arterial thromboembolism:** Venous and arterial thromboembolism are commonly confused in the lay literature. Biologically, however, they are distinct disorders with different pathophysiologies. Arterial thrombosis occurs in high flow settings with the seminal involvement of platelet/endothelial interactions resulting in "white clots" which are characterized by platelet and fibrin deposits with minimal red cell entrainment. VTE generally occurs in low flow settings, does not seminally involve platelet activation and is much more dependent on the activity of the "protein" component of the coagulation cascade. Evidence for the divergence in the cause, treatment and prevention of venous and arterial thrombosis is clearly demonstrated by the high-quality evidence supporting the utility of specific and different treatments for venous and arterial thrombosis. Thus, and for example, potent platelet inhibition with aspirin or other agents such as clopidogrel is very effective for the prevention of many forms of first and recurrent arterial thrombosis (for example, in association with cerebrovascular disease or coronary artery disease) but are relatively ineffective for the prevention of first or recurrent venous disease (2;3). On the other hand, agents such as warfarin which potently inhibit the protein component of coagulation are highly effective

2 | Page

for the prevention of first and recurrent VTE but are less effective for the prevention of typical arterial diseases such as cerebrovascular disease and some forms of coronary artery disease. In atrial fibrillation (a disease which is due to stasis in an area of low flow, the left atrium) there is clear evidence that warfarin is superior to the combination of aspirin + clopidogrel (4;5).

The differences in treatment response are attributable to the different biologies of clotting in the venous and arterial circulation. As mentioned, arterial thrombosis generally begins at sites of vascular injury or exposure of subendothelial matrix where binding of von Willebrand's factor to the subendothelial matrix is followed by platelet adhesion, shape change, release of platelet granular contents with subsequent recruitment of additional platelets and secondary activation of the coagulation cascade. Platelet function inhibitors reduce arterial thrombosis because they are able to reduce recruitment of platelets beyond the initial adhesion at sites of vascular injury. Thus, aspirin (by irreversibly blocking the cyclooxygenase enzyme), clopidogrel, ticlopidine and prasugrel (by blocking ADP dependent platelet activation), and GPIIb/IIIa antagonists (which block their namesake proteins) all inhibit platelet activation and thus are effective for the prevention of arterial thrombosis. Although aspirin has been shown to prevent VTE in certain patient populations, it is less effective than warfarin and other oral anticoagulants (6). VTE generally occurs in the setting of a low flow state, often times in areas of turbulent flow such as at venous valve cusps. Initial activation of coagulation on endothelial cells results in the deposition of a red cell rich, fibrin rich and relatively platelet poor clot. Inhibitors of the coagulation cascade such as warfarin, dabigatran and rivaroxaban are highly effective for the treatment and prevention of VTE because they are able to block magnification of the activation of the protein component of coagulation. None of these agents have a significant, direct antiplatelet effect and, as a result, none of these agents has a role in the acute treatment of arterial thrombosis.

As noted, the risk factors for venous and arterial thrombosis are very different. Strong risk factors for arterial thrombosis (such as hypertension, hyperlipidemia, smoking, diabetes) are, at best, very weak risk factors for VTE. Use of estrogen containing drugs, immobilization, surgery, and all of the common thrombophilic states are risk factors for VTE but are, at best, very weak risk factors for arterial thrombosis.

I have been asked to assess the relationship, if any, between the use of rofecoxib and the occurrence of VTE.  Thus, since venous and arterial thromboembolism are distinct disease states epidemiologically, pathophysiologically, and therapeutically, I will confine my further comments to a discussion of VTE.

**COX-2 inhibition and its role in venous thrombosis:** I have been asked to address whether rofecoxib, a specific inhibitor of the cyclooxygenase-2 (COX-2) enzyme, plays a role in the pathogenesis of venous thrombosis. In preparing this statement, and in addition to the various sources and references I have considered over the course of my career, I have reviewed materials discussing the results of various experiments utilizing rofecoxib. These included *ex vivo* experiments, animal experiments and human experiments. A list of materials reviewed is attached as Exhibit B, although simply because a reference is listed does not necessarily mean I agree with all the statements contained in the reference.

In considering this question it is first important to understand if rofecoxib could have any impact on venous physiology. COX-2 inhibitors such as rofecoxib exert their biological activity through their effects on local COX-2. In the absence of local COX-2, COX-2 inhibitors cannot exert biological effects. Thus, to impact venous physiology, one would both need to demonstrate the presence of COX-2 in native venous vasculature and secondarily demonstrate that inhibition of COX-2 leads to localized procoagulant changes in the venous vasculature.

