

# HAMILTON REGIONAL LABORATORY MEDICINE PROGRAM

**Mark A Crowther, MD, MSc, FRCPC**
Professor of Medicine & Pathology and Molecular Medicine
Leo Pharma Chair in Thromboembolism Research
**Vice President, Research**
  St Joseph's Healthcare, Hamilton
**Chief of Laboratory Medicine and Director**
  Hamilton Regional Laboratory Medicine Program
**Career Investigator**
  Heart and Stroke Foundation of Ontario

## Mark A. Crowther, MD, MSc, FRCPC Rebuttal Report

I have been provided the reports of Alex Spyropoulos, Ali Olyaei, Benedict Lucchesi, and the joint report by April Zambelli-Weiner and Elizabeth Brooks.

In considering their opinions it is critical to consider that the only data which can actually show if rofecoxib is associated with an increase in the risk of venous thromboembolism (VTE) is data in which patients were randomly allocated to rofecoxib or placebo. Without evidence of an association in the placebo-controlled clinical trial data, any discussion regarding biologic plausibility, while interesting, is not dispositive. The only report that purports to systematically analyze the clinical trial data pertaining to rofecoxib and VTE is the joint report by Drs. Zambelli-Weiner and Brooks. Suffice it to say, I strongly disagree with their methods, their analyses, and their conclusion that rofecoxib is a cause of VTE. With respect to their methods, most significantly, Drs. Zambelli-Weiner and Brooks failed to consider many of the placebo-controlled clinical trials, including some of the largest and longest duration. This failing, in and of itself, renders their conclusions unreliable. There is no credible justification for including only those placebo-controlled trials they considered but excluding the others. Moreover, their methodology suffers from additional, significant flaws that likewise render their analyses and conclusions highly suspect. As stated in my expert report, a review of the entirety of the placebo-controlled clinical data reveals a complete lack of association between the use of rofecoxib and VTE. In fact such a review suggests a trend towards reduced VTE with rofecoxib.

I also note that Drs. Zambelli-Weiner and Brooks only purport to obtain a statistically significant increase with the use of rofecoxib versus placebo (for pulmonary embolism, but not deep venous thrombosis, which was actually significantly decreased with rofecoxib – Table 15) through the use of assumed, but not actual, data. In short, they simply multiplied the actual number of events that occurred in each group by either 10 or 30. The multipliers that they used appear to be based on statements in Dr. Spyropolous's report and ultimately are taken from a paper that I co-authored (Guyatt 2012). I disagree with their use of our paper in this manner because: 1) asymptomatic events are, in and of themselves, not clinically relevant unless and until they become







Dr M Crowther Medicine Professional Corporation
Room H303 - 50 Charlton Ave East, Hamilton, Ontario, Canada, L8N 4A6
P: 905 521 6024 F: 905 540 6568 email: crowthrm@mcmaster.ca
September 16, 2012 (9:15PM)

symptomatic; 2) as the paper makes clear, the actual ratio between the number of asymptomatic events and symptomatic events is uncertain overall and may be well below the ratios they used; 3) the ratios quoted in the paper are generally derived from a post-surgical population rather than a general medical population; 4) the ratios provided in the paper compare asymptomatic DVT only to all symptomatic VTE – they are inapplicable to asymptomatic PE; 5) consistent with the conclusions of the paper, clinical surveillance by practitioners for symptomatic suggestive of VTE confirmed by adjudication provides the best estimate of actual symptomatic venous events; and 6) if there were an increase in the risk of PE one would expect to see an increase in sudden death, with which PE presents in a substantial proportion of cases – no such increase is seen.  Further, the fact that the clinical trials with rofecoxib were adjudicated by a blinded committee provides much more accurate data, as demonstrated in various clinical trials of venous thrombosis.  Thus, it is my opinion that analysis of adjudicated, symptomatic events that occurred in the placebo-controlled clinical trials provides the best estimate of the potential association between rofecoxib and symptomatic VTE.

Further, all of the reports provided refer to observational studies (although not each person cites the same studies) pertaining to the use of NSAIDs and VTE events.  Overall, the reports reference Huerta 2007, Schmidt 2011, and Biere-Rafi 2011.  Heurta 2007 does not provide any data pertaining to COX-2 selective inhibitors – the authors only refer to NSAIDs as a whole.  Although COX-2 selective inhibitors are by definition also NSAIDs, it is not stated in the publication whether COX-2 selective NSAIDs were part of the NSAID group, and if so, to what extent.  Further, the authors found no increased risk with NSAIDs for the indication of osteoarthritis and stated that in many instances patients were taking NSAIDs for prodromal symptoms related to the episode of VTE.  With respect to Schmidt 2011, I discussed that study previously and note again that all of these observational studies are at best hypothesis-generating studies and do not speak to the issue of causation.  Biere-Rafi 2011 did not find a significant increased risk between the use of COX-2 selective inhibitors and pulmonary embolism.  However, the authors did find an increased risk for non-selective NSAIDs, acetaminophen, and tramadol.  As a result, these studies, alone and taken together, cannot and do not establish a causal relationship between the use of COX-2 selective inhibitors and VTE.

Finally, Drs. Lucchesi, Olyaei, and Spyropoulos argue, from a variety of viewpoints, that it is biologically plausible that rofecoxib could increase the risk for VTE.  For many reasons, I disagree that such an effect is biologically plausible.  First, based on multiple published studies, the COX-2 enzyme does not exist in native human veins, even in patients with established atherosclerotic disease (Bishop-Bailey 1997; Ost 1998).  Second, simply because venous and arterial thrombosis may share some common risk factors, that does not mean they share all risk factors.  Thus, to the extent one

assumes that rofecoxib is a risk factor for arterial thrombotic events (a question I have not analyzed for purposes of this engagement), it cannot be assumed that rofecoxib is a risk factor for venous thrombotic events.  Third, while Dr. Lucchesi seems to suggest that rofecoxib, specifically, may increase tissue factor and decrease thrombomodulin, there are data with rofecoxib that do not support those postulated effects.  But again, whether biologically plausible or not, the adjudicated clinical data do not support a relationship between the use of rofecoxib and venous thrombosis.

To the extent additional information becomes available to me, I reserve the right to supplement my opinions.

Yours sincerely

Mark Crowther
September 17, 2012