EXHIBIT

4

PENGAD 800-631-6989

# Induction of Cyclooxygenase-2 in Human Saphenous Vein and Internal Mammary Artery

David Bishop-Bailey, John R. Pepper, E.-B. Haddad, Robert Newton,
Simon W. Larkin, Jane A. Mitchell

**Abstract** Within vessels, cyclooxygenase (COX) is expressed constitutively (COX-1) in endothelial cells where its production of prostacyclin is thought to contribute to the maintenance of vascular integrity. Recently, a novel isoform of COX, COX-2, has been described that is induced in animal arterial vessels after physical damage or exposure to proinflammatory cytokines. However, induction of COX-2 in human vessels has not been characterized. Moreover, the relative ability of arteries and veins to express COX-2 has not been addressed. Thus, we have compared the ability of segments of human saphenous vein and internal mammary artery, obtained from the same patient, to express COX-2 activity and mRNA after organ culture in the presence and absence of interleukin-$1\beta$. COX-2 metabolites, measured by radioimmunoassay, were released by both the internal mammary artery and saphenous vein in the following rank order: prostaglandin $E_2 \geq$ prostacyclin $\geq$ thromboxane $A_2$. Inclusion of interleukin-$1\beta$ in the culture medium increased the release of prostanoids by the saphenous vein but not by the internal mammary artery. However, the selective COX-2 inhibitor NS-398 significantly attenuated prostacyclin release from both tissues. Northern blot analysis showed no detectable COX-2 mRNA in freshly prepared saphenous vein or internal mammary artery. In contrast, after 48 hours in organ culture, low levels of COX-2 mRNA were detected in both internal mammary artery and saphenous vein, an effect that was greatly increased by interleukin-$1\beta$. These observations show that COX-2 is induced in human saphenous vein and internal mammary artery and suggest that this may occur in humans after coronary artery bypass graft surgery. The induction of COX-2 and subsequent release of prostacyclin may represent an endogenous defense mechanism against endothelial damage incurred during surgical preparation of these vessels for bypass. (*Arterioscler Thromb Vasc Biol.* 1997;17:1644-1648.)

**Key Words** • cyclooxygenase • saphenous vein • internal mammary artery • prostacyclin

The SV and IMA are the most commonly used CABG conduits. SV grafts are used for multiple bypass operations but are considered inferior to the IMA because they have reduced short-term and long-term patency. The poorer results seen with the SV are often caused by accelerated atherosclerosis, a reocclusion associated with a greater occurrence of angina, fatal infarcts, and reduced patient survival.[1] Consequently, when the SV is used, reoperation is usually required within 10 years.[2] The initiation of atherosclerosis is thought to involve damage to the vessel and/or the loss of a functional endothelium,[3] resulting in a reduced release of protective mediators and subsequent platelet activation. One such important protective, "antiatherogenic" mediator is $PGI_2$.[4] $PGI_2$ is a vasodilator with potent inhibitory actions on platelet function[4-6] and is considered to be an endogenous antilipidemic agent.[7] Indeed, it has previously been suggested that elevating the release of $PGI_2$ or using exogenous $PGI_2$ mimetics may be a therapeutic approach against cardiovascular diseases such as atherosclerosis.[7]

In healthy vessels, $PGI_2$ is formed predominantly in the endothelial layer by the actions of constitutive COX-1.[8] However, animal studies have demonstrated that vessels damaged by angioplasty or pinch[9] express a novel isoform of COX (COX-2),[10] an event that may account for an increased release of protective $PGI_2$.[11] Furthermore, cytokines such as platelet-derived growth factor or IL-$1\beta$, which stimulate prostanoid release[12,13] or induce COX-2[9,14] in isolated vascular cells in culture, are expressed in human atherosclerotic lesions[3] and can cause coronary artery intimal lesions in the pig.[15] Thus, the possibility exists that CABG conduits such as the SV and IMA may express COX-2 as a consequence of trauma due to surgical preparation.

The induction of COX-2[16-18] in vivo is generally associated with deleterious responses such as plasma extravasation or hyperalgesia. However, under conditions in which endothelial damage or dysfunction occurs, the local induction of COX-2 and the subsequent release of $PGI_2$ in the underlying muscle and/or remaining endothelial cells may compensate for the reduced thrombo-resistance of that section of the vessel.

