# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF JOHN P. KRESS, MD, FCCP

My name is John P. Kress, MD, FCCP. I am a physician at the University of Chicago in the Section of Pulmonary and Critical Care. I have training and board certification in internal medicine, pulmonary medicine, critical care medicine, and anesthesiology. For additional information regarding my educational background, training and research, please refer to my curriculum vitae. I am over twenty-one years of age, am of sound mind, have never been convicted of a felony, and am otherwise competent to make this Affidavit. I have personal knowledge of the factual matters contained within this Affidavit and the attachment and they are true and correct.

1. It is my opinion that the medical literature offers no reliable evidence that Vioxx increases the risk of venous thromboembolism. A detailed discussion of the reasons for my opinions are contained in my expert report, which is attached hereto as Exhibit 1 and incorporated herein.

1

FURTHER AFFIANT SAYETH NOT.

SIGNED THIS 25 day of October, 2011.

_John P. Kress, MD, FCCP_
John P. Kress, MD, FCCP

Sworn to and subscribed before me this 26th day of October, 2011.

_Lehuanani J. Castro_
Notary Public Lehuanani J. Castro

My Commission Expires: June 26, 2014

Doc. Description: Affidavit of John P. Kress, MD, FCCP
Doc. Date: 10/25/2011   No. Pages: 2
Lehuanani J. Castro
Lehuanani J. Castro

EXHIBIT 1

# Expert Report of John P. Kress, MD, FCCP

I am a physician at the University of Chicago in the Section of Pulmonary and Critical Care. I have training and board certification in internal medicine, pulmonary medicine, critical care medicine, and anesthesiology. For additional information regarding my educational background, training and research, please refer to my curriculum vitae, which is attached hereto as Exhibit A. I have been asked to address the purported relationship between selective cyclooxygenase-2 (COX-2) inhibitors, specifically Vioxx (rofecoxib), and venous thromboembolism.

Cyclooxygenases are enzymes that convert arachidonic acid to prostaglandin G/H2 and, hence, regulate eicosanoid synthesis. There are two isoenzymes (COX-1 and COX-2). In the early 1990s, the presence of the second isoenzyme (COX-2) was discovered. COX-1 is constitutively expressed in many cells and is the only isoenzyme expressed in platelets; COX-2 is an inducible cyclooxygenase. This isoenzyme can be induced by several mediators, including proinflammatory cytokines, such as interleukin (IL)-1, tumor necrosis factor (TNF), interferon, endotoxin or growth factors. Rofecoxib (Vioxx) is one of many medications in the category of selective cyclooxygenase-2 (COX-2) inhibitors. Other selective COX-2 inhibitors include celecoxib, valdecoxib, parecoxib, etoricoxib and lumaricoxib.

It is vitally important to understand that veins and arteries are very different anatomical structures. Though thrombosis or clotting can occur in both veins and arteries, the pathophysiologies are very different. Arteries are vessels under high pressure. They have relatively thick walls and the inner lining of arteries (known as the endothelium) is prone to the formation of plaques. Plaque formation occurs in patients with certain risk factors. These risk factors include hypertension, hyperlipidemia, diabetes and tobacco use, among others (1). As a plaque forms in an artery, it may rupture, leading to the acute formation of a thrombus or clot at the point of rupture. Such thrombosis can lead to heart attack, stroke, etc., since the acute thrombus blocks blood flow to the organ of interest. The prophylactic, acute therapeutic, and long term therapeutic approaches to the treatment of arterial thrombosis are fundamentally different than the respective approaches to the treatment of venous thrombosis. These differences reflect important differences in the underlying pathophysiology of arterial and venous thrombotic events.

Veins are very different anatomic structures. Pressure in veins is low, rather than high as in arteries. Veins do not form plaques that are prone to rupture leading to acute thrombus formation. The risk factors associated with arterial thrombus formation are generally not thought to affect veins. Thrombus formation in veins is fundamentally completely different than thrombus formation in arteries. The notion that the propensity to cause arterial thrombus formation is similar to the propensity to cause venous thrombus formation is inconsistent with basic tenets of vascular physiology and pathophysiology.

Venous thrombosis and pulmonary embolism (also known as venous thromboembolism—VTE) are considered a part of the same underlying pathophysiology—a part of the same continuum. Pulmonary embolism is a complication of underlying deep venous thrombus (DVT). The DVT detaches and is carried by the venous blood stream to the pulmonary circulation. The majority of DVTs come from the

lower extremities, though upper extremity DVTs can also occur. A pulmonary embolism may have a pathophysiologic effect on pulmonary circulation resulting in impaired gas exchange. Since deaths from pulmonary embolism can occur before diagnosis and treatment, prevention of VTE is critical. In order for VTE to occur, pathophysiological conditions are necessary. Classically, Virchow's triad—stasis, abnormalities of the vessel wall, and alterations in blood coagulation system—are seen. This leads to platelet aggregation (known as "white thrombus"), fibrin thrombus formation (known as "red thrombus") and rapid propagation of the venous clot. Once the venous thrombus or clot forms and propagates, the clot's growth is eventually halted and the body's endogenous fibrinolytic system breaks the organized clot down. This typically occurs over the course of 7-10 days. Eventually, the inner lining of the vein (known as endothelium) grows and covers the thrombus. There are many established risk factors for VTE. These include: prior VTE, malignancy, trauma, surgery, fractures, pregnancy, stroke, spinal cord injury, immobility, congestive heart failure, obesity, advanced age and oral contraceptive use (particularly in conjunction with tobacco use), among others. Further, a number of inherited hypercoagulable states have also been identified (e.g. antithrombin III deficiency, factor V Leiden deficiency, etc.).

The standard treatment of VTE is systemic anticoagulation, most often with heparin. Pulmonary embolism is a very common and serious condition with substantial morbidity and mortality. Systemic anticoagulation reduces, but does not eliminate morbidity and mortality rates.(2) One of the reasons pulmonary embolism is of major concern to patients and clinicians alike is that it is a particularly difficult condition to diagnose. Pulmonary embolism cannot be diagnosed using patient history, physical examination or basic blood tests or imaging such as chest x-ray. Rather, more sophisticated imaging studies are usually necessary to establish the diagnosis.(3, 4)

While there is a large volume of literature addressing any relationship between selective COX-2 inhibitors (including rofecoxib) and cardiovascular thrombotic events, most of the studies focus on the potential association between selective COX-2 inhibition and **arterial** thrombotic events.

With respect to **venous** thromboembolism specifically, the totality of the available placebo controlled data provide no evidence that rofecoxib (Vioxx) causes **venous** thromboembolism. The placebo-controlled data pertaining to venous thromboembolism can be found in several large clinical trials. Prior to the reporting of three large cancer trials discussed below, Merck submitted the totality of its placebo controlled data to the Food and Drug Administration in March, 2004. In these trials, venous thromboembolism was rare, with more events noted in the placebo groups (2 of 7296 in rofecoxib vs. 4 of 4848 in placebo).(5) The three large cancer studies with rofecoxib were published by Bresalier (2005), Kerr (2007) and van Adelsberg (2007). Bresalier, et al. (6) noted an increased risk of all thrombotic events with rofecoxib compared with placebo (1.5 events in the rofecoxib group vs. 0.78 events per 100 patient-years in the control group) but these were almost all **arterial** thrombotic events (N = 44/46 in the rofecoxib group vs. N = 20/26 in the control group). Kerr, et al. (7) reported a numerical increased risk of all thrombotic events with rofecoxib (15/1167 [1.3%] events in the rofecoxib group vs.

6/1160 [0.5%] events in the control group) but once again, these were almost all **arterial** thrombotic events. There were zero venous thrombotic events and one pulmonary embolism in the placebo group; there were two venous thrombotic events and one pulmonary embolism in the rofecoxib group. Van Adelsberg, et al. (8) noted two peripheral venous thrombotic events with rofecoxib vs. one in the control group; they noted zero pulmonary embolism events with rofecoxib vs. one with placebo. In summary, a total of 9 venous thromboembolic events occurred in 8104 patient-years in persons randomized to rofecoxib compared to 13 such events in 8216 patient-years in those receiving placebo. Together, these data strongly suggest that overall incidence of **venous** thrombotic events and pulmonary embolism is very low and is not different between rofecoxib and placebo. Thus, it is my opinion that there is no reliable evidence in the medical literature that rofecoxib is a risk factor for venous thromboembolism.

Recently, a population based case control study was published in the Journal of Thrombosis and Haemostasis, which reported an increased risk of VTE in patients receiving non-steroidal anti-inflammatory drugs or COX-2 inhibitors (9). However, a careful review of this paper shows that major methodological flaws are present.

Retrospective population-based case control studies are often used to establish the possibility of an association between a dependent variable of interest (e.g. VTE occurrence) and independent variables (e.g. COX-2 inhibitor use). The Danish National Patient Registry is commonly used because of the unique personal registry number system arranged by the Danish government. However, a case control study is critically dependent upon the choice of cases and controls. The diagnosis of VTE in patients with non-specific complaints is well known to be very difficult to establish. Studies have shown clearly that signs, symptoms and basic tests (e.g. EKG, chest x-ray) have very poor positive and negative predictive values for VTE(4). This paper does not have data reporting the certainty of VTE diagnosis—discharge diagnoses to confirm the presence of VTE are notoriously unreliable(10). The authors' statement ("Nevertheless, the accuracy of the VTE diagnosis is unlikely to differ by previous medication exposure, so any misclassification would be non-differential and would lead to underestimates. Such misclassification cannot explain our results") is unconvincing and incorrect. How can an endpoint so critical to a retrospective analysis that can, at best, merely establish an association be dismissed when substantial concerns about misclassification are present?

This study chose 10 controls per case. Another critical component of case-control studies is the choice of the controls. The authors chose to match only for age and gender. Co-morbidities such as cardiovascular disease, COPD, asthma, diabetes, obesity, musculoskeletal and connective tissue diseases were substantially more common in cases than in controls (61.4 vs. 48.5%). The fact that cancer incidence as well as COX-2 use was approximately three times higher in the case group relative to the control group raises concern that the two groups being compared were not similar. A more carefully planned choice of control groups, matching beyond merely age and gender seems likely to have provided more accurate insight into the analysis. Indeed, the authors recognize their study may be vulnerable to unmeasured variables ("Our study did not have the advantage of random assignment, and therefore our results may be vulnerable to

confounding from unmeasured variables, including the underlying condition leading to NSAID use, use of oral contraceptives, limitations in mobility, and body size").

Lastly, even if all of the above flaws are ignored, a retrospective correlative analysis such as the study authored by Schmidt et al. can, at best, only detect an independent association between variables. It cannot prove a cause and effect relationship. Indeed, in the last paragraph of the manuscript by Schmidt, et al., the authors state: "In conclusion, we found an association between use of all non-aspirin NSAIDs and an increased risk of VTE. The two-fold increased VTE risk associated with long-term use provides the most valid estimate of the association. It will fall to future studies to establish whether this association is causal."

For all of the reasons listed above, it is clear that the medical literature offers no reliable evidence that Vioxx increases the risk of VTE.

