

# THE UNIVERSITY OF CHICAGO MEDICINE
## AT THE FOREFRONT OF MEDICINE®

Home > Find a Physician >

## John P. Kress, MD

Professor of Medicine
Director, Medical Intensive Care Unit
Director, Pulmonary and Critical Care Fellowship Training Program

Dr. John P. Kress specializes in all areas of pulmonary and critical care medicine. He has a particular interest in respiratory failure and shock. He also serves as director of the Pulmonary and Critical Care Procedure Service, specializing in a variety of invasive medical procedures. Dr. Kress sees patients in the outpatient pulmonary medicine clinic.

Dr. Kress' research has focused on sedation for critically ill patients with respiratory failure, and early intervention in patients with respiratory failure to reduce functional decline after discharge from the ICU.

### Practice Location

The University of Chicago Medicine
5841 S. Maryland Avenue
Chicago, IL 60637

### Year Started Practice

1999

### Board Certifications

Internal Medicine
Pulmonary Medicine
Critical Care Medicine
Anesthesiology

### Medical School

St. Louis University School of Medicine

### Residency and Fellowship

The University of Chicago Medicine (internal medicine,



### Clinical Interests

- Pulmonary diseases
- Critical care medicine
- Mediastinal tumors

**Request an appointment online**
or call UCM Connect at
**1-888-824-0200**

Physicians, contact the
Referring Physician Access Line
at **1-877-DOM-2730**

### Selected Publications

View a partial list of Dr. Kress' publications through the National Library of Medicine's PubMed online database.

Case 2:05-md-01657-EEF-DEK   Document 64210-12   Filed 12/24/12   Page 2 of 3

pulmonary and critical care medicine, anesthesiology)

## Memberships

American College of Chest Physicians

American Thoracic Society

## Language Spoken

English

## Email

jkress@medicine.bsd.uchicago.edu

## Office Phone

(773) 702-6790

## Office Fax

(773) 702-4754

## Office Postal Address

John P. Kress, MD

The University of Chicago Medicine

5841 S. Maryland Avenue, MC 6026

Chicago, IL 60637

© 2012 The University of Chicago Medical Center. All rights reserved.

The University of Chicago Medicine

5841 S. Maryland Avenue

Chicago, IL 60637 | 773-702-1000

**Appointments:** Call UCM Connect at 1-888-824-0200