# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This Document Relates to All** | * | |
| **Cases Listed on Exhibit A to Pretrial** | * | |
| **Order 58, as Amended (the VTE Cases)**[*] | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MERCK SHARP & DOHME CORP.'S CONSOLIDATED MOTION TO EXCLUDE OPINION TESTIMONY ON GENERAL CAUSATION AND RENEWED <u>MOTION FOR SUMMARY JUDGMENT IN VTE CASES</u>

Plaintiffs in the VTE Cases allege that they suffered venous thromboembolism ("VTE") events, as a result of their use of Vioxx.  But eight years after commencement of this MDL and after additional time granted to Plaintiffs to marshal evidence, Plaintiffs are still unable to offer reliable scientific evidence satisfying the requirements of *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993) and the Federal Rules of Evidence to support their claims. Accordingly, for the reasons set out in the accompanying Memorandum, Merck moves to exclude Plaintiffs' five proffered experts, Drs. April Zambelli-Weiner, Elizabeth Brooks, Alex Spyropoulos, Ali Olyaei, and Benedict Lucchesi.

Because Plaintiffs have failed to adduce evidence of general causation, Plaintiffs cannot meet their burden of proof on an essential element of their claims.  Merck now renews its Motion for Summary Judgment in VTE Cases and requests, pursuant to Federal Rule of Civil Procedure 56 and for the reasons given in the accompanying Memorandum, that the Court enter judgment

---

[*]  By Minute Entry dated August 16, 2012 (Rec. Doc. No. 64077), the Court consolidated the Velma Dunn matter (captioned *Singleton v. Merck Sharp & Dohme Corp.*, Civ. A. No. 2:09-cv-02413-EEF-DEK) with the other VTE cases listed on Exhibit A to Pretrial Order 58.

for Merck in the VTE Cases.

Dated:  December 24, 2012

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

   —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Phone: 202-434-5000
Fax:    202-434-5029

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

   ATTORNEYS FOR MERCK SHARP &
   DOHME CORP.

1113270v.1
1113272v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Merck Sharp & Dohme Corp.'s

Consolidated Motion to Exclude Opinion Testimony of General Causation and Renewed Motion

for Summary Judgment in VTE Cases has been served on Liaison Counsel, Russ Herman, Phillip

Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon

all parties by electronically uploading the same to LexisNexis File & Serve Advanced in

accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the

Clerk of Court of the United States District Court for the Eastern District of Louisiana by using

the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures

established in MDL 1657, on this 24th day of December, 2011.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel