UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to Cases Listed on Exhibit A | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * | * | |

## NOTICE OF FILING

Ann B. Oldfather, Liaison Counsel for Certain Cases, hereby files with the Court the attached Exhibit A (VTE Cases) which was inadvertently omitted from the filing of the Motion to Preclude Certain Testimony of Mark A. Crowther, M.D., and the Testimony of John P. Kress, M.D. filed with the Court on December 24, 2012 (Rec. 64210).

Respectfully submitted,

/s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY  40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Certain Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Filing has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of January, 2013.

                                          /s/ Ann B. Oldfather
                                          Ann B. Oldfather