# COHEN / PLACITELLA / ROTH PC
### ATTORNEYS AT LAW

MICHAEL COREN
mcoren@cprlaw.com

January 8, 2013

*VIA UPS NEXT DAY*

Ms. Loretta G. Whyte
Clerk of Court
U.S. District Court for the Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

      Re: *Commonwealth of Pennsylvania v Merck Sharp & Dohme Corp.*,
           Case No. 09-2861 (MDL No. 1657)

Dear Ms. Whyte:

    Pursuant to our January 8, 2013 telephone call with your office, enclosed please find the Commonwealth's Memorandum in Opposition to Plaintiffs' Steering Committee and Government Action Liaison Counsel's Motion for an Order Imposing a Common Benefit Obligation Upon the Recovery of the Commonwealth of Pennsylvania Attorney General's Claims Asserted against Merck Sharp & Dohme Corp. (Doc. No. 64205) pending in this MDL that was filed via Lexis Nexis file and serve on January 8, 2013. Your office graciously agreed to accept and file the response for us as of January 8, 2013 in view of the fact that I and my colleagues do not have an ECF account for the Eastern District of Louisiana.

    We have also enclosed an extra copy that we kindly ask you to date-stamp and return in the self-addressed and stamped envelope.

    If you have any questions, please do not hesitate to contact me.

                                    Respectfully yours,

                                    MICHAEL COREN

MC/tc
Encls.

PHILADELPHIA, PA   RED BANK, NJ   LEMOYNE, PA   BALA CYNWYD, PA   PITTSBURGH, PA   WASHINGTON, DC

TWO COMMERCE SQUARE   2001 MARKET STREET, SUITE 2900   PHILADELPHIA, PENNSYLVANIA 19103
215.567.3500 / 888.375.7600 / FAX 215.567.6019 / cprlaw.com