MINUTE ENTRY
FALLON, J.
JANUARY 8, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| *State of Utah, v. Merck Sharp & Dohme* : | JUDGE FALLON |
| *Corp.*, No. 06-9336 : | MAG. JUDGE KNOWLES |
| : | |

On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon. Joe Steele participated on behalf of the State of Utah. Russ Herman participated on behalf of the Plaintiffs' Steering Committee. John Beisner and Richard Josephson participated on behalf of Merck.

At the conference, the parties discussed the status of the case. The Court will await the submission of additional material from the State of Utah, at which time the Court will hold another telephone status conference for further discussion.

A transcript of this conference will be made available. To obtain a copy, the parties may contact Court Reporter David Zarek at (504) 523-6062.

JS10(00:47)