**MINUTE ENTRY**
**FALLON, J.**
**JANUARY 10, 2013**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| *State of Alaska, v. Merck & Co, Inc.,* : | JUDGE FALLON |
| No. 06-3132 : | MAG. JUDGE KNOWLES |
| : | |

On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon. Don McKenna and Ben Vines participated on behalf of the State of Alaska. Ben Barnett participated on behalf of Merck. At the conference, the parties discussed the status of the case. The parties are requested to contact the Court by Tuesday, January 22, 2013 with an update.

A transcript of this conference will be made available. To obtain a copy, the parties may contact Court Reporter Susan Ziele at (504) 589-7781.

JS10(00:25)