## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | **MDL NO. 1657** |
| **IN RE: VIOXX** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION:  L** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:**     *Jim Hood, Attorney General, ex rel. State of Mississippi, v. Merck & Co., Inc.,* **No. 05-6755**

## ORDER

IT IS ORDERED that a telephonic hearing on Merck's Motion to Compel (Rec. Doc. 64181) will be held on February 6, 2013 at 1:30 p.m. Interested parties may contact the Court to request call-in information.

New Orleans, Louisiana, this 11th day of January, 2013.

_____

UNITED STATES DISTRICT JUDGE