Vioxx Case

United States District Court
Eastern District of Louisiana
Office of the clerk
LORETTA G. WHYTE
500 POYDRAS Street, Room C-151
New Orleans, LA 70130

From: Lawrence W. Fitzgerald
846 East 18Th
Denver Colo 80218

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   JAN 11 2013

LORETTA G. WHYTE
Clerk

Subject 05-6618, L(3)

Dated January 6, 2012

Dear Loretta G. Whyte,

   I have now been released from prison and need you to send me a full package to be

able to re-file my case on the VIOXX case within your Court before the Honorable Eldon Fallon

the Judge on this case, I would like to thank you for the time and effort it took in sending

me the proper paper work to refiled my claims before your Honorable Court now that I am released

from prison, once again thank you.......

Sincerely
Lawrence W. Fitzgerald

TENDERED FOR FILING
JAN 11 2013
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Page 1

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc No. _____

L.W. Fitzgerald
896 East 8th
New Orleans LA 70130

United States District Court
Eastern District of Louisiana
Office of the Clerk
Loretta G. Whyte
500 Poydras Street Room C-151
New Orleans, LA 70130

07 JAN 2013 PM 5 1