UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: *VIOXX PRODUCTS LIABILITY LITIGATION* | MDL No. 1657 |
| | Section L |
| This document relates to: | |
| | JUDGE FALLON |
| *Commonwealth of Pennsylvania v Merck Sharp & Dohme Corp.*, Case No. 09-2861 | MAG. JUDGE KNOWLES |

## JOINT STIPULATION OF DISMISSAL
## UNDER 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each Party to bear its own costs and fees.

For Plaintiff Commonwealth of Pennsylvania

_____
Harry M. Roth, Esquire
Michael Coren, Esq.

Special Counsel
Cohen, Placitella & Roth, P.C.
Two Commerce Square, Suite 2900
2001 Market St.
Philadelphia, PA  19103
Email: hroth@cprlaw.com
Fax: (215) 567-6019

Date: January 14, 2013

For Defendant Merck Sharp & Dohme Corp.

_____
Dorothy H. Wimberly

Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, Louisiana   70130-3588
(504) 593-0849

Date: January 14, 2013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Stipulation of Dismissal Under 41(a)(1)(A)(ii) has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(C) on this 14th day of January, 2013.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

1114938v1