UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: *VIOXX PRODUCTS LIABILITY LITIGATION*<br><br>This Document Relates to:<br><br>*Commonwealth of Pennsylvania v. Merck Sharp & Dohme Corp.,*<br>Case No. 09-2861 | * <br> * <br> * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * KNOWLES <br> * |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Joint Stipulation of Dismissal Under 41(a)(1)(A)(ii),

IT IS ORDERED that this action be and it hereby is dismissed with prejudice pursuant to Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

NEW ORLEANS, LOUISIANA, this _____ day of January, 2013.

_____
DISTRICT JUDGE

1114938v1