UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| ALL PENDING GOVERNMENT ACTION CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT MOTION TO MODIFY PRETRIAL ORDER 39B

    Pursuant to Pre-Trial Order 39B, counsel for Defendant Merck Sharp & Dohme Corp., and with the express consent of counsel for all of the Government Action Plaintiffs, hereby submits this motion to modify the Court's Scheduling Order of PTO 39B as reflected in the attached proposed order for Pretrial Order 39C. Specifically, counsel for Defendant and for all of the Government Action Plaintiffs have agreed that all of the upcoming Track 1 deadlines should be extended by two months. Further, the PSC, also consents.

Dated: January 16, 2013                                         Respectfully submitted,

                                                                              /s/ Dorothy H. Wimberly
                                                                              Phillip A. Wittmann, 13625
                                                                              Dorothy H. Wimberly, 18509
                                                                              Carmelite M. Bertaut, 3054
                                                                              STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                                              546 Carondelet Street
                                                                              New Orleans, Louisiana 70130
                                                                              Phone: 504-581-3200
                                                                              Fax: 504-581-3361
                                                                              Defendants' Liaison Counsel

1115175v1

Tarek Ismail
Andrew L. Goldman
Brian P. O'Donoghue
GOLDMAN ISMAIL TOMASELLI
   BRENNAN &   BAUM LLP
564 West Randolph Street, Suite 400
Chicago, Illinois 60661
Telephone: (312) 681-6000
Facsimile: (312) 629-8107

*Counsel for Defendant*
*Merck Sharp & Dohme Corp.*

1115175v1

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing Consent Motion to Modify Pretrial Order 39B has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of January, 2013.

      /s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1115175v1