UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| ALL PENDING GOVERNMENT ACTION CASES | * | MAG JUDGE KNOWLES |
| | * | |
| ************************************** | * | |

### PRETRIAL ORDER NO. 39C

Discovery and Remand/Transfer Scheduling Order for Remaining Government Action Cases.

I.  **APPLICABILITY OF ORDER**

This Order supplements PTO 39, PTO 39A, PTO 39B, and this Court's Order of May 9, 2012 (Rec. Doc. 63823) and is applicable to all remaining Government Action cases governed by PTO 39, PTO 39A, and PTO 39B.  Any matter set forth in PTO 39, PTO 39A, 39B or the Court's Order of May 9, 2012 that is not expressly addressed herein shall remain in full force and effect.

PTO 39B provided two tracks for the completion of discovery.  The Attorney General for the State of Utah initially elected "Track 2," but has since switched to "Track 1."  Now that each of the Government Action plaintiffs has elected what was labeled "Discovery Track 1" in PTO 39B, the "Track 2" schedule has been mooted.

A single schedule to govern all the Government Action cases going forward shall be as follows:

Depositions

1. No later than March 4, 2013, the parties shall exchange good-faith lists of fact trial

1

witnesses who may or will be called.  Fact depositions may continue up through and including May 6, 2013.

Non-Damages Expert Disclosures and Depositions

2. For common liability experts, Plaintiffs shall make their expert disclosures and reports by July 3, 2013.

3. Merck may take depositions of Plaintiffs' common liability experts beginning in July 2013.

4. For their non-damage defense experts, Merck shall make its expert disclosures and reports by August 5, 2013.

5. Plaintiffs may take depositions of Merck's non-damages experts beginning in August 2013.

Remand or Transfer Motions

6. Plaintiffs shall file remand or transfer motions, supplement previously-filed remand or transfer motions, or provide notice that they intend to rely on a previously-filed remand or transfer motion by September 3, 2013.

7. Merck shall file any responses or supplemental responses to remand or transfer motions by September 19, 2013.

8. Plaintiffs shall file any replies to Merck's responses or supplemental responses by September 30, 2013.

9. The Court will set a date for hearing remand and transfer motions for a date following September 30, 2013.


New Orleans, Louisiana this ___ day of January, 2013.


_____
Judge Eldon E. Fallon
United States District Court Judge

2

C:\Users\bbarnett\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\WYJENA0H\Proposed Revisions to Draft PTO 39B.docx