UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| **All Cases Listed On Exhibit A to Pretrial Order 58 (The VTE Cases)** | * | KNOWLES |
| | * | |

**CONSENT ORDER REGARDING DEADLINES
FOR *DAUBERT* MOTIONS IN VTE CASES UNDER PTO 58**

Considering the parties' joint request for an extension of deadlines for *Daubert* briefing in the VTE cases, and upon consideration of the issues, the record in this case, and the applicable law,

**IT IS ORDERED** that the deadlines for submission of *Daubert* briefs regarding the pending VTE cases under PTO 58, as modified by the Court's August 2, 2012 Minute Entry (Rec. Doc. 64028) and December 5, 2012 Order (Rec. Doc. 64187), be and they hereby are extended as follows:

- Oppositions to *Daubert* motions due January 31, 2013.
- *Daubert* reply briefs due February 15, 2013.

**NEW ORLEANS, LOUISIANA**, this 17th day of January, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE