UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | |
| | * | |
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
|    State of Utah | * | JUDGE ELDON E. FALLON |
| | * | |
|    v. | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|    Merck Sharp & Dohme Corp. | * | |
| | * | |
|    Civil Action No. 2:06-cv-09336 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 8 OF DEFENDANT'S SECOND SET OF INTERROGATORIES TO PLAINTIFF

Pursuant to the Court's Order of November 7, 2012, Plaintiff answers interrogatory no. 8 as follows.

**Interrogatory Number 8:**    Identify all individuals allegedly injured by Vioxx for whom you claim the Government Health Program provided reimbursement, the nature of the individual's injury, the treatment for the individual's alleged injury and the date of the alleged injury (as modified by the Court).

Utah provides this information, in the form of Medicaid data, describing the individual Vioxx patient's injury including complete diagnosis and treatment information along with the date of each diagnosis and the date of each treatment. Also included is the amount of reimbursement Utah Medicaid paid to the providers of such treatment.

Information on all patients who took Vioxx is provided. The literature has established that Vioxx patients can have an increased risk of cardiovascular events and/or renal failure.

1

Injury from Vioxx use is not limited to just these events, however.  For example, gastrointestinal events and Alzheimer's disease have also been indicated.  Determination of increased Medicaid costs incurred by patients taking Vioxx must include costs for these and other health care needs resulting from Vioxx use.

Responding in more detail Utah provides it's expert's report describing the nature of the injury, the treatment and the costs of injury to the patients who took Vioxx.  *See* Exhibit A attached hereto.


DATED this 21st day of January, 2013.


_____/S/_____
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123


_____/S/_____
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ  08901


_____/S/_____
Richard W. Schulte (Ohio Bar No. 0066031)
Wright & Schulte LLC
812 East National Road, Suite A
Vandalia, Ohio 45377

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFF'S SUPPLEMENTAL

ANSWER TO INTERROGATORY NO. 8 OF DEFENDANT'S SECOND SET OF

INTERROGATORIES TO PLAINTIFF has been served on Liaison Counsel, Russ Herman,

Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail,

and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced

in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with

the Clerk of Court of the United States District Court for the Eastern District of Louisiana by

using the CM/ECF system which will send a Notice of Electronic Filing in accord with the

procedures established in MDL 1657 on this 21st day of January, 2013.


                                        /S/
                                   _____
                                   Joseph W. Steele
                                   Kenneth D. Lougee
                                   STEELE & BIGGS
                                   5664 South Green Street
                                   Salt Lake City, UT  84123

# EXHIBIT A

*Priviledged Consultant/Attorney Communication*

# Report on Utah Medicaid Costs for Vioxx

18 January 2013

H. Dennis Tolley, PhD, ASA

## 1  Summary

This report presents an explanation of the estimated health care costs apportionable to Vioxx that were reimbursed by the Utah Medicaid program. This report is based on data obtained from the State of Utah through Mr. Randy Baker. The analyses presented here were performed in collaboration with Dr. Michael Freeman, forensic epidemiologist, who has been involved in the analysis process and in interpretation of the results. The estimated costs are determined by apportioning costs resulting from the use of Vioxx for the Utah Medicaid program as follows:

1. Total number of Vioxx patients: $11,385$.

2. Total number of Vioxx prescriptions: $69,461$. Total number of pills : $2,103,662$.

3. Total number of patients matched who had future Medicaid costs of at least $100: 3802. Number of unmatched patients: 7583.

4. Total Vioxx prescription costs to Medicaid: $5.5 million.

5. Total "matched apportioned" costs determined from matching: $37.6 million (current dollars).[1]

6. Total apportioned costs from imputation for the non-matched group: $74.8 million (current dollars).

7. Total apportioned costs, (excluding prescription costs): $112.4 million (current dollars). This is the total for all patients, matched and unmatched, but *does not* include costs for Vioxx prescriptions.

## 2  Overview

The analysis here is based on the Utah Medicaid claims data file. This file was constructed for us by Randy Baker, Actuary for the Department of Health, State of Utah. The data file is based on the State of Utah Medicaid claims

---

[1]"current dollars" refers to dollars valued at the time they were expended, not inflated to be in constant 2012 dollars. Values in 2012 dollars are higher.

data. Although the Medicaid data file's earliest claim is 03/09/1995 and continues to the present, we looked at data starting in 1998 and going through to 06/26/2009. There are over 681,000 patients on which we have information.[2] The data included a unique identifier for each individual but no information on the individual's identity. These 'de-identifed' data were linked in a relational database to determine ICD9 codes for visits, reimbursement amounts and prescriptions of each of the individuals. Individual specific information such as age and gender were available, but no personal identification information was made available. A more complete description of the data file is given in Appendix A.

The data file consists of approximately 11,385 patients who got at least one prescription of Vioxx that was paid for by the Utah Medicaid program. This report is a summary of the cost estimates resulting from the use of Vioxx for this population of 11,385 patients. The estimation of costs uses the claims data for the Utah Medicaid program. "Vioxx costs" means the cost of the actual prescriptions plus the medical costs reimbursed by the Medicaid program that have been incurred as a consequence of Medicaid patients taking Vioxx prescriptions. These calculations are based on the *costs that can be identified with specific patients* and apportioned to Vioxx.

The methodology proceeds as follows:

1. To determine the additional health care costs for each Vioxx patient as a result of Vioxx use, each Vioxx patient was matched with an individual from the Utah Medicaid file of the same age, gender and other factors but who did not take Vioxx. These matches were chosen randomly from the Utah Medicaid file subject to the matching criteria. The cost of care for the match was compared with the cost of care for the Vioxx patient. Each patient had to have at least $100 in future costs to be eligible for matching. There were 3802 Vioxx patients for which a match could be found. The matching criteria and the comparison of the matched patients with the matched controls are given in Appendix B

2. A subset of approximately 7583 Vioxx patients were not matched for a variety of reasons (see below). To determine the additional costs for these Vioxx patients, a simple average daily cost model for the additional costs was built using the matched data described in step 1 above. This model was then used to estimate the additional costs for the unmatched Vioxx patients. This model is described in Appendix C.

In the following sections we give the estimated costs for each of these and provide a brief description of the methodology used. A more complete description of the methodology and results are given in the appendicies. References to the appropriate appendix are given in each section.

