UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**   *Sharon Kay Lee v. Merck & Co, Inc.,*
Case No. 06-7156

### ORDER

The Court is in receipt of further correspondence from Vioxx claimant Sharon Lee. IT IS ORDERED that the correspondence be entered into the record.

This matter was previously referred to Plaintiff's Liaison Counsel. Ms. Lee reports that she has not heard back from the Court or from Plaintiff's Liaison Counsel since Plaintiff's Liaison Counsel attempted to contact her former attorney in August. Accordingly, IT IS FURTHER ORDERED that Plaintiff's Liaison Counsel send an update to Ms. Lee, with a copy to the Court.

However, the Court does not believe any further action will be warranted. Ms. Lee's case against Merck was dismissed from this Court over two years ago. Her main complaint is that her Vioxx attorney misrepresented the date of her injury when he submitted her claim to the Vioxx Settlement Program. This allegation does not provide a basis for this Court to reopen Ms. Lee's case against Merck.

New Orleans, Louisiana, this 22nd day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave
New Orleans, LA 70113

Sharon Lee
14515 Wunderlich Dr.
Houston, TX 77069

James Ferrell
500 Dallas St.
3400 Penthouse
Houston, TX 77002

Vioxx Pro Se Curator
400 Poydras St.
Suite 2450
New Orleans, LA 70130