November 23, 12

RECEIVED
DEC 03 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Honorable Judge Eldon E. Fallon
U. S. District Court of the
Eastern District of Louisiana
500 Poydras St., Room C456
New Orleans, Louisiana 70130

Re: Marion Kay Lee vs. Merck & Co., Inc (Vioxx Litigation, MDL Docket No. 1657, Section L, Judge Fallon, Mag. Judge Knowles)

Dear Judge Fallon,

 I am writing this letter to follow-up on the letter that I sent to you dated August 11, 2012. Thank you for your response in an order that you issued and assignment of the liaison attorney(s), Herman Herman + Katz, located at 820 O'Keefe Ave., New Orleans, Louisiana, 70113.

 I am in receipt of a follow-up letter that was forwarded to my Vioxx attorney, Mr. James C. Ferrell who misrepresented my case to the U.S. District Court, Mr. Ferrell released Merck from my case using a non-stamped notary form which I never signed at all, along with a large number of other acts including exposing parts of my body using my medical records that were not needed to prove my Vioxx claim and neglected other medical

records that would have proven the Vioxx Injury & Proximity, etc. which as a result caused me to lose my claim and or case.

I am undergoing extreme suffering, unable to obtain the proper medical care and on the verge of losing my home as a result of Mr. Ferrell's behavior and negligence.

The letter dated August 24, 2012 from Mr. Johnson at Herman Herman + Katz is the last I have heard from this matter.

Would you please inquire on a status update report on this matter, as it is vital to my health, life and well being.

Thanking you in advance for your attention to this matter, your Honor Sir, please.

Sincerely,

Sharon K. Lee
Sharon K. Lee
14515 Wunderlich Dr. #610
Houston, Tx. 77069
281-866-8557 - hm.