

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JAN 2 3 2013
LORETTA G. WHYTE
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 21, 2013

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

**USCA No. 11-30347, In Re: Vioxx Prod Liability**
　　USDC No. 2:05-MD-1657
　　USDC No. 2:06-CV-2364

Enclosed is a copy of the judgment issued as the mandate.

The electronic copy of the record has been recycled.

　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　By: Sabrina B. Short
　　　　　　　　　　　　　　Sabrina B. Short, Deputy Clerk
　　　　　　　　　　　　　　504-310-7817

cc: (letter only)
　　Honorable Eldon E. Fallon
　　Mr. Jamal Ali Bilal
　　Ms. Dorothy Hudson Wimberly
　　Mr. Phillip A. Wittmann

P.S. to Judge Fallon: A copy of the opinion was sent to your office via email the day it was filed.

