UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
   PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Jim Hood, Attorney General, ex rel. State of Mississippi, v. Merck & Co., Inc.,* **No. 05-6755**

## ORDER

IT IS ORDERED that the telephonic hearing on Merck's Motion to Compel (Rec. Doc. 64181) is CONTINUED from February 6, 2013 at 1:30 p.m. to February 14, 2013 at 10:30 a.m.

Interested parties may contact the Court to request call-in information.

New Orleans, Louisiana, this 29th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE