# EXHIBIT 2

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| | * | **MAG. JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF ALI J. OLYAEI, PharmD, BCPS

My name is Ali J. Olyaei, PharmD, BCPS.  I am a Professor of Medicine and Pharmacotherapy at Oregon Health and Sciences University/Oregon State University, Division of Nephrology, Hypertension and a Clinical Pharmacotherapist.

My opinions are expressed in detail in my attached report.  In summary, those opinions are that, contrary to the views expressed by Merck's experts, Drs. Kress and Crowther, from a pharmacological standpoint, it is reasonably likely that Vioxx® can be expected to increase the likelihood of occurrence of VTEs in both healthy and at-risk patients, just as it has been shown to significantly increase the risk of MIs.  The basis for this opinion, in summary form, is that arterial thrombosis and venous thrombosis share many of the same pathological mechanisms and characteristics, and are in all likelihood related processes.  Arterial thrombosis and venous thrombosis share many of the same risk factors, and indeed, VTE is a risk factor for arterial embolism and arterial thrombosis is a risk factor for VTE.  Many drugs that are risk factors for arterial disease have been recently associated as risk factors for VTE as well.

My expert report is attached, along with Exhibits 1, 2 and 3.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

EXECUTED ON THIS 31st day of August, 2012.

_____

Ali J. Olyaei, PharmD, BCPS

## EXPERT REPORT OF ALI J. OLYAEI, PharmD, BCPS

My name is Ali J. Olyaei, PharmD, I have been retained by OLDFATHER LAW FIRM as an expert witness with regard to the causative role of the drug Vioxx® (Rofecoxib) with regard to venous thromboembolic events.

I have been asked to provide a pharmacological, scientific opinion concerning the propensity of non-steroidal anti-inflammatory drugs (NSAIDs), and specifically Merck's product Vioxx® (Rofecoxib), and its likelihood of causing thromboembolic events in healthy and at-risk patients. These thromboembolic events include venous thromboembolism (VTE), pulmonary embolism (PE), and deep vein thrombosis (DVT). Since it affects my opinion, I will also discuss the causative role of Vioxx® (Rofecoxib) in myocardial infarctions (MI). I understand that this report is being submitted in accordance with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

### I.   Background

I have a Bachelor of Science degree in Pharmacy from Oregon State University, College of Pharmacy, June, 1988. I have a Doctor of Pharmacy degree from the University of Kansas, College of Pharmacy, December, 1991. In 1993, I was board certified as a Pharmacotherapy Specialist. I hold professional licenses both in the State of Oregon (1988) and in the State of Kansas (1991). I am employed as a Professor of Medicine and Pharmacotherapy at Oregon Health and Sciences University/Oregon State University, Division of Nephrology, Hypertension and as a Clinical Pharmacotherapist. I have held this position since June 2010. One of my particular interests is in the role and effect of

1

numerous drugs and outside agents on the cardiovascular system.  I have authored or made significant contributions to over 200 texts, articles, reviews or treatises on these subjects.

Attached to this report as Exhibit 1 is my 51 page curriculum vitae, which more particularly sets out my educational background, academic appointments, honors and awards, journal reviews, professional accomplishments and publication history.

II      **Materials Reviewed**

I have been asked to review pertinent materials and formulate opinions relating to the mechanism of action, efficacy and safety of the prescription drug Vioxx® (Rofecoxib) as it affects venous thromboembolic events.  In furtherance of this task, I have reviewed available documents produced in the present case. Additionally, I have reviewed available portions of the public record that includes such items as the warning letters to Merck, as well as other relevant literature.  I have also reviewed pertinent national and international patent applications filed by Merck and others related to the vascular safety of COX II inhibitors.  The materials I have reviewed include the references cited at the end of this report.  It should be understood that the citation of a reference does not necessarily mean that I agree with the entirety of the contents thereof.  I understand document production and discovery is ongoing and I reserve the right to supplement any and all of my opinions should new information become available.

2

III     **Summary**

Based upon my review of available materials and literature I have formed opinions related to the pharmacology and safety of Vioxx® as it affects VTEs. Those opinions are based on reasonable pharmacological probability. In summary, those opinions are that, contrary to the views expressed by Merck's experts, Drs. Kress and Crowther, from a pharmacological standpoint, Vioxx® can be expected to increase the likelihood of occurrence of VTEs in both healthy and at-risk patients, just as it has been shown to significantly increase the risk of MIs. The basis for this opinion, in summary form, is that arterial thrombosis and venous thrombosis share many of the same pathological mechanisms and characteristics, and are in all likelihood related processes. Arterial thrombosis and venous thrombosis share many of the same risk factors, and indeed, VTE is a risk factor for arterial embolism and arterial thrombosis is a risk factor for VTE. Many drugs that are risk factors for arterial disease have been recently associated as risk factors for VTE as well.

IV     **Discussion**

The further discussion of these opinions is as follows:

1.     The discovery and commercialization of asprin over 100 years ago and the introduction of other NSAIDs have had a profound impact on the practice of medicine and the treatment of the inflammatory conditions. NSAIDs are frequently used to treat chronic inflammatory conditions and for the amelioration of acute and chronic pain. Widespread access and over-the-counter availability of these agents has lead to the impression that these drugs are safe and

3

relatively void of toxicity. NSAID use can pose substantial risks to patients, especially when used chronically. Gastrointestinal (GI) complications associated with NSAID use are the most common serious adverse drug reaction in the United States.

2.      Additionally, aspirin is extensively used as an anti-platelet agent, as well as an analgesic agent. Asprin, as well as other non-specific NSAIDs, have a demonstrated risk of GI hemorrhage. The desire to eliminate the GI toxicity of non-specific NSAIDs has led to the development of Cox-2 selective inhibitors, which are marketed as offering greater analgesic/anti-inflammatory benefits with the elimination of substantial GI risk, without further enhancing the risk of serious adverse events.

3.      There are two isoforms of the cyclooxygenase enzyme, and their differential expression has theoretically provided a means of reducing GI toxicity of nonspecific inhibitors. In general, Cox-1 is expressed constitutively and Cox-2 is inducible at sites of inflammation. The current list of FDA approved and removed Cox-2 inhibitors in the United States includes rofecoxib, celecoxib and valdecoxib.

4.      Despite the general proposition that Cox-2 selective inhibitors offer theoretical GI safety and tolerability, the overall safety profile of these drugs is called into question by the now-acknowledged increased cardiovascular risks. Hypertension, destabilization of blood pressure control in hypertensive patients, alteration of renal-vascular hemodynamics, potential overt nephrotoxicity, DVT, retinal vein thrombosis, PE and thromboebolic events (fatal and non-fatal MI's,

4

stroke and cardiac death) are significant toxicities associated with the use of Vioxx, which have been entirely overlooked by Merck, and later addressed only in a weak precaution added to the label and product insert in April 2002.  It is important to mention that a potential safety signal for vascular events was identifiable as early as 1997 and a potential safety signal for renal events was identifiable as early as 1998, when the first elevated study-specific rate ratios were observed.  This table bears on these observations:



Figure 3

Thrombotic Cardiovascular Serious Adverse Experiences Referred for Adjudication in Rheumatoid Arthritis Patients in the VIGOR Study Time-to-Event Plot (All Patients Randomized) Updated Application Data

5.     The use of Vioxx has been shown to produce significantly greater renal toxicity, clinically significant hypertension and higher rates of thromboembolic cardiovascular and cerebrovascular events, including deaths, when compared to traditional NSAIDs.   The incidents of myocardial infarction, cerebrovascular accidents and deaths were significantly greater with the Vioxx treatment group versus the Naproxen treatment group in the VIGOR trial.   The overall incidences of serious adverse events – including MI, stroke and death – were significantly greater, and the increased rate was noted to be statistically significant.   As a result, one FDA reviewer concluded that Naproxen would be preferred over Vioxx. Similarly, the Data Safety Monitoring Board for the VIGOR study noted on December 22, 1999, that based on an overall analysis of deaths and serious cardiovascular adverse events, which included strokes, MIs and cardiac deaths, the relative risk of suffering death or serious cardiovascular event in the Vioxx group of patients was 2.43, relative risk over the naproxen group, with statistical significance.

