# EXHIBIT 4

Rofecoxib
FDA Advisory Committee Background Information

Figure 14

Comparisons of Relative Risk and 95% CI of the Antiplatelet Trialists' Collaboration (APTC) Combined Endpoint for Naproxen (VIGOR Study), Non-naproxen NSAIDs (OA Phase IIb/III Studies) and Placebo (Alzheimer's Disease Studies) Versus Rofecoxib



Increased Risk for Rofecoxib..................Decreased Risk for Rofecoxib

Relative Risk of Comparator to Rofecoxib

**4.3.5.4   Meta-Analysis of the Risk of Thrombotic Cardiovascular Events in Rofecoxib or Nonselective NSAID Users Across All Rofecoxib Clinical Trials Using the Antiplatelet Trialists' Collaboration (APTC) Combined Endpoint**

In addition to the clinical studies described above, the rofecoxib clinical program has included several smaller studies in diverse patient populations.  To provide a global assessment of cardiovascular outcomes in the rofecoxib clinical program to date, a meta-analysis of all relevant ongoing and completed studies of rofecoxib was performed.  The focus of the meta-analysis was to provide a more complete picture of the relative risk of sustaining a thrombotic event in patients taking placebo and nonselective NSAIDs as compared to rofecoxib, to improve precision in the estimate of relative risks for the development of a cardiovascular serious adverse experience between rofecoxib and naproxen, rofecoxib and placebo, and rofecoxib and non-naproxen nonselective NSAIDs.

/MK-0966/BP/RG682.DOC APPROVED

02-Jan-2001

Confidential - Subject To Protective Order

Rofecoxib
FDA Advisory Committee Background Information

91

and to determine if the conclusions from the individual studies described above (VIGOR, OA Phase IIb/III, Alzheimer's Disease) would be either altered or strengthened by inclusion of all relevant data.

Studies were included in the meta-analysis if they were a Phase IIb through Phase V study, were at least 4 weeks long, and included either placebo and/or active-comparator nonselective NSAID controls. Studies in which rofecoxib was compared with celecoxib or that were conducted in healthy volunteers were excluded. The celecoxib studies were excluded because they did not provide data to address the questions being asked; that is, comparisons to nonselective NSAIDs and placebo. Studies in healthy volunteers were excluded because of the substantially different patient population (e.g., differences in underlying cardiovascular risk factors, etc.)

The meta-analysis is a prespecified ongoing project; the results will be periodically updated as additional sets of data become unblinded. The studies included in this initial meta-analysis were all trials completed and unblinded in early Sep-2000, as well as 2 ongoing trials in Alzheimer's Disease/Minimal Cognitive Impairment patients. Interim data from the 2 Alzheimer's studies were included using a cutoff of 15-Sep-2000. A description of clinical studies that were included in the analysis is in Table 25.

/MK-0966/BP/RG682.DOC APPROVED

02-Jan-2001

Confidential - Subject To Protective Order

MRK-ABW0000915

Rofecoxib
FDA Advisory Committee Background Information

92

Table 25

Studies Included in Meta-Analysis

| Indication for Therapy | Protocol No. | Short Study Title | Total Sample Size | Planned Duration | Rofecoxib Doses (mg) | NSAID Comparator | Placebo Group | Aspirin Allowed at Study Start |
|---|---|---|---|---|---|---|---|---|
| Rheumatoid Arthritis | 068 | Phase IIb dose finding | 634 | 2 years | 25/50 | Naproxen | ✓ | |
| | 096 | Phase III pivotal U.S. | 909 | 1 year | 12.5/25/50 | Naproxen | ✓ | ✓ |
| | 097 | Phase III pivotal Intl. | 1058 | 1 year | 25/50 | Naproxen | ✓ | |
| | 098 + 103 | Phase III endoscopy | 660 | 13 weeks | 50 | Naproxen | | |
| | 088 + 089 | VIGOR | 8076 | 9 months[†] | 50 | Naproxen | | |
| Osteoarthritis | 069[‡] | Phase IIb/III OA filing studies | 5505 | ≤ 86 weeks | 12.5/25/50 | Other[§] | ✓ | |
| | 083 | bone metabolism study | 305 | 15 months | 25 | Other[‖] | ✓ | |
| | 085 | Nabumetone Study #1 | 1042 | 6 weeks | 12.5 | Other[¶] | ✓ | ✓ |
| | 090 | Nabumetone Study #2 | 978 | 6 weeks | 12.5 | Other[¶] | ✓ | ✓ |
| | 901 | Naproxen study | 481 | 6 weeks | 12.5 | Naproxen | | ✓ |
| | 902 | Arthrotec study | 483 | 6 weeks | 12.5 | Other[¶] | | ✓ |
| Other | 102 + 903 | ADVANTAGE | 5556 | 12 weeks | 25 | Naproxen | | |
| | 078 | Alzheimer's prevention | 1406 | 4 years[††] | 25 | – | ✓ | |
| | 091 | Alzheimer's treatment | 682 | 15 months[‡‡] | 25 | – | ✓ | |
| | 120 | Phase III chronic low back pain | 380 | 4 weeks | 25/50 | – | ✓ | ✓ |
| | 121 | Phase III chronic low back pain | 310 | 4 weeks | 25/50 | – | ✓ | ✓ |

