**EXHIBIT 11**

*Journal of Thrombosis and Haemostasis*, 9: 1326–1333

DOI: 10.1111/j.1538-7836.2011.04354.x

ORIGINAL ARTICLE

# Non-steroidal anti-inflammatory drug use and risk of venous thromboembolism

M. SCHMIDT,*† C. F. CHRISTIANSEN,* E. HORVÁTH-PUHÓ,* R. J. GLYNN,‡ K. J. ROTHMAN§ and H. T. SØRENSEN*

*Department of Clinical Epidemiology, Aarhus University Hospital, Aarhus; †Department of Cardiology, Aarhus University Hospital, Skejby, Denmark; ‡Divisions of Pharmacoepidemiology and Pharmacoeconomics and Preventive Medicine, Brigham and Women's Hospital, Harvard Medical School, Boston, MA; and §RTI Health Solutions, Research Triangle Institute, Research Triangle Park, NC, USA

To cite this article: Schmidt M, Christiansen CF, Horváth-Puhó E, Glynn RJ, Rothman KJ, Sørensen HT. Non-steroidal anti-inflammatory drug use and risk of venous thromboembolism. *J Thromb Haemost* 2011; 9: 1326–33.

**Summary.** *Background:* The association between the use of non-selective non-steroidal anti-inflammatory drugs (NSAIDs) or cyclooxygenase-2-selective inhibitors (COX2Is) and the risk of venous thromboembolism (VTE) remains unclear. *Objectives:* To examine this association. *Patients/Methods:* We conducted a population-based case–control study in northern Denmark (population of 1.7 million). Using the National Patient Registry, we identified patients with a first hospital VTE diagnosis during 1999–2006 ($n = 8368$) and their comorbidities. For each case, we selected 10 controls ($n = 82\,218$) matched by age and sex. From the prescription database, we ascertained the use of NSAIDs at the time of diagnosis (current use) or before (recent use), and comedications. Current use was further classified as new use (first-ever prescription redemption within 60 days before diagnosis date) or long-term use. We used odds ratios from a logistic regression model to estimate incidence rate ratios (IRRs) with 95% confidence intervals (CIs). *Results:* As compared with no use, the adjusted IRR associating current non-selective NSAID use with VTE was 2.51 (95% CI 2.29–2.76), and that for current COX2I use was 2.19 (95% CI 1.99–2.41). Recent users had substantially smaller increases than current users. The adjusted IRRs among long-term users were 2.06 for non-selective NSAIDs (95% CI 1.85–2.29) and 1.92 for COX2Is (95% CI 1.72–2.15). Similarly increased risks were found for unprovoked VTE (occurrence in the absence of pregnancy, cancer, major trauma, fracture or surgery within 3 months preceding the VTE), deep vein thrombosis, pulmonary embolism, and individual NSAIDs. *Conclusions:* The use of non-selective NSAIDs or COX2Is was associated with a two-fold or more increased risk of VTE.

Correspondence: Morten Schmidt, Department of Clinical Epidemiology, Aarhus University Hospital, Olof Palmes Allé 43-45, DK-8200 Aarhus N, Denmark.
Tel.: +45 8942 4800; fax: +45 8942 4801.
E-mail: msc@dce.au.dk

Received 21 January 2011, accepted 10 May 2011

**Keywords**: cardiovascular disease, case–control study, cyclooxygenase-2 inhibitors, epidemiology, non-steroidal anti-inflammatory drugs, venous thromboembolism.

## Introduction

Non-steroidal anti-inflammatory drugs (NSAIDs) are widely employed to treat inflammatory conditions and pain [1]. By inhibiting cyclooxygenase (COX)-1-mediated production of prostaglandins [1], non-selective NSAIDs are known to cause gastrointestinal toxicity [1]. An alternative is provided by COX-2-selective inhibitors (COX2Is), which are available in the form of older or newer agents [2]. The newer COX2Is (coxibs), introduced into clinical practice in 1998, were developed as NSAIDs with an improved gastrointestinal side effect profile [1]. The safety of both traditional NSAIDs (i.e. older COX2Is and non-selective NSAIDs) and coxibs is controversial, because several of these drugs increase the risk of arterial thromboembolic events [3]. Whether the use of NSAIDs is related to the risk of venous thrombosis remains unclear [4,5].

Venous thrombosis occurs predominantly in the deep vessels of the lower limbs (deep vein thrombosis [DVT]) and is a common disease process affecting more than one per 1000 persons each year in Western populations [6–8]. It is associated with serious complications such as pulmonary embolism (PE) and post-thrombotic syndrome [6,8]. DVT and PE are collectively referred to as venous thromboembolism (VTE) [6]. VTE incidence increases exponentially with age for both men and women [6], with a recurrence rate as high as 30% within 10 years [6]. The classic risk factors for VTE include immobilization, cancer, fractures, pregnancy, and recent surgery [7,8].

We hypothesized that prothrombotic drugs such as non-aspirin NSAIDs increase the risk of VTE [3]. Whereas conflicting results exist for traditional NSAIDs [4,5], no data exist on the clinical association between coxibs and VTE. Any increased VTE risk associated with NSAID use would have major clinical and public health implications, especially in the elderly, where the prevalence of NSAID use and the

© 2011 International Society on Thrombosis and Haemostasis

incidence of VTE are high. We conducted a large population-based case–control study examining the association between the use of non-selective NSAIDs or COX2Is and the risk of VTE.

