**EXHIBIT 13**

*Document Delivery Article Pull Slip January 9, 2013*

**Oldfather, Ann**
Other - NonUofL
cms@oldfather.com
(502) 637-7200
Other - Unlisted

Not found by ___
Pulled by ZD
Copied by ___
Scanned by ZD

JOURNAL TITLE: **Epidemiology**
JOURNAL ARTICLE AUTHOR: **Christine M. Friedenreich**
JOURNAL ARTICLE TITLE: **Methods of Pooled Analysis of Epidemiologic Studies**
VOLUME: 4
ISSUE: 4
MONTH: July
YEAR: 1993
PAGES:

Charge $15

Please let us know if there is a problem with the reproduction accuracy or quality of this article.
502-852-5769
kornill@louisville.edu

ILLiad TN#: 786951

This document has been provided electronically from the collection at Kornhauser Health Sciences Library


UofLibraries

NOTICE WARNING CONCERNING COPYRIGHT RESTRICTIONS
The copyright law of the United States (Title 17, United States Code) governs the making of photocopies or other reproductions of copyrighted material. Under certain conditions specified in the law, libraries and archives are authorized to furnish a photocopy or other reproduction. One of these specific conditions is that the photocopy or reproduction is not to be "used for any purpose other than private study, scholarship, or research." If a user makes a request for, or later uses, a photocopy or reproduction for purposes in excess of "fair use," that user may be liable for copyright infringement. This institution reserves the right to refuse a copying order if, in its judgment, fulfillment of the order would involve violation of copyright law.

# Methods for Pooled Analyses of Epidemiologic Studies

Christine M. Friedenreich

This paper presents a systematic methodology for the pooling and analysis of previously conducted epidemiologic studies. It discusses the methodologic issues to consider and the procedures to follow when conducting a pooled analysis of individual subject level data. I review random and fixed effects models to estimate pooled risks and the methods to examine whether heterogeneity in study-specific effect estimates exists. Analytic strategies presented here can be used to assess sources of heterogeneity, particularly those originating from different study designs and methods. I describe methods for incorporating a qualitative assessment of the study design and data collection methods into the quantitative estimation of the overall effect. Finally, I make recommendations for future pooled analyses of epidemiologic studies. (Epidemiology 1993;4:295–302)

Keywords: data pooling, meta-analysis, epidemiologic methods, statistical methods, models.

Combining data for a systematic review of the literature can be accomplished by either a meta-analysis of published results[1] or a pooled analysis of primary data.[2] Both of these methods are more objective than an informal narrative review since they use explicit criteria, can be reproduced scientifically, and provide a quantitative result. Each method for combining data has advantages and limitations.[2]

Meta-analyses, particularly of clinical trials (see Refs 3 and 4, for example) and, to a lesser extent, of epidemiologic studies,[5–13] have been performed frequently, and their limitations and advantages have been widely debated.[14–23] Meta-analysis is relatively easy and inexpensive to perform since it requires only the published reports of previous studies. It is limited, however, to the outcomes and exposures reported, which often precludes estimations of subgroup risks or dose-response effects. Meta-analyses are also susceptible to biases in extracting data from published reports that are avoided in pooled analyses.[24] Meta-analysis has been criticized since it can be conducted without consideration of the underlying statistical assumptions and inferences required for this type of analysis.[25]

Pooled analyses of epidemiologic studies have only recently become more common.[26–34] Since the size of a pooled analysis is relatively large, rare exposures can be more easily studied.[35] Confounding and interactions between established and suspected risk factors can be more readily examined, permitting more valid and precise conclusions regarding a particular exposure-disease relation than are possible with a meta-analysis. Pooled analyses use common definitions, coding, and cutpoints for variables and adjustment for the same confounders; meta-analysis lacks these advantages. The consistency of findings across studies conducted in different populations using different study methods can be examined in pooled analyses.[34,35] In addition, pooled analyses may reveal previously unrecognized errors or inconsistencies in the data and associations or dose-response effects that were either previously unknown or only suggested.[34] Pooled analyses are, however, more difficult to conduct, as they are labor- and time-intensive and may be hampered by a lack of willingness of investigators to share their data.[2]

Since combining original data for a pooled analysis is a relatively new technique in epidemiology, important questions regarding the appropriate methods to use need to be addressed.

