UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to | * | JUDGE FALLON |
| Cases Listed on Exhibit A | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | * | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR CONTINUED REMAND OF MERCK & CO., INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT IN VTE CASES**

In its Motion to Exclude Opinion Testimony on General Causation [Rec. Doc. 64211], Merck & Co., Inc. ("Merck") renews its Motion for Summary Judgment in VTE Cases [Rec. Doc. 63539]. This Court remanded Merck's motion for summary judgment in VTE cases generally, culminating in PreTrial Order 58, which addresses case management details in all remaining personal injury cases, including the VTE cases [Rec. Doc. 63842]. PTO 58 sets no deadlines designating responses to Merck's summary judgment motion. Accordingly, Plaintiffs will respond to Merck's Motion for Summary Judgment in VTE Cases as per the deadlines set by the Court, and pending the outcome of the Court's rulings in the VTE *Daubert* motions.

Respectfully submitted,

/s/ Ann B. Oldfather

_____

Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Certain Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Memorandum in Support of Motion For Continued Remand of Merck & Co., Inc.'s Renewed Motion for Summary Judgment has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of January, 2013.

/s/ Ann B. Oldfather

_____

Ann B. Oldfather