## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  VIOXX®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This Document Relates to** | * | **JUDGE FALLON** |
| **Cases Listed on Exhibit A** | * | |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * *

## <u>O R D E R</u>

Motion having been made by Plaintiffs,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand is GRANTED.

So ordered.

New Orleans, Louisiana, this __ day of _____, 2013.


Eldon E. Fallon
United State District Judge