# EXHIBIT A

**Curriculum Vitae: Dr Mark Crowther**

**Mark Andrew Crowther, MD, MSc, FRCP(C)**

<u>Home:</u>  1544 2nd Concession Rd West
RR#1 Lynden, On
L0R 1T0
[905]-627-8596

<u>Work</u>  Room L-208
St Joseph's Hospital
50 Charlton Ave East
Hamilton ON, L8N 4A6
[905]-521-6024
FAX: [905]-540-6568

DOB:  18 Aug 1966

email: crowthrm@mcmaster.ca



Crowther
EXHIBIT NO. 2
11-4-11 MEF

## Educational Background:

| | | |
|---|---|---|
| 1995- 1999 | Clinical and Research Fellow Medicine- Thromboembolism | McMaster University Canada |
| 1996- 1998 | Master of Science Epidemiology/Biostatistics Awarded: July 1998 | McMaster University Canada |
| 1993- 1995 | Resident Hematology FRCP(C) Hematology awarded 1995 | McMaster University |
| 1990- 1993 | Resident Internal Medicine FRCP(C) Internal Medicine awarded 1994 | University of Western Ontario |
| 1990 | Doctor of Medicine | University of Western Ontario Canada |

## Current Status at McMaster:

Chairholder, Leo Pharma Chair in Thromboembolism Research
Professor – Medicine (Hematology & Thromboembolism) and Pathology & Molecular Medicine
Chair, Division of Hematology and Thromboembolism, Department of Medicine, Faculty of
      Health Sciences
Chief of Laboratory Medicine, Hamilton Health Sciences Corporation and St Joseph's
Healthcare, Hamilton

Curriculum Vitae: Dr Mark Crowther

Director, Hamilton Regional Laboratory Medicine Program

## Professional Organizations:

CO-CHAIR, AMERICAN SOCIETY OF HEMATOLOGY CLINICAL RESEARCH TRAINING INSTITUTE (2010 -2011)
CHAIR, AMERICAN SOCIETY OF HEMATOLOGY SUBCOMMITTEE ON QUALITY (2008-2010)
CHAIR, FELLOWSHIP COMMITTEE, HEART AND STROKE FOUNDATION OF ONTARIO (2010-PRESENT)
CHAIR, COMMITTEE 1A, HEART AND STROKE FOUNDATION OF CANADA (2010-PRESENT)
DEPUTY CHAIR, COMMITTEE 1A, HEART AND STROKE FOUNDATION OF CANADA (2008-2009)
MEMBER, MEDICAL ADVISORY COMMITTEES HAMILTON HEALTH SCIENCES CORP AND ST JOSEPH'S
HEALTHCARE APRIL 2009 – PRESENT
MEMBER, RESEARCH ADVISORY COMMITTEE, HEART AND STROKE FOUNDATION OF ONTARIO (2009 –
PRESENT)
MEMBER, WARPED CONSORTIUM 2005 – PRESENT
     A HIGHLY FOCUSSED INTERNATIONAL RESEARCH GROUP WHICH STUDIES ANTICOAGULATION AND ITS
     COMPLICATOINS
MEMBER, AFP PLANNING COMMITTEE, DEPARTMENT OF MEDICINE, MCMASTER UNIVERSITY
MEMBER OF THE BOARD OF DIRECTORS, ST JOSEPH'S HEALTHCARE FOUNDATION, HAMILTON, ONTARIO
     2007 - PRESENT
MEMBER OF THE BOARD OF DIRECTORS, ANTICOAGULANT FORUM, 2006 - PRESENT
MEMBER, MEDICAL ADVISORY COMMITTEE – ST JOSEPH'S HEALTHCARE, HAMILTON
     DEC 2004 – APRIL 2006 (REPRESENTING STRATEGIC PLANNING AND ACTING VP RESEARCH)
MEMBER, STEERING COMMITTEE – UGANDA OUTREACH PROGRAM (SISTERS OF ST JOSEPH'S
     HEALTHCARE SYSTEM) 2004 - PRESENT
MEMBER, EXECUTIVE STEERING COMMITTEE – HAMILTON REGIONAL COMPREHENSIVE HEMOGLOBINOPATHY
     PROGRAM 2004 - PRESENT
MEMBER, QUALITY MANAGEMENT PROGRAM- LABORATORY SERVICES (HEMATOLOGY COMMITTEE)
     ONTARIO MEDICAL ASSOCIATION-MINISTRY OF HEALTH FOR ONTARIO, 2001-2011
MEMBER, TRAINING PROGRAMS COMMITTEE
     AMERICAN SOCIETY OF HEMATOLOGY, DEC 2002 TO 2006
MEMBER, CLINICAL RESEARCH TRAINING INSTITUTE FACULTY (ASH-CRTI)
     2005 - PRESENT
MEMBER, OVERSIGHT COMMITTEE
     AMERICAN SOCIETY OF HEMATOLOGY CLINICAL RESEARCH TRAINING INSTITUTE (ASH-CRTI),
     DEC 2004 TO 2006
MEMBER, ASH-CRTI STUDY SECTION, MAY 2005 TO 2006
CHAIR, AMERICAN SOCIETY OF HEMATOLOGY QUALITY SUBCOMMITTEE (DEC 2007 – PRESENT)
MEMBER, COMMITTEE ON OPTIMIZATION OF HEMATOLOGIC CARE
     AMERICAN SOCIETY OF HEMATOLOGY, DEC 2000 TO DEC 2002
MEMBER, RESEARCH EXECUTIVE COMMITTEE, FATHER SEAN O'SULLIVAN RESEARCH CENTRE
     2006 - PRESENT
MEMBER, FATHER SEAN O'SULLIVAN RESEARCH CENTRE (FSORC),
     2001 - PRESENT

Curriculum Vitae: Dr Mark Crowther

MEMBER, RESEARCH OPERATIONS COMMITTEE, (FSORC AND ST JOSEPH'S HOSPITAL),
    2003 - 2004
FELLOW, HEMATOLOGY, ROYAL COLLEGE OF PHYSICIANS OF CANADA, NOVEMBER 1995 - PRESENT
FELLOW, INTERNAL MEDICINE, ROYAL COLLEGE OF PHYSICIANS OF CANADA, JULY 1994 - PRESENT
MEMBER, CANADIAN HEMATOLOGICAL SOCIETY
MEMBER, CANADIAN MEDICAL PROTECTIVE ASSOCIATION
MEMBER, POSTGRADUATE MEDICAL EDUCATION COMMITTEE, FACULTY OF MEDICINE, UWO 1991-2
MEMBER, INTERNAL REVIEW COMMITTEE, GASTROENTEROLOGY TRAINING PROGRAM, UWO 1992
MEMBER, INSTITUTIONAL SELF-STUDY TASK FORCE, UWO 1992
MEMBER, MEDICAL EDUCATION COMMITTEE, ST JOSEPH'S HEALTH CENTRE, LONDON, 1992
MEMBER, AMERICAN COLLEGE OF PHYSICIANS, ONTARIO AND CANADIAN MEDICAL ASSOCIATIONS
MEMBER, AMERICAN SOCIETY OF HEMATOLOGY
MEMBER, "SAFE ON 52"
CERTIFICANT, ADVANCED WHITEWATER KAYAKING, MADAWASKA KANU CENTRE

## PROFESSIONAL DEVELOPMENT

| 2010 | Developing Leadership Impact, Royal Roads University, Nov 21-26, 2010 |
| 2010 | Leadership Development for Physicians Conference, Toronto April 23/24, 2010 |

## Employment History:

2009 -    Chief of Laboratory Medicine, St Joseph's Healthcare Hamilton and Hamilton Health Sciences
    Corporation
2009 -    Director, Hamilton Regional Laboratory Medicine Program
2007 - 2010 Chair, Department of Medicine Webpage and Technology Committee, Faculty of
    Health Science, McMaster University
2007 -    Chair, Salary Award Committee, Father Sean O'Sullivan Research Centre
2007    HMDP Visiting Professor, Government of Singapore
2006 -    Professor of Medicine, McMaster University, Hamilton, Ontario
2006 -    Director of the Division of Hematology & Thromboembolism, McMaster University
2006 -    Director of Laboratory Hematology, Hamilton Regional Laboratory Medicine Program
2006    Interim Vice President (Research and Academic), St Joseph's Healthcare
2006 - 2008    Medical Director, Outpatient Departments, St Joseph's Healthcare Canada
2007 -    Co-chair outpatient Planning Committee, St Joseph's Health Care, Hamilton
2005 - 2007 Co-Chair (with Ms Darleen Barnes/Dr Kevin Smith/Mr Romeo Cercone) Strategic Planning
    Implementation Committee St Joseph's Healthcare
2005 -    Senior Clinical Research advisor, St Joseph's Hospital, Hamilton
2005 -    Professor, Department of Pathology and Molecular Medicine,    (effective July 1, 2006)
2004-2005 Co-chair (with Dr Kevin Smith, CEO St Joseph's Healthcare) Strategic planning initiative, St Joseph's
    Hospital
    This initiative provided strategic direction for St Joseph's Healthcare over the 5 year period from

Curriculum Vitae: Dr Mark Crowther

| | |
|---|---|
| | 2005 - 2010; the results of this process will be used to guide investments and program development at the Hospital |
| 2002-2006 | Associate Professor of Medicine, McMaster University, Hamilton Ontario |
| 2002-2006 | Director, Hematology Residency Training Programme, McMaster University |
| | Chair, Subspecialty Training Program Directors' Committee, McMaster University |
| 2002-2007 | Chair, Outpatient Department Committee, St Joseph's Hospital |
| 2002- | Medical Director, Hemostasis Reference Laboratories |
| | A private Hemostasis Reference Laboratory providing Hemostasis testing for Research Laboratories |
| 2001- 2009 | Section Head, Hematology, St Joseph's Hospital |
| | Overseeing the clinical Hematology and Thromboembolism service at St Joseph's Hospital |
| 1999- | Consultant Hematologist |
| | West Lincoln Memorial Hospital (Grimsby), Haldimand War Memorial Hospital (Dunnville) and Hagersville Hospital |
| 1999- 2002 | Assistant Professor of Medicine, McMaster University, Hamilton, Ontario |
| 2001 | Director, Medical Residency Programme Research Day, McMaster University |
| 1998- | Active Staff (Hematology), St Joseph's Hospital, Hamilton, Ontario |
| 1995- 1999 | Research Fellow, Thromboembolism Programme, McMaster University |
| | Clinical Fellow, Internal Medicine, Hamilton Civic Hospitals and St Joseph's Hospital |
| | Research Fellow, Medical Research Council of Canada |
| 1994-1995 | Chief Resident in Hematology, McMaster University, Hamilton |
| 1993-1995 | Resident, Hematology, McMaster University, Hamilton |
| 1990-1993 | Resident, Internal Medicine, University of Western Ontario, London |
| 1986-1990 | Medical Student, University of Western Ontario, London |
| | Summer Research Student, University of Western Ontario |

## Scholarly and Professional Activities
### Academic Reviews:

Memberships on Granting Agency panels:

Heart and Stroke Foundation:    December 2004- present
I am the current Chair of Committee 1a of the Heart and Stroke Foundation of Canada. This committee is responsible for ongoing review of clinical trials applications to the Heart and Stroke Foundation of Canada.

I also chair the Heart and Stroke Foundation of Ontario Junior Salary Support Program – this is a peer-review panel which evaluates applications for Salary Support from Researchers in Ontario.

I sit on the Research Oversight Committee for the Heart and Stroke Foundation of Ontario

OCAST: Expert External Reviewer: Oklahoma Centre for the Advancement of Science and Technology (OCAST) grant competition (April 2003). I was the only Canadian chosen to participate as an expert external reviewer in this highly competitive grant competition.

Editorships

Senior editorships
        Evidence Based Hematology (text published in 2008)

Associate editorships
        Thrombosis Research (2001- present)
        Journal of Thrombosis and Haemostasis (2007 – present)

Curriculum Vitae: Dr Mark Crowther

Blood (2011- present)

Editorial Boards
    Blood (2003- 2007)
    Archive of Medical Science (2004- present)

Invited Editorialist
    JAMA
    Archives of Internal Medicine
    Journal of Rheumatology
    New England Journal of Medicine

Ongoing Peer review

Funding agencies and training programs:

- Canadian Institute of Health Research
- Heart and Stroke Foundation of Canada
- Physicians Services Incorporated
- The Wellcome Trust
- Dalhousie University Department of Internal Medicine Research Fund
- Father Sean O=Sullivan Research Center Salary Awards Committee
- Canadian Intensive Care Foundation
- The Cochrane Collaboration: Hepatobiliary Group
- Cancer Care Manitoba
- American Society of Hematology Clinical Research Training Institute (ASH-CRTI)
- University of Ottawa Promotion and Tenure Committee
- Dalhousie University Promotion and Tenure Committee

Clinical Practice Guidelines:
- Cancer Care Ontario Practice Guidelines Initiative

Journals:

- Annals of Internal Medicine
- Thrombosis & Hemostasis

- Critical Care Medicine
- Journal of Rheumatology
- Thrombosis Research
- Canadian Medical Association Journal
- Evidence Based Cardiology
- The Journal of Pediatric Hematology Oncology
- American Journal of Medicine
- Clinical and Investigative Medicine
- Mayo Clinic Proceedings
- The Journal of Gerontology: Medical Sciences
- JAMA
- American Journal of Cardiovascular Drugs
- Pediatrics
- American Journal of Clinical Pathology
- Expert Opinion on Drug Safety
- American Journal of Obstetrics and Gynecology
- Blood
- Nature- Clinical Practice (Cardiovascular medicine)
- Journal of Thrombosis and Haemostasis
- Critical Care Medicine
- New England Journal of Medicine
- Lancet
- Chest

**Additional trials: Member of advisory board, safety committee or independent adjudicator**

1) **Long-term secondary prophylaxis of venous thrombosis in children**
    PI: Dr M Patti Masicotte
    Role: Chair, Safety committee

2) **PEG-Hirudin as an anticoagulant during hemodialysis**
    Sponsor: Abbot-Knoll Pharmaceuticals
    Role: Chair, Adjudication committee

4)   **REVIVE and PROTEKT: LMWH for the prevention or treatment of VTE in Children**
     PI: Dr M Patti Masicotte
     Sponsor: Knoll Pharmaceuticals
     Role: Member, Adjudication Committee

5)   **MDA D-dimer and recurrent Deep vein thrombosis**
     PI: Dr Shannon Bates
     Sponsor: CIHR
     Role: Member, Adjudication committee

6)   **SToP Transfusion study**
     PI: Ms Nancy Heddle
     Sponsor: various
     Role: Chair, Safety Committee

7)   **Atryn Sepsis Study**
     PI: Dr Arthur Slutsky
     Sponsor: Leo
     Role: Member, Steering committee

8)   **Thrombomodulin Sepsis Study**
     PI: Steering committee is PI
     Sponsor: Artisan Pharma
     Role: Member, Steering committee

9)   **Averoes Atrial Fibrillation Study**
     PI: Stuart Connolly
     Sponsor: PHRI
     Role: Member, DSMB

10)  **Bayer pediatric thrombosis study**
     PI: Steering committee
     Sponsor: Bayer
     Role: Chair, DSMB

11)  **NIH Warfarin Pharmacogenetics study**
     PI: Brian Gage
     Sponsor: NIH
     Role: Member, DSMB

12)  **EPO-TBI Study**
     PI: Australian Critical Care Society
     Sponsor:
     Role: Member, DSMB

13)   **Daiichi Sankyo Hokusai VTE Study**
      PI: Harry Buller
      Sponsor: Daiichi Sankyo Hokusai
      Role: Member, DSMB

## Executive Positions

**Chair, Beating Blood Clots in Vienna (a Leo Laboratories symposium)**
      April 19, 2008

**Research Coordinator, St Joseph's Healthcare System International Outreach Program**
      March 2007 - present

**Chair, Royal College Internal Review Anatomic and General Pathology**
      December 2006

**Chair, 1st, 2nd, 3rd, 4th, 5th, 6th and Annual McMaster Hematology and Thromboembolism Update**

**Invited Member, Quality Management Program- Laboratory Services (Hematology Committee)**
      Ontario Medical Association-Ministry of Health for Ontario 2001 – 2011
      This committee oversees laboratory proficiency testing for the 300 medical diagnostic laboratories licensed in Ontario:

**Co-Chair, 19th, 20th, 21st and 22nd Annual Regional Cardiovascular Update**
      McMaster University and St Joseph's Hospitals Annual Antithrombotic Therapy Update
      Sheraton Hotel, Hamilton, Ontario Nov, 2002, 2003, 2004 & 2005

**Co-Chair 1st, 2nd and 3rd American College of Chest Physicians Preparatory course**
      McMaster University, April, September and October 2004
      Sheraton Hotel, Hamilton, Ontario

**Chair, Canadian Advisory Panel, Pharmacia Canada** (2002 -2003)
      Polling Canadian Experts on the Future directions of anticoagulant therapy in Canada

**Chair, Canadian Advisory Panel, Pfizer Canada** (2005 – 2006)

**Member, Canadian Advisory Council, Sanofi-Synthelabo / Organon Canada** (2002)
      Advising these companies on developments and future directions of anticoagulant care in Canada

**Consultant, Behring (Beriplex)**
      Advising on the use of prothrombotic drugs in patients with warfarin associated coagulopathy

**Consultant, Bayer Inc**
      Advising Bayer on the development of novel antithrombotic agents

**Consultant, Talecris Inc**
      Advising Talecris on the development of novel antithrombotic agents

**Consultant, NGN Capital & Artisan Pharma**
      Advising NGN capital on the development of novel antithrombotic agents

**Consultant, Merck and Company:**
      Advising Merck on the development of novel antithrombotic agents

**Consultant La Jolla Pharmaceutical Company:**
      Advising LJPC on the development of therapies for antiphospholipid antibodies. This includes sitting on the Data Safety Monitoring Board for LJPC 1082-9001, a phase II clinical trial and consulting work to determine the cause of abnormal coagulation parameters seen within this study

Curriculum Vitae: Dr Mark Crowther

**Consultant to Abbott Incorporated**:
Advising Abbott on the development of PEG-hirudin

**Consultant to Astra-Zeneca**:
Advising Astra-Zeneca on the development of its oral direct thrombin inhibitor

**Consultant to the Ministry of the Solicitor General, Government of Ontario**:
Providing expert opinions to the Coroner's Office of Ontario

**Consultant to the Quality Management, Laboratory Proficiency Service:**
Providing expert opinions to the QMPLS. Specifically, I was retained to provide an expert opinion on coagulation testing, as part of the process to evaluate whether the provincial health insurer should provide reimbursement for new laboratory tests in Ontario

**Consultant, Affinity Biologicals:**
Advising this small startup biotech company on risk management strategies for their line of new diagnostic testing reagents

**Worldwide co-ordinating investigator ᴀLeo Perioperative Bridging study:**
I was the Worldwide coordinating investigator for this multicentre randomized clinical trial comparing a Low Molecular Weight Heparin and Unfractionated heparin for the prevention of thromboembolic complications in patients who must temporarily discontinue warfarin therapy.

**Worldwide co-ordinating investigator ᴀBayer Plasmin DVT treatment study:**
I am the Worldwide coordinating investigator for this multicentre trial of Plasmin as a treatment for deep vein thrombosis.

**Additional companies I have consulted or am consulting for:**
Artisan pharma, Leo Pharma, Octapharma

## Areas of Interest

### Research
My research interests have focused primarily in five areas.

1.  **Optimal Intensity of Anticoagulation in Patients with Antiphospholipid Antibodies**  Antiphospholipid antibodies are an acquired cause of both venous and arterial thrombosis. Optimal therapy to both prevent first and recurrent thrombosis is unknown. Research performed by our group, and published in the New England Journal of Medicine, has demonstrated that optimal therapy for such patients is usual intensity warfarin. I was the lead investigator and Principal Applicant on the CIHR Operating Grant which funded this study.

2.  **Optimal Management of the Initiation and Maintenance of Warfarin**
    Warfarin is the most commonly used anticoagulant in North America. Our research, published in the Annals of Internal Medicine and the Archives of Internal Medicine, changed practice by demonstrating that loading doses of warfarin are unneeded. Subsequently, and in a series of studies, we have demonstrated that low-dose oral vitamin K is an effective treatment for warfarin associated coagulopathy; we have tested the clinical relevance of these observations in a multinational randomized controlled trial. Our research in the area of low-dose oral vitamin K has changed the way that patients who present with excessive, warfarin associated anticoagulation are treated. This research forms the basis for my Career Investigator Award from the Heart and Stroke Foundation of Ontario.

3.  **Investigating the Causes and Prevention of Thrombosis in Critically Ill**

**Patients** Critically ill patients in the medical surgical intensive care unit have a high prevalence of risk factors for the development of deep vein thrombosis and likely do not tolerate pulmonary embolism as well as patients with normal cardiorespiratory function. Our research group has completed a multi-pronged research effort to examine the risk factors for, and optimal prevention of, deep vein thrombosis and pulmonary embolism in the critically ill. This research program is led by Dr. Deborah Cook and has obtaining a number of grants from both Pharmaceutical and Peer-reviewed Funding Agencies. Included within this research initiative I have been the principal applicant on a funded and completed investigation of biomarkers of risk for thrombosis in critically ill patients and I have taken a leading role in the development of diagnostic algorithms for deep vein thrombosis and pulmonary embolism.

4. **Investigating the Causes and Prevention of Thrombosis in Patients with Renal Insufficiency** Patients with renal insufficiency, including those with end-stage renal disease, are at high risk of both arterial and venous thrombosis. We have previously published the results of a randomized clinical trial which demonstrated that warfarin is ineffective for the prevention of thrombosis of one form of dialysis vascular access. We currently have a number of projects underway examining various aspects of the diagnosis, prevention and management of thrombosis in patients with renal insufficiency.

5. **Miscellaneous Research Projects** I have been involved in numerous additional research endeavors; for example, Ms. Nancy Heddle, Associate Professor of Medicine and I recently submitted an outline proposing a Team Grant from the Canadian Institutes for Health Research which proposes a comprehensive ("Vein to Vein") research program in transfusion medicine. In concert with Mr. John Lafferty and Mr. Andrew Macfarlane I have recently completed a large prospective evaluation of a novel diagnostic test for Alpha thalassemia; this project was funded by the thalassemia Society of Canada. In concert with Dr. Henry Ddungu and Dr. Francis SSali we are initiating a comprehensive evaluation of the causes and potential treatments of HIV-associated anemia in patients admitted to the Joint Clinical Research Centre in Kampala, Uganda. This latter project came about as a result of my involvement with the Uganda Outreach Program run by the Sisters of St. Joseph's. I am also involved in numerous resident Research projects (for example examining the threshold for transfusion in patients in our intensive care unit).

**Mentoring Research Excellence**
I have also developed extensive experience in research mentorship. The American Society of Hematology Clinical Research Training Institute (ASH CRTI) is a weeklong highly focused clinical research training program which I have been involved with for more than five years. In 2011 and 2012 I will both chair the oversight committee for this program and will be extractor. This program is highly competitive, is greatly desired by faculty for their curriculum vitae and has had spectacular success in training junior members of the American Society of Hematology for a career in clinical research.

## Clinical

I am the Academic Chair of Hematology & Thromboembolism at McMaster University. I am the Chief of the Hamilton Regional Laboratory Medicine Program. In addition to providing 25% of the inpatient clinical hematology service I also provide approximately one third of the in and outpatient thromboembolism service. I provide three half-day clinics per week within which I see patients with benign hematologic conditions as well as patients with unusual forms of thrombophilia. As a component of this clinic I have one of the largest subspecialty clinics dedicated to the management of patients with Antiphospholipid Antibody Syndrome that I am aware of.

Curriculum Vitae: Dr Mark Crowther

## Education

I am the former Residency Program Director for the Hematology Residency Training Program at McMaster University which is the preeminent such program in Canada. This program trains hematologists who have gone on to leading positions in academic and community-based practice throughout Canada and the world. In addition, I co-chaired the subspecialty program Directors committee at McMaster University which oversees all of the subspecialty Training programs in Internal Medicine. I also provide frequent informal and formal teaching sessions to housestaff at St. Joseph's hospital; these would include Hematology and Internal Medicine Residents who are doing dedicated electives with us in addition to teaching housestaff rotating through clinics and inpatient services at the hospital. Within the American Society of Hematology I have sat on the Training Programs Committee; in this capacity I chaired a subcommittee in the summer of 2004 which revised the American Society of Hematology's Medical Student Award Program. Previously, Dr. Richard Lottenberg and I developed an Evidence Based Medicine curriculum which is used by the American Society of Hematology as an example for such programs at Residency Programs throughout the United States.

## Administrative

I am currently the Professor and Chair, Academic Division of Hematology McMaster University, Regional Director of the Laboratory Hematology Program for the Hamilton Regional Laboratory Medicine Program and. I am the past head of service at St Joseph's Healthcare, past chair of the Outpatient Department Committee at St. Joseph's Healthcare have Co-chaired a comprehensive Strategic Planning Initiative on behalf of the Executive Team at St. Joseph's Healthcare; Dr. Kevin Smith, CEO, was the co-chair of this process. I have chaired the Web Page Operational Committee for the Department of Medicine at McMaster University and I have recently been a member of the search committees for the Associate Dean, Postgraduate Medical Education and Associate Dean, Continuing Medical Education. I am a former member of the Training Program Committee of the American Society of Hematology. I am chair of the Executive Steering Committee for the American Society of Hematology Clinical Research Training Institute (CRTI). I am currently one of the co-directors of the CRTI. As noted, I am the former Program Director of the Hematology Residency Training Program at McMaster University and I co-chaired the Subspecialty Program Directors Committee within the Department of Medicine at McMaster University. I also serve on the Ontario Quality Management Program for Laboratory services (supervising the Quality of Hematology Laboratory Testing in Ontario) and serve on numerous other hospital, academic and non-institutional committees. Finally, I serve on the steering committee of the Sister's of St Joseph's Outreach program; as a component of this I have recently traveled to Uganda to assist with their program there.

