# EXHIBIT C

23/01/2013 Rofecoxib Does Not Appear to Increase the Risk of Venous Thromboembolism: A Systematic Review of the Literature, — Goy et al. 118 (21): 3334 -- ASH …

Case 2:05-md-01657-EEF-DEK   Document 64234-3   Filed 01/31/13   Page 2 of 6

*Blood* (ASH Annual Meeting Abstracts) 2011 118: Abstract 3334
© 2011 American Society of Hematology

331. Pathophysiology of Thrombosis: Poster III

# Rofecoxib Does Not Appear to Increase the Risk of Venous Thromboembolism: A Systematic Review of the Literature,

Jennifer K Goy, MD[*,1], Jeremy Paikin, MD[*,1] and Mark A. Crowther, MD[2]

[1] Medicine, McMaster University, Hamilton, ON, Canada,
[2] St. Joseph's Hospital and McMaster University, Hamilton, ON, Canada

## Abstract 3334

Rofecoxib, a selective cyclo-oxygenase-2 (COX-2) inhibitor, has been associated with increased arterial thrombosis. It is unknown whether it is associated with venous thromboembolism (VTE). We investigated, using a systematic review of the literature, the association between rofecoxib and venous thrombosis. A search strategy was developed with the assistance of a research librarian and was implemented in 2 electronic databases. We identified all English language studies in which rofecoxib was compared with placebo, irrespective of the primary outcome of the study. Only placebo controlled trials were included in the review as NSAIDs (the comparator in many rofecoxib studies) may have anti-thrombotic effects. We also limited studies to those with 3 or months of follow-up since we presume that the effects of rofecoxib on the coagulation system would take time to develop. Two reviewers assessed study eligibility, with disagreements resolved by consensus. Data was extracted from each of study in a standardized manner using RefMan software. Quality of the studies was assessed according to pre-established criteria: (1) randomization process (2) blinding, and (3) documentation of losses to follow up. Pooled incidence rates were calculated from the reported number of VTEs and total person years at risk. Confidence intervals and risk difference were calculated using a Poisson distribution. The search strategy identified 1339 papers. After review, a total of 15 studies in 14 populations met inclusion criteria. The majority of trials were short in duration (~12 weeks). All studies met at least two of the three quality criteria. In 15160 (9217 person years follow up) patients allocated to rofecoxib there were 8 VTEs reported, compared with 9 VTEs in 13147 (9092 person years) patients allocated to placebo (relative risk 0.87, 95% CI 0.29–2.56, p = NS). The estimated incidence of VTE was 86.8 per 100,000 (95% CI 37.5 –171.2) person years with rofecoxib, and 99.1 per 100,000 person years with placebo (95%CI 45.3 – 188). This difference is statistically insignificant (p=0.78). Our findings are limited by the relatively small number of events, although the contributing sample size 28307 subjects (18309 person years) is reasonable. We are also unsure that all venous events were captured, although the fact that many of the contributing studies were performed in support of regulatory filings of rofecoxib suggests that events were unlikely to be missed. All included trials had processes for adjudication of VTE. Keeping these limitations in mind, our findings do suggest that there is no increase in the risk of VTE with rofecoxib use.

**Disclosures: Crowther:** *Various:* Consultancy.

## Footnotes

[*] Asterisk with author names denotes non-ASH members.

23/01/2013 Rofecoxib Does Not Appear to Increase the Risk of Venous Thromboembolism: A Systematic Review of the Literature, — Guy et al. 118 (21): 3334 -- ASH …

Case 2:05-md-01657-EEF-DEK Document 64234-3 Filed 01/31/13 Page 3 of 6

Copyright © 2011 by American Society of Hematology       Online ISSN: 1528-0020

Join  Store  Job Bank  Foundation  My Account

SEARCH 

ABOUT ASH  MEMBERSHIP  MEETINGS  AWARDS  LIBRARY  ADVOCACY  NEWSROOM

# My Account

Home > My Account > Conflict of Interest >

Log Out

**Conflict of Interest**
- Disclosure History
- Manage Relationships

Order History
Options
Profile
Education
Professional Experience

**MEMBERS ONLY**
- Renew Membership
- Member Directory
- Find a Hematologist

## Disclosures for Activity

**Need Help? Call 866-828-1231**. International callers dial **001 202-776-0544** Monday-Friday 9 a.m. - 5 p.m. Eastern Time

### Please read carefully
1. **Review all information below.**
2. **Add relationships you have acquired** and **Edit relationships that have changed**.
3. **When you are ready to proceed, please click Continue.**

### Committee Participation

| | |
|---|---|
| **Name:** | **Mark A. Crowther, MD** |
| **Submission Date:** | July 22, 2011 |
| **Committee Membership:** | • CRTI Oversight Subcommittee |
| | • CRTI Study Section |
| | • Other |
| | • Blood Clotting Disorders |
| | • NHLBI National Blood Disorders Prog Coordinating Committee |
| | • Quality Task Force |
| | • Coordinating Committee of National Blood Disorders Program ( |
| | • Clinical Research Training Institute (CRTI) |
| | • Grassroots Network |

### Relationship Disclosures

**Relevant Relationships:**                     **End Date:**

**Artisan Pharma**
Membership on a Board or Advisory Committee
Membership on a Board or Advisory Committee
Membership on a Board or Advisory Committee
Consultancy
Consultancy
Consultancy

Edit

**Bayer**
Membership on a Board or Advisory Committee
Honoraria
Membership on a Board or Advisory Committee
Membership on a Board or Advisory Committee
Honoraria

Consultancy
Consultancy
Honoraria
Consultancy

Edit

**BI**
Membership on a Board or Advisory Committee
Honoraria
Membership on a Board or Advisory Committee
Membership on a Board or Advisory Committee
Honoraria
Consultancy
Consultancy
Honoraria
Consultancy

Edit

**CSL Behring**
Membership on a Board or Advisory Committee
Consultancy

Edit

**Leo Pharma**
Research Funding
Research Funding
Research Funding
Membership on a Board or Advisory Committee
Speakers Bureau
Consultancy
Honoraria
Honoraria
Consultancy
Research Funding
Honoraria
Consultancy

Edit

**Merck**
Consultancy

Edit

**Octapharm**
Consultancy
Membership on a Board or Advisory Committee

Edit

**Pfizer**
Honoraria
Honoraria
Consultancy
Research Funding
Honoraria
Research Funding
Research Funding
Consultancy
Research Funding
Consultancy

Edit

Edit

**Sanofi-Aventis**

Honoraria
Research Funding
Research Funding
Honoraria
Honoraria
Consultancy
Consultancy
Consultancy

Research Funding
Research Funding
Membership on a Board or Advisory Committee
Membership on a Board or Advisory Committee
Membership on a Board or Advisory Committee

Edit

Add Relationship

Continue  Cancel



AMERICAN SOCIETY OF HEMATOLOGY

2021 L Street NW, Suite 900, Washington, DC 20036 | Phone 202-776-0544 | Fax 202-776-0545

Contact Us | Terms of Service | Privacy Policy | RSS

Copyright 2010 American Society of Hematology