UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Actions | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE KNOWLES |

**MOTION FOR LEAVE OF COURT TO FILE
RESPONSE OF THE TPP FEE ALLOCATION COMMITTEE TO GENERAL
STATEMENTS MADE BY THE WEINBERG OBJECTORS**

The Third Party Payor Fee Allocation Committee ("TPP FAC") hereby requests leave of court to file the attached Response of the TPP Fee Allocation Committee to General Statements Made by the Weinberg Objectors.

Respectfully submitted,

Dated: February 1, 2013

/s/ Leonard A. Davis
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fee Allocation Committee Facsimile:
(504) 561-6024

PLAINTIFFS' LIAISON COUNSEL

TPP FAC Committee Chair

- 1 -

- 2 -

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN, PORTIS
  & MILES, P.C.
234 Commerce Street
Montgomery, AL 36103 4160
(800) 898-2034 (telephone)
(334) 954-7555 (fax)

Co-Lead Counsel

TPP FAC

Elizabeth J. Cabraser, Esquire
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (fax)

TPP FAC

James R. Dugan, II, Esquire
THE DUGAN LAW FIRM, LLC
One Canal Place - Suite 1000
365 Canal Street
New Orleans, LA 70130
Tel:  (504) 648-0180
Fax: (504) 648-0181

TPP FAC

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (fax)

Co-Lead Counsel

TPP FAC

Thomas M. Sobol, Esquire
HAGENS BERMAN LLP
55 Cambridge Parkway
Suite 301
Cambridge, MA 02142
Tel:  (617) 482-3700
Fax:  (617) 482-3003

TPP FAC

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Philip Wittmann and Ann Oldfather, by U.S mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 1st day of February, 2013.

/s/ Leonard A. Davis
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fee Allocation Committee Facsimile:
(504) 561-6024
ldavis@hhklawfirm.com