# EXHIBIT "3"

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to ALL ACTIONS | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

**LEVIN, FISHBEIN, SEDRAN & BERMAN'S RESPONSE TO THE**
**FIRM-SPECIFIC PORTION OF THE WEINBERG OBJECTION**

On September 15, 2012, Levin Fishbein Sedran and Berman ("LFSB") presented its PTO No. 57 Submission for a Third Party Payor Common Benefit Fee and Reimbursement of Held Costs. Therein, LFSB noted that "the firm devoted 2,164.75 hours to TPP common benefit work with a corresponding lodestar value of $658,850.00." This submission was supported by a Declaration of Arnold Levin. Therein, it was expressly noted that 2,130.75 of LFSB's TPP common benefit work was devoted to its representation of Local 68, which time "was previously submitted in the firm's common benefit fee submission." Levin Declaration ¶7. The remaining 34 hours of LFSB's submission came from predominately pre-fee petition time. *Id*. ¶8 & Exhibit 3. LFSB further noted that the firm also had 761.50 hours of time that had not yet been submitted to Mr. Garrett that it conservatively estimated that 10% or 76 hours was devoted to TPP matters. *Id.* ¶9.

In the TPP Fee Allocation Committee's Recommendation [Rec.Doc. 63928], the FAC recognized LFSB's contributions. The Committee also recognized that the firm "previously submitted all of this time in conjunction with the personal injury common benefit process". *Id.* at 19. Nevertheless, because the Committee recognized that LFSB's time contributed to the Third

1

Party Payor settlement, an appropriate attribution was given to this time.

In response to this Court's ruling on Weinberg's Motion for Production, LFSB produced its time reports supporting its Local 68 lodestar and the 34 hours of additional TPP work. As to the latter, the time reports specifically denoted those individual entries that made up the 34 hours of additional TPP work. Weinberg's suggestion that the Committee took into account the entire ledger instead of the specifically denoted individual entries is pure sophistry. Weinberg's distorted use of just these 34 hours rather than the 2,164.75 hours LFSB devoted to TPP efforts results in his hyperbolic but equally erroneous conclusion that LFSB would be compensated at a rate of $19,709/hr. The depths to which Weinberg resorts to falsifying the record that LFSB presented to the Committee compares to just how wrong he is about the value of his own contributions to TPP efforts.

                                            Respectfully submitted,

Date: January 7, 2013                        By: /s/ Arnold Levin
                                                        Arnold Levin, Esquire
                                                         Fred S. Longer, Esquire
                                                         LEVIN, FISHBEIN, SEDRAN & BERMAN
                                                         510 Walnut Street, Suite 500
                                                         Philadelphia, PA  19106
                                                         (215) 592-1500 (telephone)
                                                         (215) 592-4663  (telecopier)