UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| **All Pending Cases Listed On Exhibits B and C to Pretrial** | * | KNOWLES |
| **Order 58 (Non-VTE Cases)** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER REGARDING
DEADLINES FOR NON-VTE CASES UNDER PTO 58**

Considering the request for an extension of deadlines in the non-VTE cases, and upon consideration of the issues, the record in this case, and the applicable law, it is hereby

**ORDERED** that the deadlines regarding any remaining pending cases listed on Exhibits B and C to Pretrial Order 58, entered by this Court on May 15, 2012, (all remaining non-VTE cases) shall be extended by approximately two months, and all further proceedings conducted in accordance with the following schedule:

- Completion of All Fact Discovery– April 1, 2013

- Designation of Experts and Submission of Written Expert Reports by Plaintiffs – April 18, 2013

    o Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Designation of Experts and Submission of Written Expert Reports by Defendant – May 17, 2013

    o Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Completion of Expert Depositions – July 5, 2013

- *Daubert* and Dispositive Motions due – August 2, 2013

- Opposition to *Daubert* and Dispositive Motions due – September 3, 2013

- Reply briefs due – September 16, 2013

- *Daubert* hearing – T/B/A

*Dispositive Motions*

Dispositive motions in individual cases may be filed at any time. The opposing party will have 21 days to respond. The moving party will have 10 days to reply.

**SO ORDERED.**

NEW ORLEANS, LOUISIANA, this 1st day of February, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE