UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Actions | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE KNOWLES |

**O R D E R**

Considering the Motion for Leave of Court filed by the Third Party Payor Fee Allocation Committee ("TPP FAC") to the Response of the TPP Fee Allocation Committee to General Statements Made by the Weinberg Objectors;

IT IS ORDERED BY THE COURT that Motion for Leave of Court is granted and the attached Response of the TPP Fee Allocation Committee to General Statements Made by the Weinberg Objectors is hereby filed into the record.

New Orleans, Louisiana, this  4th  day of    February   , 2013.

_____
Eldon E. Fallon
United States District Court Judge