# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to all cases* | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

### HERMAN, HERMAN & KATZ, LLC'S RESPONSE TO THE MEMORANDUM IN RESPONSE TO TPP FAC'S PRODUCTION AND RECOMMENDATION ON BEHALF OF THE LAW OFFICE OF ERIC H. WEINBERG AND MEMORANDUM IN RESPONSE TO PRODUCTION OF SUPPORTING TIME RECORDS, OBJECTION TO RECOMMENDATION, AND REQUEST FOR HEARING BY THE CENTRAL STATES LAW FIRMS

Herman, Herman & Katz, LLC (formerly known as Herman, Herman, Katz & Cotlar, LLP and referred to herein as "HHK") submitted an application for Third Party Payor Common Benefit Fee and in connection with such application Russ Herman submitted a declaration. Since submission of the application and declaration HHK has continued to submit time submissions to Philip Garrett, the court appointed CPA. Mr. Garrett has recently advised HHK that the lodestar report he submitted to the court in August, 2010 in connection with the personal injury common benefit fee award consisted of time through July 30, 2010 and that the court has not considered any time since. There are substantial hours that have not been considered or compensated by the court since August 1, 2010 of which Mr. Garrett advises, HHK has 3,477.75 hours of submitted but not compensated time through December 26, 2012. A number of these hours relate to TPP work performed by HHK.

HHK has been made aware of an error that exists in the declaration of Russ Herman and attaches hereto a revised cover sheet for Exhibit 3 that corrects the error and summarizes HHK's

time by attorney and lodestar calculation for the post submission TPP time as of the date of the Russ Herman declaration, September 16, 2011. The total hours that should be reflected in Exhibit 3 are 369 with a corresponding lodestar value of 280,487.50. There is no change to Exhibit 2 and the 601.75 hours with a corresponding lodestar value of $425,613.00 as referenced in Exhibit 2 to the Russ Herman declaration sets forth the total hours of HHK that could be specifically identified with entries denoting narrative containing "TPP," "Third Party," "3rd party," "NJ," "New Jersey," "local 68," "AG" or "Attorney General".[1] It is important to point out that within the hours submitted HHK included certain hours that had entries denoting narrative containing "AG" and "Attorney General" and because HHK frequently recorded such time as it related to both TPP and Attorney General matters that were often interrelated and/or applicable to both cases the amount of time that was applied toward the TPP submission for entries denoting narrative with "AG" or "Attorney General" was cut by 50%. Thus only 176.25 of the total 352.50 hours of time entries which denoted narrative containing "AG" or "Attorney General" was applied toward the TPP submission. This was done in order to avoid any appearance of impropriety or "double dipping." HHK properly submitted its time for submission by the FAC and as such there is no prejudice to anyone. A correction to the Russ Herman declaration is attached hereto as Exhibit A.

HHK submitted its time to Phil Garrett in accordance with PTO 6. Different methods of submission of HHK time for personal injury, TPP, AG or other Vioxx related cases was not ordered by the court and all time was submitted to Phil Garrett in accordance with PTO 6. When the court originally issued PTO 6 there was no requirement for separate billing files to be maintained by Lead

---

[1] The lodestar values that HHK submitted pursuant to Pre Trial Order 6D in January, 2008 have not been updated to current rates and HHK reasserts its position that approximately 2,500 hours of TPP common benefit time was co-mingled with other time submitted by HHK.

Counsel for different matters such as personal injury (MI, heart attack, stroke, other injuries), Third Party Payor, Attorney General or other subcategories. As a result many of HHK's time is co-mingled with respect to various functions and duties performed by HHK who was designated as lead counsel and performed substantial activities for the entirety of the case. HHK's time was not reconstructed like many other firms who submitted requests for compensation in the personal injury phase of this litigation as well as state lawyers who reconstructed their time as a result of working on TPP cases. HHK reported its time contemporaneously as did other firms who were in the MDL from its inception and were governed by PTO 6.

In summary HHK has, since the Order and Reasons Allocating Common Benefit Fees of August 9, 2011 which was based upon the Phil Garrett affidavit dated August 4, 2010 which considered time submissions pursuant to PTO 6 through July 30, 2010 submitted 3,477.75 hours. The vast majority of time incurred within the 3,477.75 hours relates to TPP and/or Attorney General issues as substantially most all of the personal injury cases were included in the Master Vioxx Settlement. HHK did not delineate differenet time to specific matters such as TPP, Attorney General or personal injury and therefore HHK has utilized its best efforts to accurately report to the court the time devoted to TPP matters out of the hours it incurred in Vioxx related matters. HHK was able to search its time records to determine specific narratives that could only relate to TPP matters which included "TPP," "Third Party," "3rd party," "NJ," "New Jersey," "local 68," "AG" or "Attorney General" and was able to identify 601.75 hours with such entries. These entries identify time from 2005 to the present. Exhibit 3 to the Russ Herman declaration identifies that 369 of these total hours with narratives containing "TPP," "Third Party," "3rd party," "NJ," "New Jersey," "local 68," "AG" or "Attorney General" were incurred since October 31, 2008 which was after affidavits were

3

submitted to the court pursuant to Pre-Trial Order 6D which set forth procedures and guidelines for the personal injury fee allocation committee to consider in connection with common benefit work relating to personal injury.

