UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:    REMAINING GOVERNMENT ACTION CASES

## ORDER

The parties have brought the Court's attention a discovery dispute between the Attorneys General and Merck in the remaining government action cases. Specifically, the Attorneys General have requested certain custodial files and database information from Merck, and Merck objects to these requests.

Accordingly, IT IS ORDERED that the Court will conduct a hearing on this matter on Tuesday, February 19, 2013 at 1:30 p.m. Interested parties may contact the Court for call-in information.

New Orleans, Louisiana, this 5th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE