# EXHIBIT B

| | |
|---|---|
| **From:** | Pistilli, Emily |
| **Sent:** | Tuesday, June 21, 2011 1:57 PM |
| **To:** | 'Staten Island.DCR' |
| **Cc:** | 'Diane Walter'; 'Ronald Benjamin'; 'Ann Oldfather' |
| **Subject:** | RE: Case No 2:05-cv-01091 |

Ms. Mannino,

As this law firm represent Merck, we cannot advise you in any way regarding your lawsuit.  However, there are other attorneys participating in this litigation who can advise you regarding appropriate next steps.  Attorney Robert Johnson (rmj@ahhelaw.com) is the Pro Se Coordinator appointed in the Vioxx litigation, and assists those plaintiffs who do not have an attorney.  And Attorney Ann Oldfather(aoldfather@oldfather.com), copied on this email, acts as one of the liaisons with the Court on behalf of plaintiffs.

Emily Pistilli

**From:** Staten Island.DCR [mailto:StatenIsland.DCR@sunriseseniorliving.com]
**Sent:** Tuesday, June 21, 2011 1:26 PM
**To:** Pistilli, Emily
**Cc:** Diane Walter; 'Ronald Benjamin'
**Subject:** RE: Case No 2:05-cv-01091

Good Afternoon Emily,

   How do we obtain all of our information and medication packaging back from Mr. Benjamin. ?  Does it just get forwarded to you? I am the one that went and obtained all of the information from Doctors, Cvs etc.

Thank you,


**AnnMarie Mannino**
**Director of Community Relations**
**Sunrise Senior Living of Staten Island**
**801 Narrows Road North**
**Staten Island, NY 10304**
**718-727-8498 Community**
**718-727-8542 Fax**
**statenisland.dcr@sunriseseniorliving.com**


**From:** Pistilli, Emily [mailto:EPistilli@wc.com]
**Sent:** Tuesday, June 21, 2011 1:14 PM
**To:** Staten Island.DCR; 'ronbenjaminlaw@stny.rr.com'
**Cc:** Diane Walter
**Subject:** RE: Case No 2:05-cv-01091

Ms. Mannino –

In light of your email below, we have postponed the depositions of you and your husband that were scheduled for next Monday, June 27.  A cancellation notice is attached to this email.  Please forward me the contact information for your new attorney at your convenience and I will contact him or her to discuss rescheduling these depositions.

1

Thank you,
Emily Pistilli

---

**From:** Staten Island.DCR [mailto:StatenIsland.DCR@sunriseseniorliving.com]
**Sent:** Friday, June 17, 2011 11:42 AM
**To:** 'ronbenjaminlaw@stny.rr.com'
**Cc:** Pistilli, Emily
**Subject:** Case No 2:05-cv-01091

Dear Mr. Benjamin,

   After our very uncomfortable conversation moments ago I have decided that I no longer wish for you to represent me in the above case with Williams & Connolly LLP.
Your very unprofessional manner and the manner in which you speak and deal with others sets you apart from the Professional community you are affiliated with.
Your office has requested paperwork from me and had me hunt all that was needed down years ago and I was very timely and sent you all that you requested. Your office then contacted me in the fall in a panic because the "lost" everything…. And then begged me to be compliant or that woman would loose her job.  I have never come across such unprofessionalism in my lifetime…

   While I have called several times over the last couple of years to speak with you.. I have been re-directed by your staff and told you were not able to speak with me, going on 5 years now…  Not only would I never refer you to anyone, I will be going through the necessary process with the State Agency that regulates you to speak my peace…    It is a real shame that attorneys like yourself still exist in this day and age.


Ms. Emily Renshaw Pistill,

   Please feel free to contact me at your convenience and I will forward you my new attorneys information ..


Thank you,

**AnnMarie Mannino**
**Director of Community Relations**

**347-231-4708**

**statenisland.dcr@sunriseseniorliving.com**

---

Sunrise Senior Living offers the finest senior living and care options to seniors and their families. Learn more about Sunrise at http://www.sunriseseniorliving.com

This communication contains information from Sunrise Senior Living that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender any person who receives this information is prohibited from disclosing, copying, distributing and or using it. If you have received this communication in error, please immediately delete it and all copies and promptly notify the sender.
--------------------------------------------------------------------------
NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message

and all its attachments.

==============================================================================