# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br>SECTION L |
| | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

*Rosemary Holobosky, et al. v. Merck, & Co., Inc.,* **2:05-cv-01091-EEF-DEK (Plaintiffs Ann Marie and Joseph Mannino)**

### MERCK & CO., INC.'S NOTICE OF CANCELLATION OF THE DEPOSITIONS OF ANN MARIE AND JOSEPH MANNINO

PLEASE TAKE NOTICE that the deposition of Plaintiffs **Ann Marie Mannino** and **Joseph Mannino**, scheduled for **June 27, 2011**, have been POSTPONED and will be rescheduled.

Dated:  June 21, 2011

                              Respectfully submitted,

By:    */s/ Emily Renshaw Pistilli*
         Douglas R. Marvin
         M. Elaine Horn
         Emily Renshaw Pistilli
         WILLIAMS & CONNOLLY LLP
         725 Twelfth Street, N.W.
         Washington, D.C. 20005
         Phone:  202-434-5000
         Fax:      202-434-5029

Attorneys for Merck & Co., Inc.

—and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Cancellation has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) on this 21st day of June, 2011.

                                          */s/ Dorothy H. Wimberly*
                                          Dorothy H. Wimberly, 18509
                                          STONE PIGMAN WALTHER
                                          WITTMANN L.L.C.
                                          546 Carondelet Street
                                          New Orleans, Louisiana  70130
                                          Phone:  504-581-3200
                                          Fax:     504-581-3361
                                          dwimberly@stonepigman.com