# EXHIBIT D

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JONATHAN L. WILLIAMS
(202) 434-5742
jonathanwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 14, 2012

Via Federal Express

Ann M. Mannino
64 Columbus Ave.
Staten Island, NY 10304

Re: *Holobosky v. Merck Sharp & Dohme Corp.*, Civ. A. No. 2:05-cv-01091-EEF-DEK (E.D. La.)

Dear Ms. Mannino:

I represent Merck Sharp & Dohme Corp. in this Vioxx case. I am contacting you directly because I understand that you are not represented by an attorney. If that is incorrect or if at any point you retain an attorney, please send me your attorney's contact information so that I can communicate directly with your attorney.

In the meantime, I would like to serve all papers in this case by Federal Express. Please let me know if this is not acceptable to you. Please also let me know if you would prefer that I contact you by phone or e-mail. My contact information is listed above, and you may feel free to contact me by phone or e-mail regarding any issues in the case.

As part of the discovery process, I would like to depose you and your husband in Staten Island in mid- to late January. Please let me know any dates when you will not be available.

Sincerely,

Jonathan L. Williams