# EXHIBIT E

LAW OFFICES
## WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

JONATHAN L. WILLIAMS
(202) 434-5742
jonathanwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 2, 2013

Via Federal Express

Ann M. Mannino
64 Columbus Ave.
Staten Island, NY 10304

Re:   *Holobosky et al. v. Merck Sharp & Dohme Corp.*, Civ. A. No. 2:05-cv-01091-EEF-DEK (E.D. La.)

Dear Ms. Mannino:

I represent Merck Sharp & Dohme Corp. in this Vioxx case, in which you are a plaintiff. I am contacting you directly because I understand that you are not represented by an attorney. If that is incorrect or if at any point you retain an attorney, please send me your attorney's contact information so that I can communicate directly with your attorney.

I sent a letter to you by Federal Express informing you that I would like to depose you and your husband in this case in January. In that letter, I asked you for dates you and your husband would not be available in January. Because I received no response, I scheduled your depositions for Friday, January 18, as indicated in the enclosed deposition notices.

Please contact me at the phone number or e-mail address listed above to confirm that you have received this letter. If January 18 is inconvenient for you or your husband, I am happy to work with you to find a more convenient date. It is important that you and your husband attend your depositions. **If you do not attend your deposition, Merck will move to dismiss your case.** Please feel free to contact me with any questions.

Sincerely,

Jonathan L. Williams

Enclosures

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657
SECTION L

JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Holobosky et al. v. Merck Sharp & Dohme Corp., 2:05-cv-01091-EEF-DEK

MERCK SHARP & DOHME CORP.'S NOTICE OF DEPOSITION
OF ANN M. MANNINO

PLEASE TAKE NOTICE that the deposition of **Ann M. Mannino** will be held on **January 18, 2013 at 9:30 A.M. at Hampton Inn and Suites, 1120 South Avenue, Staten Island, New York 10314.** The deposition will be taken by a certified court reporter and may be used at trial.

Additionally, the deponent is directed to produce copies of the following documents to Williams & Connolly LLP, no later than January 18, 2013.

With the exception of the records already produced to Merck by the Plaintiff in this case, please produce all documents within your possession, custody or control that relate to or refer to any or all of the following:

      1.    All writings in your possession, custody or control regarding VIOXX.

      2.    All writings created or stored electronically, including, but not limited to, e-mail messages, web files, and word processing files, relating to or discussing VIOXX or Plaintiff's ingestion of VIOXX in your possession, custody or control.

      3.    All prescriptions, prescription records, and receipts for VIOXX in your possession, custody or control.

4. All VIOXX tablet(s) prescribed to or otherwise obtained by Plaintiff, which have not been ingested, in your possession, custody or control (this item may be produced at the deposition).

5. All containers and packaging which contain or contained VIOXX in your possession, custody or control (this item may be produced at the deposition).

6. All records, including physician or office records, that show the period during which Plaintiff took VIOXX, the dosage of VIOXX, and the frequency with which the Plaintiff took VIOXX in your possession, custody or control.

7. All personal diaries, calendars, journals, logs, or similar materials in your possession, custody or control that relate to Plaintiff's mental or physical condition at any time, including his or her physical and mental conditions before, during and after ingestion of Vioxx.

8. All writings concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to Plaintiff when the Plaintiff's VIOXX prescription was filled or when the Plaintiff otherwise obtained VIOXX in your possession, custody or control.

9. All prescriptions, prescription records, drug containers, bottles, labels, package inserts, warnings, and/or instructions relating to any prescription drug, over-the-counter drug, medication, herbal remedy or medical preparation taken by Plaintiff in the past ten (10) years in your possession, custody or control.

Dated: January 2, 2013

Respectfully submitted,

By: /s/ Jonathan Williams
Douglas R. Marvin
M. Elaine Horn
Jonathan Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:   202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

—and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition has been served on **Ann M. Mannino and Joseph Mannino** by Federal Express at:

**64 Columbus Ave.
Staten Island, NY 10304**

I further certify that the above and foregoing has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) in accord with the procedures established in MDL 1657 on this 2nd day of January, 2013.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657  
SECTION L

JUDGE FALLON  
MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Holobosky et al. v. Merck Sharp & Dohme Corp., 2:05-cv-01091-EEF-DEK

### MERCK SHARP & DOHME CORP.'S NOTICE OF DEPOSITION OF JOSEPH MANNINO

PLEASE TAKE NOTICE that the deposition of **Joseph Mannino** will be held on **January 18, 2013 at 3:00 P.M. at Hampton Inn and Suites, 1120 South Avenue, Staten Island, New York 10314.** The deposition will be taken by a certified court reporter and may be used at trial.

