# EXHIBIT F

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JONATHAN L. WILLIAMS
(202) 434-5742
jonathanwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 11, 2013

<u>Via Federal Express</u>

Ann M. Mannino
64 Columbus Ave.
Staten Island, NY 10304

    Re:    *Holobosky et al. v. Merck Sharp & Dohme Corp.*, Civ. A. No. 2:05-cv-01091-EEF-DEK (E.D. La.)

Dear Ms. Mannino:

    Thank you for agreeing to be deposed at the Hampton Inn on Monday, January 28. I have scheduled you for 9:30 a.m. and your husband for 1:00 p.m. I am happy to have your husband go first if that is more convenient. I have enclosed notices of deposition for both of you. These documents list the time and place of the depositions and also request that you bring certain documents and things with you. Please let me know if you have any questions.

    Sincerely,

    Jonathan L. Williams

Enclosures

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    MDL DOCKET NO. 1657
PRODUCTS LIABILITY LITIGATION                   SECTION L

                                                JUDGE FALLON
                                                MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Holobosky et al. v. Merck Sharp & Dohme Corp., 2:05-cv-01091-EEF-DEK

## MERCK SHARP & DOHME CORP.'S AMENDED NOTICE OF DEPOSITION OF JOSEPH MANNINO

PLEASE TAKE NOTICE that the deposition of **Joseph Mannino** will be held on **January 28, 2013 at 1:00 P.M. at Hampton Inn and Suites, 1120 South Avenue, Staten Island, New York 10314**. The deposition will be taken by a certified court reporter and may be used at trial.

Additionally, the deponent is directed to produce copies of the following documents to Williams & Connolly LLP, no later than January 28, 2013.

With the exception of the records already produced to Merck by the Plaintiff in this case, please produce all documents within your possession, custody or control that relate to or refer to any or all of the following:

1. All writings in your possession, custody or control regarding VIOXX.

2. All writings created or stored electronically, including, but not limited to, e-mail messages, web files, and word processing files, relating to or discussing VIOXX or Plaintiff's ingestion of VIOXX in your possession, custody or control.

3. All prescriptions, prescription records, and receipts for VIOXX in your possession, custody or control.

4. All VIOXX tablet(s) prescribed to or otherwise obtained by Plaintiff, which have not been ingested, in your possession, custody or control (this item may be produced at the deposition).

5. All containers and packaging which contain or contained VIOXX in your possession, custody or control (this item may be produced at the deposition).

6. All records, including physician or office records, that show the period during which Plaintiff took VIOXX, the dosage of VIOXX, and the frequency with which the Plaintiff took VIOXX in your possession, custody or control.

7. All personal diaries, calendars, journals, logs, or similar materials in your possession, custody or control that relate to Plaintiff's mental or physical condition at any time, including his or her physical and mental conditions before, during and after ingestion of Vioxx.

8. All writings concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to Plaintiff when the Plaintiff's VIOXX prescription was filled or when the Plaintiff otherwise obtained VIOXX in your possession, custody or control.

9. All prescriptions, prescription records, drug containers, bottles, labels, package inserts, warnings, and/or instructions relating to any prescription drug, over-the-counter drug, medication, herbal remedy or medical preparation taken by Plaintiff in the past ten (10) years in your possession, custody or control.

Dated: January 11, 2013

                    Respectfully submitted,

By:   */s/ Jonathan Williams*
       Douglas R. Marvin
       M. Elaine Horn
       Jonathan Williams
       WILLIAMS & CONNOLLY LLP
       725 Twelfth Street, N.W.
       Washington, D.C. 20005
       Phone: 202-434-5000
       Fax:    202-434-5029

       Attorneys for Merck Sharp & Dohme Corp.

       —and—

       Phillip A. Wittman, 13625
       Dorothy H. Wimberly, 18509
       STONE PIGMAN WALTHER WITTMAN, L.L.C.
       546 Carondelet Street
       New Orleans, LA 70130
       Phone: 504-581-3200
       Fax:    504-581-3361

       Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition has been served on **Joseph Mannino and Ann M. Mannino** by Federal Express at:

**64 Columbus Ave.
Staten Island, NY 10304**

I further certify that the above and foregoing has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) in accord with the procedures established in MDL 1657 on this 11th day of January, 2013.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
   WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                  MDL DOCKET NO. 1657
PRODUCTS LIABILITY LITIGATION                 SECTION L

                                              JUDGE FALLON
                                              MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Holobosky et al. v. Merck Sharp & Dohme Corp., 2:05-cv-01091-EEF-DEK

MERCK SHARP & DOHME CORP.'S AMENDED NOTICE OF DEPOSITION
OF ANN M. MANNINO

PLEASE TAKE NOTICE that the deposition of **Ann M. Mannino** will be held on **January 28, 2013 at 9:30 A.M. at Hampton Inn and Suites, 1120 South Avenue, Staten Island, New York 10314**. The deposition will be taken by a certified court reporter and may be used at trial.

