# EXHIBIT G

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

------------------------------------------X
IN RE:  VIOXX PRODUCTS         MDL DOCKET NO.
LIABILITY LITIGATION           1657
                               SECTION L

THIS DOCUMENT RELATES TO:
                               2:05-cv-01091
HOLOBOSKY et al. v. MERCK      -EEF-DEK
SHARP & DOHME CORP.

------------------------------------------X


NOTICED DEPOSITION OF ANN M. MANNINO

STATEMENT ON THE RECORD

Staten Island, New York

Monday, January 28, 2013


Reported by:

Angela M. Shaw-Crockett, CCR, RPR


Golkow Technologies, Inc. - 1.877.370.DEPS

### Page 2

```
 8            January 28, 2013
 9            11:15 a.m.

11       STATEMENT ON THE RECORD, taken by the Defendant,
12   held at the Hampton Inn & Suites, 1120 South
13   Avenue, 1120 South Avenue, Staten Island, New
14   York, before Angela M. Shaw-Crockett, a Certified
15   Shorthand Reporter, Registered Professional
16   Reporter, Registered Merit Reporter and Notary
17   Public of the State of New York and New Jersey.
```

### Page 3

```
 1       A P P E A R A N C E S:

     WILLIAMS & CONNOLLY LLP
 3       Attorneys for the Defendant
         725 Twelth Street, N.W.
 4       Washington, District of Columbia 20005
 5   BY:   JONATHAN L. WILLIAMS, ESQ.

              **       **       **
```

### Page 4

 1       (Defendant's Exhibits A. Mannino-1 and 2 were received and marked for identification, as of this date.)
 4       MR. WILLIAMS: It's now 11:15 a.m. on Monday January 28th.
 6       We're at the Hampton Inn in Staten Island New York.
 8       I've marked as Exhibit 1, the notice of deposition, which sets out in the first paragraph the deposition of Ann Mannino will be held on January 28, 2013 at 9:30 a.m. at the Hampton Inn and Suites, 1120 South Avenue, Staten Island, New York 10314, which is where we are today.
15       I had originally spoken with Ms. Mannino regarding scheduling this deposition on the telephone earlier this month. She indicated that Mondays would work for her and additionally, that this date would be acceptable to both her and her husband.
21       On January 11th, the notice of this deposition, in addition to uploading the notice on the LexisNexis File & Serve in accordance with pretrial order 8B, this notice along with the notice for her husband was to Joseph

### Page 5

 1   Mannino, was FedEx'd overnight both to Ms. Mannino and Mr. Mannino.
 3       In addition, I called Ms. Mannino on the cell phone number she had provided to me and which we had used to talk before and I left her a message on Friday, January 25th regarding this deposition.
 8       She has not returned my phone call. At 10:15 this morning I again called that phone number and left a voice mail via a message that goes to the person calling in on that voice mail. It indicates that it is the voice mail for an Ann Mannino.
14       I left a massage for Ms. Mannino at 10:15 a.m., asking her if she still intended to show up today and I left a message on that message, a number for my personal cellphone number which I have with me today and I have not received a phone call from her at this time.
21       Having waited approximately one hour and 45 minutes, I'm going to close this deposition.
23       (Brief pause in the proceeding.)
24       MR. WILLIAMS: Back on the record.
25       Exhibit 2 to the deposition is the cover

Statement on Record - January 28, 2013

Page 6

```
 1    letter I sent on January 11th, 2013 to
 2    Ms. Mannino and indicating to her that she had
 3    agreed to be deposed at the Hampton Inn on
 4    January 28th and indicating further that I
 5    noticed the deposition for her for 9:30 a.m.
 6    and for her husband for 1:00 p.m.
 7         I indicated my willingness to alter that
 8    timing for their convenience if that was
 9    something they desired and, again, I did not
10    hear back from Ms. Mannino in response to that
11    offer.
12         (Time noted:  11:19 a.m.)
```

