# EXHIBIT H

Statement on Record - January 28, 2013

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

------------------------------------------X
IN RE:  VIOXX PRODUCTS          MDL DOCKET NO.
LIABILITY LITIGATION            1657
                                SECTION L

THIS DOCUMENT RELATES TO:
                                2:05-cv-01091
HOLOBOSKY et al. v. MERCK       -EEF-DEK
SHARP & DOHME CORP.

------------------------------------------X


NOTICED DEPOSITION OF JOSEPH MANNINO

STATEMENT ON THE RECORD

Staten Island, New York

Monday, January 28, 2013




Reported by:

Angela M. Shaw-Crockett, CCR, RPR

Statement on Record - January 28, 2013

Page 2

```
 8                January 28, 2013
 9                  1:40 p.m.

11           STATEMENT ON THE RECORD, taken by the Defendant,
12      held at the Hampton Inn & Suites, 1120 South
13      Avenue, 1120 South Avenue, Staten Island, New
14      York, before Angela M. Shaw-Crockett, a Certified
15      Shorthand Reporter, Registered Professional
16      Reporter, Registered Merit Reporter and Notary
17      Public of the State of New York and New Jersey.
```

Page 3

```
 1           A P P E A R A N C E S:

        WILLIAMS & CONNOLLY LLP
 3         Attorneys for the Defendant
           725 Twelth Street, N.W.
 4         Washington, District of Columbia 20005
 5      BY:  JONATHAN L. WILLIAMS, ESQ.




 9
              **        **        **
```

Page 4

```
 1           (Defendant's Exhibits J. Mannino-1 and 2
 2      were received and marked for identification, as of
 3      this date.)
 4           MR. WILLIAMS:  It is now 1:40 p.m., the
 5      deposition of Joseph Mannino, which was noticed
 6      for today, January 28, 2013 at 1:00 p.m.  It's
 7      been approximately 40 minutes.
 8           I originally spoke by telephone with Ann
 9      Marie Mannino, who is Mr. Mannino's wife, to
10      find a date that would work for the two of
11      them.  She indicated that Mondays were the best
12      day and I noticed this deposition for
13      January 28th on that basis.
14           The notice, which is Exhibit 1, is dated
15      January 11th, 2013 and indicates that the
16      deposition of Joseph Ann Mannino will be held
17      on January 28, 2013 at 1:00 p.m. at the Hampton
18      Inn and Suites, 1120 South Avenue, Staten
19      Island, New York 10314, which is where we are
20      today.
21           These notices were FedEx'd overnight, both
22      to Ann Marie Mannino and Joseph Mannino
23      separately.  There are delivery confirmations
24      for those notices.
25           On Friday, January 25th, I called
```

Page 5

```
 1      Ms. Mannino at the same number I had spoken to
 2      her previously, reminded her of the depositions
 3      this morning at 10:15 a.m.  I called
 4      Ms. Mannino after she was late for her own
 5      deposition and asked her whether she and her
 6      husband intended to come to the depositions
 7      today.  I have not received responses from
 8      either one of those cellphone messages that I
 9      left.
10           So now it's 1:41.  I'm going to close the
11      deposition of Joseph Mannino, not having heard
12      from neither him or his wife today.
13           Exhibit 2 for Joseph Mannino, is the cover
14      letter sent to Mr. Mannino and the first
15      sentence indicates that his wife told me that I
16      should schedule the two of them for deposition
17      on Monday, January 28th, at the Hampton Inn.
18      It indicates that I've scheduled Ms. Mannino
19      for 9:30 a.m. and Mr. Mannino for 1:00 p.m.
20           And the letter indicates that there are
21      enclosures, which were the two notices of
22      deposition.
23           (Time noted:  1:42 p.m.)
```

2 (Pages 2 to 5)

Statement on Record - January 28, 2013

```
                                Page 6
 1
 2            INDEX
 3
 4      DEFENDANTS' J. MANNINO EXHIBITS
 5   FOR ID      DESCRIPTION            PAGE
 6   Exhibit 1  Notice                     4
 7   Exhibit 2  Cover letter sent to Mr. Mannino   4
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                Page 7
 1
 2
 3          C E R T I F I C A T E
 4      I, ANGELA M. SHAW-CROCKETT, Certified Court
 5   Reporter, Registered Professional Reporter, Registered Merit
 6   Reporter, hereby certify that this Statement on the Record
 7   was held before me on January 28, 2013;
 8      That the within testimony was
 9   stenographically recorded by myself, and is a
10   true and accurate record of this Statement on the Record;
11      That I am not connected by blood or
12   marriage with any of the parties.  I am not
13   interested directly or indirectly in the matter in
14   controversy, nor am I in the employ of any of the counsel.
15      IN WITNESS WHEREOF, I have hereunto
16   set my hand this 28th day of January, 2013.
17
18          _____
            ANGELA SHAW-CROCKETT, CCR, RPR
19          License No. XI02184
20
21
22
23
24
25
```

