## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Rosemary Holobosky et al. v. Merck & Co., Inc., et al.*, | * | KNOWLES |
| 2:05-cv-01091-EEF-DEK | * | |
| **(Plaintiffs Ann Marie Mannino and Joseph Mannino)** | * | |

*****************************************************************************

### NOTICE OF SUBMISSION

Please take notice that Defendant Merck & Co., Inc.'s Rule to Show Cause will be brought for hearing on February 26, 2013, immediately following the monthly status conference scheduled for 2:00 p.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  February 5, 2013			Respectfully submitted,

			*/s/ Dorothy H. Wimberly*
			Phillip A. Wittmann, 13625
			Dorothy H. Wimberly, 18509
			STONE PIGMAN WALTHER
			WITTMANN L.L.C.
			546 Carondelet Street
			New Orleans, Louisiana 70130
			Phone: 504-581-3200
			Fax:    504-581-3361

			Defendants' Liaison Counsel

1117030v.1

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

1117030v.1

**CERTIFICATE OF SERVICE**

    I also hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of February, 2013.

                */s/ Dorothy H. Wimberly*
                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER
                WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana  70130
                Phone:  504-581-3200
                Fax:     504-581-3361
                dwimberly@stonepigman.com

                Defendants' Liaison Counsel

1117030v.1