UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Rosemary Holobosky, et al. v. Merck Sharp & Dohme* | * | KNOWLES |
| *Corp.*, 2:05-cv-01091-EEF-DEK (Plaintiffs Ann Marie | * | |
| Mannino and Joseph Mannino) | * | |

*****************************************************************************

### PROPOSED ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs Ann Marie Mannino and Joseph Mannino show cause on the 26th day of February, 2013, at 2:00 p.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that the Manninos file and serve upon Liaison Counsel any oppositions to the Rule on or before the 18th day of February, 2013.

**IT IS FURTHER ORDERED** that defendant Merck Sharpe & Dohme Corp. file and serve upon Plaintiffs' Liaison Counsel and the Manninos any replies to the oppositions on or before the 21st day of February, 2013.

NEW ORLEANS, LOUISIANA, this _____ day of February, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE