UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:    *Jo Levitt v. Merck & Co, Inc.*, No. 06-9757

## ORDER

The Court has received a document titled "Plaintiff Jo Levitt's Interrogatories/Request for Admissions from Merck." Because this document appears to constitute discovery requests, the Court will forward this document to counsel for Merck.

New Orleans, Louisiana, this 5th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Phillip Wittman
Stone Pigman Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130