RECEIVED
JAN 31 2013
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| Jo Levitt v. Merck & Co., Inc., 2:06-cv-09757-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

*************************************************************************

### PLAINTIFF JO LEVITT'S INTERROGATORIES/REQUEST FOR ADMISSIONS FROM MERCK

1. Whose decision was it not to send notice of pending dismissal with prejudice to Plaintiff. Did Merck get any other cases dismissed in the same manner

2. What was Merck and its lawyers theory on what would happen to plaintiffs who were dropped by their lawyers for failure to opt into settlement

3. Confirm or deny that Merck or their lawyers believe that a pro se plaintiff can hire a medical Daubert expert. If this is not the case, that a pro se plaintiff would be at a legal disadvantage. It is the courts prerogative to hire its own expert. One of the duties of the court is to level the playing field.

4. Confirm or deny that it was Merck and its lawyers intension and plan to cut off access to lawyers knowledgeable about Vioxx by requiring them to drop plaintiffs that didn't opt in to the settlement .Required participating lawyers not take on other lawyers dropped plaintiffs. Later in settlement when the court wouldn't let lawyers automatically reign, these lawyers became only place holders while Merck worked at getting these plaintiffs cases dismissed. If denied state reason the "drop provision" was in the Vioxx Settlement other than to deny opt out plaintiff due process by voiding their contract with their lawyers and cutting off plaintiffs access to funding of their case .

5. Confirm that some plaintiffs in Vioxx settlement were paid more than the 600.000 dollars for extraordinary injuries and this is contrary to the stated maximum payout for extraordinary injuries.

6. Confirm that Merck and it's lawyers have argued in Kentucky court that their right to due process was denied by the state hiring outside lawyer with a financial interest in the outcome of the case. Merck believes that the quality and motivation of legal counsel matter

7. List all Compensation for Raymond Gilmartin and David Anstice from date of hire to present., bonuses, and any kind of stock options ,issue date, funding dates for said options

8. Who set Raymond Gilmartin compensation and why were 1 million stock options given in 2000/2001

9. Who did David Anstice report directly to and who set his compensation package?

10. List all bonuses and sales incentives offered to Vioxx sales people and their management….dates and amounts offered.  What percent of their total compensation did these incentives account for in 1999,2000,2001,2002

11. List all compensation and benefits of Raymond Gilmartin received by year as director of Microsoft and General Mills ,List all Duties and total time spent per month including travel time

12. Did or does Merck have a legal deal with Garret FitzGerald, M.D regarding Vioxx?

13. Did Raymond Gilmatin take a course with professor Georges Doriot at Harvard Business School ?

Dated January 27, 2013

By Jo Levitt
   1247 west 45th street
   Kansas city, Mo. 64113
   Chocolatesoup.jo@gmail.com

*I certify that this was delivered to Jonathan Williams Williams & Connolly LLP via Email Jonathanwilliams@wc.com by Jo Levitt*