

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| THIS DOCUMENT RELATES TO TPP | * | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| FILER: Robert E. Arceneaux/Margaret Woodward<br>Pascal Calogero, Jr. | * | February 7, 2013 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ***

## ORDER

On the above and foregoing motion,

**IT IS ORDERED** that leave be and it is hereby GRANTED for the filing of Weinberg's Reply Memorandum in Response to TPP FAC's Response.

New Orleans, Louisiana, this _____ day of February, 2013

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE