**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 6, 2013**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| PENDING VTE CASES : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon. Ann Oldfather, Megan Hastings, and Lenny Davis participated on behalf of the Plaintiffs. Doug Marvin and Dorothy Wimberly participated on behalf of Merck. At the conference, the parties discussed the status of the case.

IT IS ORDERED that a telephone status conference will be held in this matter on Wednesday, February 20, 2013 at 1:30 p.m. Interested parties may contact the Court for call-in information.

JS10(00:06)