UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:    REMAINING GOVERNMENT ACTION CASES

## ORDER

At the consent of all parties, IT IS ORDERED that the hearing on the discovery dispute between the Attorneys General and Merck previously scheduled for Tuesday, February 19, 2013 at 1:30 p.m. is CONTINUED until Wednesday, February 20, 2013 at 3:30 p.m. Interested parties may contact the Court for call-in information.

New Orleans, Louisiana, this 8th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE