**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 14, 2013**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| *Jim Hood, ex rel. State of Mississippi,* | : | JUDGE FALLON |
| *v. Merck & Co, Inc.*, **No. 05-6755** | : | MAG. JUDGE KNOWLES |

On this date, a telephone hearing on Merck's motion to compel (Rec. Doc. 64181) was held in the Chambers of Judge Eldon E. Fallon. Sheila Bossier, Jessica Murray, and Shane Langston participated on behalf of the Plaintiff. John Beisner and Richard Josephson participated on behalf of the Defendant.

At the hearing the parties presented oral argument on Merck's motion, and the Court made comments. The Court provided its view that Mississippi's responses to Interrogatories 1 and 6 appear to be sufficient, but that Mississippi would have to supplement those responses as it received additional information. However, the Court stated its belief that Interrogatories 2, 3, 4, and 5 call for specific information that Defendant does appear to be entitled to.

IT IS ORDERED that a second telephone hearing will be held in this matter on Tuesday, February 19, 2013 at 1:30 p.m. Interested parties may contact the Court for call-in information.

JS10(00:33)