# EXHIBIT 1

# Rofecoxib Does Not Appear to Increase the Risk of Venous Thromboembolism: A Systematic Review of the Literature

Jennifer Goy[*] MD, MSc (JG) §
Jeremy Paikin[*,†] MD, FRCPC (JSP)
Mark Crowther[*, †, ‡] MD, MSc, FRCPC (MAC)

[1]Department of Internal Medicine, McMaster University
†Division of Cardiology, Department of Internal Medicine, McMaster University.
‡Division of Hematology and Thromboembolism, St. Joseph's Hospital,

[§]Corresponding Author
Department of Internal Medicine
Residency Program Office
1280 Main Street West,
Hamilton, Ontario
L8S 4L8
Fax: (905) 529-0066
Tel: (905) 902 1837

Word Count: 1984 exclusive of title page, abstract, figures and tables

ABSTRACT

Background and Objective:

Rofecoxib, a selective cyclo-oxygenase-2 (COX-2) inhibitor, has been associated with increased arterial thrombosis. It is unknown whether (COX-2) inhibition is associated with venous thromboembolism (VTE).We investigated, using a systematic review of the literature, the association between rofecoxib and venous thrombosis.

Methods:

A search strategy was developed and implemented to identify all English language studies in which rofecoxib was compared with placebo, irrespective of the primary outcome of the study.

Study methodology and results were reviewed in a standardized manner using RefMan software. Confidence intervals and risk difference were calculated using a Poisson distribution.

Results

The search strategy identified 1339 papers; 15 studies met our pre-specified inclusion criteria. The majority of trials were short in duration (~12 weeks). All studies met at least two of the three quality criteria. In 15160 (9217 person years follow up) patients allocated to rofecoxib there were 8 VTEs reported, compared with 9 VTEs in 13147 (9092 person years) patients allocated to placebo (relative risk 0.87, 95% CI 0.29-2.56, p = NS). The estimated incidence of VTE was 86.8 per 100,000 (95% CI 37.5 -171.2) person years with rofecoxib, and 99.1 per 100,000 person years with placebo (95%CI 45.3 – 188). This difference is statistically insignificant (p=0.78).

Conclusions:

Our findings are limited by the relatively small number of events, although, the contributing sample size of 28307 subjects (18309 person years) is reasonable. From our best available data outlined in this manuscript, there is no increase in the risk of VTE with rofecoxib use.

Abstract word count: 248

## INTRODUCTION

COX-2 selective nonsteroidal anti-inflammatories (NSAIDs) have been associated with an increase in the risk of arterial thromboembolism[2-6]. While rofecoxib, the strongest COX-2 inhibitor was withdrawn in 2004, there are several potent COX-2 inhibitors, such as celecoxib and meloxicam, that are still in widespread use. The putative increase in the risk of arterial thrombosis has been ascribed to a loss of the vasoprotective effect of prostacyclins with relative preservation of COX-1 dependent synthesis of vasoactive prostaglandin derivatives [7, 8] . In addition, prostacyclins reduce platelet aggregation on endothelial surfaces [6, 9]. These mechanisms are summarized in Figure 1.

It is unknown whether COX-2 selective NSAIDs increase the risk of venous thromboembolism (VTE). It is biologically implausible that COX-2 inhibition should be associated with VTE. Venous thrombi are characterized by fibrin deposition with relatively little platelet activation and deposition [9-11]. Additionally, high shear forces and high velocity blood flow impact endothelial cells and their production of vasoactive compounds in the arterial circulation enhancing the effect of vasoactive compounds such as prostacyclin and thromboxane [10-13]. In contrast, endothelium has little role in propagation of the venous clot [1, 9]. The low flow rates and lower shear rates in the venous circulation reduce the impact of vasoactive compounds and mitigate the role of platelets in the formation of venous thrombi [9, 10].

