# EXHIBIT 2

| APPROVE | PROTOCOL 122 | Bresalier | 2005 |
| VICTOR | PROTOCOL 145 | Kerr | 2007 |
| VIP | PROTOCOL 201 | Van Adelsberg | 2007 |

Dropper

   rof         placo
    8           9
  ─────       ─────
   927         902   p.y

────────────────────────────────

Mark'of      2           4
 (FRO)     ─────       ─────
            3019        2801   p.y

Approve →    2           6
           ─────       ─────
            3059        3327   p.y.

Victor →     3           1
           ─────       ─────
            927         926   p.y.

VIP →        2           2
           ─────       ─────
            1099        1102   p.y

EXHIBIT 13