**EXHIBIT 3**

Crowther, Mark

| | |
|---|---|
| From: | Jennifer Kathleen Goy <jennifer.goy@medportal.ca> |
| Sent: | August-30-12 11:33 PM |
| To: | Crowther, Mark |
| Subject: | Re: Thrombosis and Haemostasis - TH-12-07-0505 |

Hi,
Too bad. Where do you want to submit next?
Jenny

On Thu, Aug 30, 2012 at 3:40 PM, <g.y.h.lip@bham.ac.uk> wrote:
Dear Dr. Goy,

Thank you for the submission of your manuscript, entitled "Rofecoxib Does Not Appear to Increase the Risk of Venous Thromboembolism" for consideration for publication in Thrombosis and Haemostasis. Your manuscript has now been peer-reviewed, and in light of the referees' and section editor's recommendations, we regret to tell you that your manuscript is not acceptable for publication and needs to be rejected. We realize that this decision is disappointing, but the comments from the section editor and the referees do not allow an alternative.

EDITORIAL COMMENTS:

Section Editor: Jilma, Bernd
Comments to the Author:
Dear Jennifer,

Apologies for the delay in processing your manuscript. Unfortunately, the reviewers had major concerns either regarding the methodology or the clinical impact of your manuscript. As a consequence of low scoring the decision to reject your paper has been made.

Some of the suggestions made, may be helpful for revision and further disposition of your manuscript. I sincerely hope that you are not discouraged, and wish you all the best for this manuscript in particular and your future career in general.

kr
Bernd

REFEREE COMMENTS:

Referee: 1
Comments to the Author
1. This is a well designed and nicely conducted study which adds to our understanding of effect of COX-2 on venous thrombotic events. Nonetheless, its impact on clinical practice may be minimal as the drug has already been withdrawn from the worldwide market for an entirely different reason.
2. Some of the post marketing surveillance data showed increased risk of DVT/PE based on temporal association of the event with rofecoxib use. However, the contributory role of other risk factors noted include obesity, history of DVT/PE, concurrent CHF or MI, and/or concomitant suspect medications labeled for thromboembolic events (including hormone replacement therapy (HRT) and oral contraceptives could have

1

potentially confounded these observation. Hence, it will be appropriate to mention a few lines on why some studies speculated increased DVT/PE with rofecoxib despite the lack of any pathophysiological link.
3. Also, there are some observational data where rofecoxib infact was found to decrease the risk of peripheral venous thrombosis. Although this is not the objective or question in point for this study, a note on this might further boost rofecoxib/venous thrombosis discussion.

Referee: 2
Comments to the Author
The manuscript deals with a clinically relevant question (are COX-2 inhibitors associated with an increased risk of venous thromboembolism?) and therefore publication of the results is in principle endorsed.

Main concern:
However, the main point of concern is the low number of events available for statistical analysis and the connected concern about an insufficient statistical power of the applied metaanalysis/risk for type II error (failure to reject a false null hypothesis).

To provide confirmation that the chosen approach is suitable to detect prothrombotic effects of the evaluated COX-2 inhibitor, rofecoxib, the following additional analysis is requested:
- As an internal control, the rate of arterial thrombosis for placebo and for rofecoxib-treated patients should be calculated for the selected studies (it is understood that the studies included in the metaanalysis did report arterial and venous thrombotic events in parallel, therefore, data for arterial thrombosis, including myocardial infarction and ischaemic stroke, should be available for analysis).
An increase in arterial thrombosis rate by COX-2 inhibitors has been well established in literature. If the requested additional analysis can confirm a significant increase in arterial thrombosis rate in association with rofecoxib use in the chosen study collective, this would provide reassurance that the chosen approach is suitable to detect also effects of rofecoxib on venous thrombosis rate. On the other hand, failure to confirm an increase in arterial thrombosis rate for rofecoxib-treated patients would clearly call into doubt the relevance of the results (absence of a significant rofecoxib effect) obtained for venous thrombosis (since the number of events is expected to be higher for arterial than for venous thromosis, it may be easier to establish a statistically significant increase for the arterial thrombotic events).

Since the time course for occurrence of arterial thrombotic events during COX-2 inhibitor therapy has not been definitely established and since for venous thrombotic events currently no such information is available at all, short-term studies (<12 weeks of duration) should not be excluded beforehand from the analysis. Instead, as a first step, an analysis including all studies irrespective of duration should be provided. In a second step, then a subgroup analysis of studies of duration >12 weeks can be performed.

Other comments:
In accordance with the PRISMA criteria checklist (Liberati A et al, The PRISMA statement for reporting systematic reviews ..., PLoS Med 6(7):e1000100, doi:10.1371/journal.pmed.1000100) more information about the chosen statistical approach should be provided (e.g. on applied statistical methods; study heterogeneity and potential bias; presentation and interpretation of the results of the metaanalysis).

It should be mentioned in the discussion that different rofecoxib doses had been used in the studies (effects on arterial thrombosis appear to be dose-dependent).

The use/non-use of acetylsalicylic acid in the studies included in the metaanalysis should be discussed (acetylsalicylic acid has been shown to have a major impact on the potential of COX-2 inhibitors to induce

2

arterial thrombosis).

A number of additional minor comments have been directly marked in the attached file.

Thank you again for submitting your manuscript for our consideration, and we regret that the outcome was not more favourable. Nevertheless, we look forward to working with you again in the future.

