# EXHIBIT 11

The NEW ENGLAND JOURNAL of MEDICINE

EDITORIAL



# Aspirin for Dual Prevention of Venous and Arterial Thrombosis

Theodore E. Warkentin, M.D.

Aspirin is conventionally regarded as an agent that prevents arterial thrombosis, an effect mediated through inhibition of platelet cyclooxygenase-1, resulting in decreased synthesis of thromboxane $A_2$ (platelet-activating eicosanoid). In high-risk patients, aspirin reduces by one quarter the frequency of arterial thrombosis.[1]

In 1977, aspirin (at a dose of 600 mg twice daily) was shown to reduce the risk of venous thrombosis when it was given to patients after they had undergone hip arthoplasty.[2] Thirty-five years later, guidelines include aspirin as one option for preventing venous thromboembolism after orthopedic surgery.[3] However, many experts regard aspirin as inferior therapy for this indication, preferring treatment with conventional anticoagulants (heparin, fondaparinux, or warfarin) or the new oral agents (dabigatran or rivaroxaban). In part, this approach reflects scientific considerations: anticoagulants are especially active in the low-flow, low-shear venous vasculature where fibrin-rich clots form — in contrast to the high-flow, high-shear arterial circulation where platelet adhesion and aggregation are more important. But it also reflects the superior efficacy — albeit shown through indirect comparisons — of anticoagulants over aspirin in postoperative patients.[3]

Is there a clinical setting in which a moderate venous thromboembolism–preventing activity of aspirin can be exploited? For patients who have had unprovoked venous thromboembolism, the risk of a recurrence of venous thromboembolism after initial "active treatment" with warfarin, dabigatran, or rivaroxaban for 3 to 12 months (or even longer) rises transiently to as high as 20 events per 100 patient-years (and even higher if the active treatment period is <3 months) before settling at a long-term rate of about 5 events per 100 patient-years (Fig. 1).[7] Could aspirin represent a reasonable intermediate option between the extremes of indefinite anticoagulation and no ongoing anticoagulation, particularly from the additional perspective of concomitant prevention of arterial thrombosis? Indeed, a dual benefit of aspirin in both arterial and venous circulations might be expected: atherosclerosis is a risk factor for unprovoked venous thromboembolism,[8] and patients with idiopathic venous thromboembolism are at increased risk for subsequent arterial cardiovascular events.[9]

Two recent clinical trials, the Warfarin and Aspirin (WARFASA) study[4] and the Aspirin to Prevent Recurrent Venous Thromboembolism (ASPIRE) study,[5] evaluated aspirin as compared with placebo in patients with unprovoked venous thromboembolism who had completed initial treatment with heparin followed by warfarin for a minimum of 6 weeks (most received therapy for at least 3 months). Both studies used identical low-dose aspirin regimens (100 mg per day) and had similar enrollment criteria and outcome measures, making them amenable to meta-analysis. Together, these two studies indicate that aspirin reduces by one third the rate of recurrence of venous thromboembolism as well as the rate of major vascular events, a composite outcome of venous thromboembolism, stroke, myocardial infarction, or cardiovascular death (Fig. 1). Moreover, these benefits were achieved with a low risk of bleeding.

The WARFASA study,[4] in which 402 patients were included in the analyses, showed a 42% reduction in the rate of recurrence of venous thromboembolism with aspirin as compared with placebo (rate of recurrence, 6.6% vs. 11.2%

The New England Journal of Medicine
Downloaded from nejm.org by UNSPECIFIED UNSPECIFIED on November 5, 2012. For personal use only. No other uses without permission.
Copyright © 2012 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE



**Figure 1. Effect of Aspirin on Risk of Recurrence of Venous Thromboembolism (VTE) and Major Vascular Events.**
The treatment of VTE comprises an initial "active treatment" phase of variable duration. After active treatment is stopped, the risk of a recurrence of VTE rises abruptly — especially if the initial treatment period was less than 3 months — and the long-term risk of recurrence is about 5% per patient-year. Aspirin reduces the risk of recurrence by about 32%, according to the meta-analysis of the Warfarin and Aspirin (WARFASA)[4] and the Aspirin to Prevent Recurrent Venous Thromboembolism (ASPIRE)[5] studies. Furthermore, if arterial thrombotic events are also included, the frequency of major vascular events (a composite of VTE, myocardial infarction, stroke, or cardiovascular death) is similarly reduced by approximately 34%. The estimates of the risk of recurrence of VTE among patients in whom anticoagulation is stopped (placebo group) are from Boutitie et al.[6]

per year; hazard ratio with aspirin, 0.58; 95% confidence interval [CI], 0.36 to 0.93; P=0.02); however, a few more patients in the aspirin group than in the placebo group had arterial events (8 patients vs. 5 patients), and the rate of the secondary end point of major vascular events (i.e., venous thromboembolism, myocardial infarction, stroke, or cardiovascular death) was nonsignificantly reduced with aspirin (hazard ratio, 0.67; 95% CI, 0.43 to 1.03; P=0.06).

