# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re:  VIOXX Products Liability Litigation | * | MDL No. 1657 |
|  | * |  |
| This Document Relates to: | * | SECTION L |
|  | * |  |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
|  | * |  |
|  | * | MAGISTRATE JUDGE |
|  | * | KNOWLES |
|  | * |  |
|  | * |  |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS THE SIXTH CAUSE OF ACTION
## OF THE AMENDED COMPLAINT

Comes now, Plaintiff State of Utah, and moves the court for an order pursuant to FRCP

41(a)(2) to dismiss the Sixth Cause of Action of its Amended Complaint.  This count relates to

the alleged negligence of Defendant Merck.  This motion is for dismissal with prejudice.  The

State further stipulates that it will not bring a negligence allegation against this defendant on the

facts pled in the amended complaint at any time or in any jurisdiction.

In the alternative, the State moves the Court for an order pursuant to FRCP 15(a)

allowing the further amendment of its complaint to delete the Sixth Cause of Action

(Negligence).

DATED this _15th_ day of _February_____, 2013.


_____/S/_____
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123


_____/S/_____
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ  08901


_____/S/_____
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500

**_Attorneys for Plaintiff_**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this _15th_ day of _February_, 2013.

_/S/_____
Joseph W. Steele