# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

## NOTICE OF SUBMISSION

TO:    Merck & Co., Inc.

**PLEASE TAKE NOTICE** that Plaintiff State of Utah, will submit a Motion to Dismiss the Sixth Cause of Action of the Amended Complaint to the Honorable Eldon E. Fallon at 9:00 a.m. on Wednesday, April 3, 2013 at U.S. District Court, Eastern District of Louisiana, 500 Poydras Street, Room C456, New Orleans, LA  70130.

DATED this 15th day of February, 2013.

_____/S/_____
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street

1

Salt Lake City, UT 84123

/S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ 08901

/S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 15th day of February, 2013.

/S/
Joseph W. Steele

2