

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| *State of Mississippi* | * | JUDGE ELDON E. FALLON |
| v. | * | MAGISTRATE JUDGE KNOWLES |
| *Merck, et al.* | * | |
| Case No. 05-6755 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF INTENTION TO TAKE VIDEOTAPED DEPOSITION OF RICHARD SELF WITH SUBPOENA DUCES TECUM

COMES NOW, MERCK SHARP & DOHME CORP. and files this Notice of Intention to Take the Videotaped Deposition of Richard Self with Subpoena *Duces Tecum*.

The deposition of Richard Self will be taken on February 22, 2013, beginning at 10:00 a.m., and will continue until completion. The deposition will be taken before a certified court reporter and will be videotaped. The deposition will take place at the offices of Bossier & Associates, PLLC, 1520 N. State Street, Jackson, Mississippi 39202.

Deponent is hereby requested to bring the documents identified in Exhibit "A" to his deposition as noticed herein.

1116915v1

Exhibit "1"

Respectfully submitted,

BAKER BOTTS L.L.P.

By: /s/Richard L. Josephson

Richard L. Josephson
State Bar No. 11031500
Federal Bar No. 04614
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

DEFENDANTS' LIAISON COUNSEL

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel, Russ Herman, and upon Ann Oldfather by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C on this 4th day of February, 2013.

/s/ Dorothy H. Wimberly

## EXHIBIT "A"

## SUBPOENA DUCES TECUM

**Definitions:**  "Documents" means any and all papers, books, accounts, drawings, graphs, correspondence, memorandums, notes, charts, photographs, electronic or videotaped recordings, data, and data compilations, as defined in the Federal Rules of Civil Procedure.

"Caremark" means CVS Caremark Corporation, including in its role as successor in interest to AdvancePCS Inc., and including as successor in interest to PCS Health Inc.

"Communications" means any and all written correspondence, contact, expression of words, thoughts, and/or ideas, or transmission or exchange of data or other information to another person, whether orally, person-to-person, in a group, by telephone, letter, personal delivery, telex, facsimile, and/or any other process, electronic or otherwise.

"Relevant Drugs" means any and all branded and generic NSAIDs (including Cox-2 selective inhibitors).

"State Health Plan" means the Mississippi State and Public School Employees Health Insurance Plan.

"Vioxx" means the drug rofecoxib sold by Merck under the registered trademark VIOXX®.

**Confidentiality:**  A confidentiality order has been entered in this case by the Honorable Eldon Fallon, Judge of the United States District Court of the Eastern District of Louisiana in the matter of *In re Vioxx Product Liability Litigation*, MDL 1957 (E.D. La.), and can be obtained from the Court's website at www.laed.uscourts.gov

Please bring the following items with you to the deposition:

1. Any current resumes, curriculum vitae, or other documents describing your credentials, experience, and education you possess.

2. Any and all documents in your possession, custody, or control regarding Vioxx or other Relevant Drugs from 1998 to the present, including but not limited to documents regarding the cost, safety, or efficacy of Vioxx or other Cox-2 inhibitors.

3. All communications between you and any employee, agent, or contractor of the State of Mississippi regarding Vioxx or other Relevant Drugs, or that concern

1116915v1

actual or potential risks or benefits of Vioxx or other Relevant Drugs from 1998 to 2006.

4. All communications between you and Caremark concerning Vioxx or the Relevant Drugs from 1998 to 2006.

5. All documents received from Caremark concerning Vioxx or the Relevant Drugs from 1998 to 2006.

6. All communications between you and the supplier or manufacturer of Vioxx or other Relevant Drugs regarding Vioxx or Relevant Drugs from 1998 to 2006.

7. All documents reflecting or relating to your recommendations to the State Health Plan or any subdivision thereof regarding Vioxx or other Relevant Drugs from 1998 to 2006.

8. All documents reflecting or relating to the status of Vioxx or other Relevant Drugs on any formulary or Preferred Drug List maintained by the State Health Plan or any subdivision thereof from 1998 to 2006.

9. All minutes, transcripts, agendas, notes, videos, recordings, correspondence, communications, or other documents reflecting or referring to meetings of the State Health Plan Board, or other State Health Plan-sponsored or required committee or meeting, wherein there was discussion or communication relating to the status of Vioxx or other Relevant Drugs, restrictions on the purchase or prescription of Vioxx or other Relevant Drugs, the safety or effectiveness of Vioxx or other Relevant Drugs, the terms and conditions under which the State Health Plan provided coverage for Vioxx or other Relevant Drugs, including but not limited to formulary status, prior authorization requirements, clinical edits, or other restrictions on or prerequisites to the purchase or prescription of Vioxx or other Relevant Drugs, or manufacturer-sponsored rebates for Vioxx or Relevant Drugs.

10. All studies, reports, analyses, abstracts, correspondence, communications or other documents related to the terms and conditions under which the State Health Plan provided coverage for Vioxx or other Relevant Drugs, including but not limited to formulary status, prior authorization requirements, clinical edits, or other restrictions on or prerequisites to the purchase or prescription of Vioxx or other Relevant Drugs, and terms and conditions of manufacturer-provided rebates.

11. All document retention policies of the State Health Plan.

12. All communications you have had concerning any litigation relating to Vioxx.

1116915v1