## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| **This document relates to:** | * | HONORABLE  JUDGE  FALLON |
| | * | |
| *Dennis R. Harrison v. Merck & Co., Inc.,* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| **Pro Se 2:07-cv-00905-EEF-DEK** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER TO SHOW CAUSE WHY COURT SHOULD NOT:

**1:  COMPEL MERCK TO PROVIDE INITIAL DISCLOSURE THAT IS RELEVANT TO PLAINTIFF'S CASE AND COMPLY WITH  Fed. R. Civ. P. 26(a).**

**2:  DECLARE PTO 18C (19) MOOT AND NOT APPLICABLE FOR  PLAINTIFF'S CASE.**

**3:  DECLARE PTO 17(II)(A) MOOT AND NOT APPLICABLE FOR PLAINTIFF'S  CASE**

     **IT IS ORDERED** that Defendant, Merck & Co., Inc in the above-numbered case show cause on

the 26th day of February, 2013, at  two (2) o'clock, at the United States District Court, Eastern District

of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not  be granted and

Defendant ordered to provide plaintiff with Initial Disclosure **Fed. R. Civ. P. 26(a),** PTO 18C(19)

declared moot and not applicable for Plaintiff's case, and PTO 17(II)(A) declared moot and not

applicable for Plaintiff's case.

     **IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve any reply to

the opposition on or before the 20th day of February, 2013.

     **IT IS FURTHER ORDERED** plaintiff in the above-numbered case file and serve any

opposition to the Rule on or before the 22nd day of February, 2013.

     **NEW ORLEANS, LOUISIANA,** this _____day of February, 2013.


                  ELDON E. FALLON
                  UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCT LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | |
| **This Document relates to:** | * | **HONORABLE JUDGE  FALLON** |
| | * | |
| **Dennis Harrison** | * | **MAGISTRATE JUDGE KNOWLES** |
| **Pro Se 2:07-cv-00905-EEF-DEK** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

Please take notice that Plaintiff's motion, **PLAINTIFF DENNIS R. Harrison's MOTION TO COMPEL DEFENDANT MERCK TO PROVIDE INITIAL DISCLOSURE TO PLAINTIFF,** will be heard on February 26, 2013 at  2:00  CST,  before the Honorable Eldon E. Fallen, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

*/s/Dennis R. Harrison* _____
Dennis R. Harrison

Dennis R. Harrison
Plaintiff
601 W. Brown Street
Iron Mountain, MI 49801
Phone: Cell  906-221-5906
Phone: Home/Office  914-500-6874
badbonehealing@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing:

**PLAINTIFF DENNIS R. Harrison's MOTION TO COMPEL DEFENDANT MERCK TO PROVIDE INITIAL DISCLOSURE TO PLAINTIFF** *(Dennis Harrison 2:07-cv-00905-EEF-DEK)*

has been served on Defense Laison Counsel (DLC) Dorothy H. Wimberly and Emily Pistilli of Merck by electronic email as PDF attachment on this 14th day of February, 2013.

Further I hereby note utilizing the same electronic PDF method to Plaintiff Steering Committee PSC-I Russ Herman and Leonard Davis, and Plaintiff Steering Committee PSC-II Ann B. Oldfather and Megan Hastings.

I have also sent the above and the foregoing to the Clerk of Court of the United States District Court for the Eastern District of Louisiana via the same electronic email/PDF method AND hard copy, on this 14th day of February, 2013.

_/s/Dennis R. Harrison_
Dennis R. Harrison

Dennis R. Harrison
Plaintiff
601 W. Brown Street
Iron Mountain, MI 49801
Phone: Cell  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
Phone: Home/Office  914-500-6874
badbonehealing@gmail.com

Dennis R. Harrison
601 W. Brown Street
Iron Mountain, MI    49801
906-221-5906

February 14, 2013

**Via Electronic mail/PDF**

STONE PIGMAN WALTHER WITTMANN L.L.C.
**COUNSELLORS AT LAW**
546 CARONDELET STREET NEW ORLEANS, LOUISIANA   70130-358S
**(504)  581-3200**
**FAX   (504) 581-3361**
www.stonepigman.com

DOROTHY H. WIMBERLY
A PROFESSIONAL CORPORATION
DIRECT DIAL: **(50-4) 593-O849**
DIRECT FAX:   **(504) 596-O849**
E-Mail: dwimberly@stonepigman.com

Re:  In Re Vioxx Products Liability Litigation, MDL No. 1657
*__Harrison, Dennis R. v. Merck & Co., Inc., 2:07-cv-00905-EEF-DEK__*

Re:     *In re: Vioxx Products Liability Litigation*

Dear Dorothy:

I enclose a copy of the:   **ORDER TO SHOW CAUSE WHY COURT SHOULD NOT:**

**1: COMPEL MERCK TO PROVIDE INITIAL DISCLOSURE THAT IS RELEVANT TO PLAINTIFF'S CASE AND COMPLY WITH  Fed. R. Civ. P. 26(a).**

**2: DECLARE PTO 18C (19) MOOT AND NOT APPLICABLE FOR  PLAINTIFF'S CASE.**

**3: DECLARE PTO 17(II)(A) MOOT AND NOT APPLICABLE FOR PLAINTIFF'S  CASE**

The motion is noticed for hearing on February 26, 2013 at 2:00 p.m. Please note the other deadlines and obligations set forth in the accompanying Order.

Sincerely,

*Dennis R Harrison*

Dennis Richard Harrison
MBA/BGS

DHW/cr Enclosures

cc:     all via email/PDF
        E. Pistilli, A. Oldfather, M. Hastings, R. Herman, L. Davis

        via email/PDF and hard copy
        Clerk of Court of the United States District Court for the Eastern District of Louisiana