UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : MDL NO. 1657<br>:<br>: SECTION: L<br>:<br>: JUDGE FALLON<br>: MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Dennis Richard Harrison v. Merck & Co, Inc.*,
Case No. 07-905

### ORDER

The Court is in receipt of the attached motion from Vioxx claimant Dennis Harrison. The motion is noticed for submission to the Court on February 20, 2013. However, the Court received the motion on February 19, 2013, only one day before the proposed submission date. At the consent of the Defendant, IT IS ORDERED that Mr. Harrison's motion will be submitted to the Court on February 26, 2013 at 2:00 p.m., with Defendant's opposition due to the Court on February 22, 2013.

New Orleans, Louisiana, this 19th day of February, 2013.

                                                              UNITED STATES DISTRICT JUDGE

Clerk to serve:

Dennis R. Harrison
601 W. Brown Street
Iron Mountain, MI 49801

1