**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 19, 2013**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

In Re:  VIOXX                                     :
                                                  :        MDL Docket No. 1657
PRODUCTS LIABILITY LITIGATION                     :
                                                  :        SECTION L
**THIS DOCUMENT RELATES TO:**                     :
***Jim Hood, ex rel. State of Mississippi,***     :        JUDGE FALLON
***v. Merck & Co, Inc.*, No. 05-6755**            :        MAG. JUDGE KNOWLES


On this date, a second telephone hearing on Merck's motion to compel (Rec. Doc. 64181) was held in the Chambers of Judge Eldon E. Fallon. Sheila Bossier and Shane Langston participated on behalf of the Plaintiff. John Beisner and Richard Josephson participated on behalf of the Defendant.

At the hearing, the parties discussed Merck's motion. The Court will issue a separate order ruling on the motion. The parties may contact Court Reporter Jodi Simcox at (504) 589-7780 for a copy of the transcript.


JS10(00:02)