**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 20, 2013**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_____

In Re:  VIOXX                                       :
                                                    :          MDL Docket No. 1657
PRODUCTS LIABILITY LITIGATION                       :
                                                    :          SECTION L
**THIS DOCUMENT RELATES TO:**                       :
REMAINING GOVERNMENT ACTION                         :          JUDGE FALLON
CASES                                               :          MAG. JUDGE KNOWLES
                                                    :

On this date, a hearing was held with Judge Eldon E. Fallon. Lenny Davis, Dawn Barrios, Scott Powell, Brian Vines, Matt Minner, and Don McKenna participated in person on behalf of the Plaintiffs. Bill Rossbach, Kelly Hubbard, and Sheila Bossier participated by telephone on behalf of the Plaintiffs. Ben Barnett participated on behalf of the Defendant. At the hearing, the parties discussed a discovery dispute and their corresponding letter briefs.

For the reasons discussed at the hearing, IT IS ORDERED that Plaintiffs' discovery requests are acceptable as written, but that some cost-shifting is appropriate in this case. Specifically, IT IS FURTHER ORDERED that each of the five parties involved here (the four remaining states and Merck) will be responsible for one-fifth of the associated costs.

Parties may request a copy of the transcript of the hearing by contacting Court Reporter Cathy Pepper at (504) 589-7779.

JS10(00:37)