**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 20, 2013**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| PENDING VTE CASES : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon. Ann Oldfather, Megan Hastings, and Lenny Davis participated on behalf of the Plaintiffs. Doug Marvin participated on behalf of Merck. At the conference, the parties discussed the status of the case.

IT IS ORDERED that oral argument will be held on Plaintiffs' and Merck's *Daubert* motions (Rec. Docs. 64210, 64211) on Wednesday, March 6, 2013 at 2:30 p.m.

JS10(00:05)