UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MONTHLY STATUS CONFERENCE
FEBRUARY 26, 2013
<u>SUGGESTED AGENDA</u>**

I.     Class Actions

II.    Government Actions

III.   Third Party Payor

IV.   Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

V.    Other Pending Motions/Matters

VI.   Appeals

VII.  Next Status Conference

1