UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Commonwealth of Pennsylvania by Thomas W. Corbett Jr., Attorney General vs. Merck & Co., Inc.*; Case No. 09-2861 | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**PLAINTIFFS' STEERING COMMITTEE AND GOVERNMENT ACTION LIAISON COUNSEL'S MOTION FOR LEAVE OF COURT TO FILE REPLY IN SUPPORT OF ITS MOTION FOR AN ORDER IMPOSING A COMMON BENEFIT OBLIGATION UPON THE RECOVERY OF THE COMMONWEALTH OF PENNSYLVANIA ATTORNEY GENERAL'S CLAIMS ASSERTED AGAINST MERCK, SHARP & DOHME CORP. PENDING IN THIS MDL AND FOR LEAVE TO EXCEED PAGE LIMIT**

The Plaintiffs' Steering Committee and Government Action Liaison Counsel (collectively "PSC") respectfully request leave of court to file their attached Reply in Support of its Motion for an Order Imposing a Common Benefit Obligation Upon the Recovery of the Commonwealth of Pennsylvania Attorney General's Claims Asserted Against Merck, Sharp & Dohme Corp. Pending in this MDL, and further requests leave of court to exceed the page limitation imposed on this brief.

Dated:  February 22, 2013

Respectfully submitted,

By: */s/ Russ M. Herman*

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY  10004
(212) 584-0700 (telephone)
(212) 584-0799 (fax)
**Co-Lead Counsel**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.
234 Commerce Street
Montgomery, AL  36103 4160
(800) 898-2034 (telephone)
(334) 954-7555 (fax)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA  71301
(318) 487-9874 (telephone)
(318) 561-2591 (fax)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
(215) 772-1000 (telephone)
(215) 772-1371 (fax)

Elizabeth J. Cabraser, Esquire
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111
(415) 956-1000 (telephone)
(415) 956-1008  (fax)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC  20036-4914
(202) 783-6400 (telephone)
(307) 733-0028  (fax)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
  MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA  70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Arnold Levin, Esquire
Fred S. Longer, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500 (telephone)
(215) 592-4663  (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS,
  MITCHELL, ECHSNER &
  PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL  32502
(850) 435-7000 (telephone)
(850) 497-7059 (fax)

Shelly A. Sanford, Esquire
SANFORD PINEDO LLP
2016 Bissonnet Street
Houston, TX  77005
(713) 524-6677 (telephone)
(713) 524-6611 (fax)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
(337)494-7171 (telephone)
(337) 494-7218 (fax)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE
  & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA  92660
(949) 720-1288 (telephone)
(949) 720-1292 (fax)

Dawn M. Barrios, Esq. (Bar No. 2821)
BARRIOS, KINGSDORF
  & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA  70139
(504) 524-3300 (telephone)
(504) 524-3313 (fax)
**Government Action Liaison Counsel**
**On the Brief**

James R. Dugan, II
THE DUGAN LAW FIRM
One Canal Place
365 Canal St., Suite 1000
New Orleans, LA  70130
**Government Action Co-Chair**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather and Philip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of February, 2013.

                                               /s/ Leonard A. Davis
                                               Leonard A. Davis