# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Actions | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

STATE OF LOUISIANA

PARISH OF ORLEANS

## DECLARATION OF JAMES R. DUGAN, II

I, James R. Dugan, declare as follows:

1.     I am an attorney and member in the Dugan Law Firm (DLF).  I have personal knowledge of the matters set forth herein and could testify competently thereto.

2.     DLF and other PSC firms have devoted significant unreimbursed resources to the common benefit of Government Entity plaintiffs in the Vioxx Litigation. DLF alone has contributed unreimbursed common benefit time of approximately 3000 hours, as well as unreimbursed common benefit costs of  approximately $350,000.00, that were specifically dedicated to the prosecution of the AG cases. DLF's time and expenses for the Government Entity (GE) cases were not considered and were not reimbursed in previous fee allocations or cost distributions.

3.     On August 5, 2005 I filed the first governmental action case in the Civil District court for the Parish of Orleans; *State of Louisiana, ex re. James D. Caldwell,*

*Attorney General v. Merck & Co., Inc., Civil Action,* 2:05-cv-03700. The case was removed to the EDLA and the Vioxx MDL.

4.      From its inception into the MDL, I pushed the LA - AG case towards trial by filing a Motion to Consolidate the LA- AG and the Louisiana Blue Cross cases for trial, serving and answering discovery, arguing the motion to consolidate, securing experts and working with the PSC on common discovery.

5.      On July 9, 2009, the court entered PTO 44 appointing the Governmental Action committee to coordinate and prosecute the cases. I was appointed as co-chair of the committee.

6.      On July 10, 2009, the GA committee had a conference call where the various attorneys voiced their requests to be part of the internal working committee. I organized and assigned the various requests.

7.      Mr. Weinberg and Mr. Schutz are counsel for the PA AG.

8.      Mr. Weinberg was appointed to the MDL GA expert committee as a co chair with myself and Mr. Schultz co-chaired the damages committee.

9.   The GA committee agreed that we would set up a MDL common benefit expenses fund and that the attorneys would pay in assessments for payment of the common benefit expenses. Common benefit assessments were collected in the amount of $679,916.01. (Ex. A)

10.      Mr. Weinberg and Mr. Shultz participated in various MDL GA meetings and conference calls. (Ex. B)

11.      Following the selection of the State of Louisiana case as a bellwether for trial, a series of discussions took place between counsel for the various public entities to coordinate the AG plaintiff's efforts.

12.      Shortly after the agreement to implement the committee structure Mr. Arbitblit prepared and circulated to the committee a memo identifying the experts that

2

had been retained and/or prepared reports for the PSC as of that time. These included several generic experts form the MDL trial package, which were equally relevant to the AG cases on the issues of failure to warn and cardio vascular risk. In addition, the memorandum described several additional expert reports that had already been complete specifically for the AG cases, at substantial expense of time and expert witness fees. Hundreds of unreimbursed hours, and hundreds of thousands in unreimbursed costs were spent by Mr. Arbitblit and other MDL attorneys in the development of these reports. Additional reports of Jerry Avorn, M.D. and Connie Pechmann were obtained from the MDL trial package developed by the previous work of PSC counsel, and those were submitted on behalf of the State of Louisiana at the same time.

13.    I hired Dr. David Kessler as the FDA expert, Dr. John Abramson as the marketing expert and Terry Leach as the P&T committee expert. Each submitted reports in the LA AG case.

14.    The Court ultimately set the State of Louisiana v. Merck expert report deadline for November 6, 2009 and extensive reports were submitted at that time. These included reports developed in the MDL specifically for the AG cases including those of Davis Kessler, M,D., former Director of the US Food and Drug Administration; John McGregor, M.D., a Professor of Cardiology at the University of California, San Francisco.

15.    On November 9, 2009, PSC/MDL counsel met with attorneys for the various government entities at the office of PSC/MDL counsel Shelley Sanford, in Houston, Texas. At that time, PSC/MDL counsel described in some detail the expert reports that had been served on behalf of the State of Louisiana three days earlier. Pennsylvania's counsel, Mr. Weinberg and Mr. Schultz, both asked to receive these expert reports that had been prepared and funded by the MDL/PSC. In order to protect the PSC's work product from unauthorized use, government entity counsel were asked

to sign a letter agreement not to use "the common benefit expert reports" in the litigation "until and unless an agreement is reached and/or court order is entered regarding the payment of assessments to contribute to the expense of preparing such reports." During the communications regarding cooperative prosecution of the AG cases, Mr. Weinberg had specifically asked whether he would have access to Dr. Kessler, an important witness who had not been identified in the prior phase of the Vioxx litigation. Counsel for the Commonwealth of Pennsylvania signed the agreement not to use the reports without compensating the PSC on December 9, 2009 *(Id)*. I handled the exchange of these reports and Mr. Weinberg's signed agreement: (Ex. C)

> From: James Dugan [mailto:jdugan@dugan-lawfirm.com] Sent: Friday, December 11, 2009 11:20 AM
> To: Mark Schultz; Trudy Bryant
> Cc: Douglas Plymale; Shelly Sanford; Don Arbitblit
> Subject: Re: Vioxx agreement not to use the common benefit expert reports
>
> Trudy, please handle this
>
> Sent from my iPhone
> On Dec 11, 2009, at 10:14 AM, "Mark Schultz" <mark@mschultzlaw.com> wrote:
> > Here is my signed agreement regarding the LA experts.   The original
> >has been sent to James Dugan's office.  Please forward the expert
> > reports to my new address.  Thanks
> >
> >
> > Mark C. Schultz
> > Schultz Law LLC
> > 8 Tower Bridge
> > 161 Washington St.
> >Suite 400
> > Conshohocken, PA. 19428

16.     Pennsylvania eventually settled its claims against Merck without trial, and its need to use the PSC-funded expert reports in the litigation was thereby obviated. Nevertheless, Pennsylvania asked to receive those reports, learned their content, and had the opportunity to incorporate those experts' opinions into their own assessment of the cases and any reports that their own experts prepared. Furthermore, Merck obviously knew that the PSC-funded experts could be available for subsequent trials on behalf of Pennsylvania or other AG plaintiffs. Therefore, Pennsylvania voluntarily sought and received a benefit from the PSC expert reports and the availability of these experts, and its claims were settled in the context of these prior developments.

