# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to ALL | * | MAG. JUDGE KNOWLES |
| Government Actions | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

## STATEMENT OF SHELLY A. SANFORD

On this day appeared before me the undersigned affiant, who upon her oath stated:

1. My name is Shelly A. Sanford. I am above the age of eighteen and am competent to make this affidavit. The facts stated herein are true and correct.

2. I am an attorney licensed to practice by the State of Texas since 1992. On October 21, 2009, I was appointed by The Honorable Eldon Fallon to the Vioxx Government Action Executive Committee.

3. On approximately November 3, 2009, I made a $50,000.00 assessment payment to the Vioxx Government Action Fund, for the common expenses in the government action cases.

4. As part of the Government Action Committee, my firm did common work on behalf of the Government Action Committee in at least the following areas:

   a.   Hosting meetings and conference calls on the potential experts and expert materials for the common benefit of the Government cases. Two such

1

meetings were hosted over multiple days at my firm in Houston, Texas. Conference calls were also hosted on these issues and reports made to the general committee on the issues

b.   Attending discovery meetings in New Orleans, Philadelphia and New York City with Merck's counsel on behalf of the Executive Committee and Liaison Counsel and with other Executive Committee members. Additional meetings occurred through teleconferences.

c.   Drafting and editing discovery materials for the common benefit of committee members.

d.   Assisting in scheduling matters on behalf of the Committee.

e.   Assisting in Cost estimates relating to the common pursuit of the cases.

f.   Discussions with government action counsel on the common discovery and expert matters.

g.   Review of repository documents for common pleading and proof issues.

h.   Interacting with liaison and lead counsel on these issues.

i.   Paying such expenses as were necessary to facilitate travel and hosting meetings to fulfill obligations of the appointment.

5. In furtherance of these obligations the costs included the $50,000.00 assessment, and 544.25 hours of time that I, and lawyers at my direction in my firm, spent in furtherance of the obligation to work for the common benefit of the cases consolidated in the government actions, each of which were submitted to the accounting firm of Wegmann Dazet & Company, CPAs, Consultants in accordance with Court's guidelines.

Further affiant sayeth not.

SIGNED before the undersigned notary on this 21st day of January, 2013.

**Shelly A. Sanford**, Affiant

2

**THE STATE OF TEXAS**      §
                                      §

**COUNTY OF HARRIS**        §

Sworn to and subscribed to before me on 21st day of January, 2013 by **Shelly A. Sanford**.



Notary Public in and for
the State of Texas

My commission expires: June 10, 2014

T. GOMEZ
Notary Public, State of Texas
My Commission Expires
June 10, 2014





PLAINTIFF'S
EXHIBIT
A