# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION L |
| | JUDGE EDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| Commonwealth of Pennsylvania by Thomas W. Corbett, Jr., Attorney General vs. Merck & Co., Inc.; Case No. 09-2861 | |

STATE OF LOUIOSIANA

PARISH OF ORLEANS

## DECLARATION OF MARK P. ROBINSON, JR., ESQ.

I, Mark P. Robinson, Jr., declare as follows:

1. I am an attorney and partner in the firm Robinson Calcagnie Robinson Shapiro Davis, Inc. (RCRSD) in Newport Beach, California. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. RCRSD has devoted significant resource to the common benefit of Government Entity plaintiffs in the Vioxx MDL litigation since her directive by the Court on July 11, 2008 to coordinate communication with the state Attorneys General. RCRSD made a $50,000 AG common benefit payment to assist with the prosecution of this litigation. (See Exhibit A.)

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on January 30, 2013, at Newport Beach, California.

Dated: January 30, 2013

_____
Mark P. Robinson, Jr.
Robinson Calcagnie Robinson Shapiro Davis, Inc.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tele: 949-720-1288; Fax: 949-720-1292
mrobinson@rcrsd.com

2

Printing                                                                                       Page 1 of 1



Account: 402130156
Date Posted: 11/13/2009
Item Number: 38226
Amount: $50,000.00



The check image copy you requested is shown above. Your account will be debited for any fees that may apply. Please refer to your fee schedule and your next account statement for details. Thank you for banking with City National Bank.

http://www.infocheck.cityweb.cityntl.com/print.aspx?seq=131069580                              1/30/2013