UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*Commonwealth of Pennsylvania by Thomas W. Corbett Jr., Attorney General vs. Merck & Co., Inc.*; Case No. 09-2861 | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**PLAINTIFFS' STEERING COMMITTEE AND GOVERNMENT ACTION LIAISON COUNSEL'S MOTION TO SET HEARING ON MOTION FOR AN ORDER IMPOSING A COMMON BENEFIT OBLIGATION UPON THE RECOVERY OF THE COMMONWEALTH OF PENNSYLVANIA ATTORNEY GENERAL'S CLAIMS ASSERTED AGAINST MERCK, SHARP & DOHME CORP. PENDING IN THIS MDL AND FOR ORAL ARGUMENT**

Considering the Plaintiffs' Steering Committee and Government Action Liaison Counsel's Motion to Set Hearing on Motion for an Order Imposing a Common Benefit Obligation Upon the Recovery of the Commonwealth of Pennsylvania Attorney General's Claims Asserted Against Merck, Sharp & Dohme Corp. Pending in this MDL and for Oral Argument;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee and Government Action Liaison Counsel's Motion to Set Hearing on Motion for an Order Imposing a Common Benefit Obligation Upon the Recovery of the Commonwealth of Pennsylvania Attorney General's Claims Asserted Against Merck, Sharp & Dohme Corp. Pending in this MDL be set, WITH ORAL ARGUMENT, on the _____ day of _____, 2013, at _____ o'clock ____.m.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE