UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*Commonwealth of Pennsylvania by Thomas W. Corbett Jr., Attorney General vs. Merck & Co., Inc.*; Case No. 09-2861 | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**O R D E R**

Considering the Plaintiffs' Steering Committee and Government Action Liaison Counsel's Motion for Leave of Court to File Reply in Support of Its Motion for an Order Imposing a Common Benefit Obligation Upon the Recovery of the Commonwealth of Pennsylvania Attorney General's Claims Asserted Against Merck, Sharp & Dohme Corp. Pending in this MDL and for Leave to Exceed Page Limit;

IT IS ORDERED BY THE COURT that the motion for leave to file is GRANTED; the motion to extend page limitation is GRANTED and the Plaintiffs' Steering Committee and Government Action Liaison Counsel's Motion for an Order Imposing a Common Benefit Obligation Upon the Recovery of the Commonwealth of Pennsylvania Attorney General's Claims Asserted Against Merck, Sharp & Dohme Corp. Pending in this MDL be and is hereby filed into the record.

New Orleans, Louisiana, this  25th  day of      February     , 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE