UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | :<br>:<br>:<br>:<br>:<br>: | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**  *Verie Poole v. Eichholz Law Firm, P.C., et al,* No. 11-1546

## ORDER

Due to a conflict in the Court's schedule, IT IS ORDERED that the telephone status conference in this matter currently scheduled for Wednesday, March 6, 2013 at 3:30 p.m. is CONTINUED until Friday, March 8, 2013 at 8:30 a.m. The Court will initiate the call.

New Orleans, Louisiana, this 26th day of February, 2013.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

1