

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 22, 2013

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 12-30311,  In Re: Vioxx Prod Liability
        USDC No. 2:05-MD-1657
        USDC No. 2:08-CV-1422

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

The electronic copy of the record has been recycled.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Dawn D. Victoriano, Deputy Clerk
                          504-310-7717

cc: (letter only)
    Mr. John H. Beisner
    Honorable Eldon E. Fallon
    Mr. Emmanual Iwobi
    Ms. Dorothy Hudson Wimberly
    Mr. Phillip A. Wittmann

P.S. to Judge Fallon:  A copy of the opinion was sent to your office via email the day it was filed.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No.____