UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *Jo Levitt v. Merck & Co., Inc.*, No. 06-9757

## ORDER

The Court has received the attached motion from Plaintiff Jo Levitt. Ms. Levitt, a pro se claimant who was previously represented by counsel, reports that she is unable to hire an expert witness for her case because the candidates whom she has consulted "require an attorney to be involved prior to offering their services." She asks for the Court to appoint an expert, or for Merck's attorneys to hire her expert, or for Merck to admit that Vioxx more likely than not caused her injury.

The Court declines to fulfill any of these requests. This Court is simply not in a position to appoint expert witnesses for the many pro se plaintiffs who still have Vioxx claims pending before it. Ms. Levitt is a plaintiff in a civil case. As such, she has the option of hiring an attorney to represent her on a contingent basis if she is no longer able to pursue her case pro se. The Court is sympathetic to the difficulties faced by pro se claimants, which is why it has appointed a Pro Se Curator to offer some measure of assistance to them. However, it would be both inappropriate and unfeasible for the Court to offer further assistance to individual pro se claimants. It would also be inappropriate for the Court to require Merck to assist an opposing party in preparing her

1

case, or to concede a key component of their defense.

Accordingly, IT IS ORDERED that Ms. Levitt's motion is DENIED.

New Orleans, Louisiana, this 27th day of February, 2013.

                                                UNITED STATES DISTRICT JUDGE

Clerk to serve:

Jo Levitt
1247 West 56th Street
Kansas City, MO 64113

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130