
RECEIVED
FEB 19 2013
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTIONL |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Jo Levitt v. Merck & Co., Inc.,* | * KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |

*********************************************************************

## Daubert Motion

Facts and reality:

This case was not filed as prose plaintiff but with a top rated local trial attorney. The federal court's websites warn that litigating cases is complex. As plaintiff I am aware that being "pro se" creates a difficult situation for both myself, and, for the Court, however, this predicament is a result of Merck's ability to craft a Vioxx settlement that would assure, any plaintiffs who did not "opt inn; would be unable to retain competent counsel willing to finance their litigation, in this specialized area of the law. Merck's goal was to make it very difficult for plaintiffs, who for what ever reason, decided not to opt into the settlement to pursue their case. As a bonus, intended or unintended, due to losing my attorney, I have lost my ability to finance the litigation, and, Merck has effectively made it impossible to hire Daubert qualified Medical experts. My husband or I, have spoken with highly qualified experts who have indicated a keen interest in my case, but, require an attorney to be involved, prior to offering their services. I cannot state why these kinds of experts won't work directly with a plaintiff, but the fact is that this is the reality.

The Reality is not that I cannot find Daubert qualified medical experts to affirm my case; it's that I cannot hire them. While continuing my efforts to retain available competent counsel and Daubert experts, I ask the court for more time and its help. I ask the court to appoint an expert witness, or to have Merck lawyers hire my expert, or, to have

Merck confirm that Vioxx was more than likely than not, the cause of my MI.

Merck is aware the facts are on my side and for Merck to continue to assert that they have never found anyone who's MI was caused by Vioxx is disingenuous at best. For Merck to state to the courts that no plaintiffs have been hurt by their losing their attorney is also bogus.

Jo Levitt

1247 west 56th street

Kansas City, Mo. 64113

ChocolateSoup.jo@gmail.com

## Certificate of Service

I hereby certify that on 2/18/2013   I sent notification of such filing to the following:
Jonathan L. Williams
Williams & Connolly LLP
ionathanwilliams@wc.com
  and I hereby certify that I have mailed by Fedx the document to District Court Of Eastern Louisana

*Jo Levitt* (signature)