UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**  *Rosemary Holobosky, et al. v. Merck Sharp & Dohme Corp.*, 2:05-cv-01091-EEF-DEK **(Plaintiffs Ann Marie Mannino and Joseph Mannino)**

### ORDER

Defendant Merck Sharpe & Dohme's Motion, Rule and Incorporated Memorandum to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute (Rec. Doc. 64240) before the Court for hearing on February 26, 2013. Plaintiffs have not submitted an opposition or provided any communication regarding this Motion.

For the reasons orally assigned, IT IS ORDERED that the claims of plaintiffs Ann Marie Mannino and Joseph Mannino in the above-referenced case are DISMISSED.

IT IS FURTHER ORDERED that the Manninos have two weeks to protest this dismissal and have it vacated. Plaintiffs have until **Wednesday, March 13, 2013** to submit a request in writing that this Order be vacated. The request must be submitted to the Court and also a copy served upon counsel for Merck.

New Orleans, Louisiana, this 27th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE

1

Clerk to serve:

Ann Marie Mannino
Joseph Mannino
64 Columbus Ave.
Staten Island, NY 10304