# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX Products Liability Litigation | )  MDL No. 1657 |
| | ) |
| This Document relates to: | )  SECTION: L |
| | ) |
| No. 2:05-CV-00499-EEF-DEK | ) |
| *Janice Perkins v. Merck & Co., Inc.* | )  JUDGE ELDON E. FALLON |
| | ) |
| | )  MAGISTRATE JUDGE KNOWLES |

## PLAINTIFF PERKINS' MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

COMES NOW Plaintiff Janice Perkins, by and through counsel, and hereby respectfully requests this Court dismiss this action (2:05-CV-00499-EEF-DEK) with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

Respectfully submitted,

Dated:  February 28, 2013

/s/ John Steward
John Steward
Steward Law Firm, LLC
1717 Park Avenue
St. Louis, Missouri 63104
314-571-7134
314-594-5940 fax
Glaw123@aol.com

/s/ Michael T. George
Michael T. George
LAW FIRM OF MICHAEL T. GEORGE
2330 Menard, Suite 301
St. Louis, MO 63104
314-965-2600
Fax 314-771-1506
Mtglaw1@gmail.com

**Attorneys for Plaintiff Janice Perkins**

1

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing PLAINTIFF PERKINS' MOTION TO VOLUNTARY DISMISS WITH PREJUDICE has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of February, 2013

/s/ John Steward
John Steward
Steward Law Firm, LLC
1717 Park Avenue
St. Louis, Missouri 63104
314-571-7134
314-594-5940 fax
Glaw123@aol.com