UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX Products Liability Litigation | ) MDL No. 1657 |
| | ) |
| This Document relates to: | ) SECTION: L |
| | ) |
| No. 2:05-CV-00499-EEF-DEK | ) |
| *Janice Perkins v. Merck & Co., Inc.* | ) JUDGE ELDON E. FALLON |
| | ) |
| | ) MAGISTRATE JUDGE KNOWLES |

### [proposed] ORDER AND JUDGMENT OF DISMISSAL

Plaintiff Janice Perkins' motion to voluntarily dismiss her case with prejudice is HEREBY GRANTED.  Case number 2:05-CV-00499-EEF-DEK is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

**SO ORDERED:**

_____
**ELDON E. FALLON, U.S.D.J.**


_____
**DATED**