**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

February 27, 2013

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 27 2013
LORETTA G. WHYTE
CLERK

APPEAL NO. 12-31075

IN RE: IN RE: VIOXX PRODUCTS LIABILITY LITIGATION   MD 05-1657

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

  _x_  1) Electronic Copy of Record on appeal
       7 vols 05-1657; 1 vol 07-906
       _8_ Volume(s) of record   ___ Volume(s) of transcripts

       ___ Volume(s) of depositions

       ___ Container(s) of exhibits ___ accordion folder ___ binder

       ___ 2) Supplemental record_____

       ___ 3) SEALED DOCUMENT _____

       ___ 4) Other_____

Very truly yours,

By___Alicia Phelps____
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dkd_____
___ CtRmDep_____
___ Doc. No._____