UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| *State of Alaska v. Merck & Co., Inc.,* | * | JUDGE ELDON E. FALLON |
| 3:06-CV-00018 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## STATE OF ALASKA WITNESS LIST

Pursuant to Pretrial order No. 39C, the State of Alaska and hereby submits the following good faith fact witness list.

1. Peter Alberti
2. David Anstice
3. Christopher Assaid
4. Dr. Jerome Avorn
5. Raymond Bain
6. Eliav Barr
7. Susan Baumgartner
8. Lucience Beauchard
9. Gregory Bell
10. Mary Elizabeth Blake
11. Gilbert Block
12. David Blois
13. Thomas Bold

14. Ned Braunstein

15. Thomas Cannell

16. Carolyn Cannuscio

17. J. Martin Carroll

18. Thomas Casola

19. Joshua Chen

20. Gregory Curfman, M.D.

21. Brian Daniels

22. Laura Demopolous

23. Wendy Dixon

24. Dr. Jeffrey Drazen

25. James Dunn

26. Elliott Ehrich

27. Anthony Ford-Hutchinson

28. Dr. James Fries

29. Barry Gertz

30. Raymond Gilmartin

31. Dr. David Graham

32. Douglas Greene

33. Harry Guess

34. Lawrence Hirsch

35. Peter Honig

36. Linda Hostelley

37. Terry Jacklin

38. Jo Jerman

39. Peter Kim

40. Greg Kulp

41. Loren A. Laine

42. Christopher Lines

43. Charlotte McKines

44. Briggs Morrison

45. Thomas Musliner

46. Michael Neesly

47. Jennifer Ng

48. Alan Nies

49. Steven E. Nissen, M.D.

50. John Oates

51. Leonard Oppenheimer

52. Dr. Wayne Ray

53. Alise Reicin

54. Scott Reines

55. Nancy Santanello

56. Adam Schecter

57. Edward Scolnick

58. Beth Seidenberg

59. Deborah Shapiro

60. Louis Sherwood

61. Robert Silverman

62. Leonard Silverstein

63. Thomas Simon

64. Eve Slater

65. Daniel Solomon, M.D.

66. Robert Steinbrook, M.D.

67. Mark Stejbach

68. Len Tacconi

69. Eric Topol, M.D.

70. Dr. Robert Utger

71. Dr. Maria Villalba

72. Hester Visser, MD

73. Douglas Watson

74. Jan Weiner

75. Ellen Westrick

76. George Williams

77. Qin Fen Yu

78. Merck Corporate Representative

**Alaska Sales Representatives and Managers**

79. Laura J. Allen

80. Kimberly D. Andrews

81. Donald P. Beeman

82. Muna Bhanji
83. Matthew H. Burhmann
84. Aaron D. Butikofer
85. Joey Lynn Carerinichio
86. Kimberly Anne Carey
87. Tyrone V. Edwards
88. Gerald J. Gallivan
89. Ardaban Greg
90. Steven C. Grey
91. Linda Dell Grissmon
92. Karen A. Hinckley
93. Paul H. Howes
94. Douglas A. Janachek
95. Victor E. Kelley
96. Miekeleen D. Koerth
97. Lorelei Lamere
98. Brad Longcake
99. Robert F. Looney
100. Peter M. Lyon
101. Autumn Makar
102. Theresa Marinelli
103. Joaquin S. Martinez
104. Judith Ann Masteller

105. Michael T. McClintock

106. Robert A McMahon

107. Randall G. Mertens

108. Henry Morales

109. Charles G. Moses

110. Margaret Mary Noonan

111. Richard P. Patrylak

112. Michael J. Petro, III

113. Richard F. Randall

114. Robert Smejdir

115. Kenneth R. Smith

116. Michael F. Thomas

117. Catherine D. Veltri

118. Additional Merck personnel who had responsibility for the promotion of Vioxx in Alaska. Because discovery is ongoing, Alaska will amend this list in good faith as discovery proceeds.

119. Healthcare providers in Alaska who received information from Merck regarding Vioxx. Because discovery is ongoing, Alaska will amend this list in a good faith as discovery proceeds.

120. Any witnesses whose testimony may be necessary for the purposes of authentication of any report, document or other writing.

121. Any witness necessary for rebuttal or impeachment.

122. Any and all individuals identified in any interrogatory, request for production, other written request, or deposition who may possess discoverable or admissible information or testimony.

123. Any witness contained in any witness list served by the defendants and not objected to by Alaska.

124. Any witness subpoenaed in this case and not objected to by Alaska.

125. Expert witnesses will be identified pursuant to Pretrial Order No. 39C.

126. Alaska reserves the right to amend this list as discovery proceeds and as justice may require.

127. Representative(s) of the State of Alaska.

128. Alaska reserves the right to play video of depositions at trial of witnesses who have been or will be deposed before trial.

Respectfully submitted this 4th day of March, 2013.

/s/ Brian M. Vines
Brian M. Vines
Attorney for Plaintiff

OF COUNSEL:

Scott A. Powell, Esquire
Don McKenna, Esquire
Matthew C. Minner, Esquire
Brian M. Vines, Esquire
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Telephone: 205/328-5330

James E. Fosler, Esquire
Fosler Law Group, Inc.
737 West 5th Avenue; Suite 205
Anchorage, Alaska 99501
Telephone: 907-277-1557

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Plaintiff's, State of Alaska, Witness List has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 4th day of March, 2013.

                /s/ Brian M. Vines
                Brian M. Vines
                ASB-4419-R77V
                Attorney for Plaintiff
                Hare, Wynn, Newell & Newton, LLP
                2025 3rd Avenue North; Suite 800
                Birmingham, Alabama  35203
                Telephone: 205/328-5330
                Facsimile: 205/324-2165
                bvines@hwnn.com