# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | * MDL No. 1657 |
| This Document Relates to: | * SECTION L |
| State of Utah v. Merck, et al. | * JUDGE ELDON E. FALLON |
| | * MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF 30(b)(6) DEPOSITION

YOU ARE HEREBY NOTIFIED that, pursuant to the Federal Rules of Civil Procedure, the plaintiff will take the video-taped 30(b)(6) deposition of the person or persons most knowledgeable as to the conduct of the Shareholder derivative suit, *Merck & Co., Inc. Securities Litigation in Re: MDL 1658*. Under Rule 30(b)(6) you are obligated to make the above designation.

The deponent(s) will produce and bring the following documents to the deposition:

1. All depositions taken in *Merck & Co., Inc. Securities Litigation in Re: MDL 1658*, including exhibits;

2. The contract between Merck & Co., Inc. and John Martin (investigator);

3. Documents reflecting reforms made on the basis on the John Martin investigation;

4. All written discovery in *Merck & Co., Inc. Securities Litigation in Re: MDL 1658*;

5. All information as to when Dr. Scolnick was issued stock or options and the dates upon which he sold that stock or options;

1

6. Any scientific or other evidence supporting the Naproxen cardio protective thesis supporting Merck's position in the derivative law suit.

The deposition will take place on March 21, 2013, beginning at 9:00 a.m., and continuing thereafter until complete, at Hyatt House Branchburg, 3141 U.S. 22, Branchburg, NJ, 08876. You are further advised that the deposition will be taken upon oral interrogatories before a certified shorthand reporter and videographer pursuant to and for the purposes permitted by the Federal Rules of Civil Procedure.

DATED this 4th day of March, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123


/S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ  08901


/S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500

**Attorneys for Plaintiff**

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF 30(b)(6) DEPOSITION** has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of March, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123