UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re:  VIOXX | * | MDL No. 1657 |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| *State of Montana v. Merck & Co., Inc.,* | * | JUDGE ELDON E. FALLON |
| 2:06-CV-04302 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>STATE OF MONTANA,WITNESS LIST</u>

Pursuant to Pretrial order No. 39C, the State of Montana hereby submits the following good faith fact witness list.

1. Peter Alberti

2. David Anstice

3. Christopher Assaid

4. Dr. Jerome Avorn

5. Raymond Bain

6. Eliav Barr

7. Susan Baumgartner

8. Lucience Beauchard

9. Gregory Bell

10. Mary Elizabeth Blake

11. Gilbert Block

12. David Blois

13. Thomas Bold

14.   Ned Braunstein

15.   Thomas Cannell

16.   Carolyn Cannuscio

17.   J. Martin Carroll

18.   Thomas Casola

19.   Joshua Chen

20.   Gregory Curfman, M.D.

21.   Brian Daniels

22.   Laura Demopolous

23.   Wendy Dixon

24.   Dr. Jeffrey Drazen

25.   James Dunn

26.   Elliott Ehrich

27.   Anthony Ford-Hutchinson

28.   Dr. James Fries

29.   Barry Gertz

30.   Raymond Gilmartin

31.   Dr. David Graham

32.   Douglas Greene

33.   Harry Guess

34.   Lawrence Hirsch

35.   Peter Honig

36.   Linda Hostelley

37.     Terry Jacklin

38.     Jo Jerman

39.     Peter Kim

40.     Greg Kulp

41.     Loren A. Laine

42.     Christopher Lines

43.     Charlotte McKines

44.     Briggs Morrison

45.     Thomas Musliner

46.     Michael Neesly

47.     Jennifer Ng

48.     Alan Nies

49.     Steven E. Nissen, M.D.

50.     John Oates

51.     Leonard Oppenheimer

52.     Dr. Wayne Ray

53.     Alise Reicin

54.     Scott Reines

55.     Nancy Santanello

56.     Adam Schecter

57.     Edward Scolnick

58.     Beth Seidenberg

59.     Deborah Shapiro

60.   Louis Sherwood

61.   Robert Silverman

62.   Leonard Silverstein

63.   Thomas Simon

64.   Eve Slater

65.   Daniel Solomon, M.D.

66.   Robert Steinbrook, M.D.

67.   Mark Stejbach

68.   Len Tacconi

69.   Eric Topol, M.D.

70.   Dr. Robert Utger

71.   Dr. Maria Villalba

72.   Hester Visser, MD

73.   Douglas Watson

74.   Jan Weiner

75.   Ellen Westrick

76.   George Williams

77.   Qin Fen Yu

78.   Merck Corporate Representative

**Montana Sales Representatives and Managers**

79.   Bart Aby

80.   Thomas Alan

81.   Brock Baker

82. Kara L. Beck

83. Jeffery R. Buydos

84. Mary E. Caracci

85. James L. Carter

86. Georiga Key Carton

87. Gina M. Christie

88. Ross M. Corson

89. Karelee M. Creek

90. Martin J. Daniels

91. Thomas M. Dean

92. Elizabeth Dougherty

93. Catherine Downes

94. Ben Ericksen

95. Rick L. Finley

96. Regena R. Foster

97. James J. Galeota

98. Daniel Gardner

99. Robert J. Gaudin

100. Jolene E. George

101. Pamela Graham

102. Ward T. Grant

103. Cary Green

104. Linda Dell Grissom

105.   James D. Hamilton

106.   Susan B. Haskell

107.   Kurt J. Hathaway

108.   Jamie Widmann Horn

109.   Angelita Horton

110.   Douglas Janachek

111.   Kevin Kindel

112.   Mark J. Lamoreux

113.   Jill Susan Lane

114.   June Ann Lederer

115.   Tara M. Leonard

116.   Michele M. Lepper

117.   Brian K. Macdonald

118.   Randy Mitchell

119.   Kenneth Moore

120.   Andre Moxie

121.   John B. Murnane

122.   Robert J. Nagy

123.   Sherri L. Nassar

124.   Todd M. Neuville

125.   Janice Nissen

126.   Shaun J. Pichler

127.   Garth Quigley

128.   Derrick R. Romaelle

129.   Roy J. Saari

130.   Richard Scheben

131.   Graydon John Snapp

132.   Marmi M. Steel

133.   Laurie D. Stupakis

134.   Molly M. Taylor

135.   Gregory G Thompson

136.   Jay W. Tischendorf

137.   Brian J. Topel

138.   Elizabeth Weber

139.   Additional Merck personnel who had responsibility for the promotion of Vioxx in Montana.  Because discovery is ongoing, Montana will amend this list in good faith as discovery proceeds.

140.   Healthcare providers in Montana who received information from Merck regarding Vioxx.  Because discovery is ongoing, Montana will amend this list in a good faith as discovery proceeds.

141.   Any witnesses whose testimony may be necessary for the purposes of authentication of any report, document or other writing.

142.   Any witness necessary for rebuttal or impeachment.

143.   Any and all individuals identified in any interrogatory, request for production, other written request, or deposition who may possess discoverable or admissible information or testimony.

144.    Any witness contained in any witness list served by the defendants and not objected to by Montana.

145.    Any witness subpoenaed in this case and not objected to by Montana.

146.    Expert witnesses will be identified pursuant to Pretrial Order No. 39C.

147.    Montana reserves the right to amend this list as discovery proceeds and as justice may require.

148.    Representative(s) of the State of Montana.

149.    Montana reserves the right to play video of depositions at trial of witnesses who have been or will be deposed before trial.

Respectfully submitted this 4th day of March, 2013.


                                                    /s/ Brian M. Vines
                                                    Brian M. Vines
                                                    Attorney for Plaintiff

OF COUNSEL:

Kelley N. Hubbard, Esquire
Assistant Attorney General
Post Office Box 201401
Helena, Montana 59620-1401
Telephone: 406/444-2026

Scott A. Powell, Esquire
Don McKenna, Esquire
Matthew C. Minner, Esquire
Brian M. Vines, Esquire
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Telephone: 205/328-5330

William A. Rossbach, Esquire
Rossbach Hart, PC
401 North Washington Street

Missoula, Montana 59807
Telephone: 406/543-5156

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Plaintiff's, State of Montana, Witness List has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 4th day of March, 2013.

/s/ Brian M. Vines
Brian M. Vines
ASB-4419-R77V
Attorney for Plaintiff
Hare, Wynn, Newell & Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama  35203
Telephone: 205/328-5330
Facsimile: 205/324-2165
bvines@hwnn.com