## Exhibit A

## Fact Witnesses

### Merck Witnesses

Merck witnesses may be contacted only through Merck's counsel of record.

    David Abrahamson
    Merck Sharp & Dohme Corp.
    351 N. Sumneytown Pike
    North Wales, PA  19454-2505

    Eliav Barr
    Merck Sharp & Dohme Corp.
    351 N. Sumneytown Pike
    North Wales, PA  19454-2505

    Dr. Gil Block
    c/o Richard L. Josephson
    Baker Botts L.L.P.
    One Shell Plaza
    910 Louisiana Street
    Houston, TX  77002

    Ned Braunstein
    Merck Sharp & Dohme Corp.
    351 N. Sumneytown Pike
    North Wales, PA  19454-2505

    Allan Goldberg
    Merck Sharp & Dohme Corp.
    351 N. Sumneytown Pike
    North Wales, PA  19454-2505

    Briggs Morrison
    c/o Richard L. Josephson
    Baker Botts L.L.P.
    One Shell Plaza
    910 Louisiana Street
    Houston, TX  77002

    Alise Reicin
    Merck Sharp & Dohme Corp.
    126 E. Lincoln Avenue
    Rahway, NJ  07065

Nancy Santanello
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Adam Schechter
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Dr. Tom Simon
c/o Richard L. Josephson
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002

Scott Summers
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Douglas Watson
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

**State of Alaska Witnesses**

    David Campana
    Medicaid Pharmacy Program Director

    Joel Gilbertson
    DHSS Deputy Commissioner

    Representative of the Plaintiff or Anyone Identified through Discovery
    State of Alaska

**Third Party Witnesses**

    Custodian of Records
    First Health Services Corporation

    Custodian of Records
    Magellan Medicaid Administration, Inc.

    Terry Babb
    First Health Services Corporation

    Charles Baker
    First Health Services Corporation

    Barbara Dowd
    First Health Services Corporation

    Sandy Kapur
    First Health Services Corporation

    Carol Perkins
    First Health Services Corporation

    Physicians practicing within the State of Alaska