UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| State of Mississippi | * | JUDGE ELDON E. FALLON |
| v. | * | MAGISTRATE JUDGE KNOWLES |
| Merck, et al. | * | |
| No. 05-6755 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MERCK SHARP & DOHME CORP.'S FACT WITNESS LIST**

TO:   Plaintiff, by and through its attorney of record, Sheila Bossier, Bossier & Associates, PLLC, 1520 N. State Street, Jackson, MS 39202.

COMES NOW, MERCK SHARP & DOHME CORP. ("Merck") and serves this Fact Witness List pursuant to the Federal Rules of Civil Procedure and Pretrial Order No. 39C. Merck's potential fact witnesses are disclosed in the attached exhibit. (Ex. A.) Merck is unable to submit a complete and accurate list of potential fact witnesses because, despite repeated promises to do so, the State of Mississippi has failed to produce all relevant documents and adequate interrogatory responses that might identify additional witnesses with relevant knowledge of the facts in this case. Several of these issues are the subject of a pending Motion to Compel. Thus, Merck expressly reserves the right to amend the attached list of potential fact witnesses after the State of Mississippi complies with its discovery obligations. Further, third party productions remain outstanding that could identify additional witnesses with relevant knowledge of the facts in this case. This list may be amended should any new individuals be

identified in the course of discovery.  Merck incorporates by reference any witnesses whose depositions are taken in this matter between the date of filing of this list and trial.  Merck reserves the right to play video of fact witnesses that have been deposed or will be deposed prior to trial.  Merck also reserves the right to call as a witness any fact witness designated by the State of Mississippi and any custodian of documents and/or witnesses required to authenticate documents, including business records, medical records, or other records whose admissibility is disputed by any party.

Respectfully submitted,

BAKER BOTTS L.L.P.

*/s/Richard L. Josephson*
Richard L. Josephson
State Bar No. 11031500
Federal Bar No. 04614
910 Louisiana Street
Houston, Texas 77002
Telephone:  (713) 229-1234
Facsimile:  (713) 229-1522

ATTORNEYS FOR MERCK SHARP & DOHME CORP.

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone:  (504) 581-3200
Facsimile: (504) 581-3361

DEFENDANTS' LIAISON COUNSEL

2

1119328v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MERCK SHARP & DOHME CORP.'S FACT WITNESS LIST has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of March, 2103.

                                              */s/ Dorothy H. Wimberly*
                                              Dorothy H. Wimberly

1119328v1