**Exhibit A**

**Fact Witnesses**

**Merck Witnesses**

Merck witnesses may be contacted only through Merck's counsel of record.

> David Abrahamson
> Merck Sharp & Dohme Corp.
> 351 N. Sumneytown Pike
> North Wales, PA  19454-2505
>
> Eliav Barr
> Merck Sharp & Dohme Corp.
> 351 N. Sumneytown Pike
> North Wales, PA  19454-2505
>
> Dr. Gil Block
> c/o Richard L. Josephson
> Baker Botts L.L.P.
> One Shell Plaza
> 910 Louisiana Street
> Houston, TX  77002
>
> Ned Braunstein
> Merck Sharp & Dohme Corp.
> 351 N. Sumneytown Pike
> North Wales, PA  19454-2505
>
> Allan Goldberg
> Merck Sharp & Dohme Corp.
> 351 N. Sumneytown Pike
> North Wales, PA  19454-2505
>
> Briggs Morrison
> c/o Richard L. Josephson
> Baker Botts L.L.P.
> One Shell Plaza
> 910 Louisiana Street
> Houston, TX  77002
>
> Alise Reicin
> Merck Sharp & Dohme Corp.
> 126 E. Lincoln Avenue
> Rahway, NJ  07065

1119330v1

Nancy Santanello
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Adam Schechter
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Dr. Tom Simon
c/o Richard L. Josephson
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002

Scott Summers
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Douglas Watson
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

**State of Mississippi Witnesses**

    **Mississippi State Health Plan:**

        Therese Hanna
        State Insurance Administrator, Office of Insurance

        Richard Self
        Finance Director, Office of Insurance

        Gary Anderson
        Chairman of State and School Employees Health Insurance Board

        Margaret Hill
        Chairman of State and School Employees Health Insurance Board

        Col. J.K. Stringer, Jr.
        Chairman of State and School Employees Health Insurance Board

        Teresa Planch/Malone
        Director of Operations, Office of Insurance

        Edie Mills-Cox
        Benefits Director, Office of Insurance

        Steven May
        Analyst, Office of Insurance

        Representative of the Plaintiff or Anyone Identified through Discovery
        State of Mississippi

    **Mississippi Medicaid**

        Jack Lee
        Pharmacy Director

        Rickey Mallory
        Pharmacy Director

        Judith Clark
        Pharmacy Director

        Bo Bowen
        Deputy Administrator for Health Services

Todd R. Barrett, R. Ph.

Myrna Alexander, M.D.

Representative of the Plaintiff or Anyone Identified through Discovery
State of Mississippi

**Third Party Witnesses**

       Custodian of Records
       Caremark/Advance PCS/PCS Health

       Custodian of Records
       Health Information Designs

       Custodian of Records
       Heritage Information Systems

       Michele S. Gubka
       PCS Healthcare/Advance PCS

       Andrea Dewey
       PCS Healthcare/Advance PCS

       Merilee Babcock
       PCS Healthcare/Advance PCS

       Cheryl Mokry
       PCS Healthcare/Advance PCS

       Shannon Newman
       PCS Healthcare/Advance PCS

       Derek Orton
       PCS Healthcare/Advance PCS

       Roxane Mulenex
       PCS Healthcare/Advance PCS

       Merilee McLaughlin
       PCS Healthcare/Advance PCS

       Samuel Warman
       Health Information Designs

       Craig Atkins
       Health Information Designs

       Laura Newman
       Health Information Designs

       Pam DeRuiter
       Health Information Designs

Clifton Osborn
Heritage Information Systems

Deborah Minor
Heritage Information Systems

Dr. Mike Vinson
Mississippi College of Pharmacy

Witnesses identified in Mississippi's discovery responses to date or to be identified by Mississippi

Physicians practicing within the State of Mississippi

1119330v1