UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| *State of Montana ex rel Steve Bullock* | * | JUDGE ELDON E. FALLON |
| *v.* | * | MAGISTRATE JUDGE KNOWLES |
| *Merck Sharp & Dohme Corp.* | * |  |
| Case No. 06-4302 | * |  |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### MERCK SHARP & DOHME CORP.'S FACT WITNESS LIST

TO:   Plaintiff, by and through its attorneys of record, William A. Rossbach, Rossbach Hart, PC, 401 North Washington, Box 8988, Missoula, Montana 59807 and Scott Powell, Don McKenna, Brian M. Vines, Hare, Wynn, Newell and Newton, LLP, 2025 3rd Ave. North; Suite 800, Birmingham, Alabama 35203..

COMES NOW, MERCK SHARP & DOHME CORP. ("Merck") and serves this Fact Witness List pursuant to the Federal Rules of Civil Procedure and Pretrial Order No. 39C. Merck's potential fact witnesses are disclosed in the attached exhibit. (Ex. A.) Merck is unable to submit a complete and accurate list of potential fact witnesses because discovery is ongoing. This list may be amended should any new individuals be identified in the course of discovery. Merck incorporates by reference any witnesses whose depositions are taken in this matter between the date of filing of this list and trial. Merck reserves the right to play video of fact witnesses that have been deposed or will be deposed prior to trial. Merck also reserves the right to call as a witness any fact witness designated by the State of Montana and any custodian of

documents and/or witnesses required to authenticate documents, including business records, medical records, or other records whose admissibility is disputed by any party.

        Respectfully submitted,

        BAKER BOTTS L.L.P.

        */s/Richard L. Josephson*
        Richard L. Josephson
        State Bar No. 11031500
        Federal Bar No. 04614
        910 Louisiana Street
        Houston, Texas 77002
        Telephone:  (713) 229-1234
        Facsimile:  (713) 229-1522

        ATTORNEYS FOR MERCK SHARP & DOHME CORP.

        */s/ Dorothy H. Wimberly*
        Phillip A. Wittmann, 13625
        Dorothy H. Wimberly, 18509
        Stone Pigman Walther Wittmann L.L.C.
        546 Carondelet Street
        New Orleans, LA 70130
        Telephone:  (504) 581-3200
        Facsimile: (504) 581-3361

        DEFENDANTS' LIAISON COUNSEL

1119332v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MERCK SHARP & DOHME CORP.'S FACT WITNESS LIST has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of March, 2013.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly

1119332v1

1119332v1