**Exhibit A**

**<u>Fact Witnesses</u>**

**<u>Merck Witnesses</u>**

Merck witnesses may be contacted only through Merck's counsel of record.

    David Abrahamson
    Merck Sharp & Dohme Corp.
    351 N. Sumneytown Pike
    North Wales, PA  19454-2505

    Eliav Barr
    Merck Sharp & Dohme Corp.
    351 N. Sumneytown Pike
    North Wales, PA  19454-2505

    Dr. Gil Block
    c/o Richard L. Josephson
    Baker Botts L.L.P.
    One Shell Plaza
    910 Louisiana Street
    Houston, TX  77002

    Ned Braunstein
    Merck Sharp & Dohme Corp.
    351 N. Sumneytown Pike
    North Wales, PA  19454-2505

    Allan Goldberg
    Merck Sharp & Dohme Corp.
    351 N. Sumneytown Pike
    North Wales, PA  19454-2505

    Briggs Morrison
    c/o Richard L. Josephson
    Baker Botts L.L.P.
    One Shell Plaza
    910 Louisiana Street
    Houston, TX  77002

    Alise Reicin
    Merck Sharp & Dohme Corp.
    126 E. Lincoln Avenue
    Rahway, NJ  07065

Nancy Santanello
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Adam Schechter
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Dr. Tom Simon
c/o Richard L. Josephson
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002

Scott Summers
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Douglas Watson
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

**State of Montana Witnesses**

Gail Gray
Director of Montana DPHHS

John Chappuis
State Medicaid Director

Chuck Hunter
State Medicaid Administrator

Dorothy Poulson
Pharmacy Program Officer

Shannon Marr
Pharmacy Program Officer

Duane Preshinger
Medicaid Systems Support Director

Dan Peterson
Acute Services Bureau Chief

Mary Dalton
Medicaid and Health Services Branch Manager

Custodian of Records
Department of Public Health and Human Services

Representative of the Plaintiff or Anyone Identified through Discovery
State of Montana

**Third Party Witnesses**

Custodian of Records
University of Montana School of Pharmacy

Cathy Bartels
University of Montana
Due Care Board Representative

Custodian of Records
ACS Government Healthcare Solutions

Brian Haw
ACS Government Healthcare Solutions

David Meadows
ACS Government Healthcare Solutions

Custodian of Record
Mountain Pacific Quality Health

Mark Eichler
Mountain Pacific Quality Health

Due Care Board Members

Lee Ann Bradley

Sherrill Brown

Bill Burton

Carla Cobb

Dee Dee Cress

Jim Crichton

Lori Fitzgerald

Ann Gidel

V. Lee Harrison

Stephen S. Nagy

1119335v1

Richard Sargent

Other Third Parties

Physicians practicing within the state of Montana

1119335v1