PIKE CIRCUIT COURT
35TH JUDICIAL CIRCUIT
DIVISION II



Case No. 04-CI-01493

JAMES RATLIFF, On Behalf Of Himself
and All Others Similarly Situated
                      PLAINTIFFS

V.        ORDER OVERRULING MOTION
        OF DEFENDANTS FOR SUMMARY JUDGMENT

MERCK & COMPANY, INC.                  DEFENDANT

\* \* \* \* \* \* \* \*

The Defendant, Merck & Company, Inc. ("Merck"), having moved the Court for Summary Judgment with respect to the claims of the Plaintiff, James Ratliff ("Ratliff"), and the Court having considered said Motion, having reviewed the record, and having heard arguments of counsel, and being duly and sufficiently advised,

IT IS ORDERED AND ADJUDGED that the Motion for Summary Judgment of the Defendant Merck should be, and hereby is, denied in all respects.

Done this 1st day of April, 2010.

                                STEPHEN D. COMBS, JUDGE
                                PIKE CIRCUIT COURT

**EXHIBIT B**

TENDERED BY:

_____
RICHARD A. GETTY
   and
JOE F. CHILDERS
GETTY & CHILDERS, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909

COUNSEL FOR PLAINTIFFS
JAMES RATLIFF, ON BEHALF OF
HIMSELF AND ALL OTHERS SIMILARLY
SITUATED

## CLERK'S CERTIFICATE OF SERVICE

A copy of the foregoing Order Overruling Motion of Defendants for Summary Judgment was mailed, postage prepaid, to the following on this the ___2___ day of ___April___, 2010:

Richard A. Getty, Esq.
   and
Joe F. Childers, Esq.
Getty & Childers, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507

Susan J. Pope, Esq.
Frost Brown Todd, LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507-1749

_____
CLERK, PIKE CIRCUIT COURT

ragpld3193



**PIKE CIRCUIT COURT**
**35TH JUDICIAL CIRCUIT**
**DIVISION II**

Case No. 04-CI-01493

| | |
|---|---|
| **JAMES RATLIFF, On Behalf Of Himself and All Others Similarly Situated** | **PLAINTIFFS** |
| V.   **ORDER CERTIFYING CLASS ACTION** | |
| **MERCK & COMPANY, INC.** | **DEFENDANT** |

\* \* \* \* \* \* \* \*

The Plaintiff, James Ratliff ("Ratliff"), through counsel, having moved the Court to certify this action as a Class Action pursuant to Rules 23.01 and 23.02(c) of the Kentucky Rules of Civil Procedure, and the Court having heard arguments of counsel for Ratliff and counsel for the Defendant, Merck & Company, Inc. ("Merck"), and being duly and sufficiently advised,

IT IS ORDERED AND ADJUDGED that the Motion of the Plaintiff Ratliff to certify this action as a Class Action pursuant to Rules 23.01 and 23.02(c) should be, and hereby is, granted; and

IT IS FURTHER ORDERED AND ADJUDGED that this action is certified as a Class Action with such Class being comprised of all Kentucky residents who have purchased and taken VIOXX during the period of May 1999 through September 30, 2004 and who, upon recommendation and advice of the FDA and Merck have or will contact physicians to seek advice regarding their VIOXX use; and



IT IS FURTHER ORDERED AND ADJUDGED that counsel for the Plaintiff Class shall prepare and provide to the Court the form of a proposed Notice of Class Certification to be disseminated to potential members of the Class now certified by the Court.

Done this 1st day of April, 2010.

_____
STEPHEN D. COMBS, JUDGE
PIKE CIRCUIT COURT

TENDERED BY:

_____
RICHARD A. GETTY
    and
JOE F. CHILDERS
GETTY & CHILDERS, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909

COUNSEL FOR PLAINTIFFS
JAMES RATLIFF, ON BEHALF OF
HIMSELF AND ALL OTHERS SIMILARLY
SITUATED

## CLERK'S CERTIFICATE OF SERVICE

A copy of the foregoing Order Certifying Class Action was mailed, postage prepaid, to the following on this the ___2___ day of ___April___, 2010:

Richard A. Getty, Esq.
     and
Joe F. Childers, Esq.
Getty & Childers, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507

Susan J. Pope, Esq.
Frost Brown Todd, LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507-1749

_____
CLERK, PIKE CIRCUIT COURT

ragpld3192

3