# Supreme Court of Kentucky

2012-SC-000162-D
(2011-CA-000234)

JAMES RATLIFF, ON BEHALF　　　　　　　　　　　　　　　　　MOVANTS
OF HIMSELF AND ALL OTHERS
SIMILARLY SITUATED

V.　　　　　　　　　　　　PIKE CIRCUIT COURT
　　　　　　　　　　　　　　2004-CI-01493

MERCK & COMPANY, INC.　　　　　　　　　　　　　　　　　　RESPONDENT

## ORDER GRANTING DISCRETIONARY REVIEW

The motion for review of the decision of the Court of Appeals is granted.

The Clerk of the Court of Appeals is directed to transfer to the Clerk of the Supreme Court the entire record in this proceeding.

Further briefing shall proceed in conformity with CR 76.12, the appellant's brief to be filed within sixty (60) days of the entry of this order.

Schroder, J., not sitting.

ENTERED: November 14, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF JUSTICE

**EXHIBIT E**