COMMONWEALTH OF KENTUCKY
PIKE CIRCUIT COURT
DIVISION NO. II

ACTION NO. 04-CI-01493

JAMES RATLIFF, ON BEHALF
OF HIMSELF AND ALL OTHERS
SIMILARLY SITUATED                                          PLAINTIFFS

VS.                          ORDER

MERCK AND COMPANY, INC.                                      DEENDANT

****

      Plaintiff's Motion Seeking Entry of Second Amended Order Certifying Class is hereby **DENIED** as the above Action is on Appeal to the Kentucky Supreme Court.

      This 16th day of January, 2013.

_____ JUDGE

CERTIFICATION:

      I certify a true copy of the foregoing Order has been mailed to all attorneys and/or parties of record on this 17 day of _____, 2013.

ANNA G. PINSON, CLERK
PIKE CIRCUIT COURT

BY: _____ D.C.

ENTERED
ANNA G. PINSON, CLERK
JAN 17 2013
BY: _____ D.C.

**EXHIBIT M**