UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| State of Utah | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE KNOWLES |
| Merck Sharp & Dohme Corp. | |
| Civil Action No. 2:06-cv-09336 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S SECOND SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 8 OF DEFENDANT'S SECOND SET OF INTERROGATORIES TO PLAINTIFF

Plaintiff hereby submits their second supplemental answer to interrogatory no. 8 as follows.

**Interrogatory Number 8:**    Identify all individuals allegedly injured by Vioxx for whom you claim the Government Health Program provided reimbursement, the nature of the individual's injury, the treatment for the individual's alleged injury and the date of the alleged injury (as modified by the Court).

**Second Supplemental Answer:**

Responding in more detail Utah provides an additional report from expert H. Dennis Tolley, Ph.D. *See* Exhibit A attached hereto.

DATED this _____ day of March, 2013.

1

_____/S/_____

Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123


_____/S/_____

Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ  08901


_____/S/_____

Richard W. Schulte (Ohio Bar No. 0066031)
Wright & Schulte LLC
812 East National Road, Suite A
Vandalia, Ohio 45377

**_Attorneys for Plaintiff_**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFF'S SECOND

SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 8 OF DEFENDANT'S SECOND

SET OF INTERROGATORIES TO PLAINTIFF has been served on Liaison Counsel, Russ

Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and

e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve

Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically

filed with the Clerk of Court of the United States District Court for the Eastern District of

Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord

with the procedures established in MDL 1657 on this _5th_ day of March, 2013.

_____/S/_____
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123

# EXHIBIT A

*Priviledged Consultant/Attorney Communication*

# Embolism Incidence Rates Among Vioxx Users: Utah Medicaid Claims Data

4 March 2013

H. Dennis Tolley, PhD, ASA

## 1   Summary

This report presents a comparison of the incidence rates of ICD-9 453, Venous Embolism and Thrombosis, for Vioxx patients relative to matched non-Vioxx patients in the Utah Medicaid claims data. The hypothesis that Vioxx could be correlated with this type of event was not identified in our previous analysis. This hypothesis was initiated by a question from a legal firm that had no detailed knowledge of the Utah Medicaid data file. Therefore the formulation of this hypothesis appears completely independent of the information contained in the Utah Medicaid claims data.

The conclusions of the analysis are the following:

1. The incidence of ICD-9 453 events after initiation of Vioxx was 33 for Vioxx users who had experienced a CVD event prior to Vioxx initiation compared to 16 matched non-Vioxx user patients. This is statistically significantly higher for Vioxx users. (p-value < 0.01).

2. The incidence of ICD-9 453 events after initiation of Vioxx was 147 for Vioxx users who *have not* experienced a CVD event prior to Vioxx initiation compared to 17 matched non-Vioxx user patients. This is statistically significantlyhigher for Vioxx users. (p-value < 0.01).

3. The relative risk for an ICD-9 453 event among Vioxx users with a CVD history is 1.89.

4. The relative risk of an ICD-9 453 event among Vioxx users with NO history of CVD is 7.50.

5. A repeated matched sample of non-Vioxx users to Vioxx users using a less stringent matching criteria resulted in the same statistical conclusions with relative risks of 2.11 and 2.16 respectively for the CVD history and No CVD history groups.

6. The increase in relative risk was evident (statistically) within the first six months of Vioxx use but did not continue to increase with longer use of Vioxx.

# 2    The Matched Cohort

## 2.1    Critical Events

The first step in comparing incidence rate of ICD9 453 events is to define a comparison group. According to the literature, there are certain health events for which the risk is increased by taking Vioxx. These are listed by ICD9 codes for physician diagnosis in Table 1.

Table 1: ICD9 codes for a critical cardiovascular event for the Utah Vioxx study.

| ICD9 | Description of diagnosis |
|------|--------------------------|
| 402 | Hypertension. |
| 410-410.x | Acute MI |
| 411 | Acute Ischemic heart disease. |
| 411.1 | Unstable Angina. |
| 413, 413.1, 413.9 | Angina. |
| 415.1 | Pulmonary Embolism. |
| 428.1 | Pulmonary edema. |
| 428-428.x | Heart Failure. |
| 434, 434.0 | Occlusion of Cerebral Arteries. |
| 433, 433.1, 433.2 | Occlusion of precerebral arteries. |
| 433.3, 433.8, 433.9 | Occlusion of precerebral arteries. |

The increased relative risk (denoted $RR$) of a critical cardiovascular event following Vioxx use has been reported in several studies. An overall summary of these results was determined by averaging the results of 40 randomized clinical trials.[1] For critical events listed in Table 1, this meta analysis estimated the relative risk for clients with no previous critical caridiovascular event to be $RR = 2.90$ after 18 months of Vioxx use. This means that a patient with no previous history of a critical cardiovascular event that has taken Vioxx for 18 months will be 2.9 times more likely to have a critical cardiovascular event in the future than would have been had the patient not taken any Vioxx.

