UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| State of Utah | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE KNOWLES |
| Merck Sharp & Dohme Corp. |  |
| Civil Action No. 2:06-cv-09336 |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATE OF UTAH'S SUPPLEMENTAL FACT WITNESS LIST

|  | Last Name | First Name | Affiliation |
|---|---|---|---|
| 1. | Abrams | Thomas W. | President and CEO, Merck & Company |
| 2. | Armstrong | David | Wall Street Journal |
| 3. | Bell | Gregory | Doctor |
| 4. | Berenson | Alex | New York Times |
| 5. | Blair | David |  |
| 6. | Bolognese | James A. | Merck Statistician |
| 7. | Bombardier | Claire | Doctor, Non-Merck Chair of VIGOR |
| 8. | Bresalier | Robert S. | Doctor |
| 9. | Bull | Jonca | Doctor, FDA |
| 10. | Burgos-Vargas | Ruben | Doctor |
| 11. | Callahan | Leigh F. | Ph.D., Arthritis Advisory Committee, Member |
| 12. | Cook | Thomas | Merck Statistician |
| 13. | Cryor | Byron | Doctor, Arthritis Advisory Committee, Guest Expert |
| 14. | Davis | Barry | Doctor |
| 15. | Day | Richard | Doctor |
| 16. | Drazen | Jeffrey M. | Doctor |
| 17. | Egilman | David S. | Doctor, MPH |
| 18. | Elashoff | Janet D. | Ph.D., Arthritis Advisory |

1

|     |            |                  | Committee |
| --- | ---------- | ---------------- | --------- |
| 19. | Ferraz     | Marcos Bosi      | Doctor, Ph.D. |
| 20. | FitzGerald | Garret           | Doctor, University of PA |
| 21. | Floyd      | Eric             | Associate Director, Merck Regulatory Affairs |
| 22. | Furberg    | Curt D.          | Doctor, Ph.D. |
| 23. | Goldman    | Bonnie           | Doctor, MRL |
| 24. | Harrell    | Frank E., Jr.    | Ph.D., Arthritis Advisory Committee, Biostatistics |
| 25. | Harris     | E. Nigel         | Arthritis Advisory Committee, Acting Chairman |
| 26. | Hill       | Kevin P.         | Doctor |
| 27. | Hochberg   | Marc             | Doctor |
| 28. | Holt       | Peter            | Doctor |
| 29. | Horgan     | Kevin            | Doctor |
| 30. | Hawkey     | Christopher      | Doctor |
| 31. | Keane      | William F.       | Doctor, V.P. Medical and Scientific Affairs, Merck |
| 32. | Kim        | Peter            | Ph.D., MRL |
| 33. | Kind       | Lawrence Gold    | Doctor, FDA |
| 34. | Konstam    | Marvin A.        | Doctor |
| 35. | Kronmad    | Richard A.       |  |
| 36. | Krumholz   | Harlon M.        | Doctor, SM |
| 37. | Kvien      | Tore K.          | Doctor |
| 38. | Lagokos    | Stephen          | Doctor |
| 39. | Lines      | Christopher      | Ph.D. |
| 40. | Madigan    | David            | Ph.D. |
| 41. | Martino    | Laurenzi         | Doctor |
| 42. | Mayer      | James W.         | Doctor |
| 43. | McBrair    | Wendy            | Arthritis Advisory Committee, Consumer Representative |
| 44. | Misocky    | Michael A.       | R.Ph., J.D. - FDA |
| 45. | Morrissey  | Stephen          | Ph.D. |
| 46. | Morton     | Dion             | Doctor |
| 47. | Mukherjee  | Deborah          | Doctor |
| 48. | Ng         | Deborah/Jennifer | Doctor, Ph.D., Merck Statistician |
| 49. | Nies       | Alan             | Doctor |
| 50. | Nissen     | Steven E.        | Doctor, FACC, Arthritis Advisory |

|     |              |               |                                                                            |
| --- | ------------ | ------------- | -------------------------------------------------------------------------- |
|     |              |               | Committee, Cardiovascular/ Renal                                           |
| 51. | Qian         | Li            | Ph.D., FDA                                                                 |
| 52. | Qinfen       | Yu            | MS                                                                         |
| 53. | Quan         | Hui           | Ph.D.                                                                      |
| 54. | Qxenius      | Betinna       | Doctor                                                                     |
| 55. | Patrino      | Carlos        | Doctor                                                                     |
| 56. | Pina         | Ileana        | Doctor, Arthritis Advisory Committee, Cardiovascular/ Renal                |
| 57. | Psaty        | Bruce M.      |                                                                            |
| 58. | Reedy        | Kathleen      | Arthritis Advisory Committee, Executive Secretary                          |
| 59. | Riddell      | Robert        | Doctor                                                                     |
| 60. | Ross         | Joseph        | Doctor                                                                     |
| 61. | Salis        | Spencer       | PharmD, FDA                                                                |
| 62. | Sampson      | Allan R.      | Ph.D., Arthritis Advisory Committee, Endocrinologic and Metabolic Drugs    |
| 63. | Sandler      | Robert S.     | Doctor                                                                     |
| 64. | Schnitzer    | Thomas        | Doctor                                                                     |
| 65. | Sigelman     | Daniel W.     | JD                                                                         |
| 66. | Targum       | Shari L.      | Doctor, FDA                                                                |
| 67. | Todd         | Eric J.       | Doctor                                                                     |
| 68. | Villilba     | Maria Lourdes | Doctor                                                                     |
| 69. | Wang         | Yongfei       | MS                                                                         |
| 70. | Williams, Jr.| James H.      | Doctor, Arthritis Advisory Committee, Member                               |
| 71. | Weir         | Matthew R.    | Doctor                                                                     |
| 72. | Westrick     | Ellen R.      | Senior Director of Medical/Legal, Human Health, Merck                      |
| 73. | Witter       | James         | Doctor, Ph.D., FDA                                                         |
| 74. | Wofsy        | David         | Doctor, Arthritis Advisory Committee                                       |
| 75. | Wolf         | M. Michael    | Doctor, Arthritis Advisory Committee, Gastrointestinal Drugs               |
| 76. | Zeger        | Scott         | Doctor, John Hopkins Hospital, Merck Scientific Advisor                    |
| 77. | Stallard     | David         |                                                                            |

DATED this 5th day of March, 2013.

        /S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123


        /S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ  08901


        /S/
Richard W. Schulte (Ohio Bar No. 0066031)
Wright & Schulte LLC
812 East National Road, Suite A
Vandalia, Ohio 45377

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing STATE OF UTAH'S SUPPLEMENTAL FACT WITNESS LIST has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of March, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123