MINUTE ENTRY
FALLON, J.
FEBRUARY 28, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | : |
| | : MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : |
| | : SECTION L |
| THIS DOCUMENT RELATES TO: | : |
| *Dennis Richard Harrison v. Merck & Co.,* | : JUDGE FALLON |
| *Inc.*, No. 07-905 | : MAG. JUDGE KNOWLES |
| | : |

On this date, a telephone hearing was held with Judge Eldon E. Fallon. Dennis Harrison participated on his own behalf. Lenny Davis participated on behalf of the Plaintiffs' Steering Committee. Doug Marvin participated on behalf of the Defendant. The parties discussed Plaintiff's Motion to Compel Initial Disclosures. (Rec. Doc. 64257). The Court took Plaintiff's motion under submission.

As discussed at the hearing, the Plaintiff is instructed to send to Merck specific interrogatories and requests for documents, and to await a response from Merck. The parties are requested to contact the Court should it become necessary to schedule a follow-up hearing.

JS10(00:23)