UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

………………………………………………………:
**THIS DOCUMENT RELATES TO:** PENDING VTE CASES

# ORDER

At the consent of all parties, IT IS ORDERED that oral argument on Plaintiffs' and Merck's *Daubert* motions (Rec. Docs. 64210, 64211) is CONTINUED from Wednesday, March 6, 2013 at 2:30 p.m. until Friday, March 8, 2013 at 9:00 a.m.

New Orleans, Louisiana, this 5th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

1