## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | ) MDL No. 1657 |
| | ) |
| This Document relates to: | ) SECTION: L |
| | ) |
| No. 2:05-CV-00499-EEF-DEK | ) |
| *Janice Perkins v. Merck & Co., Inc.* | ) JUDGE ELDON E. FALLON |
| | ) |
| | ) MAGISTRATE JUDGE KNOWLES |

### ORDER

Plaintiff Janice Perkins' motion to voluntarily dismiss her case with prejudice is HEREBY GRANTED. Case number 2:05-CV-00499-EEF-DEK is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

**SO ORDERED:** New Orleans, Louisiana this 4th day of March, 2013.

_____
**ELDON E. FALLON, U.S.D.J.**

1