```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3
         ****************************************************************
 4
         IN RE:  VIOXX PRODUCTS
 5       LIABILITY LITIGATION

 6                              MDL DOCKET NO. 1657
                                NEW ORLEANS, LOUISIANA
 7                              WEDNESDAY, FEBRUARY 20, 2013, 3:30 P.M.

 8
         THIS DOCUMENT RELATES TO
 9       ALL GOVERNMENT ACTION CASES

10       ****************************************************************

11
                           TRANSCRIPT OF PROCEEDINGS
12             HEARD BEFORE THE HONORABLE ELDON E. FALLON
                     UNITED STATES DISTRICT JUDGE
13

14

15       APPEARANCES:

16

17       FOR THE PLAINTIFFS:        HERMAN HERMAN & KATZ
                                    BY:  LEONARD A. DAVIS, ESQUIRE
                                    820 O'KEEFE AVENUE
18                                  NEW ORLEANS, LA 70113

19

20       FOR THE STATES
         OF MONTANA AND ALASKA:     HARE WYNN NEWELL & NEWTON
21                                  BY:  SCOTT A. POWELL, ESQUIRE
                                         DON MCKENNA, ESQUIRE
22                                       BRIAN M. VINES, ESQUIRE
                                    2025 THIRD AVENUE NORTH, SUITE 800
23                                  BIRMINGHAM AL  35203

24

25
```

03:33PM

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE STATE
      OF MONTANA:                 ROSSBACH HART
 4                                BY:  BILL ROSSBACH, ESQUIRE
                                  401 NORTH WASHINGTON STREET
 5                                P.O. BOX 8988
                                  MISSOULA, MT  59807
 6

 7                                KELLEY L. HUBBARD
 8                                ASSISTANT ATTORNEY GENERAL
                                  OFFICE OF CONSUMER PROTECTION
 9                                215 N. SANDERS
                                  HEL, MT  59601
10

11    FOR THE STATE
12    OF MISSISSIPPI:             BOSSIER & ASSOCIATES
                                  BY:  SHEILA BOSSIER, ESQUIRE
13                                1520 NORTH STATE STREET
                                  JACKSON, MS  39202
14

15    FOR THE DEFENDANT:          DECHERT L.L.P.
16                                BY:  BENJAMIN R. BARNETT, ESQUIRE
                                  CIRA CENTRE
17                                2929 ARCH STREET
                                  PHILADELPHIA, PA  19104
18

19    STATE LIAISON COUNSEL:      BARRIOS, KINGSDORF & CASTIEX
20                                BY:  DAWN BARRIOS, ESQUIRE
                                  701 POYDRAS STREET, SUITE 3650
21                                NEW ORLEANS, LA  70139

22

23    OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RMR, CRR
                                  500 POYDRAS STREET, ROOM B406
24                                NEW ORLEANS, LA  70130
                                  (504) 589-7779
25    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
      PRODUCED BY COMPUTER.
```

**I N D E X**

SPEAKERS                                                    PAGE


MR. DAVIS.......................................    5

MR. POWELL......................................    8

MR. BARNETT.....................................   14

THE COURT.......................................   22

**P-R-O-C-E-E-D-I-N-G-S**

WEDNESDAY, FEBRUARY 20, 2013

M O R N I N G   S E S S I O N

(IN OPEN COURT)


THE DEPUTY CLERK:  All rise.

THE COURT:  Be seated, please.  Good afternoon.  Would counsel make their appearance for the record, please.  We also have some individuals on the phone.

MR. DAVIS:  Good afternoon, Your Honor.  Leonard Davis on behalf of the plaintiffs liaison counsel, lead counsel here in the *Vioxx* matter.  With me today are some of the *AG* counsel, Scott Powell, Brian Vines, Matt McKenna.  Anyone else?  I'm sorry.

MR. MCKENNA:  Actually Don McKenna.

MR. DAVIS:  Don McKenna.  I apologize.  I have Dawn Barrios with me.  What I would like to do is after appearances are made is kind of set the stage for Your Honor.

THE COURT:  Okay.  Let me hear from the telephone, because I think that there are attorneys for plaintiffs on that; is that right?  Anyone else?

MR. ROSSBACH:  Your Honor, this is Bill Rossbach from Montana on behalf of Montana along with the lawyers in court appearing.

03:36PM 1    THE COURT:  What I'll do is --

03:36PM 2    MS. HUBBARD:  This is Kelly Hubbard from the Montana

03:36PM 3  Attorney General's Office.

03:36PM 4    THE COURT:  I'm sorry, would you repeat that.

03:36PM 5    MS. HUBBARD:  This is Kelly Hubbard, Assistant Attorney

03:36PM 6  General with the Montana Attorney General's Office.

03:37PM 7    MS. BOSSIER:  Your Honor, it's Sheila Bossier for the

03:37PM 8  State of Mississippi.

03:37PM 9    THE COURT:  Anyone else on the line?

03:37PM 10    Then for the defendants.

03:37PM 11    MR. BARNETT:  Good afternoon, Your Honor.  Ben Barnett

03:37PM 12  on behalf of Merck.

03:37PM 13    THE COURT:  What we'll do is I'll hear from the

03:37PM 14  plaintiffs in court first, and then I'll ask any plaintiffs on

03:37PM 15  the line if they have any comments to make, and then we'll hear

03:37PM 16  from Merck or, actually, it's probably Merck's motion -- no,

03:37PM 17  it's just the opposite -- and then we'll hear from Merck and

03:37PM 18  then any rebuttal.

03:37PM 19    MR. DAVIS:  Your Honor, as you know, when the AG's

03:37PM 20  began their desire to move this forward and pursue discovery in

03:37PM 21  a fashion that would expedite things, Your Honor asked liaison

03:38PM 22  counsel, lead counsel, Russ, myself, myself assisting Russ, and

03:38PM 23  Dawn Barrios to get involved in a number of the discovery

03:38PM 24  issues to see if we could assist in some way and maybe

03:38PM 25  facilitate some of the dealings.

03:38PM 1          Ben Barnett has led the charge with respect to

03:38PM 2     documents and discovery for Merck, and as the Court is well

03:38PM 3     aware, we have quite a history with respect to documents

03:38PM 4     discovery with Merck.

03:38PM 5          We did, in fact, sit down with the AG's and had

03:38PM 6     extensive meetings.  Very extensive meetings.  We met with the

03:38PM 7     AG's, as you know, in court on a number of occasions.  We also

03:38PM 8     met in our office on a number of occasions, and we've had

03:38PM 9     countless and many, many, many meet and confers and discussions

03:38PM 10    over documents.

03:38PM 11         Fortunately over the time we were able to

03:38PM 12    bridge the gap working together in meet and confers, and at

03:39PM 13    times we did, in fact, give the AG's some of the historical

03:39PM 14    background with respect to production of documents in meetings

03:39PM 15    with Ben and other folks, and we were able to get together and

03:39PM 16    work through a number of things.

03:39PM 17         At this time there are two issues that are

03:39PM 18    being brought before the Court.  One of them is a request by

03:39PM 19    the AG's for custodial files; the other relates to the facts

03:39PM 20    database.

03:39PM 21         Now, this court may recall the facts database

03:39PM 22    was discussed on many occasions.  The facts -- and I make this

03:39PM 23    so that the Court has a little bit of history and also gets our

03:39PM 24    view of where things are -- the facts database was an issue

03:39PM 25    earlier on in this litigation and, in fact, if my memory is

03:40PM 1    correct -- and I didn't research it -- probably as far back as

03:40PM 2    2005.  Ben can certainly correct me if I'm wrong, but there

03:40PM 3    were a number meet and confers, and the facts database issue

03:40PM 4    was also important in the New Jersey litigation.

03:40PM 5              If my memory is correct, New Jersey had some

03:40PM 6    production, and then this court got involved in the facts

03:40PM 7    database, and Ben met multiple times with David Buchanan and

03:40PM 8    myself specifically with respect to the facts database, and we

03:40PM 9    had a number meet and confers.

03:40PM 10             The Court may recall that counsel in some of

03:40PM 11   the trial bellwether cases was interested in looking at the

03:40PM 12   facts database, and an agreement was reached at that time

03:40PM 13   whereby the information that was in the facts database would be

03:40PM 14   produced for the trial candidates, but a mass production of the

03:41PM 15   entirety of the facts database did not occur at that time.  But

03:41PM 16   there were agreements, and I believe even an order was entered,

03:41PM 17   if I'm not mistaken, so that nobody was prejudiced if the need

03:41PM 18   arose, and we could come back and deal with these issues.

03:41PM 19             Those issues have been relating to the AG's as

03:41PM 20   to how we dealt with that facts database.  Suggestions were

03:41PM 21   made by Dawn, by myself.  We've had a number meet and confers

03:41PM 22   with respect to the facts database.  At this point, there is

03:41PM 23   not an agreement as to how the facts database issue should be

03:41PM 24   dealt with.

03:41PM 25             So my purpose of these comments is kind of to

03:41PM 1   give everybody a little perspective on history and also so that

03:42PM 2   the Court knows that many, many efforts have gone into dealing

03:42PM 3   with the facts database as well as the custodial files.  The

03:42PM 4   custodial files issue is not one that deals with custodial

03:42PM 5   files that are already within the depository.  They are issues

03:42PM 6   that are outside of that that the AG's have raised.

03:42PM 7           I really turn it over to these fellows so that

03:42PM 8   they could make their argument with respect to the two issues,

03:42PM 9   but I can assure the Court that efforts have been made to try

03:42PM 10  to bridge this gap.

03:42PM 11          THE COURT:  Okay.  Thank you.

03:42PM 12          MR. POWELL:  Your Honor, I'm Scott Powell from Alaska

03:42PM 13  and Montana.  The Court is familiar by virtue of the letter

03:42PM 14  briefs that have been sent out here and with all of the efforts

03:42PM 15  that we have made and attempted to make to meet and confer to

03:42PM 16  revolve this issue on the facts database and the custodial

03:42PM 17  files.  We were unable to do to do so.

03:43PM 18          So the Court understands what we did, we took

03:43PM 19  the universe of what we were looking for and in an effort to

03:43PM 20  make it a reasoned approach and a reasonable request and

03:43PM 21  something that we needed in order to try the lawsuit and

03:43PM 22  prosecute the claims on behalf of the various states, you know,

03:43PM 23  we're not interested in a dump truck myriad of stuff.  That's

03:43PM 24  counterproductive to our goal, but what we looked at is we

03:43PM 25  looked at specific individuals that we had information from

03:43PM 1    Merck who had the largest number of what they call *Vioxx*

03:43PM 2    *Details with Physicians* that has the most contact with them.

