# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 01, 2013

U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA

FILED   MAR - 5 2013

LORETTA G. WHYTE  
CLERK

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    **USCA No. 12-30586,   In Re: Vioxx Prod Liability**  
        USDC No. 2:05-MD-1657  
        USDC No. 2:05-CV-4578

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

The electronic copy of the record has been recycled.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _Sabrina B. Short_  
                Sabrina B. Short, Deputy Clerk  
                504-310-7817

cc: (letter only)  
    Honorable Eldon E. Fallon  
    Mr. Ronald Ralph Benjamin  
    Ms. Susan Whaley Fox  
    Ms. Maria Dolores Tejedor

P.S. to Judge Fallon: A copy of the opinion was sent to your office via email the day it was filed.

___ Fee  
___ Process  
_X_ Dktd  
___ CtRmDep  
___ Doc. No.