UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** PENDING CONSUMER CASES

### ORDER

IT IS ORDERED that the Court will hold a status conference on the pending consumer settlement on Thursday, March 14, 2013 at 9:00 a.m. This conference will be in person. Interested parties may contact the Court to request call-in information.

New Orleans, Louisiana, this 7th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

1