MINUTE ENTRY
FALLON, J.
MARCH 8, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>NO. 05-MD-1657<br><br>SECTION: L |

**This document relates to: All Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances:   Ann Oldfather, Esq. and Megan Hastings, Esq. for Certain VTE Plaintiffs
               Lenny Davis, Esq., for Plaintiffs' Steering Committee
               Paul Boehm, Esq., Joe Tomaselli, Esq, Doug Marvin, Esq. and Dorothy
               Wimberly, Esq. for  Merck

1. MOTION to Preclude Certain Testimony of Merck's Experts, Mark A. Crowther, M.D. and John P. Kress, M.D. filed by Plaintiffs (64210)

After Argument - Motion TAKEN  UNDER SUBMISSION

2. MOTION to Exclude Opinion Testimony of General Causation, and Renewed MOTION for Summary Judgment in VTE Cases filed by Defendant

After Argument  - Motion TAKEN  UNDER SUBMISSION


JS10:   2:04