UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                  :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION   :   SECTION: L
                                             :
                                             :   JUDGE FALLON
                                             :
                                             :   MAG. JUDGE KNOWLES

*****************************************************************

THIS DOCUMENT RELATES TO: THIRD PARTY PAYOR COMMON BENEFIT FEES

## AFFIDAVIT OF PATRICK A. JUNEAU
## PURSUANT TO FRCP 53

STATE OF LOUISIANA

PARISH OF ORLEANS

    BEFORE ME, undersigned authority, personally came and appeared PATRICK A. JUNEAU, who, after being duly sworn, did depose and say:

    I have thoroughly familiarized myself with the issues involved in the case captioned above, and as a result of my knowledge of that case, I can attest and affirm that there are no grounds for disqualification under 20 U.S.C. 455 that would prevent me from serving as the Special Master in the captioned matter.

    FURTHER AFFIANT SAYETH NOT.

_____
PATRICK A. JUNEAU

    Sworn to and subscribed before me, Notary, this 15 day of March, 2013, at New Orleans, Louisiana.

_____
NOTARY PUBLIC
Name Printed: Lionel H. Sutton III
Notary ID #: 20386