UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GOLDHABER RESEARCH ASSOCIATES, LLC,                Petitioner, <br><br> -against- <br><br> TOMMY JACKS, P.C. d/b/a THE JACKS LAW FIRM and BLIZZARD, MCCARTHY & NABERS, LLP, <br>                Respondent. | VIOXX MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> MDL NO. 1657 <br><br> CASE NO. 07-2062 |

**PETITIONER GOLDHABER RESEARCH ASSOCIATES, LLC
MOTION TO SUBSTITUTE COUNSEL**

COMES NOW GOLDHABER RESEARCH ASSOCIATES, LLC, Petitioner herein, and files this Petitioner's Motion to Substitute Counsel. Petitioner requests the substitution of Steger Krane LLP, by Steven S. Krane, Esq. and Michael D. Steger, Esq., 1601 Broadway, New York, New York 10019 in place of Robert L. Cohen, 1350 Broadway, Suite 2500, New York, New York 10018 because Mr. Cohen was disbarred on December 6, 2012 from the practice of law in New York State and is under hospice care for a terminal brain tumor. This motion for substitution is made ex parte.

Dated: New York, New York
       March 14, 2013

                                                  Respectfully submitted,

                                                  s/ Steven S. Krane
                                                  Steven S. Krane
                                                  New York State Bar No. 2638955
                                                  Attorney for Petitioner
                                                  Steger Krane LLP
                                                  1601 Broadway, 12th Floor
                                                  New York, New York 10019
                                                  212-736-6800
                                                  skrane@skattorney.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2013, a true and correct copy of the foregoing motion was served on Seeger Weiss LLP, the attorney for Respondents:

PETITIONER GOLDHABER RESEARCH ASSOCIATES, LLC
MOTION TO SUBSTITUTE COUNSEL

by depositing a true copy thereof, enclosed in a plain, post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, via First Class Mail, addressed to the following corporation(s) and/or individual(s) at the last known address set forth after each name, who agreed to accept service on behalf of Respondents:

Seeger Weiss LLP
One William Street
New York, New York 10004

Dated: New York, New York
       March 14, 2013                                     s/ Steven S. Krane
                                                              Steven S. Krane