UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GOLDHABER RESEARCH ASSOCIATES, LLC, <br><br>      Petitioner, <br><br>-against- <br><br>TOMMY JACKS, P.C. d/b/a THE JACKS LAW FIRM and BLIZZARD, MCCARTHY & NABERS, LLP, <br><br>      Respondent. | VIOXX MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br>MDL NO. 1657 <br><br>CASE NO. 07-2062 |

**ORDER GRANTING PETITIONER GOLDHABER RESEARCH ASSOCIATES, LLC MOTION TO SUBSTITUTE COUNSEL**

The Court has considered Petitioner's Motion to Substitute Counsel. Having considered Petitioner's motion, it is

ORDERED that Steger Krane LLP, by Steven S. Krane, Esq. and Michael D. Steger, Esq., 1601 Broadway, New York, New York 10019, be substituted as counsel of record for Petitioner Goldhaber Research Associates, LLC in place of Robert L. Cohen, 1350 Broadway, Suite 2500, New York, New York 10018.

SIGNED this _____day of _____, 2013.

_____
U.S. DISTRICT COURT JUDGE