MINUTE ENTRY
FALLON, J.
MARCH 20, 2013

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>NO. 05-MD-1657<br><br>SECTION: L |

**This document relates to: All Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances: Russ Herman, Esq., for Plaintiffs' Steering Committee
Christopher Placitella, Esq., for Plaintiff Commonwealth of Pennsylvannia
Dawn Barrios, Esq. and Elizabeth Cabraser, Esq. for Certain Plaintiffs

MOTION for Order Imposing a Common Benefit Obligation Upon the Recovery on the Commonwealth of Pennsylvania Attorney General's Claims Asserted Against Merck Sharp & Dohme Corp. Pending in this MDL by Plaintiffs' Steering Committee and Government Action Liaison Counsel    (64205)

After Argument  - TAKEN UNDER SUBMISSION


JS10:   1:00