# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Cheryl Sample (as administrator for the* | * | |
| *deceased Michael Wodowski), et al. v. Merck &* | * | |
| *Co., Inc., et al.*, 2:08-cv-04559-EEF-DEK | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DECLARATION OF LINDA L. GOLKOW IN SUPPORT OF DEFENDANT MERCK
SHARP & DOHME CORPORATION'S MOTION FOR APPOINTMENT PURSUANT
TO RULE 28(a)(1)(B) OF JANIS L. FERGUSON**

I, Linda L. Golkow, declare based on personal knowledge as follows:

1. I am the founder and CEO of Golkow Technologies, Inc. ("Golkow"). Golkow specializes in providing court reporting and videography services for depositions in complex litigation. Golkow began covering depositions in the Vioxx litigation in 2006. Since that time, Golkow has covered over 800 depositions in the Vioxx MDL and state court proceedings on behalf of both plaintiffs and defendants.

2. In April 2012, counsel for Merck Sharp & Dohme Corporation ("Merck") hired Golkow to provide court reporting and videography services in the above-captioned case for the May 15, 2012 deposition of Cheryl Sample, the May 16, 2012 deposition of Mary Zak, and the May 17, 2012 deposition of William Wodowski ("the May 15-17 depositions"). The depositions were noticed to take place at The Miserendino Law Firm in Buffalo, New York.

3. Golkow assigned Janis L. Ferguson to report the May 15-17 depositions. Ms. Ferguson had been reporting depositions for Golkow since 2010 and had indicated to

Golkow that she was available to handle depositions in Buffalo, New York. Before assigning Ms. Ferguson to report the May 15-17 depositions, Golkow confirmed that she appeared on its list of approved court reporters.

4. For a court reporter to appear on Golkow's list of approved court reporters, the court reporter must satisfy three criteria. First, the court reporter must be certified by the National Court Reporters Association as a Registered Professional Reporter, which requires the reporter to pass an exam consisting of a written knowledge test and a skills test. Second, the court reporter must receive a satisfactory grade on Golkow's rigorous proofreading review and must continue to receive satisfactory grades during periodic proofreading reviews. The proofreading reviews are conducted by trained proofreaders employed by Golkow who check reporters' deposition transcripts for accuracy by using audio recordings and exhibits from the corresponding depositions. Third, Golkow must not have received any complaints from a client about the court reporter. Ms. Ferguson satisfied all three criteria.

5. Janis L. Ferguson reported and administered the oaths for the May 15-17 depositions, which also were videotaped by Golkow-assigned videographer Emmett Connolly.

6. On May 30, 2012, Golkow e-mailed the final transcripts of the May 15-17 depositions to Amy Davis and Vidya Mirmira (counsel for Merck), Joy Miserendino (counsel for Plaintiffs), and Brittany Cates (counsel for Moden-Giroux, Inc. d/b/a Transit Hill Pharmacy ("Transit Hill")) at the e-mail addresses provided by such counsel.

7. The final transcript of the May 15, 2012 deposition of Cheryl Sample, which Ms. Ferguson prepared, was reviewed by a Golkow proofreader and received a satisfactory grade. The proofreader's notes identified no substantive errors in Ms. Ferguson's transcription of the deposition.

2

8. In January 2013, counsel for Merck hired Golkow to provide court reporting and videography services for the January 17, 2013 deposition of Dr. Pramod Luthra in the above-captioned case, which was to take place at Damon Morey in Buffalo, New York ("the January 17 deposition"). Golkow assigned Janis L. Ferguson, who still appeared on Golkow's list of approved court reporters, to report the January 17 deposition.

9. Janis L. Ferguson reported and administered the oath for the January 17 deposition, which also was videotaped by Golkow-assigned videographer Emmett Connolly.

10. On January 31, Golkow e-mailed the final transcript of the January 17 depositions to Amy Davis and Vidya Mirmira (counsel for Merck), Bruce Gilpatrick (counsel for Transit Hill), and Marylou Roshia (counsel for Dr. Pramod Luthra) at the e-mail addresses provided by such counsel. A hard copy of the final transcript of the January 17 deposition was delivered to The Miserendino Law Firm (counsel for Plaintiffs) on February 4.

