# Exhibit B

Cheryl Sample

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                        MDL DOCKET NO. 1657
PRODUCTS LIABILITY LITIGATION        SECTION L

                                     JUDGE FALLON
                                     MAGISTRATE JUDGE KNOWLES

------------------------------------------------------------

MICHAEL WODOWSKI,                :
        Plaintiff,               :
                                 :
     v.                          :   2:08-CV-04559-EEF-DEK
                                 :
MERCK & CO., INC., et al.,       :
        Defendants.              :


     Videotaped deposition of CHERYL SAMPLE, taken before and by Janis L. Ferguson, RPR, CRR, CLR, Notary Public in and for the Commonwealth of Pennsylvania, on Tuesday, May 15, 2012, commencing at 10:09 a.m., at the Miserendino Law Firm, 964 Ellicott Square, 295 Main Street, Buffalo, NY 14203.


          REPORTED BY:  JANIS L. FERGUSON, RPR, CRR, CLR

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 2

```
 1   A P P E A R A N C E S:
 2      THE MISERENDINO LAW FIRM, P.C.
        BY: JOY ELLEN MISERENDINO, ESQUIRE
 3      964 Ellicott Square Building
        295 Main Street
 4      Buffalo, NY 14203
        (716) 854-1002
 5      Counsel for Plaintiffs
 6
        WILLIAMS & CONNELLY LLP
 7      BY: AMY R. DAVIS, ESQUIRE
            VIDYA ATRE MIRMIRA, ESQUIRE
 8      725 Twelfth Street N.W.
        Washington, DC 20005
 9      (202) 434-5000
        Counsel for Merck & Company, Inc.
10
11      HEIDELL PITTONI MURPHY & BACH, LLP
        BY: BRITTANY S. CATES, ESQUIRE
12      (VIA TELEPHONE)
        855 Main Street
13      Suite 1100
        Bridgeport, CT 06604
14      (203) 382-9700
        Counsel for Moden-Giroux, Inc., d/b/a
15      Transit Hill Pharmacy
16
17
18   ALSO PRESENT:
19      Emmett Connolly, Videographer
20
21
22
23
24
```

Page 3

```
 1              I N D E X
 2
 3   TESTIMONY OF CHERYL SAMPLE
 4      Direct examination by Ms. Davis  . . . . . . . .  4
 5      Direct examination by Ms. Cates . . . . . . . .264
 6
 7
 8
 9
10   EXHIBITS:                                      Page
11   Sample 1  Amended/Supplemental Plaintiff Profile Form   157
     Sample 2  Responses to Interrogatories            192
12   Sample 3  Medical Records                         198
     Sample 4  Application for Nursing Facility Admission   202
13   Sample 5  Application for Admisssion              204
     Sample 6  Handwritten document                    205
14   Sample 7  Patient's Personal History              206
     Sample 8  Buffalo Neurosurgery Group Patient Data    212
15   Sample 9  7-8-98 Letter with handwritten notes    213
     Sample 10 8-27-99 Letter with handwritten notes   215
16   Sample 11 Planned Procedure/Consent Form          216
     Sample 12 St. Joseph Hospital Health Care Proxy   218
17   Sample 13 Do not Resuscitate Orders Legacy Health Care   223
     Sample 14 Durable General Power of Attorney       226
18   Sample 15 Medical Information for Michael Wodowski   229
     Sample 16 Medical Information for Michael Wodowski   229
19   Sample 17 Notice of Deposition                    252
20
21
22
23
24
```

Page 4

```
 1      MR. CONNOLLY: We are now recording. My name is
 2   Emmett Connolly. I am a videographer with Golkow
 3   Technologies. Today's date is May 15th, 2012.
 4   The time is 10:09 a.m. This deposition is being
 5   held at the Law Offices of Miserendino -- I'm
 6   sorry -- the Law -- Miserendino Law Firm, Ellicott
 7   Square Building, 9 -- 295 Main Street, Buffalo,
 8   New York.
 9      The matter is Vioxx Products Liability
10   Litigation, MDL Docket No. 1657, Section L, of the
11   United States District Court, Eastern District of
12   Louisiana. This document relates to Michael
13   Wodowski versus Merck & Company, Inc., et al.,
14   2:08-CV-04559-EEF-DEK.
15      The deponent is Cheryl Sample. The court
16   reporter is Janis Ferguson.
17      Counsel will identify themselves, and the
18   witness will be sworn, please.
19      MS. DAVIS: Amy Davis and Vidya Mirmira for Merck.
20      MS. CATES: I'm calling in by phone. Brittany
21   Cates, from Heidell Pittoni Murphy and Bach, for
22   the Defendant, Moden-Giroux, d/b/a Transit Hill
23   Pharmacy.
24      MS. MISERENDINO: Joy Ellen Miserendino of the
```

