# Exhibit C

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

AMY R. DAVIS
(202) 434-5848
adavis@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

March 5, 2013

**VIA E-MAIL & FIRST-CLASS MAIL**

Joy Ellen Miserendino, Esq.
The Miserendino Law Firm, P.C.
Ellicott Square Building
295 Main Street, Room 964
Buffalo, NY 14203-2513
jemiserendino@mac.com

Bruce F. Gilpatrick, Esq.
Heidell, Pittoni, Murphy & Bach, LLP
30 Oak Street
Stamford, CT 06905
bgilpatrick@hpmb.com

Re: *Cheryl Sample (as administrator for the deceased Michael Wodowski), et al. v. Merck Sharpe & Dohme Corp., et al.*, 3:08-cv-04559-EEF-DEK (E.D. La.)

Dear Counsel:

I trust you have received the enclosed letter from Marylou Roshia, attorney for Dr. Pramod Luthra, suggesting that the January 17, 2012 videotaped deposition of Dr. Luthra in which all three of us participated was not a sworn statement because the court reporter who administered the oath was not authorized to do so in the state of New York. We have investigated this issue and have confirmed that Janice L. Ferguson, the court reporter who recorded and administered the oath for Dr. Luthra's deposition (as well as the depositions of plaintiffs Cheryl Sample, Mary Zak, and William Wodowski), did not appreciate the jurisdictional limitations of her authority. She was not authorized by New York law to administer oaths and should not have been the court reporter for these four depositions.

This technical oversight, however, should not present an impediment to use of these depositions in the above-captioned case in the same manner as any other deposition. Ms. Ferguson is a certified court reporter in Pennsylvania with many years of experience who regularly appears as a court reporter in federal court. Nobody raised a contemporaneous objection to her use as the court reporter or oath administrator at any deposition. No party even noticed the issue until it was raised by Dr. Luthra's attorney more than six months after Ms. Ferguson's first deposition in the case. Moreover, all four depositions were videotaped, thus providing independent and irrefutable proof of the statements made by each deponent.

Accordingly, we propose filing a consent motion in the above-captioned case asking Judge Fallon to appoint Janice L. Ferguson *nunc pro tunc* under Rule 28(a)(1)(B) of the Federal Rules of Civil Procedure to administer oaths and take testimony for purposes of this case. Of course, even without an order from the Court, the statements made by the plaintiffs and Dr.

WILLIAMS & CONNOLLY LLP

Joy Ellen Miserendino, Esq.
Bruce F. Gilpatrick, Esq.
March 5, 2013

Luthra during their depositions can be used for impeachment (and, in the case of the plaintiffs, are admissible as party admissions under Federal Rule of Evidence 801(d)(2)). We propose filing the motion described above to bring clarity to the situation and to avoid any confusion as the case continues.

Please respond in writing no later than March 11, 2013 to confirm that your clients consent to the filing of a motion along the lines described above (or, alternatively, to indicate that your clients are unwilling to consent to such a motion). Upon receipt of your responses, Merck will file the appropriately titled motion with the Court.

Thank you for your prompt attention to this matter.

Sincerely,

*Amy R. Davis*

Amy R. Davis

Encl.

**MARYLOU K. ROSHIA**
Partner
mroshia@damonmorey.com
716.858.3839



**DAMON MOREY** LLP
ATTORNEYS AT LAW

BUFFALO >> CLARENCE >> ROCHESTER

February 13, 2013

Amy R. Davis, Esq.  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005  

Joy Ellen Miserendino, Esq.  
The Miserendino Firm  
964 Ellicott Square Building  
Buffalo, NY 14203

    **Re:**   *Wodowski v. Merck*

Dear Counselors:

    We have just received Dr. Luthra's deposition and note that the Court Reporter who administered the Oath is from Pennsylvania. Therefore, pursuant to CPLR §§3113 and 3115, she was not authorized to administer the oath. Therefore, we consider this deposition not to be a sworn statement, and will object to its use in any manner.

                              Very truly yours,

                              Marylou K. Roshia  
                              for DAMON MOREY LLP

/bf

>> progressive.firm.

# Davis, Amy

| | |
|---|---|
| **From:** | Sue Ann Sarra [Ssarra@miserendinolaw.com] |
| **Sent:** | Friday, March 15, 2013 4:41 PM |
| **To:** | Davis, Amy |
| **Cc:** | bgilpatrick@hpmb.com; mroshia@damonmorey.com; jemiserendino@mac.com |
| **Subject:** | Sample, et al. (formerly Wodowski) v. Merck, et al. |

Ms. Davis:

We have recently learned that the court reporter that administered the oath in all depositions was not authorized by New York law to do so. Therefore, this fact makes all of the depositions not sworn statements, and we join in Ms. Roshia's objection to their use in any manner.

Joy Ellen Miserendino, Esq.

Forwarded by:
Sue Ann Sarra, Paralegal
THE MISERENDINO LAW FIRM
ATTORNEYS & COUNSELORS
964 Ellicott Square Building
295 Main Street
Buffalo, New York 14203
Telephone: (716) 854-1002
Fax: (716) 854-6748

**THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT OR RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION OR OTHERWISE PRIVILEGED AND CONFIDENTIAL.**

**IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO AN INTENDED RECIPIENT, YOU RECEIVED THIS DOCUMENT IN ERROR. ANY REVIEW DISSEMINATION, DISTRIBUTION, COPYING OR OTHER USE OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AT (716) 854-1002.**