UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Cheryl Sample (as administrator for the deceased Michael Wodowski), et al. v. Merck & Co., Inc., et al.*, 2:08-cv-04559-EEF-DEK | * * * | |

**************************************************************************

**[PROPOSED] ORDER APPOINTING JANIS L. FERGUSON *NUNC PRO TUNC* PURSUANT TO RULE 28(a)(1)(B) TO ADMINISTER OATHS & TAKE TESTIMONY**

Considering Merck Sharp & Dohme Corporation's Motion for Appointment of Janis L. Ferguson *Nunc Pro Tunc* Pursuant to Rule 28(a)(1)(B) and Incorporated Memorandum of Law and _____, the Court finds that Merck's motion is well taken and should be granted.

Accordingly, **IT IS ORDERED** that defendant Merck Sharp & Dohme Corporation's motion hereby is **GRANTED**, and **IT IS ORDERED** that Janis L. Ferguson is appointed *nunc pro tunc* pursuant to Rule 28(a)(1)(B) of the Federal Rules of Civil Procedure to administer oaths and take testimony for purposes of the depositions of Cheryl Sample, Mary Zak, William Wodowski, and Dr. Pramod Luthra that already have been conducted in this case.

NEW ORLEANS, LOUISIANA, this \_\_\_\_\_ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE