**MINUTE ENTRY**
**FALLON, J.**
**MARCH 14, 2013**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| PENDING CONSUMER CASES : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

On this date, a status conference was held in the Chambers of Judge Eldon E. Fallon. Elizabeth Cabraser, Dawn Barrios, Russ Herman, and Richard Getty participated on behalf of the Plaintiffs. Doug Marvin, John Beisner, and Dorothy Wimberly participated on behalf of the Defendant. The parties discussed the status of the case.

JS10(00:58)