FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2013 MAR 18 AM 10: 12

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Commonwealth of Pennsylvania, by Thomas W. Corbett Jr., Attorney General* v. *Merck & Co. Inc.,* | Magistrate Judge Knowles |

**COMMONWEALTH OF PENNSYLVANIA'S MOTION FOR LEAVE TO FILE A SUR REPLY IN OPPOSITION TO PLAINTIFFS' STEERING COMMITTEE AND GOVERNMENT ACTION LIASON COUNSEL'S MOTION FOR AN ORDER IMPOSING A COMMON BENEFIT OBLIGATION UPON THE RECOVERY OF THE COMMONWEALTH OF PENNSYLVANIA ATTORNEY GENERAL'S CLAIMS ASSERTED AGAINST MERCK SHARP & DOHME CORP. PENDING IN THIS MDL**

The Commonwealth of Pennsylvania (the "Commonwealth"), by and through its special counsel, Cohen, Placitella & Roth, P.C., at the direction of the Commonwealth's Attorney General, hereby moves for leave to file a sur-reply in support of its opposition to Plaintiffs' Steering Committee and Government Action Liason Counsel's ("PSC") Motion for an Order Imposing a Common Benefit Obligation Upon the Recovery of the Commonwealth of Pennsylvania Attorney General's Claims Asserted Against Merck Sharp & Dohme Corp. ("Merck") pending in this MDL. A copy of the Sur-Reply brief is attached hereto as Exhibit "1." For the reasons in the attached memorandum, the Commonwealth respectfully requests this Honorable Court grant its motion so as to permit the Commonwealth with sufficient opportunity to respond to the argument raised for the first time in

___Fee_____
___Process_____
_x_Dktd_____
___C_____
___D_____

the PSC's reply brief.

                            Respectfully submitted,

                            COHEN PLACITELLA & ROTH, P.C.

Date: March 15, 2013        BY:      /s/ Christopher Placitella
                                            CHRISTOPHER M. PLACITELLA, ESQUIRE
                                            HARRY M. ROTH, ESQUIRE
                                            MICHAEL COREN, ESQUIRE
                                            2001 Market Street, Suite 2900
                                            Philadelphia, PA  19103
                                            Phone:  (215) 567-3500
                                            Fax:  (215) 567-6019

## CERTIFICATE OF SERVICE

I hereby certify that the Commonwealth of Pennsylvania's Motion for Leave to File a Sur-Reply in Opposition to Plaintiffs' Steering Committee and Government Action Liaison Counsel's Motion for an Order Imposing a Common Benefit Obligation Upon the Recovery of The Commonwealth of Pennsylvania Attorney General's Claims Asserted Against Merck Sharp & Dohme Corp Pending in this MDL has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of March, 2013.

> Respectfully submitted,
>
> COHEN, PLACITELLA & ROTH
> A Professional Corporation
>
>
> BY:     /s/ Christopher Placitella
> CHRISTOPHER M. PLACITELLA, ESQUIRE
> HARRY M. ROTH, ESQUIRE
> MICHAEL COREN, ESQUIRE
> 2001 Market Street, Suite 2900
> Philadelphia, PA  19103
> Phone: (215) 567-3500
> Fax:  (215) 567-6019