IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Commonwealth of Pennsylvania, by Thomas W. Corbett Jr., Attorney General* v. *Merck & Co. Inc.,* | Magistrate Judge Knowles |

**COMMONWEALTH OF PENNSYLVANIA'S BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A SUR REPLY IN OPPOSITION TO PLAINTIFFS' STEERING COMMITTEE AND GOVERNMENT ACTION LIASON COUNSEL'S MOTION FOR AN ORDER IMPOSING A COMMON BENEFIT OBLIGATION UPON THE RECOVERY OF THE COMMONWEALTH OF PENNSYLVANIA ATTORNEY GENERAL'S CLAIMS ASSERTED AGAINST MERCK SHARP & DOHME CORP. PENDING IN THIS MDL**

In submitting its reply brief, the PSC introduces five affidavits to which the Commonwealth has a right to respond. In addition to being insufficient to justify granting the PSC the relief it seeks, these affidavits were also inexplicably absent from the PSC's initial motion. Because these material and arguments stemming therefrom were not included in the PSC's initial motion, the Commonwealth has not yet had an opportunity to address them. *See Anderson v. Angs Group, Inc.*, 2013 U.S. Dist. LEXIS 16043 (E.D. La. Feb. 6, 2013) (granting motion for leave to file sur reply to address defendant's new arguments); *Willis v. TRC Cos.*, 2008 U.S. Dist. LEXIS 38573 (E.D. La May 12, 2008) (suggesting motion for leave to file sur reply appropriate where movant attaches additional evidence to reply brief). For these reasons,

the Commonwealth respectfully requests this Honorable Court grant its motion so as to permit the Commonwealth to respond to the new arguments in the PSC's reply brief.

                                                COHEN, PLACITELLA & ROTH
                                                A Professional Corporation

BY:      /s/ Christopher Placitella
           CHRISTOPHER M. PLACITELLA, ESQUIRE
           HARRY M. ROTH, ESQUIRE
           MICHAEL COREN, ESQUIRE
           2001 Market Street, Suite 2900
           Philadelphia, PA  19103
           Phone:  (215) 567-3500
           Fax:  (215) 567-6019