UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX<br>   PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Commonwealth of Pennsylvania by Thomas W. Corbett Jr., Attorney General vs. Merck & Co., Inc.*; **Case No. 09-2861**

## ORDER

IT IS ORDERED that the Commonwealth of Pennsylvania's Motion for Leave to File Sur-Reply with respect to the Plaintiffs' Steering Committee's motion for a common benefit assessment (Rec. Doc. 64205) is GRANTED, and the Commonwealth of Pennsylvania's sur-reply is hereby filed into the record.

New Orleans, Louisiana, this 20th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

1