UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**          *Dariel L. Stephens v. Merck & Co., Inc.*, **09-7475**

## ORDER

The Court has received the attached correspondence from Vioxx claimant Dariel

Stephens. Because the documents contain medical information, IT IS ORDERED that they are

entered into the record under seal.

Mr. Stephens' case was originally filed in state court, then removed to federal court, and

was subsequently transferred here on December 11, 2009. On November 1, 2010, Merck

submitted a motion to show cause why Mr. Stephens' case should not be dismissed for failure to

comply with Pre-Trial Order No. 29. (Rec. Doc. 54637). As explained in that motion, Pre-Trial

Order 29 required plaintiffs to take certain steps within 45 days of their cases' transfer to this

MDL. For example, each plaintiff had to provide a case-specific expert report, as well as

pharmacy and medical records. Under Pre-Trial Order 29, if a plaintiff did not comply with this

requirement, Merck had to notify the plaintiff of the problem, who would then have 30 days to

comply. Merck's motion stated that as of October 1, 2010, Mr. Stephens had not provided the

required expert report, and 30 days after Merck notified him of this problem, he had still failed to

fix it. On March 18, 2011, this Court issued an Order dismissing Mr. Stephens' case. (Rec. Doc.

62703).

1

Mr. Stephens now submits the attached documentation, which includes a request that this Court reopen his case for further discovery. The Court declines to grant this request. Mr. Stephens' case has now been closed for approximately two years, meaning that the deadline for appeal has long since passed. The case was dismissed due to the Plaintiff's failure to provide the required supporting documentation. Therefore, further discovery is therefore not appropriate at this time.

New Orleans, Louisiana, this 20th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Dariel Stephens
513 East 15 Terrace, Apt. 1
Anchorage, AK 99501

2