UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| **This document relates to:** | * | |
| | * | |
| *Ulhas Sanjanwala, Individually and as* | * | JUDGE FALLON |
| *Administrator of the Estate of Smita* | * | |
| *Sanjanwala,* | * | MAGISTRATE JUDGE KNOWLES |
| *v.* | * | |
| *Merck & Co., Inc.* | * | |
| | * | |

*Docket No. 2:05-cv-01011*
**********************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Ulhas Sanjanwala, Individually and as Administrator of the Estate of Smita Sanjanwala in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2013.

_____
DISTRICT JUDGE