UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Declouette v. Merck, 2:05-cv-00915-EEF-DEK* | * | |
| | * | |
| *As to Plaintiffs Diane Dixon, Sheila Joseph, Joy Perez, Janie Peters, Irvin Thomas, and Calvin Williams* | * | |

*****************************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S EX PARTE MOTION FOR SUPPLEMENTAL ORDER OF DISMISSAL AS TO CERTAIN PLAINTIFFS WHO ASSERTED MEDICAL MONITORING CLAIMS

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to dismiss the claims of each of the plaintiffs listed above. In support of this Motion Merck states:

1) On May 8, 2009, this Court entered an Order dismissing medical monitoring and personal injury class action claims of certain plaintiffs, including the ones identified above (Rec. Doc. No. 18783). The Court's Order provided that to the extent that the plaintiffs listed in the Court's Order also asserted individual personal injury claims, they could continue to pursue those clams.

2) The plaintiffs identified in this motion asserted only class-based claims. None of the listed individuals asserted an individual personal injury claim. Accordingly, this Court's May 8, 2009 Order extinguished their claims in their entirety.

1121312v1

3)      A review of the Court's docket on Pacer shows that these plaintiffs are still identified as having open cases.  Accordingly, Merck requests that the Court enter a supplemental order of dismissal that directs the clerk's office to close these claims.  A proposed order is attached.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion and enter the requested order.

Dated:  March 25, 2013                              Respectfully submitted,

   /s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

**CERTIFICATE OF SERVICE**

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of March, 2013.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1121312v1