# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| *This document relates to* | * |
| | *   MAGISTRATE JUDGE |
| *Declouette v. Merck, 2:05-cv-00915-EEF-DEK* | *   KNOWLES |
| | * |
| *As to Plaintiffs Diane Dixon, Sheila Joseph, Joy Perez, Janie Peters, Irvin Thomas, and Calvin Williams* | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing Defendant Merck, Sharp & Dohme's Ex Parte Motion for Supplemental Order of Dismissal as to Certain Plaintiffs Asserting Medical Monitoring,

**IT IS ORDERED** that all claims of plaintiffs Diane Dixon, Sheila Joseph, Joy Perez, Janie Peters, Irvin Thomas, and Calvin Williams be and they hereby are dismissed in their entirety with prejudice. Their cases should be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this 26th day of March, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE