UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Rosemary Holobosky, et al. v. Merck Sharp & Dohme Corp.*, 2:05-cv-01091-EEF-DEK **(Plaintiffs Ann Marie Mannino and Joseph Mannino)**

## ORDER

The Court has received the attached correspondence from Vioxx claimants Ann Marie Mannino and Joseph Mannino. IT IS ORDERED that the correspondence is entered into the record.

Previously, this Court issued an Order (Rec. Doc. 64277) granting Defendant Merck Sharpe & Dohme's Motion, Rule and Incorporated Memorandum to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute (Rec. Doc. 64240). Merck filed this motion after Plaintiffs failed to attend their deposition. The Court granted the motion and dismissed Plaintiffs', but noted that the Manninos would have two weeks to protest the dismissal and have it vacated.

The Manninos now submit this letter and request to be allowed to proceed with their case. Merck has filed a Response (Rec. Doc. 64302) to Plaintiffs' letter, noting that Plaintiffs have not explained their failure to attend their deposition or to respond to Merck's other attempts to contact them. Merck asks the Court either to uphold its prior dismissal of the Manninos' case, or

1

alternatively, to make clear that failure to attend future depositions will result in final dismissal of their claims with prejudice.

In the interest of justice, the Court will allow Plaintiffs another opportunity to go forward with their case. But if the Manninos fail to attend their depositions for a second time, their case will be dismissed with prejudice.

Accordingly, IT IS FURTHER ORDERED that the Court's prior Order (Rec. Doc. 64277) dismissing Plaintiffs' claims is WITHDRAWN.

IT IS FURTHER ORDERED that Plaintiffs' deposition shall be rescheduled to a date within 30 days of the entry of this Order.

New Orleans, Louisiana, this 26th day of March, 2013.

UNITED STATES DISTRICT JUDGE

Clerk to serve:

Ann Marie Mannino
Joseph Mannino
64 Columbus Ave.
Staten Island, NY 10304