

March 5, 2013

Re: Vioxx Products Liability Litigation

While I understand the representatives of Merck are trying to dismiss my case, I am opposed to that and want to move forward with the case. I will continue to represent myself as I severed the relationship with my attorney a few months ago. I am available for a phone deposition as well as in person. My information is as follows:

AnnMarie Mannino

64 Columbus Ave.

Staten Island, NY 10304

347-231-4708

Thank you for your time,

AnnMarie Mannino

Ms. Annmarie Mannino
64 Columbus Ave
Staten Island, NY 10304

United States District Court
Attn: Chambers Room C456
Eastern District of Louisiana
New Orleans, LA 70130

U.S. MARSHALS



Ms. Annmarie Mannino
64 Columbus Ave.
Staten Island, NY 10304



RECEIVED