**EXHIBIT D**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| State of Utah | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE KNOWLES |
| Merck Sharp & Dohme Corp. | |
| Civil Action No. 2:06-cv-09336 | |

## PLAINTIFF'S THIRD SUPPLEMENTAL ANSWERS TO DEFENDANT'S SECOND SET OF INTERROGATORIES

Plaintiff hereby submits their third supplemental answers to nos. 2 and 5 of Defendant's second set of interrogatories.

**Interrogatory No. 2:** Identify all communications between Merck and any person related to VIOXX that Plaintiff contends is violative of Utah law including date, location, form, content, substance, originator and recipient of each communication.

**Interrogatory No. 5:** For each communication identified in response to Interrogatory number 2, identify the specific statement or omission that you claim renders the communication false or misleading. If identifying an omission, identify the communication or information that you allege Merck should have provided.

1

**Representation A:** Doctors who claim cardiovascular problems with VIOXX are not to be believed. *See* **Plaintiff's Supplemental Answers to Defendant's Second Set of Interrogatories, p. 27, attached hereto as Exhibit A.**

**Date of Representation:** January 25, 2001, through February 6, 2001.

**Person Making Representation and/or Omission:** Merck marketing employees.

**Form of Representation:** Email string from Kimberly Chelin, Joseph Torelli, Elizabeth Stetson, Maggie Orozco, and Linda Coppola to other Merck employees, attached hereto as Exhibit B.

**Target of Representation:** Medical doctors.

**Representation in Detail:** The subject of the email string is "Neutralization Plans – Jeff Boone." The emails outline Merck's plan to "neutralize" Dr. Boone as follows:

1. "Continue to try and make contact."
2. "Continue to plant advocates in his audiences. We will need at least on strong advocate planted to refute his message."
3. "In some cases, CME credit is being provided during Dr. Boone's presentation. Work to identify the accrediting organization and to revoke credit due to biased presentation."

**Reasons Why Representation Was False:** Merck made significant efforts to keep the medical profession from hearing alternative views of the safety of VIOXX. The falsity of this representation is further set forth in Plaintiff's First Supplemental Answers, Exhibit A, pp. 27-28.

**Representation B:** The cardiovascular results of the VIGOR study were the results of naproxen cardioprotection and not VIOXX causation of cardiovascular events.

2

Cardiovascular events did not need to be placed in the WARNINGS section of the VIOXX label. *See* Exhibit A, p. 28.

**Date of Representation:** June 29, 2000, through December 5, 2001.

**Person Making Representation and/or Omission:** Merck scientists and Merck marketing; Dennis M. Erb, Ph.D., Senior Directory, Regulatory Affairs; Robert E. Silverman, Ph.D., Senior Director, Regulatory Affairs.

**Form of Representation:** Various amendments, supplements, and appendices to the VIOXX New Drug Application, which were submitted by Merck to the FDA.

**Target of Representation:** The FDA and the medical community in general.

**Representation in Detail:**

1. "As a selective inhibitor of COX-2, VIOXX does not inhibit platelet function . . . and showed no clinical anti-platelet activity in the VIGOR study relative to naproxen, a known potent inhibitor of platelet function that decreases platelet aggregation and prolongs bleeding time." *See* Exhibit C, Supplemental New Drug Application, p. MRK-00420008038.

2. "The incidence of confirmed acute myocardial infarction was 0.4% in patients treated with VIOXX 50 mg daily and 0.1% in patients treated with naproxen 500 mg twice daily . . . . This is consistent with the known anti-platelet effects of naproxen." *Id*, p. MRK-00420008100.

3. "It was hypothesized that because of different effects on platelet function, therapy with potent nonselective COX-1/COX-2 inhibitors such as naproxen may result in a lower incidence of serious thrombotic cardiovascular events

3

of Phase II/III osteoarthritis program demonstrated similar incidences of serious cardiovascular events in patients who received rofecoxib or comparator nonselective COX-1/COX-2 inhibitors." *See* Exhibit D, Clinical Study Report, p. MRK-ACD0105640.

