# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| *Janet Avant, on behalf of all wrongful* | * | **JUDGE FALLON** |
| *death beneficiaries of Helen Mae Avant,* | * | |
| *et al.,* | * | **MAGISTRATE JUDGE KNOWLES** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | |
| | * | |

*Docket No. 2:08-cv-00882*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Louise Young in the above-captioned case

be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2013.


_____
DISTRICT JUDGE