**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
OFFICE OF THE CLERK

**Loretta G. Whyte**
    Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

March 25, 2013

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

APPEAL NO <u>12-30935</u>

<u>IN RE: VIOXX PRODUCTS LIABILITY LITIGATION   MD 05-1657  c/w  10-868 L</u>

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

   <u>x</u>  1) Electronic Copy of Record on appeal

        10 vols in 05-1657; 1 vol in 10-868

   <u>11</u> Volume(s) of record    ___ Volume(s) of transcripts

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits ___ box ___ binder

   ___ 2) Supplemental record_____

   ___ 3) SEALED DOCUMENT _____

   ___ 4) Other_____

Very truly yours,

By  <u>Alicia Phelps</u>
    Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR 2 5 2013
LORETTA G. WHYTE
CLERK

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.