UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Rosemary Holobosky, et al. v. Merck Sharp & Dohme* | * | KNOWLES |
| *Corp.*, 2:05-cv-01091-EEF-DEK (Plaintiffs Ann Marie | * | |
| and Joseph Mannino) | * | |
| | **\*** | |
| | **\*** | |

*************************************************************************

## ORDER REGARDING EXTENSION OF DEADLINES UNDER PTO 58

Considering the parties' joint request for an extension of deadlines in the above-captioned case, and upon consideration of the issues, the record in this case, and the applicable law,

**IT IS HEREBY ORDERED** that the deadlines in the above-captioned case set forth under Pretrial Order 58, entered by this Court on May 15, 2012, as amended, shall be extended by approximately two months, and all further proceedings conducted in accordance with the following schedule:

- Completion of All Fact Discovery– May 31, 2013

- Designation of Experts and Submission of Written Expert Reports by Plaintiffs – June 17, 2013

    o Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Designation of Experts and Submission of Written Expert Reports by Defendant – July 17, 2013

    o Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Completion of Expert Depositions – September 4, 2013

- *Daubert* and Dispositive Motions due – October 2, 2013

- Opposition to *Daubert* and Dispositive Motions due – November 1, 2013

- Reply briefs due – November 15, 2013

- *Daubert* hearing – T/B/A

### *Dispositive Motions*

Dispositive motions in individual cases may be filed at any time. The opposing party will have 21 days to respond. The moving party will have 10 days to reply.

**SO ORDERED.**

NEW ORLEANS, LOUISIANA, this 3rd day of April, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE