UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck & Co., Inc.*, | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER REGARDING EXTENSION OF DEADLINES UNDER PTO 58

The Court is informed by the parties that the deposition of Dr. Arnold Katz in the above-captioned matter was begun, but will not be completed prior to the April 1 discovery deadline due to the doctor's scheduling constraints. Considering the foregoing and Merck's request for an extension of deadlines in the above-captioned case for the purpose of completing this deposition, and upon consideration of the issues, the record in this case and the applicable law,

**IT IS HEREBY ORDERED** that the deadline for completion of fact discovery in the above-captioned case set forth under Pretrial Order 58, entered by this Court on May 15, 2012, as amended, shall be extended by approximately six weeks, for the limited purpose of concluding the deposition of Dr. Katz. All further proceedings in the above-captioned case shall conducted in accordance with the following schedule:

- Completion of All Fact Discovery– May 15, 2013

- Designation of Experts and Submission of Written Expert Reports by Plaintiffs – May 31, 2013
    - Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Designation of Experts and Submission of Written Expert Reports by Defendant – July 1, 2013

    o Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Completion of Expert Depositions – August 19, 2013

- *Daubert* and Dispositive Motions due – September 16, 2013

- Opposition to *Daubert* and Dispositive Motions due – October 17, 2013

- Reply briefs due – October 30, 2013

- *Daubert* hearing – T/B/A

*Dispositive Motions*

Dispositive motions in individual cases may be filed at any time. The opposing party will have 21 days to respond. The moving party will have 10 days to reply.

SO ORDERED.

NEW ORLEANS, LOUISIANA, this 3rd day of April, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE