**MINUTE ENTRY**
**FALLON, J.**
**APRIL 1, 2013**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| PENDING CONSUMER CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

    On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon. Dawn Barrios, Russ Herman, and Richard Getty participated on behalf of the Plaintiffs. Doug Marvin and John Beisner participated on behalf of the Defendant. The parties discussed the status of the case.

    IT IS ORDERED that a telephone status conference will be held in this matter on Monday, April 15, 2013 at 9:00 a.m. Interested parties may contact the Court to request call-in information.

JS10(00:07)