# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF 30(b)(6) DEPOSITION

YOU ARE HEREBY NOTIFIED that, pursuant to the Federal Rules of Civil Procedure, the plaintiff will take the video-taped 30(b)(6) deposition of the person or persons most knowledgeable about Vioxx information given to Utah Medicaid by the Merck Medical Director of the region of the United States to which Utah was assigned from 1997 through 2005. Under Rule 30(b)(6) you are obligated to make the above designation.

The deponent(s) will produce and bring the following documents to the deposition:

1. All written information given to Utah Medicaid concerning Vioxx from the Merck Medical Director for the region of the United States to which Utah was assigned from 1997-2005.

The deposition will take place on May 3, 2013, beginning at 9:00 a.m., and continuing thereafter until complete, at Hyatt House Branchburg, 3141 U.S. 22, Branchburg, NJ, 08876. You are further advised that the deposition will be taken upon oral interrogatories before a

1

certified shorthand reporter and videographer pursuant to and for the purposes permitted by the Federal Rules of Civil Procedure.

DATED this 4th day of April, 2013.

        /S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123


        /S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ 08901


        /S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF 30(b)(6) DEPOSITION** has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of April, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123