**EXHIBIT A**

STANDBY STATEMENT: GI Outcomes Study for VIOXX®

*Note: Any material that is not included within the shaded area of this paper is intended for the sole use of Merck employees and is not for distribution or use outside of Merck.*

| | |
|---|---|
| Prepared: | March 20, 2000 |
| Use until: | May 19, 2000 OR until Searle releases CLASS 1 and 2 data |
| Contacts: | Mary Elizabeth Basaman: (215) 652-5244 |
| | Larry Hirsch: (908) 423-4650 |
| | Art Kaufman: (908) 423-6878 |
| | Jan Weiner: (215) 652-6462 |

Issue

Merck's GI outcomes study for Vioxx, VIGOR, is currently underway. Data from this study are expected to be presented during Digestive Disease Week, May 20 -- 24, 2000. The details of the study and the time and place of presentation are highly confidential.

Communication Objective(s)

To manage media and analyst inquiries from the news media to position Merck's studies as "neck-and-neck" with Searle **without** disclosing details of our studies.

Approved Statement for Use only in response to questions; **NOT** for distribution



Q&A

**Q. Are you doing this study to try to remove the GI warning from the product label?
Will you use the efficacy data to try to gain another indication?
When/where do you expect to present/publish results?
When do you expect to file this information with the FDA?**

A. Our plans for use of these data are proprietary and confidential.

**Q. What's the objective of the study? How will you measure safety?**

A. The study will assess the incidence of clinically significant GI adverse events in patients taking Vioxx versus those taking another NSAID. Specific information on how this information will be gathered and evaluated is proprietary.

S:\MSWORD\FinalOtherDocs\Vioxx\VIGORStandbyQ&A-final3-20-00.doc

Confidential - Subject To Protective Order                                    MRK-ADS0000064

2

**Q. When did the study start?**

A. The study began in 1999.

**Q. What is the planned closeout date?**

A. We expect to have results in mid-2000.

**Q. What is the NSAID comparator in your GI outcomes study?**

A. Prescription-strength naproxen.

**Q. Which dose of Vioxx did you study in VIGOR?**

A. 50 mg.

**Q. What type of patients is this study in?  Is this a rheumatoid arthritis study?**

A. At least some of the patients have rheumatoid arthritis.  All other information (e.g., completion date, date of presentation, primary/secondary endpoints, size of the study) is confidential.

**Q. How is this study different from the studies you've already done?  Why are you doing this study?**

A. VIGOR is a prospective, longer-term study to compare the incidence of serious, clinically significant upper GI adverse events in patients taking Vioxx versus another NSAID.  Other clinical studies on the GI safety of Vioxx have already been completed.  Key findings from those prior studies follow:
  – An analysis published in *JAMA* (Nov. 24, 1999) on GI safety data from all of our Phase IIb/III osteoarthritis studies showed that Vioxx significantly reduced the incidence of clinically significant upper GI events (PUBs: *perforations*; symptomatic gastroduodenal *ulcers*; and; *bleeding* in the upper GI tract) compared to the NSAIDs studied:
    – 2.6 percent of patients taking the other NSAIDs experienced a PUB versus 1.3 percent of patients taking Vioxx, for a risk reduction of about half (49 percent).
  – Another analysis in the *JAMA* paper included data only from the four studies in which Vioxx was compared to placebo for up to four months.  In this analysis,
    – 7.2 percent of patients taking the other NSAIDs experienced a PUB, 2.7 percent of patients taking placebo experienced a PUB and 2.5 percent of patients taking Vioxx experienced a PUB.
  – In two six-month studies of osteoarthritis patients, treatment with Vioxx 25 mg daily or 50 mg daily was associated with a significantly lower percentage of patients with gastroduodenal ulcers, as detected by an endoscope, than treatment with ibuprofen 2,400 mg daily.  (By 12 weeks, 4.1 percent of patients taking Vioxx 25 mg and 7.3 percent of patients taking Vioxx 50 mg had an endoscopically-detected ulcer compared to 27.7 percent of patients taking ibuprofen 2400 mg.)

# # #

Confidential - Subject To Protective Order                    MRK-ADS0000065