**EXHIBIT B**

Version 6A

*Standby Statement – Vioxx and Cardiovascular Events in VIGOR*
Note: *This information is confidential. Only statements within the "shaded area" of this document are approved for use outside of Merck.*

| Prepared: | March , 2000 | | |
|---|---|---|---|
| **Use Until:** | | | |
| **Issue Contacts:** | Public Affairs: | Larry Hirsch | 908-423-4650 |
| | | Jan Weiner | 215-652-6462 |
| | | Art Kaufman | 908-423-6878 |
| | Investor Relations: | Laura Jordan | 908-423-5185 |

**Issue:**
The preliminary results of VIGOR (VIoxx Gastrointestinal Outcomes Research) indicate a significant reduction in PUBs (primary endpoint) and complicated PUBs, or POBs (main secondary endpoint), as well as exploratory GI endpoints including all GI bleeds. There is an approximate 50% decrease in the risk of certain cardiovascular events, including myocardial infarctions and cerebrovascular events in these RA patients treated with naproxen 500 mg bid compared to VIOXX 50 mg. Due to these findings, a number of actions need to be undertaken promptly, well before reaching 'clean file'. The implications for the arthritis & analgesia franchise are high – due to differences in study design, differences in the NSAID comparator and allowance for use of low-dose aspirin in the celecoxib outcomes studies, there may not be similar findings in the Searle studies.

**Communications Objectives:**
Our goals include:
  controlling the reaction to this news,
  avoiding misinterpretation (intentional or otherwise) by our audiences and competitors,
  meeting the needs of our customers (investigators, treating physicians, investment community, as well as Merck employees),
in a proactive but low-key, accurate, fact-based manner.

**Key Messages**

1. VIGOR was a strongly positive study – with highly significant reductions in both PUBs and POBs, as well as other GI events, and has proved the "COX-2 hypothesis."
2. There is a significant reduction in thrombotic-type cardiovascular events, including heart attacks and strokes, in the patients treated with naproxen (the first documentation of this effect).
3. This reduction is consistent with the previously known antiplatelet effects of naproxen, due to its COX-1 mediated inhibition of thromboxane synthesis.
4. COX-2 inhibitors as a class do not provide the same cardioprotective effects of naproxen.

\MRL Public Affairs\Hirsch\VIGOR VERSION 6.doc  # 529617

5. Because of this finding, we are revising a number of our protocols for both RA and other conditions, with Vioxx and MK-663, to allow the addition of low-dose aspirin, where appropriate.
6. These findings are preliminary. Data analyses are ongoing, and full safety and efficacy results will be presented at scientific meetings beginning in May.

**Approved Public Statement: Under Review – has been changed**

**VERSION 3**

### Vioxx Significantly Reduced Gastrointestinal Events Compared to Naproxen, Preliminary Analysis Shows

WEST POINT, Pa., (date) -- A preliminary analysis of Merck & Co., Inc.'s large gastrointestinal outcomes study with the arthritis medicine Vioxx® (rofecoxib) showed that Vioxx significantly reduced serious gastrointestinal events compared to naproxen, the Company confirmed today. Merck will be submitting the information to the FDA and other regulatory agencies worldwide during the summer.

The study, called VIGOR (VIoxx Gastrointestinal Outcomes Research), compared the gastrointestinal safety of Vioxx 50 mg once-daily to prescription-strength naproxen (500 mg twice a day) in approximately 8,000 patients with rheumatoid arthritis. Vioxx is not approved for the treatment of rheumatoid arthritis, nor has Merck filed an application for this use. Vioxx is approved in the U.S. for the relief of the signs and symptoms of osteoarthritis, management of acute pain in adults and treatment of menstrual pain.

The GI outcomes study with Vioxx assessed the incidence of three serious upper GI events collectively referred to as "PUBs": *perforations* in the upper GI tract; symptomatic gastroduodenal *ulcers;* and *bleeding* in the upper GI tract. The study also assessed the incidence of more complicated, and less common, serious upper GI events: perforations, obstructions and bleeding, collectively referred to as "POBs". In the study, Vioxx significantly reduced the incidence of both PUBs and POBs. Further analysis is ongoing and final results will be presented at peer-reviewed medical meetings beginning this spring.

