**EXHIBIT C**

 

**DEPARTMENT OF HEALTH & HUMAN SERVICES**  Public Health Service

Food and Drug Administration
Rockville, MD 20857

IND 59,222

**FULL CLINICAL HOLD**

Merck Research Laboratories
Attention: Dennis M. Erb, Ph.D.
Executive Director, Regulatory Affairs
Merck Research Laboratories
P.O. Box 4, BLA-20
Sumneytown Pike
West Point, PA 19486

DENNIS M. ERB
OCT 2004
REGULATORY AFFAIRS

Dear Dr. Erb:

Please refer to your Investigational New Drug Application (IND) submitted November 5, 1999, received November 8, 1999, under section 505(i) of the Federal Food, Drug, and Cosmetic Act for Vioxx (rofecoxib) Tablets.

We also refer to the meeting between representatives of Merck and representatives of the FDA on September 28, 2004 during which you indicated that you would remove Vioxx from the market worldwide and that you would withdraw all IND studies involving Vioxx due to thrombotic adverse events including Myocardial Infarction and Stroke, seen in patients enrolled in a clinical trial under this IND. At that meeting you were notified that the IND studies you are conducting with Vioxx are on clinical hold under 21 CFR 312.42(b) and may not progress. The following are the specific deficiencies.

There are unreasonable and significant risks of illness or injury to human subjects. Specifically, your data indicate that there is a two-fold increase in cardiovascular adverse events in patients receiving Vioxx under protocol #122 titled, "A Multicenter, Randomized, Parallel Group, Placebo-Controlled, Double-Blind Study with In-House Blinding to Determine the effect of 156 weeks of treatment with Rofecoxib on the Recurrence of Neoplastic Polyps of the Large Bowel in Patients with a History of Colorectal Adenoma". Therefore, you may not legally conduct clinical studies under this IND.

Correspondence to this IND can be sent to the following address:

U.S. Postal Service/Courier/Overnight Mail:
Food and Drug Administration
Center for Drug Evaluation and Research
Division of Gastrointestinal & Coagulation Drug Products, HFD-180
Attention: Division Document Room, 8B-45
5600 Fishers Lane
Rockville, Maryland 20857

MRK-AID0007283

IND 59,222
Page 2


Restricted
Confidential
limited access

If you have any questions, call Monika Houstoun, Regulatory Project Manager, at (301) 827-9333.

        Sincerely,

        *{See appended electronic signature page}*

        Joyce Korvick, M.D., M.P.H.
        Acting Director
        Division of Gastrointestinal and
         Coagulation Drug Products
        Office of Drug Evaluation III
        Center for Drug Evaluation and Research

MRK-AID0007284