**EXHIBIT D**

Version 2

***Standby Statement – Vioxx and Cardiovascular Events in VIGOR***
*Note: This information is confidential. Only statements within the "shaded area" of this document are approved for use outside of Merck.*

| Prepared: | March , 2000 | | |
|---|---|---|---|
| Use Until: | | | |
| Issue Contacts: | Public Affairs: | Larry Hirsch | 908-423-4650 |
| | | Jan Weiner | 215-652-6462 |
| | | Art Kaufman | 908-423-6878 |
| | Investor Relations: | Laura Jordan | 908-423-5185 |

**Issue:**
The preliminary results of VIGOR (VIoxx Gastrointestinal Outcomes Research) indicate a significant reduction in PUBs (primary endpoint); and all primary and exploratory GI endpoints including -complicated PUBs, or POBs were also reducedand all GI bleeds.- There is an approximate 2-fold increase decrease in the risk of certain cardiovascular events, including myocardial infarctions and cerebrovascular events in these RA patients treated with Vioxx naproxen compared to VIOXX. naproxen. It is unclear whether these results reflect an antiplatelet (protective) effect of naproxen , an adverse effect of rofecoxib (at the 50 mg dose) or an antiplatelet (protective) effect of naproxen, or both. If these results are due to an adverse effect of rofecoxib at the 50 mg doseAdditionally, it is possible that only RA patients are at increased risk for thrombotic-type CV AEs when treated with a coxib, as opposed to a traditional NSAID. The incidence of thrombotic-type CV Aes in patients treated with VIOXX was similar to placebo and the NSAID, diclofenac in  the safety profile of Vioxx in our OA, pain, and Alzheimer's disease studies is excellent. Due to the increase in these serious, unexpected adverse events, a number of actions need to be undertaken promptly (see below), well before reaching 'clean file'. The implications for the arthritis & analgesia franchise are high – due to differences in study design, differences in the NSAID comparator and allowance for use of low-dose aspirin in the celecoxib outcomes studies, there may not be similar findings in the Searle studies. (Note: The Searle FOI reports an decreased incidence of cardiac SAEs in patients on the NSAID comparator (mainly naproxen and ibuprofen) compared to celecoxib or placebo).

**Communications Objectives:**
Our goals include conveying that these findings are preliminary, and that our first priority is protection of patient welfare – both in clinical trials and in marketed use. It is important to emphasize that Vioxx has not yet been submitted (much less, approved) for use in RA, and that Phase III trials are ongoing at both 25 and 50 mg doses. We are undertaking voluntary, prompt notification of FDA and other regulatory authorities, investigators and patients in ongoing studies of both Vioxx and MK-663 in RA, including revising the CIB and informed consent forms, and allowing use of low-dose ASA in certain studies. Data analyses continue to understand implications (if any) for other patients, other doses, etc. We do not plan to release any data from VIGOR publicly until DDW (May 24).

We should also reinforce the excellent safety profile of Vioxx in OA and pain – the approved indications.

We should (hopefully) position this as applying only to patients with RA, only with the highest dose of Vioxx, and underscore the substantial benefits of Vioxx compared to traditional NSAIDS (Langman, JAMA; VIGOR). If possible, we should position things as a "reduction in events with naproxen vs rofecoxib," rather than an "increase in CVD events with Vioxx vs naproxen." This will depend on whether the data indicate any increase in CV events in RA patients taking rofecoxib vs expected or background rates, and on the analyses completed already. These show in the completed osteoarthritis studies no increase in serious cardiovascular AEs vs other NSAIDs (N = 5495), or vs placebo up to 4 months; blinded analyses of two ongoing studies in patients with memory loss or dementia show no increase in such AEs vs placebo; as do the data from an ongoing study of rofecoxib and naproxen in > 5000 OA patients. Postmarketing reports from the 58 countries in which Vioxx has been licensed have provided no signal of any problems relating to serious CV AEs.

