**EXHIBIT E**

| | |
|---|---|
| To: | Slater, Eve; Distlerath, Linda; Weiner, Jan D. |
| From: | Hirsch, Laurence J. |
| Cc | |
| Bcc: | |
| Date: | 2000-03-20 03:27:56 |
| Subject: | FW: VIGOR STATEMENT |

---

Second version, as just sent to Alise and Brian for MRL review. I think we need to seriously consider a proactive "Dear doctor" letter to US MDs, and possibly other countries as well. Logistics may be difficult, but the alternative, as discussed, of having physicians learn of this from their patients, or from the media, is not very appealing....
Larry Hirsch
MRL Public Affairs
WS 1A-13 (mail stop 1A-28)
Phone 908-423-4650
Fax 908-735-1191

----------

From: Hirsch, Laurence J.
Sent: Sunday, March 19, 2000 10:23 PM
To: Reicin, Alise S.; Daniels, Brian F.
Subject: VIGOR STATEMENT

Alise, Brian - attached is a still-drafty standby with Q&A. I need your review and input as to accuracy, etc. There are a couple of questions I don't feel able to address yet (at least here at home). Thanks

---

Attachments:

#526366_.doc