**EXHIBIT F**

To:                Braunstein, Ned S. <ned_braunstein@merck.com>; Reicin, Alise S. <alise_reicin@merck.com>; Bain, Raymond P. <raymond_bain@merck.com>; Visser, W. Hester <whester_visser@merck.com>
From:              Assaid, Christopher A </O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=ASSAIDCH>
Cc:                Baranak (McConnell), Christine C. <christine_baranak@merck.com>; Nessly, Michael L. <michael_nessly@merck.com>; Lines, Christopher <christopher_lines@merck.com>
Bcc:
Received Date:     2003-11-03 13:27:53
Subject:           Changes to PP/Compliance Analysis -078 CSR

In following up on a comment from Alise related to compliance, I discovered a programming error affecting the per-protocol and compliance results in the 078 CSR. I can provide assurance that all other analyses have been independently verified on multiple occasions. In addition, the list of protocol violators as well as its affect on the analysis data sets had been verified, but the implementation of the PP approach (i.e. censoring of patients after a PV), as a lower priority/non-critical analysis, had not. The results of the PP and the PP w/ 80% compliance analyses are no longer non-significant, but are, however, still in line with the primary analysis. Changes that resulted from this finding are highlighted in aqua in the attached, which is Part 1 of the CSR sent by Chris B on Friday. These changes include 1) A sentence in the synopsis, 2) Section 6.6 on Compliance, 3) Table 30, which summarizes the time-to-event analyses, and 4) Section 7.2.1.4.1, which summarizes additional statistical models (including Table 35).

The second part of the CSR, including the discussion and conclusions, was unaffected and is therefore not included here. If any of you feel that further modifications of the text are necessary, please advise ASAP.

Thanks,
     Chris


Christopher A Assaid, PhD
Sr. Biometrician
Merck Clinical Biostatistics
(484) 344-2324


Attachments:

WMA1.zip

0

| Reference |
|---|
| Reports of Efficacy and Safety Studies |

# CLINICAL STUDY REPORT

## MK-0966

### MK-0966 FOR THE TREATMENT OF MILD COGNITIVE IMPAIRMENT AND PREVENTION OF CONVERSION TO ALZHEIMER'S DISEASE

| | |
|---|---|
| Generic Name: Rofecoxib | Protocol 078 |
| Dosage Form: 25 mg | Phase III |
| Indication: Mild Cognitive Impairment | Study Design: Placebo-controlled, parallel-groups, double-blind (with in-house blinding). Endpoint driven: 220 endpoints achieved or maximum of 4 years. |
| Sponsor Name: | Merck & Co., Inc. |
| Clinical Monitor: | W. Hester Visser, M.D., Ph.D. |
| Study Initiation Date (FPI): | 29-Apr-1998 |
| Study Completion Date (LPO): | 27-Apr-2003 |
| Investigator Name/Affiliation: | Multicenter (46) |
| GCP Compliance: | Information regarding GCP compliance can be found in Sections 5.6 and 6.2 |
| Clinical Study Report Date: | 03-Nov-2003 |
| Interim CSRs for the same Protocol: | none |

Formatted: Font color: Red, Check spelling and grammar
Deleted: MK-0966
Formatted: Font color: Red, Check spelling and grammar
Deleted: MK-0966
Deleted: 078
Formatted: Font color: Red, Check spelling and grammar, All caps
Formatted: Font color: Red, Check spelling and grammar, All caps
Deleted: 078
Formatted: Font color: Red, Check spelling and grammar
Deleted: III
Deleted: III
Formatted: Font color: Red, Check spelling and grammar
Deleted: 01-Nov-2003
Deleted: 31-Oct-2003
Deleted: 30-Oct-2003
Deleted: 27-Oct-2003
Formatted: Font color: Black, Check spelling and grammar
Deleted: none
Formatted: Font color: Black, Check spelling and grammar
Deleted: none
Deleted: 03-Nov-2003
Deleted: 31-Oct-2003
Deleted: 30-Oct-2003
Deleted: 27-Oct-2003

MK-0966 RDS Formatted 11-Sep-2003      03-Nov-2003
Restricted ✧ Confidential – Limited Access

MRK-AHD0055889