EXHIBIT G



**DRAFT VERSION 2**

# Rofecoxib does not delay the onset of Alzheimer's disease: results from a randomized, double-blind, placebo-controlled study

External author?, W.H. Visser[1], E. Yuen[1], C. Assaid[1], M.L. Nessly[1], B.A. Norman[1], C.C. Baranak[1], C.R. Lines[1], S.A. Reines[1], G.A. Block[1] on behalf of the Rofecoxib Protocol 078 study group

[1] Merck Research Laboratories, 10 Sentry Parkway, Blue Bell, PA 19422, USA.

Corresponding author:

**Funding:** This study was funded by Merck Research Laboratories. The funding was in excess of $10,000.

**Conflict of Interest:** W.H. Visser, E. Yuen, C. Assaid, M.L. Nessly, B.A. Norman, C.C. Baranak, C.R. Lines, S.A. Reines, and G.A. Block are employees of Merck Research Laboratories.

**Prior Presentation:**

Title character count = x, Abstract word count = x , Text word count = x

MRK-AFV0431065



**Acknowledgments**

Participating investigators in the rofecoxib Protocol 078 study group were: Barry Baumel, Baumel-Eisner Neuromedical Institute, Miami, FL; Karen Bell, Columbia University, New York, NY; B. Ian Blatt, Southeastern Pennsylvania Medical Institute, Havertown, PA; Martin Conway, Lovelace Scientific Resources, Inc, Albuquerque, NM; Howard S. Cummins, The Institute for Advanced Clinical Research, Elkins Park, PA; Mary J. Derbenwick, Atlantic Institute of Clinical Research, Daytona Beach, FL; P. Murali Doraiswamy, Duke University Medical Center, Durham, NC; Keith Edwards, Bennington, VT; Larry Eisner, Baumel-Eisner Neuromedical Institute, Jay Ellis, Neuroscience Research, Pittsfield, MA; Donald England, Radiant Research, Eugene, OR; Jerome Goldstein, San Francisco Headache Clinic, San Francisco, CA; Richard Holub, Neurological Associates of Albany, Albany, NY; Lawrence R. Jenkyn, Dartmouth-Hitchcock Medical Center, Lebanon, NH; Louis Kirby, Pivotal Research Centers, Peoria, AZ; Elliott Mancall, Headache Center, Philadelphia, PA; David Margolin, Margolin Brain Institute, Fresno, CA; James MCCarthy, Comprehensive NeuroScience, Inc., South Yarmouth, MA; Margarita Nunez, Comprehensive NeuroScience, Inc., St. Petersburg, FL; Kerri Wilks, Innovative Medical Research, Towson, MD; Eric Pfeiffer, USF Suncoast Gerontology Center, Tampa, FL; Norman Relkin, New York Presbyterian Hospital, New York, NY; Ward Tolbert Smith, Summit Research, Portland, OR; John A. Stoukides, Comprehensive NeuroScience. Inc, East Providence, RI; Stephen Thein, Jr., Pacific Research Network, San Diego, CA; Jerry R. Tindel, Radiant Research, Austin, TX; Parvaneh Zolnouni, California Clinical Trials, Beverly Hills, CA; Piero Antuono, Froedtert Lutheran Memorial Hospital, Milwaukee, WI; Eugene DuBoff, Summit

Research Network, Inc, Denver, CO; James Ferguson, Pharmacological Research Corp, Salt Lake City, UT; James Hartford, Summit Research Network, Cincinnati, OH; Jon Heiser, Pharmacology Research Institute, Northridge, CA; F. Cleveland Kinney, University of Alabama at Birmingham, Birmingham, AL; Daniel Hier, University of Illinois at Chicago, Chicago, IL; Peter D. Londborg, Seattle, WA; William McEntee, Comprehensive NeuroScience, Inc, Sarasota, FL; Jorg Pahl, Pahl Brain Associates PC, Oklahoma City, OK; Anton Porsteinsson, University of Rochester, Rochester, NY; Joel S. Ross, Long Branch, NJ; Joseph Tate, DeKalb-Gwinnett, OB/GYN,PC, Norcross, GA; Harvey Tilker, Four Rivers Clinical Research Center, Paducah, KY; Jack Tomlinson, Alzheimer's Diagnostic Clinic, Wichita Falls, TX; Richard Weisler, Raleigh, NC.

***Barb/Chris B to check list is complete***

**Abstract**

*Background:* Inflammatory mechanisms have been implicated in the pathogenesis of Alzheimer's disease (AD) and may be mediated via the cyclooxygenase-2 enzyme. Previous studies with rofecoxib and celecoxib, anti-inflammatory drugs which selectively inhibit cyclooxygenase-2, have shown that they do not alter the progression of AD. In this study, we investigated whether rofecoxib could delay the onset of AD.

*Methods:* We conducted a double-blind, multicenter study in which 1457 subjects with mild cognitive impairment aged 65 years or older (a group thought to be at increased risk for AD) were randomly assigned to rofecoxib 25 mg (N=725) or placebo (N=732) daily for up to 4 years. The key efficacy measure was the percentage of subjects who developed AD. Secondary assessments included the cognitive subscale of the AD Assessment Scale, Mini Mental State Exam, Selective Reminding Test, Clinical Dementia Rating, and Blessed Dementia Rating Scale.

*Results:* The study was terminated after 189 cases of AD were observed. At this time, approximately 45% of subjects had discontinued the study and 40% remained in the study on-drug. The estimated annual conversion rate to AD was 6.4% in the rofecoxib group versus 4.5% in the placebo group (rofecoxib:placebo hazard ratio = 1.46, p = 0.011). The difference was no longer significant in a pre-defined analysis which excluded protocol violators (hazard ratio = 1.43, p = 0.055), or in a post hoc analysis which adjusted for variables that influenced the progression to AD (hazard ratio = 1.31, p = 0.067). Analysis of secondary cognitive test measures (e.g., the cognitive subscale of the AD Assessment Scale) and measures of functional impairment (e.g., the Clinical Dementia Rating) did not suggest differences between the treatment groups.

MRK-AFV0431068



*Conclusion:* The apparent failure of rofecoxib to delay the onset of AD in the present study, or slow the progression of AD in previous studies, suggests that cyclooxygenase-2 does not play a significant role in the pathogenesis of the disorder.

MRK-AFV0431069



**Introduction**

Neuropathological and epidemiological data suggest that inflammatory mediators and immune mechanisms may play a role in the pathogenesis of Alzheimer's disease (AD).[1, 2] It has been proposed that these effects may be mediated via the cyclooxygenase-2 enzyme.[3] These observations have led researchers to investigate whether nonsteroidal anti-inflammatory drugs (NSAIDs) might slow the progression of dementia. Initially, two small studies with the NSAIDs indomethacin[4] and diclofenac[5] provided weak evidence for efficacy over 6 months in subjects with AD. However, interpretation of the results from both studies was confounded by high drop-out rates, mainly due to gastrointestinal side effects thought to be mediated via inhibition of cyclooxygenase-1 (non-selective NSAIDs inhibit both cyclooxygenase-1 and cyclooxygenase-2).[6] More recently, three large randomized controlled 12-month clinical studies with the selective cyclooxygenase-2 inhibitors rofecoxib or celecoxib failed to show any effects of treatment on the progression of AD.[7, 8, 9] One of these studies included the non-selective NSAID naproxen, which also failed to show any effects.[8]

One possible explanation for these disappointing results is that the disease process may be too advanced to modify in patients with an established diagnosis of AD. Epidemiological evidence indicates that there may be a critical period, 2 or more years before the onset of dementia, during which exposure to NSAIDs protects against AD.[10] Selective cyclooxygenase-2 inhibitors offer the potential for treatments that may have beneficial protective effects in AD while being well-tolerated in long-term use. We



therefore conducted a study to determine whether treatment with rofecoxib could delay the onset of AD. Rather than looking at a random sample of the elderly population, we sought to recruit an "at-risk" group of elderly subjects with mild cognitive impairment (MCI).[11] These subjects have been reported to convert to AD at an annual rate of 10-15% versus a rate of 1-2% for the elderly population in general.[12] The study also provided the opportunity to gather important, placebo-controlled, long-term safety data on rofecoxib in an elderly population.

