

therefore conducted a study to determine whether treatment with rofecoxib could delay

the onset of AD. Rather than looking at a general elderly population, we sought to recruit

an "at-risk" group of elderly subjects with mild cognitive impairment (MCI).[11] These

subjects have been reported to convert to AD at an annual rate of 10-15% versus a rate of

1-2% for the general elderly population.[11] The study also provided the opportunity to

gather important, placebo-controlled, long-term safety data on rofecoxib in an elderly

population.

**Deleted:** random sample of the

**Deleted:** in general

7

MRK-AFV0431109



**Methods**

*Subjects*

Subjects aged 65 years or older who had completed at least 8 grades of education, and
who had a reliable informant who could accompany them to each clinic visit, were
recruited at 46 study sites in the United States from April 1998 to March 2000.
Potentially eligible subjects were initially identified by investigators (by any means
available) or via a centralized telephone pre-screening process.[12] Subjects were screened
at the study sites to determine if they met all the following criteria for MCI: subject
reports memory problem, or informant reports that subject has memory problem;
informant reports that subject's memory has declined in the past year;  Mini Mental State
Exam (MMSE)[13] score ≥24; Clinical Dementia Rating (CDR)[14] global score = 0.5 with
memory domain score ≥0.5; Blessed Dementia Rating Scale (BDRS)[15] total score ≤3.5,
with no part 1 item score >0.5; Auditory Verbal Learning Test (AVLT)[16] total score ≤37.
Details of these tests of cognition and function are given in the Appendix.

The CDR assessment was completed on the basis of interviews with the subject and
informant by a rater who was blinded to the results of psychometric tests (AVLT and
MMSE). Subjects were excluded if they had dementia, inadequate motor or sensory
capacities to comply with testing, a modified Hachinski Ischemia Scale[17] score >4 (to
exclude subjects whose cognitive impairment may have been related to a vascular
condition), a Hamilton Depression Scale (17-item version)[18] score >13 (to exclude
subjects whose cognitive impairment may have been related to depression), a history of

8



angina or congestive heart failure with symptoms that occurred at rest, uncontrolled

hypertension, a history of myocardial infarction, coronary artery bypass, angioplasty, or

stent placement within the past year, a history of stroke, multiple lacunar infarcts, or

transient ischemic events within the past 2 years, a history of gastrointestinal bleeding

within the past 3 months, or were anticipated to need chronic NSAID or estrogen

replacement therapy during the study.  Subjects taking NSAIDs on a chronic basis ($\geq 7$

days/month for the 2 months prior to study entry), estrogen replacement therapy

(excluding topical ointments) within 2 months of study entry, or cholinesterase inhibitors

within 1 month of study entry, were also excluded. No more than 20% of subjects at each

study site could be taking vitamin E >400 IU at the time of study entry. Concomitant use

of the above medications during the study was discouraged, but subjects who did take

them were not discontinued for this reason. Subjects who developed a need for cardio-

protective doses of aspirin after randomization were permitted to use aspirin $\leq 100$

mg/day. Each site received the approval of its local institutional review board to perform

the study and informed consent was obtained from each subject.

### Design

This was a randomized, double-blind, placebo-controlled study with parallel groups.

After screening, eligible subjects were randomly assigned to receive rofecoxib 25 mg

once daily or placebo once daily for up to 4 years. Rofecoxib 25 mg is the maximum

recommended chronic dose. Randomization of subjects at each study site was determined

by a computer-generated allocation schedule and was stratified according to MMSE score

(24-26, >26). The allocation schedule was generated by a statistician at Merck Research

9



Laboratories according to in-house blinding conditions. The rofecoxib and placebo tablets were visually identical. The study was event-rate driven and the intention was to continue until 220 cases of AD were observed, which it was anticipated would take approximately 2 years. The study was extended to 4 years due to lower than expected conversion rates. At the time of study termination, 189 cases of AD had occurred.

### Procedure

After randomization, subjects were scheduled to attend the clinic at months 1 and 4, and then every 4 months until the study was completed or the subject was diagnosed with dementia. The study was conducted using an intent-to-treat approach; i.e., subjects who discontinued treatment, but who had not developed dementia, were asked to return to the clinic for all remaining visits and assessments. The following assessments were administered at baseline and every 4 months, or at discontinuation from the study: CDR, MMSE, Selective Reminding Test (SRT[19]; see Appendix for details). The cognitive subscale of the AD Assessment Scale (ADAS-Cog[20]; see Appendix for details) was administered at baseline and then every 12 months, or at discontinuation from the study. The BDRS was administered at baseline and at 24, 36, and 48 months, or at discontinuation from the study. Any subject who developed a global CDR score $\geq 1$ at a routine clinic visit received a CT or MRI scan of the brain and any psychometric tests that were not already scheduled for that visit. The subject was continued on treatment and returned for an endpoint confirmation visit 2 months later, at which time all the psychometric evaluations were repeated. If the global CDR score was still $\geq 1$ at this visit the subject was considered to have reached the endpoint of dementia and was

10



discontinued from the study. In rare cases, a subject was determined by an investigator to
have developed dementia despite maintaining a global CDR score of 0.5 at the trigger
and confirmation visits, and these subjects were also counted as endpoints. The
investigator determined the type of dementia (possible or probable AD according to
NINCDS-ADRDA criteria[21] or other). For subjects who reached endpoint, all relevant
data was sent to an independent blinded adjudication committee who indicated whether
or not they concurred with the investigator's diagnosis.

Any adverse experiences occurring during the study were recorded and rated by the
investigator while still blinded as to seriousness (regulatory definition – death, life
threatening, resulting in persistent or significant disability, resulting in hospitalization,
prolonging an existing hospitalization, any other important medical event), drug-
relatedness (possibly, probably or definitely drug-related, probably not or definitely not
drug-related), and intensity (mild, moderate, or severe). Any serious vascular events
(including cardiac, peripheral vascular and cerebrovascular events) were reviewed by
independent blinded adjudication committees, who determined if they were confirmed
events according to pre-specified case definitions (confirmed adjudicated events).[22]

*Statistical analysis*

The primary efficacy analysis compared the cumulative incidence of possible or probable

AD according to NINCDS-ADRDA criteria[21] (patients with dementia of other cause were

excluded). Only cases confirmed by the endpoint adjudication committee were included

in the analysis. The analysis was based on a Cox proportional hazards model of time-to-

> Deleted: 21
> Deleted: 22

11

MRK-AFV0431113



event data (based on the initial diagnosis of AD) using an intention-to-treat approach,

which included all randomized subjects regardless of whether or not they were taking

study medication. The model included terms for treatment, region within the United

States (North East, South East, South, Midwest, West), and baseline MMSE strata

(baseline MMSE score ≤26 versus >26). Region was intended to be a surrogate for

investigating the influence of study site, since there were too few events at individual

study sites to include that as a factor.  A pre-specified supportive analysis was performed

| Deleted: key |

on the per-protocol population, which either excluded subjects who were protocol

violators at baseline, or censored subjects at the time of violation if the violation occurred

after baseline (e.g., if a subject started using a prohibited medication during the study).

