# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*First Insurance Company of Hawaii, Ltd.,*<br><br>*v.*<br><br>*Merck & Co., Inc., et al.* | MDL Docket No. 1657<br><br>SECTION L<br><br>CIVIL ACTION NO. 2:05-cv-06507<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff First Insurance Company of Hawaii, Ltd., and defendant Merck & Co., Inc., hereby stipulate that all claims of plaintiff First Insurance Company of Hawaii, Ltd. against defendant Merck & Co., Inc. and all other defendants, be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

/s/ Reginald T. Harris
Jason M. Tani
Reginald T. Harris
Rush Moore, LLP
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
(808) 521-0400

*Counsel for Plaintiff First Insurance Company of Hawaii, Ltd.*

/s/ Dorothy H. Wimberly
Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

1122756v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of April, 2013.

> /s/ Dorothy H. Wimberly
> Dorothy H. Wimberly, 18509
> STONE PIGMAN WALTHER WITTMANN L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana  70130
> Phone:  504-581-3200
> Fax:     504-581-3361
> dwimberly@stonepigman.com
>
> Defendants' Liaison Counsel