# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx ®<br><br>PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br><br>*First Insurance Company of Hawaii, Ltd.,*<br><br>*v.*<br><br>*Merck & Co., Inc., et al.* | MDL Docket No. 1657<br><br>SECTION L<br><br>CIVIL ACTION NO. 2:05-cv-06507<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

**IT IS ORDERED** that all claims of plaintiff First Insurance Company of Hawaii,

Ltd.  against defendant Merck & Co., Inc. and all other defendants, be and they hereby are

dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2013.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE