**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  VIOXX® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| | * | **MAG. JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**

Plaintiff's Name:     Larry L. Smith

Case Name:        Larry L. Smith vs. Merck & Company, Inc.

Case Number:      2:08-cv-04639

**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME OF DEADLINES UNDER PTO 58</u>**

Plaintiff, Larry L. Smith ("Plaintiff"), hereby moves for an extension of time of deadlines under Pretrial Order 58.  In support thereof, Plaintiff states as follows:

1.      This case is dictated by Pretrial Order 58 in the Vioxx Multi-District Litigation.

2.      Based upon unforeseen circumstances, the parties respectfully request an extension of time of sixty (60) days for the remainder of the deadlines set forth in Pretrial Order 58.

3.      Plaintiff does not anticipate the need for any further extensions.

4.      The trial has not been set in this matter, and there will be no prejudice to any party of this matter.

5.      The undersigned certifies that she conferred with counsel for Defendant, Jonathan Williams, Esquire, who has no objection to the relief sought herein.

WHEREFORE, Plaintiff respectfully requests the Court enter an order, extending the remaining deadlines under Pretrial Order 58 by sixty (60) days, along with any further relief the Court deems just and proper.

/s/ Amy L. Drushal
JOHN D. GOLDSMITH
Fla. Bar No. 444278
jdgoldsmith@trenam.com
AMY L. DRUSHAL
Fla. Bar No. 546895
aldrushal@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, Florida  33602
Tel:  (813) 223-7474
Fax:  (813) 229-6553
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Plaintiff's Unopposed Motion for Extension of Time of Deadlines under PTO 58 has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail (pwittmann@stonepigman.com) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), on this 11th day of April, 2013.

/s/ Amy L. Drushal
Attorney

7463985v1