UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

Plaintiff's Name:     Larry L. Smith

Case Name and Number:  Larry L. Smith vs. Merck & Company, Inc., 2:08-cv-04639

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME OF DEADLINES UNDER PTO 58

This cause came before the Court on Plaintiff, Larry L. Smith ("Plaintiff") Motion for Extension of Time of Deadlines Under Pretrial Order 58 (the "Motion").  (Dkt. No 64342). The Court having reviewed the Motion and considered the record, finds that it is appropriate to grant the Motion.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The Motion (Dkt. No. 64342) is **GRANTED**.

2.     The remaining deadlines in this matter are extended for a period of sixty (60) days from the deadlines set forth in this Court's Order dated February 1, 2013 (Dkt. No. 64236).

DONE AND ORDERED in New Orleans, Louisiana on this ___ day of _____, 2013.

                                                                                  _____
                                                                                  Eldon E. Fallon
                                                                                  United States District Judge