UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Larry L. Smith v. Merck Sharp & Co., Inc.*, No. 08-4639

## ORDER

The Court has received Plaintiff Larry L. Smith's Unopposed Motion for an Extension of Time of Deadlines Under PTO 58. (Rec. Doc. 64342). IT IS ORDERED that the motion is GRANTED. All deadlines under PTO 58 are extended by 60 days with respect to Mr. Smith.

New Orleans, Louisiana, this 12th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE

1