UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| State of Utah | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE KNOWLES |
| Merck Sharp & Dohme Corp. | |
| Civil Action No. 2:06-cv-09336 | |

**PLAINTIFF'S FIFTH REQUESTS FOR ADMISSION AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

Pursuant to FED. R. CIV. P. 34 and 36 and Pretrial Order Number 39B, please respond to the following Requests for Admission and Request for Production of Documents.

**DEFINITIONS**

1. "Communication" means, without limitation, any act, action, oral speech, written correspondence, contact, expression of words, thoughts, and/or ideas, or transmission or exchange of data or other information to another person, whether orally, person-to-person, in a group, by telephone, letter, personal delivery, telex, facsimile, and/or any other process.

2. "Food and Drug Administration") ("FDA") means the United States Food and Drug Administration and any department, agent, director, officer, representative, or present or former employee thereof.

3. "Including" means "including but not limited to" and "including without limitation."

4. "Merck" means the defendant in this action, and any of the subsidiaries, divisions,

1

departments, affiliates, predecessors, successors or offices of the defendant by whatever name known, and all present and former officers, directors, employees, trustees, principals, agents, and representatives of Merck, as well as any person acting or purporting to act on its behalf.

5. "Person" means any natural person and any entity, including any corporation, association, partnership, or other business or government enterprise.

6. "Vioxx" means the dug rofecoxib sold by Merck under the registered trademark VIOXX®.

7. "You" or "Your" means all defendants listed on the complaint, along with all present and former employees, agents, representatives, departments, committees or equivalent entities, or attorneys, or any other division, entity, employee, agent, representative, committee member, or other actor on behalf of the Defendant.

## INSTRUCTIONS

A.  The answers to these requests shall include such information as is available to Defendant and found within documents that are within the custody, possession or control of Plaintiffs, or are within the custody, possession or control of any consultants, accountants, attorneys or other agents of Defendant or which are otherwise available to Defendant.  In responding to these discovery requests, Defendant is specifically instructed to review his personal files, notes, records, correspondence, daily calendars and telephone logs or records for all persons who have knowledge of the information inquired about in each request.

B.  If the answer to any discovery requests is not made from the personal knowledge of Defendant who will be verifying the answers to these interrogatories, identify each person from whom information or documents were obtained to make the particular answer and identify each person having personal knowledge of such information.  If the answers or portions of the

answers to these discovery requests are supplied upon information and belief rather than upon actual knowledge, Defendant should so state and specifically describe or identify the source or sources of such information and belief.

C. The answers to these discovery requests should include, but not be limited to, an identification of each person having knowledge of the information provided in the answer, and of all documents and communications relating to that information.

D Where an individual interrogatory calls for an answer which involves more than one part, each part of the answer should be clearly set out so that it is understandable.

E. Where the terms "you", "defendant", or "plaintiff" are used, they are meant to include every individual party and separate answers should be given for each person named as a party, if the answers are different.

F. Where the terms "incident" or "the incident" are used, they are meant to mean the incident which is the basis of this lawsuit, unless otherwise specified.

G. If Defendant claims that any conversation, meeting or oral discussion inquired about in these discovery requests is privileged, Defendant should nevertheless identify such conversation, meeting or oral discussion in the manner required herein and set out specifically a detailed description of the factual circumstances supporting their claim of privilege.

H. A "health care provider" as used in these interrogatories is meant to include any medical doctor, osteopathic physician, psychiatrist, psychologist, mental health therapist, nurse practitioner, nurses assistant, acupuncturist, neuro pathologist, massage therapist, podiatrist, doctor or chiropractic, naturopathic physician, or other person who performs any kind of healing art.

I. All documents are to be produced which are in the possession of the individual or corporate party, their attorneys, investigators, agents, employees, or other representatives of the named party and his attorney. The terms "incident" or "the incident" are meant to include the incident which is the basis of this lawsuit, unless otherwise specified.

J. The term "document" is meant to include, but is not limited to, all writings, notes, memoranda, correspondence, charts, graphs, records, tapes, pictures, recorded, photographed, sketched, drawn or otherwise produced, maintained or stored information.

K. These discovery requests are continuing in nature and should be amended and supplemented in accordance with the Utah Rules of Civil Procedure.

## REQUESTS FOR ADMISSION

**REQUEST NO. 1:** Please admit that the document entitled "Usage Report, 93 Airings 5,718,530 audience impressions" MRK-AKU0060816 – MRK-AKU0060817 is genuine, authentic and admissible in this case. *See* Exhibit A attached hereto.

**REQUEST NO. 2:** Please admit that approximately 404,465 Utah households viewed Vioxx advertisements on Utah television on the airdate of 11/10/1998.

**REQUEST NO. 3:** Please admit that Salt Lake City Television Station KTVX showed the advertisement at 6:30Pm with a household viewership of 108, 329.

