UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | SECTION: L |
| : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO ALL CASES:
*******************************************

## NOTICE TO TAKE DEPOSITION OF CHRISTOPHER LINES

PLEASE TAKE NOTICE that in connection with *In re VIOXX Litigation* (MDL 1657), the deposition of Christopher Lines will take place as follows:

**Deponent:** **Christopher Lines**
Date: May 8, 2013
Time: 9:00 a.m.
Location: Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Oral examination will be recorded by ordinary stenographic and videographic means, for the purpose of discovery, or for use as evidence, or for both purposes. The deposition will be taken before a person authorized to administer oaths. You are invited to attend and cross-examine.

Deponent is instructed to have present at the deposition, for inspection and/or copying all documents or materials of whatever nature in Deponent's possession related to Vioxx or Arcoxia.

Deponent is requested to bring the most current copy of Deponent's *curriculum vitae*.

BY: */s/ Eric H. Weinberg*
Eric H. Weinberg
NJ Bar #35006
The Law Firm of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ 08901
Phone: (732) 246-7080
Fax: (732) 246-1981
ehw@erichweinberg.com

Dated:  April 18, 2013

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice to Take Deposition of Christopher Lines has been served upon Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of April, 2013

      BY: */s/ Eric H. Weinberg*
           Eric H. Weinberg