UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                        :    MDL NO. 1657
        PRODUCTS LIABILITY LITIGATION  :    SECTION: L
                                                              :
                                                              :    JUDGE FALLON
                                                              :    MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**   *Cheryl Sample (as administrator for the deceased Michael Wodowski), et al. v. Merck & Co, Inc.*, No. 08-4559

## ORDER

The Court has received Merck's Motion for Appointment of Janis L. Ferguson *Nunc Pro Tunc* Pursuant to Rule 28(a)(1)(B). (Rec. Doc. 64310). Although Merck filed the motion *ex parte*, it has subsequently informed the Court that Plaintiff opposes the motion.

Accordingly, IT IS ORDERED that Merck's motion for appointment will be submitted to the Court on May 9, 2013 at 8:30 a.m. Plaintiff's opposition brief will be due to the Court by Wednesday, May 1, 2013.

IT IS FURTHER ORDERED that the Court will conduct a telephonic hearing on Merck's motion on Thursday, May 9, 2013 at 8:30 a.m. The Court will initiate the call.

New Orleans, Louisiana, this 25th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE