UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : |  |
|  | : | MAG. JUDGE KNOWLES |

**************************************************************************
THIS DOCUMENT RELATES TO: THIRD PARTY PAYOR COMMON BENEFIT FEES

## SCHEDULING PROTOCOL FOR
## THIRD PARTY PAYOR COMMON BENEFIT FEES

TO:    Leonard Davis                                 Ms. Margaret E. Woodward
        Herman, Herman, Katz & Cotlar         Attorney at Law
        820 O'Keefe Avenue                        3701 Canal Street, Suite C
        New Orleans, LA 70113                   New Orleans, LA 70119
        Fax No. (504) 581-4892                   Fax No. (504) 301-4365

        Mr. Robert T. Dassow
        Hovde, Dassow & Deets
        Meridian Tower
        201 W. 103rd Street, Suite 500
        Indianapolis, IN 46290
        Fax No. (317) 818-3111

The following scheduling protocol shall apply:

1. The Fee Allocation Committee and the Objectors, Eric H. Weinberg; and Hovde, Dassow & Deets, The Lanier Law Firm, Ewing, McMillin & Willis and Gary F. Franke Co. (Central States Group), shall jointly file with the Clerk, by Wednesday, May 1, 2013, a listing of all documents to be submitted to the Special Master.

2. A memorandum, not to exceed twenty-five (25) pages, is to be filed with the Clerk by the Fee Allocation Committee, Eric H. Weinberg and the Central States Group no later than 5:00 p.m. on Wednesday, May 15, 2013, with a copy to be sent to the Special Master.

3. A hearing will be held on Thursday, May 23, 2013, at a time and place to be announced. At the hearing, Eric Weinberg will be given four (4) hours to present his position and after completion of the Weinberg presentation, the Central States Group will be given four (4) hours to present their position. After the completion of these presentations, the Fee Allocation Committee will be given four (4) hours to make their presentation.

4. By 5:00 p.m. on Friday, May 17, 2013, the Fee Allocation Committee, Eric H. Weinberg and the Central States Group shall file their list of witnesses they will call at the hearing. At the same time, all parties will provide a copy of their listing to each other and to the Special Master.

Lafayette, Louisiana, this 26th day of April, 2013.

    /s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that, on April 26, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.   I further certify that I faxed the foregoing document and the notice of electronic to the following:

| | |
|---|---|
| Leonard Davis | Ms. Margaret E. Woodward |
| Herman, Herman, Katz & Cotlar | Attorney at Law |
| 820 O'Keefe Avenue | 3701 Canal Street, Suite C |
| New Orleans, LA 70113 | New Orleans, LA 70119 |
| Fax No. (504) 581-4892 | Fax No. (504) 301-4365 |

Mr. Robert T. Dassow
Hovde, Dassow & Deets
Meridian Tower
201 W. 103rd Street, Suite 500
Indianapolis, IN 46290
Fax No. (317) 818-3111

Lafayette, Louisiana, this 26th day of April, 2013.

 /s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com