# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

*******************************************************************************

## ORDER FOR PRODUCTION AND PROTECTIVE ORDER

Pursuant to the Court's November 7, 2012 Order requiring additional discovery from the State of Utah, the Court now enters the following findings and modifies its discovery order as follows:

1.  Utah Medicaid is a covered entity pursuant to the Health Insurance Portability and Accountability Act of 1996. (HIPAA). The Act requires that the confidentiality of "individually identifiable health information" be maintained through what are known as the HIPAA Privacy Rules, set forth at 45 CFR Part 160 and Part 164, Subparts A and E.

2.  The Court finds that a limited production of individually identifiable health information is relevant to this case and will facilitate the resolution of the dispute.

3.  45 CFR 164.512(e) provides an exception to the prohibition against disclosure of individually identifiable health information in a judicial setting. The Court must "expressly authorize" production of individually identifiable health information

through an appropriate protective order. 164.512(e)(1)(v); *U.S. ex rel. Stewart v. The Louisiana Clinic*, 2002 WL 31819130 (E.D. La. 2002), at *4.

4.    The Court finds that both the State and Merck have complied with the HIPAA regulations by seeking an appropriate protective order and the Court has the authority to order disclosure of non-party patient information subject to such a protective order, without conducting a contradictory hearing or having the parties obtain any patient's consent. 45 C.F.R. 164.512(e)(1)(v); 45 C.F.R. 164.512(e)(1)(ii)(B) and (e)(1)(iv).

5.    There is good cause for entry of a protective order and that the order should offer certain protections of the privacy interests of the non-party patients while facilitating appropriate production of individually identifiable health information.

6.    The names, addresses, ages, and gender of all Utah Medicaid recipients who were prescribed and consumed VIOXX [hereinafter, "Utah Medicaid VIOXX Patients"] are relevant to this case.  The Court expressly authorizes the State to produce the names, addresses, ages, and genders of the Utah Medicaid VIOXX Patients.

7.    The Court also finds that data regarding Utah Medicaid recipients who were not prescribed VIOXX, included in Dr. Tolley's data set of Medicaid claims data, from 3/09/1995 to June 30, 2012, as described in the first paragraph of section "2.Overview" of Dr. Tolley's January 18, 2013 report [hereinafter, "the Utah Medicaid non-Vioxx Patients"], is relevant.  The Court expressly authorizes the State to produce all data regarding those Utah Medicaid non-Vioxx Patients, other than the Utah Medicaid non-Vioxx Patients' names and addresses.

Defendant shall not request and shall not be entitled to the names and addresses of Utah Medicaid non-Vioxx patients, with the exception that the State shall provide this information for any Medicaid Patient who will testify or provide evidence at a hearing or trial in this matter.  Merck is entitled to obtain a unique patient identifier for each of the Utah Medicaid non-Vioxx patients and the Court expressly authorizes the State to produce unique patient identifiers for each of the Utah Medicaid non-Vioxx patients.

8. The diagnoses of sickness or injury, whether physical, mental or otherwise, of any Utah Medicaid Vioxx Patient and Utah Medicaid non-VIOXX Patients (hereinafter, collectively, "Utah Medicaid Patients"] is relevant to this case. The Court expressly authorizes the State to produce all records relating to any diagnosis of sickness or injury, whether physical, mental or otherwise, to all Utah Medicaid Patients from March 9, 1995 to June 30, 2012. This authorization includes records not only relating to cardiovascular events and renal failure, but any injury, illness or disorder, whether physical, mental or otherwise.

9. Medical treatment and care of all Utah Medicaid Patients is relevant to this case. The Court expressly authorizes the State to produce all records concerning treatment and care of any Utah Medicaid Patient from March 9, 1995 to June 30, 2012. This authorization includes records not only relating to cardiovascular events and renal failure, but any injury, illness or disorder, whether physical, mental or otherwise.

