UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | |
| | * | MDL No. 1657 |
| This Document Relates to: | * | |
| | * | SECTION L |
| JIM HOOD, ATTORNEY GENERAL *ex rel.*, STATE OF MISSISSIPPI | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| v. | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| MERCK & CO., INC. | * | |
| | * | |
| Civil Action No. 2:05-cv-6755 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

COMES NOW, Plaintiff, Jim Hood, Attorney General of the State of Mississippi, ex rel. the State of Mississippi (the "State" and/or "Plaintiff'), by and through its undersigned counsel of record acting as duly-appointed Special Assistant Attorney General, and pursuant to Fed. R. Civ. Pro. 26 (c), hereby motions this court for a Protective Order. In support thereof, Plaintiff would show unto the Court as follows:

1. On April 1, 2013, Defendant issued a Rule 30 (b) (6) Notice of Deposition to the State. The Notice instructed that the Plaintiff shall identify the person (s) most knowledgeable who will speak on its behalf of each 16 topic areas. The notice invariably seeks the testimony of the State's counsel, and Defendant cannot meet any of the criteria for obtaining such testimony.

2. Furthermore, Defendant's Rule 30 (b) (6) Notice seeks information protected by the attorney work-product privilege, the attorney–client privilege, and deliberative process privilege, and as such, it is objectionable and the requested discovery should not be allowed.

**CONCLUSION**

For the foregoing reasons, this Court should issue a Protective Order concerning the Deposition Notice that was served on the State by Defendant on April 1, 2013.

Respectfully submitted, this the 30th day of April, 2013.

        BY:   /s/ Sheila M. Bossier
               SHEILA M. BOSSIER, (LA Bar No. 19491)
               **Attorney for JIM HOOD, ATTORNEY GENERAL,** *ex rel* **THE STATE OF MISSISSIPPI**

**OF COUNSEL:**

**BOSSIER & ASSOCIATES, PLLC**
P. O. Box 55567
Jackson, MS  39296
Telephone: (601) 352-5450
Facsimile:   (601) 352-5452

Geoffrey Morgan, Esq.
George W. Neville
**OFFICE OF THE ATTORNEY GENERAL**
P. O. Box 220
Jackson, MS  39205
Telephone: (601) 359-3821

Richard A. Freese, Esq.
**FREESE & GOSS, PLLC**
Regions Harbert Center
1901 6th Avenue North
Suite 3120
Birmingham, AL 35203
Telephone: (205) 871-4144
Facsimile:   (205) 871-4104

Shane Langston, Esq.
Rebecca Langston, Esq.
Jessica Murray, Esq.
**LANGSTON & LANGSTON, PLLC**
Post Office Box 23307
Jackson, MS 39225
Telephone: (601) 969-1356
Facsimile: (601) 968-3866

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File and Service Advance this 30th day of April, 2013.

                                            /s/ Sheila M. Bossier
                                            SHEILA M. BOSSIER