**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| | * |
| | * |
| **In re: VIOXX Products Liability Litigation** | * **MDL No. 1657** |
| | * |
| **This Document Relates to:** | * **SECTION L** |
| | * |
| **JIM HOOD, ATTORNEY GENERAL** *ex rel.*, | * **JUDGE ELDON E. FALLON** |
| **STATE OF MISSISSIPPI** | * |
| | * **MAGISTRATE JUDGE** |
| **v.** | * **KNOWLES** |
| | * |
| **MERCK & CO., INC.** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**NOTICE OF SUBMISSION**</u>

PLEASE TAKE NOTICE that the Motion for Protective Order pending in this MDL filed

by the Plaintiff, Jim Hood, Attorney General, *ex rel.* State of Mississippi will be submitted  for

decision before the Honorable Eldon E. Fallon on June 12, 2013 at 9:00 am.

Respectfully submitted, this the 30th day of April, 2013.


BY:     /s/ Sheila M. Bossier
SHEILA M. BOSSIER, (LA Bar No. 19491)
**Attorney for JIM HOOD, ATTORNEY**
**GENERAL,** *ex rel* **THE STATE OF**
**MISSISSIPPI**

**OF COUNSEL:**

**BOSSIER & ASSOCIATES, PLLC**
P. O. Box 55567
Jackson, MS  39296
Telephone: (601) 352-5450
Facsimile:  (601) 352-5452

Geoffrey Morgan, Esq.
George W. Neville
**OFFICE OF THE ATTORNEY GENERAL**
P. O. Box 220
Jackson, MS  39205
Telephone: (601) 359-3821

Richard A. Freese, Esq.
**FREESE & GOSS, PLLC**
Regions Harbert Center
1901 6th Avenue North
Suite 3120
Birmingham, AL 35203
Telephone: (205) 871-4144
Facsimile:   (205) 871-4104

Shane Langston, Esq.
Rebecca Langston, Esq.
Jessica Murray, Esq.
**LANGSTON & LANGSTON, PLLC**
Post Office Box 23307
Jackson, MS 39225
Telephone: (601) 969-1356
Facsimile: (601) 968-3866

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel by U.S.

Mail and upon all parties by electronically uploading the same to LexisNexis File and Service

Advance this 30th  day of April, 2013.


  _/s/ Sheila M. Bossier__
SHEILA M. BOSSIER

2