UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO ALL CASES:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ADJOURNMENT OF DEPOSITION OF CHRISTOPHER LINES

PLEASE TAKE NOTICE that in connection with *In re VIOXX Litigation* (MDL 1657), Defendant Merck Sharp & Dohme Corp. has requested that the deposition of Christopher Lines be adjourned. The deposition was scheduled for May 8, 2013.

BY: /s/ Eric H. Weinberg
Eric H. Weinberg
NJ Bar #35006
The Law Firm of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ 08901
Phone: (732) 246-7080
Fax: (732) 246-1981
ehw@erichweinberg.com

Dated: May 1, 2013

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Adjournment of Deposition of Christopher Lines has been served upon Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of May, 2013

                                      BY: _/s/ Eric H. Weinberg_
                                            Eric H. Weinberg