# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

## NOTICE OF 30(b)(6) DEPOSITION

Pursuant to Rule 30(b)(6), the State of Utah requests the defendant produce for deposition the individual(s) who held the position of National Account Executive for Utah in the years 1999 through September 2004 inclusive. Failing the availability of the National Account Executive, the State of Utah requests that Merck name the person most knowledgeable as to the following subjects:

1. Direct to consumer Vioxx advertisement in the State of Utah;

2. The contents of any direct to consumer advertisements aired or printed in the State of Utah.

3. The estimated number of contacts with individuals in direct to consumer advertisement in the State of Utah.

4. Any written advertisements aimed at Utah doctors that were unique from the national campaigns.

1

    5. Contacts with the Utah Health Department and specifically the Utah Medicaid pharmacists regarding the safety and efficacy of Vioxx.

The deponent will produce and bring the following documents:

1. All written documents, sales brochures, cardio-cards or presentation material actually used in calls upon the Utah Medicaid Department and most particularly the Medicaid pharmacists relating to Vioxx in any manner whatsoever.

2. Any reports of television or radio buys within the state of Utah of direct to consumer Vioxx advertisements. This would include the dates of the buys, the stations who transmitted the advertisements and the Neilson rating or other measurement of market penetration by such advertisements.

The deposition will take place on June 7, 2013, beginning at 9:00 a.m., and continuing thereafter until complete, at The Law Office of Eric Weinberg, 149 Livingston Ave., New Brunswick, NJ, 08901. You are further advised that the deposition will be taken upon oral interrogatories before a certified shorthand reporter and videographer pursuant to and for the purposes permitted by the Federal Rules of Civil Procedure.

DATED this 2nd day of May, 2013.

                                        /S/
                                   Joseph W. Steele
                                   Kenneth D. Lougee
                                   STEELE & BIGGS
                                   5664 South Green Street
                                   Salt Lake City, UT  84123

/S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ 08901


/S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500

**Attorneys for Plaintiff**


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF 30(b)(6) DEPOSITION** has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of May, 2013.


/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123

3