EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| | * | |
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| State of Utah | * | JUDGE ELDON E. FALLON |
| | * | |
| v. | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| Merck Sharp & Dohme Corp. | * | |
| | * | |
| Civil Action No. 2:06-cv-09336 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S THIRD SUPPLEMENTAL ANSWERS TO DEFENDANT'S SECOND SET OF INTERROGATORIES

Plaintiff hereby submits their third supplemental answers to nos. 2 and 5 of Defendant's second set of interrogatories.

**Interrogatory No. 2:** Identify all communications between Merck and any person related to VIOXX that Plaintiff contends is violative of Utah law including date, location, form, content, substance, originator and recipient of each communication.

**Interrogatory No. 5:** For each communication identified in response to Interrogatory number 2, identify the specific statement or omission that you claim renders the communication false or misleading. If identifying an omission, identify the communication or information that you allege Merck should have provided.

**Representation A:**  **Doctors who claim cardiovascular problems with VIOXX are not to be believed.**  *See* **Plaintiff's Supplemental Answers to Defendant's Second Set of Interrogatories, p. 27, attached hereto as Exhibit A.**

**Date of Representation:** January 25, 2001, through February 6, 2001.

**Person Making Representation and/or Omission:** Merck marketing employees.

**Form of Representation:** Email string from Kimberly Chelin, Joseph Torelli, Elizabeth Stetson, Maggie Orozco, and Linda Coppola to other Merck employees, attached hereto as Exhibit B.

**Target of Representation:** Medical doctors.

**Representation in Detail:** The subject of the email string is "Neutralization Plans – Jeff Boone." The emails outline Merck's plan to "neutralize" Dr. Boone as follows:

1. "Continue to try and make contact."

2. "Continue to plant advocates in his audiences. We will need at least on strong advocate planted to refute his message."

3. "In some cases, CME credit is being provided during Dr. Boone's presentation. Work to identify the accrediting organization and to revoke credit due to biased presentation."

**Reasons Why Representation Was False:** Merck made significant efforts to keep the medical profession from hearing alternative views of the safety of VIOXX. The falsity of this representation is further set forth in Plaintiff's First Supplemental Answers, Exhibit A, pp. 27-28.

**Representation B:**  **The cardiovascular results of the VIGOR study were the results of naproxen cardioprotection and not VIOXX causation of cardiovascular events.**

2

Cardiovascular events did not need to be placed in the WARNINGS section of the VIOXX label. *See* Exhibit A, p. 28.

Date of Representation: June 29, 2000, through December 5, 2001.

Person Making Representation and/or Omission:   Merck scientists and Merck marketing; Dennis M. Erb, Ph.D., Senior Directory, Regulatory Affairs; Robert E. Silverman, Ph.D., Senior Director, Regulatory Affairs.

Form of Representation:   Various amendments, supplements, and appendices to the VIOXX New Drug Application, which were submitted by Merck to the FDA.

Target of Representation: The FDA and the medical community in general.

Representation in Detail:

1. "As a selective inhibitor of COX-2, VIOXX does not inhibit platelet function . . . and showed no clinical anti-platelet activity in the VIGOR study relative to naproxen, a known potent inhibitor of platelet function that decreases platelet aggregation and prolongs bleeding time." *See* Exhibit C, Supplemental New Drug Application, p. MRK-00420008038.

2. "The incidence of confirmed acute myocardial infarction was 0.4% in patients treated with VIOXX 50 mg daily and 0.1% in patients treated with naproxen 500 mg twice daily . . . .   This is consistent with the known anti-platelet effects of naproxen." *Id,* p. MRK-00420008100.

3. "It was hypothesized that because of different effects on platelet function, therapy with potent nonselective COX-1/COX-2 inhibitors such as naproxen may result in a lower incidence of serious thrombotic cardiovascular events

3

of Phase II/III osteoarthritis program demonstrated similar incidences of serious cardiovascular events in patients who received rofecoxib or comparator nonselective COX-1/COX-2 inhibitors." *See* Exhibit D, Clinical Study Report, p. MRK-ACD0105640.

4. Table 52 of the Clinical Study Report, submitted to the FDA in June 2000, shows that 101 adverse cardiovascular events occurred in patients taking rofecoxib compared to 46 events in patients on naproxen.

Table 52

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more adverse experience | 378 | (9.3) | 315 | (7.8) |
| Patients with no adverse experience | 3669 | (90.7) | 3714 | (92.2) |
| **Body As A Whole/Site Unspecified** | **51** | **(1.3)** | **35** | **(0.9)** |
| Bacterial Infection | 2 | (0.0) | 3 | (0.1) |
| Bacterial Sepsis | 3 | (0.1) | 2 | (0.0) |
| Chest Pain | 6 | (0.1) | 4 | (0.1) |
| Dehydration | 4 | (0.1) | 2 | (0.0) |
| Fever | 2 | (0.0) | 3 | (0.1) |
| Lower Extremity Edema | 3 | (0.1) | 0 | (0.0) |
| Procedure Complication | 3 | (0.1) | 0 | (0.0) |
| Trauma | 3 | (0.1) | 6 | (0.1) |
| **Cardiovascular System** | **101** | **(2.5)** | **46** | **(1.1)** |
| Acute Myocardial Infarction | 3 | (0.1) | 4 | (0.1) |
| Angina Pectoris | 2 | (0.0) | 6 | (0.1) |
| Atrial Fibrillation | 5 | (0.1) | 4 | (0.1) |
| Cerebrovascular Accident | 13 | (0.3) | 5 | (0.1) |
| Congestive Heart Failure | 12 | (0.3) | 3 | (0.1) |
| Coronary Artery Disease | 2 | (0.0) | 3 | (0.1) |
| Deep Venous Thrombosis | 5 | (0.1) | 1 | (0.0) |
| Hypertension | 9 | (0.2) | 0 | (0.0) |
| Myocardial Infarction | 19 | (0.5) | 5 | (0.1) |
| Transient Ischemic Attack | 2 | (0.0) | 3 | (0.1) |
| Unstable Angina | 7 | (0.2) | 1 | (0.0) |
| **Digestive System** | **48** | **(1.2)** | **97** | **(2.4)** |
| Duodenal Ulcer | 3 | (0.1) | 5 | (0.1) |
| Erosive Gastritis | 3 | (0.1) | 0 | (0.0) |
| Gastric Ulcer | 4 | (0.1) | 13 | (0.3) |

