**EXHIBIT G - 1**

Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs

Merck & Co., Inc.
P.O. Box 4
West Point PA 19486
Tel 610 397 2944
      215 652 5000
Fax 610 397 2516

January 8, 2001

Jonca Bull, M.D., Acting Director
Division of Anti-Inflammatory, Analgesic
  and Ophthalmologic Drug Products
HFD-550, Room N314
Office of Drug Evaluation V  (CDER)
Food and Drug Administration
9201 Corporate Blvd.
Rockville, MD  20850


**MERCK**
Research Laboratories

Serial No. _847_

Dear Dr. Bull:

### IND 46,894:  VIOXX™ (rofecoxib)

### INFORMATION AMENDMENT - CLINICAL

Merck Research Laboratories, a Division of Merck & Co., Inc., is submitting the following information as an amendment to the subject Investigational New Drug Application:

- Interim Cardiovascular Meta-Analysis

Information from this report will be presented at the Arthritis Advisory Committee meeting on February 8, 2001.

We consider the information included in this submission to be a confidential matter, and request that the Food and Drug Administration not make its content, nor any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

Questions concerning this submission should be directed to Robert E. Silverman, M.D., Ph.D. (610-397-2944) or, in my absence, to Bonnie J. Goldmann, M.D. (610-397-2383).

Sincerely,

Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs

Attachments

Federal Express

Desk Copy:          Ms. Sandra Folkendt, HFD-550, Room N-322

Q:\howley\christa\46894\IA-C\Interim Cardio MA.doc

**EXHIBIT**
Weiner-32
DEBRA J. WEAVER
8-11-05

Sco Laick
**EXHIBIT NO** 20
L. GOLKOW  5-17-05

Confidential - Subject To Protective Order

MRK-NJ0267715

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION
**INVESTIGATIONAL NEW DRUG APPLICATION (IND)**
*(TITLE 21, CODE OF FEDERAL REGULATIONS (CFR) PART 312)*

Form Approved: OMB No. 0910-0014.
Expiration Date: September 30, 2002
*See OMB Statement on Reverse.*

NOTE: No drug may be shipped or clinical
investigation begun until an IND for that investigation
is in effect (21 CFR 312.40).

1. NAME OF SPONSOR
...ck & Co., Inc.

2. DATE OF SUBMISSION
1-8-01

3. ADDRESS (Number, Street, City, State and Zip Code)
Sumneytown Pike
P.O. Box 4, BLA-20
West Point, PA   19486

4. TELEPHONE NUMBER
(Include Area Code)
(610) 397-2944

5. NAME(S) OF DRUG (Include all available names; Trade, Generic, Chemical, Code)
VIOXX™ (Rofecoxib), L-748731, MK-0966

6. IND NUMBER (If previously assigned)
46,894

7. INDICATION(S) (Covered by this submission)
Treatment of osteoarthritis, rheumatoid arthritis, acute pain, primary dysmenorrhea

8. PHASE(S) OF CLINICAL INVESTIGATION TO BE CONDUCTED:    ☐ PHASE 1    ☐ PHASE 2    ☐ PHASE 3    ☐ OTHER
(Specify)

9. LIST NUMBERS OF ALL INVESTIGATIONAL NEW DRUG APPLICATIONS (21 CFR Part 312), NEW DRUG OR ANTIBIOTIC APPLICATIONS (21 CFR Part 314), DRUG MASTER FILES (21 CFR Part 314.420), AND PRODUCT LICENSE APPLICATIONS (21 CFR Part 601) REFERRED TO IN THIS APPLICATION.

10. IND submission should be consecutively numbered. The initial IND should be numbered "Serial number: 000." The next submission (e.g., amendment, report, or correspondence) should be numbered "Serial Number: 001." Subsequent submissions should be numbered consecutively in the order in which they are submitted.

SERIAL NUMBER
047

THIS SUBMISSION CONTAINS THE FOLLOWING: (Check all that apply)
☐ INITIAL INVESTIGATIONAL NEW DRUG APPLICATION (IND)          ☐ RESPONSE TO CLINICAL HOLD

PROTOCOL AMENDMENT(S):
☐ NEW PROTOCOL
☐ CHANGE IN PROTOCOL
☐ NEW INVESTIGATOR

INFORMATION AMENDMENT(S):
☐ CHEMISTRY/MICROBIOLOGY
☐ PHARMACOLOGY/TOXICOLOGY
☒ CLINICAL

IND SAFETY REPORT(S):
☐ INITIAL WRITTEN REPORT
☐ FOLLOW-UP TO A WRITTEN REPORT

☐ RESPONSE TO FDA REQUEST FOR INFORMATION          ☐ ANNUAL REPORT          ☐ GENERAL CORRESPONDENCE

☐ REQUEST FOR REINSTATEMENT OF IND THAT IS WITHDRAWN,          ☐ OTHER
INACTIVATED, TERMINATED OR DISCONTINUED                                    (Specify)

**CHECK ONLY IF APPLICABLE**
JUSTIFICATION STATEMENT MUST BE SUBMITTED WITH APPLICATION FOR ANY CHECKED BELOW. REFER TO THE CITED CFR SECTION FOR FURTHER INFORMATION.
☐ TREATMENT IND 21 CFR 312.35 (b)          ☐ TREATMENT PROTOCOL 21 CFR 312.35 (a)          ☐ CHARGE REQUEST/NOTIFICATION 21 CFR 312.7(d)

**FOR FDA USE ONLY**

| CDR/DBIND/DGD RECEIPT STAMP | DDR RECEIPT STAMP | DIVISION ASSIGNMENT: |
|---|---|---|
| | | IND NUMBER ASSIGNED: |

FORM FDA 1571 (10/99)          PREVIOUS EDITION IS OBSOLETE.          Page 1 of 2

...fidential – Subject To Protective Order                    MRK-NJ0267716

**Interim Cardiovascular Meta-Analysis**

1

Confidential - Subject To Protective Order

MRK-NJ0267717

EXECUTIVE SUMMARY ....................................................................................... 3
I. INTRODUCTION ............................................................................................... 3
II. STUDIES AND ENDPOINTS EVALUATED .................................................. 6
III. STATISTICAL METHODS ............................................................................ 10
IV.  RESULTS ......................................................................................................... 12
    A.  Summary ..................................................................................................... 12
    B.  Results – APTC Endpoint .......................................................................... 15
        Rofecoxib versus Naproxen ..................................................................... 15
        Rofecoxib versus Nonselective NSAIDs (other than Naproxen).............. 20
        Comparison of Trials with Naproxen vs. Trials with Other Nonselective NSAIDs. 24
        Rofecoxib versus Placebo ........................................................................ 24
        Rofecoxib versus Nonselective NSAIDs (Other than Naproxen) or Placebo............ 29
        Rofecoxib versus Any Nonselective NSAID/Placebo ............................... 34
V.  DISCUSSION ................................................................................................... 38
VI.  CONCLUSIONS............................................................................................... 39
References ................................................................................................................ 40
Appendix 1.1 ........................................................................................................... 42
Appendix 1.2 ........................................................................................................... 43
Appendix 1.3 ........................................................................................................... 44
Appendix 1.4 ........................................................................................................... 48
Appendix 1.5 ........................................................................................................... 50
Appendix 1.6 ........................................................................................................... 54

Confidential – Subject To Protective Order

MRK-NJ0267718

## EXECUTIVE SUMMARY

The purpose of this report is to describe the results of a meta-analysis including all Phase IIb to Phase V clinical trials of rofecoxib. This meta-analysis focuses on the relative risk of cardiovascular thrombotic serious adverse experiences in patients taking rofecoxib as compared to placebo, naproxen, and other non-naproxen, nonselective NSAIDs. As will be demonstrated, the data in their entirety support the conclusion that the risk of such events is similar in patients taking rofecoxib as in those taking placebo or nonselective NSAIDs other than naproxen.

