**EXHIBIT G - 2**

Confidential - Subject To Protective Order

Table 9
Meta-Analysis of APTC Endpoint
Rofecoxib vs Other NSAIDs/Placebo

| Indication for Treatment | Rofecoxib | | Other NSAIDs/Placebo | | Relative risk (95% CI)[3] |
|---|---|---|---|---|---|
| | N | Cases/PYR[1] (Rate[2]) | N | Cases/PYR[1] (Rate[2]) | |
| RA | 1622 | 3/ 337 ( 0.89) | 989 | 1/ 201 ( 0.50) | 1.78 (0.14, 93.70) |
| OA | 4550 | 21/ 1938 ( 1.08) | 3750 | 17/ 1201 ( 1.42) | 0.81 (0.42, 1.53) |
| Alz/LBP | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 0.68 (0.37, 1.23) |
| Total | 7675 | 42/ 3472 ( 1.21) | 6017 | 46/ 2648 ( 1.74) | 0.76 (0.50, 1.16) |

[1]Patient-years at risk

[2]Per 100 PYR

[3]Relative risk of rofecoxib with respect to comparator from Cox model stratified by indication for total and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.

MRK-NJ0267746

Figure 7

Meta-Analysis Relative Risk of APTC Endpoint with 95% CI

Overall and Within Indications For Therapy



Confidential - Subject To Protective Order

MRK-NJ0267747

Figure 8
APTC Endpoint
Meta-Analysis of Rofecoxib vs other NSAIDs/Placebo - RA OA Alz/LBP
Time-to-Event Plot (All Patients Randomized)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=7675 | 3164 | 2159 | 1732 | 1521 | 606 | 349 |
| NSAIDs/Placebo=6017 | | 2454 | 1548 | 1296 | 1130 | 518 | 303 |

32

Confidential - Subject To Protective Order

MRK-NJ0267748

**Table 10**
**Summary of Meta-Analysis APTC Events by Class of Terms**
**Rofecoxib vs Nonselective NSAIDs Other than Naproxen/Placebo**

| APTC Endpoint Term | Rofecoxib (N= 7675) n (%) | Other NSAIDs/Placebo (N= 6017) n (%) |
|---|---|---|
| **Total number of patients with APTC Endpoint** | 42 ( 0.55) | 46 ( 0.76) |
| **Cardiac Events** | 25 ( 0.33) | 24 ( 0.40) |
| Acute Myocardial Infarction | 12 ( 0.16) | 6 ( 0.10) |
| Cardiac Arrest | 0 ( 0.00) | 1 ( 0.02) |
| Coronary Artery Occlusion | 1 ( 0.01) | 1 ( 0.02) |
| Myocardial Infarction | 12 ( 0.16) | 12 ( 0.20) |
| Non-Q-Wave Myocardial Infarction | 0 ( 0.00) | 1 ( 0.02) |
| Sudden Cardiac Death | 0 ( 0.00) | 3 ( 0.05) |
| **Cerebrovascular Events** | 10 ( 0.13) | 18 ( 0.30) |
| Carotid Artery Obstruction | 1 ( 0.01) | 7 ( 0.12) |
| Cerebrovascular Accident | 8 ( 0.10) | 9 ( 0.15) |
| Ischemic Cerebrovascular Stroke | 1 ( 0.01) | 1 ( 0.02) |
| Lacunar Infarction | 0 ( 0.00) | 1 ( 0.02) |
| **Other Events** | 7 ( 0.09) | 4 ( 0.07) |
| Ruptured Aortic Aneurysm | 0 ( 0.00) | 1 ( 0.02) |
| Sudden/Unknown Cause Of Death | 4 ( 0.05) | 0 ( 0.00) |
| Unknown Cause Of Death | 3 ( 0.04) | 3 ( 0.05) |

Note: Patients may be counted in more than one row but are only counted once within a row.

33

Confidential - Subject To Protective Order

MRK-NJ0267749

### Rofecoxib versus Any Nonselective NSAID/Placebo

Demographic characteristics for patients in this comparison are in [Appendix 1.6 Table 5]. Approximately 28% of the patients were male and ~40% were ≥65 years of age. Approximately 54% had one or more of the following cardiovascular risk factors: current smoker, history of hypertension, history of diabetes mellitus, history of hypercholesterolemia. Among patients in this comparison, 6.9% were indicated for secondary aspirin prophylaxis.

Table 11 shows summary statistics from the comparison of rofecoxib to any nonselective NSAID/placebo. Any nonselective NSAID/placebo includes experience with naproxen. All 3 blocks, RA, OA, and Alzheimer/LBP provide information for this comparison. It should be noted that RA data are mostly from comparisons to naproxen with a small amount of placebo experience, OA is a mixture of comparisons with naproxen, other NSAIDs and placebo, while Alzheimer/LBP data are strictly from comparisons to placebo. The relative risks (95% CI) for RA, OA, and Alzheimer/LBP were 1.72 (1.02, 2.90), 1.00 (0.59, 1.71), and 0.68 (0.37, 1.23), respectively. The 3 relative risk estimates were significantly different (p=0.037) based on the test for homogeneity. These data are also displayed in Figure 9 where the size of the triangles for each block are proportional to the total number of patient years contributed by patients within the block.

Since the test for homogeneity failed, it is not appropriate to calculate the overall relative risk for this comparison nor to plot the cumulative incidence. Table 12 is a counts table of the number and percent of each of the APTC events, although the heterogeneity seen for this comparison clouds the interpretation of the counts. It should be noted that the heterogeneous blocks were each dominated by a different comparator; RA was dominated by naproxen experience, OA was dominated by non-naproxen NSAID experience, and Alzheimer/LBP was entirely placebo experience.

34

Confidential - Subject To Protective Order

MRK-NJ0267750



Confidential - Subject To Protective Order

**Table 11**
**Meta-Analysis of APTC Endpoint**
**Rofecoxib vs Any NSAIDs/Placebo**

| Indication for Treatment | Rofecoxib | | Any NSAIDs/Placebo | | Relative risk (95% CI)[3] |
|---|---|---|---|---|---|
| | N | Cases/PYR[1] (Rate[2]) | N | Cases/PYR[1] (Rate[2]) | |
| RA | 6057 | 46/ 3947 ( 1.17) | 5174 | 21/ 3204 ( 0.66) | 1.72 (1.02, 2.90) |
| OA | 7576 | 32/ 2613 ( 1.22) | 6761 | 24/ 1866 ( 1.29) | 1.00 (0.59, 1.71) |
| Alz/LBP | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 0.68 (0.37, 1.23) |
| Total | 15136 | 96/ 7758 ( 1.24) | 13213 | 73/ 6316 ( 1.16) | 1.10 (0.81, 1.50)[4] |

[1]Patient-years at risk

[2]Per 100 PYR

[3]Relative risk of rofecoxib with respect to comparator from Cox model stratified by indication for totals and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.

[4]This estimate is provided for information only since it represents pooling of heterogenous cohorts.

MRK-NJ0267751

Figure 9

Meta-Analysis Relative Risk of APTC Endpoint with 95% CI

Overall and Within Indications For Therapy



Note: relative risk for the total cohort is presented for information only since it represents pooling of heterogenous cohorts.

36

Confidential - Subject To Protective Order

MRK-NJ0267752

**Table 12**
**Summary of Meta-Analysis APTC Events by Class of Terms**
**Rofecoxib vs Any NSAIDs/Placebo**

| APTC Endpoint Term | Rofecoxib (N=15136) | Any NSAIDs/Placebo (N=13213) |
|---|---|---|
| | n (%) | n (%) |
| **Total number of patients with APTC Endpoint** | 96  ( 0.63) | 73  ( 0.55) |
| **Cardiac Events** | 59  ( 0.39) | 34  ( 0.26) |
| Acute Myocardial Infarction | 38  ( 0.25) | 12  ( 0.09) |
| Cardiac Arrest | 0  ( 0.00) | 1  ( 0.01) |
| Coronary Artery Occlusion | 2  ( 0.01) | 1  ( 0.01) |
| Myocardial Infarction | 13  ( 0.09) | 12  ( 0.09) |
| Non-Q-Wave Myocardial Infarction | 0  ( 0.00) | 1  ( 0.01) |
| Sudden Cardiac Death | 6  ( 0.04) | 7  ( 0.05) |
| **Cerebrovascular Events** | 25  ( 0.17) | 33  ( 0.25) |
| Carotid Artery Obstruction | 3  ( 0.02) | 7  ( 0.05) |
| Cerebrovascular Accident | 11  ( 0.07) | 10  ( 0.08) |
| Ischemic Cerebrovascular Stroke | 10  ( 0.07) | 15  ( 0.11) |
| Lacunar Infarction | 1  ( 0.01) | 1  ( 0.01) |
| **Other Events** | 13  ( 0.09) | 6  ( 0.05) |
| Arterial Rupture | 1  ( 0.01) | 0  ( 0.00) |
| Hemorrhage | 1  ( 0.01) | 0  ( 0.00) |
| Hemorrhagic Stroke | 3  ( 0.02) | 1  ( 0.01) |
| Ruptured Aortic Aneurysm | 0  ( 0.00) | 1  ( 0.01) |
| Sudden/Unknown Cause Of Death | 4  ( 0.03) | 0  ( 0.00) |
| Unknown Cause Of Death | 4  ( 0.03) | 4  ( 0.03) |

Note: Patients may be counted in more than one row but are only counted once within a row. Also note that the data in this table are provided for information only since pooling of heterogenous cohorts is represented.

