**EXHIBIT H**

 **MERCK**

# News Release

---

## FOR IMMEDIATE RELEASE

Media Contacts:  Mary Elizabeth Basaman
215/652-5244

Greg Reaves
908/423-6022

Investor Contact:  Laura Jordan
908/423-5185

### FDA Arthritis Advisory Committee Reviews Merck's Application for Revised Labeling for Vioxx® Based on Vioxx Gastrointestinal Outcomes Study

GAITHERSBURG, Md., Feb. 8, 2001 – The Arthritis Advisory Committee of the Food and Drug Administration today reviewed Merck & Co., Inc.'s application for changes to the prescribing information for Vioxx® (rofecoxib), Merck's medicine for osteoarthritis and acute pain, to reflect results from the Vioxx Gastrointestinal Outcomes Research (VIGOR) study.

The Advisory Committee agreed with Merck and the FDA that results from the study should be included in the labeling for Vioxx. The FDA is not obligated to follow the advice of the Advisory Committee, but usually does. The FDA noted that it will consider all available information, including the information reported and advice received at today's Advisory Committee meeting, before any final decisions are made on Merck's application and other issues discussed by the Committee.

"Merck is confident that the data presented today support the excellent safety profile of Vioxx, and we look forward to further discussions with the FDA to complete the review of our application to modify the labeling for Vioxx," said Eve Slater, M.D., senior vice president, Clinical and Regulatory Development, Merck Research Laboratories.

Vioxx was approved by the FDA in May 1999 to treat osteoarthritis and acute pain. The prescribing information for Vioxx currently contains the standard NSAID Warning about GI side effects. Merck's application to the FDA was based on the 8,000-patient VIGOR study, which evaluated the GI profile of Vioxx 50 mg compared to the non-selective NSAID naproxen, and on other studies with Vioxx.

- more -

Vioxx® is the Merck registered trademark for rofecoxib.

EXHIBIT
Weiner -79
DEBRA J. WEAVER
A- 2205

MRK-PRL0000170

- 2 -

In VIGOR, Vioxx 50 mg, a dose two-times the highest chronic dose approved for osteoarthritis, significantly reduced serious GI side effects by half compared to a commonly used dose of naproxen (1,000 mg) in rheumatoid arthritis patients. The Committee recommended that these results be included in the labeling. Vioxx is not indicated for rheumatoid arthritis.

Although the VIGOR study was a GI outcomes study and was not designed to show differences in cardiovascular effects, significantly fewer heart attacks were observed in patients taking naproxen (0.1 percent) compared to the group taking Vioxx 50 mg (0.5 percent) in this study. There was no difference in cardiovascular mortality between the groups treated with Vioxx or naproxen. Patients taking aspirin did not participate in VIGOR.

In extensive discussions, the Advisory Committee explored this finding, other studies of Vioxx and possible explanations for this result in VIGOR. In the completed osteoarthritis trials and on-going clinical trials with Vioxx 12.5 mg, 25 mg and 50 mg in 30,000 patients, there was no difference in the incidence of cardiovascular events, such as heart attacks, among patients taking Vioxx, other NSAIDs and placebo.

Merck scientists said the VIGOR finding is consistent with naproxen's ability to block platelet aggregation by inhibiting COX-1 like aspirin, which is used to prevent second cardiac events in patients with a history of heart attack, stroke or other cardiac events. This is the first time this effect of naproxen on cardiovascular events has been observed in a clinical study. Other explanations were advanced by the FDA reviewer and were discussed with the Advisory Committee. The Committee recommended that the data on cardiovascular events in VIGOR be included in the labeling for Vioxx.

In addition, the Committee agreed that the prescribing information for both Vioxx and Celebrex® (celecoxib) should reflect the fact that neither of these selective NSAIDs confer cardioprotective benefits and are not a substitute for low-dose aspirin. The Committee also recommended that other studies be conducted to further explore the safety of concomitant use of selective NSAIDs and low-dose aspirin.

Important information about Vioxx

Vioxx is approved in the United States for the relief of the signs and symptoms of osteoarthritis, management of acute pain in adults and treatment of menstrual pain.

- more -

Celebrex® is a registered trademark of Pharmacia Corporation.

