EXHIBIT M

# VIOXX® Label Change
## Questions & Answers
*For internal use only in response to media inquiries*

### FINAL: 4/11/02

### LABEL CHANGES

**Q1.** Tell me about this label change for Vioxx approved by the FDA.

**A1.** The label changes approved by the FDA include the addition of the findings from VIGOR, including GI and cardiovascular results, along with cardiovascular results from a placebo-controlled database; and the addition of an expanded indication for a new use of Vioxx 25 mg in adult rheumatoid arthritis.

**Q2.** Why did it take so long to receive this approval? Why didn't you include the cardiovascular findings from VIGOR in your label sooner?

**A2.** Merck first announced the preliminary results of the VIGOR study in March 2000. Since that time, the results have been presented at major medical meetings, published in the *New England Journal of Medicine*, discussed at a public meeting of the FDA advisory committee, and debated in both the medical and lay press. We believe the results have been broadly disseminated and widely known.

Since we filed the sNDA for VIGOR in June 2000, we have worked diligently with the FDA to include the results of VIGOR in the labeling for Vioxx. We are pleased to bring that process to closure and to have the results of the study included in the labeling.

**Q3.** What is Merck's take on why the label for Vioxx still carries the traditional NSAID warning?

**A3.** The GI warning has been modified in the label for Vioxx to say: "Although the risk of GI toxicity is not completely eliminated with Vioxx, the results of the Vioxx GI Outcomes Research (VIGOR) study demonstrate that in patients treated with Vioxx, the risk of GI toxicity with Vioxx 50 mg once daily is significantly less than with naproxen 500 mg twice daily."

Merck worked with the FDA to update the label for Vioxx to reflect the findings of VIGOR, a study designed to evaluate whether Vioxx at twice its highest chronic dose would significantly reduce the risk of serious GI side effects compared to the NSAID naproxen.

With this important modification, Vioxx is the first and only medicine that selectively inhibits the COX-2 enzyme proven to reduce the risk of developing clinically important GI side effects compared to the commonly used NSAID naproxen, and to have such risk reductions cited in the label.

SCIENCE Q&A — 1

Confidential - Subject To Protective Order


EXHIBIT Weiner-42 DEBRA J. WEAVER 8-11-05

MRK-ABG0000119

**Q4.** What is Merck's reaction to having the cardiovascular data added to the Precautions section?

**A4.** Merck first announced the preliminary results of the VIGOR study in March 2000. Since that time, the results have been presented at major medical meetings, published in the *New England Journal of Medicine*, discussed at a public meeting of the FDA advisory committee, and debated in both the medical and lay press. We believe the results have been broadly disseminated and widely known.

Since we filed the sNDA for VIGOR in June 2000, we have worked diligently with the FDA to include the results of VIGOR in the labeling for Vioxx. We are pleased to bring that process to closure and to have the results of the study included in the labeling.

SCIENCE Q&A — 2

Confidential - Subject To Protective Order                                    MRK-ABG0000120

### GI-specific language

**Q5.** What were the key changes to the label as they relate to GI findings from VIGOR?

**A5.** The label now cites the results from VIGOR which showed that Vioxx 50 mg – at twice the highest chronic dose – significantly reduced the risk of serious GI side effects by 54 percent compared to naproxen and that the reduction in risk seen with Vioxx was maintained in patients with or without risk factors for developing symptomatic ulcers, perforations, obstructions and bleeds. Risk factors included prior history of a PUB, age of 65 or older, *Helicobacter pylori* infection or concomitant use of corticosteroids.

The GI advantage of Vioxx vs. naproxen proven in VIGOR has resulted in a modification to the GI Warning section.

While the warning remains in the label for Vioxx, it has been modified to say: "Although the risk of GI toxicity is not completely eliminated with Vioxx, the results of the Vioxx GI Outcomes (VIGOR) study demonstrate that in patients treated with Vioxx, the risk of GI toxicity with Vioxx 50 mg once daily is significantly less than with naproxen 500 mg twice daily."

With this important modification, Vioxx is the first and only medicine that selectively inhibits the COX-2 enzyme proven to reduce the risk of developing clinically important GI side effects compared to naproxen, a commonly used NSAID, and to have such risk reductions cited in the label.

