# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | * * * |
| This Document Relates to: | * MDL No. 1657 |
| STATE OF ALASKA, | * SECTION L |
| Plaintiff, | * JUDGE ELDON E. FALLON |
| versus | * MAGISTRATE JUDGE KNOWLES |
| MERCK & CO., INC., | * |
| Defendant. | * |
| Case No. 2:06-cv-03132 | * |

## [PROPOSED] ORDER ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and judgment is granted to Merck on all of Plaintiff's claims against it.

**NEW ORLEANS, LOUISIANA,** this \_\_\_\_ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1125309v1