# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| JIM HOOD, ATTORNEY GENERAL, | * | SECTION L |
|   *ex rel.* | * | |
| STATE OF MISSISSIPPI, | * | JUDGE ELDON E. FALLON |
| | * | |
|                 Plaintiff, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|   versus | * | |
| | * | |
| Merck Sharp & Dohme Corp., | * | |
| | * | |
|                 Defendant. | * | |
| | * | |
| Case No. 2:05-cv-6755 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] ORDER ON DEFENDANT'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and judgment is granted to Merck on all of Plaintiff's claims against it.

**NEW ORLEANS, LOUISIANA,** this ____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1125313v1