UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|     STATE OF MONTANA, ex rel. | * | SECTION L |
|     Steve Bullock, | * | |
| | * | JUDGE ELDON E. FALLON |
|                    Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|    versus | * | KNOWLES |
| | * | |
|     MERCK & CO., INC., | * | |
| | * | |
|                    Defendant. | * | |
| | * | |
| Case No. 2:06-cv-4032 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## **DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

    Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves for judgment on the pleadings on all of Plaintiff's claims against it.

    As set forth in the attached Memorandum, all of Plaintiff's claims against Merck fail.

WHEREFORE, the Court should grant Merck's motion for judgment on the pleadings.

Dated:  May 3, 2013                                                             Respectfully submitted,

                                                                                   */s/ Dorothy H. Wimberly*
                                                                                   Phillip A. Wittmann, 13625
                                                                                   Dorothy H. Wimberly, 18509
                                                                                   STONE PIGMAN WALTHER
                                                                                   WITTMANN L.L.C.
                                                                                   546 Carondelet Street
                                                                                   New Orleans, LA 70130

1

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP & DOHME CORP.

## **CERTIFICATE OF SERVICE**

I also hereby certify that the above and foregoing Motion for Judgment on the Pleadings has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of May, 2013.

                                                */s/ Dorothy H. Wimberly*
                                               Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1125315v1