**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: VIOXX | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF MONTANA, ex rel. | * | SECTION L |
| Steve Bullock, | * | |
| | * | JUDGE ELDON E. FALLON |
| Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
| versus | * | KNOWLES |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Case No. 2:06-cv-4032 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**[PROPOSED] ORDER ON DEFENDANT'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and judgment is granted to Merck on all of Plaintiff's claims against it.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1125317v1