# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| This Document Relates to: | *   MDL No. 1657 |
|     State of Utah, | *   SECTION L |
|                     Plaintiff, | *   JUDGE ELDON E. FALLON |
|     versus | *   MAGISTRATE JUDGE |
|     Merck Sharp & Dohme Corp., | *   KNOWLES |
|                     Defendant. | * |
| Case No. 2:06-cv-09336 | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] ORDER ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and judgment is granted to Merck on all of Plaintiff's claims against it.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1125321v1