IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|    State of Utah, | * | SECTION L |
| | * | |
|                  Plaintiff, | * | JUDGE ELDON E. FALLON |
| | * | |
|    versus | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|    Merck Sharp & Dohme Corp., | * | |
| | * | |
|                  Defendant. | * | |
| | * | |
| Case No. 2:06-cv-09336 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF SUBMISSION

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion for Judgment on the Pleadings will be brought for hearing on June 12, 2013, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: May 3, 2013                                                         Respectfully submitted,

                                                                                    */s/ Dorothy H. Wimberly*
                                                                                    Phillip A. Wittmann, 13625
                                                                                    Dorothy H. Wimberly, 18509
                                                                                    STONE PIGMAN WALTHER
                                                                                    WITTMANN L.L.C.
                                                                                    546 Carondelet Street
                                                                                    New Orleans, LA 70130

2

        Douglas R. Marvin
        WILLIAMS & CONNOLLY LLP
        725 Twelfth St., N.W.
        Washington, DC 20005

        John H. Beisner
        Jessica Davidson Miller
        SKADDEN, ARPS, SLATE, MEAGHER &
        FLOM LLP
        1440 New York Avenue, N.W.
        Washington, DC 20005

        ATTORNEYS FOR MERCK SHARP &
        DOHME CORP.

1125322v1

## CERTIFICATE OF SERVICE

    I also hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of May, 2013.

                  */s/ Dorothy H. Wimberly*
                  Dorothy H. Wimberly, 18509
                  STONE PIGMAN WALTHER WITTMANN L.L.C.
                  546 Carondelet Street
                  New Orleans, Louisiana  70130
                  Phone:  504-581-3200
                  Fax:     504-581-3361
                  dwimberly@stonepigman.com

                  Defendants' Liaison Counsel

1125322v1