U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY - 3 2013

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 12-30560

MD 05-1657-L

In Re: VIOXX PRODUCTS LIABILITY LITIGATION

---

MARY PLUBELL, Missouri Plaintiff; TED IVEY, Missouri Plaintiff,

    Plaintiffs - Appellants

v.

MERCK AND COMPANY, INCORPORATED,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of April 30, 2013, pursuant to appellant's motion.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

By: _____
Cindy M. Broadhead, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By: _____
    Deputy
New Orleans, Louisiana  APR 3 0 2013