# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 30, 2013

U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA

MAY - 3 2013

LORETTA G. WHYTE  
CLERK

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

No. 12-30560,   In Re: Vioxx Prod Liability, et al  
    USDC No. 2:05-MD-1657

Enclosed is a copy of the judgment issued as the mandate.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Cindy M. Broadhead, Deputy Clerk  
504-310-7707

cc w/encl:  
    Mr. John H. Beisner  
    Mr. Don Manley Downing  
    Honorable Eldon E. Fallon  
    Mr. Thomas C. Galligan Jr.  
    Mr. Russ M. Herman  
    Mr. Todd E. Hilton  
    Ms. Nancy Jane Marshall  
    Mr. Joseph Lee McReynolds  
    Mr. Patrick Joseph Stueve  
    Mr. Bradley T. Wilders  
    Ms. Dorothy Hudson Wimberly  
    Mr. Phillip A. Wittmann

