UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| THIRD PARTY PAYOR COMMON | * | MAG. JUDGE KNOWLES |
| BENEFIT FEES | * | SPECIAL MASTER |
| | * | PATRICK JUNEAU |
| FILER: Robert E. Arceneaux | * | |
|       Margaret E. Woodward | * | May 6, 2013 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**LIST OF DOCUMENTS REGARDING TPP FEE ALLOCATION PROVIDED
IN RESONPSE TO THE SPECIAL MASTER'S PROTOCOL**

     This list is provided in response to the Special Master's protocol relating to the TPP common benefit fee allocation process. While prepared by the undersigned, every effort has been made to accommodate both the FAC and all objectors to include on the list every document requested. Additionally, the undersigned included every document that could be found in the record that related to the TPP Fee Allocation issue, so that the Special Master could have a complete record of what has transpired to date. All documents on the list will be supplied to the Special Master, the TPP FAC, and the objectors in PDF format on a CD-Rom.

**RECORD DOCUMENTS**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2011 | 63195 | ORDER AND REASONS - The Court has previously determined the value of the common benefit work in the Vioxx MDL and associated state litigations which produced the global settlement of November 9, 2007. For the foregoing reasons, the common benefit fund shall be allocated as stated herein. Signed by Judge Eldon E. Fallon on 8/9/2011.(Reference: ALL CASES)(cms, ) (Entered: 08/09/2011) |
| 09/17/2011 | | Pre-Trial Order No. 57 |

| 11/08/2011 | 63555 | EXPARTE/CONSENT MOTION for Leave to File *Exhibit Under Seal (The TPP Fee Allocation Committee's Recommendation Pursuant to PTO 57)* by Plaintiff. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading The TPP Fee Allocation Committee's Recommendation, # 3 Proposed Pleading Exhibit A, # 4 Proposed Pleading Exhibit B, # 5 Proposed Pleading Exhibit C, # 6 Proposed Pleading Exhibit D (UNDER SEAL))(Reference: ALL CASES)(Davis, Leonard) (Entered: 11/08/2011) |
| --- | --- | --- |
| 11/10/2011 | 63564 | ORDER granting 63555 Motion for Leave to File Exhibit D under seal. Signed by Judge Eldon E. Fallon on 11/10/2011. (Reference: All Actions)(cms, ) (Entered: 11/15/2011) |
| 11/17/2011 | 63569 | TPP Fee Allocation Committee's Recommendation by Plaintiff (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D part 1, # 5 Exhibit D part 2, # 6 Exhibit D part 3, # 7 Exhibit D part 4, # 8 Exhibit D part 5, # 9 Exhibit D part 6-1, # 10 Exhibit D part 6-2, # 11 Exhibit D part 7, # 12 Exhibit D part 8-1)(Reference: ALL ACTIONS)(cms, ) (Additional attachment(s) added on 11/22/2011: # 13 Exhibit D part 8-2, # 14 Exhibit D part 8-3, # 15 Exhibit D part 8-4, # 16 Exhibit D part 8-5) (cms, ). (Additional attachment(s) added on 11/22/2011: # 17 Exhibit D part 9, # 18 Exhibit D part 10, # 23 Index 1, # 24 Volume 1 Cover Page, # 25 Exhibit D part 11, # 26 Exhibit D part 12, # 27 Exhibit D part 13, # 28 Exhibit D part 14, # 29 Exhibit D part 15, # 30 Index Vol II, # 31 Volume II Cover Sheet) (cms, ). (Additional attachment(s) added on 11/22/2011: # 32 Exhibit D part 16, # 34 Index Vol III, # 35 Volume III Cover Page, # 36 Exhibit D part 17, # 37 Exhibit D part 18, # 38 Exhibit D part 19, # 39 Exhibit D part 20, # 40 Exhibit D part 21, # 41 Exhibit D part 22, # 42 Exhibit D part 23, # 43 Exhibit D part 24, # 44 Exhibit D part 25, # 45 Exhibit D part 26, # 46 Exhibit D part 27, # 47 Exhibit 28 part 28, # 48 Exhibit D part 29, # 49 Index Volume IV, # 50 Volume IV Cover Page-EXHIBIT D,SEALED DOCUMENTS) (cms, ). Modified on 11/22/2011 (cms, ). (Entered: 11/18/2011) |
| 11/28/2011 | 63582 | Supplemental Memorandum by Plaintiff *The TPP Fee Allocation Committee's Supplemental Report Pursuant to PTO 57* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Reference: ALL CASES)(Davis, Leonard) (Entered: 11/28/2011) |
| 06/13/2012 | 63928 | Statement by Plaintiff *The TPP Fee Allocation Committee's Recommendation* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Reference: ALL CASES)(Davis, Leonard) (Entered: 06/13/2012) |

