# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED NOTICE OF 30(b)(6) DEPOSITION

YOU ARE HEREBY NOTIFIED that, pursuant to the Federal Rules of Civil Procedure, the plaintiff will take the video-taped deposition of Dr. Eugene Sun, Merck Medical Director from 1999 to 2004, regarding Vioxx information given to Utah Medicaid by the Merck Medical Director of the region of the United States to which Utah was assigned from 1997 through 2005. This notice supercedes a previous 30(b)(6) deposition covering the same information.

The deponent(s) will produce and bring the following documents to the deposition:

1. All written information given to Utah Medicaid concerning Vioxx from the Merck Medical Director for the region of the United States to which Utah was assigned from 1997-2005.

The deposition will take place on June 13, 2013 beginning at 9:00 a.m., and continuing thereafter until complete, at The Law Office of Eric Weinberg, 149 Livingston Ave., New Brunswick, NJ, 08901. You are further advised that the deposition will be taken upon oral interrogatories before a certified shorthand reporter and videographer pursuant to and for the

1

purposes permitted by the Federal Rules of Civil Procedure.

DATED this 7th day of May, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123

/S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ  08901

/S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **AMENDED NOTICE OF 30(b)(6) DEPOSITION** has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of May, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123