# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DEPOSITION OF ROBERT E. SILVERMAN

YOU ARE HEREBY NOTIFIED that, pursuant to the Federal Rules of Civil Procedure, the plaintiff will take the video-taped deposition of Robert E. Silverman. The deposition will take place on June 25, 2013, beginning at 9:00 a.m., and continuing thereafter until complete, at The Law Office of Eric Weinberg, 149 Livingston Ave., New Brunswick, NJ, 08901.

The witness is hereby requested to produce the following documents:

1. Any documents you reviewed in preparing Merck's April 29, 2013 responses to the states requests for admission, requests for production and interrogatories.

2. All documents reflecting the amounts of money Merck has paid its lawyers, whether in-house or retained counsel, in defending allegations of Vioxx product defect and false claims of any sort or nature from 2000 through June 2013.

3. The John Martin Contract and all evidence of payment to Judge Martin.

1

4. Please provide a listing of all retrospective cohort studies regardless of drug performed by Merck in the years 1992-2005. With that listing, please include the final report however designated.

5. Please produce all evidence considered by you and Merck in connection with FRE 26(a)(4) where you stated you had inadequate information to deny or answer in the affirmative. This request for documents pertains to your answers to the following requests for admission:7, 8,9,10,11,12,14,16,17,18,20,23,24,25,29,31,48

6. Please produce all evidence in Merck's possession showing that Naproxen has a cardio-protective profile similar to Aspirin.

You are further advised that the deposition will be taken upon oral interrogatories before a certified shorthand reporter and videographer pursuant to and for the purposes permitted by the Federal Rules of Civil Procedure.

DATED this 7th day of May, 2013.

                                                /S/
                                        Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123

                                                /S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ 08901

/S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF DEPOSITION OF ROBERT E. SILVERMAN** has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of May, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123

3