UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| JIM HOOD, ATTORNEY GENERAL *ex rel.*, STATE OF MISSISSIPPI | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| v. | * | KNOWLES |
| | * | |
| MERCK & CO., INC. | * | |
| | * | |
| Civil Action No.: 2:05cv6755 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

William M. Quin II and O. Stephen Montagnet, III of McCraney Montagnet Quin & Noble, PLLC hereby enter their appearance as additional counsel of record for Plaintiff, Jim Hood, Attorney General ex rel., State of Mississippi in the above referenced case. The undersigned certifies that this appearance of additional counsel of record will be noted in LexisNexis File & Serve in accordance with PreTrial Order 8C.

BY:   /s/ Sheila M. Bossier
SHEILA M. BOSSIER, (LA Bar No. 19491)
**Bossier & Associates, PLLC**
P. O. Box 55567
Jackson, MS  39296
Telephone: (601) 352-5450
Facsimile:  (601) 352-5452

William M. Quin II (MS Bar No. 10834)
O. Stephen Montagnet, III (MS Bar No. 10049)
**McCraney Montagnet Quin & Noble, PLLC**
602 Steed Road, Suite 200
Ridgeland, MS 39157
Telephone: (601) 707-5725
Facsimile: (601) 510-2939

**Attorneys for Jim Hood, Attorney General, *ex rel***
**The State of Mississippi**

- 2 -

OF COUNSEL:

**BOSSIER & ASSOCIATES, PLLC**
P. O. Box 55567
Jackson, MS 39296
Telephone:    (601) 352-5450
Facsimile:    (601) 352-5452

Geoffrey Morgan, Esq.
George W. Neville, Esq.
**OFFICE OF THE ATTORNEY GENERAL**
P. O. Box 220
Jackson, MS 39205
Telephone:    (601) 359-3821

**McCRANEY MONTAGNET QUIN & NOBLE, PLLC**
602 Steed Road, Suite 200
Ridgeland, MS 39157
Telephone:    (601) 707-5725
Facsimile:    (601) 510-2939

Richard A. Freese, Esq.
**FREESE & GOSS, PLLC**
Regions Harbert Center
1901 6th Avenue North,
Suite 3120
Birmingham, AL 35203
Telephone:    (205) 871-4144
Facsimile:    (205) 871-4104


Shane Langston, Esq.
Rebecca Langston, Esq.
Jessica Murray, Esq.
**LANGSTON & LANGSTON, PLLC**
Post Office Box 23307
Jackson, MS 39225
Telephone:    (601) 969-1356
Facsimile:    (601) 968-3866

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that the above and foregoing has been served on Liaison Counsel by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File and Service Advance this 8th day of May, 2013.

                                          /s/ Sheila M. Bossier
                                          SHEILA M. BOSSIER