**EXHIBIT A**



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 18 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

EDLA
SEC. L/3

| | |
|---|---|
| Felix Arrington, et al. v. Merck & Co., Inc., et al., M.D. Alabama, C.A. No. 2:06-488 | 06-9328 |
| Rosemary Leverett, etc. v. Merck & Co., Inc., et al., M.D. Alabama, C.A. No. 3:06-476 | 06-9329 |
| Milton Elliot v. Merck & Co., Inc., et al., S.D. Florida, C.A. No. 9:06-80545 | 06-9330 |
| Coy Nunn, et al. v. Merck & Co., Inc., et al., S.D. Illinois, C.A. No. 3:06-430 | 06-9331 |
| Ruthie Young, et al. v. Merck & Co., Inc., et al., S.D. Illinois, C.A. No. 3:06-462 | 06-9332 |
| Norman Mahan v. Merck & Co., Inc., et al., N.D. Mississippi, C.A. No. 2:06-62 | 06-9333 |
| Larry Williams v. Merck & Co., Inc., et al., N.D. Mississippi, C.A. No. 4:06-60 | 06-9334 |
| Joyce Calloway, et al. v. Merck & Co., Inc., S.D. Texas, C.A. No. 4:06-1772 | 06-9335 |
| State of Utah v. Merck & Co., Inc., D. Utah, C.A. No. 2:06-406 | 06-9336 |

BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL

TRANSFER ORDER

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in these actions to vacate the Panel's orders conditionally transferring the actions to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in this docket. Defendant Merck & Co., Inc., favors inclusion of these actions in MDL-1657 proceedings.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Louisiana. Transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Motions to remand to state court can be presented to and decided by the transferee judge. *See, e.g., In re Ivy,* 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of these actions is appropriate for the reasons expressed by the Panel in the original order directing centralization in this docket. In that order, the Panel held that the Eastern District of Louisiana was a proper Section 1407 forum for actions involving claims relating to Vioxx. *See In re Vioxx Products Liability Litigation,* 360

---

* Judge Motz took no part in the decision of this matter.

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No. 8490

- 2 -

F.Supp.2d 1352 (J.P.M.L. 2005).

The *Utah* plaintiff argues that the presence of questions of fact relating to Utah's Medicaid program as well as unique causes of action under Utah law counsel against inclusion of this action in MDL-1657 proceedings. We are unpersuaded by this argument. Regardless of any differences in legal theory, *Utah* and the actions in the transferee district arise from representations about the safety of Vioxx. Inclusion of *Utah* in Section 1407 proceedings has the salutary effect of placing all the related actions before a single judge who can formulate a pretrial program that: 1) prevents repetition of previously considered matters; 2) allows pretrial proceedings with respect to any non-common issues to proceed concurrently with pretrial proceedings on common issues, *In re Multi-Piece Rim Products Liability Litigation*, 464 F.Supp. 969, 974 (J.P.M.L. 1979); and 3) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties. *See In re StarLink Corn Products Liability Litigation*, 152 F.Supp.2d 1378 (J.P.M.L. 2001).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

CLERK'S OFFICE
A TRUE COPY
NOV 3 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans

## Ambra Gardner

**From:** jwsteele5@att.net
**Sent:** Wednesday, November 15, 2006 11:59 AM
**To:** Ambra Gardner; Ken Lougee
**Subject:** FW: Activity in Case 2:06-cv-00406-DB State of Utah v. Merck & Co "Clerks Order"

--
Joseph W Steele V
Steele & Biggs

-------------- Forwarded Message: --------------
From: utd_enotice@utd.uscourts.gov
To: ecf_notice@utd.uscourts.gov
Subject: Activity in Case 2:06-cv-00406-DB State of Utah v. Merck & Co "Clerks Order"
Date: Wed, 15 Nov 2006 15:52:27 +0000

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### Electronic Case Filing System

### District of Utah

Notice of Electronic Filing

The following transaction was received from asp, entered on 11/15/2006 at 8:51 AM MST and filed on 11/2/2006
**Case Name:**      State of Utah v. Merck & Co
**Case Number:**    2:06-cv-406
**Filer:**
**Document Number:** 18

**Docket Text:**
CLERKS ORDER of Transfer to Eastern District of Louisiana signed by Wm. Terrell Hodges (asp, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=11/15/2006] [FileNumber=725188-0
] [8fbd66b2eb2bf2a7feec9ee9657bcdaae5fa79cba8da8a8a0d16f39a08886564a1d
329200eaf4230d117a92243ca6fcf759dbfd094127228233d2f1df6925da8]]

11/20/2006

**2:06-cv-406 Notice will be electronically mailed to:**

Kristine M. Larsen   (E-Filer)   klarsen@rqn.com, docket@rqn.com

Rick L. Rose   (E-Filer)   rrose@rqn.com, docket@rqn.com, athomsen@rqn.com

David R. Stallard   (E-Filer)   dstallard@utah.gov

Joseph W. Steele   (E-Filer)   jwsteele5@att.net, efiling@sjatty.com

**2:06-cv-406 Notice will be delivered by other means to:**

Matthew L. Garretson
THE GARRETSON LAW FIRM
9545 KENWOOD RD
CINCINNATI, OH 45242

11/20/2006