# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO STAY MATTERS RELATED TO DEFENDANT, MERCK & DOHME, CO.'S MOTION FOR JUDGMENT ON THE PLEADINGS PENDING DECISION ON THE STATE OF UTAH'S MOTION TO REMAND

**Introduction and Procedural History**

The State of Utah filed this case in the Third Judicial District Court for the State of Utah on April 28, 2006. The case was brought by the Attorney General alleging state causes of action based upon injury to the State Medicaid program arising out of the sale of Vioxx. Merck removed this case on May 18, 2006 to the United States District Court, Northern Division of the District of Utah, not based upon diversity of citizenship but upon the alleged existence of a federal question. On November 15, 2006, this case was transferred to this Court as part of the Vioxx Multi-District Litigation.

On this date, Utah filed a renewed Motion to Remand to supplement remand motions previously filed both in District Court in Utah and again before this Court. On May 3, 2013, Merck filed a Motion for Judgment on the Pleadings [hereinafter, "Merck's Motion"]. Since Merck's Motion concerns interpretation of Utah State law, Utah moves this Court to stay these

1

proceedings pending determination of the Motion to Remand.

**Argument**

As stated in the Renewed Motion to Remand, Merck filed a Motion for Judgment on the Pleadings, which concerns interpretation of Utah law as to the statute of limitations under the False Claims Act and matters related to the admissibility of evidence. Judges in the Utah State court system should decide these issues of Utah law.

When deciding a motion to stay the court may consider the following: (1) the possible damage which may result from the granting of a stay, (2) the hardship or inequity which a party may suffer and being required to go forward, and (3) the orderly course of justice measured in terms of simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay. *See, e.g., CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

Here, all three considerations weigh in favor of a stay. Utah's remand has been pending for some time and there will be no harm to Merck resulting from a stay at of its motion while discovery continues. Judicial economy weighs in favor of a stay as to the second and third considerations. If the court grants the remand, then Utah state court will decide Merck's motion for judgment on the pleadings. Conversely, if the court denies remand, then Merck's motion for judgment on the pleadings can simply be briefed and heard by the court at such time.

**Conclusion**

For the foregoing reasons, Utah respectfully requests that this Court remand this case to

the 3rd Judicial District Court in Utah where it was initially filed.

DATED this 8 day of May, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123

/S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ 08901

/S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO STAY MATTERS RELATED TO DEFENDANT, MERCK & DOHME, CO.'S MOTION FOR JUDGMENT ON THE PLEADINGS PENDING DECISION ON THE STATE OF UTAH'S MOTION TO REMAND** has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8 day of May, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123

4