## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

**********************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION
### FOR DISMISSAL OF CERTAIN DUPLICATIVE CLAIMS

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to dismiss the claims of each of the plaintiffs listed on Exhibit A. In support of this Motion Merck states:

1)  Each of the plaintiffs listed on Exhibit A was also a plaintiff in a separately filed case in which their claims were dismissed with prejudice. Nevertheless, the plaintiffs on Exhibit A continue to have claims pending in the identified duplicative cases.

2)  The duplicative claims that remain pending are precluded under the principle of *res judicata* because this Court already has dismissed plaintiffs' claims with prejudice. Under *res judicata*, "a final judgment on the merits of an action precludes the parties or their privies from re-litigating issues that were or could have been raised in that action." *Oreck Direct, LLC v. Dyson, Inc.*, 560 F.3d 398, 401 (5th Cir. 2009) (internal quotation marks and citation omitted).

3)  Because the principles of *res judicata* bar prosecution of any of the claims identified on Exhibit A, this Court should enter an appropriate order of dismissal at this time.

1125834v1

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion To Dismiss Duplicative Actions, and dismiss all claims of the plaintiffs listed on Exhibit A with prejudice.

Dated:  May 8, 2013                                     Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
   Phillip A. Wittmann, 13625
   Dorothy H. Wimberly, 18509
   STONE PIGMAN WALTHER
   WITTMANN L.L.C.
   546 Carondelet Street
   New Orleans, Louisiana 70130
   Phone: 504-581-3200
   Fax:    504-581-3361

   Defendants' Liaison Counsel

    —and—

   Douglas R. Marvin
   Eva Petko Esber
   M. Elaine Horn
   WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, N.W.
   Washington, D.C. 20005
   Phone: 202-434-5000
   Fax:    202-434-5029

   Attorneys for Merck Sharp & Dohme Corp.

1125834v1

**CERTIFICATE OF SERVICE**

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of May, 2013.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1125834v1