# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER OF DISMISSAL

Each of the plaintiffs listed on Exhibit A was also a plaintiff in a separately filed case in which their claims have previously been dismissed with prejudice. The duplicative claims that remain pending are precluded under the principle of *res judicata*. Accordingly,

**IT IS ORDERED**, that all claims of the Plaintiffs listed in Exhibit A against Defendant Merck and any other named defendants are hereby dismissed ***with prejudice***, each party to bear its own costs; and

**NEW ORLEANS, LOUISIANA,** this _____ day of May, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1125836v1