UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Cheryl Sample (as administrator for the deceased Michael Wodowski), et al. v. Merck & Co, Inc.*, No. 08-4559

### ORDER

The Court has received Merck's Motion for Appointment of Janis L. Ferguson *Nunc Pro Tunc* Pursuant to Rule 28(a)(1)(B). (Rec. Doc. 64310). Previously, the Court issued an Order (Rec. Doc. 64360) setting a submission date and telephone hearing date for the motion, as well as a deadline for Plaintiff to file an opposition brief. That deadline has since passed, and the Court has received no opposition.

Accordingly, the Court deems the motion unopposed, and it appearing to the Court that the motion is grounded in law and fact, IT IS ORDERED that the motion is GRANTED. Janis L. Ferguson is appointed *nunc pro tunc* pursuant to Rule 28(a)(1)(B) of the Federal Rules of Civil Procedure to administer oaths and take testimony for purposes of the depositions of Cheryl Sample, Mary Zak, William Wodowski, and Dr. Pramod Luthra that have already been conducted in this case.

IT IS FURTHER ORDERED that the telephonic hearing scheduled for Thursday, May 9, 2013 at 8:30 a.m. is CANCELLED.

New Orleans, Louisiana, this 9th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE