# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION FOR ENTRY OF COMPREHENSIVE ORDER ON CERTAIN STIPULATIONS OF DISMISSAL

Defendant Merck Sharp & Dohme Corp. ("Merck"), through its undersigned counsel, moves the Court for entry of an order dismissing the above-referenced cases pursuant to stipulations of voluntary dismissal. In support of this motion, Merck further states as follows:

1) As this Court is aware, tens of thousands of personal injury cases have been resolved through this MDL proceeding. At this time, less than 50 active personal injury cases remain.

2) In the course of reconciling Merck's records with the Court's records available on PACER, counsel has identified a handful of cases in which the parties filed (or intended to file) voluntary stipulations of dismissal but for which actual Orders of Dismissal were never entered. (In some instances, it appears that the Stipulation was uploaded to Lexis-Nexis File & Serve but never actually filed with the Clerk's office.) A list of those cases and the relevant plaintiffs is attached as Exhibit A. Copies of the previously submitted stipulations are attached as Exhibit B.

3) Merck respectfully requests that the Court enter the attached proposed order which formally dismisses each of the identified cases.

Dated:  May 9, 2013                  Respectfully submitted,

                 By: */s/ Dorothy H. Wimberly*
                    Phillip A. Wittmann, 13625
                    Dorothy H. Wimberly, 18509
                    STONE PIGMAN WALTHER
                    WITTMANN L.L.C.
                    546 Carondelet Street
                    New Orleans, Louisiana 70130
                    Phone: 504-581-3200
                    Fax:    504-581-3361

                    Defendants' Liaison Counsel

                     —and—

                    Douglas R. Marvin
                    Eva Petko Esber
                    M. Elaine Horn
                    WILLIAMS & CONNOLLY LLP
                    725 Twelfth Street, N.W.
                    Washington, D.C. 20005
                    Phone: 202-434-5000
                    Fax:    202-434-5029

                    Attorneys for Merck Sharp & Dohme Corp.

1125953v1

## CERTIFICATE OF SERVICE

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of May, 2013.

                                                */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1125953v1