**Exhibit A**
**Previously Submitted Voluntary Dismissals**

## A.1 – Dismissals Without Prejudice

| Plaintiff | Case Name | Case No. | Original Date of Voluntary Dismissal |
|---|---|---|---|
| | | | |
| Brown, Charles and Lisa Brown | Rahella Shaffie v. Merck | 2:06-cv-10180-EEF-DEK | Stipulation of Dismissal Without Prejudice filed 2/29/2008 |
| Christophe, Carolyn | Rene Bellon v. Merck | 2:07-cv-00686-EEF-DEK | Stipulation of Dismissal Without Prejudice uploaded to LNFS on 5/29/2007 |
| Cohen, Meyer and Bureen Cohen | Beulah Martin v. Merck | 2:06-cv-10170-EEF-DEK | Stipulation of Dismissal Without Prejudice filed 2/29/2008 |
| Cotter, Robert and Lucille Cotter | Robert H. Cotter v. Merck | 2:05-cv-5355-EEF-DEK | Stipulation of Dismissal Without Prejudice uploaded to LNFS 6/6/2006 |
| Coulter, Dolores | Dolores Coulter v. Merck - | 2:06-cv-3595-EEF-DEK | Stipulation of Dismissal Without Prejudice filed 5/31/2006 |
| Jones, Charles and Victoria Jones | Dorothy Aus v. Merck | 2:06-cv-10167-EEF-DEK | Stipulation of Dismissal Without Prejudice filed 2/29/08 |
| Michael, Alline; and Thomas, Cheryl | Michael Alline v. Merck | 2:05-cv-05903-EEF-DEK | Styled as Motion for Voluntary Dismissal Without Prejudice filed 8/30/2006 |
| Montgomery, John | Yaw Kra v. Merck | 2:06-cv-10172-EEF-DEK | Stipulation of Dismissal Without Prejudice filed 4/15/2010 |
| Myers, Earl | Ira Basinger v. Merck | 2:05-cv-06385-EEF-DEK | Stipulation of Dismissal Without Prejudice filed 11/29/2006 |
| Oglesby, Olan | Olan Oglesby v. Merck | 2:06-cv-10884-EEF-DEK | Stipulation of dismissal Without Prejudice uploaded to LNFS on 7/13/2007 |
| Sapida, Audrey | Audrey Sapida v. Merck | 2:06-cv-8415-EEF-DEK | Stipulation of Dismissal Without Prejudice filed 8/24/2007 |
| Taylor, Eva | Dorothy Adams v. Merck | 2:05-cv-4430-EEF-DEK | Stipulation of dismissal with prejudice filed 6/2/2008 |
| Zielaskowski, Albin | Anna Zielaskowski v. Merck | 2:05-cv-02006-EEF-DEK | Voluntary Dismissal Without Prejudice uploaded to LNFS on 11/10/2005 |

## A.2 – Dismissal With Prejudice

| Robert S Geyen, v. Merck | 2:05-cv-01770-EEF-DEK | Geyen, Robert S | Stipulation of dismissal with prejudice filed 7/15/2008 |
|---|---|---|---|

1125956v1