## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Raheela Shaffie v. Merck & Co., Inc.* | * | |
| (Charles Brown) | * | MAG. JUDGE KNOWLES |
| (Docket No. 2:06-cv-10180) | * | |

*******************************************

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Charles Brown ("Plaintiff"), and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1.      Plaintiff agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx® ("Vioxx"), such lawsuit will be filed in a United States District Court; and

2.      Plaintiff further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig. (MDL-1657)*, the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff as though Plaintiff had been a party and had an opportunity to participate in that discovery.

3.      In compliance with PreTrial Order No. 8A, the undersigned counsel hereby certify that as soon as the Order of dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal without prejudice for the above-referenced matter.

Plaintiff agrees to the above stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Christopher A. Seeger
David R. Buchanan
SEEGER WEISS LLP
*Counsel for Plaintiff*
550 Broad Street
Suite 920
Newark, New Jersey 07102

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendant's Liaison Counsel

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of February, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | |
| *Raheela Shaffie .v. Merck & Co., Inc.,* | * | **MAGISTRATE JUDGE** |
| *Docket No. 2:06-cv-10180,* **(Plaintiff** | * | **KNOWLES** |
| **Charles Brown)** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Charles Brown against defendant Merck

& Co., Inc., in the above-styled lawsuit are hereby dismissed without prejudice, each party to

bear its own costs and subject to the terms and the conditions set forth in the stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.


_____

**DISTRICT JUDGE**

914201v.1



LEXISNEXIS' FILE & SERVE
15037288
E-SERVICE
May 29 2007
4:40PM

Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

Attorneys for Plaintiff Carolyn Christophe

---

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAROLYN CHRISTOPHE** | * | **In re:  VIOXX PRODUCTS** |
| | * | **LIABILITY LITIGATION** |
| **PLAINTIFF,** | * | **MDL Docket No. 1657** |
| | * | |
| v. | * | **CASE NO. 07-686** |
| | * | |
| **MERCK & CO., INC. a foreign** | * | **SECTION L-MAGISTRATE 3** |
| **Corporation,** | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **DEFENDANT.** | * | **MAGISTRATE JUDGE** |
| | * | |

**(Related Matter:  Rene Bellon, et. al., v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana, Case No. 06-992)**

---

### STIPULATION OF DISMISSAL

On this, the _____ day of May, 2007, it is hereby **STIPULATED, ORDERED, ADJUDGED, AND DECREED**, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action, for Plaintiff Carolyn Christophe only, be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees.  This Dismissal should not affect any other Plaintiff in the lawsuit filed on behalf of Carolyn Christophe and pertains to Carolyn Christophe only. Should she seek to re-file, Plaintiff Carolyn Christophe will re-file in the federal Multi-District Litigation ("MDL") and not in state court.

1

M00A646407

This Stipulation is filed on behalf of Plaintiff Carolyn Christophe, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

In compliance with PTO 8B, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court, they will make the change directly on File & Serve to reflect the dismissal without prejudice on the above-referenced case(s).

**APPROVED AND SO ORDERED**

_____
Eldon E. Fallon
United States District Judge

**DATED** this 29 day of May, 2007.

**SIMIEN & SIMIEN, L.L.C.**

____/s/ Eulis Simien, Jr._____
Eulis Simien, Jr.
Attorney for the Plaintiff

**DATED** this 29 day of May, 2007.

**STONE PIGMAN WALTHER WITTMAN LLC**
_/s/ Dorothy H. Wimberly_
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

**DATED** this 21st day of May, 2007.

M00A064408

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL**

has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by

hand delivery and e-mail, and upon all parties by electronically uploading the same to

LexisNexis File & Serve Advanced in accordance with PTO 8B in accordance with the

procedures established in MDL 1657, on this 29 day of May, 2007.


_____/s/ Eulis Simien, Jr._____
Eulis Simien, Jr.
Attorney for the Plaintiff

M00A646409

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Beulah Martin v. Merck & Co., Inc.* | * | |
| (Meyer Cohen) | * | MAG. JUDGE KNOWLES |
| (Docket No. 2:06-cv-10170) | * | |

*************************************

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Meyer Cohen ("Plaintiff"), and Defendant, Merck & Co., Inc. ("Merck"),

hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the

above-styled lawsuit, subject to the following conditions:

1.     Plaintiff agrees that, in the event he re-files a lawsuit against Merck that

contains claims relating to Vioxx® ("Vioxx"), such lawsuit will be filed in a United States

District Court; and

2.     Plaintiff further agrees that in the event he re-files such lawsuit, any discovery

that has taken place or will take place in *In re VIOXX Products Liab. Litig. (MDL-1657)*, the

MDL proceeding that has been established in the United States District Court for the Eastern

District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such

lawsuit re-filed by Plaintiff as though Plaintiff had been a party and had an opportunity to

participate in that discovery.

