UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

Parties in the cases listed on Exhibit A have previously submitted stipulations of voluntary dismissal. Accordingly,

**IT IS ORDERED**, that all claims of the Plaintiffs listed in Chart A.1 of the attached Exhibit A against Defendant Merck and any other named defendants, namely plaintiffs Charles Brown, Lisa Brown, Carolyn Christophe, Meyer Cohen, Bureen Cohen, Robert Cotter, Lucille Cotter, Dolores Coulter, Charles Jones, Victoria Jones, Alline Michael, Cheryl Thomas, John Montgomery, Earl Myers, Olan Oglesby, Audrey Sapida, Eva Taylor, and Albin Zielaskowski be and they hereby are dismissed *without prejudice*, each party to bear its own costs; and

**IT IS FURTHER ORDERED**, that all claims of the Plaintiff listed in Chart A.2 of the attached Exhibit A against Defendant Merck and any other named defendants, namely Robert S. Geyen, be and they hereby are dismissed *with prejudice*, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA,** this _____ day of May, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1125958v1