Will

# REGISTER OF WILLS
## Certificate of Grant of Letters

No. 42-13-0027

ESTATE OF JUDITH A. EDDY

Social Security No. 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

WHEREAS, on the 17th day of January 20 13 instruments(s) dated November 19, 2009 was (were) admitted to probate as the last will of Judith A. Eddy late of City of Bradford, McKean County, Pennsylvania, who died on the 24th day of December 20 12, and

WHEREAS, a true copy of the will as probated is annexed hereto.

THEREFORE, I, Harrijane Hannon Moore, Register of Wills in and for the County of McKean, in the Commonwealth of Pennsylvania, hereby certify that I have this day granted Letters Testamentary to Christopher Eddy

who ha S duly qualified as Executor and ha S agreed to administer the estate according to law, all of which fully appears of record in my Office at Smethport, Pennsylvania

IN MY TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my Office the 17th day of January 20 13.

*Harrijane Hannon Moore*
Register of Wills