# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:06cv02204** |
| **Ann M.G. Albright, et al.** | PLAINTIFF |
| **Only with regard to:**<br>**Judith Eddy** | |
| v. | |
| **Merck & Co., Inc., et al.** | DEFENDANTS |

## ORDER

\* \* \* \* \* \* \*

Considering the Suggestion of Death and Motion For Substitution of Parties,

IT IS ORDERED that Christopher Eddy's Suggestion of Death and Motion For Substitution of Parties is granted. Christopher Eddy, as the executor of the deceased, shall be substituted for Judith A. Eddy for all purposes in this action.

NEW ORLEANS, LOUISIANA, this ___day of _____, 2013.

_____
DISTRICT JUDGE