UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Percy Harris v. Merck Sharp & Dohme Corp., et al.*, | * | KNOWLES |
| 2:11-cv-02603-EEF-DEK | * | |
| | * | |

*********************************************************************

ORDER TO SHOW CAUSE WHY CASE
SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiff in the above-numbered case show cause on the 29th day of May, 2013, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiff in the above-numbered case file and serve upon Liaison Counsel any oppositions to the Rule on or before the 22nd day of May, 2013.

**IT IS FURTHER ORDERED** that defendant Merck Sharpe & Dohme Corp. file and serve upon Plaintiffs' Liaison Counsel and plaintiff's counsel in the above-numbered case any replies to the oppositions on or before the 27th day of May, 2013.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1125981v1