# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:06cv02204** |
| **Ann M.G. Albright, et al.** | PLAINTIFF |
| **Only with regard to:**<br>**Judith Eddy** | |
| **v.** | |
| **Merck & Co., Inc., et al.** | DEFENDANTS |

\* \* \* \* \* \* \*

## SUGGESTION OF DEATH AND MOTION
## FOR SUBSTITUTION OF PARTIES

Comes now the Plaintiff, by and through counsel, pursuant to Fed. R. Civ. P. 25, and in this Motion for Substitution of Parties, states as follows:

1. That on or about December 24, 2012, Plaintiff, Judith A. Eddy, died. By letter of the Register of Wills dated January 17, 2013, a copy of which is attached hereto as Exhibit A, Christopher Eddy was appointed Executor of the Estate of Judith A. Eddy.

2. That causes of action asserted herein were not extinguished by the death of Judith A. Eddy, and/or will be revived by the instant proceeding, and that Christopher Eddy, the duly appointed executor, is the person authorized to continue and maintain this action.

3. That Christopher Eddy will act as the executor with authority to prosecute and settle this action on behalf of said Estate.

WHEREFORE, Plaintiff, by counsel, moves this Honorable Court to revive the claims of Plaintiffs by substituting Christopher Eddy as executor for Judith A. Eddy for all purposes concerning prosecution of the claims against Defendants herein with authority to prosecute and settle this lawsuit on behalf of the Estate of said plaintiff and for such other relief as this Court deems just and proper under the premises.

Respectfully submitted,

/s/Ann B. Oldfather
Ann B. Oldfather
OLDFATHER LAW FIRM
1330 South Third Street
Louisville, KY  40208
(502) 637-7200
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Suggestion of Death and Motion For Substitution has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of May, 2013.

/s/Ann B. Oldfather
Ann B. Oldfather