# REGISTER OF WILLS
## Certificate of Grant of Letters

No. 42-13-0027

ESTATE OF **JUDITH A. EDDY**

Social Security No. 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

WHEREAS, on the **17th** day of **January** 20**13** instruments(s) dated **November 19, 2009** was (were) admitted to probate as the last will of **Judith A. Eddy** late of **City of Bradford, McKean County, Pennsylvania**, who died on the **24th** day of **December** 20**12**, and

WHEREAS, a true copy of the will as probated is annexed hereto.

THEREFORE, I, **Harrijane Hannon Moore**, Register of Wills in and for the County of **McKean**, in the Commonwealth of Pennsylvania, hereby certify that I have this day granted Letters **Testamentary** to **Christopher Eddy**

who ha **S** duly qualified as **Executor** and ha **S** agreed to administer the estate according to law, all of which fully appears of record in my Office at **Smethport**, Pennsylvania

IN MY TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my Office the **17th** day of **January** 20**13**.

*Harrijane Hannon Moore*
Register of Wills