## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:  2:06cv02204** |
| **Ann M.G. Albright, et al.** | PLAINTIFF |
| **Only with regard to:**<br>**Judith Eddy** | |
| **v.** | |
| **Merck & Co., Inc., et al.** | DEFENDANTS |

\* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Please take notice that Plaintiff's Suggestion of Death and Motion for Substitution of Parties will be brought for hearing on June 25, 2013 at 9:00 a.m. CDT, before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

    Respectfully submitted,

    /s/Ann B. Oldfather
    Ann B. Oldfather
    OLDFATHER LAW FIRM
    1330 South Third Street
    Louisville, KY  40208
    (502) 637-7200
    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Suggestion of Death and Motion For Substitution has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of May, 2013.

/s/Ann B. Oldfather_____
Ann B. Oldfather