AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| In re: Vioxx Products Liability Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   MDL 1657 (Section L) |
| | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Eastern District of Louisiana ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   The Law Offices of Eric H. Weinberg, through Eric H. Weinberg, 149 Livingston Ave., New Brunswick, NJ  08903

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
SEE ADDENDUM "A" ATTACHED HERETO

| Place: Chambers of the Honorable Eldon E. Fallon, USDC, EDLA, 500 Poydras Street, Room C456, New Orleans, LA  70130 | Date and Time: 05/23/2013 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   05/13/2013

                    *CLERK OF COURT*                    OR
        _____
        *Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   The TPP Fee Allocation Committee (TPP FAC)                        , who issues or requests this subpoena, are:
Russ M. Herman, Esq./Leonard A. Davis, on behalf of the TPP FAC, Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA  70113; (504) 581-4892; rherman@hhklawfirm.com; ldavis@hhklawfirm.com

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  MDL 1657 (Section L)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ADDENDUM "A" TO SUBPOENA TO
## THE LAW OFFICES OF ERIC H. WEINBERG

1. All records of time spent on any Vioxx Related Matter from February 2005 to present for any attorney, paralegal, law clerk or member of your firm. As used herein, the term "Vioxx Related Matter" includes any type of Vioxx litigation related activity worked on (*e.g.* personal injury, third-party payor, Attorney General, etc.). The records should identify for each entry an identification of the individual performing such activity, a description of the activity performed, the date the activity was performed and any other information identifying the work performed and who performed the specific activity.

# Lillian Flemming

| | |
|---|---|
| **From:** | Daniel, Sindhu <SDaniel@seegerweiss.com> |
| **Sent:** | Monday, May 13, 2013 4:18 PM |
| **To:** | Lillian Flemming |
| **Cc:** | Buchanan, David; Seeger, Chris; Russ Herman; Arnold Levin; Fred Longer; Lenny Davis; Regina Valenti; Kate Danahay |
| **Subject:** | Fwd: Vioxx MDL 1657 re Weinberg Subpoena |

Below is proof of service.  Thanks.

-----Original Message-----
From: DGR Notification [mailto:donotreply@dgrlegal.com]
Sent: Monday, May 13, 2013 4:03 PM
To: Capron, Agnes
Subject: DGR Legal Status Update for: 22002-001


Thank you for choosing DGR - The Legal Support Solution!
Your assignment has been updated.

Client: SEEGER WEISS LLP
Contact: AGNES CAPRON
Invoice #: 942844
File No: 22002-001
Case No: MDL 1657
Case Name: IN RE: VIOXX PRODUCT LIABILITY LITIGAT

Subject: THE LAW OFFICES OF ERIC H. WEINBERG

Service address(es):

149 LIVINGSTON AVE.

NEW BRUNSWICK   NJ 08903

Status:
05/13/13 3:25 PM  SERVED PATRICIA BORGSTEDT.

This is an automated notification; do not reply to this email.
Notifications are only generated weekdays between the hours of
8 am and 6 pm.

If you have any questions or comments, call (973) 403-1700 for a live customer service representative.