UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX LITIGATION ) | |
| ) | MDL Docket No. 1657 |
| This Document Relates to All Cases ) | Section L |
| ) | |
| ) | Judge Fallon |
| ) | Magistrate Judge Knowles |
| THIS DOCUMENT RELATES TO THIRD ) | |
| PARTY PAYOR COMMON BENEFIT ) | May 15, 2013 |
| FEES ) | |

**MEMORANDUM AND JOINT OBJECTION OF CENTRAL STATES LAW FIRMS TO THE TPP FEE ALLOCATION COMMITTEE'S RECOMMENDATION**

The "Central States Law Firms" (Hovde Dassow & Deets, LLC, Lanier Law Firm, Ewing, McMillin & Willis, PLLC, and Gary F. Franke Co, L.P.A.,) respectfully submit this Memorandum and incorporate the supporting time records, the previously filed objection to recommendation attached hereto as *Exhibit A (Docket #64046 & 64046-1)*, and Memorandum and Response to Production of Supporting Time Records, Objection to Recommendation, and Request for Hearing attached hereto as *Exhibit B (Docket #64208)* in support of their fee request.

The Central States Law Firms object to the allocation of the common benefit attorneys' fees recommended by the TPP Allocation Committee (TPP FAC) because it significantly undervalues their contribution toward the resolution of all the TPP cases.

In July 2008, Judge Higbee ordered Central States to be the first trial case in New Jersey. Our firms litigated all aspects of trial preparation and discovery for Central States, all at Judge Higbee's request. The trial preparation for this bellwether case required a tremendous amount of time, resources, and commitment by the firms due to their commitment to win.

The Central States case would have been the first trial in **any** venue. The MDL-TPP Bellwether trials were not even selected until April 14, 2009, years after work on the Central

1

States trial case began. The value of the contributions to the litigation by the above firms is unique and inured to the benefit of all TPP Plaintiffs. This contribution undoubtedly contributed to the settlement of all of the TPP cases.

The FAC does not dispute the work done by the Central States lawyers. The FAC does not dispute the hours and expenses incurred by the Central States lawyers. The FAC does not even dispute the quality of the work performed by the Central States lawyers. The FAC only disputes the value of the contributions to the litigation by these firms even though the Central States case was the only trial case for a significant period of time. The FAC has given no explanation as to why it allocated 40% (or $540,000) out of the submitted $1,283.747.20 of the Central States firms' fees and expenses. The Central States Law Firms only submitted TPP time and expense in connection with the Vioxx TPP litigation and adhered to the Court's instructions for their submission. On the other hand, the FAC committee members received at or near 100% of their submitted attorney time and expense and received approximately $11.4 million dollars out of the $15 million dollar fund.[1] Unlike the FAC firms, the Central States firms have not requested compensation for paralegal time or administrative time, only lawyer time even though their paralegals incurred hundreds of hours of time.

All of the Central States lawyers' work was performed before Judge Higbee in the coordinated proceedings in New Jersey. We respectfully invite the Court to ask Judge Higbee about the quantity and quality of work performed by the Central States lawyers on behalf of all TPP Plaintiffs. Judge Higbee will provide this Court an unbiased and objective evaluation by a fellow Judge who has no stake in this matter.

---

[1] The Central States law firms have not received any compensation or reimbursement of expenses from Central States.

2

In conclusion, the Central States Law Firms request an entry allocating, at a minimum, 90% of $1,283,747.20 for the Central States Law Firms.[2]

                                Respectfully submitted,
                                HOVDE DASSOW & DEETS, LLC

                  By:     /s/Robert T. Dassow
                                Robert T. Dassow, #15145-64
                                201 W. 103rd Street, Suite 500
                                Indianapolis, IN 46290
                                Phone:  (317) 818-3100
                                Fax:  (317) 818-3111

                                W. Mark Lanier
                                Richard D.  Meadow
                                The Lanier Law Firm, P.C.
                                6810 FM 1960 West
                                Houston, TX  77069
                                Phone:  (713) 659-5200
                                Fax: (713) 659-2204

                                Gary F. Franke
                                Gary F. Franke Co, L.P.A.
                                120 East 4th Street, Suite 1040
                                Cincinnati, OH 45202
                                Phone: (513) 564-9222
                                Fax: (513) 564-9990

                                C. David Ewing
                                Ewing, McMillin & Willis, PLLC
                                1100 Republic Building
                                429 W. Muhammad Ali Boulevard
                                Louisville, KY  40202
                                Phone:  (502) 585-5800
                                Fax: (502) 585-5858

*Attorneys for Central States, Southeast Areas Health and Welfare Fund and Central Pennsylvania Teamsters Health Welfare and Pension Fund*

---

[2] The Audet Law Firm settled with the FAC and resolved their objection.  Amazingly, the FAC doubled Audet's initial allocation from $120,000 to $240,000 without any explanation or guidance.

## CERTIFICATE OF SERVICE

  I hereby certify that the above MEMORANDUM AND JOINT OBJECTION OF CENTRAL STATES LAW FIRMS TO THE TPP FEE ALLOCATION COMMITTEE'S RECOMMENDATION was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing this 15th day of May, 2013.

                  /s/Robert T. Dassow
                  Robert T. Dassow