# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX LITIGATION | ) | |
| | ) | MDL Docket No. 1657 |
| This Document Relates to All Cases | ) | Section L |
| | ) | |
| | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |
| | ) | |
| | ) | August 10, 2012 |

**JOINT OBJECTION OF AUDET & PARTNERS, LLP, HOVDE DASSOW & DEETS, LLC, THE LANIER LAW FIRM, P.C., EWING, McMILLIN & WILLIS, PLLC, GARY FRANKE CO., LPA, TO THE TPP FEE ALLOCATION COMMITTEE'S JUNE 13, 2012 RECOMMENDATION**

**Robert T. Dassow**
HOVDE DASSOW + DEETS, LLC
201 W. 103rd Street, Suite 500
Indianapolis, IN 46290
Phone: (317) 818-3100
Fax: (317) 818-3111

**W. Mark Lanier**
**Richard D. Meadow**
The Lanier Law Firm, P.C.
6810 FM 1960 West
Houston, TX 77069
Phone: (713) 659-5200
Fax: (713) 659-2204

**Susanne Scovern**
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Fax: (415) 568-2556
Phone: (415) 568-2555

**Gary F. Franke**
Gary F. Franke Co, L.P.A.
120 East 4th Street, Suite 1040
Cincinnati, OH 45202
Phone: (513) 564-9222
Fax: (513) 564-9990

**C. David Ewing**
Ewing, McMillin & Willis, PLLC
1100 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, KY 40202
Phone: (502) 585-5800
Fax: (502) 585-5858

*Attorneys for Central States, Southeast Areas Health and Welfare Fund and Central Pennsylvania Teamsters Health Welfare and Pension Fund*

Audet & Partners, LLP, Hovde Dassow & Deets, LLC, The Lanier Law Firm, P.C., Ewing, McMillin, & Willis, PLLC, and Gary Franke, Co., L.P.A. (collectively "Central States Law Firms") respectfully submit this objection to the proposed allocation of the TPP Common Benefit Fees issued by the TPP Fee Allocation Committee on June 13, 2012.

## I.   INTRODUCTION

The above law firms object to the allocation of common benefit attorneys' fees recommended by the TPP Fee Allocation Committee ("TPP FAC"). While we commend the outcome of the settlement and the work of the committee, the TPP FAC has grossly undervalued the contribution of these law firms toward the resolution all of the TPP cases.

On July 20, 2008, Judge Higbee ordered the Central States case to be the <u>first</u> trial case in New Jersey. Collectively, these Central States Law Firms prosecuted all aspects of trial preparation and discovery for the Central States bellwether trial case at Judge Higbee's direction. The "Central States Law Firms" convened numerous trial strategy meetings in New York City. We were instrumental in Pharmaceutical and Therapeutics Committee discovery. We were engaged in all facets of pre-trial preparation and discovery necessary to try the first TPP bellwether case. The selected bellwether trial case required a tremendous amount of time, resources, and commitment by the firms. As reflected by the previously submitted affidavits, timesheets, and expenses, the "Central States Law Firms" were committed to winning the first TPP bellwether trial on behalf Central States and all other TPP Plaintiffs.

The *Central States* case, filed on September 27, 2006, would have been the first trial in <u>any</u> venue. For example, the MDL TPP bellwether trials were not even selected until April 14, 2009 years after work on Central States began. The value of the contributions to the litigation by these firms is unique and inured to the benefit of all TPP Plaintiffs. The preparation of the first

and only selected trial case in New Jersey should not be undervalued as reflected by the TPP FAC's allocation proposal. The "Central States Law Firms" have not received any compensation or reimbursement of expenses from Central States.

The Central States Law Firms should not be disadvantaged by virtue of not having performed their work directly before this Honorable Court. All of their work was performed before Judge Higbee in the coordinated proceedings in New Jersey. The Central States case was indeed the bellwether case in New Jersey pursuant to Judge Higbee's orders. We respectively invite this Court to query Judge Higbee regarding the quantity and quality of the work performed in her court by the Central States Law Firms. Judge Higbee is best suited to give this court an unbiased assessment of the work performed. Indeed, any analysis regarding TPP representation in New Jersey would benefit greatly from her insight. We are confident that Judge Higbee will validate our efforts and provide constructive insight regarding what constitutes fair compensation for those efforts. If, on the other hand, Judge Higbee does not agree with our assertion herein, we will be constrained to accept that fact. In either case, this court will have an unbiased and objective evaluation by a fellow Judge who, unlike certain members of the fee committee, does not have a corresponding stake in this matter.

## II.     LODESTAR ANALYSIS SHOULD BE USED FOR THE PROPER ANALYSIS WITH REGARD TO ANY FINAL ALLOCATION

The allocation of common benefit fees among competing counsel, even if a limited fund is to be disbursed, is no different from the process of making any other kind of attorney fee award. In all cases, the district court has discretion subject to a few notable constraints:

> We review the district court's award of attorneys' fees for abuse of discretion. "To constitute an abuse of discretion, the district court's decision must be either premised on an application of the law that is erroneous, or on an assessment of the evidence that is clearly erroneous." The record must "clearly indicate[] that the district

court has utilized the Johnson framework as the basis of it analysis, has not proceeded in a summary fashion, and has arrived at the an amount that can be said to be just compensation."

*In re High Sulfur Content Gasoline Products Liability Litigation*, No. 09-31313, 384 Fed. Appx.

299 (5th Cir., 2010) ("High Sulfur II") citing *In re High Sulfur Content Gasoline Prods. Liab.*

*Litig.* ("*High Sulfur I*"), 517 F.3d 220, 227 (5th Cir. 2008), and *Grigson v. Creative Artists*

*Agency L.L.C.*, 210 F.3d 524, 528 (5th Cir. 2000). See also *Cobb v. Miller*, 818 F.2d 1227, 1232

(5th Cir. 1987) ("[W]hile our cases indicate that the district court must utilize the Johnson factors

in it analysis on the issue of attorney's fees, we are not required to reverse summarily a district

court finding which omits discussion of one of the Johnson factors as long as the record indicates

that the district utilized *Johnson* framework as the basis of its analysis...

In all cases within the Fifth Circuit, including allocation of common fund fees, the

starting point of any proper analysis must be a "lodestar" calculation:

> This Circuit utilizes the "lodestar method" to calculate attorneys' fees. Initially, the district court must determine the reasonable number of hours expended on the litigation and the reasonable hourly rate for the participating lawyer. *Louisiana Power & Light Co., v. Kellstrom*, 50 F.3d 319, 324 (5th Cir.), cert. denied, 516 U.S. 862, 116 S.Ct. 173, 133 L.Ed.2d 113 (1995). The lodestar is then computed by multiplying the number of hours reasonably expended by the reasonable hourly rate.

*Forbush v. J.C. Penney Co.*, 98 F.3d 817 (5th Cir. 1996).

This Court has followed the lodestar/*Johnson* approach:

> The work that an attorney devotes to a class action is generally the principal factor by far in determining the attorneys' portion of the common benefit fee. Indeed, in the present case, this factor plays the dominant role in determining the proper allocation of the fee. First, a few general comments are appropriate to frame the discussion. The attorney labor portion of the Court's consideration consists of two sub-parts: time and type of work.

*Turner v. Murphy Oil USA, Inc.*, ("Murphy Oil II"), 582 F.Supp.2d 797, 801 n.8 (E.D.La. Oct 06, 2008).

This Court should use the *Johnson* factors for a lodestar calculation and allocation.

III. **THE COMMITTEE MEMBERSHIP AND LEADERSHIP HAS GROSSLY OVERVALUED THEIR CONTRIBUTION TO THE ENTIRETY OF THE LITIGATION.**

No one disputes that the Committee's service is deserving of compensation. Committees are a necessary and efficient function of the MDL and coordinated litigation model and attorneys cannot be expected to serve unless they are paid. However, in this limited fund of $15 million dollars, the Committee members have allocated approximately $11.4 million dollars to themselves. It is readily apparent that the committee members have allocated themselves a disproportionate share of this limited fund. This Court should review the disproportionate percentage of the FAC's self-allocation.

In *Murphy Oil II,* this Court approved the use of the allocation committee approach to recommend division of fees, but noted the following:

> The Fifth Circuit has approved the appointment of such a fee committee. However, when a fee committee is appointed, the Court must maintain close supervision of the committee and "closely scrutinize" any recommendation from the committee. *In re High Sulfur Content Gasoline Productions Liab. Litig.*, 517 F.3d 220, 235 (5th Cir.2008). This is so because there are conflicts of interest inherent in appointing a fee committee: the members of the committee suggest to the court a division of a limited fund among themselves and other firms. *In re High Sulfur Content,* 517 F.3d at 235 (citing *In re Diet Drugs Products Liab. Litig.*, 401 F3d 143, 173 (3d Cir. 2005) (Ambro, J., concurring).

582 F.Supp. 2d at 801 n.8. Indeed as the Fifth Circuit also stated in the quoted case:

> [O]ur precedents do not permit courts simply to defer to a fee allocation proposed by a select committee of attorneys, in no small part, because *235 "counsel have inherent conflicts." *In re Diet Drugs Products Liab. Litig.*, 401 F.3d 143, 173 3d Cir.2005) (Ambro, J., concurring). As Judge Ambro noted, "They make recommendations on their own fees and thus have a financial interest in the outcome. **How much deference is due the fox who recommends how to divvy up the chickens?"**

## IV. A PROPER ALLOCATION CANNOT BE DETERMINED BECAUSE OF THE NEED FOR PRODUCTION FOR ALL INITIAL APPLICATIONS AND SUPPLEMENTAL APPLICATIONS FOR ALL OF THE TPP CBF LAW FIRMS

The Central States Law Firms, under the Court's directive, are to include a specific dollar amount as to each law firm that "they feel they should be entitled to." Due to the TPP FAC's decision to file *Exhibit "D"* (UNDER SEAL) (*See page 6 of the TPP Fee Allocation's Committee's Recommendation.)* the Court's directive to provide an amount is difficult to satisfy. Accordingly, we hereby request the production of <u>all</u> of the TPP CBF law firms' complete initial applications and supplemental applications. These productions should be furnished to all participating TPP CBF law firms in order to properly review and evaluate the FAC Committee's recommended allocations. If necessary, each firm requesting the application could execute a confidentiality agreement.

Central States Law Firms only want to be treated fairly and compensated in a proper and lawful amount. This appears to be very difficult without the complete detailed applications of all TPP CBF law firms. However, the Central States Law Firms, in compliance the Court's order to state what their compensation should be, and to avoid any waiver argument, propose that any analysis should begin with a *Johnson* lodestar calculation and request the following allocation:

| Vioxx TPP | Total Fees Submitted | Total Expenses Submitted | Total Fees/Expenses Requested | Total Recommended by FAC |
|---|---|---|---|---|
| Audet & Partners | $403,762.50 | $49,264.01 | $453,026.51 | $120,000.00 |
| Ewing McMillin & Willis | $185,600.00 | $1,539.14 | $187,139.14 | $60,000.00 |
| Gary Franke & Co. | $128,297.50 | $9,522.52 | $137,820.02 | $35,000.00 |
| HDD, LLC | $696,600.00 | $105,573.54 | $802,173.54 | $375,000.00 |
| Lanier Law Firm | $157,615.00 | $0.00 | $157,615.00 | $50,000.00 |
| | $1,571,875.00 | $165,899.21 | $1,737,774.21 | $640,000.00 |

## V.     CONCLUSION

The Central States Law Firms hereby object to the allocation as submitted by the TPP

FAC and request the following:

1)  That Judge Higbee's input be sought in regard to the quality and quantity of the work performed by the Central States Law Firms.

2)  Production to each of the participating TPP Law Firms of each and every law firms' initial and supplemental applications including all documentation submitted to the committee;

3)  Application of a lodestar per *Johnson* as discussed above;

4)  The assignment of an independent Magistrate to evaluate and analyze the recommendations and applications.

The Central States Law Firms incorporate by reference their initial and supplemental

applications, timesheets and expense reports previously provided to the committee in support of

their request for compensation as outlined above.

Respectfully submitted,

HOVDE DASSOW & DEETS, LLC

By: _____

Robert T. Dassow, #15145-64
201 W. 103rd Street, Suite 500
Indianapolis, IN 46290
Phone:  (317) 818-3100
Fax:  (317) 818-3111

W. Mark Lanier
Richard D.  Meadow
The Lanier Law Firm, P.C.
6810 FM 1960 West
Houston, TX  77069
Phone:  (713) 659-5200
Fax: (713) 659-2204

Susanne Scovern
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Fax: (415) 568-2556
Phone: (415) 568-2555

Gary F. Franke
Gary F. Franke Co, L.P.A.
120 East 4th Street, Suite 1040
Cincinnati, OH 45202
Phone: (513) 564-9222
Fax: (513) 564-9990

C. David Ewing
Ewing, McMillin & Willis, PLLC
1100 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, KY 40202
Phone: (502) 585-5800
Fax: (502) 585-5858

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX LITIGATION | ) | |
| | ) | MDL Docket No. 1657 |
| This Document Relates to All Cases | ) | Section L |
| | ) | |
| | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |
| | ) | |
| | ) | August 10, 2012 |

**APPENDIX OF EXHIBIT TO AUDET & PARTNERS, LLP, HOVDE DASSOW & DEETS, LLC, THE LANIER LAW FIRM, P.C., EWING, McMILLIN & WILLIS, PLLC, GARY FRANKE CO., LPA, JOINT OBJECTION TO THE TPP FEE ALLOCATION COMMITTEE'S JUNE 13, 2012 RECOMMENDATION**

**Robert T. Dassow**
HOVDE DASSOW + DEETS, LLC
201 W. 103rd Street, Suite 500
Indianapolis, IN 46290
Phone: (317) 818-3100
Fax: (317) 818-3111

**W. Mark Lanier**
**Richard D. Meadow**
The Lanier Law Firm, P.C.
6810 FM 1960 West
Houston, TX 77069
Phone: (713) 659-5200
Fax: (713) 659-2204

**Susanne Scovern**
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Phone: (415) 568-2555
Fax: (415) 568-2556

**Gary F. Franke**
Gary F. Franke Co, L.P.A.
120 East 4th Street, Suite 1040
Cincinnati, OH 45202
Phone: (513) 564-9222
Fax: (513) 564-9990

**C. David Ewing**
Ewing, McMillin & Willis, PLLC
1100 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, KY 40202
Phone: (502) 585-5800
Fax: (502) 585-5858

*Attorneys for Central States, Southeast Areas Health and Welfare Fund and Central Pennsylvania Teamsters Health Welfare and Pension Fund*

Audet & Partners, LLP, Hovde Dassow & Deets, LLC, The Lanier Law Firm, P.C., Ewing, McMillin & Willis, PLLC, and Gary Franke Co., LPA hereby submit their Appendix of Exhibits in Support of their Joint Objection to the TPP Fee Allocation Committee's June 13, 2012 Recommendation.

The following items of evidence have been attached to the Central States Law Firm's Objection:

Exhibit 1-  Submission of Audet & Partners, LLP, Hovde Dassow & Deets, LLC, The Lanier Law Firm, P.C., Ewing, McMillin & Willis, PLLC, and Gary Franke Co., LPA to the TPP FAC Committee dated September 16, 2011;

Exhibit 2-  Supplemental Submissions of Susanne Scovern, Esq. of Audet & Partners dated October 11, 2011;

Exhibit 3-  Supplemental Vioxx TPP Common Benefit Application for CS and CP Law Firms of October 17, 2011

Dated: August 10, 2012

Respectfully submitted,

HOVDE DASSOW & DEETS, LLC

By: _____

Robert T. Dassow, #15145-64
201 W. 103rd Street, Suite 500
Indianapolis, IN 46290
Phone:  (317) 818-3100
Fax:  (317) 818-3111

W. Mark Lanier
Richard D.  Meadow
The Lanier Law Firm, P.C.
6810 FM 1960 West
Houston, TX  77069
Phone:  (713) 659-5200
Fax: (713) 659-2204

Susanne Scovern
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Fax: (415) 568-2556
Phone: (415) 568-2555

Gary F. Franke
Gary F. Franke Co, L.P.A.
120 East 4th Street, Suite 1040
Cincinnati, OH 45202
Phone: (513) 564-9222
Fax: (513) 564-9990

C. David Ewing
Ewing, McMillin & Willis, PLLC
1100 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, KY  40202
Phone:  (502) 585-5800
Fax: (502) 585-5858

# EXHIBIT 1

# Hovde Dassow+Deets
TRIAL LAWYERS

F. BOYD HOVDE
FREDERICK R. HOVDE
ROBERT T. DASSOW
NICHOLAS C. DEETS

September 16, 2011

*Via Email*

Russ M. Herman
Herman Herman Katz & Coltar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
*rherman@hhkc.com*

> RE: *Vioxx Litigation-Private TPP Benefit Application*
> Central States, Southeast Areas Health and Welfare Fund
> ATL-L-1445-06-MT
> Central Pennsylvania Teamsters Health Welfare and Pension Fund
> ATL-L- 14451-06-MT

Dear Russ:

Pursuant to PTO No. 57, attached please find the following submissions of Hovde, Dassow, & Deets, LLC, Lanier Law Firm, Audet & Partners, Gary L. Franke & Co, LPA, Ewing McMillin and Willis, PLLC for the work performed on behalf of Central States, Southeast Areas Health and Welfare Fund  and Central Pennsylvania Teamsters Health Welfare and Pension Fund relative to the Private TPP Common Benefit Fund:

1. Affidavit of Robert T. Dassow as Exhibit "A";
2. Affidavit of W. Mark Lanier as Exhibit "B";
3. Susanne Scovern-Due to work and travel issues, Ms. Scovern will be submitting her affidavit at a later date.  However, her time and expense reports are attached and submitted as Exhibit "C";

**Hovde Dassow+Deets  Positive thinking lawyers.**

**Hovde Dassow & Deets LLC** | 201 W. 103rd Street, Suite 500, Indianapolis, IN 46290
**www.hovdelaw.com** | Phone 317-818-3100 | Fax 317-818-3111

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR, LLP
September 16, 2011
Page 2

---

    4.      Affidavit of Gary Franke as Exhibit "D"; and

    5.      Affidavit of David Ewing as Exhibit "E".

The above law firms represented Central States, Southeast Areas Health and Welfare Fund and Central Pennsylvania Teamsters Health Welfare and Pension and performed common benefit work in the New Jersey TPP Vioxx Litigation.

If you should have any questions, please do not hesitate to contact me.

Yours Very Truly,

HOVDE DASSOW & DEETS, LLC

Robert T. Dassow

RTD:ane
*Attachments*

# EXHIBIT A

# SUBMISSION OF
# ROBERT T. DASSOW

Robert T. Dassow, Esq.
HOVDE DASSOW & DEETS, LLC
201 W. 103rd Street, Suite 500
Indianapolis, IN 46290
Telephone: 317.818.3100
Facsimile: 317.818.3111

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX LITIGATION | ) | |
| | ) | MDL Docket No. 1657 |
| This Document Relates to All Cases | ) | Section L |
| | ) | |
| | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |
| | ) | |
| | ) | **AFFIDAVIT OF ROBERT T. DASSOW** |
| | ) | |
| | ) | New Jersey TPP- Central States/Central |
| | ) | Pennsylvania Common Benefit Application |

Robert T. Dassow, being duly sworn, deposes and says:

1.      I am a member of the law firm of Hovde Dassow & Deets, LLC ("HDD"). I make this affidavit in compliance with the Pre-Trial Order 57 for the HDD application for reimbursement of attorney fees and expenses from the Pre-Trial Order 57 Fund. Such fees and expenses have been accrued in connection with the efforts rendered by this law firm's Private TPP common benefit conferred on all of the TPP plaintiffs who settled their claims as part of the common settlement of the Private TPP Vioxx Litigation in the MDL and New Jersey. Our firm, made a substantial contribution to Vioxx litigation and was committed to the litigation from November 2004 through September 2009 until the private TPP settlement. Our firm, along with the law firms referenced in my affidavit, made a substantial contribution to the outcome of the TPP litigation. The matters set forth in this affidavit are based upon my personal knowledge and

1

EXHIBIT A

upon my review of the files maintained by HDD with respect to the New Jersey Vioxx Litigation and TPP Vioxx Litigation.

2.     As it relates to HDD, the fee and expense application seeks compensation for work performed by Robert T. Dassow. My partners, F. Boyd Hovde, Frederick R. Hovde, and Nicholas C. Deets, contributed expertise and time to the litigation.  However, we are not requesting reimbursement for their individual time related to this litigation as they did not keep contemporaneous records of participation.  Their time would be approximately 100 hours each.

3.     I am one of the four partners of HDD, an Indianapolis based law firm. Previously, I was a partner of the law firm of Siegel Carter & Dassow, and prior to that an associate at the law firm of Locke Reynolds.  I received a Bachelors of Arts degree from Beloit College in Beloit, Wisconsin and a Juris Doctor degree from Valparaiso University in 1990, where I was Editor of the Valparaiso Law Review. Also, I was an Adjunct Professor of Business Law at Valparaiso University. I am currently a Fellow of the American Bar Association, Indiana Bar Foundation, Board Member of the Indiana Trial Lawyers Association, and I am a Super Lawyer in mass torts.

4.     My paralegal, Nickle Eisele, has been employed with HDD since September 28, 1998.  She received her Bachelor of Science degree in Legal Studies/Public Law from Ball State University in 1996.  She became a Registered Paralegal in April 2008 and is a member of the National Federation of Paralegals Association, Indiana Paralegal Association, and the Indianapolis Bar Association. Prior to her employment at HDD, she was a paralegal for Mitchell P. Chabraja in Anderson, Indiana.  We are not requesting any fee reimbursement for her work on the TPP cases which is several hundred hours.  Ms. Eisele's efforts enabled our firm to manage the tremendous number of document productions and trial preparation.

2

5.     My time is currently billed at a rate of $450.00 per hour.  This rate is reasonable and appropriate when compared to other rates billed for the time of similarly-experienced attorneys and paraprofessionals in the country for matters of similar complexity, and, upon information and belief, below that of lawyers and professionals of comparable experience at large defense firms.

6.     My firm worked in collaboration with the Lanier Law Firm, Susanne Scovern of Audet & Partners, David Ewing, and Gary Franke ("Collectively CS and CP Law Firms") represented Central States Southeast and Southwest Areas Health and Welfare Fund and Central Pennsylvania Teamsters Health Welfare and Pension Fund in the New Jersey TPP litigation.

      a.     I am submitting the Affidavit of W. Mark Lanier as Exhibit "B" which outlines the work performed by Lanier Law Firm in the prosecution of this case.

      b.     I am submitting the Affidavit and breakdown of hours of Susanne Scovern as Exhibit "C" which outlines the work performed by Audet & Partners in the prosecution of this case.  Due to work and travel related issues, Ms. Scovern shall be submitting her affidavit at a later date in the near future.

      c.     I am submitting the Affidavit and breakdown of hours of Gary Franke as Exhibit "D" which outlines the work performed by Gary F. Franke, Co., LPA in the prosecution of this case.

      d.     I am submitting the Affidavit and breakdown of hours of David Ewing as Exhibit "E" which outlines the work performed by Ewing, McMillin & Willis, PLLC in the prosecution of this case.

3

7.      With the ample aid of everyone involved at HDD, along with the Lanier Law Firm, Susanne Scovern of Audet & Partners, Gary Franke, and David Ewing ("CS and CP Law Firms"), we prosecuted and litigated the trial cases at Judge Higbee's direction.

8.      It is believed that all of the submitted time by HDD was associated with the New Jersey Private Vioxx TPP case and was not previously submitted in connection with CBF pursuant to PTO 6(D).  While there may be overlap, it is minimal.

9.      The Honorable Carol E. Higbee scheduled Central States and Central Pennsylvania as one of two trial cases.  The "CS and CP law firms" participated in the expedited discovery and trial preparation of the cases.  All discovery, including experts, fact witnesses, and document review were performed in preparation for trial by all of the above law firms.  We were involved in numerous law and motion discovery hearings, and attended all CMCs associated with New Jersey Vioxx TPP cases.

10.     It is believed that all of the work was performed in New Jersey and on behalf of all Private TPP cases.

11.     Central States and Central Pennsylvania were selected as one of the first trial cases by Judge Higbee.

12.     The "CS and CP Law Firms" have not received reimbursement of any fees and costs from Central States.

13.     Attached as Exhibit "1" is the breakdown of hours for Robert T. Dassow.

14.     Attached as Exhibit "2" are the expenses related to TPP Vioxx trial cases and common benefit litigated issues.

15.     Attached as Exhibit "3" are the copies made by my firm related to TPP trial cases and common benefit issues by my firm.

4

I AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

Dated: 9-16-11

_____
Robert T. Dassow

STATE OF INDIANA     )
                         ) SS:
COUNTY OF HAMILTON   )

       Subscribed and sworn to before me, a Notary Public, in and for said County and State, this 16th day of September, 2011.

My Commission Expires:
5/26/2016

County of Residence:
Hamilton

APRIL N. EISELE
Hamilton County
My Commission Expires
May 26, 2016

_____
Notary Public

April N. Eisele
Printed Name

5

Hovde Dassow & Deets, LLC

Vioxx TPP Time Tracking

**Robert T. Dassow**

DATES: 9/25/06-9/15/09

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial | Appeal | Settlement | Total |
|---|---|---|---|---|---|---|---|---|
| 9/23/2006 | | | | | | | | |
| 9/30/2006 | | | | | | | | |
| 10/7/2006 | Attend CMC | 1 | | | | | | 1 |
| 10/14/2006 | | | | | | | | |
| 10/21/2006 | | | | | | | | |
| 10/28/2006 | Prepare for and attend telephonic CMC | 1 | | | | | | 1 |
| 11/4/2006 | Vioxx Calls with DE and GF | 1 | | | | | | 1 |
| 11/11/2006 | Meeting/Strategy conference with DE and GF re: CS & CP; | 1 | | | | | | 1 |
| 11/18/2006 | Work on CS and CP re: RFP and RFA with DE and SS | | | 4 | | | | 4 |
| 11/25/2006 | Work on and Prepare RFP and RFA; Letter to Gardner enc Plaintiff's RFP and RFA; File RFP and RFA; Call with DE and SS; Letter to Defendants; Prepare Letter to Judge Higbee; Letter to Judge Higbee-relief from her Order of 11/17/06 to conduct discovery; Call with DE, GF, and SS; | | 2 | 4 | | | | 6 |
| 12/2/2006 | Review Letter to Judge Higbee from Merck re: stay of discovery and order; Prepare for and attend Vioxx CMC; Higbee Order- Merck granted leave to answer; Stay on all other Proceedings pending Engineers; | 2 | | 2 | | | | 4 |
| 12/9/2006 | | | | | | | | |
| 12/16/2006 | | | | | | | | |
| 12/23/2006 | | | | | | | | |
| 12/30/2006 | | | | | | | | |
| 1/6/2007 | Email from SS to RTD prepare argument re: Merck's protective order at CMC; Phone call with DE/SS; Prepare for and attend CMC; | 2 | | | | | | 2 |

EXHIBIT 1

| Date | Description | | | | |
|---|---|---|---|---|---|
| 1/13/2007 | Calls with DE and SS; Defendant's Motion for Protective Order; Review letter to Court; Depositions; Comm w/E. Relkin-Medco; Review 1999 FTC decision; | 3 | | | 3 |
| 1/20/2007 | | | | | 4 |
| 1/27/2007 | Evaluate core discovery for Engineers and CS; | | 4 | | 4 |
| 2/3/2007 | | | | | 10 |
| 2/10/2007 | Evaluate 1099 issues with Scovern and Ewing re: Merck Documents; CS/CP meeting in CVG; | | 10 | | 2 |
| 2/17/2007 | Evaluate 1099 issues with Scovern and CS; | | 2 | | 9 |
| 2/24/2007 | Evaluate 1099 issues with Scovern; Merck Documents; CS/CP meeting in CVG; | | 9 | | 8 |
| 3/3/2007 | Evaluate 1099 issues with Scovern, CS, and Ewing re: Merck Documents; CS/CP meeting in CVG; | | 8 | | |
| 3/10/2007 | | | | | 1 |
| 3/17/2007 | | | | | 2 |
| 3/24/2007 | Prepare for and attend Vioxx Call with Judge Higbee; Request status call re: CS Stay; Prepare same; | 1 | | | |
| 3/31/2007 | Prepare for and attend Vioxx CMC (CS/CP issues); | 2 | | | 10 |
| 4/7/2007 | Emails with counsel; Strategy conference in CVG re: CS& CP; Evaluation on trial cases; Conference call with LLF, SS, and DE re: TPP evaluation and trial; | 8 | | 2 | 4 |
| 4/14/2007 | P&T Committee work in connection with CS; calls with DE and SS; Client expert evaluation; | 4 | | | 11 |
| 4/21/2007 | Trip to Columbus; Trial strategy conference-Indiana CS/CP; Review Lanier Trial experts; Evaluation conflict of law re: CS and Calls with SS and DE; | | 3 | 8 | 7 |
| 4/28/2007 | Strategy calls with DE re: Merck Medco trial; Work on RFP regarding RBM Brown and CS; | 2 | 5 | | 1 |
| 5/5/2007 | Prescriber work with SS; Discussions with CS and CP Network; | | 1 | | |

| Date | Description | | | Total |
|------|-------------|---|---|---|
| 5/12/2007 | CS agreements/prescriber conflict analysis; | 4 | | 4 |
| 5/19/2007 | Work on P&T Committee discovery; Calls regarding discovery; | | 3 | 3 |
| 5/26/2007 | Work on P&T Committee discovery; | 4 | | 4 |
| 6/2/2007 | Work on P&T Committee discovery; Prepare for and attend CMC-Medco | 5 | 1 | 6 |
| 6/9/2007 | Prescriber contacts IRS; | 2 | | 2 |
| 6/16/2007 | | | | |
| 6/23/2007 | | | | |
| 6/30/2007 | | | | |
| 7/7/2007 | FACTS Database for CS and CP; | 5 | | 5 |
| 7/14/2007 | | | | |
| 7/21/2007 | | | | |
| 7/28/2007 | Call with DE and GF re: CS/CP; Meeting in Indianapolis with DE and GF-prep for CMC; Prepare for and attend CMC on CS/CP issue; Telephone conference with all counsel; | 11 | 11 | 11 |
| 8/4/2007 | Telephone conference with all counsel; | 1 | | 1 |
| 8/11/2007 | | | | |
| 8/18/2007 | | | | |
| 8/25/2007 | Prepare for and attend Vioxx telephone conference; | 1 | | 1 |
| 9/1/2007 | | | | |
| 9/8/2007 | Strategy conference with DE and GF re: Medco; Strategy conference with DE and GF re: Medco; | 6 | | 6 |
| 9/15/2007 | Review Production of Merck-Medco; Review CS and CP; Evaluation/Scovern; Call re: same; | 3 | | 3 |
| 9/22/2007 | Prepare for and attend CMC; Meeting in NY with RDM/EJ; MPF SOPs. Merck Communication with IRS; Medco Order; Work on Experts re: Medco with SS and DE; Call with RDM; | 4 | 11 | 15 |
| 9/29/2007 | | | | |
| 10/6/2007 | | | | |
| 10/13/2007 | Prepare for and meet with WML, RDM, DE, GF; Strategy conference; Meeting in CVG re: CS/CP; Discussions with RDM an DE re: CS; | | 13 | 13 |
| 10/20/2007 | | | | |

| Date | Description | | |
|---|---|---|---|
| 10/27/2007 | Prepare for and attend Vioxx CMC; Calls with CS and CP; Work on basic loss number; Call with SS; Calls with Expert; | 8 | 8 |
| 11/3/2007 | | | |
| 11/10/2007 | | | |
| 11/17/2007 | | | |
| 11/24/2007 | Email/Prepare preliminary loss numbers for Vioxx CS/CP; Calls with Expert; | 5 | 5 |
| 12/1/2007 | Prepare for CMC; | 2 | 2 |
| 12/8/2007 | Emails; Strategy conference call with LF, DE, GF, and SS; Prepare for and attend Vioxx CMC; | 17 | 17 |
| 12/15/2007 | | | |
| 12/22/2007 | | | |
| 12/29/2007 | | | |
| 1/5/2008 | Work with CS re: discoverable documents; | 15 | 15 |
| 1/12/2008 | | | |
| 1/19/2008 | | | |
| 1/26/2008 | Meetings with SS re: TPP | 6 | 6 |
| 2/2/2008 | | | |
| 2/9/2008 | | | |
| 2/16/2008 | | | |
| 2/23/2008 | | | |
| 3/1/2008 | | | |
| 3/8/2008 | | | |
| 3/15/2008 | Calls with Cohen and SS; | 1 | 1 |
| 3/22/2008 | Trip to NYC; Meeting at LLF re: trial team evaluations- Janush/Meadow; | 10 | 10 |
| 3/29/2008 | | | |
| 4/5/2008 | | | |
| 4/12/2008 | Phone calls with LLF; Transcript; | 1 | 1 |
| 4/19/2008 | Letter from Judge; Letters to Hughes and Hubbard; Calls with Cohen; Prepare for and attend CMC; | 24 | 24 |
| 4/26/2008 | | | |
| 5/3/2008 | Calls with CS/CP re: discovery; | 1 | 1 |
| 5/10/2008 | | | |
| 5/17/2008 | | | |

| Date | Description | | | |
|---|---|---|---|---|
| 5/24/2008 | Prepare for TPP Call; Letter from Court rescheduling CMC from 5/23 to 5/28; Calls with Hanrahan; Emails re: discovery; Work on Merck Production; | 2 | 13 | 15 |
| 5/31/2008 | TPP Conference Call-Call with Cohen, SS and DE; Prepare for and attend CMC; Email from Marvin re Payor Profile; Work on profile with CS; Strategy conference with team; TPP call; Work on experts with SS, RDM, and DE; | 3 | 14 | 17 |
| 6/7/2008 | Prepare for Trip to NYC; TPP Call; Meeting in NYC with team; | 10 | 12 | 22 |
| 6/14/2008 | | | | |
| 6/21/2008 | Emails Hanrahan Responses ; Work on custodial productions (40); | 25 | | 25 |
| 6/28/2008 | Work on Custodial production; | 13 | | 13 |
| 7/5/2008 | Work on Custodial production; | 12 | | 12 |
| 7/12/2008 | | | | |
| 7/19/2008 | | | | |
| 7/26/2008 | Prepare for and attend CMC; Review Initial Core discovery order-Judge; Work on Formulary documents; Trial selection; | 37 | | 37 |
| 8/2/2008 | CS/CP Cohen for trial- review transcript; Initial core discovery; phone call with DE, SS, and RDM; Strategy conference; Formulary docs; | | 16 | 16 |
| 8/9/2008 | Prepare for TPP Call; Email from Gary enc Lee Ltr; Call with SS and DE re: CS/CP discovery; Prepare for TPP Call; Calls with GF and DE-strategy; Letter to Judge from Cohen re: TPP Cases; Work on discovery responses; | 1 | 17 | 18 |
| 8/16/2008 | Email from GF re: Lee and meeting with Condon; Email with GF; Prepare for CS meeting in Chicago; Prepare for and meet with CS; Meeting in Chicago; | 21 | | 21 |

