# EXHIBIT A



**The Lanier Law Firm**

*A Professional Corporation*

**HOUSTON**
The Lanier Law Firm, PC
6810 FM 1960 West
Houston, TX 77069
Post Office Box 691448
Houston, TX 77269
(713) 659-5200
Fax (713) 659-2204

**LOS ANGELES**
The Lanier Law Firm, PC
2029 Century Park East
Suite 1400
Los Angeles, CA 90067
(310) 277-5100
Fax (310) 277-5103

**NEW YORK**
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
6th Floor
New York, NY 10022
(212) 421-2800
Fax (212) 421-2878

**PALO ALTO**
The Lanier Law Firm, PC
2200 Geng Rd., Suite 200
Palo Alto, CA 94303
(650) 322-9100
Fax (650) 322-9103

February 12, 2013

***VIA E-MAIL***

The Honorable Eldon E. Fallon
U.S. District Court Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

Re:   Vioxx Products Liability Litigation Third Party Payor Common Benefit Proposed Allocation (MDL No. 1657)

Dear Judge Fallon:

The Lanier Law Firm has had the opportunity to review all the submissions in the Vioxx TPP fee allocations. As a result of our review of the filings made through this date, we withdraw our prior objection to the extent that it relies on the submission of other objectors. Although we are no longer joining in the objections filed by others, we nevertheless maintain our request that our firm's fee allocation be revisited by the Court.

The Lanier Law Firm originally requested an award of $157,615.00 based on hours without a Lodestar multiplier. The Vioxx TPP Fee Allocation Committee (the "Fee Committee") only awarded our firm $50,000.00. We believe that Your Honor, Judge Higbee, and, indeed, members of the Fee Committee, are very familiar with the contributions that The Lanier Law Firm made within the Vioxx personal injury litigation and the Vioxx TPP litigation. We were trial counsel for the TPP case going to trial in Judge Higbee's court. We also had several TPP clients (the States of Alaska, Michigan, Utah and the People of Colorado) that we withdrew from at a time in the MDL when it appeared our continued representation might prejudice the settlement and fee discussions associated with the settlement of the underlying first party tort cases.

In closing, we incorporate by reference our initial and supplemental applications, time sheets and expense reports previously provided to the Fee Committee in support of our request for $157,615.00 plus Lodestar. Based upon our firm's contributions to the TPP litigation, and our firm's submissions to the Fee Committee and the Court, we respectfully request the Court award our request. Thank you for your consideration.

Respectfully submitted,

W. Mark Lanier