# EXHIBIT B

# Hovde Dassow+Deets
TRIAL LAWYERS

F. BOYD HOVDE
FREDERICK R. HOVDE
ROBERT T. DASSOW
NICHOLAS C. DEETS

February 14, 2013

*Via Email*

The Honorable Eldon E. Fallon
U.S. District Court Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

RE: *Vioxx Products Liability Litigation Third Party Payor Common Benefit Proposed Allocation*
MDL No. 1657

Dear Judge Fallon:

Hovde Dassow & Deets, Gary Franke & Co., LPA, and Ewing, McMillin & Willis, PLLC hereby withdraw their prior objections to the extent that we rely upon the submissions of other objectors. This letter mirrors that of the letter sent on February 11, 2013 by The Lanier Law Firm. As such, the three firms above continue to object and request that Hovde Dassow & Deets, LLC, Gary Franke & Co., LPA, and Ewing McMillin & Willis, PLLC firms' fee allocation be reviewed by the Court.

Hovde Dassow & Deets, Gary Franke & Co., LPA, and Ewing, McMillin & Willis, PLLC originally requested an award of $1,010,497.50 based upon hours submitted, without a Lodestar multiplier. This amount does not include the submitted expenses in the amount of $116,635.20.

The Vioxx TPP Allocation Committee (FAC) only awarded the above three firms $470,000.00 for both attorney fees and expenses. We believe that Judge Higbee is very familiar with the contributions made by the above firms not only in the Vioxx personal injury litigation, but also the Vioxx TPP litigation. Our client, Central States, was selected as the first trial case in New Jersey. Along with the three firms, the Lanier Law Firm was selected as the trial counsel by Judge Higbee.

We incorporate by reference our initial and supplemental applications, time sheets, and expense reports previously provided to the Fee Committee in support of our request for $1,010,497.50, plus Loadstar, and expenses of $116,635.20. Based upon the firms' contributions to the TPP litigation, the above law firms respectfully request this Court award the above fees, expenses, and Lodestar.

Thank you.

Yours Very Truly,

HOVDE DASSOW + DEETS, LLC

Robert T. Dassow

RTD:ane

**Hovde Dassow+Deets Positive thinking lawyers.**
Hovde Dassow & Deets LLC | 201 W. 103rd Street, Suite 500, Indianapolis, IN 46290
www.hovdelaw.com | Phone 317-818-3100 | Fax 317-818-3111