# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | * MDL No. 1657 |
| This Document Relates to: | * SECTION L |
| State of Utah v. Merck, et al. | * JUDGE ELDON E. FALLON |
| | * MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF STATE OF UTAH'S MOTION FOR SUMMARY JUDGMENT ON JUDICIAL ESTOPPEL

COMES NOW, Plaintiff State of Utah and moves this Court for summary judgment on the issue of judicial estoppel. This motion is supported by the attached Memorandum in Support of Motion for Summary Judgment.

DATED this 16th day of May, 2013.

                                          /S/
                                       Joseph W. Steele
                                       Kenneth D. Lougee
                                       STEELE & BIGGS
                                       5664 South Green Street
                                       Salt Lake City, UT  84123

                                         /S/
                                       Eric H. Weinberg
                                       The Law Offices of Eric H. Weinberg
                                       149 Livingston Avenue
                                       New Brunswick, NJ  08901

/S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **PLAINTIFF STATE OF UTAH'S OF MOTION FOR SUMMARY JUDGMENT ON JUDICIAL ESTOPPEL** has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of May, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123