# Exhibit 8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Cheryl Sample (as administrator for the* | * | |
| *deceased Michael Wodowski), et al. v. Merck &* | * | |
| *Co., Inc., et al.,* 2:08-cv-04559-EEF-DEK | * | |
| | * | |

*************************************************************************

### DECLARATION OF AMY R. DAVIS IN SUPPORT OF DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION FOR SUMMARY JUDGMENT

I, Amy R. Davis, declare based on personal knowledge as follows:

1. I am an attorney at Williams & Connolly LLP in Washington, D.C. and am counsel to Merck Sharp & Dohme Corp. ("Merck") in the above-captioned case.

2. I have communicated (via telephone and email) with Plaintiffs' counsel Joy Ellen Miserendino, Esq. and her paralegals regarding this case on numerous occasions since March 2012 and have been the principal liaison between Merck and Plaintiffs' counsel in connection with this case since that time.

3. I viewed the LexisNexis File & Serve Advanced website ("File & Serve") today. No expert designation or written expert report by Plaintiffs pursuant to Rule 26(a)(2) was posted to File & Serve on or before April 18, 2013 in the above-captioned case, nor has an expert designation or written expert report by Plaintiffs pursuant to Rule 26(a)(2) been posted to File & Serve since then.

4. I have not received an expert designation or written expert report pursuant to Rule 26(a)(2) from Plaintiffs via email, first-class mail, overnight mail, or any other method. I also

have not received any communication from Plaintiffs' counsel or her paralegals seeking an extension of time for compliance with the expert deadlines set forth in the Court's February 1, 2013 order.

5.  I have communicated with the other Williams & Connolly LLP attorneys and paralegals who have had involvement with the above-captioned case, as well as with Defendants' Liaison Counsel Dorothy Wimberly. None of these individuals have received an expert designation or written expert report pursuant to Rule 26(a)(2) from Plaintiffs via email, first-class mail, overnight mail, or any other method, nor have any of these individuals received any communication from Plaintiffs' counsel or her paralegals seeking an extension of time for compliance with the expert deadlines set forth in the Court's February 1, 2013 order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 17, 2013.

Amy R. Davis, Esq.
Williams & Connolly LLP