**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| *Cheryl Sample (as administrator for the* | * | |
| *deceased Michael Wodowski), et al. v. Merck &* | * | |
| *Co., Inc., et al.,* **2:08-cv-04559-EEF-DEK** | * | |
| | * | |

**************************************************************************

**ORDER GRANTING MERCK SHARP & DOHME CORP.'S**
**MOTION FOR SUMMARY JUDGMENT**

The Court has received Defendant Merck Sharp & Dohme Corp.'s Motion for Summary

Judgment (Rec. Doc. _____).  Defendant provides evidence that Plaintiffs have not disclosed

an expert in accordance with Federal Rule of Civil Procedure 26(a)(2) who will testify that

Vioxx caused the injury for which Plaintiffs seek to recover.  Defendant argues that, as a result,

Plaintiffs cannot meet their burden of proof with respect to causation on any count alleged in

their complaint.

The Court has received no opposition from Plaintiffs.

Accordingly, IT IS ORDERED that Defendant's motion for summary judgment is

GRANTED.  Plaintiffs' claims against Merck are DISMISSED WITH PREJUDICE.


New Orleans, Louisiana, this _____ day of _____, 2013.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE