UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| *Cheryl Sample (as administrator for the* | * | |
| *deceased Michael Wodowski), et al. v. Merck &* | * | |
| *Co., Inc., et al.*, 2:08-cv-04559-EEF-DEK | * | |
| | * | |

**************************************************************************

### ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion To File Certain Documents Under Seal

IT IS HEREBY ORDERED that Exhibits 2, 5, 6, 7, and 9 to Merck Sharp & Dohme Corp.'s Statement of Material Facts as to Which There Is No Dispute in the above-captioned case are to be filed under seal.

New Orleans, Louisiana, this _____ day of _____, 2013.

                                                                   _____
                                                                   ELDON E. FALLON
                                                                   UNITED STATES DISTRICT JUDGE