UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| *This document relates to* | * |
| | *   MAGISTRATE JUDGE |
| *Dennis R. Harrison v. Merck Sharp & Dohme Corp.*, | *   KNOWLES |
| 2:07-cv-00905-EEF-DEK | * |
| | * |

**************************************************************************

### RULE 26(a)(2) EXPERT DISCLOSURE OF
### DEFENDANT MERCK SHARP & DOHME CORP.

Defendant Merck Sharp & Dohme Corp. ("Merck"), through its undersigned counsel, hereby submits the following expert disclosure pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Court's Pretrial Order ("PTO") 58, as amended:

**Nicholas Blavatsky, M.D.**
**Montana Orthopedics**
**435 S. Crystal, Suite 400**
**Butte, Montana  59701**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), a written report is being served on Plaintiff concurrent with this disclosure.

Under the schedule set forth in PTO 58, as amended, Plaintiff's expert reports were due on April 17, 2013.  No expert report has been submitted by Plaintiff.  Merck reserves the right to supplement its expert disclosures and report following the disclosure of any expert testimony by Plaintiff.

1

Dated:  May 17, 2013

                Respectfully submitted,

                By: */s/ Dorothy H. Wimberly*
                    Phillip A. Wittmann, 13625
                    Dorothy H. Wimberly, 18509
                    STONE PIGMAN WALTHER
                    WITTMANN L.L.C.
                    546 Carondelet Street
                    New Orleans, Louisiana 70130
                    Phone: 504-581-3200
                    Fax:    504-581-3361

                Defendants' Liaison Counsel

                —and—

                    Douglas R. Marvin
                    M. Elaine Horn
                    Emily Renshaw Pistilli
                    WILLIAMS & CONNOLLY LLP
                    725 Twelfth Street, N.W.
                    Washington, D.C. 20005
                    Phone: 202-434-5000
                    Fax:    202-434-5029

                Attorneys for Merck Sharp & Dohme Corp.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Rule 26(a)(2) Expert Disclosure of Merck Sharp & Dohme Corp. has been served on Plaintiff Dennis Harrison by email and by Federal Express at:

> 601 W. Brown Street
> Iron Mountain, MA 49801

I also hereby certify that the above and foregoing Rule 26(a)(2) Expert Disclosure of Merck Sharp & Dohme Corp. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of May, 2013.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel