UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| THIRD PARTY PAYOR COMMON | * | SPECIAL MASTER JUNEAU |
| BENEFIT FEES | * | |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | May 17, 2013 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## WEINBERG'S WITNESS LIST

NOW COMES the Law Offices of Eric H. Weinberg, through undersigned counsel, and gives notice that in the hearing scheduled in the captioned matter on Thursday, May 23, 2013, he will call the following witnesses:

1. Russ M. Herman, Esq.

2. Eric H. Weinberg, Esq.


/s/ Robert E. Arceneaux  /s/ Margaret E. Woodward
_____  _____
Robert E. Arceneaux, La Bar No. 01199   MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC   No.13677
47 Beverly Garden Drive   3701 Canal Street, Suite C
Metairie, LA 70001   New Orleans, Louisiana 70119
(504) 833-7533 office   (504) 301-4333 office
(504) 833-7612 fax   (504) 301-4365 fax
rea7001@cox.net   mewno@aol.com


Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Law Offices of Eric Weinberg

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Witness List has been served on Russ Herman by e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre Trial Order No.8, on this date, May 17, 2013.

s/Margaret Woodward
_____