UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | *<br>*<br>* |
| This Document Relates to: | *   MDL No. 1657<br>* |
|    *State of Alaska v. Merck & Co., Inc.,*<br>     Case No. 2:06-cv-3132 | *   SECTION L<br>*<br>*   JUDGE ELDON E. FALLON |
|    *State of Montana v. Merck & Co., Inc.,*<br>     Case No. 2:06-cv-4302 | *<br>*   MAGISTRATE JUDGE<br>*   KNOWLES |
|    *Hood ex rel. State of Mississippi v. Merck &*<br>     *Co., Inc., Case No. 2:05-cv-6755* | *<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DEFENDANT'S MOTION TO COMPEL RULE 30(B)(6) DEPOSITIONS</u>**

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves for an order compelling the Plaintiffs in the above-captioned cases to designate representatives to testify on the topics in Merck's notices of deposition pursuant to Fed. R. Civ. P. 30(b)(6).

As set forth in the attached Memorandum, there is no basis for Plaintiff's claims that such depositions are improper.

WHEREFORE, the Court should issue an order compelling Plaintiffs to designate representatives to testify regarding the topics in Merck's 30(b)(6) deposition notices.

Dated:  May 17, 2013                                         Respectfully submitted,

                                                           */s/ Dorothy H. Wimberly*
                                                           Phillip A. Wittmann, 13625
                                                           Dorothy H. Wimberly, 18509
                                                           STONE PIGMAN WALTHER
                                                           WITTMANN L.L.C.
                                                           546 Carondelet Street
                                                           New Orleans, LA 70130

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

2

1126701v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman, Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail, upon Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 17th day of May, 2013.

                                                    */s/ Dorothy H. Wimberly*
                                                   Dorothy H. Wimberly, 18509
                                                   STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                   546 Carondelet Street
                                                   New Orleans, Louisiana  70130
                                                   Phone:  504-581-3200
                                                   Fax:     504-581-3361
                                                   dwimberly@stonepigman.com