# EXHIBIT 7

**From:** Brian Vines [mailto:BVines@hwnn.com]
**Sent:** Thursday, April 18, 2013 2:32 PM
**To:** Barnett, Ben
**Cc:** Andrew Goldman; Tarek Ismail; EXT Richard Josephson - Bakerbotts; Brian O'Donoghue; Don McKenna; Matt Minner; <scott@hwnn.com> Powell; Bill Rossbach; Fosler Jim; Clyde Sniffen; Hubbard Kelley
**Subject:** Re: MT and AK 30(b)(6) deposition

Ben,

Matt and I are available for a call tomorrow before 10 EST or after 2:30 EST. In the meantime, below is a written response that we were about to send you that should be helpful for the call. Please let me know a time that works for you.

This email is a follow up to our call on Tuesday and after consultation with our clients. We respond to the questions related to paper discovery and the 30(b)(6) issue below. We are waiting to hear from you with regard to pushing the deadline for depositions as well as an estimate on the cost of production.

Regarding the 30(b)(6) notices, I've outlined our thinking with regard to why it would be inappropriate for us to put up witnesses on the various topics.

The following requests ask for information that is work product of the AG offices and would be based on expert opinions. In addition, you have served earlier discovery on these topics that we have offered to supplement once expert disclosures are made. (MT Topics 1, 2, 3, 4, 5, 6, 7, 8, 9, 12, 13); (AK Topics 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 14, 15).

The following topics also involve work product regarding the investigation of the states' claims by the AGs offices and we also question what relevance they have to Merck's conduct. (MT Topics 10, 11); (AK Topics 12, 13).

Alaska request No. 9 is over-broad and irrelevant.

If we are unable to agree on the 30(b)(6) issue, I suggest that we work together on a briefing schedule and submit this issue to Judge Fallon.

The other issue that we owe you a response on involve conditions to moving forward on paper discovery. The numbered responses below correspond to your email to Dawn Barrios.

No. 1 - we are willing to confirm in writing what discovery AK and MT are seeking. Although we believe we have done this, we'll confirm our requests for you.

No. 2 - we are willing to confirm that we will not seek additional FACTs data post-remand. On the custodial file issue, we will agree that absent extraordinary circumstances we will seek no additional custodial files. The only caveat would be if a deposition our other paper review revealed information that we needed to explore further. That said, we imagine this would occur prior to remand. We cannot imagine a scenario in which we are unable to determine if we need additional custodial files before remand.

No. 3 - we are waiting to hear back from you on an estimate of the costs

No. 4 - we would like to get your estimate of the costs before we respond to your request for a 10% deposit.

Please contact me or Matt if you have any questions. We look forward to talking tomorrow.

All the best,

Brian



Brian Vines  *Attorney*
BIRMINGHAM   LITTLE ROCK   LEXINGTON
1-800-568-5330
f 🐦 in