UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>    *State of Alaska v. Merck & Co., Inc.*,<br>        Case No. 2:06-cv-3132<br><br>    *State of Montana v. Merck & Co., Inc.*,<br>        Case No. 2:06-cv-4302<br><br>    *Hood ex rel. State of Mississippi v. Merck &<br>        Co., Inc., Case No. 2:05-cv-6755* | *<br>*<br>*<br>*  MDL No. 1657<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  KNOWLES<br>*<br>*<br>*<br>* |

**ORDER ON DEFENDANT'S COMBINED MOTION TO COMPEL RULE 30(B)(6) DEPOSITIONS AND OPPOSITION TO STATE OF MISSISSIPPI'S MOTION FOR PROTECTIVE ORDER**

Considering the foregoing Motion to Compel,

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and Plaintiffs in the above-captioned cases are ordered to designate representatives to testify on the topics in Merck's notices of deposition pursuant to Fed. R. Civ. P. 30(b)(6).

**IT IS FURTHER ORDERED** that the State of Mississippi's motion for protective order be and it hereby is **DENIED**.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1126705v1