UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | SECTION L |
| : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: : | |
| THIRD PARTY PAYOR COMMON BENEFIT FEES : | |

### THE TPP FEE ALLOCATION COMMITTEE'S SUPPLEMENTAL WITNESS LIST

The TPP Fee Allocation Committee, pursuant to the Scheduling Protocol for Third Party Payor Common Benefit Fees issued by Special Master Patrick A. Juneau on April 26, 2013, identifies the following list of witnesses to be called at the hearing on Thursday, May 23, 2013:

**WILL CALL**

1. Russ M. Herman
2. Christopher Seeger
3. Thomas M. Sobol

**POSSIBLY WILL CALL**

1. Members of the TPP Fee Allocation Committee (Elizabeth Cabraser will not be in attendance)
2. Kristen Johnson Parker

1

    3.     Fred Longer

    4.     Leonard A. Davis

    **5.**     **David Buchanan**

Dated: May 17, 2013                              Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman
**Herman, Herman & Katz, L.L.C.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024
rherman@hhklawfirm.com

/s/ Elizabeth Cabraser
Elizabeth Cabraser
**Lieff Cabraser Heimann & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com

/s/ Christopher A. Seeger
Christopher A. Seeger
**Seeger Weiss LLP**
77 Water Street
New York, NY 10005
Telephone: (212) 584-0700
cseeger@seegerweiss.com

/s/ Thomas M. Sobol
Thomas M. Sobol
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com

        /s/ Andy D. Birchfield, Jr.
        Andy D. Birchfield, Jr.
        **Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
        218 Commerce Street
        Montgomery, AL 36104
        Telephone: (800) 898-2034
        Fax: (334) 954-7555
        andy_birchfield@beasleyallen.com

        /s/ James Dugan
        James Dugan
        **Dugan Law Firm**
        One Canal Place
        Suite 1000
        365 Canal Street
        New Orleans, LA 70130
        Telephone: (504) 648-0180
        Fax: (504) 648-0181

*The TPP Fee Allocation Committee*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 17th day of May, 2013.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esq. (#14190)
        Herman, Herman & Katz, L.L.C.
        820 O'Keefe Avenue
        New Orleans, LA  70113
        Ph:  (504) 581-4892
        Fax:  (504) 561-6024
        ldavis@hhklawfirm.com