UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| THIRD PARTY PAYOR COMMON | * | SPECIAL MASTER JUNEAU |
| BENEFIT FEES | * | |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | May 20, 2013 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXPEDITED HEARING

NOW COMES the Law Offices of Eric H. Weinberg, through undersigned counsel, and Moves for expedited hearing of its Motion to in Limine to Bar "Possible Will Call Witnesses," upon showing that:

1. On Friday, May 17th, the TPP FAC filed its witness list for the hearing scheduled in the captioned matter on Thursday, May 23, 2013. That witness list did not comply with the Special Master's scheduling protocol, its noncompliance is prejudicial to Weinberg, and Weinberg seeks to bar the testimony of the "possible will call witnesses" who were listed in violation of the protocol;

2. An expedited hearing will diminish the prejudice visited upon Weinberg by the FAC's noncompliant conduct.

Respectfully submitted,

/s/ Robert E. Arceneaux                              (504) 833-7533 office
_____        (504) 833-7612 fax
Robert E. Arceneaux, La Bar No. 01199      rea7001@cox.net
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001

/s/ Margaret E. Woodward
_____
MARGARET E. WOODWARD, La. Bar No.13677
3701 Canal Street, Suite C
New Orleans, Louisiana  70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com

        Pascal F. Calogero, Jr., La. Bar No. 03802
        AJUBITA, LEFTWICH & SALZER, L.L.C.
        1100 Poydras Street
        New Orleans LA 70163-1950
        (504) 582-2300 office
        (504) 582-2310 fax
        pcalogero@alsfirm.com

Attorneys for Law Offices of Eric Weinberg

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion has been served on Russ Herman by e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre Trial Order No.8, on this date, May 20, 2013.

        s/Margaret Woodward
        _____