UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO TPP | * | SPECIAL MASTER JUNEAU |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | May 20, 2013 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On the above and foregoing motion,

**IT IS ORDERED** that the Motion for Expedited hearing be, and the same is hereby set for hearing at _____.m. on the ——— day of May, 2013.

New Orleans, Louisiana, this _____ day of May, 2013.

_____
SPECIAL MASTER JUENAU