UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO TPP | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | May 21, 2013 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On the above and foregoing motion,

**IT IS ORDERED** that the records subpoena issued by the TPP FAC to Eric H. Weinberg on May 13, 2013 be and the same is quashed to the extent that it requests new material.

New Orleans, Louisiana, this _____ day of May, 2013.

_____
SPECIAL MASTER JUNEAU