UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *State of Utah v. Merck Sharpe & Dohme Corp.*, No. 09-9336

## ORDER

The Court has received Merck's motion for entry of an order of production and protective order (Rec. Doc. 64362), as well as Utah's response to that motion (Rec. Doc. 64393). For the reasons explained below, IT IS ORDERED that Merck's motion is GRANTED IN PART. A separate Order for Production and Protective Order will follow.

Utah and Merck report that they have arrived at a mutually agreeable protective order, with the exception of a few specific terms. First, Utah and Merck disagree on the extent to which Merck's counsel should be required to sign affidavits relating to the confidentiality and return of Medicaid patient information. Next, the parties disagree on whether Merck should be required to obtain leave of Court before contacting individual Medicaid patients, although Merck has agreed to notify Utah before contacting any such patients.

With respect to the affidavits, the Court holds that counsel for Merck will be required to execute the affidavits, but that only one individual is required to do so as long as he or she takes responsibility for the protection of the information on behalf of all of Merck's counsel and associated staff.

With respect to Merck's ability to contact individual patients, the Court holds that Merck

1

must notify Utah before contacting any individual patient, but that Merck is not required to obtain leave of Court before doing so. However, if Utah objects to any particular individual being contacted, the Court invites Utah to notify the Court of that objection, and the Court will rule on the issue immediately.

    New Orleans, Louisiana, this 22nd day of May, 2013.

                                                                    _____
                                                                         UNITED STATES DISTRICT JUDGE