# EXHIBIT "E"



Slater & Gordon
Lawyers

The Dominion Building
533 Little Lonsdale Street
Melbourne VIC 3000

Ph: (03) 9602 6888
Fax: (03) 9600 0290

www.slatergordon.com.au

2 September 2009

Correspondence to:

Senior Partner: Peter Gordon
Executive Assistant: Joanne Filippone

GPO Box 4864
MELBOURNE 3001

DX 229 MELBOURNE

Direct Ph: (03) 9602 6918
Fax: (03) 9600 1679

Email: jfilippone@slatergordon.com.au

Our Ref: PG:JF

To Whom it May Concern,

In late June 2009, Slater & Gordon concluded a fifteen week class action trial against Merck and its Australian subsidiary Merck Sharp and Dohme on behalf of over a thousand Australian victims of the drug Vioxx. Judgment is pending and may be weeks or months away.

The trial was a massive deployment of our firm's resources and it required investment by us of in excess of $9,000,000. While we are the biggest Plaintiff firm in Australia, we do not have access to the kind of resources enjoyed by the U.S. Plaintiffs' Bar. Pitted against the limitless resources of the Merck legal team, which had a sophisticated document bank, access to a flotilla of experts in every field and by our reckoning more than 25 lawyers working on the case for every one lawyer we had; we were always in a difficult position in this trial.

We are the only law firm outside the United States to have taken Merck to judgment. In many countries the bullying, delaying and intimidating tactics of the pharmaceutical giant will mean that many victims' cases will never get to trial.

During the course of litigation, Slater & Gordon contacted a number of plaintiff lawyers who participated in the U.S. Vioxx litigation. While most of those contacted did not assist, there were notable exceptions, including Eric Weinberg, Mark Lanier, Ken Soh, and Dan Sigelman.

In particular, Eric Weinberg shared his time voluntarily and generously in the critical 6 months leading up to and during trial. Professor David Madigan, who Eric prepared in connection with the U.S. litigation, proved to be a critical statistics expert in our case. At his own expense, Eric accompanied Professor Madigan from New York to Melbourne in order to support our clients' cause. In addition to addressing basic epidemiological issues in the litigation, Professor Madigan exposed the falsity of Merck's central claim that the "Alzheimer's studies" and early placebo controlled trials showed no increase in risk. To my knowledge, this was the first time that the myth of the Alzheimer's studies was debunked in litigation. In

addition to Eric's work with Professor Madigan, he shared his detailed knowledge of the Vioxx clinical trials, which proved invaluable.

I greatly appreciate Eric's contribution to our efforts to achieve justice for international victims of Vioxx.

Sincerely,

Peter Gordon
**SLATER & GORDON**