# EXHIBIT "H"

## Lillian Flemming

| | |
|---|---|
| **From:** | Lillian Flemming |
| **Sent:** | Monday, May 13, 2013 4:42 PM |
| **To:** | 'mewno@aol.com' (mewno@aol.com); 'rea7001@cox.net' (rea7001@cox.net) |
| **Cc:** | Lenny Davis; David Buchanan (dbuchanan@seegerweiss.com); Arnold Levin; Fred Longer (FLonger@lfsblaw.com); 'SDaniel@seegerweiss.com'; Regina Valenti; Kate Danahay; andy.birchfield@beasleyallen.com; Chris Seeger; Elizabeth Cabraser (ecabraser@lchb.com); James R. Dugan II (jdugan@dugan-lawfirm.com); Russ Herman; Tom Sobol |
| **Subject:** | Vioxx MDL 1657 re Eric Weinberg/The Law Offices of Eric Weinberg |
| **Attachments:** | Weinberg Subpoena (through Weinberg) SIGNED with Addendum.pdf |

From:  Leonard A. Davis

Attached please find a courtesy copy of a Subpoena Duces Tecum that has been served upon Eric Weinberg/The Law Offices of Eric Weinberg.  We are serving this upon you as counsel for Eric Weinberg/The Law Offices of Eric Weinberg.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis,
Jeremy S. Epstein and Adam H. Weintraub
***Herman, Herman & Katz, L.L.C.***
***Herman Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
(504) 581-4892
(504) 561-6024 (fax)
Email:  lflemming@hhklawfirm.com
www.hhklawfirm.com

**PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED.  PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.**

# CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.