UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br><br><br><br>THIS DOCUMENT RELATES TO:<br><br>THIRD PARTY PAYOR COMMON BENEFIT FEES | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# O R D E R

Considering the Motion for Leave to File Exhibits Under Seal filed by the Third Party Payor Fee Allocation Committee ("TPP FAC");

IT IS ORDERED BY THE COURT that the motion for leave is GRANTED and Exhibits B, C, D, F and G attached to the TPP FAC's Opposition to Eric H. Weinberg's Motion to Quash Subpoena in Part [Rec. Doc. 64419], be and they are hereby filed UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge