# EXHIBIT D

Christopher A. Seeger
David R. Buchanan
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102
Telephone: (973) 639-9100

**Attorneys for Plaintiff**



-----------------------------------------x
In re: VIOXX LITIGATION
-----------------------------------------x

INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL
NO. 68 WELFARE FUND, individually
and on behalf of all others similarly
situated,

   - v. -

MERCK & CO., INC.,

    Defendant.

-----------------------------------------x

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
ATLANTIC COUNTY
CASE CODE 619

DOCKET NO. ATL-L-3015-03 MT

**CERTIFICATION OF**
**WILLIAM N. KELLY, PHARM. D.**

WILLIAM N. KELLY, PHARM.D., certifies:

1.  I am a licensed pharmacist in Florida, Michigan, and Georgia, and am the President of William N. Kelly Consulting, Inc., a company specializing in providing information and education in the areas of pharmacoepidemiology, medication safety, and pharmacy practice. I submit this certification based on personal knowledge.

2.  Before this I was a full professor with tenure and the chair of the Department of Pharmacy Practice at Mercer University, where I taught the Introduction to Pharmacy course, a Pharmacy Management course, the Law and Ethics course, and a

course in Medication Safety.  I was also a Guest Researcher at the Centers for Disease Control & Prevention ("CDC").

3.      I am author of the textbook Pharmacy: What It Is and How It Works (CRC Press), and the soon-to-be-published Prescribed Medications and the Public Health – Laying the Foundation for Risk Reduction (Haworth Press).

4.      I am the chair of the Expert Committee on Safe Medication Use at the United States Pharmacopeia ("USP"), and a member of the National Coordinating Council on Medication Error Reporting and Prevention ("NCCMERP").

5.      During my practice experience, I performed background research on formulary requests for ten years while at Hamot Medical Center in Erie Pennsylvania; served as Secretary of a Pharmacy and Therapeutics Committee ("P&T Committee") for ten years at Hamot Medical Center; and was the chair of a P&T Committee for ten years at Shriners Hospital for Crippled Children in Erie, Pennsylvania.  As part of my responsibility for putting together information on drugs requested for formulary status, I performed medical literature searches, evaluated the information found, evaluated materials provided to the P&T Committee by the manufacturers of particular drugs, including formulary compendia, and wrote reports that included this information along with data on drug usage and cost for monthly P&T Committee meetings.

6.      My teaching assignments at Mercer University required me to be knowledgeable about P&T Committees and how formularies work in all health care settings, and to teach these concepts to pharmacy students.  I am the author of several articles on formularies in peer-reviewed journals.  These articles are listed on my annexed curriculum vitae.

PA0481

7.     Counsel for International Union of Operating Engineers Local No. 68 Welfare Fund ("Local 68") has asked me to describe the formulary process. In particular, I have been asked to describe the nature of drug formularies, how P&T Committees function, including in the pharmacy benefits management ("PBM") environment, and the essential characteristics of such committees in various settings.

8.     In preparing this certification, I have reviewed the Class Action Complaint; the Memorandum of Law in Support of Plaintiff's Motion for Class Certification; the Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification; the certification and deposition transcript of Dr. E.M. ("Mick") Kolassa, dated February 22, 2005, and April 20, 2005 respectively; the deposition transcript of Thomas Giblin, dated January 26, 2005; the expert reports of Wayne Ray, Ph.D., David Egilman, M.D., M.P.H., and Richard Kronmal, Ph.D.; and particular Merck internal documentation, including the Formulary Compendium for Vioxx. I have also conducted literature searches to review the scientific and medical literature pertinent to rofecoxib and my opinions herein. Finally, I have consulted with colleagues and professionals with experience with the formulary process, P&T Committees, and PBMs.

### The Payor Landscape

9.     The vast majority of prescription pharmaceutical purchases in this country are paid for by third-party payors. Those payors take several forms, such as Health maintenance organizations ("HMOs"), self-insured employers, insurance companies, Taft-Hartley funds (like Local 68), and federal, state, and local governments. Though drug benefits may be paid for by different payors, and provided through different drug benefit plans, as described below, such payors share significant common characteristics

3

in the manner in which they consider pharmaceuticals for placement and reimbursement on their respective drug formularies. I take exception to Dr. Kolassa's statements to the contrary.

10.     Local 68's health and welfare plan is a multi-employer welfare plan sponsored by Local 68 and funded by employer contributions. Not unlike other third-party payors, Local 68 provides a comprehensive prescription benefit plan for its members. Few payors have the in-house expertise and resources to administer a prescription benefit plan for their employees that includes: developing and maintaining a P&T Committee and formulary, providing software support for many pharmacists, and evaluating and processing thousands of claims. Local 68 delegates day-to-day responsibility for the management of its prescription benefit plan to Horizon Blue Cross Blue Shield of New Jersey, who, in turn, relies upon the services of a PBM to manage its clients' prescription benefit plans. In this respect, Local 68 is like the overwhelming majority of healthplan sponsors in this country who rely on the expertise and assistance of PBMs to develop, oversee, and manage their drug benefits programs.

## PBMs, Healthplan Sponsors, and P&T Committees

11.     Prescription Benefit Managers—PBMs—are companies that administer drug benefit programs for employers, insurance companies, and other third-party payors regardless of the form of the particular payor, the nature of its prescription plan, or the particular drug involved. Such third-party payors contract with PBMs to implement and facilitate prescription drug benefit plans for the members of the plans sponsored by these entities.

12.     Roughly 95% of all patients with drug coverage receive benefits

administered through a PBM.   The vast majority of *all* prescriptions filled in this country—including cash-pay transactions and authorized prescription plan purchases—are managed by PBMs.  PBMs manage approximately 70% of the 3 billion prescriptions filled in the United States each year.  As of 2002, 65% of prescriptions that were handled by PBMs were processed by four dominant companies:  Merck-Medco (22%), Advance PCS (18%), Walgreen's Health Initiatives (13%), and Express Scripts (12%).

13.    PBMs perform multiple functions on behalf of their healthplan clients, many of which are focused on the technical implementation of the prescription drug plans they service.  For example, PBMs contract with existing community pharmacies to create a network of pharmacies from which plan participants can receive prescriptions at the rate fixed by the plan sponsor.  Community pharmacists use software supplied by PBMs to perform "drug regimen" review" as required by the Omnibus Budget Reconciliation Act of 1990.  PBMs similarly employ mechanisms to control the cost of the prescription benefit, such as price controls (dispensing fees, rebates, mail order pharmacies, etc.) and use control (prior authorization, drug use review, physician profiling, etc.).

14.    Pertinent to the therapeutic options available to healthplan participants, PBMs develop and oversee drug formularies for their third-party payors.  A drug formulary is a list of approved medications for which a third party payor will pay.  It represents the continually updated list of medications and related information. Though drug formularies may vary from payor to payor, the processes, procedures, and general information considered in evaluating the formulary decision does not.

15.    PBMs use specialized committees, known as P&T Committees, to develop and maintain a formulary of approved drugs and establish and implement policies on the

use of the drug products.   P&T Committees are composed of actively practicing physicians, pharmacists and other healthcare professionals who seek to be as independent and unbiased as possible, and who seek to perform in the best interest of patients.  P&T Committees also try to ensure thorough representation of medical specialties to facilitate decision analysis.  P&T Committees generally have policies and procedures governing conflicts of interest and disclosure by committee members.  Some third-party payors employ internal P&T Committees to further assist with the drug formulary process.

16.      P&T Committees for third party payors and PBMs generally function in the same manner.  Indeed, for most third party payors, PBMs oversee the drug benefit plan, and the P&T Committee oversees the formulary process.  Though formularies may vary in terms of whether a drug will be reimbursed, and on what basis, these differences are based on the needs of the sponsor, not on the P&T Committee process and the information considered in reaching its conclusions. . In that respect, different P&T Committees' function in essentially the same manner as it concerns a specific therapy choice.

