**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| THIRD PARTY PAYOR COMMON : | |
| BENEFIT FEES : | |
| : | |

**O R D E R**

Considering the Motion for Leave to File Exhibit Under Seal filed by the Third Party Payor

Fee Allocation Committee ("TPP FAC");

IT IS ORDERED BY THE COURT that the motion for leave is GRANTED and Exhibit A

attached to the TPP FAC's Reply to Eric H. Weinberg's Memorandum for the Special Master

Regarding Allocation of TPP Common Benefit Fees [Rec. Doc. 64424], be and it is hereby filed

UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2013.


_____
Eldon E. Fallon
United States District Court Judge