IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|     State of Utah, | * | SECTION L |
| | * | |
|         Plaintiff, | * | JUDGE ELDON E. FALLON |
| | * | |
|     versus | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|     Merck Sharp & Dohme Corp., | * | |
| | * | |
|         Defendant. | * | |
| | * | |
| Case No. 2:06-cv-09336 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## DEFENDANT'S MOTION TO COMPEL

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves for an order compelling Plaintiff to designate a representative, pursuant to Fed. R. Civ. P. 30(b)(6), to testify regarding two claims charts Plaintiff produced in discovery.

As set forth in the attached Memorandum, Plaintiff should not be allowed to retroactively redesignate prior witness testimony as a 30(b)(6) deposition, particularly because the prior deponent was not able to answer basic questions regarding the charts.

WHEREFORE, the Court should issue an order compelling Plaintiff to designate a representative to testify regarding the topics in Merck's 30(b)(6) deposition notice.

Dated:  May 29, 2013

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

2

1127724v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman, Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail, upon Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 29th day of May, 2013.

					*/s/ Dorothy H. Wimberly*
					Dorothy H. Wimberly, 18509
					STONE PIGMAN WALTHER
					WITTMANN L.L.C.
					546 Carondelet Street
					New Orleans, Louisiana  70130
					Phone:  504-581-3200
					Fax:     504-581-3361
					dwimberly@stonepigman.com