To my knowledge, based on a thorough review of the available literature, there is no evidence that COX 2 is expressed in native venous endothelial cells in the human body, even in patients with advanced atherosclerotic disease. This is perhaps best shown by Bishop-Bailey and colleagues (7) who demonstrate the absence of COX-2 in isolated venous segments that are fresh. Subsequent expression is seen in experimentally-manipulated venous segments that are maintained *ex vivo* for 48 hours. This suggests that the *in vivo* effect of COX-2 inhibition in venous segments is minimal at most. Other investigations report similar results (8).

To assess the clinical effects of a medication, the gold standard evaluation is the randomized, blinded, placebo-controlled, clinical trial. In large clinical trials DVT is an easily detected and important clinical outcome. It is routinely reported as an adverse event in registration studies, and thus the large rofecoxib trials reported VTE including DVT and PE. My research group has performed a systematic review of the published literature describing the rate of VTE in patients allocated to rofecoxib or placebo. This analysis has been accepted to the 2011 American Society of Hematology meeting as an abstract. In this analysis, we identified all published English language studies in which rofecoxib was compared with placebo, irrespective of the primary outcome of the study. Only placebo controlled trials were included in the review as NSAIDs (the comparator in many rofecoxib studies) may have thrombotic effects. We also limited studies to those with 3 or months of follow-up since we presume that the effects of rofecoxib on the coagulation system would take time to develop. Two reviewers assessed study

4 | Page

eligibility, with disagreements resolved by consensus. Pooled incidence rates were calculated from the reported number of VTEs and total person years at risk. The search strategy identified 1339 papers. After review, a total of 15 studies in 14 populations met inclusion criteria. In 15160 (9217 person years follow up) patients allocated to refocoxib there were 8 VTEs reported, compared with 9 VTEs in 13147 (9092 person years) patients allocated to placebo (relative risk 0.87, 95% CI 0.29-2.56, p = NS). The estimated incidence of VTE was 86.8 per 100,000 (95% CI 37.5 -171.2) person years with rofecoxib, and 99.1 per 100,000 person years with placebo (95% CI 45.3 – 188). This difference is statistically insignificant (p=0.78). Our findings suggest that there is no increase in the risk of VTE with rofecoxib use when similar patients receive either rofecoxib or placebo.

In addition to the published data referred to above, I am also aware that Merck & Co., Inc. provided to the FDA in March of 2004 (9) a pooled analysis of cardiovascular thrombotic events in the Phase IIb to Phase V randomized clinical trials of rofecoxib that were at least four weeks in duration. Events were adjudicated by panellists who were unaware of treatment assignment. There were 2 venous thromboembolic events in 7296 patients (3019 person years) randomized to rofecoxib and 4 events in 4848 patients (2801 person years) in patients randomized to placebo (Table 14). These results confirm that rofecoxib use is not associated with an increase in the risk of venous thrombosis.

There are published retrospective observational studies that have examined the association between rofecoxib and VTE. Because of their inherent limitations, including the lack of randomization, it is probable that these studies are biased. Data from prospective, placebo controlled studies provide the most accurate and reliable scientific data regarding the risk of venous thrombosis in rofecoxib-treated patients. Observational studies are hypothesis-generating and incapable of speaking to causality.

In 2003, Layton et al. (10) found that rofecoxib had a decreased risk of VTE compared to meloxicam (relative risk 0.29, 95% CI 0.11-0.78) using prescription event monitoring data from England. In 2005, Kasliwal et al. (11) found no difference in VTE risk between rofecoxib and celecoxib using the same database.

Most recently, in 2011, using the Danish National Patient Registry, Schmidt et al. (12) found that rofecoxib (along with other traditional and COX-2 selective NSAIDs) were associated with an increased risk of VTE in users compared with non-users. As with all observational studies, this study could not control for a variety of potential confounders. For example, the authors could not control for indication bias (the reason patients would have received an NSAID). Some indications (such as cancer associated pain)

5 | Page

would both cause use of NSAIDs and increase the risk of venous thrombosis. The analysis conducted cannot properly control for these measured and unmeasured biases. The authors also could not control for other unmeasured variables such as limitations in mobility, body size, and genetic predisposition, among others, that are known to increase the risk of VTE. Further, this Danish database of VTE events is not a reliable database as other authors have found that many of the VTE events in the database (based on ICD coding of discharge diagnoses) could not be confirmed (13). Finally, it is notable that the authors did not find robust differences among the NSAIDs studied which suggests that any theoretical risk would not be dependent on selective COX-2 inhibition. As a result, because of these inherent limitations, this study is not reliable evidence that rofecoxib increases the risk of VTE, and indeed the authors recognize that their data cannot support an inference of causality.

It is important to note and understand that the clinical trials examining rofecoxib enrolled patients likely to be at high risk of VTE. Immobilization, inflammatory disorders and malignancy are all associated with an enhanced risk of VTE. Thus, it is not surprising that patients allocated to rofecoxib and placebo therapies did develop VTE in the contributing trials, albeit not at rates higher than the expected background rate.