Our aim, therefore, was to determine whether human vessels have the capacity to express COX-2. To this end, we used an organ culture system to study freshly prepared segments of the SV and IMA from patients undergoing CABG surgery. In addition, we investigated the effect of IL-$1\beta$, a putative proatherogenic cytokine, on further COX-2 induction in this system.

Received August 7, 1996; revision accepted November 29, 1996.

From the Department of Applied Pharmacology (D.B.-B., S.W.L.) and Department of Thoracic Medicine (E.-B.H., R.N.), National Heart and Lung Institute, Imperial College of Science, Technology and Medicine; and Department of Cardiothoracic Surgery (J.R.P.) and Department of Anaesthetics and Critical Care Medicine (J.A.M.), Royal Brompton National Heart and Lung Hospital, London, UK.

Correspondence to Dr Jane A. Mitchell, Department of Anaesthetics and Critical Care Medicine, Royal Brompton National Heart and Lung Hospital, Sydney Street, London SW3 6NP, UK.

© 1997 American Heart Association, Inc.

### Selected Abbreviations and Acronyms

bp = base pairs
CABG = coronary artery bypass graft
COX = cyclooxygenase
DMEM = Dulbecco's modified Eagle medium
IL-1β = interleukin 1β
IMA = internal mammary artery
NS-398 = N-(2-cyclohexyloxy-4-nitrophenyl) methanesulfonamide
PBS = phosphate-buffered saline
PBS
Pen-Strep = phosphate-buffered saline supplemented with penicillin (1000 IU/mL) and streptomycin (0.1 mg/mL)
PG = prostaglandin
PGI₂ = prostacyclin
SV = saphenous vein
TX = thromboxane

## Methods

### Materials

Human recombinant IL-1β was obtained from Boehringer-Mannheim; Hybond-N filters and tritiated prostanoids were purchased from Amersham; NS-398 was purchased from Calbiochem; all cell culture media and supplements were supplied by GIBCO BRL; and all other reagents were from Sigma Chemical Co.

### Patients

Segments of nondistended SV and IMA from patients undergoing CABG surgery were obtained from the same patients (n=4; 3 men and 1 woman aged 59 to 68 years) for determination of prostanoid release and from different patients (3 men aged 59 to 68 years for SV and 3 men aged 56 to 71 years for IMA) for COX-2 mRNA measurements. Five additional SV (3 men and 2 women aged 50 to 64 years) and IMA (4 men and 1 woman aged 52 to 69 years) segments were obtained from different patients. Data were compared either as data from SV and IMA from the same patients (n=4) or as pooled data from the larger population (n=9). Vessels were used regardless of the drug therapy that the patient was receiving. Ethical permission was obtained from the Ethical Committee of the Royal Brompton National Heart and Lung Hospital. All vessels were used regardless of preoperative drug therapy or patient history.

### Organ Culture

Vessels were placed immediately into sterile pots containing sterile PBS (pH 7.0 to 7.3) supplemented with penicillin (1000 IU/mL) and streptomycin (0.1 mg/mL) (PBS Pen-Strep) and prepared immediately. Vessel organ culture was based on a modification of Soyombo et al.[19] Briefly, under sterile tissue culture conditions, vessels were dissected free from connective tissue and washed in PBS Pen-Strep. Vessels were then cut into rings of ≈2 to 3 mm width. Individual rings were then placed into sterile 48-well plates containing 500 μL of DMEM containing 1 mmol/L sodium pyruvate and phenol red, supplemented with Pen-Strep and 2 mmol/L glutamine. All tissue incubations were performed at 37°C in an atmosphere of 5% CO₂, 95% O₂ using a culture incubator. Vessels were then left to equilibrate for 1 hour before the medium was replaced with fresh medium containing drugs or relevant vehicle.

Vessels were incubated with IL-1β (10 ng/mL) and drug or vehicle for 2 days, with the medium and drugs replaced at 24 hours. At 24 and 48 hours, the medium was removed and samples were then frozen (−20°C) until prostanoid levels could be determined (less than 1 month). At the end of each experiment (48 hours), tissues were blotted dry and weighed,

snap-frozen in liquid nitrogen, and stored at −80°C until Northern blot analysis could be performed (less than 1 week). NS-398 was dissolved in cell-culture grade dimethyl sulfoxide and diluted in DMEM; all other drugs were made up in sterile distilled water. These solutions were then filtered through a 0.2-μm filter, and all subsequent dilutions were made up in DMEM.