Although it is not possible for me to list all of the various sources I have considered given the length of time I have practiced and the scope of the literature on the topics with which I am familiar, attached as Exhibit B is a reference list containing many of the medical articles and materials that I have considered in forming the opinions contained in this report. However, simply because something is cited within Exhibit B does not mean that I agree with everything stated in the reference.

I am compensated at a rate of 400.00/hr. for my time.

_____
John P. Kress, MD, FCCP

REFERENCES
1.     Executive Summary of The Third Report of The National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, And Treatment of High Blood Cholesterol In Adults (Adult Treatment Panel III). Jama. 2001 May 16;285(19):2486-97.
2.     Dalen JE, Alpert JS. Natural history of pulmonary embolism. Prog Cardiovasc Dis. 1975 Jan-Feb;17(4):259-70.
3.     Stein PD, Fowler SE, Goodman LR, Gottschalk A, Hales CA, Hull RD, et al. Multidetector computed tomography for acute pulmonary embolism. N Engl J Med. 2006 Jun 1;354(22):2317-27.
4.     Investigators TP. Value of the ventilation/perfusion scan in acute pulmonary embolism: results of the Prospective Investigation of Pulmonary Embolism Diagnosis (PIOPED). Jama. 1990;263:2753-9.
5.     Louie D. INFORMATION AMENDMENT - CLINICAL (Updated Cardiovascular Analysis). 2004.
6.     Bresalier RS SRQH, et al. Cardiovascular Events Associated with Rofecoxib in Colorectal Adenoma Chemoprevention Trial. N Engl J Med. 2005;325(11):1092-102.
7.     Kerr DJ. Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer. N Engl J Med. 2007;357(4):360-9.

8.      Van Adelsberg J GP, Ko AT, et al. The Vioxx in prostate cancer prevention study: cardiovascular events observed in the rofecoxib 25 mg and placebo treatment groups. Curr Med Res Opin. 2007;23(9):2063-70.

9.      Schmidt M CC, * Horva´ Th-Puho´ E , Glynn RJ, Rothman à KL, Sorensen HT. Non-steroidal anti-inflammatory drug use and risk of venous thromboembolism. Journal of Thrombosis and Hemostasis. 2011;9:1326-33.

10.     Severinsen MT, Kristensen SR, Overvad K, Dethlefsen C, Tjonneland A, Johnsen SP. Venous thromboembolism discharge diagnoses in the Danish National Patient Registry should be used with caution. Journal of clinical epidemiology. 2010 Feb;63(2):223-8.

# EXHIBIT A

# CURRICULUM VITAE
October 20, 2011

**Name:**            John P Kress, MD, FCCP
**Address:**         429 The Lane St.
                     Hinsdale, IL  60521
**Phone:**           773-702-6404 (office); 773-702-4736 (fax)
**Email:**           jkress@medicine.bsd.uchicago.edu
**Date of Birth:**   April 4, 1965
**Place of Birth:**  Rochester, NY

**Education:**
    1987  BS        University of Notre Dame (Summa Cum Laude)
    1991  MD        St. Louis University School of Medicine

**Postdoctoral Training:**
    **Internship and Residencies:**
    1991 - 1992     Internship, Preliminary Internal Medicine
                    St. Joseph Hospital and Health Care Center
                    Chicago, IL
    1992 - 1995     Residency in Anesthesiology, University of Chicago
    1995 - 1996     Residency in Internal Medicine, University of Chicago
    1996 - 1999     Fellowship in Pulmonary and Critical Care Medicine,
                    University of Chicago

**Licensure and Board Certification:**
    1991            Illinois, no. 036-088502
                    DEA # BK 4105082

    1992            Diplomat of the National Board of Medical Examiners
    1996            American Board of Anesthesiology
    1997            American Board of Internal Medicine
    2007            American Board of Internal Medicine—Recertification
    1999            American Board of Internal Medicine /Pulmonary Medicine
                    Subspecialty
    2009            American Board of Internal Medicine /Pulmonary Medicine
                    Subspecialty—Recertification
    2000            American Board of Internal Medicine /Critical Care Medicine
                    Subspecialty
    2010            American Board of Internal Medicine /Critical Care Medicine
                    Subspecialty—Recertification

**Academic Appointments:**
    1999 - 2001     Instructor of Medicine, University of Chicago
    2001 - 2007     Assistant Professor of Medicine, University of Chicago
    2007- present   Associate Professor of Medicine, University of Chicago

Kress, John P
Page 2

**Awards and Honors:**

| | |
|---|---|
| 1987 | Phi Beta Kappa / Epsilon of Indiana at the University of Notre Dame |
| 1997 | Alpha Omega Alpha / University of Chicago Chapter Honorary Member (Selected by University of Chicago Pritzker School of Medicine, Class of 1997) |
| 2002 | University of Chicago Internal Medicine Senior Resident Outstanding Teacher Award |
| 2003 | University of Chicago Internal Medicine Senior Resident Outstanding Teacher Award |
| 2004 | University of Chicago Internal Medicine Senior Resident Outstanding Teacher Award |

**Memberships in Professional Societies and National Committees:**

| | |
|---|---|
| 1988 - 2005 | American Medical Association |
| 1992 - 2000 | American Society of Anesthesiologists |
| 1993 - 2000 | Illinois Society of Anesthesiologists |
| 1996-present | American Thoracic Society |
| 1996-present | American College of Chest Physicians |
| 2001-present | Fellow, American College of Chest Physicians |
| 2005-present | Society of Critical Care Medicine ICU Sedation Guidelines Task Force |
| 2006-present | American College of Chest Physicians Editorial Board |

**Research Support:**

| | |
|---|---|
| 9/01/02-8/31/06 | NIH K23 GM63906—Strategies for Improving Sedation Outcomes in the ICU Concerns the use of sedatives in critically ill patients undergoing mechanical ventilation, with emphasis on protocols, long-term psychological outcomes and identification of occult myocardial ischemia Direct Cost - $116,350/year |
| 9/1/07-9/1/08 | University of Chicago Program of Pharmaceutical Policy (UCP3)— Prevalence of Off-Label Medication Use in Adult Critical Care in the United States Using a Web-Based Multi-Center Research Network Total award - $15,170 |
| 6/1/09- 6/1/13 | Hospira—Investigator Initiated Research Grant "A Randomized Controlled Trial of Dexmedetomidine vs. Propofol for Sedation in Mechanically Ventilated Medical Intensive Care Unit Patients" Total award - $161,877 |

**Teaching Experience:**

| | |
|---|---|
| 1995 - 1998 | Instructor, Physical Diagnosis for Sophomore Medical Students |
| 1999-present | Instructor, Physical Diagnosis for Sophomore Medical Students |
| 1995 - 1999 | Instructor, Intensive Care Unit Core Curriculum for Senior Medical Students |
| 1999-present | Discussant, Department of Internal Medicine, Morbidity and Mortality Conference |

Kress, John P
Page 3

1999-present    Lecturer, Department of Internal Medicine Lecture Series
- Central Venous Catheters
- Pulmonary Embolism

2009-present    Lecturer, Department of Internal Medicine Lecture Series
- Acid-Base Analysis

1999-present    Lecturer, Introduction to Clinical Medicine, First Year Medical Students

1999-present    Lecturer, University of Chicago Hospitals, Critical Care Course, Nursing Orientation

2000    Lecturer, Department of Surgery, Residents Saturday Morning Conference

2000-present    Discussant, Department of Internal Medicine, Resident Morning Report

2004-2010    Lecturer, University of Chicago Hospitals, Department of Anesthesia and Critical Care, Resident Lecture Series
- Acute Respiratory Failure
- Peri-operative Pulmonary Evaluation

2011-present    Lecturer, University of Chicago Hospitals, Department of Anesthesia and Critical Care, Resident Lecture Series
- Pulmonary Function Testing
- ARDS

2005-present    Lecturer, Junior Medicine Clinical Pathophysiology Quarterly Course
- Chest Radiography
- Acute Respiratory Failure
- Shock

**Principal Clinical and Hospital Service Responsibilities:**

1999    Attending Physician, Vencor Hospital Central, Chicago, IL

1999-present    Attending Physician, Pulmonary and Critical Care Services, University of Chicago, Chicago, IL

2000-present    Member University of Chicago Institutional Review Board

2001-present    Director, Pulmonary and Critical Care Procedure Service, University of Chicago, Chicago, IL

2003-present    Member of University of Chicago Department of Medicine Internship Selection Committee

2005-present    Member of University of Chicago Department of Medicine Committee for Clinical Research

2006-present    Director, Medical Intensive Care Unit, University of Chicago, Chicago, IL

2007-present    University of Chicago Hospital, Director of ICU Bed Triage, Chicago, IL

2009-present    University of Chicago Hospital Biological Outbreak Response Team, Chicago, IL

2009-present    University of Chicago Hospital, Department of Medicine Clinical Operations Task Force, Chicago, IL

2010-present    University of Chicago Hospital, Department of Medicine, New Hospital Pavilion Director, Chicago, IL

Kress, John P
Page 4

| 2011-present | Director, Pulmonary and Critical Care Fellowship Training Program, University of Chicago, Chicago, IL |

**Continuing Medical Education:**

| 2003 | Co-Director, American College of Chest Physicians Critical Care Board Review Course, Scottsdale, AZ |
| 2004 | Co-Director, American College of Chest Physicians Critical Care Board Review Course, Orlando, FL |
| 2005 | Co-Director, American College of Chest Physicians Critical Care Board Review Course, Scottsdale, AZ |
| 2006 | Director, American College of Chest Physicians Critical Care Board Review Course, Orlando, FL |
| 2007 | Director, American College of Chest Physicians Critical Care Board Review Course, Phoenix, AZ |
| 2008 | Director, American College of Chest Physicians Critical Care Board Review Course, Orlando, FL |
| 2010 | Association of Pulmonary and Critical Care Medicine Program Directors (APCCMPD), Pulmonary and Critical Care In-service Exam Writing Committee (ISWC). Ft. Lauderdale, FL |
| 2011 | Association of Pulmonary and Critical Care Medicine Program Directors (APCCMPD), Pulmonary and Critical Care In-service Exam Writing Committee (ISWC). Ft. Lauderdale, FL |

**Journal Peer Review:**

- o   New England Journal of Medicine
- o   JAMA
- o   Lancet
- o   Annals of Internal Medicine
- o   American Journal of Respiratory and Critical Care Medicine
- o   Chest
- o   Critical Care Medicine
- o   Intensive Care Medicine
- o   Proceedings of the American Thoracic Society
- o   Critical Care
- o   Journal of Intensive Care Medicine
- o   Journal of Clinical Oncology
- o   Netherlands Org Health Rsch Dev (ZonMw)
- o   Respiratory Care
- o   Anesthesia and Analgesia
- o   Anesthesiology
- o   Southern Medical Journal
- o   American Journal of Medicine
- o   Journal of Internal Medicine
- o   Cleveland Clinic Journal of Medicine
- o   Journal of Critical Care
- o   Expert Opinion in Pharmacology
- o   European Respiratory Journal
- o   Journal of General Internal Medicine
- o   British Journal of Anesthesia
- o   European Journal of Heart Failure