---

[2]Beginning 1 January 2006 Medicare eligible patients received the pharmaceutical coverage primarily through Medicare, part D. Consequently, only limited pharmaceutical data are available for Medicare eligible individuals after 31 December 2005, consisting primarily of payments made by Medicaid to supplement coverages such as copayments, etc. However, Vioxx was withdrawn in 2004. Consequently, this limitation in data availability has little or no effect on the data analysis presented here.

# 3   Cost of Vioxx Prescriptions

The cost of Vioxx prescriptions is straight forward to calculate.  The cost was
determined by simply adding up the amount recorded in the claims data file as
the amount reimbursed for Vioxx.  We assumed that this amount is adjusted
for any discounts or refunds made by the supplier.  This total is  $5,423,646.
This amount does not include any adjustments for discounts not recorded in the
reimbursed costs.

# 4   Additional Costs based on 'Receipts'

The literature has established that Vioxx patients can have an increased risk
of cardiovascular events and/or renal failure.[3]  Injury from Vioxx use is not
limited to just these events, however. For example, gatrointestinal events[4] and
Alzheimer's disease[5] have also been indicated.  Determination of increased Med-
icaid costs incurred by patients taking Vioxx must include costs for these and
other health care needs resulting from Vioxx use.

   To determine such costs each patient was first matched to a Medicaid eligible
individual not taking Vioxx.  As explained below, matching was done on several
criteria so that the individual matched to the Vioxx patient was similar.  The
costs of health care for the match were then compared to the costs for health
care for the Vioxx patient.  This is similar to "comparables" used in valuing a
home or other piece of real estate.  It is assumed that if there is any increase
in health care cost for the Vioxx patient relative to the match this increase is
due to Vioxx use.  Thus the health care cost for the individual matched to a
specific Vioxx patient is an estimate of what the health care costs would have
been had the client not taken Vioxx.

## 4.1   Matching

The patients are first divided into two groups: i) Group I are those patients that
have at least one recorded critical cardiovascular event (Table 1, below) prior to
initiating Vioxx; ii) Group II are those patients that do not have any record of
a critical cariovascular event prior to initiation of Vioxx.  Each Vioxx patient is
then matched to a Medicaid eligible individual for whom we have no record of
taking Vioxx.  All costs considered here, both as matching criteria (see below)
or in calculation of health care costs, do not include costs for Vioxx, costs due
to accidents (ICD9 codes 800 to 999) or costs due to appendicitis (ICD9 codes
540-543).

---

[3]Zhang, J. Ding, E.L. and Song, Y. (2006).  Adverse Effects of Cyclooxygenase 2 Inhibitors
on Renal and Arrhythmia Events: Meta-analysis of Randomized Trials. *JAMA 296*, E1-E14.
   [4]Graham, D.Y. Jewell, N.P. and Chan. F.K.L. (2011).  Rofecoxib and Clinically Signifi-
cant Upper and Lower Gastrointestinal Events Revisited based on Documents From Recent
Litigation. *American Journal of the Medical Sciences 342* pgs 356-64.
   [5]Madigan, David (May 13, 2009) Report on *Vioxx and Cardiovascular Risk*.

Table 1: ICD9 codes for a critical cardiovascular event for the Utah Vioxx study.

| ICD9 | Description of diagnosis |
|---|---|
| 402 | Hypertension. |
| 410-410.x | Acute MI |
| 411 | Acute Ischemic heart disease. |
| 411.1 | Unstable Angina. |
| 413, 413.1, 413.9 | Angina. |
| 415.1 | Pulmonary Embolism. |
| 428.1 | Pulmonary edema. |
| 428-428.x | Heart Failure. |
| 434, 434.0 | Occlusion of Cerebral Arteries. |
| 433, 433.1, 433.2 | Occlusion of precerebral arteries. |
| 433.3, 433.8, 433.9 | Occlusion of precerebral arteries. |

An individual is chosen as a potential match for a Vioxx client in Group II if the individual satisfies all of the following criteria:

1. Both the patient and the potential match have Medicaid health care costs in the year prior to the Vioxx date of at least $100.

2. Both the patient and the potential match have the same gender and same age within 5 years at the Vioxx date(s).[6]

3. Propensity scores of the patient and the potential match agree within 0.02 points. The propensity score was determined using a logistic regression to determine the likelihood an individual would be prescribed Vioxx. (See Appendix B: Matching Vioxx Patients)

4. The patient and the potential match have the same nursing home status at Vioxx date. That is, either both are in nursing homes, or both are not.

5. The patient and the potential match have previous year's Medicaid reimbursed amounts within $400 of each other.[7]

6. The patient and the potential match either both receive care from an HMO or both receive care under fee for service plan at Vioxx date.

7. The match must not have had an event indicated in Table 1 prior to the Vioxx date.[8]

---

[6]For patients taking Vioxx the "Vioxx date" is the date that the patient initiated Vioxx as recorded in the Medicaid file. For matches the Vioxx date is the closest date to the Vioxx date of the patient at which the potential match meets the matching criteria. (See Appendix B, Section 2.4 for more details on Vioxx date.)

[7]Since the patient and matches are essentially over the same interval of time we did not adjust previous year's costs for medical inflation.

[8]Note that the determination of prior history is based only on the data in the Medicaid

8. The patient and the potential match must have a similar pattern of health care need for musculoskeletal visits (ICD9 codes 710-739). The Vioxx patient and the potential match are assumed to have similar patterns for this criterion if both are in the same utilization group where the three utilization groups are defined as follows:

   (a) No visits in year preceding Vioxx date for ICD9 codes 710-739.

   (b) One or two visits in year preceding Vioxx date for ICD9 codes 710-739.

   (c) Three or more visits in year preceding Vioxx date for ICD9 codes 710-739.

Matches for Group I are the same as Group II except for item 7. Group I patients and potential matches must both have a critical cardiovascular event (Table 1) prior to the Vioxx date, as recorded in the Medicaid claims data file.

For each Vioxx patient a match was chosen at random from the list of potential matches. This matching was done for the patients taking Vioxx. Not all Vioxx patients could be matched. Of the 11,385 Vioxx patients we matched 3802 patients. Of these, 3147 had no history of a critical cardiovascular event prior to initiation of Vioxx as far as the Medicaid data file indicated, and 655 patients did have a history of a CVD event in the Medicaid file prior to initiating Vioxx. This leaves 7583 patients who were not in the matched set.