6.     Since the publication of the VIGOR data, and more particularly since the publication of the Mukherjee, et al., JAMA, 2001; 286:954-959, Merck has suggested that the differing incidence of serious cardiovascular adverse events was due to a cardiovascular protective effect of Naproxen.   In 2002, Ray and his coworkers investigated in a retrospective observational study whether non-asprin, non-selective NSAIDs provide a cardio-protective effect.   This study was conducted by reviewing Tennessee Medicaid data that included cardiovascular risk factor status, prescription data, hospital and outpatient admissions and visits,

6

and death certificate information.  This study concluded that the overall rate of cardiac death, hospitalization and admissions rate ratios in the naproxen and ibuprofen groups (both low and high doses) were not significantly different from those of controls.  This study clearly demonstrates the lack of any cardio-protective effect of Naproxen even in a high-risk population.  Ray, et al. published a follow up study in 2002 which further confirms his original study.  [Lancet. 2002 Oct 5;360(9339):1071-3.} and Lancet. 2002 Jan 12;359(9301):118-23.  Finally the APPROVe study showed increased risk of myocardial infarction and stroke for the 12.5 and 25 mg dose as compared to placebo after 18 months of treatment. Please see sequence of events leading to Rofecoxib withdrawal from the US market, attached at Exhibit A.

7.     The cardiovascular implications of Vioxx, including thrombotic MI, cerebrovascular accidents (CVA's) and death, are caused by prostacyclin inhibition and the activation of thromboxane A2 (TXA2).  It is critical to know that the Cox-2 enzyme is constitutively present in vascular endothelium and that it regulates important physiological functions in the kidney and vascular beds.   The overall instance of hypertension, edema and cardiovascular events is significantly higher for Vioxx compared to other traditional NSAIDs.

8.     In addition to the pattern of serious cardiovascular events in the VIGOR trial – including MI, CVA's, congestive heart failure (CHF) and death – observations from Merck study 090 and the unpublished ADVANTAGE study are consistent with the pattern seen in VIGOR.   See  HTTP://www.fda.gov/

0hrms/dockets/ac/01/briefing/3677b2_06_cardio.pdf   and   HTTP://www.fda.gov/

0hrms/dockets/ac/01/briefing/S2_06_villalba/sld024.htm.

9.        Given the results of studies by Ray et al, Solomon et al, 090,
ADVANTAGE, VIGOR, APPROVe study and the lack of any known cardio-
protective effect of naproxen, the known scientific data clearly demonstrates the
presence of an increased risk of serious cardiovascular thrombotic events
associated with the use of Vioxx.   Similarly the FDA's action in April 2002
requiring amendments to the Vioxx package insert demonstrates its recognition
of an enhanced cardiovascular risk associated with Vioxx.

10.        Traditionally, the common knowledge was that arterial thrombosis and
venous thrombosis are two separate disease entities with respect to
pathophysiology and treatment regimens.    Platelets are known to play a
dominant role in arterial thrombosis whereas red blood cells and fibrin are the
most abundant components in venous thrombosis.   However, research findings
of the past few years suggest that this concept is likely to be an oversimplification
and there might be similarities between arterial and venous thrombosis.

11.        The phenomena of arterial thrombosis and venous thrombosis are
interrelated and one is continuum of the other. There are a number of studies
suggesting that inflammation and platelet activation also participate in venous
thrombogenesis, and that NSAIDs play an important role in drug-induced VTE.
For example, in clinical studies patients with PE show increased urinary excretion
of thromboxane A2, a marker of platelet activation. In addition, inherited or
acquired anti-thrombin III, protein C and S deficiency, old age, arterial occlusive

disease, hyperlipidemia, hypertension, cigarette smoking, obesity, diabetes, stroke, hyperhomocysteinaemia, Factor V Leiden, and lupus anticoagulant are potential risk factors for both arterial thrombosis and venous thrombosis.

12.      Clinical studies also show that patients with spontaneous DVT, without symptomatic atherosclerosis, displayed under ultrasonography of the carotid arteries at least one carotid plaque -- for spontaneous DVT (47%, CI 95%, 39–50), for secondary DVT (27%, CI 95%, 20–34), and for control subjects (32%, CI 95%, 25–39). A multivariate analysis that accounted for risk factors for atherosclerosis confirmed these findings. The results of this study suggest a link between arterial and venous thrombotic disorders.

13.      Drugs that affect platelet function, such as NSAIDs, may increase the risk of DVT and PE, and drugs that interfere with platelet function may reduce the rate of DVT and PE.   In 87,891 patients with DVT and PE included in the Antiplatelet Trialists' Collaboration, Antithrombotic Trialists' Collaboration, and Pulmonary Embolism Prevention Trial, anti-platelet therapy (mainly aspirin in the standard and low dose) showed a reduction in rates of DVT (anti-platelet agent 25% vs. control 34%), in risk of clinically fatal or non-fatal PE (control 0.61% vs. 0.46% treatment arm), and in the rates of fatal PE 58%, all PE 43%, and DVT 29%, respectively, as compared to the control group.   These studies stand for the proposition that the mechanisms that reduce arterial thrombi also significantly reduce venous thromboembolic events, and implicate shared mechanisms between the two systems.

9

14.      Recently, several studies have been published with the objective of examining the association between the use of NSAIDs and the risk of VTE, both DVT and PE. The case-control study conducted by Schmidt et al hypothesized that prothrombotic drugs such as non-aspirin NSAIDs (including COX-2 inhibitors) increase the risk of VTE. Their study supports that, compared with no use, the use of non-aspirin NSAIDs was associated with a two-fold or more increased risk of (unprovoked) VTE occurrence. The risk of venous thrombosis was most pronounced among the current NSAIDs users, especially among the new users, defined by having filled their first-ever NSAIDs prescription within 60 days before their index date. An over five-fold increase in "unprovoked" VTE risk was associated with this patient group even after the risk ratio was adjusted for the potential confounders.  For COX-2 users, the same comparison is an over four-fold increase in risk.  These findings were consistent with the results from the study conducted in the UK in 2007 which showed that the use of NSAIDs was associated with an elevated risk of DVT, fatal PE and nonfatal PE, especially when starting therapy.

15.      Another case-control study by Biere-Rafi et al discovered that NSAID use is associated with an increased risk of symptomatic PE.  In this population-based study in over 20,000 individuals, the current use of NSAIDs was associated with over two-fold higher risk of PE and the overall risk was highest in the first 30 days of NSAID exposure. After adjustment for the potential confounders, the association between current use of NSAIDs and PE persisted,

and short term (first 30 days) treatment carried a nearly five-fold higher risk of PE when compared to the controls.

16.      Considering the frequent use of these drugs, any increased VTE risk associated with the use of non-aspirin NSAIDs would have major clinical implications, especially in the elderly since VTE incidence increases exponentially with age for both men and women with a recurrence rate as high as 30% within 10 years.

17.      Hypertension is a well established cardiovascular risk. Any drug that causes hypertension increases that patient's risk of a VTE. A reported odds ratio of VTE as 1.51 (95% CI 1.23-1.85) for hypertension has been shown. Another analysis reports that hypertension is associated with a 1.5-fold increased risk (95% CI, 1.2-1.9) of VTE compared to patients without hypertension. The relative risks for VTE due to hypertension are becoming established, but are probably about 50% lower than their associations with arterial thrombosis. Vioxx can cause fluid retention and high blood pressure, putting a Vioxx user at greater risk of VTE. An FDA MEMORANDUM re: Postmarketing Safety Review indicated that "review of 19 cases of pulmonary embolism (PE) and deep venous thrombosis (DVT) possibly related to the use of rofecoxib. In three cases, there was also a diagnosis of cerebrovascular accident (2) and myocardial infarction (1). Rofecoxib was the only suspect medication in 14 cases. In five cases, Enbrel (1), estrogen (2), celecoxib (1), and olanzapine (1) were listed as co-suspect and were temporally associated with the event." The nineteen cases involved 11 females, seven males, and one whose gender was not specified. The mean and

11

median ages were 51 and 54, respectively, with a range of 19 to 74 years old. Five patients were > 65 years of age. For rofecoxib therapy, the mean and median time to onset (n= 14) was 40 and 15.5 days, respectively with a range of 5 to 165 days. The dose of rofecoxib was within the recommended range in 15 patients and not reported in the remaining four patients. Eleven patients required hospitalization, and four patients died. The death in two patients was secondary to PE, in the third patient was secondary to endocarditis (diagnosed after PE), and in the fourth is not clear but may have been secondary to PE.