[†] Duration was event based, median duration reported, maximum duration was 13 months.
[‡] 069 refers to the set of 8 Phase IIb/III studies referenced in Protocol 069: 029, 033, 034, 035, 040, 044, 045, 058.
[§] Diclofenac, ibuprofen and nabumetone.
[‖] Ibuprofen.
[¶] Nabumetone.
[#] Diclofenac.
[††] Interim look at approximately 28 months after first patient enrolled in study.
[‡‡] Interim look at approximately 12 months after first patient enrolled in study.

*MRK-0966/BP/RG682.DOC APPROVED—02-Jan-2001*

Confidential - Subject To Protective Order

MRK-ABW0000916

The primary objective of this analysis was to estimate the incidence rates of the APTC combined endpoint in patients treated with nonselective NSAIDs (naproxen, and other nonselective NSAIDs examined separately) or placebo compared to those treated with rofecoxib. A sensitivity analysis comparing the rates between the combined NSAIDs and placebo groups and the rofecoxib group was carried out to maximize power. The comparisons of interest were:

- Any NSAID/placebo versus rofecoxib.

- Naproxen versus rofecoxib.

- Other (non-naproxen) NSAIDs versus rofecoxib.

- Placebo versus rofecoxib.

- Other (non-naproxen) NSAIDs/placebo versus rofecoxib.

All analyses were conducted according to the same modified intention-to-treat principle used in VIGOR. Patients were included in the treatment group to which they were randomized, and only patients who received at least one dose of study drug were included in the analysis. The duration of follow-up for adverse experiences was 14 days after time of study discontinuation.

The previous analyses had suggested that naproxen might be cardioprotective and different from other NSAIDs or placebo. However, to maximize the ability of the meta-analysis to detect a difference between rofecoxib and placebo or nonselective NSAIDs, the most conservative approach was to consider that no NSAIDs are cardioprotective and to consider nonselective NSAIDs and placebo as a single group. Thus, the first analysis was to compare rofecoxib to all comparators and ask if there was any evidence for a difference in risk in the 2 groups.

Over 28,000 patients have been treated with either rofecoxib or nonselective NSAID/placebo in Phase IIb to V clinical studies (Table 26). This represents over 14,000 patient-years at risk. The rates of the APTC combined endpoint were 1.24 per 100 patient-years in the rofecoxib group and 1.16 per 100 patient-years in the combined nonselective NSAIDs/placebo group. The relative risk of an event was 0.91 for the combined group versus rofecoxib (95% CI: 0.67, 1.24). Thus, when all clinical studies are evaluated together, there is no evidence for a difference in the risk of an event in rofecoxib users versus any comparator nonselective NSAID or placebo.

However, an important factor to consider in a meta-analysis is whether the constituent studies can be combined. In general, the results of individual studies or groups of studies must not be obviously disparate if they are to be combined. The statistical test for homogeneity is used to determine if the relative risks are similar within treatment categories (e.g. NSAID/placebo; rofecoxib). For these rofecoxib studies, there was significant heterogeneity. Because of this heterogeneity, it is important to look at the individual studies to determine where the difference(s) lie. This was done by comparing groups of studies based on the comparator used: naproxen, non-naproxen nonselective NSAID, or placebo.

Confidential - Subject To Protective Order

MRK-ABW0000917

Rofecoxib
FDA Advisory Committee Background Information

94

The relative risk of the APTC combined endpoint in naproxen users versus rofecoxib users was 0.59 (95% CI: 0.37, 0.94) (Table 26) consistent with the results observed in VIGOR and with a decreased incidence of the APTC endpoint in the naproxen group. Statistical significance of this result is demonstrated by the fact that the 95% confidence interval does not cross 1.00. In the other comparisons, the incidence of the APTC endpoint was decreased in the rofecoxib group. The relative risk of the APTC combined endpoint in non-naproxen nonselective NSAID users versus rofecoxib was 1.27 (95% CI: 0.64, 2.50) (Table 26). The relative risk in placebo versus rofecoxib users was 1.19 (95% CI: 0.73, 1.96) (Table 26). Analysis across groups of studies demonstrates that there was a borderline significant difference (p=0.057) between the relative risk of rofecoxib compared to naproxen and rofecoxib compared to other nonselective NSAIDs. This result implies that the relative risk of 0.59 seen in the comparison to naproxen tended to be different than the relative risk of 1.27 seen in the comparison to other NSAIDs and suggests a difference between naproxen and nonselective NSAIDs with regard to the risk of these events.