## Methods

### Setting

We conducted this study in northern Denmark, which has 1.7 million inhabitants (approximately 30% of the Danish population). Since 1998, complete computerized prescription records have been available for this population. Our study period began on 1 January 1999, thus providing at least 1 year of prescription history for all study participants. We included subjects to 31 December 2006.

The Danish National Health Service provides universal tax-supported healthcare, guaranteeing unfettered access to general practitioners and hospitals, and partial reimbursement for prescribed medications, including NSAIDs [9]. Linkage among national registries is possible in Denmark by use of the unique central personal registry number assigned to each Danish citizen at birth and to residents upon immigration [10].

### VTE

We used the Danish National Patient Registry [11], covering all Danish hospitals, to identify all VTE patients defined by an incident inpatient or outpatient diagnosis of lower limb DVT or PE during the study period. This registry contains data on dates of admission and discharge, all discharge diagnoses from non-psychiatric hospitals after 1977, and emergency room and outpatient clinic visits after 1995 [11]. Each discharge is associated with one primary diagnosis and one or more secondary diagnoses classified according to the International Classification of Diseases, 8th revision (ICD-8) until the end of 1993, and the 10th revision (ICD-10) thereafter [11].

We identified both primary and secondary diagnoses of DVT (ICD-8, 451.00; ICD-10, I80.1–3) and PE (ICD-8, 450.99; ICD-10, I26). To reduce potential coding errors, we excluded patients who had an outpatient PE diagnosis with no subsequent inpatient VTE diagnosis. In a secondary analysis, we excluded VTE cases with the following classic risk factors: pregnancy, major trauma, fracture, surgery within 3 months preceding VTE, pre-existing cancer, or a new cancer diagnosis within 3 months after VTE [12]. The date of the first VTE diagnosis was taken as the index date for cases.

### Controls

We used the Danish Civil Registration System to select 10 population controls for each case, matched on age and sex [10]. This registry has maintained data on all vital statistics – including date of birth, change of address, date of emigration, and exact date of death – for the Danish population since 1968, with daily updates [10]. We selected controls using risk-set sampling: controls had to be alive and at risk for a first VTE hospitalization on the index date of the case to whom each was matched. Controls were assigned an index date identical to that of corresponding cases.

### NSAID use

We used the regional prescription database [13] to identify prospectively all NSAID prescriptions filled by cases and controls before their index date. Pharmacies in Denmark are equipped with electronic accounting systems, which are primarily used to secure reimbursement from the National Health Service. For each filled prescription, the patient's personal registry number, the type and amount of drug prescribed according to the Anatomical Therapeutic Chemical (ATC) classification system and the date on which the drug was dispensed are transferred electronically from the pharmacies to the prescription database [13].

Except for ibuprofen in the 200 mg per tablet dose, all non-aspirin NSAIDs are available by prescription only [9]. Regular users of ibuprofen are typically registered in the database, because the cost is partly refunded when the drug is prescribed by a physician.

We identified prescriptions for non-selective non-aspirin NSAIDs (ibuprofen, naproxen, ketoprofen, dexibuprofen, piroxicam, tolfenamic acid, and indomethacin), older COX2Is (diclofenac, etodolac, nabumeton, and meloxicam), and newer COX2Is (celecoxib, rofecoxib, valdecoxib, parecoxib, and etoricoxib) [2]. Because of overlapping COX-2 selectivity, we collapsed the groups of older and newer COX2Is into one group named COX2Is [2]. In primary analyses, the exposures consisted of the NSAID subclasses of non-selective NSAIDs and COX2Is. In addition, preplanned analyses were conducted for the six individual NSAIDs most frequently prescribed in the study population. The ATC codes are provided in Data S1.

We defined current NSAID users as persons who filled their most recent NSAID prescription within 60 days before their index date. We chose an exposure window of 60 days to capture most current users, as NSAID prescriptions are seldom provided for more than 60 days at a time in Denmark [14]. Because some side effects may arise shortly after therapy initiation and inclusion of long-term users may lead to underestimation of these complications [15], we further categorized current users into two groups: new users, defined by having filled their first-ever prescription within 60 days before their index date; and long-term users, defined by having filled additional prescriptions 61–365 days before their index date. The long-term user group was of interest because the longer period of use should eliminate any protopathic bias, i.e. the association between new NSAID use and prodromal symptoms related to an incipient occurrence of VTE [16]. We defined persons who had filled their most recent prescription between 61 and 365 days before their index dates as recent users. We defined persons with no filled NSAID prescriptions 365 days before their index date as non-users (reference group).

© 2011 International Society on Thrombosis and Haemostasis

1328  *M. Schmidt* et al

*Other patient characteristics*

We obtained information from 1977 from the Danish National Patient Registry [11] on inpatient and outpatient diagnoses of the following conditions that may be associated with NSAID use: cardiovascular disease, chronic obstructive pulmonary disease (COPD) or asthma, diabetes mellitus, liver disease, obesity, osteoarthritis, osteoporosis, renal failure, rheumatoid arthritis, and systemic connective tissue disease. To account further for potential unmeasured confounding from frailty and immobility, we included recent hospital admission as a dichotomous variable defined by any inpatient diagnosis of other diseases within 3 months before the index date. To increase the sensitivity of the diagnoses for diabetes mellitus, pulmonary disease, or cardiovascular disease, we used the prescription database to obtain data on any use since 1998 of the following drugs: antidiabetic drugs (oral antidiabetics and insulin), respiratory drugs, and cardiovascular drugs (angiotensin-converting enzyme inhibitors or angiotensin II receptor inhibitors, aspirin, β-blockers, calcium channel blockers, clopidogrel, diuretics, nitrates, statins, and other antihypertensives). We also obtained data on concurrent use of antipsychotics, hormone replacement therapy, oral glucocorticoids, and vitamin K antagonists, because these drugs affect the VTE risk [5,7,8]. The ICD and ATC codes are provided in Data S1.