A question of central importance, not yet considered in any pooled epidemiologic studies, is whether differences in the populations and methods used in the original studies influence the results obtained from the pooled analysis. Epidemiology is characterized by a

From the Department of Community Health Sciences, University of Calgary, 3330 Hospital Drive N.W., Calgary, Alberta, Canada T2N 4N1.

While conducting this research, Christine M. Friedenreich was supported by an Alberta Heritage Foundation for Medical Research Fellowship.

Submitted September 30, 1992; final version accepted January 19, 1993.

© 1993 Epidemiology Resources Inc.

wide range of study designs and data collection methods. To have meaningful and informative pooling of data across studies, the heterogeneity of study methods and results must be considered in a pooled analysis.

A second major concern for pooled analysis, as with meta-analysis, is how to integrate qualitative assessments of the research studies with quantitative estimates of the results. There is a lack of literature on how to integrate qualitative and quantitative aspects of observational analytic studies.[36]

Although concerns about pooling data from unrandomized studies have been raised repeatedly,[1,22,23] pooled analyses of epidemiologic studies[26-34] have not addressed these methodologic issues, nor have they included quality assessments, perhaps because a systematic approach for these evaluations has not existed.

This paper presents procedures to follow and methodologic issues to consider when conducting a pooled analysis. It discusses analytic strategies for pooled analyses, including methods for examining whether effects across studies are homogeneous. The influence of study design and data collection methods on the pooled results is highlighted. It also discusses the assessment of study quality and the integration of qualitative assessments into pooled analyses. Finally, I make recommendations for future pooled epidemiologic studies.

## Procedures for Pooled Analyses

For clarity, I have identified eight steps for a pooled analysis. These are: (1) locating all studies conducted on the topic of interest; (2) selecting the studies for the pooling project; (3) obtaining the primary data from the original investigators and preparing the data for the pooled analysis; (4) estimating the study-specific effects; (5) examining whether these study-specific effects are heterogeneous and how they should be pooled; (6) estimating the pooled effects with the appropriate statistical model; (7) examining any heterogeneity between studies if this exists; and (8) conducting a sensitivity analysis. The issues to consider and methods to use at each step are discussed in this section. The next section describes how quality can be assessed and integrated into steps 2, 6, and 7 of the pooled analysis.

### STEP 1: LOCATING STUDIES FOR POOLING

In the first step, the issue of concern is how to find all of the relevant studies without introducing bias into the pooled analysis. Multiple overlapping sources of study retrieval are needed to identify published and unpublished studies.[24] A number of retrieval biases have been identified that may occur when attempting to find all studies.[24] Other biases may also be introduced if only published studies are included, which is often the situation given the difficulty of finding unpublished data for pooling.[24] *Publication bias* occurs when studies failing to show an effect are not accepted for publication in peer-reviewed journals.[37-39] *File drawer phenomenon* occurs when authors fail to submit for publication articles that do not show an effect.[40] If these biases are present, the pooled analysis will tend to overestimate the effect.[21] Some statistical procedures have been proposed to evaluate the influence of these biases on the summary estimates of effect.[41] These biases should be considered in the sensitivity analysis conducted as the last step of the pooled analysis.

### STEP 2: SELECTING STUDIES FOR POOLING

In the second step, the methodologic issue of concern, termed *combinability* by Sacks and colleagues,[19] is whether data from studies having different designs, populations, and methods can be pooled. Meaningful interpretation of pooled results depends on having data from studies which are sufficiently similar. For combined analyses of clinical trials, it is generally agreed that only randomized trials should be pooled.[18,21] For epidemiologic studies, however, there is no predominant single characteristic on which to base a decision on whether to include or exclude a study from a pooled analysis. Instead, several methodologic aspects of epidemiologic studies could influence the summary results and could be considered as criteria on which to base a decision to include or exclude a study. It is important, therefore, to establish inclusion criteria to avoid selection bias and to permit extrapolation and interpretation of the pooled study results.[14] These inclusion or combinability criteria could include characteristics of the study sample, the type of study design, the data collection methods used, and, possibly, a quality assessment of the studies to be pooled. Studies that meet a given set of criteria and/or a predetermined level of quality would then be chosen for inclusion in the pooled analysis.

Three biases have been identified that should be minimized at this stage. *Inclusion criteria bias* occurs when criteria are established based upon a preliminary review of the literature rather than being set irrespective of the results.[24] *Selector bias* occurs when investigators are free to choose which studies to include or exclude from a pooled analysis.[24] Selector bias can be limited by creating extremely specific and clear inclusion criteria. *Quality scoring bias* may occur if a priori

rules on how to measure study quality are not established.[24]

### Step 3: Merging Data for Pooled Analysis

In the third step, the original data are obtained from all of the principal investigators, and a common coding and classification system is devised for all of the variables to be included in the pooled data set. Variables describing the study subjects, design, and data collection methods should also be included in the data set along with the exposure and outcome variables.