## Academic Honours:

"Consultant of the Year"
Awarded by the Medical Staff Association at St Joseph's Healthcare (2011)
Chairholder, Leo Pharma Endowed Chair in Thromboembolism Research
Leo Pharma has endowed a research chair in thromboembolism, held at St Joseph's Hospital and McMaster University. I am the inaugural chairholder
Council Award, College of Physicians and Surgeons of Ontario [2009-2010]
One of 4 awards given annually in Ontario to a physician who embodies the ideal
Heart and Stroke Foundation of Canada Career Investigator (Renewal) [2009-present]
Nominated for Canada's Top 40 under 40"

St Joseph's Hospital and McMaster University, November 2004

**HEART AND STROKE FOUNDATION OF CANADA CAREER INVESTIGATOR [2004-2009]**

**MEDICAL RESEARCH COUNCIL OF CANADA RESEARCH SCHOLARSHIP [1999-2004]**

**BASMAJIAN AWARD [1999]**

Awarded for outstanding achievement during post-graduate work at McMaster University

**MEDICAL RESEARCH COUNCIL OF CANADA RESEARCH FELLOWSHIP [1996-1999]**

Clinical Research Fellow, McMaster University and Hamilton Civic Hospitals Research Centre

**Heart and Stroke Foundation of Ontario Research Scholarship**

Offered, but declined, because of MRC Scholarship (above)

**Master of Science; Design, Measurement and Evaluation Programme**

McMaster University, July 1998

**Heart and Stroke Foundation of Ontario Research Fellowship**

Offered, but declined, because of MRC Fellowship (above)

**THE FRASER FELLOWSHIP [1995-1996]**

Clinical Fellow, Thrombosis Research programme, McMaster University and Hamilton Civic Hospitals
Research Centre

**THE MEDICAL ALUMNI GOLD MEDAL, UNIVERSITY OF WESTERN ONTARIO [1990]**

Overall highest standing in medical class over all four years of programme

**THE CROOKSTON AWARD [1995]**

Awarded by the Canadian Hematology Society for achievement

**THE DR F R ECCLES SCHOLARSHIP**

-highest standing in fourth year medical class

**THE BENJAMIN WEIDENBAUM AND CECILIA ROTSTEIN SCHOLARSHIP**

-highest standing in third year medical class

**THE CIBA PRIZE**

-overall highest standing in medical class over the first two years of programme

**THE RACHEL SLOBASKY KAPLAN SCHOLARSHIP**

-highest standing in second year medical class (tied)

**THE VERDA TAYLOR VINCENT SCHOLARSHIP**

-highest standing in first year medical class

**THE CLASS OF 1955 PRIZE**

-awarded to a graduating student for outstanding potential in clinical medicine

**NOMINEE: EXCELLENCE IN CLINICAL TEACHING AWARD**

-McMaster University, Internal Medicine Residency Programme, May 1997

**THE D MELTZER POSTGRADUATE AWARD IN HEMATOLOGY/ONCOLOGY [1991]**

-awarded during internship for achievement in hematology/oncology research

**THE D MELTZER POSTGRADUATE AWARD IN HEMATOLOGY/ONCOLOGY [1992]**

-awarded during residency for achievement in hematology/oncology research

**THE HEWLETT-PACKARD TOP MEDICAL GRADUATE AWARD**

-awarded to top 6 members of graduating medical class

**THE DR G EDWARD HOBBS MEMORIAL SCHOLARSHIP IN PSYCHIATRY**

-awarded for achievement in psychiatry over four years of medical programme

**THE J A F STEVENSON MEMORIAL SCHOLARSHIP**

-awarded for outstanding overall achievement in clinical clerkship

**THE M D S HEALTH GROUP LTD PATHOLOGY PRIZE**

-highest standing in pathology course over first two years of medical programme

**THE MARVIN L KWITKO SCHOLARSHIP IN ANATOMY**

-highest standing in gross anatomy course in first year of medical programme

**THE LANGE AWARD**

-awarded for outstanding achievement in the first year of medical programme

Curriculum Vitae: Dr Mark Crowther

**THE C V MOSEBY COMPANY SCHOLARSHIP AWARD (BIOCHEMISTRY)**
    *-highest standing in first year medical biochemistry course*
**THE ALAN C BURTON MEMORIAL PRIZE IN BIOPHYSICS**
    *-highest standing in first year medical biophysics course*
**THE HORACE AND CLARICE WANKEL MEMORIAL AWARD FOR CARDIOVASCULAR RESEARCH**
    *-awarded for achievement in Summer Research Training Program, UWO*
**UNIVERSITY OF WESTERN ONTARIO CONTINUING ADMISSION SCHOLARSHIP**
**ADMITTED TO UNIVERSITY OF WESTERN ONTARIO MEDICAL CLASS AFTER ONE YEAR OF UNDERGRADUATE TRAINING**

## Educational Commitments

1)    House-staff teaching sessions: Approximately one 1 hour teaching session every 4 to 8 weeks 1995 - present

2)    Medical resident half-day teaching sessions: 2 hour teaching sessions for Internal Medicine Residents
    Oct 16, 1996    Feb 27, 1997
    Dec 10, 1997    Mar 12, 1997
    April 9, 1997    Nov 29, 2000
    Jan 17, 2001 (2 Sessions)
    Sept 2004

3)    Bone marrow reading
    Provide coverage for hematology lab (including bone marrow assessments) in the absence of Dr Neame or McBride (March 1996 - June 1998, Henderson Hospital)

    Provide coverage for Hematology and Coagulation laboratory (July 2001 – present, St Joseph's hospital)

4)    Acted as supervisor for 4th year medical elective student from University of Ottawa (Sept 1996)

    Acted as supervisor for 2nd year medical elective student from Queens University
    Project: Treatment of pregnant patients with Antiphospholipid antibodies
    (June-August 1998)

    Acted as supervisor for 3rd year Biochemistry student from Waterloo University
    Project: Validation of a warfarin dosing algorithm
    (April-August, 1999)

    Acted as supervisor for 4th year medical student (Mr. Ali Sahevenz) Feb 2005

    4th Year thesis supervisor: Ms Sarah Wilson, University of Waterloo
    (September-May 2000)

    Clinical Research Supervisor, Mr Ian Turkstra
    Summer 2003
    An evaluation of vitamin K for ICU-coagulopathy and The utility of a hemoglobin zeta ELISA for the detection of alpha thalassemia

    Acted as supervisor, 4th Year Medical Student (Ms Lisa-Ann McKeough) Dec 2003

I act as the direct supervisor of all Medical and Hematology Residents rotating through St Joseph's Hospital since 1998 (Approximately 10 per year)

5)   Unit III (First year Medical students) Clinical Skills instructor:
     4 hours/week time commitment
     McMaster University, April to June 1997

     Unit III (First year Medical Students) Tutor:
     6 hours/week time commitment
     McMaster University,
     April to June 1998
     April to June 1999
     April to June 2000
     April to June 2001

6)   Lecturer: Coagulation section of first year medical curriculum, McMaster University
     Spring 1996            Spring 1997
     Spring 1999

     Co-ordinator: Coagulation section of first year medical curriculum, McMaster University
     Spring 1998      Spring 1999

     Lecturer Medical Foundation 1 CPC: A case of coagulopathy
     November 2005

7)   Pathology Resident teaching sessions:
     McMaster University, Department of Laboratory Medicine
     Spring/Summer 1997

8)   Interviewer:
     Hematology Residency training programme, Resident Candidate interviewer
     Summer 1996, 1997, 1998, 1999, 2001, 2002

     Internal Medicine Residency Program, 2002, 2003, 2004

9)   Lecturer:
     Comprehensive preceptorship hospital training programme for pharmaceutical representatives
     Hamilton Health Sciences Corporation
     Nov 26, 1997 and May 27, 1998

10)  Discussant
     Hematology Residency Training Programme Friday half day sessions:
           Numerous presentations beginning in 1995

11)  Organizer
     Hamilton Regional Hematology Grand Rounds
     1998 - 2001

12)  Interviewer

Curriculum Vitae: Dr Mark Crowther

Medical residency training programme, Resident selection Committee
McMaster University
1999 - 2004

13)     Examiner
        Mock Oral exams in Internal Medicine
        McMaster University
        1996, 1997, 1998, 1999, 2000, 2001

14)     Webmaster for;
        Hematology Grand Rounds Web site
                includes programming
                www.fhs.mcmaster.ca/hemegr
        Department of medicine Web site
                www.fhs.mcmaster.ca/medicine
        St Joseph's Hospital Thrombosis Research Program
                www.thromboresearch.org

15)     Search Committee memberships
         Divisional Director for Hematology, McMaster University
                Assistant Professor level representative (1999)

16)     Supervisor, Human Resource Development Canada funded summer Research Studentships

        Summer 2000 Mr John Powers
        Mechanisms of Protamine Resistance

        Summer 2001 Ms Allison Matthew
        A prospective study of APLA

        Summer 2002 Mr Ian Turkstra
        "Thrombosis complicating critical care"

17)     Chair and Director, Hematology Residency Training Program at McMaster University
                July 1, 2003 – present

18)     Member, American Society of Hematology Training Program Committee
                Dec 2002 – present

        Chaired *ad hoc* advisory panel on the ASH Summer Student Program (2004)
        This small group redesigned the highly successful ASH summer student program

19)     Member, Steering committee American Society of Hematology Clinical Research Training Institute
                Dec 2004 – present

20)     Co-chair, Internal Medicine Subspecialty program Directors Committee, McMaster University
                July 2003 – present

21)     Member, Committee on Optimization of Hematologic Care
        American Society of Hematology, Dec 2000 to Oct 2002

Curriculum Vitae: Dr Mark Crowther

Responsibilities include developing an evidence based medicine curriculum to be provided to all Hematology/Oncology trainees in the United States

22) Invited participant, 2nd National Health Assembly, Kampala Uganda, Oct 25th and 26th 2004

23) Specialist examiner, PhD Comprehensive examination, Mr John Watson, McMaster, June 4th, 2004 & Paul Karanicholas's, June 8, 2007

24) Member and Representative of the Academic Department of Medicine, Search Committee for the Head of Service (Clinical), Division of Nephrology, McMaster University (2002 - 2003)

25) Member and Representative of the Clinical Thromboembolism Program, Search Committee for the Head of Henderson Research Centre (2003)

26) Member and representative of the Subspeciality Program Directors Committee, Search Committee for the Associate Dean, Post-Graduate Medical Education, McMaster University (2004)

27) Member, Search Committee for the Associate Dean, Continuing Medical Education, McMaster University (2004)

28) Course director, American College of Chest Physicians - PREP course
The ACCP-Prep is an education course certified by the American College of Chest Physicians which is designed to provide a comprehensive educational curriculum in thromboembolism. I served as the inaugural course director at McMaster University (April, Sept and Oct, 2004)

29) Half-day presenter for Hematology, Anesthesia, Critical care, Family Medicine and Obstetrics and Gynecology Resdiency programs, McMaster University on Numerous occasions 1995 – present

30) Member, Search Committee for the Chief, Department of Medicine (St Joseph's Hospital, 2005)

31) Member, Search Committee for the Associate Dean, Research (McMaster University, representing St Joseph's Hospital, 2005)

32) Participant 5th Pacific vascular forum – one of three Canadian representatives at this international vascular surgery meeting - Jan 2006 (Kona, Hawaii)

33) I have acted as a consultant expert in numerous lawsuits in Canada and the United States

35) External examiner, MSc thesis: Drs Wendy Lim, Howard Chan, Donnie Arnold August/Sept 2006

36) Chair, American Society of Hematology State-Of-The-Art Symposium, Chicago Illinois, September 24 and 25, 2010

## SUPERVISORSHIPS:

### HEMATOLOGY RESIDENTS:

**Curriculum Vitae: Dr Mark Crowther**

AS PROGRAM DIRECTOR FOR THE ADULT HEMATOLOGY TRAINING PROGRAM AT MCMASTER UNIVERSITY I AM DIRECTLY RESPONSIBLE TO THE POST-GRADUATE MEDICAL EDUCATION OFFICE AND THE ROYAL COLLEGE OF PHYSICIANS FOR THE TRAINING OF RESIDENTS ENROLLED IN THE PROGRAM

2005 - 2006 AHMED AL RUSTIMANI, ELIANNA SAIDENBERG
2004 – 2006 ROSEANN ANDREOU, GREG LO, KOUSHI PARAMSOTHY, MONA AL RASHEED
2004 – 2005 ALI MULLAH ALI
2003 – 2005 LISA CHRISTJANSON
2002 – 2004 BLAIR ERNST
2001 – 2003 DONNY ARNOLD, GRAEME FRASER, WENDY LIM

RESEARCH AND CLINICAL FELLOWS:
2004 – 2005

HENRY DDUNGU
DR HENRY DDUNGU WILL RETURN TO UGANDA TO ACT AS THE ONLY CONSULTING HEMATOLOGIST IN THIS COUNTRY OF 31 MILLION. HENRY TRAINED IN CANADA UNDER MY SUPERVISION BETWEEN AUGUST 2004 AND AUGUST 2005

FRANCHESCO DENTALI
DR FRANCESCO TRAINED UNDER MY SUPERVISION IN CLINICAL THROMBOEMBOLISM RESEARCH METHODOLOGY NOV 2004 TO NOV 2005

HENG NG
DR HENG NG UNDERTOOK A ONE YEAR CLINICAL THROMBOEMBOLISM FELLOWSHIP UNDER MY SUPERVISION JULY 2004 TO JULY 2005

FAT-HIA AL QURASHI
DR AL QURASHI UNDERTOOK A ONE YEAR CLINICAL THROMBOEMBOLISM FELLOWSHIP UNDER MY SUPERVISION MARCH 2004 TO MARCH 2005

SARAH WILSON
MS SARAH WILSON HAS MAINTAINED AN ONGOING RESEARCH INITIATIVE WITHIN OUR CLINICAL RESEARCH ORGANIZATION SINCE WORKING AS A SUMMER STUDENT IN 1999. SHE IS CURRENTLY ENROLLED IN THE UNIVERSITY OF TORONTO MEDICAL SCHOOL

2006

DR ALLESANDRA MALATO
DR MALATO IS A RESEARCH FELLOW FROM THE UNIVERSITY OF PALERMO WHO SPENT A SIX MONTH RESEARCH ELECTIVE AT ST JOSEPH'S HOSPITAL UNDER MY SUPERVISION

YOAN KAGOMA
MR KAGOMA IS A SECOND YEAR ENGINEERING STUDENT AT THE UNIVERSITY OF TORONTO WHO UNDERTOOK A SUMMER RESEARCH PROJECT UNDER MY SUPERVISION OVER THE SUMMER OF 2006

2006 – 2008
DR EBTISAM BAKHSH
DR BAKHSH IS A CLINICAL FELLOW IN THROMBOEMBOLISM WHO UNDERTOOK A CLINICAL AND RESEARCH FELLOWSHIP UNDER MY SUPERVISION BEGINNING JULY 2006

2008 – 2010

DR ALI AL AKLABI
DR AKLABI IS A CLINICAL FELLOW IN THROMBOEMBOLISM UNDERTAKING A CLINICAL AND RESEARCH FELLOWSHIP UNDER MY SUPERVISION EFFECTIVE JULY 2008

2009 – ONGOING
DR MARCO DONADINI
DR DONADINI IS A CLINICAL FELLOW IN THROMBOEMBOLISM UNDERTAKING A RESEARCH FELLOWSHIP UNDER MY SUPERVISION EFFECTIVE MARCH 2009

## Publications:

## i) Peer-Reviewed

1991 to 1995
1) Crowther M A, Lach B, Dunmore P Joy, Roach M R. **Vascular Collagen Fibril Morphology in Type IV Ehlers-Danlos Syndrome.** Connective Tissue Research 25:209-17, 1991

2) Kutsogiannis D J, Crowther M A, Lazarovits A I. **Granulocyte Macrophage Colony Stimulating Factor for the Therapy of Cytomegalovirus and Ganciclovir Induced Leukopenia in a Renal Transplant Recipient.** Transplantation 53:930-2, 1992

3) Crowther M A, Ralph E D. **Menstrual Toxic Shock Syndrome Complicated by Persistent Bacteremia: Case Report and Review.** Clinical Infectious Diseases 16:288-9, 1993

4) Chin-Yee I, Crowther M A, Keeney M, Wright L, Daly S. **Validation of a Single Point Flow Cytometric Assay for Determining P-Glycoprotein Activity in Multidrug Resistant Cell Lines.** Clinical and Laboratory Hematology 16:261-72, 1994

1996 (Total to year end: 7)
1) Lafferty JD, Crowther MA, Ali MA, Levine M. **The evaluation of various mathematical RBC indices and their efficacy in discriminating between thalassemic and non-thalassemic microcytosis.** American Journal of Clinical Pathology 106:201-5, 1996

2) Crowther MA, Heddle N, Hayward CPM, Warkentin T, Kelton JG. **The Use of Splenectomy to Prevent Relapses in Patients with Thrombotic Thrombocytopenic Purpura.** Annals of Internal Medicine 125:294-6, 1996

3) Crowther MA, Johnston M, Weitz J, Ginsberg JS. **Free protein S deficiency is associated with antiphospholipid antibodies in patients who do not have Systemic Lupus Erythematosus.** Thrombosis and Hemostasis 76:689-91, 1996

1997 (Total to year end: 11)
1) Harrison L, Johnston M, Massicotte MP, Crowther M, Moffat K, Hirsh J. **A Comparison of A 5 Mg Versus 10 Mg Loading Dose for the Initiation of Warfarin Therapy.** Annals of Internal Medicine 126:133-136, 1997

Curriculum Vitae: Dr Mark Crowther

2) Douketis JD, Ginsberg JS, Holbrook A, Crowther MA, Duku EK, Burrows RF. **The risk of Venous Thromboembolism and the use of the Oral Contraceptive Pill and Hormonal Replacement Therapy: A Re-evaluation.** Archives of Internal Medicine. 157:1522-1530, 1997

3) Ginsberg JS, Kearon C, Douketis J, Turpie AGG, Brill-Edwards P, Stevens P, Panju A, Patel A, Andrew M, Crowther M, Massicotte MP, Hirsh J, Weitz JI. **The use of D-dimer testing and impedance plethysmograpic examination in patients with clinical indications of deep vein thrombosis.** Archives of Internal Medicine 157:1077-81, 1997

4) Hirsh J, Crowther MA. **Low Molecular Weight Heparin for the Out of Hospital Treatment of Venous Thrombosis.** Thrombosis & Hemostasis, 78:689-92, 1997

1998 (Total to year end: 15)
1) Ryan D, Crowther M, Ginsberg J, Francis F. **Relationship of Factor V Leiden to Risk of Acute Deep Vein Thrombosis Following Joint Replacement Therapy.** Annals of Internal Medicine 128:270-276, 1998

2) Crowther MA, Donovan D, Harrison L, McGinnis J, Ginsberg J. **Low-dose oral vitamin K reliably reverses over-anticoagulation due to warfarin** . Thrombosis & Hemostasis 79:1116-8, 1998

3) Harrison L, McGinnis J, Crowther M, Ginsberg J, Hirsh J. **Assessment of outpatient deep vein thrombosis treatment with low-molecular weight heparin.** Archives of Internal Medicine 158:2001-2003, 1998

4) Ginsberg JS, Wells PS, Kearon C, Anderson D, Crowther M, Weitz JI, Bormanis J, Brill-Edwards P, Turpie AG, MacKinnon B, Gent M, Hirsh J. **Sensitivity and Specificity of a Rapid Whole-Blood Assay for D-Dimer in the Diagnosis of Pulmonary Embolism.** Annals of Internal Medicine 129:1006-1011, 1998

1999 (Total to year end: 18)
1) Crowther MA, Ginsberg J, Kearon C, Harrison L, Johnson J, Massicotte MP, Hirsh J. **A Randomized Trial Comparing 5 Mg and 10 Mg Warfarin Loading Doses.** Archives of Internal Medicine 159:46-48, 1999

2) Douketis JD, Crowther MA, Cherian SS, Kearon CB. **Perioperative Anticoagulation in Patients with a Mechanical Heart Valve Undergoing non-Cardiac Surgery**. Chest 116:1240-6, 1999

3) Douketis JD, Crowther MA, Julian JA, Stewart K, Donovan D, Kaminska EA, Laskin CA, Ginsberg JS. **The Effects of Low-Intensity Warfarin on Coagulation Activation in Patients with Antiphospholipid Antibodies and Systemic Lupus Erythematosus.** Thrombosis & Hemostasis 82:1028, 1999

2000 (Total to year end: 27)
1) Crowther MA, Spitzer K, Julian J, Ginsberg J, Johnston M, Crowther R, Laskin C. **Pharmacokinetic profile of a low-molecular weight heparin (Reviparin) in pregnant patients: a prospective cohort study.** Thrombosis Research 98:133-8, 2000

2) Kearon C, Harrison L, Crowther M, Ginsberg J. **Optimal dosing of Subcutaneous**

**Unfractionated Heparin for the Treatment of Deep Vein Thrombosis.** Thrombosis Research 97:395-403, 2000

3) Kearon C, Crowther M, Hirsh J. **Management of patients with hereditary hypercoagulable disorders** Annual Review of Medicine 51:169-85, 2000

4) Douketis JD, Crowther MA, Cherian SS. **Perioperative anticoagulation in patients with chronic atrial fibrillation who are undergoing elective surgery. Results of a physician survey** Canadian Journal of Cardiology 16:326-30, 2000

5) Wiernikowski JT, Chan AK, Clase CM, Ingram A, Crowther M. **Determination of stability and sterility of recombinant tissue plasminogen activator (rTPA) at -35° celsius** Lancet 355:2221, 2000

6) Douketis JD, Foster GA, Crowther MA, Prins MH, Ginsberg JS. **Clinical Risk Factors and Timing of Recurrent Venous Thromboembolism During the Initial Three Months of Anticoagulant Therapy** Archives of Internal Medicine 160(22):3431-6, 2000

7) Lafferty JD, Crowther MA, Waye JS, Chui DHK. **A Reliable Screening Test to Identify Adult Carriers Of the (- -$^{sea}$) $^0$-thalassemia Deletion: Detection of Embryonic _-globin Chains by ELISA** American Journal of Clinical Pathology 114:927-931, 2000

8) Crowther MA, Julian J, McCarty D, Douketis J, Kovacs M, Biagoni L, Schnurr T, McGinnis J, Gent M, Hirsh J, Ginsberg J. **Treatment of excessive anticoagulation due to warfarin with oral vitamin K: a randomized controlled trial.** Lancet 356:1551-53, 2000

9) Cook D, Attia J, Weaver B, McDonald E, Meade M, Crowther M. **Venous thromboembolic disease: an observational study in medical-surgical intensive care unit patients.** Journal of Critical Care 15:127-132, 2000

2001 (Total to year end: 35)
1) Crowther MA, Roberts J, Roberts R, Johnston M, Stevens P, Skingley P, Patrassi GM, Sartori MT, Hirsh J, Prandoni P, Weitz JI, Gent M, Ginsberg J. **Fibrinolytic variables in patients with recurrent venous thrombosis: a prospective cohort study.** Thrombosis & Haemostasis 85(3):390-4, 2001

2) Clase C, Crowther M, Ingram A, Cina C. **Thrombolysis for restoration of patency to haemodialysis central venous catheters: A systematic review.** Journal of Thrombosis and Thrombolysis 11(2):127-136, 2001

3) Wilson SE, Douketis JD, Crowther MA. **Treatment of Warfarin-Associated Coagulopathy: A Physician Survey.** Chest 120:1972-1976, 2001

4) Douketis JD, Crowther MA, Foster GA, Ginsberg JS. **Does the location of thrombosis determine the risk of disease recurrence in patients with proximal deep vein thrombosis?** American Journal of Medicine 110(7):515-9, 2001

5) Kearon C, Ginsberg JS, Douketis JD, Crowther MA, Brill-Edwards P, Weitz JS, Hirsh J. **Management of Suspected Deep Vein Thrombosis in Outpatients by Using Clinical Assessment and D-dimer testing.** Annals of Internal Medicine 135(2):108-111, 2001

6) Crowther MA, Marshall JC. **Continuing challenges of Sepsis Research. JAMA** 286(15):1894-6, 2001 [Invited Editorial, Peer-reviewed]

7) Ginsberg JS, Crowther MA, White RA, Ortel TL. **Anticoagulation therapy.** Hematology (American Society of Hematology Educational Program) 339-357, 2001.

8) Cook D, Laporta D, Skrobik Y, Peters S, Sharpe M, Murphy P, Chin D, and Crowther M. **Prevention of venous thromboembolism in critically ill surgery patients: A cross-sectional study.** Journal of Critical Care 16 (4):161-166, 2001.

<u>2002</u> (Total to year end: 47)

1) Crowther MA, Berry L, Monagle PT, Chan AKC. **Mechanisms Responsible for the Failure of Protamine to Inactivate Low Molecular Weight Heparin**. British Journal of Hematology 116(1):178-86, 2002

2) Crowther MA, McDonald E, Johnston M, Cook DJ. **Vitamin K Deficiency and D-dimer Levels in the Intensive Care Unit** Blood Coagulation and Fibrinolysis 13:49-52, 2002

3) Douketis JD, Crowther MA, Stanton EB, Ginsberg JS **Elevated Cardiac Troponin Levels in Patients With Submassive Pulmonary Embolism** Archives of Internal Medicine 162:79-81, 2002

4) Ageno W, Steidl L, Marchesi C, Dentali F, Mera V, Squizzato A, Crowther MA, and Venco A. **Selecting patients for home treatment of deep vein thrombosis: the problem of cancer.** Haematologica 87(3):286-291, 2002.

5) Douketis JD, Kinnon K, Crowther MA. **Anticoagulant Effect at the Time of Epidural Catheter Removal in Patients Receiving Twice-daily or Once-daily Low-molecular-weight Heparin and Continuous Epidural Analgesia after Orthopedic Surgery** Thrombosis & Haemostasis 88(1):37-40,2002

6) Ageno W, Crowther M, Steidl L, Ultori C, Mera V, Dentali F, Squizzato A, Marchesi C, Venco A. **Low dose oral vitamin K to reverse acenocoumarol-induced coagulopathy: a randomized controlled trial.** Thrombosis & Haemostasis 88(1):48-51, 2002

7) Douketis JD, Eikelboom JW, Quinlan DJ, Willan AR, Crowther MA. **Short-Duration Prophylaxis Against Venous Thromboembolism After Total Hip or Knee Replacement: A Meta-analysis of Prospective Studies Investigating Symptomatic Outcomes.** Archives of Internal Medicine 162(13):1465-71, 2002

8) Crowther MA, Douketis JD, Schnurr T, Steidl L, Mera V, Ultori C, Venco A, Ageno W. **Oral Vitamin K lowers the International Normalized Ratio more Rapidly than Subcutaneous Vitamin K in the Treatment of Warfarin-Associated Coagulopathy. A randomized, controlled trial.** Annals of Internal Medicine 137(4):251-4, 2002

9) Crowther MA, Clase CM, Margetts PJ, Julian J, Lambert K, Sneath D, Nagai R, Wilson S, Ingram AJ. **Low-intensity warfarin is ineffective for the prevention of PTFE graft failure in patients on hemodialysis: A randomized controlled trial.** Journal of the American Society of Nephrology 13 (9):2331-2337, 2002.

10) Nagge J, Crowther M, Hirsh J. **Is Impaired Renal Function a Contraindication to the use of Low Molecular Weight Heparin?** Archives of Internal Medicine 162:2605-2609;2002

11) Crowther M. **Direct Thrombin Inhibitors.** Thrombosis Research 106(3):V275-30;2002.

12) Warkentin TE, Crowther MA. **Reversing anticoagulants both old and new.** Canadian Journal of Anesthesia 49:S11-25, 2002

<u>2003</u> (Total to year end: 57)
1) Lafferty JD, Raby A, Crawford L, Linkins LA, Richardson H, Crowther M. **Fetal-maternal hemorrhage detection in Ontario.** American Journal of Clinical Pathology 119(1):72-77;2003

2) Crowther MA, Kelton JG. **Congenital Thrombophilic states associated with Venous thrombosis: A qualitative overview and proposed classification system.** Annals of Internal Medicine 138:128-134, 2003

3) Bates SM, Kearon C, Crowther M, Linkins L, O'Donnell M, Douketis J, Lee AY, Weitz JI, Johnston M, Ginsberg JS. **A Diagnostic Strategy Involving a Quantitative Latex d-Dimer Assay Reliably Excludes Deep Venous Thrombosis.** Annals of Internal Medicine 138 (10):787-794, 2003.

4) Angus DC, Crowther MA. **Unraveling severe sepsis: Why do so many trials fail and what do we do next?** JAMA 290(2):256-8, 2003.

5) Kearon C, Ginsberg JS, Kovacs MJ, Anderson DR, Wells P, Julian JA, MacKinnon B, Weitz JI, Crowther MA, Dolan S, Turpie AG, Geerts W, Solymoss S, van Nguyen P, Demers C, Kahn SR, Kassis J, Rodger M, Hambleton J, Gent M and the ELATE Investigators. **Comparison of Low-Intensity with Conventional-Intensity Warfarin Therapy for Long-Term Prevention of Recurrent Venous Thromboembolism.** New England Journal of Medicine 349(7):631-9, 2003

6) Crowther MA, Ginsberg JS, Julian J, Denburg J, Hirsh J, Douketis J, Laskin C, Fortin P, Anderson D, Kearon C, Clarke A, Geerts W, Forgie M, Green D, Costantini L, Yacura W, Wilson S, Gent M, Kovacs MJ. **A Comparison of Two Intensities of Warfarin for the Prevention of Recurrent Thromboembolic Events in Patients with Antiphospholipid Antibodies: Results of a Randomized Clinical Trial** New England Journal of Medicine 2003;349:1133-8.

7) Crowther MA. **Lipoprotein(a): Another risk factor for venous thrombosis?** American Journal of Medicine. 2003 Dec 1;115(8):667-8

8) Crowther MA, Weitz JI. **New Anticoagulants: Current Status and Future Potential.** American Journal of Cardiovascular Drugs 2003:3(3):201-9

9) Lagrotteria DD, Crowther MA, Laroye C, Lee CH, Peregrine A. **A 44 year Old Woman with Dry Cough and Solitary Nodule (A Case of *Dirofilaria Immitis*).** CMAJ 2003;169(7):5-6

10) Crowther MA. **Oral Anticoagulation Initiation: Rationale for the use of Warfarin Dosing Nomograms.** Seminars in Vascular Medicine 2003;3(3):255-60

<u>2004</u> (Total to year end: 73)

1) Wilson SE, Watson HG, Crowther MA. **Low-dose oral vitamin K therapy for the management of asymptomatic patients with elevated international normalized ratios: a brief review**. CMAJ 2004:170 (5):821-824

2) Crowther MA, Weitz JI. **Ximelagatran: the first oral direct thrombin inhibitor.** Expert Opin Investig Drugs 2004:113(3):205-9

3) Gunther KE, Conway G, Leibach L, Crowther MA. **Low-dose oral vitamin K is safe and effective for outpatient management of patients with an INR>10.** Thromb Res. 2004;113(3-4):205-9.

4) Cook D, Meade M, Guyatt G, Griffith L, Granton J, Geerts W, Crowther M. The Canadian Critical Care Trials Group. **Clinically important deep vein thrombosis in the intensive care unit: a survey of intensivists. Crit Care.** 2004 Jun;8(3):R145-52. Epub 2004 May 06.

5) Woods K, Douketis JD, Schnurr T, Kinnon K, Powers P, Crowther MA. **Patient preferences for capillary vs. venous INR determination in an anticoagulation clinic: a randomized controlled trial.** Thromb Res 2004;114(3):161-5.

6) Liaw PC, Esmon CT, Kahnamoui K, Schmidt S, Kahnamoui S, Ferrell G, Beaudin S, Julian JA, Weitz JI, Crowther MA, Loeb M, Cook DJ. **Patients with severe sepsis vary markedly in their ability to generate activated protein C.** Blood 2004;104(13):3958-64. Epub 2004 Aug 19.

7) Wisloff F, Crowther M. **Evidence-based treatment of the antiphospholipid syndrome; I. Pregnancy failure.** Thromb Res 2004;114(2):75-81.

8) Crowther MA. **Antiphospholipid antibody syndrome: further evidence to guide clinical practice?** J Rheumatol 2004 Aug;31(8):1474-5.

9) Crowther MA. **Anticoagulant therapy for the thrombotic complications of the antiphospholipid antibody syndrome**. Thromb Res 2004;114(5-6):443-6

10) Schunemann HJ, Munger H, Brower S, O'Donnell M, Crowther M, Cook D, Guyatt G. **Methodology for guideline development for the Seventh American College of Chest Physicians Conference on Antithrombotic and Thrombolytic Therapy: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy** Chest 2004:126(3S):174S-178S

11) Lim W, Cook DJ, Crowther MA. **Safety and Efficacy of Low Molecular Weight Heparins for Hemodialysis in Patients with End-Stage Renal Failure: A Meta-analysis of Randomized Trials.** J Am Soc Nephrol. 2004:15(12):3192-3206.

12) Crowther M. **Fondaparinux was as effective as (noninferior to) enoxaparin in acute symptomatic deep venous thrombosis.** ACP J Club. 2004:141(3):74.

13) Ageno W, Garcia D, Libby E, Crowther, MA. **Managing oral anticoagulant therapy in patients with mechanical heart valves undergoing elective surgery: results of a survey conducted among Italian physicians.** Blood Coag Fibrinolysis. 2004:15(8):623-8.