HHK initially reported a TPP common benefit lodestar of $981,100.00 based upon approximately 1,320 hours devoted to TPP common benefit and did not specify the amount of unreimbursed costs. HHK previously submitted a portion of this time in conjunction with the personal injury common benefit process but was not awarded a fee for TPP time in the prior award of $23.3 million. HHK also did not receive any fees from TPP clients.

As noted by the Fee Allocation Committee in its June 13, 2012 recommendation [Rec. Doc. 63928], HHK served as liaison counsel in the MDL and was involved in all aspects of the MDL proceedings, including coordinating and participating in TPP activities. HHK actively participated in the TPP motions, appearances at conferences and hearings and discovery matters, the Lien Resolution Program, dealt with the court appointed Lien Administrator and Claims Administrator, participated in class certification issues and scheduling exemplar cases for trial, and participated as co-trial counsel (along with Seeger Weiss) in the TPP Local 68 matter. A substantial amount of this time was co-mingled with other time submitted by HHK. This is noted in prior HHK submissions, as well as footnote 1 to the Supplemental Declaration of Russ M. Herman submitted contemporaneously herein. In addition to the 2,500 hours of TPP common benefit time that was co-mingled with other time submitted by HHK, there are identified at least 601.75 hours with entries that have specific narratives which include "TPP," "Third Party," "3rd party," "NJ," "New Jersey," "local 68," "AG" or "Attorney General." The HHK lodestar is well in excess of the revised Final

Proposed Allocation submitted to the Court on December 11, 2012 [Rec. Doc. 64193] for HHK in the amount of $900,315.00.

                                              Respectfully submitted,

Date: January 30, 2013                    /s/ Leonard A. Davis
                                              Russ M. Herman, Esq. (Bar No. 6819)
                                              Leonard A. Davis, Esq. (Bar No. 23129)
                                              Herman, Herman & Katz, LLC
                                              820 O'Keefe Ave.
                                              New Orleans, LA 70113
                                              (504) 581-4892 (telephone)
                                              (504) 561-6024 (fax)
                                              ldavis@hhklawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of January, 2013.

                                              /s/ Leonard A. Davis
                                              Leonard A. Davis, Esq. (#14190)
                                              Herman, Herman & Katz, L.L.C.
                                              820 O'Keefe Avenue
                                              New Orleans, LA 70113
                                              Ph: (504) 581-4892
                                              Fax: (504) 561-6024
                                              ldavis@hhklawfirm.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to all cases* | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * *

### SUPPLEMENT TO DECLARATION OF RUSS M. HERMAN IN SUPPORT OF HERMAN, HERMAN & KATZ'S PTO NO. 57 SUBMISSION FOR A THIRD PARTY PAYOR COMMON BENEFIT FEE

1. I, Russ M. Herman supplement my declaration dated September 16, 2011 as follows:

    a. Exhibit 3 should be revised in accordance with the attached Exhibit A which reflects the post submission TPP time and summarizes HHK's time by attorney and lodestar calculation.

    b. Based upon information provided by Phil Garrett, the court appointed CPA HHK has 3,477.75 hours of submitted but not compensated time in the Vioxx litigation through December 26, 2012.

    c. Based upon a review of the HHK time records submitted from the inception of this case, HHK has identified at least 601.75 hours with entries that have specific narratives which include "TPP," "Third Party," "3rd party," "NJ," "New Jersey," "local 68," "AG" or "Attorney General."

    d. Exhibit 3 reflects 369 hours with a corresponding lodestar value of 280,487.50. There is no change to Exhibit 2 to my original declaration of September 16, 2011 and the 601.75 hours with a corresponding lodestar value of $425,613.00 as referenced in Exhibit 2 to the Russ Herman declaration sets forth the total hours of HHK that could be specifically identified

with entries denoting narrative containing "TPP," "Third Party," "3rd party," "NJ," "New Jersey," "local 68," "AG" or "Attorney General".[1]

e. A substantial number of the 3,477.75 hours relate to TPP and Attorney General matters. HHK has not been compensated previously for the work it performed in connection with the 3,477.75 hours.

Date: 1/30/13

By: _____
Russ M. Herman, Esq. (Bar No. 6819)
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113
(504) 581-4892 (telephone)
(504) 561-6024 (fax)

---

[1] The lodestar values that HHK submitted pursuant to Pre Trial Order 6D in January, 2008 have not been updated to current rates and HHK reasserts its position that approximately 2,500 hours of TPP common benefit time was co-mingled with other time submitted by HHK.

# EXHIBIT A

# EXHIBIT 3

| Name | Rate | Hours | Lodestar |
|---|---|---|---|
| Leonard A. Davis | $ 700.00 | 182.50 | $ 127,750.00 |
| Russ M. Herman | $ 850.00 | 175.00 | $ 148,750.00 |
| Stephen J. Herman | $ 650.00 | 3.75 | $ 2,437.50 |
| Regina L. Valenti | $ 200.00 | 7.75 | $ 1,550.00 |
| **TOTAL** | | **369.00** | **$ 280,487.50** |