Additionally, the deponent is directed to produce copies of the following documents to Williams & Connolly LLP, no later than January 18, 2013.

With the exception of the records already produced to Merck by the Plaintiff in this case, please produce all documents within your possession, custody or control that relate to or refer to any or all of the following:

1. All writings in your possession, custody or control regarding VIOXX.

2. All writings created or stored electronically, including, but not limited to, e-mail messages, web files, and word processing files, relating to or discussing VIOXX or Plaintiff's ingestion of VIOXX in your possession, custody or control.

3. All prescriptions, prescription records, and receipts for VIOXX in your possession, custody or control.

4. All VIOXX tablet(s) prescribed to or otherwise obtained by Plaintiff, which have not been ingested, in your possession, custody or control (this item may be produced at the deposition).

5. All containers and packaging which contain or contained VIOXX in your possession, custody or control (this item may be produced at the deposition).

6. All records, including physician or office records, that show the period during which Plaintiff took VIOXX, the dosage of VIOXX, and the frequency with which the Plaintiff took VIOXX in your possession, custody or control.

7. All personal diaries, calendars, journals, logs, or similar materials in your possession, custody or control that relate to Plaintiff's mental or physical condition at any time, including his or her physical and mental conditions before, during and after ingestion of Vioxx.

8. All writings concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to Plaintiff when the Plaintiff's VIOXX prescription was filled or when the Plaintiff otherwise obtained VIOXX in your possession, custody or control.

9. All prescriptions, prescription records, drug containers, bottles, labels, package inserts, warnings, and/or instructions relating to any prescription drug, over-the-counter drug, medication, herbal remedy or medical preparation taken by Plaintiff in the past ten (10) years in your possession, custody or control.

Dated: January 2, 2013

Respectfully submitted,

By:    */s/ Jonathan Williams*
        Douglas R. Marvin
        M. Elaine Horn
        Jonathan Williams
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Phone: 202-434-5000
        Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

—and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition has been served on **Joseph Mannino and Ann M. Mannino** by Federal Express at:

**64 Columbus Ave.
Staten Island, NY 10304**

I further certify that the above and foregoing has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) in accord with the procedures established in MDL 1657 on this 2nd day of January, 2013.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

LAW OFFICES
## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JONATHAN L. WILLIAMS
(202) 434-5742
jonathanwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 2, 2013

Via Federal Express

Joseph Mannino
64 Columbus Ave.
Staten Island, NY 10304

Re: *Holobosky et al. v. Merck Sharp & Dohme Corp.*, Civ. A. No. 2:05-cv-01091-EEF-DEK (E.D. La.)

Dear Mr. Mannino:

I represent Merck Sharp & Dohme Corp. in this Vioxx case, in which you are a plaintiff. I am contacting you directly because I understand that you are not represented by an attorney. If that is incorrect or if at any point you retain an attorney, please send me your attorney's contact information so that I can communicate directly with your attorney.

I sent a letter to your wife by Federal Express informing you that I would like to depose you and your wife in this case in January. In that letter, I asked your wife for dates you and she would not be available in January. Because I received no response, I scheduled your depositions for Friday, January 18, as indicated in the enclosed deposition notices.

Please contact me at the phone number or e-mail address listed above to confirm that you will attend your deposition. If January 18 is inconvenient for you or your wife, I am happy to work with you to find a more convenient date. It is important that you and your wife attend your depositions. **If you do not attend your deposition, Merck will move to dismiss your case.** Please feel free to contact me with any questions.

Sincerely,

Jonathan L. Williams

Enclosures

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657
SECTION L

JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Holobosky et al. v. Merck Sharp & Dohme Corp., 2:05-cv-01091-EEF-DEK

## MERCK SHARP & DOHME CORP.'S NOTICE OF DEPOSITION OF ANN M. MANNINO

PLEASE TAKE NOTICE that the deposition of **Ann M. Mannino** will be held on **January 18, 2013 at 9:30 A.M. at Hampton Inn and Suites, 1120 South Avenue, Staten Island, New York 10314.** The deposition will be taken by a certified court reporter and may be used at trial.

Additionally, the deponent is directed to produce copies of the following documents to Williams & Connolly LLP, no later than January 18, 2013.

With the exception of the records already produced to Merck by the Plaintiff in this case, please produce all documents within your possession, custody or control that relate to or refer to any or all of the following:

    1.    All writings in your possession, custody or control regarding VIOXX.

    2.    All writings created or stored electronically, including, but not limited to, e-mail messages, web files, and word processing files, relating to or discussing VIOXX or Plaintiff's ingestion of VIOXX in your possession, custody or control.