Additionally, the deponent is directed to produce copies of the following documents to Williams & Connolly LLP, no later than January 28, 2013.

With the exception of the records already produced to Merck by the Plaintiff in this case, please produce all documents within your possession, custody or control that relate to or refer to any or all of the following:

       1. All writings in your possession, custody or control regarding VIOXX.

       2. All writings created or stored electronically, including, but not limited to, e-mail messages, web files, and word processing files, relating to or discussing VIOXX or Plaintiff's ingestion of VIOXX in your possession, custody or control.

       3. All prescriptions, prescription records, and receipts for VIOXX in your possession, custody or control.

4. All VIOXX tablet(s) prescribed to or otherwise obtained by Plaintiff, which have not been ingested, in your possession, custody or control (this item may be produced at the deposition).

5. All containers and packaging which contain or contained VIOXX in your possession, custody or control (this item may be produced at the deposition).

6. All records, including physician or office records, that show the period during which Plaintiff took VIOXX, the dosage of VIOXX, and the frequency with which the Plaintiff took VIOXX in your possession, custody or control.

7. All personal diaries, calendars, journals, logs, or similar materials in your possession, custody or control that relate to Plaintiff's mental or physical condition at any time, including his or her physical and mental conditions before, during and after ingestion of Vioxx.

8. All writings concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to Plaintiff when the Plaintiff's VIOXX prescription was filled or when the Plaintiff otherwise obtained VIOXX in your possession, custody or control.

9. All prescriptions, prescription records, drug containers, bottles, labels, package inserts, warnings, and/or instructions relating to any prescription drug, over-the-counter drug, medication, herbal remedy or medical preparation taken by Plaintiff in the past ten (10) years in your possession, custody or control.

Dated: January 11, 2013

Respectfully submitted,

By: /s/ *Jonathan Williams*
Douglas R. Marvin
M. Elaine Horn
Jonathan Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

—and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition has been served on **Ann M. Mannino and Joseph Mannino** by Federal Express at:

**64 Columbus Ave.
Staten Island, NY 10304**

I further certify that the above and foregoing has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) in accord with the procedures established in MDL 1657 on this 11th day of January, 2013.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
    WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

JONATHAN L. WILLIAMS
(202) 434-5742
jonathanwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 11, 2013

<u>Via Federal Express</u>

Joseph Mannino
64 Columbus Ave.
Staten Island, NY 10304

    Re:    *Holobosky et al. v. Merck Sharp & Dohme Corp.*, Civ. A. No. 2:05-cv-01091-EEF-DEK (E.D. La.)

Dear Mr. Mannino:

    Your wife indicated that I should schedule the two of you for deposition on Monday, January 28 at the Hampton Inn. I have scheduled Ms. Mannino for 9:30 a.m. and you 1:00 p.m. I am happy to have you go first if that is more convenient. I have enclosed notices of deposition for both of you. These documents list the time and place of the depositions and also request that you bring certain documents and things with you. Please let me know if you have any questions.

    Sincerely,

    *[signature]*

    Jonathan L. Williams

Enclosures

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    MDL DOCKET NO. 1657
PRODUCTS LIABILITY LITIGATION                   SECTION L

                                                JUDGE FALLON
                                                MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Holobosky et al. v. Merck Sharp & Dohme Corp., 2:05-cv-01091-EEF-DEK

MERCK SHARP & DOHME CORP.'S AMENDED NOTICE OF DEPOSITION
OF ANN M. MANNINO

PLEASE TAKE NOTICE that the deposition of **Ann M. Mannino** will be held on **January 28, 2013 at 9:30 A.M. at Hampton Inn and Suites, 1120 South Avenue, Staten Island, New York 10314**. The deposition will be taken by a certified court reporter and may be used at trial.

Additionally, the deponent is directed to produce copies of the following documents to Williams & Connolly LLP, no later than January 28, 2013.

With the exception of the records already produced to Merck by the Plaintiff in this case, please produce all documents within your possession, custody or control that relate to or refer to any or all of the following:

    1.    All writings in your possession, custody or control regarding VIOXX.

    2.    All writings created or stored electronically, including, but not limited to, e-mail messages, web files, and word processing files, relating to or discussing VIOXX or Plaintiff's ingestion of VIOXX in your possession, custody or control.