Page 8

```
 1
 2              C E R T I F I C A T E
 3         I, ANGELA M. SHAW-CROCKETT, Certified Court
 4    Reporter, Registered Professional Reporter, Registered Merit
 5    Reporter, hereby certify that this Statement on the Record
 6    was held before me on January 28, 2013;
 7         That the within testimony was
 8    stenographically recorded by myself, and is a
 9    true and accurate record of this Statement on the Record;
10         That I am not connected by blood or
11    marriage with any of the parties.  I am not
12    interested directly or indirectly in the matter in
13    controversy, nor am I in the employ of any of the counsel.
14         IN WITNESS WHEREOF, I have hereunto
15    set my hand this 28th day of January, 2013.
16
17              _____
                ANGELA SHAW-CROCKETT, CCR, RPR
18              License No. XI02184
```

Page 7

```
 1
 2              INDEX
 3
 4         DEFENDANTS' EXHIBITS
 5    FOR ID        DESCRIPTION              PAGE
 6    Exhibit 1   Notice                       4
 7    Exhibit 2   Cover letter sent to Ms. Mannino   4
```

| A | | | | |
|---|---|---|---|---|
| acceptable 4:20 | defendant 2:11 3:3 | husband 4:20,25 6:6 | mannino1 4:1 | 8:4 |
| accurate 8:9 | defendants 4:1 7:4 | | marked 4:2,8 | provided 5:4 |
| addition 4:22 5:3 | deposed 6:3 | **I** | marriage 8:11 | public 2:17 |
| additionally 4:19 | deposition 1:10 4:9 4:10,16,22 5:7,22 5:25 6:5 | id 7:5 | massage 5:14 | **Q** |
| agreed 6:3 | | identification 4:2 | matter 8:12 | |
| al 1:6 | description 7:5 | im 5:22 | mdl 1:3 | **R** |
| alter 6:7 | desired 6:9 | index 7:2 | merck 1:6 | r 3:1 8:2 |
| angela 1:18 2:14 8:3,17 | directly 8:12 | indicated 4:17 6:7 | merit 2:16 8:4 | received 4:2 5:19 |
| ann 1:10 4:10 5:13 | district 1:1,2 3:4 | indicates 5:12 | message 5:6,10,16 5:17 | record 1:11 2:11 5:24 8:5,9,9 |
| approximately 5:21 | docket 1:3 | indicating 6:2,4 | minutes 5:22 | recorded 8:8 |
| asking 5:15 | document 1:5 | indirectly 8:12 | monday 1:13 4:5 | regarding 4:16 5:6 |
| attorneys 3:3 | dohme 1:7 | inn 2:12 4:6,12 6:3 | mondays 4:18 | registered 2:15,16 8:4,4 |
| avenue 2:13,13 4:12 | **E** | intended 5:15 | month 4:17 | relates 1:5 |
| | e 3:1,1 8:2,2 | interested 8:12 | morning 5:9 | reported 1:17 |
| **B** | earlier 4:17 | island 1:12 2:13 4:6 4:13 | **N** | reporter 2:15,16,16 8:4,4,5 |
| back 5:24 6:10 | eastern 1:2 | ive 4:8 | n 3:1,3 | response 6:10 |
| blood 8:10 | eefdek 1:6 | | new 1:12 2:13,17 2:17 4:7,13 | returned 5:8 |
| brief 5:23 | employ 8:13 | **J** | notary 2:16 | rpr 1:18 8:17 |
| | esq 3:5 | january 1:13 2:8 4:5,11,21 5:6 6:1 6:4 8:6,15 | noted 6:12 | |
| **C** | et 1:6 | | notice 4:8,21,22,24 4:25 7:6 | **S** |
| c 3:1 8:2,2 | exhibit 4:8 5:25 7:6 7:7 | jersey 2:17 | noticed 1:10 6:5 | s 3:1 |
| call 5:8,19 | exhibits 4:1 7:4 | jonathan 3:5 | number 5:4,10,17 5:18 | scheduling 4:16 |
| called 5:3,9 | | joseph 4:25 | | section 1:4 |
| calling 5:11 | **F** | **K** | **O** | sent 6:1 7:7 |
| ccr 1:18 8:17 | f 8:2 | | offer 6:11 | serve 4:23 |
| cell 5:4 | fedexd 5:1 | **L** | order 4:24 | set 8:15 |
| cellphone 5:17 | file 4:23 | l 1:4 3:5 | originally 4:15 | sets 4:9 |
| certified 2:14 8:3 | first 4:9 | left 5:5,10,14,16 | overnight 5:1 | sharp 1:7 |
| certify 8:5 | friday 5:6 | letter 6:1 7:7 | | shawcrockett 1:18 2:14 8:3,17 |
| close 5:22 | further 6:4 | lexisnexis 4:23 | **P** | |
| columbia 3:4 | **G** | liability 1:4 | p 3:1,1 6:6 | shorthand 2:15 |
| connected 8:10 | goes 5:11 | license 8:18 | page 7:5 | show 5:16 |
| connolly 3:2 | going 5:22 | litigation 1:4 | paragraph 4:10 | south 2:12,13 4:12 |
| controversy 8:13 | | llp 3:2 | parties 8:11 | spoken 4:15 |
| convenience 6:8 | **H** | louisiana 1:2 | pause 5:23 | state 2:17 |
| corp 1:7 | hampton 2:12 4:6 4:12 6:3 | **M** | person 5:11 | statement 1:11 2:11 8:5,9 |
| counsel 8:13 | hand 8:15 | m 1:10,18 2:9,14 4:4,11 5:15 6:5,6 6:12 8:3 | personal 5:17 | staten 1:12 2:13 4:6 4:13 |
| court 1:1 8:3 | hear 6:10 | | phone 5:4,8,9,19 | |
| cover 5:25 7:7 | held 2:12 4:11 8:6 | mail 5:10,12,12 | pretrial 4:24 | states 1:1 |
| | hereunto 8:14 | mannino 1:10 4:10 4:15 5:1,2,2,3,13 5:14 6:2,10 7:7 | proceeding 5:23 | stenographically 8:8 |
| **D** | holobosky 1:6 | | products 1:3 | street 3:3 |
| date 4:3,19 | hour 5:21 | | professional 2:15 | |
| day 8:15 | | | | |