3 (Pages 6 to 7)

| A | | | | |
|---|---|---|---|---|
| accurate 7:10 | description 6:5 | indirectly 7:13 | merit 2:16 7:5 | reported 1:17 |
| al 1:6 | directly 7:13 | inn 2:12 4:18 5:17 | messages 5:8 | reporter 2:15,16,16 |
| angela 1:18 2:14 | district 1:1,2 3:4 | intended 5:6 | minutes 4:7 | 7:5,5,6 |
| 7:4,18 | docket 1:3 | interested 7:13 | monday 1:13 5:17 | responses 5:7 |
| ann 4:8,16,22 | document 1:5 | island 1:12 2:13 | mondays 4:11 | rpr 1:18 7:18 |
| approximately 4:7 | dohme 1:7 | 4:19 | morning 5:3 | **S** |
| asked 5:5 | **E** | ive 5:18 | **N** | s 3:1 |
| attorneys 3:3 | e 3:1,1 7:3,3 | **J** | n 3:1,3 | schedule 5:16 |
| avenue 2:13,13 | eastern 1:2 | j 4:1 6:4 | neither 5:12 | scheduled 5:18 |
| 4:18 | eefdek 1:6 | january 1:13 2:8 | new 1:12 2:13,17 | section 1:4 |
| **B** | either 5:8 | 4:6,13,15,17,25 | 2:17 4:19 | sent 5:14 6:7 |
| basis 4:13 | employ 7:14 | 5:17 7:7,16 | notary 2:16 | sentence 5:15 |
| best 4:11 | enclosures 5:21 | jersey 2:17 | noted 5:23 | separately 4:23 |
| blood 7:11 | esq 3:5 | jonathan 3:5 | notice 4:14 6:6 | set 7:16 |
| **C** | et 1:6 | joseph 1:10 4:5,16 | noticed 1:10 4:5,12 | sharp 1:7 |
| c 3:1 7:3,3 | exhibit 4:14 5:13 | 4:22 5:11,13 | notices 4:21,24 | shawcrockett 1:18 |
| called 4:25 5:3 | 6:6,7 | **K** | 5:21 | 2:14 7:4,18 |
| ccr 1:18 7:18 | exhibits 4:1 6:4 | **L** | number 5:1 | shorthand 2:15 |
| cellphone 5:8 | **F** | l 1:4 3:5 | **O** | south 2:12,13 4:18 |
| certified 2:14 7:4 | f 7:3 | late 5:4 | originally 4:8 | spoke 4:8 |
| certify 7:6 | fedexd 4:21 | left 5:9 | overnight 4:21 | spoken 5:1 |
| close 5:10 | find 4:10 | letter 5:14,20 6:7 | **P** | state 2:17 |
| columbia 3:4 | first 5:14 | liability 1:4 | p 2:9 3:1,1 4:4,6,17 | statement 1:11 |
| come 5:6 | friday 4:25 | license 7:19 | 5:19,23 | 2:11 7:6,10 |
| confirmations 4:23 | **G** | litigation 1:4 | page 6:5 | staten 1:12 2:13 |
| connected 7:11 | going 5:10 | llp 3:2 | parties 7:12 | 4:18 |
| connolly 3:2 | **H** | louisiana 1:2 | previously 5:2 | states 1:1 |
| controversy 7:14 | hampton 2:12 4:17 | **M** | products 1:3 | stenographically |
| corp 1:7 | 5:17 | m 1:18 2:9,14 4:4,6 | professional 2:15 | 7:9 |
| counsel 7:14 | hand 7:16 | 4:17 5:3,19,19,23 | 7:5 | street 3:3 |
| court 1:1 7:4 | heard 5:11 | 7:4 | public 2:17 | suites 2:12 4:18 |
| cover 5:13 6:7 | held 2:12 4:16 7:7 | mannino 1:10 4:5,9 | **Q** | **T** |
| **D** | hereunto 7:15 | 4:16,22,22 5:1,4 | **R** | t 7:3,3 |
| date 4:3,10 | holobosky 1:6 | 5:11,13,14,18,19 | r 3:1 7:3 | taken 2:11 |
| dated 4:14 | husband 5:6 | 6:4,7 | received 4:2 5:7 | telephone 4:8 |
| day 4:12 7:16 | **I** | mannino1 4:1 | record 1:11 2:11 | testimony 7:8 |
| defendant 2:11 3:3 | id 6:5 | manninos 4:9 | 7:6,10,10 | time 5:23 |
| defendants 4:1 6:4 | identification 4:2 | marie 4:9,22 | recorded 7:9 | today 4:6,20 5:7,12 |
| delivery 4:23 | im 5:10 | marked 4:2 | registered 2:15,16 | told 5:15 |
| deposition 1:10 4:5 | index 6:2 | marriage 7:12 | 7:5,5 | true 7:10 |
| 4:12,16 5:5,11,16 | indicated 4:11 | matter 7:13 | relates 1:5 | twelfth 3:3 |
| 5:22 | indicates 4:15 5:15 | mdl 1:3 | reminded 5:2 | two 4:10 5:16,21 |
| depositions 5:2,6 | 5:18,20 | merck 1:6 | | **U** |
| | | | | united 1:1 |

### V
**v** 1:6
**vioxx** 1:3

### W
**w** 3:3
**washington** 3:4
**whereof** 7:15
**wife** 4:9 5:12,15
**williams** 3:2,5 4:4
**witness** 7:15
**work** 4:10

### X
**x** 1:3,8
**xi02184** 7:19

### Y
**york** 1:12 2:14,17 4:19

### Z

### 0
**00** 4:6,17 5:19
**05cv01091** 1:6

### 1
**1** 2:9 4:4,6,14,17 5:10,19,23 6:6
**10** 5:3
**10314** 4:19
**1120** 2:12,13 4:18
**11th** 4:15
**15** 5:3
**1657** 1:4

### 2
**2** 1:6 4:1 5:13 6:7
**20005** 3:4
**2013** 1:13 2:8 4:6 4:15,17 7:7,16
**25th** 4:25
**28** 1:13 2:8 4:6,17 7:7
**28th** 4:13 5:17 7:16

### 3
**30** 5:19

### 4
**4** 6:6,7
**40** 2:9 4:4,7
**41** 5:10
**42** 5:23

### 5

### 6

### 7
**725** 3:3

### 8

### 9
**9** 5:19