Available studies have examined the relationship COX-2 inhibitors and arterial thrombosis [2-6]. These studies also routinely document clinically suspected venous thromboembolic events, however the number of such events in any one study is small and as a result it is impossible to draw firm conclusions about the impact of COX-2 inhibition on the risk of VTE. As a result, the impact of COX-2 inhibition on VTE is unknown. To address this knowledge gap we performed a systematic review and meta-analysis of the available literature with the intent of determining

whether COX-2 inhibitors are associated with an increase in the risk of VTE from available randomized controlled trial data. Rofecoxib is the focus of this systematic review as it is the strongest COX-2 inhibitor (1:276 COX-1 to COX:2 selectivity as compared to celecoxib) with previous availability to provide for adequate patient follow up data [14].

## METHODS

The PRISMA criteria for reporting of systematic reviews and meta-analysis guided the methodology of this review [14].

### *Data sources and searches*

A search strategy was developed with the assistance of a research librarian and was run in two electronic journal databases (EMBASE 1980-2011 (March) and Medline 1980-2011 (March)) to identify all English language studies published that compared rofecoxib to placebo (see Figure 2). A search of the Cochrane Library Database of systematic reviews and NIH registry of clinical trials was also searched using "COX-2", "cyclooxygenase", "NSAID" and rofecoxib as keywords. Furthermore, articles were also identified via a manual search of the reference lists of review papers.

### *Study selection*

We included all trials of rofecoxib for any indication. A priori, we excluded trials comparing rofecoxib with placebo as some comparator NSAIDs (eg naproxen) may impact cardiovascular risk, an effect that would confound the interpretation of this review [5]. We excluded studies within which patients were exposed to rofecoxib for less than 3 months as earlier trials have suggested that the prothrombotic effect of COX-2 inhibition may take months to develop [2]. We excluded all

studies that were non-randomized or did not document cardiovascular thrombotic events as part of their adverse event outcome reporting. Two reviewers (JG, JSP) independently assessed studies for eligibility. Agreement between the two reviewers on study eligibility was assessed via kappa statistic. Any disagreements were resolved by a third party (MAC).

*Data extraction and quality assessment*

Data was extracted from each study in a standardized manner using RevMan software[14], which includes a standard proforma for key study characteristics and assessment of study quality and risk of bias. Key study characteristics included: trial design, study population and duration of follow up, dose of rofecoxib, trial outcomes and adverse events reported in the trial including cardiovascular thrombotic events. Quality of the studies was assessed according the following pre-specified criteria established in accordance with the Cochrane Collaboration Guidelines on Systematic Reviews for Interventions [15]. These criteria are as follows: (a) the study's randomization process (b) blinding with specific attention to adjudicators or adverse trial events, and (c) documentation of study attrition.

*Data synthesis and analysis*

Pooled incidence rates were calculated SPSS statistical software through addition of the total number of VTE and total person years at risk. Where detailed data on timing of losses to follow up was not available, half of losses to follow up were subtracted from the incidence rate for a particular study time interval. 95% confidence intervals and risk difference between rates of venous thromboembolism in the rofecoxib and placebo groups were calculated using a Poisson distribution. The larger studies contributed more person years follow up to the overall incidence rate so no adjustments to the pooled incidence rates were required.

## RESULTS

The search strategy identified 1339 potential papers, 43 of which underwent detailed review for eligibility. Agreement among these studies was 97 percent with corresponding kappa statistic of 0.95. Title and abstract review, supplemented with review of the entire paper, where required, identified 15 eligible studies in 14 different study populations: 10 through the search strategy and an additional 5 through the reference list of review papers [2, 6, 16-27]. Of the randomized clinical trials identified in the initial search strategy the most frequent reason for exclusion of potentially eligible studies was trial duration of less than 3 months. The steps of the review are outlined in Figure 3 and the characteristics and results for each study are summarized in Table 1.

### *Study characteristics*

The studies enrolled patients with a wide variety of clinical presentations: primary and secondary cancer prevention[2, 6, 17,18], osteoarthritis [19,20, 22] and rheumatoid arthritis[21, 23, 24] and in populations at risk of progression of Alzheimer's dementia[25-27]. The study populations ranged in size from over three thousand in each arm [6] to less than 10 [18,28].

In total, the 15 placebo controlled trials included 18309 person years of patient follow up (9217 and 9092 person years of follow up in the rofecoxib and placebo arms, respectively) The majority of trials were short in duration (~12 weeks) and reported no arterial nor venous thrombotic events in participants.