Yours sincerely,

Prof. Bernd Jilma, Section Editor
Prof. Gregory Lip, Editor-in-Chief [Clinical Studies]

Thrombosis and Haemostasis
http://mc.manuscriptcentral.com/th


--
Jennifer Goy, MD, MSc
PGY3 Internal Medicine
McMaster University
Hamilton ON

## Crowther, Mark

| | |
|---|---|
| From: | onbehalfof+g.y.h.lip+bham.ac.uk@manuscriptcentral.com on behalf of g.y.h.lip@bham.ac.uk |
| Sent: | August-30-12 3:41 PM |
| To: | Jennifer.goy@medportal.ca; paikinjs@mcmaster.ca; paikinjs@gmail.com; Crowther, Mark |
| Cc: | Bernd.Jilma@meduniwien.ac.at; thrombosis@med.uni-muenchen.de |
| Subject: | Thrombosis and Haemostasis - TH-12-07-0505 |

Dear Dr. Goy,

Thank you for the submission of your manuscript, entitled "Rofecoxib Does Not Appear to Increase the Risk of Venous Thromboembolism" for consideration for publication in Thrombosis and Haemostasis. Your manuscript has now been peer-reviewed, and in light of the referees' and section editor's recommendations, we regret to tell you that your manuscript is not acceptable for publication and needs to be rejected. We realize that this decision is disappointing, but the comments from the section editor and the referees do not allow an alternative.

EDITORIAL COMMENTS:

Section Editor: Jilma, Bernd
Comments to the Author:
Dear Jennifer,

Apologies for the delay in processing your manuscript. Unfortunately, the reviewers had major concerns either regarding the methodology or the clinical impact of your manuscript. As a consequence of low scoring the decision to reject your paper has been made.

Some of the suggestions made, may be helpful for revision and further disposition of your manuscript. I sincerely hope that you are not discouraged, and wish you all the best for this manuscript in particular and your future career in general.

kr
Bernd

REFEREE COMMENTS:

Referee: 1
Comments to the Author
1. This is a well designed and nicely conducted study which adds to our understanding of effect of COX-2 on venous thrombotic events. Nonetheless, its impact on clinical practice may be minimal as the drug has already been withdrawn from the worldwide market for an entirely different reason.
2. Some of the post marketing surveillance data showed increased risk of DVT/PE based on temporal association of the event with rofecoxib use. However, the contributory role of other risk factors noted include obesity, history of DVT/PE, concurrent CHF or MI, and/or concomitant suspect medications labeled for thromboembolic events (including hormone replacement therapy (HRT) and oral contraceptives could have potentially confounded these observation. Hence, it will be appropriate to mention a few lines on why some studies speculated increased DVT/PE with rofecoxib despite the lack of any pathophysiological link.

1

3. Also, there are some observational data where rofecoxib infact was found to decrease the risk of peripheral venous thrombosis. Although this is not the objective or question in point for this study, a note on this might further boost rofecoxib/venous thrombosis discussion.

o

Referee: 2
Comments to the Author
The manuscript deals with a clinically relevant question (are COX-2 inhibitors associated with an increased risk of venous thromboembolism?) and therefore publication of the results is in principle endorsed.

Main concern:
However, the main point of concern is the low number of events available for statistical analysis and the connected concern about an insufficient statistical power of the applied metaanalysis/risk for type II error (failure to reject a false null hypothesis).

To provide confirmation that the chosen approach is suitable to detect prothrombotic effects of the evaluated COX-2 inhibitor, rofecoxib, the following additional analysis is requested:
- As an internal control, the rate of arterial thrombosis for placebo and for rofecoxib-treated patients should be calculated for the selected studies (it is understood that the studies included in the metaanalysis did report arterial and venous thrombotic events in parallel, therefore, data for arterial thrombosis, including myocardial infarction and ischaemic stroke, should be available for analysis).
An increase in arterial thrombosis rate by COX-2 inhibitors has been well established in literature. If the requested additional analysis can confirm a significant increase in arterial thrombosis rate in association with rofecoxib use in the chosen study collective, this would provide reassurance that the chosen approach is suitable to detect also effects of rofecoxib on venous thrombosis rate. On the other hand, failure to confirm an increase in arterial thrombosis rate for rofecoxib-treated patients would clearly call into doubt the relevance of the results (absence of a significant rofecoxib effect) obtained for venous thrombosis (since the number of events is expected to be higher for arterial than for venous thromosis, it may be easier to establish a statistically significant increase for the arterial thrombotic events).

Since the time course for occurrence of arterial thrombotic events during COX-2 inhibitor therapy has not been definitely established and since for venous thrombotic events currently no such information is available at all, short-term studies (<12 weeks of duration) should not be excluded beforehand from the analysis. Instead, as a first step, an analysis including all studies irrespective of duration should be provided. In a second step, then a subgroup analysis of studies of duration >12 weeks can be performed.

Other comments:
In accordance with the PRISMA criteria checklist (Liberati A et al, The PRISMA statement for reporting systematic reviews ..., PLoS Med 6(7):e1000100, doi:10.1371/journal.pmed.1000100) more information about the chosen statistical approach should be provided (e.g. on applied statistical methods; study heterogeneity and potential bias; presentation and interpretation of the results of the metaanalysis).

It should be mentioned in the discussion that different rofecoxib doses had been used in the studies (effects on arterial thrombosis appear to be dose-dependent).

The use/non-use of acetylsalicylic acid in the studies included in the metanalysis should be discussed (acetylsalicylic acid has been shown to have a major impact on the potential of COX-2 inhibitors to induce arterial thrombosis).

A number of additional minor comments have been directly marked in the attached file.

2

Thank you again for submitting your manuscript for our consideration, and we regret that the outcome was not more favourable. Nevertheless, we look forward to working with you again in the future.

Yours sincerely,

Prof. Bernd Jilma, Section Editor
Prof. Gregory Lip, Editor-in-Chief [Clinical Studies]

Thrombosis and Haemostasis
http://mc.manuscriptcentral.com/th