In contrast, as now reported in the *Journal*,[5] the ASPIRE trial, which involved 822 patients, showed a nonsignificant decrease in the rate of recurrent venous thromboembolism with aspirin as compared with placebo (rate of recurrence, 4.8% vs. 6.5% per year; hazard ratio, 0.74; 95% CI, 0.52 to 1.05; P=0.09). However, since arterial thrombotic events occurred only about half as often in the aspirin-treated group as in the placebo group (10 events vs. 19 events), aspirin was associated with a significant reduction in the rate of major vascular events (hazard ratio, 0.66; 95% CI, 0.48 to 0.92; P=0.01). When data from these two trials were pooled, there was a 32% reduction in the rate of recurrence of venous thromboembolism (hazard ratio, 0.68; 95% CI, 0.51 to 0.90; P=0.007) and a 34% reduction in the rate of major vascular events (hazard ratio, 0.66; 95% CI, 0.51 to 0.86; P=0.002).

How should these studies influence practice? Before physicians consider prescribing aspirin for patients who have had acute unprovoked venous thromboembolism, it is important that they treat the patients with effective anticoagulation for at least 3 months, to avoid the high risk of early recurrence. For patients who then

The New England Journal of Medicine
Downloaded from nejm.org by UNSPECIFIED UNSPECIFIED on November 5, 2012. For personal use only. No other uses without permission.
Copyright © 2012 Massachusetts Medical Society. All rights reserved.

EDITORIAL

wish to stop anticoagulation, a switch to aspirin at a dose of 100 mg daily will reduce by one third the risk of recurrent venous thromboembolism, as well as of arterial cardiovascular events, and may also attenuate the early burst of thrombosis recurrence after cessation of oral anticoagulation. Aspirin is inexpensive, does not require monitoring (in contrast to warfarin), and does not accumulate in patients with renal insufficiency (in contrast to dabigatran and rivaroxaban); in addition, if major bleeding occurs or the patient requires urgent surgery, the antiplatelet effects of aspirin can be reversed with transfusion of platelets. Among patients with unprovoked venous thromboembolism who have completed initial anticoagulation, aspirin would seem to be a reasonable option for long-term dual prevention of recurrent venous thromboembolism and arterial cardiovascular events.

A current faculty member of McMaster University was a member of the steering committee of the ASPIRE study, but no patients from that institution participated in the study, and the author had no role in the design or conduct of the study or the analysis of the data.

Disclosure forms provided by the author are available with the full text of this article at NEJM.org.

From the Department of Pathology and Molecular Medicine, Michael G. DeGroote School of Medicine, McMaster University, Hamilton, ON, Canada.

This article was published on November 4, 2012, at NEJM.org.

1. Antithrombotic Trialists' Collaboration. Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ 2002;324:71-86. [Erratum, BMJ 2002;324:141.]
2. Harris WH, Salzman EW, Athanasoulis CA, Waltman AC, DeSanctis RW. Aspirin prophylaxis of venous thromboembolism after total hip replacement. N Engl J Med 1977;297:1246-9.
3. Falck-Ytter Y, Francis CW, Johanson NA, et al. Prevention of VTE in orthopedic surgery patients: Antithrombotic Therapy and Prevention of Thrombosis, 9th ed. American College of Chest Physicians evidence-based clinical practice guidelines. Chest 2012;141:Suppl:e278S-e325S.
4. Becattini C, Agnelli G, Schenone A, et al. Aspirin for preventing the recurrence of venous thromboembolism. N Engl J Med 2012;366:1959-67.
5. Brighton TA, Eikelboom JW, Mann K, et al. Low-dose aspirin for preventing recurrent venous thromboembolism. N Engl J Med 2012. DOI: 10.1056/NEJMoa1210384.
6. Boutitie F, Pinede L, Schulman S, et al. Influence of preceding length of anticoagulant treatment and initial presentation of venous thromboembolism on risk of recurrence after stopping treatment: analysis of individual participants' data from seven trials. BMJ 2011;342:d3036.
7. Kearon C. A conceptual framework for two phases of anticoagulant treatment of venous thromboembolism. J Thromb Haemost 2012;10:507-11.
8. Prandoni P, Bilora F, Marchiori A, et al. An association between atherosclerosis and venous thrombosis. N Engl J Med 2003;348:1435-41.
9. Green D. Risk of future arterial cardiovascular events in patients with idiopathic venous thromboembolism. Hematology Am Soc Hematol Educ Program 2009;1:259-66.

DOI: 10.1056/NEJMe1211480
Copyright © 2012 Massachusetts Medical Society.

The New England Journal of Medicine
Downloaded from nejm.org by UNSPECIFIED UNSPECIFIED on November 5, 2012. For personal use only. No other uses without permission.
Copyright © 2012 Massachusetts Medical Society. All rights reserved.