17.     The State of Louisiana v. Merck case was tried in April 2010. That case resulted in the Court's  Conclusion of Law that "Plaintiff failed to satisfy its burden of proving causation because it did not establish at trial that: had it known different facts about Vioxx (a) the State could have established an exclusive formulary; (b) and the State would have established such a formulary and excluded Vioxx from it." (Findings of Fact and Conclusions of Law, Document 45739, Filed 06/29/10, at 38). Despite this Conclusion adverse to the State, the Court's  Findings of Fact validated the opinions of the Plaintiff's experts on certain key issues, including the finding that the weight of the evidence supported the conclusion that Vioxx increased cardiovascular risk, rather than the alternative theory espoused by Merck (Id, at 14-18); and that, as Dr. Kessler had testified, "Merck attempted to neutralize concerns that Vioxx was cardiotoxic." (Id, at 36.) These findings, achieved at the expense of substantial investments of unreimbursed time and cost, inherently and inevitably inured to the benefit of all government entities, including the Commonwealth of Pennsylvania, in the subsequent prosecution and/or settlement of their claims against Merck.  Following trial, the expert reports of Plaintiffs

witnesses were added to the MDL trial package made available to governmental litigants.

18.     On June 10, 2010, after the State of Louisiana v. Merck trial had concluded, Pennsylvania counsel sought information about the expert evidence submitted in that case. Pennsylvania counsel Mark Schultz set a conference call of the cooperative expert committee for the following day, and Mr. Weinberg sent an email stating, " It would be helpful if possible to get a quick briefing for a couple of minutes on the Louisiana trial expert evidence to start the call tomorrow.

> "For example:
> 1.    The evidence presented on risks/benefits of Vioxx - what was known or knowable, what was not disclosed.
>
> 2.    Evidence related to comparator therapy, as alternatives to Vioxx.
>
> 3.    The damages evidence
>
> 4.    What experts testified about what issues
>
> 5.    Merck's defenses.
>
> "Thanks."

Thus the attorneys for Pennsylvania continued to use the information developed and paid for by MDL/PSC counsel to inform their opinions and assessments of their own case.

19.     The Brief of the Commonwealth of Pennsylvania in this matter asserts that it neither wanted nor benefitted from the MDL trial package. However, as described above, counsel for the Commonwealth voluntarily sought and received a significant portion of the MDL trial package, in the form of the expert reports that it requested from PSC counsel in 2009. Those reports did not merely set forth the experts' opinions, but also identified dozens of key documents and scientific articles

that the experts relied upon, and the particular portions of the documents that were relevant to the issues in the case, based upon the collective expenditure of unreimbursed time by MDL/PSC counsel and the experts themselves, as well as the unreimbursed costs referenced above.

20.     DLF took the lead on creating MDL-GA trial package (Ex. D)

21.     All GA plaintiffs, including PA had access to the trial package which was located in the MDL depository at Herman Herman and Katz.

22.     Having requested and obtained the MDL/PSC expert reports, and having sought and agreed to a cooperative committee structure to develop evidence for all the government litigants, it is reasonable to conclude that counsel for the Commonwealth expected to benefit and actually did benefit from the substantial expenditure of time and money that the MDL/PSC incurred to develop them.

I declare under penalty of perjury that the foregoing is true and correct.

James R. Dugan, II

SWORN AND SUBSCRIBED

BEFORE ME, THIS 24th DAY OF JANUARY, 2013.