The literature reports that for patients with a history of a critical cardiovascular event prior to Vioxx, the relative risk of a subsequent critical cardiovascular event is $RR = 1.63$ within 39 days of Vioxx![2]

However, I have not included in this group venous embolisms and thrombosis events (ICD-9 453). To exam such events I first divide the group of Vioxx users based on the above observations. Specifically, I define Group I as those patients for which we have record of at least one of the events listed in Table 1 prior to

---

[1]Zhang, J., Ding, E.L., and Song, Y. (2006). Adverse effects of Cyclooxygenase 2 Inhibitors on Renal and Arrhythmia Events: Meta-analysis of Randomized Trials. *JAMA 296*, E1-E14.

[2]Gislason, G.H., et al (2006) Risk of Death or Reinfarction Associated with the Use of Selective Cyclooxygenase-2 Inhibitors and Nonselective Nonsterioidal Antiinflammatory Drugs After Acute Myocardial Infarction. *Circulation 113*, 2906-13.

Vioxx date. Patients in Group II are those Vioxx users who do not have any
record of an event from Table 1 prior to initiation of Vioxx.

## 2.2   Matching

To compare with non-Vioxx users I construct a cohort of patients as similar to
the Vioxx patients as possible as follows. Each Vioxx patient is first classified
into either of Group I or Group II and then matched to a Medicaid eligible
individual for whom we have no record of taking Vioxx. An individual is chosen
as a *potential* match for a Vioxx patient in Group II if the individual satisfies
the following criteria:

1. Both the paient and the potential match have Medicaid health care costs
   in the year prior to the Vioxx date[3] of at least $100. This is to assure that
   we have some prior history of the patient.

2. Both the patient and the potential match have the same gender and same
   age within 5 years at the Vioxx date(s).

3. Propensity scores of the patient and the potential match agree within 0.02
   points. The propensity score was determined using a logistic regression to
   determine the likelihood an individual would be prescribed Vioxx. (See
   Appendix A: Matching Vioxx Patients)

4. The patient and the potential match have the same nursing home status
   at Vioxx date. That is, either both are in nursing homes, or both are not.

5. The patient and the potential match have previous year's Medicaid reim-
   bursed amounts within $400 of each other.[4] Prior year health care costs
   are used as a measure of health at Vioxx date. Patients in poorer health
   will presumably have greater Medicaid expenses in the year prior to the
   Vioxx date.

6. The patient and the potential match either both receive care from an
   HMO or both receive care under fee for service plan at Vioxx date.

7. The match must not have had an event indicated in Table 1 prior to Vioxx
   date.[5]

---

[3]For patients taking Vioxx the "Vioxx date" is the date that the patient initiated Vioxx
as recorded in the Medicaid file. For matches the Vioxx date is the closest date to the Vioxx
date of the patient at which the potential match meets the matching criteria. (See Appendix
A, Section 2.4 for more details on Vioxx date.)

[4]Since the patient and matches are essentially over the same interval of time we did not
adjust previous year's costs for medical inflation.

[5]Note that the determination of prior history is based only on the data in the Medicaid
file. Patients and potential matches having an event not recorded in the Medicaid claims
data file will be classified without using this (unknown) information.

3

8. The patient and the potential match must have a similar pattern of health care need for musculoskeletal visits (ICD-9 codes 710-739).[6] The Vioxx patient and the potential match are assumed to have similar patterns in this criterion if both are in the same utilization group where the three utilization groups are defined as follows:

   (a) No visits in year preceding Vioxx date for ICD-9 codes 710-739.
   (b) One or two visits in year preceding Vioxx date for ICD-9 codes 710-739.
   (c) Three or more visits in year preceding Vioxx date for ICD-9 codes 710-739.

Matches for Group I are the same as Group II except for item 7.  Group I patients and potential matches must both have a critical cardiovascular event (Table 1) prior to the Vioxx date, as recorded in the Medicaid claims data file.