03:43PM 3    We looked at relevant time frames of their employment.  Was

03:43PM 4    it -- when was it in terms of the various representations that

03:43PM 5    we claim are false or misleading and that we have to count?

03:43PM 6            So we pared that number down to the largest

03:43PM 7    number of details of Vioxx, along with the relevant time frame,

03:44PM 8    those were the subjective criteria that we utilized.  We

03:44PM 9    proffered those individuals and those numbers to Merck, and all

03:44PM 10   we got was, "You need to be more reasonable.  You need to cut

03:44PM 11   it back down."

03:44PM 12           Without going through the tortured history

03:44PM 13   which the Court is aware of and you've read extensively about

03:44PM 14   and both sides have talked about in the letters, we come to you

03:44PM 15   on January 10th of this year at an impasse.  In that hearing I

03:44PM 16   think the Court was very clear in what the Court saw was the

03:44PM 17   impasse.  The Court said that our request does not seem

03:44PM 18   outrageous, that we tried to trim it down.

03:44PM 19           The crux of this whole thing, Your Honor, is

03:44PM 20   that, as you so astutely said, "We've got to count the number

03:44PM 21   of misrepresentations regarding Vioxx," and, of course, we have

03:45PM 22   to have those facts databases and the custodial files to do

03:45PM 23   that to take the deposition of the sales rep.  As the Court

03:45PM 24   said, "That seems to me to be important.  I mean, that's the

03:45PM 25   whole essence of your case."

03:45PM 1              Mr. Barnett said, "In isolation, that's
03:45PM 2    probably a manageable number."
03:45PM 3              I certainly think, Don and Brian, my two
03:45PM 4    partners, have cut back on the number of rep files they've
03:45PM 5    requested.
03:45PM 6              He says to me, "The issue is not the numbers,
03:45PM 7    but it's the logistics of how do we go about doing this?"  He
03:45PM 8    says, "Obviously we have produced tons of files, and we're
03:45PM 9    willing to continue to produce those files."
03:45PM 10             The Court says, "There is no question in my
03:45PM 11   mind you need the material.  The question is how to go about
03:45PM 12   doing it efficiently."
03:45PM 13             So we took the Court's charge.  There is no
03:46PM 14   question we need the material, so how do we do it efficiently?
03:46PM 15             If the Court will remember at that time, Merck
03:46PM 16   said, "We're having difficulty dealing with states by states by
03:46PM 17   states.  Combine them.  Get them together."  You suggested that
03:46PM 18   that might not be a bad thing to do.  We did that.  We went to
03:46PM 19   Utah and Mississippi, and we got from them, because the Court
03:46PM 20   said, "Let's set a protocol and if anything is needed outside
03:46PM 21   of the protocol then we'll talk about costs related to things
03:46PM 22   outside of the protocol."  We did that.
03:46PM 23             Do you remember there was a hearing in Kentucky
03:46PM 24   on January 17?  The Court instructed us to sit down with Merck,
03:46PM 25   at around that time of that hearing, and try to do -- try to

03:46PM 1   come up with a protocol.  We attempted that.  We had, by then,

03:46PM 2   the requests of Mississippi and Utah on board, similar to what

03:47PM 3   we had requested for Alaska, similar to the issues we had in

03:47PM 4   Montana.

03:47PM 5             We offered the following as a reasoned,

03:47PM 6   efficient way to approach production that the Court saw was

03:47PM 7   relevant and material and necessary as being the crux of our

03:47PM 8   case and as Merck agreed at that time it was just a question

03:47PM 9   not of numbers but of logistics.

03:47PM 10            Merck says that the managers' reports are so

03:47PM 11  voluminous and so -- contain so many documents that that's

03:47PM 12  burdensome to produce the managers' reports.  So we suggested

03:47PM 13  this:  We said, "Okay, that's fine."  We said, "Why don't we do

03:47PM 14  this, produce the facts database."

03:47PM 15            By the way, we're not asking for the

03:47PM 16  all-encompassing facts database which contains over 783 tables.

03:47PM 17  We want four.  That's all.  Just four.  We want four out of

03:47PM 18  783.  We're not looking for a document dump, just four.

03:47PM 19            All right.  Produce the facts database, produce

03:47PM 20  the custodial files, and then tell us, stipulate that each of

03:48PM 21  the sales reps received the documents such as the obstacle

03:48PM 22  report handling, the bulletins, all from Merck, during their

03:48PM 23  relevant time periods of employment during the time Vioxx was

03:48PM 24  being marketed, and so -- and you'll stipulate that.  Then you

03:48PM 25  don't have to produce all of that stuff.

03:48PM 1          Produce one set of all of the Merck materials

03:48PM 2     and stipulate that the reps got that during their time, during

03:48PM 3     their relevant time of employment and don't produce all of the

03:48PM 4     other stuff.  That should be very simple.  You don't have to go

03:48PM 5     through millions of pages of documents, culling them to see

03:48PM 6     what's in there.  No.

03:48PM 7          Okay.  Let's try this.  Try this.  Produce the

03:48PM 8     facts databases and the custodial files of the sales reps.

03:49PM 9     Hold off on the managers.  Don't do that yet.  Let us review

03:49PM 10    the facts database.  Let us review the sales reps, custodial

03:49PM 11    files.  We have to start taking depositions, and we've got to

03:49PM 12    have it to take depositions, and then we'll get back to you if

03:49PM 13    there is something deficient or necessary that we see after

03:49PM 14    review of the database and review of those four tables, not the

03:49PM 15    database, the four tables and the custodial files.  We'll look

03:49PM 16    at that.  If there is something we think we've got to have,

03:49PM 17    then we'll get with you on the manager files.  No.

03:49PM 18          So for the first time then we hear a response

03:49PM 19    is February 12th, the letter just came out, where they now do

03:49PM 20    an 180-degree turnabout and say, "This is irrelevant."

03:49PM 21          I would have to say to the Court that after

03:49PM 22    hearing the Court's position and after having six months of

03:49PM 23    meet and confer on not the relevance of this material but the

03:49PM 24    scope of our request and the logistics of trying to accommodate

03:50PM 25    Merck and trying to accommodate our clients as well, to the

03:50PM  1   first time raising relevance as an issue speaks for itself.

03:50PM  2              Your Honor, we have been overly cooperative.  I

03:50PM  3   know in reading the transcript and hearing their argument about

03:50PM  4   the matter of litigation in other jurisdictions and, you know,

03:50PM  5   as the Court is aware, we're -- that this case is in this

03:50PM  6   court, and we have your schedule to meet and your schedule to

03:50PM  7   keep and your schedule to comply with, and we're doing our dead

03:50PM  8   level best to do that.  We can't take the first deposition

03:51PM  9   until we have the materials as the Court has agreed in January.

03:51PM 10              So having said that, we've made an effort to

03:51PM 11   follow your directive to find a reasonable, efficient way to do

03:51PM 12   it.  We've gotten the states together as Merck requested and as

03:51PM 13   you alluded that that might be a good idea.  They've pared

03:51PM 14   down, as Alaska and Montana have and the Court will see, you

03:51PM 15   know, there is a chart in the letter briefing as to the numbers

03:51PM 16   that we're looking at.  Alaska 16 of 43 sales rep files, 25 of

03:51PM 17   107 managers; in Mississippi, 21 out of 198, 18 of 292

03:51PM 18   managers; Montana 36 of 49 sales reps, 25 of 99 managers; 57 of

03:52PM 19   188 in Utah and on reps and managers 2 out of 92.

03:52PM 20              I have to say this in response to this

03:52PM 21   February 12th submission to the Court that for the first time

03:52PM 22   after six months of meet and confers this is irrelevant, it is

03:52PM 23   extraordinarily relevant by their own admission because in

03:52PM 24   Answers to Interrogatories, when we have asked about promotion

03:52PM 25   of Vioxx in each state, they refer -- and in their answers,

03:52PM 1    Merck says, "Refer to the facts database response to

03:52PM 2    interrogatories."  There are 30 responses where they say, "For

03:52PM 3    answers refer to the facts database," and now they won't give

03:52PM 4    us the four tables of the facts database that we're requesting.

03:53PM 5                So having said all of that, Your Honor, it is

03:53PM 6    our position this it is past time for an order, requiring

03:53PM 7    prompt production of the four tables of the facts database, the

03:53PM 8    custodial files and the managerial files that we have attempted

03:53PM 9    to reduce to a workable, reasonable and certainly relevant

03:53PM 10   number.

03:53PM 11               Thank you, sir.

03:53PM 12          THE COURT:  Thank you very much.

03:53PM 13               Anyone on the phone to supplement that?  Any

03:53PM 14   comments from plaintiffs on the phone?

03:53PM 15          MS. BOSSIER:  No, Your Honor.

03:53PM 16          THE COURT:  I'm sorry, who is that?

03:53PM 17          MS. BOSSIER:  Your Honor, Sheila Bossier.  I don't have

03:53PM 18   anything further.  Thank you.

03:53PM 19          THE COURT:  Ben Barnett is up now.

03:53PM 20          MR. BARNETT:  Thank you, Your Honor.

03:53PM 21               The submissions from the MDL *AG* counsel

03:54PM 22   basically misstates our position on the two discovery issues

03:54PM 23   and also, frankly, mischaracterized the way that Merck has

03:54PM 24   conducted discovery in this MDL.

03:54PM 25               To be very clear, we remain willing to produce

03:54PM  1    additional documents and data to the AG counsel, but our

03:54PM  2    willingness is tempered by two bedrock, what we view as common

03:54PM  3    sense principles.  First, there is no reason at this point that

03:54PM  4    we should be relitigating issues that the Court has already

03:54PM  5    resolved in this MDL, and there has to be some recognition of

03:54PM  6    the extraordinary resources that Merck is currently being

03:54PM  7    required to devote to post remand discovery in Kentucky.

03:54PM  8            Putting aside the issue of who controls the

03:54PM  9    Kentucky litigation, we already were required to make a

03:54PM  10   state-wide facts production in Kentucky, and we did that on

03:54PM  11   December 31, 2012.  We're currently having to review one

03:55PM  12   million pages of documents per month to meet our discovery

03:55PM  13   obligations in Kentucky, and we still have 2.3 million pages of

03:55PM  14   documents to review, so when we talk about the burden to Merck

03:55PM  15   on the AG discovery, there has got to be some accounting for

03:55PM  16   what we're having -- what we're facing in Kentucky.