11. In February 2013, I was informed that counsel for Dr. Pramod Luthra had alleged that Janis L. Ferguson was not authorized to administer oaths under New York law. Golkow investigated the allegation and confirmed that Ms. Ferguson is a Notary Public in Pennsylvania but is not authorized by New York law to administer oaths.

12. I have personally spoken with Janis L. Ferguson about the depositions she reported in this case. When she reported the four depositions, Ms. Ferguson—whose home is in Erie, Pennsylvania, within the vicinity of the New York state border—lacked an appreciation for the geographical limits of her authority to administer oaths. I have since advised Ms. Ferguson of those limitations (and of the requirement that she not exceed them) and have taken steps to ensure that Ms. Ferguson will not be assigned to report any additional depositions in New York.

13. Attached as Attachment 1 to this declaration are true and correct copies of Janis L. Ferguson's Registered Professional Reporter certificate and Certified Realtime Reporter certificate, both provided by the National Court Reporters Association.

14. Attached as Attachment 2 to this declaration is a true and correct copy of a letter I received from the U.S. District Court for the Western District of Pennsylvania.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on MARCH 19, 2013.

Linda L. Golkow
Founder & CEO, Golkow Technologies, Inc.

4

# Attachment 1

# NATIONAL COURT REPORTERS ASSOCIATION

THIS ASSOCIATION HEREBY AWARDS THIS



# Registered Professional Reporter

CERTIFICATE TO

## JANIS L. FERGUSON

ON

### NOVEMBER 2, 1985

FOR HAVING DEMONSTRATED THE SKILLS AND EXCELLENCE REQUIRED TO PASS THE REGISTERED PROFESSIONAL REPORTER EXAMINATION, CONSISTING OF A WRITTEN KNOWLEDGE TEST AND A SKILLS TEST AT DICTATED SPEEDS OF 180 WORDS PER MINUTE ON LITERARY MATTER, 200 WORDS PER MINUTE ON JURY CHARGE, AND 225 WORDS PER MINUTE ON TESTIMONY. THIS DESIGNATION IS MAINTAINED THROUGH THE FULFILLMENT OF CONTINUING EDUCATION REQUIREMENTS AND BY REMAINING A MEMBER IN GOOD STANDING.

JAMES M. CUDAHY, CAE
CEO AND EXECUTIVE DIRECTOR

# National Court Reporters Association

THIS ASSOCIATION HEREBY AWARDS THIS



# Certified Realtime Reporter

CERTIFICATE TO

## Janis L. Ferguson

ON

### November 3, 2006

FOR HAVING DEMONSTRATED THE SKILLS AND EXCELLENCE REQUIRED TO PASS THE
CERTIFIED REALTIME REPORTER EXAMINATION CONSISTING OF A TESTIMONY SKILLS TEST
AT A DICTATED SPEED OF 200 WORDS PER MINUTE WITH A MINIMUM OF 96% ACCURACY. THIS DESIGNATION IS MAINTAINED
THROUGH THE FULFILLMENT OF CONTINUING EDUCATION REQUIREMENTS AND BY
REMAINING A MEMBER IN GOOD STANDING.

_____
James M. Cudahy, CAE
Executive Director and CEO

# Attachment 2



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
UNITED STATES COURTHOUSE
ROOM 3110
700 GRANT STREET
PITTSBURGH, PA   15219
www.pawd.uscourts.gov

**ROBERT V. BARTH, JR.**　　　　　　　　　　　　　　　　　　　Telephone: 412-208-7472
**CLERK OF COURT**　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 412-208-7582

February 28, 2013

I am the Contracts Specialist for the United States District Court for the Western District of Pennsylvania and in that position have been dealing with Janis Ferguson regarding her per diem court report work for this Court.

The District Court for the Western District of Pennsylvania has a per diem court report contract currently in place with Janice Ferguson. She has been the per diem court reporter for the Erie Division of the U. S. District Court since the early 1980's and as such, has undergone the fingerprinting and clearance procedures required by this Court and has been cleared to work in the Federal Courts.

She is a Federally approved Court reporter and comes highly recommended.

*Susan Metz*

Susan Metz
Contracts Specialist
US District Court for the WD of Pennsylvania