Page 5

```
 1   Miserendino Law Firm, for the Plaintiff.
 2
 3      C H E R Y L   S A M P L E, first having
 4   been duly sworn, testified as follows:
 5
 6           DIRECT EXAMINATION
 7   BY MS. DAVIS:
 8
 9   Q. Good morning, Miss Sample. Before I start asking
10   you questions, I just want to make a quick note for the
11   record.
12      MS. DAVIS: This morning I was given by
13   Plaintiff's attorney a set of documents related to
14   Mr. Wodowski's lawsuit against his physician,
15   Pramod Luthra, M.D. The documents I received are
16   a copy of the Complaint filed on November 27th,
17   2007; a copy of an examination of Miss Cheryl
18   Sample, taken on September 25th, 2008. I received
19   two transcripts that appear to be from the same
20   date of September 11th, 2009, including the
21   testimony of Cheryl Sample as taken before the
22   Honorable John A. Michalek. Again, there are two
23   of those. I received a demand for a verified Bill
24   of Particulars that is dated April 1st, 2010. I
```

Mary R. Zak

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                        MDL DOCKET NO. 1657
PRODUCTS LIABILITY LITIGATION        SECTION L

                                     JUDGE FALLON
                                     MAGISTRATE JUDGE KNOWLES

-----------------------------------------------------------

MICHAEL WODOWSKI                     :
        Plaintiff                    :
                                     :
    v.                               :   2:08-CV-04559-EEF-DEK
                                     :
MERCK & CO., INC., et al.,           :
        Defendants                   :


        Videotaped deposition of MARY R. ZAK, taken

before and by Janis L. Ferguson, RPR, CRR, CLR,

Notary Public in and for the Commonwealth of

Pennsylvania, on Wednesday, May 16, 2012, commencing

at 10:39 a.m., at the Miserendino Law Firm, 964

Ellicott Square, 295 Main Street, Buffalo, NY 14203.




        REPORTED BY:  JANIS L. FERGUSON, RPR, CRR, CLR

Golkow Technologies, Inc. - 1.877.370.DEPS

Mary R. Zak

### Page 2

```
 1   A P P E A R A N C E S:
 2      THE MISERENDINO LAW FIRM
        BY:  JOY ELLEN MISERENDINO, ESQUIRE
 3      964 Ellicott Square Building
        295 Main Street
 4      Buffalo, NY 14203
        (716) 854-1002
 5      Counsel for Plaintiffs
 6
        WILLIAMS & CONNELLY LLP
 7      BY:  AMY R. DAVIS, ESQUIRE
             VIDYA ATRE MIRMIRA, ESQUIRE
 8      725 Twelfth Street N.W.
        Washington, DC 20005
 9      (202) 434-5848
        Counsel for Merck & Company, Inc.
10
11      HEIDELL PITTONI MURPHY & BACH, LLP
        BY:  BRITTANY S. CATES, ESQUIRE
12      (VIA TELEPHONE)
        855 Main Street
13      Suite 1100
        Bridgeport, CT 06604
14      (203) 382-9700
        Counsel for Moden-Giroux, Inc., d/b/a
15      Transit Hill Pharmacy
16
17
18   ALSO PRESENT:
19      Emmett Connolly, Videographer
20
21
22
23
24
```

### Page 3

```
 1                I N D E X
 2
 3   TESTIMONY OF MARY R. ZAK
 4      Direct examination by Ms. Mirmira  . . . . . . . . 4
 5
 6
 7
 8
 9
10   EXHIBITS:                               Page
11   Zak 1  Plaintiff Profile Form            89
12   Zak 2  Notice of Deposition              95
13   Zak 3  Responses to Interrogatories      96
```