4. Table 52 of the Clinical Study Report, submitted to the FDA in June 2000, shows that 101 adverse cardiovascular events occurred in patients taking rofecoxib compared to 46 events in patients on naproxen.

Table 52

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

|  | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
| --- | --- | --- | --- | --- |
|  | n | (%) | n | (%) |
| Patients with one or more adverse experience | 378 | (9.3) | 315 | (7.8) |
| Patients with no adverse experience | 3669 | (90.7) | 3714 | (92.2) |
| **Body As A Whole/Site Unspecified** | 51 | (1.3) | 35 | (0.9) |
| Bacterial Infection | 2 | (0.0) | 3 | (0.1) |
| Bacterial Sepsis | 3 | (0.1) | 2 | (0.0) |
| Chest Pain | 6 | (0.1) | 4 | (0.1) |
| Dehydration | 4 | (0.1) | 2 | (0.0) |
| Fever | 2 | (0.0) | 3 | (0.1) |
| Lower Extremity Edema | 3 | (0.1) | 0 | (0.0) |
| Procedure Complication | 3 | (0.1) | 0 | (0.0) |
| Trauma | 3 | (0.1) | 6 | (0.1) |
| **Cardiovascular System** | 101 | (2.5) | 46 | (1.1) |
| Acute Myocardial Infarction | 3 | (0.1) | 4 | (0.1) |
| Angina Pectoris | 2 | (0.0) | 6 | (0.1) |
| Atrial Fibrillation | 5 | (0.1) | 4 | (0.1) |
| Cerebrovascular Accident | 13 | (0.3) | 5 | (0.1) |
| Congestive Heart Failure | 12 | (0.3) | 3 | (0.1) |
| Coronary Artery Disease | 2 | (0.0) | 3 | (0.1) |
| Deep Venous Thrombosis | 5 | (0.1) | 1 | (0.0) |
| Hypertension | 9 | (0.2) | 0 | (0.0) |
| Myocardial Infarction | 19 | (0.5) | 5 | (0.1) |
| Transient Ischemic Attack | 2 | (0.0) | 3 | (0.1) |
| Unstable Angina | 7 | (0.2) | 1 | (0.0) |
| **Digestive System** | 48 | (1.2) | 97 | (2.4) |
| Duodenal Ulcer | 3 | (0.1) | 5 | (0.1) |
| Erosive Gastritis | 3 | (0.1) | 0 | (0.0) |
| Gastric Ulcer | 4 | (0.1) | 13 | (0.3) |

Table 52 (Cont.)

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Digestive System (Cont.)** | 48 | (1.2) | 97 | (2.4) |
| Gastritis | 4 | (0.1) | 8 | (0.2) |
| Gastrointestinal Bleeding | 2 | (0.0) | 7 | (0.2) |
| Gastrointestinal Perforation | 3 | (0.1) | 3 | (0.1) |
| Hemorrhagic Duodenal Ulcer | 5 | (0.1) | 8 | (0.2) |
| Hemorrhagic Gastric Ulcer | 2 | (0.0) | 15 | (0.4) |
| Intestinal Diverticulitis | 0 | (0.0) | 3 | (0.1) |
| Lower Gastrointestinal Hemorrhage | 2 | (0.0) | 3 | (0.1) |
| Vomiting | 1 | (0.0) | 4 | (0.1) |
| **Endocrine System** | 4 | (0.1) | 0 | (0.0) |
| Diabetes Mellitus | 3 | (0.1) | 0 | (0.0) |
| **Eyes, Ears, Nose, And Throat** | 13 | (0.3) | 4 | (0.1) |
| **Hemic And Lymphatic System** | 8 | (0.2) | 7 | (0.2) |
| Anemia | 5 | (0.1) | 2 | (0.0) |
| **Hepatobiliary System** | 11 | (0.3) | 8 | (0.2) |
| Cholecystitis | 4 | (0.1) | 4 | (0.1) |
| **Metabolism And Nutrition** | 2 | (0.0) | 3 | (0.1) |
| **Musculoskeletal System** | 83 | (2.1) | 70 | (1.7) |
| Back Pain | 0 | (0.0) | 3 | (0.1) |
| Elbow Fracture | 1 | (0.0) | 3 | (0.1) |
| Femoral Fracture | 3 | (0.1) | 7 | (0.2) |
| Hip Fracture | 10 | (0.2) | 6 | (0.1) |
| Humeral Fracture | 6 | (0.1) | 0 | (0.0) |