Researchers believe that non-steroidal anti-inflammatory drugs (NSAIDs) work by inhibiting two related enzymes: COX-1, the enzyme that helps maintain the stomach lining and

\MRL Public Affairs\Hirsch\VIGOR VERSION 6.doc # 529617

Confidential - Subject To Protective Order                                                                                           MRK-NJ0281754

helps block platelet aggregation, and COX-2, the enzyme that triggers pain and inflammation. At therapeutic doses, Vioxx works by specifically inhibiting COX-2 without inhibiting COX-1; naproxen inhibits both COX-1 and COX-2. Medicines like aspirin that significantly inhibit COX-1 and block platelet aggregation have been demonstrated to provide cardioprotective effects. COX-2 specific agents, which do not have similar effects on platelet aggregation, would not be expected to demonstrate similar cardioprotective properties.

In VIGOR, *significantly* fewer thrombotic events were observed in patients taking naproxen, which is consistent with the inhibitory effect of naproxen on platelet aggregation. This effect had not been established previously in any clinical study for naproxen.

Merck will be amending the protocol for ongoing studies with Vioxx and another investigational medicine in the same class to allow the addition of low-dose aspirin, where appropriate. Vioxx does not interfere with the anti-platelet effects of low-dose aspirin.

The GI outcomes study with Vioxx was conducted to evaluate whether the specific inhibition of COX-2 with Vioxx would reduce the incidence of serious GI events compared to non-specific inhibition of COX-1 and COX-2 in rheumatoid arthritis patients. In osteoarthritis patients alone, NSAIDs have been associated with 56,000 ulcer-related hospitalizations and 8,800 ulcer-related deaths each year in the United States. (Note to reviewers: the total numbers are 107,000 hospitalizations and 16,500 deaths; however, we have only been allowed to use OA numbers in the U.S.)

**Important information about Vioxx**

The recommended dose of Vioxx for the treatment of osteoarthritis is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily.

Serious stomach problems, such as bleeding, can occur without warning symptoms. Physicians and patients should remain alert for signs and symptoms of gastrointestinal bleeding.

Common side effects reported in clinical trials with Vioxx were upper-respiratory infection, diarrhea, nausea and high blood pressure. People who have had an allergic reaction to Vioxx, aspirin or other NSAIDs should not take Vioxx. Safety and effectiveness in children below the age of 18 has not been studied.

Confidential - Subject To Protective Order                                                                                MRK-NJ0281755

Merck & Co., Inc. is a global research-driven pharmaceutical company that discovers, develops, manufactures and markets a broad range of human and animal health products, directly and through our joint ventures, and provides pharmaceutical benefit services through Merck-Medco Managed Care.

Q&A

Further questions:

**Why are you even reporting this now? It is very unlike Merck to make an announcement of clinical trial results before the analysis is complete.**

**What's so important here – why are you telling me this?**

**If this is so important, are you notifying all physicians in the US about this?**

**Are you doing this because you're concerned about an adverse effect of Vioxx?**

**Is there some difference between Vioxx and Celebrex that you're worried about?**

I.   CV events

**What kinds of cardiovascular events were different between the groups?**
While data analysis is still ongoing, there were differences in the occurrence of myocardial infarction (heart attack) and cerebrovascular accident (stroke) between the naproxen and Vioxx-treated patients.

**How many heart attacks and strokes were there? How many patients were enrolled in VIGOR?**
VIGOR enrolled over 8000 patients. We are still analyzing the study data, and these events are being reviewed by an endpoint committee. We cannot reveal any details at this time as the numbers are preliminary and subject to change. VIGOR will be presented at peer-reviewed scientific meetings starting in May.    If pressed, indicate that less than 0.5% of patients in either group had either heart attacks or strokes – in other words, the event rates are low.

**When did the occurrence of these events start to diverge between the two groups?**
We are still analyzing the data and cannot speak to this level of detail at this time...

**Was there any difference in overall mortality between the two treatment groups?**
Preliminary data suggest there was no difference in overall or cardiovascular mortality between the two groups, but the number of deaths was small in both groups.

**Did Merck stop the trial early because of the CV AEs?**
The trial was monitored by an external, independent DSMB. The trial was not stopped early.