**Approved Public Statement:**

The VIGOR study was designed to show a reduction in ~~serious~~ clinically significant gastrointestinal adverse events (perforations, symptomatic ulcers, upper GI bleeds, or PUBs) in patients with rheumatoid arthritis treated with Vioxx 50 mg/day vs naproxen 500 mg bid, for ~ one year. The more serious subset of these events, ~~c~~Complicated PUBs (POBs) (perforations, obstructions and complicated upper GI bleeds, ~~which include obstructions (POBs)~~ was the main secondary endpoint. A preliminary analysis has shown a significant reduction in both PUBs and POBS, ~~as well as a reduction in POBs~~, in patients taking Vioxx. VIGOR was a study of an investigational use of Vioxx – namely, in patients with rheumatoid arthritis. Vioxx has not been registered in any country for treatment of RA at this time.

Careful monitoring of adverse experiences (AEs) is an important part of all clinical trials. The preliminary analysis of cardiovascular AEs in VIGOR shows an unexpectedly (Is this unexpected? Not really we put together a cardiovascular SOP and noted in the original DAP that theoretically the naproxen rate would be lower) ~~higher~~ lower incidence of certain serious thrombotic (?) CV AEs in the ~~rofecoxib~~ naproxen group compared to the ~~naproxen~~ rofecoxib group. Although the data are not final, Merck has voluntarily notified the FDA and other regulatory agencies of these findings, as well as the investigators in ~~VIGOR and~~ in ~~other~~ trials of both Vioxx and MK-663, a related investigational coxib. In addition, patients participating in ongoing studies in RA and other conditions will be receiving revised consent forms. In certain trials, the protocol will be modified to allow co-administration of low-dose aspirin, based on the treating physician's recommendation. *We may also send a voluntary 'Dear Doctor' letter to physicians in the US – TBD.*

The Company remains confident of the overall safety profile of Vioxx in the treatment of osteoarthritis (OA) and pain, based on extensive clinical trials and postmarketed

surveillance. No difference in <u>serious thrombotic</u> CV ~~SAEs~~ <u>adverse experiences</u> has been observed in other studies of rofecoxib and standard NSAIDs, including nearly 5500 OA patients; nor in comparison to placebo in OA trials of up to 4 months. An extensive review of safety data from all ongoing clinical trials, including rofecoxib vs naproxen in > 5000 OA patients, and vs placebo in 2100 patients with memory loss or dementia shows no difference in the rates of CV SAEs. Worldwide, Vioxx has been licensed for treatment of osteoarthritis and/or pain in 58 countries. Postmarketing AE report data from this worldwide experience have provided no signal of any problems related to cardiovascular SAEs. Vioxx has <u>not</u> been registered in any country for treatment of RA at this time – VIGOR was designed to assess GI outcomes in a population of RA patients. Phase III studies to evaluate the safety and efficacy of rofecoxib 25 and 50 mg in treating RA are ongoing.

It is unclear at this time whether the difference in CV SAEs is due to an effect of Vioxx, of naproxen, or both. Naproxen has known effects to decrease levels of plasma thromboxane (a prostaglandin or chemical messenger which promotes platelet aggregation and vascular constriction). Like low-dose aspirin, this may provide cardioprotective benefits. Vioxx is a COX-2 specific inhibitor and decreases levels of prostacyclin, another prostaglandin that prevents platelet aggregation and dilates blood vessels. Unlike naproxen and other traditional NSAIDs, Vioxx does not decrease plasma thromboxane. Studies have shown a lack of effect of Vioxx on platelet aggregation and on bleeding time.

**Key Talking Points:**
1. VIGOR was positive on ~~the primary endpoint~~ <u>all GI endpoints</u> – a decrease in clinically severe upper gastrointestinal adverse events with Vioxx vs naproxen; there was also a reduction in complicated upper GI events. These results confirm and extend our earlier experience, as published in JAMA 11/99.
2. A review of adverse experiences shows fewer serious cardiovascular adverse events, including myocardial infarctions and strokes, in the patients treated with naproxen. This may reflect the known antiplatelet effects of this NSAID. The total number of events is small and they are being reviewed by an endpoint adjudication committee. We cannot provide actual event rates at this time, as the data are not final.
3. This difference in cardiovascular events has only been seen in this one trial of the 50 mg dose of Vioxx, in patients with rheumatoid arthritis. An extensive review of adverse experience data confirms the excellent safety profile of Vioxx. CV AE rates do not differ between Vioxx and NSAIDs in patients with OA, nor between Vioxx and placebo in such patients for up to 4 months. Similarly, there is no difference between Vioxx and naproxen in CV SAEs in an ongoing trial of over 5000 OA patients, or between Vioxx and placebo in ongoing trials of 2100 patients with dementia or memory loss.
4. We are informing the FDA and regulatory agencies, as well as the VIGOR investigators, and investigators of other RA trials of Vioxx and of MK-663; revising the informed consent form for patients in these studies, and modifying certain study protocols to allow co-administration of low-dose aspirin.