MRK-AFV0431071



## Methods

*Subjects*

Subjects aged 65 years or older who had completed at least 8 grades of education, and who had a reliable informant who could accompany them to each clinic visit, were recruited at 46 study sites in the United States from April 1998 to March 2000. Potentially eligible subjects were initially identified by investigators (by any means available) or via a centralized telephone pre-screening process.[13] Subjects were screened at the study sites to determine if they met all the following criteria for MCI: subject reports memory problem, or informant reports that subject has memory problem; informant reports that subject's memory has declined in the past year; Mini Mental State Exam (MMSE)[14] score ≥24; Clinical Dementia Rating (CDR)[15] global score = 0.5 with memory domain score ≥0.5; Blessed Dementia Rating Scale (BDRS)[16] total score ≤3.5, with no part 1 item score >0.5; Auditory Verbal Learning Test (AVLT)[17] total score ≤37. Details of these tests of cognition and function are given in the Appendix.

The CDR assessment was completed on the basis of interviews with the subject and informant by a rater who was blinded to the results of psychometric tests (AVLT and MMSE). Subjects were excluded if they had dementia, inadequate motor or sensory capacities to comply with testing, a modified Hachinski Ischemia Scale[18] score >4 (to exclude subjects whose cognitive impairment may have been related to a vascular condition), a Hamilton Depression Scale (17-item version)[19] score >13 (to exclude subjects whose cognitive impairment may have been related to depression), a history of



angina or congestive heart failure with symptoms that occurred at rest, uncontrolled hypertension, a history of myocardial infarction, coronary artery bypass, angioplasty, or stent placement within the past year, a history of stroke, multiple lacunar infarcts, or transient ischemic events within the past 2 years, a history of gastrointestinal bleeding within the past 3 months, or were anticipated to need chronic NSAID or estrogen replacement therapy during the study. Subjects taking NSAIDs on a chronic basis (≥ 7 days/month for the 2 months prior to study entry), estrogen replacement therapy (excluding topical ointments) within 2 months of study entry, or cholinesterase inhibitors within 1 month of study entry, were also excluded. No more than 20% of subjects at each study site could be taking vitamin E >400 IU at the time of study entry. Subjects who developed a need for cardio-protective doses of aspirin after randomization were permitted to use aspirin ≤100 mg/day. Concomitant use of the above medications during the study was discouraged, but subjects who did take them were not discontinued for this reason. Each site received the approval of its local institutional review board to perform the study and informed consent was obtained from each subject.

*Design*

This was a randomized, double-blind, placebo-controlled study with parallel groups. After screening, eligible subjects were randomly assigned to receive rofecoxib 25 mg once daily or placebo once daily for up to 4 years. Rofecoxib 25 mg is the maximum recommended chronic dose. Randomization of subjects at each study site was determined by a computer-generated allocation schedule and was stratified according to MMSE score (24-26, >26). The allocation schedule was generated by a statistician at Merck Research



Laboratories according to in-house blinding conditions. The rofecoxib and placebo tablets were visually identical. The study was event-rate driven and the intention was to continue until 220 cases of AD were observed, which it was anticipated would take approximately 2 years. The study was extended to 4 years due to lower than expected conversion rates.

*Procedure*

After randomization, subjects were scheduled to attend the clinic at months 1 and 4, and then every 4 months until the study was completed or the subject was diagnosed with dementia. The study was conducted using an intent-to-treat approach; i.e., subjects who discontinued treatment, but who had not developed dementia, were asked to return to the clinic for all remaining visits and assessments. The following assessments were administered at baseline and every 4 months, or at discontinuation from the study: CDR, MMSE, Selective Reminding Test (SRT[20]; see Appendix for details). The cognitive subscale of the AD Assessment Scale (ADAS-Cog[21]; see Appendix for details) was administered at baseline and then every 12 months, or at discontinuation from the study. The BDRS was administered at baseline and at 24, 36, and 48 months, or at discontinuation from the study. Any subject who developed a global CDR score ≥1 at a routine clinic visit received a CT or MRI scan of the brain and any psychometric tests that were not already scheduled for that visit. The subject was continued on treatment and returned for an endpoint confirmation visit 2 months later, at which time all the psychometric evaluations were repeated. If the global CDR score was still ≥1 at this visit the subject was considered to have reached the endpoint of dementia and was



discontinued from the study. In rare cases, a subject was determined by the investigator to have developed dementia despite maintaining a global CDR score of 0.5 at the trigger and confirmation visits, and these subjects were also counted as endpoints. The investigator determined the type of dementia (possible or probable AD according to NINCDS-ADRDA criteria[22] or other). For subjects who reached endpoint, all relevant data was sent to an independent blinded adjudication committee who indicated whether or not they concurred with the investigator's diagnosis.

Any adverse experiences occurring during the study were recorded and rated by the investigator while still blinded as to seriousness (regulatory definition – death, life threatening, resulting in persistent or significant disability, resulting in hospitalization, prolonging an existing hospitalization, any other important medical event), drug-relatedness (possibly, probably or definitely drug-related, probably not or definitely not drug-related), and intensity (mild, moderate, or severe). Any serious vascular events (including cardiac, peripheral vascular and cerebrovascular events) were reviewed by independent blinded adjudication committees, who determined if they were confirmed events according to pre-specified case definitions (confirmed adjudicated events).[23]

*Statistical analysis*

The primary efficacy analysis compared the cumulative incidence of possible or probable AD according to NINCDS-ADRDA criteria[22] (patients with dementia of other cause were excluded). Only cases confirmed by the endpoint adjudication committee were included in the analysis. The analysis was based on a Cox proportional hazards model of time-to-



event data (based on the initial diagnosis of AD) using an intention-to-treat approach, which included all randomized subjects. The model included terms for treatment, region within the United States (North East, South East, South, Midwest, West), and baseline MMSE strata (baseline MMSE score ≤26 versus >26). Region was intended to be a surrogate for investigating the influence of study site, since there were too few events at individual study sites to include that as a factor. A key supportive analysis was performed on the per-protocol population, which either excluded subjects who were protocol violators at baseline, or censored subjects at the time of violation if the violation occurred after baseline (e.g. if a subject started using a prohibited medication during the study). The criteria for protocol violation and censoring were defined prior to study unblinding. The main criteria included subjects who took prohibited prior or concomitant medications, and subjects who exceeded test score thresholds for inclusion.