The criteria for protocol violation and censoring were defined prior to study unblinding.

The main criteria included subjects who took prohibited prior or concomitant

medications, and subjects who exceeded test score thresholds for inclusion. This analysis

was still conducted using an intention-to-treat approach (i.e., included subjects who were

not taking study medication). Since the above analyses included patients whether or not

they were taking study medication, we also performed a post hoc analysis excluding

subjects who were less than 80% compliant with taking treatment, as well as those who

were protocol violators.

The calculation for the power statement assumed that the incidence of possible or

probable AD over 2 years in the placebo group would be 30% and that the dropout rate

would be 20%. Based on these considerations and a planned sample size of 520 evaluable

12



subjects per group, the study had 90% power to detect a one third reduction in the incidence of AD in the rofecoxib group versus the placebo group with $\alpha=0.05$.

Analyses of secondary endpoints (SRT-summed recall score, SRT-delayed recall score, MMSE score, ADAS-Cog score, CDR-sum of boxes score, BDRS score) were based on available data for evaluable subjects (i.e., subjects who had a baseline score and at least one post-randomization score). The rates of change from baseline to a given time point using an intention-to-treat approach (i.e., including all data regardless of whether a patient discontinued from therapy or not) were performed using longitudinal repeated measures models for the comparison, under the assumption that missing data were missing at random (i.e., ignorable missingness). Additional sensitivity analyses were also performed using a last-observation-carried forward approach, as well as with other models with different assumptions about the missing data structure.

> **Deleted:** (mixed)

The present study had a broadly similar design and utilized similar assessments to our previous AD study.[7] Since there were "overlapping" subgroups of subjects who had MMSE scores of 24-26 in both studies, we also conducted a post hoc analysis to compare change from baseline scores on measures of cognition (ADAS-Cog) and functional ability (CDR-sum of boxes) in the overlapping subgroups in the two studies. The analysis used a last-observation-carried-forward approach.

> **Formatted:** Complex Script Font: 12 pt, Superscript

The assessment of tolerability included adverse experiences with onset up to 14 days after subjects stopped taking test medication, and was based on the population of subjects

13

MRK-AFV0431115



who took at least 1 dose of study medication. Pre-specified groupings of adverse

experiences (e.g., the number of subjects with one or more adverse experience) were

analyzed using Fisher's Exact test.

14



**Results**

The study profile is shown in Figure 1. A total of 1457 subjects were randomized. The study was terminated after 189 cases of AD had occurred. The median duration of study participation was 115 weeks in the rofecoxib group and 130 weeks in the placebo group. The median duration subjects took study medication was 94 weeks in the rofecoxib group and 105 weeks in the placebo group. Estimates of treatment compliance based on counts of the number of tablets in medication bottles at each clinic visit and calculated as ([number of days on therapy ÷ number of days should be on therapy] x 100) indicated good compliance; 91.0% of the 725 subjects randomized to rofecoxib and 93.3% of the 732 subjects randomized to placebo had ≥80% compliance during the time they were in the study. Approximately 45% of subjects discontinued the study prematurely, while 40% completed the study on-drug, and 15% completed the study off-drug. Reasons for discontinuation were generally similar across the treatment groups, although there were some small differences; for example a greater proportion of patients in the placebo group discontinued due to withdrawal of consent (Figure 1). The time course of discontinuations was similar between the treatment groups over the duration of the study (data not shown).

Table 1 shows the baseline demographic characteristics and baseline test scores for randomized subjects. There were slightly larger proportions of females and subjects with a family history of AD in the rofecoxib group, and the mean age of subjects in the rofecoxib group was also higher. The percentage of patients aged 75 years or older was

15

MRK-AFV0431117

Restricted
Confidential
limited access

53.1% in the rofecoxib group and 50.7% in the placebo group. The groups were well matched with regard to baseline test scores. The distribution of secondary diagnoses at baseline was generally similar between the groups. The most common pre-existing medical conditions were hypertension (37.7% in the rofecoxib group and 34.3% in the placebo group) and osteoarthritis (22.2% in the rofecoxib group and 24.3% in the placebo group). The percentages of subjects with prior medication use (for any length of time in the 2 months prior to study entry for NSAIDs and estrogen, and 1 month prior to study entry for other drugs) for drugs claimed to have an influence on dementia were lower in the rofecoxib group than the placebo group for non-aspirin NSAIDs (8.4% versus 10.2%), higher for ginkgo (12.6% versus 11.2%) and HMG CoA reductase inhibitors (14.9% versus 13.0%), and similar for estrogen (0.4% versus 1.4%) and vitamin E >400 IU daily (5.8% versus 5.6%). The percentages of subjects with concomitant medication use (for any length of time during the study) for drugs claimed to have an influence on dementia were lower in the rofecoxib group than the placebo group for non-aspirin NSAIDs (30.9% versus 34.7%) and estrogen (2.6% versus 4.8%), higher for cholinesterase inhibitors (11.2% versus 8.6%), and similar for HMG CoA reductase inhibitors (24.8% versus 24.9%), ginkgo (13.7% versus 12.8%), and vitamin E >400 IU daily (7.6% versus 8.3%). The median duration of non-aspirin NSAID use was also lower in the rofecoxib group (5.6 weeks) than the placebo group (7.4 weeks).