**REQUEST NO. 4:** Please admit that Salt Lake City Television Station KTVX showed the advertisement at 7:30Pm with a household viewership of 135, 896.

**REQUEST NO. 5:** Please admit that Salt Lake City Television Station KTVX showed the advertisement at 9:00 with a household viewership of 160,240.

**REQUEST NO. 6:**   Please admit that the population of Utah in April 2010 was 2,763,885 according to the United States Census Bureau.

**REQUEST NO. 7:**   Please admit that in 2007-2011 there were 871,358 households in Utah according to the United States Census Bureau.

### REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**   Please produce all Vioxx-VNR Usage Reports for any television advertisements shown in the State of Utah from 1998 until September 30, 2004. If this information has been previously produced, please cite the Merck identification number(s).

**REQUEST FOR PRODUCTION NO. 2:**   Please produce all Usage reports for any radio advertisements concerning Vioxx aired in the State of Utah from 1998 until September 30, 2004. If this information has been previously produced, please cite the Merck identification number(s).

**REQUEST FOR PRODUCTION NO. 3:**   Please produce any media other than television and advertisements concerning Vioxx that reached Utah audiences from 1998 until September 30, 2004. This would include print advertisements of any nature. If this information has been previously produced, please cite the Merck identification number(s).

DATED this  17  day of April, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123

5

/S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ  08901


/S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFF'S FIFTH SET OF REQUESTS FOR ADMISSION AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C) on this 17 day of April, 2013.


/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123

**EXHIBIT A**

# Vioxx - VNR

## Usage Report
### 93 Airings  5,718,530 audience impressions

| Market | | Station | Net | Airdate | Day | Half Hour | Aud | AudSrc |
|---|---|---|---|---|---|---|---|---|
| --- | CNN | --- | CBL | 11/10/98 | TU | 0700P | 951,424 | V |
| --- | BLOOMBERG NEWS | --- | CAB | 11/10/98 | TU | 1100A | 18,703 | E |
| --- | CNBC | --- | CAB | 11/10/98 | TU | 0700A | 109,407 | V |
| --- | CNBC | --- | CAB | 11/10/98 | TU | 0130P | 238,911 | V |
| --- | CNBC | --- | CAB | 11/10/98 | TU | 0430P | 359,944 | V |
| --- | CNBC | --- | CAB | 11/10/98 | TU | 0800A | 152,044 | V |
| --- | CNN-FN | --- | CAB | 11/10/98 | TU | 0730A | 32,473 | E |
| --- | CNN-FN | --- | CAB | 11/10/98 | TU | 0300P | 43,333 | E |
| --- | CNN | --- | CAB | 11/10/98 | TU | 0630A | 499,700 | V |
| 008 | WASHINGTON, DC, HAGERSTOW | WUSA | CBS | 11/12/98 | TH | 0500A | 63,863 | E |