10. The Court finds that the records of prescriptions made to all Utah Medicaid Patients are relevant to this case. Accordingly, the Court specifically authorizes

the State to produce all records of any prescription given to any Utah Medicaid Patient from March 9, 1995 to June 30, 2012. This production shall include all VIOXX prescriptions as well as every other prescription given to any Utah Medicaid Patient, as well as the date(s) of the individual prescriptions.

11.   The Court finds the amounts of money Utah Medicaid paid for the care of Utah Medicaid Patients is relevant to this case. Accordingly, the Court expressly authorizes the State to produce records reflecting the monies actually paid by Utah Medicaid for all health care and prescriptions of Utah Medicaid Patients, from March 9, 1995 to June 30, 2012.

12.   Attached as Exhibits A and A-1, respectively, to this Protective Order and incorporated by reference is the technical description of the production of individually identifiable information of Utah Medicaid VIOXX Patients with sample pages of produced information, created by the State and provided to the Court. The State has redacted certain identifying information, to wit, the first and last name and full street address of the Utah Medicaid VIOXX Patients, in Exhibit A-1 as this document will become a public record upon the filing of this Order. The Court expressly authorizes production of individually identifiable information consistent with the form set forth in Exhibit A and A-1, except that the State shall include the information redacted at Exhibit A-1, consistent with the terms and provisions of this Protective Order.

13.   The State of Utah also will produce information sufficient to identify the 3,802 individuals from the Utah Medicaid file who did not take Vioxx and who were matched with patients who did take Vioxx, as described in Dr. Tolley's January

18, 2013 report ("Control Match Patients"), including all data (other than names and addresses) associated with those 3,802 individuals. The State of Utah will further prepare a list containing each Vioxx patient and each Control Match Patient to whom each Vioxx patient was matched.

14. The State will produce the information in electronic form using "tab-delimited" format on a password protected CD-ROM disk or other media storage device. The Court will make the disk and the password available to Merck following the signing of this Order and the execution of the accompanying Affidavit(s) under paragraph 17.

15. The terms and provisions of this Protective Order shall not affect any prior protective order of this Court unless this Protective Order clearly conflicts with such prior order, in which case the terms and provisions of this Protective Order shall control.

16. Pursuant to paragraph 32 of Pretrial Order 13C, highly confidential information shall not be disclosed to anyone except as provided herein, and the contents thereof shall not be used for any regulatory, business, commercial or competitive purpose. Any use of Highly Confidential Information other than as permitted herein will be deemed a violation of this Order and may be subject to sanctions or other applicable penalties under the law.

17. The parties may disclose the information and password only for purposes of this litigation to in-house counsel, counsel of record, counsel of record's paralegals, counsel of record's staff, experts, and experts' staff.

18.   All outside experts and their staff to whom such information is disclosed must sign an affidavit that shall be produced to opposing counsel, agreeing to the terms of the protective order that shall submit the affiant to the jurisdiction of the court for enforcement of those terms.

19.   Pursuant to CFR 164.512(e)(1)(v)(A), no person may use the individually identifiable health information produced by the State for any purpose other than the litigation of the above-captioned matter.

20.   Pursuant to CFR 164.512(e)(1)(v)(B), any person in possession of individually identifiable health information shall return all produced information, including all copies, for proper disposal by the State upon the conclusion of the litigation of the above-captioned matter. Counsel for Merck will execute a proper Affidavit attesting to the return of all individually identifiable health information.

21.   Merck or its representatives must provide Utah's counsel with notice in advance of contacting any individual Utah Medicaid recipient.


DATED this _____ day of _____, 2013.



_____
JUDGE ELDON FALLON

**EXHIBIT A**

## Description of Utah Medicaid Vioxx Data

**Overview of Data**

The data from Utah Medicaid provides the medical history for those persons that took Vioxx. The data represents the requested and ordered diagnosis, treatment and cost information of these persons contained in the Utah Medicaid Data Base.