Table 52 (Cont.)

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Digestive System (Cont.) | 48 | (1.2) | 97 | (2.4) |
| Gastritis | 4 | (0.1) | 8 | (0.2) |
| Gastrointestinal Bleeding | 2 | (0.0) | 7 | (0.2) |
| Gastrointestinal Perforation | 3 | (0.1) | 3 | (0.1) |
| Hemorrhagic Duodenal Ulcer | 5 | (0.1) | 8 | (0.2) |
| Hemorrhagic Gastric Ulcer | 2 | (0.0) | 15 | (0.4) |
| Intestinal Diverticulitis | 0 | (0.0) | 3 | (0.1) |
| Lower Gastrointestinal Hemorrhage | 2 | (0.0) | 3 | (0.1) |
| Vomiting | 1 | (0.0) | 4 | (0.1) |
| Endocrine System | 4 | (0.1) | 0 | (0.0) |
| Diabetes Mellitus | 3 | (0.1) | 0 | (0.0) |
| Eyes, Ears, Nose, And Throat | 13 | (0.3) | 4 | (0.1) |
| Hemic And Lymphatic System | 8 | (0.2) | 7 | (0.2) |
| Anemia | 5 | (0.1) | 2 | (0.0) |
| Hepatobiliary System | 11 | (0.3) | 8 | (0.2) |
| Cholecystitis | 4 | (0.1) | 4 | (0.1) |
| Metabolism And Nutrition | 2 | (0.0) | 3 | (0.1) |
| Musculoskeletal System | 83 | (2.1) | 70 | (1.7) |
| Back Pain | 0 | (0.0) | 3 | (0.1) |
| Elbow Fracture | 1 | (0.0) | 3 | (0.1) |
| Femoral Fracture | 3 | (0.1) | 7 | (0.2) |
| Hip Fracture | 10 | (0.2) | 6 | (0.1) |
| Humeral Fracture | 6 | (0.1) | 0 | (0.0) |

Table 52 (Cont.)

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Musculoskeletal System (Cont.)** | **83** | **(2.1)** | **70** | **(1.7)** |
| Intervertebral Disc Displacement | 3 | (0.1) | 2 | (0.0) |
| Joint Infection | 0 | (0.0) | 3 | (0.1) |
| Patellar Fracture | 4 | (0.1) | 1 | (0.0) |
| Rheumatoid Arthritis | 17 | (0.4) | 23 | (0.6) |
| Vertebral Fracture | 1 | (0.0) | 3 | (0.1) |
| **Nervous System** | **14** | **(0.3)** | **7** | **(0.2)** |
| Sciatica | 3 | (0.1) | 0 | (0.0) |
| **Psychiatric Disorder** | **7** | **(0.2)** | **3** | **(0.1)** |
| Depressive Disorder | 3 | (0.1) | 1 | (0.0) |
| **Respiratory System** | **52** | **(1.3)** | **39** | **(1.0)** |
| Bronchitis | 3 | (0.1) | 3 | (0.1) |
| Chronic Obstructive Pulmonary Disease | 3 | (0.1) | 0 | (0.0) |
| Dyspnea | 4 | (0.1) | 0 | (0.0) |
| Interstitial Lung Disease | 3 | (0.1) | 0 | (0.0) |
| Pneumonia | 22 | (0.5) | 25 | (0.6) |
| Respiratory Failure | 1 | (0.0) | 3 | (0.1) |
| **Skin And Skin Appendages** | **32** | **(0.8)** | **20** | **(0.5)** |
| Basal Cell Carcinoma | 17 | (0.4) | 6 | (0.1) |
| Cellulitis | 5 | (0.1) | 6 | (0.1) |
| Erysipelas | 1 | (0.0) | 3 | (0.1) |
| Skin Abscess | 3 | (0.1) | 0 | (0.0) |
| Skin Malignant Neoplasm | 4 | (0.1) | 3 | (0.1) |
| Skin Ulcer | 3 | (0.1) | 0 | (0.0) |

Table 52 (Cont.)

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

|  | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
|  | n | (%) | n | (%) |
| **Urogenital System** | **32** | **(0.8)** | **23** | **(0.6)** |
| Breast Malignant Neoplasm | 6 | (0.1) | 3 | (0.1) |
| Urinary Tract Infection | 5 | (0.1) | 3 | (0.1) |
| Uterine Hemorrhage | 3 | (0.1) | 2 | (0.0) |

Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only
once within a body system. The same patient may appear in different body systems.
Data Source: [4.3; 4.17]

Table 53 provides a listing of those fatal and nonfatal serious adverse experiences
(among all reported fatal and nonfatal serious adverse experience "broader" terms)
that occurred more frequently (defined as 95% CIs that do not overlap zero) in
either the rofecoxib or naproxen groups.