## I. INTRODUCTION

NSAIDs produce their effects by inhibiting the cyclooxygenase (COX) enzymes [1]. There are two known COX isoforms [2,3] with distinct patterns of expression. COX-1 is expressed constitutively in many tissues; it is the only isoform expressed in platelets and is the isoform constitutively expressed in the mucosa of the gastrointestinal (GI) tract [4,5]. COX-2 is the inducible isoform; it is induced to high level expression by proliferative or pro-inflammatory stimuli [2,4,6,7] and is expressed at sites of inflammation including rheumatoid synovium [6] and chondrocytes from patients with osteoarthritis (OA) [8,9]. Conventional nonselective NSAIDs such as ibuprofen, diclofenac, nabumetone, naproxen, indomethacin, and aspirin inhibit both COX-1 and COX-2 isoforms within their clinical dose range [10]. Rofecoxib (VIOXX[TM][1]) is a highly selective inhibitor of COX-2 [11,12].

As would be predicted for a highly selective COX-2 inhibitor, rofecoxib has significantly reduced gastrointestinal toxicity as compared with nonselective NSAIDs [13,14]. In VIGOR (the VIOXX[TM] Gastrointestinal Outcomes Research Study), patients were randomly assigned to receive either rofecoxib 50 mg daily or naproxen 500 mg twice daily. The primary analyses in VIGOR demonstrated that rofecoxib is associated with a significantly reduced risk of clinical upper GI events (54% reduction), complicated upper GI events (57% reduction), and GI bleeds (62% reduction).

Selective COX-2 inhibitors such as rofecoxib also differ from nonselective NSAIDs in that they do not inhibit platelet function [15,16]. However, selective COX-2 inhibitors are similar to nonselective NSAIDs in their ability to inhibit the production of systemic prostacyclin, (PGI$_2$), a vasodilatory prostanoid that is an inhibitor of platelet aggregation [15,16]. These data raised a theoretical possibility that COX-2 selective inhibitors might be prothrombotic [15]. Alternatively, nonselective inhibitors of COX-1 and COX-2 with potent and sustained antiplatelet activity might be cardioprotective. To investigate these possibilities, Merck Research Laboratories (MRL) implemented 2 initiatives in 1998, a year prior to the start of VIGOR. First, MRL reviewed the incidence of thrombotic cardiovascular serious adverse experiences throughout the rofecoxib OA development program. This review demonstrated that the incidence of thrombotic cardiovascular serious adverse experiences was similar in patients taking rofecoxib, placebo, or the nonselective NSAIDs ibuprofen, diclofenac, and nabumetone [17].

---

[1] Trademark of Merck & Co., Whitehouse Station, New Jersey, USA

3

Confidential - Subject To Protective Order

MRK-NJ0267719

Despite these favorable results from the OA program, it was considered important to continue to characterize the effects of rofecoxib with regard to thrombotic cardiovascular serious adverse experiences. Therefore, MRL implemented in the second quarter, 1998, a second initiative: a Cardiovascular Adjudication Standard Operating Procedure (Adjudication SOP) for the Post Phase III rofecoxib development program [18]. The purpose of the Adjudication SOP was to collect data in a uniform manner and to evaluate further whether there were any differences in the incidence of thrombotic cardiovascular serious adverse experiences during chronic therapy with rofecoxib versus nonselective NSAIDs or placebo. All MRL clinical trials that were initiated in or after the second quarter, 1998, including VIGOR, were to have data on thrombotic cardiovascular serious adverse experiences collected as part of the Adjudication SOP.

The purpose of the Adjudication SOP was: 1) to improve accuracy in diagnosis across a heterogeneous group of study investigators in different nations and having different clinical specialties and 2) to standardize the evaluation of thrombotic cardiovascular serious adverse experiences across ongoing clinical studies of rofecoxib. The analysis of cardiovascular outcomes in trials of rofecoxib as described in the Adjudication SOP did not envision a separate analysis of individual trials. Instead, the SOP was designed to examine the combined incidence of cardiovascular outcomes across a broad range of patients in all post-Phase III OA trials of rofecoxib initiated by or after the second quarter 1998.

In VIGOR, naproxen was associated with a 58% lower risk for the development of thrombotic cardiovascular serious adverse experiences compared with rofecoxib therapy [19]. This difference in thrombotic events was mostly attributable to a difference in the incidence of myocardial infarction (MI) between the groups. Whether the difference in the incidence of thrombotic cardiovascular serious adverse experiences between the rofecoxib and naproxen groups in VIGOR represented a prothrombotic effect of rofecoxib or a cardioprotective effect due to inhibition of platelet function by naproxen could not be determined by the evaluation of the VIGOR results in isolation. Therefore, a review of other rofecoxib studies was undertaken.

As alluded to above, no difference in the incidence of thrombotic cardiovascular serious adverse experiences in VIGOR between rofecoxib and a nonselective NSAID had been seen in the Phase IIb/III OA studies [19]. In the OA studies, patients taking rofecoxib were compared to patients taking diclofenac, ibuprofen, or nabumetone. In VIGOR, patients taking rofecoxib were compared to patients taking naproxen. Naproxen is among the few nonselective NSAIDs with potent antiplatelet effects that are sustained throughout the dosing interval in accord with its long plasma half-life [20]. Ibuprofen, diclofenac, and nabumetone have less pronounced and/or less sustained anti-platelet effects [20,21]. These clinical pharmacology data support the possibility that certain nonselective NSAIDs such as naproxen with both potent and sustained antiplatelet effects might provide aspirin-like protection from thrombotic cardiovascular events. An analysis of thrombotic cardiovascular serious adverse experiences was also performed on data from placebo-controlled trials of rofecoxib in elderly patients with early Alzheimer's Disease [19]. These data indicated that the incidence of thrombotic cardiovascular serious adverse experiences is similar in patients taking rofecoxib or placebo and are

4

Confidential - Subject To Protective Order

MRK-NJ0267720

consistent with a lack of prothrombotic effect of rofecoxib, even in high risk elderly patients.