37

Confidential - Subject To Protective Order

MRK-NJ0267753

## V. DISCUSSION

The main purpose of this meta-analysis was to provide a global summation of the rates of irreversible morbid and fatal thrombotic cardiovascular events (the APTC endpoint, consisting of cardiovascular death, death due to unknown causes, fatal hemorrhage, myocardial infarction, and stroke) in the clinical program for rofecoxib. Such a summary maximized the number of patient years of exposure in each of the cohorts of interest for comparison of cardiovascular outcomes (rofecoxib, placebo, non-selective NSAIDs, and the subgroups of non-selective NSAIDs that do and do not mediate potent, sustained inhibition of platelet aggregation). The analysis included over 28,000 patients and over 14,000 patient years on treatment. Thus, this analysis provided an excellent opportunity to discern any differences in thrombotic cardiovascular events accompanying these therapies, and to provide a global assessment of cardiovascular event rates in a population of patients similar to that which is likely to receive rofecoxib in general practice.

To provide insight into whether there is any prothrombotic effect of rofecoxib opposed to an anti-thrombotic effect of naproxen, it was necessary to look at the effect of rofecoxib vs. placebo and to compare rofecoxib to non-naproxen non-selective NSAIDs that do not have potent anti-platelet properties.

There were several critical findings in this meta-analysis:

1. A meta-analysis of all placebo-controlled trials of rofecoxib demonstrated that the therapy with rofecoxib and placebo resulted in a comparable incidence of the APTC endpoint. Thus, there was no evidence to suggest that therapy with rofecoxib is associated with an increased risk of thrombotic cardiovascular events. These results are of particular interest because the Alzheimer studies which contributed the majority of patient years and events to this analysis is an elderly cohort (mean age 75) with the highest baseline incidence of traditional risk factors in the rofecoxib clinical program. This elderly cohort serves as an excellent patient population in which to affirm the cardiovascular safety of rofecoxib.

2. A meta-analysis of all trials comparing rofecoxib with (non-naproxen) non-selective NSAIDs that do not demonstrate potent and sustained antiplatelet effects (diclofenac, ibuprofen, nabumetone), revealed that therapy with rofecoxib or these compounds was associated with comparable incidences of the combined APTC endpoint. These results indicate that therapy with rofecoxib is not accompanied by an increased risk of thrombotic cardiovascular events compared with non-selective NSAIDs which lack potent and sustained anti-platelet effects.

3. An analysis of heterogeneity suggested that the cardiovascular findings of the meta-analysis of naproxen-controlled rofecoxib trials and the meta-analysis comparing rofecoxib to non-selective NSAIDs other than naproxen may have been different. Specifically, the relative risk of 1.69 seen in the comparison of rofecoxib to naproxen tended to be different than the relative risk of 0.79 seen in the comparison of rofecoxib to non-selective NSAIDs other than naproxen. These results support the contention that the imbalanced rates of thrombotic cardiovascular events observed in the clinical trials that compared rofecoxib with naproxen may have been due to a reduced rate of events in the naproxen group rather than an increased rate in the rofecoxib group. A potential mechanistic explanation for this is naproxen's ability to provide sustained nearly complete inhibition of platelet function and thus serve as a cardioprotective agent, rather than an adverse effect of rofecoxib. Clinical pharmacology studies discussed in the original rofecoxib NDA and in the VIGOR cardiovascular report demonstrated that naproxen, but not diclofenac, nabumetone, or ibuprofen produces near-complete, sustained antiplatelet effects through its potent inhibition of COX-1 throughout the

38

Confidential - Subject To Protective Order

MRK-NJ0267754

dosing interval, effects that are similar to those observed with aspirin, an established cardioprotective agent. Rofecoxib, conversely, in keeping with its COX-2 selectivity, does not influence platelet function and thus would not be expected to be protective in patients at risk for cardiovascular adverse events.

## VI. CONCLUSIONS

1. The risk of sustaining a thrombotic cardiovascular event is similar in patients treated with rofecoxib, placebo, or non-naproxen non-selective NSAIDs which lack potent inhibition of platelet function.

2. The risk of sustaining a thrombotic cardiovascular event is reduced in patients treated with naproxen compared to rofecoxib. This reduction in events on naproxen is likely due to its ability to maintain near maximal inhibition of platelet function throughout its dosing interval.

39

Confidential – Subject To Protective Order

MRK-NJ0267755

# References

1   Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs. Nature New Biology 1971;231:232-5.

2   Hla T, Neilson K. Human cyclooxygenase-2 cDNA. Proc Natl Acad Sci USA 1992;89:7384-8.

3   Holtzman MJ, Turk J, Shornick LP. Identification of a pharmacologically distinct prostaglandin H synthase in cultured epithelial cells. J Biol Chem 1992;267(30):21438-45.

4   Vane JR, Botting RM. New insights into the mode of action of anti-inflammatory drugs. Inflamm Res 1995;44:1-10.

5   Seibert K, Zhang Y, Leahy K, et al. Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain. Proc Natl Acad Sci USA 1994;91:12013-7.

6   Crofford LJ, Wilder RL, Ristimaki AP, et al. Cyclooxygenase-1 and -2 expression in rheumatoid synovial tissues: effects of interleukin-1β, phorbol ester, and corticosteroids. J Clin Invest 1994;93:1095-101.

7   Lee SH, Soyoola E, Chanmugam P, et al. Selective expression of mitogen-inducible cyclooxygenase in macrophages stimulated with lipopolysaccharide. J Biol Chem 1992;267(36):25934-8.

8   Lyons-Giordano B, Pratta MA, Galbraith W, Davis GL, Arner EC. Interleukin-1 differentially modulates chondrocyte expression of cyclooxygenase-2 and phospholipase $A_2$. Exp Cell Res 1993;206:58-62.

9   Amin AR, Attur M, Patel RN, et al. Superinduction of cyclooxygenase-2 activity in human osteoarthritis-affected cartilage. J Clin Invest 1997;99(6):1231-7.

10  Meade EA, Smith WL, DeWitt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isozymes by aspirin and other non-steroidal anti-inflammatory drugs. J Biol Chem 1993;268(9):6610-4.

11  Ehrich EW, Dallob A, De Lepeleire I, et al. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. Clin Pharmacol Ther 1999;65(3):336-47.

12  Depre M, Ehrich E, Van-Hecken A, et al. Pharmacokinetics, COX-2 specificity, and tolerability of supratherapeutic doses of rofecoxib in humans [Abstract]. Eur J Clin Pharmacol 2000;56(2):167.

13  Langman MJ, Jensen DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDS. JAMA 1999;282(20):1929-33.

40

Confidential - Subject To Protective Order

MRK-NJ0267756

14   Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Eng J Med 2000;343(21):1520-8.

15   McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci USA 1999;96:272-7.

16   Van Hecken A, Schwartz JI, Depré M, et al. Comparative Inhibitory Activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen and Naproxen on COX-2 versus COX-1 in Healthy Volunteers. J Clin Pharmacol 2000;40:1-12.

17   Daniels B, Seindenberg B. Cardiovascular Safety Profile of Rofecoxib in Controlled Clinical Trials [Abstract]. Arthritis Rheum 1999;Suppl(435):S143.

18   MRL Report: Standard operating procedure for the surveillance, monitoring, and adjudication of acute thromboembolic vascular events in clinical trials of COX-2 specific inhibitors, 1999.

19   MRL Report: Rofecoxib (VIGOR) Cardiovascular Events Analysis, 2000. (Submitted to IND 46,894 on March 27, 2000, Serial No. 720).

20   Van Hecken A, Schwartz JI, Depré M, et al. Comparative Inhibitory Activity of Rofecoxib, Meloxicam, Diclofenac, Ibuprofen and Naproxen on COX-2 versus COX-1 in Healthy Volunteers. J Clin Pharmacol 2000;40:1-12.

21   Patrignani P, Sciulli MG, Manarini S, Santini G, Cerletti C, Evangelista V. COX-2 is not involved in thromboxane biosynthesis by activated human platelets. J Physiol Pharmacol 1999;50(4):661-7.

22   Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy-I: prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106.

23   CAPRIE Steering Committee. A randomised, blinded, trial of clopidogrel versus aspirin in patients at risk of ischaemic events (CAPRIE). Lancet 1996;348:1329-39.

24   Guess HA, Thomas JE. A rapidly converging algorithm for exact binomial confidence intervals about the relative risk in follow-up studies with stratified incidence-density data. Epidemiology 1990; 1(1):75-77.