- 3 -

The recommended starting dose of Vioxx for the treatment of osteoarthritis is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily, the maximum recommended dose for osteoarthritis.

Vioxx does not block platelet aggregation and should not be used as a substitute for aspirin to prevent cardiac events. Vioxx does not interfere with the ability of low-dose aspirin to block platelet aggregation. Administration of low-dose aspirin with Vioxx may result in an increased rate of GI ulcers or other complications compared to use of Vioxx alone.

In rare cases, serious stomach problems, such as bleeding, can occur without warning symptoms. People who have had an allergic reaction, such as asthma, to Vioxx, aspirin or other arthritis medicines should not take Vioxx. People who have liver or kidney problems, or are pregnant, should tell their doctors. Also, Vioxx should not be used by women in late pregnancy. Common side effects reported in other clinical trials with Vioxx were upper-respiratory infection, diarrhea, nausea and high blood pressure.

Merck & Co., Inc. is a leading research-driven pharmaceutical products and services company. Merck discovers, develops, manufactures and markets a broad range of innovative products to improve human and animal health, directly and through its joint ventures. Merck-Medco Managed Care manages pharmacy benefits for employers, insurers and other plan sponsors, encouraging the appropriate use of medicines and providing disease management programs. Through these complementary capabilities, Merck works to improve quality of life and contain overall health-care costs.

# # #

Full prescribing information for Vioxx® is attached and is also available by calling 1-800-753-0352, ext. 726.

MRK-PRL0000172

EXHIBIT I

**Not for distribution outside of Merck.**

## Questions & Answers – Vioxx®

Article on COX-2 Inhibitors by Drs. Steve Nissen and Eric Topol in August 22-29, 2001, issue of the *Journal of the American Medical Association*

### FINAL VERSION: August 18, 2001

**Q1.    What is Merck's reaction to the JAMA publication?**

A1.    (See approved release)

**Q2.    Does Merck think it is OK for patients at high risk for cardiovascular events to use Vioxx?**

A2.    Vioxx may be used in patients at risk for cardiovascular events if a physician determines that this therapy is appropriate for his or her patient.  However, as is the case with non-selective NSAIDs including ibuprofen, the labeling (in the US) for the COX-2 inhibitors Vioxx and Celebrex state that they should be used with caution, and should be introduced at the lowest possible doses in patients with concomitant conditions such as hypertension or heart failure.  The labeling also clearly states that Vioxx and Celebrex are not a substitute for aspirin for cardioprotection.  We have shown in our studies that Vioxx does not interfere with the effects of aspirin on platelets. , If patients require therapy to inhibit platelet activity, such as low-dose aspirin, they should also receive such therapy from their physician.

**Q3.    Will Merck conduct the trial that the authors say is needed to definitively answer the question of whether or not Vioxx and Celebrex are "prothrombotic" and, therefore, prove whether or not it can be used in patients at high risk for heart disease?**

A3.    Patient safety is of paramount concern to Merck.  We have compelling data from 19 controlled studies with 28,000 patients that showed there was no difference in the overall incidence of cardiovascular events among patients taking Vioxx and placebo and between patients taking Vioxx and other non-naproxen NSAIDs. The authors' article is based only on three studies with Vioxx and one study with Celebrex that have already been published or presented to the scientific community.  (See CV meta-analysis release for more information).  We have studies under way that continue to expand our understanding of the safety profile of Vioxx.

As is the case with all our products, it is paramount to Merck  to answer important questions that could help further the scientific understanding of Vioxx and COX-2 inhibitors.  We routinely review data from completed studies and clinical use of our products, and we will be evaluating data from ongoing studies with Vioxx and

Confidential - Subject To Protective Order

EXHIBIT
Weiner-54
DEBRA J. WEAVER
8 11 05

MRK-ABK0017520

relevant emerging studies on COX-2s to help determine the potential value of future clinical trials.

**Q4.   Will Merck conduct a trial to evaluate the effects of Vioxx on the anti-platelet effects of aspirin?**

A4.   We already know Vioxx does not interfere with the effects of low-dose aspirin on platelets.  In fact, that statement is in our labeling, and has recently been confirmed by others (Catella-Lawson F., Reilly MP, Kapoor SC, Cucchiara AJ, De Marco S., Glisson J., Tournier B., Vyas SN, FitzGerald G.A. Ibuprofen, but not rofecoxib or acetaminophen, antagonizes the irreversible antiplatelet effect of aspirin. Arthr Rheum 2000; 43: S298).