**Q6.** Does having the language on fewer GI events offset the NSAID warning language?

**A6.** While the GI warning still remains in the label for Vioxx, it has now been modified to reflect the GI results from VIGOR. Vioxx is the first and only medicine that selectively inhibits the COX-2 enzyme proven to reduce the risk of developing clinically important GI side effects compared to naproxen. We believe the modification of the NSAID Warning to reflect the GI safety advantage of Vioxx vs. naproxen will be viewed by physicians as an important differentiator for Vioxx and will be well received in the marketplace.

**Q7.** Is Merck conducting additional studies with Vioxx to further assess GI benefits?

**A7.** As with all our products, Merck continues to study Vioxx in order to advance the scientific knowledge of the product. Specific information on our research and development program is proprietary.

**Q8.** Will Merck be conducting studies to assess the actual risk of GI events with Vioxx in order to remove the GI NSAID warning?

**A8.** As with all our products, Merck continues to study Vioxx in order to advance the scientific knowledge of the product. Specific information on our research and development program is proprietary.

We are pleased that the label for Vioxx now contains a modification to the GI NSAID warning based on the results of VIGOR, which showed that Vioxx significantly reduced the risk of serious GI events by 54 percent compared to naproxen.

SCIENCE Q&A — 3

Confidential - Subject To Protective Order                                                         MRK-ABG0000121

07/24/02  08:47 FAX 215 652 4283        MERCK & CO.INC.                              ☒005

Q9. Is Merck conducting studies to demonstrate the effect on the GI tract of combining Vioxx plus low dose aspirin?

A9. Yes. We have a study under way to look at concomitant use of Vioxx and low-dose aspirin. Results will be presented in a scientific forum once they become available. Specific information on the study is proprietary.

SCIENCE Q&A — 4

Confidential - Subject To Protective Order

MRK-ABG0000122

### VIGOR AEs/Discontinuations

Q10. What were the incidences of serious adverse events and discontinuations from the VIGOR study and how do they compare to your current label?

A10. Rates of serious adverse events and discontinuations due to clinical adverse experiences were higher in studies with Vioxx 50 mg compared to studies with either 12.5 or 25 mg. Chronic use of 50 mg is not recommended.

SCIENCE Q&A — 5

Confidential - Subject To Protective Order

MRK-ABG0000123

07/24/02  08:48 FAX 215 652 4283        MERCK & CO. INC.                              ☒007

### Cardiovascular

**Q11.** Don't you have a new cardiovascular warning in the label?

**A11.** No. The new cardiovascular language in our label is not a "warning;" it is a precaution. A warning is intended to describe serious adverse reactions and potential safety hazards. A precaution describes "any special care to be exercised by the practitioner for the safe and effective use of the product"[1]. The only warning that has been modified in the label is the GI warning, which now reflects the GI advantage seen with Vioxx vs. naproxen in VIGOR.

*(If pressed, refer to news release.)*

**Q12.** Do you believe there is a tradeoff between a reduction in GI risk with Vioxx versus a cardiovascular risk?

**A12.** When physicians decide which medicine — if any — to prescribe for their patients, they need to consider the benefits and risks of the medicine, as well as their patients' medical condition and history and then make a decision about which medicine to prescribe. We believe that when physicians do that, they will continue to believe that Vioxx is an appropriate choice for many of their patients with osteoarthritis, acute pain, and now adult rheumatoid arthritis.

**Q13.** What is the exact mechanism for why there was a higher incidence of heart attacks with Vioxx?

**A13.** The labeling for Vioxx includes the cardiovascular results of VIGOR and the cardiovascular results from two placebo-controlled studies. It does not take a position on the cause of the difference in cardiovascular events in VIGOR. It does make a point of emphasizing that Vioxx is not a substitute for aspirin for cardiovascular prophylaxis and that all of this information — the results of VIGOR, the placebo studies, and that Vioxx is not a substitute for aspirin — should be considered by prescribers and that Vioxx should be used with caution in patients with a history of ischemic heart disease. Merck will promote Vioxx in accordance with this labeling. Scientifically, we recognize that there are two possible alternate explanations for the results in VIGOR — one that Vioxx caused the difference and one that naproxen caused the difference. Merck scientists continue to believe that the weight of the evidence indicates that the difference is a result of an effect of naproxen.