| | | |
|---|---|---|
| 06/19/2012 | 63945 | ORDER - Status Conference in chambers with TPP FAC will be held on 7/10/2012 09:00 AM before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 6/18/2012.(Reference: Third Party Payor Common Benefit Fees)(cms, ) (Entered: 06/19/2012) |
| 07/09/2012 | 63969 | ORDER - Status Conference continued to 7/17/2012 03:30 PM before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 7/9/2012.(Reference: Third Party Payor Common Benefit Fees)(cms, ) (Entered: 07/09/2012) |
| 07/17/2012 | 63996 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Status Conference held on 7/17/2012. (Reference: TPP Common Benefit Fees)(cms, ) (Entered: 07/18/2012) |
| 07/25/2012 | 64011 | ORDER re Court's previously detailed procedure it intends to follow with respect to allocating common benefit attorneys fees in Pretrial Order 57. Deadline as stated herein. Signed by Judge Eldon E. Fallon on 7/25/2012.(Reference: TPP Common Benefit Fees)(cms, ) (Entered: 07/25/2012) |
| 08/06/2012 | 64035 | Response/Reply by Plaintiff *Comment on Scott Yung LLP's TPP Allocation* (Reference: 2:05-md-01657-EEF-DEK)(Yung, Andrew) (Entered: 08/06/2012) |
| 08/07/2012 | 64037 | OBJECTIONS by Plaintiff *Price Waicukauski &Riley, LLC's Objection to the Vioxx Third Party Payor's Fee Allocation Committee's Common Benefit Fee Recommendation* (Attachments: # 1 Appendix of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 3a, # 6 Exhibit 3b, # 7 Exhibit 3c, # 8 Exhibit 3d, # 9 Exhibit 3e, # 10 Exhibit 3f, # 11 Exhibit 3g, # 12 Exhibit 3h, # 13 Exhibit 3i, # 14 Exhibit 3j, # 15 Exhibit 4)(Reference: 05-02269)(Riley, William) (Entered: 08/07/2012) |
| 08/10/2012 | 64044 | OBJECTION to 54246 Report and Recommendations *63928 TPP FAC* by Eric H. Weinberg (Reference: all)(Woodward, Margaret) (Additional attachment(s) added on 8/10/2012: # 1 Exhibit) (cms, ). (Additional attachment(s) added on 8/16/2012: # 2 Exhibits part 1, # 3 Exhibits part 2) (cms, ). (Entered: 08/10/2012) |
| 08/10/2012 | 64045 | EXPARTE/CONSENT MOTION to Seal Document 63928 Statement by Eric H. Weinberg. (Attachments: # 1 Proposed Order)(Reference: all)(Woodward, Margaret) (Entered: 08/10/2012) |
| 08/10/2012 | 64046 | OBJECTIONS by Plaintiff re 63928 Statement (Attachments: # 1 Appendix, # 2 Certificates of Service)(Reference: 2:05-1657)(Kolb, Maura) (Entered: 08/10/2012) |