3.     In compliance with PreTrial Order No. 8A, the undersigned counsel hereby

certify that as soon as the Order of dismissal is entered by the Court they will make the change

directly on File & Serve to reflect the dismissal without prejudice for the above-referenced

matter.

Plaintiff agrees to the above stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing.  There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.


*David R Buchanan*

Christopher A. Seeger
David R. Buchanan
SEEGER WEISS LLP
*Counsel for Plaintiff*
550 Broad Street
Suite 920
Newark, New Jersey 07102


*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendant's Liaison Counsel

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of February, 2008.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Beulah Martin v. Merck & Co., Inc.,* | * | **KNOWLES** |
| Docket Number: 2:06-cv-10170; and | * | |
| only regarding Meyer Cohen. | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff listed above against defendant

Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice,

each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.


_____

**DISTRICT JUDGE**



11359552

Jun 6 2006
4:40PM

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL DOCKET NO. 1657 |
| Products Liability Litigation | * | |
| | * | |
| This document relates to: | * | Section: L(3) |
| Case No. 05-5355 | * | JUDGE FALLON |
| | * | |
| Robert H. Cotter, individually | * | |
| and on behalf of Deceased mother, | * | |
| Lucile Cotter | * | |
| Vs. | * | |
| Merck & Company, INC., | * | |

### DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Plaintiff and hereby dismisses, without prejudice, this action

against Merck & Company, Inc.  Each party to bear their respective costs.

Dated this 24th day of May, 2006

                                    PETERSON & ASSOCIATES, P.C.

                                    _____
                                    Samuel M. Wendt     #53573
                                    801 W. 47th Street, Suite 107
                                    Kansas City, MO 64112-1253
                                    Co-Counsel for Plaintiff, Robert H.
                                    Cotter, individually and on behalf
                                    of deceased mother, Lucile Cotter

### CERTIFICATE OF SERVICE

        I hereby certify that all parties to this action were served via Lexis-Nexis file &
Serve, on this 24th day of May, 2006.

                                    _____
                                    Samuel M. Wendt      #53573

M0067541721

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DOLORES COULTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 3:06-cv-00391-DRH-CJP |
| | ) | |
| MERCK & CO. INC., and WALGREEN | ) | |
| COMPANY, an Illinois corporation. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff, by and through her counsel, hereby voluntarily dismisses *__without prejudice__* her claims against all named Defendants.

Respectfully submitted,

/s/ JOHN J. DRISCOLL
John J. Driscoll, #6276464
BROWN AND CROUPPEN
720 Olive Street, Ste. 1800
St. Louis, Missouri 63101
(314) 421-0216
(314) 421-0359 (fax)
jdriscoll@brownandcrouppen.com
**Attorney For Plaintiff**

M0067509G8

## CERTIFICATE OF SERVICE

The hereby certifies that on May 1, 2006 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.


/s/ JOHN J. DRISCOLL
John J. Driscoll

M006750909

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| *This document relates to:* | * | |
| | * | **MAGISTRATE JUDGE** |
| *Geyen, Robert S. v. Merck & Co. Inc.,* | * | **KNOWLES** |
| Docket Number 2:05-cv-01770. | * | |
| | * | |
| * * * * * * * * * * * * * * * | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby stipulate that all

claims of Plaintiff Robert S. Geyen against defendant Merck & Co., Inc. and all other named

defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

LUNDY & DAVIS, LLP

By: _____
Matthew Edward Lundy
Lundy & Davis, LLP (Lake Charles)
501 Broad St.
Lake Charles, LA 70601
Phone: 281-272-0797

*Counsel for Plaintiff Listed in Caption Above*

Dated: __7/14/08__

STONE PIGMAN WALTHER
WITTMANN, L.L.C.

By: _____
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200

*Counsel for Defendant Merck & Co., Inc.*

Dated: __7/15/08__

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this _15_ day of _July_, 2008.