| Date | Description | | | |
|------|-------------|---|---|---|
| 8/23/2008 | Attend Federal Court CMC via telephone; Phone calls with RDM re: Fed Ct. CMC; Strategy conference with SS; Work on discovery responses; Letter to Cohen re: PBM contacts per 7/22/08 Court Order; Phone conference with Cohen; Calls with Cohen; Discovery conferences with team; Emails/Phone conferences with team; | 12 | 9 | 21 |
| 8/30/2008 | Emails and phone conferences with Jeffrey Judd re: custodial files of CS and CP; Review same; Review preliminary files; Call with CS/CP; | 14 | 6 | 20 |
| 9/6/2008 | Def to produce identification info; Review the same; Discovery call with all counsel; Production review; | | 8 | 8 |
| 9/13/2008 | Proposed Order No. 2 Relating to TPP Cases; Merck docs/previous trial exhibits; | | | 8 |
| 9/20/2008 | Review Merck production; Attend Federal Court CMC; Prepare for and attend TPP conference; Trip to NY; Court Order/Letter from Court/Calls with Court; Strategy conference in NYC with RDM; Work on custodial files; P&T discovery-Medco; Call with Judd; Review Horizon Certification; Review Case Response; | | 10 | 10 |
| 9/27/2008 | P&T Discovery; Trial Exhibits;Review past trial exhibits; | | 35 | 35 |
| 10/4/2008 | Review Letter from Brody re: deficiencies in TPP Plaintiffs' Responses in Initial Core Discovery; Work on deficiency letter; Review docs re: Discovery Order No. 3; Work on Documents/Responses to discovery; Calls with all Counsel; Calls with clients; | | 12 | 12 |
| 10/11/2008 | | | 20 | 20 |

| Date | Description | | | |
|---|---|---|---|---|
| 10/18/2008 | Work on Letter to Brody-pills dispensed, etc.; Prepare discovery responses re: pills, Calls with all Counsel re: TPP access; Attend Federal Court conference call; Work on NDC codes; Prepare for meet and confer with Judd; | 21 | 21 | |
| 10/25/2008 | Vioxx call; Review Merck production; Letter to Brody-status of their discovery responses; Calls with Brody; Strategy conference call with all counsel; Email from Bristol with contact information; Calls with clients; Medco-Subpoenas; Work on production format emails with Grand; Work on Subpoena; Letter from Salimi enc custodial files; Damage experts; | 17 | 17 | |
| 11/1/2008 | Email re: TPP call; Work on RFA & RFP-updated same; Calls with all counsel; Emails with Grand group re: TPP Subpoenas and Call; Emails to Grand attaching RFA and RFP; Emails with DE, GF, and SS re: Brody letter-deficiencies; Work on letter to Brody re: contact information for General Prescription Programs Subpoenas and Medco-work; Work on Letter to Brody to schedule meet and confers; Prepare for and attend TPP Hearing; Calls with Grand; | 30 | 30 | |
| 11/8/2008 | Review all NDC docs; Calls with Cohen and Brody; Review docs re: National Sales Leaders interaction with CS/GP; Evaluate depo schedule; | 34 | 34 | |
| 11/15/2008 | Email from Grand re: update on CMC and database; Work on experts with RDM; | 3 | 3 | |
| 11/22/2008 | Meeting with SS in San Francisco; | 15 | 15 | |
| 11/29/2008 | | | | |

| | | | |
|---|---|---|---|
| 12/6/2008 | all counsel; Work on discovery-Exhibits; Vioxx TPP call; Emails from Grande re: call; Call with all Counsel; Strategy calls with counsel re: trial strategy; Prepare for and attend CMC in NJ; Email to DE re: production; Emails within Group re: providing PBM info; Review Order of Dismissal for claims failing to comply with Court's orders; Telephone conference with GF, SS, and DE; Letter to SS re: CP; Emails with Group re: discovery orders; Evaluate same; Calls with Nelson, Order re: production-LLF trial counsel; Executivedoc review; Conference call with Group; Memo to file; Judge's list of CMCs for 2009; Received custodial rep file-Peed, David; Emails with Brody; Emails with Meadow; Calls with Brody; Prepare Trial To Do Memo; Letter to SS enc IOMEGA hard drives; Received custodial rep file-Bishop, Lisa; Attend Federal Court CMC and Call with Brody; Emails with Brody re: production format from Merck; Phone calls re: Al Nelson and Samolewewicz; Review claims materials CS production; | 42 | 42 |
| 12/13/2008 | Received custodial rep file-Belemjian, Glenn; Review custodial file; | 15 | 15 |
| 12/20/2008 | | | |
| 12/27/2008 | Review custodial rep file-Jansen-Supp/Whitten-supp; Calls with Brody; Email with Grand; Letters to Brodyre: Vioxx claim; Letter to SS; Call re: custodial files; Review; | 16 | 16 |
| 1/3/2009 | Emails with Grand re: trial cases-requesting info; TPP Teleconference with Grand; Trial damages claims; | 12 | 12 |

| | | | | | | 36 |
|---|---|---|---|---|---|---|
| 1/10/2009 | Review Defendant Merck & Co.'s RFP to Plaintiff's in all TPP cases;  Work on software download; Emails with Jeff Grand re: Court's trial/discovery pool conference; Conference calls with GF, DE, SS, and RDM-summary plans/trial plan; Email with GF re: summary plans from Nelson; Letters to Brody-Supp production relative to PTO 3; Email from Nickie to SS re: sending her CDs of docs produced from Def and additional rep docs; Review CS/CP discovery responses; Docs to Grand; Letter from Court re: Amended Sup Protective Order; Work on Amended Supplemental Protective Order Seeger Weiss; Review letter from Brody to Buchanan re: deficiencies in discovery responses; Review docs from CS/CP production; Telephone conference with GF; Review discovery CS document production; Trip to Chicago; Meet with Nelson at CS; | | | | | 36 |

| | | | 31 |
| --- | --- | --- | --- |

1/17/2009

Telephone conference with DE; Emails with Grand re: Third Party Subpoenas; Review all contracts with CS-all Medco agreements; Email to Grand re: call to discuss trial pool selection and discovery issues; Letter to Brody enc supp production relative to PTO 3; Work on NDE production; TPP Conference; Call with Meadow; Received custodial rep production: Bishop-supp; Emails with Grand re: 12 candidates proposed by Plaintiffs; Executive Supp. Protective Order; Work on Second set of Vioxx Docs Formularies; Received custodial rep production: Lowry-Supp; Docs to SS; Letter to Brody-enc supp production review to PTO 3; Strategy conference call with Meadow, et al.; Received custodial rep production: Peed-supp; Supp. Production to Brody; Emails with Jeff Grand and RDM: Vioxx TPP Conference call; Def's Notice of Depo for CS, Depo scheduling; Letter to Brody and Grand; Lowy-Supp production review; Letter to Scovern enc custodial files for reps: Bishop and Peed; Call with SS; Call with Court re: Trial Team;

| | | | 32 |
| --- | --- | --- | --- |

1/24/2009

Call with SS re: Files, Calls with Cohen; Review production-CS/CP documents re: production; Emails re: calendaring; NOD-calls with Cohen/RDM/SS; Letter to Brody enc supp production relative to PTO 3; Work on discovery order; Attend Federal Court CMC by phone; Vioxx TPP Call; Letter to Brody-enc supp production relative to PTO 3; Work on same; Review NAEs; Call with SS re: custodial files and NAEs/Trial; Glen Taylor-NAE; Trip to Ann Arbor/Dr. Lucchesi;

| Date | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1/31/2009 | Letters to Cohen- follow-up to email re: Merck supp their responses to CS's RFA and RFP; Work on custodial files-NAEs; Emails with SS re: Cohen; Prepare for trial meeting; Meet with team in NYC at LLF: Prepare for and attend TPP CMC; Emails with KSS, RDM, WML, Leone re: CS depos and docs we have produced; Email with group re: strategy; Conference; Emails with GF and DE re; Motion to Compel; Email with Cohen and Brady; Work on Motion to Compel; ACY; Review custodial rep production: Belemjian-supp; Documents CS review re: Nelson deposition; Custodial file; Letters from Cohen; Depo Prep in Chicago (Nelson); | | | | 39 | | | | 39 |
| 2/7/2009 | Calls with CS/CP; Emails from RDM, SS, KSS, and EJ; Letters from Brody and Cohen; | | | | 3 | | | | 3 |
| 2/14/2009 | Letter to Brody-enc 4th and 5th production of documents and missing pagers per email of 2/4/09; Prepare and review docs; Work on our answers to discovery; Work on our answers to discovery and production of documents; Received Medco production-was corrupted; Calls with Cohen; Emails from Grand re: RFP to Merck-Medco and proposed scheduling order; Letter to Scovern enc DVD of custodial reps; Received Medco production-corrected; Review of same;  Emails to SS, Gary re: scheduling order-Exhibit A; Calls with RDM; Notice of Motion for Summary Judgment to CS, Memo, etc; Review same; Calls re: Motion with Trial Team; Frogge Expert; | | | | 31 | | | | 31 |

| Date | Description | | | | | | 25/38 |
|---|---|---|---|---|---|---|---|
| 2/21/2009 | Calls with Meadow; Merck's Responses and Objections to Plaintiff's RFP and things related to Medco, Express Scripts; Calls with SS; Emails and calls with SS re: Merck's filing; Emails and calls with SS, RDM, EMJ, Ewing and Franke re: SJ Motion; Received custodial rep file-Lowry-Supp, Belemjian-supp, Peed-supp & Johnson-Supp; Calls with Brody re: scheduling depos; Review Non-Party Third Party; Review Discovery order relating to Def RFP to Pltfs in all TPP Cases; Emails from SS re: TPP repository; Call re: same; Emails from Grand scheduling SJ; Letter from SS, DE, and EMJ enc CD of complete Merck production, Calls re: same, Calls re: MSJ; Discovery order; TPP Call with SS; | | | | | | 25 |
| 2/28/2009 | Emails from Jeff Grande re: prepare for call for this weeks CMC; Work on Medco production; Email from Jeff Grand re: Agenda; Calls re same; Emails with SS re: Harrington and Kapalda reps; Review Custodial Rep Files-Harrington, John-Supp, Kapadia-Supp & Sundehim-supp; Merck's NAE/CCM Production Chart; Received Custodial Rep File-Bishop-Supp; Prepare for CMC in NJ; Emails from Marvin, Esq, enc Choice of Law Memo; Memo on CS/CP RFP Responses; Review responses and objections of Merck to CS's RFP; Review Medco production; Emails to our group re: above filing; | | | | | | 38 |

| Date | Description | | | | | | 25/39 |
|---|---|---|---|---|---|---|---|
| 3/7/2009 | Work on response to Def's RFP; Review responses and objections of Def to Plaintiffs' Notice to take depo of Corp Rep and RFP; Review Def's Notice of Depo of CS Rep; Letter from Cohen; Emails from Weinburg, etc. re: ideas for Plaintiff's discovery; Call with DE; File our response to Def's RFP; Emails and calls with our trial group; Call with RDM/EMI; Emails with Grand, et al. re: research; Calls re: experts and group emails; Letter to Court; Work on experts with DE, RDM, EJ, SS; Lucchesi calls; | | | | | | 25 |
| 3/14/2009 | Letter to Brody; Review custodial files; Letter to SS; Calls with RDM; Emails with Grand, et al re: call; Calls with CS; Call with Frogge -Damage Expert; Depo prep for Nelson (documents) Chicago; Telephone Conference with Group (LLF, et al.); Email with Group re: call; Eisele's memo re: call; Emails with Grand group re: 30b6 notice; Chicago CS depo prep-meeting with client; Letter to Scovern-enc DVD of custodial reps; Work on depo dates- Haney, Shabley, Kapadia, Tabbs; Attend deposition of Al Nelson in Chicago; Emails with Brody re: discovery issues; Depo strategy with RDM, EJ, SS, and Grand; Emails with SS re: CS NAE; Emails with Brody; Notice of Motion of Consent; Order from Court on 2/26/09 conf-5d; Medco-deps; | | | | | | 39 |

| | | | | 31 |
|---|---|---|---|---|

3/21/2009: Review letter from Scovern to Brody and Call re: 3/6 teleconference re: Merck's responses to discovery requests; Calls with Jan Call and Brody; Emails with SS re: missing NAE files; Call re same; Letter to Scovern enc CD of rep files; Emails with group re: subpoenas Express Scripts, Medco-Quaid Kapaidia; SS P&T Work; Conference calls with SS, EJ, and DE; Emails with our Group re: Medco and 3rd party subpoenas; DE wok on Joan Reed; Email re: Medco and 3rd Party subpoenas; Emails to Cohen re: custodial files; Email to Jan Call requesting RFA responses; Call re: same; Emails with group re: subpoenas; Call with LLF's office, attached 10 subpoenas for filing and sent to EMJ; Responses and Objections of Merck to CS First RFA; Prepare Subpoenas and Order for Commissions;

31

| | | | | 38 |
|---|---|---|---|---|

3/28/2009: Letter to Court enc Motions for Issuance of Commissions, Cert of Service, Application of Counsel for Commissions Authorizing Out of State Subpoenas and Proposed Order; Email from Jan Call re: replacements discs sent; Conference call with Group-Trial Strategy; Letter to Al Nelson; Calls with Team; TPP Call; Emails to our group re: subpoenas; Work on P&T payment docs with SS/DE; Letter to Brody; Meet and confere re: minutes of the finance committee mtgs from 1998-2004; Merck's First set of Rogs to all TPP Plaintiffs' Review the same; Send to DE and GF; Trip to NJ; Amended Notice to Take Videotaped deposition of Def's Corp Rep and RFP; Prepare for and attend CMC; Federal Court CMC:

38

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/4/2009 | Letter to Ouweleen enc depo of Al Nelson/Errata Sheets; Work on Finance Committee docs; Prepare for Judge's call on TPP; Court notice that monthly conference scheduled for 6/25 is cancelled; Next conference is on April 23rd, May 28 and July 30. Emails with trial group re: RFAs; Conference call with trial group; Call with DE; P&T Committee; DE deps in PHL; Call with GF; Letter to Scovern–Custodial rep files; Emails with Grand group and our trial group re: covering depos; P&T deps; Calls with Brody; Emails to SS and DE; Letter to Scovern enc privileged docs; Depo coverage emails re: same; Research on Joe Kupersmith; P&T research; Order on Commissions; Emails with SS re: draft letter to Brody re: Joan Reed, former Medco CFO; Call with DE; Letters to Brody re: Merck's RFA and depo of Joan Reed; | | | 30 | | 30 |
| 4/11/2009 | Review response and objections of Merck contained in Plaintiffs NOD of Rick Shalaby; TPP-Rick Shalaby depo; Calls with DE and GF; Emails with GF requesting copy of Medco Agreement; Response and objections of Merck contained in Plaintiff's NOD of Erik Halstrom; TPP Chris Haney depo; Emails from J. Gross, RFAs call; Review Merck's objection to docs; Call with Brody; Hulstrom depo review; Emails with Brody re: status of docs; Emails with group re: Medco discovery; Call re same; Medco counsel calls; | | | 25 | | 25 |

| Date | Description | | |
|---|---|---|---|
| 4/18/2009 | Emails with Brody re: status of docs; Calls re: same-RDM; Emails with group re: Medco discovery; Calls re same (RDM); Emails with Parsells er: Medco's interaction with Merck financial matters; Medco production calls; Emails with Brody re: produce docs an schedule a call; Work on P&T payments; NOD to Charles Cohen from Levy Phillips re: Janette Tavs depo; Depo Reed; Calls with Parsells; Quaid depo NYC; DE Medco Trial Transcript; Work on same; Emails with Group and Grinstein scheduling call re: Medco | 42 | 42 |
| 4/25/2009 | Emails with our group and Grinstein scheduling call;  Trip to NYC; Prepare and attend team meeting at LLF; CMC agenda for 4/23 CMC;  Calls with Grinstein; Strategy meeting with SS at LLF; Emails re: CMC; Prepare for and attend CMC: Strategy Memo to all; Follow-up P&T 1099 issues; Strategy calls; Work on trial prep docs; | 41 | 41 |
| 5/2/2009 | Letter to Franke CD of Plaintiff's production; Call with DE and GF; Review CS production; Calls with Parsells; NOD of John Harrington; Email to Parsells requesting Joan Reed's depo; Call in Federal Court-CMC; Letter to Medco Health via CM-enc subpoena; Letters to Parsells via CM-enc subpoena; Emails with our Group re: expert/strategy with RDM and EJ; | 16 | 16 |
| 5/9/2009 | Emails from GF; Trial Group call with all; Calls with CS; Emails with our Group; Calls with CS/CP; NOD for Ray Hale, William Schaefer, Donna Gulina; Email to Brody requesting outline of production; Call with Brody; Trip to Chicago-meet with Nelson, et al. re: trial; | 21 | 21 |

| Date | Description | | | Hours |
|---|---|---|---|---|
| 5/16/2009 | Response and objections of Merck's Request Contained in Plaintiff's NOD of Buomano; Prepare for Quaid depo; Emails from Grand Group re: Haney depo transcript; TPP orders; Grand Group re: Merck Medco Managed Care Agreement; Depo prep of Donnalyn Gulino; Meeting in Chicago; TPP ca; Letter to Court Reporter re: conf design of 3/27 depo of Chris Haney; Work on depo prep of deposition of William Schaefer; Stanford P&T (SS); Email from Parsells to RTD re: Reed depo; | | 33 | 33 |
| 5/23/2009 | Dep prep Hale in Chicago; Attend deposition of Ray Hale in Chicago; Review Corin Marut depo; Review letter to Court Reporter re: confidential designation of Halstrom depo; Deposition of Juliana Zajicek; Prepare and attend depo of Al Nelson in Chicago; Emails with Greinstein re: discovery; Work on same; Review Managed Care Document; | | 44 | 44 |
| 5/30/2009 | Work on response to Def's Rogs to CS/CP; Emails to our Group re: drafts of disc responses; Review Ray Hale-CS depo; Evaluate work; Review letter to court reporter re: confidential designation depo of Shalaby;  Scheduling a call with Court on P&T; Emails with Brody re: Judge call; Review subpoena for Charles Braddock; Work on experts; Federal Court CMC-attend by telephone; | | 17 | 17 |

| Date | Description | | | | | Hours |
|---|---|---|---|---|---|---|
| 6/6/2009 | Plaintiff's expert reports; Work on expert; Emails re: Nelson depo; Circulate all trial deps; Call with trial counsel RDM and EMJ; P&T call with Court; Calls with Brody; SS calls with DE-payments; Review client; Review with Frogge; Prepare for call with Court re: P&T Proposed order; Emails with our group and Brody re: Merck payment Order PT: Work on order with Court; Work with Brody; Review letter to Court reporter re: confidential designation of Tavs depo; Emails with Brody re: conf call with Judge; Call with Judge Higbee; Prepare submitted propose order to Court; | | | 22 | | 22 |
| 6/13/2009 | Merck's Responses and Objections to confidential designation of depo of Buonnano; Review Harrington depo; Review letter to Court report re: confidential designation depo of Harrington Subpoena Dr. Braddock; | | | 6 | | 6 |
| 6/20/2009 | Letter to Franke enc Hales' Depo/Errata Sheet;  Review and prepare Bellwether responses to RFP Rogs; Emails with Group re: highlights from TPP meeting (from SS); Work on experts with EJ/call with DE; | | | 13 | | 13 |

| Date | Description | | | | | | | Hours |
|---|---|---|---|---|---|---|---|---|
| 6/27/2009 | CS's Response to Merck's First Set of Rogs; Emails with Group; Calls with Schultz; Call to Court re: Orders; Emails with Brody re: production; Meet and confer; Emails with Group and Schultz re: case selection; Calls with Court; Review Court's Discovery Order; Letter to Golkow and prepare Errata Sheet for Hale; Attend Federal Court conference by phone; Trial counsel call re: CS/CP strategy; Emails with our Group re: call with Brody, Judge Higbee Order re: production of docs/physician members, etc. | | | 22 | | | | 22 |
| 7/4/2009 | Calls with RDM and EJ, et al.; Vioxx TPP Expert Report, Work on same; Work on experts and EJ/RDM; Return Hale depo to Court Reporting; | | | 17 | | | | 17 |
| 7/11/2009 | Letter to Brody; Meet and Confer; Work on Experts; Letter from Parsells enc P&T docs; Work on Motion to Compel; Letter to Parsells re: served subpoena responses overdue, etc.; Notice of Motion to Compel Production of Documents, Certification of RTD in Support of Plaintiff's Motion to Compel Production of Documents; Emails with Parsells and Medco re: production; Review new P&T docs; Letter to Scovern; Calls with SS; | | | 30 | | | | 30 |
| 7/18/2009 | Letter to Scovern enc Merck production re P&T Committee members/depositions of same; Prepare and file Motion to Temporarily Suspend Motion to Compel & Proposed Order–Parsells; Emails with EMJ re: filing; Email with Parsells re: filing; Letter from Franke enc letter received from Charles Lee; Call with CS/Lee; | | | 10 | | | | 10 |

| | | 314 | 2 | 69 | 1163 | 2 | 6 | 1548 |
|---|---|---|---|---|---|---|---|---|
| 7/25/2009 | Letter to Court Reporter re: Hale depo; Merck-additional production of documents; | | | | 2 | | | 2 |
| 8/1/2009 | Court letter cancelling 7/30 CMC; Email with SS re: Brody and P&T production; Work on experts/P&T; Depositions; Call with Cohen; Letters to Brody; Expert depos complete; Federal Court CMC by telephone; Work on dispo motions/research; | | | | 6 | | 6 | 6 |
| 8/8/2009 | | | | | | | | |
| 8/15/2009 | | | | | | | | |
| 8/22/2009 | | | | | | | | |
| 8/29/2009 | | | | | | | | |
| 9/5/2009 | | | | | | | | |
| 9/12/2009 | | | | | | | | |
| 9/19/2009 | | | | | | | | |
| **Total** | | 314 | 2 | 69 | 1163 | 2 | 6 | 1548 |

## Hovde Dassow & Deets, LLC
## Central States/Central Pennsylvania
### All Transactions

| Type | Date | Num | Name | Source Name | Memo | Amount |
|---|---|---|---|---|---|---|
| Check | 05/01/2007 | 10885 | Vioxx:Central States | Federal Express | Vioxx:Central States | $11.63 |
| Check | 05/01/2007 | 10897 | Vioxx:Central States | Federal Express | Central States:,Vioxx | $17.29 |
| Check | 05/14/2007 | 10926 | Vioxx:Central States | Federal Express | Vioxx Central States | $17.29 |
| Check | 05/14/2007 | 10926 | Central Penn–Teamsters:V | Federal Express | Vioxx Central Penn | $17.29 |
| Check | 06/01/2007 | 10976 | Central Penn–Teamsters:V | Federal Express | Vioxx:Central Penn | $17.06 |
| Check | 10/15/2007 | 11221 | Vioxx:Central States | Robert T. Dassow | Vioxx:Central States - mileage | $128.10 |
| Check | 10/17/2007 | 11225 | Vioxx:Central States | BKD, LLP | Vioxx:Central States-BKD Bill (Damage Expert) | $2,575.00 |
| Check | 11/20/2007 | 11714 | Vioxx:Central States | Capital One | Vioxx:Central States - US Air | $84.70 |
| Check | 11/20/2007 | 11714 | Vioxx:Central States | Capital One | Vioxx:Central STates - hotel | $181.83 |
| Check | 01/17/2008 | 11913 | Vioxx:Central States | PK Capital, LLC | Central States/Vioxx:  Flight | $1,250.00 |
| Check | 01/23/2008 | 11925 | Vioxx:Central States | Capital One | Vioxx: Central States:  US Air 11/20/07 | $370.80 |
| Check | 01/23/2008 | 11925 | Vioxx:Central States | Capital One | Vioxx: Central States:  ACY (hotel) | $318.06 |
| Check | 01/23/2008 | 11926 | Vioxx:Central States | American Express | Vioxx:Central States- Hotel NYC 11/16/07 | $256.43 |
| Check | 01/23/2008 | 11926 | Vioxx:Central States | American Express | Vioxx:Central States-Hotel NYC 11/18/07 | $386.13 |
| Check | 01/23/2008 | 11926 | Vioxx:Central States | American Express | Vioxx:Central States- US Air 12/5/07 | $100.00 |
| Check | 01/23/2008 | 11926 | Vioxx:Central States | American Express | Vioxx:Central States-rental car 12/5/07 | $169.98 |
| Check | 02/10/2008 | 11985 | Vioxx:Central States | BKD, LLP | Vioxx:Central States-BKD Bill | $1,250.00 |
| Check | 05/06/2008 | 12311 | Vioxx:Central States | BKD, LLP | Inv# 442633 | $1,952.50 |
| Check | 05/29/2008 | 12507 | Vioxx:Central States | American Express | Vioxx: Central States - flight (NYC) | $1,149.85 |
| Check | 08/21/2008 | 13151 | Vioxx:Central States | American Express | Vioxx: Central States (meals) | $123.04 |
| Check | 09/02/2008 | 13223 | Vioxx:Central States | American Express/RTD | Vioxx:Central States (Flight-NJ, Hotel, Cab) | $1,741.88 |
| Check | 09/04/2008 | 13247 | Vioxx:Central States | Federal Express | Vioxx:Central States | $24.52 |
| Check | 09/09/2008 | 13249 | Central Penn–Teamsters:V | Federal Express | Vioxx: Central Penn | $24.52 |
| Check | 10/07/2008 | 13383 | Vioxx:Central States | Dassow & Associates, P.C. | Vioxx: Central States - flight (NJ/NY), car, meals | $2,091.37 |
| Check | 10/31/2008 | 13513 | Vioxx:Central States | American Express | Vioxx:Central States/Central Penn | $162.78 |
| Check | 11/26/2008 | 13632 | Vioxx:Central States | American Express | Vioxx:Central States (Flight, Cabs,Mileage, and Parking) S.F. Trip 11/17/08–11/20/0 | $1,138.54 |
| Check | 11/26/2008 | 13634 | Vioxx:Central States | Robert T. Dassow | Vioxx: Central States - Cabs/Parking/Mileage | $26.90 |
| Check | 11/26/2008 | 13632 | Central Penn–Teamsters:V | American Express | Vioxx:Central Penn (Hotel) S.F. Trip 11/17/08–11/20/08 | $136.15 |
| Check | 11/26/2008 | 13634 | Central Penn–Teamsters:V | Robert T. Dassow | Vioxx:Central Penn-Cabs/Parking/Mileage | $26.91 |
| Check | 11/26/2008 | 13635 | Central Penn–Teamsters:V | Dassow & Associates, P.C. | Vioxx: Central Penn=flight (NJ) | $592.00 |
| Check | 12/19/2008 | 13800 | Vioxx:Central States | Capital One | Vioxx:Central States - Hotel, Conf Room, Flight (Trip to ACY/NYC 11/29/08-12/01/0 | $1,352.70 |
| Check | 12/19/2008 | 13803 | Vioxx:Central States | American Express | Vioxx: Central States:  Rental Car for Trip to ACY/NYC 11/29/08–12/01/08 | $26.34 |
| Check | 01/05/2009 | 13818 | Vioxx:Central States | Federal Express | Vioxx: Central States - Rec Susanne Scovern | $42.08 |
| Check | 01/16/2009 | 13899 | Vioxx:Central States | Dassow & Associates, P. C. | Vioxx: Central States -Trip to Ann Arbor - Dr. Lucchesi 01-13-09  (Flight/Taxi) | $570.50 |
| Check | 01/20/2009 | 13908 | Vioxx:Central States | Federal Express | Vioxx: Central States: Rec: Stephen Brody | $19.88 |
| Check | 01/20/2009 | 13908 | Vioxx:Central States | Federal Express | Vioxx: Central States: Rec: Jeffrey Grand | $20.96 |
| Check | 01/20/2009 | 13908 | Vioxx:Central States | Federal Express | Vioxx: Central States: Rec: Susanne Scovern | $23.79 |
| Check | 01/27/2009 | 13949 | Vioxx:Central States | Federal Express | Vioxx: Central States-Rec Stephen Brody | $20.05 |

EXHIBIT 2

## Hovde Dassow & Deets, LLC
### Central States/Central Pennsylvania
#### All Transactions

| Type | Date | Num | Name | Source Name | Memo | Amount |
|------|------|-----|------|-------------|------|--------|
| Check | 01/27/2009 | 13949 | Vioxx:Central States | Federal Express | Vioxx: Central States--Rec Jeffrey Grand | $21.15 |
| Check | 01/27/2009 | 13949 | Vioxx:Central States | Federal Express | Vioxx: Central States--Rec Susanne Scovern | $24.12 |
| Check | 01/27/2009 | 13949 | Vioxx:Central States | Federal Express | Vioxx: Central States--Rec Stephen Brody | $20.05 |
| Check | 01/27/2009 | 13949 | Vioxx:Central States | Federal Express | Vioxx: Central States--Rec Jeffrey Grand | $21.15 |
| Check | 01/27/2009 | 13949 | Vioxx:Central States | Federal Express | Vioxx: Central States--Rec Susanne Scovern | $24.12 |
| Check | 01/27/2009 | 13956 | Vioxx:Central States | Federal Express | Vioxx: Central States: Rec Stephen Brody | $20.05 |
| Check | 01/27/2009 | 13956 | Vioxx:Central States | Federal Express | Vioxx: Central States: Rec Jeffrey Grand | $21.15 |
| Check | 02/05/2009 | 14012 | Vioxx:Central States | Federal Express | Vioxx: Central States (Scovern) | $21.24 |
| Check | 02/05/2009 | 14012 | Vioxx:Central States | Federal Express | Vioxx: Central States (Brody) | $20.05 |
| Check | 02/05/2009 | 14012 | Vioxx:Central States | Federal Express | Vioxx: Central States (Scovern) | $21.24 |
| Check | 02/05/2009 | 14012 | Vioxx:Central States | Federal Express | Vioxx: Central States (Grand) | $21.15 |
| Check | 02/05/2009 | 14012 | Vioxx:Central States | Federal Express | Vioxx: Central States (Brody) | $36.17 |
| Check | 02/05/2009 | 14012 | Vioxx:Central States | Federal Express | Vioxx: Central States (Grand) | $21.15 |
| Check | 02/05/2009 | 14012 | Vioxx:Central States | Federal Express | Vioxx: Central States (Scovern) | $21.24 |
| Check | 03/05/2009 | 14098 | Vioxx:Central States | Federal Express | Vioxx: Central States | $18.84 |
| Check | 03/05/2009 | 14110 | Vioxx:Central States | Federal Express | Vioxx: Central States | $22.66 |
| Check | 03/05/2009 | 14110 | Vioxx:Central States | Federal Express | Vioxx: Central States | $16.28 |
| Check | 03/05/2009 | 14110 | Vioxx:Central States | Federal Express | Vioxx: Central States | $30.30 |
| Check | 03/05/2009 | 14110 | Central Penn--Teamsters;V | Federal Express | Vioxx: Central Penn | $22.66 |
| Check | 03/05/2009 | 14110 | Central Penn--Teamsters;V | Federal Express | Vioxx: Central Penn | $33.99 |
| Check | 03/05/2009 | 14110 | Central Penn--Teamsters;V | Federal Express | Vioxx: Central Penn | $19.87 |
| Check | 03/23/2009 | 14162 | Vioxx:Central States | Dassow & Associates, P.C. | Vioxx: Central States-- 3/11-3/12 2 nights-Flights | $1,587.00 |
| Check | 03/23/2009 | 14162 | Vioxx:Central States | Dassow & Associates, P.C. | Vioxx-Central States--Flights 2/24/09-2/26/09-NCY to ACY to ACY to NCY to ACY | $1,306.66 |
| Check | 03/23/2009 | 14163 | Vioxx:Central States | Capital One | Vioxx:Central States--hotel 2/24/09-2/26/09 | $249.34 |
| Check | 03/24/2009 | 14197 | Vioxx:Central States | Federal Express | Vioxx: Central States | $20.25 |
| Check | 03/25/2009 | 14204 | Vioxx:Central States | American Express | Vioxx:Central St-Hotel 3-11-09 - Chicago 3-12-09 | $877.53 |
| Check | 03/31/2009 | 14238 | Vioxx:Central States | Robert T. Dassow | 3/11/09-3/12/09 Taxis/Meals | $246.34 |
| Check | 04/09/2009 | 14264 | Vioxx:Central States | UPS | Vioxx: Central States | $4.78 |
| Check | 04/09/2009 | 14269 | Vioxx:Central States | BKD, LLP | Vioxx: Central States | $1,603.75 |
| Check | 04/14/2009 | 14282 | Vioxx:Central States | Federal Express | Vioxx: Central States | $40.68 |
| Check | 04/14/2009 | 14287 | Vioxx:Central States | Veritext New York Reporting Co. | Vioxx: Central States - Certified Transcript, Copying, Exhibits | $1,290.70 |
| Check | 04/28/2009 | 14345 | Vioxx:Central States | American Express | Vioxx: Central States Hotel Chicago 3/24-25/09 Credit | -$194.25 |
| Check | 04/28/2009 | 14345 | Vioxx:Central States | American Express | Vioxx: Central States Hotel ACY 3/25-26 | $335.23 |
| Check | 05/20/2009 | 1016 | Vioxx:Central States | Federal Express | Vioxx: Central States | $13.72 |
| Check | 05/20/2009 | 1018 | Vioxx:Central States | Accurint | Vioxx: Central States - Person Search Joel Kupersmith | $1.85 |
| Check | 05/20/2009 | 1018 | Vioxx:Central States | Accurint | Vioxx: Central States - Person Search  Joel Kupersmith | $1.85 |
| Check | 06/04/2009 | 1027 | Vioxx:Central States | American Express | Central STAtes Vioxx: NY Flight 4-20-09 | $435.08 |
| Check | 07/16/2009 | 1121 | Vioxx:Central States | Federal Express | Vioxx: Central States: Franke, Gary | $23.19 |
| Check | 08/11/2009 | 1134 | Vioxx:Central States | Federal Express | Vioxx: Central States | $23.00 |

Hovde Dassow & Deets, LLC
Central States/Central Pennsylvania
All Transactions

| Type | Date | Num | Name | Source Name | Memo | Amount |
|------|------|-----|------|-------------|------|--------|
| Check | 08/25/2009 | 1167 | Vioxx:Central States | Dr. Ben Lucchesi | Vioxx:CS - General: Dr. Lucchesi-expert fee | $5,000.00 |
| **Total** | | | | | | **$31,762.28** |
| Mileage: | | | | | | |
| Check | 2/10/2007 | | Vioxx:Central States | Robert T. Dassow | Vioxx:Central States Mileage CVG (320) | $155.20 |
| Check | 2/24/2007 | | Vioxx:Central States | Robert T. Dassow | Vioxx:Central States Mileage CVG (320) | $155.20 |
| Check | 4/7/2007 | | Vioxx:Central States | Robert T. Dassow | Vioxx:Central States Mileage CVG (320) | $155.20 |
| Check | 4/21/2007 | | Vioxx:Central States | Robert T. Dassow | Vioxx:Central States Mileage Columbus, IN (104) | $50.44 |
| Check | 8/16/2008 | | Vioxx:Central States | Robert T. Dassow | Vioxx:Central States Mileage Chicago (340) | $171.70 |
| Check | 1/10/2009 | | Vioxx:Central States | Robert T. Dassow | Vioxx:Central States Mileage Chicago (340) | $187.00 |
| **Total** | | | | | | **$874.74** |
| | | | | | HDD, LLC Total Expenses | $32,637.02 |

Reporting Period:
From 9-25-2006
To 9-15-2009        Firm Name: Hovde Dassow & Deets LCC

| IN RE THE VIOXX LITIGATION<br>This Document Relates to All Cases<br>SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – ATLANTIC COUNTY<br>CASE 619<br>CIVIL ACTION | |
|---|---|
| CLIENT COSTS/EXPENSES | TOTAL |
| Telefax charges | 0 |
| Postage, shipping, courier, certified mail | 0 |
| Printing and photocopying (in-house) 161,198 at (.25) See Exhibit "D" | $40,299.50 |
| Computerized research – Lexis/Westlaw | 0 |
| Telephone -- long distance (actual charges only) | 0 |
| Travel, Expenses, etc.  See Exhibit "2" | $32,637.02 |
| Secretarial and clerical overtime | 0 |
| TOTAL COSTS | $72,936.52 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_____            9-16-11
Signature                                                    Date

EXHIBIT 3

Total Pages Printed/Copied for HDD, LLC

|  | Pages |
|---|---|
| Merck Production | 13244 |
| Plaintiff Production | |
| (Including Summaries, Drug Plans, | 15309 |
| Formularies, Claims 1998-2006) | |
| Merck Custodial Files Production | 130317 |
| Depositions | 2328 |
| | 161198 |

# EXHIBIT B

# SUBMISSION OF
# W. MARK LANIER

W. Mark Lanier, Esq.
THE LANIER LAW FIRM, P.C.
6810 FM 1960 West
Houston, TX 77069
Telephone: 713.659.5200
Facsimile: 713.659.2204

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX LITIGATION | ) | |
| | ) | MDL Docket No. 1657 |
| This Document Relates to All Cases | ) | Section L |
| | ) | |
| | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |
| | ) | |
| | ) | **AFFIRMATION OF W. MARK LANIER** |
| | ) | |
| | ) | New Jersey TPP- Central States/Central |
| | ) | Pennsylvania Common Benefit Application |

W. MARK LANIER, being duly sworn, deposes and says:

1.      I own The Lanier Law Firm, PC and PLLC (collectively, "LLF") and I submit this affirmation pursuant to P.T.O. 57 in conjunction with Hovde, Dassow & Deet's ("HDD") application for an award of common benefit fees, and to receive a common benefit award for LLF's work as HDD's co-counsel and local counsel in the private Third Party Payor ("TPP") litigation against Merck & Co., Inc. ("Merck") litigated before Judge Carol Higbee in New Jersey.