### Formulary Development, Guidelines, and Principles

17.      When the formulary status of a drug is considered by a P&T Committee— in other words, whether or not it should be added to a formulary—P&T Committees use evaluation material assembled by P&T Committee members with skill in drug literature retrieval and evaluation.  When evaluating a drug for formulary status, the drug's efficacy and safety are evaluated first to assess the drug's risk-benefit ratio.  This is done prior to considering the drug's cost.  No matter what the cost, no P&T Committee member wants to put a drug on the formulary that is unsafe or ineffective.

6

18.     The heart of the drug evaluation background on a drug considered for formulary status is published evidence that the drug is effective and safe. P&T Committees consider the following primary information on a drug considered for formulary status: randomized clinical trials, observational (epidemiologic) data, meta-analyses, and case reports. Given the role of pharmaceutical manufacturers in the design and conduct of studies concerning their drugs, much of the information on a drug in the medical and scientific literature is, in fact, the product of articles funded directly or indirectly by the drug's manufacturer. Based on my review of the medical literature for rofecoxib in the 1999-2000 timeframe, such was the case with Vioxx.

19.     In addition, P&T Committees review drug-specific and therapeutic information provided by the drug's manufacturer. While much of this information exists in the public domain—such as a particular drug's label—other materials are provided to the P&T Committee in "formulary compendia." I have received and reviewed copies of several Vioxx Formulary Compendia.[1]

20.     After reviewing and considering the evidence on safety and efficacy of a drug, consideration is given to the physician practices and the mix of patients for a particular third-party payor. If everything looks fine up to this point, the cost of the drug is considered. If the drug is approved for formulary status, the drug will be assigned a reimbursement level or tier, provided the plan provides tiered benefits.

21.     The objective processes employed by P&T Committees are generally the

---

[1] Dr. Kolassa states on page 9 of his certification that clinical data provided to the FDA by a pharmaceutical manufacturer is considered by P&T Committee in reaching formulary decisions. In my experience, that is doubtful. As a general matter, submissions by a pharmaceutical company in support of New Drug Application are not generally accessible through FDA. Even to the extent data is available, at best it is excerpted and incomplete.

7

same, whether such committee is a direct adjunct of a PBM or of a third-party payor. This is for good reason. There are professional guidelines for the conduct and creation of drug formularies by and on behalf of third-party payors and PBMs. In particular, the National Association of Boards of Pharmacy ("NABP") has issued specific guidance to facilitate uniform standards in the processes employed in formulary development and decisions. The guidelines, titled Model Guidelines for Formulary Development, were developed in consultation with industry constituencies, including the Academy of Managed Care Pharmacy, National Managed Care Pharmacy Programs Healthcare Initiatives, the Pharmaceutical Care Management Association, and employer-payors.

22.     Specifically, the Model Guidelines for Formulary Development endorse the reference standards embodied in the separately titled Principles of a Sound Drug Formulary System ("*Principles*"). This document, developed in 1999, represents the guidance for formulary system design and maintenance issued by a coalition of national organizations representing several pertinent constituencies, namely the Academy of Managed Care Pharmacy, American Medical Association, American Society of Health-System Pharmacists, Department of Veterans Affairs, National Business Coalition on Health, U.S. Pharmacopia, and AARP. The Principles, outlined by the foregoing medical, industry, and governmental coalition, further reflect the input and comments of more than 50 organizations that received preliminary guidelines.

23.     The Principles embody the standards employed in the creation of formularies for many years, while setting particular guidelines for treatment of conflicts of interest and related matters by those charged with establishing and maintaining the formularies. The NABP recommends that all healthcare organizations, and all P&T

8

Committees for such entities, follow the intention and process that this document lays out for formulary decisions. In my experience, they do.

24.     As noted above, and contrary to the suggestion in Dr. Kolassa's certification, there are firm principles and guidelines underlying the practices of third-party payors and PBMs in reaching their formulary decisions. The P&T Committees relied upon by such payors consider generally the same type of information and employ the same types of processes, to make the same types of decisions. Indeed, in October 2000, the Academy of Managed Care Pharmacy ("AMCP") published a Format for Formulary Submission which is a standardized format for submitting product, clinical, and economic information on a new drug by a manufacturer.

25.     Finally, I take exception to the statement on page 10 of Dr. Kolassa's certification that "due to prevalence of 'open' formulary prescription drug benefit plans during the relevant period, most health care plans included VIOXX in their prescription drug benefit." To the extent that Dr. Kolassa is using the term "open" to mean that all FDA-approved drugs are covered regardless of formulary status categories, the statement is inaccurate. To the extent that Dr. Kolassa means that all FDA approved drugs will appear on the list of an "open" formulary in one of three or four formulary status tiers for reimbursement purposes, he fails to acknowledge the role of the P&T Committee in selecting the reimbursement tier. In that respect, the same information and processes used by the P&T Committee to evaluate whether to put a drug on formulary are used to assess the relative benefit level to assign to the therapy.

9

26.    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed at Clearwater, Florida on June 17, 2005

William N. Kelly, Pharm.D

10

# CURRICULUM VITAE

## WILLIAM N. KELLY, PHARM.D

William N. Kelly Consulting, Inc.      (770) 855-5571      wnkelly@earthlink.net
2463 Bay Berry Drive               (727) 712-9345      williamnkelly.com
Clearwater, Florida 33763

April, 2005

## EDUCATION:

| | |
|---|---|
| Pharm.D.: | College of Pharmacy, University of Michigan, Ann Arbor, Michigan (1970-71) |
| M.S. Candidate: | Pharmacoepidemiology, School of Epidemiology and Biostatistics, McGill University, Montreal, Canada (1996-1998) |
| | Course work completed in pharmacoepidemiology and biostatistics at Emory University School of Public Health, Atlanta, Georgia (1998 – 2000) |
| B.S. Pharmacy: | School of Pharmacy, Ferris State University, Big Rapids, Michigan (1963-68) |

## TRAINING:

| | |
|---|---|
| Fellowship: | Executive Management, The Leonard Davis Institute of Health Economics, Wharton School of Finance, University of Pennsylvania, Philadelphia, Pennsylvania (1987) |
| Residency: | University Hospital, Department of Pharmacy, University of Michigan Medical Center, Ann Arbor, Michigan (1970-72) |
| Internship: | White and White Pharmacy, Inc., Grand Rapids, Michigan (1968-70) |

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| 2005 | President, William N. Kelly Consulting, Inc., Clearwater, Florida |
| 2005 | Adjunct Professor of Pharmacy, School of Pharmacy, Mercer University, Atlanta, Georgia |
| 1999 - 2004 | Professor, Department of Pharmacy Administration, School of Pharmacy, Mercer University, Atlanta, Georgia |
| 1998 - 2004 | Visiting Researcher, Centers for Disease Control and Prevention (CDC) National Immunization Program, Epidemiology and Surveillance Division, Immunization Safety Branch, Atlanta, GA |
| 1992 - 1999 | Professor and Chairman, Department of Pharmacy Practice, School of Pharmacy, Mercer University, Atlanta, Georgia |
| 1991 - 1992 | Acting Senior Vice President, Hamot Medical Center, Erie, Pennsylvania |
| 1990 - 1991 | Assistant Vice President, Hamot Medical Center, Erie, Pennsylvania |
| 1980 - 1992 | Director, Pharmacy and Drug Information Service, Hamot Medical Center, Erie, Pennsylvania |

1

| | |
|---|---|
| 1987 - 1992 | President, Bayside Pharmacy Services, Inc., a subsidiary of Hamot Health Systems, Inc., Erie, Pennsylvania |
| 1989 - 1990 | Chairman of the Board and President, Great Lakes Home Healthcare Services, Inc., a subsidiary of Hamot Health Systems, Inc., Erie, Pennsylvania |
| 1977 - 1980 | Associate Director, Pharmacy and Drug Information Service, Hamot Medical Center, Erie, Pennsylvania |
| 1972 - 1979 | Director, Drug and Poison Information Services, Hamot Medical Center, Erie, Pennsylvania |
| 1972 - 1976 | Assistant Director, Pharmacy and Drug Information Service, Hamot Medical Center, Erie, Pennsylvania |
| 1968 - 1970 | Staff Pharmacist, White and White Pharmacy, Inc., Grand Rapids, Michigan |