Thus and in summary, VTE is a common potentially serious medical illness. It is biologically distinct from arterial thrombosis having unique causes and treatments. Focusing specifically on rofecoxib there is a singular lack of evidence that COX-2 is present in fresh endothelial cells derived from the human venous vasculature and furthermore there is a singular lack of evidence supporting an association between rofecoxib use and VTE in the large randomized, placebo-controlled clinical trials. Although there is no doubt that patients in rofecoxib studies did develop VTE it occurred at a rate consistent with that expected based on literature evidence and the rate of events was similar when patients allocated to rofecoxib were compared with patients allocated to placebo. It is my opinion that there is no reliable scientific evidence that rofecoxib increases the risk of VTE.

The above opinions are my own and I hold them to a reasonable degree of medical probability. I also reserve the right to supplement this report based on additional information that becomes available, and to respond to the testimony of others. A list of testimony I have provided in the last four years is attached as Exhibit C. Finally, my hourly rate is 500 USD per hour.

Yours sincerely

Mark Crowther

## Reference List

(1) Kearon C, Kahn SR, Agnelli G, Goldhaber S, Raskob GE, Comerota AJ. Antithrombotic therapy for venous thromboembolic disease: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines (8th Edition). Chest 2008; 133(6 Suppl):454S-545S.

(2) Geerts WH, Bergqvist D, Pineo GF, Heit JA, Samama CM, Lassen MR et al. Prevention of venous thromboembolism: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines (8th Edition). Chest 2008; 133(6 Suppl):381S-453S.

(3) Becker RC, Meade TW, Berger PB, Ezekowitz M, O'Connor CM, Vorchheimer DA et al. The primary and secondary prevention of coronary artery disease: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines (8th Edition). Chest 2008; 133(6 Suppl):776S-814S.

(4) Albers GW, Amarenco P, Easton JD, Sacco RL, Teal P. Antithrombotic and thrombolytic therapy for ischemic stroke: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines (8th Edition). Chest 2008; 133(6 Suppl):630S-669S.

(5) Connolly S, Pogue J, Hart R, Pfeffer M, Hohnloser S, Chrolavicius S et al. Clopidogrel plus aspirin versus oral anticoagulation for atrial fibrillation in the Atrial fibrillation Clopidogrel Trial with Irbesartan for prevention of Vascular Events (ACTIVE W): a randomised controlled trial. Lancet 2006; 367(9526):1903-1912.

(6) Gent M, Hirsh J, Ginsberg JS, Powers PJ, Levine MN, Geerts WH et al. Low-molecular-weight heparinoid orgaran is more effective than aspirin in the prevention of venous thromboembolism after surgery for hip fracture. Circulation 1996; 93(1):80-84.

(7) Bishop-Bailey D, Pepper JR, Haddad EB, Newton R, Larkin SW, Mitchell JA.

Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. Arteriosclerosis, Thrombosis and Vascular Biology 1997; 17(9):1644-1648.

(8) Ost M, et al., "Expression of mRNA for Phospholipase A2, Cyclooxygenases, and Lipoxygenases in Cultured Human Umbilical Vascular Endothelial and Smooth Muscle Cells and in Biopsies from Umbilical Arteries and Veins," J Vasc Res 1998;35: 150-155.

(9) Merck & Co., Inc., "Ind 46,894: Vioxx - Information Amendment - Clinical, Updated Cardiovascular Pooled Anlaysis" dated March 22, 2004.

(10) Layton D, et al., "Comparison of the Incidence Rates of Thromboembolic Events Reported for Patients Prescribed Rofecoxib and Meloxicam in General Practice in England Using Prescription-event Monitoring (PEM) Data," Rheumatology 2003;42: 1-12.

(11) Kasliwal R, et al. "A Comparison of Reported Gastrointestinal and Thromboembolic Events Between Rofecoxib and Celecoxib Using Observational Data," Drug Safety 2005;28(9): 803-816.

(12) Schmidt M., et al., "Non-steroidal anti-inflammatory drug use and risk of venous thromboembolism," Journal of Thrombosis and Haemostasis 2011;9: 1326-33.

(13) Severinsen MT, et al., "Venous thromboembolism discharge diagnoses in the Danish National Patient Registry should be used with caution," Journal of Clinical Epidemiology 2010;63: 223-228.

DR. CROWTHER'S EXTENSIVE *CURRICULUM VITAE* IS NOT ATTACHED.  THE BASIS OF THE LACK OF QUALIFICATIONS AND EXPERTISE IS LIMITED TO DR. CROWTHER'S DEPOSITION CONCESSIONS, AND CONSEQUENTLY DOES NOT INVOLVE WHAT MIGHT OR MIGHT NOT BE CONTAINED IN HIS *CURRICULUM VITAE.*

A FULL COPY OF HIS *CURRICULUM VITAE* CAN BE FOUND AT REC. DOC. 63539-5.