### Prostanoid Determination

6-Keto PGF₁α (the breakdown product of PGI₂), TXB₂ (the breakdown product of TXA₂), and PGE₂ were measured by radioimmunoassay using commercial antibodies and tritiated prostanoids, as previously described.[8,20] None of the drugs used in the present study interfered with the radioimmunoassays for any of the prostanoids measured.

### Northern Blot Analysis

Frozen tissue segments were crushed under liquid nitrogen, and total RNA was isolated according to the method of Chomczynski and Sacchi.[21] Samples of total RNA were size fractionated on a 1% agarose/formaldehyde gel containing 20 mmol/L morpholinosulfonic acid, 5 mmol/L sodium acetate, and 1 mmol/L EDTA, pH 7.0, and blotted onto Hybond-N filters through capillary action with the use of a saline sodium citrate (sodium chloride, 175.3 g/L; sodium citrate, 88.2 g/L).

The COX-2 probe used for Northern hybridizations was a 520-bp fragment corresponding to bases 1297 to 1816, as described by Hla and Neilson,[14] cloned into pGEM5z (Promega). Sequence identity was confirmed by double-stranded sequencing using Sequenase version 2.0 (Amersham). Prehybridizations and hybridizations were performed at 42°C with the probes labeled to ≈1.5 to 2×10⁶ cpm/mL in a buffer containing 50% formamide, 50 mmol/L Tris-HCl (pH 7.5), 5× Denhardt's solution, 0.1% SDS, 5 mmol/L EDTA, and 250 μg/mL denatured salmon sperm DNA. After hybridization, the filters were washed to a stringency of 0.1× SSC/0.1% SDS at 60°C for 30 minutes before exposure to Kodak X-OMAT-S film. To control for differences in loading or transfer of the RNA, the filters were hybridized with a 1272-bp fragment from rat GAPDH cDNA.

### Statistics

Unless otherwise stated, all comparisons were made by use of Student's paired *t* test, and a value of *P*<.05 was taken as the level of significance.

## Results

### Effect of IL-1β on Prostanoid Release by Segments of SV

Isolated segments of SV from four patients who also provided IMA segments released detectable amounts of 6-keto PGF₁α, PGE₂, and TXB₂ after 24 and 48 hours (Fig 1) in organ culture. IL-1β (10 ng/mL) caused an increase in the release of 6-keto PGF₁α, PGE₂, and TXB₂ that was significantly greater than control incubation values at 48 hours (Fig 1B). 6-Keto PGF₁α and PGE₂ were released in equal amounts over the first 24 hours, whereas PGE₂ became the dominant prostanoid released over the second 24-hour period. TXB₂ was released in ≈10-fold lower amounts than 6-keto PGF₁α at both time points (Fig 1). In a larger group of nine patients, for whom SV was provided alone or together with samples of IMA, IL-1β increased the release of 6-keto PGF₁α in a similar fashion to that seen in the four patients for whom both SV and IMA segments were provided (control release at 48 hours, 2.6±0.5 ng · mL⁻¹ · mg⁻¹; release in the presence of IL-1β at 48 hours,





Fig 2. Characterization of the release of 6-keto PGF$_{1\alpha}$ from isolated segments of SV in culture at 48 hours. The release of 6-keto PGF$_{1\alpha}$ was measured under control culture conditions (control), in the presence of NS-398 (30 μmol/L), and in the presence of IL-1β (10 ng/mL) alone or combined with NS-398 (30 μmol/L) or dexamethasone (DEX; 1 μmol/L). The results represents the mean±SEM for four patients, the n number being representative of the mean of up to three separate incubations. *P<.05 by Student's paired t test.



Fig 1. The release of 6-keto PGF$_{1\alpha}$, PGE$_2$, and TXB$_2$ from isolated segments of SV in culture at 24 hours (A) and 48 hours (B) under control culture conditions (open bars) and in the presence of IL-1β (10 ng/mL; closed bars). Results data represent the mean±SEM for four patients, with each n number being representative of the mean of up to five separate incubations from each patient. *P<.05 by Student's paired t test.