**Bibliography:**
**Peer-reviewed Original Research:**

1.   **Kress JP**, O'Connor MF, Pohlman AS, Olson D, LaVoie A, Toledano A, Hall JB.  Sedation of critically ill patients during mechanical ventilation:  a comparison of propofol and midazolam. American Journal of Respiratory and Critical Care Medicine 1996;153:1012-1018

Kress, John P
Page 2

2.   **Kress JP**, Christenson J, Pohlman A, Linkin D, Hall JB.  Outcomes of Critically Ill Cancer Patients in a University Setting.  American Journal of Respiratory and Critical Care Medicine 1999;160:1957-1961

3.   **Kress JP**, Pohlman AS, Alverdy J, Hall JB.  The impact of morbid obesity on oxygen cost of breathing ($VO_{2 RESP}$) at rest.  American Journal of Respiratory and Critical Care Medicine 1999;160:883-886

4.   **Kress JP**, Pohlman AS, Hall JB.  Determination of hemoglobin saturation in patients with acute sickle chest syndrome:  a comparison of arterial blood gases and pulse oximetry.  Chest 1999;115:1316-1320

5.   **Kress JP**, O'Connor MF, Schmidt GA.  Clinical examination reliably detects AutoPEEP in Critically Ill, Mechanically Ventilated Patients.  American Journal of Respiratory and Critical Care Medicine 1999;159:290-294

6.   **Kress JP**, Pohlman A, O'Connor MF, Hall JB.  Daily interruption of sedative infusions in critically ill patients undergoing mechanical ventilation.  New England Journal of Medicine 2000;342:1471-1477

7.   **Kress JP**, Pohlman AS, Rubin A, Hall JB.  Outcomes of critically ill patients denied consideration for liver transplantation. American Journal of Respiratory and Critical Care Medicine 2000;162:418-423

8.   **Kress JP**, Pohlman AS, Hall JB.  Effects of sedative interruption in critically ill, mechanically ventilated patients receiving midazolam or propofol.  Journal of Clinical Outcomes Management 2001;8:33-39

9.   **Kress JP**, Noth I, Gehlbach BK, Barman N, Pohlman A, Miller A, Morgan S, Hall JB.  The utility of albuterol nebulized with heliox during acute asthma exacerbations. American Journal of Respiratory and Critical Care Medicine 2002;165:1317-1321

10.   Kahn JM, **Kress JP**, Hall JB. Skin necrosis after extravasation of low-dose vasopressin administered for septic shock. Critical Care Medicine 2002;30:1899-901

11.   Gehlbach B, **Kress JP**, Kahn J, DeRuiter C, Pohlman A, Hall J. Correlates of prolonged hospitalization in inner-city ICU patients receiving noninvasive and invasive positive pressure ventilation for status asthmaticus. Chest 2002;122:1709-14

12.   Davis N, Pohlman A, Gehlbach B, **Kress JP**, McAtee J, Herlitz J, Hall J.  Improving the process of informed consent in the critically ill.  JAMA 2003;289:1963-1968

13.   **Kress JP**, Gehlbach BK, Lacy M, Pliskin N, Pohlman AS, Hall JB.  The long-term psychological effects of daily sedative interruption on critically ill patients. American Journal of Respiratory and Critical Care Medicine 2003;168:1457-1461

Kress, John P
Page 3

14.    Schweickert WD, Gehlbach BK, Pohlman AS, Hall JB, **Kress JP**.  Daily interruption of sedative infusions and complications of critical illness in mechanically ventilated patients.  Critical Care Medicine 2004;32:1272-1276

15.    Carson SS, **Kress JP**, Rodgers JE, Vinayak A, Campbell-Bright S, Levitt J, Bourdet S, Ivanova A, Henderson A, Pohlman A, Chang L, Rich PB, Hall JB.  A randomized trial of intermittent lorazepam vs. propofol with daily interruption in mechanically ventilated patients.  Critical Care Medicine 2006;34:1326-1332

16.    Vinayak AG, Gehlbach B, Pohlman AS, Hall JB, **Kress JP**. The relationship between sedative infusion requirements and permissive hypercapnia in critically ill, mechanically ventilated patients.  Critical Care Medicine 2006;34:1668-1673

17.    Meyer N, Davis SQ, **Kress JP**.  Acute tachypnea during mechanical ventilation in a 62-year-old man with multiple myeloma involving the spinal cord.  Chest 2006;130:616-619

18.    Vinayak AG, Levitt J, Gehlbach B, Pohlman AS, Hall JB, **Kress JP**.  Usefulness of the external jugular vein examination in detecting abnormal central venous pressure in critically ill patients.  Archives of Internal Medicine. 2006;166:2132-2137

19.    **Kress JP**, Vinayak AG, Levitt J, Schweickert WD, Gehlbach B, Zimmerman F, Pohlman AS, Hall JB, Daily Sedative Interruption in Mechanically Ventilated Patients at Risk for Coronary Artery Disease.  Critical Care Medicine 2007;35:365-371

20.    Patel N, Pohlman AS, Husain A, Hall JB, **Kress JP**. Conventional transbronchial needle aspiration decreases the rate of surgical sampling of intrathoracic lymphadenopathy.  Chest 2007;131:773-778

21.    Levitt JE, Vinayak AG, Gehlbach BK, Pohlman AS, Van Cleve W, Hall JB, **Kress JP**. Diagnostic utility of B-type natriuretic peptide in critically ill patients with pulmonary edema: a prospective cohort study.  Critical Care 2008;12:R3

22.    Cox CE, Reed SD, Govert JA, Rodgers JE, Campbell-Bright S, **Kress JP**, Carson SS. Economic evaluation of propofol and lorazepam for critically ill patients undergoing mechanical ventilation. Critical Care Medicine 2008;36:706-714

23.    Girard TD, **Kress JP**, Fuchs BD, Thomason JW, Schweickert WD, Pun BT, Taichman DB, Dunn JG, Pohlman AS, Kinniry PA, Jackson JC, Canonico AE, Light RW, Shintani AK, Thompson JL, Gordon SM, Hall JB, Dittus RS, Bernard GR, Ely EW. Efficacy and safety of a paired sedation and ventilator weaning protocol for mechanically ventilated patients in intensive care (Awakening and Breathing Controlled trial): a randomised controlled trial.  Lancet 2008;371(9607):126-134

24.    Pohlman, MC, McCallister KE, Schweickert WD, Nigos CP, Krishnan JA, Charbeneau JT, Gehlbach BK, **Kress JP**, Hall JB.  Excessive tidal volume from breath stacking during lung-protective ventilation for acute lung injury.  Critical Care Medicine 2008; 36:3019-3023

Kress, John P
Page 4

25.     Schweickert WD, Herlitz Jean, Pohlman AS, Gehlbach BK, Hall JB, **Kress JP.**  A randomized, controlled trial evaluating postinsertion neck ultrasound in peripherally inserted central catheters.  Critical Care Medicine 2009; 37:1217-1221

26.     Schweickert WD, Pohlman, MC, Pohlman AS, Nigos CP, Pawlik AJ, Esbrook CL, Spears L, Miller M, Franczyk M, Deprizio D, Schmidt GA, Bowman A, Barr R, McCallister KE, Hall JB, **Kress JP.** Early physical and occupational therapy in mechanically ventilated, critically ill patients: A randomised controlled trial. Lancet 2009;373:1874 –1882

27.     Pohlman, MC, Schweickert WD, Pohlman AS, Nigos CP, Pawlik AJ, Esbrook CL, Spears, L, Miller M, Franczyk M, Deprizio D, Schmidt GA, Bowman A, Barr R, McCallister KE, Hall, JB, **Kress JP**.  Feasibility of physical and occupational therapy beginning from initiation of mechanical ventilation.  Critical Care Medicine 2010; 38:2089-2094

28.     Meadow W, Pohlman A, Frain L, Ren, Y, **Kress JP**, Teuteberg W, Hall J. Power and limitations of daily prognostications of death in the medical intensive care unit Critical Care Medicine 2011;39:474-479

## Abstracts

1.     O'Connor MF, **Kress JP**, Toledano A, Lavoie A, Pohlman A, Hall JB.  Sedation for critically ill patients with midazolam requires less opiate than sedation with propofol.  Anesthesia and Analgesia 1996;82:S342

2.     O'Connor MF, **Kress JP**, Toledano A, Lavoie A, Pohlman AS, Hall JB.  Sedation with propofol or midazolam lowers VO2 in critically ill patients.  Anesthesia and Analgesia 1996;82:S343

3.     O'Connor MF, **Kress JP**, Toledano A, Lavoie A, Pohlman AS, Hall JB.  Testing the need for blinded observers:  an assessment of patient sedation.  Anesthesia and Analgesia 1996;82:S344

4.     **Kress JP**, Christenson J, Pohlman AS, Lincon D, Kuang A, Hall JB.  Outcomes of critically ill oncology patients in a university hospital setting.  American Journal of Respiratory and Critical Care Medicine 1998;157:A300

5.     **Kress JP**, Pohlman AS, Hall JB.  Determination of hemoglobin saturation in patients with acute sickle chest syndrome:  a comparison of arterial blood gases and pulse oximetry.  American Journal of Respiratory and Critical Care Medicine 1998;157:A312

6.     **Kress JP**, Pohlman AS, Hall JB.  The utility of clinical examination for the detection of autoPEEP.  American Journal of Respiratory and Critical Care Medicine 1998;157:A312

7.     **Kress JP**, Noth I, Pohlman AS, Miller A, Walter J, Hall JB.  Albuterol nebulized with heliox improves airflow during asthma exacerbations more effectively than albuterol nebulized with oxygen.  American Journal of Respiratory and Critical Care Medicine 1999;159:A639

8.    **Kress JP**, Pohlman AS, Alverdy J, Hall JB. The relationship of oxygen consumption to the work of breathing in morbidly obese patients.  American Journal of Respiratory and Critical Care Medicine 1999;159:A366

9.    **Kress JP**, Pohlman AS, Rubin A, Hall JB.  Outcomes of critically ill patients with advanced liver disease (ALD).  American Journal of Respiratory and Critical Care Medicine 1999;159:A767

10.   **Kress JP**. A Multicenter, Randomized, Controlled, Clinical Trial of Transfusion Requirements in Critical Care.  American Thoracic Society online journal club.  November 1999.