## 4.2   Increased Costs

We compare the costs for all health care for each Vioxx patient with their match from their Vioxx date forward. If Vioxx does not increase the health care cost of patients, then the health care cost of Vioxx patients after their Vioxx date should be about the same as the cost of the matches.[9] Any differences in these costs would be the amount more (or less) that the Medicaid program paid for health care that can be apportioned to Vioxx use. Using this method of estimating additional cost, the additional health care cost is \$37.6 million for the set of Vioxx patients that were matched. Put in other words, had the Medicaid

---

file. Patients and potential matches having an event not recorded in the Medicaid claims data file will be classified without using this (unknown) information.

[9]There are two methods of determining costs. The first is to determine the average daily cost of the patient and the match, take the difference in this daily cost, calculate the average over all similar patients (same amount of Vioxx exposure) and multiply this average by the number of days of Medicaid eligibility.

The second method is to simply take the total cost as recorded in the data file and compare. Since Vioxx has been discontinued for several years any differences in length of follow up should have run out by the end of the Medicaid data file date.

If Vioxx shortens life, the first of these methods can be biased low because of reduced number of days of eligibility. The Medicaid data file does not contain information on death of eligible patients. As a result, any potential life shortening bias created by Vioxx use cannot be adjusted. Therefore, the total cost comparison method was used.

Both methods were compared and the total costs were within two standard deviations of each other.

program paid for the amount of health care for a Vioxx patient that they paid
for the matched individual, the program would have paid $37.6 million dollars
less for health care for these Vioxx patients.

A more extensive explanation of the matching methodology and the calcu-
lation of costs is given in Appendix B: Matching Vioxx Clients

# 5   Additional Estimated Costs

Not all of the costs are captured in the apportionment methodology presented
above.  Explicitly, some patients were not matched (see Table 2). We estimated
the daily cost for these unmatched Vioxx patients using the results from the
matched difference (see Appendix C: Estimating Costs for Unmatched Patients).
This model is used to estimate the cost difference between each unmatched
patient and the match, had there been a match.  We then used this model for
the patients that weren't matched but for whom we had sufficient cost data.
The number of such patients is 7583.   Using this model we estimate that the
additional cost for the 7583 patients based upon reimbursed receipts to be $74.8
million.

Table 2: Distribution of the nonmatched patients by cause.

| Cause | Count |
| --- | --- |
| Missed Criteria (Costs after Vioxx date less than $100) | 161 |
| No Match (Could not find a similar non-Vioxx patient) | 6623 |
| Set Aside (Previous years' costs close to $400 higher for Vioxx patient) | 799 |
| TOTAL | 7583 |

Details on the methodology and calculation of costs are given in Appendix
C: Estimating Costs for Unmatched Patients.

# Appendix A

# Description of the Vioxx Data File

## A.1   Overview

Here the Vioxx data file is described in more detail.  The Vioxx data file used here is extracted from the Utah Medicaid Claims data file.  This file was constructed for us by Randy Baker, Actuary for the Department of Health in the State of Utah.  The data file is based on the State of Utah Medicaid claims data. Although the Medicaid data file's earliest claim is 03/09/1995 and continues to the present, we looked at data starting in 1998 and going through to 06/26/2009. Data on Vioxx was available from 1999 through 2004.[1]

## A.2   Counts

There are over $681,000$ patients on which we have information.[2]  The data file consists of approximately $11,385$ patients who got at least one prescription of Vioxx that was paid for by the Utah Medicaid program.   The total number of prescriptions from 1999 through 2004 is $69,461$.  This represents a total of $2,103,662$ pills.  A summary of the number of patients initiating Vioxx use, the total number of prescriptions and the total number of pills by year is given in Table A.1.

   In Figure A.1 the histogram depicts the numbers given in Table A.1.  Note that Vioxx was withdrawn in 2004.

---

[1]Vioxx was withdrawn from the Market in October 2004.

[2]Beginning 1 January 2006 Medicare eligible patients received the pharmaceutical coverage primarily through Medicare, part D.  Consequently, only limited pharmaceutical data are available for Medicare eligible patients after 31 December 2005, consisting primarily of payments made by Medicaid to supplement coverages such as copayments, etc.  However, Vioxx was withdrawn in 2004.  Consequently, this limitation in data availability has little or no effect on the data analysis presented here.

Table A.1: Vioxx usage by year of initiation of Vioxx in the Utah Medicaid Claims data file.

| Year  | Patients | Prescriptions | Pills     |
|-------|----------|---------------|-----------|
| 1999  | 1141     | 2620          | 76,517    |
| 2000  | 2883     | 7932          | 236,711   |
| 2001  | 2747     | 12,451        | 376,917   |
| 2002  | 2484     | 12,422        | 377,571   |
| 2003  | 1541     | 16,588        | 505,624   |
| 2004  | 589      | 17,448        | 530,322   |
| Total | 11,385   | 69461         | 2,103,662 |



Figure A.1: Histograms for number of patients getting a prescription by year.

Figure A.2 gives a histogram of the number of patients by the number of prescriptions received. Note that over 5000 patients had only 1 prescription. Less than 1000 patients had 11 to 20 prescriptions and less than 1000 had more than 20 prescriptions.

## A.3   Pill Counts by NDC Code

Table A.2 lists a pill count for each NDC code and the total number of prescriptions. Note that also included in this table are the dosage levels. In the analysis we count a prescription as 30 pills of 25 mg, each. Thus 15 pills of 12.5 mg each would be one quarter of a prescription. Similarly, a prescription of 30 pills of 50 mg each would be counted as 2 prescriptions. For liquid form, one 5 ml amount with a dose of 25 mg is counted as one pill.

8



Figure A.2: Histograms for number of patients by total prescriptions received.

## A.4    Costs

Costs of the pills by year are given in Table A.3.  Note that these costs are those
recorded in the Utah Medicaid Claims data file.  Any discounts or adjustments
are assumed to have been accounted for in these data.  Also reimbursements or
payments refunded have been removed.

   Figure A.3 gives the age distribution when the prescriptions were received.
The three figures are for total and separated by gender.  Note that a patient
receiving two prescriptions in a single year will be counted twice in this figure.
A patient receiving a prescription in two different years during which the patient
ages into an older age group will be counted in both age groups at the time the
prescription was filled.

   Figure A.4 gives histograms for age at initiation of Vioxx.    This is the
age of the patient at the time of the first prescription.    "First prescription"
refers to the earliest prescription listed in the Medicaid Claims data file.    If
the patient received prescriptions previously without Medicaid payment for the
prescription, this will not be recorded in the data file.