18.      Hyperlipidemia is most commonly treated by the use of statin medications. It is not yet clear if hyperlipidemia increases the risk of VTE; however, it is clear that use of statins would reduce any associated risk of VTE. Hyperlipidemia is most commonly treated by the use of statin medications. It is not yet clear if hyperlipidemia increases the risk of VTE; however, it is clear that use of statins reduces any associated risk of VTE. These studies generally show that HDL-cholesterol and LDL-cholesterol levels are associated with lower risks of VTE, as are triglyceride levels.

19.      Pregnancy, combined oral contraceptives, and oral hormone "replacement" therapy (HRT) increases the risks of both arterial and venous thrombosis. Pregnancy increases the risk of VTE nearly 5-fold and up to 60-fold during the first 3 months after delivery. The use of oral contraceptives associated with the risk of VTE is difficult to analyze due to the various study populations and preparations of oral contraceptives. Data from different study populations are widespread, and show contradictory results, but overall the use of oral

contraceptives may lead to a 2-fold to 6-fold increase of VTE compared to non-users. Like oral contraceptives, NSAIDs may increase the risk of both arterial thrombosis and venous thrombosis.

20.    Beyond looking at risk factors that lead to both arterial and venous thrombosis, it is possible to make the connection that arterial thrombosis may be a predictor of venous thrombosis. There is increasing evidence that many arterial risk factors are not only associated with atherosclerosis, but also with circulating markers of activated inflammation and haemostasis, which in turn plays a role in progression of atherosclerosis and thrombosis. Arterial disease may directly promote VTE in certain circumstances, such as following an MI or stroke. Although leg stasis probably plays a role, the systemic activation of inflammation and activation of coagulation factors is also implicated in both temporary or long-term increased VTE risk.

21.    The incidence of cardiovascular events after a VTE has also been assessed, further showing a link between the two diseases. Recent studies have shown that the incidence rate of arterial thrombotic events following the first VTE may be as high as 2-5% per year, with the highest risk being in the first year following an episode of VTE.  It has also been shown that an idiopathic PE is an independent risk factor for long-term arterial cardiovascular events.  Patients with VTE of unknown origin also have an increased risk of experiencing an arterial thromboembolic event when compared to patients with secondary VTE.  One explanation may be that an inflammatory process is instigated by the VTE, leading to an arterial thrombosis.  This explanation coincides with the fact that

13

inflammation is most pronounced shortly after VTE and slowly diminishes, which correlates with the level of risk of arterial thrombosis, being the highest in the first few months after a VTE event.

22.      In conclusion, it can be shown that there is an underlying link between arterial thrombosis and venous thrombosis. They share many of the same pathological mechanisms and characteristics, such as inflammation, elevated levels of coagulation factors, and inherited thrombophilia. It may also be shown that VTE is a risk factor for arterial embolism and arterial thrombosis is a risk factor for VTE. Many drugs that are well established risk factors for arterial disease have been recently associated as a risk factor for VTE as well. There is pharmacologically valid and reliable evidence that the clotting mechanisms that affect the arterial system also affect the venous system in significant ways. From a pharmacological standpoint, it is reasonably likely that Vioxx® can be expected to increase the likelihood of occurrence of VTEs in both healthy and at-risk patients, just as it has been shown to significantly increase the risk of MIs.

_Ali J. Olyaei_

_____

Ali J. Olyaei, PharmD, BCPS
Professor of Medicine, Surgery and Pharmacotherapy
Director, Clinical Research
Division of Nephrology & Hypertension
Oregon State University and Oregon Health & Science University

## V.    References

1. Adams HP Jr, del Zoppo G, Alberts MJ, et al. Guidelines for the early management of adults with ischemic stroke. Stroke. 2007;38:1655-1722

2. Ageno W, Becattini C, Brighton T, Selby R, Kamphuisen PW. Cardiovascular risk factors and venous thromboembolism: a meta-analysis. Circulation. 2008;117(1):93-102. [PubMed]

3. Agnelli G, Becattini C. Venous thromboembolism and atherosclerosis: common denominators or different diseases? J Thromb Haemost. 2006;4(9):1886-1890. [PubMed]

4. Antithrombotic Trialist's Collaboration Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high-risk patients. Br Med J. 2002;324(7329):71-86. [PMC free article] [PubMed]

5. Antman EM, Anbe DT, Armstrong PW, et al. ACC/AHA guidelines for the management of patients with ST-elevationmyocardial infarction—executive summary: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines. Circulation. 2004;110(5):588-636

6. Becattini C, Agnelli G, Prandoni P, et al. A prospective study on cardiovascular events after acute pulmonary embolism. Eur Heart J. 2005;26(1):77-83. [PubMed]

7. Becattini C, Agnelli G, Schenone A, et al. Aspirin for preventing the recurrence of venous thromboembolism. WARFASA Investigators. N Engl J Med. 2012;366(21):1959-67

8. Becker RC. Aspirin and the Prevention of venous thromboembolism (Editorial). N Engl J Med. 2012;366(21):2028-30

9. Becker RC, Meade TW, Berger PB, et al. The primary and secondary prevention of coronary artery disease. American College of Chest Physicians evidence-based clinical practice guidelines (8th edition) Chest. 2008;133(6 Suppl):776S-814S. [PubMed]

10. Biere-Rafi S, Di NM, Gerdes V et al. Non-steroidal anti-inflammatory drugs and risk of pulmonary embolism. Pharmacoepidemiol Drug Saf2011(6):635-642.

11. Bonnel R, Karwoski K.  FDA Memorandum, OPDRA Postmarketing Safety Review, 2001 [cf Bates MRK-ADF0025217-19].

12. Bova C, Marchiori A, Noto A, et al. Incidence of arterial cardiovascular events in patients with idiopathic venous thromboembolism. A retrospective cohort study. Thromb Haemost. 2006;96(2):132-136. [PubMed]

13. Brækkan SK, Mathiesen EB, Njølstad I, Wilsgaard T, Størmer J, Hansen JB. Family history of myocardial infarction is an independent risk factor for venous thromboembolism - the Tromsø study. J Thromb Haemost. 2008;6(11):1851-1857. [PubMed]

14. Brill A, Fuchs TA, Savchenko AS, et al. Neutrophil extracellular traps promote deep vein thrombosis in mice. J Thromb Haemost. 2012;10(1):136-44

15. Celebrex® (celecoxib), capsule. [Product information] Keltman Pharmaceuticals Inc, Flowood, MS: Jun 2011

16. Collaborative overview of randomised trials of antiplatelet therapy –III: Reduction in venous thrombosis and pulmonary embolism by antiplatelet prophylaxis among surgical and medical patients. Antiplatelet Trialists' Collaboration. BMJ. 1994;308(6923):235-46

17. Deguchi H, Pecheniuk NM, Elias DJ, et al. High-density lipoprotein deficiency and dyslipoproteinemia associated with venous thrombosis in men. Circulation. 2005;112:893-899

18. Edmonds MJ, Crichton TJ, Runciman WB, et al. Evidence-based risk factors for postoperative deep vein thrombosis. ANZ J Surg. 2004;74(12):1082-97

19. Eliasson A, Bergqvist D, Bjorck M, Acosta S, Sternby NH, Ogren M. Prevalence and risk of venous thromboembolism in patients with verified arterial thrombosis: a population study based on 23 796 consecutive autopsies. J Thromb Haemost. 2006;4(9):1897-1902. [PubMed]

20. Erkan D, Lockshin MD. Antiphospholipid syndrome. Curr Opin Rheumatol. 2006;18(3):242-248. [PubMed]

21. Folsom AR, Wu KK, Rosamond WR, Sharrett AR, Chambless LE. Prospective study of hemostatic factors and incidence of coronary heart disease: the Atherosclerosis Risk in Communities (ARIC) Study. Circulation. 1997;96(4):1102-1108. [PubMed]

22. Franchini M, Targher G, Montagnana M, et al. The metabolic syndrome and the risk of arterial and venous thrombosis. Thromb Res. 2008;122(6):727-35

23. Geerts  WH, Bergqvist  D, Pineo  GF, et al. American College of Chest Physicians, Prevention of venous thromboembolism: American College of Chest Physicians evidence-based clinical practice guidelines (8th edition), Chest. 2008;133(suppl 6):381S-453S

24. Glynn RJ, Ridker PM, Goldhaber SZ, Zee RY, Buring JE. Effects of random allocation to vitamin e supplementation on the occurrence of venous thromboembolism. Report from the Women's Health Study. Circulation. 2007;116(13):1497-1503. [PubMed]

25. Green D. Risk of future arterial CV events in patients with idiopathic venous thromboembolism. Hematology Am Soc Hematol Educ Program. 2009:259-66

26. Grisold W, Oberndorfer S, Struhal W. Stroke and cancer: a review Acta Neurol Scand 2008. June20 [Epub ahead of Print].