Confidential - Subject To Protective Order

MRK-ABW0000918

Rofecoxib
FDA Advisory Committee Background Information

95

Table 26

Meta-Analysis of APTC Combined Endpoint, Rofecoxib Versus Comparator Agents

| Comparison | Rofecoxib | | Comparator | | Relative risk (95% CI)[§] |
| | N | Cases/PYR[†] (Rate[‡]) | N | Cases/PYR[†] (Rate[‡]) | |
|---|---|---|---|---|---|
| Any nonselective NSAID or placebo versus rofecoxib | 15136 | 96/7758 (1.24) | 13213 | 73/6316 (1.16) | 0.91 (0.67, 1.24)[§] |
| Naproxen versus rofecoxib | 9083 | 57/4622 (1.23) | 7870 | 27/3742 (0.72) | 0.59 (0.37, 0.94) |
| Non-naproxen NSAIDs versus rofecoxib | 4549 | 21/1934 (1.09) | 2755 | 14/984 (1.42) | 1.27 (0.64, 2.50) |
| Placebo versus rofecoxib | 6290 | 33/2189 (1.51) | 3482 | 32/1678 (1.91) | 1.19 (0.73, 1.96) |
| Non-naproxen NSAIDs or placebo versus rofecoxib | 7675 | 42/3472 (1.21) | 6017 | 46/2648 (1.74) | 1.31 (0.86, 2.01) |

[†] Patient-years at risk.
[‡] Per 100 PYR.
[§] Relative risk of comparator with respect to rofecoxib from Cox model stratified by indication.
[‖] This estimate is provided for information only since it represents pooling of heterogenous cohorts.

/MK-0966/BP/RG682.DOC APPROVED—02-Jan-2001

Confidential - Subject To Protective Order

MRK-ABW0000919

Although the studies examining rofecoxib and naproxen were different from the others with regard to relative risk of events, the studies comparing rofecoxib and placebo or rofecoxib and non-naproxen nonselective NSAIDs were not different. Therefore, it would be valid to combine the results from studies in which the comparator was either a non-naproxen nonselective NSAID or placebo. Doing this would provide the most power and precision to identify any difference between rofecoxib and non-naproxen comparators. This analysis was performed and is shown in the last line of Table 26. In over 13,000 patients studied and over 6000 patient-years at risk, the overall incidence of the APTC combined endpoint was numerically higher in the "nonselective NSAIDs (other than naproxen) or placebo" group versus rofecoxib group. The relative risk of the APTC combined endpoint in the "nonselective NSAIDs (other than naproxen) or placebo" group versus rofecoxib was 1.31 (95% CI: 0.86, 2.01) (Table 26). Thus, there is no evidence of a difference in the risk of events for rofecoxib in comparison to non-naproxen NSAIDs or placebo.

Some of the studies included in the analysis allowed the use of aspirin/clopidogrel during the study (Table 25). Although the number of patient years for "aspirin users" was low, because of the potential for aspirin use to confound the results of the analysis, a subgroup analysis was conducted only in patients who were not taking aspirin/clopidogrel prior to study start. This subgroup analysis, which included >88% of the events, provided consistent results with the primary approach.

### 4.3.5.5  Summary—Cardiovascular Events in the Clinical Trials Program for Rofecoxib

The aggregate of the data from the OA clinical program, from placebo controlled studies in patients with cognitive impairment and/or Alzheimer's Disease, and from a meta-analysis combining all relevant rofecoxib studies indicate that rofecoxib use is associated with similar rates of cardiovascular thrombotic events as either placebo or most nonselective NSAIDs. These data are consistent with a lack of prothrombotic effects of rofecoxib. However, in naproxen-treated patients, there is a reduced incidence of serious thrombotic cardiovascular events compared to all of the other groups (rofecoxib, placebo, or other nonselective NSAIDs). Data from clinical pharmacology studies demonstrate that nonselective NSAIDs vary in their ability to inhibit platelet thromboxane production and platelet aggregation largely as a result of differences in intrinsic potency and pharmacokinetics. Naproxen, however, achieves 95% inhibition of platelet thromboxane synthesis as measured throughout the dosing interval. Thus, mechanistically, naproxen has antiplatelet effects similar to what is reported for aspirin. Consistent with its antiplatelet effect, patients taking naproxen in VIGOR as compared with patients taking rofecoxib had significantly more adverse experiences of epistaxis and ecchymosis, bleeding events typical of patients on antiplatelet therapy. Thus, the imbalance in the rates of cardiovascular thrombotic events between rofecoxib and naproxen groups in VIGOR is most consistent with the interpretation that naproxen, by virtue of its potent and sustained antiplatelet effects, afforded protection to patients at risk for these events.

Confidential - Subject To Protective Order                      MRK-ABW0000920