*Statistical analysis*

Initially, we created contingency tables for the main study variables, from which we calculated the frequency of cases and controls in categories of exposures, and medical and demographic variables. We then stratified the contingency tables according to each of the potential confounding factors listed in Table 1.

Next, we used unconditional logistic regression with adjustment for the matching factors of age and sex to estimate odds ratios with 95% confidence intervals (CIs) for VTE among current, new, long-term and recent users of non-selective NSAIDs or COX2Is as compared with non-users. Subjects with current use of both non-selective NSAIDs and COX2Is (51 cases and 86 controls) were included in each subclass analysis. Because we used risk-set sampling of controls, the odds ratios estimate the incidence rate ratios (IRRs) [17]. Afterwards, we fitted models with adjustments for the potential confounding factors listed in Table 1. To examine the effects of different exposure definitions, we repeated the analyses for exposure windows of 15, 30, 90 and 120 days. Stratified analysis was performed on subgroups of sex, age, cancer, cardiovascular disease, diabetes mellitus, musculoskeletal or connective tissue disease (osteoarthritis, rheumatoid arthritis, or systemic connective tissue disease), obesity, trauma or fracture, and recent hospital admission.

To determine whether IRRs differed between all (composite) VTEs and unprovoked VTEs, between VTE subtypes, or between individual NSAIDs, the analyses were repeated for unprovoked VTE, DVT, PE, and the six individual NSAIDs most frequently prescribed. To evaluate clinically relevant heterogeneity across drugs in VTE risk, we added a direct comparison of VTE risk among the individual NSAIDs, using ibuprofen as a referent exposure. Patients with concomitant use of ibuprofen and another NSAID were excluded from this analysis. Because all patients had a need for pain relief, this comparison probably reduced confounding by indication. We identified the tablet dose from the last filled prescription, and examined the impact associated with low and high tablet dose.

We quantified the influence of potential unmeasured confounding on the observed association by means of a rule-out approach [18]. We estimated how strongly a single unmeasured binary confounder would need to be associated with NSAID use and VTE to fully explain our findings. We illustrated this association graphically. We assumed, as a worst case scenario, that the prevalence of such a confounder was 30% in the population and that 10% of the population used NSAIDs. Analyses were performed with SAS version 9.1 (SAS Institute, Cary, NC, USA).

**Results**

*Patient characteristics*

Characteristics are provided in Table 1 for the 8368 patients with VTE and the 82 218 population controls. Slightly less than half of the cases were male and half were 70 years or older; 48.5% of controls and 61.4% of cases had been diagnosed previously with cardiovascular disease or had used cardiovascular drugs. COPD or asthma, diabetes mellitus, obesity and musculoskeletal and connective tissue diseases were also more common among cases than controls. Among all VTE patients, 4691 had unprovoked VTE. The distribution of characteristics among unprovoked VTE patients was similar to that for the overall group.

*Risk of VTE*

The age-adjusted and sex-adjusted IRRs for VTE among current users were 3.24 (95% CI 2.98–3.52) for non-selective NSAIDs and 3.10 (95% CI 2.84–3.38) for COX2Is as compared with no use (Table 2). The crude IRRs were similar to the age- and sex-adjusted IRRs. The matching factors were thus not strongly associated with the exposure.

Adjusting for the potential confounders in Table 1 reduced the IRRs to 2.51 (95% CI 2.29–2.76) for non-selective NSAIDs and 2.19 (95% CI 1.99–2.41) for COX2Is. Among new users, confounder adjustment reduced the IRRs for VTE from 5.78 (95% CI 4.97–6.72) to 4.56 for non-selective NSAIDs (95% CI 3.85–5.40) and from 4.40 (95% CI 3.73–5.19) to 3.23 for COX2Is (95% CI 2.69–3.89). Among long-term users, the adjusted IRRs for VTE were 2.06 for non-selective NSAIDs (95% CI 1.85–2.29) and 1.92 for COX2Is (95% CI 1.72–2.15). Although the effect estimates were substantially smaller than for current use, recent use of non-selective NSAIDs (adjusted IRR 1.44, 95% CI 1.33–1.56) and COX2Is (adjusted