At this stage, cooperation and, potentially, collaboration of the original investigators should be sought to obtain a more detailed understanding of how the studies were conducted. Although cooperation between independent groups of epidemiologists has not occurred frequently,[2] investigators have generally been willing to share their data for pooled analyses (see, for example, the pooled analyses conducted by Howe et al[27,28,33]). A collaborative team of the original investigators can be formed to establish the study hypotheses, devise the analytic strategy, provide clarification on the data collection methods, define the variables, and interpret the pooled results. This approach has been used successfully in the combined analyses of 11 case-control studies of Alzheimer's disease[29] and of 12 case-control studies of ovarian cancer.[34] A collaborative analysis permits the original investigators to work together, discussing causal mechanisms, generating new hypotheses, and planning further coordinated investigations to study these hypotheses using common study designs and data collection methods.[34] With wider acceptance of the merits of pooled analyses of previously conducted epidemiologic studies, the interest in sharing data should increase.

If investigators do not share their data, the issue of concern in step 3 is whether the generalizability and validity of the summary results will be adversely affected. If a particular set of data are not provided, then the influence of these missing data can be assessed in the sensitivity analysis conducted as the last step of the pooled analysis.

### Step 4: Estimating Study-Specific Effects

In the fourth step of the pooled analysis, logistic regression can be used to estimate the study-specific risk estimates for the exposure-disease association under investigation. Logistic regression is a fixed effects method that is most suited for pooled analyses of observational epidemiologic studies. Other fixed effects methods, more suited for meta-analysis, include those defined by Woolf,[42] Mantel and Haenszel,[43] and Peto.[44] Fixed effects methods have been frequently used, tested, and described.[15]

With these methods, apart from the directly modeled effect, the only other source of variability allowed for is pure random sampling error. Hence, when estimating a pooled effect using a fixed effects method, the underlying assumption is that the true effect is the same for each study and that effect size estimates differ only as a result of random sampling variability.[15] The pooled effect, when estimated using fixed effects methods, is the weighted average of individual studies' estimates[23] using the inverse variance as the weight.[46] The confidence interval for the summary risk is artificially narrow with these methods, because it reflects the random variation within each study but not the potential heterogeneity between studies.[20]

### Step 5: Examining Homogeneity of Effects

It is unlikely that the homogeneity assumption required for fixed effects methods is satisfied for most epidemiologic studies because of the variety of populations and methods used in these studies.[15] Hence, the next step in a pooled analysis is to examine whether the study-specific effects are homogeneous.

The first approach generally used, when examining the homogeneity of study-specific effects, is to undertake a test of statistical heterogeneity.[15] These tests, however, lack statistical power; therefore, failure to demonstrate heterogeneity does not mean that the studies are truly homogeneous.[20] The second approach is to inspect visually the study-specific effects to determine whether the results appear to differ only randomly from each other.[15] The third approach is to assess methodologic differences between studies that could explain heterogeneity. Methodologic heterogeneity can be examined by dividing studies into groups according to characteristics that could be associated with heterogeneity and reexamining the differences between the subgroups.[15] By using alternate methods to examine the homogeneity assumption, the potential pitfalls of significance testing can be avoided. Moreover, by examining the differences between study-specific effects using a number of different analytic methods, the degree of heterogeneity between studies can be assessed.

The main methodologic concern in step 5 is whether to combine heterogeneous study effects. Pooling heterogeneous results has been criticized by some who argue that the pooled estimates may be invalid and uninterpretable.[21] Others, however, suggest that when studies are heterogeneous in the magnitude and direction of their outcomes, a pooled analysis can summarize

the evidence in an unbiased fashion.[18] Although there is no consensus on whether heterogeneous studies should be combined, it is appropriate to examine differences in results between studies, hypothesize why these differences exist, and attempt to explain the differences.

### Step 6: Estimating Pooled Effects

If the study-specific effects are found to be homogeneous, then a fixed effects method would be appropriate for estimating the summary effect in the sixth step of the pooled analysis, and the seventh step of the pooled analysis would be skipped. If, on the other hand, statistical and methodologic heterogeneity of effect is found across the studies, it would be more appropriate to use a random or mixed effects model to estimate the summary effects.