14) Garcia DA, Ageno W, Libby EN, Bibb J, Douketis J, Crowther MA. **Perioperative anticoagulation for patients with mechanical heart valves: a survey of current practice.** J Thromb Thrombolysis. 2004 Dec;18(3):199-203

15) Crowther MA. **Acute reversal of anticoagulant-induced bleeding complications.** Clin Adv Hematol Oncol. 2004 Sep;2(9):578-82.

16) Crowther M, Weitz JI. **New anticoagulants: an update.** Clin Adv Hematol Oncol. 2004 Nov;2(11):743-9.

2005 (Total to year end 112)

1) Kahn SR, Kearon C, Julian JA, MacKinnon B, Kovacs MJ, Welis P, Crowther MA, Anderson DR, van Nguyen P, Demers C, Solymoss S, Kassis J, Geerts W, Rodger M, Hambleton J, Ginsberg JS, for the Extended Low-Intensity Anticoagulation for Thrombo-Embolism [ELATE] Investigators. **Predictors of the post thrombotic syndrome during long-term treatment of proximal deep vein thrombosis.** J Thromb Haemost. 2005 Apr;3(4):718-23.

2) Crowther MA, Wisloff F. **Evidence based treatment of the antiphospholipid syndrome II. Optimal anticoagulant therapy for thrombosis.** Thromb Res. 2005;115(1-2):3-8.

3) Tincani E, Piccoli M, Turrini F, Crowther MA, Melotti G, Bondi MJ. **Video laparoscopic surgery: is out-of-hospital thromboprophylaxis necessary?** J Thromb Haemost 2005 Feb;3(2):216-20.

4) Crowther MA, Ageno W, Schnurr T, Manfredi E, Kinnon K, Garcia D, Douketis JD. **Oral vitamin K produces a normal INR within 24 hours of its administration in most patients discontinuing warfarin.** Haematologica 2005 Jan;90(1):137-9.

5) Crowther MA, Cook DJ, Griffith LE, Meade M, Hanna S, Rabbat C, Bates SM, Geerts W, Johnston M, Guyatt G. **Neither baseline tests of molecular hypercoagulability nor D-dimer levels predict deep venous thrombosis in critically ill medical-surgical patients.** Intensive Care Med 2005 Jan;31(1):48-55.

6) Oh D, Kim S, Lim CY, Lee JS, Park S, Garcia D, Crowther MA, Ageno W. **Perioperative Anticoagulation in Patients with Mechanical Heart Valves Undergoing Elective Surgery: Results of a Survey Conducted among Korean Physicians.** Yonsei Med J. 2005 Feb 28;46(1):66-72.

7) Ageno W, Squizzato A, Dentali F, Crowther M. **Tailoring warfarin induction doses to reflect individual and disease-specific factors.** Am J Med. 2005 Feb;118(2):143-4.

8) Kearon C, Ginsberg JS, Douketis J, Crowther MA, Turpie AGG, Bates SM, Lee AY, Brill-Edwards P, Finch T, Gent M. **A Randomized Trial of Diagnostic Strategies after Normal Proximal Vein Ultrasonography for Suspected Deep Venous Thrombosis: D-Dimer Testing Compared with Repeated Ultrasonography.** Ann Intern Med 2005;142 490-496

9) Douketis JD, Julian JA, Kearon C, Anderson DR, Crowther MA, Bates SM, Barone M, Piovella F, Turpie AG, Middeldorp S, VAN Nguyen P, Prandoni P, Wells PS, Kovacs MJ, Macgillavry MR, Constantini L, Ginsberg JS. **Does the type of hormone replacement therapy influence the**

**risk of deep vein thrombosis? A prospective case-control study.** J Thromb Haemost. 2005 May;3(5):943-8.

10) Crowther MA. **Antiphospholipid antibody syndrome: recent findings on managing this challenging condition.** Cleve Clin J Med. 2005 Mar;72(3):245-9.

11) Cook D, Crowther M, Meade M, Rabbat C, Griffith L, Schiff D, Geerts W, Guyatt G. **Deep venous thrombosis in medical-surgical critically ill patients: prevalence, incidence, and risk factors.** Crit Care Med. 2005 Jul;33(7):1565-71.

12) Sohal AS, Gangji AS, Crowther MA, Treleaven D. **Uremic bleeding: Pathophysiology and clinical risk factors.** Thromb Res. 2005 Jun 30.

13) Whitlock R, Crowther MA, Ng HJ. **Bleeding in cardiac surgery: its prevention and treatment--an evidence-based review.** Crit Care Clin. 2005 Jul;21(3):589-610.

14) Gangji AS, Sohal AS, Treleaven D, Crowther MA. **Bleeding in patients with renal insufficiency: A practical guide to clinical management.** Thromb Res. 2005 Jun 21.

15) Athale UH, Siciliano SA, Crowther M, Barr RD, Chan AK. **Thromboembolism in children with acute lymphoblastic leukaemia treated on Dana-Farber Cancer Institute protocols: effect of age and risk stratification of disease.** Br J Haematol. 2005 Jun;129(6):803-10.

16) Garcia D, Regan S, Crowther M, Hughes RA, Hylek EM. **Warfarin maintenance dosing patterns in clinical practice: implications for safer anticoagulation in the elderly population.** Chest. 2005 Jun;127(6):2049-56.

17) Pereira JA, Holbrook AM, Dolovich L, Goldsmith C, Thabane L, Douketis JD, Crowther MA, Bates SM, Ginsberg JS. **Are brand-name and generic warfarin interchangeable? Multiple n-of-1 randomized, crossover trials.** Ann Pharmacother. 2005 Jul-Aug;39(7-8):1188-93.

18) Holbrook AM, Pereira JA, Labiris R, McDonald H, Douketis JD, Crowther M, Wells PS. **Systematic overview of warfarin and its drug and food interactions.** Arch Intern Med. 2005 May 23;165(10):1095-106.

19) Sun JC, Crowther MA, Warkentin TE, Lamy A, Teoh KH. **Should aspirin be discontinued before coronary artery bypass surgery?** Circulation. 2005 Aug 16;112(7):e85-90.

20) Dentali F, Manfredi E, Crowther M, Ageno W. **Long-duration therapy with low molecular weight heparin in patients with antiphospholipid antibody syndrome resistant to warfarin therapy.** J Thromb Haemost. 2005 Sep;3(9):2121-3.

21) Ageno W, Garcia D, Silingardi M, Galli M, Crowther M. **A randomized trial comparing 1 mg of oral vitamin K with no treatment in the management of warfarin-associated coagulopathy in patients with mechanical heart valves.** J Am Coll Cardiol. 2005 Aug 16;46(4):732-3.

22) Ng HJ, Crowther MA. **Anticoagulation therapy in the antiphospholipid syndrome: recent advances.** Curr Opin Pulm Med. 2005 Sep;11(5):368-372.

23)  Whitlock R, Crowther MA, Ng HJ.  **Bleeding in cardiac surgery: its prevention and treatment--an evidence-based review.** Crit Care Clin. 2005 Jul;21(3):589-610.

24) Lim W, Qushmaq I, Cook D, Crowther MA, Heels-Ansdell D, Devereaux PJ  and the Troponin T Trials Group. **Elevated troponin and myocardial infarction in the intensive care unit: a prospective study.** Critical Care 2005 Sept; 9(6): R636-R644.

25) Pereira J,2, Holbrook A, Dolovich L, Goldsmith C, Thabane L, Douketis J, Crowther MA, Bates S, Ginsberg J. **Are Brand-Name and Generic Warfarin Interchangeable? A Survey of Ontario Patients and Physicians.** Can J Clin Pharmacol 2005 Oct;12(3) Fall: e229-e239.

26) Cook DJ, Rocker G, Meade M, Guyatt G, Geerts W, Anderson D, Skrobik Y, Hebert P, Albert M, Cooper J, Bates S, Caco C, Finfer S, Fowler R, Freitag A, Granton J, Jones G, Langevin S, Mehta S, Pagliarello G, Poirier G, Rabbat C, Schiff D, Griffith L, Crowther M; for the PROTECT Investigators and the Canadian Critical Care Trials Group. **Prophylaxis of Thromboembolism in Critical Care (PROTECT) Trial: a pilot study.** J Crit Care. 2005 Dec;20(4):364-72.

27) Rabbat CG, Cook DJ, Crowther MA, McDonald E, Clarke F, Meade MO, Lee KA, Cook RJ. **Dalteparin thromboprophylaxis for critically ill medical-surgical patients with renal insufficiency.** J Crit Care. 2005 Dec;20(4):357-63.

28) Crowther MA, Cook DJ, Meade MO, Griffith LE, Guyatt GH, Arnold DM, Rabbat CG, Geerts WH, Warkentin TE. **Thrombocytopenia in medical-surgical critically ill patients: prevalence, incidence, and risk factors.** J Crit Care. 2005 Dec;20(4):348-353.

29) Crowther MA, Cook DJ, Griffith LE, Devereaux PJ, Rabbat CC, Clarke FJ, Hoad N, McDonald E, Meade MO, Guyatt GH, Geerts WH, Wells PS. **Deep venous thrombosis: clinically silent in the intensive care unit.** J Crit Care. 2005 Dec;20(4):334-40.

30) Douketis JD, Rabbat C, Crowther MA; for the VTE in the ICU Workshop Participants. **Anticoagulant prophylaxis in special populations with an indwelling epidural catheter or renal insufficiency.** J Crit Care. 2005 Dec;20(4):324-9.

31) Cook D, Crowther MA, Douketis J; for the VTE in the ICU Workshop Participants. **Thromboprophylaxis in medical-surgical intensive care unit patients.** J Crit Care. 2005 Dec;20(4):320-3.

32) Cook D, Douketis J, Crowther MA, Anderson DR; for the VTE in the ICU Workshop Participants. **The diagnosis of deep venous thrombosis and pulmonary embolism in medical-surgical intensive care unit patients.** J Crit Care. 2005 Dec;20(4):314-9.

33) Cook DJ, Crowther MA, Meade MO, Douketis J; for the VTE in the ICU Workshop Participants. **Prevalence, incidence, and risk factors for venous thromboembolism in medical-surgical intensive care unit patients.** J Crit Care. 2005 Dec;20(4):309-13.

34) Cook DJ, Crowther MA, Geerts WH. **On the need for a workshop on venous thromboembolism in critical care.** J Crit Care. 2005 Dec;20(4):306-8.

35) Crowther MA. **Pathogenesis of atherosclerosis.** Hematology (Am Soc Hematol Educ Program). 2005;:436-41.

36) Douketis JD, Woods K, Foster GA, Crowther MA. **Bridging anticoagulation with low-molecular-weight heparin after interruption of warfarin therapy is associated with a residual anticoagulant effect prior to surgery.** Thromb Haemost. 2005 Sep;94(3):528-31.

37) Crowther M, Adams P. **Anticoagulants and gastrointestinal bleeding.** Can J Gastroenterol. 2005 Sep;19(9):535-7.

38) Lafferty J, Gill K, Raby A, Richardson H, Crowther M. **Proficiency testing of reticulocyte counting in Ontario.** Lab Hematol. 2005;11(3):185-9.

39) Aldawood AS, Crowther M, Jaeschke R, Dabbagh O, Alkhairy K, Baharoon S, Ahmed N. **The incidence and impact of lupus anticoagulants among patients in the intensive care unit.** Saudi Med J. 2005 Dec;26(12):1994-5

2006 (total to year end 139)
1) Lim W, Crowther MA, Eikelboom JW. **Management of antiphospholipid antibody syndrome: a systematic review.** JAMA. 2006;295(9):1050-7.

2) McMullin J, Cook D, Griffith L, McDonald E, Clarke F, Guyatt G, Gibson J, Crowther M. **Minimizing errors of omission: behavioural reinforcement of heparin to avert venous emboli: the BEHAVE study.** Crit Care Med. 2006;34(3):694-9.

3) Garcia DA, Regan S, Crowther M, Hylek EM. **The risk of hemorrhage among patients with warfarin-associated coagulopathy.** J Am Coll Cardiol. 2006;47(4):804-8.

4) Ng HJ, Crowther MA. **New anti-thrombotic agents: emphasis on hemorrhagic complications and their management.** Semin Hematol. 2006;43(1Suppl1):S77-83.

5) Dentali F, Crowther M, Ageno W. **Thrombophilic abnormalities, oral contraceptives and risk of cerebral vein thrombosis: a meta-analysis.** Blood 2006 Apr 1;107(7):2766-73.

6) Lim W, Qushmaq I, Cook DJ, Devereaux PJ, Heels-Ansdell D, Crowther MA, Tkaczyk A, Meade MO, Cook RJ; for the Troponin T Study Group. **Reliability of electrocardiogram interpretation in critically ill patients.** Crit Care Med. 2006 May;34(5):1338-43.

7) Lim W, Dentali F, Eikelboom JW, Crowther MA. **Meta-analysis: low-molecular-weight heparin and bleeding in patients with severe renal insufficiency.** Ann Intern Med. 2006 May 2;144(9):673-84.

8) Lim W, Cook DJ, Griffith LE, Crowther MA, Devereaux PJ. **Elevated cardiac troponin levels in critically ill patients: prevalence, incidence, and outcomes.** Am J Crit Care. 2006 May;15(3):280-8

9) Brimble KS, McFarlane A, Winegard N, Crowther M, Churchill DN. **Effect of chronic kidney disease on red blood cell rheology.** Clin Hemorheol Microcirc. 2006;34(3):411-20.

10) Dentali F, Gianni M, Crowther MA, Ageno W. **Natural history of cerebral vein thrombosis: A systematic review.** Blood. 2006 Apr 11; [Epub ahead of print]

11) Ageno W, Prandoni P, Romualdi E, Ghirarduzzi A, Dentali F, Pesavento R, Crowther M, Venco A. **The metabolic syndrome and the risk of venous thrombosis: a case control study.** J Thromb Haemost. 2006 Jul 17; [Epub ahead of print]

12) Dentali F, Douketis JD, Woods K, Thabane L, Foster G, Holbrook A, Crowther M. **Does Celecoxib Potentiate the Anticoagulant Effect of Warfarin? A Randomized, Double-Blind, Controlled Trial.** Ann Pharmacother. 2006 Jul-Aug;40(7-8):1241-7.

13) Dranitsaris G, Vincent M, Crowther M. **Dalteparin versus Warfarin for the Prevention of Recurrent Venous Thromboembolic Events in Cancer Patients : A Pharmacoeconomic Analysis.** Pharmacoeconomics. 2006;24(6):593-607.

14) Tincani E, Mannucci C, Casolari B, Turrini F, Crowther MA, Prisco D, Cenci AM, Bondi M. **Safety of dalteparin for the prophylaxis of venous thromboembolism in elderly medical patients with renal insufficiency: a pilot study.** Haematologica. 2006 Jul;91(7):976-9. Epub 2006 Jun 1.

15) Kearon C, Ginsberg JS, Douketis J, Turpie AG, Bates SM, Lee AY, Crowther MA, Weitz JI, Brill-Edwards P, Wells P, Anderson DR, Kovacs MJ, Linkins LA, Julian JA, Bonilla LR, Gent M; Canadian Pulmonary Embolism Diagnosis Study (CANPEDS) Group. **An evaluation of D-dimer in the diagnosis of pulmonary embolism: a randomized trial.** Ann Intern Med. 2006 Jun 6;144(11):812-21.

16) Beekman R, Crowther M, Farrokhyar F, Birch DW. **Practice patterns for deep vein thrombosis prophylaxis in minimal-access surgery.** Can J Surg. 2006 Jun;49(3):197-202.

17) Ng HJ, Crowther MA. **Malignancy-associated venous thrombosis with concurrent warfarin-induced skin necrosis, venous limb gangrene and thrombotic microangiopathy.** Thromb Haemost. 2006 Jun;95(6):1038-9.

18) Ng HJ, Crowther MA. **Azathioprine and inhibition of the anticoagulant effect of warfarin: evidence from a case report and a literature review.** Am J Geriatr Pharmacother. 2006 Mar;4(1):75-7. Review.

19) Spitzer KA, Murphy K, Crowther M, Clark CA, Laskin CA. **Postpartum management of women at increased risk of thrombosis -- results of a Canadian pilot survey.** J Rheumatol. 2006 Nov;33(11):2222-6.

20) Dentali F, Crowther M. **Acquired thrombophilia during pregnancy.** Obstet Gynecol Clin North Am. 2006 Sep;33(3):375-88. Review.

21) Dentali F, Ageno W, Crowther M. **Treatment of coumarin-associated coagulopathy: a systematic review and proposed treatment algorithms.** J Thromb Haemost. 2006 Sep;4(9):1853-63.

22) Douketis J, Wang J, Cuddy K, Wagler M, Kinnon K, Crowther M. **The safety of co-administered continuous epidural analgesia and low-molecular-weight heparin after major orthopedic surgery: assessment of a standardized patient management protocol.** Thromb Haemost. 2006 Sep;96(3):387-9.

23) Arnold DM, Crowther MA, Cook RJ, Sigouin C, Heddle NM, Molnar L, Cook DJ. **Utilization of platelet transfusions in the intensive care unit: indications, transfusion triggers, and platelet count responses.** Transfusion. 2006 Aug;46(8):1286-91.

24) McDonald E, Crowther M, Tkaczyk A, Clarke F, Newman T. **What makes a good ICU?** Aust Crit Care. 2006 Aug;19(3):85.

25) Crowther M, Lim W. **Measuring the anticoagulant effect of low molecular weight heparins in the critically ill.** Crit Care. 2006;10(4):150.

26) Ageno W, Prandoni P, Romualdi E, Ghirarduzzi A, Dentali F, Pesavento R, Crowther M, Venco A. **The metabolic syndrome and the risk of venous thrombosis: a case-control study.** J Thromb Haemost. 2006 Sep;4(9):1914-8.

27) Kearon C, Ginsberg JS, Julian JA, Douketis J, Solymoss S, Ockelford P, Jackson S. Turpie AG, MacKinnon B, Hirsh J, Gent M; Fixed-Dose Heparin (FIDO) Investigators. **Comparison of fixed-dose weight-adjusted unfractionated heparin and low-molecular-weight heparin for acute treatment of venous thromboembolism.** JAMA. 2006 Aug 23;296(8):935-42.

2007 (total to year end 162)

1) Warkentin TE, Crowther MA. **When is HIT really HIT?** Ann Thorac Surg. 2007 Jan;83(1):21-3.

2) Lafferty JD, Barth DS, Sheridan BL, McFarlane AG, Halchuk LM, Crowther MA. **Prevalence of thalassemia in patients with microcytosis referred for hemoglobinopathy investigation in ontario: a prospective cohort study.** Am J Clin Pathol. 2007 Feb;127(2):1-5.

3) Arnold DM, Dentali F, Crowther MA, Meyer RM, Cook RJ, Sigouin C, Fraser GA, Lim W, Kelton JG. **Systematic review: efficacy and safety of rituximab for adults with idiopathic thrombocytopenic purpura.** Ann Intern Med. 2007 Jan 2;146(1):25-33. Review.

4) Dentali F, Douketis JD, Lim W, Crowther MA. **Combined Aspirin—Oral Anticoagulant Therapy Compared With Oral Anticoagulant Therapy Alone Among Patients at Risk for Cardiovascular Disease.** Arch Intern Med. 2007;167:117-124.

5) Wilson SE, Costantini L, Crowther MA. **Paper-based dosing algorithms for maintenance of warfarin anticoagulation.** J Thromb Thrombolysis. 2007 Jun;23(3):195-8.

6) Dentali F, Douketis JD, Gianni M, Lim W, Crowther MA. **Meta-analysis: anticoagulant prophylaxis to prevent symptomatic venous thromboembolism in hospitalized medical patients.** Ann Intern Med. 2007 Feb 20;146(4):278-88.

7) Crowther M. **An abnormal D-dimer test result indicated that anticoagulation should be continued.** ACP J Club. 2007 Mar-Apr;146(2):29.

8) Woods K, Douketis JD, Kathirgamanathan K, Yi Q, Crowther MA. **Low-dose oral vitamin K to normalize the international normalized ratio prior to surgery in patients who require temporary interruption of warfarin.** J Thromb Thrombolysis. 2007 Oct;24(2):93-7.

9) Clark CA, Spitzer KA, Crowther MA, Nadler JN, Laskin MD, Waks JA, Laskin CA. **Incidence of**

postpartum thrombosis and preterm delivery in women with antiphospholipid antibodies and recurrent pregnancy loss. J Rheumatol. 2007 May;34(5):992-6.

10) Lauzier F, Cook D, Griffith L, Upton J, Crowther M. **Fresh frozen plasma transfusion in critically ill patients.** Crit Care Med. 2007 Jul;35(7):1655-9.

11) Lynd LD, Goeree R, Crowther MA, O'Brien BJ. **A probabilistic cost-effectiveness analysis of enoxaparin versus unfractionated heparin for the prophylaxis of deep-vein thrombosis following major trauma.** Can J Clin Pharmacol. 2007 Summer;14(2):e215-26

12) Whitlock RP, Crowther MA, Warkentin TE, Blackall MH, Farrokhyar F, Teoh KH. **Warfarin cessation before cardiopulmonary bypass: lessons learned from a randomized controlled trial of oral vitamin K.** Ann Thorac Surg. 2007 Jul;84(1):103-8.

13) Karkouti K, Beattie WS, Crowther MA, Callum JL, Chun R, Fremes SE, Lemieux J, McAlister VC, Muirhead BD, Murkin JM, Nathan HJ, Wong BI, Yau TM, Yeo EL, Hall RI. **The role of recombinant factor VIIa in on-pump cardiac surgery: proceedings of the Canadian Consensus Conference.** Can J Anaesth. 2007 Jul;54(7):573-82.

14) Garcia DA, Khamashta MA, Crowther MA. **How we diagnose and treat thrombotic manifestations of the antiphospholipid syndrome: a case-based review.** Blood. 2007 Nov 1;110(9):3122-7.

15) Lim W, Wang M, Crowther M, Douketis J. **The management of anticoagulated patients requiring dental extraction: a cross-sectional survey of oral and maxillofacial surgeons and hematologists.** J Thromb Haemost. 2007 Jul 23; [Epub ahead of print].

16) Chan WS, Chunilal S, Lee A, Crowther M, Rodger M, Ginsberg JS. **A red blood cell agglutination D-dimer test to exclude deep venous thrombosis in pregnancy.** Ann Intern Med. 2007 Aug 7;147(3):165-70.

17) Tincani E, Crowther MA, Turrini F, Prisco D. **Prevention and treatment of venous thromboembolism in the elderly patient.** Clin Interv Aging. 2007;2(2):237-46.

18) Crowther MA, Cook DJ. **Trials and tribulations of systematic reviews and meta-analyses.** Hematology Am Soc Hematol Educ Program. 2007;2007:493-7.

19) Crowther M, Lim W. **Low molecular weight heparin and bleeding in patients with chronic renal failure.** Curr Opin Pulm Med. 2007 Sep;13(5):409-13.

20) Lim W, Crowther MA. **Antiphospholipid antibiodies: a critical review of the literature.** Curr Opin Hematol. 2007 Sep;14(5):494-9.

21) Crowther MA. **Inferior vena cava filters in the management of venous thromboembolism.** Am J Med. 2007 Oct;120(10 Suppl 2):S13-7.

22) Cook D, Crowther M. **Targeting anemia with erythropoietin during critical illness.** N Engl J Med. 2007 Sep 6;357(10):1037-9. [Invited, peer-reviewed, editorial]

23) Crowther M, Lim W. **[Fondaparinux--evolution or revolution in anticoagulant care?]** Pol Arch Med Wewn. 2007 Mar;117(3):5-7. [Invited, peer-reviewed, editorial]

<u>2008</u> (Total to year end 192)

1) Lafferty JD, Barth DS, Sheridan BL, McFarlane AG, Halchuk LM, Raby A, Crowther MA. **A Multicenter Trial of the Effectiveness of zeta-Globin Enzyme-Linked Immunosorbent Assay and Hemoglobin H Inclusion Body Screening for the Detection of alpha0-Thalassemia Trait.** Am J Clin Pathol. 2008 Feb;129(2):309-15.

2) Crowther M, Pai M. **Addition of graduated compression stockings to fondaparinux did not reduce risk for venous thromboembolism after hip surgery.** ACP J Club. 2008 Jan-Feb;148(1):21. [Invited, peer-reviewed, editorial]

3) Crowther M, Lim W. **Re-examining aggressive anticoagulant therapy: the case of acute coronary syndromes.** Nat Clin Pract Cardiovasc Med. 2008 Feb;5(2):72-3. [Invited, peer-reviewed, editorial]

4) Menaka Pai, Mark A. Crowther. **Anticoagulation for the prevention of central venous catheter associated-thrombosis: an evidence based commentary.** Pol Arch Intern Med & Medycyna Praktyczna. 2007; 117 (11-12): 494-496 [Invited, peer-reviewed, editorial]

5) Sun JC, Whitlock R, Cheng J, Eikelboom JW, Thabane L, Crowther MA, Teoh KH. **The effect of pre-operative aspirin on bleeding, transfusion, myocardial infarction, and mortality in coronary artery bypass surgery: a systematic review of randomized and observational studies.** Eur Heart J. 2008 Apr;29(8):1057-71. Epub 2008 Mar 16.

6) Dentali F, Malato A, Ageno W, Imperatori A, Cajozzo M, Rotolo N, Douketis J, Siragusa S, Crowther M. **Incidence of venous thromboembolism in patients undergoing thoracotomy for lung cancer.** J Thorac Cardiovasc Surg. 2008 Mar;135(3):705-6.

7) Lim W, Holinski P, Devereaux P, Tkaczyk A, McDonald E, Clarke F, Qushmaq I, Terrenato I, Schunemann H, Crowther M, Cook D. **Detecting myocardial infarction in critical illness using screening troponin measurements and ECG recordings.** Crit Care. 2008 Mar 4;12(2):R36. [Epub ahead of print]

8) Cook D, Douketis J, Meade M, Guyatt G, Zytaruk N, Granton J, Skrobik Y, Albert M, Fowler R, Hebert P, Pagliarello G, Friedrich J, Freitag A, Karachi T, Rabbat C, Heels-Ansdell D, Geerts W, Crowther M; the Canadian Critical Care Trials Group. **Venous thromboembolism and bleeding in critically ill patients with severe renal insufficiency receiving dalteparin thromboprophylaxis: prevalence, incidence and risk factors.** Crit Care. 2008 Mar 3;12(2):R32. [Epub ahead of print]

9) Crowther MA, Warkentin TE. **Bleeding risk and the management of bleeding complications in patients undergoing anticoagulant therapy: focus on new anticoagulant agents.** Blood. 2008 May 15;111(10):4871-9. Epub 2008 Feb 28.

10) Lloyd NS, Douketis JD, Moinuddin I, Lim W, Crowther MA. **Anticoagulant prophylaxis to prevent asymptomatic deep vein thrombosis in hospitalized medical patients: a systematic review and meta-analysis.** J Thromb Haemost. 2008 Mar;6(3):405-14. Epub 2007 Nov 20.

11) Ansell J, Hirsh J, Hylek E, Jacobson A, Crowther M, Palareti G. **Pharmacology and management of the vitamin K antagonists: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines (8th Edition).** Chest. 2008 Jun;133(6 Suppl):160S-198S

12) Xing KH, Morrison G, Lim W, Douketis J, Odueyungbo A, Crowther M. **Has the incidence of deep vein thrombosis in patients undergoing total hip/knee arthroplasty changed over time? A systematic review of randomized controlled trials.** Thromb Res. 2008 Jul 10. [Epub ahead of print]

13) Verhovsek M, Motlagh B, Crowther MA, Kennedy C, Dolovich L, Campbell G, Wang L, Papaioannou A. **Quality of anticoagulation and use of warfarin-interacting medications in long-term care: a chart review.** BMC Geriatr. 2008 Jul 3;8:13.

14) Garcia DA, Witt DM, Hylek E, Wittkowsky AK, Nutescu EA, Jacobson A, Moll S, Merli GJ, Crowther M, Earl L, Becker RC, Oertel L, Jaffer A, Ansell JE. **Delivery of Optimized Anticoagulant Therapy: Consensus Statement from the Anticoagulation Forum (July/August).** Ann Pharmacother. 2008 Jun 17. [Epub ahead of print]

15) Crowther MA, George JN. **Thrombotic thrombocytopenic purpura: 2008 update.** Cleve Clin J Med. 2008 May;75(5):369-75.

16) Linnik MD, O'Rourke AM, Crowther MA. **Pharmacokinetics of high-dose abetimus sodium in normal subjects with specific assessment of effect on coagulation.** J Clin Pharmacol. 2008 Aug;48(8):909-18. Epub 2008 May 29.

17) Clark NP, Witt DM, Delate T, Trapp M, Garcia D, Ageno W, Hylek EM, Crowther MA for the Warfarin-Associated Research Projects and Other Endeavors (WARPED) Consortium **Thromboembolic Consequences of Subtherapeutic Anticoagulation in Patients Stabilized on Warfarin Therapy: The Low INR Study.** Pharmacotherapy. 2008 28(8): 960-967

18) Dentali F, Crowther MA. **Management of excessive anticoagulant effect due to vitamin k antagonists.** Hematology Am Soc Hematol Educ Program. 2008;2008:266-70. PMID: 19074094

19) Rosovsky RP, Crowther MA. **What Is the Evidence for the Off-label Use of Recombinant Factor VIIa (rFVIIa) in the Acute Reversal of Warfarin?** Hematology Am Soc Hematol Educ Program. 2008;2008:36-8. PMID: 19074054

20) Lim W, Arnold DM, Bachanova V, Haspel RL, Rosovsky RP, Shustov AR, Crowther MA. **Evidence-based guidelines--an introduction.** Hematology Am Soc Hematol Educ Program. 2008;2008:26-30. PMID: 19074050

21) Crowther M, Radwi G. **Erythropoietin-stimulating agents: ongoing concerns with safety.** Am J Kidney Dis. 2008 Dec;52(6):1039-41. PMID: 19026357

22) Crowther MA, Cook DJ. **Preventing venous thromboembolism in critically ill patients.** Semin Thromb Hemost. 2008 Jul;34(5):469-74. Epub 2008 Oct 27. PMID: 18956287

23) Crowther MA, Bates SM, Keeney M, Raby A, Flynn G. **Human-derived D-dimer for external quality assessment: results of four surveys in Ontario.** Am J Clin Pathol. 2008 Nov;130(5):805-10. PMID: 18854274

24) Seto A, Bernotas A, Crowther M, Wittkowsky AK. **Definition of major bleeding used by US anticoagulation clinics.** Thromb Res. 2008 Oct 4. PMID: 18835632

25) Crowther M. **Preventing and managing bleeding complications in anticoagulated patients: A case based approach.** Thromb Res. 2008;123 Suppl 1:S42-5. Epub 2008 Oct 1.