    3.    All prescriptions, prescription records, and receipts for VIOXX in your possession, custody or control.

4. All VIOXX tablet(s) prescribed to or otherwise obtained by Plaintiff, which have not been ingested, in your possession, custody or control (this item may be produced at the deposition).

5. All containers and packaging which contain or contained VIOXX in your possession, custody or control (this item may be produced at the deposition).

6. All records, including physician or office records, that show the period during which Plaintiff took VIOXX, the dosage of VIOXX, and the frequency with which the Plaintiff took VIOXX in your possession, custody or control.

7. All personal diaries, calendars, journals, logs, or similar materials in your possession, custody or control that relate to Plaintiff's mental or physical condition at any time, including his or her physical and mental conditions before, during and after ingestion of Vioxx.

8. All writings concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to Plaintiff when the Plaintiff's VIOXX prescription was filled or when the Plaintiff otherwise obtained VIOXX in your possession, custody or control.

9. All prescriptions, prescription records, drug containers, bottles, labels, package inserts, warnings, and/or instructions relating to any prescription drug, over-the-counter drug, medication, herbal remedy or medical preparation taken by Plaintiff in the past ten (10) years in your possession, custody or control.

Dated: January 2, 2013

2

Respectfully submitted,

By: /s/ Jonathan Williams
Douglas R. Marvin
M. Elaine Horn
Jonathan Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

—and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition has been served on **Ann M. Mannino and Joseph Mannino** by Federal Express at:

> **64 Columbus Ave.**
> **Staten Island, NY 10304**

I further certify that the above and foregoing has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) in accord with the procedures established in MDL 1657 on this 2nd day of January, 2013.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
   WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                MDL DOCKET NO. 1657
PRODUCTS LIABILITY LITIGATION               SECTION L

                                            JUDGE FALLON
                                            MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Holobosky et al. v. Merck Sharp & Dohme Corp., 2:05-cv-01091-EEF-DEK

## MERCK SHARP & DOHME CORP.'S NOTICE OF DEPOSITION OF JOSEPH MANNINO

PLEASE TAKE NOTICE that the deposition of **Joseph Mannino** will be held on **January 18, 2013 at 3:00 P.M. at Hampton Inn and Suites, 1120 South Avenue, Staten Island, New York 10314.** The deposition will be taken by a certified court reporter and may be used at trial.

Additionally, the deponent is directed to produce copies of the following documents to Williams & Connolly LLP, no later than January 18, 2013.

With the exception of the records already produced to Merck by the Plaintiff in this case, please produce all documents within your possession, custody or control that relate to or refer to any or all of the following:

   1. All writings in your possession, custody or control regarding VIOXX.

   2. All writings created or stored electronically, including, but not limited to, e-mail messages, web files, and word processing files, relating to or discussing VIOXX or Plaintiff's ingestion of VIOXX in your possession, custody or control.

   3. All prescriptions, prescription records, and receipts for VIOXX in your possession, custody or control.

4. All VIOXX tablet(s) prescribed to or otherwise obtained by Plaintiff, which have not been ingested, in your possession, custody or control (this item may be produced at the deposition).

5. All containers and packaging which contain or contained VIOXX in your possession, custody or control (this item may be produced at the deposition).

6. All records, including physician or office records, that show the period during which Plaintiff took VIOXX, the dosage of VIOXX, and the frequency with which the Plaintiff took VIOXX in your possession, custody or control.

7. All personal diaries, calendars, journals, logs, or similar materials in your possession, custody or control that relate to Plaintiff's mental or physical condition at any time, including his or her physical and mental conditions before, during and after ingestion of Vioxx.

8. All writings concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to Plaintiff when the Plaintiff's VIOXX prescription was filled or when the Plaintiff otherwise obtained VIOXX in your possession, custody or control.

9. All prescriptions, prescription records, drug containers, bottles, labels, package inserts, warnings, and/or instructions relating to any prescription drug, over-the-counter drug, medication, herbal remedy or medical preparation taken by Plaintiff in the past ten (10) years in your possession, custody or control.

Dated: January 2, 2013

Respectfully submitted,

By: */s/ Jonathan Williams*
Douglas R. Marvin
M. Elaine Horn
Jonathan Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

—and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition has been served on **Joseph Mannino and Ann M. Mannino** by Federal Express at:

**64 Columbus Ave.
Staten Island, NY 10304**

I further certify that the above and foregoing has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) in accord with the procedures established in MDL 1657 on this 2nd day of January, 2013.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com