    3.    All prescriptions, prescription records, and receipts for VIOXX in your possession, custody or control.

4. All VIOXX tablet(s) prescribed to or otherwise obtained by Plaintiff, which have not been ingested, in your possession, custody or control (this item may be produced at the deposition).

5. All containers and packaging which contain or contained VIOXX in your possession, custody or control (this item may be produced at the deposition).

6. All records, including physician or office records, that show the period during which Plaintiff took VIOXX, the dosage of VIOXX, and the frequency with which the Plaintiff took VIOXX in your possession, custody or control.

7. All personal diaries, calendars, journals, logs, or similar materials in your possession, custody or control that relate to Plaintiff's mental or physical condition at any time, including his or her physical and mental conditions before, during and after ingestion of Vioxx.

8. All writings concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to Plaintiff when the Plaintiff's VIOXX prescription was filled or when the Plaintiff otherwise obtained VIOXX in your possession, custody or control.

9. All prescriptions, prescription records, drug containers, bottles, labels, package inserts, warnings, and/or instructions relating to any prescription drug, over-the-counter drug, medication, herbal remedy or medical preparation taken by Plaintiff in the past ten (10) years in your possession, custody or control.

Dated: January 11, 2013

Respectfully submitted,

By: */s/ Jonathan Williams*
Douglas R. Marvin
M. Elaine Horn
Jonathan Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

—and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition has been served on **Ann M. Mannino and Joseph Mannino** by Federal Express at:

**64 Columbus Ave.
Staten Island, NY 10304**

I further certify that the above and foregoing has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) in accord with the procedures established in MDL 1657 on this 11th day of January, 2013.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
   WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br>SECTION L |
| | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

Holobosky et al. v. Merck Sharp & Dohme Corp., 2:05-cv-01091-EEF-DEK

**MERCK SHARP & DOHME CORP.'S AMENDED NOTICE OF DEPOSITION OF JOSEPH MANNINO**

PLEASE TAKE NOTICE that the deposition of **Joseph Mannino** will be held on **January 28, 2013 at 1:00 P.M. at Hampton Inn and Suites, 1120 South Avenue, Staten Island, New York 10314**. The deposition will be taken by a certified court reporter and may be used at trial.

Additionally, the deponent is directed to produce copies of the following documents to Williams & Connolly LLP, no later than January 28, 2013.

With the exception of the records already produced to Merck by the Plaintiff in this case, please produce all documents within your possession, custody or control that relate to or refer to any or all of the following:

       1.    All writings in your possession, custody or control regarding VIOXX.

       2.    All writings created or stored electronically, including, but not limited to, e-mail messages, web files, and word processing files, relating to or discussing VIOXX or Plaintiff's ingestion of VIOXX in your possession, custody or control.

       3.    All prescriptions, prescription records, and receipts for VIOXX in your possession, custody or control.

4. All VIOXX tablet(s) prescribed to or otherwise obtained by Plaintiff, which have not been ingested, in your possession, custody or control (this item may be produced at the deposition).

5. All containers and packaging which contain or contained VIOXX in your possession, custody or control (this item may be produced at the deposition).

6. All records, including physician or office records, that show the period during which Plaintiff took VIOXX, the dosage of VIOXX, and the frequency with which the Plaintiff took VIOXX in your possession, custody or control.

7. All personal diaries, calendars, journals, logs, or similar materials in your possession, custody or control that relate to Plaintiff's mental or physical condition at any time, including his or her physical and mental conditions before, during and after ingestion of Vioxx.

8. All writings concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to Plaintiff when the Plaintiff's VIOXX prescription was filled or when the Plaintiff otherwise obtained VIOXX in your possession, custody or control.

9. All prescriptions, prescription records, drug containers, bottles, labels, package inserts, warnings, and/or instructions relating to any prescription drug, over-the-counter drug, medication, herbal remedy or medical preparation taken by Plaintiff in the past ten (10) years in your possession, custody or control.

Dated: January 11, 2013

2

Respectfully submitted,

By: /s/ Jonathan Williams
Douglas R. Marvin
M. Elaine Horn
Jonathan Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

—and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition has been served on **Joseph Mannino and Ann M. Mannino** by Federal Express at:

**64 Columbus Ave.
Staten Island, NY 10304**

I further certify that the above and foregoing has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) in accord with the procedures established in MDL 1657 on this 11th day of January, 2013.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
    WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com