**suites** 2:12 4:12

**T**

**t** 8:2,2
**taken** 2:11
**talk** 5:5
**telephone** 4:17
**testimony** 8:7
**time** 5:20 6:12
**timing** 6:8
**today** 4:14 5:16,18
**true** 8:9
**twelth** 3:3

**U**

**united** 1:1
**uploading** 4:22

**V**

**v** 1:6
**vioxx** 1:3
**voice** 5:10,11,12

**W**

**w** 3:3
**waited** 5:21
**washington** 3:4
**whereof** 8:14
**williams** 3:2,5 4:4 5:24
**willingness** 6:7
**witness** 8:14
**work** 4:18

**X**

**x** 1:3,8
**xi02184** 8:18

**Y**

**york** 1:12 2:14,17 4:7,13

**Z**

**0**

**00** 6:6
**05cv01091** 1:6

**1**

**1** 4:8 6:6 7:6
**10** 5:9,15
**10314** 4:13
**11** 2:9 4:4 6:12
**1120** 2:12,13 4:12
**11th** 4:21 6:1
**15** 2:9 4:4 5:9,15
**1657** 1:4
**19** 6:12

**2**

**2** 1:6 4:1 5:25 7:7
**20005** 3:4
**2013** 1:13 2:8 4:11 6:1 8:6,15
**25th** 5:6
**28** 1:13 2:8 4:11 8:6
**28th** 4:5 6:4 8:15

**3**

**30** 4:11 6:5

**4**

**4** 7:6,7
**45** 5:22

**5**

**6**

**7**

**725** 3:3

**8**

**8b** 4:24

**9**

**9** 4:11 6:5