### *Quality of studies*

Fourteen of the15 studies met at least two of three pre-established methodologic criteria, as summarized in Table 1. The one exception was a study published in conference abstract form, the

methods of which are not detailed. The majority of studies met criteria in two of the three domains to ensure against potential sources of bias. The most common methodologic issues among the studies were insufficient documentation of whether study investigators and adjudicators of outcome were blinded. The impact of losses to follow-up were not explored in several studies.

*Incidence of Venous Thromboembolism*

A total of 8 and 9 VTEs were reported in the rofecoxib and placebo groups, respectively, yielding an incidence of VTE of 86.7 per 100,000 (95% confidence interval (CI) 37.5 -171.2) person years with rofecoxib, and 99.1 per 100,000 person years with placebo (95% CI 45.3 – 188, p=0.78 for the comparison). The relative risk was 0.87 (95% CI 0.29-2.56, p = NS). As the majority of studies were small and reported no VTE events, assessment for heterogeneity or sub-group analysis was not completed. In two studies arterial and venous thrombotic events were reported together; thus, Reines et al.[24] reported 4 and 11 thrombotic events in their rofecoxib and placebo groups, respectively and Thal et al.[25] reported 38 and 36 arterial or thrombotic events in rofecoxib and placebo groups, respectively. Since VTE and arterial thrombosis cannot be differentiated in these reports they were excluded from further analysis. However, to account for the potential impact of omission of these events we performed a worst case scenario analysis. We assumed half the unclassified thrombotic events in the rofecoxib group, and none of the placebo events, were venous. Even in this extreme situation the risk difference between the two groups would still not reach statistical significance (17 events in the rofecoxib group vs. 9 events in the placebo group, p=0.08). This is a generous assumption since the arterial thrombotic events in the included studies was approximately fourfold more frequent than venous events [6].

## DISCUSSION

This study is, to our knowledge, the first to provide reliable estimates of the risk of VTE in patients receiving rofecoxib compared with placebo. Data from 15 placebo-controlled randomized clinical trials in 14 patient populations found no association between rofecoxib use and VTE.

Our results are likely to be valid. We used a comprehensive search strategy, identified additional papers through reference review, collected data using uniform and pre-specified data collection tools and used widely accepted software to perform our analysis. Included studies were generally large, methodologically rigorous and comprehensively collected clinical outcomes since many were designed to satisfy regulatory agencies. Rates of VTE were low, consistent across trials and consistent with the expected rate in the population. Our results are biologically plausible and reflect our knowledge of the pathophysiology of venous thromboembolism.

Our study has limitations. Our power to detect smaller differences in the rates of VTE is limited. Despite the aggregation of data across the 14 trials we were reliably powered to only detect only a threefold difference in the rate of VTE. The ability to reliably rule out smaller differences would require significantly larger sample sizes; such studies are unlikely to be performed. Our study thus represents the best opportunity to examine the association between rofecoxib and VTE. Despite this, we feel that our conclusions are valid as the point estimate of the treatment effect actually suggested that rofecoxib use was associated with a reduced risk of VTE. Secondly, we included studies with a rofecoxib exposure as short as 12 weeks. Some studies have suggested the risk of arterial thrombosis associated with rofecoxib is only manifest beyond one year of drug use. Therefore, we may have failed to detect a late developing increase in the risk of DVT. Thirdly,

despite including data from 28307 subjects (18309 person years) the number of venous events was small; the small numbers makes our estimates of frequency unstable. Finally, our results may have been affected by inadequate or incomplete reporting of VTE events. VTE was not the primary or secondary outcome of any of the included studies. Nevertheless, all trials did have systems for reporting of adverse events as per standard trial protocols, under which VTE would be considered a serious adverse event. Many of the studies were undertaken to support drug safety and/or licensing applications, and thus had careful identification and evaluation of all suspected severe adverse events. The population incidence of VTE is 70-110 per 100,000 [27] per year, a rate comparable to that we observed.