NOTARY PUBLIC

Chad J. Primeaux
LA Bar # 30024
my commission expires with life

7

## VIOXX MDL GOVERNMENTAL ACTION LITIGATION FUND CHECKS

### Export

| Name | Amount | Check# | Payment Date | Notes | OUTSTANDING |
|---|---|---|---|---|---|
| Neil Julie | $42,600.00 | 1153 | 9/2/2009 | Typing | |
| | $35,860.00 | 1165 | 12/1/2009 | Inv 2/8/10 | |
| | $99,000.00 | 1155 | 9/24/2009 | | |
| | $38,910.00 | 1168 | 4/8/2010 | | |
| | $16,222.50 | 1169 | 4/25/2010 | | |
| | $16,222.50 | 1176 | 6/17/2010 | 1/2 of inv dated 12 21 09 | |
| Douglas Zipes | $46,920.00 | 1151 | 9/2/2009 | | |
| John Abramson | $92,125.00 | 1162 | 12/1/2009 | | $96,994.61 |
| David Graham | $27,000.00 | 1163 | 12/1/2009 | | |
| David Graham | $25,000.00 | 1159 | 11/5/2009 | | |
| David Kessler | $4,000.00 | 1164 | 12/1/2009 | Inv NJ103 and NJ110 | |
| Nicolas P. Jewell | $4,200.00 | 1171 | 4/23/2010 | | |
| Nicolas P. Jewell | $16,000.00 | 1167 | 2/1/2010 | | |
| David Kessler | $46,250.00 | 1158 | 11/2/2009 | | |
| David Kessler | $1,530.00 | 1157 | 10/12/2009 | | |
| David Kessler | $50,000.00 | 1156 | 10/12/2009 | | |
| David Kessler | $7,000.00 | 1168 | 2/19/2010 | | |
| David Kessler | $98,504.59 | 5693 | 6/15/2010 | paid by cabrasar | |
| Terry Leach | $1,000.00 | 1004 | 11/19/2009 | | |
| Terry Leach | $2,500.00 | 1003 | 11/18/2009 | Retainer | |
| Richard Kronmal | $2,250.00 | 1170 | 4/8/2010 | 2 invoices | |
| John MacGregor | $33,032.00 | 1177 | 6/17/2010 | | |
| John MacGregor | $41,331.56 | 1177 | 9/10/2009 | | |
| Mary Ellis | $310.00 | 1154 | 11/12/2010 | | |
| Mary Ellis | $498.00 | 1161 | 11/12/2010 | | |
| Mary Ellis | $105.55 | 1166 | 11/12/2010 | | |
| James Decresenzo Reporting | $11,745.65 | 1197,1179 | 8/26/10,6/17/10 | Multiple Invoices | $4,168.75 multi |
| Golkow technology | $7,116.15 | 1185 | 8/20/2010 | Multiple Invoices | |
| Golkow technology | $5,246.15 | 1186 | 8/26/2010 | | |
| Golkow technology | $5,351.50 | 1174 | 11/4 | | |
| Karen Bos | $4,220.81 | 1180 | 6/17/2010 | | |
| Jensen Reporting | $4,161.72 | 1181 | 6/17/2010 | | |
| Continental Court Reporters | $4,295.10 | 1175 | | 3Invoices | |
| Toni Doyle Tusa, CCR, FCRR | $4,242.75 | 1178 | | | |
| Cura Kovacs & Bell | $5,693.75 | 1183 | 10/22/2009 | Typing | |
| Houston Reporting Services | $904.28 | 1184 | | | |
| VenueDocket | $890.00 | 1165 | 10/22/2009 | | |
| Brittany Illiana | | | | | |
| Total | $678,916.01 | | | | |

### ASSESSMENT CHECKS

| Name | Amount | Check # | Date | |
|---|---|---|---|---|
| Law office of Robinson, Calcagnie & Robinson, Inc. | $50,000.00 | 3828 | 11/2/2009 | |
| Shelly A Sanford, PLLC | $50,000.00 | 2009 | 11/2/2009 | |
| Barrios, Kingsdorf & Casteix, LLP | $50,000.00 | 9730 | 8/31/2009 | |
| Lotff, Cabraser, Heimann & Bernstein, LLP | $50,000.00 | 735533 | 11/5/2009 | |
| | $50,000.00 | 74075 | 11/5/2009 | |
| | $113,846.00 | 75428 | 3/30/2010 | |
| | $50,000.00 | 4597 | 6/13/2010 | |
| The Dugan Law Firm | $50,000.00 | 5463 | 9/1/2009 | |
| | $50,000.00 | 5526 | 7/2/2009 | |
| | $50,000.00 | 5521 | 11/6/2009 | |
| | $50,000.00 | 5692 | 10/19/2009 | |
| | $115,000.00 | | 8/15/2010 | |
| Total | $678,846.00 | | | $102,762.86 |



EXHIBIT A

**James Dugan**

EXHIBIT

B

| | |
|---|---|
| **From:** | Mark Schultz <mark@mschultzlaw.com> |
| **Sent:** | Tuesday, November 24, 2009 9:16 AM |
| **To:** | Fox, Randall (NYC); Dawn Barrios; Alex Barlow ; Ashley Davis ; Bill Rossbach; Bruce Kingsdorf; Chris Tisi ; Chris Tisi ; Christopher McDonald ; Clark Trout; Dave Vermont; David Dickens ; David Stallard ; David Ward ; Diane Paolicelli; Don Arbitblit; Douglas Plymale; Eric H. Weinberg; Evan M. Janush; James Dugan; James Fosler; James Young ; John Low-Beer; Joseph W. Steele; Bloom, Justin; Kay Hanson; Kenneth Lougee ; Kristen Johnson Parker; Laura Daugherty ; Melissa Stewart; Michael Miller ; Patrick J. Coughlin ; Pete Kaufman; Robert C. Morton; Roxanne DeFrancesco; Russell Kent; Scott Palmer ; Seth Lesser; Sheila Bossier ; Shelly Sanford ; Stephen B. Murray, Sr.; Stephen Murray, Jr.; Steve W. Berman ; Stuart Kritzer; Tom Sobol; Trish Conners; Trudy Bryant; Vince McKnight |
| **Cc:** | Elizabeth J. Cabraser; Shelly Sanford |
| **Subject:** | RE: MPFs and FACTS |

Are there equivalent documents for PBMs?

Mark C. Schultz
Schultz Law LLC
8 Tower Bridge
161 Washington St.
Suite 400
Conshohocken, PA. 19428
610 828 0700 phone
610 633 1144 cell

---

**From:** Fox, Randall (NYC) [mailto:Randall.Fox@oag.state.ny.us]
**Sent:** Friday, November 20, 2009 4:17 PM
**To:** Mark Schultz; Dawn Barrios; Alex Barlow ; Ashley Davis ; Bill Rossbach; Bruce Kingsdorf; Chris Tisi ; Chris Tisi ; Christopher McDonald ; Clark Trout; Dave Vermont; David Dickens ; David Stallard ; David Ward ; Diane Paolicelli; Don Arbitblit; Douglas Plymale; Eric H. Weinberg; Evan M. Janush; James Dugan ; James Fosler; James Young ; John Low-Beer; Joseph W. Steele; Justin Bloom ; Kay Hanson; Kenneth Lougee ; Kristen Johnson Parker; Laura Daugherty ; Melissa Stewart; Michael Miller ; Patrick J. Coughlin ; Pete Kaufman; Robert C. Morton; Roxanne DeFrancesco; Russell Kent; Scott Palmer ; Seth Lesser; Sheila Bossier ; Shelly Sanford ; Stephen B. Murray, Sr.; Stephen Murray, Jr.; Steve W. Berman ; Stuart Kritzer; Tom Sobol; Trish Conners; Trudy Bryant; Vince McKnight
**Cc:** Elizabeth J. Cabraser; Shelly Sanford
**Subject:** RE: MPFs and FACTS

Mark & everyone else:

Based on our look at the MPFs and FACTS and from an earlier e-mail from Mark, we understand that the MPF and FACTS productions have at least the deficiencies set out below.  Please respond if you have identified additional deficiencies and we will include them in a letter to Merck's counsel.