For each Vioxx patient a match was chosen at random from the list of potential matches. This matching was done for the patients taking Vioxx.  Not all Vioxx patients could be matched.  Of the $11,385$ Vioxx patients we matched 3802 patients. Of these, 3147 had no history of a critical cardiovascular event prior to initiation of Vioxx as far as the Medicaid data file indicated, and 655 patients did have a history of a CVD event in the Medicaid file prior to initiating Vioxx.  This leaves 7583 patients who were not in the matched set.

# 3   Results

The results are summarized in Table 2 for Group I and Table 3 for Group II. These tables give the count of the number of pairs in each of the four categories:

1. Vioxx patient had an ICD-9 453 event after initiation of Vioxx as recorded in the Medicaid claims data file and the match did not.

2. Vioxx patient did not have an ICD-9 453 event after Vioxx initiation but match did have at least one event after the Vioxx date.

3. Neither the Vioxx patient nor the match had an ICD-9 453 event after Vioxx date.

4. Both the Vioxx patient and the match had an ICD-9 453 event after the Vioxx date.

Table 4 gives the Chi-square test of whether or not the Vioxx patients have a statistically higher likelihood of having an ICD9 453 event relative to their matches. If this value is greater than 3.86, it indicates that the Vioxx patient

---

[6]This criterion is included since apparently one of the principle reasons people take Vioxx is for musculoskeletal pain relief. By including this criterion we avoid anti-selection in matching where the matches represent a different sub-population than the Vioxx users.

Table 2: Concordance/Discordance table for ICD9 453 incidence for Group I: CVD History.

| Description | Count |
|---|---|
| Patient had, Match did not | 33 |
| Patient did not, Match had | 16 |
| Neither had | 603 |
| Both had | 3 |
| TOTAL | 655 |

Table 3: Concordance/Discordance table for ICD9 453 incidence for Group II: NO CVD History.

| Description | Count |
|---|---|
| Patient had, Match did not | 147 |
| Patient did not, Match had | 17 |
| Neither had | 2980 |
| Both had | 3 |
| TOTAL | 3147 |

have a statistically higher likelihood of an ICD9 453 event ($\alpha = 0.05$). We see that for both Group I and for Group II, there is statistical evidence that the Vioxx patients have a higher likelihood of an ICD-9 453 event. Also included in Table 4 are the estimates of relative risk for the ICD-9 453 event. Both of these relative risks are statistically significantly greater than 1.0. Patients from Group II, the no history group, have a relative risk much higher than 2.0.

To confirm these results of an increased relative risk, the entire matching process was repeated as defined above with the exception that condition 8 was not used.[7] In this case we do not require that the potential matches have a musculoskeletal history prior to match date that is similar to the Vioxx patient. This allows 4990 matches as compared with 3802 matches when condition 8 is required. Details of this second match are given in the appendix. Table 5 lists the Chi-square and relative risks for this rematch.

---

[7]To do the rematch I drew a new, independent random preliminary sample and reconstructed the propensity score.

Table 4: Statistical Analysis of Concordance/Discordance and estimated Relative Risks (RR) for the matched cohort of 3802 Vioxx patients.

| Description | Chi Square | RR |
|-------------|-----------|------|
| Group I | 5.89 | 1.89 |
| Group II | 103.05 | 7.50 |

Table 5: Statistical Analysis of Concordance/Discordance and estimated Relative Risks (RR) for the rematch sample of 4990 Vioxx patients.

| Description | Chi Square | RR |
|-------------|-----------|------|
| Group I | 18.65 | 2.11 |
| Group II | 47.10 | 2.16 |

# Appendix A

# Matching Vioxx Patients

## A.1   Introduction

This appendix details the method of matching patients to non Vioxx users, including the criteria used to match, the statistics on the matched samples, and a description of those patients that we could not match.

## A.2   Matched Sample

### A.2.1   Overview

A patient is an individual who takes Vioxx as recorded in the Medicaid file. Vioxx is identified as one of the NDC codes listed in Table A.1. Selecting patients who do not use Vioxx[1] to match to patients who do take Vioxx (as recorded in the Medicaid file) consists of the several steps:

1. Obtain a preliminary, random sample of non-Vioxx users.

2. Determine a propensity score for prescription of Vioxx.

3. Develop criteria for matching.

4. Match patients with individuals in the preliminary sample using matching criteria described below.

---

[1]Vioxx use is determined using the Utah Medicaid claims file. If a patient does not receive a prescription of Vioxx as recorded in the claims file, then the patient is considered not to have used Vioxx. Patients using Vioxx prior to becoming Medicaid eligible but not using Vioxx after becoming eligible would be considered non users.