03:55PM  17           I understand that the view of the AG counsel

03:55PM  18   that's unrelated to the MDL, but the reality is that for years

03:55PM  19   this court and counsel before this court were able to

03:55PM  20   coordinate competing demands.  If there were discovery issues

03:55PM  21   in front of Judge Higbee in the New Jersey coordinated

03:55PM  22   litigation or in California, for the most part, counsel, you

03:55PM  23   know, whether it was Russ Herman or Lennie Davis in the MDL or

03:55PM  24   Dave Buchanan in New Jersey, there were agreements and

03:56PM  25   accommodations reached with counsel because they understood

03:56PM 1   that putting Merck in a position where it had conflicting

03:56PM 2   demands would satisfy no one.  So while it might be convenient

03:56PM 3   to ignore what's going on in Kentucky, the reality is we can't

03:56PM 4   do that.

03:56PM 5          Moreover, in the last six months, we have,

03:56PM 6   without the need for argument or briefing, resolved a number of

03:56PM 7   issues with the remaining *AG* counsel.  They asked for the names

03:56PM 8   of the professional reps who detailed Vioxx in their states.

03:56PM 9   We gave it to them.  They asked for the names of managers,

03:56PM 10  which was a wholly new issue invented in Kentucky.  We gave

03:56PM 11  them the names of managers.

03:56PM 12         They wanted the detailed counts that Mr. Powell

03:56PM 13  referred to the number of towns that the reps have for doctors.

03:56PM 14  We produced that information.  He gave them the rankings for

03:56PM 15  Vioxx.  For some reps Vioxx was a number one product; for

03:56PM 16  others, number 4.  We gave them that information.

03:56PM 17         We've produced the data from -- we produced

03:57PM 18  data from the ROME database.  We've produced data from the Omni

03:57PM 19  database.  We're still working on other data productions.  All

03:57PM 20  of that is built on what we've done in 2010 and 2011 in terms

03:57PM 21  of I met MESA data, MAX data.  We reproduced facts data to them

03:57PM 22  in 2010 and 2011.  We produced the IMS data and we gave them

03:57PM 23  the "Dear Healthcare Professional" letters, the PIR's and

03:57PM 24  letters online.  The notion that somehow we've been sitting

03:57PM 25  back and doing nothing is just simply untrue, and to the extent

03:57PM 1    that we have been busy the last couple of months is a pretty

03:57PM 2    good reason for that.

03:57PM 3               So our view is that we should able to reach

03:57PM 4    agreement on these issues, but we shouldn't have to relitigate

03:57PM 5    the issues that the Court addressed back in the summer of 2010.

03:57PM 6               The reality is that MDL *AG* counsel rejected a

03:58PM 7    number of proposals that we put forth in Kentucky.  We

03:58PM 8    suggested using search terms to identify the relevant documents

03:58PM 9    in either custodial files or facts productions.  Those were

03:58PM 10   rejected.

03:58PM 11              We told them, "Look, there aren't that many

03:58PM 12   communications in these custodial files with physicians.  Let's

03:58PM 13   identify by document type.  If you want a War Report, we'll

03:58PM 14   produce the War Reports."  Those were rejected.

03:58PM 15             I'm not aware and I may be wrong but I'm not

03:58PM 16   aware there was ever a proposal as to the stipulation of

03:58PM 17   materials that had been produced universally.  I may have

03:58PM 18   missed it in the correspondence.  I don't believe there was.

03:58PM 19            The final offer from MDL *AG* counsel is that

03:58PM 20   they would consider withdrawing the request for manager files.

03:58PM 21   Given the scope of these productions we can't live with that

03:58PM 22   sort of consideration.  We need a coordinated plan to handle

03:58PM 23   all of this discovery.

03:58PM 24           Let me address Mr. Powell's point about a 180

03:59PM 25   turn and somehow raising relevance late in the debate on these

03:59PM 1    custodial files.  The point we tried to make in the letter

03:59PM 2    brief is that they say they are looking for communications,

03:59PM 3    misrepresentations from Merck professional representatives to

03:59PM 4    doctors, fraudulent statements or misrepresentations.

03:59PM 5              What we were trying to convey is that those

03:59PM 6    documents, those sort of miscommunications -- those alleged

03:59PM 7    miscommunications do not, for the most part, exist in the

03:59PM 8    custodial files.  By Merck policy, Merck representatives were

03:59PM 9    not allow to communicate with prescribers or consumers using

03:59PM 10   e-mail and other means because it had to be run through Merck's

03:59PM 11   med-legal board.  So to the extent that they are looking for

03:59PM 12   direct communications, they are not in the custodial files,

04:00PM 13   meaning they are not relevant, and Merck shouldn't face the

04:00PM 14   burden of their production.

04:00PM 15             To the extent that they are looking for broader

04:00PM 16   sort of training materials or marketing materials, those

04:00PM 17   materials were produced years ago to the PSC in response to the

04:00PM 18   initial master discovery served in 2005.

04:00PM 19             What we asked the AG's to come forward and

04:00PM 20   present the Court with is actual examples of those

04:00PM 21   miscommunications.  To date, they haven't done that because,

04:00PM 22   again, in our view, they are not in the custodial files.  So as

04:00PM 23   a fall back, they start pointing to other documents,

04:00PM 24   presumably, you know, what they view as bad documents that

04:00PM 25   might sway the Court and convince them to order this massive

04:00PM  1    production.

04:00PM  2                    Exhibit EE, in their reply letter brief, the

04:00PM  3    Project Offense Agenda, it's not from a rep file.  It's from a

04:00PM  4    production we originally made to Congress and then reproduced

04:01PM  5    to the PSC back in 2006.

04:01PM  6                    Exhibit FF, Dodgeball, it was an exhibit from a

04:01PM  7    New Jersey trial held years ago.  It was part of sales training

04:01PM  8    material produced to the PSC.  It's an issue, as the Court

04:01PM  9    knows full well, has been fought over time and time again.  The

04:01PM 10    Dodgeball materials have been marked as an exhibit in 98 *Vioxx*

04:01PM 11    depositions.  The Court actually heard testimony from a

04:01PM 12    gentleman named James Dunn via videotape during the *Mason* trial

04:01PM 13    in 2006 that made clear no one at Merck told reps to dodge

04:01PM 14    physicians' questions.  It was a training exercise.

04:01PM 15                    There has been plenty of testimony produced in

04:01PM 16    the MDL to the PSC that shows that this, in fact, was a

04:01PM 17    training exercise.  It was not designed to be communicated to

04:01PM 18    physicians.  That's an issue that has been litigated time and

04:01PM 19    time again in the MDL.  There is no reason to replow that

04:02PM 20    ground now.

04:02PM 21                    Again, if they are looking for specific

04:02PM 22    documents, they attached to their reply brief the War Report.

04:02PM 23    If they want the War Reports, then they should narrow the scope

04:02PM 24    of their request to War Reports or identify the specific

04:02PM 25    documents that they think reflect the direct communications to

04:02PM 1    physicians.  They have not done that.

04:02PM 2            Finally, on the manager files, the reality is

04:02PM 3    in 2009 and 2010 in response to MDL *AG* master discovery, we sat

04:02PM 4    down and tried to identify who we thought the key people were

04:02PM 5    on a state-by-state basis, the regional medical directors, the

04:02PM 6    regional business directors, the customer managers.  We

04:02PM 7    produced those files.  We produced them on a state by state

04:02PM 8    basis.

04:02PM 9            We said, "If we -- if you think we missed

04:02PM 10   something, we think these are the right folks, but if we miss

04:02PM 11   somebody, come back and tell us and we'll produce those files."

04:02PM 12   So why in the world, three years later should we be producing

04:02PM 13   massive number of manager files when we have, based on our

04:03PM 14   review of the documents, produced the key people on a

04:03PM 15   jurisdiction-by-jurisdiction basis.

04:03PM 16           Just quickly, Your Honor, on the facts

04:03PM 17   database, you know, in our view, the Court already addressed

04:03PM 18   the issue of the facts data specifically in the *AG* cases.

04:03PM 19   Actually, both issues were addressed by the Court in the summer

04:03PM 20   of 2010, but the specific issue of the facts data was briefed

04:03PM 21   and argued to the Court.

04:03PM 22           The Court's resolution of that matter was that

04:03PM 23   you viewed two fields as being potentially relevant -- call

04:03PM 24   notes and customer beliefs.  You also believed that it was not

04:03PM 25   appropriate to have to do this on a state-wide basis, but here

04:03PM 1    we are again talking about statewide productions of call notes

04:03PM 2    and customer beliefs.

04:03PM 3              In our view, the Court's order should have been

04:03PM 4    the starting point for these negotiations.  It's not them, and

04:03PM 5    there is no reason that this, at this point, three years later,

04:04PM 6    we can't use common sense techniques to narrow the scope of

04:04PM 7    what it is we have to produce and reduce the burden.

04:04PM 8              I'll give you an example.  There is discussion

04:04PM 9    about the CV card.  The Court is very familiar with the CV

04:04PM 10   card, given the number of PI trials you've sat through.  We've

04:04PM 11   looked at the call notes that we've produced -- we've

04:04PM 12   previously produced to Alaska, Montana, Mississippi, and Utah.

04:04PM 13   In all those call notes we've produced, which is thousands,

04:04PM 14   there is no reference to the CV card in the call notes we've

04:04PM 15   produced in Alaska, Montana, or Mississippi.

04:04PM 16             There are references in the call notes for

04:04PM 17   Utah, which sort of is my point.  There is no reason we have to

04:04PM 18   produce all of the call notes because most of them are not

04:04PM 19   going to be relevant to their claims.  There is no reason we

04:04PM 20   can't use search terms to try to identify the subset for us to

04:04PM 21   review and produce.  Despite that fact, the AG's have rejected

04:05PM 22   that proposal.

04:05PM 23             Our view, Your Honor, is that the *AG* counsel

04:05PM 24   have put before the Court an insufficient record to justify the

04:05PM 25   discovery that they are seeking, and as such, you ought to deny

04:05PM 1    the discovery as it's currently drafted.

04:05PM 2              If we have such a ruling at hand, there may be

04:05PM 3    an opportunity for the parties to sit down and try to reach

04:05PM 4    some sort of an agreement.  I can't guarantee it but as we have

04:05PM 5    said time and time again, we're willing to try to resolve these

04:05PM 6    issues.

04:05PM 7              If, in fact, the Court decides discovery ought

04:05PM 8    to go forth, then I do think that we have put forth evidence

04:05PM 9    that cost should be shifted to the AG's, and there is no reason

04:05PM 10   at this point that eight or nine years into this litigation

04:05PM 11   Merck should have to fund another massive document production

04:05PM 12   for *AG* counsel, particularly when it's not necessary.

04:05PM 13             So if at the end of the day, if the AG's are

04:06PM 14   required to actually pay for this discovery, we think they will

04:06PM 15   either reduce the scope of what they've asked for or they will

04:06PM 16   abandon it completely.