### Page 4

```
 1        MR. CONNOLLY:  We are now on the record.  My name
 2   is Emmett Connolly.  I am a videographer for
 3   Golkow Technologies.  Today's date is May 16th,
 4   2012.  The time is 10:39 a.m.  This video
 5   deposition is being held at the Miserendino Law
 6   Firm, 964 Ellicott Square Building, 295 Main
 7   Street, Buffalo, New York, in the matter of
 8   Michael Wodowski, the Merck & Co., Inc., et al.,
 9   2:08-CV-04559-EEF-DEK, in regard to the Vioxx
10   Products Liability Litigation, MDL Docket No.
11   1657, Section L, in the United States District
12   Court, Eastern District of Louisiana.
13        The deponent is Mary R. Zak.  Our court
14   reporter is Janis Ferguson.
15        Counsel will please introduce -- please
16   introduce yourselves, and the witness will be
17   sworn.
18        MS. MIRMIRA:  Vidya Mirmira and Amy Davis from
19   Williams & Connolly on behalf of Merck.
20        MS. CATES:  This is Brittany Cates, via phone, for
21   the Defendant, Moden-Giroux, Inc., doing business
22   as Transit Hill Pharmacy, from Heidell Pittoni
23   Murphy & Bach.
24        MS. MISERENDINO:  Joy Ellen Miserendino of the
```

### Page 5

```
 1   Miserendino Law Firm, for the Plaintiffs.
 2
 3        M A R Y  R.  Z A K, first having been
 4   duly sworn, testified as follows:
 5
 6              DIRECT EXAMINATION
 7   BY MS. MIRMIRA:
 8
 9     Q.  Good morning, Ms. Zak.
10     A.  Good morning.
11     Q.  As I said earlier, my name is Vidya Mirmira.  I'm
12   representing Merck.  I'm here to ask you a few questions
13   today, for you to give some answers.  We've got a court
14   reporter who is taking down everything we say, so we'll do
15   our best not to talk over each other.  If you can let me
16   finish, and I will certainly let you finish your answers as
17   well.
18     A.  Sure.
19     Q.  I'll try to be clear, but if I'm not, if anything
20   is confusing, please let me know, and --
21     A.  Okay.
22     Q.  -- I'm happy to try -- try it again.  But if you
23   understood my question, I'll assume you understood it.
24   Sound fair?
```

2 (Pages 2 to 5)

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
IN RE:  VIOXX                    :  MDL DOCKET NO. 1657
PRODUCTS LIABILITY LITIGATION    :  SECTION L
                                 :
                                 :  JUDGE FALLON
                                 :  MAGISTRATE JUDGE KNOWLES
```
-----------------------------------------------------------
```
MICHAEL WODOWSKI                 :
        Plaintiff                :
                                 :
    v.                           :  2:08-CV-04559-EEF-DEK
                                 :
MERCK & CO., INC., et al.,       :
        Defendants               :
```

Videotaped deposition of WILLIAM WODOWSKI, III, taken before and by Janis L. Ferguson, RPR, CRR, CLR, Notary Public in and for the Commonwealth of Pennsylvania, on Thursday, May 17, 2012, commencing at 9:37 a.m., at the Miserendino Law Firm, 964 Ellicott Square, 295 Main Street, Buffalo, NY 14203.

REPORTED BY:  JANIS L. FERGUSON, RPR, CRR, CLR

Golkow Technologies, Inc. - 1.877.370.DEPS

William Wodowski, III

Page 2

```
 1   A P P E A R A N C E S:
 2       THE MISERENDINO LAW FIRM
         BY:  SAMUEL R. MISERENDINO, JR., ESQUIRE
 3       964 Ellicott Square Building
         295 Main Street
 4       Buffalo, NY 14203
         (716) 854-1002
 5       Counsel for Plaintiffs
 6
         WILLIAMS & CONNELLY LLP
 7       BY:  AMY R. DAVIS, ESQUIRE
              VIDYA ATRE MIRMIRA, ESQUIRE
 8       725 Twelfth Street N.W.
         Washington, DC 20005
 9       (202) 434-5848
         Counsel for Merck & Company, Inc.
10
11       HEIDELL PITTONI MURPHY & BACH, LLP
         BY:  BRITTANY S. CATES, ESQUIRE
12       (VIA TELEPHONE)
         855 Main Street
13       Suite 1100
         Bridgeport, CT 06604
14       (203) 382-9700
         Counsel for Moden-Giroux, Inc., d/b/a
15       Transit Hill Pharmacy
16
17
18   ALSO PRESENT:
19       Emmett Connolly, Videographer
20
21
22
23
24
```

Page 3