/MK-0966/CSR/RC2678.DOC APPROVED

20-Jun-2000

5

Table 52 (Cont.)

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Musculoskeletal System (Cont.)** | 83 | (2.1) | 70 | (1.7) |
| Intervertebral Disc Displacement | 3 | (0.1) | 2 | (0.0) |
| Joint Infection | 0 | (0.0) | 3 | (0.1) |
| Patellar Fracture | 4 | (0.1) | 1 | (0.0) |
| Rheumatoid Arthritis | 17 | (0.4) | 23 | (0.6) |
| Vertebral Fracture | 1 | (0.0) | 3 | (0.1) |
| **Nervous System** | 14 | (0.3) | 7 | (0.2) |
| Sciatica | 3 | (0.1) | 0 | (0.0) |
| **Psychiatric Disorder** | 7 | (0.2) | 3 | (0.1) |
| Depressive Disorder | 3 | (0.1) | 1 | (0.0) |
| **Respiratory System** | 52 | (1.3) | 39 | (1.0) |
| Bronchitis | 3 | (0.1) | 3 | (0.1) |
| Chronic Obstructive Pulmonary Disease | 3 | (0.1) | 0 | (0.0) |
| Dyspnea | 4 | (0.1) | 0 | (0.0) |
| Interstitial Lung Disease | 3 | (0.1) | 0 | (0.0) |
| Pneumonia | 22 | (0.5) | 25 | (0.6) |
| Respiratory Failure | 1 | (0.0) | 3 | (0.1) |
| **Skin And Skin Appendages** | 32 | (0.8) | 20 | (0.5) |
| Basal Cell Carcinoma | 17 | (0.4) | 6 | (0.1) |
| Cellulitis | 5 | (0.1) | 6 | (0.1) |
| Erysipelas | 1 | (0.0) | 3 | (0.1) |
| Skin Abscess | 3 | (0.1) | 0 | (0.0) |
| Skin Malignant Neoplasm | 4 | (0.1) | 3 | (0.1) |
| Skin Ulcer | 3 | (0.1) | 0 | (0.0) |

/MK-0966/CSR/RC2678.DOC APPROVED                                    20-Jun-2000

Table 52 (Cont.)

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

|  | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
|  | n | (%) | n | (%) |
| **Urogenital System** | 32 | (0.8) | 23 | (0.6) |
| Breast Malignant Neoplasm | 6 | (0.1) | 3 | (0.1) |
| Urinary Tract Infection | 5 | (0.1) | 3 | (0.1) |
| Uterine Hemorrhage | 3 | (0.1) | 2 | (0.0) |

Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only once within a body system. The same patient may appear in different body systems.
Data Source: [4.3; 4.17]

Table 53 provides a listing of those fatal and nonfatal serious adverse experiences (among all reported fatal and nonfatal serious adverse experience "broader" terms) that occurred more frequently (defined as 95% CIs that do not overlap zero) in either the rofecoxib or naproxen groups.

The number of fatal and nonfatal serious adverse experience terms for which the 95% CIs do not overlap zero were approximately balanced between the groups (1 "favoring" rofecoxib and 5 "favoring" naproxen) (Table 53). Discounting those serious clinical adverse experiences potentially related to treatment effects (i.e., hypertension and hemorrhagic gastric ulcer), the differences in the remaining serious clinical adverse experiences likely represent chance findings in the face of multiple statistical comparisons. Considering the number of comparisons evaluated, the number of adverse experiences for which the 95% CIs did not overlap zero were well within the expected range.