**Who was monitoring the trial? Why didn't they do something/stop the study?**
An external, independent DSMB monitored the study. The committee weighed the risks and benefits of continuing VIGOR. We cannot speak for the DSMB, and their deliberations are confidential.

## II.   A Vioxx Adverse Effect?  Regulatory Implications, Sales Implications

**If you did not see these results in the 25mg/12.5mg studies, does this mean that the effect is dose related?**
We believe that the only thing that has been shown in VIGOR is a cardioprotective effect of naproxyn, due to its antiplatelet properties.  We did not see this effect with the 50 mg dose in the phase III OA studies.

**How can you be sure that the effect is not related to VIOXX?  Has the FDA asked you to do any additional studies to demonstrate that the effect is not VIOXX related?**
We believe the only thing that has been shown here is a reduction in certain CV AEs, including heart attacks and strokes, in patients taking naproxen, compared to a coxib.  We say this because 1. the CV event rate for patients taking Vioxx in our Phase III OA trials was virtually identical to that seen in VIGOR (in other words, the CV AE rate for patients taking Vioxx in VIGOR was not increased); 2. the CV AE rate for patients taking Vioxx in our OA trials was the same as for patients taking comparator NSAIDs or placebo; 3. analyses of CV AE rates in ongoing trials of Vioxx vs placebo in patients with Alzheimer's disease or dementia (n=2100) show no differences; 4. Postmarketing surveillance data on Vioxx from 58 countries and nearly 1 million patient-years of exposure show absolutely no signal whatsoever of any increase in CV AEs.  We cannot comment on our discussions with FDA or other agencies at this time, as the data are still preliminary.

**Have these findings been discussed with the FDA and do you anticipate any negative impact on your anticipated filing for removal of NSAID warning?**  We have communicated these findings to the FDA and other regulatory agencies.  We do not speculate on agency actions, and since these data are not final, they have not been formally submitted for FDA review.  However the GI outcomes results for VIGOR are strongly positive and will be submitted to support labeling changes once data analyses are complete – mid-summer.

**What is the regulatory impact of these findings?**
We are reviewing these data with the FDA and other regulatory agencies, and cannot speculate as to changes in the product labeling at this time.  It is important to remember that Vioxx is not approved for the treatment of rheumatoid arthritis anywhere in the world.  Phase III studies are ongoing at this time.

**Will these results require that you modify the current AE section of the VIOXX label?**
We will submit the VIGOR data to the FDA, and other regulatory agencies when the data analyses are complete.  We cannot speculate on agency actions in response to these data.

**What is your anticipated filing date?**
Once data analyses are complete, which should take a few months (or, mid-summer).

\MRL Public Affairs\Hirsch\VIGOR VERSION 6.doc # 529617

Confidential - Subject To Protective Order

MRK-NJ0281758

**Do you anticipate any change in your ability to file and get a claim for VIOXX in RA? Does the timing of the filing change?**
The Phase III trials of Vioxx in RA are continuing, at 25 and 50 mg doses. We cannot speculate on the regulatory implications of these still-preliminary data, and we do not comment on planned regulatory submissions.

**What does this mean for Vioxx? How can you promote a product that increases heart attacks and strokes?**
Merck remains confident in the proven safety profile of Vioxx. We believe the only thing that has been shown here is a reduction in certain CV AEs, including heart attacks and strokes, in patients taking naproxen, compared to a coxib. In fact, the CV AE rate in Vioxx-treated patients in VIGOR (at the 50 mg dose) is identical to the rate seen for all doses of Vioxx in our Phase III OA trials, which in turn was the same as comparator NSAIDS or placebo. This is consistent with the difference in CV rates seen in VIGOR being due to an effect of naproxen.
The prevalence of RA is much, much less than OA (patient estimates in US 2 million vs 20 million, respectively). Vioxx is currently indicated only for OA and, in some countries, acute pain. RA studies are continuing.

### III. Implications of VIGOR for other Merck trials – Vioxx and MK-663

**What are you doing in terms of discussing this with your investigators in VIGOR? In other RA trials? In other studies besides RA?**
The investigators in VIGOR are being notified of these findings. Additionally, the investigators in other RA studies of both Vioxx and of MK-663, Merck's investigational coxib, will also be notified, as will investigators in other non-RA trials. In some cases, the protocols will be modified to allow patient use of low-dose ASA. In other cases, if patients develop a need for low-dose ASA, they will be discontinued from the study. These decisions will be made by the patient's treating physician.