## Q&A

**What kinds of cardiovascular events were increased?**
I think we have to answer this one to say that it includes MIs and CVAs. Cant say about DVT s until the data incleanedI'm not sure about DVT's or pulmonary emboli (I haven't seen ANY VIGOR data yet!!!)

**How many heart attacks and strokes were there? How many patients were enrolled in VIGOR?**
VIGOR enrolled approximately 8000 patients. We are still analyzing the study data, and these events are being reviewed by an endpoint committee. We cannot reveal any details at this time as the numbers are preliminary and subject to change. VIGOR will be presented at a peer-reviewed scientific meeting in May. If pressed, maybe say something like, "less than 20?" I would give a percentage--less than 0.5% of patients in either group had strokes or MIs

**When did the occurrence of these events start to diverge between the two groups?**
Not sure, but I'd suggest not getting into these kinds of details at this point. Just say we're still analyzing a lot of data...

**Was there any difference in overall mortality between the two treatment groups?**
Eve said the N's were 15 (naproxen) and 20 (Vioxx). Again – I'd say simply that it's too soon to speak to these details. If pressed, maybe we can say, "no"Preliminary data suggest there was no difference in overall or cardiovascular mortatlity between the two groups

**Who designed the study?**
MRL designed VIGOR, with input from the FDA and external consultants (give alittle more credit to the Steering Committee so we don't piss them off)
VIGOR was designed by a collaboration between MRL and the Steering Committee with input from the FDA and external consultants

**What kinds of patients were enrolled in the study? What were the main entry criteria?**
VIGOR enrolled patients with a diagnosis of rheumatoid arthritis, who were determined to require NSAIDs for at least one year. were taking NSAIDs for at least one year

**Why didn't you allow low-dose aspirin in the study? Wouldn't that have prevented this from happening?**
This was considered at great length, and reviewed with both FDA and our consultants. We elected to exclude patient use of low-dose aspirin as it would could have substantially increased the risk of GI bleeding and make made the interpretation of the study outcomes more difficult...

**Couldn't this have been predicted?**

We knew that there was a theoretical possibility that the antiplatelet affects of naproxen could result in a decreased incidence of these events compared to rofecoxib. There was no difference in cardiovascular SAEs in previous studies in over 5000 patients with OA. This may reflect the patient population as well as the fact that the major NSAID used in the long term phase III OA studies was diclofenac which does not provide a sustained inhibition of platelet aggregation in the same way that naproxen or aspirin would. Extensive preclinical and clinical pharmacology studies indicated no change in either platelet aggregation or in bleeding time with doses of Vioxx up to ___. ~~There was no difference in cardiovascular SAEs in previous studies in over 5000 patients with OA.~~

**Did you screen out patients at increased risk of cardiovascular events from VIGOR?**
Patients who were on low-dose aspirin at the time of study entry were excluded.

**Who was monitoring the trial? Why didn't they do something/stop the study?**
An external, independent DSMB monitored the study. The committee weighed the risks and benefits of continuing the study, and felt the trial should continue to answer the original study hypothesis (need some work on this one – I don't want to answer "for" the committee). You could speak to mike weinblatt but basically because there was no difference in mortality and because they were convinced (he told me this as did deborah) that the differences were due to the protective effects of naproxen.

**Where was the study performed?**
The study was performed in both the US and 21 ?other countries.

**When did it begin? End?**
Details will be disclosed when the study is presented in a peer-reviewed scientific meeting, in May.