The calculation for the power statement assumed that the incidence of possible or probable AD over 2 years in the placebo group would be 30% and that the dropout rate would be 20%. Based on these considerations and a planned sample size of 520 evaluable subjects per group, the study had 90% power to detect a one third reduction in the incidence of AD in the rofecoxib group versus the placebo group with $\alpha$=0.05.

Analyses of secondary endpoints (SRT-summed recall score, SRT-delayed recall score, MMSE score, ADAS-Cog score, CDR-sum of boxes score, BDRS score) were based on available data for evaluable subjects (i.e., subjects who had a baseline score and at least one post-randomization score). The rates of change from baseline to a given time point

MRK-AFV0431076



using an intention-to-treat approach (i.e., including all data regardless of whether a patient discontinued from therapy or not) were performed using longitudinal [mixed] models for the comparison, under the assumption that missing data were missing at random [i.e., ignorable missingness]). Additional sensitivity analyses were also performed using a last-observation-carried forward approach, as well as with other models with different assumptions about the missing data structure.

The assessment of tolerability included adverse experiences with onset up to 14 days after subjects stopped taking test medication. Pre-specified groupings of adverse experiences (e.g., the number of subjects with one or more adverse experience) were analyzed using Fisher's Exact test.



**Results**

The study profile is shown in Figure 1. A total of 1457 subjects were randomized. The study was terminated after 189 cases of AD had occurred. The median duration of study participation was 115 weeks in the rofecoxib group and 130 weeks in the placebo group. The median duration subjects took study medication was 94 weeks in the rofecoxib group and 105 weeks in the placebo group. Estimates of treatment compliance based on counts of the number of tablets in medication bottles at each clinic visit and calculated as ([number of days on therapy ÷ number of days should be on therapy] x 100) indicated good compliance; 91.0% of the 725 subjects randomized to rofecoxib and 93.3% of the 732 subjects randomized to placebo had ≥80% compliance during the time they were in the study. Approximately 45% of subjects discontinued the study prematurely, while approximately 40% completed the study on-drug. Reasons for discontinuation were generally similar across the treatment groups, although there were some small differences; for example a greater proportion of patients in the placebo group discontinued due to withdrawal of consent (Figure 1). The time course of discontinuations was similar between the treatment groups over the duration of the study (data not shown).

Table 1 shows the baseline demographic characteristics and baseline test scores for randomized subjects. There were slightly larger proportions of females and subjects with a family history of AD in the rofecoxib group, and the mean age of subjects in the rofecoxib group was also higher. The percentage of patients aged 75 years or older was



53.1% in the rofecoxib group and 50.7% in the placebo group. The groups were well matched with regard to baseline test scores. The distribution of secondary diagnoses at baseline was generally similar between the groups. The most common pre-existing medical conditions were hypertension (37.7% in the rofecoxib group and 34.3% in the placebo group) and osteoarthritis (22.2% in the rofecoxib group and 24.3% in the placebo group). The percentages of subjects with prior medication use (for any length of time in the 2 months prior to study entry for NSAIDs and estrogen, and 1 month prior to study entry for other drugs) for drugs claimed to have an influence on dementia were higher in the rofecoxib group than the placebo group for ginkgo (13.7% versus 11.9% - ***FDA report***), but similar for non-aspirin NSAIDs (5.0% versus 5.6% - ***FDA report***), estrogen (0.4% versus 1.4% - ***FDA report***), HMG CoA reductase inhibitors (18.9% versus 17.6% - ***FDA report***), and vitamin E >400 IU daily (5.8% versus 5.6% - ***Barb's table***). ***Check all these numbers – there are some discrepancies between %s give in FDA report and tables provided by Barb.*** The percentages of subjects with concomitant medication use (for any length of time during the study) for drugs claimed to have an influence on dementia were lower in the rofecoxib group than the placebo group for non-aspirin NSAIDs (30.9% versus 34.7% - ***FDA report***), but similar for cholinesterase inhibitors (9.9% versus 9.8% - ***FDA report***), estrogen (2.6% versus 4.8% - ***FDA report***), HMG CoA reductase inhibitors (24.8% versus 24.9% - ***FDA report***), ginkgo (13.7% versus 12.6% - ***Barb's table***), and vitamin E >400 IU daily (7.6% versus 8.3% - ***Barb's table***). ***Check all these numbers – there are discrepancies between %s give in FDA report and tables provided by Barb.*** The median duration of non-aspirin NSAID use was also lower in the rofecoxib group (5.6 weeks) than the placebo group (7.4 weeks).



The primary endpoint of clinically diagnosed AD included the 189 subjects who were confirmed to have developed AD by the endpoint adjudication committee. Six events of dementia due to other causes were excluded. In the 189 subjects with clinically diagnosed AD, global CDR scores at the last clinic visit were 0.5 in 21 subjects, 1 in 159 subjects, 2 in 8 subjects, and 3 in 1 subject. In the rofecoxib group, 107 of 725 (14.8%) subjects had an event of clinically diagnosed AD over the 4-year study period versus 82 of 732 (11.2%) placebo subjects over 4 years. The estimated hazard ratio (rofecoxib:placebo), adjusting for the effects of baseline MMSE stratum and region, was 1.46 (95% CI: 1.09-1.94), which was statistically significant (p=0.011, Wald Chi Square test) in favor of placebo. Baseline MMSE stratum (score ≤26; score >26) had a highly statistically significant effect on outcome with an estimated hazard ratio of 3.23; subjects in the lower stratum were much more likely to progress to AD. However, treatment effects were consistent across MMSE stratum levels, as well as geographic regions. Kaplan-Meier estimated proportions of subjects with clinically diagnosed AD at 4-month increments are shown in Figure 2. A separation in event rates between treatment groups existed at the earliest time point (4 months) and was evident within the first 16 months, a gap which was maintained through the last follow-up time point of 48 months. Estimated annual conversion rates were 6.4% (95% CI: 5.3%, 7.7%) in the rofecoxib group and 4.5% (95% CI: 3.6%, 5.6%) in the placebo group. In the pre-specified per-protocol analysis which excluded 27 subjects in the rofecoxib group and 36 patients in the placebo group who met pre-defined criteria for protocol violation at baseline, and censored (at the time of violation) an additional 197 patients in the rofecoxib group and 195 patients in



the placebo group who violated the protocol during the study, the estimated hazard ratio was in the same direction as the primary analysis but was no longer statistically significant (hazard ratio = 1.43, p = 0.055).

To further explore the unexpected findings in the primary analysis, we conducted a post hoc analysis to adjust for factors which showed an effect, at a significance level of p<0.10, on progression to AD. Those factors correlated with greater likelihood of progression to AD were lower baseline MMSE score stratum (24-26), female gender, age >75, and prior ginkgo use. Conversely, factors associated with a decreased risk of progressing to AD were longer duration of non-aspirin NSAID use, and concomitant use of HMG CoA reductase inhibitors. Presence of the apolipoprotein ε4 allele was a risk factor but was not included in the model because information was missing for a substantial proportion of subjects. Family history of AD was not a risk factor in our study. In the analysis which adjusted for these factors, the hazard ratio was reduced and was no longer statistically significant (hazard ratio = 1.31, p = 0.067). Since the above analyses all included patients whether or not they were taking study medication, we also performed a post hoc analysis excluding subjects who were less than 80% compliant with taking treatment, as well as those who were protocol violators, in order to determine whether the effect of rofecoxib was increased in this group with greater time-adjusted exposure to rofecoxib (as would be expected if the primary findings represented a true effect of rofecoxib). There was no evidence for an increased effect of rofecoxib in this analysis (hazard ratio = 1.45, p = 0.052).