The primary endpoint of clinically diagnosed AD included the 189 subjects who were confirmed to have developed AD by the endpoint adjudication committee. Six events of dementia due to other causes were excluded.  In the 189 subjects with clinically

16



diagnosed AD, global CDR scores at the last clinic visit were 0.5 (questionable dementia)
in 21 subjects, 1 (mild dementia) in 159 subjects, 2 (moderate dementia) in 8 subjects,
and 3 (severe dementia) in 1 subject. In the rofecoxib group, 107 of 725 (14.8%) subjects
had an event of clinically diagnosed AD over the 4-year study period versus 82 of 732
(11.2%) placebo subjects over 4 years. The estimated hazard ratio (rofecoxib:placebo),
adjusting for the effects of baseline MMSE stratum and region, was 1.46 [95% CI: 1.09-
1.94], which was statistically significant (p=0.011, Wald Chi Square test) in favor of
placebo. Baseline MMSE stratum (score ≤26; score >26) had a highly statistically
significant effect on outcome with an estimated hazard ratio of 3.23 [95% CI: 2.42, 4.32]
(p<0.0001), indicating that subjects in the lower stratum were much more likely to
progress to AD. However, treatment effects were consistent across MMSE stratum levels,
as well as geographic regions. Kaplan-Meier estimated proportions of subjects with
clinically diagnosed AD at 4-month increments are shown in Figure 2. A separation in
event rates between treatment groups existed at the earliest time point (4 months) and was
evident within the first 16 months, a gap which was maintained through the last follow-
up time point of 48 months. Estimated annual conversion rates were 6.4% [95% CI:
5.3%, 7.7%] in the rofecoxib group and 4.5% [95% CI: 3.6%, 5.6%] in the placebo
group. In the pre-specified per-protocol analysis which excluded 27 subjects in the
rofecoxib group and 36 patients in the placebo group who met pre-defined criteria for
protocol violation at baseline, and censored (at the time of violation) an additional 197
patients in the rofecoxib group and 195 patients in the placebo group who violated the
protocol during the study, the estimated hazard ratio was in the same direction as the

Deleted: (

Deleted: )

Deleted: ;

Deleted: (

Deleted: )

Deleted: (

Deleted: )

17



primary analysis but the statistical significance was reduced (hazard ratio = 1.43 [95% CI: 0.99, 2.05], p = 0.055).

**Deleted:** was no longer statistically significant

**Deleted:** ,

To further explore the unexpected findings in the primary analysis, we conducted a post hoc analysis to adjust for factors which showed an effect, at a significance level of p<0.10, on progression to AD. Those factors correlated with greater likelihood of progression to AD were lower baseline MMSE score stratum (24-26), female gender, age >75, and prior ginkgo use. Factors associated with a decreased risk of progressing to AD were longer duration of non-aspirin NSAID use, and concomitant use of HMG CoA reductase inhibitors. Presence of the apolipoprotein ε4 allele was a risk factor but was not included in the model because information was missing for a substantial proportion of subjects. Family history of AD was not a risk factor in our study. In the analysis which adjusted for these factors, the statistical significance of the hazard ratio was reduced (hazard ratio = 1.31 [95% CI: 0.98, 1.75], p = 0.064). Since the above analyses included patients whether or not they were taking study medication, we also performed a post hoc analysis excluding subjects who were less than 80% compliant with taking treatment (see definition above), as well as those who were protocol violators, in order to determine whether the effect of rofecoxib was increased in this group with greater time-adjusted exposure to rofecoxib (as would be expected if the primary findings represented a true effect of rofecoxib). There was no evidence for an increased effect of rofecoxib in this analysis (hazard ratio = 1.45 [95% CI: 1.00, 2.10], p = 0.052).

**Deleted:** Conversely, f

**Deleted:** and was no longer statistically significant

**Deleted:** ,

**Deleted:** all

18



The least squares mean scores for the secondary endpoints of cognition and function at 1-year intervals using a repeated measures models approach are summarized in Table 2.

**Deleted:** changes from baseline

**Deleted:** mixed

The pre-specified analysis looked at the estimated annual slope difference (placebo minus rofecoxib) for each measure based on data over the entire 4-year period. In contrast to the primary endpoint, there were no significant differences between treatment groups on estimated annual slope differences (SRT-summed recall: slope difference = 0.026 [95% CI: -0.307, 0.359], p = 0.878; SRT-delayed recall: slope difference = -0.012 [95% CI: -0.104, 0.081], p = 0.806; MMSE: slope difference = 0.002 [95% CI: -0.095, 0.090], p = 0.959; ADAS-Cog: slope difference = 0.098 [95% CI: -0.287, 0.091], p = 0.311; BDRS: slope difference = 0.079 [95% CI: -0.081, 0.238], p = 0.333). The slope difference for the CDR-sum of boxes scores showed a non-significant trend in favor of placebo (slope difference = -0.068 [95% CI: -0.139, 0.002], p = 0.058). Additional sensitivity analyses were also performed using a last-observation-carried forward approach. The conclusions about lack of treatment differences were the same across these analyses which were based on different assumptions about the missing data structure.

**Deleted:** This finding was not surprising given that the global score on the CDR was the trigger for conversion to AD.

The post hoc analysis comparing test scores in overlapping subgroups of subjects with MMSE scores of 24-26 in the present study (the subgroup with the worst prognosis) and our previous AD study[7] included a total of 405 subjects (rofecoxib N = 189, placebo N = 216) from the present MCI study, and 205 subjects (rofecoxib N = 91, placebo N = 114) from the previous AD study. There was no evidence of a differential treatment effect of rofecoxib in the overlapping subgroups in either study. The mean change from baseline in the ADAS-Cog score at 12 months was 0.7 [95% CI: 0.1, 1.2] for the rofecoxib group

**Formatted:** Complex Script Font: 12 pt, Superscript

**Formatted:** Font: 12 pt, Complex Script Font: 12 pt

**Formatted:** Font: 12 pt, Complex Script Font: 12 pt

**Formatted:** Font: 12 pt, Complex Script Font: 12 pt

**Formatted:** Font: 12 pt, Complex Script Font: 12 pt

**Formatted:** Font: 12 pt, Complex Script Font: 12 pt

19



and 0.0 [95% CI: -0.6, 0.6] for the placebo group in the present study, compared with 1.5 [95% CI: 0.1, 2.9] for the rofecoxib group and 1.9 [95% CI: 0.8, 3.1] for the placebo group in the previous AD study. The mean change from baseline in the CDR-sum of boxes score at 12 months was 0.4 [95% CI: 0.3, 0.6] for the rofecoxib group and 0.3 [95% CI: 0.2, 0.5] for the placebo group in the present study, compared with 1.8 [95% CI: 1.5, 2.1] for the rofecoxib group and 1.9 [95% CI: 1.5, 2.2] for the placebo group in the previous AD study.