| 013 | CLEVELAND | WOIO | CBS | 11/11/98 | WE | 1200N | 51,776 | V |
| 013 | CLEVELAND | WUAB | IND | 11/11/98 | WE | 1130A | 33,038 | V |
| 014 | TAMPA-ST. PETE (SARASOTA) | WTSP | CBS | 11/11/98 | WE | 1200N | 129,122 | V |
| 016 | MIAMI-FT. LAUDERDALE | WFOR | CBS | 11/11/98 | WE | 0600A | 25,119 | V |
| 016 | MIAMI-FT. LAUDERDALE | WFOR | CBS | 11/11/98 | WE | 0530A | 18,421 | E |
| 016 | MIAMI-FT. LAUDERDALE | WFOR | CBS | 11/11/98 | WE | 0600P | 63,967 | V |
| 017 | PHOENIX | KPHO | CBS | 11/11/98 | WE | 0630A | 18,169 | V |
| 017 | PHOENIX | KPHO | CBS | 11/11/98 | WE | 0700A | 11,616 | V |
| 021 | ST. LOUIS | KMOV | CBS | 11/11/98 | WE | 0530A | 24,485 | E |
| 021 | ST. LOUIS | KMOV | CBS | 11/11/98 | WE | 0600A | 33,287 | V |
| 024 | BALTIMORE | WJZ | CBS | 11/11/98 | WE | 1200N | 106,174 | V |
| 030 | NASHVILLE | WTVF | CBS | 11/11/98 | WE | 0530A | 61,929 | E |
| 033 | KANSAS CITY | KSHB | NBC | 11/10/98 | TU | 0530A | 5,695 | E |
| 035 | GREENVLL-SPART-ASHEVLL-AN | WSPA | CBS | 11/12/98 | TH | 1100P | 82,430 | V |
| 036 | SALT LAKE CITY | KTVX | ABC | 11/10/98 | TU | 0630P | 108,329 | V |
| 036 | SALT LAKE CITY | KTVX | ABC | 11/10/98 | TU | 0730P | 135,896 | V |
| 036 | SALT LAKE CITY | KTVX | ABC | 11/10/98 | TU | 0900P | 150,240 | V |
| 037 | SAN ANTONIO | KENS | CBS | 11/10/98 | TU | 0730A | 49,425 | V |
| 037 | SAN ANTONIO | KENS | CBS | 11/11/98 | WE | 1200N | 74,272 | V |
| 043 | MEMPHIS | WREG | CBS | 11/11/98 | WE | 1200N | 87,921 | V |
| 044 | WEST PALM BEACH-FT. PIERC | WPEC | CBS | 11/11/98 | WE | 0600A | 48,855 | V |
| 048 | LOUISVILLE | WLKY | CBS | 11/11/98 | WE | 1200N | 39,511 | V |
| 050 | PROVIDENCE-NEW BEDFORD | WPRI | CBS | 11/11/98 | WE | 0630A | 20,538 | V |
| 052 | JACKSONVILLE, BRUNSWICK | WJXT | CBS | 11/11/98 | WE | 0500P | 98,309 | V |
| 054 | DAYTON | WHIO | CBS | 11/11/98 | WE | 1200N | 97,701 | V |
| 065 | WICHITA-HUTCHINSON PLUS | KBSD | CBS | 11/11/98 | WE | 0500P | 13,797 | V |
| 065 | WICHITA-HUTCHINSON PLUS | KBSD | CBS | 11/11/98 | WE | 0630A | 1,492 | V |
| 065 | WICHITA-HUTCHINSON PLUS | KBSH | CBS | 11/11/98 | WE | 0630A | 1,492 | V |
| 065 | WICHITA-HUTCHINSON PLUS | KBSL | CBS | 11/11/98 | WE | 0630A | 1,492 | V |
| 065 | WICHITA-HUTCHINSON PLUS | KWCH | CBS | 11/11/98 | WE | 0500P | 53,386 | V |
| 065 | WICHITA-HUTCHINSON PLUS | KWCH | CBS | 11/11/98 | WE | 0630A | 14,685 | V |
| 067 | LEXINGTON | WKYT | CBS | 11/11/98 | WE | 0500P | 54,059 | V |
| 067 | LEXINGTON | WTVQ | ABC | 11/10/98 | TU | 1100P | 22,194 | V |
| 067 | LEXINGTON | WTVQ | ABC | 11/10/98 | TU | 1030P | 46,304 | V |
| 067 | LEXINGTON | WYMT | CBS | 11/11/98 | WE | 0500P | 15,819 | V |
| 068 | ROANOKE-LYNCHBURG | WDBJ | CBS | 11/11/98 | WE | 0600A | 27,333 | V |
| 073 | OMAHA | KMTV | CBS | 11/11/98 | WE | 1130A | 28,500 | V |