**Data Detail**

1.    Table: **Recipient List** (Ex. A-1, p. 1) – Names and addresses of persons who took Vioxx including the date of their first Vioxx prescription.

    a.    The person's address is their address at the time of the data pull from Utah Medicaid eligibility files

    b.    The address provided may be different from the address at the time of a person's first taking the drug or receiving medical treatment

    c.    The list of names includes each person's *RecipientID* number, which is their Utah Medicaid recipient identification number.

    d.    All diagnosis and treatment information in medical records for Utah Medicaid recipients includes the *RecipientID* number to link individuals to their medical data.

    e.    To summarize, fields or columns included in the *Recipient List* table are as follows:

        i.    RecipientID

        ii.    RecipientLastName

        iii.    RecipientFirstName

        iv.    FirstVioxxRxDate

        v.    RecipMailingAddressLine1

        vi.    RecipMailingAddressLine2

        vii.    RecipMailingCity

        viii.    RecipMailingState

        ix.    RecipMailingZipCode

2.    Table: **Claims and Encounters** (Ex. A-1, p. 2) – Medical events of persons that took Vioxx

    a.    One record for each claim or encounter visit from the time a person had a Vioxx prescription through 2009

1

b.   Utah Medicaid provides services through either fee-for-service or a managed care contract

   i.   Fee-for-service claims include information submitted on a claim by a medical provider who treated a Medicaid recipient for reimbursement by Utah Medicaid. Additionally, all pharmaceutical claims are provided through fee- for-service.

   ii.   Encounter records are submitted by the organization that contracts with Utah Medicaid to provide medical services to Medicaid eligible persons through a managed care contract Each encounter event represents a claim for treatment by providers under agreement to Medicaid's contractor.

   iii.   Since claims data and encounter data come in different formats, these separate data sources have been merged into a single file with an indication of the data source.

c.   *Each claim or encounter record represents one medical event* such as a doctor's office visit, hospital stay, physical therapy session, or prescription from a pharmacy.

d.   The type of medical event is represented by the "Category of Service" field. See the separate list for individual descriptions found at pages 6 – 7 of Exhibit A-1.

e.   Each claim or encounter record includes a field entitled *TCN* which is Utah Medicaid's "Transaction Control Number". This number represents a unique number for the claim or encounter and is used to link to the claim diagnosis or claim detail information.

f.   Encounter data was not submitted by managed care contractors to Utah Medicaid until late 2002. Early years of encounter data submission had data challenges and may not be complete.

g.   As each treatment event could include multiple claims or encounter submissions for the event to correct errors in submission (incorrect diagnosis, charge amount, recipient information, etc.), only the "final claim" is included. This prevents duplicate records for the same event that would need to he filtered for analysis.

h.   To summarize, fields or columns included in the Claims and Encounters table are as follows:

   i.   **TCN** – Transaction Control Number: Unique number for a claim or encounter used to link to diagnosis or claim detail

   ii.   **ClaimSrc** – Source of record: Fee-For-Service claim (FFS) or encounter record (ENC)

   iii.   **ServiceDate** – Date service was received

   iv.   **PaidDate** – Date claim or encounter was paid by Medicaid or it contractors

   v.   **CategoryOfService** – Classification of type of medical event (see separate list for individual descriptions)

      vi.    **RecipientID** – Utah Medicaid recipient identification number. Used to link to individual person that took Vioxx

      vii.    **TotalClaimCharge** – Total dollar charge submitted with claim or encounter by the provider of the service for the services rendered to a Utah Medicaid recipient.

      viii.    **ReimbursementAmount** – Total dollar amount reimbursed to a provider by Utah Medicaid for a fee-for-service claim or total amount paid by a Medicaid contractor to a provider for treating a Medicaid recipient.