The number of fatal and nonfatal serious adverse experience terms for which the
95% CIs do not overlap zero were approximately balanced between the groups
(1 "favoring" rofecoxib and 5 "favoring" naproxen) (Table 53). Discounting those
serious clinical adverse experiences potentially related to treatment effects (i.e.,
hypertension and hemorrhagic gastric ulcer), the differences in the remaining
serious clinical adverse experiences likely represent chance findings in the face of
multiple statistical comparisons.    Considering the number of comparisons
evaluated, the number of adverse experiences for which the 95% CIs did not
overlap zero were well within the expected range.

Serious adverse experiences of congestive heart failure (0.3 versus 0.1%),
hypertension (0.2 versus 0.0%), and myocardial infarction (0.5 versus 0.1%)
occurred more frequently with rofecoxib compared with naproxen. For the adverse
experiences of acute myocardial infarction and myocardial infarction there were
2 (0.0%) and 4 (0.1%) deaths for rofecoxib and naproxen, respectively. All platelet
associated thrombotic serious adverse experiences, including myocardial infarction,
were adjudicated by independent committees and were analyzed in a combined

Exhibit D, p. MRK-ACD0105670. The report further provided that "[t]he reduction in thrombotic events such as myocardial infarction in the naproxen treatment group is likely the result of the anti-platelet effects of naproxen." *Id,* p. MRK-ACD0105674.

5. "A review of the clinical trials databases for rofecoxib in patients with osteoarthritis and early Alzheimer's disease demonstrated that therapy with rofecoxib is accompanied by rates of cardiovascular events that were comparable to therapy with placebo or nonselective NSAIDs." Further, the reduced incidence of thrombotic events in patients taking naproxen in the VIGOR study was likely the result of the convergence of two features: (1) the use of naproxen, a "potent antiplatelet agent," and (2) the use of rheumatoid arthritis patients, who are at an increased risk of cardiovascular disease. *See* Exhibit E, CV Events Analysis, p. MRK-00420013562.

6. "Ongoing studies in Alzheimer's disease patients and in osteoarthritis patients also reveal no differences in the rates of thrombotic cardiovascular serious adverse experiences in patients receiving rofecoxib versus placebo and naproxen." *Id*, p. MRK-00420013625.

7. "Vascular-protective effects of potent nonselective COX-1/COX-2 inhibitor such as naproxen relative to selective COX-2 inhibitors such as celecoxib and rofecoxib: Nonselective COX-1/COX-2 inhibitors such as naproxen may have cardioprotective effects through COX-1 mediated inhibition of thromboxane synthesis and platelet aggregation. COX-2 selective antagonists do not have antiplatelet effects. As a consequence of this mechanistic difference, a potent COX-1 inhibitor that can produce sustained antiplatelet

8

effects such as naproxen would be expected to reduce the incidence of thrombotic cardiovascular events relative to rofecoxib . . . . The long duration of therapy with naproxen in VIGOR, and the size of the trial may have provided a sufficient sample size and period of observation to demonstrate the cardiovascular-protective effects of naproxen.

In addition, therapy with both marketed COX-2 selective inhibitors (celecoxib, rofecoxib) has been shown to cause moderate reductions in the synthesis of prostacyclin (an inhibitor of platelet aggregation) without inhibiting COX-1 mediated platelet aggregation. The resulting imbalance between pro- and anti-aggregatory stimuli could theoretically have mildly pro-aggregatory platelet effects." Exhibit E, p. MRK-00420013628.

8. In the VIGOR study, the incidence of acute myocardial infarction was 0.5% in patients treated with 50 mg of VIOXX daily and 0.1% in patients treated with 500 mg of naproxen twice daily. This difference is due to naproxen's ability to decrease platelet aggregation. In other controlled clinical trials, the incidence of myocardial infarction was similar between VIOXX, nonselective NSAID comparators, and placebo. *See* Exhibit F, Amendment to Supplemental New Drug Application, p. 12.

9. "The reduction in the risk of developing a thrombotic cardiovascular serious adverse experience in patients treated with naproxen compared to those treated with rofecoxib is consistent with the known anti-platelet effects of naproxen. The similar rates of serious cardiovascular events in all treatment groups in both the Phase III osteoarthritis program . . . and the ongoing

9

Alzheimer's program . . . are consistent with this explanation." *See* Exhibit G, Safety Update Report, p. MRK-00420027882.

10. "As noted in its product circular, naproxen may decrease platelet aggregation and prolong bleeding time. In other controlled clinical trials in which patients were not permitted to use concomitant aspirin or other anti-platelet drugs, the incidence of myocardial infarction was similar between VIOXX, nonselctive NSAID comparators, and placebo." *See* Exhibit H, Amendment to Supplemental New Drug Application, p. MRK-ACD0091221.

11. In its Amendment to Supplemental New Drug Application of December 5, 2001, Merck proposed to delete cardiovascular disease from the "WARNINGS" section and relocate the information to the "PRECAUTIONS" section. *See* Exhibit I Amendment to Supplemental New Drug Application, p. MRK-01420167155—MRK-01420167159.

**Reasons Why Representation Was False:** Merck included the following table in a draft VIOXX label, which was circulated to Merck employees on October 15, 2001, and was intended for submission to the FDA.