In addition to the VIGOR, Phase IIb/III OA, and Alzheimer's Disease clinical studies described above, the rofecoxib clinical program has included several smaller studies in diverse patient populations.  As noted above, a combined analysis of thrombotic cardiovascular serious adverse experiences in all rofecoxib studies was to be performed. Due to the cardiovascular results from the VIGOR study, an interim combined analysis was undertaken to provide a global assessment of cardiovascular outcomes in the rofecoxib clinical program to date. This report will provide the results of this interim meta-analysis which was performed on all relevant ongoing and completed studies of rofecoxib.

The focus of this meta-analysis is to improve precision in the estimate of relative risks for the development of a cardiovascular serious adverse experience between rofecoxib and naproxen, rofecoxib and placebo, and rofecoxib and non-naproxen nonselective NSAIDs, and to determine if the conclusions from the individual studies described above (VIGOR, OA Phase IIb/III, Alzheimer's Disease) would be either altered or strengthened by inclusion of all relevant data.

All Phase IIb through Phase V rofecoxib clinical studies that were at least 4 weeks long and included either placebo and/or active-comparator nonselective NSAID controls are included in this meta-analysis. Studies in which rofecoxib was compared with celecoxib or that were conducted in healthy volunteers were excluded. The celecoxib studies were excluded because they did not provide data to address the questions being asked; that is, comparisons to nonselective NSAIDs and placebo. Studies in healthy volunteers were excluded because of the substantially different patient population (e.g., differences in underlying cardiovascular risk factors, etc.)

The meta-analysis is an ongoing project; the results will be periodically updated as additional new data become available.

## Objectives

The primary objective of this meta-analysis is to estimate the incidence of thrombotic cardiovascular events in patients treated with rofecoxib compared to those treated with nonselective NSAIDs (naproxen, and other nonselective NSAIDs examined separately) and also compared to those treated with placebo. A sensitivity analysis comparing the rates between the combined NSAIDs and placebo groups versus the rofecoxib group is also being performed to maximize power. This sensitivity analysis is thought to be the most conservative approach to the data because it considers that no NSAIDs are cardioprotective and considers nonselective NSAIDs and placebo as a single group.

The comparisons of interest are:

- Rofecoxib vs. naproxen
- Rofecoxib vs. other (non-naproxen) NSAIDs
- Rofecoxib vs. placebo
- Rofecoxib vs. other (non-naproxen) NSAIDs/placebo
- Rofecoxib vs. any NSAIDs/placebo

5

Confidential - Subject To Protective Order

MRK-NJ0267721

Note that in this report, the comparator (naproxen, placebo, etc.) is the reference group (denominator) for the comparisons. This is the inverse of what has previously been provided to the agency [19] where rofecoxib was the reference group for relative risk estimates.

In this initial meta-analysis, these comparisons were assessed across all patient populations and within blocks of studies defined by indication for therapy and therefore contained unique patient populations. The blocks included: studies in rheumatoid arthritis (RA) patients, studies in osteoarthritis (OA) patients, and studies in patients without a primary diagnosis of arthritis (included here are patients with Alzheimer's disease and low back pain (LBP)).

The endpoint being used in the meta-analysis is the combined endpoint defined by the Antiplatelet Trialists' Collaboration (APTC) [22]. This endpoint measures the incidence of fatal and irreversible morbid cardiovascular events: cardiovascular, hemorrhagic, and unknown death; myocardial infarction; and cerebrovascular accident (APTC combined endpoint). This endpoint was chosen for this analysis because it is the most common and widely accepted method to quantify the overall cardiovascular impact of antithrombotic compounds in cardiovascular clinical trials.

All analyses were conducted according to a modified intention-to-treat principle. Patients were included in the treatment group to which they were randomized, and only patients who received at least one dose of study drug were included in the analysis. The duration of follow-up for adverse experiences was 14 days after time of study drug discontinuation.

There are no specific hypotheses for several reasons. First, the objectives concern safety and consensus on definition of comparability bounds for clinically important safety events such as thrombotic cardiovascular events are difficult to establish. Second, the analysis is exploratory due to the inconsistency of the VIGOR results compared with those of the other rofecoxib studies as described previously. The purpose of the meta-analysis is to provide statistical rigor and to add precision to estimates of comparative cardiovascular effects by incorporating all the rofecoxib comparative trials.

## II. STUDIES AND ENDPOINTS EVALUATED

### Studies Included

The data for this analysis derive from all rofecoxib Phase IIb through V trials conducted by Merck & Company that were of at least 4 weeks duration, excluding those performed in healthy volunteers, and where there were comparative data between rofecoxib and either NSAIDs and/or placebo. Trials that compared rofecoxib to celecoxib, another selective COX-2 inhibitor, were excluded. Data from treatment periods using doses of rofecoxib <12.5 mg (sub-therapeutic doses) were excluded from analysis; doses ≥ 12.5 mg were combined for analysis. The studies included in this initial meta-analysis were all trials completed and unblinded in early September, 2000, as well as 2 ongoing trials in Alzheimer's patients. Interim data from the 2 Alzheimer's studies were included using a cutoff of September 15, 2000.

Table 1 shows the complete list of studies included in the meta-analysis.

6

Confidential - Subject To Protective Order

MRK-NJ0267722

Confidential - Subject To Protective Order

Table 1
Studies Included in Meta-Analysis

| Indication for Therapy | Protocol # | Short Study Title | Total Sample Size | Planned Duration | Rofecoxib Doses (mg) | NSAID Comparator | Placebo Group | Aspirin Allowed at Study Start |
|---|---|---|---|---|---|---|---|---|
| Rheumatoid Arthritis | 068 | Phase IIb dose finding | 634 | 2 yrs | 25/50 | Naproxen | ✔ | |
| | 096 | Phase III pivotal U.S. | 909 | 1 yr | 12.5/25/50 | Naproxen | ✔ | ✔ |
| | 097 | Phase III pivotal Int'l | 1058 | 1 yr | 25/50 | Naproxen | ✔ | |
| | 098+103 | Phase III endoscopy | 660 | 13 wks | 50 | Naproxen | ✔ | |
| | 088+089 | VIGOR | 8076 | 9 mos[1] | 50 | Naproxen | | |
| Osteoarthritis | 069 | Phase IIb/III OA filing studies | 5505 | ≤ 86 wks | 12.5/25/50 | Other[2] | ✔ | |
| | 083 | Bone metabolism study | 305 | 15 mos | 25 | Other[3] | ✔ | |
| | 085 | Nabumetone study #1 | 1042 | 6 wks | 12.5 | Other[4] | ✔ | ✔ |
| | 090 | Nabumetone study #2 | 978 | 6 wks | 12.5 | Other[4] | ✔ | ✔ |
| | 901 | Naproxen study | 481 | 6 wks | 12.5 | Naproxen | ✔ | ✔ |
| | 902 | Arthrotec study | 483 | 6 wks | 12.5 | Other[5] | ✔ | |
| | 102+903 | ADVANTAGE | 5556 | 12 wks | 25 | Naproxen | | ✔ |
| Other | 078 | Alzheimer's prevention | 1406 | 4 yrs[6] | 25 | - | ✔ | |
| | 091 | Alzheimer's treatment | 682 | 15 mos[7] | 25 | - | ✔ | |
| | 120 | Phase III chronic low back pain | 380 | 4 wks | 25/50 | - | ✔ | ✔ |
| | 121 | Phase III chronic low back pain | 310 | 4 wks | 25/50 | - | ✔ | ✔ |