Confidential - Subject To Protective Order

MRK-NJ0267757

Confidential - Subject To Protective Order

## Appendix 1.1

Terms that Were Redefined During Blinded Review

| Indication | Protocol # | Alloc # | Trt Grp[1] | Original Term | Redefined Term |
|---|---|---|---|---|---|
| OA | 035 | 7517 | C | cardiopulmonary arrest | sudden cardiac death |
| OA | 035 | 7588 | R | unknown cause of death | sudden/unknown cause of death |
| OA | 035 | 7922 | C | sudden death | sudden cardiac death |
| OA | 102 | 5005 | R | hypertensive heart disease | unknown cause of death |
| Alz/LBP | 078 | 158 | R | myocardial infarction | sudden/unknown cause of death |
| Alz/LBP | 078 | 205 | R | postoperative complication | sudden/unknown cause of death |
| Alz/LBP | 078 | 539 | C | hypertension | unknown cause of death |
| Alz/LBP | 078 | 737 | R | cardiac arrest | unknown cause of death |
| Alz/LBP | 078 | 1378 | C | acute myocardial infarction | unknown cause of death |
| Alz/LBP | 091 | 601 | R | ventricular fibrillation | sudden/unknown cause of death |
| Alz/LBP | 091 | 827 | C | intracranial hemorrhage | unknown cause of death |

[1]R=rofecoxib  C=comparator

MRK-NJ0267758

42

Confidential - Subject To Protective Order

## Appendix 1.2

### Example of Treatment Group Assignments by Phase for the Various Comparisons

| Treatment Group Assignments by Phase | | Comparisons | | | | | |
|---|---|---|---|---|---|---|---|
| | | Rofecoxib vs. NSAIDs | | Rofecoxib vs. Placebo | | Rofecoxib vs. NSAID/Placebo | |
| Part I Treatment | Part II/Extension Treatment | Parts Included in Analysis | Treatment Group[1] | Parts Included in Analysis | Treatment Group[1] | Parts Included in Analysis | Treatment Group[1] |
| Rofecoxib 25 mg | Rofecoxib 25 mg | I/II/extension | R | I | R · | I/II/extension | R |
| Ibuprofen 2400 mg | Ibuprofen 2400 mg | I/II/extension | C | - | - | I/II/extension | C |
| Placebo | Rofecoxib 25 mg | II/extension | R | I | C | II/extension | R |
| Placebo | Ibuprofen 2400 mg | II/extension | C | I | C | I/II/extension | C |
| [1]R=rofecoxib   C=comparator | | | | | | | |

MRK-NJ0267759

43

Confidential - Subject To Protective Order



### Appendix 1.3
#### Meta-Analysis of APTC Endpoint
#### Rofecoxib vs Comparator Agents
#### With Details by Study

| Indication for Treatment | Study Group | Rofecoxib | | Comparator | | Relative risk (95% CI)[3] |
|---|---|---|---|---|---|---|
| | | N | Cases/PYR[1] (Rate[2]) | N | Cases/PYR[1] (Rate[2]) | |
| **Rofecoxib vs naproxen** | | | | | | |
| RA | All | 6057 | 46/ 3947 ( 1.17) | 4859 | 20/ 3078 ( 0.65) | 1.74 (1.02, 2.96) |
| | 068 | 511 | 5/ 591 ( 0.85) | 86 | 2/ 101 ( 1.98) | 0.43 (0.07, 4.49) |
| | 096 | 554 | 6/ 286 ( 2.09) | 254 | 0/ 129 ( 0.00) | - |
| | 097 | 726 | 0/ 317 ( 0.00) | 270 | 0/ 98 ( 0.00) | - |
| | 098+103 | 219 | 0/ 55 ( 0.00) | 220 | 0/ 51 ( 0.00) | - |
| | VIGOR | 4047 | 35/ 2698 ( 1.30) | 4029 | 18/ 2698 ( 0.67) | 1.95 (1.10, 3.44) |
| OA | All | 3026 | 11/ 675 ( 1.63) | 3011 | 7/ 665 ( 1.05) | 1.55 (0.60, 4.00) |
| | 901 | 241 | 1/ 36 ( 2.80) | 240 | 0/ 36 ( 0.00) | - |
| | Adv | 2785 | 10/ 639 ( 1.56) | 2771 | 7/ 629 ( 1.11) | 1.41 (0.54, 3.69) |
| Alz/LBP | All | 0 | - | 0 | - | - |
| Total | All | 9083 | 57/ 4622 ( 1.23) | 7870 | 27/ 3742 ( 0.72) | 1.69 (1.07, 2.69) |
| **Rofecoxib vs other NSAIDs** | | | | | | |
| RA | All | 0 | - | 0 | - | - |
| OA | All | 4549 | 21/ 1934 ( 1.09) | 2755 | 14/ 984 ( 1.42) | 0.79 (0.40, 1.55) |
| | 069-OA | 3357 | 16/ 1659 ( 0.96) | 1564 | 10/ 706 ( 1.42) | 0.70 (0.32, 1.54) |
| | 083 | 136 | 0/ 121 ( 0.00) | 148 | 3/ 127 ( 2.37) | 0.00 (0.00, 2.54) |
| | 085 | 424 | 1/ 61 ( 1.63) | 410 | 0/ 59 ( 0.00) | - |
| | 090 | 390 | 4/ 56 ( 7.11) | 392 | 1/ 57 ( 1.77) | 4.02 (0.40, 198.1) |
| | 902 | 242 | 0/ 37 ( 0.00) | 241 | 0/ 36 ( 0.00) | - |
| Alz/LBP | All | 0 | - | 0 | - | - |
| Total | All | 4549 | 21/ 1934 ( 1.09) | 2755 | 14/ 984 ( 1.42) | 0.79 (0.40, 1.55) |

[1] Patient-years at risk

[2] Per 100 PYR

[3] Relative risk of rofecoxib with respect to comparator from Cox model stratified by indication for totals and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.

MRK-NJ0267760

44

Confidential - Subject To Protective Order

Appendix 1.3 (Continued)
Meta-Analysis of APTC Endpoint
Rofecoxib vs Comparator Agents
With Details by Study

| Indication for Treatment | Study Group | Rofecoxib | | Comparator | | Relative risk (95% CI)[3] |
|---|---|---|---|---|---|---|
| | | N | Cases/PYR[1] (Rate[2]) | N | Cases/PYR[1] (Rate[2]) | |
| Rofecoxib vs placebo | | | | | | |
| RA | All | 1622 | 3/ 337 ( 0.89) | 989 | 1/ 201 ( 0.50) | 1.78 (0.14, 93.70) |
| | 068 | 332 | 0/ 49 ( 0.00) | 168 | 0/ 24 ( 0.00) | - |
| | 096 | 459 | 3/ 97 ( 3.10) | 301 | 0/ 58 ( 0.00) | - |
| | 097 | 612 | 0/ 136 ( 0.00) | 299 | 0/ 62 ( 0.00) | - |
| | 098+103 | 219 | 0/ 55 ( 0.00) | 221 | 1/ 56 ( 1.78) | 0.00 (0.00, 39.95) |
| OA | All | 3165 | 12/ 655 ( 1.83) | 1215 | 3/ 232 ( 1.30) | 1.53 (0.43, 5.44) |
| | 069-OA | 2253 | 7/ 516 ( 1.36) | 711 | 3/ 156 ( 1.93) | 0.70 (0.16, 4.22) |
| | 083 | 98 | 0/ 21 ( 0.00) | 100 | 0/ 21 ( 0.00) | - |
| | 085 | 424 | 1/ 61 ( 1.63) | 208 | 0/ 28 ( 0.00) | - |
| | 090 | 390 | 4/ 56 ( 7.11) | 196 | 0/ 27 ( 0.00) | - |
| Alz/LBP | All | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 0.68 (0.37, 1.23) |
| | 078 | 700 | 10/ 856 ( 1.17) | 707 | 17/ 913 ( 1.86) | 0.63 (0.29, 1.38) |
| | 091 | 341 | 7/ 290 ( 2.42) | 343 | 11/ 308 ( 3.57) | 0.68 (0.26, 1.75) |
| | 120 | 252 | 1/ 28 ( 3.61) | 128 | 0/ 14 ( 0.00) | - |
| | 121 | 210 | 0/ 23 ( 0.00) | 100 | 0/ 11 ( 0.00) | - |
| Total | All | 6290 | 33/ 2189 ( 1.51) | 3482 | 32/ 1678 ( 1.91) | 0.84 (0.51, 1.38) |

[1]Patient-years at risk

[2]Per 100 PYR

[3]Relative risk of rofecoxib with respect to comparator from Cox model stratified by indication for totals and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.