**Q5.   How does Merck explain the authors' findings that annualized CV event rates were higher in patients who took Vioxx (0.74 percent) and Celebrex (0.80 percent) than in patients who took placebo in the aspirin trials (0.52 percent)?**

A5.   First, let me tell you that Merck disagrees with the authors' conclusions and questions their analyses, which the authors themselves have conceded have "several significant limitations." (see approved release/statement for limitations) We have compelling data from 19 controlled studies with 28,000 patients that showed there was no difference in the overall incidence of cardiovascular events among patients taking Vioxx and placebo and between patients taking Vioxx and other non-naproxen NSAIDs.  The authors' article is based only on three studies with Vioxx and one study with Celebrex that have already been published or presented to the scientific community.

As far as the rate for Celebrex, you'll have to ask Pharmacia.

**Q6.   Pharmacia has responded saying that the cardiovascular safety concerns raised in the JAMA article are specific to Vioxx?**

A6.   As we have stated, we disagree with the conclusions of the article that COX-2 inhibitors may be pro-thrombotic.  However, it is clear that the authors' conclusions applied to all COX-2 inhibitors.

Merck has compelling data from 19 controlled studies with 28,000 patients that showed there was no difference in the overall incidence of cardiovascular events among patients taking Vioxx and placebo and between patients taking Vioxx and other non-naproxen NSAIDs. The authors' article is based only on three studies with Vioxx and one study with Celebrex that have already been published or presented to the scientific community.

In VIGOR, as previously reported, significantly fewer heart attacks were seen in patients taking naproxen (0.1 percent) at the sustained high study dose of 1000mg compared to the group taking Vioxx(0.5 percent) in this study.  This data is consistent with naproxen's ability to block platelet aggregation by inhibiting

Confidential - Subject To Protective Order

MRK-ABK0017521

COX-1 like aspirin, and is the first time this effect has been demonstrated in a controlled clinical trial. The incidence of cardiovascular mortality was similar between the groups treated with Vioxx or naproxen.

In a separate GI outcomes study in OA and RA patients, Celebrex was compared to the NSAIDs diclofenac and ibuprofen. In the background package for the US FDA advisory committee meeting (April 2001) to review the CLASS study, Pharmacia reported the heart attack rates from CLASS were 0.5 percent for Celebrex users and 0.5 percent for ibuprofen and 0.3 percent for diclofenac users in the GI outcomes study with celecoxib. Keep in mind that only data from the initial six months of the CLASS study were published (in JAMA).

In evaluating these data and the observations in the CLASS study, it is important to remember the following points: In CLASS, 21 percent of patients took aspirin; the proportion of patients with rheumatoid arthritis was much lower (approx. 27 percent) and the comparative NSAIDs (ibuprofen and diclofenac) may have had varying effects on anti-platelet activity, thereby obscuring any potential difference in cardiovascular events in the CLASS study.

Also, CLASS failed to achieve its primary GI protection endpoint.

**Q7.** **What does Merck think about the authors' suggestion that patients taking Vioxx also were seen to have small increases in blood pressure [and goes on to say that these types of blood pressure increases over time may lead to negative outcomes?]?**

A7.   All NSAIDs, including the new COX- 2 inhibitors Vioxx and Celebrex, have effects on the kidney. At chronic doses for osteoarthritis, Vioxx has shown similar renal effects to comparator NSAIDs. These effects are understood to be mechanism-based (directly relating to the inhibition of Cox –2 enzyme in the kidney), and are reflected in the prescribing information for Vioxx , Celebrex and the NSAIDs in the US. These effects are usually reversible upon discontinuation of therapy and only rarely resulted in patients' discontinuing from medication.

However and importantly, in the 8,000-patient VIGOR study, there was no correlation between small increases in blood pressure and cardiovascular events.