**Q14.** Do the rates of cardiovascular events change over time?

**A14.** The labeling does not take a position on this question. I can tell you that we did a number of statistical tests to evaluate this question. In these statistical tests, we saw no evidence that the rates changed over time.

---

[1] FDA CDER handbook from FDA website.

SCIENCE Q&A— 6

Confidential - Subject To Protective Order

MRK-ABG0000124

Q15. Is there a relationship between the incidence of hypertension/edema and the incidence of heart attacks?

A15. There was no correlation between hypertension/edema and cardiovascular events in VIGOR or any of our studies with Vioxx.

Q16. It appears some of the data/event rates in the new label specific to VIGOR are different from data previously published in NEJM. Can you explain?

A16. Merck first announced the preliminary results of the VIGOR study in March 2000. At that time, we released the "crude" rates of cardiovascular events, which represented the absolute incidence of patients who had events. Since that time, these results have been presented in many peer-reviewed, public forums in that way and also in terms of rates per 100 patient-years. These results have been presented at major medical meetings, published in *The New England Journal of Medicine*, discussed at a public meeting of the FDA advisory committee, and debated in both the medical and lay press. The labeling presents these same data by providing the number of events [Table 3]; and for overall thrombotic adverse events, it provides the cumulative rate at certain time points [Table 2].

Although there are different ways in which the data have been presented, the publications, presentations and labeling all make the same point – that the rate of cardiovascular events in the VIGOR study was higher in patients taking Vioxx than in patients taking naproxen and that this difference was largely due to a difference in the incidence of myocardial infarction.

Q17. What happened to your naproxen theory? It's not addressed in your news release. Do you still believe the findings were because of a cardiovascular benefit of naproxen?

A17. The labeling for Vioxx includes the cardiovascular results of VIGOR and the cardiovascular results from two placebo-controlled studies. It does not take a position on the cause of the difference in cardiovascular events in VIGOR. It does make a point of emphasizing that Vioxx is not a substitute for aspirin for cardiovascular prophylaxis and that all of this information – the results of VIGOR, the placebo studies, and that Vioxx is not a substitute for aspirin – should be considered by prescribers and that Vioxx should be used with caution in patients with a history of ischemic heart disease. Merck will promote Vioxx in accordance with this labeling. Scientifically, we recognize that there are two possible alternate explanations for the results in VIGOR – one that Vioxx caused the difference and one that naproxen caused the difference. Merck scientists continue to believe that the weight of the evidence indicates that the difference is a result of an effect of naproxen.

Q18. What is the status of the CV outcomes study with Vioxx? With Arcoxia?

A18. We are planning to conduct appropriate large-scale studies to further assess the cardiovascular profile of our COX-2 medicines. Specific details of those studies are proprietary.

SCIENCE Q&A — 7

Confidential - Subject To Protective Order                                        MRK-ABG0000125

07/24/02  08:48 FAX 215 652 4283        MERCK & CO.INC.                                 ☒009

Q19. When will the placebo-controlled studies mentioned under the cardiovascular effects section be completed? What did they intend to show?

A19. The placebo-controlled studies are studies evaluating Vioxx in elderly patients with Alzheimer's disease and mild cognitive impairment. One of the studies, which has been completed, evaluated the effect of Vioxx 25 mg in slowing the progression of Alzheimer's disease. This study did not show evidence of efficacy. The finding is not unexpected given new data which suggests that if NSAIDs were to be effective, they need to be given several years prior to the treatment of Alzheimer's disease. [Note: a replicate study of the completed study mentioned above was subsequently stopped early with no analysis of efficacy undertaken.] Another study, which is currently ongoing, is evaluating the effects of Vioxx 25 mg in preventing the progression of Alzheimer's disease in patients with mild cognitive impairment. Preliminary results were obtained and included in the database for evaluation of cardiovascular thrombotic events and deaths related to those events as noted in the label.

Q20. Have the Alzheimer's data been made public prior to it being added to your label?