3

| | | |
|---|---|---|
| 08/10/2012 | 64047 | OBJECTIONS by Plaintiff *Sheller PC to FAC TPP Recommendation* (Reference: 1657)(Arceneaux, Robert) (Additional attachment(s) added on 8/10/2012: # 1 Exhibit) (cms, ). (Entered: 08/10/2012) |
| 08/13/2012 | 64066 | ORDER granting 64045 Motion to Seal Exhibits. Signed by Judge Eldon E. Fallon on 8/13/2012. (Reference: TPP Common Benefit Fees)(cms, ) (Entered: 08/15/2012) |
| 11/09/2012 | 64165 | MOTION to Produce *or Alterntively for Access to Phil Garrett's Records* by Eric H. Weinberg. Motion set for 11/28/2012 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Notice of Submission)(Reference: 1657)(Arceneaux, Robert) (Entered: 11/09/2012) |
| 11/09/2012 | 64166 | EXPARTE/CONSENT MOTION to Expedite *Motion Produce Alternatively for Access to Phil Garrett's Records* by Eric H. Weinberg. (Attachments: # 1 Proposed Order)(Reference: 1657)(Arceneaux, Robert) (Entered: 11/09/2012) |
| 11/14/2012 | 64170 | ORDER denying 64166 Motion to Expedite Hearing. Weinberg's motion will be submitted to the Court for consideration on the briefs on 11/28/2012. Signed by Judge Eldon E. Fallon on 11/14/2012. (Reference: THIRD PARTY PAYOR COMMON BENEFIT FEE ALLOCATION)(cms, ) (Entered: 11/14/2012) |
| 11/19/2012 | 64171 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 64165 MOTION to Produce *or Alterntively for Access to Phil Garrett's Records* . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Reference: ALL ACTIONS)(Davis, Leonard) (Entered: 11/19/2012) |
| 11/19/2012 | 64172 | AWAITING PROPOSED ORDER-MOTION to Produce *Detailed Time Records Not Produced to the Court in Exhibit "D'* by Plaintiff. (Reference: 2:05-01657)(Kolb, Maura) Modified on 11/20/2012 (cms, ). (Entered: 11/19/2012) |
| 11/20/2012 | 64173 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 64172 MOTION to Produce *Detailed Time Records Not Produced to the Court in Exhibit "D'* . (Reference: ALL ACTIONS)(Davis, Leonard) (Entered: 11/20/2012) |
| 11/20/2012 | 64176 | RESPONSE/MEMORANDUM in Support filed by Eric H. Weinberg re 64165 MOTION to Produce *or Alterntively for Access to Phil Garrett's Records* . (Reference: 1657)(Arceneaux, Robert) (Entered: 11/20/2012) |