_Dorothy H. Wimberly_

60338964_1.DOC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Geyen, Robert S. v. Merck & Co. Inc.,* | * | KNOWLES |
| Docket Number 2:05-cv-01770. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Robert S. Geyen against Defendant Merck

& Co., Inc. and all other named defendants in the above-styled lawsuit are hereby dismissed with

prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.

_____

DISTRICT JUDGE

60338964_1.DOC



DKW
66000

# Jacks Law Firm

TOMMY JACKS ♦ LAURA RUTH JACKS ♦ MARK GUERRERO

August 30, 2006

**VIA OVERNIGHT MAIL & LEXISNEXIS**
Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA  70130

      RE:    *Alline Michael, et al v. Merck & Co., Inc., et al*, Before the Judicial Panel
              on Multidistrict Litigation, MDL Docket No. 1657.
              MDL Case Number CA 05-5903L (3)

Dear Clerk:

      Enclosed please find the original and three copies of the following document:

1. Plaintiff's Motion and Memorandum in Support of Voluntary Dismissal;
2. [Proposed] Order

      Please file the originals of these documents and return one (1) file-stamped copy
to my attention in the enclosed, self-addressed, stamped envelope.

      Thank you for your assistance in this matter.  Please give me a call if you have
any questions.

                    Sincerely,

                    Waylon Stengler
                    Legal Assistant

Enclosures

cc: Charles C. Harrell (via regular mail & LexisNexis)
     Phillip Wittmann (via regular mail & LexisNexis)
     Russ M. Herman (via regular mail & LexisNexis)
     Wilfred P. Coronato (via regular mail & LexisNexis)
     Robert T. Hill (via regular mail & LexisNexis)

M000916194

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657 |
| *Alline Michael, et al v. Merck & Co., Inc., et al.* | |
| *Cause No. 05-5903* | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

## PLAINTIFFS' MOTION AND MEMORANDUM IN
## SUPPORT OF VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Alline Michael, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims against Defendants, Merck & Co., Inc., Shay M. Ingram, Vinay Krishan Sood, Michael Richards, Patricia Blasingame, and Scott Evans, without prejudice.

Respectfully submitted,
JACKS LAW FIRM

By: _____
Tommy Jacks, TX Bar # 10452000
Mark Guerrero, TX Bar # 24032377
JACKS LAW FIRM
1205 Rio Grande Street
Austin, Texas 78701
512-478-4422
512-478-5015 fax

T. Robert Hill, BPR #008141
Steven G. Ohrvall, BPR #023414
HILL BOREN P.C.
1269 N. Highland Avenue
Jackson, Tennessee 38301
731-723-3300

Joseph R. Alexander, Jr., TX Bar No. 00995150
MITHOFF LAW FIRM
One Allen Center Penthouse
500 Dallas Street
Houston, TX 77002
713-654-1122
713-739-8085 fax

## CERTIFICATE OF SERVICE

I herby certify that the above and foregoing Plaintiffs' Motion and Memorandum in Support of Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand Delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 30 day of August, 2006.

JACKS LAW FIRM

Mark Guerrero

Charles C. Harrell
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170

Wilfred P. Coronato
Hughes, Hubbard & Reed L.L.P.
101 Hudson St. Suite 3601
Jersey City, New Jersey 07302

MW090919761

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Yaw Kra v. Merck & Co., Inc.* | * | |
| (John Montgomery) | * | MAG. JUDGE KNOWLES |
| (Docket No. 2:06-cv-10172) | * | |

*****************************************

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, John Montgomery ("Plaintiff"), and Defendant, Merck & Co., Inc. ("Merck"),

hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the

above-styled lawsuit, subject to the following conditions:

1.       Plaintiff agrees that, in the event he re-files a lawsuit against Merck that

contains claims relating to Vioxx® ("Vioxx"), such lawsuit will be filed in a United States

District Court; and

2.       Plaintiff further agrees that in the event he re-files such lawsuit, any discovery

that has taken place or will take place in *In re VIOXX Products Liab. Litig. (MDL-1657)*, the

MDL proceeding that has been established in the United States District Court for the Eastern

District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such

lawsuit re-filed by Plaintiff as though Plaintiff had been a party and had an opportunity to

participate in that discovery.

3.       In compliance with PreTrial Order No. 8A, the undersigned counsel hereby

certify that as soon as the Order of dismissal is entered by the Court they will make the change

directly on File & Serve to reflect the dismissal without prejudice for the above-referenced

matter.