2.      Due to LLF's extensive and early involvement in the Vioxx litigation, dating back to 2002, and due to LLF's lead role in trying the nation's first Vioxx case which resulted in a $253 million verdict, HDD associated with LLF to seek recovery on behalf of private Third Party Payors who alleged that they suffered monetary damages arising from Merck's alleged consumer fraud.

3.      Throughout the Vioxx litigation in general, LLF was a leader amongst plaintiffs' firms within the New Jersey coordinated Vioxx litigation.  Indeed, LLF tried two of the four individual actions that Judge Higbee presided over.

4.      As this Court may recall, LLF incurred significant time, labor and financial risk prosecuting Vioxx personal injury cases and beneficially impacting Vioxx claimants nationally. Over five years,  LLF expended over $12 million to advance the Vioxx litigation, with approximately $7.5 million submitted for common benefit reimbursement. LLF worked 33,598.00 hours attributed to personal injury cases, amounting to nearly $13 million in billable time attributed to the common benefit of all Vioxx claimants, performing many complex, including: (a) prosecuting three trials with national implications; (b) engaging in extensive discovery including the review and analysis countless pages of discovery and the creation of trial exhibit lists which served as an outline for future trials; (c) retaining and collaborating with significant experts in cardiology, pharmacology, general medicine, and biostatisticians; (d) taking eight key depositions of Merck's senior management who were involved in the production, marketing and labeling associated with Vioxx, and three depositions of other integral witnesses (portions of these LLF depositions were used in most every trial) and provided critical assistance with the Topal deposition taken by the PSC[1]; (e) conducting trial science work for the Beasley Allen firm in the Federal Case that was tried to a hung jury in Houston; (f) creating a sophisticated databases to analyze and retrieve information relevant to class proof in the

---

[1] (1) Peter Kim – the President of Merck Research Labs who succeeded Dr. Edward Scolnick; (2) Raymond Gilmartin – Merck's former C.E.O.; (3) David Anstice – Merck's President of Human Health; (4) Edward Scolnick – Merck's former President of Merck Research Labs; (5) Alise Reicin – Senior Merck Scientist; (6) Louis Sherwood – Senior V.P. for Medical and Scientific Affairs; (7) James Fries, M.D. – Stanford University Medical School Professor; and (8) Nancy Santanello – Executive Director, Epidemiology Department of Merck Research Labs. Additionally, Richard D. Meadow, the managing attorney of LLF's New York office, personally participated in the taking of the following depositions: (9) Peter Kim (day 2); (10) Raymond Gilmartin (day 2); (11) Wendy Dixon – former Merck Vice President of Marketing; (12) Wayne Ray – Vanderbilt University Professor and Epidemiologist; and (13) Benedict Lucchesi – University of Michigan Researcher, Professor and Pharmacologist.

litigation; (g) briefing countless motion oppositions; and (h) corresponding and meeting with counsel and with the Court.

5.      LLF's significant contributions in the Vioxx litigation benefited personal injury claimants nationwide, but also served to benefit the private Third Party Payors who, but for the efforts of firm's like LLF, may not have ever received a settlement, or would likely have received less than that which was ultimately recovered.

6.      However, moving beyond the varied roles played by LLF within the context of the personal injury litigation – which work inured to the common benefit of the private TPP plaintiffs – LLF additionally devoted altogether separate hours of legal work to the private TPP litigation.  In doing so, attorneys from LLF often attended telephonic and in-person meetings, discovery strategy sessions, expert witness preparation, as well as numerous conferences before Judge Higbee both before and after the resolution of the personal injury actions.

7.      Collectively, three LLF attorneys devoted not less than 393.20 hours to the TPP litigation.  These are hours that were not previously submitted as part of LLF's Common Benefit Application submitted in connection with the Vioxx personal injury settlement.  LLF's hourly submission is annexed to this affirmation as Exhibit A and sets forth the hours by attorney at the same established hourly rates previously approved within the Vioxx MDL's arduous fee allocation process.

8.      As one of the leading national law firms within the Vioxx litigation, and one of the few significant personal injury contributors who also played a role in the private TPP litigation, LLF is properly due a separate common benefit award that rewards the firm for undertaking its co-counsel role in the TPP litigation which proved to be extremely difficult with

3

attendant financial risks and expenses.  In making this application for the limited hours submitted

herewith, LLF is waiving any expenses potentially attributable to the private TPP litigation.

     I AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING
STATEMENTS ARE TRUE AND CORRECT.

September 16, 2011

 

_____

W. Mark Lanier
The Lanier Law Firm
6810 FM 1960 West 77069
Houston, TX 77269

4

The Lanier Law Firm, PLLC
Vioxx TPP Time Tracking

Richard D. Meadow

DATES: 9/25/06-9/15/09

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial | Appeal | Settlement | Total |
|---|---|---|---|---|---|---|---|---|
| 9/8/2006 | Attended CMC | 8 | | | | | | |
| 10/5/2006 | Attended CMC Teleconference | 1.5 | | | | | | |
| 10/10/2006 | Attended CMC Teleconference | 1.5 | | | | | | |
| 10/24/2006 | Attended CMC | 8 | | | | | | |
| 1/4/2007 | Attended CMC | 8 | | | | | | |
| 3/29/2007 | Attended CMC | 8 | | | | | | |
| 4/7/2007 | Conference call with Dassow, Evan Janush re: TPP evaluation and trial | 0.5 | | | | | | |
| 6/1/2007 | Attended CMC | 8 | | | | | | |
| 6/28/2007 | Attended CMC | 8 | | | | | | |
| 8/1/2007 | Attended CMC | 8 | | | | | | |
| 9/30/2007 | Attended CMC | 8 | | | | | | |
| 9/22/2007 | Meeting with Dassow in NY with Evan Janush, MPF SOPs, Merck Communication with IRS; Medco Order; Work on Experts re: Medco with SS and DE; Call with Evan Janush; | | | | 7 | | | |
| 10/13/2007 | Strategy Conference with Mark Lanier, Richard D. Meadow, DE, GF; Strategy conference; Meeting in CVG re: CS/CP; Discussions with Richard D. Meadow and DE re: CS; | | | | 3 | | | |
| 12/5/2007 | Attended CMC | 8 | | | | | | |
| 12/8/2007 | Strategy Conference Call with Dassow | 0.8 | | | | | | |
| 3/20/2008 | Attended CMC | 8 | | | | | | |
| 3/22/2008 | Meeting with Dassow re: trial team evaluations with Evan Janush | 4 | | | | | | |
| 4/12/2008 | Telephone Call with Dassow and Mark Lanier | 0.5 | | | | | | |
| 4/15/2008 | Attended CMC | 8 | | | | | | |
| 5/31/2008 | Strategy Conference with Dassow and Evan Janush; Work on Experts with Evan Janush | 6 | | | | | | |
| 6/5/2008 | Attended CMC | 8 | | | | | | |
| 6/7/2008 | Meeting at Lanier's office with Dassow and Evan Janush; TPP Call | 0.2 | | | | | | |
| 6/21/2008 | Strategy Conference with Dassow and Evan Janush in NYC; reviewed custodial productions | 5 | | | | | | |
| 8/2/2008 | Telephone call with Dassow and Evan Janush re: strategy conference | | | 1.5 | | | | |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 8/23/2008 | Telephone Call with Dassow and Evan Janush re: discovery conferences; emails/discovery conferences with Dassow and Evan Janush | | | | | 5 |
| 9/27/2008 | Strategy Conference in NYC Lanier office Dassow and Evan Janush | | | | | 5 |
| 11/15/2008 | Worked on experts with Dassow and Evan Janush | 2.9 | | | | |
| 12/6/2008 | Strategy call with Dassow and Evan Janush | | | | | 3 |
| 12/20/2008 | Telephone call with Dassow and Evan Janush trial prep | 1.5 | | | | |
| 1/10/2009 | Telephone Conference with Dassow and Evan Janush re: summary plans/trial plan | | | | | 1.5 |
| 1/17/2009 | Strategy conference call with Dassow and Evan Janush; Review of custodial rep production; Reed-supp; Supp. Production from Dassow with Evan Janush; Telephone call with Dassow and Evan Janush with court re: trial | | | | | 5 |
| 1/24/2009 | Telephone Call with Dassow and Evan Janush re: discovery order | | | | | 4.8 |
| 1/31/2009 | Meeting with Dassow, Evan Janush and Mark Lanier re: document production | | | | | 2 |
| 2/7/2009 | Telephone Call with Dassow, Richard Meadow and Evan Janush re: experts | | | | | 3 |
| 2/14/2009 | Telephone Call with Dassow and Richard Meadow re: Motion | | | | | 1.5 |
| 2/21/2009 | Telephone Call with Dassow, and Evan Janush re: experts | | | | | 3 |
| 3/7/2009 | Telephone Call with Dassow, Evan Janush, re: research; work on experts with Evan Janush | | | | | 9 |
| 3/14/2009 | Telephone Call with Dassow and Evan Janush re: damage expert; depo strategy with Evan Janush | | | 10 | | |
| 3/25/2009 | Receipt and review of Merck 1st set on interrogatories to plaintiff 3rd party payor cases | | | | | 3.5 |
| 3/28/2009 | Telephone call with Dassow, Richard Meadow and Evan Janush re: discovery | | | 1.5 | | |
| 4/18/2009 | Telephone call with Dassow and Richard Meadow re: Medica discovery | | | | | 8 |
| 4/23/2009 | Attended CMC | | | | | 8 |
| 4/25/2009 | Meeting with Dassow trial strategy | | | | | 6 |
| 5/2/2009 | Emails from Dassow re: expert/strategy with Evan Janush | | | | | 8 |

| Date | Description | | | | Hours |
|---|---|---|---|---|---|
| 5/28/2009 | Attended CMC | 8 | | | |
| 6/6/2009 | Telephone Call with Dassow, Richard Meadow and Evan Janush re: experts | 0.3 | | | |
| 6/20/2009 | Worked on experts with Dassow, Richard Meadow and Evan Janush | | 2.5 | | |
| 7/4/2009 | Telephone call with Dassow and and Evan Janush re: Vioxx TPP expert report; review experts with Dassow, and Evan Janush | | | | 3.5 |
| 7/18/2009 | Emails with Dassow and Evan Janush re: filing motion to temporarily suspend motion to compel | | | | 4.6 |
| Total Attorney Time | | | | | 238.6 |
| at $450.00 an hour | | | | | $107,370.00 |

The Lanier Law Firm, PLLC

Vioxx TPP Time Tracking

Evan Janush

DATES: 9/25/06-9/15/09

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial | Appeal | Settlement | Total |
|---|---|---|---|---|---|---|---|---|
| 4/7/2007 | Conference call with Dassow, Richard Meadow re; TPP evaluation and trial | 0.5 | | | | | | |
| 6/1/2007 | Attended CMC | 8 | | | | | | |
| 9/22/2007 | Meeting with Dassow in NY with Richard D. Meadow, MPF SOPs; Merck Communication with IRS; Medco Order; Work on Experts re: Medco with SS and DE; Call with Richard D. Meadow; | | | | 7 | | | |
| 10/13/2007 | Strategy Conference with Mark Lanier, Richard D. Meadow, DE, GF; Strategy conference; Meeting in CVG re: CS/CP; Discussions with Richard D. Meadow and DE re: CS; | 3 | | | | | | |
| 12/5/2007 | Attended CMC | 8 | | | | | | |
| 12/8/2007 | Strategy Conference Call with Dassow | 0.8 | | | | | | |
| 3/22/2008 | Meeting with Dassow in NYC Lanier, re: trial team evaluations; Richard Meadow; | 4 | | | | | | |
| 4/12/2008 | Telephone Call with Dassow, Mark Lanier, Richard Meadow | 0.5 | | | | | | |
| 5/31/2008 | Strategy Conference with Richard D Meadow; Work on Experts with Richard Meadow | 6 | | | | | | |
| 6/7/2008 | Meeting at Lanier's office with Richard Meadow and Dassow; TPP Call | 0.2 | | | | | | |
| 6/21/2008 | Strategy Conference with Richard Meadow and Dassow in NYC; reviewed custodial productions | 5 | | | | | | |
| 8/2/2008 | Telephone call with Dassow and Richard Meadow re: strategy conference | | | 1.5 | | | | |

| Date | Description | | | |
|---|---|---|---|---|
| 8/23/2008 | Telephone Call with Dassow and Richard Meadow re: discovery conferences; emails/discovery conferences with Richard Meadow | 5 | | |
| 9/27/2008 | Strategy Conference in NYC Lanier office Dassow and Richard Meadow | 5 | | |
| 11/15/2008 | Worked on experts with Dassow and Richard Meadow | | 2.9 | |
| 12/6/2008 | Strategy call with Dassow, Richard Meadow | 3 | | |
| 12/20/2008 | Telephone call with Dassow and Richard Meadow trial prep | | 1.5 | |
| 1/10/2009 | Telephone Conference with Dassow and Richard Meadow re: summary plans/trial plan | 1.5 | | |
| 1/17/2009 | Strategy conference call with Dassow and Richard Meadow; Review of custodial rep production: Peed-supp; Supp. Production from Dassow with Richard D Meadow; Telephone call with Dassow and Richard Meadow with court re: trial | 5 | | |
| 1/24/2009 | Telephone Call with Dassow and Richard Meadow re: discovery order | 4.8 | | |
| 1/31/2009 | Meeting with Dassow, Richard Meadow and Mark Lanier re: document production | 2 | | |
| 2/7/2009 | Telephone Call with Dassow, Richard Meadow and Evan Janush re: experts | 3 | | |
| 2/14/2009 | Telephone Call with Dassow and Richard Meadow re: Motion | 1.5 | | |
| 2/21/2009 | Telephone Call with Dassow, Richard Meadow re: experts | 3 | | |
| 3/7/2009 | Telephone Call with Dassow, Richard Meadow, re: research); work on experts with Richard Meadow | 9 | | |
| 3/14/2009 | Telephone Call with Richard Meadow and Dassow re: damage expert; depo strategy with Richard Meadow and Dassow | | 10 | |
| 3/21/2009 | Conference Call with Dassow re: 3rd party subpoena; Telephone call regarding filing of 10 subpoenas received from Dassow | | 5 | |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 3/25/2009 | Receipt and review of Merck 1st set on interrogatories to plaintiff 3rd party payor cases | 3.5 | | | | |
| 3/28/2009 | Telephone call with Dassow re: discovery | | | 1.5 | | |
| 4/18/2009 | Telephone call with Dassow and Richard Meadow re: Medco discovery | 8 | | | | |
| 4/25/2009 | Meeting with Dassow re: trial strategy | 8 | | | | |
| 5/2/2009 | Emails from Dassow re: expert/strategy with Richard Meadow | 8 | | | | |
| 5/28/2009 | Attended CMC | 8 | | | | |
| 6/6/2009 | Telephone Call with Dassow, Richard Meadow re: experts | 0.3 | | | | |
| 6/20/2009 | Worked on experts with Dassow and Richard Meadow | | 2.5 | | | |
| 7/4/2009 | Telephone call with Richard Meadow and Dassow re: Vioxx TPP expert report; review experts with Dassow, Richard Meadow | | | | 3.5 | |
| 7/18/2009 | Emails with Dassow re: filing motion to temporarily suspend motion to compel | | | | 4.6 | |
| Total Attorney Time | | | | | 154.6 | |
| at $325.00 per hour | | | | | $50,245.00 | |

# EXHIBIT C

# SUBMISSION OF
# SUSANNE N. SCOVERN

Audet & Partners, LLP
Vioxx Time Tracking
Susanne Scovern
9/25/06-9/15/09

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial | Appeal | Settlement | Total |
|---|---|---|---|---|---|---|---|---|
| 9/9/2006 | | | | | | | | 0 |
| 9/11/2006 | | | | | | | | 0 |
| 9/23/2006 | | | | | | | | 0 |
| 10/7/2006 | Review; analyze; circulate Teamsters v. Merck and Central States complaints; prepare for and attend CMC | 3 | | 2 | | | | 5 |
| 10/14/2006 | | | | | | | | 0 |
| 10/28/2006 | Prepare for and attend CMC | 2 | | | | | | 2 |
| 11/4/2006 | | | | | | | | 0 |
| 11/11/2006 | Meeting/strategy conference with RD, DE and GF re CS & CP | | 2 | | | | | 2 |
| 11/18/2006 | Comms w/ counsel re Central States Order; strategy; review/analyze discovery responses; analysis of Judge's position re applicable law; Draft and Revise CS and CP re: RFP and RFA with DE and RD; Discuss; | | | 4 | | | | 4 |
| 11/25/2006 | Cont Draft and Prepare RFP and RFA; File RFP and RFA; Call with DE and RD; Letter to Defendants; Prepare Letter to Judge Higbee send to RD to review; Letter to Judge Higbee-relief from her Order of 11/17/06 to conduct discovery; Call with DE, GF, and RD; Comms w/ counsel re discovery; | | | 5 | | | | 5 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 12/2/2006 | Review Letter to Judge Higbee from Merck re: stay of discovery and order; Prepare for and attend Vioxx CMC; Higbee Order- Merck granted leave to answer; Stay on all other Proceedings pending International | 1 | | 3 | | 4 |
| 12/16/2006 | Comms w/ counsel re case analysis. | 3 | | | | 3 |
| 12/23/2006 | Review discovery demands | | | 2 | | 2 |
| 12/30/2006 | | 4 | | | | 4 |
| 1/6/2007 | Comms w/ counsel re oppose Def. Mtn for Protective Order; Email to RTD prepare argument re: Merck's protective order at CMC; Phone call with DE/RD; | 6 | | 1 | | 1 |
| 1/13/2007 | Research and circulate 1999 FTC decision re Merck/Medco; comms w/ counsel re same; comms re expert ; Prepare for and attend CMC; Calls with Meadow, DE and RD; Defendant's Motion for Protective Order; Review letter to Court; Depositions; Comm w/E. Relkin-Medco; Review 1999 FTC decision with team | 6 | | | | 6 |
| 1/20/2007 | Circulate and analyze case summary; deposition reviews; | | | 2 | | 2 |
| 1/27/2007 | | | | | | 0 |
| 2/3/2007 | Analyze report re NSAID trials; prepare agendas re discovery tasks; comms w/ counsel re agenda; conference call re same; comms w/ counsel re strategy; comms w/ counsel re protective order; upcoming CMC; Analysis of Medco production | 1 | 2 | 5 | | 8 |
| 2/10/2007 | Comms w/ counsel re MTC; Evaluate 1099 P& T Issues with Dassow, CS, and Ewing re: Merck Documents; | | | 2 | | 2 |

| Date | Description | | | | |
| --- | --- | --- | --- | --- | --- |
| 2/17/2007 | Continued analysis of Regional Business Manager Custodial File; comms w/ co-counsel following deposition; review financials re Medco ; Evaluate 1099 P&T issues with Dassow and CS | | | 3 | 3 |
| 2/24/2007 | P&T issues with Dassow, CS, and Ewing re: Merck Documents; | | | 3 | 3 |
| 3/10/2007 | 1099 P&T Committee issue and prescribers for CS and CP | | | 2 | 2 |
| 3/24/2007 | Comms w/counsel re upcoming CMC; Prepare for and attend Vioxx Call with Judge Higbee; Request status call re: CS Stay; Draft and Circulate to RD same | | 3 | | 3 |
| 3/31/2007 | Prepare for and attend Vioxx TPP CMC | 6 | | | 6 |
| 4/7/2007 | Evaluation on trial cases; Conference call with Team; TPP evaluation and trial; Comms w/ counsel re sales rep identity; comms re results of hearing re discovery; comms re additional discovery materials received; comms w/ counsel re analysis/strategy identifying deponent | | | 4 | 4 |
| 4/14/2007 | P&T Committee work in connection with CS; calls with DE and RD; | 3 | | 3 | 3 |
| 4/21/2007 | Comms w/ counsel on related matter re discovery issues; Review Lanier Trial experts with RD; Evaluation conflict of law; Calls with Counsel; | | 2 | 3 | 5 |
| 4/28/2007 | Strategy calls with RD & DE re: Merck Medco trial; Work w/RD on RFP regarding RBM Brown; | 2 | | 5 | 7 |
| 5/5/2007 | | | | | 0 |
| 5/12/2007 | CS agreements/prescriber conflict analysis | | | 4 | 4 |

| Date | Description | | |
|---|---|---|---|
| 5/19/2007 | Work on P&T Committee discovery with RD; Call regarding discovery; | 3 | 3 |
| 5/26/2007 | Work on P&T Committee discovery with RD/DE | 5 | 5 |
| 6/2/2007 | Work on P&T Committee discovery with DE/RD; Prepare for and attend CMC-Medco | 5 | 5 |
| 6/9/2007 | Comms w/ counsel re Court Order limiting release of information; comms w/ counsel re strategy following results in other cases; review/analyze med records; assess latest discovery production; review correspondence re trial timing; comms w/ counsel re response; | 3 | 3 |
| 6/16/2007 | | 7 | 7 |
| 6/23/2007 | Comms w/ counsel re strategy; depositions; access to document production database.; Calls with RD; | 2 | 2 |
| 6/30/2007 | | | 0 |
| 7/7/2007 | Review Database Production for CS and CP; | 5 | 5 |
| 7/28/2007 | Meeting w/ counsel re status of depositions; case review.; Calls with RD, DE and GF re: CS/CP; Prepare for and attend CMC; Telephone conference with all counsel; | 11 | 11 |
| 8/4/2007 | Telephone conference with all counsel; | 1.25 | 1.25 |
| 8/11/2007 | Comms w/ counsel re discrepancies in testimony (Merck; Medco); comms re strategy; analyze docs in other litigation; review re strategy | 2 | 2 |
| 8/18/2007 | Comms w/ counsel re trial prep; discovery bank; review criteria for core cases; | 3 | 3 |

| Date | Description | | | | | Total |
|---|---|---|---|---|---|---|
| 8/25/2007 | Continued analysis of cases; data to be summarized; presented to team | 4 | | | | 4 |
| 9/1/2007 | | | | | | 0 |
| 9/8/2007 | Comms w/ counsel re CMC; comms re discovery review (Merck: Medco); comms w/ counsel re strategy; protective order (Defs) denied; comms w/ counsel re changes ordered by Judge.; Strategy conference with RD, DE and GF re: Medco; Prepare for and attend CMC NJ; Strategy conference with RD, DE and GF re: Medco; | 14 | | | | 14 |
| 9/15/2007 | Review Production of Merck-Medco; Review CS and CP; Ewing evaluation/Dassow; Call re: same | 4 | | | | 4 |
| 9/22/2007 | Comms w/ counsel re strategy (Def contact w/ prescribers); Merck Communication with IRS; Medco Order; Work on Experts re: Medco with RD and DE | 5 | | | | 5 |
| 10/13/2007 | Prepare for and discuss with RD -LLF, DE, RD meeting.; Strategy conference re: CS/CP | | | 4 | | 4 |
| 10/27/2007 | Comms w/ counsel re 10/29 hearing; review tx of 1/4/07 hearing ; comms w/ counsel re discovery abuses by Defendant; comms w/ counsel re strategy (analysis); Prepare for and attend Vioxx CMC;Economical loss research-NJ; Calls with RD | 15 | | | | 15 |
| 11/24/2007 | Email/Economic Loss medical expense research for Vioxx CS/CP; | | 7 | | | 7 |
| 12/8/2007 | Emails; Strategy conference, and RD; Prepare for and attend Vioxx CMC; | 29 | | | | 29 |
| 12/15/2007 | Comms w/ counsel re strategy (state/mdl matters); | 2 | | | | 2 |
| 12/22/2007 | | | | | | 0 |

Low to moderate.

| Date | Description | | | | | | Total |
|---|---|---|---|---|---|---|---|
| 1/12/2008 | | | | | | | 0 |
| 1/19/2008 | Review Tx of latest hearing ; review case information re usage; review update re Court's order re NJ cases/expert discovery | | | 1 | | 1 | 2 |
| 1/26/2008 | Meeting with RD re: TPP | 6 | | | | | 6 |
| 2/23/2008 | | | | | | | 1 |
| 3/1/2008 | | | | | | | 0 |
| 3/8/2008 | Comms w/ counsel re trial schedule; streamline analysis procedures | 1 | | | | | 1 |
| 3/15/2008 | Review Correspondence from Court re hearing; Review Correspondence from Court re hearing ; Calls with Cohen and RD | | | 1 | | | 1 |
| 4/5/2008 | Analyze report re TPP claims/strategy | | | 2 | | | 2 |
| 4/12/2008 | Comms w/ counsel re strategy prior to hearing ; Phone calls with RD and LLF; | 2 | | | | | 2 |
| 4/19/2008 | Circulate/analyze report re Defs discovery manipulation; Letter from Judge; Letters to Hughes and Hubbard; Calls with Cohen & RD | 2 | | | | | 2 |
| 4/26/2008 | Comms w/ office re TPP analyst/reviewer NJ/all states research evaluation for CS; | 11 | | | | | 11 |
| 5/3/2008 | Further comms w/ counsel re defs discovery manipulation/lapses; review comms from court re re-scheduled hearing; loss data | 5 | | 2 | | 1 | 8 |
| 5/24/2008 | Prepare for TPP Call; Letter from Judge Higbee; Work on Merck Production inadequacies; | 2 | | | | | 2 |
| 5/31/2008 | TPP Conference Call-Calls with Cohen, RD and DE; Marvin re Payor Profile; Prepare profile; Calls with all; Experts work with RD; | 13 | | | | | 13 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 6/7/2008 | Comms w/ counsel re CMC; attend CMC; prepare memo re results; prepare declaration for MD re Kalec; discovery issues with Merck Patient Assistance Program; Additional follow-up re Sifferman matter; comms w/ counsel re discovery issues ; Conference at LLF; TPP Call; Meeting; | 12 | | 22 | 34 |
| 6/14/2008 | Comms w/ office re further discovery demands; identity of compliance officer for Medco; review claims for completeness; accuracy; comms re request for information; CS Call; Strategy calls with CS re: production protocol | 8 | | | 8 |
| 6/21/2008 | Comms w/ office re further discovery demands; identity of compliance officer for Medco; review claims for completeness; accuracy; comms re request for information; Comms w/ office re further discovery demands; identity of compliance officer for Medco; review claims for completeness; accuracy; comms re request for information; Emails RTD re: TPA PBMs; strategy conference; TPA research; | 24 | | | 24 |
| 6/28/2008 | Comms w/ counsel re strategy - Discovery issues (Medco); TPA Research | 4 | | | 4 |
| 7/5/2008 | TPA Research | 9 | | | 9 |
| 7/12/2008 | Telephone conversation with RD | 1 | | | 1 |
| 7/26/2008 | Prepare for CMC; Discovery research order-Judge; Formulary documents research; Review with RD and RDM | 31 | | | 31 |

| Date | Description | | | |
|---|---|---|---|---|
| 8/2/2008 | Comms w/ staff re Medco discovery Medco Ohio trial; CS/CP Cohen for trial-transcript and discovery issues; phone calls with DE, RD, and LLF; Strategy/trial conference; | | 7 | 7 |
| 8/9/2008 | Call with RD and DE re: CS/CP discovery; Prepare for TPP Call; Calls with GF and DE-strategy; Letter to Judge from Cohen re: TPP Cases; Work on discovery responses w/RD, Review and Revise | | 12 | 12 |
| 8/23/2008 | Attend Fallon CMC via telephone; Fed Ct. CMC; Calls with RD; Document research-privileged issues; Draft and Circulate Letter to Cohen re: PBM contacts per Court Order; Phone conference with Cohen;  Comms with Cohen; Discovery conferences with all; Emails/Phone conferences with Meadow; | 7 | 12 | 19 |
| 8/30/2008 | Custodial files of CS and CP; Review same; Review preliminary files; | 14 | 7 | 21 |
| 9/6/2008 | Comms w/ clients re status of case; Def to produce identification info; Review the same; Discovery call with all counsel; Production review; | 1 | | 1 |
| 9/20/2008 | Review Proposed Order No. 2 Relating to TPP Cases; Merck docs/previous trial exhibits; Group Strategy call | | 2 | 2 |
| 9/27/2008 | Review Merck production; Attend Fallon CMC; TPP conference NY/NJ; Court Order/Letter from Court/Calls with Court;  Work on custodial files; | 33 | | 33 |
| 10/4/2008 | P&T Discovery Research; | 3 | | 3 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 10/11/2008 | Analysis of order granting Defs relief from preservation obligations (objection to destruction); comms w/ counsel re discovery issues (Medco); Call w/RD re same | 2 | | 1 | | 3 |
| 10/11/2008 | Review Letter re deficiencies in TPP Plaintiffs' Responses Work on deficiency letter w/team; Review docs re: Discovery Order No. 3; Work on Documents/Responses to discovery; Calls with all Counsel; | 15 | | | | 15 |
| 10/18/2008 | Comms w/ counsel re case administration; memo w/ counsel re CMC points | 1 | 2 | | | 3 |
| 10/25/2008 | Comms w/ counsel re case administration ; Vioxx TPP call; Review Merck production; Calls with counsel; Medco-Subpoenas; Production format issues; | 4 | | | | 4 |
| 11/1/2008 | Review/analyze prescriber consulting/compensation agreements ; TPP call; Calls with all counsel; Emails with Grand group re: TPP Subpoenas and Call; Emails with DE, GF re General Prescription Programs research; Trial data and Ohio Medco-work; Prepare for and attend TPP Hearing; | 29 | | | | 29 |
| 11/8/2008 | National Sales Leaders all-researc; Deps of same; | 5 | | | | 5 |
| 11/15/2008 | Comms w/ counsel re case administration | 1 | | | | 1 |
| 11/22/2008 | Strategy meetign with RD in CA; | | | | 16 | |