**WORK APPOINTMENTS:**

Mercer University

| | |
|---|---|
| 2001 - 2002 | Member, Executive Committee, Faculty House of Delegates |
| 1997 - 2001 | Member, University Long Range Planning Council |
| 1994 - 1996 | Chairman, Employee Benefits Committee, Mercer University |
| 1993 - 1996 | Member, Employee Benefits Committee, Mercer University |

Mercer School of Pharmacy

| | |
|---|---|
| 2003 - 2004 | AACP Faculty Representative |
| 2001 | Member, Steering Committee for ACPE Self-Study |
| 2001 - 2003 | Member, Faculty Council |
| 1999 - 2001 | Member, Promotion and Tenure Committee |
| 1998 - 2004 | Advisor, Kappi Psi |
| 1996-1999 | Coordinator, Strategic Planning |
| 1997-1999 | Member, Educational Resources Committee |
| 1997 - 2002 | Member and Innovator, The Center for Health Outcomes Research |
| 1994 - 1996 | Director, Mercer University Pharmacy Residency Program |
| 1994 - 1996 | Chairman, Task Force to Develop a Joint External Pharm.D. Program |
| 1993 - 1999 | Advisor, Student Chapter of CPFI |
| 1992 -1993 | Member, Curriculum Committee Task Force for Semester Conversion |
| 1992 - 1999 | Member, Academic Executive Committee |
| 1992 – 2004 | Admissions Interview Team |
| 1992 - 2004 | Student Academic Advisor |

2

Hamot Medical Center

| | |
|---|---|
| 1990 - 1992 | Member, Quality Improvement Team |
| 1990 - 1992 | Member, Medical Ethics Committee |
| 1987 - 1992 | Member, Board of Directors, Great Lakes Home Healthcare Services, Inc. |
| 1986 - 1991 | Secretary, Patient Care Committee of the Medical Staff |
| 1981 - 1992 | Director, Clinical Pharmacy Residency Program (one of the first three to be accredited by the American Society of Hospital Pharmacists in February, 1981). |
| 1980 - 1992 | Secretary, Pharmacy and Therapeutics Committee |
| 1980 - 1987 | Secretary, Investigational Review Board, Hamot Health Systems, Inc. |

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| 2005 | Adjunct Faculty, Mercer University, School of Pharmacy, Atlanta, Georgia |
| 1998 - 2004 | Tenured Professor, Mercer University, School of Pharmacy, Atlanta, Georgia |
| 1993 - 2004 | Graduate Faculty, Mercer University, School of Pharmacy, Atlanta, Georgia |
| 1992 - 2004 | Professor, Mercer University, School of Pharmacy, Atlanta, Georgia |
| 1990 - 1992 | Adjunct Associate Clinical Professor, University of Pittsburgh, School of Pharmacy, Pittsburgh, Pennsylvania |
| 1988 - 1992 | Adjunct Associate Clinical Professor, University of Kentucky, College of Pharmacy, Lexington, Kentucky |
| 1978 - 1987 | Adjunct Assistant Clinical Professor, University of Kentucky, College of Pharmacy, Lexington, Kentucky |
| 1976 - 1978 | Adjunct Instructor of Pharmacy, Duquesne University, School of Pharmacy, Pittsburgh, Pennsylvania |
| 1975 - 1977 | Adjunct Clinical Instructor, University of Kentucky, College of Pharmacy, Lexington, Kentucky |
| 1974 - 1980 | Instructor, Certified Nurse Anesthetist Program, Conducted by Hamot Medical Center and Edinboro State College |
| 1972 | Teaching Assistant, University of Michigan, College of Pharmacy, Ann Arbor, Michigan |

**TEACHING:**

Didactic

Mercer School of Pharmacy

| | | |
|---|---|---|
| Drug Misadventures | - | Initiated, coordinated and taught |
| Biostatistics | - | Helped teach |
| Introduction to Pharmacy | - | Coordinated, taught and wrote text |
| Law & Ethics | - | Coordinated and taught |
| Management | - | Helped teach |

Experiential

Precepted students in Research (P-4), 1999 - 2004.

3

Precepted students in Drug Information rotations (P-4) at Grady Hospital (1992-94) and at Mercer (1975-1999).

Residency

Hamot Medical Center - Initiated the Clinical Pharmacy Residency Program and helped train 30 residents (1974-92).

Mercer School of Pharmacy - Coordinator of the Mercer Residency Program (1994-96).  During this time, 21 residents received residency certificates.

Fellowship

Mercer School of Pharmacy - Co-developed and helped teach the first fellowship in Pharmacy Automation in the U.S. (1994-96).

**EDITORIAL ACTIVITIES:**

| | |
|---|---|
| 2003 to present | Member, Advisory Board, ASHP Education and Research Foundation |
| 2002 to present | Member, Editorial Board, *Clin-Alert* |
| 2001 to present | Member, Editorial Board, *Journal of Pharmacy Practice* |
| 1996 to present | Co-Editor, Adverse Drug Event Column, *American Journal of Therapeutics.* |
| 1995 - 1998 | Editor, *Southern Journal of Health-System Pharmacy* |
| 1995 - 2000 | Editor, Adverse Drug Event Column, *Journal of Pharmacy Practice* |
| 1995 - 2000 | Member, Editorial Board, *Journal of Pharmacy Practice* |
| 1982 to present | Referee, *American Journal of Health-System Pharmacy* |
| 1979 to present | Referee, *Hospital Pharmacy* |
| 1979 - 1980 | Book Reviewer, *Annals of Internal Medicine* |
| 1978 - 1982 | Referee, *Drug Intelligence and Clinical Pharmacy* |

**CONSULTANSHIPS:**

| | |
|---|---|
| 2005 | Consultant, Applied Health Outcomes, Inc, Palm Harbor, FL |
| 2005 | Consultant, Clinical Pharmacology Services, Inc., Tampa, FL |
| 2005 | Consultant, Pharmaconsultant, Inc., Palatine, IL |
| 2004 to date | Consultant, Envision Change, Inc., Richmond, VA. |
| 2001 - 2002 | Consultant, Visante, Inc., Eden Prairie, MN |
| 1995 to date | Expert witness in legal cases involving drug misadventures |
| 1990 | Consultant, Institute for Safe Medication Practices, Inc., Huntingdon Valley, Pennsylvania |
| 1987 - 1988 | Consultant, McGraw-Hill Publishing Company, Biomedical Information Division, New York, New York |
| 1985 - 1988 | Clinical Investigator and Consultant, Infusion Division, Becton-Dickinson Inc., Fairfield, New Jersey |

4

| 1978 - 2000 | Member, Hospital Pharmacy Speaker's Bureau, Eli Lilly and Company |
| 1975 - 1978 | Member, Speaker's Bureau, Hospital Division, Abbott Laboratories |
| 1974 - 1981 | Consulting Editor for *Drug Topics* |