10.5±1.6 ng · mL$^{-1}$ · mg$^{-1}$; P=.0003 by unpaired, two-tailed t test; n=9).

## Characterization of 6-Keto PGF$_{1\alpha}$ Release by Segments of SV

The release of 6-keto PGF$_{1\alpha}$ by SV at 24 (data not shown) or 48 hours (Fig 2) under control culture conditions was prevented by coincubation with NS-398 (30 μmol/L). The release of 6-keto PGF$_{1\alpha}$ induced by IL-1β was similarly inhibited by NS-398 and greatly attenuated by coincubation with dexamethasone (1 μmol/L) at 24 and 48 hours (Fig 2).

## Effect of IL-1β on Prostanoid Release by Segments of IMA

Isolated segments of IMA from the four patients who also provided SV segments released detectable amounts of 6-keto PGF$_{1\alpha}$, PGE$_2$, and TXB$_2$ after 24 and 48 hours (Fig 3). When IL-1β (10 ng/mL) was included in incubations of IMA, no significant increase in the release of 6-keto PGF$_{1\alpha}$, PGE$_2$, or TXB$_2$ was observed at 24 or 48 hours (Fig 3). 6-Keto PGF$_{1\alpha}$ and PGE$_2$ were released in equal amounts throughout the study period, whereas the release of TXB$_2$ was ≈10-fold lower. We observed a

large variation in the ability of the IMA to release prostanoids in response to IL-1β. This variation consisted of a large (25-fold) stimulated release in the presence of IL-1β by the IMA from one patient and modest increases (1.2-, 1.5-, and 3-fold increases over basal) from the other three patients (Fig 3). Similarly, we found a variation in the ability of NS-398 to inhibit 6-keto PGF$_{1\alpha}$ release by IMA cultured in the presence and absence of IL-1β. Under control culture conditions in three of the four patients, NS-398 inhibited 6-keto PGF$_{1\alpha}$ release (by 25%, 70%, and 90%, respectively); however, 6-keto PGF$_{1\alpha}$ release in the remaining patient was increased by 33% in the presence of NS-398. In the presence of IL-1β, the release of 6-keto PGF$_{1\alpha}$ by IMA was significantly (P<.05; one-sample t test) inhibited in the presence of NS-398 (by 56±14%; n=4).

In a larger group of nine patients, for whom IMA segments were provided alone or together with samples of SV, IL-1β tended to increase the release of 6-keto PGF$_{1\alpha}$ in a similar fashion to that seen in the four patients for whom both SV and IMA samples were provided (control release at 48 h, 1.1±0.3 ng · mL$^{-1}$ · mg$^{-1}$; release in the presence of IL-1β at 48 hours, 4.7±2.6 ng · mL$^{-1}$ · mg$^{-1}$; P>.05 by unpaired, two-tailed t test).

## Northern Blot Analysis of SV and IMA Segments After 48 Hours of Organ Culture

No message for COX-2 was detected in freshly isolated segments of SV and IMA, which were prepared immediately (Fig 4). However, under control culture conditions, COX-2 message was detected in both SV and IMA, levels of which were elevated when IL-1β was included (Fig 4).

## Discussion

To investigate the changes in COX-2 activity and expression in bypass conduits after CABG surgery, we studied isolated segments of SV and IMA from the same patients using an organ culture system. After 2 consecutive days in culture, segments of SV and IMA released





Fig 3. The release of 6-keto PGF$_{1\alpha}$, PGE$_2$, and TXB$_2$ from isolated segments of IMA in culture at 24 hours (A) and 48 hours (B) under control culture conditions (open bars) and in the presence of IL-1β (10 ng/mL; closed bars). The results represents the mean±SEM for four patients, the n number being representative of single or the mean of duplicate incubations. $P<.05$ by Student's paired $t$ test.