11.   **Kress JP**, Pohlman AS, O'Connor MF, Hall JB.  Reduction in the need for diagnostic testing by the use of sedation protocols. American Journal of Respiratory and Critical Care Medicine 2000;161:A506

12.   **Kress JP**, Pohlman AS, O'Connor MF, Hall JB.  The impact of daily discontinuation of continuous sedative infusions on duration of mechanical ventilation and ICU length of stay in critically ill patients. American Journal of Respiratory and Critical Care Medicine 2000;161:A506

13.   **Kress JP**, Pohlman AS, Hall JB.  The impact of morbid obesity on outcomes in mechanically ventilated, critically ill patients.  American Journal of Respiratory and Critical Care Medicine 2000;161:A400

14.   **Kress JP**. Impact of a prevention strategy targeted at vascular-access care on incidence of infections acquired in intensive care.  American Thoracic Society online journal club.  August 2000

15.   Gehlbach B, **Kress JP**, Kahn J, DeRuiter C, Pohlman AS, Hall JB.  Duration and outcomes of patients with status asthmaticus treated with positive pressure ventilation.  American Journal of Respiratory and Critical Care Medicine 2001;163(5):A132

16.   Gehlbach B, **Kress JP**, Kahn J, DeRuiter C, Pohlman AS, Hall JB.  Sedation, neuromuscular blockade, and permissive hypercapnia strategies in mechanically ventilated asthmatics. American Journal of Respiratory and Critical Care Medicine 2001;163(5):A955

17.   **Kress JP**, Gehlbach B, Lacy M, Pliskin N, Pohlman AS, Hall JB.  The long-term psychological effects of daily sedative interruption on critically ill patients.  American Journal of Respiratory and Critical Care Medicine 2001;163(5):A954

18.   **Kress JP**. Effect of Prone Positioning on the Survival of Patients with Acute Respiratory Failure.  American Thoracic Society online journal club.  August 2001

19.   Schweickert W, Gehlbach BK, **Kress JP**, Pohlman AS, O'Connor M, Hall JB.  The impact of daily discontinuation of sedative infusions on the frequency of comorbidities associated with

prolonged mechanical ventilation in critically ill patients.  American Journal of Respiratory and Critical Care Medicine 2002;165:A688

20.    Woo M, Shahul S, O'Connor M, **Kress JP**, Hall JB.  BIS variability in obtunded and comatose patients. Submitted, Am Soc Anesthes

21.    Woo M, Shahul S, O'Connor M, **Kress JP**, Hall JB.  Poor correlation of BIS value with neurologic status in metabolically deranged or neurologically injured patients. Submitted, Am Soc Anesthes

22.    Vinayak A, **Kress JP**, Gehlbach B, Pohlman AS, Hall JB.  The utility of examination of the external jugular vein in estimating central venous pressure in critically ill patients. American Journal of Respiratory and Critical Care Medicine 2003;167(7):A933

23.    Vinayak A, **Kress JP**, Gehlbach B, Pohlman AS, Hall JB.  The relationship between sedative infusion requirements and permissive hypercapnia in critically ill, mechanically ventilated patients. American Journal of Respiratory and Critical Care Medicine 2003;167(7):A968

24.    **Kress JP**, Vinayak A, Gehlbach B, Zimmerman F, Pohlman AS, Hall JB.  The impact of daily interruption of sedative infusions on occult myocardial ischemia in critically ill, mechanically ventilated patients. American Journal of Respiratory and Critical Care Medicine 2003;167(7):A971

25.    Vinayak A, Gehlbach B, Van Cleve W, **Kress JP**, Pohlman AS, Hall JB.  Variability of daily measurement of B-type natriuretic peptide levels in critically ill patients admitted with high and low pressure pulmonary edema. American Journal of Respiratory and Critical Care Medicine 2003;167(7):A104

26.    Vinayak A, Gehlbach B, Van Cleve W, **Kress JP**, Pohlman AS, Hall JB.  The utility of B-type natriuretic peptide as a means of distinguishing high pressure from low pressure pulmonary edema in critically ill patients. American Journal of Respiratory and Critical Care Medicine 2003;167(7):A104

27.    Vinayak A, Levitt J, Pohlman AS, McCallister K, Westring J, **Kress JP**, Gehlbach B, Hall JB. Impact of compliance with ACGME mandated duty hours on resident well-being and patient satisfaction in a medical intensive care unit. American Journal of Respiratory and Critical Care Medicine 2004;169(7):A39

28.    Levitt J, Vinayak A, Pohlman AS, Mohan M, Hemmann S, **Kress JP**, Gehlbach B, Hall JB. Impact of compliance with ACGME mandated duty hours on resident education during rotations in the medical intensive care unit. American Journal of Respiratory and Critical Care Medicine 2004;169(7):A41

29.    Vinayak A, Levitt J, Pohlman AS, Engel-Hall A, Hemmann S, Gehlbach B, **Kress JP**, Hall JB. Impact of compliance with ACGME mandated duty hours on patient care in a medical intensive care unit. American Journal of Respiratory and Critical Care Medicine 2004;169(7):A39

30.  Gehlbach B, Levitt J, Salamanca V, Mohan M, Pohlman AS, Vinayak A, **Kress JP**, Sachs G, Hall JB.  Functional impairment in survivors of critical illness:  Characteristics associated with discharge to skilled nursing facilities versus discharge home.  American Journal of Respiratory and Critical Care Medicine 2004;169(7):A43

31.  Patel NM, Pohlman AS, Hall JB, Noth I, Husain A, **Kress JP.**  Diagnostic yield of transbronchial needle aspiration—comparing needle core surgical pathology to cytopathology analysis.  American Journal of Respiratory and Critical Care Medicine 2005;171(9) vol 2:A912

32.  Kamp RC, Pohlman AS, Hall JB, **Kress JP.**  Pressure transduction prior to dilation and catheter placement to reduce unintentional arterial cannulation during central venous catheter placement.  American Journal of Respiratory and Critical Care Medicine 2005;171(9) vol 2:A422

33.  Carson SS, **Kress JP**, Rodgers JE, Vinayak A, Campbell-Bright S, Levitt J, Bourdet S, Ivanova A, Henderson AG, Pohlman AS, Chang L, Rich PB, Hall JB.  A randomized trial comparing intermittent bolus dosing of lorazepam and continuous infusions of propofol with daily sedative interruption in mechanically ventilated patients.  American Journal of Respiratory and Critical Care Medicine 2005;171(9) vol 2:A295

34.  Schweickert W, Herlitz J, Pohlman AS, Gehlbach, BK, Hall JB, **Kress JP**.  A randomized, controlled trial evaluating the utility of ultrasound confirmation of peripherally inserted central catheter placement.  Proceedings of the American Thoracic Society 2006; volume 2:A295

35.  Schweickert W, Herlitz J, Pohlman AS, Polster D, Nigos C, Hall JB, **Kress JP**.  The effect of a teaching service on procedures for medical ICU patients.  Proceedings of the American Thoracic Society 2006; volume 2:A293

36.  Pohlman MC, Schweickert W, McCallister KE, Klein DF, Pohlman AS, **Kress JP,** Hall JB, Gehlbach B.  Evaluating the frequency of stacked breaths occurring in patients undergoing low tidal volume ventilation for ALI/ARDS.  American Journal of Respiratory and Critical Care Medicine 2007;175 vol 2:A944

37.  Pohlman MC, Schweickert W, McCallister KE, Klein DF, Pohlman AS, **Kress JP,** Hall JB, Gehlbach B.  Using area under the curve (flow waveform) to determine volume of stacked breaths in patients undergoing low tidal volume ventilation for ALI/ARDS.  American Journal of Respiratory and Critical Care Medicine 2007;175 vol 2:A944

38.  Pohlman MC, Schweickert W, McCallister KE, Pohlman AS, **Kress JP,** Hall JB, Gehlbach B.  Confirmation of interrater reliability for identification of stacked breaths in patients undergoing low tidal volume ventilation for ALI/ARDS.  American Journal of Respiratory and Critical Care Medicine 2007;175 vol 2:A944

39.  Esbrook C, Pawlik A, Schweickert WD, Pohlman MC, Nigos C, Pohlman AS, Spears L, Edwards M, Franczyk M, Deprizio D, Schmidt GA, Bowman A, Barr R, Gehlbach BK, Hall JB,

**Kress JP**.  Feasibility and Safety of Early Physical and Occupational Therapy in Mechanically Ventilated Patients.  American Journal of Respiratory & Critical Care Medicine 2008;177:A817

40.    Pohlman MC, Schweickert WD, Pawlik A, Esbrook C, Nigos C, Pohlman AS, Spears L, Edwards M, Franczyk M, Deprizio D, Schmidt GA, Bowman A, Barr R, Gehlbach BK, Hall JB, **Kress JP**.  The Impact of Early Mobilization of ICU Delirium in Mechanically Ventilated Patients.  American Journal of Respiratory & Critical Care Medicine 2008;177:A41

41.    Schweickert WD, Pohlman MC, Pohlman AS, Nigos C, Pawlik A, Esbrook C, Spears L, Miller M, Franczyk M, Deprizio D, Schmidt GA, Bowman A, Barr R, Gehlbach BK, Hall JB, **Kress JP**.  A Randomized Trial of Early Physical and Occupational Therapy in the Management of Critically Ill Patients Undergoing Mechanical Ventilation.  American Journal of Respiratory & Critical Care Medicine 2008;177:A817

42.    Schweickert WD, Poston JT, Esbrook CL, Pawlik AL, Pohlman AS, Hall JB, **Kress JP**.  Temporal Relation of Early Mobilization on Recovery of Functional Independence in Mechanically Ventilated Patients.  American Journal of Respiratory & Critical Care Medicine 2009;179:A2168

43.    Schweickert WD, Girard TD, Taichman DB, **Kress JP**, Kinniry PA, Pandharipande PP, Pun BT, Pohlman AS, Shintani AK, Thompson JL, Bernard GR, Hall JB, Ely EW, Fuchs BD.  Risk Factors for Spontaneous Breathing Trial and Extubation Failure.  American Journal of Respiratory & Critical Care Medicine 2009;179:A3804

**Book Chapters:**
1.    Hall JB, Schmidt GA and Wood LDH.  Principles of Critical Care, Second Edition:  Pretest Self-Assessment and Review.  McGraw-Hill, 1998

2.    Hall JB, Schmidt GA and Wood LDH.  Principles of Critical Care, Second Edition:  Companion Handbook, McGraw-Hill, 1999
a.  Chapter 16:  Ventilator-Induced Lung Injury
b.  Chapter 29:  Acute Right Heart Syndromes and Pulmonary Embolism
c.  Chapter 62:  Priorities in Multisystem Trauma

3.    Neumonologia Critica:  Medicina Respiratoria en Terapia Intensiva.
Carlos M. Luna
Fernando J. Pálizas
Editorial Medical Books 2001
Chapter 21 Hipercapnia permisiva pp 297-308
(Critical Pulmonology:  Respiratory Medicine in the Intensive Care Unit.  Chapter 21 Permissive Hypercapnia)

4.    Hall JB, Murphy P.  Critical Care, Revised Edition Handbook, Science Press Ltd 2003
a.  Chapter 2:  Analgesia and Sedation on the Intensive Care Unit
b.  Chapter 4:  Respiratory System
c.  Chapter 7:  Endocrine System

Kress, John P
Page 9

d. Chapter 11: Nutritional Support
e. Chapter 14: Scoring Systems

5.      Kress JP, Hall JB.  Harrison's Principles of Internal Medicine 16th edition, 2005
Chapter 249—Principles of Critical Care Medicine
pp1581-1588

6.      Hall JB, Schmidt GA and Wood LDH.  Principles of Critical Care, Third Edition:  McGraw-
         Hill, 2005
a. Chapter 12:  Intravascular Devices
b. Chapter 14:  Pain Control, Sedation and Use of Muscle Relaxants
c. Chapter 34:  Upper Airway Obstruction
d. Chapter 109:  The Obesity Epidemic and Critical Care

7.      Vinayak A, Kress JP, Hall JB.  Lung Biology in Health and Disease Series: Pharmacotherapy of
         Asthma.  Executive Editor: Claude Lenfant. Editor: James T Li MD, PhD.  "Asthma Therapy in
         the Emergency Department, Hospital floor, and Intensive Care Unit." 2006, Chapter 13, pages
         351-391.