9

Table A.2: Vioxx NDC's

| NDC | Strength | Count |
|------|----------|-------|
| 6007428 | 12.5MG | 22 |
| 6007431 | 12.5MG | 90 |
| 6007468 | 12.5MG | 6276 |
| 6011028 | 25MG | 65 |
| 6011031 | 25MG | 949 |
| 6011068 | 25MG | 52,794 |
| 6011082 | 25MG | 1742 |
| 6011431 | 50MG | 149 |
| 6011468 | 50MG | 7293 |
| 6378464 | 12.5MG/5ML | 23 |
| 6378564 | 25MG/5ML | 58 |
| Total | | 69,461 |

Table A.3: Prescription costs for Vioxx (current dollars).

| Year | Total Costs | Prescriptions |
|------|-------------|---------------|
| 1999 | $172,526 | 2620 |
| 2000 | 673,128 | 7932 |
| 2001 | 886,452 | 12,451 |
| 2002 | 1,006,545 | 12,422 |
| 2003 | 1,341,884 | 16,588 |
| 2004 | 1,343,111 | 17,448 |
| Total | $5,423,646 | 69,461 |



Figure A.3: Histograms for age at use of Vioxx, female, male and total.

11



Figure A.4: Histograms for age at initiation of Vioxx, female, male and total.

# Appendix B

# Matching Vioxx Patients

## B.1   Introduction

This appendix details the method of matching patients to non Vioxx users, including the criteria used to match, the statistics on the matched samples, and a description of those patients that we could not match.

## B.2   Matched Sample

### B.2.1   Overview

A patient is an individual who takes Vioxx as recorded in the Medicaid file. Vioxx is identified as one of the NDC codes listed in Table A.2. Selecting patients who do not use Vioxx[1] to match to patients who do take Vioxx (as recorded in the Medicaid file) consists of the several steps:

1. Obtain a preliminary, random sample of non-Vioxx users.

2. Determine a propensity score for prescription of Vioxx.

3. Develop criteria for matching.

4. Match patients with individuals in the preliminary sample using matching criteria described below.

### B.2.2   Preliminary Sample

To determine a preliminary sample of patients who did not take Vioxx we first identified Vioxx use by the NDC code.

---

[1] Vioxx use is determined using the Utah Medicaid claims file. If a patient does not receive a prescription of Vioxx as recorded in the claims file, then the patient is considered not to have used Vioxx. Patients using Vioxx prior to becoming Medicaid eligible but not using Vioxx after becoming eligible would be considered non users.

13

For each patient in the file that was identified as taking at least one dose of Vioxx we randomly selected four individuals that were the same gender and age (within 5 years). This assures that the non-Vioxx user sample will resemble the cohort of Vioxx users as far as distribution of age and gender are concerned.

### B.2.3   Propensity Score

One of the key components of matching individuals is to get some measure of similarity between individuals. The reason some people decide to take Vioxx and others do not could have a bearing on how much health care they seek. Consequently, we must determine some measure of similarity between individuals regarding Vioxx use and then use this measure of similarity to choose appropriate individuals to match with the patients. A propensity score is defined as the probability of receiving the treatment, in our case using Vioxx, conditional on the clinical covariates. By conducting comparisons in the outcome between patients and individuals with similar propensity scores, adjustment for potential confounders is made. That is, we choose individuals as matches for the patient who, based on their clinical data would have a similar probability of getting a Vioxx prescription as the client. However, they did not.

The propensity model for this study was based on the following clinical variables:

1. Age.

2. Gender.

3. Use of NSAID prescriptions (Y/N).

4. Use of Celecoxib prescriptions (Y/N).

5. Use of Valdecoxib prescriptions (Y/N).

6. Experienced which of the following procedures, listed by DRG: 115, 121, 122, 123, 127, 134, and/or 134.

7. Experienced which of the following procedures, listed by ICD9: 401, 402, 403,404, 405, 410, 411, 412, 413, 415, 428, 433, 434, 437, 514, 518, and/or 528.

8. Experience any DRG 316-333 event? (Y/N)

9. Experience any DRG 209-256 event? (Y/N)

10. Experience any of DRG 87-90 or ICD9 490-496 events? (Y/N)

11. Experienced any DRG 174-184, ICD9 530-537, ICD9 560-569 events? (Y/N).

12. Experienced any DRG 296-297, ICD9 260-279 events? (Y/N)

13. Experienced any event list in Table B.1, below? (Y/N)

14. Experienced any ICD9 250-259.9? (Y/N)

15. Number of months in Nursing Home.

16. Total Medicaid expenses in preceding year.

Based on a fitted logistic model using the above variables, the probability of receiving a prescription of Vioxx was estimated. For each individual in the preliminary sample, either patient or potential match, this probability can be calculated using the values of the variables listed above for that individual. This is the propensity score.

### B.2.4   Vioxx Date

For each patient and each match a key date is the Vioxx date. For patients, the Vioxx date is the date at which the client begins to take Vioxx. For matches the date is more flexible. A match can "match-up" in a different year. The initial year that the match is "matched up" is the Vioxx date for that match. The characteristics must match when considered at the Vioxx date. For example, suppose that we have a 55 year old female who initiates Vioxx in 1999. Suppose that we find a match of a female who is 50 in 2000. This individual was too young in 1999, but if the match has the same propensity score and nursing home status in 2000 as the client in 1999 she is a possible match. Note that the year 2000 is the first year that the individual is within 5 years of the same age as the client at the client's Vioxx date. If this female is selected as a match, her Vioxx date is 2000. To the extent possible the Vioxx date of the match is close to the Vioxx date of the client. A match "Vioxx date" must be between Jan 1, 1999 and 31 December 2004.

### B.2.5   Matching Criteria

We break the set of patients into two groups. Group I (the "with history" group) consists of those that initiate[2] Vioxx after they have experienced any critical cardiovascular event. Here a critical cardiovascular event is any episode of care where the ICD9 code for the episode is one of those listed in Table B.1 Group II ("w/o history" group) consists of those clients who take Vioxx without having experienced such an event previously. Patients who never experience such an event as determined from the Utah Medicaid data file are also in Group II. We treat these two groups separately.

An individual from the preliminary sample is chosen as a potential match for a Vioxx patient in Group II if the individual satisfies the following criteria:

1. Both the patient and the potential match have Medicaid health care costs in the year prior to the Vioxx date of at least $100.

---

[2]"Initiation" is determined by the Medicaid records only. If a patient has taken Vioxx that was not reimbursed by the Medicaid system, we will have no record of this.