27. Guthikonda S, Haynes WG. Homocysteine: role and implications in atherosclerosis. Curr Atheroscler Rep. 2006;8(2):100-106. [PubMed]

28. Guyatt GH, Norris SL, Schulman S, et al. Methodology for the development of antithrombotic therapy and prevention of thrombosis guidelines: Antithrombotic Therapy and Prevention of Thrombosis, 9th ed: American College of Chest Physicians. Chest. 2012;141(2 Suppl):53S-70S

29. Hong C, Zhu F, Du D, Pilgram TK, Sicard GA, Bae KT. Coronary artery calcification and risk factors for atherosclerosis in patients with venous thromboembolism. Atherosclerosis. 2005;183(1):169-174. [PubMed]

30. Hovens MM, Snoep JD, Tamsma JT, Huisman MV. Aspirin in the prevention and treatment of venous thromboembolism. J Thromb Haemost. 2006;4(7):1470-1475. [PubMed]

31. Janssen MC, den Heijer M, Cruysberg JR, Wollersheim H, Bredie SJ. Retinal vein occlusion: a form of venous thrombosis or a complication of atherosclerosis? A meta-analysis of thrombophilic factors. Thromb Haemost. 2005;93(6):1021-1026. [PubMed]

32. Kahn SR, Lim W, Dunn AS, et al. Prevention of VTE in nonsurgical patients: Antithrombotic Therapy and Prevention of Thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. Chest. 2012;141(2 Suppl):e195S-226S

33. Koenig W, Rothenbacher D, Hoffmeister A, Griesshammer M, Brenner H. Plasma fibrin D-dimer levels and risk of stable coronary artery disease: results of a large case-control study. Arterioscler Thromb Vasc Biol. 2001;21(10):1701-1705. [PubMed]

34. Levine RL, Leclerc JR, Bailey JE, Monberg MJ, Sarwat S. Venous and arterial thromboembolism in severe sepsis. Thromb Haemost. 2008;99(5):892-898. [PubMed]

35. Lijfering WM, Flinterman LE, Vandenbroucke JP, Rosendaal FR, Cannegieter SC. Relationship between venous and arterial thrombosis: a review of the literature from a causal perspective. Semin Thromb Hemost2011(8):885-896.

36. Lijfering WM, Rosendaal FR, Cannegieter SC. Risk factors for venous thrombosis - current understanding from an epidemiological point of view. Br J Haematol2010(6):824-833.

37. Lindqvist PG, Epstein E, Olsson H. The relationship between lifestyle factors and venous thromboembolism among women: a report from the MISS study Br J Haematol 2008. November19 [Epub ahead of print]

38. Lowe GD. Common risk factors for both arterial and venous thrombosis. Br J Haemotol. 2008;140(5):499-95

39. Meade TW, Mellows S, Brozovic M, Miller GJ, Chakrabarti RR, North WR, Haines AP, Stirling Y, Imeson JD, Thompson SG. Haemostatic function and ischemic heart disease: principal results from the Northwick Park Heart Study. Lancet. 1986;2(8506):533-537. [PubMed]

40. Moores LK. Just Do It! VTE Prevention in Hospitalized Patients: Meeting Patient Safety Goals in VTE Prevention. Chest. 2012;141(3):578-580.

41. Mukherjee D, Topol EJ. Cox-2: where are we in 2003? – Cardiovascular risk and Cox-2 inhibitors. Arthritis Res Ther. 2003;5(1):8-11

42. Omine M, Kinoshita T, Nakakuma H, Maciejewski JP, Parker CJ, Socie G. Paroxysmal nocturnal hemoglobinuria. Int J Hematol. 2005;82(5):417-421. [PubMed]

43. Pomp ER, Rosendaal FR, Doggen CJ. Alcohol consumption is associated with a decreased risk of venous thrombosis. Thromb Haemost. 2008;99(1):59-63. [PubMed]

44. Prandoni P. Links Between Arterial and Venous Disease. J Intern Med. 2007;262(3):341-50

45. Prandoni P, Bilora F, Marchiori A, et al. An association between atherosclerosis and venous thrombosis. N Engl J Med. 2003;348(15):1435-1441. [PubMed]

46. Prandoni P, Ghirarduzzi A, Prins MH, et al. Venous thromboembolism and the risk of subsequent symptomatic atherosclerosis. J Thromb Haemost. 2006;4(9):1891-1896. [PubMed]

47. Prandoni P, Lensing AWA, Prins MH, et al. Residual venous thrombosis as a predictive factor of recurrent venous thromboembolism. Ann Intern Med. 2002;4(9):1919-1924.

48. Previtali M, Bucciarelli P, Passamonti SM, et al. Risk factors for venous and arterial thrombosis. Blood Transfus. 2011;9(2):120-38

49. Prevention of pulmonary embolism and deep vein thrombosis with low dose aspirin: Pulmonary Embolism Prevention (PEP) trial. Lancet 2000;355:1295-302

50. Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR.  Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study.  Lancet.  2002; 359 (9301): 118-23.

51. Reich LM, Folsom AR, Key NS, et al. Prospective study of subclinical atherosclerosis as a risk factor for venous thromboembolism. J Thromb Haemost. 2006;4(9):1903-1908. [PubMed]

52. Rocha AT, Paiva EF, Lichtenstein A, et al. Risk-assessment algorithm and recommendations for venous thromboembolism prophylaxis in medical patients. Vasc Health Risk Manag. 2007;3(4):533-53

53. Sandercock PA, Counsell C, Gubitz GJ, et al. Antiplatelet therapy for acute ischaemic stroke (Review). Cochrane Database Syst Rev. 2008;(3):CD000029.

54. Sare GM, Gray LJ, Bath PM. Association between hormone replacement therapy and subsequent arterial and venous vascular events: a meta-analysis. Eur Heart J. 2008;29(16):2031-2041. [PMC free article] [PubMed]

55. Schmidt M, Christiansen CF, Horvath-Puho E, Glynn RJ, Rothman KJ, Sorensen HT. Non-steroidal anti-inflammatory drug use and risk of venous thromboembolism. J Thromb Haemost2011(7):1326-1333.

56. Schulman S, Lindmarker P, Holmstrom M, et al. Post-thrombotic syndrome, recurrence, and death 10 years after the first episode of venous thromboembolism treated with warfarin for 6 weeks or 6 months. J Thromb Haemost. 2006;4(4):734-742. [PubMed]

57. Schulman S, Rhedin AS, Lindmarker P, et al. A comparison of six weeks with six months of oral anticoagulant therapy after a first episode of venous thromboembolism. N Engl J Med. 1995;332(25):1661-1665. [PubMed]

58. Singer DE, Albers GW, Dalen JE, et al. Antithrombotic therapy in atrial Fibrillation. American College of Chest Physicians evidence-based clinical practice guidelines (8th edition) Chest. 2008;133(6 Suppl):546S-592S. [PubMed]

59. Sørensen HT, Horvath-Puho E, Kobberøe Søgaard K, et al. Arterial cardiovascular events, statins, low dose aspirin and subsequent risk of venous thromboembolism: a population based case control study J Thromb Haemost 2009:

60. Sørensen HT, Horvath-Puho E, Pedersen L, Baron JA, Prandoni P. Venous thromboembolism and subsequent hospitalization due to acute arterial cardiovascular events - A 20 year cohort study. Lancet. 2007;370(9601):1773-1779. [PubMed]

61. Spencer FA, Ginsberg JS, Chong A, Alter DA. The relationship between unprovoked venous thromboembolism, age, and acute myocardial infarction. J Thromb Haemost. 2008;6(9):1507-1513. [PubMed]

62. Solomon D, Glynn R, Levin R, Avorn J. The relationship between Nsaids and Myocardial Infarction. Arthritis & Rheumatism 2001; 44; 1066.