© 2011 International Society on Thrombosis and Haemostasis

**Table 1** Characteristics of cases with composite or unprovoked venous thromboembolism (VTE) and population controls from northern Denmark, 1999–2006

|  | Composite VTE | | Unprovoked VTE | |
|---|---|---|---|---|
|  | Cases (%) n = 8368 | Controls (%) n = 82 218 | Cases (%) n = 4691 | Controls (%) n = 40 152 |
| Female sex | 4493 (53.7) | 44 143 (53.7) | 2446 (52.1) | 20 627 (51.4) |
| Age (years) | | | | |
| < 55 | 1922 (23.0) | 19 115 (23.2) | 1227 (26.2) | 11 430 (28.5) |
| 55–70 | 2621 (31.3) | 25 889 (31.5) | 1423 (30.3) | 12 597 (31.4) |
| ≥ 71 | 3825 (45.7) | 37 214 (45.3) | 2041 (43.5) | 16 125 (40.2) |
| Median age (IQR) | 69 (56–78) | 68 (56–78) | 67 (54–78) | 66 (52–77) |
| Classic risk factors | | | | |
| Cancer* | 1788 (21.4) | 7099 (8.6) | – | – |
| Pregnancy† | 47 (0.6) | 151 (0.2) | – | – |
| Surgery† | 2431 (29.1) | 4027 (4.9) | – | – |
| Trauma or fracture† | 722 (8.6) | 1548 (1.9) | – | – |
| Other comorbidities‡ | | | | |
| Cardiovascular disease§ | 5138 (61.4) | 39 868 (48.5) | 2746 (58.5) | 17 765 (44.2) |
| COPD or asthma§ | 1994 (23.8) | 12 531 (15.2) | 1090 (23.2) | 5696 (14.2) |
| Diabetes mellitus§ | 649 (7.8) | 4857 (5.9) | 345 (7.4) | 2194 (5.5) |
| Liver disease | 103 (1.2) | 413 (0.5) | 54 (1.2) | 180 (0.4) |
| Obesity | 383 (4.6) | 1533 (1.9) | 196 (4.2) | 663 (1.7) |
| Osteoarthritis | 1270 (15.2) | 8136 (9.9) | 598 (12.7) | 3435 (8.6) |
| Osteoporosis | 259 (3.1) | 1870 (2.3) | 113 (2.4) | 800 (2.0) |
| Renal failure | 159 (1.9) | 556 (0.7) | 64 (1.4) | 225 (0.6) |
| Rheumatoid arthritis | 201 (2.4) | 1031 (1.3) | 106 (2.3) | 408 (1.0) |
| Systemic connective tissue disease | 277 (3.3) | 1419 (1.7) | 139 (3.0) | 583 (1.5) |
| Recent hospital admission¶ | 2075 (24.8) | 3563 (4.3) | 582 (12.4) | 779 (1.9) |
| NSAID use** | | | | |
| Ibuprofen | 684 (8.2) | 2323 (2.8) | 380 (8.1) | 1074 (2.7) |
| Naproxen | 37 (0.4) | 224 (0.3) | 16 (0.3) | 116 (0.3) |
| Diclofenac | 385 (4.6) | 1413 (1.7) | 191 (4.1) | 662 (1.6) |
| Etodolac | 105 (1.3) | 475 (0.6) | 54 (1.2) | 210 (0.5) |
| Celecoxib | 115 (1.4) | 431 (0.5) | 47 (1.0) | 183 (0.5) |
| Rofecoxib | 98 (1.2) | 352 (0.4) | 46 (1.0) | 151 (0.4) |
| Comedication use** | | | | |
| Antipsychotics | 370 (4.4) | 1906 (2.3) | 216 (4.6) | 825 (2.1) |
| Hormone replacement therapy | 488 (5.8) | 4213 (5.1) | 265 (5.6) | 1848 (4.6) |
| Oral glucocorticoids | 832 (9.9) | 2092 (2.5) | 384 (8.2) | 872 (2.2) |
| Vitamin K antagonists | 221 (2.6) | 1599 (1.9) | 97 (2.1) | 676 (1.7) |

COPD, chronic obstructive pulmonary disease; IQR, interquartile range; NSAID, non-steroidal anti-inflammatory drug. *Pre-existing cancer or a cancer diagnosis within 3 months after the index date. †Any inpatient or outpatient diagnosis within 3 months before the index date. ‡Any inpatient or outpatient diagnosis since 1977. §Any inpatient or outpatient diagnosis since 1977 or any filled prescription since 1998. ¶Any inpatient diagnosis, within 3 months before the index date, other than the diseases listed in Table 1. **Prescription redemption within 60 days before the index date (except for vitamin K antagonists [90 days] and hormone replacement therapy [120 days]).

IRR 1.41, 95% CI 1.30–1.54) was also moderately associated with an increased VTE risk. For all user definitions, the corresponding effect estimates were similarly increased for unprovoked VTE (Table 2) and VTE subtypes (Table 3). The IRRs were higher for DVT than for PE (Table 3).

Current use of individual NSAIDs was associated with composite and unprovoked VTE (Table 4), for both high-dose and low-dose tablets (data not shown), as well as DVT and PE (Table S1), with a magnitude of the association similar to the results for the overall NSAID subclasses. In the direct drug comparison (Table 5), naproxen use was associated with a substantially lower risk of composite VTE (adjusted IRR 0.54, 95% CI 0.36–0.80) and unprovoked VTE (adjusted IRR 0.39, 95% CI 0.23–0.68) than ibuprofen.

From the stratified analysis (Table S2), sex and age seemed to modify the rate ratio estimates for VTE associated with the use of non-selective NSAIDs and COX2Is, with the highest effect among males and persons younger than 55 years. Consistent with the principle that the effect estimates were lower among those at higher baseline risk, the estimates were slightly lower in strata of patients with cardiovascular disease, diabetes mellitus, obesity, osteoarthritis, rheumatoid arthritis, systemic connective tissue disease, and trauma or fracture.