Statistical models that have two standard error terms, one for the random variation within studies and the other for between-study heterogeneity, are referred to as random effects models.[20,23,47] The underlying assumption with random effects methods is that the true effects in different studies are randomly positioned about some central value.[20] With random effects models, the estimated confidence intervals are wider than those obtained from fixed effects methods, thereby introducing appropriate statistical caution in the summary effects.[20] If no heterogeneity between study exists, then the width of confidence intervals from fixed and random effects models will tend to agree with the inclusion of increasing numbers of studies in the pooled analysis.

A limitation of random effects methods are the assumptions that the studies included in these summary effects models are representative of a hypothetical population of studies and that the heterogeneity between studies can be represented by a single variance.[20] Another disadvantage of random effects methods is that they may give undue weight to small studies, thereby emphasizing evidence that may be weaker if study size is related to study quality.[20]

Several random effects models have been described to use when heterogeneity in effect estimates is found.[45,47] DerSimonian and Laird use four different random effects methods to estimate overall effects and their standard errors.[47] These include noniterative estimates with equal weights and with weights to reflect unequal variances, maximum likelihood estimates, and restricted maximum likelihood estimates. These investigators found that heterogeneity of effects across studies is common, particularly for uncontrolled or non-randomized studies, and should be incorporated into the analysis.[47]

Elements of fixed and random effects models can be combined in a *mixed effects* model.[48] This method assumes that some of the variability between studies is fixed and some of it is random.[48] Mixed effects models are appropriate when differences between study results are attributable to some known characteristics and to some other important variables which were not measured or which were poorly measured. Mixed effects models often resemble fixed effects models since only a small component of the overall variation may be due to between-study variation that needs to be modeled. Although this method has been widely used in the social sciences, it has been applied rarely in the medical sciences.[48]

### Step 7: Explaining Any Heterogeneity between Studies

In a pooled analysis, one objective is to distinguish heterogeneity between studies that is attributable to true differences in risk from that attributable to the study design, data collection methods, and study quality. To make this distinction, an attempt should be made to explain any heterogeneity found in the study-specific effects in the seventh step of the pooled analysis. All aspects of the original study designs, samples, methods, and quality can be considered as potential explanations for heterogeneity.

The first method for explaining heterogeneity is to include covariates representing individual features of the study and data collection methods in the random effects model. This extension of the random effects model may substantially reduce the heterogeneity of effects and allow for more precise estimation of effects.[47] This method is useful for quantifying the influence of these different factors on the summary effects.

Another method for explaining heterogeneity, statistically the same as the first method, is to use stratified analyses. In a meta-analysis of 33 prospective studies of low serum cholesterol and its association with cancer, the stratification of results by socioeconomic status of the subjects substantially explained the heterogeneity between studies.[11] An important caveat with this method is that the interpretation of sources of heterogeneity must be made cautiously since it is inspired by looking at the data.[20] In addition, there may be inconsistent definitions, incomplete data, and confounding across studies which make stratified or subgroup analyses difficult to interpret.[49] Subgroup analyses may be useful, however, for identifying groups

experiencing effects attributable to different distributions in confounding or modifying factors.

### STEP 8: SENSITIVITY ANALYSIS

The last step in a pooled analysis is to conduct a sensitivity analysis to assess whether the pooled estimates are robust to assumptions, that is, whether the same results are obtained with different analytic methods,[11] and whether the quality of the studies and publication biases have influenced the summary estimates. A number of methods, applicable to observational epidemiologic studies, have been suggested and used to assess the effect of publication biases.[40,41,49] The most robust method, which is also the easiest to apply and to interpret, is a funnel plot of the observed effect sizes vs study size.[41] With this method, if a complete scatter around an underlying "true" value is not found, then the possibility of publication bias exists.[41] Suggestions on how to reduce the possibility and influence of publication bias at all stages of an investigation have also been presented.[39]

### Quality Assessment

This section identifies reasons for examining study quality in pooled analyses of epidemiologic studies, reviews previous work on quality scoring systems and criteria for evaluation of studies, lists methods for measuring quality, describes the components to include in a quality evaluation, and provides suggestions for incorporation of quality assessment into a pooled analysis.