26) Kearon C, Julian JA, Kovacs MJ, Anderson DR, Wells P, Mackinnon B, Weitz JI, Crowther MA, Dolan S, Turpie AG, Geerts W, Solymoss S, van Nguyen P, Demers C, Kahn SR, Kassis J, Rodger M, Hambleton J, Gent M, Ginsberg JS; ELATE Investigators. **Influence of thrombophilia on risk of recurrent venous thromboembolism while on warfarin: results from a randomized trial.** Blood. 2008 Dec 1;112(12):4432-6. Epub 2008 Sep 12. PMID: 18791166

27) Crowther MA, Cook DJ. **Thromboprophylaxis in medical-surgical critically ill patients.** Curr Opin Crit Care. 2008 Oct;14(5):520-3. PMID: 18787443

28) Douketis J, Cook D, Meade M, Guyatt G, Geerts W, Skrobik Y, Albert M, Granton J, Hébert P, Pagliarello G, Marshall J, Fowler R, Freitag A, Rabbat C, Anderson D, Zytaruk N, Heels-Ansdell D, Crowther M; Canadian Critical Care Trials Group. **Prophylaxis against deep vein thrombosis in critically ill patients with severe renal insufficiency with the low-molecular-weight heparin dalteparin: an assessment of safety and pharmacodynamics:** the DIRECT study. Arch Intern Med. 2008 Sep 8;168(16):1805-12. PMID: 18779469

29) Rodger MA, Kahn SR, Wells PS, Anderson DA, Chagnon I, Le Gal G, Solymoss S, Crowther M, Perrier A, White R, Vickars L, Ramsay T, Betancourt MT, Kovacs MJ. **Identifying unprovoked thromboembolism patients at low risk for recurrence who can discontinue anticoagulant therapy.** CMAJ. 2008 Aug 26;179(5):417-26. PMID: 18725614

30) Neal M, Crowther M, Douketis J, Verhovsek M, Stidley C, Garcia D. **Reversal of vitamin K antagonist-associated coagulopathy: a survey of current practice.** Thromb Res. 2008;122(6):864-6. Epub 2008 Aug 3.

**2009** (Total to year end 222)
1) Dentali F, Squizzato A, Brivio L, Appio L, Campiotti L, Crowther M, Grandi AM, Ageno W. **JAK2V617F mutation for the early diagnosis of Ph- myeloproliferative neoplasms in patients with venous thromboembolism: a meta-analysis.** Blood. 2009 May 28;113(22):5617-23. Epub 2009 Mar 9.PMID: 19273837

2) Crowther MA, Ageno W, Garcia D, Wang L, Witt DM, Clark NP, Blostein MD, Kahn SR, Vesely SK, Schulman S, Kovacs MJ, Rodger MA, Wells P, Anderson D, Ginsberg J, Selby R, Siragusa S, Silingardi M, Dowd MB, Kearon C. **Oral vitamin K versus placebo to correct excessive anticoagulation in patients receiving warfarin: a randomized trial.**Ann Intern Med. 2009 Mar 3;150(5):293-300. PMID: 19258557

3) Le Gal G, Kovacs MJ, Carrier M, Do K, Kahn SR, Wells PS, Anderson DA, Chagnon I, Solymoss S, Crowther M, Righini M, Perrier A, White RH, Vickars L, Rodger M. **Validation of a diagnostic approach to exclude recurrent venous thromboembolism.** J Thromb Haemost. 2009 Feb 18. [Epub ahead of print] PMID: 19228281

4) Holland L, Warkentin TE, Refaai M, Crowther MA, Johnston MA, Sarode R. **Suboptimal effect of a three-factor prothrombin complex concentrate (Profilnine-SD) in correcting supratherapeutic international normalized ratio due to warfarin overdose.** Transfusion. 2009 Feb 6. [Epub ahead of print] PMID: 19210325

5) Laskin CA, Spitzer KA, Clark CA, Crowther MR, Ginsberg JS, Hawker GA, Kingdom JC, Barrett J, Gent M. **Low Molecular Weight Heparin and Aspirin for Recurrent Pregnancy Loss: Results from the Randomized, Controlled HepASA Trial.** J Rheumatol. 2009 Feb 4. [Epub ahead of print] PMID: 19208606

6) Karkouti K, Wijeysundera DN, Yau TM, Callum JL, Cheng DC, Crowther M, Dupuis JY, Fremes SE, Kent B, Laflamme C, Lamy A, Legare JF, Mazer CD, McCluskey SA, Rubens FD, Sawchuk C, Beattie WS. **Acute kidney injury after cardiac surgery: focus on modifiable risk factors.** Circulation. 2009 Feb 3;119(4):495-502. Epub 2009 Jan 19.PMID: 19153273

7) Kagoma YK, Crowther MA, Douketis J, Bhandari M, Eikelboom J, Lim W. **Use of antifibrinolytic therapy to reduce transfusion in patients undergoing orthopedic surgery: A systematic review of randomized trials.** Thromb Res. 2009;123(5):687-96. PMID: 19007970

8) Crowther MA, Warkentin TE. **Managing bleeding in anticoagulated patients with a focus on novel therapeutic agents.** J Thromb Haemost. 2009 Jul;7 Suppl 1:107-10. PMID: 19630780

9) Chan WS, Lee A, Spencer FA, Crowther M, Rodger M, Ramsay T, Ginsberg JS. **Predicting deep venous thrombosis in pregnancy: out in "LEFt" field?** Ann Intern Med. 2009 Jul 21;151(2):85-92. PMID: 19620161

10) Cook DJ, Douketis J, Arnold D, Crowther MA. **Bleeding and venous thromboembolism in the critically ill with emphasis on patients with renal insufficiency.** Curr Opin Pulm Med. 2009 Sep;15(5):455-62.PMID: 19617833

11) Garcia D, Ageno W, Bussey H, Eikelboom J, Margaglione M, Marongiu F, Moia M, Palareti G, Pengo V, Poli D, Schulman S, Witt D, Wittkowksy A, Crowther M. **Prevention and treatment of bleeding complications in patients receiving vitamin K antagonists, Part 1: Prevention.** Am J Hematol. 2009 Jun 11. PMID: 19610022

12) Ageno W, Garcia D, Aguilar MI, Douketis J, Finazzi G, Imberti D, Iorio A, Key NS, Lim W, Marietta M, Prisco D, Sarode R, Testa S, Tosetto A, Crowther M. **Prevention and treatment of bleeding complications in patients receiving vitamin K antagonists, part 2: Treatment.** Am J Hematol. 2009 Jun 11. PMID: 19610020

13) Lepic K, Crowther MA. **A logical approach to surgical thromboprophylaxis.** Curr Opin Hematol. 2009 Jun 22. PMID: 19550321

14) Arnold DM, Bernotas A, Nazi I, Stasi R, Kuwana M, Liu Y, Kelton JG, Crowther MA. **Platelet count response to H. pylori treatment in patients with immune thrombocytopenic purpura with and without H. pylori infection: a systematic review.** Haematologica. 2009 Jun;94(6):850-6. PMID: 19483158

15) Witt DM, Delate T, Clark NP, Martell C, Tran T, Crowther MA, Garcia DA, Ageno W, Hylek EM; Warfarin Associated Research Projects and other EnDeavors (WARPED) Consortium. **Outcomes and predictors of very stable INR control during chronic anticoagulation therapy.** Blood. 2009 Jul 30;114(5):952-6. Epub 2009 May 13.PMID: 19439733

16) Warkentin TE, Crowther MA. **Adverse prognostic significance of thrombocytopenia in acute coronary syndrome: can anything be done about it?** Circulation. 2009 May 12;119(18):2420-2. PMID: 19433766 [Invited editorial, peer reviewed]

17) Spencer FA, Gore JM, Reed G, Lessard D, Pacifico L, Emery C, Crowther MA, Goldberg RJ. **Venous thromboembolism and bleeding in a community setting. The Worcester Venous Thromboembolism Study.** Thromb Haemost. 2009 May;101(5):878-85. PMID: 19404541

18) Cook D, Sinuff T, Zytaruk N, Rabbat C, Lee A, O'Donnell M, Thabane L, Linkins L, Treleaven D, Patel R, Meade M, Crowther M, Marshall JC, Douketis J; DIRECT Investigators and Canadian Critical Care Trials Group. **Event adjudication and data monitoring in an intensive care unit observational study of thromboprophylaxis.** J Crit Care. 2009 Jun;24(2):168-75. Epub 2009 Mar 27. PMID: 19327956

19) Ribic C, Lim W, Cook D, Crowther M. **Low-molecular-weight heparin thromboprophylaxis in medical-surgical critically ill patients: a systematic review.** J Crit Care. 2009 Jun;24(2):197-205. Epub 2009 Feb 7. PMID: 19327323

20) Lim W, Tkaczyk A, Holinski P, Qushmaq I, Jacka M, Khera V, Devereaux PJ, Terrenato I, Schunemann H, Heels-Ansdell D, Crowther M, Cook D. **The diagnosis of myocardial infarction in critically ill patients: An agreement study.** J Crit Care. 2009 Jan 16. PMID: 19327310

21) Ainsworth CD, Crowther MA, Treleaven D, Evanovitch D, Webert KE, Blajchman MA. **Severe hemolytic anemia post-renal transplantation produced by donor anti-D passenger lymphocytes: case report and literature review.** Transfus Med Rev. 2009 Apr;23(2):155-9. PMID: 19304116

22) Jaeschke R, Gajewski P, Bates SM, Douketis J, Solnica B, Crowther M, Leśniak W, Brozek JL, Schünemann HJ, Zawilska K, Tomkowski W, Undas A, Sznajd J, Nizankowski R, Bała MM, Guyatt G.**2009 evidence-based clinical practice guidelines for diagnosing a first episode of lower extremities deep vein thrombosis in ambulatory outpatients.** Pol Arch Med Wewn. 2009 Sep;119(9):541-9.

23) Witt DM, Delate T, McCool KH, Dowd MB, Clark NP, Crowther MA, Garcia DA, Ageno W, Dentali F, Hylek EM, Rector WG; on behalf of the WARPED Consortium§§.**Incidence and predictors of bleeding or thrombosis following polypectomy in patients receiving and not receiving anticoagulation therapy.** J Thromb Haemost. 2009 Aug 28. [Epub ahead of print] PMID: 19719825

24) Dentali F, Ageno W, Witt D, Malato A, Clark N, Garcia D, McCool K, Siragusa S, Dyke S, Crowther M; WARPED consortium. **Natural history of mesenteric venous thrombosis in patients treated with vitamin K antagonists: a multi-centre, retrospective cohort study.** Thromb Haemost. 2009 Sep;102(3):501-4. PMID: 19718470

25) Rajasekhar A, Crowther MA. **ASH evidence-based guidelines: what is the role of inferior vena cava filters in the perioperative prevention of venous thromboembolism in bariatric surgery patients?** Hematology Am Soc Hematol Educ Program. 2009:302-4. PMID: 20008214

26) Mukaya JE, Ddungu H, Ssali F, O'Shea T, Crowther MA. **Prevalence and morphological types of anaemia and hookworm infestation in the medical emergency ward, Mulago Hospital, Uganda.** S Afr Med J 2009; 99: 881-886.

27) Crowther MA.**Introduction to surrogates and evidence-based mini-reviews.** Hematology Am Soc Hematol Educ Program. 2009:15-6. PMID: 20008177

28) Schulman S, Kearon C, Kakkar AK, Mismetti P, Schellong S, Eriksson H, Baanstra D, Schnee J, Goldhaber SZ; RE-COVER Study Group. **Dabigatran versus warfarin in the treatment of acute venous thromboembolism.** N Engl J Med. 2009 Dec 10;361(24):2342-52. PMID: 19966341

29) Lafferty J, Raby A, Keeney M, Flynn GJ, Crowther M. **Inaccurate doses of Rh immune**

globulin after Rh-incompatible fetomaternal hemorrhage-survey of laboratory practice. Arch Pathol Lab Med. 2009 Dec;133(12):1910-1. No abstract available. PMID: 19961242 [PubMed - indexed for MEDLINE]

30) Goldenberg NA, Tripputi M, Crowther M, Abshire TC, Dimichele D, Manco-Johnson MJ, Hiatt WR. **The "parallel-cohort RCT": Novel design aspects and application in the Kids-DOTT trial of pediatric venous thromboembolism.** Contemp Clin Trials. 2009 Nov 24. [Epub ahead of print] PMID: 19941974

**2010** (Total to year end 259)

1) Garcia D, Libby E, Crowther MA. **The new oral anticoagulants.** Blood 2010 Jan 7; 115(1):15-20. PMID: 19880491 [PubMed – indexed for MEDLINE]

2) Witt DM, Delate R, Clark NP, Martell C, Tran T, Crowther MA, Garcia DA, Ageno W, Hylek EM on behalf of the Warfarin Associated Research Projects and other EnDeavors (WARPED) Consortium. **Twelve-month outcomes and predictors of very stable INR control in prevalent Warfarin users.** J Thromb Haemost 2010 Jan 17 [Epub ahead of print]. PMID: 20088929

3) Dentali F, Crowther M. **Antiphospholipid antibodies in critical illness.** Crit Care Med 2010 Fed; 38(2 Suppl): S51-6. Review. PMID: 20083914

4) Cook DJ, Crowther MA. **Thromboprophylaxis in the intensive care unit: focus on medical-surgical patients.** Crit Care Med 2010 Feb; 38(2Suppl): S76-82. PMID: 20083918

5) Paikin J, Crowther M. **Use of the Delphi method to establish guidelines for treatment of thrombosis.** Thromb Res 2010 Jan 29 [Epub ahead of print] PMID: 20117826

6) Chan WS, Lee A, Spencer FA, Chunilal S, Crowther M, Wu W, Johnston M, Rodger M, Ginsberg JS. **D-dimer testing in pregnant patients: toward determining the next 'level' in the diagnosis of deep vein thrombosis.** J Throm Haemost 2010 May; 8(5): 1004-11. PMID: 20128870

7) Crowther MA, Cook DJ, Albert M, Williamson D, Meade M, Granton J, Skrobik Y, Langevin S, Mehta S, Hebert P, Guyatt GH, Geerts W, Rabbat C, Douketis J, Zytaruk N, Sheppard J, Greinacher A, Warkentin TE; Canadian Critical Care Trials Group. **The 4Ts scoring system for heparin-induced thrombocytopenia in medical-surgical intensive care unit patients.** J Crit Care 2010 Jun; 25(2): 287-93 PMID: 20149589

8) Crowther M. ACP Journal Club. **Risk for postoperative venous thromboembolism in women was increased for > or = 12 weeks and varied by type of surgery.** Ann Intern Med 2010 Mar 16; 152(6): JC3-11.  PMID: 20231553

9) Fry JL, Arnold DM, Clase CM, Crowther MA, Holbrook AM, Traore AN, Warkentin TE, Heddle NM. **Transfusion premedication to prevent acute transfusion reactions: a retrospective observational study to assess current practices.** Transfusion 2010 Mar 25 PMID: 20345566

10) Witt DM, Delate T, Clark NP, Martell C, Tran T, Crowther MA, Carcia DA, Ageno W, Hylek EM; WARPED Consortium. **Twelve-month outcomes and predictors of very stable INR**

control in prevalent Warfarin users. J Thromb Haemost 2010 Apr; 8(4):744-9

11) Garcia D, Crowther MA, Ageno W. **Practical management of coagulopathy associated with Warfarin.** BMJ 2010 Apr 19; 340:c1813. Doi:10.1136/bmj.c1813. PMID: 20404060

12) Crowther M, Crowther MA. **Intensity of Warfarin coagulation in the antiphospholipid syndrome.** Curr Rheumatol Rep 2010 Feb; 12(1): 64-9. PMID: 20425536

13) Paikin JS, Wright DS, Crowther MA, Mehta SR, Eikelboom JW.  **Triple antithrombotic therapy in patients with atrial fibrillation and coronary artery stents.** Circulation 2010 May 11; 121(18): 2067-70. PMID: 20458022

14) Crowther MA, Garcia D, Ageno W, Wang L, Witt DM, Clark NP, Blostein MD, Kahn SR, Schulman S, Kovacs M, Rodger MA, Wells P, Anderson D, Ginsberg J, Selby R, Siragusa S, Silingardi M, Dowd MD, Kearon C. **Oral vitamin K effectively treats international normalized ratio (INR) values in excess of 10.  Results of a prospective cohort study.** Thromb Haemost 2010 Jul 5; 104(1):118-21.  PMID: 20458438

15) Guyatt G, Akl EA, Hirsh J, Kearon C, Crowther M, Gutterman D, Lewis SZ, Nathanson I, Kaeschke R, Schunemann H.  **The vexing problem of guidelines and conflict of interest: a potential solution.** Ann Intern Med 2010 Jun 1; 152(11); 738-41. PMID: 20479011

16) Ghanny S, Crowther M. **Management of deep vein thrombosis diagnosed during active labour.** Thromb Res. 2010 Oct 2. [Epub ahead of print] PMID: 20920819

17) Dentali F, Squizzato A, Gianni M, De Lodovici ML, Venco A, Paciaroni M, Crowther M, Ageno W. **Safety of thrombolysis in cerebral venous thrombosis. A systematic review of the literature.** Thromb Haemost. 2010 Sep 30;104(5). [Epub ahead of print] PMID: 20886189

18) Clark CA, Spitzer KA, Laskin CA, Crowther MR, Ginsberg JS. **Heparin treatment in antiphospholipid syndrome with recurrent pregnancy loss.** Obstet Gynecol. 2010 Oct;116(4):997-8; author reply 998. PMID: 20859172

19) Lepic K, Crowther M. **New Anticoagulants for the Prevention of Thromboembolism.** Curr Pharm Des. 2010 Sep 22. PMID: 20858184

20) Cuker A, Arepally G, Crowther MA, Rice L, Datko F, Hook K, Propert KJ, Kuter DJ, Ortel TL, Konkle BA, Cines DB. **The HIT expert probability (HEP) score: a novel pre-test probability model for heparin-induced thrombocytopenia based on broad expert opinion.** J Thromb Haemost. 2010 Sep 20. PMID: 20854372

21) Ruiz-Irastorza G, Crowther M, Branch W, Khamashta MA. **Antiphospholipid syndrome.** Lancet. 2010 Sep 3. PMID: 20822807

22) Dentali F, Crowther M. **Venous thromboembolism, age and hospitalisation: A potentially deadly combination.** Thromb Haemost. 2010 Oct;104(4):655-6. PMID: 20806124

23) Cuker A, Raby A, Moffat KA, Flynn G, Crowther MA. **Interlaboratory variation in heparin monitoring: Lessons from the Quality Management Program of Ontario coagulation surveys.** J Thromb Haemost. 2010 Dec;8(12):2642-50. PMID: 20854372

24) Donadini MP, Crowther M. **Antiphospholipid syndrome: a challenging hypercoagulable state with systemic manifestations.** Hematol Oncol Clin North Am. 2010 Aug;24(4):669-76, vii.PMID: 20659651

25) Crowther M, Lim W, Crowther MA. **Systematic review and meta-analysis methodology.** Blood. 2010 Jul 23. PMID: 20656933

26) Goldenberg NA, Donadini MP, Kahn SR, Crowther M, Kenet G, Nowak-Gottl U, Manco-Johnson MJ. **Post thrombotic syndrome in children: a systematic review of frequency of occurrence, validity of outcome measures, and prognostic factors.** Haematologica. 2010 Jun 30. PMID: 20595095

27) Rodger MA, Le Gal G, Carrier M, Betancourt MT, Kahn SR, Wells PS, Anderson DA, Lacut K, Chagnon I, Solymoss S, Crowther M, Perrier A, White R, Vickars L, Ramsay T, Kovacs MJ. **Serum lipoprotein (a) levels in patients with first unprovoked venous thromboembolism is not associated with subsequent risk of recurrent VTE.** Thromb Res. 2010 Sep;126(3):222-6. PMID: 20580413

28) Arnold DM, Crowther MA, Meyer RM, Carruthers J, Ditomasso J, Heddle NM, McLeod A, Kelton JG. **Misleading hepatitis B test results due to intravenous immunoglobulin administration: implications for a clinical trial of rituximab in immune thrombocytopenia.** Transfusion. 2010 Jun 23. PMID: 20576011

29) Kovacs MJ, Kahn SR, Wells PS, Anderson DA, Chagnon I, Le Gal G, Solymoss S, Crowther M, Perrier A, Ramsay T, Betancourt MT, Rodger MA. **Patients with a first symptomatic unprovoked DVT are at higher risk of recurrent VTE than patients with a first unprovoked PE.** J Thromb Haemost. 2010 Jun 19. [Epub ahead of print] PMID: 20561184

30) Le Gal G, Kovacs MJ, Carrier M, Do K, Kahn SR, Wells PS, Anderson DA, Chagnon I, Solymoss S, Crowther M, Righini M, Lacut K, White RH, Vickars L, Rodger M. **Risk of recurrent venous thromboembolism after a first oestrogen-associated episode. Data from the REVERSE cohort study.** Thromb Haemost. 2010 Sep;104(3):498-503. PMID: 20539910

31) Papaioannou A, Kennedy CC, Campbell G, Stroud JB, Wang L, Dolovich L, Crowther MA; Improving Prescribing in Long Term Care Investigators. **A team-based approach to warfarin management in long term care: a feasibility study of the MEDeINR electronic decision support system.** BMC Geriatr. 2010 Jun 10;10:38. PMID: 20537178

32) Tincani E, Crowther MA, Bernardini A, Foroni M. **Surveillance duplex scanning to prevent venous thromboembolism: does it make a difference in rehabilitation unit patients?** J Thromb Haemost. 2010 May 21. PMID: 20492475

33) Douketis JD, Julian JA, Crowther MA, Kearon C, Bates SM, Barone M, Piovella F, Middeldorp S, Prandoni P, Johnston M, Costantini L, Ginsberg JS. **The Effect of Prothrombotic Blood Abnormalities on Risk of Deep Vein Thrombosis in Users of Hormone Replacement Therapy: A Prospective Case-Control Study.** Clin Appl Thromb Hemost. 2010 Dec 15. [Epub ahead of print] PMID: 21159708

34) Sharpe CJ, Crowther MA, Webert KE, Donnery C.**Cerebral venous thrombosis during**

pregnancy in the setting of type I antithrombin deficiency: case report and literature review. Transfus Med Rev. 2011 Jan;25(1):61-5. PMID: 21134627

35) Ghanny S, Crowther M. **Management of deep vein thrombosis diagnosed during active labour.** Thromb Res. 2010 Oct 2. [Epub ahead of print] PMID: 20920819

36)  Dentali F, Squizzato A, Gianni M, De Lodovici ML, Venco A, Paciaroni M, Crowther M, Ageno W. **Safety of thrombolysis in cerebral venous thrombosis. A systematic review of the literature.** Thromb Haemost. 2010 Nov 3;104(5):1055-62. Epub 2010 Sep 30. PMID: 20886189

37) Mukaya JE, Ddungu H, Ssali F, O'Shea T, Crowther MA. **Prevalence and morphological types of anaemia and hookworm infestation in the medical emergency ward, Mulago Hospital, Uganda.** S Afr Med J. 2009 Dec 7;99(12):881-6. PMID: 20459999

## ii) Invited Reviews, Book Chapters and Non-peer reviewed publications

1995
1) Kelton J, Crowther M A. **Autoimmune Hemolytic Anemia** in Current Therapy in Hematology-Oncology Mosby, Toronto, 1995 pps 89-94

2) Weitz, JI, Crowther MA. **Antithrombin III, Protein C and Protein S deficiency** In Current Therapy in Hematology-Oncology Mosby, Toronto, 1995 pps 882-8

1996
1) MA Crowther, RF Burrows, J Ginsberg, JG Kelton. **Thrombocytopenia in Pregnancy: Diagnosis, Pathogenesis and Management** Blood Reviews 10:8-16, 1996

1997 (to year end 7)
1) Crowther MA, Kelton JG. **Immune Thrombocytopenic Purpura.** Journal of Clinical Rheumatology 3:95-101, 1997

2) Kelton J, Crowther M A. **Autoimmune Hemolytic Anemia** in Current Therapy in Internal Medicine Mosby, Toronto, 1997 pps 808-12

3) Crowther MA, Ginsberg JS. **Direct thrombin inhibitors in venous thromboembolism** in New Therapeutic Agents in Thrombosis and Thrombolysis Marcel Dekker, New York, 1997 pps 159-168

4) Crowther MA, Hirsh J. **Low-Molecular-Weight Heparin for the Out-of-Hospital Treatment of Venous Thrombosis: Rationale and Clinical Results.** Seminars in Thrombosis and Hemostasis 23:77-81, 1997

1998 (to year end 8)
1) Crowther MA, Ginsberg JS. **Principles of Hemostasis and Antithrombotic Therapy.** In Stroke: Pathophysiology, Diagnosis and Management Churchill Livingstone, Toronto, 1998 pps 1027-1039

1999 (to year end 13)
1) Weitz JI, Crowther MA. **Hematology section: Thrombosis and Hemostasis** in Hematology Medical Knowledge Self-Assessment Program (MKSAP) American College of Physicians-American

Society of Internal Medicine, Philadelphia, 1999 pps 246-86

2) Hirsh J, Crowther MA. **Venous thromboembolism** In <u>Hematology: Basic Principles and Practice</u> Churchill Livingstone, Philadelphia, 1999 pps 2074-88

3) Crowther MA, Hirsh J. **Arterial thromboembolism** In <u>Hematology: Basic Principles and Practice</u> Churchill Livingstone, Philadelphia, 1999 pps 2089-95

4) Crowther MA, Ginsberg JS, Tollefsen DM, Blinder MA. **Heparin** in <u>Hematology: Basic Principles and Practice</u> Churchill Livingstone, Philadelphia, 1999 pps 2046-56

5) Crowther M, Weitz J. **Commentary on:** *The A1/A2 polymorphism of glycoprotein IIIa was not a risk factor for adverse events complicating coronary interventions* and *The homozygous 807T/837A polymorphisms of the glycoprotein Ia/IIa collagen receptor was associated with acute MI* in Evidence Based Cardiovascular Medicine 3:34-35, 1999

<u>2000</u> (to year end 15)
1) Crowther MA, Ginsberg JS. **Peripheral Venous Disease** In <u>Hospital Medicine</u> Lippincott Williams and Wilkins, New York, 2000 pps 347-55`

2) Crowther MA, Ginsberg JS, Hirsh J. **Practical Aspects of Anticoagulant Therapy** in <u>Thrombosis and Hemostasis,</u> Lippincott Williams and Wilkins, Philadelphia, 2000 pps 1497-1516

3) Crowther M. **Commentary on:** *Comparison of sibrafiban with aspirin for prevention of cardiovascular events after acute coronary syndromes: a randomised trial* in Evidence Based Cardiovascular Medicine 4:49, 2000

<u>2001</u> (to year end 17)

1) Crowther MA, Ginsberg JS. **Review of:** *Hughes Synrome: Antiphospholipid Syndrome* in New England Journal of Medicine Book Reviews 2001:345, 551-552

2) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Hematology Committee Comments, Survey K-0106 (**INR and APTT wet survey challenge**). October 2, 2001.

<u>2002</u> (to year end 25)
1) Crowther MA. **Oral Direct Thrombin Inhibitors.** Book Chapter in <u>New antithrombotics</u>. Sasahara AA, Loscalzo J, editors. Marcel Dekker Inc, New York 2002 pps 265-72

2) Douketis JD, Crowther MA. **Identifying patients at increased risk of recurrent venous thromboembolism: Clinical, Biochemical and Radiological risk factors.** Cardiovascular Reviews and Reports 2002;23:280-285

3) Crowther MA, Ginsberg JS. **Antiphospholipid Antibody Syndrome.** Book Chapter in <u>Thrombosis and Thromboembolism</u>. Goldhaber S, Ridker P. Marcel Dekker Inc, New York, 2002 pps 49 - 66

4) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Committee Comments, Survey K-0106-PP

(**Patterns-of-Practice questionnaire investigating D-dimer testing Ontario**). February 5, 2002.

5) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Committee Comments, Survey K-0110 (**INR, APTT, Factor VIII and APC resistance wet survey challenge**). February 5, 2002.

6) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Committee Comments, Survey COAG-0201-IL (**INR wet survey challenge investigating a matrix effect reported by participants using IL Test PT/Fibrinogen recombinant reagent and an ACL coagulation instrument**). April 16, 2002.

7) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Committee Comments, Survey COAG-0202  (**INR, APTT, and Factor IX wet survey challenge**). April 16, 2002.

8) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. - Quality Management Program - Laboratory Services (**Coagulation Year in Review**). 2002 Review.