Our results are clinically important. COX-2 inhibitors are still available in many jurisdictions thus knowledge of their association with VTE is important for those patients taking these medications. Our failure to identify an increased risk of VTE is biologically plausible as COX-2 is unlikely to be involved in the development of venous thrombi. Finally, our findings should allay concerns amongst patients who require COX-2 and who have an enhanced risk of DVT; for example, patients with prior deep vein thrombosis or known thrombophilia. Our findings suggest that their use of COX-2 inhibitors will not increase their risk of VTE.

In summary, our systematic review and meta-analysis failed to identify an increased risk of VTE in patients taking rofecoxib. Although we were unable to exclude a small increase in this risk the point estimate of the rates of thrombosis was less in patients receiving rofecoxib than placebo. Confirming our results would require large randomized controlled trials which are unlikely to be performed. As a result, our analysis provides the strongest available evidence confirming a lack of association between VTE and rofecoxib (and, by extension, other COX-2 specific NSAIDs).

DISCLOSURES:

JG: none
JSP: none
MAC has provided consultancy services on the topic of this paper

REFERENCES

1. Esmon, CT, Basic mechanisms and pathogenesis of venous thrombosis. *Blood Rev*. 2009; **23**(5): 225-9.
2. Kerr, D.J., Dunn, J.A., Langman, M.J., Smith J.L., Midgely, R.S.J, Stanley, A., Stokes, J.C., Julier, P., Iveson, C., Duvvuri, R., McConkey, C.C. Rofecoxib and cardiovascular adverse events in adjuvant treatment of colorectal cancer. *N Engl J Med*. 2007; **357**(4): 360-9.
3. Jüni P, Nartey L, Reichenbach, S, Sterchi, R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. *Lancet*. 2004; **364**(9450): 2021-9.
4. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. *JAMA*. 2001; **286**(8): 954-9.
5. Trelle S, Reichenbach S, Wandel S et al. Cardiovascular safety of non-steroidal anti-inflammatory drugs: network meta-analysis. *BMJ*. 2011; **342**:7086.
6. Bresalier, R.S., Sandler, R.S., Quan, H., Bolognese J.A, Oxenius, B., Horgan, K, Lines, C., Riddell, R., Morton, D. Lanas, A., Konstam, M.A., Baron, JA,. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. *N Engl J Med*. 2005; **352**(11):1092-102.
7. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA.Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. *Proc Natl Acad Sci. USA*. 1999; **96**(1): 272-7.
8. Grosser T, The pharmacology of selective inhibition of COX-2. *Thromb Haemost*. 2006; **96**(4):393-400.
9. Lopez JA, Chen J. Pathophysiology of venous thrombosis. *Thromb Res*. 2009; **123** Suppl 4: S30-4.
10. Mackman, N, Triggers, targets and treatments for thrombosis. *Nature*. 2008. **451**(7181): 914-8.
11. Karthikeyan G, Eikelboom JW, Turpie AG, Hirsh J. Does acetyl salicylic acid (ASA) have a role in the prevention of venous thromboembolism? *Br J Haematol*. 2009; **146**(2): 142-9.
12. Owens AP 3rd, Mackman N. Tissue factor and thrombosis: The clot starts here. *Thromb Haemost*. 2010; **104**(3): 432-9.
13. Davi G, Patrono C. Platelet activation and atherothrombosis. *N Engl J Med*. 2007; **357**(24):2482-94.
14. Capone ML, Tacconelli S, Sciulli MG, Patrignani P. Clinical pharmacology of selective COX-2 inhibitors. Int J Immunopathol Pharmacol. 2003 May-Aug;**16**(2 Suppl):49-58
15. Liberati A, Altman DG, Tetzlaff J, Mulrow C, Gøtzsche PC, Ioannidis JP, Clarke M, Devereaux PJ, Kleijnen J, Moher D. The PRISMA statement for reporting systematic reviews and meta-analyses of studies that evaluate health care interventions: explanation and elaboration. *J Clin Epidemiol*. 2000; **62**(10):e1-34
16. Collaboration, TC, Review Manager (RevMan). 2011, The Nordic Cochrane Centre: Copenhagen.
17. Van Adelsberg J, Gann P, Ko AT, Damber JE, Logothetis C, Marberger M, Schmitz-Drager, BJ, Tubaro A, Harms CJ, Roehrborn C. The VIOXX in Prostate Cancer Prevention study: cardiovascular events observed in the rofecoxib 25 mg and placebo treatment groups. *Curr Med Res Opin*. 2007; **23**(9):2063-70.