- The MPFs relate to a small percentage of healthcare professionals who prescribed Vioxx for populations covered by our respective claims.
- The MPFs and their attachments are not in native format, thereby impairing our ability to review and use them.
- The information in the FACTS data provided is limited to a small percentage of the healthcare professionals who prescribed Vioxx for populations covered by our respective claims.
- There are numerous redactions in the  data provided with the MPFs and in the select FACTS data that obscure the meanings of the text (e.g., a call note reporting on comparing Vioxx to some other drug the name of which is redacted).

1

- The MPFs and the select FACTS data is limited in time and does not, for example include call-note information from after 2002.
- The MPFs and select FACTS data do not include any information about the targeting of healthcare providers for promotion of Vioxx, even the small number of providers for whom information is given.
- The MPFs and the select FACTS data do not give any information about the grades and flags that Merck applied to healthcare providers for purposes of marketing Vioxx, even for the small number of providers for whom information is given.

Thanks very much,
Randy


Randall M. Fox
Special Assistant Attorney General
Office of the New York Attorney General
Medicaid Fraud Control Unit
120 Broadway
New York, New York  10271
T:  212-417-5390
F:  212-417-5335
E-mail:  Randall.Fox@oag.state.ny.us

---

**From:** Mark Schultz [mailto:mark@mschultzlaw.com]
**Sent:** Wednesday, November 11, 2009 5:13 PM
**To:** Dawn Barrios; Alex Barlow ; Ashley Davis ; Bill Rossbach; Bruce Kingsdorf; Chris Tisi ; Chris Tisi ; Christopher McDonald ; Clark Trout; Dave Vermont; David Dickens ; David Stallard ; David Ward ; Diane Paolicelli; Don Arbitblit; Douglas Plymale; Eric H. Weinberg; Evan M. Janush; James Dugan ; James Fosler; James Young ; John Low-Beer; Joseph W. Steele; Justin Bloom ; Kay Hanson; Kenneth Lougee ; Kristen Johnson Parker; Laura Daugherty ; Melissa Stewart; Michael Miller ; Patrick J. Coughlin ; Pete Kaufman; Fox, Randall (NYC); Robert C. Morton; Roxanne DeFrancesco; Russell Kent; Scott Palmer ; Seth Lesser; Sheila Bossier ; Shelly Sanford ; Stephen B. Murray, Sr.; Stephen Murray, Jr.; Steve W. Berman ; Stuart Kritzer; Tom Sobol; Trish Conners; Trudy Bryant; Vince McKnight
**Cc:** Elizabeth J. Cabraser; Lenny Davis
**Subject:** MPFs and FACTS

I have briefly looked at the MPFs and FACTs produced to us on the hard drive and CD.

The hard drive with MPFs is ALL all single-page TIF images, mostly of spreadsheet printouts, with no OCR or searchable data at all. For the most part, it consists of images of the actual profile form for a particular plaintiff's case, followed by images of spreadsheet printouts listing things like dates of detail calls, notes from those calls, Dear Doctor letters sent, samples dropped off.

The CD with the FACTS is more useful.  It is in MS Access.  As predicted, this is only doctors treating patients who brought PI cases.  How can we move the ball to request all  doctors in our states?  Merck points out that this information is collected for business purposes, so it ought to be available easily.

Questions:

1.  How can we move the ball to expand the Dr. database to include all the doctors in our states?

2.  How are FL, NY, TX and LA organizing the FACTS?

3.   What are you doing if anything to make the MPFs searchable?

Mark C. Schultz
Schultz Law LLC
8 Tower Bridge
161 Washington St.
Suite 400
Conshohocken, PA. 19428
610 828 0700 phone
610 633 1144 cell

**James Dugan**

| | |
|---|---|
| **From:** | Douglas Plymale |
| **Sent:** | Monday, November 23, 2009 11:08 AM |
| **To:** | Fox, Randall (NYC); James Young |
| **Cc:** | James Dugan |
| **Subject:** | RE: Market Forecast 30(b)(6) request initiated by Mark Schultz |

There has been no discussion.  I will check to see if there was a written response from Merck.

---

**From:** Fox, Randall (NYC) [mailto:Randall.Fox@oag.state.ny.us]
**Sent:** Monday, November 23, 2009 10:51 AM
**To:** Douglas Plymale; James Young
**Subject:** FW: Market Forecast 30(b)(6) request initiated by Mark Schultz

Doug – My recollection is that the 30(b)(6) notice requested by Mark Schultz was served through your firm and that there was pushback from Merck, but I don't have the details or know the status.  Can you let me know when this was served and what discussion there was with Merck.  If there was correspondence, I would appreciate copies.