Table A.1: Vioxx NDC's

| NDC | Strength | Count |
|-----|----------|-------|
| 6007428 | 12.5MG | 22 |
| 6007431 | 12.5MG | 90 |
| 6007468 | 12.5MG | 6276 |
| 6011028 | 25MG | 65 |
| 6011031 | 25MG | 949 |
| 6011068 | 25MG | 52,794 |
| 6011082 | 25MG | 1742 |
| 6011431 | 50MG | 149 |
| 6011468 | 50MG | 7293 |
| 6378464 | 12.5MG/5ML | 23 |
| 6378564 | 25MG/5ML | 58 |
| Total | | 69,461 |

## A.2.2 Preliminary Sample

To determine a preliminary sample of clients who did not take Vioxx we first identified Vioxx use by the NDC code.

For each patient in the file that was identified as taking at least one dose of Vioxx we randomly selected three individuals that were the same gender and age (within 5 years). This assures that the non-Vioxx user sample will resemble the cohort of Vioxx users as far as distribution of age and gender are concerned.

## A.2.3 Propensity Score

One of the key components of matching individuals is to get some measure of similarity between individuals. The reason some people decide to take Vioxx and others do not could have a bearing on how much health care they seek. Consequently, we must determine some measure of similarity between individuals regarding Vioxx use and then use this measure of similarity to choose appropriate individuals to match with the patients. A propensity score is defined as the probability of receiving the treatment, in our case using Vioxx, conditional on the clinical covariates. By conducting comparisons in the outcome between patients and individuals with similar propensity scores, adjustment for potential confounders is made. That is, we choose individuals as matches for the patient who, based on their clinical data would have a similar probability of getting a Vioxx prescription as the client. However, they did not.

The propensity model for this study was based on the following clinical variables:

1. Age.

2. Gender.

3. Use of NSAID prescriptions (Y/N).

4. Use of Celecoxib prescriptions (Y/N).

5. Use of Valdecoxib prescriptions (Y/N).

6. Experienced which of the following procedures, listed by DRG: 115, 121, 122, 123, 127, 134, and/or 134.

7. Experienced which of the following procedures, listed by ICD9: 401, 402, 403,404, 405, 410, 411, 412, 413, 415, 428, 433, 434, 437, 514, 518, and/or 528.

8. Experience any DRG 316-333 event? (Y/N)

9. Experience any DRG 209-256 event? (Y/N)

10. Experience any of DRG 87-90 or ICD9 490-496 events? (Y/N)

11. Experienced any DRG 174-184, ICD9 530-537, ICD9 560-569 events? (Y/N).

12. Experienced any DRG 296-297, ICD9 260-279 events? (Y/N)

13. Experienced any event list in Table 2, below? (Y/N)

14. Experienced any ICD9 250-259.9? (Y/N)

15. Number of months in Nursing Home.

16. Total Medicaid expenses in preceding year.

Based on a fitted logistic model using the above variables, the probability of receiving a prescription of Vioxx was estimated. For each individual in the data file, either patient or potential match, this probability can be calculated using the values of the variables listed above for that individual. This is the propensity score.

### A.2.4  Vioxx Date

For each patient and each match a key date is the Vioxx date. For patients, the Vioxx date is the date at which the client begins to take Vioxx. For matches the date is more flexible. A match can "match-up" in a different year. The initial year that the match is "matched up" is the Vioxx date for that match. The characteristics must match when considered at the Vioxx date. For example, suppose that we have a 55 year old female who initiates Vioxx in 1999. Suppose that we find a match of a female who is 50 in 2000. This individual was too young in 1999, but if the match has the same propensity score and nursing home status in 2000 as the client in 1999 she is a possible match. Note that the year 2000 is the first year that the individual is within 5 years of the same age as the client at the client's Vioxx date. If this female is selected as a match, her

Vioxx date is 2000. To the extent possible the Vioxx date of the match is close to the Vioxx date of the client. A match "Vioxx date" must be between Jan 1, 1999 and 31 December 2004.