04:06PM 17             THE COURT:  All right.

04:06PM 18             MR. BARNETT:  Thank you, Your Honor.

04:06PM 19             THE COURT:  Any response?  I do understand the issue.

04:06PM 20             Let me make just some comments on it.  This is the

04:06PM 21   posture of the case and a complication from this aspect of the

04:06PM 22   case that I see:  The AG's really have two groups of cases, one

04:06PM 23   group of cases -- claims deal with, I shouldn't say two groups

04:06PM 24   of claims -- one group of claims really deal with the Consumer

04:06PM 25   Protection Acts of their respective states, and then there are

04:06PM 1     some other claims that are more common-law based, tort and

04:07PM 2     fraud and things of that nature.

04:07PM 3             The claims dealing with the states' Consumer

04:07PM 4     Acts are really going to focus a lot of what those statutes say

04:07PM 5     and particularly from the necessity of causation, each statute

04:07PM 6     is a bit different.  There is a lot of commonality in them, but

04:07PM 7     they are somewhat different and their interpretations by their

04:07PM 8     respective courts are somewhat different.

04:07PM 9             The issues that those groups of claims raise

04:07PM 10     are that the use or appropriate use of aggregate evidence or

04:07PM 11     the need for individual evidence, you know that there has been

04:07PM 12     some writing on this both in terms of scholarly work as well as

04:08PM 13     casework, and there is some question that has always been

04:08PM 14     raised about the aggregate evidence used to prove these

04:08PM 15     matters.  So the AG's, to some extent, recognizing some of

04:08PM 16     this, focus and need to focus on individual evidence in order

04:08PM 17     to make their particular case.

04:08PM 18             As I said before, I think that, I think that

04:08PM 19     the evidence that they need is relevant evidence, as counsel

04:08PM 20     mentions.  It's not only relevant but it's necessary, at least,

04:08PM 21     for their evaluation of their particular claims.  It may not be

04:08PM 22     admissible in some way at trial, but I do think discovery, in

04:09PM 23     order for them to capture the whole concepts, they need that

04:09PM 24     type of evidence.

04:09PM 25             The other facts are clear.  Merck has already

04:09PM 1    produced, as I remember, about 4.2 million documents.  I know

04:09PM 2    they've produced nearly 300 trial transcripts and over 333

04:09PM 3    depositions.  They haven't been reluctant in their production.

04:09PM 4    I frankly think that the suggestions that the AG's make on

04:09PM 5    their paring down make sense to me, and I think that they

04:09PM 6    should be produced.

04:09PM 7            The issue, however, is cost.  I think that in

04:09PM 8    this particular case, based upon all of the matters that have

04:10PM 9    been produced or all of the issues that have been raised, that

04:10PM 10   the costs ought to be divided by heads in this one, and those

04:10PM 11   one, two, three, four states, five heads, we ought to divide it

04:10PM 12   into fives and deal with it in that fashion.

04:10PM 13           I don't think that it's fair for the states to

04:10PM 14   bear all of the burden of production.  I don't think it's fair

04:10PM 15   for Merck to bear all of the burden of production.  It seems to

04:10PM 16   me that the equitable way of doing it is that way.

04:10PM 17           I think that since everybody has an interest in

04:10PM 18   it, as skinning the game, so to speak, we ought to consider

04:10PM 19   whether there is a way of staging it so that the costs at least

04:11PM 20   can be utilized for the cost expended on the most significant

04:11PM 21   material.  It seems to me the material is discoverable.  I'm

04:11PM 22   happy that the states have been able to trim it down a bit.  It

04:11PM 23   seems a reasonable approach.

04:11PM 24           One word about Kentucky, and I say this for

04:11PM 25   everybody's benefit, the MDL has served a purpose up to now.

04:11PM  1    If I had let everybody go early on, we would have so much costs

04:11PM  2    being expended and energy expended by the parties that this

04:11PM  3    production would take 20 years to get through it because it's

04:11PM  4    just that voluminous, and it has to be structured in some way

04:12PM  5    and organized in some way.

04:12PM  6              We had great reluctance in cutting Kentucky

04:12PM  7    loose, but it seemed to me that the law dictated that in that

04:12PM  8    matter, but I think we make a mistake if we don't exercise the

04:12PM  9    opportunities of organization as well as sharing of expenses

04:12PM 10    and sharing ideas and sharing effort that the MDL affords.

04:12PM 11              I'm going to get to the point, folks, where I'm

04:12PM 12    going to have to launch these and deal with them, but that's

04:12PM 13    going to be my ruling.

04:12PM 14              Thank you very much.  I appreciate your

04:12PM 15    comments.  Court will stand adjourned.

04:13PM 16         THE DEPUTY CLERK:  All rise.

17         (WHEREUPON, at 4:13 p.m. the proceedings were

18    concluded.)

19                        *    *    *

20

21

22

23

24

25

REPORTER'S CERTIFICATE


          I, Cathy Pepper, Certified Realtime Reporter, Registered

Merit Reporter, Certified Court Reporter of the State of

Louisiana, Official Court Reporter for the United States

District Court, Eastern District of Louisiana, do hereby

certify that the foregoing is a true and correct transcript to

the best of my ability and understanding from the record of the

proceedings in the above-entitled and numbered matter.




                          *s/Cathy Pepper*

                          Cathy Pepper, CRR, RMR, CCR
                          Certified Realtime Reporter
                          Registered Merit Reporter
                          Official Court Reporter
                          United States District Court
                          Cathy_Pepper@laed.uscourts.gov

## 1

**107** [1] - 13:17
**10th** [1] - 9:15
**12th** [2] - 12:19, 13:21
**14** [1] - 3:7
**1520** [1] - 2:13
**16** [1] - 13:16
**1657** [1] - 1:6
**17** [1] - 10:24
**18** [1] - 13:17
**180** [1] - 17:24
**180-degree** [1] - 12:20
**188** [1] - 13:19
**19104** [1] - 2:17
**198** [1] - 13:17

## 2

**2** [1] - 13:19
**2.3** [1] - 15:13
**20** [3] - 1:7, 4:2, 25:3
**2005** [2] - 7:2, 18:18
**2006** [2] - 19:5, 19:13
**2009** [1] - 20:3
**2010** [5] - 16:20, 16:22, 17:5, 20:3, 20:20
**2011** [2] - 16:20, 16:22
**2012** [1] - 15:11
**2013** [2] - 1:7, 4:2
**2025** [1] - 1:22
**21** [1] - 13:17
**215** [1] - 2:9
**22** [1] - 3:8
**25** [2] - 13:16, 13:18
**292** [1] - 13:17
**2929** [1] - 2:17

## 3

**30** [1] - 14:2
**300** [1] - 24:2
**31** [1] - 15:11
**333** [1] - 24:2
**35203** [1] - 1:23
**36** [1] - 13:18
**3650** [1] - 2:20
**39202** [1] - 2:13
**3:30** [1] - 1:7

## 4

**4** [1] - 16:16
**4.2** [1] - 24:1
**401** [1] - 2:4
**43** [1] - 13:16

**49** [1] - 13:18
**4:13** [1] - 25:17

## 5

**5** [1] - 3:5
**500** [1] - 2:23
**504** [1] - 2:24
**57** [1] - 13:18
**589-7779** [1] - 2:24
**59601** [1] - 2:9
**59807** [1] - 2:5

## 7

**701** [1] - 2:20
**70113** [1] - 1:18
**70130** [1] - 2:24
**70139** [1] - 2:21
**783** [2] - 11:16, 11:18

## 8

**8** [1] - 3:6
**800** [1] - 1:22
**820** [1] - 1:17
**8988** [1] - 2:5

## 9

**92** [1] - 13:19
**98** [1] - 19:10
**99** [1] - 13:18

## A

**abandon** [1] - 22:16
**ability** [1] - 26:8
**able** [5] - 6:11, 6:15, 15:19, 17:3, 24:22
**above-entitled** [1] - 26:9
**accommodate** [2] - 12:24, 12:25
**accommodations** [1] - 15:25
**accounting** [1] - 15:15
**ACTION** [1] - 1:9
**Acts** [2] - 22:25, 23:4
**actual** [1] - 18:20
**additional** [1] - 15:1
**address** [1] - 17:24
**addressed** [2] - 17:5, 20:17, 20:19
**adjourned** [1] - 25:15
**admissible** [1] - 23:22

**admission** [1] - 13:23
**affords** [1] - 25:10
**afternoon** [3] - 4:8, 4:11, 5:11
**AG** [12] - 4:13, 14:21, 15:1, 15:15, 15:17, 16:7, 17:6, 17:19, 20:3, 20:18, 21:23, 22:12
**AG's** [14] - 5:19, 6:5, 6:7, 6:13, 6:19, 7:19, 8:6, 18:19, 21:21, 22:9, 22:13, 22:22, 23:15, 24:4
**Agenda** [1] - 19:3
**aggregate** [2] - 23:10, 23:14
**ago** [2] - 18:17, 19:7
**agreed** [2] - 11:8, 13:9
**agreement** [4] - 7:12, 7:23, 17:4, 22:4
**agreements** [2] - 7:16, 15:24
**AL** [1] - 1:23
**ALASKA** [1] - 1:20
**Alaska** [6] - 8:12, 11:3, 13:14, 13:16, 21:12, 21:15
**ALL** [1] - 1:9
**all-encompassing** [1] - 11:16
**alleged** [1] - 18:6
**allow** [1] - 18:9
**alluded** [1] - 13:13
**AND** [1] - 1:20
**Answers** [1] - 13:24
**answers** [2] - 13:25, 14:3
**apologize** [1] - 4:17
**appearance** [1] - 4:9
**APPEARANCES** [2] - 1:15, 2:1
**appearances** [1] - 4:19
**appearing** [1] - 4:25
**appreciate** [1] - 25:14
**approach** [3] - 8:20, 11:6, 24:23
**appropriate** [2] - 20:25, 23:10
**ARCH** [1] - 2:17
**argued** [1] - 20:21
**argument** [3] - 8:8, 13:3, 16:6
**arose** [1] - 7:18
**aside** [1] - 15:8
**aspect** [1] - 22:2
**assist** [1] - 5:24
**ASSISTANT** [1] - 2:8
**Assistant** [1] - 5:5

**assisting** [1] - 5:22
**ASSOCIATES** [1] - 2:12
**assure** [1] - 8:9
**astutely** [1] - 9:20
**attached** [1] - 19:22
**attempted** [3] - 8:15, 11:1, 14:8
**Attorney** [3] - 5:3, 5:5, 5:6
**ATTORNEY** [1] - 2:8
**attorneys** [1] - 4:21
**AVENUE** [2] - 1:17, 1:22
**aware** [6] - 6:3, 9:13, 13:5, 17:15, 17:16

## B