```
 1                     I N D E X
 2
 3   TESTIMONY OF WILLIAM WODOWSKI, III
 4       Direct examination by Ms. Davis . . . . . . . . 5
 5
 6
 7
 8
 9
10   EXHIBITS:                                  Page
11       W. Wodowski 1  Plaintiff Profile Form      93
12       W. Wodowski 2  Responses to Interrogatories 128
13       W. Wodowski 3  Notice of Deposition       125
14
```

Page 4

```
 1        MR. CONNOLLY:  We are recording right now.  We are
 2   now on the record.  My name is Emmett Connolly.  I
 3   am a videographer for Golkow Technologies.
 4        Today's date is May 17th, 2012.  The time is
 5   9:37 a.m.  This video deposition is being held in
 6   Buffalo, New York, in the matter of Michael
 7   Wodowski versus Merck & Co., Inc., et al.,
 8   2:08-CV-04559-EEF-DEK, in regard to Vioxx Products
 9   Liability Litigation, MDL Docket 1657, Section L,
10   in the United States District Court, Eastern
11   District of Louisiana.  The deponent is William
12   Wodowski.
13        Counsel please introduce themselves, and the
14   court reporter will swear the witness.  Our
15   reporter today is Janis Ferguson.
16        MR. MISERENDINO:  Sam Miserendino, attorney for
17   the Plaintiff.
18        MS. DAVIS:  Amy Davis and Vidya Mirmira, from
19   Williams & Connolly, for Merck.
20        MS. CATES:  Brittany Cates, by phone, for
21   Defendant Moden-Giroux, Inc., doing business as
22   Transit Hill Pharmacy, from Heidell Pittoni Murphy
23   & Bach.
24
```

Page 5

```
 1        W I L L I A M  W O D O W S K I, III, first having
 2   been duly sworn, testified as follows:
 3
 4              DIRECT EXAMINATION
 5   BY MS. DAVIS:
 6
 7   Q.  Good morning.
 8   A.  Good morning.
 9   Q.  How are you?
10   A.  (Witness indicates.)  Fair.
11   Q.  Okay.
12   A.  Beautiful day.
13   Q.  My name is Amy Davis.  I am a lawyer at Williams &
14   Connolly, and we represent Merck in this lawsuit.  And I'm
15   going to be asking you questions today.
16   A.  Okay.
17   Q.  Before we get started, are there any medications
18   you're currently taking?
19   A.  Medications that I'm taking?
20   Q.  Yes.
21   A.  Yeah, I take some medications.
22   Q.  Can I ask you the general types of medications
23   that you're currently taking.
24   A.  I take a medication for some neuropathy that I
```

2 (Pages 2 to 5)

Pramod Luthra, M.D.

Page 1

```
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA


IN RE:  VIOXX                   : MDL DOCKET NO. 1657
PRODUCTS LIABILITY LITIGATION   : SECTION L
                                :
                                : JUDGE FALLON
                                : MAGISTRATE JUDGE KNOWLES
--------------------------------:------------------------------
CHERYL SAMPLE, (as              :
administrator of the deceased   :
Michael Wodowski, et al.),      :
        Plaintiff               :
                                :
    v.                          : 3:08-cv-04559-EEF-DEK
                                :
MERCK & CO., INC., et al.,      :
        Defendants              :


----------------------------------------------------------------
                  STATE OF NEW YORK SUPREME COURT
                          COUNTY OF ERIE

CHERYL SAMPLE, WILLIAM A.       :
WODOWSKI, and MARY ZAK, as      :
co-administrators of the        :
ESTATE OF MICHAEL WODOWSKI,     :
deceased,                       : Index No. K1-2007-011631
        Plaintiffs              :
                                :
    v.                          :
                                :
PRAMOD LUTHRA, M.D.,            :
        Defendant               :
```

        Videotape Deposition of PRAMOD LUTHRA, M.D.,
   taken before and by Janis L. Ferguson, RPR, CRR,
   CLR, Notary Public in and for the Commonwealth of
   Pennsylvania, on Thursday, January 17, 2013,
   commencing at 10:19 a.m., at Damon Morey, The Avant
   Building, 2000 Delaware Avenue, Buffalo, NY 14202.


        REPORTED BY:  JANIS L. FERGUSON, RPR, CRR, CLR


        Golkow Technologies, Inc. - 1.877.370.DEPS

Pramod Luthra, M.D.

Page 2