Serious adverse experiences of congestive heart failure (0.3 versus 0.1%), hypertension (0.2 versus 0.0%), and myocardial infarction (0.5 versus 0.1%) occurred more frequently with rofecoxib compared with naproxen. For the adverse experiences of acute myocardial infarction and myocardial infarction there were 2 (0.0%) and 4 (0.1%) deaths for rofecoxib and naproxen, respectively. All platelet associated thrombotic serious adverse experiences, including myocardial infarction, were adjudicated by independent committees and were analyzed in a combined

Exhibit D, p. MRK-ACD0105670. The report further provided that "[t]he reduction in thrombotic events such as myocardial infarction in the naproxen treatment group is likely the result of the anti-platelet effects of naproxen." *Id*, p. MRK-ACD0105674.

5. "A review of the clinical trials databases for rofecoxib in patients with osteoarthritis and early Alzheimer's disease demonstrated that therapy with rofecoxib is accompanied by rates of cardiovascular events that were comparable to therapy with placebo or nonselective NSAIDs." Further, the reduced incidence of thrombotic events in patients taking naproxen in the VIGOR study was likely the result of the convergence of two features: (1) the use of naproxen, a "potent antiplatelet agent," and (2) the use of rheumatoid arthritis patients, who are at an increased risk of cardiovascular disease. *See* Exhibit E, CV Events Analysis, p. MRK-00420013562.

6. "Ongoing studies in Alzheimer's disease patients and in osteoarthritis patients also reveal no differences in the rates of thrombotic cardiovascular serious adverse experiences in patients receiving rofecoxib versus placebo and naproxen." *Id*, p. MRK-00420013625.

7. "<u>Vascular-protective effects of potent nonselective COX-1/COX-2 inhibitor such as naproxen relative to selective COX-2 inhibitors such as celecoxib and rofecoxib</u>: Nonselective COX-1/COX-2 inhibitors such as naproxen may have cardioprotective effects through COX-1 mediated inhibition of thromboxane synthesis and platelet aggregation. COX-2 selective antagonists do not have antiplatelet effects. As a consequence of this mechanistic difference, a potent COX-1 inhibitor that can produce sustained antiplatelet

effects such as naproxen would be expected to reduce the incidence of thrombotic cardiovascular events relative to rofecoxib . . . . The long duration of therapy with naproxen in VIGOR, and the size of the trial may have provided a sufficient sample size and period of observation to demonstrate the cardiovascular-protective effects of naproxen.

In addition, therapy with both marketed COX-2 selective inhibitors (celecoxib, rofecoxib) has been shown to cause moderate reductions in the synthesis of prostacyclin (an inhibitor of platelet aggregation) without inhibiting COX-1 mediated platelet aggregation. The resulting imbalance between pro- and anti-aggregatory stimuli could theoretically have mildly pro-aggregatory platelet effects." Exhibit E, p. MRK-00420013628.

8. In the VIGOR study, the incidence of acute myocardial infarction was 0.5% in patients treated with 50 mg of VIOXX daily and 0.1% in patients treated with 500 mg of naproxen twice daily. This difference is due to naproxen's ability to decrease platelet aggregation. In other controlled clinical trials, the incidence of myocardial infarction was similar between VIOXX, nonselective NSAID comparators, and placebo. *See* Exhibit F, Amendment to Supplemental New Drug Application, p. 12.

9. "The reduction in the risk of developing a thrombotic cardiovascular serious adverse experience in patients treated with naproxen compared to those treated with rofecoxib is consistent with the known anti-platelet effects of naproxen. The similar rates of serious cardiovascular events in all treatment groups in both the Phase III osteoarthritis program . . . and the ongoing