**What does this mean for your studies in Alzheimer's disease? Colon cancer?**
We have done a (blinded) analysis of CV SAEs in all patients in our AD/dementia studies (n=2100), and see no difference between the two treatment groups (rofecoxib and placebo).

**What is the impact of these findings on your RA program?**
The Phase III studies for treatment of RA are ongoing – both 25 and 50 mg doses of Vioxx are being evaluated. The investigators in these studies have been notified of the VIGOR data. The patients will be re-consented with revised informed consent forms, and the protocols have been modified to permit use of low-dose aspirin in appropriate patients, a decision that is made by the treating physician.

**The MK-663 studies are also using naproxyn. Will this study be modified? Does this set back the timing for MK-663?**
This should not impact the timing of MK-663. Many of our studies in this program already allow low-dose aspirin. Modifications to studies which currently do not are being considered.

### IV. COX-2 inhibitors vs NSAIDs

**Over a year ago, scientists at the U. of Pennsylvania (McAdam et al) published a report in PNAS suggesting there might be an increased risk of cardiovascular events in patients taking COX-2 inhibitors, due to changes in levels of certain prostaglandins. Were they right?**
The PNAS paper studied short-term effects of Celebrex and of ibuprofen on plasma and urinary levels of various prostaglandins, including TXA2 and prostacyclin. The authors speculated about a possible impact on cardiovascular events with COX-2 inhibitors. We believe that the VIGOR data, along with the other extensive data analyses done by Merck, show only that the coxibs do not share the antiplatelet or cardioprotective effects of naproxen, and not the converse.

### V. Selection of naproxyn in VIGOR; pharmacology of naproxyn

**If you knew that naproxyn had potentially beneficial CV effects, why did you choose it for the comparator? Why not choose an NSAID with less established CV protective effects?**
Naproxen is the most commonly used NSAID for rheumatoid arthritis in the US. It is taken only twice a day and since these patients often have complicated medication regimens, simplified dosing is critical. In addition, in our phase III OA studies we studied the incidence of ulcers in patients treated with Vioxx vs the combined group of patients on ibuprofen and diclofenac, and wanted to expand the number of comparator NSAIDs against which we tested GI safety. Lastly, the cardiovascular benefit of naproxen was, as per your question, a potential or theoretical one. Although it had been shown to inhibit platelet aggregation, no one had ever demonstrated a cardioprotective benefit with it.

**Couldn't this cardioprotective effect have been predicted?**
We knew that there was a _theoretical_ possibility that the antiplatelet affects of naproxen could result in a decreased incidence of CV events compared to rofecoxib. However, there were no prior clinical CV outcome data on naproxen before we conducted VIGOR. In addition, there was no difference between Vioxx and other NSAIDs in cardiovascular SAEs in previous studies in over 5000 patients with OA. This may reflect the patient population as well as the fact that the major NSAID used in the long term phase III OA studies was diclofenac, which does not provide a sustained inhibition of platelet aggregation in the same way that naproxen or aspirin would.

**Are the effects of naproxen on platelets and prostglandins unique?**

Yes and no. All traditional NSAIDs decrease levels of serum thromboxane A2 (a COX-1 effect), which promotes platelet aggregation and vascular constriction, and prostacyclin (a COX-2 effect), which has opposite effects. However, the degree of these reductions, and the resulting ratio, or balance between TXA2 and prostacyclin varies somewhat between NSAIDs and is critical. The cardioprotective effects of low-dose aspirin require sustained, almost complete inhibition of platelet aggregation. Naproxen provides this but diclofenac does not, and therefore diclofenac would not be expected to have the cardioprotective effects of aspirin. Fluorbiprofen, another NSAID available in Europe that is a potent inhibitor of TXA2 synthesis, has also been reported to have a cardiovascular protective effect.

**Have you done any other studies comparing Vioxx and naproxen?**
The ADVANTAGE Study—is a short-term comparison of Vioxx 25 mg vs naproxen in the treatment of patients with osteoarthritis (n = 5000).