**What does this mean for Vioxx? How can you promote a product that increases heart attacks and strokes?**
Merck remains confident in the proven safety profile of Vioxx for treatment of osteoarthritis and for short-term treatment of pain. The difference in serious CV AEs between the two patient groups in VIGOR may well be due to an antiplatelet effect of naproxen, rather than an 'adverse' effect of rofecoxib. In addition, this has only been seen in this one study of high-dose rofecoxib in patients with RA, who may be particularly suseptable to the cardioprotective effects of naproxen or at an increased risk of thrombotic-type events when treated with a COX-2 specific inhibitor, as opposed to patients with OA or other conditions. The prevalence of RA is much, much less than OA (patient estimates in US 2 million vs 20 million, respectively). The clinical trial and postmarketing experience with VIOXX in OA and other conditions otherwise show no evidence of any adverse effect on CV SAEs.

**What are you doing in terms of discussing this with your investigators in VIGOR? In other RA trials? In other studies besides RA?**

The investigators in VIGOR are being notified of these findings (the steering committee. We hadnt decided to tell all the investigators since they are cleaning data--obviously if we go public this will change. Shortly thereafter, the investigators in other RA studies of both Vioxx and of MK-663, Merck's investigational coxib, will also be notified. In some cases, the protocols will be modified to allow patient use of low-dose ASA. In other cases, if patients develop a need for low-dose ASA, they will be discontinued from the study. These decisions are made by the patient's treating physician.

**What about Celebrex? Do they have the same problem? Is this a class effect?**
Both Vioxx and Celebrex are coxibs, and have similar pharmacologic effects on prostaglandins like thromboxane and prostacyclin. (We'll have to get the details about the design of CLASS 1&2 from Alise, etc. If they did in fact allow low-dose ASA, we'll need to mention that, I think, to put things in perspective). ?mention something about the two cases they reported who had thrombotic events – I think they were patients with SLE and a ~~coagulopathy~~high level of anticardiolipin antibody. Class-90% oA, low dose aspirin allowed and 25 % of patients on diclofenac, 25% on ibuprofen and 50% on celebrex. FOI shows a reduction?

**What does this mean for your studies in Alzheimer's disease? Colon cancer?**
We have done a (blinded) analysis of CV SAEs in all patients in our AD/dementia studies (n=2100), and see no difference between the two treatment groups (rofecoxib and placebo). Not sure what to say about colon CA studies – they may be too small, or underway too short a time, to have any meaningful data – but I'd rather not say that as that will tell Searle where we are--not enough data

**Have you done any other studies comparing Vioxx and naproxen? ADVANTAGE Study--**


**Are the effects of naproxen on platelets and prostglandins unique?**
~~No~~yes and no. All traditional NSAIDs decrease levels of plasma prostaglandins including thromboxane A2, which promotes platelet aggregation and vascular constriction. However, The degree of this reduction varies somewhat between NSAIDs and is critical. To have the cardioprotective effects of aspririn you need sustained almost complete inhibition of platelet aggregation. Naproxen provides this however diclofenac does not and therefore would not be expected to have the cardioprotective effects of aspirin. Flurbiprofen (ANSAID) another NSAID which provides almost complete inhibiton of platelet aggregation has been shown in one study to decrease .....see FDA document (may be an FYI not sure you wan tto include).


**Do patients taking Vioxx need to take low-dose aspirin?**
**Patients at risk ……..see Dear Dr letter for wording**


**What is the regulatory impact of these findings?**

We are reviewing these data with the FDA and other regulatory agencies, and cannot speculate as to changes in the product labeling at this time. It is important to remember that Vioxx is not approved for the treatment of rheumatoid arthritis anywhere in the world. Phase III studies are ongoing at this time.

**What is the impact of these findings on your RA program?**
The Phase III studies for treatment of RA are ongoing – both 25 and 50 mg doses of Vioxx are being evaluated. The investigators in these studies have been/are being/ were notified of the VIGOR data. The patients will be re-consented with revised informed consent forms, and the protocols have been modified to permit use of low-dose aspirin in appropriate patients, a decision that is made by the treating physician.

**Over a year ago, scientists at the U. of Pennsylvania (Fitzgerald et al) published a report in PNAS suggesting there might be an increased risk of cardiovascular events in patients taking coxibs, due to changes in levels of certain prostaglandins. Were they right?**

We cannot answer this with 100% certainty. The fact that the incidnce of these events in patients with OA and alzheimers was similar in patients on VIOXX compared to placebo goes against this. It is however possible that patients with a tendency to hypercoaguable states (need layman wording) such as patients with Lupus or select patients with RA may be at a slightly higher risk.