The least squares mean changes from baseline for the secondary endpoints of cognition and function at 1-year intervals using a mixed models approach are summarized in Table 2. The pre-specified analysis looked at the estimated annual slope difference (placebo minus rofecoxib) for each measure based on data over the entire 4-year period. In contrast to the primary endpoint, there were no significant differences between treatment groups on estimated annual slope differences (SRT-summed recall: slope difference = 0.026 [95% CI: -0.307, 0.359], p = 0.878; SRT-delayed recall: slope difference = -0.012 [95% CI: -0.104, 0.081], p = 0.806; MMSE: slope difference = 0.002 [95% CI: -0.095, 0.090], p = 0.959; ADAS-Cog: slope difference = 0.098 [95% CI: -0.287, 0.091], p = 0.311; CDR-sum of boxes: slope difference = -0.068 [95% CI: -0.139, 0.002], p = 0.058; BDRS: slope difference = 0.079 [95% CI: -0.081, 0.238], p = 0.333). Additional sensitivity analyses were also performed using a last-observation-carried forward approach. The conclusions about lack of treatment differences were the same across these analyses which were based on different assumptions about the missing data structure.

A total of 1451 subjects were included in the safety analyses (723 in the rofecoxib group and 728 in the placebo group). The adverse experience profile is summarized in Table 3. The rofecoxib and placebo groups were similar with regard to the percentages of subjects with any adverse experience, any serious adverse experience, and who discontinued treatment due to an adverse experience. There was a significant increase for rofecoxib in the number of subjects with adverse experiences that were considered possibly, probably, or definitely drug-related by the investigators. The most common drug-related adverse experiences are shown in Table 3. There was no particular individual adverse experience



which contributed to the overall difference between rofecoxib and placebo for drug-related adverse experiences, and relatively few subjects discontinued study treatment due to drug-related adverse experiences (58 or 8.0% for rofecoxib and 41 or 5.6% for placebo). A total of 39 deaths occurred in subjects who were taking study treatment or within 14 days of the last dose (24 or 3.3% for rofecoxib and 15 or 2.1% for placebo). Subjects died from a range of causes that were consistent with expectations for an elderly population, and there was no pattern suggestive of a differential treatment effect. The only specific causes of death with more than 1 event per treatment group were acute myocardial infarction (2 events on rofecoxib and 3 on placebo), myocardial infarction (2 events on rofecoxib and 1 on placebo), cardiac arrest (2 events on rofecoxib and none on placebo), and pneumonia (2 events on rofecoxib and none on placebo). The number of confirmed adjudicated serious thrombotic vascular events was low (42 events in the rofecoxib group and 44 events in the placebo group). There were a total of 6 subjects with confirmed ischemic strokes and 1 patient with hemorrhagic stroke in the rofecoxib group compared to 13 subjects with confirmed ischemic strokes and 2 subjects with hemorrhagic strokes in the placebo group.

MRK-AFV0431083



**Discussion**

In this 4-year study of 1457 subjects with MCI, there was no evidence that rofecoxib delayed the onset of AD. Unexpectedly, significantly more subjects randomized to rofecoxib converted to AD than those who were randomized to placebo. However, the difference was not significant in a pre-specified analysis which excluded protocol violators, or in a post hoc analysis which adjusted for factors that influenced the progression to AD. The apparent effect of rofecoxib in the primary analysis was also not confirmed by secondary measures of cognition (ADAS-Cog, SRT, MMSE) or function (CDR-sum of box scores, BDRS), which found no statistically significant or clinically meaningful differences between treatment groups.

The results from the primary analysis are also surprising given that two large previous studies in AD patients, which included patients with a MMSE score up to 26 (thereby partly overlapping with subjects in the present study who had a MMSE score of 24-26), found that rofecoxib had no significant effect on the progression of cognitive or functional decline.[7 8] The primary endpoint in each study was the change in ADAS-Cog score over 1-year. Mean change from baseline scores for rofecoxib and placebo were -4.9 versus -5.5 in one study[7] and -7.6 versus -5.7 in the other.[8] The authors of the latter study noted a trend for rofecoxib to be worse than placebo at 12 months but this trend was not observed at earlier time points (P. Aisen, personal communication) and no difference between rofecoxib and placebo was found in an analysis which looked at time to a 4 point decline on the ADAS-Cog (as evidence of a clinically relevant decline).



Moreover, results on a secondary efficacy measure of activities of daily living showed an opposite trend in favor of rofecoxib, and there was also a numerical advantage for rofecoxib with regard to time to institutionalization. In the former study[7] the trend on the ADAS-Cog was in the opposite direction (in favor of rofecoxib).

The primary finding of an apparent increased rate of conversion to AD in subjects randomized to rofecoxib is thus neither supported by the secondary measures in the same study, nor by data from two previous studies which likely included partially overlapping populations. Since this is the first completed randomized controlled prevention study in MCI subjects to be reported, there are no other studies available to benchmark its success from a methodological viewpoint. It is possible that aspects of the conduct of the study could have had an influence on the results and contributed to the unexpected and unsupported findings on the primary endpoint.

An obvious concern in a study with a long duration is that differential drop out rates may have influenced the results. A drop-out rate of approximately 45% occurred over the course of the study and only 40% of subjects completed the study on-drug. These findings are not surprising given the duration of the study and the elderly population being investigated. Overall drop-out rates were similar between the treatment groups. There were some differences between the groups with regard to specific reasons for discontinuation, for example, a greater proportion of subjects in the placebo group discontinued due to withdrawal of consent, but there was not an immediately apparent



way in which the differential reasons for discontinuation could have accounted for the results.

A notable observation in the present study was that the overall conversion rate to AD of 5-6% was lower than the anticipated 10-15% observed in previous observational or natural history studies which have typically been performed in specialist research centers.[24] Since the diagnostic criteria for MCI were, and remain, not clearly defined with regard to the particular tests and score thresholds that should be used to aid in the diagnosis of memory impairment,[25] it is possible that the population of subjects included in our study was more heterogenous than, or different from, populations that others have described. Indeed, our overall population contained a lower proportion of subjects that were female and subjects with the apolipoprotein ε4 allele than others have reported.[26, 27, 28] A possible contributory factor to the low conversion rates was the change in the cut-score criteria on the AVLT (the memory test used to provide objective evidence of memory impairment), from age-adjusted 1.5 SD scores to a single cut score 1 SD below the mean for normal elderly subjects aged 65-69 (see Appendix), after approximately 6 months. We retrospectively looked at conversion rates in subjects who met the original 1.5 SD criteria (N = 203 for rofecoxib and N = 203 for placebo) and the estimated annual conversion rates were more in line with expectations (11.3% for rofecoxib and 8.3% for placebo), although still lower than anticipated for the placebo group, raising the possibility that a protective factor may have been operating in this group.