| Deleted: ¶ |
| --- |

A total of 1451 subjects were included in the safety analysis (723 in the rofecoxib group and 728 in the placebo group). There were slightly less patients in the safety analysis than in the efficacy analysis because 6 patients who never took study medication were excluded from the safety analysis. The adverse experience profile is summarized in Table 3. The rofecoxib and placebo groups were similar with regard to the percentages of subjects with any adverse experience, any serious adverse experience, and who discontinued treatment due to an adverse experience. There was a significant increase for rofecoxib in the number of subjects with adverse experiences that were considered possibly, probably, or definitely drug-related by the investigators. The most common drug-related adverse experiences are shown in Table 3. There was no particular individual adverse experience which contributed to the overall difference between rofecoxib and placebo for drug-related adverse experiences, and relatively few subjects discontinued study treatment due to drug-related adverse experiences (58 or 8.0% for rofecoxib and 41 or 5.6% for placebo). A total of 39 deaths occurred in subjects who

20



were taking study treatment or from fatal adverse experiences that started within 14 days of the last dose (24 or 3.3% for rofecoxib and 15 or 2.1% for placebo). Subjects died from a range of causes that were consistent with expectations for an elderly population, and there was no pattern suggestive of a differential treatment effect. The only specific causes of death with more than 1 event per treatment group were myocardial infarction (4 events on rofecoxib and 4 on placebo), cardiac arrest (2 events on rofecoxib and none on placebo), and pneumonia (2 events on rofecoxib and none on placebo). NEED TO INCLUDE THE TOTAL NUMBER OF THROMBOTIC CV DEATHS IF DIFFERENT FROM 6 vs 4. The number of confirmed adjudicated serious thrombotic vascular events was similar in the two groups (42 events in the rofecoxib group and 44 events in the placebo group). There were a total of 6 subjects with confirmed ischemic strokes in the rofecoxib group compared to 13 subjects with confirmed ischemic strokes in the placebo group. Eighteen subjects in the rofecoxib group had myocardial infarctions versus 17 in the placebo group.

**Formatted:** Highlight

**Comment [NSB1]:** Hemorrhagic strokes do not count as thrombotic vascular events, only as APTC events, and the numbers 42/44 refer to the former, not the latter.

**Deleted:** and 1 patient with hemorrhagic stroke

**Deleted:** and 2 subjects with hemorrhagic strokes

21



## Discussion

In this 4-year study of 1457 subjects with MCI, there was no evidence that rofecoxib delayed the onset of AD. Unexpectedly, significantly more subjects randomized to rofecoxib converted to AD than those who were randomized to placebo. The statistical significance of the difference was reduced in a pre-specified analysis which excluded protocol violators, and in a post hoc analysis which adjusted for factors that influenced the progression to AD. The apparent effect of rofecoxib in the primary analysis was not confirmed by secondary measures of cognition (ADAS-Cog, SRT, MMSE) or function (BDRS, CDR-sum of boxes), which found no statistically significant or clinically meaningful differences between treatment groups. The slope difference for the CDR-sum of boxes scores showed a non-significant trend in favor of placebo, but this finding was not surprising given that the global score on the CDR was the trigger for conversion to AD.

The results from the primary analysis were unexpected given that two large previous studies in AD patients, which included patients with a MMSE score up to 26 (thereby partly overlapping with subjects in the present study who had a MMSE score ≥24), found that rofecoxib had no significant effect on the progression of cognitive or functional decline.[7,8] The primary endpoint in each study was the change in ADAS-Cog score over 1 year. Mean change from baseline scores for rofecoxib and placebo were -4.9 versus -5.5 in one study[7] and -7.6 versus -5.7 in the other.[8] We also retrospectively looked at test scores in the overlapping subgroups of subjects with MMSE scores of 24-

22

---

Deleted: However, the

Deleted: not significant

Deleted: or

Deleted: also

Deleted: scores

Deleted: are also surprising

Deleted: of 24-26

Deleted: "overlap" populations



26 in the present study (i.e., those subjects who had the worst prognosis for developing AD) and in our previous AD study,[7]. These studies had similar designs and utilized similar assessments. Since MCI is hypothesized to be on a continuum of cognitive impairment ranging from very mild impairment (i.e., MCI) through mild, moderate and severe dementia, it is possible that subjects with MMSE scores of 24-26 in both studies may have been at a similar pathophysiological point on the continuum, even though one group was diagnosed with dementia and the other was not. There was no evidence to suggest differences between treatments on assessments of cognition (ADAS-Cog) or function (CDR-sum-of-boxes) in the overlapping subgroups in either study.

> **Deleted:** (189 subjects in the rofecoxib group, 216 subjects in the placebo group)
>
> **Deleted:** (91 subjects in the rofecoxib group, 114 subjects in the placebo group).
>
> **Deleted:**

> **Deleted:** the
>
> **Deleted:** the
>
> **Deleted:** scores
>
> **Deleted:** se
>
> **Deleted:** "overlap" populations
>
> **Deleted:** (data not shown)

The primary finding of an apparent increased rate of conversion to AD in subjects randomized to rofecoxib is thus neither supported by the secondary measures in the same study, nor by data from two previous studies which likely included partially overlapping populations. Since this is the first completed randomized controlled prevention study in MCI subjects to be reported, there are no other studies available to benchmark its success from a methodological viewpoint. It is possible that aspects of the conduct of the study could have had an influence on the results and contributed to the unexpected and unsupported findings on the primary endpoint.

An obvious concern in a study with a long duration is that differential drop-out rates may have influenced the results. A drop-out rate of approximately 45% occurred over the course of the study and only 40% of subjects completed the study on-drug. These findings are not surprising given the duration of the study and the elderly population

> **Deleted:** drop

23

MRK-AFV0431125



being investigated. Overall drop-out rates were similar between the treatment groups. There were some differences between the groups with regard to specific reasons for discontinuation, for example, a greater proportion of subjects in the placebo group discontinued due to withdrawal of consent, but there was not an immediately apparent way in which the differential reasons for discontinuation could have accounted for the results.

A notable observation in the present study was that the overall conversion rate to AD of 5-6% was lower than the anticipated 10-15% observed in previous observational or natural history studies.[23] Since the diagnostic criteria for MCI were, and remain, not clearly defined with regard to the particular tests and score thresholds that should be used to aid in the diagnosis of memory impairment,[24] it is possible that the population of subjects included in our study was more heterogenous than, or different from, populations that others have described. Indeed, our overall population contained a lower proportion of subjects that were female and subjects with the apolipoprotein ε4 allele than others have reported. [25, 26, 27] A possible contributory factor to the low conversion rates was the change in the cut-score criteria on the AVLT (the memory test used to provide objective evidence of memory impairment), from age-adjusted 1.5 SD scores to a single cut score 1 SD below the mean for normal elderly subjects aged 65-69 (see Appendix), after approximately 6 months. We retrospectively looked at conversion rates in subjects who met the original 1.5 SD criteria (N = 203 for rofecoxib and N = 203 for placebo) and the estimated annual conversion rates were more in line with expectations (11.3% for rofecoxib and 8.3% for placebo), although still lower than anticipated for the placebo

24

MRK-AFV0431126

group, raising the possibility that a protective factor may have been operating in this group.