Total audience estimate includes both in-home and out-of-home viewers. Audience quarterly hour estimates based on A.C. Nielsen's figures as of 2/1/98

e = Sat & Sun actual estimate
v = Mon - Fri average estimate
c = DWJ estimate

11/13/98

Page 1

MRK-AKU0060816

## Vioxx - VNR

| Market | | Station | Net | Airdate | Day | Half Hour | Aud | AudSrc |
|---|---|---|---|---|---|---|---|---|
| 073 | OMAHA | KMTV | CBS | 11/11/98 | WE | 1200N | 28,648 | V |
| 075 | SHREVEPORT | KSLA | CBS | 11/11/98 | WE | 1200N | 79,754 | V |
| 076 | PADUCAH-C.GIRD-HARBG-MT V | KFVS | CBS | 11/11/98 | WE | 1200N | 63,178 | V |
| 077 | ROCHESTER, NY | WROC | CBS | 11/11/98 | WE | 1200N | 22,412 | V |
| 081 | HUNTSVILLE-DECATUR,FLOR | WHNT | CBS | 11/11/98 | WE | 0600A | 32,547 | V |
| 083 | FT. MYERS-NAPLES | WINK | CBS | 11/11/98 | WE | 0630A | 15,802 | V |
| 087 | CHATTANOOGA | WDEF | CBS | 11/11/98 | WE | 0500P | 15,496 | V |
| 087 | CHATTANOOGA | WDEF | CBS | 11/11/98 | WE | 1200N | 32,572 | V |
| 089 | JACKSON, MS | WJTV | CBS | 11/11/98 | WE | 0630A | 23,894 | V |
| 098 | BATON ROUGE | WAFB | CBS | 11/11/98 | WE | 0530A | 21,022 | E |
| 101 | LINCOLN & HSTNGS-KRNY PLU | KGIN | CBS | 11/11/98 | WE | 0600A | 10,582 | V |
| 101 | LINCOLN & HSTNGS-KRNY PLU | KOLN | CBS | 11/11/98 | WE | 0600A | 10,582 | V |
| 102 | HARLINGEN-WSLCO-BRNSVL-MC | KGBT | CBS | 11/11/98 | WE | 0730A | 18,780 | V |
| 105 | GREENVILLE-N.BERN-WASHNGT | WNCT | CBS | 11/11/98 | WE | 1200N | 46,063 | V |
| 106 | LANSING | WLNS | CBS | 11/11/98 | WE | 0530A | 10,381 | E |
| 109 | SIOUX FALLS(MITCHELL) | KDLO | CBS | 11/11/98 | WE | 0900A | 3,154 | V |
| 109 | SIOUX FALLS(MITCHELL) | KDLO | CBS | 11/11/98 | WE | 1200N | 13,188 | V |
| 109 | SIOUX FALLS(MITCHELL) | KELO | CBS | 11/11/98 | WE | 1200N | 27,680 | V |
| 109 | SIOUX FALLS(MITCHELL) | KELO | CBS | 11/11/98 | WE | 0900A | 9,237 | V |
| 109 | SIOUX FALLS(MITCHELL) | KPLO | CBS | 11/11/98 | WE | 0900A | 3,154 | V |
| 109 | SIOUX FALLS(MITCHELL) | KPLO | CBS | 11/11/98 | WE | 1200N | 13,188 | V |
| 115 | FARGO-VALLEY CITY | KXJB | CBS | 11/11/98 | WE | 0700A | 1,015 | V |
| 118 | TRAVERSE CITY-CADILLAC | WWTV | CBS | 11/11/98 | WE | 0500P | 35,131 | V |
| 118 | TRAVERSE CITY-CADILLAC | WWUP | CBS | 11/11/98 | WE | 0500P | 35,131 | V |
| 119 | MONTEREY-SALINAS | KION | CBS | 11/11/98 | WE | 0600A | 2,024 | V |
| 119 | MONTEREY-SALINAS | KION | CBS | 11/11/98 | WE | 0500P | 5,431 | V |
| 119 | MONTEREY-SALINAS | KION | CBS | 11/11/98 | WE | 0630A | 2,086 | V |
| 123 | LAFAYETTE, LA | KLFY | CBS | 11/11/98 | WE | 0730A | 22,660 | V |
| 128 | COLUMBUS, GA | WRBL | CBS | 11/11/98 | WE | 1200N | 16,314 | V |
| 128 | COLUMBUS, GA | WRBL | CBS | 11/11/98 | WE | 0600A | 7,800 | V |
| 128 | COLUMBUS, GA | WRBL | CBS | 11/11/98 | WE | 0630A | 9,215 | V |
| 129 | LA CROSSE-EAU CLAIRE | WKBT | CBS | 11/11/98 | WE | 0530A | 1,686 | E |
| 132 | CHICO-REDDING | KHSL | CBS | 11/11/98 | WE | 0630A | 5,357 | V |
| 134 | ROCKFORD | WIFR | CBS | 11/11/98 | WE | 0530A | 4,932 | E |
| 136 | WAUSAU-RHINELANDER | WSAW | CBS | 11/11/98 | WE | 0630A | 12,727 | V |
| 137 | BEAUMONT-PORT ARTHUR | KFDM | CBS | 11/11/98 | WE | 0600A | 24,993 | V |
| 140 | TOPEKA | WIBW | CBS | 11/11/98 | WE | 0630A | 3,971 | V |
| 146 | JOPLIN-PITTSBURG | KOAM | CBS | 11/11/98 | WE | 0730A | 13,935 | V |
| 166 | IDAHO FALLS-POCATELLO | KIDK | CBS | 11/11/98 | WE | 0600A | 2,408 | V |
| 170 | MISSOULA | KPAX | CBS | 11/11/98 | WE | 0600A | 1,529 | V |
| 172 | DOTHAN | WTVY | CBS | 11/11/98 | WE | 0600A | 16,686 | V |
| 174 | RAPID CITY | KCLO | CBS | 11/11/98 | WE | 0800A | 1,704 | V |
| 174 | RAPID CITY | KCLO | CBS | 11/11/98 | WE | 1100A | 1,397 | V |
| 196 | CHEYENNE-SCOTTSBLUF | KSTF | CBS | 11/11/98 | WE | 0630A | 1,268 | V |
| 196 | CHEYENNE-SCOTTSBLUF | KTVS | CBS | 11/11/98 | WE | 0630A | 1,268 | V |
| 205 | PRESQUE ISLE | WAGM | CBS | 11/11/98 | WE | 0630A | 3,989 | V |

11/13/98

Page 2

MRK-AKU0060817