3.    Table: **Diagnosis** (Ex. A-1, p. 3) – Diagnosis of those that took Vioxx

    a.    While a single treatment event is represented by a single claim or encounter record, a person may have multiple diagnoses for each event.

    b.    The diagnosis file includes one record for each diagnosis.

      i.    Each diagnosis record also includes a diagnosis sequence number which represents the order which the claim appeared on a claim or encounter.

      ii.    Diagnosis sequence number 01 is the first diagnosis of a claim; diagnosis sequence number 02 is the second diagnosis of a claim, etc.

      iii.    A single claim or encounter may have multiple diagnosis for the event

      iv.    Not all claims or encounter events have diagnosis records

    c.    Each diagnosis record has a field named TCN (Transaction Control Number) to link to the records in the Claim and Encounter table

      i.    If a person had multiple diagnoses for a medical event, each diagnosis will link to the single medical event (by TCN).

    d.    To summarize, fields or columns included in the **Diagnosis** table are as follows:

      i.    **TCN** – Transaction Control Number to link to Claims and Encounters table

      ii.    **DiagnosisSequence** – Sequence of the diagnosis in the medical event

      iii.    **DiagnosisCode** – ICD9 Diagnosis Code (*International Classification of Diseases, 9th Revision*), While each ICD9 diagnosis code may have up to 5 digits in the format XXX.XX, the layout captured in the Utah Medicaid system has an implied decimal.

          1.    XXXXX = XXX.XX

          2.    XXXX = XXX.X

          3.    XXX = XXX

4.    Table: **Pharmacy Claims Detail** (Ex. A-1. p. 4) – For those records in the *Claims and Encounters* table that are pharmacy events (Category of Service = 30), this table provides pharmacy detail information such as drug, quantity, etc.

    a.    Fields or columns included in the **Pharmacy Claims Detail** table:

        i.    **TCN** – Transaction Control Number to link to *Claims and Encounters* table

        ii.    **ClaimLineNo** – Claim line number. For those pharmacy claims with multiple individual drugs (compounded drugs) a claim may have more than one drug and therefore may have more than one pharmacy detail line. Most (xx%) pharmacy claims only have one drug and therefore have a claim line number value of 01.

        iii.    **NDC** – The 11 digit National Drug Code. Each NDC corresponds to the specific drug approved by the FDA.

        iv.    **DaysSupplied** – Number of days the prescription is for.

        v.    **DrugQuantity** – Number of units included in the prescription. The unit value (pills, teaspoon, etc.) is included in the NDC code.

5.    Table: **Claims Detail** (Ex. A-1. p. 5) – For those records in the *Claims and Encounters* table that have claim 1 encounter detail procedures in the form of CPT codes, HCPCS codes or Revenue codes, as opposed to ICD9 codes found at Table 4, are set forth here. Some (but not all) claims types include claim detail to show treatment details.

    a.    Since procedure codes are tied to services, they describe services for medical treatment but do not indicate results.

    b.    For example, a CPT code for an X-Ray or blood draw means that an X-Ray or blood draw was performed, but does not indicate (b results of either procedure. Since the dataset is claims and encounters data, it represents what happened so that money could be paid by Utah Medicaid for the service. Lab and X-Ray results information are maintained at the provider's location.

    c.    The Utah Medicaid system historically paid based upon either Revenue Code or CPT/HCPCS code and therefore captured claim history for which code was needed for payment.

    d.    To summarize fields or columns included in the **Claims Detail** table are as follows:

        i.    **TCN** – Transaction Control Number to link to *Claims and Encounters* table

        ii.    **ClaimLineNo** – Claim line number, For those claims with multiple procedure codes the line number to distinguish from the other procedure codes.

        iii.    **ProcedureCode** – CPT, HCPCS or Revenue Code

4

iv.   **ProcCodeInd** – Procedure Code Indicator designating which type of code in the ProcedureCode field. The following are the possible values:

1.   CPT – Current Procedure Terminology (CPT) code produced by the *American Medical Association*. This coding system includes 5 numbered digits and was designed to describe treatment, procedures, and services by physicians.

2.   HCPCS – Health Care Procedure Coding System (HCPCS) code maintained by the *Center for Medicare and Medicaid Services (CMS)* at the federal government. This coding system includes 5 digits beginning with an alpha character and was designed to describe treatment, procedures, and services by non-physicians such as physical therapists, transportation services, durable medical equipment, etc.