Table 5. VIGOR - COMPARISON TO NAPROXEN
SUMMARY OF Cardiovascular SAFETY EVENTS

Table: VIGOR - Investigator's reported serious cardiovascular thrombotic adverse events by category

| | N | Cumulative Rate | Relative risk | CI | p value |
|---|---|---|---|---|---|
| All patients   VIOXX 50 mg | 64 | | | | |
|                Naproxen | 32 | | | | |
| Cardiac | | | | | |
|                VIOXX 50 mg | 36 | | | | |
|                Naproxen | 21 | | | | |
| Cerebrovascular | | | | | |
|                VIOXX 50 mg | 20 | | | | |
|                Naproxen | 9 | | | | |
| Peripheral | | | | | |
|                VIOXX 50 mg | 8 | | | | |
|                Naproxen | 2 | | | | |

RR of vioxx relative to naproxen

10

*See* Exhibit J Email with Attachments from Robert Silverman to Merck Employees, p. MRK-AAX0008567.

The table shows that the cardiac, cerebrovascular, and peripheral events suffered by patients taking VIOXX in the VIGOR study were double the events suffered by patients taking naproxen.

The above representations and/or omissions were also false for the reasons set forth in Exhibit A, pp. 28-31, and in Exhibit K, Plaintiff's Second Supplemental Answers to Defendant's Second Set of Interrogatories, pp. 1-5.

**Representation C:   In the APPROVe Trial, there was no risk of cardiovascular events until after eighteen months of continuous VIOXX use.**

**Date of Representation:**  March 17, 2005.

**Person Making Representation and/or Omission:**  Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Hui Quan, Ph.D., James A. Bolognese, M.Stat., Bettina Oxenius, M.D., Kevin Horgan, M.D., Christopher Lines, Ph.D., Robert Riddell, M.D., Dion Morton, M.D., Angel Lanas, M.D., Marvin Konstam, M.D., and John A. Barton, M.D., for the APPROVe Trial Investigators.

**Form of Representation:**  Article published in the New England Journal of Medicine, dated March 17, 2005.  *See* Bresalier, R.S., Sandler, R.S., et al., Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial, *N Engl J Med* 2005: 352: 1092-1102, attached hereto as Exhibit L.

**Target of Representation:**  Medical professionals and the general public.

11

**Representation in Detail:**  "In a post hoc analysis, the difference between the two groups in the incidence of thrombotic events was evident in the second 18 months of the study, whereas the events rates were similar for the first 18 months." Exhibit L, p. 1097.

**Reasons Why Representation Was False:**  This representation was false because VIOXX caused cardiovascular events in individuals with less than 18 months of continuous use. On July 13, 2006, an article appeared in the New England Journal of Medicine that criticized the structure of the APPROVe trial, particularly because of the short follow-up period of patients who discontinued treatment.  Lagakos, S.W, Time-to-Event Analyses for Long-Term Treatments—The APPROVe Trial, *N Engl J Med* 2006: 355: 113-117.  The article also provided that "[t]he results of the APPROVe trial have been misinterpreted by some to mean that treatment with rofecoxib for less than 18 months poses no excess cardiovascular risk," and it set forth a formula for determining the "plausible range of excess risks associated with a shorter (less than 18 months) course of rofecoxib." *Id.*  According to the article, "one could not conclude from the data that a shorter course of rofecoxib is safe." *Id.*

This representation is further false for the reasons set forth in Exhibit K, Plaintiff's Second Supplemental Answers to Defendant's Second Set of Interrogatories, pp. 5-

DATED this 15th day of March, 2013.

_____/S/_____

Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123

12

_/S/_
_____
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ  08901


_/S/_
_____
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFF'S THIRD SUPPLEMENTAL ANSWERS TO DEFENDANT'S SECOND SET OF INTERROGATORIES TO PLAINTIFFS has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of March, 2013.


_/S/_
_____
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123

**EXHIBIT E**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| | * |
| In re: VIOXX Products Liability Litigation | * MDL No. 1657 |
| | * |
| This Document Relates to: | * SECTION L |
| | * |
| State of Utah | * JUDGE ELDON E. FALLON |
| | * |
| v. | * MAGISTRATE JUDGE |
| | * KNOWLES |
| Merck Sharp & Dohme Corp. | * |
| | * |
| Civil Action No. 2:06-cv-09336 | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S SECOND SUPPLEMENTAL ANSWERS TO DEFENDANT'S SECOND SET OF INTERROGATORIES

The State of Utah supplements its discussion of the general reasons why every communication from Merck lacked veracity. In addition to the FDA questioning the naproxen cardio-protective theory, that theory was openly challenged and published in the *American Heart Journal,* 2003:146: 561-2. Merck concluded that the "effects in Vigor May be influenced by a putative antithrombotic of naproxen." The *Journal* stated "Nevertheless, the findings [the increased cardiovascular events in Vioxx VIGOR patients) leave us uncertain of the cardiovascular effects of the COX-2 inhibitors." *See* Matters of the heart: Assessing the cardiovascular safety of new drugs, *American Heart Journal,* 2003:146: 561-2, attached hereto as Exhibit A.

The *Journal* further stated, "Establishing a drug's safety after observing an adverse signal within an active-controlled study, such as VIGOR depends upon either clarifying the impact of the comparator (compared with placebo) or independent analysis of the impact of the

investigated drug against placebo. Without such evidence, the results of findings such as that in VIGOR cannot be definitively interpreted."

Merck did not heed this warning.

Representation A:  "All though there was significant difference between rofecoxib and placebo groups in overall mortality based upon the total number of deaths in all 3 protocols [the Alzheimer studies—Protocols 078, 091, 126] combined, there were no notable trends in the data."