[1]Duration was event based, median duration reported, maximum duration was 13 months
[2]Diclofenac, ibuprofen and nabumetone
[3]Ibuprofen
[4]Nabumetone
[5]Diclofenac
[6]Interim look at approximately 28 months after FPI
[7]Interim look at approximately 12 months after FPI

MRK-NJ0267723

## Endpoint for Analysis

The most common and widely accepted method to quantify the overall cardiovascular impact of antithrombotic compounds in cardiovascular clinical trials is by determining the effect of these compounds on the incidence of fatal and irreversible morbid cardiovascular events [22,23]. The metric used for such an analysis as defined by the Antiplatelet Trialists' Collaboration is the incidence of the combined endpoint of cardiovascular and unknown death, myocardial infarction, and cerebrovascular accident (APTC combined endpoint). The APTC endpoint was the primary endpoint for this analysis.

The Adjudication SOP[18] specified a somewhat different endpoint that included arterial and venous thrombotic cardiovascular events; previous analyses [19] have shown quite consistent conclusions using the original endpoint in the Adjudication SOP and the APTC endpoint. The choice of the APTC endpoint was prespecified for this analysis for the following reasons: 1) As noted above, it is the most commonly accepted endpoint used in trials evaluating antithrombotic agents, and this was the endpoint suggested by a group of consultants after reviewing the initial VIGOR results prior to performing this initial meta-analysis; 2) Investigator reported events were included from studies which will not (see below) or have not yet completed the adjudication process. Since cardiovascular and unknown death, myocardial infarction, and cerebrovascular accident are "hard endpoints", the correlation is quite high between investigator reported events and events confirmed by the adjudication committee. Therefore, use of the APTC endpoint helped ensure consistency between trials that used adjudicated data and those that used investigator reported data.

Adjudicated data were used wherever possible. Protocols 068 and 069 were completed prior to the institution of the Cardiovascular Adjudication SOP in the rofecoxib program, and adjudications were not complete for Protocols 096, 097 and the ongoing Alzheimer's trials at the time of this analysis. For these studies, all reported events of CV death, MI, and stroke qualified for analysis. In the other studies, only confirmed adjudicated events qualified for CV death, MI, and stroke. In all studies, all deaths due to unknown cause or due to bleeding qualified for analysis. For studies which had not undergone or completed adjudication, all deaths were reviewed by a Merck physician in a blinded fashion to determine whether or not an APTC endpoint had occurred. In a few cases, the terms were changed to better reflect the actual event that had occurred. A listing of these cases is in [Appendix 1.1].

It is recognized that inclusion of bleeding events in the primary endpoint could reduce assay sensitivity to detect negative effects of COX-2 selective inhibitors since rofecoxib has been shown to reduce GI bleeds. However, given that the primary endpoint reflects a traditional definition of a set of relevant events by a consensus of experts, it was chosen as primary for this analysis. Since the incidence of bleeding deaths and hemorrhagic strokes was quite low (1 bleeding death and 3 hemorrhagic strokes on rofecoxib, and 1 hemorrhagic stroke on naproxen), exclusion of these events would not change the conclusions of the primary analysis.

8

Confidential - Subject To Protective Order

MRK-NJ0267724

**Study Participant Populations**

Patient cohorts receiving rofecoxib doses 12.5, 25, or 50 mg were combined into the rofecoxib treatment group. Data from treatment periods on lower (less than therapeutic) doses of rofecoxib treatment were excluded. The patients receiving non-naproxen comparator NSAIDs including ibuprofen, diclofenac, and nabumetone were combined into the other (non-naproxen) NSAID treatment group while patients receiving naproxen were examined separately. The rationale for examining the naproxen studies separately is provided by clinical pharmacology data which demonstrated that unlike other NSAIDs, such as ibuprofen or diclofenac, naproxen therapy is associated with sustained potent anti-platelet effects which are similar to aspirin. Ibuprofen, diclofenac, and nabumetone do not provide sustained and nearly complete (90%) inhibition of platelet function throughout the dosing interval. This decision was also based on the disparate cardiovascular results seen in VIGOR compared to the Phase IIb/III OA filing studies.

Some studies in osteoarthritis and rheumatoid arthritis patients consisted of a double-blind (with in-house blinding) Part I, followed by either a double-blind Part II and/or a double-blind extension. Placebo treatment only occurred in Part I; placebo patients received either rofecoxib or a nonselective NSAID in Part II and/or extension. These studies were treated differently for each of the 3 separate comparisons within this meta analysis:

1. Comparison of rofecoxib to either naproxen or other nonselective NSAIDs – this analysis included all Part I plus all Part II and/or extension study data in which patients were randomized to rofecoxib or NSAID for the entire duration of the study. For patients randomized to placebo in Part I and either rofecoxib or nonselective NSAIDs in Part II and/or extension, only their Part II and/or extension data were included with the appropriate treatment group.

2. Comparison of rofecoxib to placebo – this analysis consists of Part I study data in which patients were randomized to rofecoxib or placebo. This analysis was restricted to studies which contained placebo treatment.

3. Comparison of rofecoxib to either nonselective NSAIDs or placebo – this analysis includes all Part I, Part II, and/or extension data except the placebo data for patients treated with rofecoxib in Part II (the Part I placebo data were excluded and those patients' part II/extension rofecoxib data were included; for patients on placebo in Part I and nonselective NSAID in Part II/extension, all Part I and Part II/extension data were included).

An example from one typical study showing how the different treatment exposures were attributed in the analysis is provided in [Appendix 1.2].

Because of the study designs and decisions on how to assign treatment exposure, it is not possible to add events that occur in the rofecoxib group in the comparisons to NSAIDs with those that occur in the rofecoxib group in the comparison to placebo and obtain the total that occur in the rofecoxib group in the NSAID/placebo comparison. For example, an early event (Period I) in the rofecoxib group would be counted in the rofecoxib group in the comparison to placebo if there was a placebo group in that trial. The same event would also be counted in the rofecoxib group in the NSAID comparison if there was also

9

Confidential - Subject To Protective Order

MRK-NJ0267725

an NSAID comparator in the same trial. Note that one can add events and obtain appropriate totals in the comparator groups.