45

MRK-NJ0287761

Confidential - Subject To Protective Order

**Appendix 1.3 (Continued)**
**Meta-Analysis of APTC Endpoint**
**Rofecoxib vs Comparator Agents**
**With Details by Study**

| Indication for Treatment | Study Group | Rofecoxib | | Comparator | | Relative risk (95% CI)[3] |
|---|---|---|---|---|---|---|
| | | N | Cases/PYR[1] (Rate[2]) | N | Cases/PYR[1] (Rate[2]) | |
| Rofecoxib vs other NSAIDs/placebo | | | | | | |
| RA | All | 1622 | 3/ 337 ( 0.89) | 989 | 1/ 201 ( 0.50) | 1.78 (0.14, 93.70) |
| | 068 | 332 | 0/ 49 ( 0.00) | 168 | 0/ 24 ( 0.00) | - |
| | 096 | 459 | 3/ 97 ( 3.10) | 301 | 0/ 58 ( 0.00) | - |
| | 097 | 612 | 0/ 136 ( 0.00) | 299 | 0/ 62 ( 0.00) | - |
| | 098+103 | 219 | 0/ 55 ( 0.00) | 221 | 1/ 56 ( 1.78) | 0.00 (0.00, 39.95) |
| OA | All | 4550 | 21/ 1938 ( 1.08) | 3750 | 17/ 1201 ( 1.42) | 0.81 (0.42, 1.53) |
| | 069-OA | 3358 | 16/ 1663 ( 0.96) | 2147 | 13/ 858 ( 1.51) | 0.68 (0.32, 1.41) |
| | 083 | 136 | 0/ 121 ( 0.00) | 156 | 3/ 137 ( 2.19) | 0.00 (0.00, 2.75) |
| | 085 | 424 | 1/ 61 ( 1.63) | 618 | 0/ 86 ( 0.00) | - |
| | 090 | 390 | 4/ 56 ( 7.11) | 588 | 1/ 84 ( 1.20) | 5.93 (0.59, 292.3) |
| | 902 | 242 | 0/ 37 ( 0.00) | 241 | 0/ 36 ( 0.00) | - |
| Alz/LBP | All | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 0.68 (0.37, 1.23) |
| | 078 | 700 | 10/ 856 ( 1.17) | 707 | 17/ 913 ( 1.86) | 0.63 (0.29, 1.38) |
| | 091 | 341 | 7/ 290 ( 2.42) | 343 | 11/ 308 ( 3.57) | 0.68 (0.26, 1.75) |
| | 120 | 252 | 1/ 28 ( 3.61) | 128 | 0/ 14 ( 0.00) | - |
| | 121 | 210 | 0/ 23 ( 0.00) | 100 | 0/ 11 ( 0.00) | - |
| Total | All | 7675 | 42/ 3472 ( 1.21) | 6017 | 46/ 2648 ( 1.74) | 0.76 (0.50, 1.16) |

[1] Patient-years at risk
[2] Per 100 PYR
[3] Relative risk of rofecoxib with respect to comparator from Cox model stratified by indication for totals and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.

MRK-NJ0267762

46

Confidential - Subject To Protective Order

Appendix 1.3 (Continued)
Meta-Analysis of APTC Endpoint
Rofecoxib vs Comparator Agents
With Details by Study

| Indication for Treatment | Study Group | Rofecoxib | | Comparator | | Relative risk (95% CI)[3] |
|---|---|---|---|---|---|---|
| | | N | Cases/PYR[1] (Rate[2]) | N | Cases/PYR[1] (Rate[2]) | |
| Rofecoxib vs any NSAIDs/placebo | | | | | | |
| RA | All | 6057 | 46/ 3947 ( 1.17) | 5174 | 21/ 3204 ( 0.66) | 1.72 (1.02, 2.90) |
| | 068 | 511 | 5/ 591 ( 0.85) | 97 | 2/ 109 ( 1.84) | 0.46 (0.08, 4.82) |
| | 096 | 554 | 6/ 286 ( 2.09) | 304 | 0/ 159 ( 0.00) | - |
| | 097 | 726 | 0/ 317 ( 0.00) | 303 | 0/ 131 ( 0.00) | - |
| | 098+103 | 219 | 0/ 55 ( 0.00) | 441 | 1/ 107 ( 0.93) | 0.00 (0.00, 76.27) |
| | VIGOR | 4047 | 35/ 2698 ( 1.30) | 4029 | 18/ 2698 ( 0.67) | 1.95 (1.10, 3.44) |
| OA | All | 7576 | 32/ 2613 ( 1.22) | 6761 | 24/ 1866 ( 1.29) | 1.00 (0.59, 1.71) |
| | 069-OA | 3358 | 16/ 1663 ( 0.96) | 2147 | 13/ 858 ( 1.51) | 0.68 (0.32, 1.41) |
| | 083 | 136 | 0/ 121 ( 0.00) | 156 | 3/ 137 ( 2.19) | 0.00 (0.00, 2.75) |
| | 085 | 424 | 1/ 61 ( 1.63) | 618 | 0/ 86 ( 0.00) | - |
| | 090 | 390 | 4/ 56 ( 7.11) | 588 | 1/ 84 ( 1.20) | 5.93 (0.59, 292.3) |
| | 901 | 241 | 1/ 36 ( 2.80) | 240 | 0/ 36 ( 0.00) | - |
| | 902 | 242 | 0/ 37 ( 0.00) | 241 | 0/ 36 ( 0.00) | - |
| | Adv | 2785 | 10/ 639 ( 1.56) | 2771 | 7/ 629 ( 1.11) | 1.41 (0.54, 3.69) |
| Alz/LBP | All | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 0.68 (0.37, 1.23) |
| | 078 | 700 | 10/ 856 ( 1.17) | 707 | 17/ 913 ( 1.86) | 0.63 (0.29, 1.38) |
| | 091 | 341 | 7/ 290 ( 2.42) | 343 | 11/ 308 ( 3.57) | 0.68 (0.26, 1.75) |
| | 120 | 252 | 1/ 28 ( 3.61) | 128 | 0/ 14 ( 0.00) | - |
| | 121 | 210 | 0/ 23 ( 0.00) | 100 | 0/ 11 ( 0.00) | - |
| Total | All | 15136 | 96/ 7758 ( 1.24) | 13213 | 73/ 6316 ( 1.16) | 1.10 (0.81, 1.50)[4] |

[1]Patient-years at risk

[2]Per 100 PYR

[3]Relative risk of rofecoxib with respect to comparator from Cox model stratified by indication for totals and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.

[4]This estimate is provided for information only since it represents pooling of heterogenous cohorts.

MRK-NJ0287763

47

Confidential - Subject To Protective Order

## Appendix 1.4

### Meta-Analysis of APTC Endpoint
### Rofecoxib vs Comparator Agents
### Model with Risk Factors

| Indication for Treatment | Rofecoxib | | Comparator | | |
|---|---|---|---|---|---|
| | N | Cases/PYR[1] (Rate[2]) | N | Cases/PYR[1] (Rate[2]) | Relative risk (95% CI)[3] |
| **Rofecoxib vs naproxen** | | | | | |
| RA | 6057 | 46/ 3947 ( 1.17) | 4859 | 20/ 3078 ( 0.65) | 1.73 (1.02, 2.94) |
| OA | 3026 | 11/ 675 ( 1.63) | 3011 | 7/ 665 ( 1.05) | 1.54 (0.60, 3.97) |
| Alz/LBP | 0 | - | 0 | - | - |
| Total | 9083 | 57/ 4622 ( 1.23) | 7870 | 27/ 3742 ( 0.72) | 1.69 (1.06, 2.68) |
| **Rofecoxib vs other NSAIDs** | | | | | |
| RA | 0 | - | 0 | - | - |
| OA | 4549 | 21/ 1934 ( 1.09) | 2755 | 14/ 984 ( 1.42) | 0.80 (0.40, 1.57) |
| Alz/LBP | 0 | - | 0 | - | - |
| Total | 4549 | 21/ 1934 ( 1.09) | 2755 | 14/ 984 ( 1.42) | 0.80 (0.40, 1.57) |
| **Rofecoxib vs placebo** | | | | | |
| RA | 1622 | 3/ 337 ( 0.89) | 989 | 1/ 201 ( 0.50) | 1.78 (0.14, 93.70) |
| OA | 3165 | 12/ 655 ( 1.83) | 1215 | 3/ 232 ( 1.30) | 1.51 (0.43, 5.38) |
| Alz/LBP | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 0.68 (0.38, 1.23) |
| Total | 6290 | 33/ 2189 ( 1.51) | 3482 | 32/ 1678 ( 1.91) | 0.84 (0.51, 1.38) |
| **Rofecoxib vs other NSAIDs/placebo** | | | | | |
| RA | 1622 | 3/ 337 ( 0.89) | 989 | 1/ 201 ( 0.50) | 1.78 (0.14, 93.70) |
| OA | 4550 | 21/ 1938 ( 1.08) | 3750 | 17/ 1201 ( 1.42) | 0.81 (0.43, 1.54) |
| Alz/LBP | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 0.68 (0.38, 1.23) |
| Total | 7675 | 42/ 3472 ( 1.21) | 6017 | 46/ 2648 ( 1.74) | 0.76 (0.50, 1.17) |
| **Rofecoxib vs any NSAIDs/placebo** | | | | | |
| RA | 6057 | 46/ 3947 ( 1.17) | 5174 | 21/ 3204 ( 0.66) | 1.71 (1.01, 2.87) |
| OA | 7576 | 32/ 2613 ( 1.22) | 6761 | 24/ 1866 ( 1.29) | 1.01 (0.59, 1.72) |
| Alz/LBP | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 0.68 (0.38, 1.23) |
| Total | 15136 | 96/ 7758 ( 1.24) | 13213 | 73/ 6316 ( 1.16) | 1.10 (0.81, 1.50)[4] |
| [1]Patient-years at risk | | | | | |
| [2]Per 100 PYR | | | | | |

MRK-NJ0267764

48

Confidential - Subject To Protective Order

[3]Relative risk of rofecoxib with respect to comparator from Cox model with age, gender, cardiovascular risk factors stratified by indication for totals and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.
[4]This estimate is provided for information only since it represents pooling of heterogenous cohorts.