**Q8.** **The authors' suggest that elevation in blood pressure seen with COX-2 inhibitors may play a role in adverse cardiovascular outcomes. Is that true?**

A8.   In VIGOR, there was no correlation between the small increases in blood pressure and the cardiovascular events.

**Q9.** **What has Merck seen in its own studies on renal effects of Vioxx?**

A9.     The renal safety profile of Vioxx also was demonstrated in Phase III osteoarthritis
        safety and efficacy trials involving more than 4,000 patients.  In these studies,
        2,829 patients took Vioxx (12.5 mg or 25 mg, the doses approved for
        osteoarthritis), 847 patients took ibuprofen 2,400 mg and 498 took diclofenac
        150 mg.  The average age of patients was 63, and 39 percent had a history of
        hypertension.  These trials lasted up to 12 months.  In these studies, the
        incidences of increased blood pressure and lower extremity edema among
        patients taking Vioxx were similar to those of the comparator NSAIDs such as
        ibuprofen; there were no significant differences between the active treatment
        groups.

        An additional study compared the renal effects of Vioxx 12.5 mg and 25 mg to
        another comparator NSAID, indomethacin 150 mg, and placebo in 57 elderly
        patients.  In this study, there was no significant difference between Vioxx or
        indomethacin and placebo in measures of renal function (glomerular filtration
        rate, serum creatinine, serum electrolytes and blood pressure). (Source:  6-22-00
        press release)

        Another study in 67 elderly patients showed there were no significant differences
        in sodium excretion, blood pressure and other kidney effects in 67 older healthy
        volunteers who took Vioxx 25 mg once-daily, celecoxib 200 mg twice-daily and
        naproxen 500 mg twice daily. (Source: Schwartz release, 5/18/01).

**Q10.  You fault the study design of the meta-analysis by Nissen in JAMA, but go
        on to say that you have a meta-analysis that is meaningful.  Why do you
        think your analysis is meaningful and theirs isn't?**

A10.    In contrast, our meta-analysis of cardiovascular data from 19 controlled studies
        with 28,000 patients is scientifically rigorous on the basis of the following:

        ➢  each of the studies analyzed had a common treatment arm – Vioxx;
        ➢  each of the studies provide comparisons of Vioxx directly to placebo or to
           other NSAIDs;
        ➢  each study had similar inclusion and exclusion criteria so that Vioxx was
           evaluated in similar patient populations (most over age 50 with osteoarthritis
           or rheumatoid arthritis);
        ➢  each study defined "cardiovascular events" using the same parameters (also
           known as adjudication criteria);
        ➢  each study was randomized prior to the start to ensure each treatment group
           was evenly matched.

**Q11.  What is Merck's position on the time-to-event plot in the Nissen article that
        shows an accelerated rate of CV events with Vioxx?**

A11.    This graph reflects the results from VIGOR, in which there were significantly
        fewer heart attacks seen in patients taking naproxen (0.1 percent) compared to
        the group taking Vioxx (0.5 percent).  This result is consistent with naproxen's

Confidential - Subject To Protective Order

ability to block platelet aggregation by inhibiting COX-1 like aspirin, and is the first time this effect has been demonstrated.

As a matter of fact, the authors of the JAMA article cite evidence in the scientific literature that high doses of naproxen have "significant anti-platelets effects" (with mean platelet aggregation inhibition of 93% compared with 92% for those taking aspirin), and that the protective benefit of naproxen may explain the findings of VIGOR.

**Q12.   How do you explain the peak in cardiovascular events in patients taking Vioxx at 8 months seen in the VIGOR study?**

A12.   Statistical analysis of the cardiovascular event rate does not indicate any change in the incidence of over time.  The apparent "peak" in the chart in the JAMA article occurs because of the lack of events for a couple of months followed by the resuming of events.

Also, only data from the initial six months of the CLASS study were published (in JAMA).



**Q16.   Can you give me the names of others in the scientific community outside Merck who support Merck's position on this article?**

A16.   We believe there are many independent researchers who share a similar interpretation of this analysis, based on their knowledge of the data.  We would suggest that the following are knowledgeable on the subject:  Christopher Cannon, Marv Konstam, Matt Weir and Jack Klippel.