A20. Yes. These data were discussed during the FDA Advisory Committee meeting that reviewed the results of VIGOR and were included in the cardiovascular pooled-analysis presented at the European League Against Rheumatism (EULAR) and American College of Rheumatology (ACR) annual meetings last year, and subsequently published in *Circulation*, October 2001.

Q21. Tell me about the difference in the death rates with Vioxx and placebo that your label cites from the placebo-controlled studies.

A21. First, the number of events was small: 8 vs 3. Second, this difference was not statistically significant and third, the number of events in VIGOR was similar: 7 vs 6.

Q22. What were the cardiovascular findings in the Phase III RA studies with Vioxx?

A22. In the Phase IIb/III rheumatoid arthritis studies that evaluated Vioxx 25 mg once daily with naproxen 500 mg twice daily, the difference between the two groups was generally similar to what was observed in VIGOR. These data were included in the cardiovascular pooled-analysis presented at the EULAR and ACR annual meetings last year, and subsequently published in *Circulation*, October 2001.

SCIENCE Q&A — B

Confidential - Subject To Protective Order

MRK-ABG0000126

### Renal-Specific

**Q23.** What were the rates of hypertension and edema with Vioxx in VIGOR and how did they relate to your overall safety findings in VIGOR?

**A23.** The incidences of hypertension and edema reported in VIGOR were consistent with those reported in the Phase III studies [*NOTE:* these were mostly from the OA endoscopy studies] that evaluated the chronic use of Vioxx 50 mg in osteoarthritis patients. In VIGOR, hypertension was reported in 8.5 percent of patients and lower extremity edema was reported in 4.0 percent of patients taking Vioxx 50 mg – a dose two times the highest approved chronic dose for osteoarthritis and rheumatoid arthritis. In VIGOR, there was no correlation between these renal vascular effects and cardiovascular events. As stated in the label, chronic use of Vioxx 50 mg is not recommended.

[*If directly asked:* The incidence of hypertension reported with naproxen 500 mg twice daily in VIGOR was 5.0 percent and the incidence of edema was 2.6 percent.]

**Q24.** How do the rates of hypertension and edema seen in VIGOR with Vioxx 50 mg compare to the current Vioxx label? To those seen in CLASS with Celebrex?

**A24.** First, it's important to remember that all NSAIDs work by inhibiting COX-2 and all have effects on the kidney, as is reflected in the prescribing information for these medicines, including Vioxx and Celebrex as well as ibuprofen, diclofenac and naproxen.

In VIGOR, the incidences of edema and hypertension with were consistent with those seen in the Phase III studies of osteoarthritis patients with Vioxx 50 mg, a dose two times the highest approved dose for chronic use.
→ With chronic dosing of 50 mg in the Phase III osteoarthritis studies, the incidence of hypertension was 8.2 percent, and the incidence of lower extremity edema was 6.3 percent.
→ In VIGOR, incidences for 50 mg were similar: hypertension was reported in 8.5 percent of patients and lower extremity edema in 4.0 percent.
Per the label, chronic use of Vioxx 50 mg is not recommended.

As for the hypertension and edema rates seen in the CLASS study, we cannot make direct comparisons across studies. This is particularly true here because of differences in the length of the studies, methodologies, adverse event definitions and investigators.

[*For Background:* In the osteoarthritis studies that were conducted over a six-week to six-month duration, the combined incidence of hypertension was 3.0 percent for ibuprofen 2400 mg and 1.6 percent for diclofenac 150 mg; and the combined incidence of lower extremity edema was 3.8 percent for ibuprofen and 3.4 percent for diclofenac.]

SCIENCE Q&A — 9

Confidential - Subject To Protective Order                                            MRK-ABG0000127

Q25. Why was there a two-fold higher incidence of hypertension seen with Vioxx 25 mg in the RA studies? Why does this differ from the results seen in your osteoarthritis studies?

A25. It's important to remember that all NSAIDs work by inhibiting COX-2 and all have effects on the kidney, as is reflected in the prescribing information for these medicines, including Vioxx and Celebrex as well as ibuprofen, diclofenac and naproxen. Therefore, increases in the incidence of hypertension are not unexpected.