4

| 11/26/2012 | 64179 | RESPONSE/MEMORANDUM in Support filed by Plaintiff re 64172 MOTION to Produce *Detailed Time Records Not Produced to the Court in Exhibit "D'*, 64166 MOTION to Expedite *Motion Produce Alternatively for Access to Phil Garrett's Records*, 64165 MOTION to Produce *or Alterntively for Access to Phil Garrett's Records* . (Reference: 2:05-md-01657)(Kolb, Maura) (Entered: 11/26/2012) |
|---|---|---|
| 12/04/2012 | 64183 | ORDER granting in part 64165 MOTION to Produce or Alterntively for Access to Phil Garrett's Records. FURTHER ORDERED that the parties requesting these materials shall pay the costs of their production, including reasonable compensation for Mr. Garrett's time. Signed by Judge Eldon E. Fallon on 12/4/2012.(Reference: THIRD PARTY PAYOR COMMON BENEFIT FEES)(cms, ) (Entered: 12/05/2012) |
| 12/11/2012 | 64193 | NOTICE by Plaintiff *Notice of Filing of [Proposed] Decision Distributing Third Party Payor Common Benefit Fund and Summary of Vioxx TPP Common Benefit Submission and Final Proposed Allocation - 12/10/2012*. (Attachments: # 1 Proposed Decision, # 2 Revised Allocation Chart)(Reference: ALL ACTIONS)(Davis, Leonard) (Entered: 12/11/2012) |
| 12/20/2012 | 64206 | MEMORANDUM filed by Eric H. Weinberg re 64165 MOTION to Produce *or Alterntively for Access to Phil Garrett's Records response to Proposed Decision 64193*. (Reference: all)(Woodward, Margaret) (SEALED Attachment(s) added on 1/4/2013: # 1 Exhibits A-C, # 2 Exhibits 1-2, # 3 Exhibits 3-5, # 4 Exhibts D-E)(cms, ). Modified on 1/4/2013 (cms, ). (Entered: 12/20/2012) |
| 12/20/2012 | 64207 | EXPARTE/CONSENT MOTION to Seal by Eric H. Weinberg. (Attachments: # 1 Proposed Order)(Reference: all)(Woodward, Margaret) (Entered: 12/20/2012) |
| 12/21/2012 | 64208 | Memorandum by Plaintiff re 64193 Notice (Other), 64046 Objections *Memorandum in Response to Production of Supporting Time Records, Objection to Recommendation, and Request for Hearing* (Reference: 2:05-md-01657)(Kolb, Maura) (Entered: 12/21/2012) |
| 01/02/2013 | 64214 | ORDER granting 64207 Motion to Seal. Signed by Judge Eldon E. Fallon on 1/2/2013. (Reference: all)(cms, ) (Entered: 01/04/2013) |
| 02/01/2013 | 64235 | EXPARTE/CONSENT MOTION for Leave to File *Response of the TPP Fee Allocation Committee to General Statements Made by the Weinberg Objectors* by Plaintiff. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading Response, # 3 Exhibit 1 - HHK, # 4 Exhibit 2 - Seeger, # 5 Exhibit 3 - Levin)(Reference: ALL ACTIONS)(Davis, Leonard) (Entered: 02/01/2013) |

| | | |
|---|---|---|
| 02/04/2013 | 64237 | ORDER granting 64235 Motion for Leave to File Response. Signed by Judge Eldon E. Fallon on 2/4/2013. (Reference: ALL CASES)(cms, ) (Entered: 02/05/2013) |
| 02/04/2013 | 64238 | Response by TPP Fee Allocation Committee to general statements made by the Weinberg Objectors. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Reference: ALL CASES)(cms, ) (Entered: 02/05/2013) |
| 02/07/2013 | 64242 | EXPARTE/CONSENT MOTION for Leave to File by Eric H. Weinberg. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading)(Reference: all)(Woodward, Margaret) (Entered: 02/07/2013) |
| 02/08/2013 | 64245 | ORDER granting 64242 Motion for Leave to File Weinberg's Reply Memorandum. Signed by Judge Eldon E. Fallon on 2/8/2013. (Reference: TPP)(cms, ) (Entered: 02/11/2013) |
| 02/08/2013 | 64246 | Response/Reply by Eric Weinberg to 64238 Response to general comments made by the Weinberg Objectors. (Reference: TPP)(cms, ) (Entered: 02/11/2013) |
| 03/15/2013 | 64303 | AFFIDAVIT of Patrick A Juneau Pursuant to FRCP 53. (Reference: TPP COMMON BENEFIT FEES)(cms, ) (Entered: 03/15/2013) |
| 03/15/2013 | 64304 | ORDER re Third Party Payor Common Benefit Fees as stated herein. Signed by Judge Eldon E. Fallon on 3/15/2013.(Reference: TPP COMMON BENEFIT FEES)(cms, ) (Entered: 03/15/2013) |

## NON-RECORD DOCUMENTS

1.   Confidentiality Agreement, October 12 2012

2.   FAC Document Production, Dec 13, 2012

3.   Letter of Feb. 12, 2013 from Lanier Law Firm to Hon. Eldon Fallon

4.   Letter of Feb. 14, 2013 From Hvode, Dassow, and Deets, to Hon. Eldon Fallon

Respectfully submitted:

*/s/ Robert E. Arceneaux*

_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

MARGARET E. WOODWARD, La. Bar No.13677
3701 Canal Street, Suite C
New Orleans, Louisiana 70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com

Attorneys for Eric Weinberg

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objection and Reply has been served all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, May 6, 2013.

*/s/ Robert E. Arceneaux*

_____