Plaintiff agrees to the above stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

_David R Buchanan_

Christopher A. Seeger
David R. Buchanan
SEEGER WEISS LLP
*Counsel for Plaintiff*
550 Broad Street
Suite 920
Newark, New Jersey 07102

_Dorothy H. Wimberly_

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendant's Liaison Counsel

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated and Order of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of February, 2008.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Yaw Kra v. Merck & Co., Inc.*, Docket | * | **KNOWLES** |
| Number: 2:06-cv-10172; and only | * | |
| regarding John Montgomery. | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff listed above against defendant

Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice,

each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.


_____

**DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket NO. 1657 |
| | JUDGE ELDON E. FALLON |
| EARL MYERS, et al., | |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS** |
| vs. | |
| MERCK & CO., INC., a foreign corporation, | CASE NO. 2:05-cv-06385-EEF-DEK |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and

counsel for Defendants that the Complaint of Plaintiff EARL MYERS originally filed in the US

District Court, District of Minnesota, Case Number 05-cv-2305-PAM, and then later transferred

to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation,* may be and is hereby dismissed

without prejudice.

// // // //

BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204

1- STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: _11-22-06_    By: _Earl Myers_
Earl Myers

Dated: _11/27/06_    By: _Jeffrey A. Bowersox_
Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue, Suite 1125
Portland, Oregon 97204
Telephone: (503) 452-5858
Facsimile: (503) 248-0200

Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

*Attorneys for Plaintiff Shirley Berry*

Dated: _11/29/06_    By: _Phil Wittmann_
Phillip A. Wittmann, Esq.
Stone, Pigman, Walther & Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

*Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of November, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to** | * | |
| **Case No. 05-6385** | * | |
| | * | **MAGISTRATE JUDGE** |
| **EARL MYERS** | * | **KNOWLES** |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & CO., INC.** , | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF COMPLIANCE WITH PRE-TRIAL ORDER NO. 8B

In compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court she will make the change directly on File & Serve to reflect the dismissal of the above-captioned case.

> /s/ Dorothy H. Wimberly
> Phillip A. Wittmann, 13625
> Dorothy H. Wimberly, 18509
> Stone Pigman Walther Wittmann L.L.C.
> 546 Carondelet Street
> New Orleans, LA 70130
> Telephone:     (504) 581-3200
> Facsimile:     (504) 581-3361
> Defendant's Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Certificate of Compliance With Pre-Trial Order 8B has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of November, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | |
| This document relates to: . | * | JUDGE FALLON |
| Earl Myers :05-6385 | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiffs in the above-captioned cases be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006

_____
DISTRICT JUDGE

840080v.1

1-Sales 3731
2-Lyons 3725
3-Bennett 3722
4-Z.Hughes 3724
5-Josephson (Hess 3732+2



Jul 13 2007
9:52AM

Rickey J. Brantley (TX State Bar No. 02899730)
Email: brantley@jhbma.com
JOSE, HENRY, BRANTLEY,
    MacLEAN & ALVARADO, L.L.P.
675 N. Henderson St.
Fort Worth, TX 76107
(817) 877-3303 telephone
(817) 338-9109 facsimile

Attorneys for Plaintiff Olan Oglesby

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OLAN OGLESBY | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No.2:06-CV-10884 |
| | § | |
| MERCK & CO., INC. | § | |
| Defendant. | § | |

### STIPULATION OF DISMISSAL

On this the ____ day of July, 2007, it is hereby **STIPULATED, ORDERED,**

**ADJUDGED, AND DECREED,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that

the above-captioned action, for Plaintiff OLAN OGLESBY, be and is hereby dismissed, without

prejudice, and that each party shall bear its own costs and attorneys' fees. Should Plaintiff

OLAN OGLESBY seek to re-file, he will re-file in the federal Multi-District Litigation ("MDL")

and not in state court.

In compliance with PTO 8B, undersigned counsel hereby certifies that as soon as the

Order of Dismissal is entered by te Court, they will make the change directly on File & Serve to

reflect the dismissal without prejudice on the above-referenced case.

---

**STIPULATION OF DISMISSAL**                                                    **Page 1**

**APPROVED AND SO ORDERED**

_____
Eldon E. Fallon
United States District Judge

**DATED** this ___ day of _____, 2007.


**JOSE, HENRY, BRANTLEY,**
**MacLEAN & ALVARADO, L.L.P.**

_____
Rickey J. Brantley
Attorney for the Plaintiff

**Dated** this _15th_ day of July, 2007.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been

served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-

mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve

Advanced in accordance with PTO 8B in accordance with the procedures established in MDL

1657, on this the _9th._ day of July, 2007.