| Date | Description | | | |
|---|---|---|---|---|
| 12/6/2008 | Comms w/ clients re status of case; Comms re: discovery; Calls with all counsel; Comms w/ counsel re discovery issues ; Strategy calls with counsel re: trial strategy; Attend CMC in NJ; Emails within Group; Group calls re: CP; Emails with Group; Evaluate same; Order re: production-LLF trial counsel; Exec doc review; Conference call with Group; Memo to file; Judge's list of CMCs for 2009; Letter from RD enc IOMEGA hard drives; Reviewed custodial rep file-Bishop, Lisa; | 21 | 9 | 30 |
| 12/13/2008 | Comms w/ counsel, clients re status of case | | 1 | 1 |
| 12/20/2008 | | | | 0 |
| 12/27/2008 | | | | 0 |
| 1/10/2009 | Comms w/ co-counsel re latest discovery production ; Defendants Merck & Co.'s RFP and Court's trial/discovery pool conference; Conference calls with all-summary plans/trial plan; Received from Nickie re CDs of docs produced from Def and additional rep docs; Review discovery responses; Letter from Court re: Amended Sup Protective Order; Work on privileged documents; | 22 | | 22 |

| | | | | | |
|---|---|---|---|---|---|
| 1/17/2009 | Comms w/ co-counsel re latest discovery production.; Third Party Subpoenas; Review all contracts-all Medco agreements; Email to RD, LLF re: trial pool and discovery issues; TPP Conference; Received custodial rep production: Bishop-supp; Emails re: trial candidates; Work on Second set of Vioxx Docs-Formularies; Docs from RD; Calls with RD & Meadow; Vioxx TPP Conference call; Depo scheduling; Letter to Dassow enc custodial files for reps: Bishop and Peed; Calls with Court re: trial; | | | 12 | 12 |
| 1/24/2009 | Comms w/ counsel re Defs claim of discovery deficiencies; comms w/ counsel re custodial files to be reviewed. ; Calls with RD and Cohen; Privilege docs; Production relative to PTO 3; Vioxx TPP Call; | 14 | | 9 | 23 |
| 1/31/2009 | Comms w/ counsel re information never released to TPP plaintiffs ; Letters to Cohen- follow-up to email; Work on custodial files-NAEs;  Trial meeting; Meet with team at LLF;  Attend TPP CMC; Emails with Group; CP documents Medco; Motion to Compel; Custodial rep production: Belemjian-supp; | 27 | | 6 | 33 |
| 2/7/2009 | Comms w/ RD re discovery matters; comms re Judge request for specific case review | 1 | | 1 | 2 |

| | | | | | |
|---|---|---|---|---|---|
| 2/14/2009 | Comms w/ counsel re data regarding adverse effects, etc.; enrollment administration; comms w/ counsel re discovery issues/timing; ; Work w/Group on our answers to discovery and production of documents; Calls with Cohen; RFP to Merck-Medco and proposed scheduling order; Review Medco production; Emails to RD, Gary re: scheduling order;;Strategy Call and Review Motions for Summary Judgment, Memo, Research, etc.; Calls re: Motion with Trial Team; | 6 | 8 | 5 | 13 |
| 2/21/2009 | MSJ review /strategy ; comms w/ staff re status of cases - research; Merck's Responses and Objections to Plaintiff's RFP and things related to Medco, Express Scripts; Calls with RD and Group; Review Non-Party discovery prepare; Prepare additional Third Party; Review Discovery order relating to Def RFP to Pltfs in all TPP Cases; Additional Review of Merck production, Calls re: same, Calls re: MSJ; Discovery order; TPP Call with Group compare Ohio trial witnesses; | | 7 | 10 | 23 |
| 2/28/2009 | Comms w/ counsel re discovery docs; attend CMC; prepare memorandum re same; further comms w/ counsel re discovery issues | | 3 | | 3 |

| | | | | | |
|---|---|---|---|---|---|
| 2/28/2009 | Emails from Group -prepare for call and for this weeks CMC; Work on Medco production; Email from Jeff Grand re: Agenda; Calls re same; Email exchange w/RDS; Prepare for and attend CMC in NJ; Emails from Marvin, Esq, enc Choice of Law Memo; Memo on CS/CP RFP Responses; Review responses and objections of Merck to CS's RFP;  Review Medco production; Emails to our group re: above filing; | 21 | | 5 | 26 |
| 3/7/2009 | Comms w/ counsel re discovery issues; strategy; Review Def's Notice of Depo of CS Rep; Letter from Cohen; Work on Plaintiff's discovery to Defendant; Call with DE; File our response to Def's RFP; Emails and calls with our trial group; Dr. Lucchesi evaluation; | 18 | | 7 | 25 |
| 3/14/2009 | Comms w/ def counsel re discovery issues; analysis/cross-reference of discovery received; Research claims-amended complaint; MDL status review; Review custodial files; Letter review w/RD; Calls with RDM and RD; Eisele's memo re: call; Depo strategy calls; Emails from RD re: research; Order from Court on 2/26/09 conf-SJ; | | 3 | 5 | 8 |

| Date | Description | | | |
|---|---|---|---|---|
| 3/21/2009 | Review letter from Dassow to Brody and Call re: 3/6 teleconference re: Merck's responses to discovery requests; Emails with group re: subpoenas Express Scripts; Emails with our group re: third-party subpoenas; Call with group re: non-party work; Joan Reed and other re: Ohio Trial; Email re Medco; Responses and Objections of Merck; Help with subpoenas; | | 11 | 11 |
| 3/28/2009 | Research re subpoenas; commissions (Medco NJ deponents); comms w/ counsel re analysis; strategy; | 2 | 5 | 7 |
| 4/4/2009 | Research re subpoenas; commission (Medco NJ deponents); comms w/ counsel re analysis; strategy; ; Group TPP Call; Emails to our group re: subpoenas; Work on P&T payment docs with RD; Finance committee mtgs research; Rogs to us; Comms w/ counsel re strategy (Merck/Medco) legal research; Discovery requests; issues; comms w/ clients; Witness evaluation; | 2 | 7 | 9 |
| 4/11/2009 | Finance Committee research; Prepare for Judge's call on TPP; Emails with trial group; Conference call with trial group; P&T deps; Letter to Dassow enc privileged docs; P&T research; Order on Commissions; Emails with RD, former Medco CFO BOD; Ohio trial issue with Ewing; Scheduling re: case; | 8 | 12 | 20 |
| 4/18/2009 | Comms w/ counsel re deposition schedule; revisions; ; Follow up with Def counsel re document due; | 1 | 1 | |

| Date | Description | | | | Total |
|------|-------------|---|---|---|-------|
| 4/25/2009 | Medco discovery; Calls re same; Medco's interaction with Merck financial matters; Medco production calls; Work on P&T; Levy Phillips re: Janette Tavs depo; | | 2 | | 2 |
| 5/2/2009 | Emails with our group; Trial counsel meeting at LLF; 4/23 CMC; Trial strategy meeting; Emails re: CMC; Attend Judge Fallon CMC: Strategy Memo to all; Follow-up P&T- 1099; | | | 2 | 2 |
| 5/9/2009 | Review CS additional production-privilege issues; Letter to Medco Health via CM-enc subpoena; Emails with our Group re: expert/strategy with group; | 4 | | 7 | 11 |
| 5/16/2009 | Trial Group call with all; Emails with RD | 1 | | | 1 |
| 5/16/2009 | Comms w/ counsel; comms w/ co-counsel re portions of Def's production not included in database; Research database; review; draft Order re P&T Committee discovery; comms w/ counsel re discovery schedule; coordinate service of subpoenas | | 5 | | 5 |
| 5/23/2009 | Response and objections of Merck; TPP orders; Research re: same; Review Merck Medco Managed Care Agreement | | 3 | | 3 |
| 5/30/2009 | Comms w/ counsel re depositions; Medco rebates; comms w/ counsel re strategy; P&T Work; Comms w/ counsel re proposed order; comms re P&T issues; Research re: rebates; | | 18 | | 18 |

| Date | Description | | | |
|---|---|---|---|---|
| 6/6/2009 | Work on response to Def's Rogs to CS/CP w/RD and revise; Emails to our Group; Review subpoena for Charles Braddock; Judge Fallon CMC;; Comms w/ counsel re discovery schedule;; comms re TPP meeting | 1 | 3 | 4 |
| 6/13/2009 | Plaintiff's expert reports; Circulate all trial deps; Call with trial counsel; P&T Call with Court; Prepare for call with Court re: P&T Proposed order; Emails with our group re: Merck payment Order PT: Work on order with Court; Call with Judge Higbee--Circulate summary; Comms w/ counsel re finalized subpoenas; comms re P&T commission | | 3 | 3 |
| 6/20/2009 | TPP meeting re P&T committee depositions; Merck's Responses and Objections to confidential designation of depo of Buonnano (privilege issues); Review Harrington depo; Review letter to Court; Dr. Braddock; | 3 | 3 | 6 |
| 6/27/2009 | Bellwether research on other plaintiffs; Emails; Highlights from TPP Meeting; Causation--research;; TPP meeting re discovery issues | | 8 | 8 |
| 7/4/2009 | Comms re scheduling expert depos; meet and confer re documents. | | 1 | 1 |
| 7/11/2009 | Calls with Group; Review expert deps; | 9 | 3 | 12 |
| 7/18/2009 | Meet and Confer Work on Experts; Review Letter from Parsells enc P&T docs; Work on Motion to Compel with RTD certification; Calls with RD and DE | 5 | 6 | 11 |
| 8/1/2009 | | | | 0 |
| 8/15/2009 | | | | 0 |

897.25

9/19/2009

## Audet & Partners, LLP
## Transaction Detail By Account
### November 2007 through August 2009

| Date | Num | Source Name | Memo | Amount |
|---|---|---|---|---|
| | | | | |
| **Case Cost Advanced** | | | | |
| **Copy/Scan/Fax** | | | | |
| 11/30/2007 | Toshiba | 11/07 Toshiba Copy/Scan | 11/07 Toshiba Copy/Scan | -1,092.50 |
| 11/30/2007 | Bill's Tosh | 11/07 Bill's Toshiba Copy/Scan | 11/07 Bill's Toshiba Copy/Scan | -42.00 |
| 11/30/2007 | Kyosera | 11/07 Kyoseraa Copy/Scan | 11/07 Kyoseraa Copy/Scan | -50.25 |
| 12/31/2007 | Toshiba | 12/07 Toshiba Copy/Scan | 12/07 Toshiba Copy/Scan | -448.00 |
| 12/31/2007 | Bill's Tosh | 12/07 Bill's Toshiba Copy/Scan | 12/07 Bill's Toshiba Copy/Scan | -7.50 |
| 12/31/2007 | Kyosera | 12/07 Kyoseraa Copy/Scan | 12/07 Kyoseraa Copy/Scan | -26.75 |
| 01/31/2008 | Toshiba-SR | 1/31/08 Toshiba Copy/Scan | 1/31/08 Toshiba Copy/Scan | -1,343.25 |
| 01/31/2008 | Toshiba WA | 1/31/08 Toshiba - Bill Copy/Scan | 1/31/08 Toshiba - Bill Copy/Scan | -24.50 |
| 01/31/2008 | Kyosera | 1/08 Kyoseraa Copy/Scan | 1/08 Kyoseraa Copy/Scan | -32.00 |
| 02/28/2008 | Kyosera | 2/08 Kyoseraa Copy/Scan | 2/08 Kyoseraa Copy/Scan | -29.50 |
| 02/28/2008 | Toshiba WA | 2/28/08 Toshiba - Bill Copy/Scan | 2/28/08 Toshiba - Bill Copy/Scan | -59.75 |
| 02/29/2008 | Toshiba SR | 2/08 Toshiba Copy/Scan | 2/08 Toshiba Copy/Scan | -918.50 |
| 03/31/2008 | Kyosera | 3/08 Kyoseraa Copy/Scan | 3/08 Kyoseraa Copy/Scan | -4.50 |
| 03/31/2008 | Toshiba SR | 3/31/08 Toshiba Copy/Scan | 3/31/08 Toshiba Copy/Scan | -218.25 |
| 03/31/2008 | Toshiba WA | 3/31/08 Toshiba - Bill Copy/Scan | 3/31/08 Toshiba - Bill Copy/Scan | -17.25 |
| 04/30/2008 | Toshiba WA | 4/08 Toshiba - Bill Copy/Scan | 4/08 Toshiba - Bill Copy/Scan | -9.75 |
| 04/30/2008 | Toshiba | 4/08 Toshiba Copy/Scan | 4/08 Toshiba Copy/Scan | -718.75 |
| 04/30/2008 | Kyosera | 4/08 Kyoseraa Copy/Scan | 4/08 Kyoseraa Copy/Scan | -40.75 |
| 05/31/2008 | Toshiba SR | 5/08 Toshiba Copy/Scan | 5/08 Toshiba Copy/Scan | -1,142.00 |
| 05/31/2008 | Toshiba WA | 5/31/08 Toshiba - Bill Copy/Scan | 5/31/08 Toshiba - Bill Copy/Scan | -126.00 |
| 05/31/2008 | Kyosera | 5/08 Kyoseraa Copy/Scan | 5/08 Kyoseraa Copy/Scan | -1,804.00 |
| 06/30/2008 | Kyosera | 6/08 Kyoseraa Copy/Scan | 6/08 Kyoseraa Copy/Scan | -120.25 |
| 06/30/2008 | Toshiba SR | 6/08 Toshiba Copy/Scan | 6/08 Toshiba Copy/Scan | -1,966.00 |
| 06/30/2008 | Toshiba WA | 6/30/08 Toshiba - Bill Copy/Scan | 6/30/08 Toshiba - Bill Copy/Scan | -67.25 |
| 07/31/2008 | Toshiba SR | 7/08 Toshiba Copy/Scan | 7/08 Toshiba Copy/Scan | -979.00 |
| 07/31/2008 | Toshiba WA | 7/31/08 Toshiba - Bill Copy/Scan | 7/31/08 Toshiba - Bill Copy/Scan | -5.75 |
| 08/31/2008 | Toshiba | 8/08 Toshiba Copy/Scan | 8/08 Toshiba Copy/Scan | -1,290.75 |
| 08/31/2008 | Toshiba WA | 8/31/08 Toshiba - Bill Copy/Scan | 8/31/08 Toshiba - Bill Copy/Scan | -529.50 |
| 08/31/2008 | Kyosera | 8/08 Kyoseraa Copy/Scan | 8/08 Kyoseraa Copy/Scan | -6.25 |
| 09/30/2008 | Toshiba SR | 9/08 Toshiba Copy/Scan | 9/08 Toshiba Copy/Scan | -156.75 |
| 09/30/2008 | Toshiba WA | 9/08 Toshiba - Bill Copy/Scan | 9/08 Toshiba - Bill Copy/Scan | -4.25 |
| 09/30/2008 | Kyosera | 9/08 Kyoseraa Copy/Scan | 9/08 Kyoseraa Copy/Scan | -7.25 |
| 10/31/2008 | Kyosera | 10/08 Kyoseraa Copy/Scan | 10/08 Kyoseraa Copy/Scan | -4.75 |
| 10/31/2008 | Toshiba SR | 10/08 Toshiba Copy/Scan | 10/08 Toshiba Copy/Scan | -1,501.75 |
| 11/22/2008 | Toshiba WA | 10/08 Toshiba - Bill Copy/Scan | 1/09/08 Toshiba - Bill Copy/Scan | -821.27 |
| 11/30/2008 | Toshiba WA | 11/08 Toshiba - Bill Copy/Scan | 11/08 Toshiba - Bill Copy/Scan | -9.00 |
| 11/30/2008 | Toshiba SR | 11/08 Toshiba Copy/Scan | 11/08 Toshiba Copy/Scan | -257.25 |
| 11/30/2008 | Kyosera | 11/08 Kyoseraa Copy/Scan | 11/08 Kyoseraa Copy/Scan | -0.75 |
| 12/04/2008 | TChase12o408 | Vioxx Color Copy - UPs Store | Vioxx Color Copy - UPs Store | -91.14 |

## Audet & Partners, LLP
## Transaction Detail By Account
### November 2007 through August 2009

| Date | Num | Source Name | Memo | Amount |
|------|-----|-------------|------|--------|
| 12/31/2008 | Toshiba SR | 12/08 Toshiba Copy/Scan | 12/08 Toshiba Copy/Scan | -998.75 |
| 12/31/2008 | Toshiba WA | 12/08 Toshiba - Bill Copy/Scan | 12/08 Toshiba - Bill Copy/Scan | -18.25 |
| 01/31/2009 | Kyosera | 1/09 Kyosera Copy/Scan | 1/09 Kyoserea Copy/Scan | -3.00 |
| 01/31/2009 | Toshiba WA | 1/09 Toshiba - Bill Copy/Scan | 1/09 Toshiba - Bill Copy/Scan | -2.50 |
| 01/31/2009 | Toshiba SR | 1/09 Toshiba Copy/Scan | 1/09 Toshiba Copy/Scan | -232.50 |
| 02/28/2009 | Kyosera | 2/09 Kyosera Copy/Scan | 2/09 Kyosera Copy/Scan | -16.50 |
| 02/28/2009 | Toshiba WA | 2/09 Toshiba - Bill Copy/Scan | 2/09 Toshiba - Bill Copy/Scan | -9.50 |
| 02/28/2009 | Toshiba SR | 2/09 Toshiba Copy/Scan | 2/09 Toshiba Copy/Scan | -159.50 |
| 03/31/2009 | Kyosera | 3/09 Kyoserea Copy/Scan | 3/09 Kyoserea Copy/Scan | -16.00 |
| 03/31/2009 | Kyosera | 3/09 Kyosera Copy/Scan | 3/09 Kyosera Copy/Scan | -3.00 |
| 03/31/2009 | Toshiba SR | 3/9 Toshiba Copy/Scan | 3/9 Toshiba Copy/Scan | -429.50 |
| 04/30/2009 | Toshiba WA | 4/09 Toshiba - Bill Copy/Scan | 4/09 Toshiba - Bill Copy/Scan | -121.25 |
| 04/30/2009 | Toshiba SR | 4/09 Toshiba Copy/Scan | 4/09 Toshiba Copy/Scan | -443.75 |
| 04/30/2009 | Kyosera | 4/09 Kyosera Copy/Scan | 4/09 Kyosera Copy/Scan | -9.75 |
| 05/31/2009 | Toshiba | 5/09 Toshiba Copy/Scan | 5/09 Toshiba Copy/Scan | -289.75 |
| 05/31/2009 | Toshiba WA | 5/09 Toshiba - Bill Copy/Scan | 5/09 Toshiba - Bill Copy/Scan | -39.50 |
| 06/30/2009 | Kyosera | 6/09 Kyosera Copy/Scan | 6/09 Kyosera Copy/Scan | -24.75 |
| 06/30/2009 | Toshiba SR | 6/09 Toshiba Copy/Scan | 6/09 Toshiba Copy/Scan | -210.50 |
| 06/30/2009 | Toshiba WA | 6/09 Toshiba - Bill Copy/Scan | 6/09 Toshiba - Bill Copy/Scan | -11.75 |
| **Total Copy/Scan/Fax** | | | | **-18,994.66** |
| | | | | |
| **Express Mail** | | | | |
| 05/02/2008 | 2-881-18036 | Fedex | Ferrera Firm; | -51.66 |
| 05/02/2008 | 2-881-18036 | Fedex | Charles Cohen | -25.50 |
| 05/02/2008 | 2-881-18036 | Fedex | Ferrera Firm | -41.10 |
| 05/16/2008 | 270715912 | Fedex | Ferrera Firm | -26.56 |
| 06/13/2008 | 2-756-17195 | Fedex | Medco | -31.17 |
| 06/13/2008 | 2-756-17195 | Fedex | Medco | -27.20 |
| 06/20/2008 | 2-769-25209 | Fedex | Medco | -51.33 |
| 06/20/2008 | 2-769-25209 | Fedex | Medco | -43.59 |
| 11/07/2008 | 2-981-94338 | Fedex | Chris Seeger | -26.99 |
| 11/07/2008 | 2-981-94338 | Fedex | Mark Lanier | -25.78 |
| 11/28/2008 | 8-997-63205 | Fedex | Robert Dassow | -81.21 |
| 02/27/2009 | 9-105-17042 | Fedex | Fedex to S. Scovern | -59.16 |
| **Total Express Mail** | | | | **-432.09** |

## Audet & Partners, LLP
### Transaction Detail By Account
November 2007 through August 2009

| Date | Num | Source Name | Memo | Amount |
|------|-----|-------------|------|--------|
| **Investigator** | | | | |
| 12/05/2007 | 07a1f61 | Advantage Research | Vioxx Locate:P&T Committee Members | -250.00 |
| 12/06/2007 | 07a1f62 | Advantage Research | Vioxx Locate:P&T Committee Members | -250.00 |
| 01/04/2008 | 08ar001 | Advantage Research | Vioxx Locate:P&T Committee Members | -250.00 |
| 06/17/2009 | 1011 | SS Investigations, Inc. | Vioxx Locate:P&T Committee Members | -250.00 |
| **Total Investigator** | | | | **-1,000.00** |
| | | | | |
| **Miscellaneous** | | | | |
| 08/21/2008 | SScovernExp082108 | S. Scovern | SScovernExp082108 | -70.00 |
| 08/24/2008 | SScovern082408 | S. Scovern | SScovernExp082108 | -78.00 |
| 10/24/2008 | SScovern Cell 102408 | S. Scovern | SScovern Cell 102408 | -70.70 |
| 11/20/2008 | SScovernExp112008 | S. Scovern | CMC Prep w/ Rob Dassow | -331.98 |
| 10/20/2009 | Sscovern Exp | Anchor & Hope | Meeting w/ Seeger | -180.89 |
| **Total Miscellaneous** | | | | **-731.57** |
| | | | | |
| **Postage** | | | | |
| 11/30/2007 | Postage | 11/07 Postage | 11/07 Postage | -42.31 |
| 12/31/2007 | Postage | 12/07 Postage | 12/07 Postage | -33.71 |
| 01/31/2008 | Postage | 1/08 Postage | 1/08 Postage | -9.20 |
| 01/31/2008 | Postage | 1/08 Postage | 1/08 Postage | -42.26 |
| 02/28/2008 | Postage | 2/08 Postage | 2/08 Postage | -28.32 |
| 03/31/2008 | Postage | 3/08 Postage | 3/08 Postage | -13.38 |
| 04/30/2008 | Postage | 4/08 Postage | 4/08 Postage | -160.24 |
| 04/30/2008 | Postage | 4/08 Postage | 4/08 Postage | -164.99 |
| 05/31/2008 | Postage | 5/08 Postage | 5/08 Postage | 3.01 |
| 05/31/2008 | Postage | 5/08 Postage | 5/08 Postage | -3.01 |
| 06/30/2008 | Postage | 6/08 Postage | 6/08 Postage | -306.84 |
| 07/31/2008 | Postage | 7/08 Postage | 7/08 Postage | -82.53 |
| 08/31/2008 | Postage | 8/08 Postage | 8/08 Postage | -48.34 |
| 08/31/2008 | Postage | 8/08 Postage | 8/08 Postage | -51.14 |
| 09/30/2008 | | 9/08 Postage | 9/08 Postage | -29.91 |
| 11/30/2008 | | 11/08 Postage | 11/08 Postage | -20.84 |
| 12/31/2008 | Postage | 10/08 Postage | 10/08 Postage | -4.52 |
| 01/31/2009 | | 1/09 Postage | 1/09 Postage | -0.59 |
| 02/28/2009 | | 2/09 Postage | 2/09 Postage | -18.32 |
| 02/28/2009 | | 2/09 Postage | 2/09 Postage | -4.80 |
| 03/31/2009 | | 3/09 Postage | 3/09 Postage | -19.52 |
| 04/30/2009 | Postage | 4/09 Postage | 4/09 Postage | -2.35 |
| 05/31/2009 | | 5/09 Postage | 5/09 Postage | -21.43 |
| 06/30/2009 | | 6/09 Postage | 6/09 Postage | -5.24 |
| 07/31/2009 | | 7/09 Postage | 7/09 Postage | -5.83 |

Audet & Partners, LLP
**Transaction Detail By Account**
November 2007 through August 2009

| Date | Num | Source Name | Memo | Amount |
|------|-----|-------------|------|--------|
| 07/31/2009 | | 7/09 Postage | 7/09 Postage | -4.80 |

**Total Postage** -1,131.51

## Audet & Partners, LLP
## Transaction Detail By Account
### November 2007 through August 2009

### Research

| Date | Num | Source Name | Memo | Amount |
|---|---|---|---|---|
| 11/01/2007 | EAS13932 | Extra Access Services, Inc. | Case Search & Retrieval | -135.00 |
| 11/30/2007 | Lexis113007 | Lexis (1316HW) | Case Search & Retrieval | -66.91 |
| 12/31/2007 | Lexis123107 | Lexis (1316HW) | Case Search & Retrieval | -444.58 |
| 02/01/2008 | EAS15200 | Extra Access Services, Inc. | Case Search & Retrieval | -135.00 |
| 02/29/2008 | Lexis022908 | Lexis (1316HW) | Case Search & Retrieval | -13.08 |
| 03/29/2008 | | Intelius.com | Case Search & Retrieval | -57.90 |
| 04/14/2008 | | Lexis (1316HW) | Case Search & Retrieval | -515.65 |
| 04/30/2008 | Lexis043008 | Lexis (1316HW) | Case Search & Retrieval | -41.20 |
| 05/01/2008 | EAS16373 | Extra Access Services, Inc. | Case Search & Retrieval | -135.00 |
| 05/31/2008 | 1316HW - 5.31.08 | Lexis (1316HW) | Case Search & Retrieval | -158.62 |
| 06/02/2008 | 2008050063041601 | Lexis (0063041601) | Case Search & Retrieval | -295.75 |
| 06/30/2008 | Lexis(1316HW) 6/08 | Lexis (1316HW) | Case Search & Retrieval | -30.05 |
| 07/01/2008 | 2008060063041601 | Lexis (0063041601) | Case Search & Retrieval | -375.00 |
| 08/01/2008 | 2008070063041601 | Lexis (0063041601) | Case Search & Retrieval | -375.00 |
| 09/30/2008 | 2008090063041601 | Lexis (0063041601) | Case Search & Retrieval | -390.00 |
| 10/31/2008 | 2008100063041601 | Lexis (0063041601) | Case Search & Retrieval | -390.00 |
| 11/30/2008 | 2008110063041601 | Lexis (0063041601) | Case Search & Retrieval | -390.00 |
| 11/30/2008 | Lexis(1316HW) 11/08 | Lexis (1316HW) | Case Search & Retrieval | -25.18 |
| 12/31/2008 | 2008120063041601 | Lexis (0063041601) | Case Search & Retrieval | -75.00 |
| 01/31/2009 | 2009010063041601 | Lexis (0063041601) | Case Search & Retrieval | -75.00 |
| 02/28/2009 | 0902346893 | Lexis (1316HW) | Case Search & Retrieval | -57.89 |
| 02/28/2009 | 2009020063041601 | Lexis (0063041601) | Case Search & Retrieval | -75.00 |
| 03/31/2009 | 2009030063041601 | Lexis (0063041601) | Case Search & Retrieval | -75.00 |
| 02/28/2009 | 0902346893 | Lexis(1316HW) | Lexis(1316HW) | -40.78 |
| 03/06/2009 | SScovenExp030609 | Medco | Merck Medco Employment & Service Agreement | -210.00 |
| 06/03/2009 | 00000002113 | Medco | Merck-Medco Acquisition Records | -303.74 |
| 03/31/2009 | 0903295655 | Lexis (1316HW) | Case Search & Retrieval | -16.36 |
| 04/30/2009 | 2009040063041601 | Lexis (0063041601) | Case Search & Retrieval | -75.00 |
| 05/31/2009 | 2009050053041601 | Lexis (0063041601) | Case Search & Retrieval | -75.00 |
| 06/30/2009 | 2009060063041601 | Lexis (0063041601) | Case Search & Retrieval | -75.00 |
| 07/31/2009 | 2009070063041601 | Lexis (0063041601) | Case Search & Retrieval | -75.00 |
| 08/31/2009 | 2009080063041801 | Lexis (0063041601) | Case Search & Retrieval | -100.00 |
| 10/01/2009 | 2009090063041601 | Lexis (0063041601) | Case Search & Retrieval | -80.00 |

**Total Research** ................................................................... -5,484.09

### Telephone

| Date | Num | Source Name | Memo | Amount |
|---|---|---|---|---|
| 11/30/2007 | Telephone | Telepacific | 11/07 Telephone Cost | -596.88 |
| 11/30/2007 | Telephone | Telepacific | 11/07 Telephone Cost | -5.62 |
| 11/30/2007 | Telephone | Telepacific | 11/07 Telephone Cost | -0.88 |
| 12/07/2007 | Scovem Exp 120707 | S. Scovem | Blackberry Usage | -75.00 |

**Audet & Partners, LLP**

**Transaction Detail By Account**

November 2007 through August 2009

| Date | Num | Source Name | Memo | Amount |
|------|-----|-------------|------|--------|
| 01/31/2008 | S.Scovern 013108.1 | S. Scovern | S.Scovern 013108.1 | -22.49 |
| 01/31/2008 | Telephone | TelePacific Comm. | 1/08 Telephone Cost | -353.96 |
| 02/21/2008 | SScovern 012408 | S. Scovern | S. Scovern Cell 012408 | -59.88 |
| 02/24/2008 | SScovern Exp 2.24.8 | S. Scovern | S. Scovern Blackberry | -75.00 |
| 02/21/2008 | 4159211776-021408 | Soundpath Legal Conferencing | Conference Calls | -62.71 |
| 02/29/2008 | Telephone | TelePacific Comm. | Feb 2008 | -383.04 |
| 03/21/2008 | 4159211776-031408 | Soundpath Legal Conferencing | Conference Calls | -102.00 |
| 03/21/2008 | 4159211776-031408 | Soundpath Legal Conferencing | Conference Calls | -7.88 |
| 03/31/2008 | 7319831-0 | TelePacific Comm. | Mar 2008 | -47.53 |
| 03/31/2008 | Telephone | TelePacific Comm. | 3/08 Telephone Cost | -146.46 |
| 03/31/2008 | Telephone | TelePacific Comm. | 3/08 Telephone Cost | -0.25 |
| 04/02/2008 | SScovernCell032408 | S. Scovern | S.Scovern Cell Phone 040208 | -74.40 |
| 04/24/2008 | SScovern Cell 042408 | S. Scovern | SScovern Cell 042408 | -62.31 |
| 04/30/2008 | Telephone | 4/08 Telephone Cost | 4/08 Telephone Cost | -272.37 |
| 04/30/2008 | Telephone | TelePacific Comm. | 4/08 Telephone Cost | -0.42 |
| 05/21/2008 | 4159211776-051408 | Soundpath Legal Conferencing | Conference Calls 4/24/08 | -8.00 |
| 05/24/2008 | SScernCell 052408 | S. Scovern | SScernCell 052408 | -65.10 |
| 05/31/2008 | Telephone | TelePacific Comm. | 5/08 Telephone Cost | -357.80 |
| 06/24/2008 | SScovernCln062408 | S. Scovern | Cingular 062408 | -74.40 |
| 06/30/2008 | Telephone | TelePacific Comm. | 6/08 Telephone Cost | -63.94 |
| 06/30/2008 | Telephone | TelePacific Comm. | 6/08 Telephone Cost | -597.72 |
| 07/10/2008 | 650 342-2090 (7/08) | AT&T (650-342-2080) | 650 342-2090 (6/08) | -21.11 |
| 07/21/2008 | 4159211776-071408 | Soundpath Legal Conferencing | Conference Calls 6/16/08 | -32.87 |
| 07/21/2008 | 4159211776-071408 | Soundpath Legal Conferencing | Conference Calls 7/9/08 | -13.37 |
| 07/21/2008 | 4159211776-071408 | Soundpath Legal Conferencing | Conference Calls 7/9/08 | -3.29 |
| 07/21/2008 | 4159211776-071408 | Soundpath Legal Conferencing | Conference Calls 7/8/08 | -19.28 |
| 07/21/2008 | 4159211776-071408 | Soundpath Legal Conferencing | Conference Calls 6/19/08 | -2.08 |
| 07/24/2008 | SScovernCell072408 | S. Scovern | SScovernCell072408 | -248.00 |
| 07/31/2008 | Telephone | TelePacific Comm. | 7/08 Telephone Cost | -70.48 |
| 07/31/2008 | Telephone | TelePacific Comm. | 7/08 Telephone Cost | -280.46 |
| 08/10/2008 | 650 342-2090 (8/08) | AT&T (650-342-2080) | 650 342-2090 (8/08) | -22.97 |
| 08/21/2008 | 4159211776-081408 | Soundpath Legal Conferencing | Conference Calls 7/16/08 | -25.75 |
| 08/21/2008 | 4159211776-081408 | Soundpath Legal Conferencing | Conference Calls 7/28/08 | -14.02 |
| 08/21/2008 | 4159211776-081408 | Soundpath Legal Conferencing | Conference Calls 8/4/08 | -25.09 |
| 08/21/2008 | 4159211776-081408 | Soundpath Legal Conferencing | Conference Calls 7/25/08 | -18.52 |
| 08/31/2008 | Telephone | TelePacific Comm. | 8/08 Telephone Cos | -167.36 |
| 08/31/2008 | Telephone | TelePacific Comm. | 5/08 Telephone Cost | -0.23 |
| 09/10/2008 | 650 342-2090 (9/08) | AT&T (650-342-2080) | 650 342-2090 (9/08) | -24.06 |
| 09/30/2008 | Telephone | TelePacific Comm. | 9/08 Telephone Cost | -216.46 |
| 09/30/2008 | Telephone | TelePacific Comm. | 9/08 Telephone Cost | -1.18 |
| 10/01/2008 | 650 342-2090 (10/08) | AT&T (650-342-2080) | 650 342-2090 (10/08) | -24.50 |
| 10/21/2008 | 4159211776-101408 | Soundpath Legal Conferencing | Conference Calls 9/29/09 | -15.61 |
| 10/31/2008 | Telephone | TelePacific Comm. | 10/08 Telephone Cost | -205.13 |