## PROFESSIONAL ACTIVITIES:

| | |
|---|---|
| Chair | Task Force on Publishing ADE Reports. International Society of Pharmacoepidemiology (2004-2005) |
| Member | Subcommittee on the Journal of Pharmacoepidemiology and Drug Safety (Committee on Publication), International Society for Pharmacoepidemiology (2003-2005) |
| Member | Public Relations Committee, International Society for Pharmacoepidemiology (2003-2005) |
| Member | Research Advisory Board, ASHP Research and Education Foundation (2003-2005) |
| Member | Selection Panel, ASHP Research and Education Foundation Research Grants Program. Grants for Medication Safety Research (2001 and 2002) |
| Chairman | Safe Medication Use Expert Committee, the United States Pharmacopeia (2000-2005) |
| Member | National Coordinating Council for Medication Error and Prevention (2000-2005) |
| Member | Vaccines, Virology, Immunology Expert Committee, The United States Pharmacopeia (2000-2002) |
| Member | Editorial Advisory Board, "Briefings on Adverse & Sentinel Events," Opus Communications, Inc., Marblehead, MA (1999 - date) |
| Reviewer | ASHP Foundation Research Grants Program, 1998 |
| Chairman | Editorial Board, Georgia Society of Health-System Pharmacists (1994 - 1998) |
| Member | Annual Meeting Program Committee, International Society for Pharmacoepidemiology (1996 and 1997) |
| Member | Pharmacy Technician Task Force, Georgia State Board of Pharmacy (1995) |
| Member | Board of Directors, American Society of Hospital Pharmacists (1991-1995) |
| Co-Chairman | Pharmaceutical Care Task Force, Georgia Society of Hospital Pharmacists (1992-1994) |
| Member | Advisory Committee, Executive Management Program for Directors of Hospital Pharmacy, Leonard Davis Institute of Health, Wharton School, University of Pennsylvania (1990) |
| Liaison | Pennsylvania Medical Society from the Pennsylvania Society of Hospital Pharmacists (1989-1991) |
| Member | Long Range Planning Committee, Pennsylvania Society of Hospital Pharmacists (1988-1992) |
| Member | Council on Administrative Affairs, American Society of Hospital Pharmacists (1987 & 1988) |
| Vice Chairman | Commission on Goals, American Society of Hospital Pharmacists (1986) |

5

| | |
|---|---|
| Member | Commission on Goals, American Society of Hospital Pharmacists (1984-1985) |
| Member | Advisory Working Group (Education) to the Administrative SIG, American Society of Hospital Pharmacists (1984) |
| Member | Committee on Nominations, American Society of Hospital Pharmacists (1983-1987) |
| Member | House of Delegates, American Society of Hospital Pharmacists (1982-1987) |
| Secretary | Trustee Group for Pennsylvania Pharmacists (1982) |
| Secretary | Council for Pharmacy in Pennsylvania (1980-1981) |
| President | Pennsylvania Society of Hospital Pharmacists (1979-1980) |
| President-Elect | Pennsylvania Society of Hospital Pharmacists (1978) |
| Board Member | Pennsylvania Society of Hospital Pharmacists (1976-1981) |
| Member | Council on Legal and Public Affairs, American Society of Hospital Pharmacists (1976-1980) |
| Editor | Pennsylvania Society of Hospital Pharmacists Newsletter (1976-1978) |
| President | Northwestern Pennsylvania Society of Hospital Pharmacists (1976) |
| President-Elect | Northwestern Pennsylvania Society of Hospital Pharmacists (1975) |
| Secretary and Co-Founder | Northwestern Pennsylvania Society of Hospital Pharmacists (1973-1974) |

**OTHER PROFESSIONAL APPOINTMENTS:**

| | |
|---|---|
| Member | Advisory Board, ABC Home Healthcare, Atlanta, Georgia (1992-1994) |
| Chairman | Pharmacy and Therapeutics Committee, Shriners Hospital for Crippled Children, Erie, Pennsylvania (1981-1991) |
| Member | Scientific Medical Staff, Shriners Hospital for Crippled Children, Erie, Pennsylvania (1981-1991) |
| Member | Associate Medical Staff, Lake Erie Institute of Rehabilitation, Erie, Pennsylvania (1985-1986) |
| Member | Executive Committee, Lake Area Health Education Center, (LAHEC) N.W. Pennsylvania Region (1978-1980) |
| Member | Oversight Committee for Drug Utilization Review, Pennsylvania Medical Care Foundation (Pennsylvania PSRO) (1976-1980) |
| Chairman | Drug Utilization Review Committee PSRO Region 1, Pennsylvania Medical Care Foundation - Pennsylvania Department of Welfare (1975-1978) |

**PROFESSIONAL MEMBERSHIPS:**

American Society of Health-System Pharmacists
Christian Pharmacists Fellowship International
International Society for Pharmacoepidemiology

6

**OTHER ACTIVITIES AND AWARDS:**

Fellowship Status, International Society for Pharmacoepidemiology (ISPE), 2004

Tenured Professor, Mercer University, 1998

Member, Kappa Psi, 1997-present

Pharmacist of the Year, Pennsylvania Society of Hospital Pharmacists, 1991

Graduate, the Philip Crosby Quality Management College, Deerfield, Illinois, 1990

International travel to the Soviet Union and the Republic of China to study health care systems and the practice of pharmacy, and to lecture on "Clinical and Hospital Pharmacy Practice in the United States", July, 1983

Distinguished Alumni Award, Central High School, Bay City, Michigan (June) 1980

Outstanding Young Man of America, 1976 (U.S. Jaycees)

Dale Carnegie Graduate, 1970

**PUBLICATIONS:**

*Peer Reviewed Journal Articles*

Al-Tajir G and Kelly, WN  The epidemiology, methods of detecting, and preventability of adverse drug events at Al Qassimi Hospital. *Annals of Pharmacotherapy.* In press. 2005

Kelly WN. Medication errors: Lessons learned and actions needed. *Professional Safety.* 2004;49(7):35-41.

Kelly WN. The quality of published adverse drug event reports. *Annals of Pharmacotherapy.* 2003;37(12):1774-1778.

Kelly WN. Course portfolio: My first experience with problem-based learning. The Center for Problem-Based Learning. Samford University. http://www.samford.edu/pbl/pblpr/williamkelly/. December 18, 2002.

Anderson, RJ, Alabi, RA, Kelly, WN, and Diseker, DR  Risk of myocardial infarction with combination antihypertensive regimens including dihydropyridine calcium channel blocker in hypertensive diabetics, http://www.amcp.org/jmcp/vol9/num1/index.pdf. *Am J Managed Care Pharmacy.* 2003;9(1):29-35.

Kelly WN. First do no harm: Reducing medication errors in long-term care facilities. *Ann Long-Term Care.* 2002;10(4):49-56.

Kelly WN. Clin-Alert: Its value to education, research, and practice. *Medscape Pharmacists.* http://www.medscape.com. March 15, 2002.

Kelly WN. Vaccine safety and the pharmacist. *Medscape Pharmacists.* http://www.medscape.com/viewarticle/420688. February 12, 2002.

Kelly WN. Potential risks and prevention, part 4: Reports of significant adverse drug events. *Am J Health-Sys Pharm.* 2001;58:1406-1412.

Marcellino K and Kelly WN. Potential risk factors and prevention, part 3: Drug-induced threats to life. *Am J Health-Sys Pharm.* 2001;58:1399-1405.

Kelly WN. Potential risks and prevention, part 2: Drug-induced permanent disabilities. *Am J Health-Sys Pharm.* 2001;58:

Kelly WN. Potential risks and prevention, part 1: Fatal adverse drug events. *Am J Health-Sys Pharm.* 2001;58:

7

Kelly WN. Can the frequency and risks of fatal adverse events be determined? *Pharmacotherapy.* 2001;21:521-527.

O'Donnell, J, Mertl, SL., and Kelly, WN. Propylene glycol toxicity in a pediatric patient: The dangers of diluents. *J Pharm Practice* 2000:13;214-225.

Argo AL, Cox KK, and Kelly WN. The ten most common lethal medication errors in hospital patients. *Hosp Pharm.* 2000;35:470-474.

Kelly WN, Francisco GE, Brooks PJ, and Marquess JG. Development of a non-traditional Pharm.D. program offered jointly between a private and public university. *Am J Pharm Ed.* 2000;64:59-61.

O'Donnell JO, Mertl SL, and Kelly WN. Calcium-channel blocker withdrawal in a pregnant woman. *Am J Therapeutics.* 1999;6:61-66.

Kelly WN. Documentation and reimbursement for pharmaceutical care. *Southern J Health-Sys Pharm.* 1997;2:6-14.

Williams SJ, Kelly WN, Grapes ZT, Haymond JD. Current use of automation in the United States. *Hosp Pharm* 1996;31:1093-1101.