Fig 4.   Northern blot analysis for COX-2 mRNA in isolated segments of SV (A) and IMA (B) compared with the constitutively expressed GAPDH. Lane 1 represents freshly prepared tissue, lane 2 represents segments of SV or IMA after 48 hours in culture, and lane 3 represents segments of SV or IMA treated in organ culture with IL-1β (10 ng/mL) for 48 hours. This result is representative of observations using vessels from three to four patients.

prostanoids in the order of PGE$_2\geq$prostacyclinTXA$_2$, and these segments contained detectable COX-2 mRNA. These results are consistent with the reported high expression of prostacyclin synthase and low expression of TX synthase in vascular smooth muscle[22,23] and the ability of PGE$_2$ to be formed nonenzymatically.[24] Interestingly, we did not detect mRNA for COX-2 in freshly removed SV or IMA, indicating that vessels from patients, even those with underlying coronary artery disease, do not have a basal expression of COX-2 at the time of surgery. In animal models, mild physical trauma causes COX-2 induction in vivo in rat carotid arteries.[9] Thus, the induction of COX-2 we observed in the SV and IMA after 48 hours in organ culture is probably the result of physical trauma applied to the vessel during the necessary surgical procedure.[25]

In addition to tissue damage, cytokines believed to be involved in vascular disease, such as IL-1β,[3,15] induce COX-2 activity in various human cell types, including umbilical vein endothelial cells[14] and pulmonary epithelial cells.[26] Similarly, other inflammatory stimuli such as bacterial lipopolysaccharides induce COX-2 activity in murine[8] and human[27] macrophages and in segments of rat, rabbit, and human vessels in organ culture.[28] When

IL-1β was included in our culture medium, mRNA for COX-2 was greatly enhanced in both SV and IMA. Thus, it is likely that local inflammatory events after surgery, leading to the release of cytokines such as IL-1β, amplify the induction of COX-2 in the vessel.

Interestingly, we found that although the elevated induction of COX-2 mRNA by IL-1β was consistent in both SV and IMA, the release of prostanoids by the SV was significantly greater than by the IMA. Furthermore, the release of prostanoids by the SV in the presence or absence of IL-1β and by IMA treated with IL-1β but not under control culture conditions was consistently inhibited by the specific COX-2 inhibitor NS-398.[29] The variable results for COX-2 activity in IMA segments from the same patients, reported in the present study, may represent a failing in the translation of message to active COX-2 protein. Alternatively, because the rate-limiting step in the formation of COX metabolites is usually the liberation of the substrate, arachidonic acid, by phospholipase A$_2$ activity,[10] these observations may be explained by a differential regulation of phospholipase A$_2$ in SV and IMA.

The consequence of COX-2 induction in these vessels is not known. Endogenous PGI$_2$ release is considered beneficial in the cardiovascular system, where it is a vasodilator[4] and an inhibitor of smooth muscle proliferation,[30] cholesterol accumulation,[7,31] and platelet and inflammatory cell activation.[7] Thus, an increased release of PGI$_2$ as a result of COX-2 induction may compensate for a reduced capacity of the vessel to release prostanoids after endothelial damage. We should also consider the possibility that COX-2 induction will have different consequences in IMA than in SV. Indeed, the induction of COX-2 may have detrimental effects in the SV, in which endogenously released prostanoids cause vasoconstriction.[32] In contrast, the endogenous prostanoids released by the IMA are vasodilators.[32] This discrepancy is indicative of differing prostanoid receptor subtypes between SV and IMA.

One feature of the SV and IMA in organ culture,[29] similar to animal models[33,34] and cultured cells,[35] is the elevated release of PGE$_2$, often accompanied by a

decrease in $PGI_2$. This shift in prostanoid production may be the result of a saturation of prostacyclin synthase, a change in intracellular oxidant tone, or an inhibition of prostacyclin synthase by lipid hydroperoxides.[35] IMA grafts are generally stable, whereas SV grafts often require reoperation as a consequence of accelerated atherosclerosis.[1] The higher levels of prostanoid release and a predominance of $PGE_2$ accompanied by reduced $PGI_2$ in SV grafts may contribute to a buildup of cholesterol in the vessel.[33] The change in ratio of these two prostanoids may therefore be an important contributory factor to the patency of the graft.