8.      Kress JP, Hall JB.  Principles and Practice of Mechanical Ventilation 2nd Edition, 2006.  Editor:
         Martin Tobin—Chapter 51: Pain Control, Sedation, and Neuromuscular Blockade.  Pages 1097-
         1108.

9.      Kress JP, Hall JB.  Harrison's Principles of Internal Medicine 17th edition
Chapter 261—Principles of Critical Care Medicine.  Pages 1673-1680.

10.     Kress JP, Hall JB.  Fishman's Pulmonary Diseases and Disorders 4th Edition— Chapter 155:
         Treatment of Agitation in the ICU.  Pages 2701-2712.

11.     Hall JB, Murphy P.  Critical Care, Revised Edition Handbook, Science Press Ltd.
a. Chapter 2:  Analgesia and Sedation on the Intensive Care Unit
b. Chapter 4:  Respiratory System
c. Chapter 7:  Endocrine System
d. Chapter 11:  Nutritional Support
e. Chapter 14:  Scoring Systems

12.     Kress JP, Hall JB.  Harrison's Principles of Internal Medicine 18th edition.  Principles of Critical
         Care Medicine—In press.

13.     Kress JP, Hall JB.  Principles and Practice of Mechanical Ventilation 3rd Edition.  Editor:
         Martin Tobin—Pain Control, Sedation, and Neuromuscular Blockade—In press.

14.     **"Early Intensive Occupational/Physical Therapy in the ICU"** *Pocket ICU-Intensive Care
         Medicine***"** Lippincott, William & Wilkins—In press

Kress, John P
Page 10

**Invited Articles, Letters:**

1.  **Kress JP**, O'Connor MF, Pohlman AS, Hall JB.  Letter to the editor: "Comparative study of propofol versus midazolam in the sedation of critically ill patients:  Results of a prospective, randomized multicenter study."  Crit Care Medicine 1997;25:554-555

2.  **Kress JP**, O'Connor MF, Pohlman AS, Hall JB.  How and when to sedate patients during mechanical ventilation.  Journal of Critical Illness 1997;12:208-213

3.  **Kress JP**, O'Connor MF, Pohlman AS, Hall JB.  Sedating ventilated patients:  a pharmacologic primer. Journal of Critical Illness 1997;12:287-299

4.  **Kress JP**, Hall JB.  The Effect of Methylprednisolone on Acute Exacerbations of Chronic Obstructive Pulmonary Disease.  The Journal of Critical Illness 1998;13:538-539

5.  **Kress JP**, Hall JB.  Clinical consultation:  Detecting pulmonary embolism in mechanically ventilated patients.  The Journal of Respiratory Diseases 1998;19:281-282

6.  **Kress JP**, Hall JB.  Response to letter to the editor.  Daily interruption of sedative infusions in critically ill patients.  New Engl J Med 2000;343:814

7.  Hall JB**,** Schmidt GA, **Kress JP**.  Challenges in the management of the critically ill patient:  Ventilator management for acute lung injury and severe airflow obstruction.  Postgraduate Institute for Medicine, 2001

8.  **Kress JP**, Hall JB.  Cost considerations in use of sedation, analgesia, and neuromuscular blocking agents.  Managing sedation, analgesia and neuromuscular blockade in the ICU.  Seminars in Respiratory and Critical Care Medicine 2001;22:199-209

9.  **Kress JP**, Marini JJ.  Adjuncts to lung-protective ventilation.  Acute Respiratory Distress Syndrome.  Seminars in Respiratory and Critical Care Medicine 2001;22:281-292

10. **Kress JP**, Hall JB.  Comments & Analysis:  Short term effects of intravenous benzodiazepines on autonomic neurocardiac regulation in humans:  a comparison between midazolam, diazepam and lorazepam [Perspectives].  MD Consult Respiratory & Critical Care Medicine.  August 1, 2002.  Available at http://www.mdconsult.com.

11. Gehlbach BK, **Kress JP**.  Sedation in the intensive care unit.  Current Opinion in Critical Care 2002;8:290-298

12. **Kress JP**, Pohlman AS, Hall JB.  Sedation and analgesia in the intensive care unit.  American Journal of Respiratory and Critical Care Medicine 2002;166:1024-1028

13. **Kress JP**, Hall JB.  Surviving Intensive Care—"The impact of routine ICU supportive care on long-term outcomes from critical illness" in Update in Intensive Care and Emergency Medicine 2004;39:145-151

Kress, John P
Page 11

14.    **Kress JP**, Hall JB.  "Delirium and sedation" in <u>Critical Care Clinics:  End-of-life Care</u> 2004;20:419-433

15.    **Kress JP**, Hall JB.  Sedation in the mechanically ventilated patient.  Critical Care Medicine 2006;34:2541-2546.

16.    Kamp R, **Kress JP**.  Etomidate, sepsis and adrenal function—not as bad as we thought?  Critical Care 2007;11:145

17.    Swamy RS, **Kress JP**.  Pulmonary arterial hypertension and myeloproliferative disorders.  Leukemia & Lymphoma. 2007;48(10):1891-1893

18.    Schweickert W, **Kress JP**.  Sedation in the Critically Ill Patient.  Critical Care 2008;12;S3:S6.

19.    **Kress JP**, Hall JB.  Current Status of Sedation in the Critically Ill Patient.  International Journal of Critical Care 2007

20.    Chang SY, **Kress JP**, Hall JB.  Critical Illness in the Obese Patient.  Current Respiratory Medicine Reviews 2008;4:110-115

21.    Brush DR, Kress JP. Sedation and analgesia for the mechanically ventilated patient.  Clin Chest Med. 2009 Mar;30:131-141

22.    Schweickert WD, Kress JP.  Strategies to optimize analgesia and sedation.  Crit Care. 2008;12 Suppl 3:S6

23.    Wunsch H, **Kress JP**.  A new era for sedation in ICU patients.  JAMA 2009;301:542-544

24.    **Kress JP**.  ICU Sedation.  European Journal of Hospital Pharmacy Practice. 2009;15:28-30

25.    **Kress JP**. Clinical trials of early mobilization of critically ill patients. Critical Care Medicine 2010;37:S422-7

26.    Hall JB, Schweickert WD, **Kress JP**. Role of analgesics, sedatives, neuromuscular blockers, and delirium Critical Care Medicine 2010;37:S416-21

27.    **Kress JP**. Patient-controlled sedation: a novel approach to patients who are mechanically ventilated in the ICU. 2010;138:1029-30

28.    **Kress JP**.  The complex interplay between delirium, sepsis and sedation.  Critical Care. 2010;14:164

29.    **Kress JP**. New insights into symptoms experienced by high-acuity intensive care unit patients. 2010;38:2262-3

30.     Patel SB, **Kress JP**. Early Tracheotomy After Cardiac Surgery: Not Ready for Prime Time Annals of Internal Medicine 2011;154:434-435

31.     **Kress JP** Hall, JB. The burden of functional recovery from ARDS. New England Journal of Medicine 2011;364:1358-9

**Invited Presentations:**

1.      **"Venous Air Embolism"**, The University of Chicago, Department of Medicine, Section of Pulmonary and Critical Care Case Conference.  October 1996

2.      **"Empyema—Diagnosis and Management"**, The University of Chicago, Department of Medicine, Section of Pulmonary and Critical Care Case Conference.  November 1996

3.      **"Allergic Bronchopulmonary Aspergillosis"**, The University of Chicago, Department of Medicine, Section of Pulmonary and Critical Care Case Conference.  February 1997

4.      **"Acute Respiratory Distress Syndrome—Current Management Strategies"**, The University of Chicago, Department of Medicine, Section of Pulmonary and Critical Care Case Conference. March 1997

5.      **"Thrombolytic Therapy in Acute Pulmonary Embolism"**, The University of Chicago, Department of Medicine, Section of Pulmonary and Critical Care Case Conference.  May 1997

6.      **"Rhabdomyolysis in Critical Illness"**, The University of Chicago, Department of Medicine, Section of Pulmonary and Critical Care Case Conference.  September 1997

7.      **"Anesthesia for the Transplanted Patient for Nontransplant Procedures"**, Eleventh Annual Conference:  Challenges for Clinicians in the New Millennium. The University of Chicago, Department of Anesthesia and Critical Care.  December 1997

8.      **"Hypersensitivity Pneumonitis"**, The University of Chicago, Department of Medicine, Section of Pulmonary and Critical Care Case Conference.  March 1998

9.      **"Outcomes of Critically Ill Oncology Patients in a University Hospital Setting"** The University of Chicago, Department of Internal Medicine, Section of Hematology/Oncology Grand Rounds.  June 1998

10.     **"Pulmonary Blastomycosis"**, The University of Chicago, Department of Medicine, Section of Pulmonary and Critical Care Case Conference.  September 1998

11.     **"Pulmonary Manifestations of Mycobacterium Avium Intracellulare"**, The University of Chicago, Department of Medicine, Section of Pulmonary and Critical Care Case Conference. November 1998

12.  **"The Utility of Heliox in the Treatment of Obstructive Airway Disease"**, Washington University, Department of Pulmonary and Critical Care Medicine Grand Rounds.  February 1999

13.  **"Central Line Placement"**, The University of Chicago, Department of Internal Medicine. Housestaff Lecture Series.  August 1997-2010

14.  **"Cardiopulmonary Implications of Morbid Obesity in Critical Illness"**, University of Chicago, Department of Internal Medicine Grand Rounds.  September 1999

15.  **"Critically Ill Asthmatic Patients"**, University of Chicago Hospitals Asthma Center CME course.  2000-2004

16.  **"An Approach to Fungal Infections in Hospitalized Patients"**, Industry (Ortho-Biotech) Preceptorship, University of Chicago Hospitals.  February 2000

17.  **"Pulmonary Fungal Infections"**, Christ Hospital, Department of Internal Medicine, Invited Lecture—Internal Medicine Weekly Conference.  March 2000

18.  **Pro-Con Debate Moderator—"Weaning from mechanical ventilation should be protocol driven"**, 5th Annual Chicago Conference on Controversies in Pulmonary & Critical Care Medicine September 22-23, 2000; Hotel Intercontinental Chicago, IL

19.  **"Sedation of the Critically Ill Patient"**, University of Miami, Division of Pulmonary and Critical Care Medicine Grand Rounds.  September 2000

20.  **"Sedation of the Critically Ill Patient"**, American Thoracic Society Sixth Annual State of the Art (SOTA) Critical Care Review Course.  San Juan, Puerto Rico, March 2001

21.  **"Sedation of the Critically Ill Patient"**, Walter Reed Army Medical Center, Division of Pulmonary and Critical Care Medicine Grand Rounds.  May 2001