Table B.1: ICD9 codes for the Utah Vioxx study.

| ICD9 | Description of diagnosis |
|------|--------------------------|
| 402 | Hypertension. |
| 410-410.x | Acute MI |
| 411 | Acute Ischemic heart disease. |
| 411.1 | Unstable Angina. |
| 413, 413.1, 413.9 | Angina. |
| 415.1 | Pulmonary Embolism. |
| 428.1 | Pulmonary edema. |
| 428-428.x | Heart Failure. |
| 434, 434.0 | Occlusion of Cerebral Arteries. |
| 433, 433.1, 433.2 | Occlusion of precerebral arteries. |
| 433.3, 433.8, 433.9 | Occlusion of precerebral arteries. |

2. Both the patient and the potential match have the same gender and same age within 5 years at the Vioxx date(s).

3. Propensity scores of the patient and the potential match agree within 0.02.[3]

4. The patient and the potential match have the same nursing home status at Vioxx date. That is, either both are in nursing homes, or both are not.

5. The patient and the potential match have previous year's Medicaid reimbursed amounts within $400 of each other.[4]

6. The patient and the potential match either both receive care from an HMO or both receive care under fee for service plan at Vioxx date.

7. The match must not have had an event indicated in Table B.1 prior to Vioxx date. [5]

8. The patient and the potential match must have a similar pattern of health care need for musculoskeletal visits (ICD9 codes 710-739). Patterns are grouped into three groups:

   (a) No visits in year preceding Vioxx date.

   (b) One or two visits in year preceding Vioxx date.

---

[3]We also used a match criterion of 0.01 for the propensity score. This reduced the number of matches but gave the same results for average per capita cost differences.

[4]Since the patient and matches are essentially over the same interval of time we did not adjust for medical inflation.

[5]Note that the determination of prior history is based only on the data in the Medicaid file. Patients and potential matches having an event not recorded in the Medicaid claims data file will be classified without using this (unknown) information.

(c)  Three or more visits in year preceding Vioxx date.

Matches for Group I are the same as Group II except for item 7.  Group I patients and potential matches must both have an event from Table B.1 prior to the Vioxx date, as recorded in the Medicaid claims data file.

### B.2.6   Matching

Matches are selected from the list of potential matches for a patient by random selection.  No individual in the preliminary sample can be matched to more than one patient.

## B.3   Results

### B.3.1   Similarity

The initial results of matching are given in Table B.2 which compares the average difference in age and the average difference in prior year costs (prior to Vioxx date).

Table B.2: Age and Prior year cost differences (Patient minus Match) for the Utah Vioxx match study sample.  Numbers in parentheses are 95% confidence intervals.

|  | Group I | Group II |
|---|---|---|
| Number of Matched Pairs | 655 | 3147 |
| Average Age Diff | -0.10 yrs | -0.39 yrs |
| Std Dev of Age Diff | 2.94 yrs | 2.93 yrs |
| 95% CI of Age Diff | (-0.33, 0.13) yrs | (-0.49,-0.29) yrs |
| Ave Diff in Prior Year Costs | $-26.29 | $6.18 |
| Std Dev of Cost Diff | $211.93 | $199.27 |
| 95% CI of Cost Diff | ($-42.85, $-9.73) | ($-.92, $13.28) |

As we see from this table, on the average the ages and prior year costs for the patients versus the matches are both close to zero.[6]  The patients and the matches are identical on the other match variables.  From the results in this table we conclude that the matching was successful in that the patients and matches are similar.  Therefore we proceed to compare differences between Vioxx clients after initiation of Vioxx and their matches.

---

[6]For Group I the prior year costs of matches are statistically significantly higher than the Vioxx patients, though the annual differences is only $26.29.  For Group II the matched controls are statistically significantly older than the Vioxx patients, though only by less than 5 months.  Otherwise the ages and prior year costs are not statistically significant at the $\alpha = 0.05$ level.

### B.3.2   Matched Pair Concordance

Table B.3 presents a concordance/discordance analysis of the data. By "concordance" we mean the number of matched pairs where both individuals in the pair had a critical cardiovascular event and the number in which neither had a critical cardiovascular event after their Vioxx date. The discordant pairs are the number of pairs where the Vioxx patient had a critical cardiovascular event and the match did not and the number of pairs where the match had a critical cardiovascular event but the Vioxx patient did not after their Vioxx date.

Table B.3: Concordant/discordant pairs for each group matches.

|              | VIOXX PATIENTS |           |
|--------------|----------------|-----------|
|              | No CVD Event   | CVD Event |
| MATCHES      | GROUP I        |           |
| No CVD Event | 20             | 114       |
| CVD Event    | 86             | 435       |
| MATCHES      | GROUP II       |           |
| No CVD Event | 1227           | 907       |
| CVD Event    | 462            | 551       |

To illustrate, looking at Group II in Table B.3 we note that there were 907 matched pairs where the patient had a cardiovascular event after their Vioxx date (initation of Vioxx) and the match did not. However, there were only 462 pairs where the match had a cardiovascular event after the Vioxx date and the patient did not. This indicates that the likelihood of a patient having a cardiovascular event after the Vioxx date is larger than for the matched individual. If Vioxx has no effect on the risk of a critical cardiovascular event, then these two discordant counts should be about the same. Since they are not the same, the data implies that Vioxx increases the risk of a critical cardiovascular event. This comparison is made more formal by the use of a statistical test of significance.

From Table B.3 we can form a statistical test of significance of the hypothesis that the Vioxx patient and the match have the same probability of a CVD event after Vioxx date. This is the McNemar test which follows a chi-square distribution with 1 degree of freedom when there is no difference in the likelihood of a cardiovascular event. If the calculated McNemar statistic is greater than 3.86 then the hypothesis of equal likelihood is rejected at the $\alpha = 0.05$ level and we conclude that there is a statistically significant difference. We can also calculate a 95% confidence interval of the increase in the likelihood of a critical event among Vioxx patients over their matches. The results of these statistical procedures are given in Table B.4.