63. Squizzato A, Romualdi E, Ageno W. Why should statins prevent venous thromboembolism? A systematic literature search and a call for action. J Thromb Haemost. 2006;4(9):1925-1927. [PubMed]

64. Steffen LM, Folsom AR, Cushman M, Jacobs DR, Jr, Rosamond WD. Greater fish, fruit, and vegetable intakes are related to lower incidence of venous thromboembolism. The Longitudinal Investigation of Thromboembolism Etiology. Circulation. 2006;15(2):188-195. [PubMed]

65. Thompson SG, Kienast J, Pyke SD, Haverkate F, van de Loo JC. Hemostatic factors and the risk of myocardial infarction or sudden death in patients with angina pectoris. European Concerted Action on Thrombosis and Disabilities Angina Pectoris Study Group. N Engl J Med. 1995;332(10):635-641. [PubMed]

66. Tsaloumas MD, Kirwan J, Vinall H, et al. Nine year follow-up study of morbidity and mortality in retinal vein occlusion. Eye. 2000;14(Pt 6):821-827. [PubMed]

67. van der Hagen PB, Folsom AR, Jenny NS, et al. Subclinical atherosclerosis and the risk of future venous thrombosis in the Cardiovascular Health Study J Thromb Haemost 2006;4:491903-1908.1908. [PubMed]

68. van Stralen KJ, Le Cessie S, Rosendaal FR, Doggen CJ. Regular sports activities decrease the risk of venous thrombosis. J Thromb Haemost. 2007;5(11):2186-2192. [PubMed]

69. Vandvik PO, Lincoff AM, Gore JM, et al. Primary and secondary prevention of cardiovascular disease: Antithrombotic Therapy and Prevention of Thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. Chest. 2012;141(2 Suppl):e637S-68S

70. Weir MR, Sperling RS, Reicin A, et al. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J. 2003;146:591-604

71. Weitz JI, Eikelboom JW, Samama MM. New antithrombotic drugs: Antithrombotic Therapy and Prevention of Thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. Chest. 2012;141(2 suppl):e120S-51S.

72. Wright RS, Anderson JL, Adams CD, et al. 2011 ACCF/AHA Focused Update of the Guidelines for the Management of Patients With Unstable Angina/Non-ST-Elevation Myocardial Infarction (Updating the 2007 Guideline). Circulation. 2011;123:2022-2060

73. Young L, Ockelford P, Milne D, Rolfe-Vyson V, McKelvie S, Harper P.
Post treatment residual thrombus increases the risk of recurrent deep
vein thrombosis and mortality. J Thromb Haemost. 2006;4(9):1919-
1924. [PubMed]

**Exhibit A**

**Sequence of Events with VIOXX, since opening of IND**

1. **December 20, 1994** -- Merck opens Investigational New Drug (IND) **46,894** for osteoarthritis and acute pain in the Division of Anti-inflammatory, Analgesic and Ophthalmic Drug Products. This was the first IND submitted for FDA review for human use.

2. **February 13, 1998** – IND 55,269 is submitted for the treatment of Alzheimer's Disease to the Division of Neuropharmacological Drug Products.

3. **March 24, 1998**. Arthritis Advisory Committee meeting discussed safety issues surrounding COX-2 inhibitors.

4. **November 23, 1998**, Merck submitted a New Drug Application (NDA 21-042) for Vioxx$^{TM}$ (rofecoxib) for the treatment of acute pain in adults, dysmenorrhea and osteoarthritis (data to support this NDA included in **IND 46,894**).

   The Vioxx$^{TM}$ NDA included approximately 60 studies, which provided approximately five thousand subjects exposed to rofecoxib from one day to 86 weeks, of whom 371 and 381 patients received 12.5 and 25 mg daily (the recommended doses for chronic use) for one year or longer and 272 patients received ≥50 mg daily for ≥ 6 months (50 mg daily was the dose approved for acute pain).

   The NDA included two six-week placebo and ibuprofen-controlled studies; one six-week placebo and nabumetone controlled study in the elderly and one 6-week dose-ranging study. Some of the patients participating in these studies were involved in extension studies up to 86 weeks. Additionally, there were two six-month diclofenac-controlled studies, with extensions up to one year and two 6-month placebo and ibuprofen-controlled endoscopic studies (See Medical Officer review dated May 19, 1999).

   No cardiovascular signal was observed in the original NDA application.

5. **April, 20 1999** – Arthritis Advisory Committee (AAC) convened to consider the efficacy of 12.5 and 25 mg dose for osteoarthritis as well as gastrointestinal, renal, and hepatic safety of this new molecular entity. The AAC recommended approval.

6. **May 20, 1999** – Vioxx$^{TM}$ (NDA 21-042) was approved for acute pain, dysmenorrhea and OA.

7. **November 08, 1999** – IND 59,222 was submitted to the Division of Oncology Drug Products (DODP) to pursue colon cancer prevention claim. This IND included Protocol 122 entitled, "A Multicenter, Randomized, Parallel Group, Placebo-

**EXHIBIT A**

Controlled, Double-Blind Study with In-House Blinding to Determine the Effect of 156 Weeks of Treatment with MK-0966 on the Recurrence of Neoplastic Polyps of the Large Bowel in Patients with a History of Colorectal Adenomas".   DODP offered comments and requested clarification regarding the study design before the protocol was implemented.  The original protocol had several deficiencies that need to be resolved before the study would be allowed to proceed (see FAX of December 07, 1999 and the follow-up ADVICE Letter of December 29, 1999).

8. **January 05, 2000** – An PreIND/End-of-Phase II meeting was held for IND 59,222 (Protocol 122 APPROVe) in response to the Agency comments and recommendations in the December 07, 1999 fax.

9. **March 30, 2000** -- Preliminary information regarding an imbalance in serious cardiovascular thrombotic events had been submitted to the **original IND 46,894** for osteoarthritis and acute pain in March 30, 2000, along with analyses of serious cardiovascular events in all studies previously submitted to NDA 21-042, ongoing placebo-controlled prevention of Alzheimer's studies, the ADVANTAGE study (which was almost completed) and post-marketing adverse experience surveillance, all of which did not show a cardiovascular signal.  Merck's explanation was that naproxen had protective effects.  A letter was sent to all investigators informing these results. The informed consent was amended to include this information. All protocols were amended to allow the use of low dose aspirin for those patients who may be at risk for cardiovascular events.

10. **June 23, 2000** – IND 59,222 Protocol 122 (APPROVe) was amended to allow the use of low dose aspirin for patients who might be at high cardiovascular risk and remove a treatment arm with the 50 mg dose

11. **June 29, 2000** – VIGOR (Vioxx Gastrointestinal Outcome studies) was submitted for review (NDA 21-042/supplement 007).  The VIGOR study demonstrated significant decrease in the risk of gastroduodenal perforations, ulcers and bleedings (56) in Vioxx$^{TM}$ as compared to (121) on naproxen, but also an increased risk of cardiovascular thrombotic events, mostly driven heart attacks (0.5 and 0.1% for Vioxx$^{TM}$ and naproxen, respectively). Important limitations to the study included the use of Vioxx$^{TM}$ 50 mg dose (twice the highest recommended dose for chronic use), the use in a population with rheumatoid arthritis, the exclusion of patients taking aspirin (which left out patients at high cardiovascular risk requiring low dose aspirin for cardiovascular prophylaxis) an the use of a single comparator with putative antiplatelet effects.

12. **February 8, 2001** – Arthritis Advisory Committee met to discuss the results of VIGOR, a large (8,000-patient) post-marketing study designed to evaluate the gastrointestinal safety of Vioxx$^{TM}$ as compared to naproxen, submitted under NDA 21-042/S-007.  The study succeeded in demonstrating superior gastrointestinal safety but also showed an increased risk of cardiovascular thrombotic events for Vioxx$^{TM}$ as compared to naproxen. The Advisory Committee noted that the VIGOR trial had limitations as to the generalizability of the cardiovascular findings which needed

2

**EXHIBIT A**

further investigation. These limitations included study design using one comparator and no placebo, a higher dose (50mg) not recommended for chronic use, a population limited to rheumatoid arthritis patients, and the exclusion of patients on low dose aspirin. The Committee agreed on the important benefit of reduced gastrointestinal bleeding that rofecoxib had demonstrated, a benefit no other NSAID had, and encouraged the FDA to keep that benefit in mind when evaluating the safety issues in the VIGOR trial (see attached FDA and Merck briefing documents, slide presentations, and transcripts of the AAC).