We estimated that an unmeasured confounder that is four times more frequent among NSAID users than non-users would need to increase the risk of VTE by a factor of 17 or more to explain our findings fully, if no increased risk actually existed. Figure 1 illustrates this association for current use of

© 2011 International Society on Thrombosis and Haemostasis

1330 M. Schmidt et al

Table 2 Incidence rate ratios for venous thromboembolism (VTE) associated with non-steroidal anti-inflammatory drug (NSAID) use

| | Incidence rate ratio (95% confidence interval) | | | | | |
|---|---|---|---|---|---|---|
| | Composite VTE | | | Unprovoked VTE | | |
| | No. of cases/controls | Unadjusted* | Adjusted† | No. of cases/controls | Unadjusted* | Adjusted† |
| No use | 5483/66 311 | 1 (reference) | 1 (reference) | 3202/32 677 | 1 (reference) | 1 (reference) |
| Non-selective NSAIDs | | | | | | |
| Current use‡ | 794/2971 | 3.24 (2.98–3.52) | 2.51 (2.29–2.76) | 438/1365 | 3.28 (2.92–3.67) | 2.71 (2.40–3.05) |
| New use§ | 257/543 | 5.78 (4.97–6.72) | 4.56 (3.85–5.40) | 152/257 | 6.19 (5.05–7.59) | 5.43 (4.37–6.74) |
| Long-term use¶ | 537/2428 | 2.68 (2.43–2.95) | 2.06 (1.85–2.29) | 286/1108 | 2.62 (2.29–3.00) | 2.13 (1.84–2.45) |
| Recent use** | 904/6282 | 1.75 (1.63–1.89) | 1.44 (1.33–1.56) | 456/3085 | 1.54 (1.38–1.71) | 1.38 (1.24–1.54) |
| COX2Is | | | | | | |
| Current use‡ | 709/2760 | 3.10 (2.84–3.38) | 2.19 (1.99–2.41) | 341/1240 | 2.76 (2.43–3.13) | 2.15 (1.88–2.46) |
| New use§ | 198/546 | 4.40 (3.73–5.19) | 3.23 (2.69–3.89) | 109/242 | 4.63 (3.68–5.82) | 4.18 (3.29–5.32) |
| Long-term use¶ | 511/2214 | 2.77 (2.50–3.06) | 1.92 (1.72–2.15) | 232/998 | 2.31 (1.99–2.67) | 1.71 (1.46–2.00) |
| Recent use** | 806/5092 | 1.91 (1.76–2.07) | 1.41 (1.30–1.54) | 403/2340 | 1.75 (1.56–1.95) | 1.46 (1.30–1.64) |

COX2I, cyclooxygenase-2-selective inhibitor. *Adjusted for the matching factors of age and sex. †Additional adjustments for the potential confounders listed in Table 1 (i.e. cancer, pregnancy, surgery, trauma, fracture, cardiovascular disease, chronic obstructive pulmonary disease, asthma, diabetes mellitus, liver disease, obesity, osteoarthritis, osteoporosis, renal failure, rheumatoid arthritis, systemic connective tissue disease, other inpatient hospital admission within 3 months before VTE, and current use of antipsychotics, hormone replacement therapy, oral glucocorticoids, and vitamin K antagonists). The classic VTE risk factors (cancer, pregnancy, surgery, trauma, and fracture) were not included, per definition, in the model for unprovoked VTE.
‡Prescription redemption within 60 days before the index date.
§Current users who filled their first-ever prescription within 60 days before their index date.
¶Current users who filled their first prescription between 61 and 365 days before their index date.
** Most recent prescription redemption within 61-365 days before the index date.

Table 3 Incidence rate ratios for deep vein thrombosis or pulmonary embolism associated with non-steroidal anti-inflammatory drug (NSAID) use

| | Incidence rate ratio (95% confidence interval) | | | | | |
|---|---|---|---|---|---|---|
| | Deep vein thrombosis | | | Pulmonary embolism | | |
| | No. of cases/controls | Unadjusted | Adjusted | No. of cases/controls | Unadjusted | Adjusted |
| No use | 3486/43 304 | 1 (reference) | 1 (reference) | 1997/23 007 | 1 (reference) | 1 (reference) |
| Non-selective NSAIDs | | | | | | |
| Current use | 568/1907 | 3.71 (3.36–4.10) | 2.98 (2.67–3.32) | 226/1064 | 2.45 (2.11–2.85) | 1.74 (1.47–2.06) |
| New use | 194/354 | 6.87 (5.75–8.22) | 5.72 (4.70–6.96) | 63/189 | 3.87 (2.90–5.17) | 2.58 (1.85–3.59) |
| Long-term use | 374/1553 | 2.99 (2.66–3.37) | 2.36 (2.07–2.69) | 163/875 | 2.15 (1.81–2.55) | 1.55 (1.28–1.88) |
| Recent use | 596/4085 | 1.83 (1.66–2.00) | 1.53 (1.38–1.69) | 308/2197 | 1.63 (1.43–1.85) | 1.30 (1.13–1.50) |
| COX2Is | | | | | | |
| Current use | 473/1724 | 3.40 (3.05–3.78) | 2.46 (2.19–2.77) | 236/1036 | 2.63 (2.26–3.05) | 1.76 (1.48–2.09) |
| New use | 139/340 | 5.10 (4.17–6.23) | 3.93 (3.14–4.90) | 59/206 | 3.32 (2.47–4.44) | 2.19 (1.56–3.06) |
| Long-term use | 334/1384 | 2.97 (2.62–3.37) | 2.10 (1.83–2.41) | 177/830 | 2.45 (2.07–2.90) | 1.64 (1.35–2.00) |
| Recent use | 539/3214 | 2.08 (1.88–2.29) | 1.55 (1.39–1.73) | 267/1878 | 1.64 (1.43–1.87) | 1.20 (1.03–1.40) |

COX2I, cyclooxygenase-2-selective inhibitor. See user definitions and description of the unadjusted and adjusted model in the text or in Table 2.