Variation in study quality will result in biased and imprecise effect estimates in a pooled analysis because of random and systematic errors in measurement of exposure and outcome.[50] Consequently, even though qualitative assessments are vulnerable to criticism, since they are somewhat subjective,[23] examining the quality of exposure measurements being combined will permit assessing and perhaps adjusting for the influence of errors on the pooled effect estimates.

Criteria for assessing the quality of clinical trials have been suggested[51] and used for some meta-analyses of this type of study.[52,53] No similar list exists for measuring the quality of epidemiologic studies. A number of investigators have suggested criteria to be considered when evaluating case-control studies[54,55] and cohort studies.[56] Some of these criteria have been applied to qualitative reviews that included a scoring system.[57,58] Of the few meta-analyses of observational epidemiologic studies that have examined whether quality scores were predictive of the results obtained, one found that methodologically stronger studies were related to study outcome,[10] whereas the others[5,6] did not find an association between quality and the study results. Too few studies have used quality scores for a full assessment to be made on the usefulness of these scores.

Several approaches have been suggested for measuring quality of randomized controlled trials, ranging from a simple approach[19] that considers quality assessment as part of a sensitivity analysis to a complex approach[51] using a very fine scale of quality assessment that considers several aspects of study design and conduct. It has been argued that, because of the uncertainty in dealing with the real impact of many quality attributes on the accuracy and precision of the trial results, only the major methodologic aspects of a study should be included in a quality assessment.[50] The challenge for epidemiologic studies is to identify the parameters that represent the quality of the study most adequately, recognizing that these parameters may differ across different exposure-disease relations.

The components to include in a quality assessment are those aspects of the study design and data collection methods that could influence the accuracy and precision of the effect estimates. Table 1 lists design and data collection parameters common to all epidemiologic studies and those specific to case-control and cohort studies, respectively, which could be included in a quality assessment. The factors selected for the quality assessment are those which may differ across studies and which may influence the estimation of the risks.

Quality assessment can be incorporated into a pooled analysis in four different ways.[50] First, as previously stated, study quality could be assessed in step 2 when selecting studies and used as a method to decide which studies to include in the pooled analysis. Second, when estimating the pooled effects in step 6, the quality score could be used as a weight in the pooled analysis with the caveat that these scores are not direct measures of precision, and weighting by them may not be adequate to remove heterogeneity. If the study results are weighted by the quality score, a bias in evaluating the quality of the studies could influence the results from the pooled analysis.[24] Third, when examining the sources of heterogeneity in step 7, the quality score could be plotted against the effect size for each study. Fourth, regression models could also be used in step 7 to examine whether the estimated summary effect is associated with the quality score. The problem with regression modeling is that "study center" becomes the unit of analysis, and therefore, there is a lack of power for these statistical analyses.

299

TABLE 1. Factors to Consider for the Qualitative Evaluation of the Design and Conduct of Epidemiologic Studies

*Factors for all epidemiologic studies*
1. Type of study design (case-control, cohort, other)
2. Representativeness of study sample
3. Availability of data on potential confounders and known risk factors for disease
4. Availability of information on possible sources of bias
5. Homogeneity of outcome
6. Type of measurement instrument
7. Validity of measurement instrument tested before its use in study
8. Reliability of measurement instrument tested before its use in study
9. Self- or interview-administration of questionnaire
10. Type of exposure quantification methods used

*Factors for case-control studies*
For cases and controls, the comparability of the following could be assessed:
1. Exclusion criteria
2. Recall of past exposures
3. Setting for data collection
4. Time period for data collection
5. Same interviewer for cases and controls

For hospital cases and controls only:
6. Referral pattern
7. Diagnostic examination
8. Medical surveillance

Additional factors to consider:
9. Type of matching
10. Type of respondent (ie, proxy or self)
11. Blinding of interviewer
12. Training and quality control methods used for interviewers' techniques
13. Length of time period between diagnosis and data collection for cases
14. Data collected before or after disease diagnosed in cases
15. Time period for exposure data clearly before disease onset in cases
16. Source of cases
17. Source of controls

*Factors for cohort studies*
1. Exclusion of cases diagnosed within 1 year of exposure ascertainment
2. Information on subjects lost to follow-up

Using the quality score as a covariate in regression models to explain heterogeneity of study effects, rather than as a weight in the pooled analysis, is the preferable method since it minimizes the influence of quality scoring bias.