2003 (to year end 35)
1) Crowther MA. **Anticoagulant Therapy**. Book Chapter in <u>Hematology: Laboratory and Clinical Aspects</u>. Handin R, Lux SE, Stossel TP. Lippincott Williams & Wilkins, New York, 2003 pps 1327-1343

2) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Committee Comments, Survey COAG-0206-DD (**D-dimer detection wet survey challenge**). January 7, 2003.

3) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Committee Comments, Survey COAG-0206-PP (**Patterns-of-Practice questionnaire investigating APTT therapeutic heparin reference intervals, APTT reference intervals and therapeutic heparin assay reference intervals**). January 7, 2003.

4) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Committee Comments, Survey COAG-0210, -FA & -TH (**INR, APTT, Factor Assays VIII and IX and Thrombophilia testing wet survey challenge**). January 7, 2003.

5) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Committee Comments, Survey COAG-0210-Q - (**Questionnaire investigating von Willebrand disease testing**). January 7, 2003.

6) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Committee Comments, Survey COAG-0302 & -FA (**INR, APTT, and Factor Assays VIII and IX wet survey challenge**). April 29, 2003.

7) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Committee Comments, Survey COAG-0306-PP - (**Patterns-of-Practice questionnaire investigating platelet function and thrombophilia disorders testing including reference intervals**). November 11, 2003.

8) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Committee Comments, Survey COAG-0309 & -TH - (**INR, APTT, and Thrombophilia testing wet survey challenge**). November 11, 2003.

9) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Broadsheet #8, **Reference Intervals and Calculation of Mean Values for Coagulation Laboratories**. December 23, 2003.

10) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. - Quality Management Program - Laboratory Services (**Coagulation Year in Review**). 2003 Review.

<u>2004</u> (to year end 43)

1) Crowther MA. **Commentary on** *Dalteparin versus an oral anticoagulant for the prevention of recurrent venous thromboembolism in patients with cancer - CLOT study* Med. Prakt 158(4):140-1;2004

2) Crowther MA. *Fondaparinux: evolution or revolution in anticoagulant care?* Med Prakt 161-2(7-8):131-132;2004

3) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Committee Comments, Survey COAG-0402, -FA, -HA (**INR, APTT, Factor Assays VIII and IX and a pilot anti-factor Xa activity heparin assay wet survey challenge**). May 12, 2004.

4) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Committee Comments, Survey COAG-0409, -DD, -TH (**INR, APTT, Thrombophilia testing and a pilot D-dimer detection assay in collaboration with UK NEQAS**). October 12, 2004.

5) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Broadsheet - **Specific Coagulation Factor Inhibitors**. December 13, 2004.

6) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. Broadsheet - **APTT Heparin Therapeutic Reference Intervals**. December 17, 2004.

7) Crowther MA and Members of the Hematology Committee. Quality Management Program – Laboratory Services & Ontario Ministry of Health. - Quality Management Program - Laboratory Services (**Coagulation Year in Review**). 2004 Review.

8) Cook DJ, Crowther M, Meade M. **Venous thromboembolism in the ICU: What is the epidemiology and what are the consequences?** Book chapter in <u>Update in Intensive Care and Emergency Medicine</u>. Eds Esteban E, Anzueto A, Cook DJ. Springer-Verlag, Heidelberg, Germany,

Curriculum Vitae: Dr Mark Crowther

2004

2005 (to year end 51)
1) Crowther MA, Ginsberg JS. **Chapter 128: Venous Thromboembolism** In Hematology: Basic Principles and Practice. Eds Hoffman R, Benz EJ, Shattil SJ, Furie B, Cohen HJ, Silberstein LE, McGlave P. Elsevier-Churchill Livingstone, Philadelphia, 2005 pps 2225-39

2) Crowther MA, Ginsberg JS. **Chapter 129: Arterial Thromboembolism** In Hematology: Basic Principles and Practice. Eds Hoffman R, Benz EJ, Shattil SJ, Furie B, Cohen HJ, Silberstein LE, McGlave P. Elsevier-Churchill Livingstone, Philadelphia, 2005 pps 2241-7

3) Garcia D, Crowther MA. **Chapter 52: Peripheral Venous Disease** In Hospital Medicine, 2nd edition Lippincott Williams and Wilkins, New York, 2005 pps 495-504

4) Cook DJ, Crowther MA. **Chapter 169: Venous Thromboembolism in Medical Surgical Critically Ill Patients** In Textbook of Critical Care. Eds MP Fink, E Abraham, JL Vincent, PM Kochanek. Elsevier Saunders, Philadelphia, 2005 pps  1443-8

5) Crowther MA. **Using evidence to guide medical practice: Onwards and upwards**. The Hematologist: ASH news and reports 2(3):06/07 2005

6) Crowther MA and Members of the QM-PLS Hematology Committee. **Committee Comments - COAG-0502 (Routine), COAG-0502-FA (Factor Assay) and COAG-0502-HA (Heparin Assay) Surveys**

7) Crowther MA and Members of the QM-PLS Hematology Committee. **Committee Comments – COAG-0509 (Routine) and COAG-0509-TH (Thrombophilia Investigation) Surveys**

8) Crowther MA and Members of the QM-PLS Hematology Committee. **Supplementary Committee Comments – Discordant Results for 2005 Coagulation Surveys**

2006 (to year end 54)
1) Warkentin, TE Crowther MA. **Anticoagulant and Thrombolytic Therapy** in Consultative Hematology. Eds Young NS, Gerson SL, High KA.  Mosby Elsevier, Philadelphia, 2006 Chapter 88 pps    1114-1133

2) Crowther MA and Members of the QM-PLS Hematology Committee. **Committee Comments — COAG-0602 (Routine), COAG-0602-FA (Factor Assay), COAG-0602-HA (Heparin Assay), COAG-0602-TH (Thrombophilia Investigation) and COAG-0602-DD (D-dimer Pilot) Surveys**

3) Crowther MA and Members of the QM-PLS Hematology Committee. **Committee Comments — COAG-0609 (Routine), COAG-0609-FA (Factor Assay), COAG-0609-HA (Heparin Assay), COAG-0609-TH (Thrombophilia Investigation) and COAG-0609-DD (D-dimer) Surveys**

2007 (to year end 56)
1) Crowther MA and Members of the QM-PLS Hematology Committee. **Committee Comments - COAG-0705-IL (PT/INR)**

2) Crowther MA and Members of the QM-PLS Hematology Committee. **Committee Comments —**

**COAG-0709 (Routine), COAG-0709-FA (Factor Assay), COAG-0709-HA (Heparin Assay), COAG-0709-TH (Thrombophilia Investigation) and COAG-0709-DD (D-dimer) Surveys**

2008 (to year end 58)
1) Crowther MA and Members of the QM-PLS Hematology Committee. **2008 - Committee Comments – COAG-0802 (Routine), COAG-0802-FA (Factor Assay), COAG-0802-HA (Heparin Assay), COAG-0802-TH (Thrombophilia Investigation) and COAG-0802-DD (D-dimer) Surveys**

2) Crowther MA and Members of the QM-PLS Hematology Committee. **Committee Comments – COAG-0809 (Routine), COAG-0809-FA (Factor Assay), COAG-0809-HA (Heparin Assay), COAG-0809-TH (Thrombophilia Investigation) and COAG-0809-DD (D-dimer) Surveys**

2009 (to year end 60)
1) Lim WP, Crowther MA, Ginsberg JS. **Chapter 135: Venous Thromboembolism** in Hematology Basic Principles and Practice Eds Hoffman R, Benz EJ, Shattil SJ, Furie B, Silberstein LE, McGlave P, Heslop H. Elsevier-Churchill Livingstone, Philadelphia, 2009 pps 2043-2054

2) Krakow EF, Ginsberg JS, Crowther MA,. **Chapter 136: Arterial Thromboembolism** in Hematology Basic Principles and Practice Eds Hoffman R, Benz EJ, Shattil SJ, Furie B, Silberstein LE, McGlave P, Heslop H. Elsevier-Churchill Livingstone, Philadelphia, 2009 pps 2055-2066

## iii) Books and Monographs

2002

1) Douketis JD, Crowther MA. **Anticoagulant Management of Patients Undergoing Elective Surgery who require Temporary Interruption of Warfarin Therapy.** Minerva Communications Group, Mississauga, 2002

Reprinted and updated 2006

2009

1) Crowther M, Ginsberg J, Lottenburg R, Meyer R, Schuneman H. **Evidence Based Hematology.** BMJ Publishing group, London, May 2008

- Role: Senior Editor of this new comprehensive textbook of hematology

## Letters to the Editor

1990-1995
1) Crowther M A, Callaghan W, Hodsman A B, Mackie I D. **Dideoxyinosine (ddI) Associated Nephrotoxicity.** AIDS 7:131-2, 1993

2) Crowther M A, Barr R D, Kelton J, Whelan D, Greenwald M. **Profound Thrombocytopenia Complicating Dietary Erucic acid Therapy for Adrenoleukodystrophy.** American Journal of Hematology 48:132-3, 1995

Curriculum Vitae: Dr Mark Crowther

<u>1997</u>

3) Crowther M A, Harrison, L. Hirsh, J. **Warfarin: Less may be better**. Annals of Internal Medicine 127:332-3, 1997

<u>2003</u>

1) Lafferty J, Raby A, Crawford L, Linkins LA, Richardson H, Crowther MA. **Fetal-maternal hemorrhage detection in Ontario**. CMAJ eLetter October 2 2003

<u>2007</u>

1) Warkentin TE, Crowther MA, Koster A. Reply. Ann Thorac Surg. 2008 Jan;85(1):361.

<u>2011</u>

1) Goldenberg NA, Crowther MA. Blood. 2010 Dec 23;116(26):5789-90. PMID: 2118369

## iv) Abstracts        (*denotes national or international meeting):

<u>1988-1995</u>

1) Crowther MA*, Lach B, Dunmore PJ, Roach MR. **Vascular Collagen Fibril Morphology in Type IV Ehlers-Danlos Syndrome.** National Student Research Forum, Galveston, Tx 1989

2) Roach MR*, Bernans H, Crowther MA, Dunmore PJ. **The Role of Type III Collagen in Tissue Distensibility,** Biorheology 26:558 1988

3) Crowther MA, Maxwell B, Taylor D. **Patient demographics and Waiting times in a mid-sized Canadian Emergency Department.** The University of Western Ontario Residents' Research Day, 1991

4) Crowther MA, Keeney M, Wright L, Daley S, Chin-Yee I. **An in vitro flow cytometric method for determination of MDR-1 activity in multidrug resistant cell lines.** The University of Western Ontario Residents' Research Day, 1992

5) Crowther MA*, Keeney M, Wright L, Daley S, Chin-Yee I. **A single point in vitro assay for determination of MDR-1 activity in multidrug resistant cell lines.** Canadian Annual Flow Cytometry Consensus Meeting, September, 1993

6) Crowther MA*, Neame PB, Leber B, Frank G, Kelton JG. **High Grade T Cell Lymphoma Complicating Chronic Myelogenous Leukemia (CML). Molecular and flow cytometric analysis**. Clinical and Investigative Medicine. 17(4):B60(812), 1994

7) Crowther MA*, Lafferty J, Levine M, Ali M. **Use of Various indices in population based screening for Thalassemia: Utility of the Mean Corpuscular Volume.** Blood 84:(S1)555a, 1994

8) Crowther MA*, Hayward CPM, Hamid C, Johnson M, Ginsberg J. **An Investigation Of The Role Of Activated Protein C Resistance (APCR) In Perioperative Deep Vein Thrombosis.** Clinical and Investigative Medicine. 18(4):B66(451), 1995

9) Crowther MA*, Hayward CPM , Heddle N , Warkentin T , Kelton JG. **Splenectomy Reduces the Frequency of Relapse in Patients with Chronic Relapsing TTP**. Blood 86:(s1)343a, 1995

10) Crowther MA*, Hayward CPM, Hamid C, Johnston M, Gent M , Levine M, Hirsh J,Ginsberg J. **Activated Protein C Resistance is Not Associated with Postoperative Deep Vein Thrombosis in Patients Undergoing Hip Or Knee Surgery**. Blood 86:(s1)2450a, 1995

<u>1996</u> (Total to year end: 13)
1) Lee DH*, Walker IR, Poon MC, Rivard G, Teitel J, Ritchie B, Akabutu J, Sinclair GD, Pai M, Wu J, Reddy S, Crowther MA, Blajchman MA. **Factor V Leiden is not predictive in severe hemophilia.** Haemophilia 2(s1):47, 1996

2) Crowther MA*, Johnston M, Weitz J, Ginsberg JS. **Free protein S deficiency may be found in patients with antiphospholipid antibodies who do not have systemic lupus erythematosus**. Lupus 5(5):506, 1996

3) Crowther MA*, Hirsh J, Donovan D, Harrison L, McGinnis J, Ginsberg JS. **Low-dose Oral Vitamin K for the Reversal of Warfarin-associated Coagulopathy**. Blood 88:(s1)699a, 1996

<u>1997</u> (Total to year end: 19)
1) Crowther MA*, Harrison L, Ginsberg JS, Massicotte MP, Johnson J, Willan A, Kearon C, Hirsh J. **A Randomized Comparison of a 5 mg and 10 mg Loading Dose for the Initiation of Warfarin Therapy.** Thrombosis & Hemostasis S1:583, 1997.

2) Ryan DH*, Crowther MA, Ginsberg JS, Francis CW. **Relationship of Factor V Leiden Genotype to risk of Acute Deep Vein Thrombosis following Joint Replacement Surgery**. Thrombosis & Hemostasis S1:575, 1997.

3) Kearon C*, Ginsberg JS, Douketis J, Hirsh J, Brill-Edwards P, Andrew M, Crowther M, Massicotte MP. **Diagnosis of a first DVT in outpatients: Interim analysis of a management based on clinical evaluation and d-Dimer results.** Thrombosis & Hemostasis S1:588, 1997**.**

4) Laskin C*, Ginsberg J, Farine D, Crowther M, Spitzer K, Soloninka C, Ryan G, Seaward G, Ritchie. **Low molecular weight heparin and ASA therapy in women with autoantibodies and unexplained recurrent fetal loss.** Society of Perinatology and Obstetrics, Jan 27 to 31, 1997.

5) Johnston M*, Brill-Edwards P, Russet J, Moffat K, Crowther M. **Comparison of 3 assays for the measurement of activated protein C resistance (APCR).** Thrombosis & Hemostasis S1:20, 1997.

6) Brill-Edwards P*, Johnston M, Crowther M, Ginsberg J. **Alternative method for detecting APC resistance (APCR) in patients receiving warfarin**. Thrombosis & Hemostasis S1:20-1, 1997.

<u>1998</u> (Total to year end: 21)
1) Crowther MA*,Roberts J, Skingley P, Johnston M, Roberts R, Patrassi GM, Sartori MT, Stevens P, Gent M, Hirsh J, Prandoni P, Ginsberg JS. **Abnormal Fibrinolysis Does Not Predispose to First or Recurrent Thromboembolism**. Blood 92:(s1)355a, 1998

2) Douketis J*, Crowther M, Julian J, Donovan D, Stewart K, Ginsberg J. **Effects of low-intensity warfarin on coagulation activation in patients with antiphospholipid antibodies and systemic lupus erythematosus.** Blood 92:(s1)361a, 1998

<u>1999</u> (Total to year end: 26)
1) Berry LR*, Crowther MA, Pawlowski E, Chan AKC. **Incomplete Neutralization of Low Molecular Weight Heparin by Protamine Results from Decreased Binding Affinity.** Thrombosis & Hemostasis S1:451-2, 1999

2) Streif W*, Crowther MA, Liao P, Klement P, Johnston M. **In Vitro Assessment of Hemostasis by The Pfa-100: Direct Comparison to Bleeding in Vivo in a Rabbit Ear Bleeding Model.** Blood 94:10(S1)23a, 1999

3) Wiernikowsiki J*, Crowther MA, Andrew M, Clase C, Ingram A, Chan AKC. **Stability and Sterility of Recombinant Tissue Plasminogen Activator under -30$^O$ C.** Blood 94:10(S1)25a, 1999

4) Lafferty J*, Crowther M, Wayne JS, Chui DHK. **Assessment of a ζ-globin Enzyme-linked Immuno-sorbent Assay (Elisa) for the Detection of α-thalassemia Trait.** Blood 94:10(S1)424a, 1999

5) Wilson S*, Crowther M, Costantini L. **An Interim Analysis to Improve Precision of Warfarin Anticoagulation Control in a Randomized Clinical Trial.** Blood 94:10(S1)115b, 1999

<u>2000</u> (Total to year end: 33)
1) Chan AKC*, Berry LR, Pawlowski E, Crowther MA. **Incomplete neutralization of low molecular weight heparin by protamine is due to decreased binding affinity.** Society for Pediatric Research Program Issue, 47 (issue 4, part 2 of 2):248A, 2000.

2) Lonn E*, Weitz J, Dzavik V, Crowther M, Pogue J, Bosch J, Yusuf S. **Effects of Ramipril and Vitamin E on Hematological Markers of Fibrinolysis, Coagulation and Endothelial function-Results of the MORE-HOPE study.** Canadian Cardiovascular Conference Meeting Program Issue, 2000

3) Crowther MA*, Julian J, McCarty D, Douketis J, Kovacs M, Biagoni L, Schnurr T, McGinnis J, Gent M, Hirsh J, Ginsberg JS. **Treatment of Excessive Anticoagulation Due to Warfarin With Oral Vitamin K: a Randomized Controlled Trial.** Blood 96:11(S1) 450a, 2000

4) Chan AKC, Crowther MA, deVeber G. **Factor V Leiden and Arterial Ischemic Stroke in Children: a Meta-analysis.** Blood 96:11(S1) 645a, 2000

5) Crowther MA, Berry LR, Powers J, Chan AKC. **Sulfate Density of the Low Molecular Weight Heparins Determine Their Protamine Neutralizability.** Blood 96:11(S1) 649a, 2000

6) Crowther MA, Stevens L, Ingram A, Clase CM, Chan AKC. **Effectiveness of Reconstituted and Then Frozen tPA for Dysfunctional Percutaneous Dialysis Catheters.** Blood 96:11(S1) 92b, 2000

7) Wilson S, Douketis J, Crowther MA. **Use of Vitamin K to Reverse Warfarin-induced Excessive Anticoagulation: a Survey of Current Practice Habits.** Blood 96:11(S1) 104b, 2000

2001 (Total to year end: 40)

1) Hackam D, Douketis J, Kinnon K, Crowther M. **Anti-Xa Levels at The Time of Epidural Catheter Removal in Patients Who Are Receiving Enoxaparin And Continuous Epidural Analgesia After Hip or Knee Arthroplasty**. Thrombosis & Haemostasis Supp 1:July 2001

2) Bates SM, Kearon C, Crowther M, Douketis J, Johnston M, Ginsberg JS. **Deep Vein Thrombosis Is Reliably Excluded in Patients with a Low or Moderate Pre-test Probability and a Normal Latex D-dimer - Results of an Ongoing Management Study**. Thrombosis & Haemostasis Supp 1:July 2001 OC 39

3) Douketis J, Eikelboom J, Quinlan D, Crowther M. **The Epidemiology of Venous Thromboembolism after Hip and Knee Arthroplasty Surgery**. Thrombosis & Haemostasis Supp 1:July 2001 PP 2039

4) Crowther MA, Clase CM, Julian J, Margetts P, Lambert K, Sneath D, Ingram A. **Low Dose Warfarin Does Not Prevent Failure of Ptfe Dialysis Access Grafts: A Randomized Clinical Trial**. Thrombosis & Haemostasis Supp 1:July 2001 OC 2452

5) Crowther MA, McDonald E, Powers P, Cook D. **Prevalence of Vitamin K Deficiency in Critically Ill Adults in the Intensive Care Unit**. Thrombosis & Haemostasis Supp 1:July 2001 OC 2596

6) Holbrook AM, Labiris NR, Pereira JA, Wells PS, Crowther MA, Douketis JD. **A validated tool for Adverse drug interaction assessment**. Pharmacoepidemiology and Drug Safety 10:S1(284), 2001

7) Douketis JD, Crowther MA. **Twice Daily Enoxaparin, but Not Once Daily Dalteparin, Is Associated with Elevated Anti-Factor Xa Heparin Levels at the Time of Epidural Catheter Removal**. Blood 98(11) S1, 707a 2001 (Abstract number 2954)

2002 (Total to year end: 46)

1) Chan WS*, Chunilal SD, Lee AY, Crowther MA, Rodger M, Prandoni P, Stevens P, Kovacs M, Geerts WH, JS Ginsberg JS. **Diagnosis of Deep Vein Thrombosis during Pregnancy: A Pilot Study Evaluating the Role of D-Dimer and Compression Leg Ultrasound during Pregnancy**. Blood 100(11) S1, 2002 (Abstract number 1054)

2) Crowther MA*, Ginsberg JS, Gent M, Julian J, Costantini L, Kovacs M, Laskin C, Denburg JA, Fortin P, Clarke A, Hirsh J, Anderson D, Wells PS, Green D, Yacura W, Douketis JD. **A Randomized Trial of Two Intensities of Warfarin (International Normalized Ratio of 2.0 to 3.0 Versus 3.1 to 4.0) for the Prevention of Recurrent Thrombosis in Patients with Antiphospholipid Antibodies**. Blood 100(11) S1, 2002 (Abstract number 555)

3) Kearon C*, Ginsberg JS, Kovacs M, Anderson DR, Wells P, Julian J, MacKinnon B, Weitz JI, Crowther MA, Dolan S, Turpie AGG, Geerts WH, Solymoss S, van Nguyen P, Demers C, Kahn S, Kassis J, Rodger M, Hambleton J, Gent M, for the ELATE Investigators. **Low-Intensity (INR 1.5-1.9) Versus Conventional-Intensity (INR 2.0-3.0) Anticoagulation for Extended Treatment of Unprovoked VTE: A Randomized Double Blind Trial**. Blood 100(11) S1, 2002 (Abstract number 562)

4) Linkins LA*, Crowther MA, Douketis JD. **Case-Fatality for Major Bleeding and Intracranial**

**Hemorrhage in Patients with Venous Thromboembolism on Long-Term Oral Anticoagulant Therapy: A Systematic Review.** Blood 100(11) S1, 2002 (Abstract number 2778)

5) Raby A*, Crowther M, Lafferty J, Richardson H on behalf of the Hematology Committee, Quality Management Program-Laboratory Services  **Variation of APTT EQA Results Obtained with Various Combinations of Coagulation Instruments and APTT Reagents.** Blood 100(11) S1, 2002 (Abstract number 3863)

6) Raby A*, Crowther M, Lafferty J, Richardson H on behalf of the Hematology Committee, Quality Management Program-Laboratory Services  **An Assessment of APTT Heparin Therapeutic Reference Intervals in Ontario.** Blood 100(11) S1, 2002 (Abstract number 3866)

<u>2003</u> (Total to year end: 67)
1) Kearon C,  Ginsberg JS, Julian J, Douketis, J, Turpie AGG, Bates S, Lee A, Crowther M, Weitz J, Brill-Edwards P, Linkins L, Wells P, Anderson D, Kovacs M, Bonilla-Escobedo L, McCarty D, Hirsh J, Gent M. **Ability of D-dimer to reduce the need for diagnostic imaging in patients with suspected pulmonary embolism: A randomized trial.** J Thromb Haemostasis 1(s1):2003

2) Pereira JA, Holbrook AM, Dolovich L, Douketis JD, Crowther M, Bates SM, Ginsberg JR, Goldsmith C, Thabane L. **Patient and Physician Attitudes on Generic vs Brand-name Warfarin Safety and Effectivness.** Canadian Journal of Clinical Pharmacology. 2003;10(1):45.

3) McMullin J, Landry F, McDonald E, Crowther M, Meade M, Gibson J, Cook DJ. **Changing behavior in the ICU by optimizing thromboprophylaxis.** Am J Resp Crit Care Med 2003;167(7):A250.

4) Cook DJ, Crowther M, Meade M, Rabbat C, Schiff D, Geerts W, Griffith L, Guyatt GH. **Deep Venous thrombosis in medical-surgical ICU patients: prevalence, incidence and risk factors.** Crit Care 2003;7 (suppl2):S54.

5) McDonald E, Landry F, Boudreau C, Rabbat C, Crowther M, Meade M, Geerts W, Cook DJ. **Relationship between peak Anti-Xa levels and calculated creatinine clearance in ICU Patients receiving low molecular weight heparin.** Crit Care 2003;7 (suppl2):S55.

6) Cook DJ, Medic A, Andrews J, Schiff D, Dobranowski J, Bates S, McDonald E, Landry F, Crowther MA. **Doppler compression ultrasound of the lower extremities in ICU patients: An Inter-rater Reliability Study.** Crit Care Med 2003;A:346.

7) Cook DJ, McDonald E, Landry F, Boudreau C, Rabbat C, Crowther M, Lee KA, Cook R. **Calculated creatinine clearance in ICU patients receiving low molecular weight heparin: An inter-rated reliability study.** Crit Care Med 2003;A:608.

8) McDonald E, Landry F, Boudreau C, Rabbat C, Crowther M, Meade M, Guyatt GH, Cook DJ, Anderson D. **Relationship between trough anti-Xa levels and calculated creatinine clearance in ICU patients receiving low molecular weight heparin.** Crit Care Med 2003;A:609.

9) Crowther M, Cook DJ, Meade M, Griffith L, Rabbat C, Guyatt GH, Johnston M, McDonald E, Landry F. **Baseline thrombophilic markers do not predict deep venous thrombosis in**

medical-surgical ICU patients. J Thromb Haemostasis 1(s1):2003;P902

10) Crowther M, Cook DJ, Meade M, Rabbat C, Griffith L, Bates S, Guyatt GH, Hanna S, Geerts W, Johnston M. **Levels of D-dimer do not predict deep venous thrombosis in medical-surgical ICU patients**. J Thromb Haemostasis 1(s1)2003;P1402

11) Kearon C, Ginsberg JS, Julian J, Douketis J, Turpie AGG, Bates S, Lee AY, Crowther M, Weitz J, Brill-Edwards P, Linkins L, Wells PS, Anderson D, Kovacs M, Bonilla-Escobedo L, Mccarty D, Hirsh J, Gent M. **Ability of d-dimer to reduce the need for diagnostic imaging in patients with suspected pulmonary embolism: A randomized trial.** J Thromb Haemostasis 1(s1)2003;OC252

12) Crowther M. **Frequency of recurrent thrombosis in patients with antiphospholipid antibodies: a cumulative analysis of prospective trials.** J Thromb Haemostasis 1(s1):2003;P1521

13) Woods K, Schnurr T, Kinnon K, Crowther MA, Mallory S, Douketis JD. **Patients receiving long-term warfarin therapy prefer INR testing with capillary fingerstick over venous blood testing.** J ThrombHaemostasis 1(s1):2003;P1963

14) Garcia D, Ageno W, Libby EN, Doyeun O, Crowther MA. **Periprocedural Anticoagulation for Patients with Mechnical Heart Valves: A Survey of 324 Clinicians.** Blood 102(11)s1:2003, A2780

15) Christjanson LJ, Lagrotteria DD, Volokhov I, Crowther MA. **Red Blood Cell Transfusion Practices in a Teaching Hospital Intensive Care Unit - Has the TRICC Trial Changed Our Standard of Care?** Blood 102(11)s1:2003, A2046

16) Wilson SE, Crowther MA. **A Paper-Based Warfarin Algorithm for Maintenance of Anticoagulation within an INR Range of 2.0 to 3.0.** Blood 102(11)s1:2003, A1164

17) Libby EN, Ageno W, Harris TC, Garcia DA, Oh D, Caramelli B, Crowther MA. **Periprocedural Anticoagulation in Patients with Mechanical Heart Valves: An International Survey of Expert Clinicians.** Blood 102(11)s1:2003, A1163

18) Spyropoulos AC, Turpie AGG, Dunn A, Jacobson A, Douketis J, for the REGIMEN Investigators. **Registry of Patients on Chronic Oral Anticoagulant Therapy Requiring (Low-Molecular-Weight) Heparin for an Elective Surgical Intervention or Procedure (REGIMEN): Rationale, Design, and Interim Analysis of a Large, Long-Term, Multicenter Cohort Study.** Blood 102(11)s1:2003, A1161

19) Tincani E, Piccoli M, Turrini F, Crowther MA, Melotti G, Bondi M. **Video Laparoscopic Surgery: Is the Out-of-Hospital Thromboprophylaxis Necessary?** Blood 102(11)s1:2003, A1169

20)  McFarlane AG, Barth D, Crowther MA, Lafferty JD. **The Percentage of Hemoglobin Barts as a Predictor for the Alpha Thalassemia Genotype in Cord Blood Samples.** Blood 102(11)s1:2003, A3832

 21) Kahn SR, Kearon C, Julian JA, MacKinnon B, Kovacs MJ, Wells P, Crowther MA, Anderson DR,

van Nguyen P, Demers C, Solymoss S, Kassis J, Geerts W, Rodger M, Hambleton J, Ginsberg JS. **Prevalence and Predictors of the Post-Thrombotic Syndrome during Long-Term Treatment of Proximal Deep Vein Thrombosis: Results from a Randomized Trial Comparing Two Intensities of Anticoagulation.** Blood 102(11)s1:2003, A188

2004 (Total to year end: 85)

1) Zytaruk N, Clarke F, McDonald E, Meade M, Griffith LE, Guyatt GH, Crowther M, Warkentin T, Cook DJ. **Heparin-induced thrombocytopenia in medical-surgical ICU patients.** Crit Care Med 2004;31(12)(suppl):A73

2) Pereira JA, Holbrook A, Dolovich L, Douketis J, Crowther M, Bates S, Ginsberg J, Goldsmith C, Thabane L. **Are Brand-name and Generic Warfarin Interchangeable?** Clinical Pharmacology and Therapeutics 2004;75(2):27.