18. Higuchi T, Iwama T, Yoshinaga K, Toyooka M, Taketo MM, Sugihara, K. A randomized, double-blind, placebo-controlled trial of the effects of rofecoxib, a selective cyclooxygenase-2 inhibitor, on rectal polyps in familial adenomatous polyposis patients. *Clin Cancer Res.* 2003; **9**(13):4756-60.
19. Laine L, Maller ES, Yu C, Quan H, Simon T. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. Rofecoxib Osteoarthritis Endoscopy Study Group. *Gastroenterology.* 1999; **117**(4): 776-83.
20. Hawkey, C., Laine L., Simon, T., Beaulieu, A., Maldonado-Cocco J., Acevedo, E., Shahane, A., Quan, H., Bolognese J., Mortensen, E. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. The Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. *Arthritis Rheum.* 2000; **43**(2): 370-7.
21. Laine L, Maller ES, Yu C, Quan H, Simon T. Ulcer formation with low-dose enteric-coated aspirin and the effect of COX-2 selective inhibition: a double-blind trial. *Gastroenterology.* 2004;**127**(2): 395-402.
22. Truitt KE, Sperling RS, Ettinger WH Jr, Greenwald M, DeTora L, Zeng Q, Bolognese J, Ehrich E. A multicenter, randomized, controlled trial to evaluate the safety profile, tolerability, and efficacy of rofecoxib in advanced elderly patients with osteoarthritis. *Aging* (Milano). 2001; **13**(2):112-21. (Abstract)
23. Reicin AS, Shapiro D, Sperling RS, Barr E,Yu, Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). *Am J Cardiol.* 2002; **89**(2): 204-9.
24. Hawkey CJ, Laine L, Simon T, Quan H, Shingo S, Evans J. Incidence of gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of rofecoxib, naproxen, or placebo: a multicentre, randomised, double blind study. *Gut.* 2003; **52**(6): 820-6.
25. Aisen PS, Schafer KA, Grundman M, Pfeiffer E, Sano M, Davis KL, Farlow MR, Jin S, Thomas RG, Thal LJ. Effects of rofecoxib or naproxen vs placebo on Alzheimer disease progression: a randomized controlled trial. *JAMA.* 2003; **289**(21): 2819-26.
26. Reines SA, Block GA, Morris JC, Liu G, Nessly ML, Lines CR, Norman BA, Baranak CC. Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. *Neurology.* 2004; **62**(1): 66-71.
27. Thal LJ, Ferris SH, Kirby L, Block GA, Lines CR, Yuen E, Assaid C, Nessly ML, Norman BA, Baranak CC, Reines SA. A randomized, double-blind, study of rofecoxib in patients with mild cognitive impairment. *Neuropsychopharmacology.* 2005; **30**(6):1204-15.
28. Bogaty P, Brophy JM, Noel M, Boyer L, Simard S, Bertrand F, Dagenais GR. Impact of prolonged cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein: a randomized placebo-controlled study. *Circulation.* 2004; **110**(8): 934-9.
29. White R, The epidemiology of venous thromboembolism.*Circulation.* 2003; **107**(23 Suppl 1): I4-8.

FIGURE LEGEND

Figure 1: Pathways of COX-1 and COX-2 I inhibition

Tissue damage at the endothelial surface activates the COX-1 and COX-1 pathways. COX-2 propagates an inflammatory response. The production of prostacyclin via COX-2 inhibits platelet aggregation, smooth muscle proliferation and promotes vasodilation. Selective inhibition of the COX-2 is thought to shift the balance towards COX-1 mediated products including thromboxane, which produces platelet aggregation and vasoconstriction [1].