Thanks very much,
Randy

Randall M. Fox
Special Assistant Attorney General
Office of the New York Attorney General
Medicaid Fraud Control Unit
120 Broadway
New York, New York  10271
T:  212-417-5390
F:  212-417-5335
E-mail:  Randall.Fox@oag.state.ny.us

---

**From:** Mark C. Schultz [mailto:mschultz@cprlaw.com]
**Sent:** Thursday, September 17, 2009 2:03 PM
**To:** 'Bloom, Justin'; James Dugan; Fox, Randall (NYC)
**Cc:** James Young; Dawn Barrios; Douglas Plymale; Elizabeth J. Cabraser; James Dugan; bill@rossbachlaw.com; cth@lanierlawfirm.com; Cvtisi@aol.com; ctisi@ashcraftlaw.com; cmcdonald@labaton.com; ddickens@doctoratlaw.com; drstallard@msn.com; DPaolicelli@lpklaw.com; Douglas Plymale; jfosler@foslerlawgroup.com; james.young@myfloridalegal.com; JLowBeer@law.nyc.gov; jwsteele5@att.net; kennethlougee@att.net; Mark C. Schultz; wml@lanierlawfirm.com; mlg@garretsonfirm.com; MStewart@lpklaw.com; patc@csgrr.com; Fox, Randall (NYC); rdm@lanierlawfirm.com; RDeFrancesco@lpklaw.com; slesser@klafterolsen.com; sbossier@bossier-law.com; ssanford@sanfordpinedo.com; steve@hbsslaw.com; stuart@kritzer.com; vmcknight@ashcraftlaw.com; ECABRASER@lchb.com; DBarrios@bkc-law.com; tom@hbsslaw.com; kristenjp@hbsslaw.com
**Subject:** RE: Market Forecast

OK.  I think this covers the proposed changes.  Let me know if you think we need anything further.

---

1

**From:** Bloom, Justin [mailto:jbloom@dugan-lawfirm.com]
**Sent:** Wednesday, September 16, 2009 6:11 PM
**To:** James Dugan; Fox, Randall (NYC)
**Cc:** Mark C. Schultz; James Young; Dawn Barrios; Douglas Plymale; Elizabeth J. Cabraser; Bloom, Justin
**Subject:** RE: Market Forecast

I can get this out tomorrow – Lenny's assistant asks that we get filings to her by 2pm. Can you please send me a final copy?

Justin Bloom, Esq.
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Cell: (917) 991-7593
Office: (504) 648-1851
Fax: (504) 648-0181
jbloom@dugan-lawfirm.com

*Electronic Mail Confidentiality Notice*
*This electronic mail message and all attachments may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone, facsimile, or e-mail to bloomesq1@gmail.com to arrange for return of the electronic email, attachments, or documents.*

---

**From:** James Dugan
**Sent:** Wednesday, September 16, 2009 4:48 PM
**To:** Fox, Randall (NYC)
**Cc:** Mark C. Schultz; James Young; Dawn Barrios; Douglas Plymale; Elizabeth J. Cabraser; Bloom, Justin
**Subject:** Re: Market Forecast

Justin has been handling this. We will get out tomorrow
Sent from my iPhone

On Sep 16, 2009, at 3:35 PM, "Fox, Randall (NYC)" <Randall.Fox@oag.state.ny.us> wrote:ng

I think we can Mark. Could you make the revisions Don suggested and re-circulate.

FYI - I'm out of pocket after today, returning on Tuesday.

R.

Randall M. Fox

2

Special Assistant Attorney General

Office of the New York Attorney General

Medicaid Fraud Control Unit

120 Broadway

New York, New York  10271

T:  212-417-5390

F:  212-417-5335

E-mail:  Randall.Fox@oag.state.ny.us

---

**From:** Mark C. Schultz [mailto:mschultz@cprlaw.com]
**Sent:** Tuesday, September 15, 2009 10:21 AM
**To:** 'Arbitblit, Donald C.'; Dawn Barrios; Ashley Davis ; Bill Rossbach; Bruce Kingsdorf; Chris Tisi ; Chris Tisi ; Christopher McDonald ; Clark Trout; Dave Vermont; David Dickens ; David Stallard ; David Ward ; Diane Paolicelli; Douglas Plymale; Eric H. Weinberg; Evan M. Janush; James Dugan ; James Fosler; James Young ; John Low-Beer; Joseph W. Steele; Justin Bloom ; Kay Hanson; Kenneth Lougee ; Kristen Johnson Parker; Laura Daugherty ; Melissa Stewart; Michael Miller ; Patrick J. Coughlin ; Pete Kaufman; Fox, Randall (NYC); Robert C. Morton; Roxanne DeFrancesco; Russell Kent; Scott Palmer ; Seth Lesser; Sheila Bossier ; Stephen B. Murray, Sr.; Stephen Murray, Jr.; Steve W. Berman ; Stuart Kritzer; Tom Sobol; Trish Conners; Trudy Bryant; Vince McKnight ; Shelly Sanford ; Shelly Sanford
**Cc:** Eric H. Weinberg; Chris Placitella
**Subject:** RE: Market Forecast


Any other comments?  Can we get this ready for service on Merck and press for a date?


Mark C. Schultz, Esquire

Cohen, Placitella & Roth

2001 Market Street

Suite 2900

Philadelphia, PA 19103

215.567.3500

3

**CONFIDENTIALITY NOTICE:**

This message is confidential and may contain attorney-work product, attorney-client communications, and other privileged information. Only the person to whom it is addressed should read or use it. If you are not the intended recipient, please notify us by replying to the sender or calling us at (888) 375-7600. Then please delete this message immediately; no copying, forwarding, or other use is allowed.