## A.2.5   Matching Criteria

We break the set of patients into two groups. Group I (the "with history" group) consists of those that initiate[2] Vioxx after they have experienced any critical cardiovascular event. Here a critical cardiovascular event is any episode of care where the ICD9 code for the episode is one of those listed in Table C.2. Group II ("w/o history" group) consists of those clients who take Vioxx without having experienced such an event previously. Patients who never experience such an event as determined from the Utah Medicaid data file are also in Group II. We treat these two groups separately.

An individual from the preliminary sample is chosen as a potential match for a Vioxx patient in Group II if the individual satisfies the following criteria:

1. Both the patient and the potential match have Medicaid health care costs in the year prior to the Vioxx date of at least $100.

2. Both the patient and the potential match have the same gender and same age within 5 years at the Vioxx date(s).

3. Propensity scores of the patient and the potential match agree within 0.02.[3]

4. The patient and the potential match have the same nursing home status at Vioxx date. That is, either both are in nursing homes, or both are not.

5. The patient and the potential match have previous year's Medicaid reimbursed amounts within $400 of each other.[4]

6. The patient and the potential match either both receive care from an HMO or both receive care under fee for service plan at Vioxx date.

7. The match must not have had an event indicated in Table 1 or Table 2 prior to Vioxx date. [5]

8. The patient and the potential match must have a similar pattern of health care need for musculoskeletal visits (ICD9 codes 710-739). Patterns are grouped into three groups:

---

[2]"Initiation" is determined by the Medicaid records only. If a patient has taken Vioxx that was not reimbursed by the Medicaid system, we will have no record of this.

[3]We also used a match criterion of 0.01 for the propensity score. This reduced the number of matches but gave the same results for per day costs.

[4]Since the patient and matches are essentially over the same interval of time we did not adjust for medical inflation.

[5]Note that the determination of prior history is based only on the data in the Medicaid file. Patients and potential matches having an event not recorded in the Medicaid claims data file will be classified without using this (unknown) information.

(a) No visits in year preceding Vioxx date.

(b) One or two visits in year preceding Vioxx date.

(c) Three or more visits in year preceding Vioxx date.

Table A.2: ICD9 codes for the Utah Vioxx study.

| ICD9 | Description of diagnosis |
|---|---|
| 402 | Hypertension. |
| 410-410.x | Acute MI |
| 411 | Acute Ischemic heart disease. |
| 411.1 | Unstable Angina. |
| 413, 413.1, 413.9 | Angina. |
| 415.1 | Pulmonary Embolism. |
| 428.1 | Pulmonary edema. |
| 428-428.x | Heart Failure. |
| 434, 434.0 | Occlusion of Cerebral Arteries. |
| 433, 433.1, 433.2 | Occlusion of precerebral arteries. |
| 433.3, 433.8, 433.9 | Occlusion of precerebral arteries. |

Matches for Group I are the same as Group II except for item 7. Group I patients and potential matches must both have an event from Table A.2 prior to the Vioxx date, as recorded in the Medicaid claims data file.

### A.2.6   Matching

Matches are selected from the list of potential matches for a patient by random selection. No individual in the preliminary sample can be matched to more than one patient.

### A.2.7   Similarity

The initial results of matching are given in Table A.3 which compares the average difference in age and the average difference in prior year costs (prior to Vioxx date).

As we see from this table, on the average the ages and prior year costs for the patients versus the matches are both close to zero (statistically nonsignificant at the $\alpha = 0.05$ level). The patients and the matches are identical on the other match variables. From the results in this table we conclude that the matching was successful in that the patients and matches are similar. Therefore we proceed to compare differences between Vioxx clients after initiation of Vioxx and their matches. The results of comparing the two samples are given in the text.

Table A.3: Age and Prior year cost differences (Patient minus Match) for the Utah Vioxx match study sample. Numbers in parentheses are 95% confidence intervals.

|                            | Group I              | Group II             |
|----------------------------|----------------------|----------------------|
| Number of Matched Pairs    | 655                  | 3147                 |
| Average Age Diff           | -0.10 yrs            | -0.39 yrs            |
| Std Dev of Age Diff        | 2.94 yrs             | 2.93 yrs             |
| 95% CI of Age Diff         | (-0.33, 0.13) yrs    | (-0.49,-0.29) yrs    |
| Ave Diff in Prior Year Costs | $-26.29            | $6.18                |
| Std Dev of Cost Diff       | $211.93              | $199.27              |
| 95% CI of Age Diff         | ($-42.85, $-9.73)    | ($-.92, $13.28)      |

## A.3   Rematching

The entire process beginning with the preliminary sample was repeated with an independent preliminary sample. However, in this second case condition 8 regarding similarity in musculoskeletal experience prior to the Vioxx date was not used. This resulted in an increase in the number of matches from 3802 to 4990. The concordance/discordance counts are given in Table A.4 and Table A.5.