**B406** [1] - 2:23
**background** [1] - 6:14
**bad** [2] - 10:18, 18:24
**Barnett** [4] - 5:11, 6:1, 10:1, 14:19
**BARNETT** [4] - 2:16, 5:11, 14:20, 22:18
**BARNETT................
.....................** [1] - 3:7
**Barrios** [2] - 4:18, 5:23
**BARRIOS** [2] - 2:19, 2:20
**based** [2] - 20:13, 23:1, 24:8
**basis** [4] - 20:5, 20:8, 20:15, 20:25
**bear** [2] - 24:14, 24:15
**bedrock** [1] - 15:2
**BEFORE** [1] - 1:12
**began** [1] - 5:20
**behalf** [4] - 4:12, 4:24, 5:12, 8:22
**beliefs** [2] - 20:24, 21:2
**bellwether** [1] - 7:11
**Ben** [6] - 5:11, 6:1, 6:15, 7:2, 7:7, 14:19
**benefit** [1] - 24:25
**BENJAMIN** [1] - 2:16
**best** [2] - 13:8, 26:8
**BILL** [1] - 2:4
**Bill** [1] - 4:23
**BIRMINGHAM** [1] - 1:23
**bit** [3] - 6:23, 23:6, 24:22
**board** [2] - 11:2, 18:11
**bOSSIER** [1] - 14:15

**Bossier** [2] - 5:7, 14:17
**BOSSIER** [4] - 2:12, 2:12, 5:7, 14:17
**BOX** [1] - 2:5
**Brian** [2] - 4:14, 10:3
**BRIAN** [1] - 1:22
**bridge** [2] - 6:12, 8:10
**brief** [3] - 18:2, 19:2, 19:22
**briefed** [1] - 20:20
**briefing** [2] - 13:15, 16:6
**briefs** [1] - 8:14
**broader** [1] - 18:15
**brought** [1] - 6:18
**Buchanan** [2] - 7:7, 15:24
**built** [1] - 16:20
**bulletins** [1] - 11:22
**burden** [5] - 15:14, 18:14, 21:7, 24:14, 24:15
**burdensome** [1] - 11:12
**business** [1] - 20:6
**busy** [1] - 17:1
**BY** [8] - 1:17, 1:21, 2:4, 2:12, 2:16, 2:20, 2:25, 2:25

## C

**California** [1] - 15:22
**candidates** [1] - 7:14
**capture** [1] - 23:23
**card** [3] - 21:9, 21:10, 21:14
**case** [7] - 9:25, 11:8, 13:5, 22:21, 22:22, 23:17, 24:8
**cases** [4] - 7:11, 20:18, 22:22, 22:23
**CASES** [1] - 1:9
**casework** [1] - 23:13
**CASTIEX** [1] - 2:19
**Cathy** [2] - 26:3, 26:13
**CATHY** [1] - 2:23
**Cathy_Pepper@laed .uscourts.gov** [1] - 26:15
**causation** [1] - 23:5
**CCR** [2] - 2:23, 26:13
**CENTRE** [1] - 2:16
**certainly** [3] - 7:2, 10:3, 14:9
**CERTIFICATE** [1] - 26:1
**Certified** [2] - 26:3,

26:4, 26:13
**certify** [1] - 26:7
**charge** [2] - 6:1, 10:13
**chart** [1] - 13:15
**CIRA** [1] - 2:16
**claim** [1] - 9:5
**claims** [8] - 8:22, 21:19, 22:23, 22:24, 23:1, 23:3, 23:9, 23:21
**clear** [4] - 9:16, 14:25, 19:13, 23:25
**CLERK** [2] - 4:7, 25:16
**clients** [1] - 12:25
**combine** [1] - 10:17
**comments** [5] - 5:15, 7:25, 14:14, 22:20, 25:15
**common** [3] - 15:2, 21:6, 23:1
**common-law** [1] - 23:1
**commonality** [1] - 23:6
**communicate** [1] - 18:9
**communicated** [1] - 19:17
**communications** [4] - 17:12, 18:2, 18:12, 19:25
**competing** [1] - 15:20
**completely** [1] - 22:16
**complication** [1] - 22:21
**comply** [1] - 13:7
**COMPUTER** [1] - 2:25
**concepts** [1] - 23:23
**concluded** [1] - 25:18
**conducted** [1] - 14:24
**confer** [2] - 8:15, 12:23
**confers** [6] - 6:9, 6:12, 7:3, 7:9, 7:21, 13:22
**conflicting** [1] - 16:1
**Congress** [1] - 19:4
**consider** [2] - 17:20, 24:18
**consideration** [1] - 17:22
**CONSUMER** [1] - 2:8
**Consumer** [2] - 22:24, 23:3
**consumers** [1] - 18:9
**contact** [1] - 9:2
**contain** [1] - 11:11
**contains** [1] - 11:16
**continue** [1] - 10:9
**CONTINUED** [1] - 2:1
**controls** [1] - 15:8

**convenient** [1] - 16:2
**convey** [1] - 18:5
**convince** [1] - 18:25
**cooperative** [1] - 13:2
**coordinate** [1] - 15:20
**coordinated** [2] - 15:21, 17:22
**correct** [4] - 7:1, 7:2, 7:5, 26:7
**correspondence** [1] - 17:18
**cost** [3] - 22:9, 24:7, 24:20
**costs** [4] - 10:21, 24:10, 24:19, 25:1
**COUNSEL** [1] - 2:19
**counsel** [19] - 4:9, 4:12, 4:13, 5:22, 7:10, 14:21, 15:1, 15:17, 15:19, 15:22, 15:25, 16:7, 17:6, 17:19, 21:23, 22:12, 23:19
**count** [2] - 9:5, 9:20
**counterproductive** [1] - 8:24
**countless** [1] - 6:9
**counts** [1] - 16:12
**couple** [1] - 17:1
**course** [1] - 9:21
**COURT** [15] - 1:1, 2:23, 4:4, 4:8, 4:20, 5:1, 5:4, 5:9, 5:13, 8:11, 14:12, 14:16, 14:19, 22:17, 22:19
**court** [9] - 4:24, 5:14, 6:7, 6:21, 7:6, 13:6, 15:19, 25:15
**Court** [40] - 6:2, 6:18, 6:23, 7:10, 8:2, 8:9, 8:13, 8:18, 9:13, 9:16, 9:17, 9:23, 10:10, 10:15, 10:19, 10:24, 11:6, 12:21, 13:5, 13:9, 13:14, 13:21, 15:4, 17:5, 18:20, 18:25, 19:8, 19:11, 20:17, 20:19, 20:21, 21:9, 21:24, 22:7, 26:4, 26:5, 26:6, 26:14, 26:15
**Court's** [4] - 10:13, 12:22, 20:22, 21:3
**COURT.....................
.....................** [1] -
3:8
**courts** [1] - 23:8
**criteria** [1] - 9:8
**CRR** [2] - 2:23, 26:13
**crux** [2] - 9:19, 11:7

**culling** [1] - 12:5
**custodial** [17] - 6:19, 8:3, 8:4, 8:16, 9:22, 11:20, 12:8, 12:10, 12:15, 14:8, 17:9, 17:12, 18:1, 18:8, 18:12, 18:22
**customer** [3] - 20:6, 20:24, 21:2
**cut** [2] - 9:10, 10:4
**cutting** [1] - 24:7
**CV** [3] - 21:9, 21:14

**D**

**data** [8] - 15:1, 16:17, 16:18, 16:19, 16:21, 16:22, 20:18, 20:20
**database** [27] - 6:20, 6:21, 6:24, 7:3, 7:7, 7:8, 7:12, 7:13, 7:15, 7:20, 7:22, 7:23, 8:3, 8:16, 11:14, 11:16, 11:19, 12:10, 12:14, 12:15, 14:1, 14:3, 14:4, 14:7, 16:18, 16:19, 20:17