```
 1  APPEARANCES:
 2     THE MISERENDINO LAW FIRM, P.C.
       BY: JOY ELLEN MISERENDINO, ESQUIRE
 3     295 Main Street, Room 964
       Buffalo, NY 14203-2513
 4     (716) 854-1002
       Counsel for Plaintiffs
 5
 6     WILLIAMS & CONNELLY LLP
       BY: AMY R. DAVIS, ESQUIRE
 7     725 Twelfth Street N.W.
       Washington, DC 20005
 8     (202) 434-5000
       Counsel for Merck & Company, Inc.
 9
10     HEIDELL PITTONI MURPHY & BACH, LLP
       BY: BRUCE F. GILPATRICK, ESQUIRE (Via Telephone)
11     30 Oak Street
       Stamford, CT 06905
12     (203) 327-1800
       Counsel for Moden-Giroux, Inc.
13
14     DAMON MOREY, LLP
       BY: MARYLOU K. ROSHIA, ESQUIRE
15     The Avant Building
       200 Delaware Avenue
16     Suite 1200
       Buffalo, NY 14202
17     (716) 858-3839
       Counsel for Dr. Pramod Luthra
18
19  ALSO PRESENT:
20     EMMETT CONNOLLY, Videographer
21
22
23
24
```

Page 4

```
 1     MR. CONNOLLY: We are now recording and on the
 2  record. The time is 10:19 a.m. My name is Emmett
 3  Connolly. I am a videographer for Golkow
 4  Technologies.
 5     Today's date is January 17th, 2013. This
 6  deposition is taking place in Buffalo, New York,
 7  at the law offices of Damon and Morey, in the
 8  matter of Vioxx Products Liability Litigation,
 9  entitled Cheryl Sample, as administrator of
10  deceased Michael Wodowski, et al., versus Merck &
11  Co., Inc., et al., 3:08-cv-04559-EEF-DEC [sic], in
12  the United States District Court, Eastern District
13  of Louisiana.
14     Our second caption is Cheryl Sample, William
15  A. Wodowski, and Mary Zak, as co-administrators to
16  the Estate of Michael Wodowski, deceased, versus
17  Pramod Luthra, M.D., Index No. K1-2007-011631 for
18  the State of New York Supreme Court, County of
19  Erie.
20     The deponent is Dr. Pramod Luthra. The court
21  reporter is Janis Ferguson. The witness will be
22  sworn.
23
24
```

Page 3

```
 1            INDEX
 2
 3  TESTIMONY OF PRAMOD LUTHRA, M.D.
 4     Direct examination by MS. Davis ........ 4
 5
 6
 7
 8
 9
10
11  EXHIBITS:
12     Luthra Deposition Exhibit 1 - Page 52
13     Luthra Deposition Exhibit 2 - Page 220
14
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
 1     PRAMOD LUTHRA, M. D., first having
 2  been duly affirmed, testified as follows
 3
 4         DIRECT EXAMINATION
 5  BY MS. DAVIS:
 6
 7     Q. Good morning, Dr. Luthra.
 8     A. Good morning.
 9     Q. As we get started, could I have you just say and
10  spell your name for the record.
11     A. Last name, L-U-T-H-R-A. First name P as Peter,
12  R-A-M-O-D. Pramod.
13     Q. Pramod?
14     A. Um-hum.
15     Q. And, Dr. Luthra, what is your address?
16        MS. ROSHIA: You can give your business address,
17     Doctor.
18     A. 2075 Kensington Avenue, Snyder, 14226.
19     Q. My name is Amy Davis. We said hello this morning.
20  I'm a lawyer at Williams & Connolly, and I am representing
21  Merck in this litigation.
22        Do you understand that?
23     A. Yes.
24     Q. Other than the pleasantries this morning, have we
```

2 (Pages 2 to 5)

Golkow Technologies, Inc. - 1.877.370.DEPS