## VI. Celebrex – is it the same?

**What about Celebrex? Do they have the same problem? Is this a class effect?**
We think the VIGOR data show a cardioprotective effect of naproxen that is not shared by Vioxx, and that Celebrex would be comparable to Vioxx. Both Vioxx and Celebrex are coxibs, and have similar pharmacologic effects on prostacyclin (a COX-2 effect). Unlike naproxen, they do not significantly decrease serum thromboxane A2 (a COX-1 effect). A paper by McAdam et al from the U. of Pennsylvania in PNAS in 1/99 reported these types of changes in prostaglandins in patients treated short-term with celecoxib and ibuprofen. The Searle FOI data show a decreased incidence of cardiac SAEs in patients on the NSAID comparators (mainly naproxen and ibuprofen) compared to celecoxib – very similar to what we saw in VIGOR.

**What about the Searle GI outcomes studies? What did they find?**
Searle and its investigators have not disclosed any results from their Celebrex GI event outcome studies, to date. However, we should point out that there are some significant differences in study design, and comparisons between Vioxx and Celebrex in VIGOR and the two CLASS studies, respectively, will be scientifically inappropriate. Searle did two separate studies of about 4000 patients each, included mostly OA patients, used different NSAIDs for comparison to Celebrex, and allowed use of low-dose aspirin.

## VII. Low-dose aspirin – lack of use in VIGOR, implications on the market

**Why didn't you allow low-dose aspirin in the study? Wouldn't that have prevented this from happening?**
This was considered at great length, and reviewed with both FDA and our consultants. We elected to exclude patient use of low-dose aspirin as it could have increased the risk of GI bleeding, even modestly, and made the interpretation of the main study outcomes more difficult.

**Do patients taking Vioxx need to take low-dose aspirin?**

\MRL Public Affairs\Hirsch\VIGOR VERSION 6.doc # 529617

Confidential - Subject To Protective Order

MRK-NJ0281761

No. We will be recommending that physicians assess the risk of cardiovascular events in patients taking Vioxx, and if indicated, provide low-dose aspirin for such patients. Vioxx does not interfere with the cardioprotective effects of low-dose aspirin.

**If you are now allowing the addition of low dose aspirin to your studies, how will this affect the ability to assess GI outcomes? What is the tolerability profile of low dose aspirin?**
Low dose aspirin does not have the GI toxicity of higher doses of aspirin or NSAIDs. Although the risk of GI bleeds is slightly elevated with low dose aspirin compared to placebo, that risk is much smaller compared to NSAIDs. Therefore patients taking VIOXX and low dose aspirin should still be at reduced risk compared to taking a standard NSAID. No further GI outcomes studies are planned since we have definitively proven the "COX-2 hypothesis" – i.e. a reduction in GI outcomes in both our OA phase III data and VIGOR.

**If patients with RA at CV risk need to take low dose aspirin, does this mean that they don't get the GI benefit of VIOXX? Does this make VIOXX inappropriate for these patients?**
Not at all. Based on prior studies with low-dose aspirin, the risk of GI toxicity, while somewhat higher than placebo, is still much lower than with standard NSAIDS. Patients taking Vioxx and low-dose ASA will get the benefit of Vioxx on pain and inflammation, as well as the antiplatelet effect of low-dose aspirin, and should still be at reduced risk of GI toxicity compared to standard NSAIDs. Merck will conduct endoscopic studies to address this question.

### VIII. Miscellaneous

**Who designed the study?**
VIGOR was designed in collaboration by MRL and the study investigators, with input from the FDA and external consultants

**What kinds of patients were enrolled in the study? What were the main entry criteria?**
VIGOR enrolled patients with a diagnosis of rheumatoid arthritis, who had required NSAIDs for at least one year.

**Did you screen out patients at increased risk of cardiovascular events from VIGOR?**
Patients who were on low-dose aspirin at the time of study entry were excluded. Other details about the study design will be disclosed in May.

**Where was the study performed?**
The study was performed in both the US and approximately 20 other countries.

**When did it begin? End?**

Details will be disclosed when the study is presented in peer-reviewed scientific meetings, starting in May.

**Did you also see edema and hypertension in the VIGOR trial?**
We are continuing to analyze the data, and will report on the full safety and efficacy results at DDW in May.

\MRL Public Affairs\Hirsch\VIGOR VERSION 6.doc  # 529617

Confidential - Subject To Protective Order

MRK-NJ0281763