A futher point to consider is that the diagnosis of MCI is heavily dependent on clinical judgment. The fact that the MCI concept was relatively new at the time the study was initiated, together with the fact that this was a multi-center study in which sites may have interpreted criteria differently, could have increased the possibility of errors in diagnosis. The source of the subjects in our study, many of whom were identified through advertising campaigns rather than being direct clinical referrals, may have also resulted in greater heterogeneity. It is conceivable, therefore, that the population of subjects we studied may have included some subjects who did not have genuine memory problems (e.g., subjects who initially scored poorly because they were anxious), in addition to "true" MCI subjects. This assertion is supported by the observation that while mean scores on cognitive test measures declined over time in patients who converted to AD, they remained stable, or improved slightly, in patients who did not convert (data not shown).

All the above factors may have increased the possibility of some imbalance existing between the treatment groups at baseline. This suggestion is supported by the observation that a difference between treatment groups in conversion to AD was apparent from 4 months, the earliest time point assessed. There was, however, no clear evidence of a major imbalance for measured variables. In general, baseline scores for outcome variables were similar between the two treatment groups, so the groups appear to have been adequately matched for severity of impairment. Overall, patient baseline characteristics were also generally similar, except that there were slightly larger proportions of female subjects, subjects ≥75 years old, and subjects previously using



ginkgo in the rofecoxib group. These characteristics were shown to be strongly associated with increased risk for conversion to AD. The effect of ginkgo was in the opposite direction to the protective effect sometimes reported in the literature[29], suggesting that use of ginkgo may have been a marker for increased impairment (subjects who were more impaired may have been more likely to seek treatment with ginkgo). In this regard it is interesting to note that the smallest treatment effect was observed in the model which adjusted for covariates that were risk factors, and the difference was not significant.

Another factor which could have influenced the results is differential use between groups for agents which are thought to be protective for AD. The most likely candidate would be NSAID use. The motivation for performing the study was based on epidemiological evidence suggesting a protective effect of non-selective NSAIDs.[2] We hypothesized that this might be related to the ability of non-selective NSAIDs to inhibit cyclooxygenase-2. However, the protective effect could instead be related to some other property of non-selective NSAIDS such as their ability to inhibit cyclooxygenase-1, or β-amyloid-lowering properties for some agents (e.g., ibuprofen, but not naproxen).[30] There was greater recorded use of concomitant NSAIDs in the placebo group and greater duration of use. It is also possible that there was differential under-reporting of regular NSAID use since chronic NSAID use was prohibited during the study and these agents are available without prescription. Greater NSAID use would certainly be expected in the placebo group, since rofecoxib is an effective analgesic and many elderly subjects would be expected to require regular analgesics. Indeed, 22.6% of subjects in the rofecoxib group and 24.3% of subjects in the placebo group reported a baseline diagnosis of osteoarthritis.



On the other hand, recent epidemiological studies suggest that 2 or more years of treatment with NSAIDs is necessary to show a protective effect,[2] so this would not explain the apparent early separation between the treatment groups. Other agents which could conceivably have influenced the progression to AD include cholinesterase inhibitors, estrogen, and HMG CoA reductase inhibitors.[31] However, reported use of these agents was low and, since they are only available with a prescription, under-reporting would be anticipated to be less common than for NSAIDs. Concomitant use of ginkgo and vitamin E was similar in the two treatment groups.

Based on the above considerations, it seems unlikely that the unexpected findings in the primary analysis represent a true effect of rofecoxib. The finding may have been due to the multiple identified small between-group differences in risk factors acting synergistically to produce the observed effect, or due to some other imbalance between the treatment groups which we were unable to identify. It should also be noted that there is no convincing biological explanation as to why inhibition of cyclooxygenase-2 would lead to an increased risk for AD, especially given the early onset of treatment differences. There was no suggestion that the finding might reflect hypothesized vascular effects of cyclooxygenase-2 inhibitors.[32] CT or MRI scans were performed on all subjects who converted to AD, to help exclude the possibility of vascular dementia, and these were taken into account when each endpoint was reviewed by the blinded independent adjudication committee. There were a total of 6 subjects with confirmed adjudicated ischemic strokes and 1 subject with hemorrhagic stroke in the rofecoxib group compared to 13 subjects with confirmed ischemic strokes and 2 subjects with hemorrhagic strokes



in the placebo group. No striking differences were noted between the treatment groups with regard to other, non-serious, vascular adverse events such as increased blood pressure or hypertension. Therefore it seems unlikely that any vascular changes could have accounted for the observed differences in AD conversion rates.

Our study provided placebo-controlled data on the safety of rofecoxib over periods of up to 4 years in an elderly population. The mean age of subjects was 75 years and approximately 50% were at least 75 years old. Previous safety data on rofecoxib comes largely from osteoarthritis studies looking at a relatively younger population with a mean age around 60 years.[33, 34] Rofecoxib was generally well tolerated by the elderly subjects in our study, consistent with results from prior clinical studies in osteoarthritis[33, 34] and AD.[7] The overall incidence of adverse experiences, serious adverse experiences, and discontinuations due to adverse experiences were similar or only slightly increased for rofecoxib versus placebo. Not surprisingly, there was an increase in the number of adverse experiences thought to be drug-related by the investigators for rofecoxib versus placebo, but relatively few subjects discontinued treatment due to these adverse experiences. Elderly patients are at increased risk for serious vascular events. As noted above, there was no suggestion that rofecoxib increased the risk. The number of confirmed adjusdicated serious thrombotic vascular events was low and similar in each treatment group. A total of 39 deaths (24 in the rofecoxib group and 15 in the placebo group) occurred while subjects were taking study treatment or within 14 days of the last dose; the causes of death were consistent with expectations for an elderly population, and there was no pattern suggestive of a differential treatment effect.

MRK-AFV0431090



In summary, the failure of rofecoxib to delay the onset of AD in the present study, or slow the progression of AD in previous studies, suggests that cyclooxygenase-2 does not play a significant role in the pathogenesis of the disorder. Non-selective NSAIDs may still be found to have beneficial effects in treating or preventing AD, due to factors other than cyclooxygenase-2 inhibition, although to date the only long-term results from an adequately designed study with a non-selective NSAID (naproxen)[8] are not encouraging.

MRK-AFV0431091



**Appendix: Details of Tests Used**

MMSE:[14] This is a brief test of overall cognitive function (range of scores = 0 to 30, lower score indicates impairment). Subjects who scored <24 were excluded because of the possibility that they might have been demented.

AVLT:[35] This is a 15-item, 5-trial, word recall test (range of scores = 0 to 75, lower score indicates impairment). The interference trial and delayed recall trial which usually follow the initial 5-trial learning phase were not administered. Subjects had to score ≤37 words recalled correctly over 5 trials as objective evidence of memory impairment. This corresponds to a score ≤1 standard deviation below the mean for normal elderly subjects aged 65-69.[36] For the first 6 months of study enrollment, age-adjusted cut scores 1.5 SDs below the means for separate age bands were used, but the criteria were modified after 6 months due to difficulties in enrollment and concerns that the original criteria may have been too strict.