A further point to consider is that the diagnosis of MCI is heavily dependent on clinical judgment. Researchers who have been active in developing the concept have emphasized that clinical judgment should take priority over test scores. Indeed, almost half of the Mayo clinic MCI series had a memory impairment of less than 1.5 SD.[28] The fact that the MCI concept was relatively new at the time the study was initiated, together with the fact that this was a multi-center study in which sites may have interpreted criteria differently, could have increased the possibility of errors in diagnosis. The source of the subjects in our study, many of whom were identified through advertising campaigns rather than being direct clinical referrals, may have also resulted in greater heterogeneity. It is conceivable, therefore, that the population of subjects we studied may have included some subjects who did not have genuine memory problems (e.g., subjects who initially scored poorly because they were anxious), in addition to "true" MCI subjects. This assertion is supported by the observation that while mean scores on cognitive test measures declined over time in patients who converted to AD, they remained stable, or improved slightly, in patients who did not convert (data not shown).

All the above factors may have increased the possibility of some imbalance existing between the treatment groups at baseline. This suggestion is supported by the observation that a difference between treatment groups in conversion to AD was apparent from 4 months, the earliest time point assessed. There was, however, no clear evidence of a

25

Deleted: father



major imbalance for measured variables. In general, baseline scores for outcome variables were similar between the two treatment groups, so the groups appear to have been adequately matched for severity of impairment. Overall, patient baseline characteristics were also generally similar, except that there were slightly larger proportions of female subjects, subjects $\geq 75$ years old, and subjects previously using ginkgo in the rofecoxib group. These characteristics were shown to be strongly associated with increased risk for conversion to AD. The effect of ginkgo was in the opposite direction to the protective effect sometimes reported in the literature[29], suggesting that use of ginkgo may have been a marker for increased impairment (subjects who were more impaired may have been more likely to seek treatment with ginkgo). In this regard it is interesting to note that the smallest treatment effect was observed in the model which adjusted for covariates that were risk factors, and the difference was not significant.

Another factor which could have influenced the results is differential use between groups for agents which are thought to be protective for AD. The most likely candidate would be NSAID use. The motivation for performing the study was based on epidemiological evidence suggesting a protective effect of non-selective NSAIDs.[2] We hypothesized that this might be related to the ability of non-selective NSAIDs to inhibit cyclooxygenase-2. However, the protective effect could instead be related to some other property of non-selective NSAIDS such as their ability to inhibit cyclooxygenase-1, or $\beta$-amyloid-lowering properties for some agents (e.g., ibuprofen, but not naproxen).[30] There was greater recorded use of concomitant NSAIDs in the placebo group and greater duration of use. It is also possible that there was differential under-reporting of regular NSAID use

26

MRK-AFV0431128



since chronic NSAID use was prohibited during the study and these agents are available without prescription. Greater NSAID use would certainly be expected in the placebo group, since rofecoxib is an effective analgesic and many elderly subjects would be expected to require regular analgesics. Indeed, 22.6% of subjects in the rofecoxib group and 24.3% of subjects in the placebo group reported a baseline diagnosis of osteoarthritis. On the other hand, recent epidemiological studies suggest that 2 or more years of treatment with NSAIDs is necessary to show a protective effect,[2] so this would not explain the apparent early separation between the treatment groups. Other agents which could conceivably have influenced the progression to AD include cholinesterase inhibitors, estrogen, and HMG CoA reductase inhibitors.[31] However, reported use of these agents was low and, since they are only available with a prescription, under-reporting would be anticipated to be less common than for NSAIDs. Concomitant use of ginkgo and vitamin E was similar in the two treatment groups.

Based on the above considerations, it seems unlikely that the unexpected findings in the primary analysis represent a true effect of rofecoxib. The finding may have been due to the multiple identified small between-group differences in risk factors acting synergistically to produce the observed effect, or due to some other imbalance between the treatment groups which we were unable to identify. It should also be noted that there is no convincing biological explanation as to why inhibition of cyclooxygenase-2 would lead to an increased risk for AD, especially given the early onset of treatment differences. There was no suggestion that the finding might reflect hypothesized vascular effects of cyclooxygenase-2 inhibitors.[32] CT or MRI scans were performed on all subjects who

27

MRK-AFV0431129

converted to AD, to help exclude the possibility of vascular dementia, and these were taken into account when each endpoint was reviewed by the blinded independent adjudication committee. There were a total of 6 subjects with confirmed adjudicated ischemic strokes in the rofecoxib group compared to 13 subjects with confirmed ischemic strokes in the placebo group. No striking differences were noted between the treatment groups with regard to other, non-serious, vascular adverse events. Therefore it seems unlikely that any vascular changes could have accounted for the observed differences in AD conversion rates.

**Deleted:** and 1 subject with hemorrhagic stroke

**Deleted:** and 2 subjects with hemorrhagic strokes

Our study provided placebo-controlled data on the safety of rofecoxib over periods of up to 4 years in an elderly population. The mean age of subjects was 75 years and approximately 50% were at least 75 years old. Previous safety data on rofecoxib comes largely from osteoarthritis studies looking at a relatively younger population with a mean age around 60 years.[33, 34] Rofecoxib was generally well tolerated by the elderly subjects in our study, consistent with results from prior clinical studies in osteoarthritis[33, 34] and AD.[7] The overall incidence of adverse experiences, serious adverse experiences, and discontinuations due to adverse experiences were similar or only slightly increased for rofecoxib versus placebo. Not surprisingly, there was an increase in the number of adverse experiences thought to be drug-related by the investigators for rofecoxib versus placebo, but relatively few subjects discontinued treatment due to these adverse experiences. Elderly patients are at increased risk for serious vascular events. As noted above, there was no suggestion that rofecoxib increased the risk. The number of confirmed adjudicated serious thrombotic vascular events was similar in each treatment

28

MRK-AFV0431130



group. The total number of deaths and causes of death were consistent with expectations for an elderly population, and there was no pattern suggestive of a differential treatment effect. Similar numbers of patients in each group died from thrombotic cardiovascular events. Similar numbers of patients in each group had a confirmed adjudicated serious thrombotic vascular event. Equal numbers of patients in each group had myocardial infarction adverse experiences or died from myocardial infarctions.