3.   RevCd – Revenue codes are 4 digit codes maintained by the *American Hospital Association* to describe services from hospital departments / cost centers such as radiology, surgery, pharmacy, room and board, etc.

**EXHIBIT A-1**

**File Name:**        MerckVioxx_01_RecipientList

**Records:**        11,385

**Description of File:**  Distinct list of Utah Medicaid recipients that took Vioxx and their latest known mailing address.

Sample of 20 records

| RecipientID | RecipientLastName | RecipientFirstName | FirstVioxxRxDate | RecipMailingAddressLine1 | RecipMailingAddressLine2 | RecipMailingCity | RecipMailingState | RecipMailingZipCode |
|---|---|---|---|---|---|---|---|---|
| 0804467424 | | | 2003-04-10 | | | OGDEN | UT | 84404 |
| 0700435229 | | | 2004-06-19 | | | OREM | UT | 84097 |
| 0300396151 | | | 2002-05-22 | | | UINTAH | UT | 84405 |
| 0701950674 | | | 2003-06-13 | | | SALT LAKE CTY | UT | 84117 |
| 0900109814 | | | 1999-09-02 | | | CLEARFIELD | UT | 84015 |
| 0200725239 | | | 1999-08-27 | | | BOUNTIFUL | UT | 84010 |
| 0800126045 | | | 2000-07-20 | | | SALT LAKE CTY | UT | 84118 |
| 0606324391 | | | 2002-08-24 | | | ST GEORGE | UT | 84790 |
| 0303960295 | | | 2000-06-02 | | | SALT LAKE CTY | UT | 84104 |
| 0301419368 | | | 2001-04-26 | | | MEADOW | UT | 84644 |
| 0800325498 | | | 2000-03-23 | | | VERNAL | UT | 84078 |
| 0900229879 | | | 2001-07-18 | | | SLC | UT | 84104 |
| 0606435916 | | | 2003-01-03 | | | SLC | UT | 84115 |
| 0404509969 | | | 2000-01-20 | | | LOGAN | UT | 84323 |
| 0900582684 | | | 2003-06-04 | | | GRANSVILLE | UT | 84029 |
| 0600680552 | | | 2002-07-11 | | | STERLING | UT | 84665 |
| 0902711988 | | | 2001-10-15 | | | SALT LAKE CTY | UT | 84117 |
| 0200032144 | | | 2000-08-31 | | | OGDEN | UT | 84404 |
| 0902842837 | | | 2001-03-07 | | | SALT LAKE CTY | UT | 84104 |
| 0801784178 | | | 2000-10-26 | | | SALT LAKE CTY | UT | 84165 |

**File Name:**          MerckVioxx_02_Claims

**Records:**          7,408,702

**Description of File:** All claims (fee-for-service or encounter) for those persons that took Vioxx; One record for each claim. The TCN (or transaction control number) of the claim match to the diagnosis TCN number.