Date of representation:  December 18, 2001

Person making representation:  Robert E. Silverman

Form of Representation:  Letter from Robert E. Silverman, M.D., Ph.D., Senior Director, Regulatory Affairs, Merck & Co., to Dr. Jonca Bull, M.D., FDA, attached hereto as Exhibit B.

Target of Representation:  Initially the FDA, ultimately the medical profession and the general public including the Utah Medicaid population.

Representation in Detail

1. Merck conducted three studies involving Alzheimer's disorder or early onset dementia. The FDA requested further information as to cardiovascular events in those studies. Dr. Silverman responded to the FDA inquiry. *Id.* In Exhibit A, Dr. Silverman states, "The small numeric differences between rofecoxib and comparators in overall mortality, although statistically significant in one program in favor of rofecoxib and in the other against rofecoxib, are most consistent with chance fluctuations."

2

2. "Although there is a small imbalance in cardiovascular deaths between the 2 groups in the Alzheimer's disease studies, MRL (Merck Research Laboratories) does not agree with the Agency that there is a trend against rofecoxib for cardiovascular mortality (10 vs. 6 events, p=).21). The data presented in the July 2001 SUR demonstrate that there is no cardiovascular event in the Alzheimer's disease program. In fact, if there is any trend in the data on cardiovascular events, it is in favor of rofecoxib over placebo."

### Reasons why representations were false.

1. Merck knew as early as the unblinding of the Vigor study, that there was an imbalance between cardiovascular events for patients on Vioxx as opposed to comparator drug.

2. Merck designed the Alzheimer's studies using the industry standard "Intent to treat." However, the data presented to the FDA discarded all events happening more than 14 days after the discontinuation of the medication. *See* Madigan, et al, attached hereto as Exhibit C. This study was peer reviewed in the *American Heart Journal* Volume 164, Number 2.

3. "The ITT (Intention to Treat) analysis revealed a highly significant tripling or quadrupling of the CVT mortality in patients who had been randomized to receive rofecoxib in these studies." *Id.*

4. The Alzheimer studies reveal that an ITT analyses would have demonstrated that rofecoxib causes a statistically significant increase in cardiovascular deaths and events as early as April 2002. Contrary to Dr. Silverman's statements, confirmed cardiovascular deaths became statistically significant in June 2001. *Id.*

3

5. An independent evaluation of the intention to treat from studies 078 and 091 demonstrates that there were 6 heart disease deaths in the comparator drug arm and 21 heart disease deaths in the Vioxx arm. Total mortality was 57 deaths in the Vioxx arm as compared with 29 deaths in the comparator drug arm of the study. *See* Reporting Mortality Findings in Trials of Rofecoxib for Alzheimer Disease or Cognitive Impairment, *JAMA* April 16, 2008, attached hereto as Exhibit D.

6. When non-Merck scientists conducted a review of the Protocol 078 participants, they observed a one hundred percent increase of cardiovascular events after discontinuation of the study medications. *See* Editor's Correspondence, Research Letters, *Archives of Internal Medicine,* December 13/27, 2010, attached hereto as Exhibit E.

7. Randomized controlled trials of pooled Merck Data as of December 2000, demonstrated a trend towards increased cardiovascular risk as early as December 2000. *See* Pooled Analysis of Rofecoxib Placebo-Controlled Clinical Trial Data, *Archives of Internal Medicine,* November 23, 2009, attached hereto as Exhibit F.

**Representation B:** Studies show that the "incidence of cardiovascular events among patients taking Vioxx was similar to the incidence of cardiovascular events among those taking placebo and those taking non-steroidal anti-inflammatory drugs other than naproxen."

**Persons making representation:** Peter S. Kim and Alise Reicin

**Date of represeentation:** December 30, 2004

**Where representations made:** *See* Rofecoxib, Merck, and the FDA, Letter to the Editor, *New England Journal of Medicine,* attached hereto as Exhibit G.

4

**Target of representation:**  Initially, Merck made the representation to the medical profession and thereafter the national public including Utah.

**Falsity of representation:**  The representation is false because Vioxx causes cardiovascular events at rates greater than placebo and other NSAIDS.

1. Naproxen's theoretical cardio-protective effect "would be unlikely to exceed that of aspirin, at a 25 percent reduction of heart attacks.  Instead, in the VIGOR trial, there was a 500 percent increase in heart attacks."  This makes any "naproxen hypothesis" of cardio protection mathematically indefensible."  *See* Rofecoxib, Merck, and the FDA, Response to Letter to the Editor, *New England Journal of Medicine,* attached hereto as Exhibit H.

**Representation C:**  In the APPROVe Trial, there was risk of cardiovascular events until after eighteen months of continuous use of Vioxx.  Specific Representations:

A. "In a post hac analysis, the difference between the two groups in the incidence of thrombotic events was evident in the second 18 months of the study, whereas the event rates were similar for the first 18 months."  *See* Breasiler, RS, Quan H, et al, Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial, *N Engl J Med* 2005: 352: 1092-1102 at 1097.  John Martin Report Appendix R, page 91 – 101, attached hereto as Exhibit I.

B. "There is a significant increased risk for confirmed thrombotic cardiovascular events with rofecoxib 25 mg daily compared with placebo, beginning only after 18 months of continuous treatment."  3/15/05 APPROVe Trial abbreviated Clinical Study Report, Cardiovascular Safety Report, MRK-18940100731, at 0742 (submitted with

6/06/05 letter from P.Huang to B. Harvey (FDA).  MRK-S0420050996.  *See* John Martin Report Appendix R, page 3-4, attached hereto as Exhibit J.