Among these populations, the rofecoxib vs. naproxen, rofecoxib vs other non-naproxen nonselective NSAIDs, and the rofecoxib vs. placebo comparisons were all of primary importance. The rofecoxib vs. other nonselective NSAIDs/placebo and the rofecoxib vs. any nonselective NSAIDs/placebo comparison were examined as exploratory analyses. These later analyses although conservative (biased against rofecoxib since they assume that NSAIDs do not decrease the risk of thrombotic events and therefore are similar to placebo) maximize power to assess any detrimental effect of the rofecoxib in comparison to the combined two populations which should be no worse than rofecoxib.

## III. STATISTICAL METHODS

### Data Included

All analyses were conducted according to the intention-to-treat principle. Patients were included in the treatment group to which they were randomized, and only patients who received study drug were included in the analysis. Patient information was censored at the time of study discontinuation plus 14 days, the duration of study follow-up for AEs. Events included in the analyses were those that occurred following study drug start and up to discontinuation plus 14 days. In each analysis, only the first eligible event for an individual patient was counted.

### Statistical Methods

Cox proportional hazards models were used to evaluate the effect of rofecoxib to the various comparators for the APTC endpoint. Heterogeneity among the blocks formed by indications for therapy were examined. If no significant heterogeneity was found (p>0.05), then a Cox model using treatment as the explanatory variable and therapy indications (block) as a stratification variable provided estimates of relative risk and 95% confidence intervals for APTC events for the comparisons.

In addition to this primary model for analysis, an additional model for each comparison was examined that included treatment group, age, gender, and one of more risk factors (current smoker, history of hypertension, diabetes mellitus, hypercholesterolemia) as explanatory factors with therapy indication as a stratification variable. These analyses were provided to explore risk factor differences on results and conclusions. An additional sensitivity analysis was conducted in the subgroup of patients who did not take aspirin/clopidogrel prior to study start to ensure that use of aspirin/clopidogrel was not confounding the results.

To evaluate the difference in relative risk between comparisons to naproxen and comparisons to other nonselective NSAIDs, the interaction between treatment effect and naproxen/other nonselective NSAID trial effect was examined.

Relative risk estimates within blocks were obtained from a Cox model with treatment as the explanatory variable where the total number of patients with events was at least 11.

10

MRK-NJ0267726

When there were fewer than 11 cases, relative risk and the 95% confidence interval was based on the ratio of events rates [24]. Blocks instead of studies were used as strata for the estimated relative risks because many studies had few or no events.

In preliminary analyses, the proportional hazards assumption was tested by including the factor treatment*log(time) in the model; nonsignificance (p>0.05) of this factor implies proportionality, ie, constancy of treatment effect over time. If the proportional hazard assumption was violated, the implications on the interpretation of the results would be explored.

Event rates were summarized by number per 100 person years (equivalent to percent per year). The relative risk ratio was used to estimate the comparative effects between treatment groups.

Kaplan-Meier survival plots were used to display the event occurrence over time data for each comparison as long as significant heterogeneity among the blocks was not found. Because Kaplan-Meier estimates can be unstable or imprecise when the number of patients at risk becomes small, as it does at the end of studies, time points after which there are less than 300 patients left at risk in either treatment group were combined for analysis and reporting of results.   Specifically, graphical displays and cumulative incidence estimates were truncated at the last time point at which there are still at least 300 patients left at risk in each of the treatment groups. This truncation does not affect statistical analysis, estimates of rates, or the Cox model results which account for all events and all patient time data. Note that the visual interpretation of the Kaplan-Meier plots can be overly influenced by the last time points where precision is minimal.

Meta-analysis type plots were used to display the relative risks within blocks and overall for each comparison for the APTC endpoint.

Note that relative risks are reported in terms of rofecoxib to comparators, with the comparator functioning as the reference group, so that relative risk estimates > 1 show an increase in events in the rofecoxib group while relative risk estimates < 1 demonstrate a decrease in events in the rofecoxib group. This is the opposite of the VIGOR CV Report [19], where relative risk estimates were reported comparing naproxen to rofecoxib (rofecoxib was the reference group), ie, relative risk estimates <1 demonstrated an increase in events in the rofecoxib group.

11

Confidential - Subject To Protective Order

MRK-NJ0267727

## IV. RESULTS

### A. Summary

Figure 1 and Table 2 shows the summary of events, rates, and relative risks for the 5 comparisons for the APTC endpoint. A detailed summary of events within each study that provided data for each block within each comparison can be found in [Appendix 1.3]. There was evidence of a difference in treatment effect in the comparison of rofecoxib to naproxen but not in the comparisons to other non-naproxen nonselective NSAIDs, placebo or the combination of other nonselective NSAIDs/placebo. Consistent with these findings, there was a borderline significant difference in treatment effects between comparisons with naproxen versus comparisons with other nonselective NSAIDs ($p=0.057$). Also consistent with the above findings, there was significant heterogeneity among the blocks in the comparison of rofecoxib to any nonselective NSAID/placebo, mainly due to heterogenous results from studies with naproxen as the comparative agent versus studies with placebo or other NSAIDs as the comparative agent.

The Cox model analyses that adjusted for differential risk across blocks by including age, sex, and cardiovascular risk factors as covariates in the models provided almost identical results to the primary approach [Appendix 1.4].

Some of the studies included in the analysis allowed the use of aspirin/clopidogrel during the study (see Table 1). Although the number of patient years for "aspirin users" was low, because of the potential for aspirin use to confound the results of the analysis, a subgroup analysis was conducted only in patients who were not taking aspirin/clopidogrel prior to study start. The results of the analysis which included >88% of the events [data on file] provided quite consistent results with the primary approach.

Appendix 1.5 provides details by study and overall using rofecoxib as the reference group for relative risk estimates as was done in the VIGOR CV Report [19]. These estimates are the inverse of the estimates used throughout this report where the comparator group functions as the reference, but are presented to provide information in a similar format to the CV Report.