49

MRK-NJ0267765

Confidential - Subject To Protective Order

## Appendix 1.5

### Meta-Analysis of APTC Endpoint
### Comparator Agents vs Rofecoxib
### With Details by Study

| Indication for Treatment | Study Group | Rofecoxib | | Comparator | | Relative risk (95% CI)[3] |
|---|---|---|---|---|---|---|
| | | N | Cases/PYR[1] (Rate[2]) | N | Cases/PYR[1] (Rate[2]) | |
| Naproxen vs rofecoxib | | | | | | |
| RA | All | 6057 | 46/ 3947 ( 1.17) | 4859 | 20/ 3078 ( 0.65) | 0.57 (0.34, 0.98) |
| | 068 | 511 | 5/ 591 ( 0.85) | 86 | 2/ 101 ( 1.98) | 2.34 (0.22, 14.30) |
| | 096 | 554 | 6/ 286 ( 2.09) | 254 | 0/ 129 ( 0.00) | 0.00 (0.00, 1.88) |
| | 097 | 726 | 0/ 317 ( 0.00) | 270 | 0/ 98 ( 0.00) | - |
| | 098+103 | 219 | 0/ 55 ( 0.00) | 220 | 0/ 51 ( 0.00) | - |
| | VIGOR | 4047 | 35/ 2698 ( 1.30) | 4029 | 18/ 2698 ( 0.67) | 0.51 (0.29, 0.91) |
| OA | All | 3026 | 11/ 675 ( 1.63) | 3011 | 7/ 665 ( 1.05) | 0.65 (0.25, 1.66) |
| | 901 | 241 | 1/ 36 ( 2.80) | 240 | 0/ 36 ( 0.00) | 0.00 (0.00, 38.66) |
| | Adv | 2785 | 10/ 639 ( 1.56) | 2771 | 7/ 629 ( 1.11) | 0.71 (0.27, 1.87) |
| Alz/LBP | All | 0 | - | 0 | - | - |
| Total | All | 9083 | 57/ 4622 ( 1.23) | 7870 | 27/ 3742 ( 0.72) | 0.59 (0.37, 0.94) |
| Other NSAIDs vs rofecoxib | | | | | | |
| RA | All | 0 | - | 0 | - | - |
| OA | All | 4549 | 21/ 1934 ( 1.09) | 2755 | 14/ 984 ( 1.42) | 1.27 (0.64, 2.50) |
| | 069-OA | 3357 | 16/ 1659 ( 0.96) | 1564 | 10/ 706 ( 1.42) | 1.44 (0.65, 3.17) |
| | 083 | 136 | 0/ 121 ( 0.00) | 148 | 3/ 127 ( 2.37) | - |
| | 085 | 424 | 1/ 61 ( 1.63) | 410 | 0/ 59 ( 0.00) | 0.00 (0.00, 40.79) |
| | 090 | 390 | 4/ 56 ( 7.11) | 392 | 1/ 57 ( 1.77) | 0.25 (0.01, 2.51) |
| | 902 | 242 | 0/ 37 ( 0.00) | 241 | 0/ 36 ( 0.00) | - |
| Alz/LBP | All | 0 | - | 0 | - | - |
| Total | All | 4549 | 21/ 1934 ( 1.09) | 2755 | 14/ 984 ( 1.42) | 1.27 (0.64, 2.50) |

[1]Patient-years at risk

[2]Per 100 PYR

[3]Relative risk of comparator with respect to rofecoxib from Cox model stratified by indication for totals and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.

50

MRK-NJ0267786

Confidential - Subject To Protective Order

Appendix 1.5 (Continued)
Meta-Analysis of APTC Endpoint
Comparator Agents vs Rofecoxib
With Details by Study

| Indication for Treatment | Study Group | Rofecoxib | | Comparator | | Relative risk (95% CI)[3] |
|---|---|---|---|---|---|---|
| | | N | Cases/PYR[1] (Rate[2]) | N | Cases/PYR[1] (Rate[2]) | |
| Placebo vs rofecoxib | | | | | | |
| RA | All | 1622 | 3/ 1197 ( 0.89) | 989 | 1/ 201 ( 0.50) | 0.56 (0.01, 6.98) |
| | 068 | 332 | 0/ 49 ( 0.00) | 168 | 0/ 24 ( 0.00) | - |
| | 096 | 459 | 3/ 97 ( 3.10) | 301 | 0/ 58 ( 0.00) | 0.00 (0.00, 4.04) |
| | 097 | 612 | 0/ 136 ( 0.00) | 299 | 0/ 62 ( 0.00) | - |
| | 098+103 | 219 | 0/ 55 ( 0.00) | 221 | 1/ 56 ( 1.78) | - |
| OA | All | 3165 | 12/ 655 ( 1.83) | 1215 | 3/ 232 ( 1.30) | 0.65 (0.18, 2.31) |
| | 069-OA | 2253 | 7/ 516 ( 1.36) | 711 | 3/ 156 ( 1.93) | 1.42 (0.24, 6.22) |
| | 083 | 98 | 0/ 21 ( 0.00) | 100 | 0/ 21 ( 0.00) | - |
| | 085 | 424 | 1/ 61 ( 1.63) | 208 | 0/ 28 ( 0.00) | 0.00 (0.00, 85.76) |
| | 090 | 390 | 4/ 56 ( 7.11) | 196 | 0/ 27 ( 0.00) | 0.00 (0.00, 3.17) |
| Alz/LBP | All | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 1.47 (0.82, 2.67) |
| | 078 | 700 | 10/ 856 ( 1.17) | 707 | 17/ 913 ( 1.86) | 1.59 (0.73, 3.46) |
| | 091 | 341 | 7/ 290 ( 2.42) | 343 | 11/ 308 ( 3.57) | 1.47 (0.57, 3.80) |
| | 120 | 252 | 1/ 28 ( 3.61) | 128 | 0/ 14 ( 0.00) | 0.00 (0.00, 78.49) |
| | 121 | 210 | 0/ 23 ( 0.00) | 100 | 0/ 11 ( 0.00) | - |
| Total | All | 6290 | 33/ 2189 ( 1.51) | 3482 | 32/ 1678 ( 1.91) | 1.19 (0.73, 1.96) |

[1]Patient-years at risk

[2]Per 100 PYR

[3]Relative risk of comparator with respect to rofecoxib from Cox model stratified by indication for totals and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.

MRK-NJ0287767

51

Confidential - Subject To Protective Order

Appendix 1.5 (Continued)
Meta-Analysis of APTC Endpoint
Comparator Agents vs Rofecoxib
With Details by Study

| Indication for Treatment | Study Group | Rofecoxib | | Comparator | | Relative risk (95% CI)[3] |
|---|---|---|---|---|---|---|
| | | N | Cases/PYR[1] (Rate[2]) | N | Cases/PYR[1] (Rate[2]) | |
| Other NSAIDs/placebo vs rofecoxib | | | | | | |
| RA | All | 1622 | 3/ 337 ( 0.89) | 989 | 1/ 201 ( 0.50) | 0.56 (0.01, 6.98) |
| | 068 | 332 | 0/ 49 ( 0.00) | 168 | 0/ 24 ( 0.00) | - |
| | 096 | 459 | 3/ 97 ( 3.10) | 301 | 0/ 58 ( 0.00) | 0.00 (0.00, 4.04) |
| | 097 | 612 | 0/ 136 ( 0.00) | 299 | 0/ 62 ( 0.00) | - |
| | 098+103 | 219 | 0/ 55 ( 0.00) | 221 | 1/ 56 ( 1.78) | - |
| OA | All | 4550 | 21/ 1938 ( 1.08) | 3750 | 17/ 1201 ( 1.42) | 1.24 (0.65, 2.36) |
| | 069-OA | 3358 | 16/ 1663 ( 0.96) | 2147 | 13/ 858 ( 1.51) | 1.48 (0.71, 3.09) |
| | 083 | 136 | 0/ 121 ( 0.00) | 156 | 3/ 137 ( 2.19) | - |
| | 085 | 424 | 1/ 61 ( 1.63) | 618 | 0/ 86 ( 0.00) | 0.00 (0.00, 27.64) |
| | 090 | 390 | 4/ 56 ( 7.11) | 588 | 1/ 84 ( 1.20) | 0.17 (0.00, 1.70) |
| | 902 | 242 | 0/ 37 ( 0.00) | 241 | 0/ 36 ( 0.00) | - |
| Alz/LBP | All | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 1.47 (0.82, 2.67) |
| | 078 | 700 | 10/ 856 ( 1.17) | 707 | 17/ 913 ( 1.86) | 1.59 (0.73, 3.46) |
| | 091 | 341 | 7/ 290 ( 2.42) | 343 | 11/ 308 ( 3.57) | 1.47 (0.57, 3.80) |
| | 120 | 252 | 1/ 28 ( 3.61) | 128 | 0/ 14 ( 0.00) | 0.00 (0.00, 78.49) |
| | 121 | 210 | 0/ 23 ( 0.00) | 100 | 0/ 11 ( 0.00) | - |
| Total | All | 7675 | 42/ 3472 ( 1.21) | 6017 | 46/ 2648 ( 1.74) | 1.31 (0.86, 2.01) |

[1] Patient-years at risk

[2] Per 100 PYR

[3] Relative risk of comparator with respect to rofecoxib from Cox model stratified by indication for totals and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.