**Q17.   The authors offer that the biological effect of COX-2 inhibition could be why coxibs are "potentially" prothrombotic.  Specifically, they say that thromboxane production (prothrombotic) by the COX-1 enzyme is not off-set by the reduced production of anti-thrombotic vascular prostacyclin**

Confidential - Subject To Protective Order

**produced by COX-2 in patients treated with a COX-2 inhibitor.  What is your opinion?**

A17.  The scientific community is still looking at the potential effects of inhibition of the COX-1 and COX-2 enzymes – whether inhibited individually or at the same time – on the various biological functions.  There are many factors that determine the balance of pro-thrombotic and anti-thrombotic effects, including those that are not affected by COX-1 and COX2-inhibition.  In fact, in their August 9 review of COX-2 inhibitors in *NEJM*, Drs. FitzGerald and Patrono mention factors, such as nitric oxide, that are vasodilatory and anti-thrombotic, and which are not affected by COX-2 inhibition.  The authors' hypothesis is not supported by the compelling data from our controlled clinical trials comparing Vioxx and non-naproxen NSAIDs.

Data from 19 controlled studies in 28,000 patients showed there was no difference in the incidence of cardiovascular events among patients taking Vioxx and placebo and between patients taking Vioxx and other non-naproxen NSAIDs. (See CV meta-analysis release for more information). The authors' analysis is based only on three studies with Vioxx and one study with Celebrex that have already been published or presented to the scientific community.

**Q18.  Are RA patients at a higher risk for cardiovascular events than patients with OA?**

A18.  Based on the available data, the rate of cardiovascular events in patients with RA has ranged from 1.4 times to 2 times higher than in OA patients.  This point is shared by the authors in their article.  They state that patients with rheumatoid arthritis have a higher risk of heart attack, leading to "difficulty in assessing risk in a more representative sampling of patients."  None of the studies the authors used for comparison in the placebo-controlled aspirin analysis included patients with rheumatoid arthritis.

[For other study limitations that the authors recognize, see approved release/statement.]

**Q19.  Do patients taking Vioxx need to take low-dose aspirin?**

A19.  No, unless their physician believes the patient needs low-dose aspirin for cardioprotection.  Vioxx, as a COX-2 selective NSAID, does not block platelet aggregation and therefore would not be expected to have similar cardioprotective effects as aspirin.  In addition, Vioxx does not interfere with the effects of low-dose aspirin on platelets. (Source:  Advisory Committee Q&A)

**Q20.  After reviewing the two studies of Vioxx 12.5 mg versus nabumetone, the authors suggest that the potential prothrombotic effect of Vioxx is dose-dependent.  Is that true?**

A21.   While we have not conducted studies that are large enough or long enough to make comparisons of cardiovascular event rates between doses, it appears that the rates of cardiovascular events among patients taking various doses of Vioxx are consistent and consistently low.  While it's important to keep in mind that these studies were of different durations and in different patient populations, in trials of six months duration or longer, there is no evidence of a dose-response for cardiovascular events in patients taking Vioxx 12.5 mg, 25 mg and 50 mg. (Source: Advisory Committee Q&A)

Confidential - Subject To Protective Order

**Q22.  What is your response to the authors' suggestion that the patient inclusion/exclusion criteria for VIGOR can be viewed as too stringent, given data from trials that support more liberal use of aspirin for primary prevention?**

A22.  I want to reiterate that VIGOR was designed specifically to assess GI safety and was not designed to detect differences in other events, including cardiovascular events. Also, VIGOR was designed – and that includes decisions on patient inclusion/exclusion – to be a very rigorous test of the GI safety of Vioxx. Vioxx became the first medicine that selectively inhibits COX-2 to achieve the pre-specified primary and all other secondary endpoints in a GI outcomes study. (Source: Advisory Committee Q&A).

**Q23.  The authors raise the question that use of aspirin with COX-2 inhibitors may diminish their proven GI benefit. Is that true?**

A23.  Merck presented a 5,557-patient study at EULAR in June that showed fewer patients on Vioxx stopped taking their medicine because of gastrointestinal side effects compared to those taking naproxen. The study included osteoarthritis patients who had been taking low-dose aspirin for cardioprotection prior to the start of the study. (Source: ADVANTAGE news release). What this suggests is that Vioxx – even taken with aspirin – may have better GI tolerability than naproxen.