As our label states, clinical trials with Vioxx at daily doses of 12.5 mg and 25 mg in patients with osteoarthritis have shown effects on hypertension and edema similar to those observed with comparator NSAIDs; these occurred with an increased frequency with chronic use of Vioxx at daily doses of 50 mg. Chronic use of 50 mg is not recommended. These Phase III clinical trials involved more than 4,000 patients.

It is not known why there were differing incidences of hypertension in the osteoarthritis and rheumatoid arthritis studies. It is difficult to make comparisons across trials as the rheumatoid arthritis and osteoarthritis studies involved various NSAID comparators to Vioxx, and they examined different types of patients, with different investigators, and at different time periods.

[*For Background*: In the osteoarthritis studies that were conducted over a six-week to six-month duration, the combined incidence of hypertension was 3.5 percent for Vioxx 12.5 mg or 25 mg compared to 3.0 percent for ibuprofen 2400 mg and 1.6 percent for diclofenac 150 mg.]

SCIENCE Q&A— 10

Confidential - Subject To Protective Order                                                 MRK-ABG0000128

### RA-efficacy

Q26. Is your RA indication coming later than expected?

A26. No. Merck announced the filing for the rheumatoid arthritis indication in April 2001. The actual filing date was March 1, 2001. In December 2001, Merck received an approvable letter from the FDA for our rheumatoid arthritis application.

Q27. Was the patient population in the Phase III RA studies different/same as the RA population in VIGOR?

A27. The patient populations for the Phase III studies and the VIGOR study were similar in that all patients had rheumatoid arthritis. However, specific inclusion and exclusion criteria varied, reflective of the different study endpoints that were specified (VIGOR – GI safety and RA – efficacy).

[*For Background:* In the Phase III studies designed to evaluate the efficacy of Vioxx in treating the signs and symptoms of rheumatoid arthritis, patients had to be at least 18 years of age or older (mean age 54) and diagnosed with rheumatoid arthritis for at least 6 months. Only patients previously on chronic therapy with NSAIDs were enrolled, and only those who, following a washout of prestudy NSAIDs and demonstration of flare, were then randomized to Vioxx, naproxen or placebo. Patients were allowed to take methotrexate or low-dose corticosteroids; and in one of the pivotal studies, patients were allowed to take aspirin (less than 5 percent did).

In VIGOR, which was designed to be a rigorous evaluation of the GI profile of Vioxx at twice its highest chronic dose, patients included those with rheumatoid arthritis who were at least 50 years of age (or 40 years of age and receiving long-term glucocorticoid therapy) and who were expected to require NSAIDs for at least one year. Patients were allowed to take disease-modifying drugs (e.g. methotrexate, corticosteroids) to control their rheumatoid arthritis. The study was designed to exclude patients requiring aspirin for cardiovascular protection.]

Q28. When will the results of your two Phase III studies for RA be published?

A28. We consider our publication plans proprietary.

Q29. Will you seek an indication for juvenile rheumatoid arthritis? If so, when?

A29. Our sNDA for Vioxx was for adult rheumatoid arthritis only. Details on our regulatory filings are considered proprietary.

Q30. Do you have studies under way for juvenile RA?

A30. Pharmacokinetic studies (e.g. studies examining the effects on absorption, metabolism and excretion) with Vioxx in children with juvenile rheumatoid arthritis have been conducted. Results of these studies were presented last year at the European League Against Rheumatism (EULAR) and American College of Rheumatology (ACR) annual meetings. Larger studies are needed to confirm these findings. Additional information on our research program is proprietary.

SCIENCE Q&A — 11

Confidential - Subject To Protective Order

07/24/02   08:50 FAX 215 652 4283      MERCK & CO. INC.                                   ☒013

### Drug Interactions

**Q31.** How has the methotrexate and other drug interaction language in the label changed? What was the basis for these changes?

**A31.** Three changes were made to the section on Drug Interactions:
1) Additional language for <u>aspirin</u>: In patients taking Vioxx, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. Prospective, long-term studies on concomitant administration of Vioxx and naproxen have not been conducted.
2) Updated language for <u>methotrexate</u>: the approved doses of Vioxx – 12.5 mg, 25 mg and 50 mg – each administered once daily for seven days, had no effect on the plasma concentration of methotrexate.
3) The addition of an interaction with <u>theophylline</u>: Vioxx 12.5 mg, 25 mg and 50 mg administered once daily for seven days increased plasma concentration levels of theophylline. As a result, adequate monitoring is recommended when Vioxx is initiated or changed in patients receiving theophylline.