_____
Rickey J. Brantley

---

**STIPULATION OF DISMISSAL**                                              **Page 2**

M0DCF10981

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *Audrey Sapida. v. Merck & Co., Inc.;* | * | **JUDGE KNOWLES** |
| Docket Number: 2:06-cv-8415 | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Audrey Sapida and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of all claims of Audrey Sapida against Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs, subject to the following conditions:

1.    Audrey Sapida agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2.    Audrey Sapida further agree that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Audrey Sapida, as though she had been a party and had had an opportunity to participate in that discovery.

3.      Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby

certify that as soon as the Order of Dismissal is entered by the Court Defendants' Liaison

Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice

of the claims of Audrey Sapida against Merck & Co., Inc., in the above-captioned case.


Respectfully submitted,


/s/ Peter J. Payne                                    /s/ Dorothy H. Wimberly
Peter J. Payne                                          Phillip A. Wittmann, 13625
Payne Welsh Klingensmith PLLC           Dorothy H. Wimberly, 18509
105 Penn Plaza                                        Stone Pigman Walther Wittmann, L.L.C.
Turtle Creek, PA  15145                           546 Carondelet St.
                                                                New Orleans, LA  70130
Counsel for Plaintiff Audrey Sapida       Phone: 504-581-3200

                                                                Counsel for Defendant Merck &
                                                                Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without

Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail

and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the

same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that

the foregoing was electronically filed with the Clerk of Court of the United States District Court

for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of

Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of

August, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx®     *   **MDL Docket No. 1657**

          *

**PRODUCTS LIABILITY**  *   **SECTION L**

**LITIGATION**     *

          *   **JUDGE FALLON**

**This document relates to:**  *

          *   **MAGISTRATE**

*Audrey Sapida  v. Merck & Co., Inc.;* *   **JUDGE KNOWLES**

Docket Number: 2:06-cv-8415 *

          *

          *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL *WITHOUT* PREJUDICE

Considering the foregoing Stipulation of Dismissal *Without* Prejudice,

IT IS ORDERED that the claims of plaintiff Audrey Sapida in the above-captioned case

be and they hereby are dismissed *without* prejudice, subject to the terms and conditions of the

attached Stipulation, each party to bear his or her own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.


       _____

        DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: Vioxx ®

PRODUCTS LIABILITY
LITIGATION

This document relates to:

Dorothy Adams et al.:

vs.

Merck & Co., Inc.

**Only with regard to:**

Eva Taylor

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:05-cv-4430

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

**STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO ALL DEFENDANTS**

       Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that

all claims of plaintiff Eva Taylor against defendant Merck & Co., Inc., be dismissed in their

entirety with prejudice, with each party to bear its own costs.

Shawn C. Reed
Howard, Reed & Taylor
516 N. Columbia Street
Covington, Louisiana 70434
(985) 893-3607

Phillip A. Wittmann
Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann,
L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Plaintiffs*

*Counsel for Defendant Merck & Co., Inc.*

Dated: May 21, 2008

Dated: 6/2/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulated of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of June, 2008.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| *Dorothy Adams, et al.* | * | **KNOWLES** |
| *v. Merck & Co., Inc., No. 05-4430* | * | |
| | * | |
| *Only with regard to Eva Taylor* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants,

IT IS ORDERED that the claims of plaintiff Eva Taylor against defendant Merck & Co.,

Inc. be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2008.


_____
DISTRICT JUDGE

924912v.1



Nov 10 2005
3:15PM

| | |
|---|---|
| **IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| **THIS RELATES TO:** ANNA ZIELASKOWSKI, as Personal Representative of the Estate of ALBIN ZIELASKOWSKI, decedent, | Plaintiff: ANNA ZIELASKOWSKI |
| **Civil Action No: 05-2006 Sect. L/Mag. 3** | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, by and through undersigned counsel, pursuant to FRCP 1.420 (a) hereby gives notice that it voluntarily dismisses this action without prejudice against Defendant MERCK & Co.

Dated this 8th day of November, 2005.

Respectfully submitted,

ALEX ALVAREZ, P.A.
Attorney for Plaintiff
355 Palermo Avenue
Coral Gables, FL  33134
Telephone:     (305) 444-7675
Facsimile:     (305) 444-0075
Email:         alex@integrityforjustice.com

BY:   /S/ ALEX ALVAREZ
         Florida Bar No. 946346

M003D01726