## Audet & Partners, LLP
## Transaction Detail By Account
### November 2007 through August 2009

| Date | Num | Source Name | Memo | Amount |
|---|---|---|---|---|
| 11/21/2008 | 4159211776-111408 | Soundpath Legal Conferencing | Conference Calls 10/26/08 | -9.86 |
| 11/21/2008 | 4159211776-111408 | Soundpath Legal Conferencing | Conference Calls 11/14/08 | -26.28 |
| 11/21/2008 | Verizon112108 | Verizon Wireless | Verizon112108 | -43.40 |
| 11/24/2008 | SScoverncell112408 | S. Scovern | S. Scovern Cell Phone 11.24.08 | -72.00 |
| 11/30/2008 | Telephone | TelePacific Comm. | 11/08 Telephone Cost | -241.37 |
| 12/24/2008 | SScovern122408 | S. Scovern | SScovern - Cell Phone 12/24/08 | -94.11 |
| 01/24/2009 | SScovern 012409 | S. Scovern | SScovern 012409 - Cell | -57.43 |
| 02/24/2009 | SScovernCell022409 | S. Scovern | SScovernCell022409 | -56.01 |
| 04/24/2009 | SScovern042409 | S. Scovern | SScovern Cell 042409 | -52.10 |
| 05/24/2009 | SScovern052409 | S. Scovern | Cell Phone 5.24.09 | -41.30 |
| 06/24/2009 | SScovernCell062409 | S. Scovern | SScovernCell062409 | -47.25 |
| 07/24/2009 | SScoverncell072409 | S. Scovern | SScoverncell072409 | -48.43 |
| 11/05/2009 | SScovernCell102409 | S. Scovern | SScovern Cell 102409 | -49.03 |
| 01/31/2009 | Telephone | TelePacific Comm. | 1/09 Telephone Cost | -0.64 |
| 01/31/2009 | Telephone | TelePacific Comm. | 1/09 Telephone Cost | -3.20 |
| 01/31/2009 | Telephone | TelePacific Comm. | 1/09 Telephone Cost | -6.92 |
| 02/21/2009 | 4159211776-021409 | Soundpath Legal Conferencing | Conference Calls 1/13/09 | -40.88 |
| 02/21/2009 | 4159211776-021409 | Soundpath Legal Conferencing | Conference Calls 2/4/09 | -5.36 |
| 02/21/2009 | 4159211776-021409 | Soundpath Legal Conferencing | Conference Calls 1/27/09 | -12.17 |
| 02/24/2009 | SScovernCell022409 | S. Scovern | SScovernCell022409 | -56.02 |
| 02/28/2009 | Telephone | TelePacific Comm. | 2/09 Telephone Cost | -402.00 |
| 03/21/2009 | 4159211776-031409 | Soundpath Legal Conferencing | Conference Call 3/3/09 | -15.09 |
| 03/21/2009 | 4159211776-031409 | Soundpath Legal Conferencing | Conference Call 3/5/09 | -25.55 |
| 03/31/2009 | Telephone | TelePacific Comm. | 3/09 Telephone Cost | -354.57 |
| 04/21/2009 | 4159211776-041409 | Soundpath Legal Conferencing | Conference Calls 4/1/09 | -22.61 |
| 04/21/2009 | 4159211776-041409 | Soundpath Legal Conferencing | Conference Calls 3/23/09 | -14.59 |
| 05/21/2009 | 4159211776-051409 | Soundpath Legal Conferencing | Conference Calls | -21.52 |
| 05/31/2009 | Telephone | TelePacific Comm. | 5/09 Telephone Cost | -395.94 |
| 06/30/2009 | Telephone | TelePacific Comm. | 6/09 Telephone Cost | -421.12 |
| 07/21/2009 | 4159211776-071409 | Soundpath Legal Conferencing | Conference Call 6/18/09 | -11.14 |
| 07/31/2009 | Telephone | TelePacific Comm. | 7/09 Telephone Cost | -270.42 |
| 08/31/2009 | Telephone | TelePacific Comm. | 8/09 Telephone Cost | -406.65 |
| **Total Telephone** | | | | **-8,292.94** |

**Travel**

| Date | Num | Source Name | Memo | Amount |
|---|---|---|---|---|
| 11/09/2007 | S.Scovern110907 | S. Scovern | Vioxx TPP - Travel Atlantic City 10/23 - 10/29 | -3,498.37 |
| 11/25/2007 | SScovern 112507 | S. Scovern | Vioxx TPP -Travel Atlantic City 11/18-11/20 | -2,265.42 |
| 12/07/2007 | Scovern 120707.1 | S. Scovern | Vioxx TPP CMC | -2,964.93 |
| 06/08/2008 | SScovernExp060808 | S. Scovern | Vioxx TPP CMC | -1,999.12 |
| 12/23/2008 | SScovern122308 | S. Scovern | VIOXX TPP - 12/08 CMC 12/16 - 12/17/08 | -2,030.24 |
| 03/03/2009 | SScovernExp022609 | S. Scovern | Vioxx CMC PE Cases- Travel 2/24/09 - 2/26/09 | -439.07 |
| 02/04/2009 | SScovern020409 | S. Scovern | Vioxx TPP CMC Fee Allocation Issue 1/21/09 - 1/22/09 | -2,303.40 |
| 03/03/2009 | SScovernExp030309 | S. Scovern | Vioxx TPP CMC | -507.90 |

Audet & Partners, LLP
Transaction Detail By Account
November 2007 through August 2009

| Date | Num | Source Name | Memo | Amount |
|------|-----|-------------|------|--------|
| 03/03/2009 | SScovernExp022609 | S. Scovern | Vioxx TPP CMC NYC 2/24/09 - 2/26/09 | -1,317.19 |
| 03/31/2009 | SScovern033109 | S. Scovern | Vioxx TPP - Attend Vioxx TPP Conference 3/25 - 3/26/09 | -1,354.82 |
| 04/25/2009 | SScovern042509 | S. Scovern | Vioxx TPP - Attend Vioxx TPP Conference 4/22/09 - 4/23/09 | -1,696.23 |
| 07/24/2009 | SScovern072409 | S. Scovern | Vioxx TPP July CMC 7/29 to 7/30 | -818.41 |
| **Total Travel** | | | | -13,197.15 |
| | | | | |
| **Total Case Cost Advanced** | | | | -49,264.01 |

Page 8 of 8

# EXHIBIT D

# SUBMISSION OF
# GARY F. FRANKE

Gary F. Franke, Esq.
GARY F. FRANKE CO., L.P.A.
120 East 4th Street - Suite 1040
Cincinnati, Ohio 45202
Telephone: 513-564-9222
Facsimile: 513-564-9990

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX LITIGATION | ) | |
| | ) | MDL Docket No. 1657 |
| This Document Relates to All Cases | ) | Section L |
| | ) | |
| | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |
| | ) | |
| | ) | AFFIDAVIT OF GARY F. FRANKE |
| | ) | |
| | ) | New Jersey TPP- Central States/Central |
| | ) | Pennsylvania Common Benefit Application |

Gary F. Franke, being duly sworn, deposes and says:

1.     I am the principal of the law firm of Gary F. Franke Co., L.P.A. ("GFF"). I make this affidavit in compliance with the Pre-Trial Order 57 for the GFF application for reimbursement of attorney fees and expenses from the Pre-Trial Order 57 Fund. Such fees and expenses have been accrued in connection with this law firm's Private TPP common benefit conferred on all of the TPP plaintiffs. The matters set forth in this affidavit are based upon my personal knowledge and upon my review of the files maintained by GFF.

2.     As it relates to GFF, the fee and expense application seeks compensation for work performed by the following member of the firm: Gary F. Franke. The firm is not seeking compensation for the hundreds of hours dedicated to the litigation performed by the firm's administrative and paralegal employees: Margaret A. Thompson and Linda M. Gauggel.

1

3.     I am the principal member of GFF, a Cincinnati, Ohio based law firm. Previously, I was a partner of the law firm of Lindhorst & Dreidame, from 1993 through 1999, and prior to that an Associate at Lindhorst & Dreidame from 1985 through 1993. I received a Bachelor of Science/Bachelor of Arts degree in Economics from Xavier University in Cincinnati, Ohio and a Juris Doctor degree from the University of Dayton School of Law in 1985 where I was a Class Representative for the Student Bar Association, finalist Walter Rice Moot Court Competition, member of the National Moot Court Team, Associate Justice, University of Dayton Moot Court Board and Executive Administrator, University of Dayton National Administrative Law Competition, among other things. I am currently a member of the Cincinnati Bar Association and Ohio State Bar Association and am admitted to practice in the United States District Court, Southern District of Ohio and the United States Court of Appeals for the Sixth Circuit.

4.     I have litigated cases throughout the United States, including complex business litigation, felony criminal cases, medical malpractice litigation, products liability litigation and a multitude of other business/corporate and tort cases since the start of my practice in 1985. I have been lead counsel in the great majority of all of said litigations.

5.     My paralegal, Linda M. Gauggel received an undergraduate degree from the University of Cincinnati and graduated from the College of Mt. St. Joseph University with a Paralegal degree and has worked for GFF from November, 2002 through the present. My secretary, Margaret A. Thompson received a Associate degree for Legal Secretarial training from the University of Cincinnati and has worked with me since 1985, including as the Office Manager of GFF from October, 1999 through the present. GFF has three other lawyers: Hal L. Franke (corporate/real estate), William M. Bristol (litigation) and Michael D. O'Neill (litigation).

2

The firm represents numerous large, medium and small businesses/corporations as well as private individuals in litigation and corporate matters.

6.   My paralegal, Linda M. Gauggel, has been employed with GFF since November 19, 2002.  She received her Associate of Applied Business in Secretarial Studies degree from the University of Cincinnati and her Paralegal Certificate from the College of Mt. St. Joseph.  Prior to her employment at GFF, she was a paralegal for Lindhorst & Dreidame in Cincinnati, Ohio.

7.   My time is currently billed at $475.00 per hour.  This rate is reasonable and appropriate when compared to other rates billed for the time of similarly-experienced attorneys and in the country for matters of similar complexity, and, upon information and belief, below that of lawyers and professionals of comparable experience at litigation firms.

8.   In addition, Linda M. Gauggel's time would be billed at $90.00 per hour. The rate billed for Mrs. Gauggel is based on a combination of her professional experience and salary at a rate of compensation from the firm, as well as on comparable rates for professionals at her level.

9.   With the ample aid of referenced individuals involved at GFF, along with the "CS and CP Law Firms", Lanier Law Firm, Susanne Scovern of Audet & Partners, Rob Dassow, and David Ewing, we prosecuted and litigated the trial cases.

10.   My firm participated in the trial preparation of the cases.  All discovery, including experts, fact witnesses, and document review were performed in preparation for trial by all of the above law firms.  I was generally responsible for the client contact with CS and CP.

11.   It is believed that all of the submitted time was associated with the New Jersey Private Vioxx TPP case, I was not involved in the presenting cases.

12.     Finally, attached as Exhibit "A" is the Vioxx Products Liability Litigation Report of my firm.

13.     Attached as Exhibit "B" are the expenses related to TPP cases.

I AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

Dated:  9 / 15 / 11                  _____
                                                    Gary F. Franke


STATE OF OHIO                    )
                                              ) SS:
COUNTY OF HAMILTON )

Subscribed and sworn to before me, a Notary Public, in and for said County and State, this 15th day of September, 2011.


My Commission Expires:
7/13/12

County of Residence:
Warren

_____
Notary Public

MARGARET A. THOMPSON
Notary Public, State of Ohio
My Commission Expires 07-13-2012

4

Gary F. Franke Co. LPA

Vioxx Time Tracking

Attorney Names  Gary F. Franke

9/26/2006 - 9/19/2009

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
| 9/28/2006 | Review file information re: preparation of discovery; receipt and review of e-mail from R. Dassow re: potential discovery; | 2 | | | |
| 11/4/2006 | Telephone conference with RD and DE; | 0.4 | | | |
| 11/11/2006 | Meeting/strategy conference with RD and DE re: CS & CP; | 1.3 | | | |
| 11/18/2006 | Review plaintiff's RFP; telephone conference with RD and DE; receipt and review of Answer to Complaint; | 1 | 1.2 | | |
| 12/2/2006 | Receipt and review of e-mail re: status from CS; telephone conference with CS re: status; | 0.8 | | | |
| 12/7/2006 | Prepare and forward status report re: discovery/potential trial date/CMC; | 0.5 | | | |
| 2/24/2007 | Meeting in Cincinnati with DE and RD re: discovery issues; | | | 6 | |
| 3/3/2007 | Meetings in Cincinnati with DE and RD re: Merck documents; | | | 6.5 | |
| 3/31-4/7/2007 | E-mails with counsel, strategy conference with RD and DE in Cincinnati re: CS & CP evaluation on trial cases; | 4 | | | |

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
| | Page Total | 10 | 1.2 | 12.5 | 0 |
| 4/14-4/21/2007 | Travel to Columbus, IN; trial strategy conference with DE and RD; | 6.5 | | | |
| 5/18/2007 | E-mail to CS re: status/CAFA/options re: MDL; | 0.4 | | | |
| 7/21-7/28/2007 | Telephone conference with RD and DE re: CS/CP; meeting in Indianapolis, IN with DE and RD re: preparation for CMC; | 7 | | | |
| 9/1-9/8/2007 | Strategy conferences with RD and DE re: Medco; review Medco's pleadings, etc. from previous case. | 6 | | | |
| 10/6-10/13/2007 | Prepare for and meet with WML, DE and RD; strategy conference; meeting in Cincinnati (Queen City Club); discussions with RD and DE re: CS and CP; | 6.5 | | | |
| 12/1-12/8/2007 | E-mails; strategy conference with DE and RD; | 0.5 | | | |
| 2/28/2008 | Receipt and review of e-mail from CS re: status; | 0.2 | | | |
| 2/29/2008 | Telephone conference with CS re: status; | 0.3 | | | |
| 4/3/2008 | Telephone conference with CP re: status; receipt and review of e-mail from CP re: update; | 0.5 | | | |
| 5/3/2008 | Prepare for and participate in telephone conferences with CS/CP; | 1.3 | | | |
| 5/24-5/31/2008 | Strategy conferences with RD and DE; | 1 | | | |
| | Page Total | 30.2 | 0 | 0 | 0 |

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
| 6/2/2008 | Receipt and review of e-mail from RD re: third party payor profile for CS and CP; telephone conferences with CS and CP re: profile information; e-mail to RD re: profile information; | | 1.5 | | |
| 6/5/2008 | E-mail to CS re: discovery conference. | 0.3 | | | |
| 6/10/2008 | Receipt and review of e-mail from RD re: synopsis of CMC. | 0.2 | | | |
| 6/14/2008 | Prepare for and participate in telephone conference with CS re: strategy, production protocol. | 1 | | | |
| 7/21/2008 | Receipt and review of e-mail from CS, including Medco formularies. | | | 2 | |
| 7/22/2008 | E-mails with RD re: CS production. | | | 0.5 | |
| 7/26 & 8/2/2008 | Receipt and review of e-mail from RD re: initial core discovery order; e-mail to CS re: initial core discovery order; telephone conference with CS re: initial core discovery order; e-mail from Lee re: meeting; | 0.3 | | 1 | |
| 8/9 – 8/16/2008 | E-mails to and from RD re: meeting with CS in Chicago; prepare for CS meeting in Chicago; attend meeting with CS in Chicago; e-mail to RD re: meeting; e-mail to Lee confirming meeting of 8/14/2008 in Chicago; e-mail from Lee re: upcoming meeting; | 18.6 | | | |
| | Page Total | 20.4 | 1.5 | 3.5 | 0 |

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
| 8/16-8/23/2008 | Work on discovery responses; discovery conferences with RD and DE; e-mails/telephone conferences with counsel; | | | 5 | |
| 8/23-8/30/2008 | Receipt and review of e-mail from CP re: discovery; telephone conference with CP re: e-mails; provide VIOXX NDC code information to CP and CS; | | | 1.3 | |
| 8/30-9/6/2008 | Discovery conference with counsel re: production; receipt and review of correspondence, enclosing CD containing VIOXX claim data; review VIOXX claim data; | 0.5 | | 4 | |
| 9/12/2008 | Receipt and partial review of e-mail from CP re: claim data (215 pgs.); | | | 2 | |
| 9/22-9/27/2008 | Receipt and review of Discovery Order No. 2 relating to third party payor cases; review Court Order/letter from Court; telephone conferences with counsel re: court orders/letter re: defendants' demand for discovery; e-mail from CP re: production; e-mail from CS re: production; e-mail to RD re: CS has no additional records; | 1 | | 1 | |
| | Page Total | 1.5 | 0 | 13.3 | 0 |

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
| 10/2-10/11/2008 | Receipt and review of production from CP re: VIOXX pill count; telephone conferences with counsel; telephone conferences with clients; | | | 2.5 | |
| 10/11-10/18/2008 | Work on production/response to defense counsel's correspondence re: pill count; telephone conferences with counsel; receipt and review of Discovery Order No. 3 relating to third party payor cases; | 1.8 | | 2 | |
| 10/18-10/25/2008 | Telephone conference with CP re: contact information for GPP; e-mail to RD re: contact information for General Prescription Programs, Inc. on behalf of CP; telephone conference with CS re: contact person for Medco; | | | 1 | |
| 10/25-11/1-2008 | Telephone conferences with counsel; e-mails with RD and DE re: production deficiencies; | | | 1.1 | |
| 11/1-11/8-2008 | Receipt and review of e-mail from RD re: NAES; | 0.6 | | | |
| | Page Total | 2.4 | 0 | 6.6 | 0 |

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
| 11/8-12/3/2008 | Receipt and review of e-mail from RD re: recent CMC/discovery compliance; receipt and review of e-mail from CS re: national account managers; e-mail to RD re: CS information; receipt and review of e-mail from CS re: status regarding discovery compliance; e-mail to CS re: status; e-mail to CS re: CMC of 4/23/2009/expert depositions; telephone conference with Nelson re: discovery/deposition; | 1.4 | | 0.2 | |
| 12/6-12/13/2008 | Communications re: discovery; strategy conference with counsel; receipt and review of e-mail from RD re: Records Custodian deposition; e-mails to CS and CP re: Records Custodian depositions; receipt and review of e-mail from CP re: availability of Records Custodian; | 2 | | 2.7 | |
| | Page Total | 3.4 | 0 | 2.9 | 0 |

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
| 12/13-12/20/200 | Telephone conferences with counsel re: strategy; telephone conferences with CS re: production/trial counsel/executive document review; telephone conferences with RD and DE re: CS and CP deponents; receipt and review of e-mail from RD re: CS plan number; telephone conference with CS re: Medco plan number; e-mail to RD re: CS Medco plan number; telephone conference with counsel re: discovery; | 5 | | | |
| 12/20-12/27/200 | Receipt and review of e-mail from RD; | 0.7 | | | |
| | Page Total | 5.7 | 0 | 0 | 0 |
| 1/3-1/10/2009 | all TPP cases; telephone conferences with RD and DE re: RFP; receipt and review of e-mails from CS re: confidentiality agreement; formulary documents; e-mail to RD, including contract and various summary plan documents; review same; telephone conference with RD re: discovery documents; e-mail from CS re: document production; e-mail from RD re: Discovery Requests; e-mail from RD re: CP production; | 3 | | 5 | |
| | Page Total | 3 | 0 | 5 | 0 |

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
| 1/13-1/17/2009 | E-mail from RD re: Medco/CS; E-mail to CP re: Discovery Requests; e-mail from CP re: discovery requests; e-mail to A. Nelson re: Notice of Deposition; e-mail to Lee re: no objection to from Medco re: CS production of documents; receipt of e-mail from CS re: additional VIOXX related documents, including formularies; receipt of e-mail from RD, attaching correspondence to Brody re: additional production of documents; e-mail to CP re: discovery requests; e-mail to CS re: discovery requests; receipt of CD from CS, including additional formulary documents; | 1 | | 4 | |
| 1/18-2/2/2009 | Conference/e-mails with RD and DE re: Motion to Compel; CS document review re: Nelson deposition; e-mails from Brody re: deposition dates for CS; receipt and review of e-mail from RD, attaching sample deposition (Local 68 deposition); E-mail from RD re: cancel Nelson deposition date; E-mail from CP re: document shipment; E-mail from CP re: document shipment; E-mail from RD re: new deposition dates for CP; | 1 | | 2 | 4 |
| | Page Total | 2 | 0 | 6 | 4 |

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
| 2/3/2009 | Review additional discovery provided by CP; correspondence to RD enclosing additional discovery from CP; | 0.3 | | 2 | |
| 2/3-2/14/2009 | Review of Discovery Order relating to defendant Merck & Co.'s Request for Production of Documents to plaintiffs and all third party payor cases; e-mails from RD re: Scheduling Order/Exhibit "A," receipt and review of e-mail from CP re: continuing attempts to obtain additional documents responsive to discovery requests; e-mails re: MSJ filed in CS case; review MSJ; receipt and review of e-mail from SS re: MSJ; E-mail from RD re: Scheduling Order; | 2 | 4 | 1 | |
| 2/15-21/2009 | E-mails, conferences with RD and DE re: MSJ; telephone conference with counsel re: MSJ; conferences with RD and DE re: strategy for response to MSJ; e-mails from Brody re: CS deponents; | 3 | | 1 | |
| | Page Total | 5.3 | 4 | 4 | 0 |

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
| 2/22-3/14/2009 | Review CS production; deposition preparation for Nelson; deposition preparation in Chicago; e-mail re: 30(B)(6) Notice; Chicago CS deposition preparation/meeting with client; attend deposition of Al Nelson in Chicago; e-mail from CS re: Nelson deposition topics; e-mail from RD re: Notice of Deposition for CS including topics; | 6 | | | 16 |
| 3/15-21/2009 | E-mail re: subpoenaes; review responses and objections of Merck to CS First RFA; | 0.5 | | 2 | |
| 3/22-28/2009 | Review correspondence to Al Nelson; telephone conferences with DE and RD; review Merck's 1st Set of Interrogatories to all TPP plaintiffs; e-mail from RD; e-mail from Brody re: depositions of CS current and former employees; e-mail from Brody re: plaintiffs' document production; | 2 | | | |
| | Page Total | 8.5 | 0 | 2 | 16 |

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
| 3/29-4/4/2009 | E-mail from RD re: defense of CS depositions scheduled for May 13, 14, 20 and 21; e-mail from Brody re: depositions on May 13, 14, 20 and 21; e-mail to CS re: depositions; telephone conference with RD re: discovery/depositions; e-mail to CS re: discovery/interrogatories; review documents in preparation for depositions. | 1 | | 6 | |
| 04/5-4/11/2009 | E-mail from RD re: CS agreements with Medco (and predecessor entities) from April, 1993 through January, 2007; telephone conferences/e-mails with RD and DE; preparation for depositions. | 1 | | 7 | |
| 4/24/2009 | E-mail from RD re: CS deponents; | 0.2 | | | |
| 04/25-5/2/2009 | Correspondence from RD re: plaintiffs' production; telephone conferences with DE and RD re: production; review CS production; receipt and review of e-mail from RD re: service of commissions for deponents; e-mail from RD re: CS/defendants' 1st Set of Interrogatories to plaintiffs in all TPP cases | | | 4 | |
| | Page Total | 2.2 | 0 | 17 | 0 |

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
|  | E-mail from RD re: deposition dates for CS; fax from RD re: witness subpoenas; e-mails to RD); telephone conferences with CS; e-mail from RD to Brody requesting information re: CS production; e-mail from RD re: follow-up deposition dates; e-mail to CS re: deposition location/deposition preparation; e-mails from CS re: scheduled deponents/deposition preparation; e-mail from Brody re: Nelson deposition; e-mails from RD re: production of personnel file information pertaining to pharmacy benefit administration; e-mails re: service of documents and CS; e-mail from RD re: depo. notices; |  |  |  |  |
| 5/5-5/9/2009 | Page Total | 0 | 0 | 3.2 | 0 |

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
| 5/10-5/16/2009 | Meeting in Chicago; review CS production; deposition preparation of Donna Guilno; attend deposition of Donna Guilno; deposition prep of William Schaefer; attend deposition of William Schaefer; conferences with client; telephone conferences with RD re: deposition; receipt and review of Notice of Deposition for William Schaefer, Donna Guilno; e-mails from Brody re: CS deponents; e-mails with RD and DE re: depositions; e-mail from CS re: Guilno documents; | | | | 30 |
| 5/17-5/23/2009 | Deposition preparation of Ray Hale in Chicago; attend deposition of Ray Hale in Chicago; conferences with client; preparation for and attend deposition of Al Nelson in Chicago; telephone conferences with DE re: depositions | | | | 33 |
| 5/26-5/29/2009 | E-mail from RD re: Defendants' Response to First Set of Interrogatories; e-mail from RD re: certification of production; E-mail from CS re: responses to discovery due date; | | | 1 | |
| | Page Total | 0 | 0 | 1 | 63 |

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
| 5/31-6/6/2009 | E-mails re: Nelson deposition; review trial deposition; e-mail to CS re: CS deponents take off list to be deposed; e-mails from CS re: Nyan deposition/discovery; e-mail to RD re: discovery; | | | | 4 |
| 6/7-6/20/2009 | Correspondence from RD re: Hale depo/errata sheet; e-mails re: TPP meeting; receipt and review of Federal Express from RD, enclosing Hale deposition; review Hale deposition; e-mail from CS re: certification of document production; | | | | 2 |
| 6/21-6/27/2009 | Review Court's Discovery Order; trial counsel call re: CS/CP strategy; | 0.8 | | | |
| 6/28-7/18-2009 | Correspondence from CS; correspondence to RD re: CS; telephone conference with CS; | 1 | | | |
| 7/6/2009 | UPS to R. Hale, enclosing deposition/errata sheet; | | | | |
| 7/14/2009 | E-mail from CS re: Vioxx Lien Resolution Program | | | | |
| | Page Total | 1.8 | 0 | 0 | 6 |

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial |
|---|---|---|---|---|---|
| 7/19-9/19/2009 | Receipt and review of correspondence from West Consulting re: allocation results from VIOXX private TPP settlement; e-mail to RD re: West Consulting information; e-mail from EM re: TPP settlement; e-mail to CS re: TPP settlement; e-mail from RD re: TPP settlement; review letter from Soble, including Settlement Agreement; e-mail to CS re: Status; e-mail from CP re: Vioxx Lien Resolution Program; e-mail from CS re: Sobol correspondence; | 1 | | | |
| | Page Total | 1 | 0 | 0 | 0 |
| | Worksheet Totals | 97.4 | 6.7 | 77 | 89 |
| | All Column Totals | 270.1 | | | |
| | Hourly Billing Rate | $475.00 | | | |
| | Total Amount | $128,297.50 | | | |

43134.1001 & 43270.1001

_____

September 13, 2011

| | |
|---|---|
| VIOXX Litigation | $  9,522.52 |
| New Jersey TPP | |
| Central States & Central Pennsylvania | $ _____ |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Re:   New Jersey Case - Vioxx
      GFF File Nos. 43134.1001 & 43270.1001

CASH ADVANCED:

| | |
|---|---|
| Photocopies (7,009 pgs.) | $1,401.80 |
| Photocopies (12/22/08) | $     55.20 |
| Photocopies (3/12/09) | $     35.20 |
| Photocopies (3/27/09) | $     23.60 |
| Photocopies (3/31/09) | $     20.00 |
| Photocopies (4/17/09) | $     10.20 |
| Facsimile (4/5/07) | $      4.00 |
| Pro Hac Vice (5/1/07) | $    186.00 |
| UPS (4/2/08) | $     16.42 |
| BKD (12/15/08) | $1,067.49 |
| Hovde Dassow (2/23/09) | $3,333.33 |
| UPS (1/9/09) | $     13.40 |
| UPS (1/13/09) | $     13.40 |
| UPS (3/3/09) | $     18.30 |
| UPS (3/24/09) | $     26.52 |
| BKD (3/31/09) | $    543.58 |
| Salix (4/30/09) | $    597.17 |
| UPS (7/06/09) | $     15.11 |
| UPS (10/12/09) | $     38.38 |
| UPS (10/13/09) | $     19.19 |
| UPS (1/14/10) | $     19.51 |
| Mileage to Columbus, IN 4/18/07 | $     89.92 |
| Mileage to Indy airport 12/4/07 (236 miles) | $    114.46 |
| Parking (12/4/07) | $     23.50 |
| Airfare (12/4/07) | $    369.80 |
| Borgata Hotel, NJ (12/4/07) | $    261.06 |
| Comfort Inn, Chicago (5/12/09) | $    225.88 |
| Mileage to Chicago 3/11/09 (594 miles) | $    326.70 |
| Mileage to Chicago 5/13/09 (594 miles) | $    326.70 |

September 16, 2011
VIOXX Litigation
New Jersey TPP
Central States & Central Pennsylvania
Page 2

Re:   New Jersey Case - Vioxx
      GFF File Nos. 43134.1001 & 43270.1001

      Mileage to Chicago 5/20/09 (594 miles)      $   326.70

                              **TOTAL CASH ADVANCED**        **$9,522.52**

                              **TOTAL INVOICE AMOUNT**       **$9,522.52**
                                                            ========

# EXHIBIT E

# SUBMISSION OF
# C. DAVID EWING

C. David Ewing, Esq.
EWING, McMILLIN & WILLIS, PLLC
1100 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, Kentucky 40202
Telephone: 502.585.5800
Facsimile: 502.585.5858

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX LITIGATION )<br>)<br>This Document Relates to All Cases )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL Docket No. 1657<br>Section L<br><br>Judge Fallon<br>Magistrate Judge Knowles<br><br>**AFFIDAVIT OF C. DAVID EWING**<br><br>New Jersey TPP- Central States/Central<br>Pennsylvania Common Benefit Application |

C. David Ewing, being duly sworn, deposes and says:

1.      I am a member of the law firm of Ewing, McMillin & Willis, PLLC ("EMW"). I make this affidavit in compliance with the Pre-Trial Order 57 for the application for reimbursement of attorney fees and expenses from the Pre-Trial Order 57 Fund.  Such fees and expenses have been accrued in connection with substantial efforts rendered by this law firm's Private TPP common benefit conferred on all of the TPP plaintiffs who settled their claims as part of the common settlement of the Private TPP Vioxx Litigation in the MDL and New Jersey. The matters set forth in this affidavit are based upon my personal knowledge and upon my review of the files maintained by EMW with respect to the New Jersey Vioxx Litigation and TPP Vioxx Litigation.

2.      I am a partner of EMW, a Louisville, Kentucky based law firm.  Previously,

I was a partner in the law firm of Gardner, Ewing & Souza, and prior to that an associate at the law firm of White, Getgey & Meyer in Cincinnati, Ohio. I received a Bachelors of Arts degree from the University of Cincinnati in Cincinnati, Ohio and a Juris Doctor degree from Chase Law School in 1980.

3.      I have been involved in complex litigation, including pharmaceutical related litigation, for the past twenty years. I have had leadership roles in class actions. I have represented the State of Ohio in regard to pharmaceutical pricing litigation (AWP) and have tried to verdict a pharmaceutical pricing litigation case against Merck, the Defendant in this case and Medco, its wholly owned PBM. I have an extensive background in medical litigation and have been consulted by various governmental entities concerning medical/pharmaceutical issues. Attached hereto as Exhibit A is my bio.

4.      My time is currently billed at $500.00 per hour. This rate is reasonable and appropriate when compared to other rates billed for the time of similarly experienced attorneys in the country for matters of similar complexity and upon information and belief, below that of lawyers of comparable experience at large defense firms.

5.      I along with the Central States and Central Pennsylvania law firms; namely, Lanier Law Firm, Susanne Scovern of Audet & Partners, Gary Franke, and Robert Dassow, have prosecuted and litigated the trial cases at Judge Higbee's direction.

6.      The Honorable Carol E. Higbee scheduled Central States and Central Pennsylvania as one of two trial cases. The "CS and CP law firms" participated in the expedited discovery and trial preparation of the cases. All discovery, including experts, fact witnesses, and document review were performed in preparation for trial by all of the above law firms. We were

involved in numerous law and motion discovery hearings, and attended all CMCs associated with the New Jersey Vioxx TPP cases.

7.     All of the submitted time was associated with the New Jersey Private Vioxx TPP case and was not previously submitted in connection with the CBF pursuant to PTO 6(D).

8.     Attached as Exhibit B is the breakdown of time expended by C. David Ewing in this matter.

9.     Attached as Exhibit C are the expenses related to the Vioxx trial cases and the Common Benefit Litigated issues.

I AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

Dated: _9/14/11_     _____
                                    C. David Ewing

STATE OF KENTUCKY     )
                                              ) SS:
COUNTY OF Jefferson )

Subscribed and sworn to before me, a Notary Public, in and for said County and State, this _14_ day of _September_ 2011.

My Commission Expires:
May 18, 2015

County of Residence:
Jefferson

_____
Notary Public
Loraine Daut Portland
Printed Name

## C. DAVID EWING
### Ewing, McMillin & Willis, PLLC

C. David Ewing is a partner in Ewing, McMillin & Willis, PLLC, a law firm in Louisville, Kentucky. Mr. Ewing's practice consists of litigation involving complex medical issues, class actions and mass torts. Ewing, McMillin & Willis, PLLC was founded in 2005 as the successor firm to Gardner, Ewing & Souza where Mr. Ewing practiced beginning in 1983. Prior to 1983, Mr. Ewing practiced with the litigation firm of White, Getgey & Meyer in Cincinnati, Ohio. Prior to the commencement of his legal practice, Mr. Ewing served for four years as an Air Force Medic both in the United States and overseas. His background also includes further medical experience consisting of eight years of employment as an emergency room technician and intravenous therapist at the Cincinnati Jewish Hospital from 1970-1979. All of this medical experience naturally led Mr. Ewing to the pursuit of medically-related litigation issues in his law practice.

Mr. Ewing has extensive participation in the area of class action litigation involving medical products and pharmaceuticals. He served as co-lead counsel in the *Cordis* pacemaker litigation which successfully redressed the loss occasioned by defective pacemakers on a national basis. Again as co-lead counsel, Mr. Ewing successfully litigated the Miamisburg evacuation class action against CSX Railroad which resulted from the largest mass evacuation in the history of the United States for other than natural causes. *Miamisburg* was settled after a six week jury trial. Mr. Ewing is currently acting as counsel for the Attorney General of the State of Ohio in pursuing the recovery of losses to the State of Ohio occasioned by practices of pharmaceutical companies. This representation of the State of Ohio has encompassed claims against Merck, Medco, Dey Pharmaceutical, Warrick Pharmaceuticals, Abbott and others. Mr. Ewing was appointed to serve on the Executive Committee in the national class action against UPS to recover package insurance charges which recently settled.