Miller SW and Kelly WN. Certificate programs in pharmacy practice: Descriptions and availability. *Consult Pharmacist.* 1996;11(4):381-386.

Kelly WN. Pharmacy contributions to adverse medication events. Proceedings of the ASHP/AMA/ANA Conference on Understanding and Preventing Drug Misadventures. *Am J Hosp Pharm.* 1995;52:385-390.

Kelly WN, Chrymko M, and Bender, F. Interest and resources for nontraditional Pharm.D. Programs in Pennsylvania. *Am J Pharm Ed.* 1994;58:171-176.

Chrymko M, Meyer JD, and Kelly WN. Target drug monitoring: A cost-effective service provided by staff Pharmacists. *Hosp Pharm.* 1994;29:347-352.

Kelly WN and Rucker TD. Considerations in deciding which drugs should be in a formulary. *Pharm Prac.* 1994;7:51-57.

Kelly WN. Use of an antinausea drug by a pregnant woman. *Am Hosp Pharm.* 1993;50(Jan):109-112.

Kelly WN. Pharmacist's responsibility for providing drug information to be used for questionable purposes. *Am J Hosp Pharm.* 1992;49:1727-28.

Kelly WN, Small T, Krowinski W, and Drane J. Ethical issues presented to drug information centers: A national survey. *Am J Hosp Pharm.* 1990;47:2245-2250.

Martucci, JD and Kelly WN. Monitoring the financial performance of the pharmacy department. *Top Hosp Pharm Management.* 1989;9:49-58.

Chrymko, M. M., and Kelly, W. N. Clinical career ladders: Hamot Medical Center. *Am J Hosp Pharm.* 1989;46: 2268-2271.

Kelly WN. The pharmacy annual report to administration: Hamot Medical Center. *Hosp Pharm.* 1988;23:407-408.

Kelly WN. Hospital diversification: Case studies of pharmacy involvement. Hamot Health Systems. *Am J Hosp Pharm.* 1987;44:2041-2043.

Fiorenzo VJ and Kelly WN. A financial evaluation of the BD 360 infuser system. *Hosp Pharm.* 1987;22:563-566 .

Kelly W N. Strategic planning for clinical services: Hamot Medical Center. *Am J Hosp Pharm.* 1986;43:2159-2163.

Kelly WN, Meyer JD, and Flatley CJ. Cost analysis of a satellite pharmacy. *Am J Hosp Pharm.* 1986;43:1927-1930.

Meyer JD, Brundige ML, and Kelly WN. Development of a pharmacy-based home healthcare program. *Am J Hosp*

8

Pharm. 1986;43:406-409.

Chase K, Meyer JD, and Kelly WN. Total formulary review - the easy way. *Hosp Pharm.* 1984;19:159-162.

Kelly WN. Total cost of antibiotic therapy. *Infections in Surgery.* 1984;(Jan):22-23.

Kelly WN. Implementing and maintaining a viable formulary. *Hosp Form.* 1983;18:976-987.

Kelly WN and Christensen L. Selective patient criteria for the use of electronic infusion devices. *Am J IV Ther Clin Nutr.* 1983;10:18-29.

Kelly WN, Gibson G, and Miller DE. Charging and receiving reimbursement for pharmacokinetic monitoring. *Am J Hosp Pharm.* 1982;39:1662-1665.

Kelly WN and Seaver DJ. Strategic planning for clinical services. *Am J Hosp Pharm.* 1981;38:1786-1788.

Bollish, Stephen J., Kelly, William N., Miller, Douglas E., and Timmons, Robert G. Establishing an aminoglycoside pharmacokinetic monitoring service in a community hospital. *Am J Hosp Pharm.* 1981;38:73-76.

Berg MJ, Lantz RK, Francis P, Kelly WN, Kostenbauder HB, Hughes M, and Latta R. Erythrocyte lithium and the erythrocyte: Plasma ratio as indicators of mood changes: Preliminary report. *Drug Intell Clin Pharm.* 1980;14:836-842.

Kelly WN. Why antibiotics sometimes fail. *Diagnostic Medicine.* 1979;2:26-45.

Kelly WN. Antibiotics: Superdrugs against bacteria. *Diagnostic Medicine.* 1979;2:35-42.

Halbert MR, Kelly WN, and Miller DE. Drug information centers: Lack of generic equivalence. *Drug Intell Clin Pharm.* 1997;11:728-735.

Kelly WN and Miller DE. Drug utilization review program with teeth in it. *Hosp Form Mgt.* 1977;12:194-195.

Kelly WN, Miller DE, and Mahaffy PR. Initiating and justifying an IV team concept. *Am J IV Therapy* (Nov) 1975.

Kelly WN, White JA, and Miller DE. Drug usage review in a community hospital. *Am J Hosp Pharm.* 1975;32:1014-1017.

DiPirro MN, Kelly WN, and Miller DE. Developing a clinically-oriented drug Information service in a Community hospital. *Hosp Pharm.* 1975;57:34-35.

Kelly WN and Miller DE. Erie County RX forge alert system. *Penn Pharm.* 1974;57: 34-36.

Kelly WN. Liquid antacids - A review. *Hosp Form Mgt.* 1974;9:36-27.

Kelly WN and Ice RA. Pharmaceutical quality of technetium-99m sulfur colloid. *Am J Hosp Pharm.* 1973;30: 817-820.

## Books

Kelly, WN. Medication Safety: America's Other Drug Problem. Haworth Press, Inc., Binghamton, NY. In press (Fall, 2005).

Kelly, WN. Pharmacy: What It Is and How It Works. CRC Publishing Company, Boca Raton, Florida. March 27, 2002.

## Chapters in Books and Book Introductions

Kelly WN. The Role of Pharmacoiepidemiology in Drug Injury and Expert Testimony. Chapter 11 in Drug Injury: Liability, Analysis and Prevention. Second Edition. Edited by James T. O'Donnell. Lawyers and Judges Publishing Company. Tucson, AZ. In press, 2004.

9

Kelly WN. Drug Use Control: The Foundation of Pharmaceutical Care. A Chapter in Pharmacy Practice for Technicians, 3rd edition. Delmer Publishers, Inc. Clifton Park, New York. 2004.

Kelly WN. Drug Use Control: The Foundation of Pharmaceutical Care. A chapter in Pharmacy Practice for Technicians, 2nd edition. Delmer Publishers, Inc., Albany, New York. 1999.

Kelly WN. Introduction in The JCAHO and Medication Use: A Monograph on Compliance and Good Practice, Maureen M. Wrinn, Editor. Opus Communication, Marblehead, Mass. 1995.

Kelly WN. Drug Use Control: The Foundation of Pharmaceutical Care. Chapter 9 in Pharmacy Practice for Technicians, Delmar Publishers, Inc., Albany, New York, 1993.

Kelly WN. Being a Good Pharmacy Manager: The Art of Managing for Employee Success. Chapter 14 in the Handbook of Institutional Pharmacy Practice, 3rd edition, ASHP, Bethesda, 1992.

Kelly WN. The Functions of Control and Evaluation in the Pharmacy Planning Process. Chapter 7 in Planning for Pharmacy Services, ACCRUE (Level II), ASHP, Bethesda, 1989.

Kelly WN. Organizing Data to Prove Your Point. Second in a Series on Advanced Hospital Pharmacy Management Skills, Biomedical Information Corporation, New York (Sept.) 1987.

Kelly WN. Applications for Electronic Infusion Instruments. Chapter 9 in A Sourcebook for IV Therapy, IVAC Corporation, 1985.

Kelly WN. Pharmacy Involvement in Patient-Care Committee. Chapter 26 in The Practice of Pharmacy, First Edition, Harvey Whitney Books, Cincinnati, pp 314-325, 1981.

Kelly WN. Extemporaneous Compounding (Sterile and Non-Sterile). Chapter 17 in the Pharmacy Technician's Manual, Second Edition, C. V. Mosby Co., Saint Louis, pp 194-212, 1978.