COX-2 is induced in bypass vessels in organ culture, and this induction can be enhanced by IL-1β. If our observations are representative of the response of these vessels in patients after CABG surgery, COX-2 may be a novel therapeutic target to maintain bypass vessel patency. Thus, if COX-2 metabolites are protective, we would speculate that treating the SV with an agent such as IL-1β before transplant might have therapeutic benefit. However, if COX-2 induction represents a contributory factor to the decreased patency of the grafts, the newly described COX-2 selective nonsteroidal anti-inflammatory drugs may be of potential use as a therapy after bypass surgery.

## Acknowledgments

This work was funded by the Wellcome Trust and the British Heart Foundation (PG/9131). D.B.-B. is the recipient of a British Heart Foundation studentship (FS/94078). E.-B.H. is funded by a postdoctoral fellowship from the European Union.

## References

1. Angelini GD, Newby AC. The future of saphenous vein as a coronary artery bypass conduit. Eur Heart J. 1989;10:273-280.
2. Izzat MB, West RR, Bryan AJ, Angelini GD. Coronary artery bypass surgery: current practice in the United Kingdom. Br Heart J. 1994;71:382-385.
3. Ross R. Atherosclerosis: a defense mechanism gone awry. Am J Pathol. 1993;143:987-1002.
4. Moncada S, Gryglewski R, Bunting S, Vane JR. An enzyme isolated from arteries transforms prostaglandin endoperoxides to an unstable substance that inhibits platelet aggregation. Nature. 1976;263:663-665.
5. Radomski MW, Palmer RMJ, Moncada S. The anti-aggregating properties of vascular endothelium: interactions between prostacyclin and nitric oxide. Br J Pharmacol. 1976;92:181-187.
6. Sneddon JM, Vane JR. Endothelial derived relaxing factor reduces platelet adhesion to bovine endothelial cells. Proc Natl Acad Sci U S A. 1988;85:2800-2804.
7. Willis AL, Smith DL, Vigo C. Suppression of principal atherosclerotic mechanisms by prostacyclins and other eicosanoids. Prog Lipid Res. 1986;25:645-666.
8. Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal anti-inflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci U S A. 1993;90:11693-11697.
9. Rimarachin JA, Jacobson JA, Szabo P, Maclouf J, Creminon C, Weksler BB. Regulation of cyclooxygenase-2 expression in aortic smooth muscle cells. Arterioscler Thromb. 1994;14:1021-1031.
10. Mitchell JA, Larkin SW, Williams TJ. Cyclo-oxygenase-2: regulation and relevance in inflammation. Biochem Pharmacol. 1995;50:1535-1542.
11. Eldor A, Falcone DJ, Hajjar DP, Minick CR, Weksler BB. Recovery of prostacyclin production by deendothelialized rabbit aorta: critical role of the neointimal smooth muscle cells. J Clin Invest. 1981;67:735-741.
12. Albrightson CR, Baenziger NL, Needleman P. Exaggerated human vascular cell prostaglandin biosynthesis mediated by monocytes: role of monokines and interleukin-1. J Immunol. 1985;135:1872-1877.
13. Libby P, Warner SJC, Friedman GB. Interleukin 1: a mitogen for human vascular smooth muscle cells that induces the release of growth-inhibitory prostanoids. J Clin Invest. 1988;81:487-498.
14. Hla T, Nielson K. Human cyclo-oxygenase-2 cDNA. Proc Natl Acad Sci U S A. 1992;89:7384-7388.
15. Shimokawa H, Ito A, Fukumoto Y, Kadokami T, Nakaike R, Sakata M, Takayanagi T, Egashira K, Takeshita A. Chronic treatment with interleukin-1β induces coronary intimal lesions and vasospastic responses in pigs in vivo. J Clin Invest. 1996;97:769-776.
16. Vane JR, Mitchell JA, Appleton I, Tomlinson A, Bishop-Bailey D, Croxtall J, Willoughby DA. Inducible isoforms of cyclooxygenase and nitric oxide synthase in inflammation. Proc Natl Acad Sci U S A. 1994;91:2046-2050.