22.  **"Sedation of the Critically Ill Patient"**, Case Western Reserve University, Division of Pulmonary and Critical Care Medicine Grand Rounds.  July 2001

23.  **"Sedation and Paralysis in the Mechanically Ventilated Patient"**, **"New Strategies for Mechanical Ventilation—Reducing Sedation in the Ventilated Patient"**, European Society of Intensive Care Medicine (ESICM), 14th Annual Congress, Geneva, Switzerland.  October 2001

24.  **"Protocols in the ICU—Implementation and Outcomes"**, Affiliate Network Lecture. American College of Chest Physicians Conference.  November 2001, Philadelphia, PA

25.  **"Acute Asthma"** Emergency Medicine Grand Rounds, Christ Hospital, Chicago, IL, January 2002

26.     **"Sedation of the Critically Ill Patient"**, American Thoracic Society Seventh Annual State of the Art (SOTA) Critical Care Review Course.  San Diego, CA, March 2002

27.     **"Use of Sedation Protocols in the ICU"**, American Thoracic Society International Meeting. Atlanta, GA, May 2002

28.     **"Shock"** American College of Chest Physicians/Society of Critical Care Medicine Combined Review Course. Chicago. IL, August 16, 2002

29.     **"Sepsis: Pathophysiology and Treatment**" Good Samaritan/Phoenix VA Medical Center. Phoenix, AZ, October 25, 2002

30.     **"Weaning from Mechanical Ventilation and Sedation of Critically Ill Patients"**, American College of Chest Physicians Post Graduate Course. San Diego, CA, November 3, 2002

31.     **"Central Venous Catheters"**, University of Chicago, Department of Medicine, Section of Emergency Medicine, November 26, 2002

32.     **"Sepsis:  Pathophysiology and Treatment"**, Grand Rounds, Illinois Masonic Medical Center, Chicago, IL, December 4, 2002

33.     **"Acute Asthma"** Emergency Medicine Grand Rounds, Ingalls Hospital, Chicago, IL, December 19, 2002

34.     **"Sepsis:  Pathophysiology and Treatment"**, Grand Rounds, St. Joseph Hospital, Chicago, IL, April 9, 2003

35.     **"Diagnosis of Sepsis:  Clinical and Laboratory Data"**, American College of Chest Physicians, Fellows Conference, Hollywood, FL, April 26, 2003

36.     **"Shock"** American College of Chest Physicians Critical Care Review Course. Scottsdale, AZ, August 2, 2003

37.     **"Biostatistics"** American College of Chest Physicians Critical Care Review Course. Scottsdale, AZ, August 5, 2003

38.     **"Sedation of the Critically Ill Patient"**, Rush University/Cook County Hospital, Division of Pulmonary and Critical Care Medicine Grand Rounds.  August 27, 2003

39.     **"Acute Asthma"**, European Society of Intensive Care Medicine, 16th Annual Congress, Amsterdam, Netherlands.  October 2003

40.     **"Mediastinal Disease"**, University of Chicago, Section of Pulmonary and Critical Care, Pulmonary Core Curriculum Lecture Series.  October 2003

41.   **"Acute Asthma"**, Michael Reese Hospital Resident Lecture Series.  Chicago, IL.  October 2003

42.   **"The Utility of Heliox in the Treatment of Obstructive Airway Disease—An Update"**, Washington University, Department of Pulmonary and Critical Care Medicine Grand Rounds. October 2003

43.   **"Managing Sedation and Cognitive Dysfunction in the ICU"**, American College of Chest Physicians Annual Conference. Orlando, FL, October 2003

44.   **"Outcomes in Sepsis"**, American College of Chest Physicians Annual Conference. Orlando, FL, October 2003

45.   **"Severe Sepsis"**, Desert Critical Care Symposium, Palm Springs, CA, November 2003

46.   **"Sedation in the ICU", "Sepsis Cases"**, Update in Critical Care, University of Chicago, Chicago, IL, November 2003

47.   **"Heliox Nebulization of Albuterol"**, American Association for Respiratory Care International Meeting, Las Vegas, NV, December 2003

48.   **"Severe Sepsis"**, Michael Reese Hospital Grand Rounds.  Chicago, IL.  December 2003

49.   **"Sedation in the ICU"**, Loyola University, Department of Pulmonary and Critical Care Medicine Grand Rounds.  December 2003

50.   **"Principles of Ventilator Use to Maximize Oxygenation and Cardiac Output"**, Section of Cardiology, Senior Medical Student Elective Lecture Series.  University of Chicago, Chicago, IL, February 2004

51.   **"Acute Right Heart Syndromes"**, Section of Cardiology, Senior Medical Student Elective Lecture Series.  University of Chicago, Chicago, IL, February 2004

52.   **"Acute Asthma"**, Olympia Fields Emergency Medicine Conference.  Olympia Fields, IL, February 2004

53.   **"Update in COPD"**, Michael Reese Hospital Resident Lecture Series.  Chicago, IL,  February 2004

54.   **"Prophylactic Strategies in the ICU"**, American Thoracic Society Ninth Annual State of the Art (SOTA) Critical Care Review Course.  Arlington, VA, March 2004

55.   **"Sedation in the ICU"**, Critical Care Symposium, Methodist Hospital, Merrillville, IN.  March 2004

56.   **"Sedation in the ICU"**, Pulmonary and Critical Care Symposium, Asheville, NC, May 2004

Kress, John P
Page 16

57.   **"Fungal Diseases in Pulmonary Medicine"**, University of Chicago, Section of Pulmonary and Critical Care, Pulmonary Core Curriculum Lecture Series.  May 2004

58.   **"Shock"** American College of Chest Physicians Critical Care Review Course. Orlando, AZ, August 2004

59.   **"Biostatistics"** American College of Chest Physicians Critical Care Review Course. Orlando, FL August 2004

60.   **"Sedation in the ICU"** Baylor University Section of Pulmonary and Critical Care Grand Rounds.  Houston, TX, August 2004

61.   **"Sedation in the ICU"** Missouri Thoracic Conference.  St. Louis, MO, October 2004

62.    **"Impact of Sedation on Long Term Outcome in the ICU"** American College of Chest Physicians, Critical Care Network Open Meeting.  Chest 2004.  Seattle, WA

63.   **"ICU Sedation Decisions and Long-term Outcomes"** 34th Critical Care Congress, January 2005.  Phoenix, AZ

64.   **"Prophylactic Strategies in the ICU"**, American Thoracic Society Tenth Annual State of the Art (SOTA) Critical Care Review Course.  March 2005, Chicago, IL

65.   **"Preventative Strategies in the ICU",** Annual Meeting Society for Hospital Medicine 2005: Strategies for Success.  April 2005, Chicago, IL

66.   University of Chicago Department of Surgery Twelfth Annual Charles B. Huggins Research Conference.  Invited judge of research proposals.  May 2005

67.   **"How do I monitor pain and sedation in the ICU?",** American Thoracic Society International Conference—Post Graduate Course.  May 2005, San Diego, CA

68.   **"Preventative measures in the ICU"**, Virginia Thoracic Society Annual Meeting.  September 2005, Richmond, VA.

69.   **"Sedation in the ICU"**, Virginia Thoracic Society Annual Meeting.  September 2005, Richmond, VA.

70.    **"Thoracic Anatomy"**, University of Chicago, Section of Pulmonary and Critical Care Lecture Series.  October 2004-present, Chicago, IL.

71.   **"Mechanical Ventilation Cases"**, American College of Chest Physicians Fellows Conference. October 2005, Montreal, Canada.

72.    **"Sedation in the ICU"**, Wake Forest University Grand Rounds.  November 2005, Winston-Salem, NC

73.    **"Sedation in the ICU"**, Northwestern University Grand Rounds.  December 2005, Winston-Salem, NC

74.    **"Therapeutic uses of heliox"**, Linde Therapeutics.  December 2005, Salzburg, Austria.

75.    **Society of Critical Care Medicine Sedation Task Force meeting,** January 2006, San Francisco, CA.

76.    **"Ventilator Associated Pneumonia",** January 2006, LaGrange Hospital, LaGrange, IL.

77.    **"Sepsis"**, March 2006.  Michael Reese Hospital Grand Rounds.  Chicago, IL.

78.    **"Fungal Infections"**, University of Chicago, Section of Pulmonary and Critical Care Lecture Series.  April 2006, Chicago, IL.

79.    **"Managing and preventing complications in the ICU",** May 2006, Society of Hospital Medicine Meeting, Washington, D.C.

80.    **"Update in respiratory failure and management",** May 2006, Society of Hospital Medicine Meeting, Washington, D.C.

81.    **"Rebound:  the physical recovery from critical illness"**, June 2006, University of Chicago Department of Medicine Grand Rounds, Chicago, IL.

82.    **"Post resuscitation as sepsis-like syndrome"**, June 2006, University of Chicago Emergency Medicine Symposium, Chicago, IL.

83.    **"Update in Respiratory Failure and Management", Managing and Preventing Complications in the ICU"**, August 2006, Society of Hospital Medicine Annual Meeting, Washington, D.C.

84.    **"Sepsis"**, University of Chicago, Section of Emergency Medicine Grand Rounds.  August 2006, Chicago, IL.

85.    **"Shock"** American College of Chest Physicians Critical Care Review Course. August 2006, Orlando, FL.

86.    **"Hemodynamic monitoring"** American College of Chest Physicians Critical Care Review Course. August 2006, Orlando, FL.

87.    **"ARDS"** American College of Chest Physicians Critical Care Review Course. August 2006, Orlando, FL.

Kress, John P
Page 18

88. **"Heliox therapy in asthma"**, XVIII World Congress of Asthma, October 2006, Guadalajara, Mexico.

89. **"Mechanical Ventilation"**, American College of Chest Physicians Fellows Conference. October 2006, Salt Lake City, UT.

90. **"Heliox therapy in asthma"**, American Association for Respiratory Care International Meeting, December 2006, Las Vegas, NV.

91. The University of Chicago Department of Anesthesia & Critical Care 9th Annual Conference. Challenges for Clinicians **"The Pulmonary Artery Catheter—where are we in 2007?"** January 2007, St. John, USVI

92. The University of Chicago Department of Anesthesia & Critical Care 9th Annual Conference. Challenges for Clinicians **"Management of ARDS—what's new in 2007?"** January 2007, St. John, USVI

93. Society of Critical Care Medicine Annual Meeting.  **"Algorithms for Managing Sedation"** February 2007, Orlando, FL

94. American Thoracic Society Annual Meeting.  **"Sedation, delirium and neuropsychological consequences of critical illness"**,  May 2007, San Francisco, CA

95. **"Heparin Induced Thrombocytopenia in the ICU",** May 2007, Society of Hospital Medicine Meeting, Dallas, TX

96. **"Update in Pneumonia"**  Glen Oaks Hospital Grand Rounds, June 2007

97. **"Recovery after Critical Illness"** August 2007.  Michael Reese Hospital Grand Rounds. Chicago, IL

98. **"Shock"** American College of Chest Physicians Critical Care Review Course. August 2007, Phoenix, AZ

99. **"Hemodynamic monitoring"** American College of Chest Physicians Critical Care Review Course. August 2007, Phoenix, AZ

100. **"ARDS"** American College of Chest Physicians Critical Care Review Course. August 2007, Phoenix, AZ.