As presented in Table B.4, both of the McNemar test statistics, 3.92[7] and

---

[7]Note that the difference between Vioxx users and matched controls from Group I (previous

Table B.4: Chi-square test statistics and confidence intervals for difference in rate of CVD event comparing Vioxx patients and their matches.

|          | McNemar Test | 95% Confidence Interval |
|----------|--------------|-------------------------|
| Group I  | 3.92         | (0.0006, 0.0850)        |
| Group II | 144.65       | (0.1184, 0.1644)        |

144.65, are larger than the critical value of 3.86. Thus we conclude that the Vioxx patients in both groups have significantly higher rates of a CVD event after Vioxx date. We can look at the confidence interval to determine how much of an increase. Explicitly, for Group I the increase in CVD events is between 0.06% and 8.5% with 95% confidence. For Group II the increase is between 11.8% and 16.4% with 95% confidence.

### B.3.3   Number of Events

Table B.5 compares the cardiovascular events of the clients with those of the matches. In this table the number of CVD events is the number of patients that experience an event from Table B.1 after the Vioxx date as reported in the Medicaid file. As can be seen in Table B.5, for Group I the number of individuals who have an event is about $\frac{549}{655} - \frac{521}{655} = .0427\%$ or 4.27% higher for Vioxx patients than for matches. The 95% confidence interval for this difference is $(0.0002, 0.0854)$. The literature states that patients with a prior event who take Vioxx have a statistically significantly increased risk of a repeat event within only 40 days of Vioxx use.

Group II shows a more extreme difference. The number of patients who have an event is about $\frac{1458}{3147} - \frac{1013}{3147} = 0.1414$ or 14% higher than the matches (95% confidence interval of $(0.1170, 0.1658)$) which is highly significant (p-value< 0.001). This is a relative increase of $\frac{1458}{1013} = 1.44$ or a 44% increase in the number of cardiovascular events. This is less than the relative risk of 2.0 reported in the literature, probably because a majority of the patients in our data set had less than 18 months of exposure to Vioxx.

## B.4   Apportionable Medicaid Costs

We now examine the costs for each of these groups. Table B.6 lists the total health care cost for patients and for matched controls. Also listed is the difference in total cost (patients' total minus matched individuals' total). The standard deviation of this difference is given in the last column.[8] The total

---

history of CVD event) are barely significantly different.

[8]The standard deviation is calculated using paired differences formula. For each line in Table B.5, the standard deviation is for the total cost and not simply the standard deviation for the individual pairs.

Table B.5: Comparison of patients with matches on events in the Utah Vioxx study.

|  | Patients | Matches |
|---|---|---|
| GROUP I | | |
| Number of people | 655 | 655 |
| People with an event | 549 | 521 |
| Ave time to first event (months) | 10.92 | 9.48 |
| S. D. of time to first event | 15.36 | 13.92 |
| Ave number of events | 21.67 | 17.35 |
| S. D. of number of events | 31.09 | 29.60 |
| GROUP II | | |
| Number of people | 3,147 | 3,147 |
| People with an event | 1,458 | 1,013 |
| Ave time to first event (months) | 29.28 | 28.32 |
| S. D. of time to first event | 23.88 | 25.92 |
| Ave number of events | 13.45 | 11.07 |
| S. D. of number of events | 21.34 | 18.52 |

costs for all of the matched clients is \$183.70 million. The total costs for the matched controls is \$146.12 million. Thus the total excess health care costs for the Vioxx patients is \$37.58 million.

Also included in Table B.6 are the standard deviations for these costs. To calculate the total cost across groups and the standard deviation across the two groups we combine the data given in Table B.6. The summary calculations are given in Table B.7. Also included in Table B.7 are the per capita costs with their standard errors. From Table B.7 the 95% confidence interval for the total cost is (\$23,622,918, \$51,535,534). Thus the apportionable costs are statistically greater than zero, somewhere between \$24 *million* and \$51 *million* with 95% confidence.

The per capita cost of care from Table B.7 is \$9,884 with a 95% confidence interval of (\$6213, \$13,555).

Table B.6: Total health care costs for Vioxx patients compared with matches for each exposure category.

| Exposure Group | Number Patients | Patient Cost | Match Cost | Patient minus Control Cost | SD Difference |
|---|---|---|---|---|---|
| GROUP I | | | | | |
| < 2 mos | 224 | 11,743,758 | 8,485,869 | 3,257,889 | 1,341,728 |
| 2 − 3 mos | 130 | 5,517,803 | 4,969,017 | 548,786 | 860,593 |
| 4 − 6 mos | 101 | 4,970,568 | 4,144,827 | 825,741 | 749,952 |
| 7 − 9 mos | 57 | 2,872,012 | 2,826,779 | 45,234 | 633,416 |
| 10 − 12 mos | 31 | 1,863,455 | 2,031,943 | -168,488 | 412,833 |
| 13 − 17 mos | 33 | 2,021,349 | 2,279,344 | -257,9950 | 555,993 |
| 18+ mos | 79 | 6,827,955 | 4,019,177 | 2,808,779 | 917,271 |
| TOTAL | 655 | 35,816,902 | 28,756,955 | 7,059,947 | 2,205,500 |
| GROUP II | | | | | |
| < 2 mos | 1290 | 48,312,432 | 39,935,459 | 8,376,973 | 3,955,384 |
| 2 − 3 mos | 662 | 22,066,461 | 23,629,237 | -1,562,775 | 2,763,770 |
| 4 − 6 mos | 423 | 19,232,813 | 15,794,507 | 3,438,306 | 1,925,273 |
| 7 − 9 mos | 198 | 12,014,051 | 7,113,961 | 4,900,090 | 2,297,398 |
| 10 − 12 mos | 142 | 8,223,203 | 7,024,036 | 1,199,166 | 1,896,706 |
| 13 − 17 mos | 142 | 8,971,623 | 7,891,342 | 1,080,280 | 1,078,229 |
| 18+ mos | 290 | 29,059,521 | 15,972,282 | 13,087,239 | 2,526,395 |
| TOTAL | 3147 | 147,880,104 | 117,360,825 | 30,519,279 | 6,620,477 |

Table B.7: Apportionable Medicaid costs attributable to Vioxx use.

| Group | Count | Total Cost Difference | SD Difference | Per Capita Cost | Per Capita S.E. |
|---|---|---|---|---|---|
| Group I | 655 | $7,059,947 | $2,205,500 | $10,779 | $3367 |
| Group II | 3147 | $30,519,279 | $6,620,477 | $9,698 | $2104 |
| TOTAL | 3802 | $37,579,226 | $6,978,176 | $9,884 | $1835 |

21

# Appendix C

# Estimating Costs for Unmatched Patients

## C.1   Introduction

Recall that there were 7583 clients for whom we did not find a match. In this appendix we describe how to use the data on the matched samples to determine apportionable costs of the unmatched clients to Vioxx. The distribution of these unmatched clients is given in Table 4 in the text by category according to the reason that there was no match. We estimate the costs for each of these groups based on their actual cost and the estimated proportional difference for the relevant exposure group estimated in the matched sample.