13. **February 28, 2001** – Sponsor submitted supplemental application for the Rheumatoid Arthritis indication (NDA 21-042/S-012 supported studies submitted under **IND 46,894**). This submission included a 1,100-patient database in patients with RA that involved Vioxx$^{TM}$ 25 and 50 mg and naproxen  500 mg bid in trials of 3 months to one year duration.

14. **April 6, 2001 - Approvable** action for NDA 21-042 supplement 007 (VIGOR study). Additional information was requested before labeling changes could be made.

15. **April 11, 2001** – DAAODP met with Merck to discuss the additional information request in the April 06, 2001 approvable letter.

16. **April 30, 2001** – Merck fulfills request of February 14, 2001 for complete case study report of ADVANTAGE study.  Safety Updae Report still needed for complete response to approvable letter issued on April 06, 2001.

17. [Redacted ]

18. **July 12, 2001 – Sponsor submitted Complete Response** to the April 06, 2001 Approvable letter the VIGOR study (NDA 21-042/S-007).  This submission included:

   - The ADVANTAGE study, a 6,000-patient study comparing Vioxx$^{TM}$ 25 mg and naproxen in patients with osteoarthritis. Information from this study was submitted in March 30, 2001, April 13, 2001, and April 16, 2001.
   - A Safety Update Report (SUR) which included serious adverse events from studies that had been submitted to the original NDA application and from new, ongoing studies that included preliminary information from studies 078 and 091 (studies for the prevention of Alzheimer's).
   - Cardiovascular safety data from studies rheumatoid arthritis submitted in February 28, 2001, as part of an efficacy supplement to NDA 21-042.
   - Sponsor responses to FDA specific requests for clarification and information related to cardiovascular and overall safety of Vioxx$^{TM}$, submitted to the FDA in July 26, and 30, August 4, and 17, September 20, October 1, 3, 5, and 8, November 5, and 26, 2001.

19. **August 14, 2001** – Memorandum of need to obtain a purchase order with Kaiser to conduct a project title: Comparison Rates of Myocardial Infarction (MI) between

**EXHIBIT A**

Patients Treated with Cyclo-Oxygenase 2 Inhibitors (COX-2) and Traditional Non-Steroidal Anti-Inflammatory Drugs (NSAIDs).

20. **September 01, 2001** – IND 59,222 was transferred to the Division of Gastrointestinal and Coagulation Drug Products (DGCDP) following recommendations and comments from the Division of Oncology Drug Products in a letter dated December 30, 1999 and January 05, 2000 End of Phase II meeting with (DODP).

21. **September 21, 2001** -- FDA internal regulatory briefing on Vioxx[TM]. It was recommended to include balanced information regarding safety results of Vioxx[TM] and de-emphasize the GI safety advantage in Vioxx[TM] label.

22. **October 04, 2001** – An urgent message was received from Bob Silverman of Merck. Bonnie Goldmann, (Merck) had been instructed by upper management to probe Dr. Woodcock about Agency thinking on Vioxx[TM] label.

23. **October 15, 2001** – Label negotiations were initiated by the FDA with the transmission of FDA proposed labeling for NDA 21-042/S-007 VIGOR to Merck.

24. **November 01, 2001** – DGCDP met with Merck to discuss the recommendations and comments in the April 13, 2001 advice letter for the prevention of colon polyps claim indication. DGCDP emphasized that cardiovascular safety issues needed to be addressed in this study. The division stated:

> "With regards to the interim safety analysis, it is understood that you will include an analysis of cardiovascular, edema, hypertension, thromboembolic, renal, hepatic and upper GI adverse events as well as an analysis of overall safety outcomes, SAEs and deaths. In addition to obtaining a recommendation from the independent safety monitoring board concerning continuation of the study, please clarify parameters that would prompt discontinuation of the study."

> "The agency has further concerns regarding the safety profile of prolonged VIOXX administration in this population, given the recent analysis of the cardiovascular/thrombotic/edema/hypertension and overall safety profiles and mortality outcomes associated with Rofecoxib treatment studies (VIGOR, ADVANTAGE, database of investigator reported events of study subjects with rheumatoid arthritis, and Alzheimer's studies)."

25. **November 06, 2001** – Merck provides a response to FDA label proposal of October 15, 2001. The sponsor rejected FDA proposed labeling. There was little change from the original proposed label that accompanied NDA 21-042/S-007. In view of the extent of the lack of agreement a telecom was arranged with the sponsor and the division (DAAODP) explained our position regarding the sponsor's annotations to their counterproposal of November 06, 2001. This telecom took place on November 21, 2001. The division (DAAODP) requested that the sponsors reconsider their proposal in light of our comments and resubmit a new proposal.

4

**EXHIBIT A**

26. **November 21, 2001** – DAAODP initiated a telecom with Merck. Bob Silverman was present for Merck. DAAODP discussed issued raised in November 06, 2001 cover letter. The DAAODP requested tht the sponsor reconsider their proposal in the light of our comments and resubmit a new proposed label. It was also suggested that Merck meet with the DAAODP prior to the holiday break to discuss the label.

27. **November 28, 2001** -- Except for studies 078 and 091 – was completed on November 28, 2001 (see November 28, 2001, Medical Officer's review of the Complete Response to the April 06, 2001 Approvable letter) and showed a trend for increased risk of myocardial infarctions for Vioxx$^{TM}$ as compared to naproxen. However no such difference was noted in clinical trial data submitted with Vioxx$^{TM}$ compared placebo or other NSAIDs

28. **December 05, 2001** – Merck submitted a revised label proposal for VIGOR as suggested in the November 21, 2001.

29. **December 12, 2001** – Regulatory briefing was held to update Drs. Woodcock and Temple on the labeling negotiation.

30. **December 19, 2001** – A face-to-face meeting was scheduled and confirmed to continue discussion of Vioxx$^{TM}$ proposed label for January 09, 2002.

31. **December 21, 2001** – Approvable action for NDA 21-042/S-012 (rheumatoid arthritis) pending additional cardiovascular safety information.

32. **January 03, 2002** – Bob Silverman  requested confirmation of Dr. Temple's attendance for the scheduled January 09, 2002 meeting. He was informed that Dr. Temple would not be available.

33. **January 07, 2002** – Merck cancelled the January 09. 2002 meeting. Merck requested the meeting to be rescheduled with Dr. Temple attending. Merck submitted revised labeling which now included NDA 21-042/S-007 VIGOR and S-012 RA. There was still substantial distance between the sponsor and DAAODP.

34. **January 11, 2002** -- Approvable action for NDA 21-042/S-007, pending labeling negotiations regarding the cardiovascular safety of Vioxx$^{TM}$.

35. **January 25, 2002** -- As there was substantial distance between the sponsor's and the division's (DAAODP) positions, the division presented an update of labeling negotiations at a pre-decisional meeting at the Center level. This venue allowed for open discussion for difficult issues with experienced leaders in the Center. There was a consensus that the data from the various large databases was of concern and that labeling should include information related to cardiovascular findings associated with Vioxx$^{TM}$. This was similar to comments make by multiple advisory committee members at the February 2001 meeting.

5

**EXHIBIT A**

**36. January 30, 2002** – A telecom with the sponsor was held on January 30, 2002 for NDA 21-042/S-007 VIGOR and S-012 RA.  Labeling negotiations continued with teleconferences being held on February 08, and 20, and March 07, and 20, 2002 until a final label was issued (see attached MINUTES and proposed FDA label).

**37. March 12, 2002** – A detailed review of cardiovascular thrombotic events in ongoing studies 078 and 091 for the prevention of Alzheimer's disease was conducted separately. These studies provided a 2,800-patient placebo-controlled database for Vioxx$^{TM}$ 25 mg as compared to placebo, with a median exposure of 14 months. Analyses of cardiovascular thrombotic events in these studies showed no difference in the risk of myocardial infarctions or stroke between Vioxx$^{TM}$ 25 mg and placebo (see MO review dated March 12, 2002 under NDA 21-042/S-007).

"The Alzheimer's studies described in this memo were not specifically designed or powered to address CV outcomes. However, they provide a relatively large placebo-controlled database (rofecoxib N= 1267, placebo N= 1464), with a median exposure of 14 months and a substantial number of MI and cerebrovascular events for analysis. In this database, there was no excess for *all* cardiovascular thrombotic events (cardiac, cerebrovascular and peripheral together) and particularly, no excess of MI in the rofecoxib 25 mg group, as compared to placebo. However, total cause mortality (29 vs. 15) and cardiovascular thrombotic deaths (8 and 3) trended against rofecoxib. These data support the hypothesis that the excess of MI found with rofecoxib 50 mg in the VIGOR study - as well as the trends observed in the ADVANTAGE and the RA databases with the 25 mg dose relative to naproxen - may in part be explained by the lack of an anti-platelet effect of rofecoxib relative to naproxen. However, in addition, the biologically plausible pro-thrombotic effect and the known effects on fluid retention, edema and hypertension may play a role in the different cardiovascular safety profile of rofecoxib as compared to naproxen.