COX2Is. Even stronger confounders would be needed to explain the findings for current use of non-selective NSAIDs or new use of either subclass. The adjusted IRR for current use of non-selective NSAIDs or COX2Is decreased with increasing exposure windows (Table S3).

## Discussion

In this population-based case–control study we found that the use of non-selective NSAIDs or COX2Is was associated with an increased risk of VTE. Although new user estimates may, in particular, be influenced by protopathic bias, the association was also observed for long-term users, who would be less susceptible to such bias. The results were consistent, in that similarly increased risks were found for unprovoked VTE, DVT, PE, and individual NSAIDs. Furthermore, as NSAIDs are often prescribed for < 60 days in Denmark, the true VTE risk associated with NSAID use may be even higher, as indicated by the sensitivity analysis.

The present study is the first to examine the association between COX2Is and VTE. Case reports have previously associated celecoxib with DVT [19] and valdecoxib with PE [20], and in a murine model, rofecoxib has also been associated with VTE [21]. Investigating multiple risk factors for VTE, two

© 2011 International Society on Thrombosis and Haemostasis

Table 4 Incidence rate ratios for composite or unprovoked venous thromboembolism (VTE) associated with individual non-steroidal anti-inflammatory drug use

| | Incidence rate ratio (95% confidence interval) | | | |
|---|---|---|---|---|
| | Composite VTE | | Unprovoked VTE | |
| | Unadjusted | Adjusted | Unadjusted | Adjusted |
| No use | 1 (reference) | 1 (reference) | 1 (reference) | 1 (reference) |
| Ibuprofen | | | | |
|   Current use | 3.57 (3.26–3.90) | 2.79 (2.52–3.08) | 3.62 (3.20–4.09) | 2.98 (2.62–3.39) |
|   Recent use | 1.81 (1.67–1.96) | 1.50 (1.37–1.64) | 1.59 (1.42–1.79) | 1.43 (1.27–1.61) |
| Naproxen | | | | |
|   Current use | 2.01 (1.42–2.86) | 1.52 (1.03–2.25) | 1.43 (0.85–2.42) | 1.23 (0.71–2.13) |
|   Recent use | 1.59 (1.24–2.04) | 1.28 (0.97–1.68) | 1.45 (1.03–2.04) | 1.16 (0.81–1.68) |
| Etodolac | | | | |
|   Current use | 2.63 (2.12–3.25) | 1.96 (1.55–2.47) | 2.52 (1.86–3.40) | 1.87 (1.36–2.57) |
|   Recent use | 2.35 (1.97–2.80) | 1.74 (1.43–2.12) | 1.69 (1.29–2.23) | 1.38 (1.03–1.84) |
| Diclofenac | | | | |
|   Current use | 3.30 (2.94–3.71) | 2.38 (2.09–2.71) | 2.95 (2.50–3.48) | 2.41 (2.03–2.87) |
|   Recent use | 1.93 (1.75–2.13) | 1.47 (1.32–1.63) | 1.83 (1.59–2.10) | 1.58 (1.37–1.82) |
| Celecoxib | | | | |
|   Current use | 3.14 (2.55–3.87) | 1.89 (1.49–2.39) | 2.44 (1.77–3.38) | 1.79 (1.27–2.52) |
|   Recent use | 2.21 (1.84–2.65) | 1.54 (1.26–1.89) | 2.20 (1.69–2.86) | 1.58 (1.20–2.08) |
| Rofecoxib | | | | |
|   Current use | 3.27 (2.61–4.10) | 2.26 (1.75–2.91) | 2.93 (2.10–4.08) | 2.12 (1.49–3.04) |
|   Recent use | 1.98 (1.63–2.40) | 1.32 (1.06–1.64) | 1.51 (1.12–2.02) | 1.15 (0.84–1.56) |

See user definitions and description of the unadjusted and adjusted model in the text or in Table 2.

Table 5 Incidence rate ratios for composite or unprovoked venous thromboembolism (VTE) comparing current use of individual non-steroidal anti-inflammatory drugs with ibuprofen as referent exposure

| | Incidence rate ratio (95% confidence interval) | | | |
|---|---|---|---|---|
| | Composite VTE | | Unprovoked VTE | |
| | Unadjusted | Adjusted | Unadjusted | Adjusted |
| Ibuprofen | 1 (reference) | 1 (reference) | 1 (reference) | 1 (reference) |
| Naproxen | 0.56 (0.39–0.80) | 0.54 (0.36–0.80) | 0.39 (0.23–0.66) | 0.39 (0.23–0.68) |
| Etodolac | 0.83 (0.66–1.05) | 0.84 (0.65–1.08) | 0.80 (0.57–1.11) | 0.76 (0.54–1.07) |
| Diclofenac | 0.91 (0.79–1.06) | 0.86 (0.74–1.01) | 0.81 (0.66–0.99) | 0.83 (0.67–1.03) |
| Celecoxib | 1.01 (0.80–1.28) | 0.84 (0.65–1.09) | 0.77 (0.54–1.10) | 0.76 (0.53–1.10) |
| Rofecoxib | 1.13 (0.88–1.45) | 1.01 (0.77–1.33) | 0.95 (0.66–1.36) | 0.91 (0.62–1.33) |