## Summary and Recommendations for Future Pooled Analyses

Pooled analyses of epidemiologic data conducted thus far have used fixed effects methods, usually logistic regression analysis, to estimate the association between risk factors and disease.[26-34] The homogeneity of study-specific effects was tested in all studies; however, for those that found heterogeneous effects,[27,33,34] the sources of heterogeneity were not examined, nor were random or mixed effects methods used. In general, pooled analyses conducted to date either have used individually matched data from each center[28,32] or have stratified by or controlled for "study center" in the analysis.[26,27,29-31,33,34] Little or no consideration has been given to examining how study sample, design, and data collection characteristics influence the results obtained. Pooled analyses of epidemiologic studies to date have not combined qualitative with quantitative assessments. There is, however, a clear rationale for conducting both types of assessments in any pooled analysis. Finally, no pooled epidemiologic studies have included a sensitivity analysis.

A properly conducted pooled analysis of epidemiologic studies would follow a strict protocol, as required for any study. First, all studies conducted on the research topic need to be found, including, if possible, unpublished reports. Second, a decision must be made on which studies to combine, using strict inclusion criteria based on their study sample, design, and methods and, possibly, on a quality assessment of each study. Third, the original data from the chosen studies are combined using a common coding and classification scheme for all variables, including those pertaining to the study design and conduct. In the fourth step, study-specific effects are estimated, usually using fixed effects methods. In the fifth step, the homogeneity of effect across studies is examined. If heterogeneity of effect and methods is found, then random or mixed effects models may be used to estimate the pooled effects in the sixth step of the analysis. If heterogeneity is found, then, in the seventh step, an attempt is made to explain this heterogeneity. Random effects methods, expanded to include covariates pertaining to study sample, design, methods, and quality, can be used to fit the data more adequately. The final step is to conduct a sensitivity analysis to assess the validity and precision of the summary estimate.

By planning data pooling during the design phase of epidemiologic studies, combined analyses are easier to conduct since the studies being combined will have similar designs and standardized methods. This approach has already been used by the International Agency for Research on Cancer for a number of cohort and case-control studies [for example, Surveillance of Environmental Agents Related to Cancer in Humans (SEARCH) program and European Prospective Investigation on Cancer and Nutrition (EPIC)[59]].

Ultimately, as more pooled analyses of epidemiologic studies are performed, the influence of methodologic factors on the findings obtained from pooled analyses will be better understood. With this increased awareness, the standards of conduct and reporting of epidemiologic studies should improve.

## Acknowledgments

The author wishes to thank Rollin Brant for statistical advice and useful discussions and Elio Riboli for helpful comments on the manuscript.