3) Clarke FJ, Griffith L, McDonald E, Hoad N, Rabbat C, Meade M, Guyatt GH, Devereaux PJ, Geerts W, Wells P, Crowther M, Cook DJ, for the Canadian Critical Care Trials Group. **Deep vein thrombosis: Clinically silent in the ICU.** Am J Resp Crit Care Med 2004;169(7):A784.

4) Zytaruk N, Cook DJ, Meade M, Rocker G, Poirier G, Langevin S, LeBlanc F, Hebert P, Mehta S, Granton J, Freitag A, Guyatt GH, Anderson D, Geerts W, Crowther M, for the Canadian Critical Care Trials Group. **Prophylaxis for thromboembolism in critical care trial: A pilot study.** Am J Resp Crit Care Med 2004;169(7):A666.

5) McDonald E, Kho M, Wynne C, Duffet M, McNeil A, Provost L, Rioux A, LaRouche G, Davidson C, McCardle T, Watpool I, Foxall J, Lewis M, Pagliarello J, Jones G, Meade M, Crowther M, Rocker G, Cook DJ, for the Canadian Critical Care Trials Group. **Multicenter RCT pilot studies: Exclusion criteria revisited.** Am J Resp Crit Care Med 2004;169(7):A257.

6) Zytaruk N, Cook DJ, Meade M, Crowther M, Guyatt G, Griffith L, Granton J, Marshall J, Geerts W, for the Canadian Critical Care Trials Group. **Clinically important DVT in the ICU: A survey of intensivists.** Am J Resp Crit Care Med 2004;169(7):A866.

7) Selby R, Geerts WH, Crowther MA, Kreder HJ, Bent M, Schemitsch E, Weiler P. **A Prospective Cohort Study of the Epidemiology of Symptomatic Venous Thromboembolism (VTE) after Isolated Leg Fractures Distal to the Knee without Thromboprophylaxis.** (In press, American Society of Hematology Meeting, San Diego CA, Dec 2004).

8) Selby R, Geerts WH, Crowther MA, Kreder HJ, Bent M, Schemitsch E, Weiler P. **A Prospective Cohort Study of the Epidemiology of Systematic Venous Thromboembolism (VTE) after Isolated Leg Fractures Distal to the Knee without Thromboprophylaxis.** [Oral Session] American Society of Hematology Meeting, San Diego, California. December 6, 2004.

9) Crowther MA, Klement P, Liao P, Chen F, Berry L, Chan ACK. **Significant Differences in Neutralization of Heparin and its Low Molecular Fragments by Protamine Sulfate: An *In Vivo* Study.** [Poster] American Society of Hematology Meeting, San Diego, California. December 5, 2004.

10) Lim W, Cook DJ, Crowther MA. **Safety and Efficacy of Low Molecular Weight Heparins for Hemodialysis in Patients with End- Stage Renal Disease: A Meta-Analysis of**

**Randomized Trials.** [Poster] American Society of Hematology Meeting, San Diego, California. December 4, 2004.

11) Crowther MA, Bates S, Schiff D, Dobranowski J, Meade M, McDonald E, Geerts WH, Cook D. **Comparison of Compression Ultrasound vs Ascending Contrast Venography for Proximal DVT in Medical-Surgical ICU Patients.** [Poster] American Society of Hematology Meeting, SanDiego, California. December 5, 2004.

12) McDonald E, Poirier G, Hebert P, Pagliarello J, Rocker G, Langevin S, LeBlanc F, Mehta G, Skrobik Y, Fowler R, Granton J, Freitag A, Jones G, Cooper J, Meade M, Guyatt G, Anderson D, Geerts W, Crowther M, Zytaruk N, Griffith L, Cook D, For the PROTECT Investigators and the Canadian Critical Care Trials Group . **PROphylaxis for ThromboEmbolism in Critical Care Trial (PROTECT): A Pilot Study.** [Poster] American Society of Hematology Meeting, SanDiego, California. December 4, 2004.

13) McDonald E, Dale C, Pleasance S, McNeill A, Harvey J, Wynne C, Duffett M, Provost L, Rioux A, LaRouche G, Davidson C, Watpool I, McCardle T, Foxall J, Bouwers K, Lewis MJ, Zytaruk N, Griffith L, Crowther M, Cook D, for the PROTECT Investigators and the Canadian Critical Care Trials Group. **Anti-Xa Levels in Critically Ill Patients Receiving Dalteparin for Thromboprophylaxis.** [Publication] American Society of Hematology Meeting, SanDiego, California. December 2004.

14) Wang J, Douketis J, Wagler M, Kinnon K, Crowther M. **The Safety of Co-Administered Low-Molecular-Weight Heparin and Continuous Epidural Analgesia after Major Orthopedic Surgery: Assessment of a Standardized Management Protocol.** [Oral Session] American Society of Hematology Meeting, SanDiego, California. December 7, 2004.

15) Lim W, Crowther MA, Devereaux PJ, Cook DJ. **Prevalence and Incidence of Arterial and Venous Thrombosis in Critically Ill Patients.** [Poster] American Society of Hematology Meeting, SanDiego, California. December 5, 2004.

16) Tincani E, Mannucci C, Casolari B, Turrini F, Crowther MA, Ferrari P, Cenci AM, Bondi M. **Safety and Efficacy of Venous Thromboembolism Prophylaxis with Low Molecular Weight Heparin in Hospitalised Patients with Acute Medical Illness and Renal Failure.** [Publication] American Society of Hematology Meeting, SanDiego, California. December 2004.

17) Arnold DM, Molnar LA, Crowther MA, Sigouin C, Carruthers J, Heddle NM, Cook DJ. **Platelet Transfusions in a Medical- Surgical Intensive Care Unit.** [Poster] American Society of Hematology Meeting, SanDiego, California. December 6, 2004.

18) Garcia DA, Crowther MA, Hylek EM. **The Risk of Hemorrhage and the Frequency of Vitamin K Use in Asymptomatic Patients with Warfarin-Associated Coagulopathy.** [Oral Session] American Society of Hematology Meeting, SanDiego, California. December 6, 2004.

**2005** (Total to year end: 96)
1) Lim W*, Griffith L, Crowther M, Devereaux P, Cook D. **Troponin Incidence, Prevalence and Prognosis Among Critically Ill Patients.** [Poster] 25th International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium. March 2005.

2) Qushmaq I*, Lim W, Devereaux P, Crowther M, Tkaczyk A, Lutz K, McDonald E, Hancock J, Heels-Andsell D, Cook D for the Troponin T Trials Group. **Acute Myocardial Infarction:**

**Incidence and Outcomes in an Intensive Care Unit.** [Poster] 25th International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium. March 2005.

3) Lim W*, Qushmaq I, Tkaczyk A, Donahoe L, Heels-Andsell D, Hancock J, McDonald E, Crowther M, Devereaux P, Cook R, Cook D. **The Reliability of Electrocardiogram Interpretation in Critically Ill Patients.** [Poster] 25th International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium. March 2005.

4) Jennings I, Raby A, Kitchen S, Woods TAL, Kitchen DP, Crowther M, Walker ID, Preston FE. **A Need For Standardisation In D-Dimer Testing: Evidence F rom A Collaborative Study By The UK NEQAS And QMP-LS Quality Assessment Programmes.** [Abstract] Journal of Thrombosis and Haemostasis 6: 01094.

5) Raby A, Crowther M, Gun-Munro J, Richardson H. **Measurement of EQA performance of a whole blood D-dimer assay using lyophilized plasma.** [Abstract] Journal of Thrombosis and Haemostasis 6: 01253.

6) Ageno W, Garcia D, Galli M, Silingardi M, Crowther M. **A Randomized Trial Comparing 1 mg Oral Vitamin K With Placebo For The Treatment Of Warfarin-associated Coagulopathy In Patients With Mechanical Heart Valves.** [Abstract] Journal of Thrombosis and Haemostasis 6: 01095.

7) Lim W, Douketis J, Wang L, Woods K, Schnurr T, Kinnon K, Cruickshank R, Clase CM, Rabbat C, Crowther MA. **Anti-Xa Levels and Renal Function: Analysis of the First 32 Patients in the Tinzaparin in Renal Insufficiency for Venous Thromboembolism Study.** [Poster] American Society of Hematology Meeting, Atlanta, Georgia, December 10, 2005.

8) Arnold DM, Dentali F, Meyer RM, Crowther MA, Sigouin C, Kelton JG. **Rituximab for the Treatment of Adults with ITP: A Systematic Review.** [Poster] American Society of Hematology Meeting, Atlanta, Georgia, December 10, 2005.

9) Crowther MA, Garcia D, Ageno W, Witt DM, Schulman S, Blostein M, Kovacs MJ, Kearon C, Anderson D, Wells P, Ginsberg JS, Selby R, Wang L, Kahn SR. **Use of Low Dose Oral Vitamin K in the Treatment of Patients with INR Values of More Than 10.0.** [Poster] American Society of Hematology Meeting, Atlanta, Georgia, December 12, 2005.

10) Selby R, Geerts WH, Crowther MA, Kreder HJ, Bent M, Schemitsch E, Weiler P. **A Prospective Cohort Study of the Epidemiology of Symptomatic Venous Thromboembolism (VTE) after Isolated Leg Fractures Distal to the Knee without Thromboprophylaxis.** [Poster] American Society of Hematology Meeting, Atlanta, Georgia, December 12, 2005.

11) Ddungu H, Crowther MA. **Trends in AIDS-Associated Cancers among Patients Attending a Palliative Care Service in Uganda in the 'Pre-HAART' Era, 1994-2002.** [Publication] American Society of Hematology Meeting, Atlanta, Georgia, Dec 2005.

**2006** (Total to year end: 108)
1) Lim W, Qushmaq I, Devereaux PJ, Heels-Ansdell D, Tkaczyk A, Crowther M, Meade M, Cook DJ for the Troponin Trials Group. **Interpreting electrocardiograms in ICU: An intra-rater reliability study.** Am Rev Resp Crit Care Med 2006; A638a.

2) Zytaruk N, Douketis J, Meade M, Crowther MA, Guyatt G, Geerts W, Anderson D, Skrobik Y, Albert M, Hebert P, Pagliarello G, Granton J, Fowler R, Freitag A, Karachi T, Rabbat C, Mehta G, Rocker G, Poirier G, Marshall J, Cook DJ and the Canadian Critical Care Trials Group. **Dalteparin's influence on the renally compromised: anti-ten-a: the DIRECT study.** Am Rev Resp Crit Care Med 2006; 3:A738c.

3) McRae S, Khalil H, Ginsberg J, Crowther M, Bates S. **A retrospective Review of the Management and Outcome of Pregnancies in Women with a Prior History of Venous Thromboembolism.** JOGC. May 2006 ; 28 (5) : 417-418.

4) Sinuff T, Thabane L, Linkins L, Treleaven D, Patel R, Rabbat C, Lee A, O'Donnell M, Meade M, Guyatt G, Geerts W, Crowther M, Anderson D, Zytaruk N, Marshall J, Douketis J, Cook D, for the DIRECT investigators and CCCTG. **Data Monitoring and Event Adjudication in an ICU Observational Study of Thromboprophylaxis.** Am Rev Resp Crit Care Med 2007 (submitted)

5) Lauzier F, Cook D, Griffith L, Upton J, Crowther M. **Fresh frozen plasma transfusion in critically ill patients.** Crit Care Med 2007; 34(12):A38.

6) Lafferty JD, Barth DS, Sheridan BL, McFarlane AG, Halchuk LM, Crowther MA. **A Multicentre Trial of the Effectiveness of Globin Enzyme Linked Immunosorbent Assay (ELISA) and Hb H Inclusion Body Screening for the Detection of αThalassemia Trait.** Blood, Volume 108, issue 11, November 16.

7) McFarlane AG, Halchuk LM, Eng B, Waye J, Crowther MA. **Evaluation of the CapillaryS 2 CE System for Hemoglobinopathy Investigations.** Blood, Volume 108, issue 11, November 16, 2006.

8) Sternbach M, Dragomir A, Crowther MA, Holbrook A. **Unexpected Harmful Side Effects Triggered by Immune Modulation.** Blood, Volume 108, issue 11, November 16, 2006.

9) Crowther M, Molyneaux P, Carman WF, Ward KN, Culligan DJ. **Transmission of Chromosomally Integrated HHV6 by Allogeneic Peripheral Blood Stem Cell Transplantation Associated with the Development of a Fatal Macrophage Activation (Haemophagocytic) Syndrome.** Blood, Volume 108, issue 11, November 16, 2006

10) Kagoma YK, Nematullah A, Lim WP, Crowther MA. **Safety and Efficacy of Anti-Fibrinolytics in Orthopedic Surgery: A Meta-Analysis of Randomized Trials.** Blood, Volume 108, issue 11, November 16, 2006.

11) Lim W, Wang M, Woods K, Crowther M, Douketis J. **The Management of Anticoagulated Patients Requiring Dental Extraction: A Cross-Sectional Survey of Oral Surgeons and Hematologists.** Blood, Volume 108, issue 11, November 16, 2006.

12) Lim W, Sridhara M, Wang L, Kinnon K, Douketis J, Crowther. **Use of Therapeutic Dose Low Molecular Weight Heparin in Patients with Renal Insufficiency: Analysis of Anti-Xa Levels and Creatinine Clearance.** Blood, Volume 108, issue 11, November 16, 2006.

**2007** (Total to year end: 119)

1) Bates SM, Kearon C, Kahn SR, Julian J, Crowther MA, Gerdes VEA, Geerts W, Kovacs MJ,

Weise-Kelly L, Ginsberg JS. **Recurrent deep vein thrombosis (DVT) is excluded by a negative D-dimer or serial compression ultrasonography (CUS): results of a multicentre management study.** J Thromb Haemost. 2007;5 (Suppl 2):P-S-579.

2) Crowther MA, Garcia D, Ageno W, Wang L, Witt D, Clark N, Blostein M et al. **Effectiveness of low dose oral vitamin k for patients with inr values of more than 10.0: results of a prospective cohort study.** J Thromb Haemost. 2007;5 (Suppl 2):O-T-022

3) Selby R, Geerts GH, Kreder HJ, Crowther MA, Kaus L, Sealey F, Jay R et al. **Clinically - important venous thromboembolism (civte) following isolated leg fractures distal to the knee: epidemiology and prevention: the d-kaf (dalteparin in knee to ankle fracture) trial.** J Thromb Haemost. 2007;5 (Suppl 2): O-T-051

4) Crowther MA, Ageno W, Garcia D, Wang L, Witt D, Clark N, Blostein M et al. **Effectiveness of low dose oral vitamin k for patients with elevated inr values: results of randomized trial examining clinical outcomes.** J Thromb Haemost. 2007;5 (Suppl 2): P-S-219

5) Dentali F, Malato A, Douketis J, Crowther M. **Venous thromboembolic complications in patients undergoing chest surgery for lung or pleural malignant disease.** J Thromb Haemost. 2007;5 (Suppl 2): P-S-565

7) Crowther M, Raby A, Keeney M, Flynn G. **Use of a human-derived d-dimer preparation in external quality assessment (EQA).** J Thromb Haemost. 2007;5 (Suppl 2): P-S-599

8) Douketis J, Cook D, Zytaruk N, Heels-Ansdell D, Anderson D, Geerts WH et al. **Dalteparin thromboprophylaxis in critically ill patients with severe renal insufficiency: the direct study.** J Thromb Haemost. 2007;5 (Suppl 2): P-S-680

9) Jeimy SB, Krakow EF, Fuller N, Tasneem S, Crowther M, Hayward CPM. **Platelet factor V deficiency in a patient with an acquired inhibitor of va procoagulant function.** J Thromb Haemost. 2007;5 (Suppl 2): P-M-028

10) Lim L, Wang L, Sridhara M, Wang M, Douketis J, Rodger M, Crowther M. **Low molecular weight heparin in patients with renal insufficiency: analysis of anti-xa levels and creatinine clearance.** J Thromb Haemost. 2007;5 (Suppl 2): P-T-511

11) Raby A, Crowther M, Flynn G. **D-dimer reporting: what's the problem for the electronic health record? An Ontario perspective.** J Thromb Haemost. 2007;5 (Suppl 2):P-T-555

**2008** (Total to year end 129)

1) Clark N, Witt D, Delate T, Trapp M, Garcia D, Ageno W, Hylek E, Crowther M.**The clinical consequence of subtherapeutic anticoagulation: the low INR study (LINeRS).** J Thromb Thrombolysis. 2008 Feb;25(1):127-8.

2) Woods K, Douketis JD, Kathirgamanathan K, Yi Q, Crowther M. **Low-dose oral vitamin K to normalize the international normalized ratio prior to surgery in patients who require temporary interruption of warfarin.** J Thromb Thrombolysis. 2008 Feb;25(1):96.

3) Borah B, McDonald H, Henk J, Crowther MA, Selby R, Wells P. **Alignment to ACCP Prophylaxis Guidelines and VTE Outcomes in THR and TKR Patients.** Blood (ASH Annual Meeting Abstracts), Nov 2008; 112: 170.

4) Arnold DM, Bernotas A, Nazi I, Stasi R, Kuwana M, Kelton JG, and Crowther MA. **The Efficacy of H. pylori Eradication Therapy in H. pylori-Infected and Uninfected Patients with Immune Thrombocytopenic Purpura: A Systematic Review.** Blood (ASH Annual Meeting Abstracts), Nov 2008; 112: 3413.

5) Malato A, Lim W, Siragusa S, Cook D, Crowther MA. **The Impact of Deep Vein Thrombosis on Outcomes in Critically Ill Patients: A Systematic Review and Meta-Analysis.** Blood (ASH Annual Meeting Abstracts), Nov 2008; 112: 3023.

6) Dentali F, Ageno W, Witt D, Malato A, Clark N II, Garcia D, Siragusa S, McCool K, Dyke S, Crowther MA. **Natural History of Mesenteric Venous Thrombosis: A Large Multicentre Study.** Blood (ASH Annual Meeting Abstracts), Nov 2008; 112: 3027.

7) Lim W, Holinski P, Tkaczyk AJ, Clarke FJ, McDonald E, Devereaux PJ, Crowther MA, Cook DJ. **Troponin in ICU screening study (TROPICS): Deferred consent for observational research.** Proc Am Thor Soc 2008; 177:A576a

8) Lim W, Tkaczyk AJ, Holinski P, Qushmaq I, Jacka M, Khera V, Devereaux PJ, McDonald E, Terrenato I, Schunemann H, Crowther MA, Cook DJ. **The diagnosis of myocardial infarction in critically ill patients: An agreement study.** Proc Am Thor Soc 2008; 177:A368a

9) Griffith L, Guyatt G, Walter S, Made M, Crowther M, Rabbat C, Shorr A, Zytaruk N, McDonald E, Clarke F, Cook DJ. **Attributable morbidity and mortality of DVT.** Crit Care Med 2007 35; 12:A628.

10) Holinski P, Lim W, Devereaux PJ, Tkaczyk AJ, McDonald E, Clarke FJ, Terrenato I, Schunemann H, Qushmaq I, Crowther MA, Cook DJ. **Increased detection of myocardial infarction in critical illness using screening Troponin and ECGs.** Crit Care Med 2008; 35:12A290.

**2009** (Total to year end 140)

1) Selby R, Borah B, McDonald H, Henk J, Crowther M, Wells P. **Alignment to prophylaxis guidelines and occurrence of venous thromboembolism after total hip and knee replacement** OC-MO-051 J Thromb Haemost. 2009; Suppl 1

2) Le Gal G, Kovacs MJ, Carrier M, Do K, Kahn SR, Wells PS, Anderson DA et al. **Validation of a diagnostic approach to exclude recurrent venous thromboembolism** OC-TU-011 J Thromb Haemost. 2009; Suppl 1

3) Selby R, Becker D, McDonald H, Cartier S, Crowther M, Wells P. **Burden of illness of venous thromboembolism after total hip and knee replacement in Canada** OC-TU-020 J Thromb Haemost. 2009; Suppl 1

4) Clase CM, Crowther MA, Wilkieson TJ, Soroka SD, Nagai R, Jindal KK et al. **Low-intensity adjusted-dose warfarin for the prevention of mechanical malfunction of double-lumen**

**haemodialysis catheters: a randomized controlled trial** OC-TH-009 J Thromb Haemost. 2009; Suppl 1

5) Tincani E, Bernardini A, Crowther MA, Foroni M. **Hemorrhage in acute care setting is a risk factor for later venous thromboembolism in rehabilitation unit** PP-MO-306 J Thromb Haemost. 2009; Suppl 1

6) Dentali F, Ageno W, Witt D, Malato A, Clark N, Garcia D, McCool K. et al. **Natural history of mesenteric venous thrombosis in patients treated with oral anticoagulants** PP-MO-308 J Thromb Haemost. 2009; Suppl 1

7) Dentali F, Squizzato A, Brivio L, Appio L, Campiotti L, Crowther M. et al. **JAK2V617F mutation for the early diagnosis of Ph-myeloproliferative neoplasms in patients with venous thromboembolism. a meta-analysis** PP-MO-309 J Thromb Haemost. 2009; Suppl 1

8) Witt DM, Delate T, Clark NP, Crowther MA, Garcia DA, Ageno W. et al. **Evaluating the feasibility of less frequent INR testing during chronic anticoagulation therapy** PP-MO-462 J Thromb Haemost. 2009; Suppl 1

9) Witt DM, Delate T, McCool KH, Dowd M, Clark NP, Crowther MA et al. **Incidence and predictors of serious bleeding following polypectomy in patients receiving and not receiving oral anticoagulation therapy** PP-MO-463 J Thromb Haemost. 2009; Suppl 1

10) Wilkieson TJ, Gangji AS, Ranganath N, Ingram AJ, Crowther MA, Rabbat CG, Douketis JD, Cina CS, Goldmith CH, Clase CM. **Reliability of bioimpedance methods in dialysis patients.** American Society of Nephrology, October 29, 2009.

11) Gangji AS, Wilkieson TJ, Ingram AJ, Crowther MA, Rabbat CG, Douketis JD, Cina CS, Goldsmith CH, Clase CM. **Volume overload, assessed by the resistance-reactance graph method of interpreting bioimpedance, is prevalent in incident haemodialysis patients participating in the Longitudinal Pilot Study of Haemodialysis Patients.** American Society of Nephrology, October 2009.

**2010** (Total to year end: 143 – these are not carefully tracked so underestimate numbers)

1) Wilkieson TJ, Rahman·MO, Voss MD, Ingram AJ, Ranganath N, Goldsmith CH, Kotsamanes CZ, Gangji AS, Crowther MA, Rabbat CG, Clase CM, on behalf of the Longitudinal study investigators. **Coronary artery calcification and cardiovascular events in incident patients on haemodialysis.** Canadian Society of Nephrology Annual Meeting, Montreal, QC, 2010 May 29.

2) Francesco Dentali, Chiara Marchesi, Matteo Giorgi Pierfranceschi, Mark A. Crowther, David Garcia, Elaine M. Hylek, Dan Witt, Nathan Clark, Alessandro Squizzato, Davide Imberti and Walter Ageno **SAFETY of PROTHROMBIN COMPLEX CONCENTRATES IN PATIENTS REQUIRING RAPID REVERSAL of ANTICOAGULANT TREATMENT with the VITAMIN K ANTAGONISTS :a Systematic Review and a Meta-Analysis of the Literature** Blood 2010;116(a1113):p484

3) Madeline Song, Connor Warne, Mark A. Crowther, **Prothrombin Complex Concentrate (Octaplex®) In Patients Requiring Immediate Reversal of Vitamin K Antagonist Anticoagulation Oral and Poster Abstracts** Blood 2010;116(a1115):p486

## v) Invited Speaking Engagements:

Curriculum Vitae: Dr Mark Crowther

1) Clinical Dilemmas in Thromboembolism CME, Faculty of Health Sciences, McMaster University, April 24, 1996

2) CME program for Laboratory Technologists, Mohawk College, 1995-6

3) Telemedicine Canada (Nationwide audio educational session), October 22, 1996

    Telemedicine Canada (International audio educational session), October 7, 1997

    Telemedicine Canada (Nationwide audio educational session), June 16, 1998

4) Neonatology Expanded Role nurse educational programme, McMaster University, Fall 1996

5) Medical grand rounds, St Joseph's Hospital, Hamilton:

    Antiphospholipid Antibodies April 2, 1997

    D-dimer in the diagnosis of DVT Feb 2001

    Thrombophilia in the Year 2001 March 2001

6) Hematology Regional Grand Rounds: Acquired activated protein C resistance: the first case Nov 17, 1997

    Antiphospholipid antibodies Nov 27, 1998

    Thrombophilia in the Year 2000 Oct 22, 1999

    Anticoagulation in the year 2001Vitamin K Therapy Jan 26th, 2001

    Hematophagous arthropods

March 9th, 2001

7) The first annual JG Scott day in Hematology, University of Toronto Preventing recurrent events in patients with Antiphospholipid antibodies Jan 29, 1998

    Third annual JG Scott day in Hematology, McMaster University A guide to thrombosis March 19, 2000

8) Update in Blood-banking Credit Valley Hospital Febrile Non-hemolytic Transfusion reactions Feb 23, 1998,

9) Regional Allergy and Immunology Rounds Antiphospholipid antibodies, an update March 27, 1998

10) Management of Thrombophilia American Thoracic Society meeting, special symposium Chicago, IL April 24, 1998

11) Current management of anticoagulant therapy Medical Grand Rounds St Joseph's Hospital, Hamilton July 29, 1998

12) Outpatient treatment programmes for CVT and Low-Molecular Weight heparin: Current clinical practices Chatam and Wallaceburg General Hospitals Sept 15, 1998

13) The Case of Mr SM: laboratory aspects Inservice: Department of Laboratory Medicine St Joseph's Hospital, Hamilton Sept 22 & 23, 1998

14)     DIC: Diagnosis and management
        Obstretics and Gynecology Resident
        Half-day
        McMaster University
        Sept 23, 1998

15)     Clinical Epidemiology: The essentials
        Hematology Resident Half-day
        McMaster University
        Sept 25, 1998

16)     Clinical Cases
        Ontario Society of Medical Laboratory
        Technologists
        Hamilton, Ontario
        Sept 29, 1998

17)     Outpatient treatment with Low-
        Molecular weight heparins: The
        practicalities
        The Richmond, Virginia Blood Club
        Richmond Virginia Museum of Fine arts
        Oct 8, 1998

18)     Prolonged prophylaxis with low
        molecular weight heparin
        Pharmacia Upjohn Corporate Retreat
        San Juan, Peurto Rico
        Jan 12, 1999

19)     Department of Laboratory Medicine and
        Pediatrics Special Lecture Series and
        Weekly Hematology meeting
        University of Melbourne
        Melbourne, Australia
        Feb 2 and 3, 1999

20)     Antiphospholipid Subcommittee of the
        International Society for Thrombosis and
        Hemostasis

        Lublajna, Slovenia
        June 1998

        Washington DC
        August 1999

21)     Inherited Thrombophilia and Low
        molecular weight heparins
        Franklin Square Hospital

Baltimore, Md
April 28th, 1999

22)     Low molecular weight heparin for the
        outpatient treatment of DVT
        Northern Ontario Nursing conference
        Sault Ste Marie, Ontario
        April 29th, 1999

23)     Low Molecular Weight Heparins for
        Unstable Coronary Syndromes

        St Thomas-Elgin General Hospital
        St Thomas, Ontario

        May 15th, 1999
        Low molecular weight heparins: Recent
        Advances

        St Thomas-Elgin General Hospital
        St Thomas, Ontario
        May 20th, 2001

24)     Low Molecular Weight Heparins for
        Outpatient Treatment of DVT

        Kitchener-Waterloo General Hospital
        May 20th, 1999

        Toronto Airport Sheraton Hotel
        Sept 21, 1999

25)     Maintaining quality hemostasis in the
        core coagulation laboratory
        Canadian Society of Laboratory
        Technology
        Toronto, On
        June 13th, 1999

26)     Life's a gamble: The case of Ms NO Dept
        of Obstetrics and Gynecology Academic
        Rounds at St Joseph's Hospital
        Hamilton, On
        Sep 15th, 1999

27)     Antiphospholipid antibodies
        Dept of Obstetrics and Gynecology
        Academic Rounds at St Joseph's Hospital
        Hamilton, On
        Nov 3rd, 1999

Curriculum Vitae: Dr Mark Crowther

28) Why low molecular weight heparin@
Hamilton Civic Hospitals Research
Centre
Henderson Hospital
Jan 16th, 2000

29) Critical Care Residency Training
Programme, McMaster University
Hamilton, Ontario

Coagulopathy
Jan 18th, 2000

Coagulation Cascade and ANew
anticoagulants
Nov 10th, 2000

30) Oral Vitamin K for Warfarin Associated
Coagulopathy
American College of Chest Physicians 6th
Consensus conference on antithrombotic
therapy
Tucson, AZ
Feb 19th, 2000

31) Anti-platelet agents and the treatment
of thromboses
MS-732, Vascular diseases, hemostasis
and thrombosis.
McMaster University, Postgraduate
course
Hamilton, Ontario
March 3rd, 2000

32) White blood cell disorders
Emergency Medicine  Residency Training
Programme, McMaster University
Hamilton, Ontario
April 5th, 2000

33) Tromboembolismo y anticoagulacion en
el 2000"
Hospital Mexico
Invited International Speaker
San Jose, Costa Rica
April 13th and 14th, 2000

34) Anticoagulant Therapy in the Year 2000
Department of Medicine, McMaster
University

Chair's Grand Rounds
Henderson Hospital
May 12th 2000

35) Antiphospholipid antibodies
Thromboembolism Service, Sunnybrook
and Women's Hospital
University of Toronto
Sunnybrook Hospital
June 26th, 2000

36) New Antithrombotics
Thromboembolism  Monthly Clinical
Session
McMaster University
Henderson Hospital
June 28th, 2000