Figure 2: Search strategy
Figure 3: Results of the review

TABLE LEGEND

Table 1: Summary of study characteristics and evidence table

**Table 1: Summary of study characteristics and evidence table**

| Study | | Population | Rofecoxib dose | Follow up time | Person years rofecoxib arm (N) number subjects | Person years placebo arm (N) number subjects | VTE events in rofecoxib arm | VTE events in placebo arm | Methodologic quality criteria† |
|---|---|---|---|---|---|---|---|---|---|
| [2] | Kerr 2007 | Stage II to III colorectal cancer | 25mg | 33 months | 928 (N=1167) | 986 (N=1169) | 3 | 1 | 2/3 Insufficient documentation of attrition |
| [6] | Bresalier 2005 | Colorectal adenoma trial | 25mg | 24 and 25 months in rofecoxib and placebo arms | 3059 (N=1287) | 3327 (N=1299) | 2 | 6 | 2/3 Insufficient documentation of attrition |
| [17] | Van Adelsburg 2007 | Prostate cancer prevention trial | 25mg | 4.14 months | 1009 (N=2372) | 1014 (N=2369) | 2 | 2 | 2/3 Insufficient documentation of attrition |
| [18] | Higuchi 2003 | Familial adenomatous polyps | 25mg | 9 months | 7 (N=9) | 9 (N=12) | 0 | 0 | 3/3 |
| [19] | Laine 1999 and Hawkey 2000 (same study population) | Osteoarthristis. | 25mg 50mg | 12 weeks | 87 (N=379) | 44 (N=188) | 0 | 0 | 2/3 Insufficient documentation of blinding of investigators and adjudicators of outcome/adverse events |
| [20] | Laine 2004 | Osteoarthristis | 50mg +ASA | 12 weeks | 87 (N=377) | 93 (N=400) | 0 | 0 | 2/3 Insufficient documentation of blinding of investigators and adjudicators of outcome/adverse events |
| [21] | Truitt KE 2001 (abstract only) | Rheumatoid arthritis | 25mg | 12 weeks | 1223 (N=5301) | 1225 (N=5311) | 0 | 0 | 0/3 unknown |
| [22] | Reicin 2002 | Osteoarthritis | 12.5mg, 25mg | Median 3.5 months | 516 (N=2253) | 156 (N=711) | 1 | 0 | 3/3 |
| [23] | Geussens 2002 | Rheumatoid arthritis | 25mg 50mg | 12 weeks | 114 (N=592) | 79 (N=289) | 0 | 0 | 2/3 |
| [24] | Hawkey 2003 | Rheumatoid arthritis | 50 mg | 12 weeks | 48 (N=219) | 38 (N=221) | 0 | 0 | 2/3 Insufficient documentation of blinding of |

**Table 1: Summary of study characteristics and evidence table**

| | | | | | | | | | investigators and adjudicators of outcome/adverse events |
|---|---|---|---|---|---|---|---|---|---|
| [25] | Aisen 2003 | Alzheimer's Dementia | 25mg | 1 year | 106 (N=122) | 99 (N=111) | 0 | 0 | 3/3 |
| [26] | Reines 2004 * | Alzheimer's dementia | 25mg | 1 year | 289 (N=346) | 298 (N=346) | 4 thrombotic vascular events (venous vs arterial unknown) | 11 thrombotic vascular (venous vs arterial unknown) | 3/3 |
| [27] | Thal 2005 * | Alzheimer's dementia prevention | 25mg | 115 weeks (rofecoxib) 130 weeks (placebo) | 1736 (N=725) | 1707 (N=732) | 38 thrombotic vascular (6 ischemic stroke 1 hemorrhagic stroke 4 fatal MI 13 nonfatal MI‡) | 36 thrombotic vascular (13 ischemic stroke 2 hemorrhagic stroke 3 fatal MI 10 nonfatal MI‡) | 3/3 |
| [28] | Bogaty 2004 | Coronary Artery Disease and elevated CRP | 25mg | 6 months | 8 (N=18) | 7 (N=17 ) | 0 | 0 | 3/3 |
| **Total** | | | | | **9217 (N=15160)** | **9092 (N=13147)** | **8** | **9** | |
| **Incidence** | | | | | | | 86.7 per 100,000 Person years | 99.1 per 100,000 person years | |

*Study did not separate arterial thrombotic events from venous thrombotic events.
† Methologic criteria include: (1) randomization (2) blinding and (3) documentation of study attrition rates
‡ 14 thrombotic events in the rofecoxib group with unknown etiology; 8 thrombotic events in the placebo group with unknown etiology.