---

**From:** Arbitblit, Donald C. [mailto:darbitblit@lchb.com]
**Sent:** Thursday, September 10, 2009 5:28 PM
**To:** Mark C. Schultz; Dawn Barrios; Ashley Davis ; Bill Rossbach; Bruce Kingsdorf; Chris Tisi ; Chris Tisi ; Christopher McDonald ; Clark Trout; Dave Vermont; David Dickens ; David Stallard ; David Ward ; Diane Paolicelli; Douglas Plymale; Eric H. Weinberg; Evan M. Janush; James Dugan ; James Fosler; James Young ; John Low-Beer; Joseph W. Steele; Justin Bloom ; Kay Hanson; Kenneth Lougee ; Kristen Johnson Parker; Laura Daugherty ; Melissa Stewart; Michael Miller ; Patrick J. Coughlin ; Pete Kaufman; Randall Fox; Robert C. Morton; Roxanne DeFrancesco; Russell Kent; Scott Palmer ; Seth Lesser; Sheila Bossier ; Stephen B. Murray, Sr.; Stephen Murray, Jr.; Steve W. Berman ; Stuart Kritzer; Tom Sobol; Trish Conners; Trudy Bryant; Vince McKnight ; Shelly Sanford ; Shelly Sanford
**Subject:** RE: Market Forecast

Mark,

This looks good. Two minor comments:

1. Paragraph 2 of the "Subject Matter" description appears to be missing the topic of the research, which I assume to be "Market Forecasting," and which you may want to specify in that paragraph.

2. Paragraph 5 of the deposition subject matter refers to the effect of safety information not already in the label; you may want to either add to that or draft a new, parallel paragraph addressed to Merck's analysis of the effect of the location/placement of safety information, i.e., warning section v. precaution section of the label. Placement in the precaution rather than warning section was a very big ticket item for Merck.

4

Don

---

**From:** Mark C. Schultz [mailto:mschultz@cprlaw.com]
**Sent:** Thursday, September 10, 2009 2:19 PM
**To:** 'Dawn Barrios'; Ashley Davis ; Bill Rossbach; Bruce Kingsdorf; Chris Tisi ; Chris Tisi ; Christopher McDonald ; Clark Trout; Dave Vermont; David Dickens ; David Stallard ; David Ward ; Diane Paolicelli; Arbitblit, Donald C.; Douglas Plymale; Eric H. Weinberg; Evan M. Janush; James Dugan ; James Fosler; James Young ; John Low-Beer; Joseph W. Steele; Justin Bloom ; Kay Hanson; Kenneth Lougee ; Kristen Johnson Parker; Laura Daugherty ; Melissa Stewart; Michael Miller ; Patrick J. Coughlin ; Pete Kaufman; Randall Fox; Robert C. Morton; Roxanne DeFrancesco; Russell Kent; Scott Palmer ; Seth Lesser ; Sheila Bossier ; Stephen B. Murray, Sr.; Stephen Murray, Jr.; Steve W. Berman ; Stuart Kritzer; Tom Sobol; Trish Conners; Trudy Bryant; Vince McKnight ; Shelly Sanford ; Shelly Sanford
**Subject:** Market Forecast

here is the market forecast deposition we prepared.   Please prepare comments so we can serve on behalf of the whole group.  We feel this will help us prove damages.


Mark C. Schultz, Esquire

Cohen, Placitella & Roth

2001 Market Street

Suite 2900

Philadelphia, PA 19103

215.567.3500


**CONFIDENTIALITY NOTICE:**

This message is confidential and may contain attorney-work product, attorney-client communications, and other privileged information. Only the person to whom it is addressed should read or use it. If you are not the intended recipient, please notify us by replying to the sender or calling us at (888) 375-7600. Then please delete this message immediately; no copying, forwarding, or other use is allowed.

5

**MURRAY LAW FIRM**
SUITE 2150 POYDRAS CENTER
650 POYDRAS STREET .
NEW ORLEANS, LOUISIANA 70130

<table>
<tr><td>

STEPHEN B. MURRAY*
STEPHEN B. MURRAY, JR.
JULIE A. ARDOIN**
ARTHUR M. MURRAY
NICOLE IEYOUB-MURRAY
JESSICA W. HAYES
JAMES R. DUGAN, II
JUSTIN BLOOM ****
DOUGLAS R. PLYMALE, Ph.D.
KOREY A. NELSON

</td><td>

TELEPHONE 504.648.0180
1.866.328.7670
FAX 504.648.0181
www.murray-lawfirm.com

OF COUNSEL

JOSEPH A RACE
ROBERT J. DILIBERTO***
DAMON A. KIRIN

WILLIAM W. GOODELL, JR., L.L.M.
Energy and Environment

</td></tr>
</table>

* CERTIFIED AS A SPECIALIST IN
  CIVIL TRIAL ADVOCACY BY THE NATIONAL
  BOARD OF TRIAL ADVOCACY
** LICENSED IN LA & MS
*** LICENSED IN LA & TX
**** LICENSED IN FL & NY

November 16, 2009

**Via E-mail**

Re:     Vioxx MDL 1657– Governmental Action Cases

Dear Counsel:

By signing and returning this letter to my office, to the attention of Trudy Bryant, you agree on behalf of your client that you may not use the common benefit expert reports served on defense counsel on November 6, 2009 in the Louisiana Attorney General Action until and unless an agreement is reached and/or court order is entered regarding the payment of assessments to contribute to the expense of preparing such reports.

Upon receipt of the signed letter, we will send you a CD with the expert reports for your review.

Sincerely,

James Dugan

I agree to the terms stated above. _____

Counsel for _____

Date: _____

Cc:     James Young
        Randy Fox
        Elizabeth Cabraser
        Shelly Sanford
        Dawn Barrios



EXHIBIT

C

# VIOXX LOUISISANA ATTORNEY GENERAL TRIAL PACKAGE

- Selection of Index

MDL-1657: *State of Louisiana v. Merck*, EDLA Case No.05-3700

(1)    I. LA AG Vioxx Trial Package Introduction
       I. LA AG Vioxx Trial Package Introduction/Vioxx Index

(02)   II. Case Presentation
       II. Case Presentation/A. Complaint
       II. Case Presentation/B. Exhibit database
       II. Case Presentation/B. Exhibit database/Exhibits
       II. Case Presentation/B. Exhibit database/Exhibits/Merck
       II. Case Presentation/B. Exhibit database/Exhibits/Plaintiff - LA AG
       II. Case Presentation/C. LAAG Trial Transcripts
       II. Case Presentation/C. LAAG Trial Transcripts/Day 1-8
       II. Case Presentation/D. Judge Order & Reasons

(03)   III. Trial Witnesses
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses/Hood, David
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses/Hood, David/Affidavit
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses/Hood, David/Deposition Designation
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses/Hood, David/Deposition Transcripts
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Abramson, John David (M.D.)
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Abramson, John David (M.D.)/Deposition Transcripts
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Abramson, John David (M.D.)/Expert Challenges
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Abramson, John David (M.D.)/Expert Report
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Graham, David Y. (M.D.)
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Kessler, David (M.D.)