Table A.4:  Concordance/Discordance table for ICD9 453 incidence for Group I: CVD History.

| Description                 | Count |
|-----------------------------|-------|
| Patient had, Match did not  | 92    |
| Patient did not, Match had  | 42    |
| Neither had                 | 989   |
| Both had                    | 3     |
| TOTAL                       | 1126  |

Table A.6 gives a comparison of the Vioxx patient groups with the matching groups. As we see from this table, on the average the ages and prior year costs for the patients versus the matches are both close to zero (statistically nonsignificant at the $\alpha = 0.05$ level). The patients and the matches are identical on the other match variables. From the results in this table we conclude that the matching was successful in that the patients and matches are similar. Therefore we proceed to compare differences between Vioxx clients after initiation of Vioxx and their matches.

We now proceed with the concordance/discordance analysis of this new rematched cohort. Table A.7 and Table A.8 give the counts for each combination of outcomes for the matched pairs. The counts are somewhat higher, partly

Table A.5: Concordance/Discordance table for ICD9 453 incidence for Group II: NO CVD History.

| Description | Count |
|---|---|
| Patient had, Match did not | 219 |
| Patient did not, Match had | 97 |
| Neither had | 3523 |
| Both had | 8 |
| TOTAL | 3847 |

Table A.6: Age and Prior year cost differences (Patient minus Match) for the Utah Vioxx match study sample. Numbers in parentheses are 95% confidence intervals.

|  | Group I | Group II |
|---|---|---|
| Number of Matched Pairs | 1131 | 3859 |
| Average Age Diff | 0.03 yrs | -0.03 yrs |
| Std Dev of Age Diff | 3.20 yrs | 3.18 yrs |
| 95% CI of Age Diff | (-0.16, 0.22) yrs | (-0.13,0.07) yrs |
| Ave Diff in Prior Year Costs | $12.40 | $-4.43 |
| Std Dev of Cost Diff | $225.80 | $226.94 |
| 95% CI of Age Diff | ($-1.02, $25.83) | ($-11.73, $2.88) |

because the number of matches in this matched cohort is larger. Also note that the matches for this rematch are chosen independently of the match reported in the text. However, the results are similar.

Table A.9 gives the Chi-square test of whether or not the Vioxx patients have a statistically higher likelihood of having an ICD9 453 event relative to their matches. If this value is greater than 3.86, it indicates that the Vioxx patient have a statistically higher likelihood of an ICD9 453 event ($\alpha = 0.05$). We see that for both Group I and for Group II, there is statistical evidence that the Vioxx patients have a higher likelihood of an ICD-9 453 event in the rematch sample. Also included in Table A.9 are the estimates of relative risk for the ICD-9 453 event. Note that both groups have relative risks greater than 2.0.

To compare, Table A.10 gives the Chi-square statistics and the relative risks for the original sample.

Table A.7: Concordance/Discordance table for ICD9 453 incidence for Group I: CVD History.

| Description | Count |
|---|---|
| Patient had, Match did not | 92 |
| Patient did not, Match had | 16 |
| Neither had | 989 |
| Both had | 3 |
| TOTAL | 1126 |

Table A.8: Concordance/Discordance table for ICD9 453 incidence for Group II: NO CVD History.

| Description | Count |
|---|---|
| Patient had, Match did not | 219 |
| Patient did not, Match had | 97 |
| Neither had | 3523 |
| Both had | 8 |
| TOTAL | 3847 |

Table A.9: Statistical Analysis of Concordance/Discordance and estimated Relative Risks (RR) for the rematch sample of 4990 Vioxx patients.

| Description | Chi Square | RR |
|---|---|---|
| Group I | 18.65 | 2.11 |
| Group II | 47.10 | 2.16 |

Table A.10: Statistical Analysis of Concordance/Discordance and estimated Relative Risks (RR) for the matched cohort of 3802 Vioxx patients.

| Description | Chi Square | RR |
|---|---|---|
| Group I | 5.89 | 1.89 |
| Group II | 103.05 | 7.50 |