**databases** [2] - 9:22, 12:8
**date** [1] - 18:21
**Dave** [1] - 15:24
**David** [1] - 7:7
**Davis** [2] - 4:11, 15:23
**DAVIS** [4] - 1:17, 4:11, 4:17, 5:19
**DAVIS........................
........................** [1] - 3:5
**Dawn** [3] - 4:18, 5:23, 7:21
**DAWN** [1] - 2:20
**dead** [1] - 13:7
**deal** [5] - 7:18, 22:23, 22:24, 24:12, 25:12
**dealing** [3] - 8:2, 10:16, 23:3
**dealings** [1] - 5:25
**deals** [1] - 8:4
**dealt** [2] - 7:20, 7:24
**Dear** [1] - 16:23
**debate** [1] - 17:25
**December** [1] - 15:11
**DECHERT** [1] - 2:15
**decides** [1] - 22:7
**DEFENDANT** [1] - 2:15
**defendants** [1] - 5:10
**deficient** [1] - 12:13
**demands** [2] - 15:20, 16:2

**deny** [1] - 21:25
**deposition** [2] - 9:23, 13:8
**depositions** [4] - 12:11, 12:12, 19:11, 24:3
**depository** [1] - 8:5
**DEPUTY** [2] - 4:7, 25:16
**designed** [1] - 19:17
**desire** [1] - 5:20
**despite** [1] - 21:21
**detailed** [2] - 16:8, 16:12
**details** [1] - 9:7
**Details** [1] - 9:2
**devote** [1] - 15:7
**dictated** [1] - 25:7
**different** [3] - 23:6, 23:7, 23:8
**difficulty** [1] - 10:16
**direct** [2] - 18:12, 19:25
**directive** [1] - 13:11
**directors** [2] - 20:5, 20:6
**discoverable** [1] - 24:21
**discovery** [18] - 5:20, 5:23, 6:2, 6:4, 14:22, 14:24, 15:7, 15:12, 15:15, 15:20, 17:23, 18:18, 20:3, 21:25, 22:1, 22:7, 22:14, 23:22
**discussed** [1] - 6:22
**discussion** [1] - 21:8
**discussions** [1] - 6:9
**District** [2] - 26:6, 26:15
**DISTRICT** [3] - 1:1, 1:2, 1:12
**divide** [1] - 24:11
**divided** [1] - 24:10
**DOCKET** [1] - 1:6
**doctors** [2] - 16:13, 18:4
**DOCUMENT** [1] - 1:8
**document** [5] - 13:18, 17:13, 22:11
**documents** [18] - 6:2, 6:3, 6:10, 6:14, 11:11, 11:21, 12:5, 15:1, 15:12, 15:14, 17:8, 18:6, 18:23, 18:24, 19:22, 19:25, 20:14, 24:1
**dodge** [1] - 19:13
**Dodgeball** [2] - 19:6, 19:10

**Don** [3] - 4:16, 4:17, 10:3
**DON** [1] - 1:21
**done** [3] - 16:20, 18:21, 20:1
**down** [10] - 6:5, 9:6, 9:11, 9:18, 10:24, 13:14, 20:4, 22:3, 24:5, 24:22
**drafted** [1] - 22:1
**dump** [2] - 8:23, 11:18
**Dunn** [1] - 19:12
**during** [5] - 11:22, 11:23, 12:2, 19:12

**E**

**e-mail** [1] - 18:10
**early** [1] - 25:1
**EASTERN** [1] - 1:2
**Eastern** [1] - 26:6
**EE** [1] - 19:2
**efficient** [2] - 11:6, 13:11
**efficiently** [2] - 10:12, 10:14
**effort** [3] - 8:19, 13:10, 25:10
**efforts** [3] - 8:2, 8:9, 8:14
**eight** [1] - 22:10
**either** [2] - 17:9, 22:15
**ELDON** [1] - 1:12
**employment** [3] - 9:3, 11:23, 12:3
**encompassing** [1] - 11:16
**end** [1] - 22:13
**energy** [1] - 25:2
**entered** [1] - 7:16
**entirety** [1] - 7:15
**entitled** [1] - 26:9
**equitable** [1] - 24:16
**ESQUIRE** [8] - 1:17, 1:21, 1:21, 1:22, 2:4, 2:12, 2:16, 2:20
**essence** [1] - 9:25
**evaluation** [1] - 23:21
**evidence** [5] - 22:8, 23:10, 23:11, 23:14, 23:16, 23:19, 23:24
**example** [1] - 21:8
**examples** [1] - 18:20
**exercise** [3] - 19:14, 19:17, 25:8
**Exhibit** [2] - 19:2, 19:6
**exhibit** [2] - 19:6, 19:10
**exist** [1] - 18:7

**expedite** [1] - 5:21
**expended** [3] - 24:20, 25:2
**expenses** [1] - 25:9
**extensive** [2] - 6:6
**extensively** [1] - 9:13
**extent** [4] - 16:25, 18:11, 18:15, 23:15
**extraordinarily** [1] - 13:23
**extraordinary** [1] - 15:6

## F

**face** [1] - 18:13
**facilitate** [1] - 5:25
**facing** [1] - 15:16
**fact** [6] - 6:5, 6:13, 6:25, 19:16, 21:21, 22:7
**facts** [32] - 6:19, 6:21, 6:22, 6:24, 7:3, 7:6, 7:8, 7:12, 7:13, 7:15, 7:20, 7:22, 7:23, 8:3, 8:16, 9:22, 11:14, 11:16, 11:19, 12:8, 12:10, 14:1, 14:3, 14:4, 14:7, 15:10, 16:21, 17:9, 20:16, 20:18, 20:20, 23:25
**fair** [2] - 24:13, 24:14
**fall** [1] - 18:23
**FALLON** [1] - 1:12
**false** [1] - 9:5
**familiar** [2] - 8:13, 21:9
**far** [1] - 7:1
**fashion** [2] - 5:21, 24:12
**FEBRUARY** [2] - 1:7, 4:2
**February** [2] - 12:19, 13:21
**fellows** [1] - 8:7
**FF** [1] - 19:6
**fields** [1] - 20:23
**file** [1] - 19:3
**files** [28] - 6:19, 8:3, 8:4, 8:5, 8:17, 9:22, 10:4, 10:8, 10:9, 11:20, 12:8, 12:11, 12:15, 12:17, 13:16, 14:8, 17:9, 17:12, 17:20, 18:1, 18:8, 18:12, 18:22, 20:2, 20:7, 20:11, 20:13
**final** [1] - 17:19
**finally** [1] - 20:2

**fine** [1] - 11:13
**first** [6] - 5:14, 12:18, 13:1, 13:8, 13:21, 15:3
**five** [1] - 24:11
**fives** [1] - 24:12
**focus** [3] - 23:4, 23:16
**folks** [3] - 6:15, 20:10, 25:11
**follow** [1] - 13:11
**following** [1] - 11:5
**FOR** [5] - 1:16, 1:20, 2:3, 2:11, 2:15
**foregoing** [1] - 26:7
**forth** [3] - 17:7, 22:8
**fortunately** [1] - 6:11
**forward** [2] - 5:20, 18:19
**fought** [1] - 19:9
**four** [9] - 11:17, 11:18, 12:14, 12:15, 14:4, 14:7, 24:11
**frame** [1] - 9:7
**frames** [1] - 9:3
**frankly** [2] - 14:23, 24:4
**fraud** [1] - 23:2
**fraudulent** [1] - 18:4
**front** [1] - 15:21
**full** [1] - 19:9
**fund** [1] - 22:11

## G

**game** [1] - 24:18
**gap** [2] - 6:12, 8:10
**GENERAL** [1] - 2:8
**General** [1] - 5:6
**General's** [2] - 5:3, 5:6
**gentleman** [1] - 19:12
**given** [2] - 17:21, 21:10
**goal** [1] - 8:24
**GOVERNMENT** [1] - 1:9
**great** [1] - 25:6
**ground** [1] - 19:20
**group** [2] - 22:23, 22:24
**groups** [3] - 22:22, 22:23, 23:9
**guarantee** [1] - 22:4

## H

**hand** [1] - 22:2
**handle** [1] - 17:22
**handling** [1] - 11:22

**happy** [1] - 24:22
**HARE** [1] - 1:20
**HART** [1] - 2:3
**heads** [2] - 24:10, 24:11
**Healthcare** [1] - 16:23
**hear** [5] - 4:20, 5:13, 5:15, 5:17, 12:18
**heard** [1] - 19:11
**HEARD** [1] - 1:12
**hearing** [5] - 9:15, 10:23, 10:25, 12:22, 13:3
**HEL** [1] - 2:9
**held** [1] - 19:7
**hereby** [1] - 26:6
**HERMAN** [1] - 1:16
**Herman** [1] - 15:23
**Higbee** [1] - 15:21
**historical** [1] - 6:13
**history** [4] - 6:3, 6:23, 8:1, 9:12
**hold** [1] - 12:9
**Honor** [17] - 4:11, 4:19, 4:23, 5:7, 5:11, 5:19, 5:21, 8:12, 9:19, 13:2, 14:5, 14:15, 14:17, 14:20, 20:16, 21:23, 22:18
**HONORABLE** [1] - 1:12
**Hubbard** [2] - 5:2, 5:5
**HUBBARD** [3] - 2:7, 5:2, 5:5

## I

**idea** [1] - 13:13
**ideas** [1] - 25:10
**identify** [5] - 17:8, 17:13, 19:24, 20:4, 21:20
**ignore** [1] - 16:3
**impasse** [2] - 9:15, 9:17
**important** [2] - 7:4, 9:24
**IMS** [1] - 16:22
**IN** [2] - 1:4, 4:4
**individual** [2] - 23:11, 23:16
**individuals** [4] - 4:10, 8:25, 9:9
**information** [4] - 7:13, 8:25, 16:14, 16:16
**initial** [1] - 18:18
**instructed** [1] - 10:24
**insufficient** [1] - 21:24
**interest** [1] - 24:17

**interested** [2] - 7:11, 8:23
**interpretations** [1] - 23:7
**Interrogatories** [1] - 13:24
**interrogatories** [1] - 14:2
**invented** [1] - 16:10
**involved** [2] - 5:23, 7:6
**irrelevant** [2] - 12:20, 13:22
**isolation** [1] - 10:1
**issue** [15] - 6:24, 7:3, 7:23, 8:4, 8:16, 10:6, 13:1, 15:8, 16:10, 19:8, 19:18, 20:18, 20:20, 22:19, 24:7
**issues** [17] - 5:24, 6:17, 7:18, 7:19, 8:5, 8:8, 11:3, 14:22, 15:4, 15:20, 16:7, 17:4, 17:5, 20:19, 22:6, 23:9, 24:9
**itself** [1] - 13:1

## J

**JACKSON** [1] - 2:13
**James** [1] - 19:12
**January** [3] - 9:15, 10:24, 13:9
**Jersey** [5] - 7:4, 7:5, 15:21, 15:24, 19:7
**Judge** [1] - 15:21
**JUDGE** [1] - 1:12
**jurisdiction** [2] - 20:15
**jurisdiction-by-jurisdiction** [1] - 20:15
**jurisdictions** [1] - 13:4
**justify** [1] - 21:24

## K

**KATZ** [1] - 1:16
**keep** [1] - 13:7
**KELLEY** [1] - 2:7
**Kelly** [2] - 5:2, 5:5
**Kentucky** [11] - 10:23, 15:7, 15:9, 15:10, 15:13, 15:16, 16:3, 16:10, 17:7, 24:24, 25:6
**key** [2] - 20:4, 20:14
**kind** [2] - 4:19, 7:25
**KINGSDORF** [1] -

2:19