CDR:[15] This is a general dementia rating scale, based on a semi-structured interview with subjects and informants. Subjects are rated as to dementia severity (0= none, 0.5 = questionable dementia, 1 = mild dementia, 2 = moderate dementia, 3 = severe dementia) on 6 domains or "boxes" (memory, orientation, judgment and problem solving, community affairs, home and hobbies, personal care). The global CDR score (range = 0 to 3) was determined according to a computerized version of the published scoring algorithm (http://www.biostat.wustl.edu/~adrc/cdrpgm/index.html). Subjects had to have



a global CDR score of 0.5 corresponding to "Questionable dementia" with a score of at least 0.5 on the memory domain. The sum of scores on the individual boxes was also calculated (range = 0-18, higher score indicates impairment).

ADAS-Cog:[21] This consists of 11 performance based subtests of cognition, including measures of memory and praxis. The error scores on each subtest are added to give the total score (range = 0-70, higher score indicates impairment).

SRT:[20] This is a 12-item, 6-trial, word list recall test with selective reminding of words not correctly recalled on the immediately preceding trial. Following the 6th trial there was a 5 minute delay, after which the subject were again asked to recall the list of 12 words. Two scores were derived – the sum of the number of words recalled over each of the 6 selective reminding trials (SRT-summed recall: range of scores = 0 -72, lower score indicates impairment) and the number of words recalled after the 5 minute delay (SRT-delayed recall; range of scores = 0-12, lower score indicates impairment).

BDRS:[16] The version from the CERAD battery was used. This is an informant-based rating of a subject's ability to perform activities of daily living such as household tasks (Part 1), and self-care (Part 2) (range of scores = 0 to 17). Subjects who scored >3.5 with any Part 1 item score >0.5 (indicating severe impairment) were excluded because of the possibility that they may have been demented.



Restricted
R
Confidential
limited access

**Table 1. Baseline patient characteristics**

| Characteristic | Placebo (N=732)[1] | Rofecoxib 25 mg (N=725)[1] |
|---|---|---|
| % women | 31.1% | 34.3% |
| % family history of AD | 29.5% | 31.2% |
| % apolipoprotein ε4 | 35.8% | 34.6% |
| Years of education | | |
| 11 or less | 9.8% | 11.1% |
| 12-17 | 77.7% | 74.7% |
| 18 or more | 12.4% | 13.3% |
| Mean (SD) years of age | 74.8 (6.0) | 75.1 (6.0) |
| Mean (SD) AVLT score[1] | 28.6 (5.8) | 28.6 (5.7) |
| Mean (SD) MMSE score[2] | 27.3 (1.7) | 27.4 (1.7) |
| Mean (SD) CDR-sum of boxes score[3] | 1.4 (0.8) | 1.4 (0.8) |
| Mean (SD) ADAS-Cog score[4] | 9.4 (3.8) | 9.2 (4.0) |
| Mean (SD) SRT-summed recall score[5] | 33.7 (9.1) | 33.4 (9.0) |
| Mean (SD) SRT-delayed recall score[6] | 4.5 (2.4) | 4.4 (2.5) |
| Mean (SD) BDRS score[7] | 1.1 (0.8) | 1.1 (0.8) |

[1] Sample sizes varied for some measures due to missing data. For apolipoprotein genotyping, sample sizes were 669 for placebo and 652 for rofecoxib.
[1] Auditory Verbal Learning Test. Range = 0-75; lower score indicates impairment.
[2] Mini Mental State Exam. Range = 0-30; lower score indicates impairment.
[3] Clinical Dementia Rating. Range = 0-18; higher score indicates impairment.
[4] Cognitive subscale of the AD Assessment Scale. Range = 0-70; higher score indicates impairment.
[5] Selective Reminding Test (immediate recall component). Range = 0-72; lower score indicates impairment.
[6] Selective Reminding Test (delayed recall component). Range = 0-12; lower score indicates impairment.
[7] Blessed Dementia Rating Scale. Range = 0-17; higher score indicates impairment.



Restricted
R
Confidential
limited access

**Table 2. Secondary endpoints: least squares mean (SD) change from baseline scores with difference and 95% confidence interval**

| Measure | 1-Year Placebo† (N‡=659) | 1-Year Rofecoxib† (N‡=624) | 1-Year Difference†§ (95% CI) | 2-Year Placebo† (N‡=509) | 2-Year Rofecoxib† (N‡=460) | 2-Year Difference†§ (95% CI) | 3-Year Placebo† (N‡=344) | 3-Year Rofecoxib† (N‡=302) | 3-Year Difference†§ (95% CI) | 4-Year Placebo† (N‡=195) | 4-Year Rofecoxib† (N‡=176) | 4-Year Difference†§ (95% CI) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SRT-summed | 35.7 (0.3) | 35.6 (0.4) | -0.2 (-1.1,0.7) | 36.5 (0.4) | 35.7 (0.4) | -0.8 (-1.9,0.3) | 36.1 (0.5) | 35.7 (0.5) | -0.3 (-1.7,1.1) | 36.0 (0.7) | 35.6 (0.7) | -0.4 (-2.3,1.5) |
| SRT-delayed | 4.8 (0.1) | 4.7 (0.1) | -0.0 (-0.3,0.2) | 4.9 (0.1) | 4.8 (0.1) | -0.1 (-0.5,0.2) | 4.9 (0.1) | 4.7 (0.1) | -0.2 (-0.6,0.1) | 4.5 (0.2) | 4.5 (0.2) | 0.1 (-0.5,0.6) |
| ADAS-Cog | 8.9 (0.1) | 9.3 (0.1) | 0.3 (-0.0,0.7) | 9.4 (0.2) | 9.7 (0.2) | 0.3 (-0.3,0.8) | 9.8 (0.3) | 10.1 (0.3) | 0.3 (-0.4,1.0) | 10.3 (0.3) | 10.7 (0.3) | 0.3 (-0.4,1.1) |
| MMSE | 27.3 (0.1) | 27.2 (0.1) | -0.1 (-0.3,0.1) | 27.2 (0.1) | 27.3 (0.1) | 0.1 (-0.2,0.4) | 27.1 (0.1) | 27.1 (0.1) | -0.1 (-0.4,0.3) | 26.7 (0.2) | 26.5 (0.2) | -0.2 (-0.7,0.3) |
| CDR-sum of boxes | 1.5 (0.0) | 1.6 (0.0) | 0.1 (-0.0,0.2) | 1.8 (0.1) | 2.0 (0.1) | 0.2 (-0.0,0.4) | 2.1 (0.1) | 2.2 (0.1) | 0.2 (-0.0,0.4) | 2.2 (0.1) | 2.4 (0.1) | 0.2 (-0.0,0.5) |
| BDRS | - | - | - | 1.4 (0.1) | 1.4 (0.1) | 0.0 (-0.1,0.2) | 1.4 (0.1) | 1.5 (0.1) | 0.1 (-0.1,0.3) | 1.4 (0.1) | 1.6 (0.1) | 0.1 (-0.1,0.4) |

† Results based on repeated measures model.

§ Difference is rofecoxib-placebo.

‡ N = sample size (number of patients with any secondary efficacy measure by time point)

See Table 1 for key to test abbreviations and interpretation of direction of scores.