In summary, the failure of rofecoxib to delay the onset of AD in the present study, or slow the progression of AD in previous studies, suggests that cyclooxygenase-2 does not play a significant role in the pathogenesis of the disorder. Non-selective NSAIDs may still be found to have beneficial effects in treating or preventing AD, due to factors other than cyclooxygenase-2 inhibition, although to date the only long-term results from an adequately designed study with a non-selective NSAID (naproxen)[8] are not encouraging. Trials evaluating alternative, non-anti-inflammatory, approaches to the prevention of AD in subjects with MCI are underway.[28]

> **Formatted:** Highlight
>
> **Comment [NSB2]:** Please confirm that this is correct
>
> **Formatted:** Complex Script Font: 12 pt, Superscript

29

MRK-AFV0431131



**Appendix: Details of Tests Used**

MMSE:[13] This is a brief test of overall cognitive function (range of scores = 0-30, lower score indicates impairment). Subjects who scored <24 were excluded because of the possibility that they might have been demented.

AVLT:[16] This is a 15-item, 5-trial, word recall test (range of scores = 0-75, lower score indicates impairment). The interference trial and delayed recall trial which usually follow the initial 5-trial learning phase were not administered. Subjects had to score ≤37 words recalled correctly over 5 trials as objective evidence of memory impairment. This corresponds to a score ≤1 standard deviation below the mean for normal elderly subjects aged 65-69.[35] For the first 6 months of study enrollment, age-adjusted cut scores 1.5 SDs below the means for separate age bands were used, but the criteria were modified after 6 months due to difficulties in enrollment and concerns that the original criteria may have been too strict and were conflicting with investigator's clinical judgment (see Petersen[28]).

CDR:[14] This is a general dementia rating scale, based on a semi-structured interview with subjects and informants. Subjects are rated as to dementia severity (0 = none, 0.5 = questionable dementia, 1 = mild dementia, 2 = moderate dementia, 3 = severe dementia) on 6 domains or "boxes" (memory, orientation, judgment and problem solving, community affairs, home and hobbies, personal care). The global CDR score (range = 0-3, higher score indicates impairment) was determined according to a computerized version of the published scoring algorithm

30

**Deleted:** 13
**Deleted:** 14
**Deleted:** to

**Deleted:** 16
**Deleted:** 17
**Deleted:** to

**Formatted:** Complex Script Font: 12 pt, Superscript

**Deleted:** 14
**Deleted:** 15

**Deleted:** to



(http://www.biostat.wustl.edu/~adrc/cdrpgm/index.html). The sum of scores on the individual boxes was also calculated (range = 0-18, higher score indicates impairment). Subjects had to have a global CDR score of 0.5 (questionable dementia) with a score of at least 0.5 on the memory domain to qualify for study entry.

ADAS-Cog:[20] This consists of 11 performance based subtests of cognition, including measures of memory and praxis. The error scores on each subtest are added to give the total score (range = 0-70, higher score indicates impairment).

SRT:[19] This is a 12-item, 6-trial, word list recall test with selective reminding of words not correctly recalled on the immediately preceding trial. Following the 6th trial there was a 5 minute delay, after which the subjects were again asked to recall the list of 12 words. Two scores were derived – the sum of the number of words recalled over each of the 6 selective reminding trials (SRT-summed recall: range of scores = 0-72, lower score indicates impairment) and the number of words recalled after the 5 minute delay (SRT-delayed recall; range of scores = 0-12, lower score indicates impairment).

BDRS:[15] The version from the CERAD battery was used. This is an informant-based rating of a subject's ability to perform activities of daily living such as household tasks (Part 1), and self-care (Part 2) (range of scores = 0-17, higher score indicates impairment). Subjects who scored >3.5 with any Part 1 item score >0.5 (indicating severe impairment) were excluded because of the possibility that they may have been demented.

31

Deleted: corresponding to "
Deleted: Questionable
Deleted: "
Deleted: The sum of scores on the individual boxes was also calculated (range = 0-18, higher score indicates impairment)
Deleted: 20
Deleted: 21

Deleted: 19
Deleted: 20

Deleted:

Deleted: 15
Deleted: 16

Deleted: to



Restricted
& Confidential
limited access

## Table 1. Baseline patient characteristics

| Characteristic | Placebo (N=732)[1] | Rofecoxib 25 mg (N=725)[1] |
|---|---|---|
| % women | 31.1% | 34.3% |
| % family history of AD | 29.5% | 31.2% |
| % apolipoprotein ε4 | 35.8% | 34.6% |
| Years of education | | |
| 11 or less | 9.8% | 11.1% |
| 12-17 | 77.7% | 74.7% |
| 18 or more | 12.4% | 13.3% |
| Mean (SD) years of age | 74.8 (6.0) | 75.1 (6.0) |
| Mean (SD) AVLT score[1] | 28.6 (5.8) | 28.6 (5.7) |
| Mean (SD) MMSE score[2] | 27.3 (1.7) | 27.4 (1.7) |
| Mean (SD) CDR-sum of boxes score[3] | 1.4 (0.8) | 1.4 (0.8) |
| Mean (SD) ADAS-Cog score[4] | 9.4 (3.8) | 9.2 (4.0) |
| Mean (SD) SRT-summed recall score[5] | 33.7 (9.1) | 33.4 (9.0) |
| Mean (SD) SRT-delayed recall score[6] | 4.5 (2.4) | 4.4 (2.5) |
| Mean (SD) BDRS score[7] | 1.1 (0.8) | 1.1 (0.8) |

[1] Sample sizes varied for some measures due to missing data. For apolipoprotein genotyping, sample sizes were 669 for placebo and 652 for rofecoxib.
[1] Auditory Verbal Learning Test. Range = 0-75; lower score indicates impairment.
[2] Mini Mental State Exam. Range = 0-30; lower score indicates impairment.
[3] Clinical Dementia Rating. Range = 0-18; higher score indicates impairment.
[4] Cognitive subscale of the AD Assessment Scale. Range = 0-70; higher score indicates impairment.
[5] Selective Reminding Test (immediate recall component). Range = 0-72; lower score indicates impairment.
[6] Selective Reminding Test (delayed recall component). Range = 0-12; lower score indicates impairment.
[7] Blessed Dementia Rating Scale. Range = 0-17; higher score indicates impairment.