Sample of 20 records

| TCN | ClaimSrc* | ServiceDate | PaidDate | CategoryOfService** | RecipientID*** | TotalClaimCharge | ReimbursementAmount |
|---|---|---|---|---|---|---|---|
| 09177885116880000 | FFS | 2009-06-26 | 2009-06-26 | 30 | 0601294621 | 279.99 | 241.67 |
| 09177885117110000 | FFS | 2009-06-26 | 2009-06-26 | 30 | 0901937214 | 90.49 | 72.31 |
| 09177885117190000 | FFS | 2009-06-26 | 2009-06-26 | 30 | 0600364197 | 214.53 | 17.48 |
| 09177885117370000 | FFS | 2009-06-26 | 2009-06-26 | 30 | 090137214 | 4.00 | 4.00 |
| 09177885117430000 | FFS | 2009-06-26 | 2009-06-26 | 30 | 090137214 | 39.09 | 39.09 |
| 09177885117460000 | FFS | 2009-06-26 | 2009-06-26 | 30 | 090137214 | 65.49 | 65.49 |
| 09177885117510000 | FFS | 2009-06-26 | 2009-06-26 | 30 | 090137214 | 45.79 | 45.79 |
| 09177875000124600 | FFS | 2009-07-31 | 2009-06-26 | 26 | 0600112147 | 20.16 | 20.16 |
| 09177975000124800 | FFS | 2009-07-31 | 2009-06-26 | 26 | 0405440067 | 20.16 | 20.16 |
| 09177975000125000 | FFS | 2009-07-31 | 2009-06-26 | 26 | 0404655728 | 20.16 | 20.16 |
| 151700000012 | Enc | 2005-05-15 | 2005-06-27 | 01 | 0400689520 | 303.86 | 23.50 |
| 151700000016 | Enc | 2005-05-26 | 2005-06-27 | 01 | 0200397827 | 1062.63 | 648.31 |
| 151700000017 | Enc | 2005-05-27 | 2005-06-27 | 01 | 0200397827 | 212.00 | 131.80 |
| 151700001403 | Enc | 2005-06-02 | 2005-06-27 | 01 | 0200397827 | 1927.00 | 262.51 |
| 151700001427 | Enc | 2005-05-29 | 2005-06-27 | 01 | 0702261735 | 993.98 | 0.00 |
| 151700001535 | Enc | 2005-03-15 | 2005-06-27 | 00 | 0702235154 | 180.00 | 9.67 |
| 151700001536 | Enc | 2005-03-15 | 2005-06-27 | 00 | 0600519697 | 180.00 | 0.00 |
| 151700001539 | Enc | 2005-04-29 | 2005-06-27 | 00 | 0600519697 | 65.00 | 10.14 |
| 151700001540 | Enc | 2005-04-29 | 2005-06-27 | 00 | 0902977368 | 65.00 | 0.00 |
| 151700001586 | Enc | 2005-04-25 | 2005-06-27 | 00 | 0600264320 | 201.00 | 0.00 |

**Notes:**
* Claim Source: Fee-For-Service (FFS) or Encounter (Enc)
** Provider Category of Service: See Provider Category of Service descriptions at end of tables.  Encounter claims can only be designated as hospital claims (01) or non-hospital claims (00).
   FFS Claims can have all of the categories listed in the COS table.
*** RecipientID: Matches 11,385 distinct recipients from Table 01 ([MerckVioxx_01_ReicipientList])

**File Name:**          MerckVioxx_03_Diagnosis

**Records:**            4,055,252

**Description of File:** All diagnosis codes for claims for those persons that took Vioxx; One record for each diagnosis; A claim may have more than one diagnosis code per claim; Not all claims have a diagnosis. The TCN (or transaction control number) of the claim match to the diagnosis TCN number.

Sample of 20 records

| TCN* | DiagnosisSequence** | DiagnosisCode |
|------|---------------------|---------------|
| 161650009858 | 01 | 81342 |
| 161650009858 | 02 | E8490 |
| 161650009858 | 03 | E8888 |
| 161650009966 | 01 | 700 |
| 161650009966 | 02 | 7295 |
| 161650029409 | 01 | 3051 |
| 161650029409 | 02 | 460 |
| 161650029409 | 03 | 7862 |
| 161650029409 | 04 | 25000 |
| 161660000519 | 01 | 2410 |
| 161660000519 | 02 | V7612 |
| 161660008941 | 01 | 4011 |
| 161660008941 | 02 | 7821 |
| 161660011687 | 01 | 4019 |
| 161660011687 | 02 | 25002 |
| 161660011687 | 03 | 2720 |
| 161660013992 | 01 | 2865 |
| 161660013992 | 02 | 2810 |
| 161660013992 | 03 | 2720 |
| 161660013992 | 04 | 4011 |

**Notes:**
*The TCN (or transaction control number) is the district number for each claim.
  The claim TCN matches the diagnosis TCN for linking which diagnosis belong to an individual claim.
** The Diagnosis Sequence is the order which the diagnosis appeared on the claim.
    Diagnosis Sequence 01 is the primary diagnosis for the claim.