C. "As previously reported, in the base study, there was an increased relative risk for thrombotic cardiovascular events, such as heart attack and stroke, beginning after 18 months of treatment in the patients taking Vioxx compared to those taking placebo." *See* 5/11/06 Merck press release "Merck Announces Preliminary Analysis of Off-Drug Extension of APPROVe Study," attached hereto as Exhibit K.

**Time Representations were made:**   April 21, 2005;  June 6, 2005; and May 11, 2006.

**Targets of Representations**:  Medical Professionals and the general public; the FDA; and the General Public.

**Person's Making Statements**:  Merck scientists and statisticians; Merck Scientist R. Huang; and Merck Public relations department.

**Falsity of the Statement**: The Statements are false because Vioxx caused cardiovascular events in individuals with less than 18 months continuous use.  The statements were intentionally false because:

A.   Merck statistician Dr. Deborah Ng was tasked in November 2004 to "model" the data from APPROVe.  The intent of this assignment was to present additional evidence that Merck did not know of the presence of cardiovascular events until APPROVe was unblended.  The data was modeled using a SAS computer-modeling program.  *See* John Martin Report, Appendix R, pages 119-124, at pages 119-120, attached hereto as Exhibit L.  She summarized her results in a memorandum dated, January 27, 2005.  She prepared several models but

6

settled on a Cox proportional hazards model using a single covariate of treatment time. *Id* pages 121-122, attached hereto as Exhibit M. Mr. Martin represents that this chart "shows the hazard ratio plot resulting from that model for the confirmed thrombotic endpoints in the APPROVe trial. Mr. Martin reproduces Dr. Ng's model on page 122 of the Martin Report. It is reproduced below.

Figure 7

Estimated Relative Risk With 95% Confidence Interval for Confirmed Thrombotic Events in APPROVe Trial – Cox Proportional Hazards Model With Treatment"Time As the Factor"[9]



The two straight Horizontal dotted lines on the chart indicate the points along the vertical axis where the risk of Vioxx is equal to that of placebo (at 1) and twice that of placebo (at 2.) *Id* page 123 at 280. The solid line represents the relative risk of experiencing a thrombotic event associated with Vioxx relative to placebo at each point in time shown on the horizontal access. The two curved lines represent the upper and lower bound of the 95% confidence interval for the relative risk. *Id* page 123.

7

Looking solely at the lower confidence boundary, we find that the risk of cardiovascular events exceeded the risk of placebo no later than 200 days (6.6 months). It has clearly separated at 300 days (less than 10 months).

In sum, Merck's statistician concluded that the best explanation was Figure 7. This was included in her report to the company of January 27, 2005. However, Merck preferred to use statistics based upon the flawed assumption that Vioxx cardiovascular risk did not change over time. Those statisticians, Merck management and Merck scientists writing for the NEJM did not consider her work as relevant to the risks of taking Vioxx for less than 18 continuous months of treatment. *Id* page 124.

B.      Merck ignored its own expert on the issue of risk before 18 months of continuous treatment. Merck hired Dr. Scott Zeger, chairperson of the Department of Biostatistics at Johns Hopkins University to review Dr. Ng's work. Dr. Zeger communicated in a January 1, 2005 email to Merck officials. His conclusions include:

2. There is reasonably compelling evidence that the relative risk is not constant over time.

5. Avoid attempting to conclude that the data prove there is no elevated risk until 18 months. The confidence intervals can not (sic) rule out 1.5-2.0 as early as 6 months. *See* Martin Report Appendix R, page 135, attached hereto as Exhibit M.

Merck had Dr. Ng's work and Dr. Zeger's comments prior to making the statements complained of above.

8

**Representation C:**  Merck's Data Shows no ill effects until after 18 months of exposure to the drug.

**Where Made:**  *NEJM* April 2005. *See* Exhibit I.

**Target Audience**:  Medical Doctors and the public.

**Representation made by**:  Merck scientists

**Falsity:**  Merck used an inappropriate statistical measurement.  Merck presumed "that the hazards ratio for the events at issue is constant over time, such that, for example, the risk of experiencing a cardiovascular event on Vioxx relative to the risk of experiencing a cardio-vascular event on placebo at any given point in time is roughly the same throughout the trial." Martin Report, pages 30-31. This erroneous statistical measurement relating to the calculation of relative risk was submitted to the FDA on June 6, 2005. The erroneous statistics formed the basis for the March 2005 *NEJM* article.

Merck claims that the statistical error was not discovered until May 2006. *See* Martin Appendix R, pages 127-128, attached hereto as Exhibit N.

"To check the analysis that had been performed, Mr. [Thomas] Cook (a Merck statistician) wrote his own programs for analyzing the data, ran his programs on the data, and compared his results to the preliminary results that had been obtained in early May 2006. When Mr. Cook performed the test of the proportionality of hazards on the combine on-and-off drug data from the APPROVe Trial, he noticed the result he obtained differed from the one that had been obtained in the preliminary analysis. This led Mr. Cook to the discovery that the program he had written and the program that had been used for the preliminary analysis used different methods for testing the proportionality of the hazards: while Mr. Cook's program used the Logarithm of Time Test, the program that his MRL colleagues had used for the preliminary May 11, 2006 analysis used the Linear Time Test. *Id.*

Upon follow up, it was determined that the same statistical error had been presented to the FDA on June 6, 2005 and was included in the March 2005 *NEJM* article.