12

Confidential - Subject To Protective Order

MRK-NJ0267728

Figure 1

Relative Risk of an APTC with 95% CI



Relative Risk of Rofecoxib to Comparator

* failed the test for heterogeneity

13

Confidential - Subject To Protective Order

MRK-NJ0267729

Confidential - Subject To Protective Order

Table 2
Meta-Analysis of APTC Endpoint
Rofecoxib vs Comparator Agents

| Indication for Treatment | Rofecoxib | | Comparator | | Relative risk (95% CI)[3] |
|---|---|---|---|---|---|
| | N | Cases/PYR[1] (Rate[2]) | N | Cases/PYR[1] (Rate[2]) | |
| **Rofecoxib vs naproxen** | | | | | |
| RA | 6057 | 46/ 3947 ( 1.17) | 4859 | 20/ 3078 ( 0.65) | 1.74 (1.02, 2.96) |
| OA | 3026 | 11/ 675 ( 1.63) | 3011 | 7/ 665 ( 1.05) | 1.55 (0.60, 4.00) |
| Alz/LBP | 0 | - | 0 | - | - |
| Total | 9083 | 57/ 4622 ( 1.23) | 7870 | 27/ 3742 ( 0.72) | 1.69 (1.07, 2.69) |
| **Rofecoxib vs other nonselective NSAIDs** | | | | | |
| RA | 0 | - | 0 | - | - |
| OA | 4549 | 21/ 1934 ( 1.09) | 2755 | 14/ 984 ( 1.42) | 0.79 (0.40, 1.55) |
| Alz/LBP | 0 | - | 0 | - | - |
| Total | 4549 | 21/ 1934 ( 1.09) | 2755 | 14/ 984 ( 1.42) | 0.79 (0.40, 1.55) |
| **Rofecoxib vs placebo** | | | | | |
| RA | 1622 | 3/ 337 ( 0.89) | 989 | 1/ 201 ( 0.50) | 1.78 (0.14, 93.70) |
| OA | 3165 | 12/ 655 ( 1.83) | 1215 | 3/ 232 ( 1.30) | 1.53 (0.43, 5.44) |
| Alz/LBP | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 0.68 (0.37, 1.23) |
| Total | 6290 | 33/ 2189 ( 1.51) | 3482 | 32/ 1678 ( 1.91) | 0.84 (0.51, 1.38) |
| **Rofecoxib vs other nonselective NSAIDs/placebo** | | | | | |
| RA | 1622 | 3/ 337 ( 0.89) | 989 | 1/ 201 ( 0.50) | 1.78 (0.14, 93.70) |
| OA | 4550 | 21/ 1938 ( 1.08) | 3750 | 17/ 1201 ( 1.42) | 0.81 (0.42, 1.53) |
| Alz/LBP | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 0.68 (0.37, 1.23) |
| Total | 7675 | 42/ 3472 ( 1.21) | 6017 | 46/ 2648 ( 1.74) | 0.76 (0.50, 1.16) |
| **Rofecoxib vs any nonselective NSAIDs/placebo** | | | | | |
| RA | 6057 | 46/ 3947 ( 1.17) | 5174 | 21/ 3204 ( 0.66) | 1.72 (1.02, 2.90) |
| OA | 7576 | 32/ 2613 ( 1.22) | 6761 | 24/ 1866 ( 1.29) | 1.00 (0.59, 1.71) |
| Alz/LBP | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 0.68 (0.37, 1.23) |
| Total | 15136 | 96/ 7758 ( 1.24) | 13213 | 73/ 6316 ( 1.16) | 1.10 (0.81, 1.50)[4] |

[1] Patient-years at risk
[2] Per 100 PYR
[3] Relative risk of rofecoxib with respect to comparator from Cox model stratified by indication for totals and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.
[4] This estimate is provided for information only since it represents pooling of heterogenous cohorts.

MRK-NJ0287730

14

**Baseline Characteristics**

Baseline demographics and cardiovascular risk factors by block within each comparison can be found in [Appendix 1.6]. Generally, the treatment groups were balanced for these characteristics.

**B. Results - APTC Endpoint**

Rofecoxib versus Naproxen

Demographic characteristics for patients in this comparison are in [Appendix 1.6 Table 1]. Overall, approximately 23% of the patients were male and about a third were ≥65 years of age. Approximately 53% had one or more of the following cardiovascular risk factors: current smoker, history of hypertension, history of diabetes mellitus, history of hypercholesterolemia. Among patients in this comparison, 5.6% were indicated for secondary aspirin prophylaxis.

Table 3 shows summary statistics from the comparison of rofecoxib to naproxen. Only 2 of the blocks, RA and OA, provide information for this comparison with RA contributing the bulk of the patient years, and VIGOR providing most of the RA patient years (see Appendix 1.3 for details). The relative risks (95% CI) for RA and OA were 1.74 (1.02, 2.96) and 1.55 (0.60, 4.00), respectively. The test for homogeneity showed no evidence of a difference in relative risk in the 2 blocks (p=0.834) and the proportionality assumption was met (p=0.819). These data are also displayed in Figure 2 where the size of the triangles for each block are proportional to the total number of patient years contributed by patients within the block.

The overall relative risk (95% CI) for APTC events for rofecoxib vs. naproxen was 1.69 (1.07, 2.69) showing evidence of an increase in events in the rofecoxib group for this comparison. Figure 3 is the Kaplan-Meier plot of cumulative incidence for rofecoxib vs. naproxen. Note that visual interpretation of Kaplan-Meier plots can be overly influenced by the later time points; however, because there are fewer patients at risk at later timepoints, these estimates are much more imprecise than earlier timepoints. In Figure 3, OA patients contribute information for approximately 3 ½ months while RA patients contribute information for the entire time course.

Table 4 is a counts table of the number and percent of each of the APTC events. As can be seen in Table 4, the majority of the events resulting in the difference were cardiac.

15

Confidential - Subject To Protective Order

MRK-NJ0267731

Confidential - Subject To Protective Order



Table 3
Meta-Analysis of APTC Endpoint
Rofecoxib vs Naproxen

| Indication for Treatment | Rofecoxib | | Naproxen | | Relative risk (95% CI)[3] |
|---|---|---|---|---|---|
| | N | Cases/PYR[1] (Rate[2]) | N | Cases/PYR[1] (Rate[2]) | |
| RA | 6057 | 46/ 3947 ( 1.17) | 4859 | 20/ 3078 ( 0.65) | 1.74 (1.02, 2.96) |
| OA | 3026 | 11/ 675 ( 1.63) | 3011 | 7/ 665 ( 1.05) | 1.55 (0.60, 4.00) |
| Alz/LBP | 0 | - | 0 | - | - |
| Total | 9083 | 57/ 4622 ( 1.23) | 7870 | 27/ 3742 ( 0.72) | 1.69 (1.07, 2.69) |

[1]Patient-years at risk

[2]Per 100 PYR

[3]Relative risk of rofecoxib with respect to comparator from Cox model stratified by indication for totals and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.

MRK-NJ0267732

15

Figure 2

Meta-Analysis Relative Risk of APTC Endpoint with 95% CI
Overall and Within Indications For Therapy



RA — 1.74 (1.02, 2.96)  Pt.Years = 7025

OA — 1.55 (0.60, 4.00)  Pt.Years = 1340

Total Cohort — 1.69 (1.07, 2.69)  Pt.Years = 8364

0.1   1.0   10.0   100.0

Relative Risk of Rofecoxib to Naproxen

17

Confidential - Subject To Protective Order

MRK-NJ0267733



Figure 3
APTC Endpoint
Meta-Analysis of Rofecoxib vs Naproxen - RA and OA
Time-to-Event Plot (All Patients Randomized)

| # at Risk | | | | | |
|---|---|---|---|---|---|
| Rofecoxib | n=9083 | 7089 | 4122 | 2584 | 608 |
| Naproxen | n=7870 | 6000 | 3438 | 2191 | 306 |