MRK-NJ0267768

52

Confidential - Subject To Protective Order

Appendix 1.5 (Continued)
Meta-Analysis of APTC Endpoint
Comparator Agents vs Rofecoxib
With Details by Study

| Indication for Treatment | Study Group | Rofecoxib | | Comparator | | Relative risk (95% CI)[3] |
|---|---|---|---|---|---|---|
| | | N | Cases/PYR[1] (Rate[5]) | N | Cases/PYR[1] (Rate[2]) | |
| Any NSAIDs/placebo vs rofecoxib | | | | | | |
| RA | All | 6057 | 46/ 3947 ( 1.17) | 5174 | 21/ 3204 ( 0.66) | 0.58 (0.35, 0.98) |
| | 068 | 511 | 5/ 591 ( 0.85) | 97 | 2/ 109 ( 1.84) | 2.18 (0.21, 13.31) |
| | 096 | 554 | 6/ 286 ( 2.09) | 304 | 0/ 159 ( 0.00) | 0.00 (0.00, 1.53) |
| | 097 | 726 | 0/ 317 ( 0.00) | 303 | 0/ 131 ( 0.00) | - |
| | 098+103 | 219 | 0/ 55 ( 0.00) | 441 | 1/ 107 ( 0.93) | - |
| | VIGOR | 4047 | 35/ 2698 ( 1.30) | 4029 | 18/ 2698 ( 0.67) | 0.51 (0.29, 0.91) |
| OA | All | 7576 | 32/ 2613 ( 1.22) | 6761 | 24/ 1866 ( 1.29) | 1.00 (0.59, 1.70) |
| | 069-OA | 3358 | 16/ 1663 ( 0.96) | 2147 | 13/ 858 ( 1.51) | 1.48 (0.71, 3.09) |
| | 083 | 136 | 0/ 121 ( 0.00) | 156 | 3/ 137 ( 2.19) | - |
| | 085 | 424 | 1/ 61 ( 1.63) | 618 | 0/ 86 ( 0.00) | 0.00 (0.00, 27.64) |
| | 090 | 390 | 4/ 56 ( 7.11) | 588 | 1/ 84 ( 1.20) | 0.17 (0.00, 1.70) |
| | 901 | 241 | 1/ 36 ( 2.80) | 240 | 0/ 36 ( 0.00) | 0.00 (0.00, 38.66) |
| | 902 | 242 | 0/ 37 ( 0.00) | 241 | 0/ 36 ( 0.00) | - |
| | Adv | 2785 | 10/ 639 ( 1.56) | 2771 | 7/ 629 ( 1.11) | 0.71 (0.27, 1.87) |
| Alz/LBP | All | 1503 | 18/ 1197 ( 1.50) | 1278 | 28/ 1246 ( 2.25) | 1.47 (0.82, 2.67) |
| | 078 | 700 | 10/ 856 ( 1.17) | 707 | 17/ 913 ( 1.86) | 1.59 (0.73, 3.46) |
| | 091 | 341 | 7/ 290 ( 2.42) | 343 | 11/ 308 ( 3.57) | 1.47 (0.57, 3.80) |
| | 120 | 252 | 1/ 28 ( 3.61) | 128 | 0/ 14 ( 0.00) | 0.00 (0.00, 78.49) |
| | 121 | 210 | 0/ 23 ( 0.00) | 100 | 0/ 11 ( 0.00) | - |
| Total | All | 15136 | 96/ 7758 ( 1.24) | 13213 | 73/ 6316 ( 1.16) | 0.91 (0.67, 1.24)[4] |

[1] Patient-years at risk

[2] Per 100 PYR

[3] Relative risk of comparator with respect to rofecoxib from Cox model stratified by indication for totals and unstratified elsewhere when number of cases is at least 11, otherwise relative risk is ratio of rates.

[4] This estimate is provided for information only since it represents pooling of heterogenous cohorts.

MRK-N0267769

## Appendix 1.6
### Table 1
Summary of Patient Characteristics at Baseline
Rofecoxib vs Naproxen

| Baseline Characteristics | Rofecoxib n (%) | | Naproxen n (%) | | Total n (%) | |
|---|---|---|---|---|---|---|
| **RA** | | | | | | |
| Sample Size | 6057 | ( 100) | 4859 | ( 100) | 10916 | ( 100) |
| Age 65+ | 1455 | (24.0) | 1241 | (25.5) | 2696 | (24.7) |
| Male | 1231 | (20.3) | 995 | (20.5) | 2226 | (20.4) |
| Female | 4826 | (79.7) | 3864 | (79.5) | 8690 | (79.6) |
| Current Smoker | 1182 | (19.5) | 934 | (19.2) | 2116 | (19.4) |
| History of Hypertension | 1733 | (28.6) | 1362 | (28.0) | 3095 | (28.4) |
| History of Diabetes Mellitus | 357 | ( 5.9) | 307 | ( 6.3) | 664 | ( 6.1) |
| History of Hypercholesterolemia | 584 | ( 9.6) | 352 | ( 7.2) | 936 | ( 8.6) |
| At Least One Risk Factor — Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 3033 | (50.1) | 2360 | (48.6) | 5393 | (49.4) |
| Indicated for Aspirin Therapy[2] | 245 | ( 4.0) | 187 | ( 3.8) | 432 | ( 4.0) |
| **OA** | | | | | | |
| Sample Size | 3026 | ( 100) | 3011 | ( 100) | 6037 | ( 100) |
| Age 65+ | 1414 | (46.7) | 1401 | (46.5) | 2815 | (46.6) |
| Male | 868 | (28.7) | 860 | (28.6) | 1728 | (28.6) |
| Female | 2158 | (71.3) | 2151 | (71.4) | 4309 | (71.4) |
| Current Smoker[1] | 44 | ( 1.5) | 47 | ( 1.6) | 91 | ( 1.5) |
| History of Hypertension | 1384 | (45.7) | 1420 | (47.2) | 2804 | (46.4) |
| History of Diabetes Mellitus | 334 | (11.0) | 352 | (11.7) | 686 | (11.4) |
| History of Hypercholesterolemia | 821 | (27.1) | 782 | (26.0) | 1603 | (26.6) |
| At Least One Risk Factor — Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 1801 | (59.5) | 1845 | (61.3) | 3646 | (60.4) |
| Indicated for Aspirin Therapy[2] | 254 | ( 8.4) | 264 | ( 8.8) | 518 | ( 8.6) |
| **Total** | | | | | | |
| Sample Size | 9083 | ( 100) | 7870 | ( 100) | 16953 | ( 100) |
| Age 65+ | 2869 | (31.6) | 2642 | (33.6) | 5511 | (32.5) |
| Male | 2099 | (23.1) | 1855 | (23.6) | 3954 | (23.3) |
| Female | 6984 | (76.9) | 6015 | (76.4) | 12999 | (76.7) |
| Current Smoker | 1226 | (13.5) | 981 | (12.5) | 2207 | (13.0) |
| History of Hypertension | 3117 | (34.3) | 2782 | (35.3) | 5899 | (34.8) |
| History of Diabetes Mellitus | 691 | ( 7.6) | 659 | ( 8.4) | 1350 | ( 8.0) |
| History of Hypercholesterolemia | 1405 | (15.5) | 1134 | (14.4) | 2539 | (15.0) |
| At Least One Risk Factor — Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 4834 | (53.2) | 4205 | (53.4) | 9039 | (53.3) |
| Indicated for Aspirin Therapy[2] | 499 | ( 5.5) | 451 | ( 5.7) | 950 | ( 5.6) |

[1]There may be low ascertainment of smoking status in the ADVANTAGE trial since this information was gathered by medical history instead of a specific tobacco history form.
[2]"Indicated for Aspirin Therapy" are those patients with a past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention.