As our US labeling already indicates, concomitant use of low-dose aspirin with Vioxx may increase the risk of GI side effects compared to the use of Vioxx alone. In patients who require anti-platelet therapy for secondary prevention, Merck believes that the risk of a GI event would be lower with Vioxx combined with low-dose aspirin than with naproxen or a different non-selective NSAID plus aspirin. (Source: Advisory Committee Q&A)

**Q24.  The authors say that the cardiovascular event data from the VIGOR trial was not fully published but was recently submitted to the FDA? Can you explain why that is?**

A24.  In the analysis of VIGOR, which we submitted in June 2000 to the FDA and which was based on a pre-specified February 2000 cut-off date, the rate of cardiovascular events was 0.4 percent among patients taking Vioxx. That same analysis was submitted to the New England Journal of Medicine, and was published on Nov. 23, 2000. In the subsequent final analysis, the rate of cardiovascular events was 0.5 percent among patients taking Vioxx. (Source: Advisory Committee Q&A). Even with the small   changes in thepercentage, we're still talking about very few events.

Merck has communicated appropriate information about the overall safety and cardiovascular safety of Vioxx to the medical and scientific communities, to the media and to regulatory authorities in a forthright and swift manner and will work with the FDA to continue to do so. (Source: Special Situation standby)

Confidential - Subject To Protective Order

**Q27.   What is Merck's position on the assertion that physicians are relying too much on Vioxx and other COX-2 inhibitors as a first-line therapy?**

A27   Vioxx represents an important treatment choice for millions of patients who are treated for arthritis every year.  The decision on whether to use Vioxx is an individual decision that will be made by patients and physicians.

We are pleased that since its introduction in 1999, more than 40 million prescriptions have been written for Vioxx in the US alone.  The efficacy and excellent GI safety profile of Vioxx are the reasons we believe physicians prescribe the medicine with confidence -- and why Vioxx has become the world's fastest growing branded prescription arthritis medicine.

**Q28.   Why would someone spend more money on Vioxx when there are less expensive over-the-counter and generic prescription medicines available?**

A28.   Over-the-counter pain relievers are effective for treating the mild symptoms of arthritis.  However, most patients suffering from severe chronic arthritis pain need stronger treatments – such as prescription NSAIDs.

Vioxx, a once-a-day medicine that selectively inhibits COX-2, has been found in studies to be as effective as maximum doses of certain non-selective NSAIDs, such as ibuprofen, in relieving pain in patients with osteoarthritis.

For many decades, physicians have recognized that a tradeoff in getting powerful pain relief with most arthritis medicines known as NSAIDs has been their risk for serious side effects on the stomach:
–   GI side effects with NSAIDs have been associated with 56,000 hospitalizations and 8,800 deaths per year in the U.S. alone.  These incidents can occur without warning or the ability to predict who will be affected.
–   In fact, 4 of 5 people who developed a serious GI side effect while on their pain medicine did not have warning symptoms.  About half had no risk factors for those GI effects.

While Vioxx is a COX –2 inhibitor, it is unclear how the NSAID statistics apply to Vioxx. However, it is important to note that the US FDA is currently reviewing data from Merck's large GI outcomes study with Vioxx (VIGOR), to decide whether those data are sufficient to allow Merck to revise the prescribing information for Vioxx to include new information on its GI safety profile.



Confidential - Subject To Protective Order



### #

Confidential - Subject To Protective Order

MRK-ABK0017529

**EXHIBIT J**

### MVX for VIOXX
### DWA to USHH field sales force
### 9/13/01

Hello everyone. This is David Anstice with a MVX going to the entire Field Sales Force. I realize you don't hear directly from me very often, but this message is one that is so important that I felt compelled to deliver it myself.

I understand that life on territory has been challenging lately and I'd like to talk to you about some apprehensions and concerns that I've heard. Some of you may be questioning, "Why haven't we been as strong as Pharmacia/Pfizer with physicians and consumers?" And, there's been some skepticism and questioning, "Have we been as responsive as the competition?" Let me remind you of the resources we've provided to date: A CV Letter and Press Release in May in response to the NYTimes Article, another CV letter and Press Release in August in response to the JAMA article. Additionally-- in response to CV and renal issues, we've sent out a letter in response to the Whelton article, a new renal obstacle handler and overall, updated obstacle handlers. However, are all these enough? I would say, no, and that there's more that needs to be done and will be. We will continue to provide you updated, useful resources that fall within FDA guidelines.