**Q32.** What is theophylline? Is the interaction with the drug serious?

**A32.** Theophylline is a bronchodilator indicated for the treatment of chronic asthma and chronic lung diseases. As stated in the prescribing information for Vioxx, adequate monitoring of theophylline plasma concentrations should be considered when therapy with Vioxx is initiated or changed in patients receiving theophylline.

**Q33.** What is the market impact of this new interaction? Are there other similar drugs that Vioxx could have an interaction with?

**A33.** We do not expect this interaction to have an impact on the market for Vioxx.

SCIENCE Q&A — 12

Confidential - Subject To Protective Order

MRK-ABG0000130

07/24/02  08:50 FAX 215 652 4283        MERCK & CO.INC.                                   ☒014

### Aspirin

Q34. Were there changes to the label specific to concomitant use of Vioxx with aspirin?

A34. Yes, new language was added to the *Drug Interactions, Aspirin* section, which included:
- language informing physicians that in patients taking Vioxx, antiplatelet therapies (such as aspirin) should not be discontinued and should be considered for those with an indication for cardiovascular prophylaxis; and
- a statement that prospective, long-term studies on concomitant administration of Vioxx and aspirin have not been conducted.

Other information on the concomitant use of aspirin and Vioxx that was already in the labeling included:
- the statement that use of low-dose aspirin with Vioxx may result in an increased rate of GI ulceration or other complications, compared to Vioxx alone; and
- the statement that Vioxx is not a substitute for aspirin for cardiovascular prophylaxis because it lacks an effect on platelets.

Q35. To what percentage of Vioxx users does the new precaution apply? What proportion of patients who take Vioxx for arthritis have ischemic heart disease?

A35. We estimate that 10 percent of the total arthritis patient population in the U.S. has existing ischemic heart disease.[2]

Q36. Does your new labeling recommend that patients prescribed Vioxx take aspirin?

A36. The labeling for Vioxx does not direct that patients taking Vioxx must be put on aspirin. It states — as it always has since the original FDA approval of the medicine in May 1999 — that Vioxx is not a substitute for aspirin for cardiovascular prophylaxis because of its lack of effect on platelets. The labeling reminds physicians that, because of this lack of effect on platelets, in patients taking Vioxx, antiplatelet therapies should not be discontinued and should be considered for those with an indication for cardiovascular prophylaxis.

Q37. Would patients benefit more from taking naproxen than Vioxx because heart disease is so common?

A37. Aspirin continues to be the gold standard for cardiovascular prophylaxis. There are not sufficient data to warrant a change in that practice.

---

[2] ORM analysis of NHANES and Medstat databases looking at patients within the OA database age 40+ and present with ICD-9 codes for CHD or CVD.

SCIENCE Q&A — 13

Confidential - Subject To Protective Order

MRK-ABG0000131

07/24/02  08:50 FAX 215 652 4283     MERCK & CO.INC.                                      ☒015

Q38. **Will Merck conduct a trial to evaluate the effects of Vioxx on the antiplatelet effects of aspirin?**

A38. We know Vioxx does not interfere with the antiplatelet effects of low-dose aspirin. In fact, that statement is in our labeling, and has recently been confirmed by others. (Catella-Lawson F., Reilly MP, Kapoor SC, Cucchiara AJ, De Marco S., Glisson J., Tournier B., Vyas SN, FitzGerald G.A. Ibuprofen, but not rofecoxib or acetaminophen, antagonizes the irreversible antiplatelet effect of aspirin. Arthr Rheum 2000; 43: S298). However, prospective long-term studies on concomitant administration of Vioxx and aspirin have not been conducted. Our plans in that respect are proprietary.