Mr. Ewing has extensive experience in both jury and bench trials. He has litigated matters in Kentucky, Ohio, Michigan, Indiana, Tennessee, South Carolina, New York, Florida, Alabama, California and Washington State. Mr. Ewing acted as a consultant between the Cincinnati Bar association and the Cincinnati Academy of Medicine in reaching a joint statement of understanding. He has authored litigation articles, including articles for the Ohio Academy of Trial Lawyers. He has served as a speaker at litigation seminars and Continuing Legal Education forums on the subject of complex litigation. Mr. Ewing has been consulted by law firms and governmental entities regarding pharmaceutical pricing issues and prescription drug abuse. Upon invitation, he has consulted with the U.S. Congress, the U.S. General Accounting Office (GAO) and several State Attorney Generals regarding pharmaceutical pricing and drug abuse issues.

## Exhibit A

Mr. Ewing's specific Curriculum Vitae is as follows:

BIRTHDATE:              March 21, 1947

BUSINESS ADDRESS:       Ewing, McMillin & Willis, PLLC
                        1100 Republic Building
                        429 W. Muhammad Ali Boulevard
                        Louisville, Kentucky 40202

TELEPHONE:              (502) 585-5800 (Office)
                        (502) 585-5858 (Fax)
                        (502) 648-9909 (Cell)
                        E-mail: huntingcreek@insightbb.com

EDUCATION:              Bachelor of Arts – 1974
                        University of Cincinnati
                        Cincinnati, Ohio

                        Juris Doctor – Salmon P. Chase College of Law 1980

LICENSE                 Ohio – admitted 1980
                        Kentucky – admitted 1986

PROFESSIONAL
MEMBERSHIPS:            United States Court of Appeals for the Sixth Circuit
                        United States District Courts – Ohio
                        United States District Courts – Kentucky
                        Supreme Court of Ohio
                        Supreme Court of Kentucky
                        American Bar Association
                        Ohio Bar Association
                        Kentucky Bar Association
                        Cincinnati Bar Association
                        Louisville Bar Association
                        The Ohio Academy of Trial Lawyers
                        The Kentucky Academy of Trial Attorneys

MILITARY:               United States Air Force
                        Sergeant
                        Medical Corps
                        1965-1969

Ewing, McMillin & Willis
Vioxx TPP Time Tracking
C. David Ewing
Dates: 11/4/2006 - 7/11/2009

**Exhibit B**

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial | Appeal | Settlement | Total |
|---|---|---|---|---|---|---|---|---|
| 11/4/2006 | Telephone conference with GF and RD | 0.50 | | | | | | 0.50 |
| 11/11/2006 | Meeting case strategy conference with GF and RD re: CS and CP | 1.30 | | | | | | 1.30 |
| 11/18/2006 | Work on CS RFP and RFA with RD | | | 3.00 | | | | 3.00 |
| 1/6/2007 | Multiple calls with RD & Suzanne Scovern (SS) re: Motion for Protective Order, depositions and Medco issues | | | 3.50 | | | | 3.50 |
| 2/3/2007 | Evaluate Merck documents, with RD and SS | | | 1.50 | | | | 1.50 |
| 2/10/2007 | Meeting in Cincy with RD and GF re: Central States | | | 9.00 | | | | 9.00 |
| 2/12-2/23/2007 | Retrieve transcript of STRS of Ohio v. Merck -Medco; research transcript for potential trial witnesses | | | 32.50 | | | | 32.50 |
| 2/24/2007 | Meeting in Cincy re: discovery issues | | | 9.50 | | | | 9.50 |
| 3/3/2007 | Meeting in Cincy with co-counsel re: Merck documents, Medco documents and discovery | | | 10.50 | | | | 10.50 |
| 4/7/2007 | Meeting in Cincy with RD and GF - evaluation of trial cases; conference call with SS re: case evaluation and trial | 8.50 | | | 1.40 | | | 9.90 |
| 4/14/2007 | Telephone conference with RD and SS re: experts | | | 1.50 | | | | 1.50 |
| 4/21/2007 | Meeting in Columbus, IN with co-counsel re: trial strategy; review trial experts; discuss conflicts issue | | | 2.50 | 6.00 | | | 8.50 |
| 4/28/2007 | Review Medco transcript; prepare for conference calls on Medco issues; | | | 6.50 | | | | 6.50 |
| 5/19/2007 | Conference with RD and SS re: P&T Committee discovery | | | 0.80 | | | | 0.80 |

| Date | Description | | | | | Total |
|------|-------------|---|---|---|---|------|
| 5/26/2007 | Work on P&T Committee with RD and SS | | | 2.80 | | 2.80 |
| 6/2/2007 | P&T Committee discovery analysis with RD and SS | | | 0.90 | | 0.90 |
| 7/21/2007 | Meeting with RD and GF in Indy re: case and upcoming CMC | 10.50 | | | | 10.50 |
| 9/8/2007 | Telephone conference re: Medco with RD and GF | 0.50 | | | | 0.50 |
| 9/15/2007 | Telephone conference with RD and SS re: Merck - Medco documents | 1.50 | | | | 1.50 |
| 9/16/2007 | Evaluate Medco documents; research Joann Reed relationship with Merck | | | 6.50 | | 6.50 |
| 10/11-10/13/07 | Prepare for meeting with Mark Lanier; telephone conferences with RD and GF; meeting in Cincy with Mark Lanier re: CS/CP | | 13.50 | | | 13.50 |
| 12/8/2007 | Telephone conference with all co-counsel re: upcoming Vioxx CMC | 0.90 | | | | 0.90 |
| 5/24/2008 | Strategy conference with RD, GF and SS; work on expert witnesses with SS and RD | 2.00 | 3.00 | | | 5.00 |
| 6/21/2008 | Conference re: PBMs; conference with RD, SS and RDM in NYC | 23.50 | | | | 23.50 |
| 8/2/2008 | Conferences with co-counsel re: trial strategy; review of formulary docs | | 15.00 | | | 15.00 |
| 8/9-8/16/2008 | Multiple phone calls w/GF and RD re: strategy; work on discovery responses; preparation for meeting in Chicago with CS potential witnesses | 8.50 | | | | 8.50 |
| 8/23/2008 | Conferences with co-counsel re: discovery | | | 5.00 | | 5.00 |
| 8/30-9/6/2008 | Conferences with co-counsel; review of Vioxx claim data by CS and CP | | | 8.50 | | 8.50 |
| 9/25/2008 | Research Medco docs and trial transcript | | | 6.50 | | 6.50 |
| 10/25/2008 | Conference calls; work with RD re: Medco subpoenas; Medco issues | | | 12.50 | | 12.50 |
| 12/6/2009 | Conference calls with all counsel re: discovery - exhibits | | | 1.50 | | 1.50 |
| 12/13/2008 | Multiple phone conferences with all counsel re: Medco; discovery; Merck docs and discovery Orders | 7.50 | | | | 7.50 |

| Date | Description | | | | | Total |
|---|---|---|---|---|---|---|
| 1/5-1/6/2009 | Chicago, IL with GF re: depo prep of witnesses and meeting with CS General Counsel | | | 18.90 | | 18.90 |
| 1/11/2009 | Review of Medco agreements and docs; conference w/RD re: same | | | 8.00 | | 8.00 |
| 1/13/2009 | Research PBM as learned intermediary; report to RD | | | 6.50 | | 6.50 |
| 2/13/2009 | Review Medco produced documents | | | 3.50 | | 3.50 |
| 2/20/2009 | Review of Merck docs produced on CD; calls to RD re: same | | | 3.50 | | 3.50 |
| 2/23/2009 | Work on Medco production | | | 4.50 | | 4.50 |
| 3/7/2009 | Calls w/co-counsel re: deposition notices, experts; work on experts with RD and SS | 4.50 | | 7.50 | | 12.00 |
| 3/10-3/11/09 | Multiple calls with GF and RD re: deposition prep of CS witnesses and strategy for Al Nelson deposition | | | 3.00 | | 3.00 |
| 3/13/2009 | Research Medco transcript, isolate best witnesses; communicate all with RD | | | 5.50 | | 5.50 |
| 3/20/2009 | Review all testimony in transcript and deposition of Joanne Reed, Medco Executive re: anticipated hostile witness | | | 9.50 | | 9.50 |
| 3/28/2009 | Conference calls with co-counsel re: strategies; work on subpoenas with RD; review P&T Payment docs with RD and SS; review Merck's First Set of Interrogs to all plaintiffs | 12.50 | | 3.20 | | 15.70 |
| 3/30/2009 | Work on Finance Committee docs with RD | | | 5.50 | | 5.50 |
| 4/18/2009 | Work on P&T Committee payments with RD and SS; review Medco trial transcript w/RD re: issues | 12.50 | | 12.50 | | 12.50 |
| 5/2/2009 | Review CS production to date | 2.50 | | | | 2.50 |
| 5/13-5/14/2009 | Travel to Chicago; prep CS witnesses Galino and Shaefer; defend depositions of Galino and Shaefer | | | | 27.50 | 27.50 |
| 7/11/2009 | Work with RD and SS on experts; review new P&T Committee docs | | | 3.50 | | 3.50 |
| | | | | | TOTAL HOURS: | 371.20 |

EWING, McMILLIN & WILLIS, PLLC
1100 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, Kentucky 40202
Tele: 502.585.5800
Fax: 502.585.5858

| 2/10/07 | Mileage from Louisville to Cincinnati and return (202 miles) | = $118.17 |
| 2/24/07 | Mileage from Louisville to Cincinnati and return (202 miles) | = $118.17 |
| 3/3/07 | Mileage from Louisville to Cincinnati and return (202 miles) | = $118.17 |
| 4/04/07 | Mileage from Louisville to Cincinnati and return (202 miles) | = $118.17 |
| 4/21/07 | Mileage from Louisville to Columbus, IN and return (165 miles) | = $96.53 |
| 7/21/07 | Mileage from Louisville to Indianapolis and return (228 miles) | = $133.38 |
| 10/11/07 | Mileage from Louisville to Cincinnati and return (202 miles) | = $118.17 |
| 1/05/09 | Mileage from Louisville to Chicago and return (614 miles) | = $359.19 |
| 5/13/09 | Mileage from Louisville to Chicago and return (614 miles) | = $359.19 |

Total mileage: = $1,539.14

**Exhibit C**

# EXHIBIT 2

# Hovde Dassow + Deets

TRIAL LAWYERS

F. BOYD HOVDE
FREDERICK R. HOVDE
ROBERT T. DASSOW
NICHOLAS C. DEETS

October 11, 2011

*Via Email*

Russ M. Herman
Herman Herman Katz & Coltar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
*rherman@hhkc.com*

RE:     *Vioxx Litigation-Private TPP Benefit Application*
        Central States, Southeast Areas Health and Welfare Fund
        ATL-L-1445-06-MT
        Central Pennsylvania Teamsters Health Welfare and Pension Fund
        ATL-L- 14451-06-MT

Dear Russ:

Pursuant to PTO No. 57, attached please find the Affidavit of Susanne N. Scovern. As you are aware, Ms. Scovern submitted her time and expense report with our submission for the Private TPP Common Benefit Fund on September 16, 2011.

If you should have any questions, please do not hesitate to contact me. Thank you.

Yours Very Truly,

HOVDE DASSOW & DEETS, LLC

Robert T. Dassow

RTD:ane
*Attachment*

**Hovde Dassow + Deets** Positive thinking lawyers.

Hovde Dassow & Deets LLC   201 W 103rd Street, Suite 500, Indianapolis, IN 46290
www.hovdelaw.com   Phone 317-818-3100   Fax 317-818-3111

Susanne N. Scovern, Esq.
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415-568-2555
Facsimile:  415-568-2556

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| | MDL Docket No. 1657 (JBW) |
| In re: VIOXX | SECTION L |
| PRODUCTS LIABILITY LITIGATION | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | DECLARATION OF SUSANNE N.<br>SCOVERN IN SUPPORT OF REQUEST<br>FOR VIOXX THIRD PARTY PAYOR<br>COMMON FUND ATTORNEY FEES AND<br>REIMBURSEMENT OF EXPENSES |
| | New Jersey TPP-Central<br>States/Central Pennsylvania Common<br>Benefit Application |

I, Susanne N. Scovern, declare under penalty of perjury that the following is true and correct:

1.      I am a member of Audet & Partners, LLP.  I make this declaration in compliance with Pre-Trial Order 57 for the Audet & Partners application for reimbursement of attorney fees and expenses from the Pre-Trial Order 57 Fund.  Such fees and expenses have been accrued in connection with the efforts rendered by this law firm's Vioxx Third Party Payor common benefit conferred on all of the TPP plaintiffs who settled their claims as part of the common settlement of the Third Party Payor Vioxx Litigation in the MDL and New Jersey.  The matters set forth in this affidavit are based upon my personal knowledge and upon my review of the files maintained

by the Audet & Partners, LLP law firm with respect to the New Jersey Vioxx Litigation and TPP Vioxx Litigation.

2.     Previously, I was an associate at Alexander, Hawes & Audet, LLP, and prior to that an associate at Robins, Kaplan, Miller & Ciresi. I have a dual Bachelors of Arts degree with highest honors in Philosophy and Russian and East European Studies from the University of Michigan and a Juris Doctorate from the University of Iowa, where I was on Law Review. I am currently a member of many, many bar-related associations and groups. I have been involved in complex litigation, including pharmaceutical related litigation, for the past twenty years.

3.     I have committed substantial attorney time and incurred out-of-pocket expenses, in litigation against Merck & Co. relating to the Vioxx Third Party Payor litigation. With the ample aid of the Central States and Central Pennsylvania law firms, namely, the Lanier Law Firm ("LLF"), Hovde, Dassow & Deets ("HDD"), Gary Franke of the Law firm of Gary F. Franke ("GFF"), and C. David Ewing of the law firm of Ewing, McMillan & Willis, PLLC ("EMW"), I have participated in the prosecution and litigation of the Central States and Central Pennsylvania trial cases. My firm's efforts were geared toward discovery and trial preparation activities for the 'common' benefit of all Third Party Payor Plaintiffs and in the New Jersey State Vioxx Third Party Payor litigation (before the Honorable Judge Carol E. Higbee).

4.     Judge Higbee scheduled Central States and Central Pennsylvania as one of two trial cases. The "CS and CP law firms" participated in the expedited discovery and trial preparation of the cases. All discovery, including experts, fact witnesses, and document review were performed in preparation for trials by all of the above law firms. We attended all CMCs associated with the New Jersey Vioxx TPP cases.

5.     All of the submitted time was associated with the New Jersey Vioxx TPP case and was not previously submitted in connection with the CBF pursuant to PTO 6 (D).

2

6.      Attached as Exhibit A is the breakdown of time expended by Susanne. N. Scovern in this matter (incorporated into the submission of attorney Robert Dassow of Hovde Dassow & Deets on September 15, 2011).  I am not submitting any time for my paralegal's assistance and any administrative assistance that was performed by my office in relation to the Vioxx TPP cases.

7.      Attached as Exhibit B are the expenses related to the New Jersey Vioxx TPP case and the Common Benefit Litigated issues (incorporated into the submission of attorney Robert Dassow of Hovde Dassow & Deets on September 15, 2011).

8.      My declaration is submitted to provide this Honorable Court (and any Court appointed Fee Committee) an overview of my firm's "common" benefit work.

9.      My hourly rate is $450.00 per hour.  This rate is reasonable and appropriate when compared to others rates billed for the time of similarly-experienced attorneys and in the country for matters of similar complexity, and, upon information and belief, below that of lawyers and professionals of comparable experience at litigation firms.

10.     I declare, under penalty of perjury, that the above is true and correct on this day, October 10, 2011.

_____
SUSANNE N. SCOVERN

3

# Hovde Dassow + Deets
TRIAL LAWYERS

F. BOYD HOVDE
FREDERICK R. HOVDE
ROBERT T. DASSOW
NICHOLAS C. DEETS

October 11, 2011

*Via Email*

Russ M. Herman
Herman Herman Katz & Coltar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
*rherman@hhkc.com*

RE:  *Vioxx Litigation-Private TPP Benefit Application*
Central States, Southeast Areas Health and Welfare Fund
ATL-L-1445-06-MT
Central Pennsylvania Teamsters Health Welfare and Pension Fund
ATL-L- 14451-06-MT

Dear Russ:

As a follow-up to my previous letter, attached please find the complete submission for Ms. Scovern marked as Exhibit C to our submission of September 16, 2011.

If you should have any questions, please do not hesitate to contact me.  Thank you.

Yours Very Truly,

HOVDE DASSOW & DEETS, LLC

Robert T. Dassow

RTD:ane
*Attachment*

**Hovde Dassow + Deets** Positive thinking lawyers.

**Hovde Dassow & Deets LLC** | 201 W. 103rd Street, Suite 500, Indianapolis, IN 46290
**www.hovdelaw.com** | Phone 317-818-3100 | Fax 317-818-3111

# EXHIBIT C

# SUBMISSION OF
# SUSANNE N. SCOVERN

Susanne N. Scovern, Esq.
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415-568-2555
Facsimile:  415-568-2556

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL Docket No. 1657 (JBW)<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br>DECLARATION OF SUSANNE N.<br>SCOVERN IN SUPPORT OF REQUEST<br>FOR VIOXX THIRD PARTY PAYOR<br>COMMON FUND ATTORNEY FEES AND<br>REIMBURSEMENT OF EXPENSES<br><br>New Jersey TPP-Central<br>States/Central Pennsylvania Common<br>Benefit Application |

I, Susanne N. Scovern, declare under penalty of perjury that the following is true and correct:

1.        I am a member of Audet & Partners, LLP.  I make this declaration in compliance with Pre-Trial Order 57 for the Audet & Partners application for reimbursement of attorney fees and expenses from the Pre-Trial Order 57 Fund.  Such fees and expenses have been accrued in connection with the efforts rendered by this law firm's Vioxx Third Party Payor common benefit conferred on all of the TPP plaintiffs who settled their claims as part of the common settlement of the Third Party Payor Vioxx Litigation in the MDL and New Jersey.  The matters set forth in this affidavit are based upon my personal knowledge and upon my review of the files maintained

by the Audet & Partners, LLP law firm with respect to the New Jersey Vioxx Litigation and TPP Vioxx Litigation.

2.     Previously, I was an associate at Alexander, Hawes & Audet, LLP, and prior to that an associate at Robins, Kaplan, Miller & Ciresi. I have a dual Bachelors of Arts degree with highest honors in Philosophy and Russian and East European Studies from the University of Michigan and a Juris Doctorate from the University of Iowa, where I was on Law Review. I am currently a member of many, many bar-related associations and groups. I have been involved in complex litigation, including pharmaceutical related litigation, for the past twenty years.

3.     I have committed substantial attorney time and incurred out-of-pocket expenses, in litigation against Merck & Co. relating to the Vioxx Third Party Payor litigation. With the ample aid of the Central States and Central Pennsylvania law firms, namely, the Lanier Law Firm ("LLF"), Hovde, Dassow & Deets ("HDD"), Gary Franke of the Law firm of Gary F. Franke ("GFF"), and C. David Ewing of the law firm of Ewing, McMillan & Willis, PLLC ("EMW"), I have participated in the prosecution and litigation of the Central States and Central Pennsylvania trial cases. My firm's efforts were geared toward discovery and trial preparation activities for the 'common' benefit of all Third Party Payor Plaintiffs and in the New Jersey State Vioxx Third Party Payor litigation (before the Honorable Judge Carol E. Higbee).

4.     Judge Higbee scheduled Central States and Central Pennsylvania as one of two trial cases. The "CS and CP law firms" participated in the expedited discovery and trial preparation of the cases. All discovery, including experts, fact witnesses, and document review were performed in preparation for trials by all of the above law firms. We attended all CMCs associated with the New Jersey Vioxx TPP cases.

5.     All of the submitted time was associated with the New Jersey Vioxx TPP case and was not previously submitted in connection with the CBF pursuant to PTO 6 (D).

2

6.    Attached as Exhibit A is the breakdown of time expended by Susanne. N. Scovern in this matter (incorporated into the submission of attorney Robert Dassow of Hovde Dassow & Deets on September 15, 2011). I am not submitting any time for my paralegal's assistance and any administrative assistance that was performed by my office in relation to the Vioxx TPP cases.

7.    Attached as Exhibit B are the expenses related to the New Jersey Vioxx TPP case and the Common Benefit Litigated issues (incorporated into the submission of attorney Robert Dassow of Hovde Dassow & Deets on September 15, 2011).

8.    My declaration is submitted to provide this Honorable Court (and any Court appointed Fee Committee) an overview of my firm's "common" benefit work.

9.    My hourly rate is $450.00 per hour. This rate is reasonable and appropriate when compared to others rates billed for the time of similarly-experienced attorneys and in the country for matters of similar complexity, and, upon information and belief, below that of lawyers and professionals of comparable experience at litigation firms.

10.    I declare, under penalty of perjury, that the above is true and correct on this day, October 10, 2011.

SUSANNE N. SCOVERN

3

Audet & Partners, LLP
Vioxx Time Tracking
Susanne Scovern
9/25/06-9/15/09

| Week Ending | Description | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial | Appeal | Settlement | Total |
|---|---|---|---|---|---|---|---|---|
| 9/9/2006 | | | | | | | | 0 |
| 9/11/2006 | | | | | | | | 0 |
| 9/23/2006 | | | | | | | | 0 |
| 10/7/2006 | Review; analyze; circulate Teamsters v. Merck and Central States complaints; prepare for and attend CMC | 3 | | 2 | | | | 5 |
| 10/14/2006 | | | | | | | | 0 |
| 10/28/2006 | Prepare for and attend CMC | 2 | | | | | | 2 |
| 11/4/2006 | | | | | | | | 0 |
| 11/11/2006 | Meeting/strategy conference with RD, DE and GF re CS & CP | | 2 | | | | | 2 |
| 11/18/2006 | Comms w/ counsel re Central States Order, strategy; review/analyze discovery responses; analysis of Judge's position re applicable law; Draft and Revise CS and CP re: RFP and RFA with DE and RD; Discuss; | | | 4 | | | | 4 |
| 11/25/2006 | Cont Draft and Prepare RFP and RFA; File RFP and RFA; Call with DE and RD; Letter to Defendants; Prepare Letter to Judge Higbee send to RD to review; Letter to Judge Higbee-relief from her Order of 11/17/06 to conduct discovery; Call with DE, GF, and RD; Comms w/ counsel re discovery; | | | 5 | | | | 5 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 12/2/2006 | Review Letter to Judge Higbee from Merck re: stay of discovery and order; Prepare for and attend Vioxx CMC; Higbee Order- Merck granted leave to answer; Stay on all other Proceedings pending International | 1 | | 3 | 4 |
| 12/16/2006 | Comms w/ counsel re case analysis. | 3 | | | 3 |
| 12/23/2006 | Review discovery demands | 2 | | 2 | 2 |
| 12/30/2006 | | 4 | | | 4 |
| 1/6/2007 | Comms w/ counsel re oppose Def. Mtn for Protective Order; Email to RTD prepare argument re: Merck's protective order at CMC; Phone call with DE/RD; | | | 1 | 1 |
| 1/13/2007 | Research and circulate 1999 FTC decision re Merck/Medco; comms w/ counsel re same; comms re expert ; Prepare for and attend CMC; Calls with Meadow, DE and RD; Defendant's Motion for Protective Order; Review letter to Court; Depositions; Comm w/E. Relkin-Medco; Review 1999 FTC decision with team | 6 | | | 6 |
| 1/20/2007 | Circulate and analyze case summary; deposition reviews; | | | 2 | 2 |
| 1/27/2007 | | | | | 0 |
| 2/3/2007 | Analyze report re NSAID trials; prepare agendas re discovery tasks; comms w/ counsel re agenda; conference call re same; comms w/ counsel re strategy; comms w/ counsel re protective order; upcoming CMC; Analysis of Medco production | 1 | 2 | 5 | 8 |
| 2/10/2007 | Comms w/ counsel re MTC, Evaluate 1099 P& T issues with Dassow, CS, and Ewing re: Merck Documents; | | | 2 | 2 |

| Date | Description | | | |
|---|---|---|---|---|
| 2/17/2007 | Continued analysis of Regional Business Manager Custodial File; comms w/ co-counsel following deposition; review financials re Medco ; Evaluate 1099 P&T issues with Dassow and CS | 3 | | 3 |
| 2/24/2007 | P&T issues with Dassow, CS, and Ewing re: Merck Documents; | 3 | | 3 |
| 3/10/2007 | 1099 P&T Committee issue and prescribers for CS and CP | 2 | | 2 |
| 3/24/2007 | Comms w/counsel re upcoming CMC; Prepare for and attend Vioxx Call with Judge Higbee; Request status call re: CS Stay, Draft and Circulate to RD same | 3 | | 3 |
| 3/31/2007 | Prepare for and attend Vioxx TPP CMC | 6 | | 6 |
| 4/7/2007 | Evaluation on trial cases; Conference call with Team; TPP evaluation and trial; Comms w/ counsel re sales rep identity; comms re results of hearing re discovery; comms re additional discovery materials received; comms w/ counsel re analysis/strategy identifying deponent | 4 | | 4 |
| 4/14/2007 | P&T Committee work in connection with CS; calls with DE and RD; | 3 | | 3 |
| 4/21/2007 | Comms w/ counsel on related matter re discovery issues; Review Lanier Trial experts with RD; Evaluation conflict of laws; Calls with Counsel; | 3 | 2 | 5 |
| 4/28/2007 | Strategy calls with RD & DE re: Merck Medco trial; Work w/RD on RFP regarding RBM Brown; | 2 | 5 | 7 |
| 5/5/2007 | | | | 0 |
| 5/12/2007 | CS agreements/prescriber conflict analysis | 4 | | 4 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 5/19/2007 | Work on P&T Committee discovery with RD; Call regarding discovery; | | 3 | | 3 |
| 5/26/2007 | Work on P&T Committee discovery with RD/DE | 5 | | | 5 |
| 6/2/2007 | Work on P&T Committee discovery with DE/RD; Prepare for and attend CMC-Medco | 5 | | | 5 |
| 6/9/2007 | Comms w/ counsel re Court Order limiting release of information; comms w/ counsel re strategy following results in other cases; review/analyze med records; assess latest discovery production; review correspondence re trial timing; comms w/ counsel re response; | | 3 | | 3 |
| 6/16/2007 | | | 7 | | 7 |
| 6/23/2007 | Comms w/ counsel re strategy; depositions; access to document production database. ; Calls with RD; | | | 2 | 2 |
| 6/30/2007 | | | | | 0 |
| 7/7/2007 | Review Database Production for CS and CP; | | 5 | | 5 |
| 7/28/2007 | Meeting w/ counsel re status of depositions; case review ; Calls with RD, DE and GF re: CS/CP; Prepare for and attend CMC; Telephone conference with all counsel; | 11 | | | 11 |
| 8/4/2007 | Telephone conference with all counsel; | 1.25 | | | 1.25 |
| 8/11/2007 | Comms w/ counsel re discrepancies in testimony (Merck; Medco); comms re strategy; analyze docs in other litigation; review re strategy | | | 2 | 2 |
| 8/18/2007 | Comms w/ counsel re trial prep; discovery bank; review criteria for core cases; | 3 | | | 3 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 8/25/2007 | Continued analysis of cases; data to be summarized; presented to team | 4 | | | | 4 |
| 9/1/2007 | | | | | | 0 |
| 9/8/2007 | Comms w/ counsel re CMC; comms re discovery review (Merck: Medco); comms w/ counsel re strategy; protective order (Defs) denied; comms w/ counsel re charges ordered by Judge.; Strategy conference with RD, DE and GF re: Medco; Prepare for and attend CMC NJ; Strategy conference with RD, DE and GF re: Medco; | 14 | | | | 14 |
| 9/15/2007 | Review Production of Merck-Medco; Review CS and CP; Ewing evaluation/Dassow; Call re: same | 4 | | | | 4 |
| 9/22/2007 | Comms w/ counsel re strategy (Def contact w/ prescribers); Merck Communication with IRS; Medco Order; Work on Experts re: Medco with RD and DE | 5 | | | | 5 |
| 10/13/2007 | Prepare for and discuss with RD -LLF, DE, RD meeting ; Strategy conference re: CS/CP | | 4 | | | 4 |
| 10/27/2007 | Comms w/ counsel re 10/29 hearing; review tx of 1/4/07 hearing ; comms w/ counsel re discovery abuses by Defendant; comms w/ counsel re strategy (analysis); Prepare for and attend Vioxx CMC;Economical loss research-NJ; Calls with RD | 15 | | | | 15 |
| 11/24/2007 | Email/Economic Loss medical expense research for Vioxx CS/CP; | | | 7 | | 7 |
| 12/8/2007 | Emails; Strategy conference, and RD; Prepare for and attend Vioxx CMC; | 29 | | | | 29 |
| 12/15/2007 | Comms w/ counsel re strategy (state/mdl matters); | 2 | | | | 2 |
| 12/22/2007 | | | | | | 0 |

| Date | Description | | | | | | Total |
|---|---|---|---|---|---|---|---|
| 1/12/2008 | | | | | | | 0 |
| 1/19/2008 | Review Tx of latest hearing ; review case information re usage; review update re Court's order re NJ cases/expert discovery | | 1 | | | 1 | 2 |
| 1/26/2008 | Meeting with RD re: TPP | 6 | | | | | 6 |
| 2/23/2008 | | | 1 | | | | 1 |
| 3/1/2008 | | | | | | | 0 |
| 3/8/2008 | Comms w/ counsel re trial schedule; streamline analysis procedures | 1 | | | | | 1 |
| 3/15/2008 | Review Correspondence from Court re hearing; Review Correspondence from Court re hearing ; Calls with Cohen and RD | | 1 | | | | 1 |
| 4/5/2008 | Analyze report re TPP claims/strategy | | 2 | | | | 2 |
| 4/12/2008 | Comms w/ counsel re strategy prior to hearing ; Phone calls with RD and LLF: Circulate/analyze report re Defs discovery manipulation; Letter from Judge; Letters to Hughes and Hubbard; Calls with Cohen & RD | 2 | | | | | 2 |
| 4/19/2008 | Comms w/ office re TPP analyst/reviewer NJ/all states research evaluation for CS; | 2 | | | | | 2 |
| 4/26/2008 | Further comms w/ counsel re defs discovery manipulation/lapses; review comms from court re re-scheduled hearing; loss data | 11 | | | | | 11 |
| 5/3/2008 | Prepare for TPP Call; Letter from Judge Higbee; Work on Merck Production inadequacies; | 5 | 2 | | | 1 | 8 |
| 5/24/2008 | TPP Conference Call-Calls with Cohen, RD and DE; Marvin re Payor Profile; Prepare profile; Calls with all; Experts | 2 | | | | | 2 |
| 5/31/2008 | work with RD; | 13 | | | | | 13 |

| Date | Description | | | |
|---|---|---|---|---|
| 6/7/2008 | Comms w/ counsel re CMC; attend CMC; prepare memo re results; prepare declaration for MD re Kalec; prepare issues with Merck Patient Assistance Program; Additional follow-up re Sifferman matter; comms w/ counsel re discovery issues ; Conference at LLF; TPP Call; Meeting; | 12 | 22 | 34 |
| 5/14/2008 | Comms w/ office re further discovery demands; identity of compliance officer for Medco; review claims for completeness; accuracy; comms re request for information; CS Call; Strategy calls with CS re: production protocol | 8 | | 8 |
| 6/21/2008 | Comms w/ office re further discovery demands; identity of compliance officer for Medco; review claims for completeness; accuracy; comms re request for information; Comms w/ office re further discovery demands; identity of compliance officer for Medco; review claims for completeness; accuracy; comms re request for information; Emails RTD re: TPA PBMs; strategy conference; TPA research; | 24 | | 24 |
| 6/28/2008 | Comms w/ counsel re strategy - Discovery issues (Medco); TPA Research | 4 | | 4 |
| 7/5/2008 | TPA Research | 9 | | 9 |
| 7/12/2008 | Telephone conversation with RD | 1 | | 1 |
| 7/26/2008 | Prepare for CMC; Discovery research order-Judge; Formulary documents research; Review with RD and RDM | 31 | | 31 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 8/2/2008 | Comms w/ staff re Medco discovery Medco Ohio trial; CS/CP Cohen for trial-transcript and discovery issues; phone calls with DE, RD, and LLF; Strategy/trial conference; | | 7 | | 7 |
| 8/9/2008 | Call with RD and DE re: CS/CP discovery; Prepare for TPP Call; Calls with GF and DE-strategy; Letter to Judge from Cohen re: TPP Cases; Work on discovery responses w/RD, Review and Revise | 12 | 12 | | 12 |
| 8/23/2008 | Attend Fallon CMC via telephone; Fed Ct. CMC; Calls with RD; Document research-privileged issues; Draft and Circulate Letter to Cohen re: PBM contacts per Court Order; Phone conference with Cohen; Comms with Cohen; Discovery conferences with all; Emails/Phone conferences with Meadow; | 7 | 7 | 12 | 19 |
| 8/30/2008 | Custodial files of CS and CP; Review same; Review preliminary files; | 14 | | 7 | 21 |
| 9/6/2008 | Comms w/ clients re status of case; Def to produce identification info; Review the same; Discovery call with all counsel; Production review; | 1 | | | 1 |
| 9/20/2006 | Review Proposed Order No. 2 Relating to TPP Cases; Merck docs/previous trial exhibits; Group Strategy call | | 2 | | 2 |
| 9/27/2008 | Review Merck production; Attend Fallon CMC; TPP conference NY/NJ; Court Order/Letter from Court/Calls with Court; Work on custodial files; | 33 | | | 33 |
| 10/4/2008 | P&T Discovery Research; | 3 | | | 3 |