*Editorials/Letters to the Editor*

Kelly WN. Should pharmacists prescribe? (Editorial). *S J Health-Sys Pharm.* 1998;3:1.

Kelly WN. Pharmaceutical care in action. *S J Health-Sys Pharm.* 1998;3:1.

Kelly WN. Lead, follow, or get out of the ay! (Editorial). *S J Health-Sys Pharm.* 1997;2:4.

Kelly WN. They won't let me do it! (Editorial). *S J Health-Sys Pharm.* 1997;2:3.

Kelly WN. What do we expect from pharmacy computer programs?" An Editorial Response in *S.S J Health-Sys Pharm.* 1997;2:3.

Kelly WN. Is pharmacy really number one? (Editorial). *S J Health-Sys Pharm.* 1997;2:2.

Kelly WN. What would revolutionize the profession?" (Editorial). *S J Health-Sys Pharm.* 1997;2:1,5-6.

Kelly WN. Please tell me - I don't understand! (Editorial). *S J Health-Sys Pharm.* 1996;1:3 (Fall).

Kelly WN. Patient outcomes: Pharmacy must unstick itself now." (Editorial). *S J Health-Sys Pharm.* 1996;1:2.

Kelly WN. A new beginning for a new era. (Editorial). *S J Health-Sys Pharm.* 1996;1:1 (Spring).

Kelly WN. From adverse drug reactions to adverse medication events," (Editorial), *J Pharm Prac.* 1996;9:219.

Kelly WN. Medication misadventuring - A major health care problem?" (Editorial). *J Pharm Prac.* 1996;9:157 (June).

Chrymko M and Kelly WN. Are there really pharmacists in hospitals? (Editorial). *Am J Hosp Pharm.* 46:2000-2001.

Kelly WN. Comments on drug information centers: Lack of generic equivalence (Letter), Drug Intell. Clin. Pharm.

10

1989;12:301-302(May)1978.

Kelly WN. Omission in drug information centers: Lack of generic equivalence article (Letter). *Drug Intell Clin Pharm.* 1978;12:53.

Kelly WN. More on drug information as endangered species (Letter). *Am J Hosp Pharm.* 1975;32:1099.

Kelly WN. The foremost problems associated with formulary management. Guest Editorial in *Hosp Pharm.* 1983;18: 134-35.

Kelly WN. IV therapy team. (Letter). *Am J IV Therapy* (June-July), 1976.

*Other Publications*

Kelly WN. Medication Issues: Seven tips for Reviewing Cases. *LNC Resource.* 2005;2(4):11.

Smith LL, Kramer SV, and Kelly WK. Are pharmacists' and patients' expectations of each other the same? *Georgia Pharm J.* 2004;26(10):19-22.

Voiles KM and Kelly WN. Potential interactions between oral contraceptives and other medications and natural substances. *US Pharmacist.* 2004;29(1):61,64-66,68.

Steele DR and Kelly WN. Documenting errors benefits patients, pharmacists. *Drug Topics.* 2004;January 26;66, 71.

Housley S, and Kelly WN. Drug interaction monitoring – the good, the bad, and the ugly. *Drug Topics.* 2003;September 1;41-42.

Naik RM and Kelly, WN. The identification and documentation of significant patient risk problems in Florida pharmacies. *Florida Pharmacy Today.* 2002;67:19-22,26.

Burns S, and Kelly WN. Ten drug interactions every pharmacist should know. *Pharm Times.* 2002;November:46-48.

Marcellino K and Kelly WN. What do Georgia's patients expect from their pharmacist? *Georgia Pharmacy Journal.* 2001;23(10):22-23.

Kelly WN. Basic bibliographies: Drug-related morbidity and mortality. *Hosp Pharm.* 2001;36:453-55.

Kelly WN. Basic bibliographies:  Significant drug morbidity and mortality. *Hosp Pharm.* 1994;29:723.

Kelly WN. Healthcare in the year 2000. *Profiles in Hospital Pharmacy.* 1990;March:2-3.

Kelly WN. Target Drug Monitoring: An advancement in drug use review and clinical practice. *Hosp Pharm Hotline. 1987;* 1(4):2-3.

Kelly WN. Drug level monitoring:  Can it survive our changing healthcare system? The Pfipharmecs *Management Letter.* 1987;March:1-12.

Kelly WN. Hamot Medical Center:  Where drug review gains its own momentum. *The Audit Action Letter* 1978;4:1-8.

Kelly WN. IV teams need your help. *Hosp Pharm Response Cards.* 1976;4:1.

Kelly WN. Forged prescriptions:  Toward solving the problem. *Stethoscope.* 1974;57:24-25.

**ABSTRACTS WITH POSTER PRESENTATIONS:**

"From Blackboard and Chalk to WebCT and CD ROM: Revision of a Biostatistics Program." Grapes ZT, Jann M, Jackson RA, Kelly WN, et al. The Annual Meeting of the American Association of Colleges of Pharmacy. Salt Lake City, Utah. July, 2004.

11

"Antibody Response to Impurities in Human Vaccines." Kelly, WN, Hogenesch, H, and Chen, B. The Mercer University Health Sciences Research Conference. Macon, GA. March 4, 2004.

"The Quality of Published Adverse Drug Event Reports." Kelly, WN. The 19th International Conference on Pharmacoepidemiology. Philadelphia, Pennsylvania. August 22, 2003.

"The Evaluation of a Problem-Based Learning Innovation in a Drug Misadventures Course." Kelly, WN. The Annual Meeting of the American Association of Colleges of Pharmacy. Minneapolis, Minnesota. July 22, 2003.

"An Analysis of Fatal, Permanent Disabling, and Life-Threatening Drug Events." Kelly, WN.The 18th International Conference on Pharmacoepidemiology. Edinburgh, Scotland. August 21, 2002.

"The Completeness of Published Case Reports of Significant Adverse Drug Events." Kelly, WN. The American College of Clinical Pharmacy Annual Meeting. Tampa, Florida. October 21-24, 2001.

"The Introduction of PBL in the First Semester of Pharmacy School." Kelly, WN, and Hawkins, DW. The American Association of Colleges of Pharmacy Annual Meeting, Toronto, Canada. July 9, 2001.

"An Analysis of Over 800 Drug-Induced Life-Threats." Kelly, WN, and Marcellino, K. The 16th International Conference on Pharmacoepidemiology. Barcelona, Spain. August 23, 2000.

"Chronic obstructive pulmonary disease (COPD) healthcare costs for veterans at the Atlanta VA medical center." Cordi, FM, Bower, DJ, McDermott, TL, Mencke, NM, Stephenson, JL, Cannella, KAS, Kelly, WN, and Aguayo, SM. 2000 HSR&D, Systematizing Quality in Healthcare: Approaches That Work. 2000;193-194.

"Cost of Healthcare for COPD Patients at the Atlanta VAMC," Cordi, FM, Bower, DJ, McDermott, TL, Mencke, NM, Stephenson, J, Cannella, KAS, Kelly, WN, and Aguayo, SM. *Am J Resp & Crit Care Med.* 2000;3:161. Presented at The American Thoracic Society (Am. Lung Assoc.), Meeting, Toronto, Ontario, May, 2000.

"Risk Factors for the Most Serious Vaccine Adverse Events Reports (VAERS)," Kelly, Mootrey, G, Garguiullo, PM, Strine, TW, Chen, RT, and the VAERS Working Group." The Mercer University Health Sciences Research Conference, Macon, GA, April 27, 2000.

"Risk Factors for the Most Serious VAERS Reports." Kelly, WN, Mootrey, G, Garguiullo, PM, Strine, TW, Chen, RT, and the VAERS Working Group. The 15th International Conference on Pharmacoepidemiology, Boston, MA; August 27, 1999.

"A Descriptive Analysis of 227 Case Reports of Drug-Induced Permanent Disability." Kelly, WN. The 14th International Conference on Pharmacoepidemiology; Berlin, Germany; August 17, 1998.