17. Masferrer JL, Zweifel BS, Manning PT, Hauser SD, Leahy KM, Smith WG, Isakson PC, Seibert K. Selective inhibition of inducible cyclo-oxygenase 2 in vivo is anti-inflammatory and nonulcerogenic. Proc Natl Acad Sci U S A. 1994;91:3228-3232.
18. Tomlinson A, Appleton I, Moore AR, Gilroy DW, Willis D, Mitchell JA, Willoughby DA. Cyclo-oxygenase and nitric oxide synthase isoforms in rat carrageenan-induced pleurisy. Br J Pharmacol. 1994;113:693-698.
19. Sopombo AA, Angelini GD, Bryan AJ, Jasani B, Newby AC. Intimal proliferation in an organ culture of human saphenous vein. Am J Pathol. 1990;137:1401-1410.
20. Akarasereenont P, Mitchell JA, Bakhle YS, Thiemermann C, Vane JR. Comparison of induction of cyclooxygenase and nitric oxide synthase by endotoxin in endothelial cells and macrophages. Eur J Pharmacol. 1995;273:121-128.
21. Chomczynski P, Sacchi N. Single-step method of RNA isolation by acid guanidium thiocyanate-phenol-chloroform extraction. Anal Biochem. 1987;162:156-159.
22. Kerstein MD, Saroyan M, McMullen-Laird M, Hyman AL, Kadowitz P, McNamara DB. Metabolism of prostaglandins in human saphenous vein. J Surg Res. 1983;35:91-100.
23. DeWitt DL, Smith WL. Purification of $PGH_2$ synthase by immunoaffinity chromatography: evidence that the enzyme is a hemoprotein. J Biol Chem. 1983;285:3285-3293.
24. Smith WL, Marnett LJ, DeWitt DL. Prostaglandin and thromboxane biosynthesis. Pharmacol Ther. 1991;49:153-179.
25. Holt CM, Francis SE, Rogers S, Gadsdon PA, Taylor T, Angelini GD. Comparison of response to injury in organ culture of human saphenous vein and internal mammary artery. Ann Thorac Surg. 1993;55:1522-1528.
26. Mitchell JA, Belvisi M, Akarasereenont P, Robbins R, Kwon O-J, Croxtall J, Barnes PJ, Vane JR. Induction of cyclo-oxygenase-2 by cytokines in human pulmonary epithelial cells: regulation by dexamethasone. Br J Pharmacol. 1994;113:1008-1014.
27. Fu JY, Masferrer JL, Seibert K, Raz A, Needleman P. The induction and suppression of prostaglandin $H_2$ synthase (cyclooxygenase) in human monocytes. J Biol Chem. 1990;265:16737-16740.
28. Bishop-Bailey D, Larkin SW, Griffiths MJD, Swain J, Pepper JR, Williams TJ, Mitchell JA. Characterisation of prostacyclin ($PGI_2$) and prostaglandin $E_2$ ($PGE_2$) release from human saphenous vein in response to bacterial LPS. Br J Pharmacol. 1995;115:P136. Abstract.
29. Futaki N, Takahashi S, Yokoyama M, Arai I, Higuchi S, Otomo S. NS-398, a new anti-inflammatory agent, selectively inhibits prostaglandin synthase/cyclooxygenase (COX-2) activity in vitro. Prostaglandins. 1994;47:55-59.
30. Hara S, Morishita R, Tone Y, Yokoyama C, Inoue H, Kaneda Y, Ogihara T, Tanabe T. Overexpression of prostacyclin synthase inhibits growth of vascular smooth muscle cells. Biochem Biophys Res Commun. 1995;216:862-867.
31. Hajjar DP, Pomerantz KB. Signal transduction in atherosclerosis: integration of cytokines and the eicosanoid network. FASEB J. 1992;6:2933-2941.
32. Yang Z, von Segesser L, Bauer E, Stulz P, Turina M, Luscher TF. Different activation of the endothelial L-arginine and cyclooxygenase pathway in the human internal mammary artery and saphenous vein. Circ Res. 1991;68:52-60.
33. Subbiah MTR. Prostaglandin $E_2$ biosynthesis and effect in pigeon aorta. Atherosclerosis. 1978;29:487-495.
34. Berberian PA, Ziboh VA, Hsia SL. Inhibition of cholesterol esterification in rabbit aorta by prostaglandin $E_2$. Atherosclerosis. 1977;27:213-220.
35. Ager A, Gordon JL, Moncada S, Pearson JD, Salmon JA, Trevethick MA. Effects of isolation and culture on prostaglandin synthesis by porcine aortic endothelial and smooth muscle cells. J Cell Physiol. 1982;110:9-16.