101. **"ARDS"**, Grand Rounds, St. Joseph Hospital, Chicago, IL, September 2007

102. **"Rounding with Housestaff in the ICU"**.  American College of Chest Physicians Annual Meeting. October 2007, Chicago, IL

103.  **"Sedation and analgesia in the ICU—patient-focused"**.  American College of Chest Physicians Annual Meeting. October 2007, Chicago, IL

104.  **"Recovery after Critical Illness"**, November 2007.  University of Puerto Rico.  San Juan, PR

105.  **"Pro-Con:  6 ml/kg Tidal Volume" and "Lung Recruitment Strategies"** Mechanical ventilation—Trends in Adult and Pediatric Practice Society of Critical Care Medicine Conference, June 2008, Seattle, WA

106.  **"Shock"** American College of Chest Physicians Critical Care Review Course. August 2008, Orlando, FL

107.  **"Hemodynamic monitoring"** American College of Chest Physicians Critical Care Review Course. August 2008, Orlando, FL

108.  **"ARDS"** American College of Chest Physicians Critical Care Review Course. August 2008, Orlando, FL

109.  **"Algorithms Useful for Sedation and Analgesia"**, American College of Chest Physicians Annual Meeting. October 2008, Philadelphia, PA

110.  **"ICU Sedation and the Physical and Psychological Recovery From Critical Illness"**, Grand Rounds, Rush University, Chicago, IL, September 2008

111.  **"Sepsis"**, Grand Rounds, Delnor Hospital, Geneva, IL, October 2008

112.  **"Improving Function in ICU Survivors"**, Grand Rounds, St. Joseph Hospital, Chicago, IL, February 2009

113.  **"Improving Function in ICU Survivors"**, Grand Rounds, University of Medicine and Dentistry, New Jersey, Newark, NJ, February 2009

114.  **"Clinical trials of early mobilization"**,  Round Table Conference on "ICU-Acquired Weakness"  Brussels, Belgium, March 21-23, 2009

115.  **"Minimizing Sedation—An evidence based review"** 29th International Symposium on Intensive Care and Emergency Medicine in Brussels, Belgium , March, 2009

116.  **"Early Mobilization in Critically Ill Mechanically Ventilated Patients—Impact on Delirium"**, American Occupational Therapy Association Conference and Expo, Houston, TX April 2009

117.  **"Improving Function in ICU survivors"**, Case Western University Department of Medicine Grand Rounds, Cleveland, OH, May 2009

118.   **"Getting off the ventilator: sedation, strategies, and tactics",** Society of Hospital Medicine Meeting, Chicago, IL, May 2009

119.   **"Chest Tubes"**, University of Chicago, Section of Pulmonary and Critical Care Lecture Series. Chicago, IL, May 2009

120.   **"Improving Function in ICU survivors"**, Pennsylvania State University Critical Care Update, Hershey, PA, August 2009

121.   **"ARDS"** American College of Chest Physicians Critical Care Review Course. August 2009, Phoenix, AZ

122.   **"Shock"** American College of Chest Physicians Critical Care Review Course. August 2009, Phoenix, AZ

123.   **"Hemodynamic monitoring"** American College of Chest Physicians Critical Care Review Course. August 2009, Phoenix, AZ

124.   **Sedation in the ICU"** Carolinas Medical Center Grand Rounds.  October 2009, Charlotte, NC

125.   **"Getting off the Ventilator—Sedation, Strategies and Tactics"**  Enloe Medical Center Grand Rounds. October, 2009, Chico, CA

126.   **"Early Mobilization in Mechanically Ventilated ICU Patients"** Critical Care Canada Forum, October, 2009, Toronto, ON, Canada

127.   **"Improving Function in ICU Survivors"** University of Chicago Grand Rounds Oct 2009, Chicago, IL

128.   **"How To Ventilate a Patient Experiencing Increased Intracranial Pressure and Neurosurgery Problems"** American College of Chest Physicians Annual Meeting. November, 2009, San Diego, CA

129.   **"When and How To Mobilize the Critically Ill Ventilated Patient"** Greater Portland Chapter AACN 36th Annual Critical Care Symposium, November, 2009, Portland, OR

130.   **"Optimal Sedation Strategies for Ventilator Management and Weaning"** American College of Chest Physicians Annual Meeting. November, 2009, San Diego, CA

131.   **"The Sedative Buffet: Variety Is The Spice of Life"** Society of Critical Care Medicine, Moderator, Miami, FL, January 2010

132.   **"Early Mobilization in Mechanically Ventilated ICU Patients"** Oregon Thoracic Society Chest Disease Conference, February 2010, Bend, OR

133.   "**ICU protocols**" Oregon Thoracic Society Chest Disease Conference, February 2010, Bend, OR

134.   **"Obesity and the Lung: The Management of the Superobese Critically Ill Patient"** American Thoracic Society State of the Art (SOTA), February 2010, Miami, FL

135.   **"Things you wish your Nephrology Consultants knew about Critical Care (and vice versa)"** University of Chicago, Department of Medicine, Section of Nephrology Invited Lecture, February 2010, Chicago, IL

136.   **"Sedation in the ICU"** Creighton University—Integrating Evidence-Based Pulmonary and Critical Care Medicine into Clinical Practice, Omaha, NE March 2010

137.   **"Hemodynamic Monitoring"**, Grand Rounds, St. Joseph Hospital, Chicago, IL, April, 2010

138.   **"Early mobilization of ICU patients during mechanical ventilation"** VIII SIMPOSIO INTERNACIONAL DE POSTGRADO: EMERGENCIAS MÉDICAS Y PACIENTE CRÍTICO, Santiago, Chile, May 2010

139.   **"ICU sedation"** VIII SIMPOSIO INTERNACIONAL DE POSTGRADO: EMERGENCIAS MÉDICAS Y PACIENTE CRÍTICO, Santiago, Chile, May 2010

140.   **"In-Hospital Duration of Weakness"** American Thoracic Society Annual Meeting. May, 2010, New Orleans, LA

141.   **"The Ravages of Critical Illness:  What we know and what we still need to know"** American Thoracic Society Annual Meeting. May 2010, New Orleans, LA

142.   **"The Year in Review—Advances in Critical Care Medicine"** American Thoracic Society Annual Meeting. May 2010, New Orleans, LA

143.   **"Sedation in the ICU"** Rush University Grand Rounds, August 2010, Chicago, IL

144.   **"Shock"** American College of Chest Physicians Critical Care Review Course. August 2010, Orlando, FL

145.   **"Hemodynamic monitoring"** American College of Chest Physicians Critical Care Review Course. August 2010, Orlando, FL

146.   **"Airway Management, Sedation and Paralytics"** American College of Chest Physicians Critical Care Review Course. August 2010, Orlando, FL

147.   **"Early mobilization of ICU patients during mechanical ventilation"** Fort Worth Critical Care Conference, September 2010, Fort Worth, TX

148. **"Physical and psychological recovery after critical illness"** European Respiratory Society Annual Meeting, September 2010, Barcelona, Spain

149. **"Early mobilization of ICU patients during mechanical ventilation"** Update in Critical Care, University of Michigan, October 2010, Ann Arbor, MI

150. **"Update in Sepsis"** Update in Critical Care, University of Michigan, October 2010, Ann Arbor, MI

151. **"Simulation-based Procedures Pre-Course"** Sixth Annual Midwestern Hospital Medicine Conference, October 2010, Chicago, IL

152. **"Sedation in the ICU—Breaking a Paradigm"** Brazilian Congress of Intensive Care Medicine—Brasilia, Brazil - October 2010

153. **"Delirium in the ICU—Not a 'One Size Fits All'"** Brazilian Congress of Intensive Care Medicine—Brasilia, Brazil - October 2010

154. **"Early Mobilization of Patients on Mechanical Ventilation"** Brazilian Congress of Intensive Care Medicine—Brasilia, Brazil - October 2010

155. **"The Impact of Sedation Interruption"** Brazilian Congress of Intensive Care Medicine—Brasilia, Brazil - October 2010

156. **"The complex interplay between delirium, sepsis and sedation"** Brazilian Congress of Intensive Care Medicine—Brasilia, Brazil - October 2010

157. **"Delirium Roundtable—New Treatment Perspectives"** Brazilian Congress of Intensive Care Medicine—Brasilia, Brazil - October 2010

158. **"Shock"** Temple University Department of Medicine Grand Rounds, Philadelphia, PA – October 2010

159. **"ICU Sedation"** Winthrop University Division of Pulmonary and Critical Care Medicine Grand Rounds, New York, NY – October 2010

160. **"ICU Acquired Weakness"** American College of Chest Physicians Annual Meeting, Vancouver, BC, Canada – November 2010

161. **"ICU Sedation"** American College of Chest Physicians Annual Meeting, Vancouver, BC, Canada – November 2010

162. **"Obesity and Critical Care"** American College of Chest Physicians Annual Meeting, Vancouver, BC, Canada – November 2010

163. **"ICU Sedation"** Morehouse University Division of Pulmonary and Critical Care Medicine Grand Rounds, Atlanta, GA – November 2010

164. **"Functional Recovery From Critical Illness"** Society of Critical Care Medicine Annual Congress, San Diego, CA – January 2011

165. **"Daily Awakening—Evidence to Practice"** Society of Critical Care Medicine Annual Congress, San Diego, CA – January 2011

166. **"Early Mobilization in the ICU—Can it be Done?"** American Society for Parenteral and Enteral Nutrition (ASPEN) Annual Meeting, Vancouver, BC, Canada – January 2011

167. **"Obesity and the Lung"** American Thoracic Society State of the Art (SOTA), March 2011, San Diego, CA

168. **"Ultrasound-guided Central Line Placement"** American College of Physicians Annual Meeting, April 2011, San Diego, CA

169. **"Early Mobilization in the ICU"** Johns Hopkins University Department of Anesthesia and Critical Care Grand Rounds, Baltimore, MD – April 2011

170. **"Ultrasound-guided Central Line Placement"** American Thoracic Society Annual Meeting, May 2011, Denver, CO

171. **"Obesity and the Abdominal Compartment Syndrome"** American Thoracic Society Annual Meeting, May 2011, Denver, CO

172. **"Rehabilitation Of Muscle With Early Mobilization And Electrical Stimulation"** American Thoracic Society Annual Meeting, May 2011, Denver, CO

173. **"Early Mobilization in the ICU"** XIV Congresso de Terapia Intensiva & IV Congresso de Terapia Intensiva Pediatrica "O Paciente Crítico em Ventilação Mecânica", May 2011, Rio de Janeiro, Brazil

174. **"Sedation in the ICU"** XIV Congresso de Terapia Intensiva & IV Congresso de Terapia Intensiva Pediatrica "O Paciente Crítico em Ventilação Mecânica", May 2011, Rio de Janeiro, Brazil