## C.2   Explanatory Variables

There are many factors that may relate to the excess costs of Vioxx users relative to their matches. To investigate such a relationship we fit a regression model to cost differences between Vioxx patient and match. A regression model is a method of relating the variables associated with each patient to the excess costs. From this relationship we can estimate the difference that would have been observed in the unmatched patients if a match could have been found. This is done using the variables measured on the unmatched patient and assuming that what ever effect these variables had, on average, among the matched patients as regards Medicaid cost differences applies to the unmatched patients as well.

In this model we modeled the ratio of the average daily cost of the patients to that of the matches. The variables measured on the patient used in building the model were the following:

1. Age.

2. Gender.

3. Client propensity score.

4. Event history, whether or not the client had a critical event prior to Vioxx date.

5. HMO status.

6. Nursing home status.

7. Medicaid costs in year prior to Vioxx date.

8. Number of days of eligibility.

Because of skewness in the observations, both the differences in costs and the prior year costs were transformed by taking the natural logarithm. The regression model was then fit. We held out a few clients for which we had matches in order to check the model. Although several of the variables appeared to be important in the initial analysis, the predictive capability of these variables was poor. The conclusion is that there is no pattern in these variables other than the length of time on Vioxx that is useful in predicting differences in costs between Vioxx patient and matched control.

## C.3    Proportional Adjustment

Based on the results of the regression model, using the average proportional increase in costs as a function of length of time on Vioxx will provide estimates of excess cost of the unmatched Vioxx patients over a theoretical match, had we been able to find one. The proportional adjustment proceeds as follows.

1. For each of the exposure groups given in Table B.6 the average daily costs for both the Vioxx patients and their matches is determined for the 3802 matched pairs. Note that the cost for Group I (previous CVD history) and Group II (no previous CVD history) are determined separately.

2. The ratio of the average daily costs for the matches to the average daily costs for the Vioxx patients for each particular exposure group is determined. This ratio indicates the proportion lower (or higher) the match cost is relative to the Vioxx patient. For example, if the ratio is 0.80 (or 80%) it indicates that on the average the match cost is 80% of the Vioxx patient's costs. In this case a Vioxx patient with cost of care of $100 would have had costs of 80% of these costs but for the use of Vioxx. The $0.80 * \$100 = \$80$ is the expected costs and the $20 difference is the amount apportionable to Vioxx use.

3. For each unmatched Vioxx patient the cost is multiplied by the ratio for the particular exposure level of the patient. This is the expected cost but for the use of Vioxx for that level of exposure.

4. Apportionable cost to Vioxx use is the difference between the actual cost of the individual and the expected cost. Results are given in Table C.1. Also included in Table C.1 is the total cost obtained in Appendix B for the matched sample. These costs do not include costs for Vioxx prescriptions or costs for accidents or appendicitis treatment.

Table C.1: Predicted apportionable costs for the unmatched Vioxx patients.

| Group | Patients Count | Apportioned Costs |
|-------|---------------|-------------------|
| Unmatched | 6623 | $73,890,909 |
| Select | 799 | $5,106,401 |
| Low cost | 161 | $-4,281,666 |
| Matched | 3802 | $37,579,226 |
| TOTAL | 11,385 | $112,294,870 |

The total apportionable costs for the matches and non-matches using this regression approach is $112,294,870$.

18 January 2013                          C.3.  PROPORTIONAL ADJUSTMENT

# Appendix D

# Repeat of Matching Vioxx Patients

## D.1   Introduction

This appendix presents the results of repeating the matching described in Appendix B. Details of the match are found in Appendix B. Here we follow the same methods as described in Appendix B with the exception that we DO NOT require that the Vioxx patient and the matched patient have the same Musculoskeletal[1] experience in the year prior to the Vioxx date. There are two reasons to repeat the analysis:

1. Removing one of the matching criteria will allow a greater number of matches.

2. Choosing an independent sample will serve as a confirmation to the costs determined by the first match.

When comparing costs we will subtract out all costs reimbursed for Musculoskeletal care. In rematching we take a sample independent of the one described previously. 'Independent' means that there is not reference to the matches selected in the previous sample or in matching using the previous sample. Consequently, there will be some individuals who are selected as controls in both matched samples by chance.

   Matches are selected from the list of potential matches for a patient by random selection. No individual in the preliminary sample can be matched to more than one patient.

---

[1]ICD 9 codes 710-739

27

## D.2    Results

### D.2.1    Similarity

The initial results of re-matching are given in Table D.1 which compares the average difference in age and the average difference in prior year costs (prior to Vioxx date).   As we see from this table, on the average the ages and prior

Table D.1: Age and Prior year cost differences (Patient minus Match) for the Utah Vioxx match study sample. Numbers in parentheses are 95% confidence intervals.

|                              | Group I            | Group II           |
|------------------------------|--------------------|--------------------|
| Number of Matched Pairs      | 1131               | 3859               |
| Average Age Diff             | 0.03 yrs           | -0.03 yrs          |
| Std Dev of Age Diff          | 3.20 yrs           | 3.18 yrs           |
| 95% CI of Age Diff           | (-0.16, 0.22) yrs  | (-0.13,0.07) yrs   |
| Ave Diff in Prior Year Costs | $12.40             | $-4.43             |
| Std Dev of Cost Diff         | $225.80            | $226.94            |
| 95% CI of Cost Diff          | ($-1.02, $25.83)   | ($-11.73, $2.88)   |

year costs for the patients versus the matches are both close to zero (statistically nonsignificant at the $\alpha = 0.05$ level).  The patients and the matches are identical on the other match variables.  From the results in this table we conclude that the matching was successful in that the patients and matches are similar.  Therefore we proceed to compare differences between Vioxx clients after initiation of Vioxx and their matches.

### D.2.2    Matched Pair Concordance

Table D.2 presents a concordance/discordance analysis of the data.  By "concordance" we mean the number of matched pairs where both individuals in the pair had a critical cardiovascular event and the number in which neither had a critical cardiovascular event after their Vioxx date.   The discordant pairs are the number of pairs where the Vioxx patient had a critical cardiovascular event and the match did not and the number of pairs where the match had a critical cardiovascular event but the Vioxx patient did not after their Vioxx date.