Adequately powered and prospectively designed studies are necessary to definitively address cardiovascular safety issues with VIOXX."

**38. March 14, 2002** – FDA does an additional statistical analysis of cardiovascular thrombotic events in VIGOR.  This analysis suggested there was an increase with Vioxx$^{TM}$ 50 mg compared to naproxen over time.

**39. March 19, 2002** – The Gastrointestinal Drugs Advisory Committee met to discuss study design issues for chemopreventive agents studied for the prevention of sporadic adenomatous polyposis.  On June 7, 2002 Merck submitted an amendment to IND 59,222 containing a review of the advisory committee meeting and a proposal to resolve outstanding issues regarding Protocol 122.

**40. April 11, 2002,** The Agency approved the rheumatoid arthritis indication along with labeling changes that included the results of the VIGOR study and changes to the PRECAUTIONS, Drug Interactions, and Dosage and Administration sections of the

6

EXHIBIT A

label to reflect all that was known at that time about potential risk for cardiovascular thrombotic evetns with Vioxx$^{TM}$.

Excerpts from the April 2002 label are as follows:

Special Studies
The following special studies were conducted to evaluate the comparative safety of VIOXX.

VIOXX GI Clinical Outcomes Research (VIGOR Study)
Study Design
The VIGOR study was designed to evaluate the comparative GI safety of VIOXX 50 mg once daily (twice the highest dose recommended for chronic use in OA and RA) versus naproxen 500 mg twice daily (common therapeutic dose). The general safety and tolerability of VIOXX 50 mg once daily versus naproxen 500 mg twice daily was also studied. VIGOR was a randomized, double-blind study (median duration of 9 months) in 8076 patients with rheumatoid arthritis (RA) requiring chronic NSAID therapy (mean age 58 years). Patients were not permitted to use concomitant aspirin or other antiplatelet drugs. Patients with a recent history of myocardial infarction or stroke and patients deemed to require low-dose aspirin for cardiovascular prophylaxis were to be excluded from the study. Fifty-six percent of patients used concomitant oral corticosteroids. The GI safety endpoints (confirmed by a blinded adjudication committee) included: PUBs-symptomatic ulcers, upper GI perforation, obstruction, major or minor upper GI bleeding.

Study Results
Gastrointestinal Safety in VIGOR
The VIGOR study showed a significant reduction in the risk of development of PUBs, including complicated PUBs in patients taking VIOXX compared to naproxen (see Table 2).

[Table 2.  VIGOR-Summary of Patients with Gastrointestinal Safety Events1 COMPARISON TO NAPROXEN]
Other Safety Findings: Cardiovascular Safety
The VIGOR study showed a higher incidence of adjudicated serious cardiovascular thrombotic events in patients treated with VIOXX 50 mg once daily as compared to patients treated with naproxen 500 mg twice daily (see Table 3). This finding was largely due to a difference in the incidence of myocardial infarctionbetween the groups. (See Table 4.) (See PRECAUTIONS, Cardiovascular Effects.) Adjudicated serious
cardiovascular events (confirmed by a blinded adjudication committee) included: sudden death, myocardial infarction, unstable angina, ischemic stroke, transient ischemic attack and peripheral venous and arterial thromboses.

**EXHIBIT A**

**Table 3**
**VIGOR-Summary of Patients with Serious Cardiovascular**
**Thrombotic Adverse Events[1] Over Time**
**COMPARISON TO NAPROXEN**

| Treatment Group | Patients Randomized | | 4 Months[2] | 8 Months[3] | 10 ½ months[4] |
|---|---|---|---|---|---|
| VIOXX 50 mg | 4047 | Total number of events | 17 | 29 | 45 |
| | | Cumulative Rate[†] | 0.46% | 0.82% | 1.81%* |
| Naproxen 1000 mg | 4029 | Total number of events | 9 | 15 | 19 |
| | | Cumulative Rate[†] | 0.23% | 0.43% | 0.60% |

[1]Confirmed by blinded adjudication committee, [2]Number of patients remaining after 4 months were 3405 and 3395 for VIOXX and naproxen respectively, [3]Number of patients remaining after 8 months were 2806 and 2798 for VIOXX and naproxen respectively, [4]Number of patients remaining were 531 and 514 for VIOXX and naproxen respectively.

†Kaplan-Meier cumulative rate.

* p-value <0.002 for the overall relative risk compared to naproxen by Cox proportional hazard model

**Table 4**
**VIGOR- Serious Cardiovascular**
**Thrombotic Adverse Events[1]**

| | VIOXX 50 mg N[2]=4047 n[3] | Naproxen 1000 mg N[2]=4029 n[3] |
|---|---|---|
| Any CV thrombotic event | 45 * | 19 |
| Cardiac events | 28** | 10 |
|    Fatal MI/Sudden death | 5 | 4 |
|    Non-fatal MI | 18** | 4 |
|    Unstable angina | 5 | 2 |
| Cerebrovascular | 11 | 8 |
|    Ischemic stroke | 9 | 8 |
|    TIA | 2 | 0 |
| Peripheral | 6 | 1 |

[1]Confirmed by blinded adjudication committee, [2]N=Patients randomized, [3]n=Patients with events

* p-value <0.002 and ** p-value ≤0.006 for relative risk compared to naproxen by Cox proportional hazard model

**EXHIBIT A**

For cardiovascular data from 2 long-term placebo-controlled studies, see PRECAUTIONS, CardiovascularEffects.

PRECAUTIONS
Cardiovascular Effects
    The information below should be taken into consideration and caution should be exercised when VIOXX is used in patients with a medical history of ischemic heart disease.
In VIGOR, a study in 8076 patients (mean age 58; VIOXX n=4047, naproxen n=4029) with a median duration of exposure of 9 months, the risk of developing a serious cardiovascular thrombotic event was significantly higher in patients treated with VIOXX 50 mg once daily (n=45) as compared to patients treated with naproxen 500 mg twice daily (n=19). In VIGOR, mortality due to cardiovascular thrombotic events (7 vs 6, VIOXX vs naproxen, respectively) was similar between the treatment groups. (See CLINICAL STUDIES, Special Studies, VIGOR, Other Safety Findings: Cardiovascular Safety.) In a placebo-controlled database derived from 2 studies with a total of 2142 elderly patients (mean age 75; VIOXX n=1067, placebo n=1075) with a median duration of exposure of approximately 14 months, the number of patients with serious cardiovascular thrombotic events was 21 vs. 35 for patients treated with VIOXX 25 mg once daily versus placebo, respectively. In these same 2 placebo-controlled studies, mortality due to cardiovascular thrombotic events was 8 vs. 3 for VIOXX versus placebo, respectively. The significance of the cardiovascular findings from these 3 studies (VIGOR and 2 placebo-controlled studies) is unknown. Prospective studies specifically designed to compare the incidence of serious CV events in patients taking VIOXX versus NSAID comparators or placebo have not been performed.

    **Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis.** Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, Special Studies, Platelets; PRECAUTIONS, Drug Interactions, Aspirin.) Prospective, long-term studies on concomitant administration of VIOXX and aspirin evaluating cardiovascular outcomes have not been conducted.

Drug Interactions:
Aspirin: Concomitant administration of low-dose aspirin with VIOXX may result in an increased rate of GI ulceration or other complications, compared to use of VIOXX alone. In a 12-week endoscopy study conducted in OA patients there was no difference in the cumulative incidence of endoscopic gastroduodenal ulcers in patients taking low-dose (81 mg) enteric coated aspirin plus VIOXX 25 mg daily, as compared to those taking ibuprofen 2400 mg daily alone. Patients taking low-dose aspirin plus ibuprofen were not studied. (See CLINICAL STUDIES, Special Studies, Upper Endoscopy in Patients with Osteoarthritis and Rheumatoid Arthritis.)
At steady state, VIOXX 50 mg once daily had no effect on the anti-platelet activity of low-dose (81 mg once daily) aspirin, as assessed by ex vivo platelet aggregation and serum TXB2 generation in clotting blood. Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis. Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, Special Studies, Platelets and PRECAUTIONS, Cardiovascular Effects.) Prospective, long-term studies on concomitant administration of VIOXX and aspirin have not been conducted.