See current user definition and description of the unadjusted and adjusted model in the text or in Table 2.

previous studies included the use of traditional NSAIDs. In a cohort study from the USA with 148 054 person-years of follow-up, the use of traditional NSAIDs was not associated with VTE after confounder adjustments [4]. A case–control study of 6550 patients, diagnosed with VTE between 1994 and 2000 in the UK, found an elevated VTE risk among current users of traditional NSAIDs (adjusted odds ratio 1.86, 95% CI 1.65–2.10) [5]. Similarly to our findings, the risk increase was related to both DVT and PE [5]. The authors, however, did not find long-term (at least 1 month) NSAID use for an osteoarthritis indication to be associated with VTE, raising the possibility of a protopathic bias [16]. In the present study, we found an association for both new and long-term use of non-selective NSAIDs, older COX2Is, and newer COX2Is. The increased risk was also observed for patients with diseases of the musculoskeletal system or connective tissue, including osteoarthritis. As in previous reports on the arterial thrombotic risk of NSAIDs [3], in our data naproxen had the safest risk profile.

Until recently, atherosclerotic and venous thrombosis have been considered to be two separate disease entities, because arterial thrombi mainly comprise platelets, whereas venous thrombi comprise red blood cells and fibrin [22]. Each of these disorders, however, is a marker of increased risk of the other [22,23]. Consistent with this pattern, we found evidence that all non-aspirin NSAIDs, several of which increase the risk of arterial thrombosis [3], are also associated with an increased risk of venous thrombosis.

In our study, the population-based design in the setting of a tax-supported universal healthcare system largely removed

© 2011 International Society on Thrombosis and Haemostasis

1332 M. Schmidt et al



Fig. 1. Required strength of an unmeasured confounder. Sensitivity analysis illustrating how strongly an unmeasured confounder would need to be associated with NSAID use (prevalence ratio for exposure–confounder association [$PR_{EC}$]) and venous thromboembolism (VTE) (relative risk of the disease in patients with the confounder [$RR_{CD}$]) to fully explain our estimates. The graphs depict the adjusted incidence rate ratio (IRR) for composite VTE associated with current use of cyclooxygenase-2-selective inhibitors (solid line) along with the lower limit of the 95% confidence interval (dashed line).

selection biases stemming from selective inclusion of specific hospitals, health insurance systems, or age groups. The large study population yielded robust and consistent estimates across VTE subtypes and individual NSAIDs. Furthermore, we were able to link different population-based registries with virtually complete data on outpatient visits, hospitalizations, and drug use.

Data in Denmark's regional prescription database are almost complete [13]. Although we had to use prescription data as a proxy for actual NSAID use, we did not base drug exposure information on written prescriptions, but on actual dispensing at pharmacies [13]. Copayment requirements increased the likelihood of compliance. Nevertheless, we lacked information on over-the-counter use of low-dose (200 mg per tablet) ibuprofen, which accounted for 30% of total ibuprofen sales and 15% of total NSAID sales during the study period [14]. Any misclassification of drug exposure, including drugs prescribed for 'as-needed' use, would have biased the effect estimates towards the null, implying that our effect estimates are underestimates. The cancer and procedure data that we used to define provoked VTE have high validity, making the specificity of this classification high [23]. A potential weakness is that our VTE data were derived from discharge diagnoses. Approximately 20% of patients listed as having a VTE inpatient diagnosis in the hospital registry might not fulfill the strict criteria for the disease [24]. Nevertheless, the accuracy of the VTE diagnosis is unlikely to differ by previous medication exposure, so any misclassification would be nondifferential and would lead to underestimates. Such misclassification cannot explain our results.

Our study did not have the advantage of random assignment, and therefore our results may be vulnerable to confounding from unmeasured variables, including the underlying condition leading to NSAID use, use of oral contraceptives, limitations in mobility, and body size [6–8]. Recent use is a possible marker of uncontrolled confounding by indication. In our study, recent use was associated with VTE occurrence, but much less than current use. Because NSAID use was associated with VTE among both men and women, oral contraceptives are unlikely to have had a substantial confounding influence. Finally, we note that we did adjust indirectly for unmeasured lifestyle factors by controlling for history of COPD and ischemic heart disease, and that our findings could not easily be explained by even a strong, single, unmeasured confounder.

In conclusion, we found an association between use of all non-aspirin NSAIDs and an increased risk of VTE. The twofold increased VTE risk associated with long-term use provides the most valid estimate of the association. It will fall to future studies to establish whether this association is causal.

## Disclosure of Conflict of Interests

The study was supported by an Aarhus University scholarship and the Clinical Epidemiological Research Foundation, Denmark. R. J. Glynn receives funding for venous thromboembolism research from grant AG031061 from the US National Institute on Aging. These funding sources had no role in the design, conduct, analysis, or reporting of this study. None of the authors received any fees, honoraria, grants or consultancies that would constitute a conflict of interest with the current study. The Department of Clinical Epidemiology, Aarhus University Hospital, receives funding for other studies from companies in the form of research grants to (and administered by) Aarhus University. None of these studies have any relation to the present study.