## References

1. Thacker SB. Meta-analysis: a quantitative approach to research integration. JAMA 1988;259:1685–1689.
2. Checkoway H. Data pooling in occupational studies. J Occup Med 1991;33:1257–1260.
3. Yusuf S, Peto R, Lewis J, Collins R, Sleight P. Beta-blockade during and after myocardial infarction: an overview of the randomized trials. N Engl J Med 1987;316:450–455.
4. Havens PL, Wendelberger KJ, Hoffman GM, Lee MB, Chusid MJ. Corticosteroids as adjunctive therapy in bacterial meningitis. Am J Dis Child 1989;143:1051–1055.
5. Longnecker MP, Berlin JA, Orza MJ, Chalmers TC. A meta-analysis of alcohol consumption in relation to risk of breast cancer. JAMA 1988;260:652–656.
6. Longnecker MP, Orza MJ, Adams ME, Vioque J, Chalmers TC. A meta-analysis of alcoholic beverage consumption in relation to risk of colorectal cancer. Cancer Causes Control 1990;1:59–68.
7. Shinton R, Beevers G. Meta-analysis of relation between cigarette smoking and stroke. Br Med J 1989;298:789–794.
8. Wong O, Raabe GK. Critical review of cancer epidemiology in petroleum industry employees, with a quantitative meta-analysis by cancer site. Am J Ind Med 1989;15:283–310.
9. Romieu I, Hernández-Avila M, Liang MH. Oral contraceptives and the risk of rheumatoid arthritis: a meta-analysis of a conflicting literature. Br J Rheumatol (suppl I) 1989;28:13–17.
10. Berlin JA, Colditz GA. A meta-analysis of physical activity in the prevention of coronary heart disease. Am J Epidemiol 1990;132:612–628.
11. Law MR, Thompson SG. Low serum cholesterol and risk of cancer: an analysis of the published prospective studies. Cancer Causes Control 1991;2:253–261.
12. Warner E, Lockwood G, Tritchler D, Boyd NF. The risk of breast cancer associated with mammographic parenchymal patterns: a meta-analysis of the published literature to examine the effect of method of classification. Cancer Detect Prev 1992;16:67–72.
13. Liu Z. Smoking and lung cancer in China: combined analysis of eight case-control studies. Int J Epidemiol 1992;21:197–201.
14. Goldman L, Feinstein AR. Anticoagulants and myocardial infarction: the problems of pooling, drowning, and floating. Ann Intern Med 1979;90:92–94.
15. Greenland S. Quantitative methods in the review of epidemiologic literature. Epidemiol Rev 1987;9:1–30.
16. L'Abbé KA, Detsky AS, O'Rourke K. Meta-analysis in clinical research. Ann Intern Med 1987;107:224–233.
17. Naylor CD. Two cheers for meta-analysis: problems and opportunities in aggregating results of clinical trials. Can Med Assoc J 1988;138:891–895.
18. Peto R. Why do we need systematic overviews of randomized trials? Stat Med 1987;6:233–240.
19. Sacks HS, Berrier J, Reitman D, Ancona-Berk VA, Chalmers TC. Meta-analyses of randomized controlled trials. N Engl J Med 1987;316:450–455.
20. Thompson SG, Pocock SJ. Can meta-analyses be trusted? Lancet 1991;338:1127–1130.
21. Fleiss JL, Gross AJ. Meta-analysis in epidemiology, with special reference to studies of the association between exposure to environmental tobacco smoke and lung cancer: a critique. J Clin Epidemiol 1991;44:127–139.
22. Spitzer WO. Meta-meta-analysis: unanswered questions about aggregating data. J Clin Epidemiol 1991;44:103–107.
23. Spector TD, Thompson SG. The potential and limitations of meta-analysis. J Epidemiol Community Health 1991;45:89–92.
24. Felson DT. Bias in meta-analytic research. J Clin Epidemiol 1992;45:885–892.
25. Oakes M. On meta-analysis. In: Statistical Inference. Chestnut Hill, MA: Epidemiology Resources Inc, 1990;157–163.
26. Bouchardy C, Clavel F, La Vecchia C, Raymond L, Boyle P. Alcohol, beer and cancer of the pancreas. Int J Cancer 1990;45:842–846.
27. Howe GR, Hirohata T, Hislop T, Iscovich JM, Yuan J-M, Katsouyanni K, Lubin F, Marubini E, Modan B, Rohan T, Toniolo P, Yu S. Dietary factors and risk of breast cancer: combined analysis of 12 case-control studies. J Natl Cancer Inst 1990;82:561–569.
28. Howe GR, Rohan T, Decarli A, Iscovich J, Kaldor J, Katsouyanni K, Marubini E, Miller A, Riboli E, Toniolo P, Trichopoulos D. The association between alcohol and breast cancer risk: evidence from the combined analysis of six dietary case-control studies. Int J Cancer 1991;47:707–710.
29. van Duijn CM, Stijnen T, Hofman A, for the EURODEM Risk Factors Research Group. Risk factors for Alzheimer's disease: overview of the EURODEM collaborative re-analysis of case-control studies. Int J Epidemiol (suppl) 1991;2:S4–S12.
30. Franceschi S, Levi F, Negri E, Fassina A, La Vecchia C. Diet and thyroid cancer: a pooled analysis of four European case-control studies. Int J Cancer 1991;48:395–398.
31. Negri E, Franceschi S, Tzonou A, Booth M, La Vecchia C, Parazzini F, Beral V, Boyle P, Trichopoulos D. Pooled analysis of 3 European case-control studies. I. Reproductive factors and risk of epithelial ovarian cancer. Int J Cancer 1991;49:50–56.
32. Longnecker MP, Martín-Moreno J-M, Knekt P, Nomura AMY, Schober SE, Stahelin NB, Wald NJ, Grey F, Willett WC. Serum α-tocopherol concentration in relation to subsequent colorectal cancer: pooled data from five cohorts. J Natl Cancer Inst 1992;84:430–435.
33. Howe GR, Benito E, Castelleto R, Cornée J, Estève J, Gallagher RP, Iscovich JM, Jiao D, Kaaks R, Kune GA, Kune S, L'Abbé KA, Lee HP, Lee M, Miller AB, Peters PK, Potter JD, Riboli E, Slattery ML, Trichopoulos D, Tuyns A, Tzonou A, Whittemore AS, Wu-Williams AH, Zheng S. Dietary intake of fiber and decreased risk of cancers of the colon and rectum: evidence from the combined analysis of 13 case-control studies. J Natl Cancer Inst 1992;84:1887–1896.
34. Whittemore AS, Harris R, Itnyre J, Halpern J, The Collaborative Ovarian Cancer Group. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. I. Methods. Am J Epidemiol 1992;136:1175–1183.
35. Clayton D. The EURODEM collaborative re-analysis of case-control studies of Alzheimer's disease: some methodological considerations. Int J Epidemiol 1991;20:S62–S64.
36. Jenicek M. Meta-analysis in medicine: where we are and where we want to go. J Clin Epidemiol 1989;42:35–44.
37. Chalmers TC, Frank CS, Reitman D. Minimizing the three stages of publication bias. JAMA 1990;263:1392–1395.
38. Dickersin K. The existence of publication bias and risk factors for its occurrence. JAMA 1990;263:1385–1389.
39. Begg CB, Berlin JA. Publication bias: a problem in interpreting medical data. J R Stat Soc A 1988;151:419–463.