37) Preventing Hemorrhage in
Anticoagulated Patients
Division of Nephrology Grand Rounds
St Joseph's Hospital
McMaster University
July 7, 2000

Antiphospholipid antibodies: Clinical
importance
Division of Nephrology Grand Rounds
St Joseph's Hospital
McMaster University

November 3rd, 2000

38) Oral vitamin K for warfarin-associated
coagulopathy
St Joseph's Villa
July 26, 2000

39) Thalassemias and Hemoglobinopathies
Dept of Obstetrics and Gynecology
Resident Half-day
Hamilton, On
Aug 2nd, 2000

40) The Future of Anticoagulation
Riverview Methodist Hospital
Columbus, Ohio
August 25, 2000

41) Antithrombotics in the Year 2000:

Curriculum Vitae: Dr Mark Crowther

Evolution or Revolution
Milton District Hospital
Milton, Ontario
Sept 22nd, 2000

42)  An update in Arterial and Venous
     Thromboembolism
     Prepared syllabus for AAntiphospholipid
     antibody section of update
     Harvard Medical School
     Boston, MA
     October 12th, 2000

43)  Antithrombotic prophylaxis
     11th Annual Cardiovascular Therapeutics
     related to Antithrombotic Therapy
     McMaster University

     November 8th, 2000

44)  DIC: Diagnosis and management
     Obstretics and Gynecology Resident
     Half-day
     McMaster University
     Sept 23, 1998

45)  New Antithrombotic agents
     London Regional Cancer Centre Grand
     Rounds
     London, Ontario
     Nov 12th, 2000

46)  Peri-Operative antithrombotic
     prophylaxis
     Dept of Anesthesia, McMaster University
     Resident Half-day
     Hamilton, On
     Jan 31st, 2001

47)  Low molecular weight heparins and
     pulmonary embolism
     Departments of Emergency Medicine
     and Internal Medicine, Moncton, New
     Brunswick
     Feb 6th and 7th, 2001

48)  Venous Thrombosis in the ICU
     Hamilton Regional Respirology Research
     Rounds
     March 27th, 2001

49)  Thrombophilia in Pregnancy
     Making a Mark Exam Review Course
     Nationwide review course for Obstetrics
     Residents taking their Royal College
     exams
     Mississauga, On
     April 22nd, 2001

50)  Low molecular weight heparins: Future
     directions
     Annual spring update in Internal
     Medicine
     Niagara-on-the-lake, Ontario
     May 12th, 2001

51)  Low molecular weight heparin
     Pharmacist/Physician Update
     Windsor, Ontario
     May 23rd, 2001

52)  Hemorrhage in patients with End Stage
     Renal Disease
     Expert Panel on PEG-Hirudin
     Abbott Incorporated
     June 4th, 2001

53)  Low Molecular Weight Heparin for
     prophylaxis of venous thrombosis
     Hamilton and Area Orthopedic Surgery
     Society Quarterly Meeting
     Hamilton, Ontario
     June 20th, 2001

54)  Low Molecular Weight Heparins: Recent
     Advances
     Leo Pharmaceuticals
     St John's, Newfoundland
     June 26th, 2001

55)  Antiphospholipid antibodies: Recent
     Advances
     Division of Hematology Special Rounds
     St John's, Newfoundland
     June 27th, 2001

56)  Antiphospholipid antibodies: A review
     Canadian Society of Medical Laboratories
     Sciences Annual Congress

St John's, Newfoundland
June 28th, 2001

57) Vitamin K for Warfarin Associated
Coagulopathy
Scientific Subcommittee On Oral
Anticoagulant therapy
International Society on Thrombosis and
Haemostasis
Paris, France
July 6th, 2001

58) Warfarin is ineffective for the prevention
of loss of PTFE dialysis grafts: A
randomized clinical trial.
Presented at and co-chairperson of Oral
Anticoagulants II Scientific session
International Society on Thrombosis and
Haemostasis
Paris, France
July 12th, 2001

59) New antithrombotics
Regional Nephrology Rounds
St Joseph's Hospital & McMaster
University
Hamilton, Ontario
August 10th, 2001

60) Anticoagulation: Teaching an old dog
old tricks
Chairs Regional Grand Medical Rounds
McMaster University Medical Centre
Hamilton, Ontario
Sept 13th, 2001

61) Low molecular weight heparin: recent
advances
Windsor Regional Nursing Association
Educational Session
Windsor, Ontario
Sept 19th, 2001

62) Antiphospholipid Antibodies: An Update
University of Toronto Regional
Rheumatology Grand Rounds
Hospital for Sick Children
Toronto, Ontario
October 9th, 2001

63) Risk factors for VTE in the ICU
Toronto Critical Care Medicine
Symposium
Toronto, Ontario
Oct 20, 2001

64) New antithrombotics
Annual Update in Thromboembolism
MedCentral Healthcare System
Mansfield, Ohio
Oct 24th, 2001

65) Low molecular weight heparins: An
Update
Inovis Health Care System: Mount
Vernon Hospital
Arlington, Virginia
October 30th, 2001

66) Oral anticoagulants: Teaching an old
dog old tricks
Hemostasis Rounds
Hospital for Sick Children
Toronto, Ontario
Nov 6th, 2001

67) Prophylaxis of VTE
St Joseph's Day in Antithrombotic
Therapy
St Joseph's Hospital
Hamilton, Ontario
Nov 7th, 2001

68) Recent Advances in anticoagulation:
Cambridge district Academy of Medicine
Update
Cambridge Memorial Hospital
Nov 16th, 2001

69) Hematological aspects of Obstetrical
Care
Obstetrics and Gynecology Resident
Half-day
McMaster University
Nov 14th, 2001

70) LMWH's: An Update
Huronia District Hospital
Midland, Ontario
Nov 21st, 2001

71) Outpatient treatment of DVT
Royal Victoria Hospital
Belfast, Northern Ireland
Nov 26th, 2001

72) Treatment of Warfarin Associated Over-anticoagulation
Belfast City Hospital Physicians' Rounds
Belfast, Northern Ireland
Nov 27th, 2001

73) Antiphospholipid antibodies
Lablink Regional Rounds
Belfast, Northern Ireland
Nov 27th, 2001

74) Treatment of Warfarin Associated Over-anticoagulation
Republic of Ireland Transfusion Association
Dublin, Ireland
Nov 28th, 2001

75) Management of oral anticoagulant therapy
American Society of Hematology
Meeting Education Session
Orlando, Florida
Dec 9th, 2001

76) Management of oral anticoagulant therapy
American Society of Hematology Meeting
Meet-the expert breakfast
Dec 10th 2001
Orlando, Florida

Large Group Educational sessions
Clinical Control of Anticoagulant therapy
American Society of Hematology Meeting
Dec 10th 2001
Orlando, Florida

Management of oral anticoagulant therapy
American Society of Hematology Meeting
Meet-the expert breakfast
Dec 2003
San Diego, California

77) Clinical Hematology
McMaster University Pathology
Residents' Half Day
Hamilton, Ontario
Jan 9th, 2002

78) The coagulation cascade
McMaster University Vascular Surgery Rounds
McMaster University
Jan 16th, 2002

79) Antiphospholipid antibodies
McMaster University Hematology
Residency Program Half-day
Hamilton, Ontario
Jan 18th, 2002

80) Interaction of coagulation with Inflammation
Respirology/Critical Care Basic Science Program
Hamilton, Ontario
Jan 22nd, 2002

81) Prevention of Venous Thrombosis & New Anticoagulants
American College of Physicians Annual Ontario Scientific Meeting
Toronto, Ontario
Feb 1st, 2002

82) The interaction of Thrombosis and Inflammation
Critical Care Residency Program Half-day
McMaster University
Hamilton, Ontario
Feb 5th, 2002

83) Thrombocytopenia in the ICU
Critical Care Residency Program Half-day

McMaster University
Hamilton, Ontario
Feb12th, 2002

84) Peri-operative coagulopathies
Anesthesia Residency Half day
McMaster University
Hamilton, Ontario
Feb 13th, 2002

85) Peri-operative venous
thromboprophylaxis
Combined Surgical/anesthesia Rounds
Barrie, Ontario
Feb 18th, 2002

86) An introduction to anticoagulant therapy
National Sales Training Meeting
Pharmacia Canada
Mississauga, Ontario
Feb 19th, 2002
May 28th, 2002***

87) VTE: An update
Milton District Hospital Grand Rounds
Milton, Ontario
March 8th, 2002

88) Regional Anesthetics and DVT
prophylaxis in Orthopedic Surgery
Anesthesia/Orthopedic Surgery Rounds
Oakville, Ontario
March 26th, 2002

89) Halton Long-Term Care Facilities Joint
Annual Staff Meeting- Update in
anticoagulants
Joseph Brant Hospital
Burlington, Ontario
April 2nd, 2002

90) Twentieth Annual Meeting of the HHS
Region II Comprehensive Hemophilia
Diagnostic and Treatment Centres -
Update in Thrombophilia
Cornell University
Ithica, NY
April 8th, 2002

91) Why don't anticoagulants work in
sepsis?
Critical Care Residency program Journal
Club
McMaster University
April 17th, 2002

92) Antiphospholipid antibodies and heart
disease & stroke
Lupus Canada Annual General Meeting
Niagara Falls, Ontario
April 20th, 2002

93) Thrombophilia in Pregnancy
Making a Mark Exam Review Course
Nationwide review course for Obstetrics
Residents taking their Royal College
exams
Mississauga, Ontario
April 21st, 2002

94) Anticoagulants in Sepsis: Pediatric
Critical Care rounds
London Health Sciences Centre &
University of Western Ontario
London, Ontario
May 5th, 2002

95) Update in orthopedic prophylaxis
Woodstock Orthopedic Surgery Group
London, Ontario
May 7th, 2002

96) Update in thrombophilia
Hamilton Regional Hematology Program
Grand Rounds
Henderson General Hospital & McMaster
University
May 10th, 2002

97) Hematophagous arthropods
Hamilton Regional Thrombosis Nurses
Meeting
Hamilton, Ontario
May 20th, 2002

98) Anticoagulants in Sepsis
Co-presented with Dr Patricia Liaw
Henderson Research Centre Clinical
Update meeting
May 22nd, 2002

Curriculum Vitae: Dr Mark Crowther

99) Update in orthopedic prophylaxis
Pharmacia Canada Consultant Meeting
Victoria, BC
May 31st, 2002

100) Chair, Pharmacia Canada Advisory Board
Seville Spain
June 8th, 2002

101) To clot or not to clot
McMaster University Critical Care
Programme Resident award night, Guest
lecturer
Hamilton, Ontario
June 18th, 2002

102) Medical prophylaxis with LMWH
Joseph Brant Hospital Medical Rounds
Burlington, Ontario
June 20th, 2002

103) Bleeding and Thrombosis in the ICU
Hamilton Regional Critical Care Update
Day
Hamilton, Ontario
June 27th, 2002

104) Bleeding Thrombosis and activation of
coagulation
Medical Grand Rounds
St Joseph's Hospital/McMaster University
Hamilton, Ontario
July 10th, 2002

105) Approach to the patient with suspected
venous thromboembolism
Clinical Teaching Unit Rounds
St Joseph's Hospital/McMaster University
Hamilton, Ontario
August 20th, 2002

106) Thrombocytopenia, DIC and the ICU
Thromboembolism in the ICU Consensus
Meeting
McMaster University
Hamilton, Ontario
Sept 22nd, 2002

107) Treatment of warfarin associated
coagulopathy
Update in Anticoagulant therapy
University of Varese
Varese, Italy
Sept 27th, 2002

108) Update in thromboprophylaxis
Combined meeting, Hamilton Regional
Ansethesia and Orthropedic Surgery
groups
Hamilton, Ontario
October 15th, 2002

109) Update in thromboprophylaxis
Combined meeting, Sudbury Regional
Ansethesia and Orthropedic Surgery
groups
Sudbury, Ontario
October 22nd, 2002

110) Update in APLA
Department of Medicine, Internal
Medicine Rounds
University of New Mexico at
Albuquerque
Albuquerque, NM
Nov 1st, 2002

111) Cancer and DVT: Not a chicken and egg
phenomenon
2nd Annual Southwestern Update in
Thromboembolism
Department of Medicine
University of New Mexico
Albuquerque, NM
Nov 1st, 2002

112) Brain Rot and other Conundrums: APLA
2002
McMaster University Hematology Grand
Rounds
McMaster University
Hamilton, Ontario
Nov 8th, 2002

Curriculum Vitae: Dr Mark Crowther

113) Sepsis, coagulation and activation of inflammation
Chairs Medical Grand Rounds
Hamilton General Hospital
Hamilton, Ontario
November 15th, 2002

114) Thrombophilia: A review
General Surgery Grand Rounds
McMaster University Medical Centre
Hamilton, Ontario
November 20th, 2002

115) A Randomized Trial of Two Intensities of Warfarin (International Normalized Ratio of 2.0 to 3.0 Versus 3.1 to 4.0) for the Prevention of Recurrent Thrombosis in Patients with Antiphospholipid Antibodies.
Thromboembolism II: Simultaneous session, American Society of Hematology Meeting
Philadelphia, Pennsylvania
December 9th, 2002

116) Co-Chair, Health Outcomes Research II: Simultaneous session, American Society of Hematology Meeting
Philadelphia, Pennsylvania
December 10th, 2002

117) Update in Anticoagulation
Department of Family Medicine Rounds
St Joseph's Hospital
Hamilton, Ontario
January 17th, 2003

118) Antiphospholipid antibodies: An update
Regional Neurology Grand Rounds
McMaster University
Hamilton General Hospital
Hamilton, Ontario
Jan 23rd, 2003

119) Antiphospholipid antibodies: An update
Regional Immunology Grand Rounds
McMaster University
Hamilton, Ontario
Feb 28th, 2003

120) Thrombophilia and D-dimers
Northern Ontario Medical Laboratory Technologist's Conference (NORONT)
Timmins, Ontario
March 6th, 2003

121) Managing bleeding in patients receiving anticoaglants
NovoNordisk Training Seminar
Mississauga, Ontario
March 18th, 2003

122) Update in coagulation testing and managing epidurals
McMaster University Anesthesia Training Program Academic Half-day
McMaster University
Hamilton, Ontario
March 19th, 2003

123) LMWH: What's new ?
Parkwood Hospital Weekly Grand Rounds
University of Western, Ontario
London, Ontario
April 28th, 2003

124) Reversing oral anticoagulants
The Anticoagulant Forum biannual meeting
San Francisco, CA
May 8-11, 2003

125) Update in Surgical Prophylaxis
Credit Valley Orthopedic Surgery Assn
Dinner meeting
Mississauga, Ontario
May 21st, 2003

126) Update in VTE and LMWH
Central West Health Region Rounds
Grand Falls, NFLD
May 23rd, 2003

127) Update in VTE and LMWH
Central East Health Region Rounds and Annual General Meeting
Gander, NFLD
May 24th, 2003

128) What's new in the diagnosis of venous thrombosis?
*Annual General Meeting of the Ontario Association of Medical Radiology Technologists*
Hamilton, Ontario
May 28th, 2003

129) D-dimers and thrombophilic states
*Stratford General Hospital Medical Laboratory technologists* Education session
Stratford, Ontario
June 3rd, 2003

130) New Anticoagulants: An Update
Greater Toronto area Cardiology Consortium
Annual refresher day
Huntsville, Ontario
June 21st, 2003

131) Antiphospholipid antibodies: Re-evaluating moderate intensity warfarin
49 Annual Scientific Subcommittee Meeting of the International Society on Thrombosis and Haemostasis
Birmingham, UK
July 12th, 2003

132) What's new in thromboembolism?
Medical Grand Rounds
St Joseph's Hospital
Hamilton, Ontario
August 27th, 2003

133) Clinical control of anticoagulation
Department of Family Medicine Monthly General Meeting
St Joseph's Hospital, Toronto
September 16th, 2003

134) An update on the prevention of venous thrombosis
East Toronto Hospitals Orthopedic Surgery Ass'n Business meeting
Toronto, Ontario
Sept 24th, 2003

135) Thrombophilia 2003
3rd Annual Southwestern Update in Thromboembolism
Department of Medicine
University of New Mexico
Albuquerque, NM
October 4th, 2003

136) Heparin induced Thrombocytopenia: An Update
Toronto Area Hospital Pharmacists Association
Art on King
Toronto, Ontario
October 21st, 2003

137) Pulmonary embolism: 2003
Greater Niagara Hospital Medical and Emergency Medical Staff Association meeting
St Catherine's Ontario
October 22nd, 2003

138) Update in Low Molecular Weight Heparins
AMUQ annual conference
Quebec City, Quebec
Nov 28th, 2003

139) Update in Hemachromatosis
St Joseph's Hospital
Department of Family Medicine Weekly Rounds
St Joseph's Hospital
Dec 19th, 2003

140) Update in Thalassemia
McMaster University Hematology Grand Rounds
Henderson General Hospital
Hamilton, Ontario
Dec 19th, 2003

141) Heparin-induced Thrombocytopenia: Nuts and Bolts
Trillium Health Care Centre Medical Grand Rounds
Mississauga, Ontario
Jan 22nd, 2004

142)   What is Crowther doing talking about thalassemia?
Chair's Medical Grand Rounds, McMaster University
Henderson General Hospital, Hamilton
Feb 20th, 2004

143)   APLA 2004: What does recent evidence tell us about this difficult clinical disorder
Thromboembolism Rounds, University of Ottawa
Ottawa Civic Hospital
March 11th, 2004

144)   APLA 2004: What does recent evidence tell us about this difficult clinical disorder
Medical Grand Rounds, Cleveland Clinic
Cleveland, Ohio
April 8th, 2004

145)   APLA 2004: What does recent evidence tell us about this difficult clinical disorder
Medical Grand Rounds, University of Florida
Gainesville, Florida
April 15th, 2004

146)   Update in Orthopedic Prophylaxis
Quarterly Surgical Staff Meeting
Credit Valley Hospital
Mississauga, Ontario
April 19th, 2004

147)   Update in Transfusion Medicine
Department of General Surgery POS exam Session
McMaster University Medical Centre
Hamilton, Ontario
April 21st, 2004

148)   Thrombocytopenia in the critically ill: Background, Clinical Cases and the place of HIT
Critical Care Rounds, St Joseph's Hospital
Mississauga, Ontario
May 4th, 2004

149)   Thrombocytopenia in the critically ill: Background, Clinical Cases and the place of HIT
Anesthesia and Critical Care Rounds
University of Western Ontario
London, Ontario
May 11th, 2004

150)   Heparin induced thrombocytopenia: An Update
Cardiovascular Surgery Rounds
University of Western Ontario
London, Ontario
May 12th, 2004

151)   An approach to anemia
Monthly Grand Rounds
West Lincoln Hospital
Grimsby, Ontario
May 11th, 2004

152)   Heparin induced thrombocytopenia: An Update
Cardiovascular Surgery Rounds
Trillium Healthcare Corporation
Mississauga, Ontario
May 24th, 2004

153)   LMWH in special risk populations
Canadian Society for Internal Medicine Annual Meeting
Quebec City, PQ
June 5th, 2004

154)   Antiphospholipid antibodies: What does recent evidence tell us about this difficult condition?
Modena City Hospital Thromboembolism symposium
Modena, Italy
June 12, 2004

155)   Antiphospholipid antibodies: What does recent evidence tell us about this difficult condition University of Insurbia Special Thrombosis Rounds
Verese, Italy
June 15, 2004

156)   Antiphospholipid antibodies: What does recent evidence tell us about this difficult condition

Curriculum Vitae: Dr Mark Crowther

St Joseph's Hospital and McMaster University Medical Grand Rounds
St Joseph's Hospital
Hamilton, Canada
Sept 13th, 2004

157) Anticoagulation in Problematic patients Beating blood clots in Copenhagen
Leo Pharmaceuticals
Copenhagen, Denmark
September 25th, 2004

158) Invited participant, 2nd National Health Assembly
Kampala Uganda
Oct 25th and 26th 2004

159) Optimal Therapy for Patients with APLA
11th Bi-Annual International Conference on Antiphospholipid Antibodies
Sydney, Australia
November 16th, 2004

160) Antiphospholipid antibodies: What does recent evidence tell us about this difficult condition?
Royal Alfred Hospital Medical Rounds
Royal Alfred Hospital
Melbourne, Victoria, Australia
November 19th, 2004

161) Antiphospholipid antibody Syndrome: Presentation and Management
Super Friday Symposium Prior to the American Society of Hematology Meeting
San Diego, CA
Dec 3, 2004

162) Thrombocytopenia in the critically ill
Critical Care Grand Rounds
St Michael's Hospital & University of Toronto
Toronto, Ontario
Dec 10, 2004

163) Anticoagulation in the year 2004: Teaching an old dog new tricks
University of Vermont Medical School Medical Grand Rounds

University of Vermont Medical School
Burlington, Vermont
Jan 7, 2005

164) "Deep Vein Thrombosis in Critical Illness: risk factors"
34th Critical Care Congress
Phoenix, Arizona
Jan 16, 2005

165) "The impact of the Heart and Stroke Foundation"
Heart and Stroke Foundation Annual Fundraising dinner
Burlington, Ontario
Jan 28, 2005

165) "Thrombocytopenia in the critically ill"
Critical Care Grand Residency Program Journal Club
McMaster University
Hamilton, Ontario
Feb 28, 2005

166) "Doctor my blood is low"
McMaster University Mini-medical school
McMaster University
Hamilton, Ontario
March 6, 2005

167) "DVT and PE in pregnancy"
Obstetrics and Gynecology Grand Rounds
St Joseph's Hospital & McMaster University
March 16, 2005

168) "DVT Prophylaxis"
Surgery POS exam Half-day
McMaster University
March 16, 2005

169) "ICU VTE research program"
Henderson Research Centre Weekly Rounds
McMaster University
March 16, 2005

170) "APLA and pregnancy loss"
Obstetrics and Gynecology Resident Half

Day
McMaster University
March 16, 2005

171) "Diagnosis of VTE"
25th Annual International Symposium on
Intensive Care and Emergency Medicine
Brussels, Belgium
March 24, 2005

172) "Novel anticoagulants"
25th Annual International Symposium on
Intensive Care and Emergency Medicine
Brussels, Belgium
March 24, 2005

173) "Thrombocytopenia in the critically ill"
Medical Grand Rounds
North York General Hospital
North York, Ontario
March 28th, 2005

174) "Deep vein thrombosis: 2005"
British Society of Hematology Annual
Meeting
Manchester, UK
April 10th, 2005

175) "Deep vein thrombosis: 2005"
Markham and District Hospital
Educational Rounds
Markham, Ontario
April 26th, 2005

176) "Factor VIIa Lunch and Learn"
Hamilton Regional Laboratory Medicine
"Lunch and Learn" Program
St Joseph's Hospital
Hamilton, Ontario
April 27th, 2005

177) "Current Controversies in Anticoagulant
Care"
Oklahoma Cardiovascular Associates 5th
Annual Update Conference
Oklahoma City, Oklahoma
April 29th, 2005

178) "Antiphospholipid antibodies: What does

recent evidence tell us about this
difficult condition?"
University of Alberta Medical Grand
Rounds
Edmonton, Alberta
May 6th, 2005

179) "New anticoagulants: Managing their
complications"
Novo-Nordisc Annual Update conference
Copenhagen, Denmark
May 13th, 2005

180) "Spiral computerized CT scanning for the
diagnosis of pulmonary embolism: an
evidence based review"
American Thoracic Society Annual
Meeting
San Diego, California
May 22, 2005

181) "2005 Update in Venous
Thromboembolism"
Regional Medical Rounds
North Bay district
North Bay, Ontario
May 25th, 2005

181) "Oral anticoagulant therapy: Teaching
an Old Dog New Tricks"
University of Manitoba Resident
Research Day
Winnipeg, Manitoba
May 26th, 2005

182) "HIT Happens: An update on Heparin
Induced Thrombocytopenia"
St Joseph's Hospital, Toronto Medical
Grand Rounds
Toronto, Ontario
June 15th, 2005

183) "Antiphphospholipid antibody Syndrome:
What does recent evidence tell us about
this troublesome syndrome?"
St Joseph's Hospital Regional
Rheumatology Rounds
Hamilton, Ontario
June 15th 2005

184) "The impact of the Heart and Stroke
Foundation"
Heart and Stroke Foundation Annual
Research Reception
Hamilton, Ontario
June 15th, 2005

185) "HIT happens: A guide to low platelet
counts in the Critically ill
Oakville-Trafalgar Hospital Medicine
Rounds
Oakville, Ontario
June 27[th], 2005

186) "An update on VTE Treatment: The
2004 ACCP Guidelines"
St Catherine's General Hospital Medical
Rounds
St Catherine's, Ontario
June 29th, 2005

187) "Unraveling the new anticoagulants"
"Nuts and bolts of the coagulation
cascade"
"Inferior Vena Cava filters: Permanent
vs implantable"
Society for Critical Care Medicine
Summer conference
July 15 & 16, 2005
New York, New York

188) "VTE 2005: An Update"
Canadian Hospital Pharmacists Annual
Meeting
Ottawa, Ontario
August 15, 2005

189) "Sorting out the Novel Anticoagulants"
St Joseph's Hospital Medical Grand
Rounds
Hamilton, Ontario
Sept 14th, 2005

190) "DVT 2005: An update"
Leo Canada Annual Corporate Retreat
Ottawa, Ontario
Sept 20th, 2005

191) "Clinical control of anticoagulant
therapy"

University of Alberta Hematology
Rounds
Sept 21, 2005
Edmonton, Alberta

192) "HIT Happens: A review of Heparin
induced thrombocytopenia"
University of Alberta Medical Grand
Rounds
Sept 22, 2005
Edmonton, Alberta

193) "DVT in Pregnancy: A practical guide"
American College of Obstetrics and
Gynecology Regional Meeting
October 1, 2005
Toronto, Ontario

194) "An Update in DVT treatment"
Medical and Hematology Grand rounds
Maisonneuve-Rosemont Hospital
Montreal, Quebec
October 5, 2005

195) "An Update in DVT treatment"
Medical and Hematology Grand rounds
CHUM-Notre-Dame Hospital
Montreal, Quebec
October 5, 2005

196) "An Update in DVT treatment"
Medical and Hematology Grand rounds
Charles Lemoyne Hospital
Montreal, Quebec
October 6, 2005

197) "An Update in DVT treatment"
Medical and Hematology Grand rounds
Sacre-Coeur Hospital
Montreal, Quebec
October 6, 2005

198) "Managing bleeding in anticoagulated
patients"
1st Annual McMaster Thromboembolism
Update
Hamilton, Ontario
October 14, 2005

199) "DVT in patients with cancer"

1st Annual McMaster Thromboembolism
Update
Hamilton, Ontario
October 15, 2005

200) "An update in PE management"
North Bay General Hospital Rounds
North Bay, Ontario
November 8, 2005

201) "Managing bleeding"
McMaster University Hematology Grand
Rounds
Hamilton, Ontario
November 11, 2005

202) "Mechanism of action of blood
replacement products"
Massive Transfusion Summit
Banff, Alberta, Canada
Nov 19, 2005

203) "Treating bleeding in the anticoagulated
patient"
American Society of Hematology "Super
Friday" symposium
Atlanta, Georgia
Dec 9, 2005

204) "Pathogenesis of Atherosclerosis"
American Society of Hematology Large
Group Educational Program
Atlanta, Georgia
Dec 10. 2005

205) "An Introduction to Evidence Based
Medicine"
American Society of Hematology
Trainee Luncheon Program
Atlanta, Georgia
Dec 10. 2005

206) "Oral Vitamin K for Very Prolonged INR
values: A Cohort study interim report"
American Society of Hematology
Scientific Sessions
Atlanta, Georgia
Dec 10. 2005

207) "Low molecular weight heparin in special

patient populations"
Regional Medical/Surgical/Anesthesia
Grand Rounds
Victoria Area Healthcare Authority
Victoria, British Columbia
Jan 18, 2006

208) "An update in the treatment of DVT and
PE"
Peterborough Regional Internal Medicine
Group Dinner Rounds
Peterborough, Ontario
February 27, 2006

209) "Hematophagous Arthropods: The Tick
Talk"
McMaster Mini-medical school
February 28, 2006

210) "Update in Anticoagulants: NORONT
2006"
NORONT 2006 Medical Laboratory
Technologists' annual meeting
Timmins, Ontario
March 1, 2006

211) "Anticoagulant therapy in special
populations: A 2006 Update"
Medical Grand Rounds
Montreal Jewish General Hospital
Montreal, Quebec
March 20, 2006

211) "Anticoagulant therapy in special
populations: A 2006 Update"
Medical Grand Rounds
Montreal Jewish General Hospital
Montreal, Quebec
March 20, 2006

212) "Anticoagulant therapy in special
populations: A 2006 Update"
Medical Grand Rounds
Montreal General Hospital
Montreal, Quebec
March 21, 2006

213) "Anticoagulant therapy in special
populations: A 2006 Update"
Medical Grand Rounds

Curriculum Vitae: Dr Mark Crowther

Pierre-Boucher Hospital
Montreal, Quebec
March 21, 2006

214) "Anticoagulant therapy in special
populations: A 2006 Update"
Medical Grand Rounds
Royal Victoria Hospital
Montreal, Quebec
March 22, 2006

215) "Oral Vitamin K Therapy: Teaching an
old dog, old tricks"
Hematology Residency Program
Teaching Rounds
Royal Victoria Hospital
Montreal, Quebec
March 22, 2006

216) "Thrombocytopenia in the ICU"
University of Toronto Critical Care Grand
Rounds
Toronto, Ontario
March 28th, 2006

217) "Heparin Induced Thrombocytopenia:
2006 Update"
"Prevention and treatment of VTE in
pregnancy"
"Novel anticoagulants"
2nd Conference, Medical Laboratories
Services Department
Kuwait Ministry of Health
Kuwait City
April 1 & 2, 2006