1



III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert
Witnesses/MacGregor, John S. (M.D.)

III. Trial Witnesses/2. Defendant Merck Case

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Bearden, Ben

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Bearden,
Ben/Deposition Designation

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Bearden,
Ben/Deposition Transcripts

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Castille,
Charles F.

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Taylor,
Valerie

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Terrebonne,
Mary Julie

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Eisworth,
Clement C. Jr. (M.D.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Eisworth,
Clement C. Jr. (M.D.)/Deposition Transcripts

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Eisworth,
Clement C. Jr. (M.D.)/Expert Challenges

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Eisworth,
Clement C. Jr. (M.D.)/Expert Report

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Parnell,
Melvin L. Jr (M.D.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Rarick,
Lisa D. (M.D.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Sales,
David J. (M.D.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Wells,
Jerry F. (R.Ph.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Wiggins,
Steven N.

(04)    IV. Motions in Limine

IV. Motions in Limine/A. Orders

IV. Motions in Limine/B. Merck Motions in Limine

IV. Motions in Limine/B. Merck Motions in Limine/1. Mrk Mtn Limine No. 1-
exclude evidence criticizing FDA

IV. Motions in Limine/B. Merck Motions in Limine/1. Mrk Mtn Limine No. 1-
exclude evidence criticizing FDA/Merck

2

IV. Motions in Limine/B. Merck Motions in Limine/1. Mrk Mtn Limine No. 1-exclude evidence criticizing FDA/Plaintiff

IV. Motions in Limine/B. Merck Motions in Limine/2.Mrk Mtn Limine No. 2-exclude evidence re hypothetical scenarios

IV. Motions in Limine/B. Merck Motions in Limine/3.Mrk Mtn Limine No. 3-exclude unrelated marketing materials

IV. Motions in Limine/B. Merck Motions in Limine/4.Mrk Mtn Limine No. 4-exclude evidence of MRK attempt to persuade LA officials

IV. Motions in Limine/B. Merck Motions in Limine/5. Mrk Mtn Limine No. 5-exclude testimony re change vioxx label prior to 2002