**knows** [2] - 8:2, 19:9

## L

**L.L.P** [1] - 2:15
**LA** [3] - 1:18, 2:21, 2:24
**largest** [2] - 9:1, 9:6
**last** [2] - 16:5, 17:1
**late** [1] - 17:25
**launch** [1] - 25:12
**law** [2] - 23:1, 25:7
**lawsuit** [1] - 8:21
**lawyers** [1] - 4:24
**lead** [2] - 4:12, 5:22
**least** [2] - 23:20, 24:19
**led** [1] - 6:1
**legal** [1] - 18:11
**Lennie** [1] - 15:23
**LEONARD** [1] - 1:17
**Leonard** [1] - 4:11
**letter** [5] - 8:13, 12:19, 13:15, 18:1, 19:2
**letters** [3] - 9:14, 16:23, 16:24
**level** [1] - 13:8
**LIABILITY** [1] - 1:5
**LIAISON** [1] - 2:19
**liaison** [2] - 4:12, 5:21
**line** [2] - 5:9, 5:15
**litigated** [1] - 19:18
**LITIGATION** [1] - 1:5
**litigation** [6] - 6:25, 7:4, 13:4, 15:9, 15:22, 22:10
**live** [1] - 17:21
**logistics** [3] - 10:7, 11:9, 12:24
**Look** [1] - 17:11
**look** [1] - 12:15
**looked** [4] - 8:24, 8:25, 9:3, 21:11
**looking** [8] - 7:11, 8:19, 11:18, 13:16, 18:2, 18:11, 18:15, 19:21
**loose** [1] - 25:7
**Louisiana** [2] - 26:5, 26:6
**LOUISIANA** [2] - 1:2, 1:6

## M

**mail** [1] - 18:10
**manageable** [1] - 10:2
**manager** [4] - 12:17,

17:20, 20:2, 20:13
**managerial** [1] - 14:8
**managers** [8] - 12:9, 13:17, 13:18, 13:19, 16:9, 16:11, 20:6
**managers'** [2] - 11:10, 11:12
**marked** [1] - 19:10
**marketed** [1] - 11:24
**marketing** [1] - 18:16
**Mason** [1] - 19:12
**mass** [1] - 7:14
**massive** [3] - 18:25, 20:13, 22:11
**master** [2] - 18:18, 20:3
**material** [7] - 10:11, 10:14, 11:7, 12:23, 19:8, 24:21
**materials** [7] - 12:1, 13:9, 17:17, 18:16, 18:17, 19:10
**Matt** [1] - 4:14
**matter** [5] - 4:13, 13:4, 20:22, 25:8, 26:9
**matters** [2] - 23:15, 24:8
**MAX** [1] - 16:21
**MCKENNA** [2] - 1:21, 4:16
**McKenna** [3] - 4:14, 4:16, 4:17
**MDL** [3] - 1:6, 14:21, 14:24, 15:5, 15:18, 15:23, 17:6, 17:19, 19:16, 19:19, 20:3, 24:25, 25:10
**mean** [1] - 9:24
**meaning** [1] - 18:13
**means** [1] - 18:10
**MECHANICAL** [1] - 2:25
**med** [1] - 18:11
**med-legal** [1] - 18:11
**medical** [1] - 20:5
**meet** [10] - 6:9, 6:12, 7:3, 7:9, 7:21, 8:15, 12:23, 13:6, 13:22, 15:12
**meetings** [3] - 6:6, 6:14
**memory** [2] - 6:25, 7:5
**mentions** [1] - 23:20
**Merck** [28] - 5:12, 5:16, 5:17, 6:2, 6:4, 9:1, 9:9, 10:15, 10:24, 11:8, 11:10, 11:22, 12:1, 12:25, 13:12, 14:1, 14:23, 15:6, 15:14, 16:1,

18:3, 18:8, 18:13, 19:13, 22:11, 23:25, 24:15
**Merck's** [2] - 5:16, 18:10
**Merit** [2] - 26:4, 26:14
**MESA** [1] - 16:21
**met** [4] - 6:6, 6:8, 7:7, 16:21
**might** [4] - 10:18, 13:13, 16:2, 18:25
**million** [3] - 15:12, 15:13, 24:1
**millions** [1] - 12:5
**mind** [1] - 10:11
**mischaracterized** [1] - 14:23
**miscommunications** [3] - 18:6, 18:7, 18:21
**misleading** [1] - 9:5
**misrepresentations** [3] - 9:21, 18:3, 18:4
**miss** [1] - 20:10
**missed** [2] - 17:18, 20:9
**MISSISSIPPI** [1] - 2:12
**Mississippi** [6] - 5:8, 10:19, 11:2, 13:17, 21:12, 21:15
**MISSOULA** [1] - 2:5
**misstates** [1] - 14:22
**mistake** [1] - 25:8
**mistaken** [1] - 7:17
**MONTANA** [1] - 1:20, 2:3
**Montana** [10] - 4:24, 5:2, 5:6, 8:13, 11:4, 13:14, 13:18, 21:12, 21:15
**month** [1] - 15:12
**months** [4] - 12:22, 13:22, 16:5, 17:1
**moreover** [1] - 16:5
**most** [5] - 9:2, 15:22, 18:7, 21:18, 24:20
**motion** [1] - 5:16
**move** [1] - 5:20
**MR** [12] - 3:5, 3:6, 3:7, 4:11, 4:16, 4:17, 4:23, 5:11, 5:19, 8:12, 14:20, 22:18
**MS** [6] - 2:13, 5:2, 5:5, 5:7, 14:15, 14:17
**MT** [2] - 2:5, 2:9
**multiple** [1] - 7:7
**myriad** [1] - 8:23

**N**

**named** [1] - 19:12
**names** [3] - 16:7, 16:9, 16:11
**narrow** [2] - 19:23, 21:6
**nature** [1] - 23:2
**nearly** [1] - 24:2
**necessary** [4] - 11:7, 12:13, 22:12, 23:20
**necessity** [1] - 23:5
**need** [11] - 7:17, 9:10, 10:11, 10:14, 16:6, 17:22, 23:11, 23:16, 23:19, 23:23
**needed** [2] - 8:21, 10:20
**negotiations** [1] - 21:4
**new** [1] - 16:10
**New** [5] - 7:4, 7:5, 15:21, 15:24, 19:7
**NEW** [4] - 1:6, 1:18, 2:21, 2:24
**NEWELL** [1] - 1:20
**NEWTON** [1] - 1:20
**nine** [1] - 22:10
**NO** [1] - 1:6
**nobody** [1] - 7:17
**NORTH** [3] - 1:22, 2:4, 2:13
**notes** [7] - 20:24, 21:1, 21:11, 21:13, 21:14, 21:16, 21:18
**nothing** [1] - 16:25
**notion** [1] - 16:24
**number** [21] - 5:23, 6:7, 6:8, 6:16, 7:3, 7:9, 7:21, 9:1, 9:6, 9:7, 9:20, 10:2, 10:4, 14:10, 16:6, 16:13, 16:15, 16:16, 17:7, 20:13, 21:10
**numbered** [1] - 26:9
**numbers** [4] - 9:9, 10:6, 11:9, 13:15

**O**

**O'KEEFE** [1] - 1:17
**obligations** [1] - 15:13
**obstacle** [1] - 11:21
**Obviously** [1] - 10:8
**occasions** [3] - 6:7, 6:8, 6:22
**occur** [1] - 7:15
**OF** [6] - 1:2, 1:11, 1:20, 2:3, 2:8, 2:12

**Offense** [1] - 19:3
**offer** [1] - 17:19
**offered** [1] - 11:5
**Office** [2] - 5:3, 5:6
**office** [1] - 6:8
**OFFICE** [1] - 2:8
**Official** [2] - 26:5, 26:14
**OFFICIAL** [1] - 2:23
**Omni** [1] - 16:18
**one** [12] - 6:18, 8:4, 12:1, 15:11, 16:2, 16:15, 19:13, 22:22, 22:24, 24:10, 24:11, 24:24
**online** [1] - 16:24
**OPEN** [1] - 4:4
**opportunities** [1] - 25:9
**opportunity** [1] - 22:3
**opposite** [1] - 5:17
**order** [7] - 7:16, 8:21, 14:6, 18:25, 21:3, 23:16, 23:23
**organization** [1] - 25:9
**organized** [1] - 25:5
**originally** [1] - 19:4
**ORLEANS** [4] - 1:6, 1:18, 2:21, 2:24
**ought** [5] - 21:25, 22:7, 24:10, 24:11, 24:18
**outrageous** [1] - 9:18
**outside** [3] - 8:6, 10:20, 10:22
**overly** [1] - 13:2
**own** [1] - 13:23

**P**

**p.m** [1] - 25:17
**P.M** [1] - 1:7
**P.O** [1] - 2:5
**PA** [1] - 2:17
**PAGE** [1] - 3:3
**pages** [3] - 12:5, 15:12, 15:13
**pared** [2] - 9:6, 13:13
**paring** [1] - 24:5
**part** [3] - 15:22, 18:7, 19:7
**particular** [4] - 23:17, 23:21, 24:8
**particularly** [2] - 22:12, 23:5
**parties** [2] - 22:3, 25:2
**partners** [1] - 10:4
**past** [1] - 14:6
**pay** [1] - 22:14