**Table 3. Summary of clinical adverse experiences**

| Number (%) of subjects with: | Placebo (N=728) | Rofecoxib 25 mg (N=723) |
|---|---|---|
| ≥1 adverse experience | 670 (92.0%) | 651 (90.0%) |
| ≥1 drug-related adverse experience [1] | 173 (23.8%) | 211 (29.2%)* |
| Serious adverse experience [2] | 235 (32.3%) | 217 (30.0%) |
| Discontinued treatment due to adverse experience | 147 (20.2%) | 156 (21.6%) |
| *Most common drug-related adverse* experiences:[3] | | |
| Diarrhea | 16 (2.2%) | 11 (1.5%) |
| Dyspepsia | 17 (2.3%) | 24 (3.3%) |
| Nausea | 15 (2.1%) | 14 (1.9%) |
| Dizziness | 14 (1.9%) | 18 (2.5%) |
| Peripheral edema | 11 (1.5%) | 23 (3.2%) |
| Increased blood pressure | 14 (1.9%) | 16 (2.2%) |
| Hypertension | 25 (3.4%) | 29 (4.0%) |

[1] Experiences that were rated as possibly, probably or definitely drug-related by the investigator.

[2] Standard regulatory definition – death, cancer, any adverse event that was life threatening, resulted in persistent or significant disability, resulted in or prolonged an existing hospitalization, any other important medical event.

[3] Incidence >2.0% in either treatment group

* Significantly different from placebo, $p<0.05$.



## Figure Legends

Figure 1. Study profile. Subjects were pre-screened for eligibility before being formally screened in the clinic. Data on the precise number of subjects pre-screened was not collected, but was >17,000 subjects. The total who completed the study includes subjects who completed 48 months of study participation (N=115 for rofecoxib, N=146 for placebo), subjects who were diagnosed with dementia of any cause (N=112 for rofecoxib, N=83 for placebo), subjects who completed less than 48 months of study participation but were still in the study at the time it was terminated (N=122 for rofecoxib, N=123 placebo), and subjects who were discontinued because the study site closed (N=52 for rofecoxib, N=49 for placebo).

Figure 2. Kaplan-Meir estimates and 95% confidence intervals for progression-free survival of AD. N = number at risk (number who had not been censored nor had an event up to, but not including, that time point). Confidence intervals are for each time point and do not represent the overall statistical test of treatment effects



Restricted
R Confidential
limited access

**Figure 1. Study profile**

2849 subjects screened in clinic
1392 not randomized
Did not meet inclusion criteria - multiple individual reasons
1457 randomized
732 placebo
725 rofecoxib 25 mg
331 discontinued study:
199 withdrew consent
65 adverse event
23 lost
4 uncooperative
17 moved
23 other
325 discontinued study:
173 withdrew consent
81 adverse event
28 lost
15 uncooperative
13 moved
15 other
Study termination
401 completed study
301 completed study on drug
400 completed study
287 completed study on drug

34

MRK-AFV0431098



**Figure 2. Kaplan-Meir estimates and 95% confidence intervals for progression-free survival of AD**

Number of Patients

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ------ Placebo | 732 | 707 | 666 | 625 | 581 | 528 | 458 | 390 | 359 | 310 | 240 | 177 | 86 |
| —— Rofecoxib 25 mg | 725 | 682 | 642 | 582 | 535 | 486 | 415 | 344 | 311 | 258 | 214 | 159 | 68 |



**References**

[1] Refs for neuropathol and data on inflammantion

[2] Refs for epidemiol data on inflammantion

[3] Refs for COX-2 in AD

[4] Rogers J, Kirby LC, Hempelman SR, et al. Clinical trial of indomethacin in Alzheimer's disease. Neurology 1993;1609-1611.

[5] Scharf, Mander E, Ugoni A, Vajda F, Christophidis N. A double-blind, placebo-controlled trial of diclofenac/misoprostol in Alzheimer's disease. Neurology 1999;53:197-201.

[6] Ref for GI side effects of COX

[7] 091 paper

[8] Aisen Paper

[9] Celexoxib study

[10] In 'T Veld BA, Ruitenberg A, Hofman A, et al. Nonsteroidal antiinflammatory drugs and the risk of Alzheimer's disease. N Engl J Med 2001;345:1515-1521.

[11] MCI ref

[12] MCI conversion v AD conversion ref

[13] Tel screening ref

[14] Folstein MF, Folstein SE, McHugh PR. "Mini-Mental State": a practical method for grading the cognitive state of patients for the clinician. Journal of Psychiatric Research 1975;12:189-198.

[15] Morris JC. The clinical dementia rating (CDR):current version and scoring rules. Neurology 1993;43:2412-2414.



[16] Morris JC, Mohs RC, Rogers H, Fillenbaum G, Heyman A. Consortium to establish a registry for Alzheimer's disease (CERAD). Clinical and neuropsychological assessment of Alzheimer's disease. Psychopharmacology Bulletin 1988;24:641-652.

[17] AVLT ref

[18] MHIS ref

[19] HAMD ref

[20] SRT ref

[21] ADAS ref

[22] NINCDs

[23] Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-1528.

[24] Ref for MCI 10-15%

[25] Ref for MCI diagnostic criteria being ambiguous

[26] Petersen et al ref

[27] Jack ref

[28] Morris ref

[29] Ref for protective effective of ginkgo

[30] Beta amyloid lowering properties of NSAIDs

[31] Refs for estrogen, statins etc

[32] Ref for vascular effects of COX-2

[33] Langman MJ, Jensen DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999;282:1929-1933.



---

[34] Reicin AS, Shapiro D, Sperling R, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002;89:204-209.

[35] Schmidt M. Rey auditory verbal learning test. A handbook. Western Psychological Services, Los Angeles, 1996.

[36] Ivnik RJ, Malec JF, Tangalos EG, Petersen RC, Kokmen E, Kurland LT. The auditory-verbal learning test (AVLT): norms for ages 55 years and older. Psychological Assessment: A Journal of Consulting and Clinical Psychology 1990;2:304-312.

MRK-AFV0431102


Restricted
R
Confidential
limited access

**CONFIDENTIAL DRAFT – ONLY TO BE DISTRIBUTED TO UNBLINDED REVIEWERS**

# A randomized, double-blind, placebo-controlled study of rofecoxib in subjects with mild cognitive impairment

W.H. Visser[1], E. Yuen[1], C. Assaid[1], M.L. Nessly[1], B.A. Norman[1], C.C. Baranak[1], C.R. Lines[1], S.A. Reines[1], External authors* on behalf of the Rofecoxib Protocol 078 study group

[1] Merck Research Laboratories, 10 Sentry Parkway, Blue Bell, PA 19422, USA.