32



Restricted
R Confidential
mentha2 movers

Deleted: change from baseline

Table 2. Secondary endpoints: least squares mean (SD) scores with difference and 95% confidence interval

| Measure | 1 Year Placebo[*] (N*=659) | 1 Year Refecoxib[*] (N* =624) | 1 Year Difference[†‡] (95% CI) | 2-Year Placebo[*] (N* =509) | 2-Year Refecoxib[*] (N* =560) | 2-Year Difference[†‡] (95% CI) | 3-Year Placebo[*] (N* =344) | 3-Year Refecoxib[*] (N* =322) | 3-Year Difference[†‡] (95% CI) | 4-Year Placebo[*] (N* =195) | 4-Year Refecoxib[*] (N* =176) | 4-Year Difference[†‡] (95% CI) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SRT-summed | 35.7 (0.3) | 35.6 (0.4) | -0.2 (-1.1,0.7) | 36.5 (0.4) | 35.7 (0.4) | -0.8 (-1.9,0.3) | 36.1 (0.5) | 35.7 (0.5) | -0.3 (-1.7,1.1) | 36.0 (0.7) | 35.6 (0.7) | -0.4 (-2.3,1.5) |
| SRT-delayed | 4.8 (0.1) | 4.7 (0.1) | -0.0 (-0.3,0.2) | 4.9 (0.1) | 4.8 (0.1) | -0.1 (-0.5,0.2) | 4.9 (0.1) | 4.7 (0.1) | -0.2 (-0.6,0.1) | 4.5 (0.2) | 4.5 (0.2) | 0.1 (-0.5,0.6) |
| ADAS-Cog | 8.9 (0.1) | 9.3 (0.1) | 0.3 (-0.0,0.7) | 9.4 (0.2) | 9.7 (0.2) | 0.3 (-0.3,0.8) | 9.8 (0.3) | 10.1 (0.3) | 0.3 (-0.4,1.0) | 10.3 (0.3) | 10.7 (0.3) | 0.3 (-0.4,1.1) |
| MMSE | 27.3 (0.1) | 27.2 (0.1) | -0.1 (-0.3,0.1) | 27.2 (0.1) | 27.3 (0.1) | 0.1 (-0.2,0.4) | 27.1 (0.1) | 27.1 (0.1) | -0.1 (-0.4,0.3) | 26.7 (0.2) | 26.5 (0.2) | -0.2 (-0.7,0.3) |
| CDR-sum of boxes | 1.5 (0.0) | 1.6 (0.0) | 0.1 (-0.0,0.2) | 1.8 (0.1) | 2.0 (0.1) | 0.2 (-0.0,0.4) | 2.1 (0.1) | 2.2 (0.1) | 0.2 (-0.0,0.4) | 2.2 (0.1) | 2.4 (0.1) | 0.2 (-0.0,0.5) |
| BDRS | - | - | - | 1.4 (0.1) | 1.4 (0.1) | 0.0 (-0.1,0.2) | 1.4 (0.1) | 1.5 (0.1) | 0.1 (-0.1,0.3) | 1.4 (0.1) | 1.6 (0.1) | 0.1 (-0.1,0.4) |

[†] Results based on repeated measures model.

[‡] Difference is refecoxib-placebo.

[*] N = sample size (number of patients with any secondary efficacy measure by time point)

See Table 1 for key to test abbreviations and interpretation of direction of scores. No ... data are provided for the BDRS because it was not administered until the 2-year time point.

33

MRK-AFV0431135



Restricted
Confidential
Limited access

**Table 3. Summary of clinical adverse experiences**

| Number (%) of subjects with: | Placebo (N=728) | Rofecoxib 25 mg (N=723) |
|---|---|---|
| ≥1 adverse experience | 670 (92.0%) | 651 (90.0%) |
| ≥1 drug-related adverse experience [1] | 173 (23.8%) | 211 (29.2%)* |
| Serious adverse experience [2] | 235 (32.3%) | 217 (30.0%) |
| Discontinued treatment due to adverse experience | 147 (20.2%) | 156 (21.6%) |
| | | |
| *Most common drug-related adverse experiences:* [3] | | |
| Diarrhea | 16 (2.2%) | 11 (1.5%) |
| Dyspepsia | 17 (2.3%) | 24 (3.3%) |
| Nausea | 15 (2.1%) | 14 (1.9%) |
| Dizziness | 14 (1.9%) | 18 (2.5%) |
| Peripheral edema | 11 (1.5%) | 23 (3.2%) |
| Increased blood pressure | 14 (1.9%) | 16 (2.2%) |
| Hypertension | 25 (3.4%) | 29 (4.0%) |

[1] Experiences that were rated as possibly, probably or definitely drug-related by the investigator.

[2] Standard regulatory definition -- death, cancer, any adverse event that was life threatening, resulted in persistent or significant disability, resulted in or prolonged an existing hospitalization, any other important medical event.

[3] Incidence >2.0% in either treatment group

* Significantly different from placebo, $p < 0.05$.

34

MRK-AFV0431136



Restricted
Confidential
limited access

**Figure Legends**

Figure 1. Study profile. Subjects were pre-screened for eligibility before being formally screened in the clinic. Data on the precise number of subjects pre-screened was not collected, but was >17,000 subjects. The total who completed the study includes subjects who completed 48 months of study participation (N=115 for rofecoxib, N=146 for placebo), subjects who were diagnosed with dementia of any cause (N=112 for rofecoxib, N=83 for placebo), subjects who completed less than 48 months of study participation but were still in the study at the time it was terminated (N=122 for rofecoxib, N=123 placebo), and subjects who were discontinued because the study site closed (N=52 for rofecoxib, N=49 for placebo).

Figure 2. Kaplan-Meir estimates and 95% confidence intervals for progression-free survival of AD. N = number at risk (number who had not been censored nor had an event up to, but not including, that time point). Confidence intervals are for each time point and do not represent the overall statistical test of treatment effects

35

MRK-AFV0431137



## Figure 1. Study profile

*(discontinuation due to AE #s pending revision depending on final CSR)*



36

MRK-AFV0431138



**Figure 2. Kaplan-Meir estimates and 95% confidence intervals for progression-free**

**survival of AD**



| Number of Patients | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ----- Placebo | 732 | 707 | 666 | 625 | 581 | 528 | 458 | 390 | 359 | 310 | 240 | 177 | 86 |
| —— Rofecoxib 25 mg | 725 | 682 | 642 | 582 | 535 | 486 | 415 | 344 | 311 | 258 | 214 | 159 | 68 |

37



## References

[1] Cagnin A, Brooks DJ, Kennedy AM, et al. In-vivo measurement of activated microglia in dementia. Lancet 2001;358:461-467.

[2] McGeer PL, Schulzer M, McGeer EG. Arthritis and anti-inflammatory agents as possible neuroprotective factors for Alzheimer's disease: a review of 17 epidemiological studies. Neurology 1996;47:425-432.