**File Name:**          MerckVioxx_04_PharmacyClaimDetail

**Records:**             4,055,252

**Description of File:**  All pharmacys claim detail for those persons that took Vioxx; One record for each NDC;
A claim may have more than one NDC code per claim;
The TCN (for transaction control number) of the claim match to the diagnosis TCN number.

Sample of 20 records

| TCN* | ClaimLineNo** | NDC | DaysSupplied | Drug Quantity |
|---|---|---|---|---|
| 03172885013490000 | 01 | 60951060270 | 3 | 20 |
| 03172885013500000 | 01 | 49884077905 | 13 | 40 |
| 03172885013880000 | 01 | 60951060270 | 3 | 20 |
| 03172885014000000 | 01 | 49884077905 | 13 | 40 |
| 03181885140690000 | 01 | 50458030050 | 30 | 30 |
| 03181885140780000 | 01 | 50458030150 | 30 | 30 |
| 03181885140880000 | 01 | 00002445485 | 30 | 60 |
| 03181885140900000 | 01 | 00002445385 | 30 | 30 |
| 03181885202500000 | 01 | 00071080524 | 30 | 90 |
| 03182885000010000 | 01 | 00071042624 | 30 | 30 |
| 03182885000020000 | 01 | 00046086781 | 30 | 30 |
| 03182885000040000 | 01 | 00024542131 | 30 | 30 |
| 03182885000050000 | 01 | 00006011068 | 30 | 30 |
| 03182885000070000 | 01 | 53265028310 | 30 | 60 |
| 03182885000080000 | 01 | 63459020001 | 30 | 30 |
| 03182885000090000 | 01 | 00406035805 | 30 | 18 |
| 03182885000100000 | 01 | 58177021211 | 30 | 30 |
| 03182885000110000 | 01 | 00029321120 | 30 | 30 |
| 03182885000120000 | 01 | 00173013555 | 30 | 60 |
| 03182885000130000 | 01 | 00378505001 | 30 | 30 |

**Notes:**
\* The TCN (or transaction control number) is the distinct number for each claim.
  The claim TCN matches the diagnosis TCN for linking which diagnosis belong to an individual claim.
\*\* The Diagnosis Sequence is the order which the diagnosis appeared on the claim.
   Diagnosis Sequence 01 is the primary diagnosis for the claim.

4

**File Name:**    MerckVioxx_05_ClaimDetail

**Records:**     4,055,252

**Description of File:** All claim detail for those persons that took Vioxx; One record for each procedure code;
A claim may have more than one procedure code per claim; Procedure codes = CPT, HCPCS, or Revenue Code
The TCN (for transaction control number) of the claim match to the diagnosis TCN number.

Sample of 20 records

| TCN* | ClaimLineNo** | ProcedureCode | ProcCodeInd |
|---|---|---|---|
| 00001999100000300 | 01 | 99383 | CPT |
| 00001999200000300 | 01 | 99383 | CPT |
| 00002611916147001 | 01 | 99231 | CPT |
| 00002611916147002 | 01 | 90935 | CPT |
| 00002611916147002 | 02 | 99231 | CPT |
| 00002611916147004 | 01 | 90935 | CPT |
| 00002611916147004 | 02 | 99231 | CPT |
| 00002611916147004 | 03 | 99284 | CPT |
| 00002611916149001 | 01 | 99284 | CPT |
| 00002611916149002 | 01 | 93010 | CPT |
| 00002611916153001 | 01 | 99213 | CPT |
| 00002611916153001 | 02 | J9217 | HCPCS |
| 00002611916153001 | 03 | 96400 | CPT |
| 00002611916155001 | 01 | 99281 | CPT |
| 00002611916157001 | 01 | Z0137 | HCPCS |
| 00002611916158001 | 01 | 99303 | CPT |

| TCN | ClaimLineNo | ProcedureCode | RevenueCd |
|---|---|---|---|
| 00003211000000100 | 01 | | 170 |
| 00003211000000100 | 02 | | 250 |
| 00003211000000100 | 03 | | 270 |
| 00003211000000100 | 04 | | 301 |

**Notes:**
* The TCN (or transaction control number) is the distinct number for each claim.
 The claim TCN matches the Claim Detail TCN for linking which Claims and line belong to an individual claim.
** The Claim Line Number is the line number of the claim.