On May 30, 2006, Merck issued a press release. *See* Exhibit O attached hereto. Merck confessed to the inappropriate statistical method. However, "Merck believes that this correction

does not change the results of the APPROVe study, in which an increased relative risk for confirmed thrombotic cardiovascular events for VIOXX compared to placebo was observed beginning after 18 months of continuous daily treatment."

The *NEJM* received letters critical of the statistical approach used by Merck.  After much correspondence between the critical doctors, the Journal and Merck (Martin 195-231), the journal published a correction in the June 2006 edition. *See* Correction attached hereto as Exhibit P.  That correction removed references to the former language.  "The increased relative risk became apparent after 18 months of treatment, during the first 18 months; the event rates were similar in the two groups."  The journal deleted this statement in its entirety.

This *NEJM* statement that relative risk of cardiovascular events in the Vioxx and placebo arms of the study during the first 18 months was, of course false, because Dr. Ng had noted and Dr. Zener confirmed that the relative risk occurred as early as six months into the treatment.

DATED this 28th day of February, 2013.

/S/
_____
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123

/S/
_____
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ  08901

_/S/_____

Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFF'S SECOND

SUPPLEMENTAL ANSWERS TO DEFENDANT'S SECOND SET OF INTERROGATORIES

TO PLAINTIFFS has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann

Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by

electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-

Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of

the United States District Court for the Eastern District of Louisiana by using the CM/ECF

system which will send a Notice of Electronic Filing in accord with the procedures established in

MDL 1657 on this 28th day of February, 2013.

_/S/_____

Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123

11

**EXHIBIT F**

 **MERCK**

News Release

| Media Contacts: | Jan Weiner<br>215/652-6462 | Investor Contact: | Laura Jordan<br>908/423-5185 |
| --- | --- | --- | --- |
| | Mary Elizabeth Basaman<br>215/652-5244 | | |

### Vioxx® significantly reduced the risk of serious gastrointestinal side effects by more than half compared to naproxen in a new study

In a study of more than 8,000 patients, Vioxx significantly reduced the risk of serious gastrointestinal side effects such as ulcers and bleeding, achieving all endpoints of study

SAN DIEGO, May 24, 2000 -- Vioxx® (rofecoxib), the osteoarthritis and acute pain medicine developed and marketed by Merck & Co., Inc., significantly reduced the risk of serious gastrointestinal side effects by 54 percent compared to the non-steroidal anti-inflammatory drug (NSAID) naproxen, researchers reported today at Digestive Disease Week, the nation's largest annual meeting of gastrointestinal (GI) specialists. Vioxx is the first medicine that selectively inhibits COX-2 to achieve its pre-specified primary and all other secondary endpoints in a GI outcomes study.

The worldwide study, called VIGOR (Vioxx Gastrointestinal Outcomes Research), compared Vioxx 50 mg once daily (n=4,047), which is two-to-four times higher than the daily dose for chronic use in osteoarthritis patients (Vioxx 12.5 mg – 25 mg), to prescription-strength naproxen (500 mg twice daily; n=4,029) in patients with rheumatoid arthritis. Vioxx is not approved for the treatment of rheumatoid arthritis. Most patients remained in the study for more than nine months; some patients participated for as long as 13 months. The study assessed the incidence of serious GI events.

The results of this 13-month study are:

- Primary endpoint: Vioxx reduced the risk of symptomatic ulcers and complicated GI events (ulcers, perforations, obstructions and bleeding in the upper GI tract) by 54 percent (p< 0.001), compared to naproxen. The rate of these events was 4.5 percent per year among patients taking naproxen, compared to 2.1 percent per year among patients taking Vioxx.[1]

- Secondary endpoint: Vioxx reduced the risk of complicated GI events (perforations, obstructions and bleeding in the upper GI tract) by 57 percent (p=0.005), compared to naproxen. The rate of these events was 1.4 percent per year among patients taking naproxen, compared to 0.6 percent per year among patients taking Vioxx.[2]

- more -

Vioxx® is the Merck registered trademark for rofecoxib.



EXHIBIT<br>Weiner-18<br>DEBRA J. WEAVER<br>8-10-05

MCKines<br>EXHIBIT NO. 2<br>8-4-05<br>L. GOLKOW

MRK-PRL0000124

In this study, Vioxx also reduced bleeding from the GI tract by 62 percent (p<0.001). Among patients taking naproxen, the rate of bleeding was 3.0 percent per year compared to 1.2 percent per year among patients taking Vioxx.[3]  In addition, fewer patients taking Vioxx stopped taking their medicine because of GI side effects, such as abdominal pain, compared to naproxen, with 5.3 percent of patients on naproxen discontinuing for these side effects, compared to 3.7 percent of patients taking Vioxx.

"In this 8,000-patient study, Vioxx significantly decreased the chance of getting these potentially dangerous gastrointestinal problems, such as ulcers or ulcer bleeding," said Loren Laine, M.D., professor of medicine, University of Southern California and co-chair of the study steering committee. "The risk was reduced by over half compared to the NSAID naproxen, and Vioxx also reduced the risk of GI damage on all measures studied, regardless of patients' risk factors."

Reductions in risk by Vioxx for GI damage were seen early and lasted throughout study

Dr. Laine said that the significant reductions in risk for serious GI side effects in this study with Vioxx were seen at four weeks and were maintained throughout the entire duration of the study. He also noted that the reduction in GI events was seen in all patient groups in the study, including patients considered to be at higher risk because of individual risk factors such as age, prior history of a GI side effect, use of steroids and *H. pylori* presence. No individual risk factor predicted which patients would have a serious GI side effect.