18

Confidential - Subject To Protective Order

MRK-NJ0267734

**Table 4**
**Summary of Meta-Analysis APTC Events by Class of Terms**
**Rofecoxib vs Naproxen**

| APTC Endpoint Term | Rofecoxib (N= 9083) n (%) | Naproxen (N= 7870) n (%) |
|---|---|---|
| **Total number of patients with APTC Endpoint** | 57  ( 0.63) | 27  ( 0.34) |
| **Cardiac Events** | 37  ( 0.41) | 10  ( 0.13) |
|    Acute Myocardial Infarction | 28  ( 0.31) | 6  ( 0.08) |
|    Coronary Artery Occlusion | 1  ( 0.01) | 0  ( 0.00) |
|    Myocardial Infarction | 2  ( 0.02) | 0  ( 0.00) |
|    Sudden Cardiac Death | 6  ( 0.07) | 4  ( 0.05) |
| **Cerebrovascular Events** | 15  ( 0.17) | 15  ( 0.19) |
|    Carotid Artery Obstruction | 2  ( 0.02) | 0  ( 0.00) |
|    Cerebrovascular Accident | 3  ( 0.03) | 1  ( 0.01) |
|    Ischemic Cerebrovascular Stroke | 9  ( 0.10) | 14  ( 0.18) |
|    Lacunar Infarction | 1  ( 0.01) | 0  ( 0.00) |
| **Other Events** | 6  ( 0.07) | 2  ( 0.03) |
|    Arterial Rupture | 1  ( 0.01) | 0  ( 0.00) |
|    Hemorrhage | 1  ( 0.01) | 0  ( 0.00) |
|    Hemorrhagic Stroke | 3  ( 0.03) | 1  ( 0.01) |
|    Unknown Cause Of Death | 1  ( 0.01) | 1  ( 0.01) |

Note: Patients may be counted in more than one row but are only counted once within a row.

19

Confidential - Subject To Protective Order

MRK-NJ0267735

**Rofecoxib versus Nonselective NSAIDs (other than Naproxen)**

Demographic characteristics for patients in this comparison are in [Appendix 1.6 Table 2]. Approximately 29% of the patients were male and ~ 45% were ≥65 years of age. Approximately 57% had one or more of the following cardiovascular risk factors: current smoker, history of hypertension, history of diabetes mellitus, history of hypercholesterolemia. Among patients in this comparison, 7.8% were indicated for secondary aspirin prophylaxis.

Table 5 shows summary statistics from the comparison of rofecoxib to nonselective NSAIDs other than naproxen. As can be seen in this table, only OA patients provide information for this comparison. Data for this comparison includes the Phase IIb/III OA studies as well as OA data from Phase V studies. NSAID comparators are diclofenac, ibuprofen and nabumetone. The proportionality assumption was met (p=0.112). These data are not displayed in a meta-analysis type plot since there was only one cohort.

The overall relative risk (95% CI) for APTC events for rofecoxib vs. non-naproxen nonselective NSAIDs was 0.79 (0.40, 1.55) showing no evidence of an increase in events for this comparison. Figure 4 is the Kaplan-Meier plot of cumulative incidence for rofecoxib vs. other NSAIDs.

Table 6 is a counts table of the number and percent of each of the APTC events for this comparison. As can be seen in Table 6, the percentage of patients with each type of event including cardiac events was similar between rofecoxib and nonselective NSAIDs other than naproxen.

20

Confidential - Subject To Protective Order

Confidential - Subject To Protective Order



**Table 5**
**Meta-Analysis of APTC Endpoint**
**Rofecoxib vs Other NSAIDs**

| Indication for Treatment | Rofecoxib | | Other NSAIDs | | Relative risk (95% CI)[3] |
|---|---|---|---|---|---|
| | N | Cases/PYR[1] (Rate[2]) | N | Cases/PYR[1] (Rate[2]) | |
| RA | 0 | - | 0 | - | - |
| OA | 4549 | 21/ 1934 ( 1.09) | 2755 | 14/ 984 ( 1.42) | 0.79 (0.40, 1.55) |
| Alz/LBP | 0 | - | 0 | - | - |
| Total | 4549 | 21/ 1934 ( 1.09) | 2755 | 14/ 984 ( 1.42) | 0.79 (0.40, 1.55) |

[1]Patient-years at risk
[2]Per 100 PYR
[3]Relative risk of rofecoxib with respect to comparator from Cox model stratified by indication for totals and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.

MRK-NJ0267737

21



Figure 4
APTC Endpoint
Meta-Analysis of Rofecoxib vs Other NSAIDs - OA only
Time-to-Event Plot (All Patients Randomized)

22

Confidential - Subject To Protective Order

MRK-NJ0267738

**Table 6**
**Summary of Meta-Analysis APTC Events by Class of Terms**
**Rofecoxib vs Other NSAIDs**

| APTC Endpoint Term | Rofecoxib (N= 4549) n (%) | Other NSAIDs (N= 2755) n (%) |
|---|---|---|
| **Total number of patients with APTC Endpoint** | 21   (0.46) | 14   (0.51) |
| **Cardiac Events** | 13   (0.29) | 11   (0.40) |
| Acute Myocardial Infarction | 7   (0.15) | 3   (0.11) |
| Cardiac Arrest | 0   (0.00) | 1   (0.04) |
| Coronary Artery Occlusion | 1   (0.02) | 1   (0.04) |
| Myocardial Infarction | 5   (0.11) | 3   (0.11) |
| Sudden Cardiac Death | 0   (0.00) | 3   (0.11) |
| **Cerebrovascular Events** | 7   (0.15) | 3   (0.11) |
| Cerebrovascular Accident | 6   (0.13) | 3   (0.11) |
| Ischemic Cerebrovascular Stroke | 1   (0.02) | 0   (0.00) |
| **Other Events** | 1   (0.02) | 0   (0.00) |
| Sudden/Unknown Cause Of Death | 1   (0.02) | 0   (0.00) |
| Note: Patients may be counted in more than one row but are only counted once within a row. | | |

23

Confidential - Subject To Protective Order

MRK-NJ0267739

Comparison of Trials with Naproxen vs. Trials with Other Nonselective NSAIDs

The difference in treatment effects between comparisons of rofecoxib with naproxen and with other nonselective NSAIDs approached statistical significance, p=0.057. This result implies that the relative risk of 1.69 seen in the comparison to naproxen tended to be different than the relative risk of 0.79 seen in the comparison to other NSAIDs.

Rofecoxib versus Placebo

Demographic characteristics for patients in this comparison are in [Appendix 1.6 Table 3]. Approximately 34% of the patients were male and ~ 48% were ≥65 years of age. Approximately 54% had one or more of the following cardiovascular risk factors: current smoker, history of hypertension, history of diabetes mellitus, history of hyper-cholesterolemia. Among patients in this comparison, 8.0% were indicated for secondary aspirin prophylaxis.