54

Confidential - Subject To Protective Order

MRK-NJ0267770

**Appendix 1.6  Table 2**
**Summary of Patient Characteristics at Baseline**
**Rofecoxib vs Other NSAIDs**

| Baseline Characteristics | Rofecoxib n (%) | | Other NSAIDs n (%) | | Total n (%) | |
|---|---|---|---|---|---|---|
| **OA** | | | | | | |
| Sample Size | 4549 | ( 100) | 2755 | ( 100) | 7304 | ( 100) |
| Age 65+ | 2050 | (45.1) | 1245 | (45.2) | 3295 | (45.1) |
| Male | 1293 | (28.4) | 789 | (28.6) | 2082 | (28.5) |
| Female | 3256 | (71.6) | 1966 | (71.4) | 5222 | (71.5) |
| Current Smoker | 480 | (10.6) | 291 | (10.6) | 771 | (10.6) |
| History of Hypertension | 1816 | (39.9) | 1104 | (40.1) | 2920 | (40.0) |
| History of Diabetes Mellitus | 380 | ( 8.4) | 217 | ( 7.9) | 597 | ( 8.2) |
| History of Hypercholesterolemia | 818 | (18.0) | 554 | (20.1) | 1372 | (18.8) |
| At Least One Risk Factor — Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 2589 | (56.9) | 1601 | (58.1) | 4190 | (57.4) |
| Indicated for Aspirin Therapy[1] | 357 | ( 7.8) | 215 | ( 7.8) | 572 | ( 7.8) |
| **Total** | | | | | | |
| Sample Size | 4549 | ( 100) | 2755 | ( 100) | 7304 | ( 100) |
| Age 65+ | 2050 | (45.1) | 1245 | (45.2) | 3295 | (45.1) |
| Male | 1293 | (28.4) | 789 | (28.6) | 2082 | (28.5) |
| Female | 3256 | (71.6) | 1966 | (71.4) | 5222 | (71.5) |
| Current Smoker | 480 | (10.6) | 291 | (10.6) | 771 | (10.6) |
| History of Hypertension | 1816 | (39.9) | 1104 | (40.1) | 2920 | (40.0) |
| History of Diabetes Mellitus | 380 | ( 8.4) | 217 | ( 7.9) | 597 | ( 8.2) |
| History of Hypercholesterolemia | 818 | (18.0) | 554 | (20.1) | 1372 | (18.8) |
| At Least One Risk Factor — Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 2589 | (56.9) | 1601 | (58.1) | 4190 | (57.4) |
| Indicated for Aspirin Therapy[1] | 357 | ( 7.8) | 215 | ( 7.8) | 572 | ( 7.8) |

[1]"Indicated for Aspirin Therapy" are those patients with a past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention.

55

Confidential - Subject To Protective Order

MRK-NJ0267771

**Appendix 1.6  Table 3**
**Summary of Patient Characteristics at Baseline**
**Rofecoxib vs Placebo**

| Baseline Characteristics | Rofecoxib n (%) | | Placebo n (%) | | Total n (%) | |
|---|---|---|---|---|---|---|
| **RA** | | | | | | |
| Sample Size | 1622 | ( 100) | 989 | ( 100) | 2611 | ( 100) |
| Age 65+ | 368 | (22.7) | 220 | (22.2) | 588 | (22.5) |
| Male | 326 | (20.1) | 206 | (20.8) | 532 | (20.4) |
| Female | 1296 | (79.9) | 783 | (79.2) | 2079 | (79.6) |
| Current Smoker | 327 | (20.2) | 197 | (19.9) | 524 | (20.1) |
| History of Hypertension | 401 | (24.7) | 250 | (25.3) | 651 | (24.9) |
| History of Diabetes Mellitus | 87 | ( 5.4) | 65 | ( 6.6) | 152 | ( 5.8) |
| History of Hypercholesterolemia | 188 | (11.6) | 81 | ( 8.2) | 269 | (10.3) |
| At Least One Risk Factor -- Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 784 | (48.3) | 471 | (47.6) | 1255 | (48.1) |
| Indicated for Aspirin Therapy[1] | 58 | ( 3.6) | 38 | ( 3.8) | 96 | ( 3.7) |
| **OA** | | | | | | |
| Sample Size | 3165 | ( 100) | 1215 | ( 100) | 4380 | ( 100) |
| Age 65+ | 1433 | (45.3) | 534 | (44.0) | 1967 | (44.9) |
| Male | 908 | (28.7) | 383 | (31.5) | 1291 | (29.5) |
| Female | 2257 | (71.3) | 832 | (68.5) | 3089 | (70.5) |
| Current Smoker | 332 | (10.5) | 136 | (11.2) | 468 | (10.7) |
| History of Hypertension | 1268 | (40.1) | 435 | (35.8) | 1703 | (38.9) |
| History of Diabetes Mellitus | 262 | ( 8.3) | 106 | ( 8.7) | 368 | ( 8.4) |
| History of Hypercholesterolemia | 592 | (18.7) | 223 | (18.4) | 815 | (18.6) |
| At Least One Risk Factor -- Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 1812 | (57.3) | 661 | (54.4) | 2473 | (56.5) |
| Indicated for Aspirin Therapy[1] | 250 | ( 7.9) | 92 | ( 7.6) | 342 | ( 7.8) |
| **Alz/LBP** | | | | | | |
| Sample Size | 1503 | ( 100) | 1278 | ( 100) | 2781 | ( 100) |
| Age 65+ | 1093 | (72.7) | 1052 | (82.3) | 2145 | (77.1) |
| Male | 798 | (53.1) | 736 | (57.6) | 1534 | (55.2) |
| Female | 705 | (46.9) | 542 | (42.4) | 1247 | (44.8) |
| Current Smoker | 148 | ( 9.8) | 124 | ( 9.7) | 272 | ( 9.8) |
| History of Hypertension | 513 | (34.1) | 413 | (32.3) | 926 | (33.3) |
| History of Diabetes Mellitus | 142 | ( 9.4) | 137 | (10.7) | 279 | (10.0) |
| History of Hypercholesterolemia | 324 | (21.6) | 288 | (22.5) | 612 | (22.0) |
| At Least One Risk Factor -- Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 824 | (54.8) | 696 | (54.5) | 1520 | (54.7) |
| Indicated for Aspirin Therapy[1] | 182 | (12.1) | 162 | (12.7) | 344 | (12.4) |

Confidential - Subject To Protective Order

MRK-NJ0267772

**Appendix 1.6  Table 3 (Continued)**
**Summary of Patient Characteristics at Baseline**
**Rofecoxib vs Placebo**

| Baseline Characteristics | Rofecoxib n (%) | | Placebo n (%) | | Total n (%) | |
|---|---|---|---|---|---|---|
| **Total** | | | | | | |
| Sample Size | 6290 | ( 100) | 3482 | ( 100) | 9772 | ( 100) |
| Age 65+ | 2894 | (46.0) | 1806 | (51.9) | 4700 | (48.1) |
| Male | 2032 | (32.3) | 1325 | (38.1) | 3357 | (34.4) |
| Female | 4258 | (67.7) | 2157 | (61.9) | 6415 | (65.6) |
| Current Smoker | 807 | (12.8) | 457 | (13.1) | 1264 | (12.9) |
| History of Hypertension | 2182 | (34.7) | 1098 | (31.5) | 3280 | (33.6) |
| History of Diabetes Mellitus | 491 | ( 7.8) | 308 | ( 8.8) | 799 | ( 8.2) |
| History of Hypercholesterolemia | 1104 | (17.6) | 592 | (17.0) | 1696 | (17.4) |
| At Least One Risk Factor — Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 3420 | (54.4) | 1828 | (52.5) | 5248 | (53.7) |
| Indicated for Aspirin Therapy[1] | 490 | ( 7.8) | 292 | ( 8.4) | 782 | ( 8.0) |

[1]"Indicated for Aspirin Therapy" are those patients with a past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention.

57

Confidential - Subject To Protective Order

MRK-NJ0267773

Appendix 1.6  Table 4
Summary of Patient Characteristics at Baseline
Rofecoxib vs Other NSAIDs/Placebo