I can also tell you with certainty that I believe in the safety of VIOXX. Why? Because I believe in the full body of evidence from MRL that supports its safety including Phase IIB-V trials where VIOXX was demonstrated to be comparable to placebo and comparator NSAIDs. Also, I believe in the evidence from the meta-analysis of 28,000 patients where VIOXX showed no difference between placebo, VIOXX, and 3 comparator NSAIDs. And, it is because of these data that we stand behind VIOXX and its CV and overall safety.

Now, I can understand why some people are confused about the results of VIGOR that showed differences in CV events of .1 versus .5, if they don't understand the data. I can even understand why physicians, Wall-Street and maybe even lawyers might be confused. To understand VIGOR, you must understand that Naproxen is cardio-protective, like aspirin. In VIGOR, VIOXX did not increase the number of MIs; rather, Naproxen decreased the number of MIs because it has





EXHIBIT
Weaver- 58
DEBRA J. WEAVER
8-11-05

MRK-ABW0000062

Confidential - Subject To Protective Order

cardio-protective properties. We have come to understand clearly that Naproxen's cardioprotective effect is due to binding to thromboxin A2 much the same mechanism as aspirin—also known to have cardioprotective effects. As I said, Merck stands behind the CV and overall safety of VIOXX.

*(Insert personal story of family or friends taking VIOXX and I've assured them to continue taking VIOXX.)*

Many of you came to work for Merck because we behave and do business differently than the competition. I know that the competition often does things or says things about VIOXX that just makes you want to jump up and down or even yell in your car after a call. Trust me. I understand. However, as we continue to have pride in how our company and you conduct business, we will continue to stand apart and do the right thing.

With that said, I particularly understand that this year has been a real challenge and you probably continue to feel like you're on the defense. It's probably even hard to get through a promotional message without getting caught up in questions. I can imagine how frustrating that must be on a daily basis. But, even with these obstacles, we are going on the offensive. In fact, you will be a part of "Project Offense," a new initiative that you will learn about at your Mid-2S meetings.

Thank you for your time today. I certainly appreciate why your sales management continues to tell me that you are all the best--because that's exactly what you are. I'm proud to have you out there day after day. Best Wishes and good selling.

Confidential - Subject To Protective Order

**EXHIBIT K**

To:        Gertz, Barry J.
From:      Nies, Alan S.
Cc
Bcc:
Date:      2000-03-28 20:13:38
Subject:   FW: Carlo Patrono on VIGOR

I think we should talk directly to Carlo. I presume he heard from Garret (confidentiality agreement???).
Alan

From:      Reicin, Alise S.
Sent:      Tuesday, March 28, 2000 2:54 PM
To:        Nies, Alan S.; Gertz, Barry J.
Cc:        Ehrich, Eliot W.; Daniels, Brian F.; Scolnick, Edward M.; Slater, Eve; Blois, David W.
Subject:   FW: Carlo Patrono on VIGOR

I have attached a message from Martino re his discussions with Carlo Patrono. I think it would be worth walking through the data with Carlo. Do you think we should try and set up a teleconference?
Alise

From:      Laurenzi, Martino
Sent:      Tuesday, March 28, 2000 2:10 PM
To:        Daniels, Brian F.; Ehrich, Eliot W.; Reicin, Alise S.
Cc:        Chakhov, Iouri; de Jesus, Daniel G.; Guerra, Jorge G.; Hormbrey, Janet; Kylish, Gregory S.; McKinney, Errol S.; Moan, Andreas; Ruef, Tim; Salib, Atif; Schwartz, Jules; Yrivarren, Juan Luis
Subject:       Carlo Patrono on VIGOR

Guys,

I met with Carlo Patrono last Saturday in Rome. He had already been informed by other sources about the results of VIGOR, and we had an interesting chat about it.