Q39. **The JAMA paper by Mukherjee and Topol raised the question that use of aspirin with COX-2 inhibitors may diminish their proven GI benefit. Is that true?**

A39. As our labeling for Vioxx has always indicated, concomitant use of low-dose aspirin with Vioxx may increase the risk of GI side effects compared to the use of Vioxx alone. A study is currently underway to look at concomitant use of Vioxx and low-dose aspirin. Results will be presented in a scientific forum once they become available. Specific information on the study is proprietary.

SCIENCE Q&A — 14

Confidential - Subject To Protective Order

MRK-ABG0000132

### OTHER

Q40. What parts of this label do you expect will be "class" labeling for COX-2s?

A40. We can't speculate on FDA actions. We can say that Vioxx is the only COX-2 to have met its primary and secondary endpoints in a large GI outcomes study.

Q41. Can you comment on the FDA's recent report from its AE Surveillance report noting that the number of AEs reported for Vioxx were much higher than those reported for Celebrex even though the total number of prescriptions for Celebrex were higher than for Vioxx?

A41. The FDA provides the following caveat within its quarterly reports of the Adverse Event Reporting System (AERS) database:

With respect to the summaries of post-marketing adverse experience reports, which have been prepared by FDA's Division of Drug Risk Evaluation I (Office of Post-Marketing Drug Risk Assessment), please note that these summaries provide qualitative and descriptive information about reports that have been received for individual drugs. These summaries should not be interpreted as supporting conclusions about the comparative safety of the different drugs. Variations in adverse event reporting practices make quantitative safety comparisons of different drugs problematic. Sources of variation may include manufacturer reporting practices, time on market, calendar year, and publicity. These and other factors may result in substantial variations in the types and numbers of reports for individual drugs in the spontaneous Adverse Event Reporting System.

Q42. How many adverse events – CV, renal GI – have you seen in post-marketed use of Vioxx?

A42. Based on our most recent public presentation of these data – at the FDA Advisory Committee meeting in February 2001 – there were 118 thrombotic events, including 40 myocardial infarctions; 482 serious GI events; and 212 serious renal events had been reported between May 1999 through October 2000.

Q43. How do post-marketing reports for Vioxx compare with NSAIDs such as naproxen?

A43. Direct comparisons cannot be made. The medicines have been on the market for different lengths of time, have been used by different patients in different settings with different concomitant medications, and the two companies may have different tracking and reporting mechanisms.

As caveated by the FDA within its quarterly reports of the Adverse Event Reporting System (AERS) database:

With respect to the summaries of post-marketing adverse experience reports, which have been prepared by FDA's Division of Drug Risk Evaluation I (Office of Post-Marketing Drug Risk Assessment), please note that these summaries provide qualitative and descriptive information about reports that have been received for individual drugs.

SCIENCE Q&A — 15

Confidential - Subject To Protective Order

MRK-ABG0000133

These summaries should not be interpreted as supporting conclusions about the comparative safety of the different drugs. Variations in adverse event reporting practices make quantitative safety comparisons of different drugs problematic. Sources of variation may include manufacturer reporting practices, time on market, calendar year, and publicity. These and other factors may result in substantial variations in the types and numbers of reports for individual drugs in the spontaneous Adverse Event Reporting System.

**Q44.** How reliable are post-marketing event reports in judging the safety profile of a medicine?

**A44.** Post-marketing reporting certainly plays an important role in on-going monitoring of the safety of a prescription medicine. However, it's important to keep in mind that just because someone was taking a medicine when they had an event does not mean that the medicine was the cause. As caveated by the FDA within its quarterly reports of the Adverse Event Reporting System (AERS) database:

With respect to the summaries of post-marketing adverse experience reports, which have been prepared by FDA's Division of Drug Risk Evaluation I (Office of Post-Marketing Drug Risk Assessment), please note that these summaries provide qualitative and descriptive information about reports that have been received for individual drugs. These summaries should not be interpreted as supporting conclusions about the comparative safety of the different drugs. Variations in adverse event reporting practices make quantitative safety comparisons of different drugs problematic. Sources of variation may include manufacturer reporting practices, time on market, calendar year, and publicity. These and other factors may result in substantial variations in the types and numbers of reports for individual drugs in the spontaneous Adverse Event Reporting System.

SCIENCE Q&A — 16

Confidential - Subject To Protective Order                                                                   MRK-ABG0000134