| Date | Description | | | | Total |
|---|---|---|---|---|---|
| 10/11/2008 | Analysis of order granting Defs relief from preservation obligations (objection to destruction); comms w/ counsel re discovery issues (Medco); Call w/RD re same | 2 | | 1 | 3 |
| 10/11/2008 | Review Letter re deficiencies in TPP Plaintiffs' Responses Work on deficiency letter w/team; Review docs re: Discovery Order No. 3; Work on Documents/Responses to discovery; Calls with all Counsel; | 15 | | | 15 |
| 10/18/2008 | Comms w/ counsel re case administration; memo w/ counsel re CMC points | 1 | 2 | | 3 |
| 10/25/2008 | Comms w/ counsel re case administration ; Vioxx TPP call; Review Merck production; Calls with counsel; Medco-Subpoenas; Production format issues; | 4 | | | 4 |
| 11/1/2008 | Review/analyze prescriber consulting/compensation agreements ; TPP call; Calls with all counsel; Emails with Grand group re: TPP Subpoenas and Call; Emails with DE, GF re General Prescription Programs research; Trial data and Ohio Medco-work; Prepare for and attend TPP Hearing. | 29 | | | 29 |
| 11/8/2008 | National Sales Leaders all-researc; Deps of same; | 5 | | | 5 |
| 11/15/2008 | Comms w/ counsel re case administration | 1 | | | 1 |
| 11/22/2008 | Strategy meetign with RD in CA; | 16 | | | |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 12/6/2008 | Comms w/ clients re status of case; Comms re: discovery; Calls with all counsel; Comms w/ counsel re discovery issues ; Strategy calls with counsel re: trial strategy; Attend CMC in NJ; Emails within Group; Group calls re: CP; Emails with Group; Evaluate same; Order re: production–LLF trial counsel; Exec doc review; Conference call with Group; Memo to file; Judge's list of CMCs for 2009; Letter from RD enc IOMEGA hard drives; Reviewed custodial rep file-Bishop, Lisa; | 21 | | 22 | 9 | 30 |
| 12/13/2008 | Comms w/ counsel, clients re status of case | | | | 1 | 1 |
| 12/20/2008 | | | | | | 0 |
| 12/27/2008 | | | | | | 0 |
| 1/10/2009 | Comms w/ co-counsel re latest discovery production ; Defendants Merck & Co.'s RFP and Court's trial/discovery pool conference; Conference calls with all-summary plans/trial plan; Received from Nickie re CDs of docs produced from Def and additional rep docs; Review discovery responses; Letter from Court re: Amended Sup Protective Order, Work on privileged documents; | | | 22 | | 22 |

| | | | | |
|---|---|---|---|---|
| 1/17/2009 | Comms w/ co-counsel re latest discovery production ; Third Party Subpoenas; Review all contracts-all Medco agreements; Email to RD, LLF re: trial pool and discovery issues; TPP Conference; Received custodial rep production: Bishop-supp; Emails re: trial candidates; Work on Second set of Vioxx Docs-Formularies; Docs from RD; Calls with RD & Meadow; Vioxx TPP Conference call; Depo scheduling; Letter to Dassow enc custodial files for reps: Bishop and Peed; Calls with Court re: trial; | | 12 | 12 |
| 1/24/2009 | Comms w/ counsel re Defs claim of discovery deficiencies; comms w/ counsel re custodial files to be reviewed. ; Calls with RD and Cohen; Privilege docs; Production relative to PTO 3; Vioxx TPP Call; | 14 | 9 | 23 |
| 1/31/2009 | Comms w/ counsel re information never released to TPP plaintiffs ; Letters to Cohen- follow-up to email; Work on custodial files-NAEs; Trial meeting; Meet with team at LLF; Attend TPP CMC; Emails with Group; CP documents Medco; Motion to Compel; Custodial rep production: Belenjaian-supp; | 27 | 6 | 33 |
| 2/7/2009 | Comms w/ RD re discovery matters; comms re Judge request for specific case review | 1 | 1 | 2 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 2/14/2009 | Comms w/ counsel re data regarding adverse effects, etc.; enrollment administration; comms w/ counsel re discovery issues/timing; ; Work w/Group on our answers to discovery and production of documents; Calls with Cohen; RFP to Merck-Medco and proposed scheduling order; Review Medco production; Emails to RD, Gary re: scheduling order;Strategy Call and Review Motions for Summary Judgment, Memo, Research, etc.; Calls re: Motion with Trial Team; | 6 | 8 | 5 | 13 |
| 2/21/2009 | MSJ review /strategy; comms w/ staff re status of cases - research; Merck's Responses and Objections to Plaintiff's RFP and things related to Medco, Express Scripts; Calls with RD and Group; Review Non-Party discovery prepare; Prepare additional Third Party; Review Discovery order relating to Def RFP to Pltfs in all TPP Cases; Additional Review of Merck production, Calls re: same, Calls re: MSJ; Discovery order; TPP Call with Group compare Ohio trial witnesses; | | 7 | 10 | 23 |
| 2/28/2009 | Comms w/ counsel re discovery docs; attend CMC; prepare memorandum re same; further comms w/ counsel re discovery issues | | 3 | | 3 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 2/28/2009 | Emails from Group - prepare for call and for this weeks CMC; Work on Medco production; Email from Jeff Grand re: Agenda; Calls re same; Email exchange w/RDS; Prepare for and attend CMC in NJ; Emails from Marvin, Esq, enc Choice of Law Memo; Memo on CS/CP RFP Responses; Review responses and objections of Merck to CS's RFP;  Review Medco production; Emails to our group re: above filing; | 21 | | 5 | | 26 |
| 3/7/2009 | Comms w/ counsel re discovery issues; strategy; Review Def's Notice of Depo of CS Rep; Letter from Cohen; Work on Plaintiff's discovery to Defendant; Call with DE; File our response to Def's RFP; Emails and calls with our trial group;  Dr. Lucchesi evaluation; | 18 | | 7 | | 25 |
| 3/14/2009 | Comms w/ def counsel re discovery issues; analysis/cross-reference of discovery received; Research claims-amended complaint; MDL status review; Review custodial files; Letter review w/RD; Calls with RDM and RD; Eisele's memo re: call; Depo strategy calls; Emails from RD re: research; Order from Court on 2/25/09 conf-S3; | 5 | | 3 | | 8 |

| Date | Description | | | |
|---|---|---|---|---|
| 3/21/2009 | Review letter from Dassow to Brody and Call re: 3/6 teleconference re: Merck's responses to discovery requests; Emails with group re: subpoenas Express Scripts; Emails with our group re: third-party subpoenas; Call with group re: non-party work; Joan Reed and other re: Ohio Trial; Email re Medco; Responses and Objections of Merck; Help with subpoenas; | | 11 | 11 |
| 3/28/2009 | Research re subpoenas; commissions (Medco NU deponents); comms w/ counsel re analysis; strategy; | 2 | 5 | 7 |
| 4/4/2009 | Research re subpoenas; commission (Medco NU deponents); comms w/ counsel re analysis; strategy; ; Group TPP Call; Emails to our group re: subpoenas; Work on P&T payment docs with RD; Finance committee mtgs research; Rogs to us; Comms w/ counsel re strategy (Merck/Medco) legal research; Discovery requests; issues; comms w/ clients; Witness evaluation; | 2 | 7 | 9 |
| 4/11/2009 | Finance Committee research; Prepare for Judge's call on TPP; Emails with trial group; Conference call with trial group; P&T deps; Letter to Dassow enc privileged docs; P&T research; Order on Commissions; Emails with RD, former Medco CFO BOD; Ohio trial issue with Ewing; Scheduling re: case; | 8 | 12 | 20 |
| 4/18/2009 | Comms w/ counsel re deposition schedule; revisions; ; Follow up with Def counsel re document due; | | 1 | 1 |

| Date | Description | | | | Total |
|---|---|---|---|---|---|
| 4/25/2009 | Medco discovery; Calls re same; Medco's interaction with Merck financial matters; Medco production calls; Work on P&T; Levy Phillips re: Janette Tavs depo; | | | 2 | 2 |
| 5/2/2009 | Emails with our group; Trial counsel meeting at LIF; 4/23 CMC; Trial strategy meeting; Emails re: CMC; Attend Judge Fallon CMC: Strategy Memo to all; Follow-up P&T - 1099; | | | 2 | 2 |
| 5/9/2009 | Review CS additional production-privilege issues; Letter to Medco Health via CM-enc subpoena; Emails with our Group re: expert/strategy with group; | 4 | | 7 | 11 |
| 5/16/2009 | Trial Group call with all; Emails with RD | 1 | | 1 | 1 |
| 5/16/2009 | Comms w/ counsel; comms w/ co-counsel re portions of Defs production not included in database; Research database; review; draft Order re P&T Committee discovery; comms w/ counsel re discovery schedule; coordinate service of subpoenas | | | 5 | 5 |
| 5/23/2009 | Response and objections of Merck; TPP orders; Research re: same; Review Merck Medco Managed Care Agreement | | | 3 | 3 |
| 5/30/2009 | Comms w/ counsel re depositions; Medco rebates; comms w/ counsel re strategy; P&T Work; Comms w/ counsel re proposed order, comms re P&T issues; Research re: rebates; | | | 18 | 18 |

| Date | Description | | | |
|---|---|---|---|---|
| 6/6/2009 | Work on response to Def's Rogs to CS/CP w/RD and revise; Emails to our Group; Review subpoena for Charles Braddock; Judge Fallon CMC;; Comms w/ counsel re discovery schedule; comms re TPP meeting | 1 | 3 | 4 |
| 6/13/2009 | Plaintiff's expert reports; Circulate all trial deps; Call with trial counsel; P&T Call with Court; Prepare for call with Court re: P&T Proposed order; Emails with our group re: Merck payment Order PT: Work on order with Court; Call with Judge Higbee--Circulate summary; Comms w/ counsel re finalized subpoenas; comms re P&T commission | | 3 | 3 |
| 6/20/2009 | TPP meeting re P&T committee depositions; Merck's Responses and Objections to confidential designation of depo of Buonnano (privilege issues); Review Harrington depo; Review letter to Court; Dr. Braddock; | 3 | 3 | 6 |
| 6/27/2009 | Bellwether research on other plaintiffs; Emails; Highlights from TPP Meeting; Causation-research;; TPP meeting re discovery issues | | 8 | 8 |
| 7/4/2009 | Comms re scheduling expert depos; meet and confer re documents. | | 1 | 1 |
| 7/11/2009 | Calls with Group; Review expert deps; | 9 | 3 | 12 |
| 7/18/2009 | Meet and Confer Work on Experts; Review Letter from Parsells enc P&T docs; Work on Motion to Compel with RTD certification; Calls with RD and DE | 5 | 6 | 11 |
| 8/1/2009 | | | | 0 |
| 8/15/2009 | | | | 0 |

897.25

0  0

9/19/2009

**Audet & Partners, LLP**
**Transaction Detail By Account**
November 2007 through August 2009

**Case Cost Advanced**
**Copy/Scan/Fax**

| Date | Num | Source Name | Memo | Amount |
|------|-----|-------------|------|--------|
| 11/30/2007 | Toshiba | 11/07 Toshiba Copy/Scan | 11/07 Toshiba Copy/Scan | -1,092.50 |
| 11/30/2007 | Bill's Tosh | 11/07 Bill's Toshiba Copy/Scan | 11/07 Bill's Toshiba Copy/Scan | -42.00 |
| 11/30/2007 | Kyosera | 11/07 Kyoseraa Copy/Scan | 11/07 Kyoseraa Copy/Scan | -50.25 |
| 12/31/2007 | Toshiba | 12/07 Toshiba Copy/Scan | 12/07 Toshiba Copy/Scan | -448.00 |
| 12/31/2007 | Bill's Tosh | 12/07 Bill's Toshiba Copy/Scan | 12/07 Bill's Toshiba Copy/Scan | -7.50 |
| 12/31/2007 | Kyosera | 12/07 Kyoseraa Copy/Scan | 12/07 Kyoseraa Copy/Scan | -26.75 |
| 01/31/2008 | Toshiba-SR | 1/31/08 Toshiba Copy/Scan | 1/31/08 Toshiba Copy/Scan | -1,343.25 |
| 01/31/2008 | Toshiba WA | 1/31/08 Toshiba - Bill Copy/Scan | 1/31/08 Toshiba - Bill Copy/Scan | -24.50 |
| 01/31/2008 | Kyosera | 1/08 Kyoseraa Copy/Scan | 1/08 Kyoseraa Copy/Scan | -32.00 |
| 02/28/2008 | Kyosera | 2/08 Kyoseraa Copy/Scan | 2/08 Kyoseraa Copy/Scan | -29.50 |
| 02/28/2008 | Toshiba WA | 2/28/08 Toshiba - Bill Copy/Scan | 2/28/08 Toshiba - Bill Copy/Scan | -59.75 |
| 02/29/2008 | Toshiba | 2/08 Toshiba Copy/Scan | 2/08 Toshiba Copy/Scan | -916.50 |
| 03/31/2008 | Kyosera | 3/08 Kyoseraa Copy/Scan | 3/08 Kyoseraa Copy/Scan | -4.50 |
| 03/31/2008 | Toshiba SR | 3/31/08 Toshiba Copy/Scan | 3/31/08 Toshiba Copy/Scan | -218.25 |
| 03/31/2008 | Toshiba WA | 3/31/08 Toshiba - Bill Copy/Scan | 3/31/08 Toshiba - Bill Copy/Scan | -17.25 |
| 04/30/2008 | Toshiba WA | 4/08 Toshiba - Bill Copy/Scan | 4/08 Toshiba - Bill Copy/Scan | -9.75 |
| 04/30/2008 | Toshiba | 4/08 Toshiba Copy/Scan | 4/08 Toshiba Copy/Scan | -718.75 |
| 04/30/2008 | Kyosera | 4/08 Kyoseraa Copy/Scan | 4/08 Kyoseraa Copy/Scan | -40.75 |
| 05/31/2008 | Toshiba SR | 5/08 Toshiba Copy/Scan | 5/08 Toshiba Copy/Scan | -1,142.00 |
| 05/31/2008 | Toshiba WA | 5/31/08 Toshiba - Bill Copy/Scan | 5/31/08 Toshiba - Bill Copy/Scan | -126.00 |
| 05/31/2008 | Kyosera | 5/08 Kyosera Copy/Scan | 5/08 Kyosera Copy/Scan | -1,804.00 |
| 06/30/2008 | Kyosera | 6/08 Kyoseraa Copy/Scan | 6/08 Kyoseraa Copy/Scan | -120.25 |
| 06/30/2008 | Toshiba | 6/08 Toshiba Copy/Scan | 6/08 Toshiba Copy/Scan | -1,966.00 |
| 06/30/2008 | Toshiba WA | 6/30/08 Toshiba - Bill Copy/Scan | 6/30/08 Toshiba - Bill Copy/Scan | -67.25 |
| 07/31/2008 | Toshiba | 7/08 Toshiba Copy/Scan | 7/08 Toshiba Copy/Scan | -979.00 |
| 07/31/2008 | Toshiba WA | 7/31/08 Toshiba - Bill Copy/Scan | 7/31/08 Toshiba - Bill Copy/Scan | -5.75 |
| 08/31/2008 | Toshiba | 8/08 Toshiba Copy/Scan | 8/08 Toshiba Copy/Scan | -1,290.75 |
| 08/31/2008 | Toshiba WA | 8/31/08 Toshiba - Bill Copy/Scan | 8/31/08 Toshiba - Bill Copy/Scan | -529.50 |
| 08/31/2008 | Kyosera | 8/08 Kyoseraa Copy/Scan | 8/08 Kyoseraa Copy/Scan | -6.25 |
| 09/30/2008 | Kyosera | 9/08 Kyoseraa Copy/Scan | 9/08 Kyoseraa Copy/Scan | -156.75 |
| 09/30/2008 | Toshiba WA | 9/08 Toshiba - Bill Copy/Scan | 9/08 Toshiba - Bill Copy/Scan | -4.25 |
| 09/30/2008 | Kyosera | 9/08 Kyoseraa Copy/Scan | 9/08 Kyoseraa Copy/Scan | -7.25 |
| 10/31/2008 | Kyosera | 10/08 Kyoseraa Copy/Scan | 10/08 Kyoseraa Copy/Scan | -4.75 |
| 10/31/2008 | Toshiba | 10/08 Toshiba Copy/Scan | 10/08 Toshiba Copy/Scan | -1,501.75 |
| 11/12/2008 | Toshiba WA | 10/08 Toshiba - Bill Copy/Scan | 1/09/08 Toshiba - Bill Copy/Scan | -821.27 |
| 11/20/2008 | Toshiba WA | 11/08 Toshiba - Bill Copy/Scan | 11/08 Toshiba - Bill Copy/Scan | -9.00 |
| 11/30/2008 | Toshiba SR | 11/08 Toshiba Copy/Scan | 11/08 Toshiba Copy/Scan | -257.25 |
| 11/30/2008 | Kyosera | 11/08 Kyoseraa Copy/Scan | 11/08 Kyoseraa Copy/Scan | -0.75 |
| 12/04/2008 | TChase122408 | Vioxx Color Copy - UP's Store | Vioxx Color Copy - UP's Store | -91.14 |

Audet & Partners, LLP
Transaction Detail By Account
November 2007 through August 2009

| Date | Num | Source Name | Memo | Amount |
|---|---|---|---|---|
| 12/31/2008 | Toshiba SR | 12/08 Toshiba Copy/Scan | 12/08 Toshiba Copy/Scan | -998.75 |
| 12/31/2008 | Toshiba WA | 12/08 Toshiba - Bill Copy/Scan | 12/08 Toshiba - Bill Copy/Scan | -18.25 |
| 01/31/2009 | Kyocera | 1/08 Kyocera Copy/Scan | 1/09 Kyocera Copy/Scan | -3.00 |
| 01/31/2009 | Toshiba WA | 1/09 Toshiba - Bill Copy/Scan | 1/09 Toshiba - Bill Copy/Scan | -2.50 |
| 01/31/2009 | Toshiba SR | 1/09 Toshiba Copy/Scan | 1/09 Toshiba Copy/Scan | -232.50 |
| 02/28/2009 | Kyocera | 2/09 Kyocera Copy/Scan | 2/09 Kyocera Copy/Scan | -16.50 |
| 02/28/2009 | Toshiba WA | 2/09 Toshiba - Bill Copy/Scan | 2/09 Toshiba - Bill Copy/Scan | -9.50 |
| 02/28/2009 | Toshiba SR | 2/09 Toshiba Copy/Scan | 2/09 Toshiba Copy/Scan | -159.50 |
| 03/31/2009 | Kyocera | 3/09 Kyocera Copy/Scan | 3/09 Kyocera Copy/Scan | -16.00 |
| 03/31/2009 | Kyocera | 3/09 Kyocera Copy/Scan | 3/09 Kyocera Copy/Scan | -3.00 |
| 03/31/2009 | Toshiba SR | 3/9 Toshiba Copy/Scan | 3/9 Toshiba Copy/Scan | -429.50 |
| 04/30/2009 | Toshiba WA | 4/09 Toshiba - Bill Copy/Scan | 4/09 Toshiba - Bill Copy/Scan | -121.25 |
| 04/30/2009 | Toshiba SR | 4/09 Toshiba Copy/Scan | 4/09 Toshiba Copy/Scan | -443.75 |
| 04/30/2009 | Kyocera | 4/09 Kyocera Copy/Scan | 4/09 Kyocera Copy/Scan | -9.75 |
| 05/31/2009 | Toshiba | 5/09 Toshiba Copy/Scan | 5/09 Toshiba Copy/Scan | -266.75 |
| 05/31/2009 | Toshiba WA | 5/09 Toshiba - Bill Copy/Scan | 5/09 Toshiba - Bill Copy/Scan | -39.50 |
| 06/30/2009 | Kyocera | 6/09 Kyocera Copy/Scan | 6/09 Kyocera Copy/Scan | -24.75 |
| 06/30/2009 | Toshiba SR | 6/09 Toshiba Copy/Scan | 6/09 Toshiba Copy/Scan | -210.50 |
| 06/30/2009 | Toshiba WA | 6/09 Toshiba - Bill Copy/Scan | 6/09 Toshiba - Bill Copy/Scan | -11.75 |
| **Total Copy/Scan/Fax** | | | | **-18,994.66** |
| | | | | |
| **Express Mail** | | | | |
| 05/02/2008 | 2-681-18036 | Fedex | Ferrera Firm | -51.66 |
| 05/02/2008 | 2-681-18036 | Fedex | Charles Cohen | -25.50 |
| 05/02/2008 | 2-681-18036 | Fedex | Ferrera Firm | -41.10 |
| 05/16/2008 | 270715912 | Fedex | Ferrera Firm | -26.56 |
| 06/13/2008 | 2-756-17185 | Fedex | Medco | -31.17 |
| 06/13/2008 | 2-756-17185 | Fedex | Medco | -27.20 |
| 06/20/2008 | 2-769-25209 | Fedex | Medco | -51.33 |
| 06/20/2008 | 2-769-25209 | Fedex | Medco | -43.59 |
| 11/07/2008 | 2-981-94338 | Fedex | Chris Seeger | -26.99 |
| 11/07/2008 | 2-981-94338 | Fedex | Mark Lanier | -25.78 |
| 11/28/2008 | 8-997-63205 | Fedex | Robert Dussow | -81.21 |
| 02/27/2009 | 9-105-17042 | Fedex | Fedex to S. Scovern | -59.16 |
| **Total Express Mail** | | | | **-432.09** |

Audet & Partners, LLP
Transaction Detail By Account
November 2007 through August 2009

| Date | Num | Source Name | Memo | Amount |
|------|-----|-------------|------|--------|
| **Investigator** | | | | |
| 12/05/2007 | 07arf61 | Advantage Research | Vioxx Locate\P&T Committee Members | -250.00 |
| 12/06/2007 | 07arf62 | Advantage Research | Vioxx Locate\P&T Committee Members | -250.00 |
| 01/04/2008 | 08arf001 | Advantage Research | Vioxx Locate\P&T Committee Members | -250.00 |
| 06/17/2009 | 1011 | SS Investigations, Inc. | Vioxx Locate\P&T Committee Members | -250.00 |
| **Total Investigator** | | | | **-1,000.00** |
| **Miscellaneous** | | | | |
| 08/21/2008 | SScovernExp082108 | S. Scovern | SScovernExp082108 | -72.00 |
| 08/24/2008 | SScovern082408 | S. Scovern | SScovernExp082108 | -76.00 |
| 10/24/2008 | SScovern Cell 102408 | S. Scovern | SScovern Cell 102408 | -70.70 |
| 11/20/2008 | SScovernExp112008 | S. Scovern | CMC Prep w/ Rob Dassow | -331.98 |
| 10/20/2009 | Sscovern Exp | Anchor & Hope | Meeting w/ Seeger | -180.89 |
| **Total Miscellaneous** | | | | **-731.57** |
| **Postage** | | | | |
| 11/30/2007 | Postage | 11/07 Postage | 11/07 Postage | -42.31 |
| 12/31/2007 | Postage | 12/07 Postage | 12/07 Postage | -33.71 |
| 01/31/2008 | Postage | 1/08 Postage | 1/08 Postage | -9.20 |
| 01/31/2008 | Postage | 1/08 Postage | 1/08 Postage | -42.26 |
| 02/28/2008 | Postage | 2/08 Postage | 2/08 Postage | -28.32 |
| 03/31/2008 | Postage | 3/08 Postage | 3/08 Postage | -13.38 |
| 04/30/2008 | Postage | 4/08 Postage | 4/08 Postage | -160.24 |
| 04/30/2008 | Postage | 4/08 Postage | 4/08 Postage | -154.99 |
| 05/31/2008 | Postage | 5/08 Postage | 5/08 Postage | -3.01 |
| 05/31/2008 | Postage | 5/08 Postage | 5/08 Postage | -3.01 |
| 06/30/2008 | Postage | 6/08 Postage | 6/08 Postage | -306.84 |
| 07/31/2008 | Postage | 7/08 Postage | 7/08 Postage | -82.53 |
| 08/31/2008 | Postage | 8/08 Postage | 8/08 Postage | -48.34 |
| 08/31/2008 | Postage | 8/08 Postage | 8/08 Postage | -51.14 |
| 09/30/2008 | Postage | 9/08 Postage | 9/08 Postage | -29.91 |
| 11/30/2008 | Postage | 11/08 Postage | 11/08 Postage | -20.84 |
| 12/31/2008 | Postage | 10/08 Postage | 10/08 Postage | -4.82 |
| 01/31/2009 | Postage | 1/09 Postage | 1/09 Postage | -0.59 |
| 02/28/2009 | Postage | 2/09 Postage | 2/09 Postage | -18.32 |
| 02/28/2009 | Postage | 2/09 Postage | 2/09 Postage | -4.80 |
| 03/31/2009 | Postage | 3/09 Postage | 3/09 Postage | -19.52 |
| 04/30/2009 | Postage | 4/09 Postage | 4/09 Postage | -2.25 |
| 05/31/2009 | Postage | 5/09 Postage | 5/09 Postage | -21.43 |
| 06/30/2009 | Postage | 6/09 Postage | 6/09 Postage | -5.24 |
| 07/31/2009 | Postage | 7/09 Postage | 7/09 Postage | -5.83 |

Audet & Partners, LLP
Transaction Detail By Account
November 2007 through August 2009

| Date | Num | Source Name | Memo | Amount |
|------|-----|-------------|------|--------|
| 07/31/2009 | | 7/09 Postage | 7/09 Postage | -4.80 |
| | | | | -1,131.51 |

Total Postage

## Audet & Partners, LLP
### Transaction Detail By Account
November 2007 through August 2009

| | Date | Num | Source Name | Memo | Amount |
|---|---|---|---|---|---|
| **Research** | | | | | |
| | 11/30/2007 | EAS13352 | Extra Access Services, Inc. | Case Search & Retrieval | -135.00 |
| | 11/30/2007 | Lexis113007 | Lexis (1316HW) | Case Search & Retrieval | -86.91 |
| | 12/31/2007 | Lexis123107 | Lexis (1316HW) | Case Search & Retrieval | -444.58 |
| | 02/01/2008 | EAS15200 | Extra Access Services, Inc. | Case Search & Retrieval | -135.00 |
| | 02/29/2008 | Lexis022908 | Lexis (1316HW) | Case Search & Retrieval | -13.08 |
| | 03/28/2008 | | Intellius.com | Case Search & Retrieval | -57.90 |
| | 04/14/2008 | | Lexis (1316HW) | Case Search & Retrieval | -515.65 |
| | 04/30/2008 | Lexis043008 | Lexis (1316HW) | Case Search & Retrieval | -41.20 |
| | 05/01/2008 | EAS16373 | Extra Access Services, Inc. | Case Search & Retrieval | -135.00 |
| | 05/31/2008 | 1316HW - 5.31.08 | Lexis (1316HW) | Case Search & Retrieval | -158.02 |
| | 06/02/2008 | 2009050063041601 | Lexis (0063041b01) | Case Search & Retrieval | -395.75 |
| | 06/30/2008 | Lexis(1316HW) 6/08 | Lexis (1316HW) | Case Search & Retrieval | -30.05 |
| | 07/01/2008 | 2009080063041601 | Lexis (0063041b01) | Case Search & Retrieval | -375.00 |
| | 08/01/2008 | 2009070063041601 | Lexis (0063041b01) | Case Search & Retrieval | -375.00 |
| | 09/30/2008 | 2009090063041601 | Lexis (0063041b01) | Case Search & Retrieval | -390.00 |
| | 10/31/2008 | 2008100063041601 | Lexis (0063041b01) | Case Search & Retrieval | -390.00 |
| | 11/30/2008 | 2008110063041601 | Lexis (0063041b01) | Case Search & Retrieval | -390.00 |
| | 11/30/2008 | Lexis(1316HW) 11/08 | Lexis (1316HW) | Case Search & Retrieval | -25.18 |
| | 12/31/2008 | 2009120063041601 | Lexis (0063041b01) | Case Search & Retrieval | -75.00 |
| | 01/31/2009 | 2009010063041601 | Lexis (0063041b01) | Case Search & Retrieval | -75.00 |
| | 02/28/2009 | 0902346893 | Lexis (1316HW) | Case Search & Retrieval | -57.89 |
| | 02/28/2009 | 2009020063041601 | Lexis (0063041b01) | Case Search & Retrieval | -75.00 |
| | 03/31/2009 | 2009030063041601 | Lexis (0063041b01) | Case Search & Retrieval | -75.00 |
| | 02/28/2009 | 0902346893 | Lexis(1316HW) | Lexis(1316HW) | -40.78 |
| | 03/06/2009 | SScovernExp030609 | Medco | Merck Medco Employment & Service Agreement | -210.00 |
| | 06/03/2009 | 00000002113 | Medco | Merck-Medco Acquisition Records | -303.74 |
| | 03/31/2009 | 0903295655 | Lexis (1316HW) | Case Search & Retrieval | -16.36 |
| | 04/30/2009 | 2009040063041601 | Lexis (0063041b01) | Case Search & Retrieval | -75.00 |
| | 05/31/2009 | 2009050063041601 | Lexis (0063041b01) | Case Search & Retrieval | -75.00 |
| | 06/30/2009 | 2009060063041601 | Lexis (0063041b01) | Case Search & Retrieval | -75.00 |
| | 07/31/2009 | 2009070063041601 | Lexis (0063041b01) | Case Search & Retrieval | -75.00 |
| | 08/31/2009 | 2009080063041601 | Lexis (0063041b01) | Case Search & Retrieval | -100.00 |
| | 10/01/2009 | 2009090063041601 | Lexis (0063041b01) | Case Search & Retrieval | -80.00 |
| **Total Research** | | | | | **-5,484.09** |
| | | | | | |
| **Telephone** | | | | | |
| | 11/30/2007 | Telephone | Telepacific | 11/07 Telephone Cost | -586.88 |
| | 11/30/2007 | Telephone | Telepacific | 11/07 Telephone Cost | -5.62 |
| | 11/30/2007 | Telephone | Telepacific | 11/07 Telephone Cost | -0.86 |
| | 12/07/2007 | Scovern Exp 120707 | S. Scovern | Blackberry Usage | -75.00 |

# Audet & Partners, LLP
## Transaction Detail By Account
### November 2007 through August 2009

| Date | Num | Source Name | Memo | Amount |
|---|---|---|---|---|
| 01/31/2008 | S.Scovern 013108.1 | S. Scovern | S.Scovern 013108.1 | -22.49 |
| 01/31/2008 | Telephone | TelePacific Comm. | 1/08 Telephone Cost | -353.96 |
| 02/21/2008 | SScovern 012408 | S. Scovern | S. Scovern Cell 012408 | -59.88 |
| 02/24/2008 | SScovern Exp 2.24.8 | S. Scovern | S. Scovern Blackberry | -75.00 |
| 02/21/2008 | 4159211776-021408 | Soundpath Legal Conferencing | Conference Calls | -62.71 |
| 02/28/2008 | Telephone | TelePacific Comm. | Feb 2008 | -383.04 |
| 03/21/2008 | 4159211776-031408 | Soundpath Legal Conferencing | Conference Calls | -102.00 |
| 03/21/2008 | 4159211776-031408 | Soundpath Legal Conferencing | Conference Calls | -7.88 |
| 03/31/2008 | 73119531-0 | TelePacific Comm. | Mar 2008 | -47.53 |
| 03/31/2008 | Telephone | TelePacific Comm. | 3/08 Telephone Cost | -146.46 |
| 03/31/2008 | Telephones | TelePacific Comm. | 3/08 Telephone Cost | -0.25 |
| 04/02/2008 | SScovernCell032408 | S. Scovern | S.Scovern Cell Phone 042208 | -74.40 |
| 04/24/2008 | SScovern Cell 042408 | S. Scovern | SScovern Cell 042408 | -62.31 |
| 04/30/2008 | Telephone | 4/08 Telephone Cost | 4/08 Telephone Cost | -272.37 |
| 04/30/2008 | Telephone | 4/08 Telephone Cost | 4/08 Telephone Cost | -0.42 |
| 05/21/2008 | 4159211776-051408 | Soundpath Legal Conferencing | Conference Calls 4/24/08 | -8.00 |
| 05/24/2008 | SScemCell 052408 | Soundpath Legal Conferencing | SScemCell 052408 | -65.10 |
| 05/31/2008 | Telephone | S. Scovern | 5/08 Telephone Cost | -357.90 |
| 06/24/2008 | SScovernCinc062408 | S. Scovern | Cingular 062408 | -74.40 |
| 06/30/2008 | Telephone | TelePacific Comm. | 5/08 Telephone Cost | -63.94 |
| 06/30/2008 | Telephones | TelePacific Comm. | 6/08 Telephone Cost | -597.72 |
| 07/10/2008 | 650 342-2090 (7/08) | AT&T (650-342-2080) | 650 342-2090 (6/08) | -21.11 |
| 07/21/2008 | 4159211776-071408 | Soundpath Legal Conferencing | Conference Calls 6/16/08 | -32.87 |
| 07/21/2008 | 4159211776-071408 | Soundpath Legal Conferencing | Conference Calls 7/9/08 | -13.37 |
| 07/21/2008 | 4159211776-071408 | Soundpath Legal Conferencing | Conference Calls 7/9/08 | -3.29 |
| 07/21/2008 | 4159211776-071408 | Soundpath Legal Conferencing | Conference Calls 7/9/08 | -19.28 |
| 07/24/2008 | SScovernCell072408 | S. Scovern | SScovernCell072408 | -2.08 |
| 07/31/2008 | Telephone | TelePacific Comm. | 7/08 Telephone Cost | -248.00 |
| 07/31/2008 | Telephone | TelePacific Comm. | 7/08 Telephone Cost | -70.48 |
| 08/10/2008 | 650 342-2090 (8/08) | AT&T (650-342-2080) | 650 342-2090 (6/08) | -280.46 |
| 08/21/2008 | 4159211776-081408 | Soundpath Legal Conferencing | Conference Calls 7/15/08 | -22.97 |
| 08/21/2008 | 4159211776-081408 | Soundpath Legal Conferencing | Conference Calls 7/23/08 | -25.75 |
| 08/21/2008 | 4159211776-081408 | Soundpath Legal Conferencing | Conference Calls 8/4/08 | -14.02 |
| 08/21/2008 | 4159211776-081408 | Soundpath Legal Conferencing | Conference Calls 7/25/08 | -25.09 |
| 08/31/2008 | Telephone | TelePacific Comm. | 8/08 Telephone Cost | -18.52 |
| 08/31/2008 | Telephone | TelePacific Comm. | 5/08 Telephone Cost | -167.36 |
| 09/10/2008 | 650 342-2090 (9/08) | AT&T (650-342-2080) | 650 342-2090 (9/05) | -0.23 |
| 09/30/2008 | Telephone | TelePacific Comm. | 9/08 Telephone Cost | -24.06 |
| 09/30/2008 | Telephone | TelePacific Comm. | 9/08 Telephone Cost | -216.48 |
| 10/01/2008 | 650 342-2090 (10/08) | AT&T (650-342-2080) | 650 342-2090 (10/08) | -1.18 |
| 10/21/2008 | 4159211776-101408 | Soundpath Legal Conferencing | Conference Calls 9/29/08 | -24.50 |
| 10/31/2008 | Telephone | TelePacific Comm. | 10/08 Telephone Cost | -15.61 |
| 10/31/2008 | Telephone | TelePacific Comm. | 10/08 Telephone Cost | -205.13 |