"Fatal vs. Non-Fatal ADR's Reported to the FDA (USA)," Kelly, WN. The 13th International Conference on Pharmacoepidemiology; August 25, 1997. Orlando, FL.

"One School's Assessment of Its Graduates in Residency Programs." Kelly, WN., AACP Annual Meeting. Indianapolis, IN; July, 1997.

"A Descriptive Analysis of 447 Fatal Medication Case Reports." Kelly WN. The 12th International Conference on Pharmacoepidemiology; August 28, 1996. Amsterdam, The Netherlands.

"Missing Data in Case Reports of Fatal Adverse Drug Events." Kelly WN. The 12th International Conference on Pharmacoepidemiology; Amsterdam, The Netherlands; August 28, 1996.

"Pilot Pharmaceutical Care Model in a Community Hospital Setting." Larson RA, Hixson-Wallace, JA, Cornell DJ, Kelly WN, and Underwood JL. ASHP Midyear Clinical Meeting; December, 1994.

"A Shadowing Program for Entry-Level Pharm.D. Students." Kelly WN, Jackson R, Nykamp D, Miyahara R. AACP Annual Meeting. San Diego, CA. July, 1993.

"Interest, Commitment, and Financial Resources for Nontraditional Pharm.D." Programs in Pennsylvania. Kelly, WN. AACP Annual Meeting. Philadelphia, Pa., July 15, 1992.

12

"Marketing a Clinical Program." Kelly WN. ASHP Annual Meeting. June, 1991.

"Developing a Theoretical Base, Vision and Practice Plan for Providing Progressive Pharmaceutical Care." Kelly WN. ASHP Annual Meeting. June, 1990.

"Clinical Services Management Defined." Kelly WN. ASHP Annual Meeting. June, 1989.

## GRANTS/CONTRACTS:

| | |
|---|---|
| Primary Investigator | Potential Vaccine Impurities and Possible Immune Disease. Vaccine Program Office. The U.S. Department of Health and Humans Services. Submitted December, 2004 for $118,500. |
| Applicant | My First Experience with Problem-Based Learning. Center for Problem-Based Learning, Samford University, Birmingham, AL. $750. January, 2002. |
| Primary Investigator | Impurities in Vaccines and Immune Disease. Centers for Disease Control and Prevention, Atlanta, Georgia. $70,000, 2001-2002. |
| Primary Investigator | A Meta-Analysis of Drug-induced Deaths, Permanent Disabilities, and Life-threats to Determine Common Risks. The Institute for Advanced Studies in Medicine. $10,000, 1999. |
| Primary Investigator | Clinical, Economic, and Humanistic Outcomes of Clinical Guidelines Pharmaceutical Care on Veterans with COPD. $480,488. Partially funded in 1997 by Glaxo Research Institute for $100,000. |
| Co-Contractor. | The Provision of Drug Information at the 1996 Centenial Olympic Games. Funded by Pfizer and Solvay Pharmaceutical Companies for $25,000. |
| Primary Investigator. | The Identification of Variables Associated with Disability from Prescribed Medication, August 15, 1996. Funded by the Institute for Advanced Studies in Medicine for $10,000. |
| Primary Investigator. | The Identification of Variables Associated with a Fatal Outcome From Prescribed Medication, March 1, 1995. Mercer University Research Office for $2,000. |
| Co-Investigator. | Process Criteria Used by Preceptors to Select Pharmacy Practice Residents, February 15, 1995. Funded by Glaxo Pharmaceuticals for $10,000. |
| Co-Investigator. | The Development of a Therapeutic Care Map and Patient Compliance Information for Anti-Convulsant Medication, March 1, 1994. Parke Davis. Funded for $100,000. |
| Primary Investigator. | Reducing Significant Drug Related Morbidity and Mortality. Funded in 1993 by Upjohn for $5,000. |
| Co-Author. | Development of Curricular Resources to Expose First Year Students to the Clinical Practice Environment. GAPS grant submitted in 1992 for $25,080. Approved but not funded. |
| Primary Investigator. | Hospital Pharmacy Research Grant Recipient. Project titled: "Reducing Post-Infusion Phleblitis Associated with the Use of Sodium Cephalothin." Funded by Roche Laboratories in 1973 for $500. |

## CURRENT RESEARCH:

Potential Vaccine Impurities and Immune Disease - CDC

## PROFESSIONAL PRESENTATIONS:

<u>1971-1991</u>

13

<u>International</u> - Soviet Union (6), Republic of China (2), Canada (1), Netherlands (2), Germany (1), Scotland (1), and Spain (1)

<u>National</u> – Eighteen (18), including platform and poster presentations

<u>Regional</u> - Thirteen (13) where attendees were from several states

<u>State</u> – Sixty (60) in 35 different states.

<u>1992-1993</u>
Lectures (6) and Workshops (3) on "Implementing Pharmaceutical Care", American Society of Hospital Pharmacists, Indianapolis, Indiana, November 4-7, 1992.

"Implementing Pharmaceutical Care," Atlanta Area Director of Pharmacy Breakfast, sponsored by the Mercer University School of Pharmacy, Department of Pharmacy Practice, December 1, 1992.

Workshop on "Implementing Pharmaceutical Care," Georgia Society of Hospital Pharmacists, Atlanta, Georgia, January 9, 1993.

"The Cost Impact of Biotechnology Drugs," Georgia Society of Hospital Pharmacists and Georgia Hospital Association Meeting, Atlanta, Georgia, January 13, 1993.

"What is Pharmaceutical Care?" Georgia Society of Hospital Pharmacists Meeting, Atlanta, Georgia, February 27, 1993.

"What is Pharmaceutical Care?" Mercer University School of Pharmacy, Telnet Presentation, Atlanta, Georgia, April 7, 1993.

Lecture and Workshops on "Pharmaceutical Care," Mercer University School of Pharmacy Alumni Day, Atlanta, Georgia, April 24, 1993.

"An Update on the American Society of Hospital Pharmacists Conference on Implementing Pharmaceutical Care," Florida Society of Hospital Pharmacists Meeting, Orlando, Florida, August 20, 1993.

<u>1993-1994</u>
"Making the Transition to Pharmaceutical Care," Georgia Society of Hospital Pharmacists Regional Meeting, Macon, Georgia, September 9, 1993.

Lectures and Workshops on "Implementing Pharmaceutical Care," VHA North Central, Directors of Pharmacy, Millie Locs, Minnesota, September 15-16, 1993.

"The Business of Hospital Pharmacy," Pennsylvania Society of Hospital Pharmacists Annual Meeting, Lancaster, Pennsylvania, October 13, 1993.

"An Update on the American Society of Hospital Pharmacists Conference on Implementing Pharmaceutical Care," Georgia Society of Hospital Pharmacists Annual Meeting, Athens, Georgia, October 17, 1993.

"Pharmaceutical Care: Fantasy or Reality?" SE Regional Meeting, Kappa Psi Fraternity, Atlanta, Georgia, January 8, 1994.

Lectures on "General Principles of Pharmacology", "Introduction to Pharmacokinetics", "Investigation Drugs and Writing Prescriptions." Georgia State University, School of Nursing, Advanced Pharmacology, Nurse Practitioner Program (MS), Atlanta, Georgia, (January), 1994.

Lectures (2) and Workshops (2) on Implementing Pharmaceutical Care, Rockdale Hospital, Atlanta, Georgia, January 13 and 20, 1994.

"Pharmaceutical Care and Clinical Problem Solving," Mid-Winter Pharmacy Seminar, Bismarck, North Dakota,

14

February 5, 1994.

"Pharmaceutical Care: Assuming Responsibility for Drug Therapy Outcomes," Mid-Winter Pharmacy Seminar, Bismarck, North Dakota, February 6, 1994.

Workshops on the ASHP Conference on Implementing Pharmaceutical Care, Tennessee Society of Hospital Pharmacists, Nashville, Tennessee, Mercer University (Atlanta), March 5, 1994.

"Pharmaceutical Care:  Reality or Dream?"  Continuing Education Conference on Managing Patient Therapy Through Pharmaceutical Care, Mercer University (Atlanta), March 6, 1994.