175. **"Shock"** American College of Chest Physicians Critical Care Review Course. August 2011, San Antonio, TX

176. **"Hemodynamic monitoring"** American College of Chest Physicians Critical Care Review Course. August 2011, San Antonio, TX

177. **"Airway Management, Sedation and Paralytics"** American College of Chest Physicians Critical Care Review Course. August 2011, San Antonio, TX

Kress, John P
Page 24

178.  **"Should Early Mobilization Become Universal?"** Swiss Society of Intensive Care Medicine, September 2011, Interlaken, Switzerland

179.  **"Early Mobilization in the ICU"** ", Medical Grand Rounds, Flagstaff Medical Center, September 2011, Flagstaff, AZ

180.   **"Ethical Issues in Clinical Trials—Minimal Sedation in Critically Ill Patients"** European Society of Intensive Care Medicine (ESICM), 24th Annual Congress October 2011, Berlin, Germany

181.  **"Continuous versus Intermittent Sedation in the ICU?"** European Society of Intensive Care Medicine (ESICM), October 2011, Berlin, Germany

182.  **"Interruption and Mobilization"** American College of Clinical Pharmacy Annual Meeting, October 2011, Pittsburgh, PA

183.  **"Rationale for Mobilizing the Critically Ill"** American College of Chest Physicians Annual Meeting, Honolulu, HI – October 2011

184.  **"Sedation in the ICU--Which agents for which patient?  Pro-Con Debate—All ICU patients should receive continuous sedation"** American College of Chest Physicians Annual Meeting, Honolulu, HI – October 2011

185.  **"Critical Care Update"** American College of Chest Physicians Annual Meeting, Honolulu, HI – October 2011

# EXHIBIT B

## Dr. John Kress Materials Reviewed

Antman E.M., et al. "Cyclooxygenase Inhibition and Cardiovascular Risk," *Circulation* 2005; 112:759-770.

Bea F., et al. "Chronic Inhibition of Cyclooxygenase-2 Does Not Alter Plaque Composition in a Mouse Model of Advanced Unstable Atherosclerosis," *Cardiovascular Research* 2003; 60:198-204.

Bishop-Bailey D., et al. "Differential Induction of Cyclooxygenase-2 in Human Arterial and Venous Smooth Muscle : Role of Endogenous Prostanoids," *Arterioscler Thromb Vasc Biol* 1998; 18:1655-1661.

Bishop-Bailey D., et al. "Induction of Cyclooxygenase-2 in Human Saphenous Vein and Internal Mammary Artery," *Arteriosclerosis Thrombosis and Vascular Biology* 1997; 17(9):644-648.

Bogaty P., et al. "Impact of Prolonged Cyclooxygenase-2 Inhibition on Inflammatory Markers and Endothelial Function in Patients with Ischemic Heart Disease and Raised C-Reactive Protein:  A Randomized Placebo-Controlled Study," *Circulation* 2004; 110:934-939.

Bombardier C., et al. "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," *N Engl J Med* 2000; 343:1520-8.

Bresalier R., et al "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial," *New Engl J Med* 2005; 352:1092-102.

Burleigh M., et al. "Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in LDL Receptor-Deficient Mice," *Circulation* 2002; 105(15):1816-1823.

Catella-Lawson, et al., "Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics, and Vasoactive Eicosanoids" *JPET* 1999; 289:735-741.

Chenevard E., et al. "Selective COX-2 Inhibition Improves Endothelial Function in Coronary Artery Disease," *Circulation* 2003; 107:405-409.

Cipollone F, et al. "Overexpression of Functionally Coupled Cyclooxygenase-2 and Prostaglandin E Synthase in Symptomatic Atherosclerotic Plaques as a Basis of Prostaglandin E(2)-Dependent Plaque Instability," *Circulation* 2001; 104:921-927.

Dalen JE, Alpert JS. Natural history of pulmonary embolism. *Prog Cardiovasc Dis.* 1975 Jan-Feb;17(4):259-70.

Dekker RJ, et al., "Prolonged Fluid Shear Stress Induces a Distinct Set of Endothelial Cell Genes, Most Specifically Lung Kruppel-like Factor (KLF2)," *Blood* 2002;100: 1689-1698.

1

Egan K.M., et al. "Cyclooxygenases, Thromboxane, and Atherosclerosis - Plaque Destabilization by Cyclooxygenase-2 Inhibition Combined with Thromboxane Receptor Antagonism," *Circulation* 2005; 111:334-342.

Executive Summary of The Third Report of The National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, And Treatment of High Blood Cholesterol In Adults (Adult Treatment Panel III). *JAMA*. 2001 May 16;285(19):2486-97.

Flavahan N.A., et al. "Balancing Prostanoid Activity in the Human Vascular System," *TIPS* 2007; Vol. xxx(No. x):1-5.

Investigators TP. Value of the ventilation/perfusion scan in acute pulmonary embolism: results of the Prospective Investigation of Pulmonary Embolism Diagnosis (PIOPED). *JAMA* 1990; 263:2753-9.

James MJ, et al., "Inhibition of Human Endothelial Prostacyclin Synthesis by Different Aspirin Formulations," *Aust NZJ Surg* 1991;61: 849-852.

Kasliwal R., et al. "A Comparison of Reported Gastrointestinal and Thromboembolic Events Between Rofecoxib and Celecoxib Using Observational Data," *Drug Safety* 2005; 28(9):803-816.

Kearney P., et al. "Do Selective Cyclo-Oxygenase-2 Inhibitors and Traditional Non-Steroidal Anti-Inflammatory Drugs Increase the Risk of Atherothrombosis?  Meta-analysis of Randomised Trials," *BMJ* 2006; 332:1302-1308.

Kerr D.J., et al. "Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer," *New Engl Journ of Med* 2007; 357:360-9.

Kerr D.J., et al. "Supplementary Appendix - Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer," *New Engl Journ of Med* 2007; 357:360-9.

Konstam M.A., et al. "Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib" *Circulation* 2001; 2280-2288.

Kuklinska A.M., et al. "Low Does Rofecoxib, Inflammation and Prostacyclin Synthesis in Acute Coronary Sydromes," *Roczniki Akademii Medycznej w Bialymstoku* 2005; 50:339-342.

Kyrle PA, et al., "Thromboxane A2 and Prostacyclin Generation in the Microvasculature of Patients with Atherosclerosis - Effect of Low-Dose Aspirin," *Thrombosis and Haemostasis* 1989;61(3): 374-377.

2

Layton D, et al., "Comparison of the Incidence Rates of Thromboembolic Events Reported for Patients Prescribed Rofecoxib and Meloxicam in General Practice in England Using Prescription-event Monitoring (PEM) Data," *Rheumatology* 2003;42:1-12.

McAdam BF, et al., "Systemic Biosynthesis of Prostacyclin by Cyclooxygenase (COX) -2:  The Human Pharmacology of a Selective Inhibitor of COX-2," *Proc Natl Acad Sci* 1999;96: 272-277.

McCormick SM, et al., "DNA Microarray Reveals Changes in Gene Expression to Shear Stressed Human Imbilical Vein Endothelial Cells," *PNAS* 2001;98(16): 8955-8960.

Merck & Co., Inc., "Ind 46,894: Vioxx - Information Amendment - Clinical, Updated Cardiovascular Pooled Anlaysis" dated March 22, 2004.

Mitchell JA and Warner TD, "COX Isoforms in the Cardiovascular System:  Understanding the Activities of Non-Steroidal Anti-Inflammatory Drugs," *Nature* 2006;5: 75-85.

Mukherjee D., et al. "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors," *JAMA* 2001; 286;8.

Norel X., et al. "Prostacyclin Release and Receptor Activation: Differential Control of Human Pulmonary Venous and Arterial Tone," *British Journal of Pharmacology* 2004; 142:788–796.

Ost M., et al. "Expression of mRNA for Phospholipase A2, Cyclooxygenases, and Lipoxygenases in Cultured Human Umbilical Vascular Endothelial and Smooth Muscle Cells and in Biopsies from Umbilical Arteries and Veins," *J Vasc Res* 1998; 35:150-155.

Patrono C., et al. "Platelet Active Drugs:  The Relationship Among Dose, Effectiveness & Side Effects," *CHEST* 2004; 126:234S-264S.

Preston FE, et al., "Inhibition of Prostacyclin and Platelet Thromboxane A2 After Low-Dose Aspirin," *The New Engl J Med* 1981;304: 76-9.

Reicin A., et al., "Comparison of Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated with Rofecoxib versus Nonselective Nonsteroidal Anti-inflammatory Drugs Ibuprofen, Diclofenac and Nabumetone," *Am J of Cardiol* 2002; 89;204-209.

Rott D., et al. "Effects of MF-Tyricyclic , a Selective Cycooxygenase-2 Inhibitor, on Atherosclerosis Progression and Susceptibility to Cytomegalovirus Replication in Apoliopopratein-E Knockout Mice," *J Am Coll Cardiol* 2003; 41:1812-9.

Schmidt M., et al. "Non-steroidal anti-inflammatory drug use and risk of venous thromboembolism," *Journal of Thrombosis and Haemostasis* 2011;9: 1326-1333.

Schonbeck U., et al. "Augmented Expression of Cyclooxygenase-2 in Human Atherosclerotic Lesions," *American Journal of Pathology* 1999; 155(4):1281-1291.

3

Severinsen MT., et al. "Venous thromboembolism discharge diagnoses in the Danish National Patient Registry should be used with caution," *Journal of Clin Epidemiology* 2010;63: 223-228.

Stein PD, Fowler SE, Goodman LR, Gottschalk A, Hales CA, Hull RD, et al. Multidetector computed tomography for acute pulmonary embolism. *N Engl J Med.* 2006 Jun 1;354(22):2317-27.

Topper JN, et al., "Identification of Vascular Endothelial Genes Differently Responsive to Fluid Mechanical Stimuli: Cyclooxygenase-2, Manganese Superoxide Dismutase, and Endothelial Cell Nitric Oxide Synthase are Selectively Up - Regulated by Steady Laminar Sheer Stress," *Proc Natl Acad Sci USA* 1996;93: 10417-10422.

Tsang V et al., "Release of Prostacyclin from the Human Aorta," *Cardiovascular Research* 1988;22: 489-493.

Tuleja, E., et al. "Effects of Cyclooxygenases Inhibitors on Vasoactive Prostanoids and Thrombin Generation at the Site of Microvascular Injury in Healthy Men," *Arteriosclerosis Thrombosis and Vascular Biology* 2003; 23:1111-115.

Van Adeslberg J., et al. "The Vioxx in Prostate Cancer Prevention Study: Cardiovascular Events Observed in the Rofecoxib 25 mg and Placebo Treatment Groups," *Curr Med Res Opin* 2007; 23(9):2063-2070.

Van Hecken A.,et al. "Comparative Inhibitory Activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen and Naproxen on COX-2 Versus COX-1 in Healthy Volunteers," *Journal of Clin Pharmacology* 2000; 40:1109-1120.

Weir M.R., et al. "Selective COX-2 Inhibition and Cardiovascular Effects: A Review of the Rofecoxib Development Program," *American Heart Journal* 2003; 146:591-604.