To illustrate, looking at Group II in Table D.2 we note that there were 951 matched pairs where the client had a cardiovascular event after their Vioxx date (initation of Vioxx) and the match did not.  However, there were only 596 pairs where the match had a cardiovascular event after the Vioxx date and the client did not.  This indicates that the likelihood of a patient having a cardiovascular event after the Vioxx date is larger than for the matched individual. If Vioxx has no effect on the risk of a critical cardiovascular event, then this two discordant counts should be about the same. Since they are not the same, the data implies

28

Table D.2: Concordant/discordant pairs for each group matches.

|  | VIOXX | PATIENTS |
|---|---|---|
|  | No CVD Event | CVD Event |
| MATCHES | GROUP I |  |
| No CVD Event | 53 | 191 |
| CVD Event | 149 | 738 |
| MATCHES | GROUP II |  |
| No CVD Event | 1639 | 951 |
| CVD Event | 596 | 673 |

that Vioxx increases the risk of a critical cardiovascular event. This comparison is made more formal by the use of a statistical test of significance.

From Table D.2 we can form a statistical test of significance of the hypothesis that the Vioxx patient and the match have the same probability of a CVD event after Vioxx date.  This is the McNemar test which follows a chi-square distribution with 1 degree of freedom when there is no difference in the likelihood of a cardiovascular event.  If the calculated McNemar statistic is greater than 3.86 then the hypothesis of equal likelihood is rejected at the $\alpha = 0.05$ level and we conclude that there is a statistically significant difference.  We can also calculate a 95% confidence interval of the increase in the likelihood of a critical event among Vioxx patients over their matches.  The results of these statistical procedures are given in Table D.3.

Table D.3: Chi-square test statistics and confidence intervals for difference in rate of CVD event comparing Vioxx patients and their matches.

|  | McNemar Test | 95% Confidence Interval |
|---|---|---|
| Group I | 14.01 | (0.0299, 0.0950) |
| Group II | 119.80 | (0.0920, 0.1324) |

As presented in Table D.3, both of the McNemar test statistics, 14.01 and 119.80, are larger than the critical value of 3.86.  Thus we conclude that the Vioxx patients in both groups have significantly higher rates of a CVD event after Vioxx date.  We can look at the confidence interval to determine how much of an increase.  Explicitly, for Group I the increase in CVD events is between 3.0% and 9.5% with 95% confidence.  For Group II the increase is between 9.2% and 13.2% with 95% confidence.

### D.2.3   Comparing Event Frequency

Table D.4 compares the cardiovascular events of the clients with those of the matches.

Table D.4: Comparison of patients with matches on events in the Utah Vioxx study.

|  | Patients | Matches |
|---|---|---|
| GROUP I |  |  |
| Number of people | 1,131 | 1,131 |
| People with an event | 929 | 887 |
| Ave time to first event (months) | 11.63 | 13.75 |
| S. D. of time to first event | 16.95 | 27.78 |
| Ave number of events | 39.97 | 35.02 |
| S. D. of number of events | 59.13 | 58.54 |
| GROUP II |  |  |
| Number of people | 3,859 | 3,859 |
| People with an event | 1,624 | 1,269 |
| Ave time to first event (months) | 35.40 | 36.51 |
| S. D. of time to first event | 26.11 | 32.04 |
| Ave number of events | 17.79 | 13.14 |
| S. D. of number of events | 29.01 | 21.23 |

   In this table the number of CVD events is the number of patients that experience at least one event from Table B.1 after Vioxx date as reported in the Medicaid file.   As can be seen in Table D.4, for Group I the number of individuals who have an event is about $\frac{929}{1131} - \frac{887}{1131} = .0371\%$ or 3.71% higher for Vioxx patients than for matches.    The 95% confidence interval for this difference. is $(0.0037, 0.0706)$.   The literature states that patients with a prior event who take Vioxx have a statistically significantly increased risk of a repeat event within only 40 days of Vioxx use.

   For Group II the number of patients who have an event is about $\frac{1624}{3859} - \frac{1269}{3859} = 0.0920$ or 9% higher than the matches (95% confidence interval of $(0.0701, 0.1139)$) which is highly significant (p-value< 0.001).     This is a relative increase of $\frac{1624}{1269} = 1.28$ or a 28% increase in the number of cardiovascular events. This is less than the relative risk of 2.0 reported in the literature, probably because a majority of the clients had less than 18 months of exposure to Vioxx. However, it agrees well with the results of the matching given in Appendix B.

### D.2.4   Cost Comparisons

It is interesting to compare the costs as a function of the Vioxx dose.   We divided the matched pairs into groups according to the number of months of Vioxx that was taken by the patient. This is listed in Table D.5.

Table D.5: Prescription Information for 4990 matches.

| Group | Prescriptions | # Patients | Costs | Average | St. Dev. |
|---|---|---|---|---|---|
| 1 (Less than 2) | 2,272 | 1,995 | 134,548 | 77.86 | 24.41 |
| 2 (2-3) | 2,539 | 1,054 | 189,832 | 74.63 | 19.13 |
| 3 (4-6) | 3,156 | 632 | 239,020 | 76.51 | 20.07 |
| 4 (7-9) | 2,615 | 311 | 194,266 | 76.93 | 18.51 |
| 5 (10-12) | 2,579 | 238 | 198,063 | 75.10 | 16.01 |
| 6 (13-17) | 3,401 | 229 | 263,204 | 75.89 | 15.88 |
| 7 (More than17) | 15,186 | 531 | 1,246,714 | 73.42 | 14.63 |
| Total | 31,748 | 4,990 | 2,465,642 | 74.70 | 20.99 |

## D.3    Apportionable Medicaid Costs

The Medicaid costs that are apportionable to Vioxx are calculated by first removing all costs for musculoskeletal care and care for accidents.

Table D.6: Apportionable Medicaid costs attributable to Vioxx use.

| Group | Count | Total Cost | Cost per capita |
|---|---|---|---|
| Vioxx Patient | 4990 | $214,452,380 | $42,796 |
| Matched Control | 4990 | $276,809,701 | $55,472 |
| Difference | | $62,357,320 | $12,496 |

Table D.6 gives the difference in costs. It is important to note that the estimated per capita costs for this rematched sample, $12,496 is within the confidence interval, ($6213, $13,555) determined from the first matched sample. This indicates a persistent stability in the matching process and in the determination of the per capita costs.