41. **August 13, 2002** – MON – Request for purchase order to fund Kaiser for a project titled: Design of a Survey Questionnaire to be Used in the Study of Comparision Rates of Myocardial Infarction (MI) between Patients Treated with Cyclo-Oxygenase-2 Inhibitors (COX-2) and Traditional Non-Steroidal Anti-Inflammatory Drugs (NSAIDs).

**EXHIBIT A**

**42. October 07, 2002** –   [Redacted]

**43. November 01, 2002** – Under IND 59, 222 recommendations and comments were provided regarding Merck's proposal to address outstanding issues related to Protocol 122 from the March 19, 2002 Gastrointestinal Advisory Committee meeting.  This letter emphasized the need for long-term clinical data to fully address cardiovascular safety issues with Vioxx$^{TM}$.  This letter states:

> "We do not agree that 3-year data are sufficient for approval of your drug for this indication. VIOXX has an evolving safety profile that is new since discussions with you on January 5, 2000. In April, 2001, the division IND 59,222 Page 2 recommended 8 years of follow up. Your label now acknowledges that a previously unanticipated risk, cardiac events, has been associated with rofecoxib and this is the subject of on-going scientific assessment. The risk of cardiac and other adverse events, including mortality, over time must be fully studied and we believe that 3 years is insufficient because it is likely that longer administration will occur. Given the changing nature of rofecoxib's safety profile, we now feel that a patient's duration of treatment should be 5 years. Colonoscopies should be performed at baseline, at year 1, at year 3, and at the end of treatment. In addition, a follow-up colonoscopy a minimum of 1 year after treatment discontinuation is needed to evaluate the potential for polyp rebound (i.e., a total of 6 years). Labeling recommendations in the Dosage and Administration section will specify a duration of administration based on the clinical trial data."

**44. November 13, 2002** -- Merck proposed an analysis of CV thrombotic events in placebo-controlled studies (Protocol 203). The protocol was entitled "A prospective combined analysis of thrombotic cardiovascular events in three randomized, double-blind, placebo-controlled studies of rofecoxib in patients at risk of developing recurrent sporadic adenomatous colon polyps (APPROVe, protocol 122), recurrent colon cancer (VICTOR, protocol 145, which was being conducted outside the USA) or prostate cancer (Prostate cancer chemoprevention study, protocol 201)."  The objective of protocol 203 was to compare the cardiovascular safety of rofecoxib 25 mg to placebo using a combined analysis of data from the three studies which had been submitted to the Divisions of Gastro-Intestinal and Coagulation Drug Products and the Division of Reproductive Drug Products.

All three studies were multi-center, double-blind, randomized, placebo-controlled studies. They each had their own Data Safety Monitoring Board and one Cardiovascular Adjudication Committee that determined whether the cases were in fact confirmed cardiovascular thrombotic events. The CV Adjudication committee had its Standard Operating Procedures and used the same definitions as used for the VIGOR study.

**45. December 09, 2002** – Under IND 46,894 FDA asked Merck to provide a follow up safety update analysis of cardiovascular thrombotic events in the placebo-controlled Alzheimer's studies that had been included in the April 11, 2002 label.

**EXHIBIT A**

46. **December 19, 2002** – Under IND 46,894 the FDA sent an advice letter to Merck acknowledging that Protocol 203 (the pooled analysis of cardiovascular events) would provide substantial clinical information greatly needed for Vioxx™, but emphasized that it might not be sufficient to address the ongoing cardiovascular safety concerns surrounding Vioxx™.

Subsequently, several teleconferences took place between FDA and Merck to further discuss this pooled analysis (see MINUTES dated February 04, and March 09, 2004, and an ADVICE Letter dated August 16, 2004). Of note to date we had not reached agreement on this pooled analysis, and no results from this have been made available to the FDA.

47. **February 28, 2003** – A meeting was held with Merck to further discuss the proposed safety database in support of the colon polyp prevention (see MINUTES). The FDA reiterated the risk of cardiac and other adverse events, including mortality, overtime must be fully studied, and that three years was insufficient because it was likely that longer administration would occur. The FDA was also concerned about possibility of rebound of polyps after stopping the drug.

48. **December 5, 2003** – Sponsor submitted supplemental application for the treatment of Juvenile Rheumatoid Arthritis (NDA 21-042/S-026). This filing was preceded by extensive discussion about design/duration of pediatric studies.

49. **December 17, 2003** -- In response to the request for information of December 9, 2002 by the Division of Anti-inflammatory Drug Products, the sponsor provided a safety update analysis of cardiovascular thrombotic events in the placebo-controlled Alzheimer studies.

50. **January 28, 2004** – Review of the December 17, 2003 submission is completed. At that time an excess in total cause mortality was noted as well as a trend towards worsening cognitive function in one of the Alzheimer's studies. No regulatory action was indicated at that time, pending complete review of the submission by the Division of Neuropharmacologic Drug Products and a full safety update that was expected for 4Q 2004.

51. **March 30, 2004** – Merck submitted supplemental NDA 21-042/S-030 to support change to Vioxx™ label with the final thrombotic cardiovascular safety data from Alzheimer's protocols 078 and 091.

52. **March 26, 2004** – NDA 21,647 approved for the treatment of migraine headache supported by studies conducted under IND 55,269. Signatory authority, Dr. Russell Katz, (Division of Neuropharmacological Drug Products)

53. **April 13, 2004** – Merck is invited to give a presentation on their interpretation of efficacy data from studies 078 and 091 Alzheimer's disease. Merck is also invited to present gout data from pending NDA 21-389 Arcoxia™ (etoricoxib) Tablets at the June 2, and 3, 2004 Arthritis Advisory Committee meeting.

**EXHIBIT A**

54. **June 4, 2004** – NDA 21-042/S-026 an Approvable action was taken for the JRA indication. Although agreement was reached that the study submitted in support of efficacy demonstrated non-inferiority to the comparator (naproxen), agreement was not reached on the language to be added to the package insert describing the pediatric clinical trial.

55. **June 09, 2004** – 74-Day letter for NDA 21-042/S-030 is issued with the following comments regarding the efficacy of Protocols 078 and 091:

> "The results of Study 078 do appear to indicate that patients with Mild Cognitive Impairment, who take rofecoxib in a dose of 25 mg/day, have an increased risk of developing overt Alzheimer's Disease compared with those who receive placebo. The lack of a significant effect on cognition and on measures of global function in either of two further studies of rofecoxib in overt Alzheimer's Disease [Study 091, and the study conducted by Aisen et al] do contrast with the results of Study 078. The study by Aisen et al, did show a trend toward greater worsening on the cognitive primary efficacy measure, the ADAS-Cog, in patients treated with rofecoxib than in those treated with placebo."

56. **August 11, 2004** – DAAODP learns that Dr. Graham is going to present a poster related to cardiovascular risks with Vioxx[TM] at the International Conference on Pharmacoepidemiology and Therapeutic Risk Management. Upon review of the poster abstract, the Division felt that the data did not support the author's conclusions. A complete study report was not provided to the DAAODP until October 7, 2004. The study is under review.

57. **August 19, 2004** – NDA 21-042/S-026 approval of the JRA indication supported by studies conducted under IND 46,894.

58. **September 27, 2004** - Merck is schedule to brief FDA on the cognition efficacy data from Protocols 078 and 091 submitted under IND 55,269 and NDA 21-042/S-030 currently under review. At 8:32 a.m. Merck conveys to FDA that DSMB recommended stopping APPROVe study under IND 59,222. The APPROVe study showed increased risk of myocardial infarction and stroke for the 12.5 and 25 mg dose as compared to placebo after 18 months of treatment.

59. **September 28, 2004** – Merck request an emergency meeting with FDA upper management. At the meeting Merck shares data from the APPROVe trial conducted under IND 59,222 and announces the product withdrawal of Vioxx[TM] from the market.

60. **September 30, 2004** – Public announcement of worldwide product withdrawal of Vioxx[TM].

**EXHIBIT A**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Expert Report of Ali J. Olyaei has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, (without attachments which are provided electronically) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of August, 2012.

/s/ Ann B. Oldfather

_____

Ann B. Oldfather