## Supporting Information

Additional Supporting Information may be found in the online version of this article:

Table S1. Incidence rate ratios associating individual NSAID use with deep vein thrombosis and pulmonary embolism.
Table S2. Stratified analyses of the adjusted incidence rate ratios associating NSAID use and venous thromboembolism.
Table S3. Sensitivity analysis examining the impact of different exposure windows on the rate of venous thromboembolism.
Data S1. ATC and ICD codes.

Please note: Wiley-Blackwell are not responsible for the content or functionality of any supporting materials supplied

© 2011 International Society on Thrombosis and Haemostasis

by the authors. Any queries (other than missing material) should be directed to the corresponding author for the article.

### References

1 Laine L. The gastrointestinal effects of nonselective NSAIDs and COX-2-selective inhibitors. *Semin Arthritis Rheum* 2002; **32**: 25–32.
2 Capone ML, Tacconelli S, Di Francesco L, Sacchetti A, Sciulli MG, Patrignani P. Pharmacodynamic of cyclooxygenase inhibitors in humans. *Prostaglandins Other Lipid Mediat* 2007; **82**: 85–94.
3 Kearney PM, Baigent C, Godwin J, Halls H, Emberson JR, Patrono C. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Metaanalysis of randomised trials. *BMJ* 2006; **332**: 1302–8.
4 Tsai AW, Cushman M, Rosamond WD, Heckbert SR, Polak JF, Folsom AR. Cardiovascular risk factors and venous thromboembolism incidence: the longitudinal investigation of thromboembolism etiology. *Arch Intern Med* 2002; **162**: 1182–9.
5 Huerta C, Johansson S, Wallander MA, García Rodríguez LA. Risk factors and short-term mortality of venous thromboembolism diagnosed in the primary care setting in the United Kingdom. *Arch Intern Med* 2007; **167**: 935–43.
6 Heit JA. The epidemiology of venous thromboembolism in the community: implications for prevention and management. *J Thromb Haemost* 2006; **21**: 23–9.
7 Goldhaber SZ. Pulmonary embolism. *Lancet* 2004; **363**: 1295–305.
8 Kyrle PA, Eichinger S. Deep vein thrombosis. *Lancet* 2005; **365**: 1163–74.
9 Danish Medicines Agency. http://www.dkma.dk. Accessed 20 January 2011.
10 Pedersen CB, Gøtzsche H, Møller JO, Mortensen PB. The Danish Civil Registration System. A cohort of eight million persons. *Dan Med Bull* 2006; **53**: 441–9.
11 Andersen TF, Madsen M, Jorgensen J, Mellemkjaer L, Olsen JH. The Danish National Hospital Register. A valuable source of data for modern health sciences. *Dan Med Bull* 1999; **46**: 263–8.
12 Glynn RJ, Rosner B. Comparison of risk factors for the competing risks of coronary heart disease, stroke, and venous thromboembolism. *Am J Epidemiol* 2005; **162**: 975–82.
13 Gaist D, Sorensen HT, Hallas J. The Danish prescription registries. *Dan Med Bull* 1997; **44**: 445–8.
14 Thomsen RW, Riis A, Munk EM, Norgaard M, Christensen S, Sorensen HT. 30-day mortality after peptic ulcer perforation among users of newer selective COX-2 inhibitors and traditional NSAIDs: a population-based study. *Am J Gastroenterol* 2006; **101**: 2704–10.
15 Ray WA. Evaluating medication effects outside of clinical trials: new-user designs. *Am J Epidemiol* 2003; **158**: 915–20.
16 Horwitz RI, Feinstein AR. The problem of 'protopathic bias' in case–control studies. *Am J Med* 1980; **68**: 255–8.
17 Rothman KJ, Greenland S, Lash TL. Case–control studies. In: Rothman KJ, Greenland S, Lash TL, eds. *Modern Epidemiology*, 3rd edn. Philadelphia, PA: Lippincott Williams & Wilkins, 2008: 124–5.
18 Schneeweiss S. Sensitivity analysis and external adjustment for unmeasured confounders in epidemiologic database studies of therapeutics. *Pharmacoepidemiol Drug Saf* 2006; **15**: 291–303.
19 Chan AL. Celecoxib-induced deep vein thrombosis. *Ann Pharmacother* 2005; **39**: 1138.
20 Westgate EJ, FitzGerald GA. Pulmonary embolism in a woman taking oral contraceptives and valdecoxib. *PLoS Med* 2005; **2**: e197.
21 Nagai N, Hoylaerts MF, Gallacher DJ, Lu HR, Lijnen HR. Prothrombotic effect of Rofecoxib in a murine venous thrombosis model. *Thromb Res* 2008; **122**: 668–73.
22 Prandoni P. Venous and arterial thrombosis: two aspects of the same disease? *Clin Epidemiol* 2009; **1**: 1–6.
23 Sørensen HT, Horvath-Puho E, Pedersen L, Baron JA, Prandoni P. Venous thromboembolism and subsequent hospitalisation due to acute arterial cardiovascular events: a 20-year cohort study. *Lancet* 2007; **370**: 1773–9.
24 Severinsen MT, Kristensen SR, Overvad K, Dethlefsen C, Tjønneland A, Johnsen SP. Venous thromboembolism discharge diagnoses in the Danish National Patient Registry should be used with caution. *J Clin Epidemiol* 2010; **63**: 223–8.

© 2011 International Society on Thrombosis and Haemostasis