301

40. Rosenthal R. The "file drawer problem" and tolerance for null results. Psychol Bull 1979;86:638–641.
41. Berlin JA, Begg CB, Louis TA. An assessment of publication bias using a sample of published clinical trials. J Am Stat Assoc 1989;84:381–392.
42. Woolf B. On estimating the relation between blood group and disease. Ann Hum Genet 1955;19:251–253.
43. Mantel N, Haenszel W. Statistical aspects of the analysis of data from retrospective studies of disease. J Natl Cancer Inst 1959;22:719–748.
44. Yusuf S, Collins R, Peto R, Furberg C, Stampfer MJ, Goldhaber SZ, Hennekens CH. Intravenous and intracoronary fibrinolytic therapy in acute myocardial infarction: overview of results on mortality, reinfarction and side effects from 33 randomised controlled trials. Eur Heart J 1985;6:556–585.
45. Hedges LV, Olkin I. Statistical Methods for Meta-Analysis. Toronto: Academic Press, 1985;189–203.
46. Armitage P. Statistical Methods in Medical Research. Oxford: Blackwell Scientific Publications, 1985;209–210.
47. DerSimonian R, Laird N. Meta-analysis in clinical trials. Control Clin Trials 1986;7:177–188.
48. Hedges LV. Commentary. Stat Med 1987;6:381–385.
49. Jones DR. Meta-analysis of observational epidemiological studies: a review. J R Soc Med 1992;85:165–168.
50. Detsky AS, Naylor CD, O'Rourke K, McGeer AJ, L'Abbé KA. Incorporating variations in the quality of individual randomized trials into meta-analysis. J Clin Epidemiol 1992;45:255–265.
51. Chalmers TC, Smith H Jr, Blackburn B, Silverman B, Schroeder B, Reitman D, Ambroz A. A method for assessing the quality of a randomized control trial. Control Clin Trials 1981;2:31–49.
52. Chalmers TC, Levin H, Sacks HS, Reitman D, Berrier J, Nagalingam R. Meta-analysis of clinical trials as a scientific discipline. I. Control of bias and comparison with large co-operative trials. Stat Med 1987;6:315–325.
53. Chalmers TC, Berrier J, Sacks HS, Levin H, Reitman D, Nagalingam R. Meta-analysis of clinical trials as a scientific discipline. II. Replicate variability and comparison of studies that agree and disagree. Stat Med 1987;6:733–744.
54. Lichtenstein MJ, Mulrow CD, Elwood PC. Guidelines for reading case-control studies. J Chron Dis 1987;40:893–903.
55. Horwitz RI, Feinstein AR. Methodologic standards and contradictory results in case-control research. Am J Med 1979;66:556–564.
56. Feinstein AR. Twenty scientific principles for trohoc research. In: Clinical Epidemiology: The Architecture of Clinical Research. Philadelphia: WB Saunders, 1985;543–547.
57. Realini JP, Goldzieher JW. Oral contraceptives and cardiovascular disease: a critique of the epidemiologic studies. Am J Obstet Gynecol 1985;152:729–798.
58. Powell KE, Thompson PD, Caspersen CJ, Kendrick JS. Physical activity and the incidence of coronary heart disease. Annu Rev Public Health 1987;8:253–287.
59. World Health Organization-International Agency for Research on Cancer. Biennial Report, 1988–1989. Lyon: International Agency for Research on Cancer, 1989;xiv–xv.