218) "Treatment of DVT in Pregnancy"
Riyadh Hematology Journal club
Riyadh, Saudi Arabia
April 3rd, 2006

219) "Antiphospholipid antibody syndrome"
King Faisal Specialist Hospital
Academic Grand Rounds
Riyadh, Saudi Arabia
April 4th, 2006

220) "Antiphospholipid antibody syndrome"
King Faisal Specialist Hospital
Academic Grand Rounds

Jeddah, Saudi Arabia
April 4th, 2006

221) "Treating bleeding in patients who have
received anticoagulation"
King Faisal Specialist Hospital
Medical Grand Rounds
Jeddah, Saudi Arabia
April 4th, 2006

222) "What's new in Warfarin therapy"
"Antiphospholipid antibody syndrome"
Hemophilia & Thrombosis Research
Society Annual Meeting
Chicago IL
April 21st, 2006

223) "Antiphospholipid antibody syndrome"
0klahoma University Division of
Cardiology Grand Rounds
Oklahoma City, OK
May 5, 2006

224) "What's New in Venous
Thromboembolism
Oklahoma Heart Hospital Annual Clinical
Update day
Oklahoma City, OK
May 5, 2006

225) "An update in the treatment of DVT and
PE"
Pickering Regional Internal Medicine
Group Dinner Rounds
Peterborough, Ontario
May 10, 2006

226) "Optimal treatment of venous
thromboembolism"
Pfizer Canada "Train the Trainer" event
Toronto, Ontario
May 13, 2006

227) "Antiphospholipid antibody syndrome"
Department of Medicine, McMaster
University
Chair's Grand Rounds
Hamilton General Hospital
May 19th 2006

Curriculum Vitae: Dr Mark Crowther

227) "Antiphospholipid antibody syndrome"
University of British Columbia
Hematology Rounds
Vancouver, British Columbia
May 23, 2006

228) "Update in Thromboembolism" &
"Thromboprophylaxis: 2006"
Special Symposium: Pfizer South
America
Santiago Chile
June 7th, 2006

229) "Thromboprophylaxis: 2006" & "New
anticoagulants: 2006" & "Thrombophilia:
An update"
Catholic University of Chile
Santiago Chile
June 8th and 9th, 2006

230) "The Answer is the Question"
"Applying evidence to best practice in
research"
American Society of Hematology
Clinical Research Training Institute
Dana Point, California
August 5th to 12th, 2006

231) "Bridging anticoagulant therapy"
2006 Annual Meeting of the German
Society of Angiology
Congress Center Dresden, Germany
September 8, 2006

232) "Anticoagulating Patients with Renal
Disease"
DEVENIR Renal Interest Group
Quebec City, PQ
September 19, 2006

233) "Anticoagulating Patients with Renal
Disease"
DEVENIR Renal Interest Group
Montreal, PQ
September 20, 2006

234) "Rivaroxaban: A direct Xa inhibitor"
Canadian Hemophilia and Thrombosis
Interest Group Meeting
Toronto, Ontario
September 29, 2006

235) "Anticoagulation in special risk
population" Beating Blood Clots Meeting
Lisban, Germany
October 28, 2006

236) "Diagnosis and management of DVT in
the critically ill"
PROTECT STUDY: Brazil start up
meeting
Porte Allegre, Brazil
November 10, 2006

237) "Managing venous thrombosis in
patients with APLA"
American college of rheumatology
meeting
Washington, DC
November 13, 2006

238) "Optimal management of warfarin
therapy"
University of Alberta Bi-annual research
day
Edmonton, AL
November 17, 2006

239) "An introduction to evidenced based
medicine"
American Society of Hematology
Meeting
Orlando, Florida
Dec 10, 2006

240) What's new in VTE
American Society of Hematology
Meeting
Meet-the expert breakfast
Orlando, Florida
Dec 11, 2006

241) "Diagnosis and Management of
Antiphospholipid Syndrome" Scientific
Meeting of the HK Society of
Haematology
Sheraton Kowloon
Hong Kong, SAR China
January 8, 2007

Curriculum Vitae: Dr Mark Crowther

242)   "VTE: Lessons Learnt and Future
        Challenges"
        Symposia hosted by the Malaysian
        Society of Haematology
        Sheraton Imperial
        Kuala Lumpur, Malaysia
        January 10, 2007

243)   "VTE in Fragile Patients and APS"
        Department of Medicine, University
        Malaya Medical Centre
        Petaling Jaya, Malaysia
        January 11, 2007

244)   "VTE Treatment in Elderly and Renal-
        Impaired Patients" - Special Populations
        Visiting Academic Lecture
        Auditorium, Chulalongkorn Medical
        School
        Bangkok, Thailand
        January 12, 2007

245)   "VTE Treatment in Elderly and Renal-
        Impaired Patients" - Special Populations
        Visiting Academic Lecture
        Department of Haematology, Siriraj
        Medical School
        Bangkok, Thailand
        January 12, 2007

246)   "VTE Treatment in Elderly, Renal-
        Impaired and Critical Care Patients" -
        Special Populations
        Visiting Academic Lecture
        Ramathibodi Medical School
        Bangkok, Thailand
        January 12, 2007

247)   "VTE Treatment and Prophylaxis in
        Cancer Patients"
        Scientific Symposia of the Siriraj Hospital
        Vascular Surgery Department
        Bangkok, Thailand
        January 12, 2007

248)   "The Anticoagulation Clinic" – An
        interactive session with ACC pharmacists
        Singapore General Hospital (SGH)
        January 15, 2007

249)   "Who, when, how much, how long? The
        latest on VTE management"- a meet-
        the-expert session
        Singapore General Hospital (SGH)
        January 15, 2007

250)   "Diagnosing and managing the anti-
        phospholipid syndrome"
        Singapore General Hospital (SGH)
        January 15, 2007

251)   "Starting a Viable Pharmacist/Nurse-
        managed Inpatient Anticoagulation
        Service" – a discussion with the expert
        Singapore General Hospital (SGH)
        January 15, 2007

252)   "Heparin Induced thrombocytopenia –
        current concepts and management"
        Singapore General Hospital (SGH)
        January 16, 2007

253)   "When 'thin' is no longer desirable –
        reversing both current and new
        antithrombotic agents"
        Singapore General Hospital (SGH)
        January 16, 2007

254)   "Anticoagulation in Special Populations"
        Singapore General Hospital (SGH)
        January 16, 2007

255)   "Peri-procedure management of the
        anticoagulated patient: what you need
        to know about timing, reversal,
        monitoring etc"
        Singapore General Hospital (SGH)
        January 16, 2007

256)   "Optimal diagnosis and role of
        thrombolytic therapy in pulmonary
        embolism"
        Singapore General Hospital (SGH)
        January 17, 2007

257)   "Managing Venous Thromboembolism -
        an update."
        Changi General Hospital Singapore
        January 17, 2007

258) "Thrombosis in the cancer patient – a
best practice approach"
National Cancer Centre Singapore
January 17, 2007

259) "Thromboprophylaxis in orthopaedic and
other surgical patients – questions and
evidence from an Asian perspective"
Sheraton Towers Hotel, Amber Room
Singapore Society of Haematology,
College of Surgeons and Singapore
Orthopaedic Association
January 17, 2007

260) "Anticoagulation Bridging Therapy
National University Hospital Singapore
January 18, 2007

261) "Problems in APS and anticoagulation" –
an interactive session for
haematologists/ rheumatologists
National University Hospital
Singapore
January 18, 2007

262) "Reversal of anticoagulants, old and
new"
National University Hospital
Singapore
January 18, 2007

263) "The Antiphospholipid Syndrome:
Controversies and Current Concepts for
the Rheumatologist"
Tan Tock Seng Hospital TTSH
Singapore
January 18, 2007

264) "APS and Pregnancy"
Tan Tock Seng Hospital TTSH
Singapore
January 18, 2007

265) "New developments in anticoagulation
therapy and therapeutic agents"
Tan Tock Seng Hospital TTSH
Singapore
January 19, 2007

266) "Successful Grant and Medical Writing –
Tips from a prolific writer for budding
physicians"
Singapore General Hospital (SGH)
Singapore
January 19, 2007

267) "The APS and Other Thrombophilia in
Pregnancy– Therapeutic Considerations
for improving outcomes"
Kandang Kerbau Women's and
Children's Hospital
Singapore
January 19, 2007

268) "Of Bleeds and Clots"
An interactive session for Haematology
Advance Specialty Trainees
Singapore General Hospital (SGH)
Singapore
January 20, 2007

269) "Diagnosis and Prevention of VTE: An
overview"
Update in Venous Thromboembolism
King Faisal Specialist Hospital and
Research Centre
Jeddah, Saudi Arabia
Feb 4th, 2007

270) "Catastrophic APS"
Update in Venous Thromboembolism
King Faisal Specialist Hospital and
Research Centre
Jeddah, Saudi Arabia
Feb 4th, 2007

271) "Pharmacological Reversal of
Anticoagulants"
Update in Venous Thromboembolism
King Faisal Specialist Hospital and
Research Centre
Jeddah, Saudi Arabia
Feb 5th, 2007

272) "Heparin Induced Thrombocytopenia"
Update in Venous Thromboembolism
King Faisal Specialist Hospital and
Research Centre
Jeddah, Saudi Arabia

Feb 5th, 2007

273) "Approach to the "hypercoagulable patient"
Scripp's Annual Update in Hematology
La Jolla California
Feb 17th, 2007

274) "Acute Thromboembolism: Issues and Management"
Special Medical Grand Rounds
Notre Dame Hospital CHUM
Montreal PQ
Feb 21st, 2007

275) "Pulmonary Embolism: Current Management"
Special Medical Rounds
Lindsay Distric Hospital
March 26th, 2007

276) "Acute Thrombosis: Issues and Management"
Special Symposium on Antithrombotic Management
Sudbury General Hospital
Sudbury, Ontario
April 12th, 2007

277) "Anticoagulant therapy for patients with Antiphospholipid antibodies"
National Catholic University of Argentina
Canadian Hematology Symposium
Beunos Aires, Argentina
April 20th, 2007

278) "Anticoagulant therapy for complicated Pregnancy"
National Catholic University of Argentina
Canadian Hematology Symposium
Beunos Aires, Argentina
April 21st, 2007

279) "Heparin induced thrombocytopenia: An Update"
Kitchener-Waterloo Critical Care Group
Special Grand Rounds
Waterloo, Canada
May 7th, 2007

280) "2007 Update in Venous Thromboembolism"
Regional Medical Rounds
North Bay district
North Bay, Ontario
May 8th, 2007

281) "Acute Thrombosis: Issues and Management"
University of Saskatchewan
Saskatoon General Hospital
Medicine and Pharmacy rounds
May 15th, 2007

282) "Update in Thrombosis Management"
Pfizer Canada National Sales Mtg
Montreal, PQ
May 16th, 2007

283) "Preventing VTE in the perioperative period: 2007 Update"
1st Annual McMaster Perioperative Management Update
McMaster University
Hamilton, Ontario
May 15th, 2007

284) "Prevention of Venous thromboembolism: A special Symposium for the Thrombosis Interest Group of Canada"
St John's NFLD
June 9th, 2007

285) "Heparin induced thrombocytopenia: An Update"
University of Calgary Critical Care and Hematology Group Special Grand Rounds Calgary, Alberta
June 13th, 2007

286) "Venous Thromboembolism in the Critically Ill"
1st Annual Critical Care Medicine Residency Symposium
Toronto, ON
June 15th, 2007

287) "The Answer is the Question: An introduction to clinical research"
5th Annual American Society of

Hematology Clinical Research Training
Institute
Dana Point, California
August 5th, 2007

288)   "Assessing the Quality of Evidence in
your field"
5th Annual American Society of
Hematology Clinical Research Training
Institute
Dana Point, California
August 6th, 2007

289)   "DVT: 2007 Update"
St Joseph's Hospital Department of
Medicine Business Meeting
Toronto, Ontario
September 11, 2007

290)   "Heparin induced thrombocytopenia: An
Update"
Combined Trillium Hospital – Credit
Valley Hospital Medical Grand Rounds
Mississauga, Ontario
September 17, 2007

291)   "Anticoagulants of Today and
Tomorrow"
Cleveland Clinic – Fairview Hospital
Medical Grand Rounds
Cleveland Ohio
September 24th, 2007

292)   "Heparin induced thrombocytopenia: An
Update"
Medical Grand Rounds – Toronto East
General Hospital
Toronto, Ontario
September 26th, 2007

293)   "TTP: A 2007 Update"
Cleveland Clinic – Main Campus
Medical Grand Rounds
Cleveland Ohio
September 27th, 2007

294)   "An update in anticoagulation: Medical
Grand Rounds"
Rouge Valley Hospital Medical Grand
Rounds
Ajax Ontario
September 28th, 2007

295)   "Deep vein thrombosis should be
managed using medical techniques"
Canadian Society of Vascular Surgery
Annual Meeting
Montreal, PQ
September 29th, 2007

296)   "Heparin induced thrombocytopenia: An
Update"
Cardiology Rounds, Trillium Hospital
Mississauga, Ontario
October 3rd, 2007

297)   "Managing bleeding Complications in
anticoagulated patients"
7th Southwest and 3rd McMaster Clinical
Thromboembolism Update
Denver, CO
October 13th, 2007

298)   "Evidence, recommendations and
practical guidance in the long-term
treatment and prophylaxis of DVT and
PE in cancer patients and general
medical patients"
Mackay Memorial Hospital Medical Grand
Rounds
Taipei, Taiwan
October 16th, 2007

299)   "Evidence, recommendations and
practical guidance in the long-term
treatment and prophylaxis of DVT and
PE in cancer patients and general
medical patients"
Leo Laboratories Special Symposium on
Venous Disease
Taipei, Taiwan
October 16th, 2007

300)   "Evidence, recommendations and
practical guidance in the long-term
treatment and prophylaxis of DVT and

PE in cancer patients and general medical patients"
Noon Rounds, Philippines Heart Center
Manila, Philippines
Oct 17, 2007

301) "Evidence, recommendations and practical guidance in the long-term treatment and prophylaxis of DVT and PE in cancer patients and general medical patients"
Special Dinner Symposium
Philippines Society of Hematology
Manila, Philippines
Oct 17, 2007

302) "Thrombosis in the cancer patients - a best practice approach"
Chulalongkorn University Medical Faculty
Bangkok, Thailand
Oct 18, 2007

303) "Evidence, Recommendations and Practical Guidance in the Treatment of DVT and PE in Cancer Patients"
International Round Table Discussion
Hotel Dusit Thani
Bangkok, Thailand
Oct 18, 2007

304) "The Medical and Surgical Intensive Care Patients: Diagnosis and Thromboprophylaxis of Pulmonary Embolism and Deep Vein Thrombosis"
Post-Graduate Institute of Medicine
Annual Update
Colombo, Sri Lanka
Oct 19, 2007

305) "The APLS patient - Is it still a challenge today?"
Post-Graduate Institute of Medicine
Special Breakfast Seminar
Colombo, Sri Lanka
Oct 19, 2007

306) "Evidence, recommendations and practical guidance in the long-term treatment and prophylaxis of DVT and PE in cancer patients and general

medical patients"
Mount Elizabeth Medical Centre
Singapore
Oct 19, 2007

307) "An update in TTP"
Singapore General Hospital Division of Hematology Noon Rounds
Singapore
Oct 19, 2007

308) "The Medical and Surgical Intensive Care Patients: Diagnosis and Thromboprophylaxis of Pulmonary Embolism and Deep Vein Thrombosis - Why is it still relevant"
Intensive Care Medicine Rounds
Changai Hospital
Singapore
Oct 20, 2007

309) "Venous thromboembolic disease in cancer patients"
Pharmaceutical Society of Singapore
Annual General Mtg
Singapore
Oct 20, 2007

310) "Therapeutic dilemmas in anticoagulation – an evidence-based approach in the renally impaired, elderly and other special populations"
Singapore Society of Hematology Dinner Meeting
Singapore
Oct 20, 2007

311) "Anticoagulant Care in Special Risk Populations"
Hopital Notre Dame Pharmacy Rounds
Montreal, PQ
Oct 30, 2007

312) "Anticoagulant Care in Special Risk Populations"
Special Evening Seminar
Leo Pharma
Montreal, PQ
Oct 30, 2007

313) "Thromboprophylaxis in the critically ill"
Canadian Intensive Care medicine
Forum
Toronto, Ont
Nov 1st, 2007

314) "An update in Antiphospholipid
Antibodies"
Pathology Grand Rounds
Stanford University Medical Center
Palo Alto CA
Nov 13, 2007

315) "Trials and Tribulations of Evidence
based Practice"
Educational Session
American Society of Hematology Annual
Meeting
Atlanta, Georgia
Dec 8, 2007

316) "A guide to clinical trial development"
Department of Medicine Resident
Educational Rounds
Kampala, Uganda
Jan 21, 2008

317) "The case against routine use of helical
CT in all patients with suspected PE"
Ontario Thoracic Society Meeting
Toronto, ON
Feb 2, 2008

318) "Advances in Thrombosis and
Antithromobotic therapy"
American Society of Hematology Update
Austin, TX
Feb 9, 2008

319) "Uganda outreach program – an update"
St Joseph's Hospital Medicine Grand
Rounds
Feb 20, 2008

320) "Pulmonary Embolism in 2008"
Quebec Society of Vascular Science
Montreal, PQ
Feb 28, 2008

321) "Venous thromboembolism – 2008

Update"
Special Medicine/Surgery Rounds –
Vancouver and Victoria BC
March 3 & 4, 2008

322) "Novel anticoagulants"
St Joseph's Hospital Medicine Grand
Rounds
Feb 20, 2008

323) "Anticoagulant drugs: past, present and
future"
"How to prevent and manage bleeding
complications of anticoagulation"
Polish Society of Internal Medicine
Special Symposium
Krakow, Poland
April 18, 2008

324) "Beating Blood clots in Vienna"
Symposium Chair
Vienna, Austria
April 19, 2008

325) "Update on DVT treatment and
Prevention"
Department of Surgery, Lakeshore
General Hospital
Montreal, PQ
April 24, 2008

326) "Use and Misuse of IVC filters"
Blood in Motion Congress
Pittsburgh, PA
April 25, 2008

327) "An introduction to Antiphospholipid
antibodies"
Midwest anticoagulation symposium
Indianapolis, IN
May 1, 2008

328) "An update in PE"
Medical/Surgical Rounds
Lindsay, Ontario
May 7, 2008

329) "Novel Anticoagulants"
Thrombosis Interest Group of Canada
Special Symposium

Curriculum Vitae: Dr Mark Crowther

Vancouver BC
May 9, 2008

330) "Novel Anticoagulants"
Thrombosis Interest Group of Canada
Special Symposium
Toronto, ON
May 23, 2008

331) "Bleeding and clotting in the ICU"
Canadian Intensive Care Unit Resident
Prep Course
Mississauga ON
May 25, 2008

332) "An update in VTE"
Combined Medicine & Surgery Rounds
Sault Ste Marie, ON
28 May 2008

333) "Novel Anticoagulants"
Thrombosis Interest Group of Canada
Special Symposium
Montreal, PQ
May 30, 2008

334) "An introduction to the Uganda
Outreach Program"
Hamilton Rotary Business Lunch
Hamilton, ON
June 5, 2008

335) "Title: Optimization of the use of blood
components within the hospital:
Strategies and trends"
Octapharm Special Symposium
Macua, PRC
June 8th, 2008

336) "Thrombosis 101"
Bayer Canada National Sales launch
meeting
Montreal, PQ
June 11, 2008

337) "Beating Blood clots in Vienna"
Symposium Chair
Vienna, Austria
July 5, 2008

338) "The answer is the question"
ASH Clinical Research Training Institute
Dana Point, California
August 3, 2008

339) "Collaborative Interactions with
Industry:        Industry Support for
Investigator      Initiated Clinical Trials
and Intellectual Property Protection
(panel discussion)"
ASH Clinical Research Training Institute
Dana Point, California
August 5, 2008

340) "Application of Evidence Based Medicine
to Literature Review"
ASH Clinical Research Training Institute
Dana Point, California
August 6, 2008

341) "An Update in Venous
Thromboembolism"
Hagersville Hospital Special Dinner
Meeting
Hagersville, Ontario
September 16, 2008

342) "Advances in Thrombosis and
Thrombosis Therapies"
Kingston General Hospital Pharmacy
Teleconference
September 30, 2008

343) "Advances in Thrombosis and
Thrombosis Therapies"
Sudbury Regional Orthopedic Program
Special Dinner Meeting
Sudbury, Ontario
October 6, 2008

344) "Advances in Thrombosis and
Thrombosis Therapies"
Barrie Regional Orthopedic Program
Special Dinner Meeting
Barrie, Ontario
October 7, 2008

345) "An Update in Venous
Thromboembolism"
Hopital Maisonneuve Rosemont Medical

Curriculum Vitae: Dr Mark Crowther

Rounds
Montréal, Québec
October 15, 2008

346) "An Update in Venous
Thromboembolism"
Le Gardeur Hospital Grand Medical
Rounds
Montréal, Québec
October 15, 2008

347) "Advances in Thrombosis and
Thrombosis Therapies"
Toronto East General Hospital Medical
Grand Rounds
Toronto, Ontario
October 22, 2008

348) "Advances in Thrombosis and
Thrombosis Therapies"
Humber Regional Hospital Orthopedic
Program Special Dinner Meeting
Toronto, Ontario
October 22, 2008

349) "Managing Bleeding Complications in
Anticoagulated Patients"
Cleveland Clinic Grand Medical Rounds
Cleveland, Ohio
October 27, 2008

350) "An Update in Anticoagulant Therapy"
Medical Pharmacies Annual National
Meeting
Toronto, Ontario
November 2, 2008

351) "Interaction with Pharmaceutical
Companies"
McMaster University Clinician
Investigator Program
Hamilton, Ontario
November 4, 2008

352) "Advances in Thrombosis and
Thrombosis Therapies"
University of Toronto Pharmaceutical
Update
Toronto, Ontario
November 5, 2008

353) "Advances in Thrombosis and
Thrombosis Therapies"
McMaster University Thromboembolism
Nursing Program Special Dinner Meeting
Hamilton, Ontario
November 5, 2008

354) "Antiphospholipid Antibody Syndrome:
Recent Advances"
King Fa'ad Specialist Medical Hospital
Dammam, Saudi Arabia
November 10, 2008

355) "Pitfalls of Systematic Reviews and
Meta-Analysis"
King Fa'ad University
Dammam, Saudi Arabia
November 10, 2008

356) "Antiphospholipid Syndrome"
"Cancer Related Thrombosis"
"long-term complications of VTE"
Thrombosis and Haemostasis Update
Conference
King Faisal Specialist Hospital and
Research Center
Riyadh, Saudi Arabia
November 12, 2008

357) "Advances in Thrombosis and
Thrombosis Therapies"
Thornhill Regional Orthopedic Surgery
Special Dinner Meeting
Toronto, Ontario
November 19, 2008

358) "Reversal of Warfarin Anticoagulation"
American Society of Hematology
Educational Program
San Francisco, California
December 6, 2008

359) "How to Critically Evaluate the
Literature"
American Society of Hematology
Trainee Lunch Program
San Francisco, California
December 6, 2008

Curriculum Vitae: Dr Mark Crowther

360) "Update in anticoagulation"
Cardiology Grand Rounds Royal Victoria
Hospital
Montreal, PQ
March 19th, 2009

361) "Update in anticoagulation"
Humber River Regional Hospital
Nephrology rounds
Videoconference rounds
April 14th, 2009

362) "Preventing VTE in orthopedic patients"
North York Orthopedic Surgery Rounds
Toronto Ontario
April 14th, 2009

363) "What is new in the ACCP 8 Guidelines?"
Sherbrooke Hospital Medical Grand
Rounds
Sherbrooke, PQ
April 24th, 2009

364) "Diagnosing and Managing ASA and
Clopidogrel resistance"
University of Toronto Regional
Cardiology Conference
Toronto, Ontario
May 9th, 2009

365) "Update on VTE"
Allegheny General Hospital Medical
Grand Rounds
Pittsburgh PA
May 20th, 2009

366) "Hematology in the Intensive Care Unit"
Annual Critical Care Medicine Exam
Update
Mississauga, ON
May 22nd, 2009

367) "Bleeding with the new anticoagulants:
management options"
International Society of Thrombosis and
Haemostasis Bi-annual meeting
Boston, MA
July 16th, 2009

368) "The answer is the question"
ASH Clinical Research Training Institute
La Jolla, California
August 2, 2009

369) "Collaborative Interactions with
Industry: Industry Support for
Investigator Initiated Clinical Trials and
Intellectual Property Protection (panel
discussion)"
ASH Clinical Research Training Institute
La Jolla, California
August 5, 2009

370) "How to teach evidence based medicine"
ASH Clinical Research Training Institute
La Jolla, California
August 6, 2009

371) "Managing bleeding with novel
anticoagulants"
Amgen Australia Hematology Scientific
Symposium
Melbourne Australia
August 22nd, 2009

372) "Advances in thromboembolism and
antithrombotic therapy"
Amgen Australia Hematology Scientific
Symposium
Melbourne Australia
August 22nd, 2009

373) "Applying evidence to research in
Uganda"
Ugandan National Science Forum
Kampala, Uganda
September 22nd, 2009

374) "Thromboprophylaxis in Orthopedic
Surgical patients"
Snell Medical Presentation
Toronto Ontario
October 6 & 7, 2009

375) "Reversing anticoagulant therapy"
American Association of Blood Banks
annual meeting
New Orleans, LA
October 27th, 2009

376) "An Introduction to Evidence Based
Medicine"
Internal Medicine Interest Group
Michael DeGroote School of Medicine
McMaster University
November 7th, 2009

377) "Management of thrombosis arterial and
thrombophilia"
"Rationale use of new antithrombotic
agents"
"Management of anticoagulant therapy"
Argentinean Society of Hematology
Mar del Plata Argentina
November 10th to 12th, 2009

378) "Oral anticoagulant therapy: Present and
future"
Eastern Canadian Hematology
Conference
Halifax, NS
November 14th, 2009

379) "Reversing oral anticoagulants"
Guelph General Hospital Medical Rounds
Guelph, ON
March 22, 2010

380) "Should physicians interact with drug
companies: A debate"
Canadian Chief Medical Resident
Conference
Hamilton, ON
April 17, 2010

381) "Thrombophilia testing: More questions
than answers"
American College of Physicians Annual
Conference
Toronto, ON
April 22nd, 2010

384) "Antiphospholipid antibodies – and
update reversal of oral anticoagulants
(including novel agents).  Perioperative
anticoagulation HIT novel
anticoagulants"
"Assessing the quality of clinical
research"
NIH/NHLBI Spring meeting

Bethesda, MD, USA
May 5, 2010

385) "Update:  Approach to DVT and PE"
Family Medicine Rounds
St. Joseph's Healthcare, Hamilton
Hamilton, Ontario
May 21, 2010

386) "Critical care Haematology"
Canadian Critical Care Review 2010
Mississauga, Ontario
June 4, 2010

387) "Rapid Reversal of Anticoagulation –
Strategies, Evidence and Clinical
Experience"
Niagara Health Systems Clinical Rounds
St. Catharines, Ontario
June 1, 2010

388) "Thrombophilia Testing"
Ohio State University Medical Center
Grand Rounds
Columbus, Ohio
June 17, 2010

389) "The Answer is the Question"
ASH Clinical Research Training Institute
La Jolla, California
August 1, 2010

390) "Collaborative Interactions with
Industry: Industry Support for
Investigator Initiated Clinical Trials and
Intellectual Property Protection"
ASH Clinical Research Training Institute
La Jolla, California
August 3, 2010

391) "Achieving publication"
ASH Clinical Research Training Institute
La Jolla, California
August 4, 2010

392) "How to Effectively Teach Evidence
Based Medicine"
ASH Clinical Research Training Institute
La Jolla, California

Curriculum Vitae: Dr Mark Crowther

August 4, 2010

393) "VTE Prevention: 2010 Update"
Medical Rounds, Oakville Trafalgar
Hospital
Oakville, Ontario
September 20, 2010

394) "Antiphospholipid Antibody Syndrome"
American Society of Hematology State-
Of-The-Art Symposium
Chicago, Illinois
September 24, 2010

395) "Ongoing Importance of Venous and
Arterial Thrombosis"
"Approach to Patients with Venous
Thrombosis in Unusual Sites"
"VTE prophylaxis is not routinely
indicated for medical patients: a debate"
Brazilian Society of Thromboembolism
(ISTA)
São Paulo, Brazil
October 14-16, 2010

396) "The New Anticoagulants:An Incoming
Tide"
"Thrombosis & Cancer"
United Arab Emirates Cancer Congress
2010
Dubai, UAE
Oct 28th, 2010

397) "Anticoagulation of Patients with
antiphospholipid Antibodies in the
Perioperative Period"
American College of Rheumatology
Annual Meeting
Atlanta, Georgia
November 10, 2010

398) "Treating DVT in the elderly - reflecting
our best evidence to date"
Leo-Pharma Special Symposium
Barcelona, Spain
November 12, 2010

399) "Cancer Associated Thromboembolism"
Royal Victoria Hospital
Barry, Ontario
November 15, 2010

400) "Antiphospholipid Antibody Syndrome"
Medical Grand Rounds
University of Western Ontario
London, Ontario
November 19, 2010

401) "Update in Venous Thromboembolism"
Critical Care Rounds
National Guard Hospital
King Abdul-Aziz Medical City
Riyadh, Saudi Arabia
January 16, 2011

402) "An approach to Anemia"
"Update in venous thromboembolism"
Internal Medicine Update
National Guard Hospital
Marriott Hotel
Riyadh, Saudi Arabia
January 17, 2011