IV. Motions in Limine/B. Merck Motions in Limine/6.Mrk Mtn Limine No. 6-exclude alleged MRK conduct with no nexus

IV. Motions in Limine/B. Merck Motions in Limine/7. Mrk Mtn Limine No. 7-exclude Fries letter

IV. Motions in Limine/B. Merck Motions in Limine/8.Mrk Mtn Limine No. 8-exclude profit motive

IV. Motions in Limine/B. Merck Motions in Limine/9.Mrk Mtn Limine No. 9-exclude reference to post-marketing AE reports

IV. Motions in Limine/B. Merck Motions in Limine/10.Mrk Mtn Limine No. 10-exclude excess events calculation

IV. Motions in Limine/B. Merck Motions in Limine/11.Mrk Mtn Limine No. 11-exclude evidence Alzheimer trials

IV. Motions in Limine/B. Merck Motions in Limine/12.Mrk Mtn Limine No. 12-exclude testimony of Nicholas Jewell

IV. Motions in Limine/B. Merck Motions in Limine/13.Mrk Mtn Limine No. 13-exclude evidence Merck Misled FDA

IV. Motions in Limine/B. Merck Motions in Limine/14.Mrk Mtn Limine No. 14-exclude Waxman memo

IV. Motions in Limine/B. Merck Motions in Limine/15.MRK Omnibus Motion in Limine-exclude testimony raised by prior mtn

IV. Motions in Limine/C. Plaintiffs Motion in Limine

IV. Motions in Limine/C. Plaintiffs Motion in Limine/PL Mtn Limine No. 2, 12, and 17

IV. Motions in Limine/C. Plaintiffs Motion in Limine/PL Mtn Limine No. 2, 12, and 17/Merck

IV. Motions in Limine/C. Plaintiffs Motion in Limine/PL Mtn Limine No. 2, 12, and 17/Plaintiff

IV. Motions in Limine/C. Plaintiffs Motion in Limine/PL Omnibus Motion in Limine

(05)    V. Additional Information
        V. Additional Information/A. All Witnesses[1]
        V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)
        V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Deposition Designation
        V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Deposition Designation/Barnett Trial
        V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Deposition Designation/Plaintiff
        V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Deposition Transcripts
        V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Trial Testimony/Barnett Trial
        V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Video
        V. Additional Information/A. All Witnesses/Avorn, Jerry (M.D.) (MDL witness)
        V. Additional Information/A. All Witnesses/Baumgartner, Susan (MDL witness)
        V. Additional Information/A. All Witnesses/Biglane, Gina C. (Pharm.D)
        V. Additional Information/A. All Witnesses/Blake, Mary Elizabeth (MDL witness)
        V. Additional Information/A. All Witnesses/Cannel, Tom (MDL witness)
        V. Additional Information/A. All Witnesses/Curtis, David L. (M.D.)
        V. Additional Information/A. All Witnesses/Davis, Michael E.
        V. Additional Information/A. All Witnesses/Edwards, Kerry I.
        V. Additional Information/A. All Witnesses/Epstein, Stephen (M.D.) (MDL witness)
        V. Additional Information/A. All Witnesses/Fevurly, John
        V. Additional Information/A. All Witnesses/Gilmartin, Raymond (MDL witness)
        V. Additional Information/A. All Witnesses/Goldberg, Allan I. (M.D.)
        V. Additional Information/A. All Witnesses/Harris, Jeffrey E. (M.D., P.hd)
        V. Additional Information/A. All Witnesses/Julie, Neil (M.D.)
        V. Additional Information/A. All Witnesses/Kaiser, Fran (M.D.)
        V. Additional Information/A. All Witnesses/Kronmal, Richard (Biostatistician) (MDL witness)
        V. Additional Information/A. All Witnesses/Laine, Loren (M.D.)
        V. Additional Information/A. All Witnesses/Lambert, Warren J.
        V. Additional Information/A. All Witnesses/Leach, Terry (Pharm.D)
        V. Additional Information/A. All Witnesses/Lee, Terri
        V. Additional Information/A. All Witnesses/Lepore, Wendy S.

---

[1] Some file folders for the MDL witnesses may vary but will typically include deposition designations, expert challenges, trial testimony, video and reports from Barnett Trial as well as those files generated for the LAAG Trial.

4

V. Additional Information/A. All Witnesses/Morrison, Briggs (MDL witness)

V. Additional Information/A. All Witnesses/Nies, Alan S. (M.D.) (MDL witness)

V. Additional Information/A. All Witnesses/Ogle, Mary

V. Additional Information/A. All Witnesses/Pechmann, Cornelia (Ph.D) (MDL witness)

V. Additional Information/A. All Witnesses/Reicin, Alise (MDL witness)

V. Additional Information/A. All Witnesses/Scolnick, Edward (M.D.) (MDL witness)

V. Additional Information/A. All Witnesses/Shearer, Stephen W.

V. Additional Information/A. All Witnesses/Silvers, David R. (M.D.)

V. Additional Information/A. All Witnesses/Turner, Holly Jacques

V. Additional Information/A. All Witnesses/Weiner, Jan (MDL witness)

V. Additional Information/A. All Witnesses/Welch, Douglas

V. Additional Information/A. All Witnesses/Wendt, Melwyn (Pharm.D)

V. Additional Information/B. Additional Transcripts

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Charles R. Grezlak TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Dechert Production 11.18.09

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Fran E. Kaiser (M.D) TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Holly Jacques Turner TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Jeffrey M. Melin (M.D) TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/John Fevurly TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Lepore TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Michael Davis TX

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Michael J. Kelly TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Terri Lee TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/TX Exhibits.xls

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/TX List of Transcripts.xlsm

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/TX Transcripts.xls

V. Additional Information/C. Pre Trial Order & Witness List

V. Additional Information/C. Pre Trial Order & Witness List/Merck

V. Additional Information/C. Pre Trial Order & Witness List/Plaintiff

V. Additional Information/C. Pre Trial Order & Witness List/Pre-Trial Order

V. Additional Information/D. Additional Motions

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/1. Orders

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Dr. Cornelia Pechmann

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Dr. Jerry Avorn

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Dr. Neil Julie

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Jeffrey Harris

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Richard Kronmal

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Terry Leach

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Plaintiff motions

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Plaintiff motions/Mtn to exclude certain opinion testimony of MRK experts

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Plaintiff motions/Mtn to exclude certain testimony of MRK experts re personal experience

V. Additional Information/D. Additional Motions/Motion for Reconsideration of SMJ Ruling

V. Additional Information/D. Additional Motions/Motion for Reconsideration of SMJ Ruling/Merck

V. Additional Information/D. Additional Motions/Motion for Reconsideration of SMJ Ruling/Order

V. Additional Information/D. Additional Motions/Motion for Reconsideration of SMJ Ruling/Plaintiff

V. Additional Information/D. Additional Motions/Motion to Compel

V. Additional Information/D. Additional Motions/Motion to Compel/Merck Motions

V. Additional Information/D. Additional Motions/Motion to Compel/Plaintiffs Motions

V. Additional Information/D. Additional Motions/Motion to consolidate

6

V. Additional Information/D. Additional Motions/Motion to Dismiss

V. Additional Information/D. Additional Motions/Motion to Quash

V. Additional Information/D. Additional Motions/Motion to Quash/Merck mtn quash subpoena on Drug Research Services

V. Additional Information/D. Additional Motions/Motion to Remand

V. Additional Information/D. Additional Motions/Motion to Strike

V. Additional Information/D. Additional Motions/Motions for summary judgment

V. Additional Information/D. Additional Motions/Motions for summary judgment/Merck

V. Additional Information/D. Additional Motions/Motions for summary judgment/Plaintiff

V. Additional Information/D. Additional Motions/Parties Deposition Designations

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Merck Designations

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Merck Objections

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Plaintiff Designations

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Plaintiff Objections

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Rulings

V. Additional Information/D. Additional Motions/Post Trial Motions

V. Additional Information/D. Additional Motions/Post Trial Motions/Merck Rule 52c Motion for Judgment on Partial Findings

V. Additional Information/D. Additional Motions/Post Trial Motions/Merck Rule 52c Motion for Judgment on Partial Findings/Merck

V. Additional Information/D. Additional Motions/Post Trial Motions/Merck Rule 52c Motion for Judgment on Partial Findings/Plaintiff

V. Additional Information/D. Additional Motions/Post Trial Motions/Proposed Findings of Fact

V. Additional Information/D. Additional Motions/Post Trial Motions/Proposed Findings of Fact/Merck

V. Additional Information/D. Additional Motions/Post Trial Motions/Proposed Findings of Fact/Plaintiff