**people** [2] - 20:4, 20:14
**PEPPER** [1] - 2:23
**Pepper** [3] - 26:3, 26:12, 26:13
**per** [1] - 15:12
**periods** [1] - 11:23
**perspective** [1] - 8:1
**PHILADELPHIA** [1] - 2:17
**phone** [3] - 4:10, 14:13, 14:14
**physicians** [3] - 17:12, 19:18, 20:1
**Physicians** [1] - 9:2
**physicians'** [1] - 19:14
**PI** [1] - 21:10
**PIR's** [1] - 16:23
**PLAINTIFFS** [1] - 1:16
**plaintiffs** [5] - 4:12, 4:21, 5:14, 14:14
**plan** [1] - 17:22
**plenty** [1] - 19:15
**point** [9] - 7:22, 15:3, 17:24, 18:1, 21:4, 21:5, 21:17, 22:10, 25:11
**pointing** [1] - 18:23
**policy** [1] - 18:8
**position** [4] - 12:22, 14:6, 14:22, 16:1
**post** [1] - 15:7
**posture** [1] - 22:21
**potentially** [1] - 20:23
**Powell** [3] - 4:14, 8:12, 16:12
**POWELL** [2] - 1:21, 8:12
**Powell's** [1] - 17:24
**POWELL....................
......................** [1] - 3:6
**POYDRAS** [2] - 2:20, 2:23
**prejudiced** [1] - 7:17
**prescribers** [1] - 18:9
**present** [1] - 18:20
**presumably** [1] - 18:24
**pretty** [1] - 17:1
**previously** [1] - 21:12
**principles** [1] - 15:3
**PROCEEDINGS** [3] - 1:11, 2:25, 4:1
**proceedings** [2] - 25:17, 26:9
**produce** [15] - 10:9, 11:12, 11:14, 11:19, 11:25, 12:1, 12:3, 12:7, 14:25, 17:14,

20:11, 21:7, 21:18, 21:21
**PRODUCED** [1] - 2:25
**produced** [22] - 7:14, 10:8, 16:14, 16:17, 16:18, 16:22, 17:17, 18:17, 19:8, 19:15, 20:7, 20:14, 21:11, 21:12, 21:13, 21:15, 24:1, 24:2, 24:6, 24:9
**producing** [1] - 20:12
**product** [1] - 16:15
**production** [14] - 6:14, 7:6, 7:14, 11:6, 14:7, 15:10, 18:14, 19:1, 19:4, 22:11, 24:3, 24:14, 24:15, 25:3
**productions** [4] - 16:19, 17:9, 17:21, 21:1
**PRODUCTS** [1] - 1:4
**professional** [2] - 16:8, 18:3
**Professional** [1] - 16:23
**proffered** [1] - 9:9
**Project** [1] - 19:3
**promotion** [1] - 13:24
**prompt** [1] - 14:7
**proposal** [2] - 17:16, 21:22
**proposals** [1] - 17:7
**prosecute** [1] - 8:22
**PROTECTION** [1] - 2:8
**Protection** [1] - 22:25
**protocol** [4] - 10:20, 10:21, 10:22, 11:1
**prove** [1] - 23:14
**PSC** [4] - 18:17, 19:5, 19:8, 19:16
**purpose** [2] - 7:25, 24:25
**pursue** [1] - 5:20
**put** [3] - 17:7, 21:24, 22:8
**putting** [2] - 15:8, 16:1

## Q

**questions** [1] - 19:14
**quickly** [1] - 20:16
**quite** [1] - 6:3

## R

**raise** [1] - 23:9
**raised** [3] - 8:6, 23:14,

24:9
**raising** [2] - 13:1, 17:25
**rankings** [1] - 16:14
**RE** [1] - 1:4
**reach** [2] - 17:3, 22:3
**reached** [2] - 7:12, 15:25
**read** [1] - 9:13
**reading** [1] - 13:3
**reality** [4] - 15:18, 16:3, 17:6, 20:2
**really** [4] - 8:7, 22:22, 22:24, 23:4
**Realtime** [2] - 26:3, 26:13
**reason** [7] - 15:3, 17:2, 19:19, 21:5, 21:17, 21:19, 22:9
**reasonable** [5] - 8:20, 9:10, 13:11, 14:9, 24:23
**reasoned** [2] - 8:20, 11:5
**rebuttal** [1] - 5:18
**received** [1] - 11:21
**recognition** [1] - 15:5
**recognizing** [1] - 23:15
**record** [3] - 4:9, 21:24, 26:8
**RECORDED** [1] - 2:25
**reduce** [3] - 14:9, 21:7, 22:15
**refer** [2] - 13:25, 14:3
**Refer** [1] - 14:1
**reference** [1] - 21:14
**references** [1] - 21:16
**referred** [1] - 16:13
**reflect** [1] - 19:25
**regarding** [1] - 9:21
**regional** [2] - 20:5, 20:6
**Registered** [1] - 26:3
**registered** [1] - 26:14
**rejected** [4] - 17:6, 17:10, 17:14, 21:21
**related** [1] - 10:21
**relates** [1] - 6:19
**RELATES** [1] - 1:8
**relating** [1] - 7:19
**relevance** [3] - 12:23, 13:1, 17:25
**relevant** [13] - 9:3, 9:7, 11:7, 11:23, 12:3, 13:23, 14:9, 17:8, 18:13, 20:23, 21:19, 23:19, 23:20
**relitigate** [1] - 17:4
**relitigating** [1] - 15:4

**reluctance** [1] - 25:6
**reluctant** [1] - 24:3
**remain** [1] - 14:25
**remaining** [1] - 16:7
**remand** [1] - 15:7
**remember** [3] - 10:15, 10:23, 24:1
**rep** [4] - 9:23, 10:4, 13:16, 19:3
**repeat** [1] - 5:4
**replow** [1] - 19:19
**reply** [2] - 19:2, 19:22
**report** [1] - 11:22
**Report** [2] - 17:13, 19:22
**REPORTER** [1] - 2:23
**Reporter** [7] - 26:3, 26:4, 26:5, 26:13, 26:14, 26:14
**REPORTER'S** [1] - 26:1
**reports** [2] - 11:10, 11:12
**Reports** [3] - 17:14, 19:23, 19:24
**representations** [1] - 9:4
**representatives** [2] - 18:3, 18:8
**reproduced** [2] - 16:21, 19:4
**reps** [10] - 11:21, 12:2, 12:8, 12:10, 13:18, 13:19, 16:8, 16:13, 16:15, 19:13
**request** [6] - 6:18, 8:20, 9:17, 12:24, 17:20, 19:24
**requested** [2] - 10:5, 11:3, 13:12
**requesting** [1] - 14:4
**requests** [1] - 11:2
**required** [3] - 15:7, 15:9, 22:14
**requiring** [1] - 14:6
**research** [1] - 7:1
**resolution** [1] - 20:22
**resolve** [1] - 22:5
**resolved** [2] - 15:5, 16:6
**resources** [1] - 15:6
**respect** [6] - 6:1, 6:3, 6:14, 7:8, 7:22, 8:8
**respective** [2] - 22:25, 23:8
**response** [6] - 12:18, 13:20, 14:1, 18:17, 20:3, 22:19
**responses** [1] - 14:2
**review** [8] - 12:9,

12:10, 12:14, 15:11, 15:14, 20:14, 21:21
**revolve** [1] - 8:16
**rise** [2] - 4:7, 25:16
**RMR** [2] - 2:23, 26:13
**ROME** [1] - 16:18
**ROOM** [1] - 2:23
**ROSSBACH** [3] - 2:3, 2:4, 4:23
**Rossbach** [1] - 4:23
**ruling** [2] - 22:2, 25:13
**run** [1] - 18:10
**Russ** [5] - 5:22, 15:23

## S

**s/Cathy** [1] - 26:12
**sales** [7] - 9:23, 11:21, 12:8, 12:10, 13:16, 13:18, 19:7
**SANDERS** [1] - 2:9
**sat** [2] - 20:3, 21:10
**satisfy** [1] - 16:2
**saw** [2] - 9:16, 11:6
**schedule** [3] - 13:6, 13:7
**scholarly** [1] - 23:12
**scope** [5] - 12:24, 17:21, 19:23, 21:6, 22:15
**SCOTT** [1] - 1:21
**Scott** [2] - 4:14, 8:12
**search** [2] - 17:8, 21:20
**seated** [1] - 4:8
**see** [5] - 5:24, 12:5, 12:13, 13:14, 22:22
**seeking** [1] - 21:25
**seem** [1] - 9:17
**sense** [3] - 15:3, 21:6, 24:5
**sent** [1] - 8:14
**served** [2] - 18:18, 24:25
**set** [3] - 4:19, 10:20, 12:1
**sharing** [3] - 25:9, 25:10
**Sheila** [2] - 5:7, 14:17
**SHEILA** [1] - 2:12
**shifted** [1] - 22:9
**shows** [1] - 19:16
**sides** [1] - 9:14
**significant** [1] - 24:20
**similar** [2] - 11:2, 11:3
**simple** [1] - 12:4
**simply** [1] - 16:25
**sit** [3] - 6:5, 10:24, 22:3

**sitting** [1] - 16:24
**six** [3] - 12:22, 13:22, 16:5
**skinning** [1] - 24:18
**somewhat** [2] - 23:7, 23:8
**sorry** [3] - 4:15, 5:4, 14:16
**sort** [5] - 17:22, 18:6, 18:16, 21:17, 22:4
**SPEAKERS** [1] - 3:3
**speaks** [1] - 13:1
**specific** [4] - 8:25, 19:21, 19:24, 20:20
**specifically** [2] - 7:8, 20:18
**stage** [1] - 4:19
**staging** [1] - 24:19
**stand** [1] - 25:15
**start** [2] - 12:11, 18:23
**starting** [1] - 21:4
**State** [2] - 5:8, 26:4
**STATE** [4] - 2:3, 2:11, 2:13, 2:19
**state** [7] - 13:25, 15:10, 20:5, 20:7, 20:25
**state-by-state** [1] - 20:5
**state-wide** [2] - 15:10, 20:25
**statements** [1] - 18:4
**states** [8] - 8:22, 10:16, 10:17, 13:12, 16:8, 22:25, 24:11, 24:13, 24:22
**STATES** [3] - 1:1, 1:12, 1:20
**States** [2] - 26:5, 26:15
**states'** [1] - 23:3
**statewide** [1] - 21:1
**statute** [1] - 23:5
**statutes** [1] - 23:4
**STENOGRAPHY** [1] - 2:25
**still** [2] - 15:13, 16:19
**stipulate** [3] - 11:20, 11:24, 12:2
**stipulation** [1] - 17:16
**STREET** [5] - 2:4, 2:13, 2:17, 2:20, 2:23
**structured** [1] - 25:4
**stuff** [3] - 8:23, 11:25, 12:4
**subjective** [1] - 9:8
**submission** [1] - 13:21
**submissions** [1] -

14:21
**subset** [1] - 21:20
**suggested** [3] - 10:17, 11:12, 17:8
**suggestions** [2] - 7:20, 24:4
**SUITE** [2] - 1:22, 2:20
**summer** [2] - 17:5, 20:19
**supplement** [1] - 14:13
**sway** [1] - 18:25

## T

**tables** [5] - 11:16, 12:14, 12:15, 14:4, 14:7
**techniques** [1] - 21:6
**telephone** [1] - 4:20
**tempered** [1] - 15:2
**terms** [5] - 9:4, 16:20, 17:8, 21:20, 23:12
**testimony** [2] - 19:11, 19:15
**THE** [21] - 1:12, 1:16, 1:20, 2:3, 2:11, 2:15, 3:8, 4:7, 4:8, 4:20, 5:1, 5:4, 5:9, 5:13, 8:11, 14:12, 14:16, 14:19, 22:17, 22:19, 25:16
**they've** [4] - 10:4, 13:13, 22:15, 24:2
**THIRD** [1] - 1:22
**THIS** [1] - 1:8
**thousands** [1] - 21:13
**three** [3] - 20:12, 21:5, 24:11
**TO** [1] - 1:8
**today** [1] - 4:13
**together** [4] - 6:12, 6:15, 10:17, 13:12
**tons** [1] - 10:8
**took** [2] - 8:18, 10:13
**tort** [1] - 23:1
**tortured** [1] - 9:12
**towns** [1] - 16:13
**training** [4] - 18:16, 19:7, 19:14, 19:17
**TRANSCRIPT** [2] - 1:11, 2:25
**transcript** [2] - 13:3, 26:7
**transcripts** [1] - 24:2
**trial** [6] - 7:11, 7:14, 19:7, 19:12, 23:22, 24:2
**trials** [1] - 21:10

**tried** [3] - 9:18, 18:1, 20:4
**trim** [2] - 9:18, 24:22
**truck** [1] - 8:23
**true** [1] - 26:7
**try** [9] - 8:9, 8:21, 10:25, 12:7, 21:20, 22:3, 22:5
**trying** [3] - 12:24, 12:25, 18:5
**turn** [2] - 8:7, 17:25
**turnabout** [1] - 12:20
**two** [9] - 6:17, 8:8, 10:3, 14:22, 15:2, 20:23, 22:22, 22:23, 24:11
**type** [2] - 17:13, 23:24

## U

**unable** [1] - 8:17
**understood** [1] - 15:25
**United** [2] - 26:5, 26:15
**UNITED** [2] - 1:1, 1:12
**universally** [1] - 17:17
**universe** [1] - 8:19
**unrelated** [1] - 15:18
**untrue** [1] - 16:25
**up** [3] - 11:1, 14:19, 24:25
**Utah** [5] - 10:19, 11:2, 13:19, 21:12, 21:17
**utilized** [2] - 9:8, 24:20

## V

**various** [2] - 8:22, 9:4
**via** [1] - 19:12
**videotape** [1] - 19:12
**view** [9] - 6:24, 15:2, 15:17, 17:3, 18:22, 18:24, 20:17, 21:3, 21:23
**viewed** [1] - 20:23
**VINES** [1] - 1:22
**Vines** [1] - 4:14
**VIOXX** [1] - 1:4
**Vioxx** [10] - 4:13, 9:1, 9:7, 9:21, 11:23, 13:25, 16:8, 16:15, 19:10
**virtue** [1] - 8:13
**voluminous** [2] - 11:11, 25:4

## W

**War** [5] - 17:13, 17:14, 19:22, 19:23, 19:24
**WASHINGTON** [1] - 2:4
**WEDNESDAY** [2] - 1:7, 4:2
**whereby** [1] - 7:13
**WHEREUPON** [1] - 25:17
**whole** [3] - 9:19, 9:25, 23:23
**wholly** [1] - 16:10
**wide** [2] - 15:10, 20:25
**willing** [3] - 10:9, 14:25, 22:5
**willingness** [1] - 15:2
**withdrawing** [1] - 17:20
**word** [1] - 24:24
**workable** [1] - 14:9
**world** [1] - 20:12
**writing** [1] - 23:12
**WYNN** [1] - 1:20

## Y

**year** [1] - 9:15
**years** [7] - 15:18, 18:17, 19:7, 20:12, 21:5, 22:10, 25:3