* External authors under [illegible] nt), Stephen Ferris (head of [illegible] wamy (investigator who exp [illegible]

H

Cor [illegible] ories, 10 Sentry Park [illegible]

**Fund** [illegible] The funding was in excess [illegible]

**Confli** [illegible], B.A. Norman, C.C. Baranal [illegible] arch Laboratories.

MRK-AFV0431103



**Acknowledgments**

Participating investigators in the rofecoxib Protocol 078 study group were: Barry Baumel, Baumel-Eisner Neuromedical Institute, Miami, FL; Karen Bell, Columbia University, New York, NY; B. Ian Blatt, Southeastern Pennsylvania Medical Institute, Havertown, PA; Martin Conway, Lovelace Scientific Resources, Inc, Albuquerque, NM; Howard S. Cummins, The Institute for Advanced Clinical Research, Elkins Park, PA; Mary J. Derbenwick, Atlantic Institute of Clinical Research, Daytona Beach, FL; P. Murali Doraiswamy, Duke University Medical Center, Durham, NC; Keith Edwards, Bennington, VT; Larry Eisner, Baumel-Eisner Neuromedical Institute, Jay Ellis, Neuroscience Research, Pittsfield, MA; Donald England, Radiant Research, Eugene, OR; Jerome Goldstein, San Francisco Headache Clinic, San Francisco, CA; Richard Holub, Neurological Associates of Albany, Albany, NY; Lawrence R. Jenkyn, Dartmouth-Hitchcock Medical Center, Lebanon, NH; Louis Kirby, Pivotal Research Centers, Peoria, AZ; Elliott Mancall, Headache Center, Philadelphia, PA; David Margolin, Margolin Brain Institute, Fresno, CA; James MCCarthy, Comprehensive NeuroScience, Inc., South Yarmouth, MA; Margarita Nunez, Comprehensive NeuroScience, Inc., St. Petersburg, FL; Kerri Wilks, Innovative Medical Research, Towson, MD; Eric Pfeiffer, USF Suncoast Gerontology Center, Tampa, FL; Norman Relkin, New York Presbyterian Hospital, New York, NY; Ward Tolbert Smith, Summit Research, Portland, OR; John A. Stoukides, Comprehensive NeuroScience. Inc, East Providence, RI; Stephen Thein, Jr., Pacific Research Network, San Diego, CA; Jerry R. Tindel, Radiant Research, Austin, TX; Parvaneh Zolnouni, California Clinical Trials, Beverly Hills, CA; Piero Antuono, Froedtert Lutheran Memorial Hospital, Milwaukee, WI; Eugene DuBoff, Summit



Research Network, Inc, Denver, CO; James Ferguson, Pharmacological Research Corp, Salt Lake City, UT; James Hartford, Summit Research Network, Cincinnati, OH; Jon Heiser, Pharmacology Research Institute, Northridge, CA; F. Cleveland Kinney, University of Alabama at Birmingham, Birmingham, AL; Daniel Hier, University of Illinois at Chicago, Chicago, IL; Peter D. Londborg, Seattle, WA; William McEntee, Comprehensive NeuroScience, Inc, Sarasota, FL; Jorg Pahl, Pahl Brain Associates PC, Oklahoma City, OK; Anton Porsteinsson, University of Rochester, Rochester, NY; Joel S. Ross, Long Branch, NJ; Joseph Tate, DeKalb-Gwinnett, OB/GYN,PC, Norcross, GA; Harvey Tilker, Four Rivers Clinical Research Center, Paducah, KY; Jack Tomlinson, Alzheimer's Diagnostic Clinic, Wichita Falls, TX; Richard Weisler, Raleigh, NC.

***Barb/Chris B to check list is complete***

MRK-AFV0431105



**Abstract**

*Background:* Inflammatory mechanisms have been implicated in the pathogenesis of Alzheimer's disease (AD) and may be mediated via the cyclooxygenase-2 enzyme. Previous studies with rofecoxib and celecoxib, anti-inflammatory drugs which selectively inhibit cyclooxygenase-2, have shown that they do not alter the progression of AD. We investigated whether rofecoxib could delay the onset of AD in subjects with mild cognitive impairment, a group thought to be at increased risk for AD with an expected annual conversion rate of 10-15%.

**Deleted:** In this study, we

**Deleted:** .

*Methods:* We conducted a double-blind, multicenter study in which 1457 subjects with mild cognitive impairment aged 65 years or older, who scored ≥24 on the Mini Mental State Exam, were randomly assigned to rofecoxib 25 mg (N=725) or placebo (N=732) daily for up to 4 years. The key efficacy measure was the percentage of subjects who developed AD. Secondary assessments included the cognitive subscale of the AD Assessment Scale, Selective Reminding Test, Clinical Dementia Rating, and Blessed Dementia Rating Scale. We also performed a post hoc analysis to compare test scores in an overlapping subgroup of subjects who had Mini Mental State Exam scores of 24-26 in the present study (N = 189 for rofecoxib, N = 216 for placebo) and in a previous AD study with a similar design (N = 91 for rofecoxib, N = 114 for placebo).

**Deleted:** (a group thought to be at increased risk for AD)

**Deleted:** Mini Mental State Exam,

**Deleted:** s

*Results:* The study was terminated after 189 cases of AD were observed. At this time, approximately 45% of subjects had discontinued the study and 40% remained in the study on-drug. The estimated annual conversion rate to AD was lower than the anticipated 10-15%: 6.4% in the rofecoxib group versus 4.5% in the placebo group (rofecoxib:placebo hazard ratio = 1.46, [95% CI: 1.09, 1.94], p = 0.011). In a pre-

**Deleted:** The difference was no longer significant in



defined analysis which excluded protocol violators, the statistical significance of the hazard ratio for the treatment difference was reduced (hazard ratio = 1.43, [95% CI: 0.99, 2.11], p = 0.055). Analysis of secondary cognitive test measures (e.g., the cognitive subscale of the AD Assessment Scale) did not suggest differences between the treatment groups. In the analysis comparing an overlapping subgroup of subjects who had Mini Mental State Exam scores of 24-26 in the present study and in the previous AD study, there was no evidence that rofecoxib differed from placebo with regard to scores on the cognitive subscale of the AD Assessment Scale or other endpoints in either study. *Conclusion:* The failure of rofecoxib to delay the onset of AD in the present study, or slow the progression of AD in previous studies, suggests that cyclooxygenase-2 does not play a significant role in the pathogenesis of the disorder.

**Deleted:** The findings were not consistent with the a

**Deleted:** which

**Deleted:** s

**Deleted:** apparent



## Introduction

Neuropathological and epidemiological data suggest that inflammatory mediators and immune mechanisms may play a role in the pathogenesis of Alzheimer's disease (AD).[1, 2] It has been proposed that these effects may be mediated via the cyclooxygenase-2 enzyme.[3] These observations have led researchers to investigate whether nonsteroidal anti-inflammatory drugs (NSAIDs) might slow the progression of dementia. Initially, two small studies with the NSAIDs indomethacin[4] and diclofenac[5] provided weak evidence for efficacy over 6 months in subjects with AD. However, interpretation of the results from both studies was confounded by high drop-out rates, mainly due to gastrointestinal side effects thought to be mediated via inhibition of cyclooxygenase-1 (non-selective NSAIDs inhibit both cyclooxygenase-1 and cyclooxygenase-2).[6] More recently, three large randomized, controlled, 12-month clinical studies with the selective cyclooxygenase-2 inhibitors rofecoxib or celecoxib failed to show any effects of treatment on the progression of AD.[7, 8, 9] One of these studies included the non-selective NSAID naproxen, which also failed to show any effects.[8]

One possible explanation for these disappointing results is that the disease process may be too advanced to modify in patients with an established diagnosis of AD. Epidemiological evidence indicates that there may be a critical period, 2 or more years before the onset of dementia, during which exposure to NSAIDs protects against AD.[10] Selective cyclooxygenase-2 inhibitors offer the potential for treatments that may have beneficial protective effects in AD while being well-tolerated in long-term use. We