[3] Pasinetti GM. Cyclooxygenase and inflammation in the clinical progression of Alzheimer's disease. In JR Vane and RM Botting (eds) Therapeutic roles of selective COX-2 inhibitors. William Harvey Press, London, 2001, 191-205.

[4] Rogers J, Kirby LC, Hempelman SR, et al. Clinical trial of indomethacin in Alzheimer's disease. Neurology 1993;1609-1611.

[5] Scharf S, Mander E, Ugoni A, Vajda F, Christophidis N. A double-blind, placebo-controlled trial of diclofenac/misoprostol in Alzheimer's disease. Neurology 1999;53:197-201.

[6] Warner TD, Giuliano F, Vojnovic I, Bukasa A, Mitchell JA, Vane JR. Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. Proc Natl Acad Sci USA 1999;96:7563-7568.

[7] Block G, Norman B, Liu G, Lines C, Reines S. A clinical trial of rofecoxib, a selective COX-2 inhibitor, for the treatment of Alzheimer's disease. Neurobiology of Aging 2002;23(Supplement 1S):S73-74. [Abstract] *Full paper is currently in review at Neurology and will be used as the reference when accepted.*

Formatted: Font: Bold, Italic

38



[8] Aisen PS, Schafer KA, Grundman M, et al. Effects of rofecoxib or naproxen vs. placebo on Alzheimer's disease progression; A randomized controlled trial. JAMA 2003;289:2819-2826.

[9] Sainati S, Ingram D, Talwalker S, Geiss G. Results of a double-blind, randomized, placebo-controlled study of celecoxib in the treatment of the progression of Alzheimer's disease. 6th International Stockholm/Springfield Symposium on Advances in Alzheimer Therapy 2000;180. [Abstract]

[10] In 'T Veld BA, Ruitenberg A, Hofman A, et al. Nonsteroidal antiinflammatory drugs and the risk of Alzheimer's disease. N Engl J Med 2001;345:1515-1521.

[11] Petersen RC, Doody R, Kurz A, Mohs RC, Morris JC, Rabins PV, Ritchie K, Rossor M, Thal L, Winblad B. Current concepts in mild cognitive impairment. Arch Neurol. 2001;58:1985-92.

[12] Lines CR, McCarroll KA, Lipton RB, Block GA. Telephone screening for amnestic mild cognitive impairment. Neurology 2003;60:261-266.

[13] Folstein MF, Folstein SE, McHugh PR. "Mini-Mental State": a practical method for grading the cognitive state of patients for the clinician. Journal of Psychiatric Research 1975;12:189-198.

[14] Morris JC. The clinical dementia rating (CDR):current version and scoring rules. Neurology 1993;43:2412-2414.

[15] Morris JC, Mohs RC, Rogers H, Fillenbaum G, Heyman A. Consortium to establish a registry for Alzheimer's disease (CERAD). Clinical and neuropsychological assessment of Alzheimer's disease. Psychopharmacology Bulletin 1988;24:641-652.

39

MRK-AFV0431141



[16] Schmidt M. Rey auditory verbal learning test. A handbook. Western Psychological Services, Los Angeles, 1996.

[17] Rosen WG, Terry RD, Fuld PA, Katzman R, Peck A. Pathological verification of ischemic score in differentiation of dementias. Ann Neurol 1980;7:486-488.

[18] Hamilton M. A rating scale for depression. J Neurol Neurosurg Psychiatr 1960;23:56-62.

[19] Buschke H. Selective reminding for analysis of memory and learning. Journal of Verbal Learning and Verbal Behavior 1973;12:543-550.

[20] Rosen WG, Mohs RC, Davis KL. A new rating scale for Alzheimer's disease. Am J Psychiatry 1984;141:1356-1364.

[21] McKhann G, Drachman D, Folstein M, Katzman R, Price D, Stadlan EM. Clinical diagnosis of Alzheimer's disease: report of the NINCDS/ADRDA work group under the auspices of the Department of Health and Human Services task force on Alzheimer's disease. Neurology 1984;34:939-944.

[22] Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-1528.

[23] Petersen RC, Stevens JC, Ganguli M, Tangalos EG, Cummings JL, DeKosky ST. Practice parameter: early detection of dementia: mild cognitive impairment (an evidence-based review). Report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2001;56:1133-42.

[24] Chertkow H. Mild cognitive impairment. Curr Opin Neurol 2002;15:401-407.

40

MRK-AFV0431142



[25] Petersen RC, Smith GE, Waring SC, Ivnik RJ, Tangalos EG, Kokmen E. Mild cognitive impairment: clinical characterization and outcome. Arch Neurol. 1999;56:303-308.

[26] Jack CR Jr, Petersen RC, Xu YC, O'Brien PC, Smith GE, Ivnik RJ, Boeve BF, Waring SC, Tangalos EG, Kokmen E. Prediction of AD with MRI-based hippocampal volume in mild cognitive impairment. Neurology 1999;52:1397-403.

[27] Morris JC, Storandt M, Miller JP, McKeel DW, Price JL, Rubin EH, Berg L. Mild cognitive impairment represents early-stage Alzheimer disease. Arch Neurol. 2001;58:397-405.

[28]   Petersen RC. Mild cognitive impairment clinical trials. Nature Reviews: Drug Discovery 2003;2:646-653.

[29] Oken BS, Storzbach DM, Kaye JA. The efficacy of ginkgo biloba on cognitive function in Alzheimer disease. Arch Neurol. 1998;55:1409-15.

[30] Weggen S, Eriksen J, Das P, et al. A subset of NSAIDs lower amyloidogenic A42 independently of cyclooxygenase activity. Nature 2001;414:212-216.

[31] McDowell I. Alzheimer's disease; insights from epidemiology. Aging Clin, Exp Res 2001:13; 143-162.

[32] Konstam M, Weir MR, Reicin A, Shapiro D, Sperling RS, Barr E, Gertz BJ. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:2280-2288.

[33] Langman MJ, Jensen DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999;282:1929-1933.

41



[34] Reicin AS, Shapiro D, Sperling R, Barr E, Yu Q. Comparison of cardiovascular

thrombotic events in patients with osteoarthritis treated with rofecoxib versus

nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and

nabumetone). Am J Cardiol 2002;89:204-209.

[35] Ivnik RJ, Malec JF, Tangalos EG, Petersen RC, Kokmen E, Kurland LT. The auditory-

verbal learning test (AVLT): norms for ages 55 years and older. Psychological

Assessment: A Journal of Consulting and Clinical Psychology 1990;2:304-312.

42