Category of Service Descriptions

| CategoryOfService | CategoryOfServiceDesc |
|---|---|
| 00 | COS Not Set |
| 01 | Inpatient Hospital Srvcs, General |
| 03 | Inpatient Hospital Srvcs, Mental |
| 05 | Inpatient Hospital Svcs, Mental Yth Ctr |
| 07 | Outpatient Hospital Srvcs, General |
| 08 | ICF/MR1 (LOC 4) |
| 09 | ICF/MR2 (LOC 5) |
| 10 | ICF/MR3 (LOC 6) |
| 12 | USTS IMR-1 Services |
| 13 | USTS IMR-2 Services |
| 14 | USTS IMR-3 Services |
| 15 | Nursing Facility II (NF II) |
| 16 | Nursing Facility III (NF III) |
| 17 | LTC Demo HMO |
| 18 | Intensive Skilled Care |
| 19 | Nursing Facility I (NF I) |
| 20 | Home Health Services |
| 21 | Personal Care |
| 22 | Substance Abuse Treatment Srvcs |
| 23 | Independent Lab and/or X-Ray Srvcs |
| 24 | Ambulatory Surgical Services |
| 25 | Contracted Mental Hlth Srvcs |
| 26 | Mental Health Services |
| 27 | ICF/MR Day Treatment Services |

| | |
|---|---|
| 28 | Rural Health Clinic Services |
| 29 | ESRD Kidney Dialysis Srvcs |
| 30 | Pharmacy |
| 31 | Specialized Wheel Chairs |
| 32 | Medical Supply Services |
| 33 | Occupational Therapy |
| 34 | Weber Macs LTC |
| 36 | Medical Transportation |
| 37 | Specialized Nursing Srvcs |
| 39 | Private Duty Nursing |
| 40 | Well Child Care (EPSDT) Srvcs |
| 41 | Custody Medical |
| 43 | Physician Services |
| 44 | Federally Qualified Health Cntrs |
| 45 | Dental Services |
| 47 | Pediatric/Family Nurse Pract |
| 48 | Psychologist Services |
| 51 | Physical Therapy Services |
| 53 | Speech and Hearing Services |
| 55 | Podiatry Services |
| 56 | Vision Care Services |
| 57 | Optical Supply Services |
| 58 | Osteopathic Services |
| 62 | QMB-Only Services |
| 63 | Home/Comm Waiver Contract Srvcs |
| 66 | Aging Waiver Service |

| | |
|---|---|
| 67 | HMO Uni Home |
| 68 | Targeted Case Mngmnt for AIDS |
| 69 | Chiropractic Services |
| 70 | Targeted Case Mngmnt Srvcs |
| 71 | Perinatal Care Coordination |
| 72 | Group Pre/Postnatal Education |
| 73 | Pre/Postnatal Psychosocial Counsel |
| 74 | Nutritional Assessment Counseling |
| 75 | Pre/Postnatal Home Visits |
| 78 | New Choices Waiver Srvcs |
| 81 | HMO IHC Access |
| 84 | HMO Molina |
| 88 | Skills Development |
| 89 | Early Intervention |
| 92 | Buy Out |
| 93 | Healthy U HMO |
| 98 | HMO Molina Plus |
| C3 | Primary Care Network - 3 |
| C4 | Primary Care Network - 4 |
| CH | CHIP |
| I4 | CHIP - 4 |
| I5 | CHIP - 5 |
| SI | Special Payments |

**Notes:**
Encounter claims can only be designated as hospital claims (01) or non-hospital claims (00).
FFS Claims can have all of the above listed numbers.