The average age of patients was 58, more than half of the patients were taking chronic steroids and 46 percent had a history of cardiovascular disease.

While VIGOR was primarily a GI safety study, patients and physicians were also asked to evaluate the effect of therapy on the symptoms of rheumatoid arthritis. Both Vioxx and naproxen reduced the severity of rheumatoid arthritis to the same degree on all measures evaluated in the study. Efficacy studies of Vioxx for rheumatoid arthritis are ongoing. Merck plans to submit the data from this GI safety study to the U.S. Food and Drug Administration (FDA) in the next few months.

Study Rationale

This new GI outcomes study with Vioxx was conducted to assess whether Vioxx reduced the risk of experiencing the serious GI problems that can be associated with non-selective NSAIDs. These serious GI side effects of NSAIDs are associated with more than 100,000 hospitalizations and more than 16,500 deaths each year in the U.S. and often occur without any warning signs.[4]

Study demonstrated overall safety, tolerability of Vioxx

Overall, Vioxx was well tolerated in this study. The most common reasons for discontinuation from the study were dyspepsia, abdominal pain, upper abdominal pain, nausea and

- more -

MRK-PRL0000125

- 3 -

heartburn. There were significantly fewer discontinuations for these side effects among patients taking Vioxx.

In VIGOR, there was no difference in cardiovascular mortality and the incidence of strokes between the groups treated with Vioxx or naproxen. As previously reported, significantly fewer heart attacks were seen in patients taking naproxen (0.1 percent) compared to the group taking Vioxx (0.4 percent) in this study.[5]

The reduction in heart attacks is consistent with naproxen's ability to block platelet aggregation by inhibiting COX-1. This effect on platelet aggregation is similar to low-dose aspirin, which is used to prevent second cardiac events in patients with a history of heart attack, stroke or other cardiac events. Patients taking low-dose aspirin did not participate in VIGOR although 4 percent of patients enrolled in the study did meet the criteria for use of aspirin to prevent second cardiac events. Among the 96 percent of patients in VIGOR who were not candidates for low-dose aspirin for such cardioprotection, there was no significant difference in heart-attack rates -- 0.1 percent among patients taking naproxen and 0.2 percent among patients taking Vioxx.

In the completed osteoarthritis trials that compared Vioxx to other NSAIDs such as ibuprofen and diclofenac, which are less potent inhibitors of platelet aggregation than naproxen and aspirin, there was no difference in the incidence of cardiovascular events. In addition, in the ongoing clinical trials with Vioxx, as well as post-marketing experience with Vioxx, there is no difference in the incidence of cardiovascular events, such as heart attack, among patients taking Vioxx, placebo or other NSAIDs.

Vioxx does not block platelet aggregation and should not be used as a substitute for aspirin to prevent cardiac events. Vioxx does not interfere with the ability of low-dose aspirin to block platelet aggregation. Administration of low-dose aspirin with Vioxx may result in an increased rate of GI ulcers or other complications compared to use of Vioxx alone.

How Vioxx works

In his presentation, Dr. Laine said that researchers believe that non-selective NSAIDs inhibit two related enzymes: COX-1, the enzyme that helps maintain the stomach lining, and COX-2, the enzyme that triggers pain and inflammation. The analgesic and anti-inflammatory effects of NSAIDs are believed to be caused by the inhibition of COX-2, while the GI side effects of NSAIDs -- which range from upset stomach to ulcers and internal bleeding -- are attributed to the inhibition of COX-1.

At therapeutic doses, Vioxx selectively inhibits COX-2 without inhibiting COX-1. Naproxen is a widely used NSAID that inhibits both COX-1 and COX-2.

- more -

MRK-PRL0000126

- 4 -

Important information about Vioxx

Vioxx is approved in the United States for the relief of the signs and symptoms of osteoarthritis, management of acute pain in adults and treatment of menstrual pain. The recommended dose of Vioxx for the treatment of osteoarthritis is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily, the maximum recommended dose for osteoarthritis.

Serious stomach problems, such as bleeding, can occur without warning symptoms. Physicians and patients should remain alert for signs and symptoms of gastrointestinal bleeding.

Common side effects reported in other clinical trials with Vioxx were upper-respiratory infection, diarrhea, nausea and high blood pressure. People who have had an allergic reaction to Vioxx, aspirin or other NSAIDs should not take Vioxx. Safety and effectiveness in children below the age of 18 have not been studied.

Merck & Co., Inc. is a global, research-driven pharmaceutical company that discovers, develops, manufactures and markets a broad range of human and animal health products, directly and through its joint ventures, and provides pharmaceutical benefit services through Merck-Medco Managed Care.

# # #

Full prescribing information for Vioxx® is attached and is also available by calling 1-800-753-0352, ext. 726.

---

[1] Because patients participated in the study for varying lengths of time, these rates reflect events per 100 patient years.

[2] See note 1 above.

[3] See note 1 above.

[4] Singh, G, Recent considerations in NSAID gastropathy, American Journal of Medicine. July 1998.

[5] On the basis of preliminary analyses, Merck previously reported that significantly fewer heart attacks were observed in patients taking naproxen (0.1 percent) compared to patients taking Vioxx (0.5 percent). Final adjudication of all events in the study has now been completed. Final results show that the rate among Vioxx patients was 0.4 percent.

MRK-PRL0000127