It should be noted that Alzheimer patients represented only a minority of the total sample size (21.4%) reflected in the summary demographics; however, these patients contributed the majority of patient years (61.2%) for this comparison. The Alzheimer patients were older (95% ≥65 years and 55% ≥75 years old) and more were male (approximately 61%) compared to the overall demographics in this group. [data on file]

Table 7 shows summary statistics from the comparison of rofecoxib to placebo. All 3 blocks, RA, OA, and Alzheimer/LBP provide information for this comparison with Alzheimer/LBP contributing the bulk of the patient years and patients with events. The relative risks (95% CI) for RA, OA, and Alzheimer/LBP were 1.78 (0.14, 93.70), 1.53 (0.43, 5.44), and 0.68 (0.37, 1.23), respectively. There were few events and consequently broad CIs for the RA and OA blocks. The test for homogeneity showed no evidence of a difference in relative risk among the 3 blocks (p=0.381) and the proportionality assumption was met (p=0.178). These data are also displayed in Figure 5 where the size of the triangles for each block are proportional to the total number of patient years contributed by patients within the block.

The overall relative risk (95% CI) for APTC events for rofecoxib vs. placebo was 0.84 (0.51, 1.38) showing no evidence of an increase in events for the comparison to placebo. Figure 6 is the Kaplan-Meier plot of cumulative incidence for rofecoxib vs. placebo. In Figure 6, LBP patients contribute information for about 1½ months, RA patients for a little more than 3 months, OA patients for approximately 6 months, and Alzheimer patients contribute information for the entire time course.

Table 8 is a counts table of the number and percent of each of the APTC events. As can be seen in Table 8, the percentage of patients with each type of event were similar between rofecoxib and placebo.

24

Confidential - Subject To Protective Order

Table 7
Meta-Analysis of APTC Endpoint
Rofecoxib vs Placebo

| Indication for Treatment | Rofecoxib | | Placebo | | Relative risk (95% CI)[3] |
|---|---|---|---|---|---|
| | N | Cases/PYR[1] (Rate[2]) | N | Cases/PYR[1] (Rate[2]) | |
| RA | 1622 | 3/ 337 ( 0.89) | 989 | 1/ 201 ( 0.50) | 1.78 (0.14, 93.70) |
| OA | 3165 | 12/ 655 ( 1.83) | 1215 | 3/ 232 ( 1.30) | 1.53 (0.43, 5.44) |
| Alz/LBP | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 0.68 (0.37, 1.23) |
| Total | 6290 | 33/ 2189 ( 1.51) | 3482 | 32/ 1678 ( 1.91) | 0.84 (0.51, 1.38) |

[1] Patient-years at risk

[2] Per 100 PYR

[3] Relative risk of rofecoxib with respect to comparator from Cox model stratified by indication for totals and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.

MRK-NJ0267741

Figure 5
Meta-Analysis Relative Risk of APTC Endpoint with 95% CI
Overall and Within Indications For Therapy



Relative Risk of Rofecoxib to Placebo

26

Confidential – Subject To Protective Order

MRK-NJ0267742



Figure 6
APTC Endpoint
Meta-Analysis of Rofecoxib vs Placebo - RA OA Alz/LBP
Time-to-Event Plot (All Patients Randomized)

27

Confidential - Subject To Protective Order

MRK-NJ0267743

**Table 8**
**Summary of Meta-Analysis APTC Events by Class of Terms**
**Rofecoxib vs Placebo**

| APTC Endpoint Term | Rofecoxib (N= 6290) n (%) | | Placebo (N= 3482) n (%) | |
|---|---|---|---|---|
| **Total number of patients with APTC Endpoint** | 33 | ( 0.52) | 32 | ( 0.92) |
| **Cardiac Events** | 19 | ( 0.30) | 13 | ( 0.37) |
| Acute Myocardial Infarction | 10 | ( 0.16) | 3 | ( 0.09) |
| Myocardial Infarction | 9 | ( 0.14) | 9 | ( 0.26) |
| Non-Q-Wave Myocardial Infarction | 0 | ( 0.00) | 1 | ( 0.03) |
| **Cerebrovascular Events** | 8 | ( 0.13) | 15 | ( 0.43) |
| Carotid Artery Obstruction | 1 | ( 0.02) | 7 | ( 0.20) |
| Cerebrovascular Accident | 6 | ( 0.10) | 6 | ( 0.17) |
| Ischemic Cerebrovascular Stroke | 1 | ( 0.02) | 1 | ( 0.03) |
| Lacunar Infarction | 0 | ( 0.00) | 1 | ( 0.03) |
| **Other Events** | 6 | ( 0.10) | 4 | ( 0.11) |
| Ruptured Aortic Aneurysm | 0 | ( 0.00) | 1 | ( 0.03) |
| Sudden/Unknown Cause Of Death | 3 | ( 0.05) | 0 | ( 0.00) |
| Unknown Cause Of Death | 3 | ( 0.05) | 3 | ( 0.09) |

Note: Patients may be counted in more than one row but are only counted once within a row.

28

Confidential - Subject To Protective Order

MRK-NJ0267744

Rofecoxib versus Nonselective NSAIDs (Other than Naproxen) or Placebo

Demographic characteristics for patients in this comparison are in [Appendix 1.6 Table 4]. Overall, approximately 32% of the patients were male and ~47% were ≥65 years of age. Approximately 55% had one or more of the following cardiovascular risk factors: current smoker, history of hypertension, history of diabetes mellitus, history of hypercholesterolemia. Among patients in this comparison, 7.9% were indicated for secondary aspirin prophylaxis.

Table 9 shows summary statistics from the comparison of rofecoxib to nonselective NSAIDs other than naproxen/placebo. All 3 blocks, RA, OA, and Alzheimer/LBP provide information for this comparison although there was very little RA data. It should be noted that RA and Alzheimer/LBP are strictly from comparisons to placebo; only OA patients have data from both placebo and nonselective NSAIDs other than naproxen. The relative risks (95% CI) for RA, OA, and Alzheimer/LBP were 1.78 (0.14, 93.70), 0.81 (0.42, 1.53), and 0.68 (0.37, 1.23), respectively. There were few events and consequently a broad CI for the RA block. The test for homogeneity showed no evidence of a difference in relative risk among the 3 blocks (p=0.673) and the proportionality assumption was met marginally (p=0.083). These data are also displayed in Figure 7 where the size of the triangles for each block are proportional to the total number of patient years contributed by patients within the block.

The overall relative risk (95% CI) for APTC events for rofecoxib vs. nonselective NSAIDs other than naproxen/placebo was 0.76 (0.50, 1.16) showing no evidence of an increase in events for the comparison to other NSAIDs/placebo. Figure 8 is the Kaplan-Meier plot of cumulative incidence for rofecoxib vs. placebo. In Figure 8, LBP patients contribute information for about 1½ months, RA patients for a little more than 3 months, OA patients for about one year, and Alzheimer patients contribute information for the entire time course.

Table 10 is a counts table of the number and percent of each of the APTC events. As can be seen in Table 10 the percentage of patients with each type of event were similar between rofecoxib and nonselective NSAIDs other than naproxen/placebo.

29

Confidential - Subject To Protective Order