| Baseline Characteristics | Rofecoxib n (%) | | Other NSAIDs/Placebo n (%) | | Total n (%) | |
|---|---|---|---|---|---|---|
| **RA** | | | | | | |
| Sample Size | 1622 | ( 100) | 989 | ( 100) | 2611 | ( 100) |
| Age 65+ | 368 | (22.7) | 220 | (22.2) | 588 | (22.5) |
| Male | 326 | (20.1) | 206 | (20.8) | 532 | (20.4) |
| Female | 1296 | (79.9) | 783 | (79.2) | 2079 | (79.6) |
| Current Smoker | 327 | (20.2) | 197 | (19.9) | 524 | (20.1) |
| History of Hypertension | 401 | (24.7) | 250 | (25.3) | 651 | (24.9) |
| History of Diabetes Mellitus | 87 | ( 5.4) | 65 | ( 6.6) | 152 | ( 5.8) |
| History of Hypercholesterolemia | 188 | (11.6) | 81 | ( 8.2) | 269 | (10.3) |
| At Least One Risk Factor-- Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 784 | (48.3) | 471 | (47.6) | 1255 | (48.1) |
| Indicated for Aspirin Therapy[1] | 58 | ( 3.6) | 38 | ( 3.8) | 96 | ( 3.7) |
| **OA** | | | | | | |
| Sample Size | 4550 | ( 100) | 3750 | ( 100) | 8300 | ( 100) |
| Age 65+ | 2034 | (44.7) | 1676 | (44.7) | 3710 | (44.7) |
| Male | 1291 | (28.4) | 1075 | (28.7) | 2366 | (28.5) |
| Female | 3259 | (71.6) | 2675 | (71.3) | 5934 | (71.5) |
| Current Smoker | 484 | (10.6) | 402 | (10.7) | 886 | (10.7) |
| History of Hypertension | 1803 | (39.6) | 1466 | (39.1) | 3269 | (39.4) |
| History of Diabetes Mellitus | 379 | ( 8.3) | 307 | ( 8.2) | 686 | ( 8.3) |
| History of Hypercholesterolemia | 815 | (17.9) | 735 | (19.6) | 1550 | (18.7) |
| At Least One Risk Factor-- Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 2578 | (56.7) | 2141 | (57.1) | 4719 | (56.9) |
| Indicated for Aspirin Therapy[1] | 350 | ( 7.7) | 290 | ( 7.7) | 640 | ( 7.7) |
| **Ab/LBP** | | | | | | |
| Sample Size | 1503 | ( 100) | 1278 | ( 100) | 2781 | ( 100) |
| Age 65+ | 1093 | (72.7) | 1052 | (82.3) | 2145 | (77.1) |
| Male | 798 | (53.1) | 736 | (57.6) | 1534 | (55.2) |
| Female | 705 | (46.9) | 542 | (42.4) | 1247 | (44.8) |
| Current Smoker | 148 | ( 9.8) | 124 | ( 9.7) | 272 | ( 9.8) |
| History of Hypertension | 513 | (34.1) | 413 | (32.3) | 926 | (33.3) |
| History of Diabetes Mellitus | 142 | ( 9.4) | 137 | (10.7) | 279 | (10.0) |
| History of Hypercholesterolemia | 324 | (21.6) | 288 | (22.5) | 612 | (22.0) |
| At Least One Risk Factor-- Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 824 | (54.8) | 696 | (54.5) | 1520 | (54.7) |
| Indicated for Aspirin Therapy[1] | 182 | (12.1) | 162 | (12.7) | 344 | (12.4) |

58

Confidential - Subject To Protective Order

MRK-NJ0267774

Appendix 1.6  Table 4 (Continued)
Summary of Patient Characteristics at Baseline
Rofecoxib vs Other NSAIDs/Placebo

| Baseline Characteristics | Rofecoxib n (%) | | Other NSAIDs/Placebo n (%) | | Total n (%) | |
|---|---|---|---|---|---|---|
| **Total** | | | | | | |
| Sample Size | 7675 | ( 100) | 6017 | ( 100) | 13692 | ( 100) |
| Age 65+ | 3495 | (45.5) | 2948 | (49.0) | 6443 | (47.1) |
| Male | 2415 | (31.5) | 2017 | (33.5) | 4432 | (32.4) |
| Female | 5260 | (68.5) | 4000 | (66.5) | 9260 | (67.6) |
| Current Smoker | 959 | (12.5) | 723 | (12.0) | 1682 | (12.3) |
| History of Hypertension | 2717 | (35.4) | 2129 | (35.4) | 4846 | (35.4) |
| History of Diabetes Mellitus | 608 | ( 7.9) | 509 | ( 8.5) | 1117 | ( 8.2) |
| History of Hypercholesterolemia | 1327 | (17.3) | 1104 | (18.3) | 2431 | (17.8) |
| At Least One Risk Factor— Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 4186 | (54.5) | 3308 | (55.0) | 7494 | (54.7) |
| Indicated for Aspirin Therapy[1] | 590 | ( 7.7) | 490 | ( 8.1) | 1080 | ( 7.9) |

[1]"Indicated for Aspirin Therapy" are those patients with a past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention.

59

Confidential - Subject To Protective Order

MRK-NJ0267775

### Appendix I.6  Table 5
### Summary of Patient Characteristics at Baseline
### Rofecoxib vs Any NSAIDs/Placebo

| Baseline Characteristics | Rofecoxib n (%) | | Any NSAIDs/Placebo n (%) | | Total n (%) | |
|---|---|---|---|---|---|---|
| **RA** | | | | | | |
| Sample Size | 6057 | ( 100) | 5174 | ( 100) | 11231 | ( 100) |
| Age 65+ | 1455 | (24.0) | 1304 | (25.2) | 2759 | (24.6) |
| Male | 1231 | (20.3) | 1056 | (20.4) | 2287 | (20.4) |
| Female | 4826 | (79.7) | 4118 | (79.6) | 8944 | (79.6) |
| Current Smoker | 1182 | (19.5) | 1001 | (19.3) | 2183 | (19.4) |
| History of Hypertension | 1733 | (28.6) | 1432 | (27.7) | 3165 | (28.2) |
| History of Diabetes Mellitus | 357 | ( 5.9) | 322 | ( 6.2) | 679 | ( 6.0) |
| History of Hypercholesterolemia | 584 | ( 9.6) | 368 | ( 7.1) | 952 | ( 8.5) |
| At Least One Risk Factor -- Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 3033 | (50.1) | 2495 | (48.2) | 5528 | (49.2) |
| Indicated for Aspirin Therapy[1] | 245 | ( 4.0) | 200 | ( 3.9) | 445 | ( 4.0) |
| **OA** | | | | | | |
| Sample Size | 7576 | ( 100) | 6761 | ( 100) | 14337 | ( 100) |
| Age 65+ | 3448 | (45.5) | 3077 | (45.5) | 6525 | (45.5) |
| Male | 2159 | (28.5) | 1935 | (28.6) | 4094 | (28.6) |
| Female | 5417 | (71.5) | 4826 | (71.4) | 10243 | (71.4) |
| Current Smoker | 528 | ( 7.0) | 449 | ( 6.6) | 977 | ( 6.8) |
| History of Hypertension | 3187 | (42.1) | 2886 | (42.7) | 6073 | (42.4) |
| History of Diabetes Mellitus | 713 | ( 9.4) | 659 | ( 9.7) | 1372 | ( 9.6) |
| History of Hypercholesterolemia | 1636 | (21.6) | 1517 | (22.4) | 3153 | (22.0) |
| At Least One Risk Factor -- Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 4379 | (57.8) | 3986 | (59.0) | 8365 | (58.3) |
| Indicated for Aspirin Therapy[1] | 604 | ( 8.0) | 554 | ( 8.2) | 1158 | ( 8.1) |
| **Alz/LBP** | | | | | | |
| Sample Size | 1503 | ( 100) | 1278 | ( 100) | 2781 | ( 100) |
| Age 65+ | 1093 | (72.7) | 1052 | (82.3) | 2145 | (77.1) |
| Male | 798 | (53.1) | 736 | (57.6) | 1534 | (55.2) |
| Female | 705 | (46.9) | 542 | (42.4) | 1247 | (44.8) |
| Current Smoker | 148 | ( 9.8) | 124 | ( 9.7) | 272 | ( 9.8) |
| History of Hypertension | 513 | (34.1) | 413 | (32.3) | 926 | (33.3) |
| History of Diabetes Mellitus | 142 | ( 9.4) | 137 | (10.7) | 279 | (10.0) |
| History of Hypercholesterolemia | 324 | (21.6) | 288 | (22.5) | 612 | (22.0) |
| At Least One Risk Factor -- Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 824 | (54.8) | 696 | (54.5) | 1520 | (54.7) |
| Indicated for Aspirin Therapy[1] | 182 | (12.1) | 162 | (12.7) | 344 | (12.4) |

60

Confidential - Subject To Protective Order

MRK-NJ0267776

Appendix 1.6  Table 5 (Continued)
Summary of Patient Characteristics at Baseline
Rofecoxib vs Any NSAIDs/Placebo

| Baseline Characteristics | Rofecoxib n (%) | | Any NSAIDs/Placebo n (%) | | Total n (%) | |
|---|---|---|---|---|---|---|
| **Total** | | | | | | |
| Sample Size | 15136 | ( 100) | 13213 | ( 100) | 28349 | ( 100) |
| Age 65+ | 5996 | (39.6) | 5433 | (41.1) | 11429 | (40.3) |
| Male | 4188 | (27.7) | 3727 | (28.2) | 7915 | (27.9) |
| Female | 10948 | (72.3) | 9486 | (71.8) | 20434 | (72.1) |
| Current Smoker | 1858 | (12.3) | 1574 | (11.9) | 3432 | (12.1) |
| History of Hypertension | 5433 | (35.9) | 4731 | (35.8) | 10164 | (35.9) |
| History of Diabetes Mellitus | 1212 | ( 8.0) | 1118 | ( 8.5) | 2330 | ( 8.2) |
| History of Hypercholesterolemia | 2544 | (16.8) | 2173 | (16.4) | 4717 | (16.6) |
| At Least One Risk Factor -- Smoking, Hx of HTN, Diabetes or Hypercholesterolemia | 8236 | (54.4) | 7177 | (54.3) | 15413 | (54.4) |
| Indicated for Aspirin Therapy[1] | 1031 | ( 6.8) | 916 | ( 6.9) | 1947 | ( 6.9) |

[1] "Indicated for Aspirin Therapy" are those patients with a past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention.

61

Confidential - Subject To Protective Order

MRK-NJ0267777