He said that he does not think that the CV effect that we observed can be attributed to naproxen for a couple of good reasons. First there is a weak pharmacological basis and no epidemiological evidence (Garcia Rodriguez & Patrono, Epidemiology, in press) for CV protection associated with conventional NSAIDs. Additionally the magnitude of the effect would not be plausible even if the comparator had been aspirin itself. In fact, in at least three different trials, aspirin has shown no effect on the primary prevention of stroke, while we have seen a 50% lower incidence of stroke in the naproxen arm of VIGOR; additionally, we have an overall reduction of the risk of CV events of 47% with naproxen, while aspirin has shown a reduction of cumulative CV risk of a magnitude between 15 and 18%. Aspirin data come from a primary prevention setting (similar to VIGOR) and include the Physicians Health Study, the Thrombosis Prevention Trial (Lancet 1998) and the Hypertension Optimal Treatment Trial (Lancet 1998).
Carlo also does not think that the CV effect can be explained by the inhibition of prostacyclin given that VIOXX inhibits only the COX-2 component of prostacyclin secretion, and he has conceptual difficulties in explaining how this could translate in an increase of the CV risk of the magnitude that we observed. His conclusion is that what we saw in VIGOR is to be attributed to a large extent to chance. He is curious about the 95% confidence interval around the 47% reduction in CV risk. He also pointed out that in CV disease DVT (deep venous thrombosis) is considered as a soft end-point which usually is not included in this type of analysis. He suggested that we carry out an analysis limited to nonfatal MI, nonfatal stroke and vascular death, i.e. the cluster typically used in the studies on platelet aggregation.

Food for thought, coming from the world's most respected and knowledgeable gourmet.

Best regards,



Confidential - Subject To Protective Order

MRK-NJ0189508

Martino Laurenzi
CROPS
(732) 594-2785
fax 594-6670
RY 33-318

Confidential - Subject To Protective Order

MRK-NJ0189509

**EXHIBIT L**

| From: | Laurenzi, Martino |
|---|---|
| Sent: | Tuesday, June 20, 2000 2:12 PM |
| To: | Daniels, Brian F.; Gertz, Barry J.; Kasperzik, Jens; Kylish, Gregory S.; Moan, Andreas; McKinney, Errol S.; Ozturk, Zafer; Reicin, Alise S.; Ruef, Tim; Schwartz, Jules; Stone, Phyllis W. |
| Cc: | Carratelli, Luigi; Guerra, Jorge G.; Hormbrey, Janet; Sabbaj, Jacobo |
| Subject: | Urgent - Patrono - EULAR |

Hi,

I am pleased to inform you that Luigi Carratelli, Medical Director of MSD Italy has responded to my distress call, and has immediately contacted Carlo Patrono, who has allegedly accepted **not** to focus his presentation tomorrow at EULAR on the CV AEs of VIGOR, however the following points need to be addressed:

- The presentation of the VIGOR data must not mislead the audience into thinking that the difference in CV events could be explained by an anti-thrombotic effect of naproxen, which is not demonstrated.

- The emphasis that Merck puts on the CV data is excessive; it should be made clear that one possible explanation of the data is chance.

- If these point are not made during the presentation of VIGOR Carlo will address these issues during the discussion. Claire Bombardier should be made well aware of this.

- Carlo is most likely the clinical pharmacologist with the greatest understanding of thrombosis and cardiovascular epidemiology in the world. He was hurt by the little consideration which Merck has given to him in the development, implementation and interpretation of VIGOR. We cannot ask him to be part of the faculty at symposia where CV data are presented and interpreted in a way that conflicts with his point of view, without giving him the chance of speaking his mind. In spite of his 30+ years friendship with Merck this will jeopardize his relation with us and would be a tremendous loss that must be avoided at all costs.

Although the above information might already be known to those of you who are in Nice, it is important that we address these issues in a systematic way; in order to keep Carlo - who is one of the most thorough, honest, respected and knowledgeable professionals - on our side we should develop a plan ASAP with the joined efforts of MRL and WHHM.

Best regards, as always,

Martino

Martino Laurenzi
CROPS

Confidential - Subject To Protective Order


EXHIBIT
Weiner - 21
DEBRA J. WEAVER
8-10-05

MRK-ADL0045591