**Audet & Partners, LLP**
**Transaction Detail By Account**
November 2007 through August 2009

| Date | Num | Source Name | Memo | Amount |
|---|---|---|---|---|
| 11/21/2008 | 4159211776-111408 | Soundpath Legal Conferencing | Conference Calls 10/28/08 | -9.86 |
| 11/21/2008 | 4159211776-111408 | Soundpath Legal Conferencing | Conference Calls 11/4/08 | -26.28 |
| 11/21/2008 | Verizon112108 | Verizon Wireless | Verizon112108 | -43.40 |
| 11/24/2008 | SScovemcell112408 | S. Scovern | S. Scovern Cell Phone 11.24.08 | -72.00 |
| 11/30/2008 | Telephone | Tele/Pacific Comm. | 11/08 Telephone Cost | -241.37 |
| 12/24/2008 | SScovern122408 | S. Scovern | SScovern - Cell Phone 12/24/08 | -94.11 |
| 01/24/2009 | SScovern 012409 | S. Scovern | SScovern 012409 - Cell | -57.43 |
| 02/24/2009 | SScovernCell022409 | S. Scovern | SScovernCell022409 | -56.01 |
| 04/24/2009 | SScovern042409 | S. Scovern | SScovern Cell 042409 | -52.10 |
| 05/24/2009 | SScovern052409 | S. Scovern | Cell Phone 5.24.09 | -41.30 |
| 06/24/2009 | SScovernCell062409 | S. Scovern | SScovernCell062409 | -47.25 |
| 07/24/2009 | SScovemcell072409 | S. Scovern | SScovemcell 072409 | -48.43 |
| 10/25/2009 | SScovernCell102409 | S. Scovern | SScovern cell 102409 | -49.03 |
| 01/31/2009 | Telephone | Tele/Pacific Comm. | 1/09 Telephone Cost | -0.64 |
| 01/31/2009 | Telephone | Tele/Pacific Comm. | 1/09 Telephone Cost | -3.20 |
| 01/31/2009 | Telephone | Tele/Pacific Comm. | 1/09 Telephone Cost | -6.52 |
| 02/21/2009 | 4159211776-021409 | Soundpath Legal Conferencing | Conference Calls 1/13/09 | -0.68 |
| 02/21/2009 | 4159211776-021409 | Soundpath Legal Conferencing | Conference Calls 2/4/09 | -5.38 |
| 02/21/2009 | 4159211776-021409 | Soundpath Legal Conferencing | Conference Calls 1/27/09 | -12.17 |
| 02/24/2009 | SScovernCell022409 | S. Scovern | SScovernCell022409 | -56.02 |
| 02/28/2009 | Telephone | Tele/Pacific Comm. | 2/09 Telephone Cost | -402.00 |
| 03/21/2009 | 4159211776-031409 | Soundpath Legal Conferencing | Conference Call 3/3/09 | -15.09 |
| 03/21/2009 | 4159211776-031409 | Soundpath Legal Conferencing | Conference Call 3/5/09 | -25.55 |
| 03/31/2009 | Telephone | Tele/Pacific Comm. | 3/09 Telephone Cost | -354.57 |
| 04/21/2009 | 4159211776-041409 | Soundpath Legal Conferencing | Conference Calls 4/1/09 | -22.61 |
| 04/21/2009 | 4159211776-041409 | Soundpath Legal Conferencing | Conference Calls 3/23/09 | -14.59 |
| 05/21/2009 | 4159211776-051409 | S. Scovern | Conference Calls | -21.52 |
| 05/31/2009 | Telephone | Tele/Pacific Comm. | 5/09 Telephone Cost | -385.94 |
| 06/30/2009 | Telephone | Telephone | 6/09 Telephone Cost | -421.12 |
| 07/21/2009 | 4159211776-071409 | Soundpath Legal Conferencing | Conference Call 6/18/09 | -25.55 |
| 07/31/2009 | Telephone | Tele/Pacific Comm. | 7/09 Telephone Cost | -270.42 |
| 08/31/2009 | Telephone | Telephone | 8/09 Telephone Cost | -406.65 |
| **Total Telephone** | | | | **-8,292.84** |

**Travel**

| Date | Num | Source Name | Memo | Amount |
|---|---|---|---|---|
| 11/09/2007 | S.Scovern110907 | S. Scovern | Vioxx TPP -Travel Atlantic City 10/22 - 10/29 | -3,456.37 |
| 11/25/2007 | SScovern 112507 | S. Scovern | Vioxx TPP -Travel Atlantic City 11/18-11/20 | -2,255.42 |
| 12/07/2007 | Scovern 120707.1 | S. Scovern | Vioxx TPP CMC | -2,364.93 |
| 06/08/2008 | SScovemExp060808 | S. Scovern | Vioxx TPP CMC | -1,999.12 |
| 12/23/2008 | SScovern122308 | S. Scovern | VIOXX TPP - 12/08 CMC 12/16 - 12/17/08 | -2,030.24 |
| 03/03/2009 | SScovernExp022609 | S. Scovern | Vioxx CMC PE Cases- Travel 2/24/09 - 2/26/09 | -439.07 |
| 02/04/2009 | SScovern020409 | S. Scovern | Vioxx TPP CMC Fee Allocation issue 1/21/09 - 1/22/09 | -2,323.40 |
| 03/03/2009 | SScovernExp030309 | S. Scovern | Vioxx TPP CMC | -607.90 |

Audet & Partners, LLP
Transaction Detail By Account
November 2007 through August 2009

| Date | Num | Source Name | Memo | Amount |
|------|-----|-------------|------|--------|
| 03/03/2009 | SScovern3pct022809 | S. Scovern | Vioxx TPP CMC NYC 2/24/09 - 2/26/09 | -1,317.19 |
| 03/31/2009 | SScovern033109 | S. Scovern | Vioxx TPP - Attend Vioxx TPP Conference 3/25 - 3/26/09 | -1,354.82 |
| 04/25/2009 | SScovern042509 | S. Scovern | Vioxx TPP - Attend Vioxx TPP Conference 4/22/09 - 4/23/09 | -1,686.23 |
| 07/24/2009 | SScovern072409 | S. Scovern | Vioxx TPP July CMC 7/29 to 7/30 | -818.41 |
| | | | | -13,197.15 |

**Total Travel**

**Total Case Cost Advanced** -49,264.01

# EXHIBIT 3

# Hovde Dassow+Deets
TRIAL LAWYERS

F. BOYD HOVDE
FREDERICK R. HOVDE
ROBERT T. DASSOW
NICHOLAS C. DEETS

October 17, 2011

*Via Email*

Russ M. Herman
Herman Herman Katz & Coltar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
*rherman@hhkc.com*

RE:   *Vioxx Litigation-Private TPP Benefit Application*
Central States, Southeast Areas Health and Welfare Fund
ATL-L-1445-06-MT
Central Pennsylvania Teamsters Health Welfare and Pension Fund
ATL-L- 14451-06-MT

Dear Russ:

Per your request, enclosed please find the Supplemental Vioxx Third Party Payor Common Benefit Application for the CS and CP Law Firms. This form shall supplement our firms' previous submission of September 16, 2011.

If you should have any questions, please do not hesitate to contact me. Thank you.

Yours Very Truly,

HOVDE DASSOW & DEETS, LLC

Robert T. Dassow

RTD:ane
*Attachment*

Hovde Dassow+Deets Positive thinking lawyers.

Hovde Dassow & Deets LLC | 201 W. 103rd Street, Suite 500, Indianapolis, IN 46290
www.hovdelaw.com | Phone 317-818-3100 | Fax 317-818-3111

**SUPPLEMENTAL VIOXX THIRD PARTY PAYOR COMMON BENEFIT APPLICATION**

Firm Name:  Hovde Dassow & Deets, LLC, The Laner Law Firm, PLLC, Audet & Partners, LLP, Gary F. Franke, Co., LPA, and Ewing, McMillis, and Willis, PLLC

Attorney Completing Form:  Robert T. Dassow

## IDENTIFICATION OF THIRD PARTY PAYOR CLIENTS

For each Third Party Payor ("TPP") you represented, please provide the location of litigation (MDL, New Jersey, or other) and indicate if it was selected as Bellwether plaintiff or tried its case. If you represented a TPP who participated in the settlement but did not have a case on file, write "none" for the litigation location.

| TPP Client | Date Filed | Litigation Location | Bellwether/Trial Plaintiff? |
|---|---|---|---|
| Central States, Southeast Areas Health and Welfare Fund | 9/27/06 | New Jersey | Trial Plaintiff |
| Central Pennsylvania Teamsters Health Welfare and Pension Fund | 9/27/06 | New Jersey | Trial Plaintiff |
| | | | |

For each Third Party Payor ("TPP") you represented, please provide a complete copy of any TPP retainer, contract or agreement you had with the client.

## HOURS AND LODESTAR

After reviewing the initial applications for third party payor common benefit fees, the Fee Allocation Committee has determined that it is necessary for applicants to separate work done for the common benefit of all third party payors from work done for the benefit of specific, individual third party payor clients. Client-specific work includes – but is not limited to – time

-1-

spent retaining the client, working up the client's own individual matter, preparing or responding to client-specific discovery or information requests (except Bellwether discovery), explaining the terms of the settlement to the client, explaining the terms of the private lien resolution program to the client, and enrolling the client in the settlement.

Please eliminate any time and expenses for client-specific matters from the information requested below.

Please provide your firm's total hours and corresponding lodestar for all third party payor common benefit work – exclusive of any TPP-specific work*:

| Total TPP Common Benefit Hours | Total TPP Common Benefit Lodestar |
|---|---|
| Hovde Dassow & Deets, LLC  = 1548 hrs | $450.00/hr=$696,600 |
| The Lanier Law Firm, PC   =393.20 hrs | 238.6 x $450.00/hr=$107,370.00 (Meadow)<br>154.6 x $325.00/hr=$50,245.00 (Janush) |
| Audet & Partners, LLP          =897.25 hrs | $450.00/hr =$403,762.50 |
| Gary F. Franke, Co., LPA       =270.10 hrs | $475.00/hr=$128,297.50 |
| Ewing, McMillin & Willis, PLLC =371.20 hrs | $500.00/hr=$185,600.00 |

*This is based upon each firm's previously submitted affidavits.

Please provide your total common benefit hours and lodestar claimed above between the MDL, New Jersey, and any other jurisdiction:

| Jurisdiction | TPP Common Benefit Hours | TPP Common Benefit Lodestar |
|---|---|---|
| MDL | Not applicable. | Not applicable. |
| New Jersey | See hours listed above. | See Lodestar listed above. |
| Other | Not applicable. | Not applicable. |

942552.1

If you entered hours and lodestar for the "other" category, please briefly describe the forum, litigation, and work done by your firm:

_____

_____

_____

_____

_____

_____

_____

_____


Please divide your total TPP common benefit hours and lodestar claimed above by individual time keeper.  Indicate whether each individual was a partner, associate, contract, attorney, or paralegal.

| MDL | | | | |
|------------|----------|-------|------|-----------------------|
| **Individual** | **Position** | **Hours** | **Rate** | **Individual Lodestar** |
| Not applicable. | | | | |
| | | | | |
| | | | | |
| | | | | |

**Total**     _____     _____

| New Jersey | | | | |
|---|---|---|---|---|
| **Individual** | Position | **Hours** | **Rate** | **Individual Total** |
| Please see Affidavits and Timesheets from previous submission | | | | |
| | | | | |
| | | | | |

Total _____          _____

**If you did not do so with your original TPP common benefit submission, you must attach**

**detailed time records corroborating the information provided in this Supplemental**

**Application, or your submission will not be considered.**

For each of the following categories, briefly describe your significant contributions, and the approximate number of hours or percentage of total time spent on services in each category:

**Experts:** All time related to potential experts. Includes – but is not limited to – time spent investigating, retaining, preparing, or deposing experts.

Please see the attached affidavits and timesheets from the "CS and CP Law Firms"

previously submitted.

**Depositions:** All time spent preparing for and taking depositions.

Please see the attached affidavits and timesheets from the "CS and CP Law Firms"

previously submitted.

**Bellwether/Trial Discovery:** All time spent conducting discovery of any of the MDL or New Jersey Bellwether plaintiffs or a plaintiff that went to trial.

Please see the attached affidavits and timesheets from the "CS and CP Law Firms"

previously submitted.

-4-

942552.1

**Trial:** All time spent preparing for trial and/or trying a TPP.

Please see the attached affidavits and timesheets from the "CS and CP Law Firms"

previously submitted.

---

**Court-Appointed/Managerial:** Includes – but is not limited to – time spent participating in TPP-related hearings and status conferences, drafting status reports, making reports to the Court, and coordinating TPP plaintiffs' common efforts and activities.

Please see the attached affidavits and timesheets from the "CS and CP Law Firms"

previously submitted.

---

**Settlement:** Includes negotiating, drafting, and implementing the terms of the third party payor settlement with Merck.

Not applicable.

---

**Other:** Please briefly describe the nature and purpose of any of your TPP common benefit work not fully captured by the above categories:

Not applicable.

---

PRIOR VIOXX COMMON BENEFIT PAYMENTS

942552.1

Has the Vioxx MDL Court, or any other Court, already awarded you or your firm common benefit fees for Vioxx TPP-related work?

YES ☐   NO ☒   AMOUNT $_____

Provide the number of hours and amount of lodestar included in your claimed total TPP common benefit hours and lodestar that you previously submitted for consideration by the Court in conjunction with its prior award of common benefit fees:

| Hours Previously Submitted | Lodestar Previously Submitted |
|---|---|
| Not applicable.  See previous submission of September 16, 2011. | Not applicable. See previous submission of September 16, 2011. |

942552.1

## FEES RECEIVED FROM VIOXX TPP CLIENTS

Have you or your firm received attorneys' fees from your TPP clients for Vioxx-related work?

YES    NO ▢   AMOUNT $ 5,669.31 (see below)

Central States = $0   Central Pennsylvania=$5,669.31

For each Third Party Payor ("TPP") you represented, please provide copies of all bills and invoices sent to the client.

## COSTS AND EXPENSES

Provide your firm's total cost and expenses incurred for third party payor related work.  In addition to completing the below, please supply cost ledgers identifying any individual cost or expense incurred:

| Total TPP-Related Costs and Expenses |
| --- |
| See attached cost ledgers for expenses previously provided with the CS and CP Law Firm's submission. |

Indicate how much of these costs and expenses have been reimbursed and the total remaining unreimbursed costs and expenses.  If an entry for "other," briefly describe the reimbursement:

Not applicable.

| Reimbursed Costs and Expenses | Amount |
| --- | --- |
| Paid by Client | Not applicable. |
| Other | Not applicable. |
| **Total Unreimbursed Costs:** | Not applicable. |

-7-

942552.1

Please divide your unreimbursed costs into the same categories listed above:

| Category | Unreimbursed Costs |
|---|---|
| Experts | Please see the attached expenses sheets previously submitted that includes an itemized breakdown of unreimbursed expenses. |
| Depositions | See above. |
| Bellwether/Trial Discovery | See above. |
| Trial | See above. |
| Managerial | See above.. |
| Settlement | Not applicable. |
| Other | Not applicable. |

## CERTIFICATION

I, the attorney completing this form, hereby certify that to the best of my knowledge the information contained on this form is true, accurate, and complete. I recognize that this information will be submitted to the Honorable Eldon E. Fallon in connection with the allocation of third party payor common benefit fees.

Dated: 10-15-11

_____
Signature

# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX LITIGATION | ) | |
| | ) | MDL Docket No. 1657 |
| This Document Relates to All Cases | ) | Section L |
| | ) | |
| | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |
| THIS DOCUMENT RELATES TO THIRD | ) | |
| PARTY PAYOR COMMON BENEFIT | ) | December 21, 2012 |
| FEES | ) | |

## MEMORANDUM IN RESPONSE TO PRODUCTION OF SUPPORTING TIME RECORDS, OBJECTION TO RECOMMENDATION, AND REQUEST FOR HEARING

The "Central States Law Firms" (Hovde Dassow & Deets, LLC, Lanier Law Firm, Ewing, McMillin & Willis, PLLC, Gary F. Franke Co, L.P.A.,) respectfully submit this response to the supporting time records production, renew the previously filed objection to recommendation (*attached hereto as Exhibit A*) and request a hearing as to the remaining objectors to the TPP Fee Committee Allocation Committee's Proposed Distribution filed with the Court on December 11, 2012 (REC Doc. 64193-1). The requested hearing would establish procedures to evaluate and analyze the recommendations and applications of the TPP Common Benefit Firms.

The Central States Objectors join in the Memorandum In Response to TPP FAC's Production and Recommendation filed by Objection Eric H. Weinberg, by his counsel, on December 20, 2012.

In addition to the troubling scenario depicted in Weinberg's response, Central States renews their objection and request for fair compensation. (Doc 64046) Central States Law Firms only want to be treated fairly and compensated in a proper and lawful amount.

1

Central States Firms only submitted TPP time and expense in connection with the Vioxx TPP Litigation and adhered to the Court's instructions for submission thereof. Central States Law Firms were not paid any compensation by Central States in this action.

Judge Higbee ordered the Central States case be the first trial case in New Jersey. Central States Law Firms prosecuted all aspects of trial preparation and discovery for the Central States bellwether trial case at Judge Higbee's direction and the Firms were committed to winning the first TPP bellwether trial on behalf of Central States as well as all other TPP Plaintiffs in both New Jersey and the MDL. The Central States case would have been the first trial case in any venue.

The value of the contributions to the litigation by these firms is unique and inured to the benefit of all New Jersey and MDL TPP Plaintiffs. There has been no explanation why the FAC allocated only 40% or $540,000 out of the submitted $1,283,747.20 of the Central States Firms' Fees and Expenses where all of the fees and expenses were related to Central States and the first bellwether trial case in any venue.[1] Yet, the FAC Committee members received at or near 100% of their submitted attorney time and expense. The FAC Committee members received $11.4 million dollars out of the $15 million dollar fund. Three of the FAC firms failed to submit any detailed time records pursuant to PTO 57. One can only imagine what the response would have been had a non-FAC Firm failed to submit detailed time records like the three FAC Members failed to do. This Court should review the disproportionate percentage of the FAC's self-allocation.

---

[1] Audet and Partners, LLP is not a part of this response. They have resolved their objection. The FAC doubled Audet's initial allocation from $120,000 to $240,000.

2

Moreover, in opposition to the Motion to Produce, the FAC admitted that it had not reviewed the time of these three FAC members. Surely, this is not what is contemplated under the Johnson framework.

In conclusion, the Central State Law Firms again objects to the allocation as submitted by the TPP FAC and request the following:

1.  A hearing be set to establish the procedural process as to the remaining objectors.

2.  If the Court deems it appropriate, assign an independent Magistrate to evaluate and analyze the recommendations and applications.

3.  Alternatively, the entry of an order allocating a minimum of 90% of $1,283,747.20 or $1,155,372.40 for the Central States Firms', not including the Audet Firm, TPP Common Benefit Fees and Expenses.

And for all other just and proper relief.

Respectfully submitted,

HOVDE DASSOW & DEETS, LLC

By:    /s/Robert T. Dassow
       Robert T. Dassow, #15145-64
       201 W. 103rd Street, Suite 500
       Indianapolis, IN 46290
       Phone: (317) 818-3100
       Fax: (317) 818-3111

       W. Mark Lanier
       Richard D. Meadow
       The Lanier Law Firm, P.C.
       6810 FM 1960 West
       Houston, TX 77069
       Phone: (713) 659-5200
       Fax: (713) 659-2204

Gary F. Franke
Gary F. Franke Co, L.P.A.
120 East 4th Street, Suite 1040
Cincinnati, OH 45202
Phone: (513) 564-9222
Fax: (513) 564-9990


C. David Ewing
Ewing, McMillin & Willis, PLLC
1100 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, KY 40202
Phone: (502) 585-5800
Fax: (502) 585-5858

***Attorneys for Central States, Southeast Areas
Health and Welfare Fund and Central
Pennsylvania Teamsters Health Welfare and
Pension Fund***

## CERTIFICATE OF SERVICE

I hereby certify that the above MEMORANDUM AND RESPONSE TO PRODUCTION OF SUPPORTING TIME RECORDS, OBJECTION TO RECOMMENDATION, AND REQUEST FOR HEARING has been served upon all parties by electronically uploading the same to LexisNexis File & Serve and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing this 21st day of December, 2012.


      /s/Robert T. Dassow
Robert T. Dassow

# EXHIBIT A

Case 2:05-md-01657-EEF-DEK Document 64397-1 Filed 05/15/13 Page 168 of 175
Case 2:05-md-01657-EEF-DEK Document 64208 Filed 02/21/13 Page 1 of 175
Case 2:05-md-01657-EEF-DEK Document 64046 Filed 08/10/12 Page 1 of 8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX LITIGATION | ) | |
| | ) | MDL Docket No. 1657 |
| This Document Relates to All Cases | ) | Section L |
| | ) | |
| | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |
| | ) | |
| | ) | August 10, 2012 |

**JOINT OBJECTION OF AUDET & PARTNERS, LLP, HOVDE DASSOW & DEETS, LLC, THE LANIER LAW FIRM, P.C., EWING, McMILLIN & WILLIS, PLLC, GARY FRANKE CO., LPA, TO THE TPP FEE ALLOCATION COMMITTEE'S JUNE 13, 2012 RECOMMENDATION**

**Robert T. Dassow**
HOVDE DASSOW + DEETS, LLC
201 W. 103rd Street, Suite 500
Indianapolis, IN 46290
Phone: (317) 818-3100
Fax: (317) 818-3111

**W. Mark Lanier**
**Richard D. Meadow**
The Lanier Law Firm, P.C.
6810 FM 1960 West
Houston, TX 77069
Phone: (713) 659-5200
Fax: (713) 659-2204

**Susanne Scovern**
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Fax: (415) 568-2556
Phone: (415) 568-2555

**Gary F. Franke**
Gary F. Franke Co, L.P.A.
120 East 4th Street, Suite 1040
Cincinnati, OH 45202
Phone: (513) 564-9222
Fax: (513) 564-9990

**C. David Ewing**
Ewing, McMillin & Willis, PLLC
1100 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, KY 40202
Phone: (502) 585-5800
Fax: (502) 585-5858

*Attorneys for Central States, Southeast Areas Health and Welfare Fund and Central Pennsylvania Teamsters Health Welfare and Pension Fund*

1

Case 2:05-md-01657-EEF-DEK Document 64397-1 Filed 05/15/13 Page 169 of 175
Case 2:05-md-01657-EEF-DEK Document 64208 Filed 02/21/12 Page 8 of 14
Case 2:05-md-01657-EEF-DEK Document 64046 Filed 08/10/12 Page 2 of 8

Audet & Partners, LLP, Hovde Dassow & Deets, LLC, The Lanier Law Firm, P.C.,

Ewing, McMillin, & Willis, PLLC, and Gary Franke, Co., L.P.A. (collectively "Central States

Law Firms") respectfully submit this objection to the proposed allocation of the TPP Common

Benefit Fees issued by the TPP Fee Allocation Committee on June 13, 2012.

## I.   INTRODUCTION

The above law firms object to the allocation of common benefit attorneys' fees

recommended by the TPP Fee Allocation Committee ("TPP FAC"). While we commend the

outcome of the settlement and the work of the committee, the TPP FAC has grossly undervalued

the contribution of these law firms toward the resolution all of the TPP cases.

On July 20, 2008, Judge Higbee ordered the Central States case to be the <u>first</u> trial case in

New Jersey. Collectively, these Central States Law Firms prosecuted all aspects of trial

preparation and discovery for the Central States bellwether trial case at Judge Higbee's direction.

The "Central States Law Firms" convened numerous trial strategy meetings in New York City.

We were instrumental in Pharmaceutical and Therapeutics Committee discovery. We were

engaged in all facets of pre-trial preparation and discovery necessary to try the first TPP

bellwether case. The selected bellwether trial case required a tremendous amount of time,

resources, and commitment by the firms. As reflected by the previously submitted affidavits,

timesheets, and expenses, the "Central States Law Firms" were committed to winning the first

TPP bellwether trial on behalf Central States and all other TPP Plaintiffs.

The *Central States* case, filed on September 27, 2006, would have been the first trial in

<u>any</u> venue. For example, the MDL TPP bellwether trials were not even selected until April 14,

2009 years after work on Central States began. The value of the contributions to the litigation by

these firms is unique and inured to the benefit of all TPP Plaintiffs. The preparation of the first

2

and only selected trial case in New Jersey should not be undervalued as reflected by the TPP FAC's allocation proposal. The "Central States Law Firms" have not received any compensation or reimbursement of expenses from Central States.

The Central States Law Firms should not be disadvantaged by virtue of not having performed their work directly before this Honorable Court. All of their work was performed before Judge Higbee in the coordinated proceedings in New Jersey. The Central States case was indeed the bellwether case in New Jersey pursuant to Judge Higbee's orders. We respectively invite this Court to query Judge Higbee regarding the quantity and quality of the work performed in her court by the Central States Law Firms. Judge Higbee is best suited to give this court an unbiased assessment of the work performed. Indeed, any analysis regarding TPP representation in New Jersey would benefit greatly from her insight. We are confident that Judge Higbee will validate our efforts and provide constructive insight regarding what constitutes fair compensation for those efforts. If, on the other hand, Judge Higbee does not agree with our assertion herein, we will be constrained to accept that fact. In either case, this court will have an unbiased and objective evaluation by a fellow Judge who, unlike certain members of the fee committee, does not have a corresponding stake in this matter.

## II.    LODESTAR ANALYSIS SHOULD BE USED FOR THE PROPER ANALYSIS WITH REGARD TO ANY FINAL ALLOCATION

The allocation of common benefit fees among competing counsel, even if a limited fund is to be disbursed, is no different from the process of making any other kind of attorney fee award. In all cases, the district court has discretion subject to a few notable constraints:

> We review the district court's award of attorneys' fees for abuse of discretion. "To constitute an abuse of discretion, the district court's decision must be either premised on an application of the law that is erroneous, or on an assessment of the evidence that is clearly erroneous." The record must "clearly indicate[] that the district

3

court has utilized the Johnson framework as the basis of it analysis, has not proceeded in a summary fashion, and has arrived at the the an amount that can be said to be just compensation."

*In re High Sulfur Content Gasoline Products Liability Litigation*, No. 09-31313, 384 Fed. Appx. 299 (5th Cir., 2010) ("High Sulfur II") citing *In re High Sulfur Content Gasoline Prods. Liab. Litig.* ("*High Sulfur I*"), 517 F.3d 220, 227 (5th Cir. 2008), and *Grigson v. Creative Artists Agency L.L.C.,* 210 F.3d 524, 528 (5th Cir. 2000). See also *Cobb v. Miller*, 818 F.2d 1227, 1232 (5th Cir. 1987) ("[W]hile our cases indicate that the district court must utilize the Johnson factors in it analysis on the issue of attorney's fees, we are not required to reverse summarily a district court finding which omits discussion of one of the Johnson factors as long as the record indicates that the district utilized *Johnson* framework as the basis of its analysis...

In all cases within the Fifth Circuit, including allocation of common fund fees, the starting point of any proper analysis must be a "lodestar" calculation:

> This Circuit utilizes the "lodestar method" to calculate attorneys' fees. Initially, the district court must determine the reasonable number of hours expended on the litigation and the reasonable hourly rate for the participating lawyer. *Louisiana Power & Light Co., v. Kellstrom*, 50 F.3d 319, 324 (5th Cir.), cert. denied, 516 U.S. 862, 116 S.Ct. 173, 133 L.Ed.2d 113 (1995). The lodestar is then computed by multiplying the number of hours reasonably expended by the reasonable hourly rate.

*Forbush v. J.C. Penney Co.*, 98 F.3d 817 (5th Cir. 1996).

This Court has followed the lodestar/*Johnson* approach:

> The work that an attorney devotes to a class action is generally the principal factor by far in determining the attorneys' portion of the common benefit fee. Indeed, in the present case, this factor plays the dominant role in determining the proper allocation of the fee. First, a few general comments are appropriate to frame the discussion. The attorney labor portion of the Court's consideration consists of two sub-parts: time and type of work.

*Turner v. Murphy Oil USA, Inc.*, ("Murphy Oil II"), 582 F.Supp.2d 797, 801 n.8 (E.D.La. Oct 06, 2008).

4

This Court should use the *Johnson* factors for a lodestar calculation and allocation.

### III.   THE COMMITTEE MEMBERSHIP AND LEADERSHIP HAS GROSSLY OVERVALUED THEIR CONTRIBUTION TO THE ENTIRETY OF THE LITIGATION.

No one disputes that the Committee's service is deserving of compensation. Committees are a necessary and efficient function of the MDL and coordinated litigation model and attorneys cannot be expected to serve unless they are paid. However, in this limited fund of $15 million dollars, the Committee members have allocated approximately $11.4 million dollars to themselves. It is readily apparent that the committee members have allocated themselves a disproportionate share of this limited fund. This Court should review the disproportionate percentage of the FAC's self-allocation.

In *Murphy Oil II*, this Court approved the use of the allocation committee approach to recommend division of fees, but noted the following:

> The Fifth Circuit has approved the appointment of such a fee committee. However, when a fee committee is appointed, the Court must maintain close supervision of the committee and "closely scrutinize" any recommendation from the committee. *In re High Sulfur Content Gasoline Productions Liab. Litig.*, 517 F.3d 220, 235 (5th Cir.2008). This is so because there are conflicts of interest inherent in appointing a fee committee: the members of the committee suggest to the court a division of a limited fund among themselves and other firms. *In re High Sulfur Content*, 517 F.3d at 235 (citing *In re Diet Drugs Products Liab. Litig.*, 401 F3d 143, 173 (3d Cir. 2005) (Ambro, J., concurring).

582 F.Supp. 2d at 801 n.8. Indeed as the Fifth Circuit also stated in the quoted case:

> [O]ur precedents do not permit courts simply to defer to a fee allocation proposed by a select committee of attorneys, in no small part, because *235 "counsel have inherent conflicts." *In re Diet Drugs Products Liab. Litig.*, 401 F.3d 143, 173 3d Cir.2005) (Ambro, J., concurring). As Judge Ambro noted, "They make recommendations on their own fees and thus have a financial interest in the outcome. **How much deference is due the fox who recommends how to divvy up the chickens?**"

5

## IV.   A PROPER ALLOCATION CANNOT BE DETERMINED BECAUSE OF THE NEED FOR PRODUCTION FOR ALL INITIAL APPLICATIONS AND SUPPLEMENTAL APPLICATIONS FOR ALL OF THE TPP CBF LAW FIRMS

The Central States Law Firms, under the Court's directive, are to include a specific dollar amount as to each law firm that "they feel they should be entitled to." Due to the TPP FAC's decision to file *Exhibit "D"* (UNDER SEAL) (*See page 6 of the TPP Fee Allocation's Committee's Recommendation.*) the Court's directive to provide an amount is difficult to satisfy. Accordingly, we hereby request the production of <u>all</u> of the TPP CBF law firms' complete initial applications and supplemental applications. These productions should be furnished to all participating TPP CBF law firms in order to properly review and evaluate the FAC Committee's recommended allocations. If necessary, each firm requesting the application could execute a confidentiality agreement.

Central States Law Firms only want to be treated fairly and compensated in a proper and lawful amount. This appears to be very difficult without the complete detailed applications of all TPP CBF law firms.   However, the Central States Law Firms, in compliance the Court's order to state what their compensation should be, and to avoid any waiver argument, propose that any analysis should begin with a *Johnson* lodestar calculation and request the following allocation:

| Vioxx TPP | Total Fees Submitted | Total Expenses Submitted | Total Fees/Expenses Requested | Total Recommended by FAC |
|---|---|---|---|---|
| Audet & Partners | $403,762.50 | $49,264.01 | $453,026.51 | $120,000.00 |
| Ewing McMillin & Willis | $185,600.00 | $1,539.14 | $187,139.14 | $60,000.00 |
| Gary Franke & Co. | $128,297.50 | $9,522.52 | $137,820.02 | $35,000.00 |
| HDD, LLC | $696,600.00 | $105,573.54 | $802,173.54 | $375,000.00 |
| Lanier Law Firm | $157,615.00 | $0.00 | $157,615.00 | $50,000.00 |
| | $1,571,875.00 | $165,899.21 | $1,737,774.21 | $640,000.00 |

6

## V.    CONCLUSION

The Central States Law Firms hereby object to the allocation as submitted by the TPP

FAC and request the following:

1) That Judge Higbee's input be sought in regard to the quality and quantity of the work performed by the Central States Law Firms.

2) Production to each of the participating TPP Law Firms of each and every law firms' initial and supplemental applications including all documentation submitted to the committee;

3) Application of a lodestar per *Johnson* as discussed above;

4) The assignment of an independent Magistrate to evaluate and analyze the recommendations and applications.

The Central States Law Firms incorporate by reference their initial and supplemental

applications, timesheets and expense reports previously provided to the committee in support of

their request for compensation as outlined above.

Respectfully submitted,

HOVDE DASSOW & DEETS, LLC

By: _____

Robert T. Dassow, #15145-64
201 W. 103rd Street, Suite 500
Indianapolis, IN 46290
Phone: (317) 818-3100
Fax: (317) 818-3111

W. Mark Lanier
Richard D. Meadow
The Lanier Law Firm, P.C.
6810 FM 1960 West
Houston, TX 77069
Phone: (713) 659-5200
Fax: (713) 659-2204

7

Case 2:05-md-01657-EEF-DEK   Document 64697-1   Filed 05/15/13   Page 175 of 175
Case 2:05-md-01657-EEF-DEK   Document 64203   Filed 05/15/13   Page 140 of 175
Case 2:05-md-01657-EEF-DEK   Document 64046   Filed 08/10/12   Page 8 of 8

Susanne Scovern
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Fax: (415) 568-2556
Phone: (415) 568-2555

Gary F. Franke
Gary F. Franke Co, L.P.A.
120 East 4th Street, Suite 1040
Cincinnati, OH 45202
Phone: (513) 564-9222
Fax: (513) 564-9990

C. David Ewing
Ewing, McMillin & Willis, PLLC
1100 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, KY  40202
Phone:  (502) 585-5800
Fax: (502) 585-5858