"Managing for Pharmaceutical Care," Continuing Education Conference on Managing Patient Therapy Through Pharmaceutical Care, March 6, 1994.

"Pharmacy Automation," Computer Users Group (HBO), Atlanta, Georgia, May 10, 1994.

Workshop on Pharmaceutical Care, Georgia Society of Hospital Pharmacists Regional Meeting, Atlanta, Georgia, May 21, 1994.

Workshop on Pharmaceutical Care, Georgia Society of Hospital Pharmacists Regional Meeting, Thomasville, Georgia, June 18, 1994.

Lectures on "General Principles of Pharmacology", "Introduction to Pharmacokinetics", "Investigational Drugs" and "Writing Prescriptions." Georgia State University, School of Nursing, Advanced Pharmacology, Nurse Practitioner Program (MS), Atlanta, Georgia, (June) 1994.

<u>1994-95</u>

"Pharmacy Contributions to Negative Medication Events."  Invitational Conference on Understanding and Preventing Drug Misadventures.  Sponsored by the ASHP Foundation, in cooperation with the AMA and ANA, Washington, D.C., October 21-23, 1994.

Lectures on "General Principles of Pharmacology", "Introduction to Pharmacokinetics", "Investigation Drugs and Writing Prescriptions." Georgia State University, School of Nursing, Advanced Pharmacology, Nurse Practitioner Program (MS), Atlanta, Georgia, (January), 1995.

"Pharmaceutical Care and the Diagnostic Imaging Patient," American Pharmaceutical Association Meeting, Orlando, FL, March 26, 1995.

Lectures on "General Principles of Pharmacology", "Introduction to Pharmacokinetics", "Investigation Drugs and Writing Prescriptions." Georgia State University, School of Nursing, Advanced Pharmacology, Nurse Practitioner Program (MS), Atlanta, Georgia, (June), 1995.

<u>1995-96</u>
"Impacting Patient Care Outcomes." Leadership Seminar.  Southeastern College of Pharmacy, Miami Beach, FL. November 11, 1995.

"Drug Misadventures."  Leadership Seminar.  Southeastern College of Pharmacy, Miami Beach, FL.  November 11, 1995.

Lectures on "General Principles of Pharmacology", "Introduction to Pharmacokinetics", "Investigation Drugs and Writing Prescriptions." Georgia State University, School of Nursing, Advanced Pharmacology, Nurse Practitioner Program (MS), Atlanta, Georgia, (January), 1996.

<u>1996-97</u>
"The Mercer University School of Pharmacy Curriculum." School of Pharmacy University of Montreal.  Montreal, Quebec, Canada.  June 20, 1997.

"Pharmacists' Contributions to Adverse Medication Events," Twenty-Fifth Annual Pharmacy and Law Management Conference, University of Florida, Daytona Beach, Florida.  October 26, 1996.

15

<u>1997-98</u>
"Lectures and Cases in Pharmaceutical Care," the UGA/Mercer Non-Traditional Pharm.D. Program, April and June 1998.

<u>1998-99</u>
"Lectures and Cases in Pharmaceutical Care, the UGA/Mercer Non-Traditional Pharm.D. Program, February and May, 1999.

Panel member at the "Symposium on Drug Safety," Georgetown University's Center for Drug Development Science, June 9, 1999.

<u>1999-2000</u>
"Developing New Strategies to Solve an Old Problem – Medication Errors," to the Pharmacy and Therapeutics Committee and Members of the Medical Staff, Redmond Medical Center, Rome, GA., April 11, 2000.

"Experience with Implementing a Web-based Pharmacy and Law Course," to the faculty at Mercer School of Pharmacy, Mercer University, Atlanta, GA, May 3, 2000.

<u>2000-2001</u>
"The Risks and Prevention of Significant Adverse Drug Events." To the faculty of the School of Pharmacy, the University of Washington, Seattle, WA, December 5, 2000.

"Vaccine impurities and immune disease." Center for Biologic Evaluation and Research, FDA, Bethesda, MR. March 12, 2000.

"The Potential Risks and Prevention of Significant Adverse Drug Events: An Analysis of 20 Years of Case Reports." To the professional staff on ASHP. Bethesda, MR. March 13, 2001.

"Risk Factors in Very Serious VAERS Reports. Presented to the Vaccine Safety and Development Group of the CDC. June 17, 2001.

<u>2001-2002</u>
"ADE Knowledge Review." Conference on Safe Medication Practice. NOVA Southeastern University, Ft. Lauderdale, Florida. November 10, 2001.

"Fatal Medication Errors: What We Know." Conference on Safe Medication Practices. NOVA Southeastern University, Ft. Lauderdale, Florida. November 11, 2001.

"Assessing System Causes in Medication Erroring." 12th Annual Program on Contemporary Pharmacy Issues. NOVA, Southeastern University, Ft. Lauderdal, Florida. May 5, 2002.

"Drug Errors Causing Death." 12th Annual Program on Contemporary Pharmacy Issues. NOVA Southeastern University, Ft. Lauderdale, Florida. May 5, 2002.

"Ten Drug Interactions Every Pharmacist Should Know." ACS Annual Meeting on Bridging Client Needs with PBM Services. Savannah, Georgia. May 6, 2002.

"Ten Drug Interactions Every Pharmacist Should Know." Pharmacy Alumni Day. Mercer University, Atlanta, Georgia. June 22, 2002

<u>2002-2003</u>
"Risk Factors for the Most Serious versus the Least Serious Vaccine Adverse Event Reports (VAERS). Presented to the Vaccine Safety and Development Group, National Immunization Program, Centers for Disease Control and Prevention, Atlanta, GA. July 1, 2002.

"Improving Medication Safety." An Audio Conference to Hospitals on JCAHO's Proposed Medication-Use Standards: How to Improve Methods and Achieve Compliance. Provided by HcPro. July 18, 2002.

"The Power of Reflective Thinking to Making Learning Better. Teaching and Learning Seminar." Mercer University School of Pharmacy. February 5, 2003.

16

"Medication Errors: Lessons Learned and Actions Needed." The Annual Meeting of the American Society of Safety Engineers. Atlanta, Georgia. March 14, 2003.

2003
"The evaluation of a problem-based learning innovation in a drug misadventures course." Presented at the Annual Meeting of the American Association of Colleges of Pharmacy Meeting. Minneapolis, MN. July 22, 2003.

"Vaccines and Potential Immune Disease: An Update of Research." National Immunization Program, Centers for Disease Control and Prevention. Atlanta, GA. October 28, 2003.

2004
"Improving Medication Adherence and Health Outcomes." Case Managers. Excellus of Upstate New York. Rochester, NY. October 27, 2004.

"The Contribution of Pharmacoepidemiology to the Study of Drugs." Department of Pharmacology. Medical School. Rush University. Chicago, IL. November 17, 2004.

"Improving Influenza Outcomes." Managed Care of Greater New York. New York City. December 1, 2004.

"The 2004-2005 Flu Vaccine Shortage: Lessons Learned for the Nation." ASHP Mid-Year Clinical Meeting. Orlando, FL. December 6, 2004.

"Insights to Influenza Outcomes." Case Management Society of New England. Manchester, NH. December 13, 2004.

2005
"The Contribution of Pharmacoepidemiology to the Study of Drugs." Academic Seminar. School of Pharmacy. Mercer University. January 6, 2005.

**COMMUNITY ACTIVITIES/SERVICE:**

Board Member - Tourette's Syndrome Association of Georgia (1994-1995)
Board Member - Community Blood Bank of Erie County (1992)
Member - Koinonia of Erie County (1989-92)
Secretary - Greater Erie Area Habitat for Humanity (1989-90)
Board Member - Mercy Center on Aging, Erie, PA (1989-92)

**PERSONAL DATA:**
Place of Birth:        Bay City, Michigan
Marital Status:        Married, two daughters, son-in-law, two grandsons.
Licensure:             Florida, Georgia, and Michigan

17