# EXHIBIT 3

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
    _____
 3
    In Re:  VIOXX Products        )
 4  Liability Litigation          )
                                  )    MDL No. 1657
 5  This Document Relates to:     )
                                  )    Videotaped
 6  STATE OF UTAH                 )    Deposition of:
                                  )
 7  v.                            )    DUANE PARKE
    MERCK SHARP & DOHME CORP.     )
 8                                )
    Case No. 09-9336              )
 9  _____
10                    November 9, 2012
                         9:35 a.m.
11
                Location:  Steele and Biggs
12                 5664 South Green Street
                   Salt Lake City, UT  84123
13
              Reporter:  Teri Hansen Cronenwett
14  Certified Realtime Reporter, Registered Merit Reporter
15
16
17
18
19
20
21
22
23            Golkow Technologies, Inc.
24      877.370.3377 ph/917.591.5672 fax
25              deps@golkow.com
```

Page 226

1      Q.   All right.
2      A.   So that was -- that's not a column that I'm
3   really good at.
4      Q.   Okay.  So even having looked at Exhibit 20
5   today and having visited with counsel for the State
6   about Exhibit 20 earlier this week, it doesn't trigger
7   any recollection from you as to how this report was
8   generated, whether you were involved, what the data
9   mean, et cetera?
10     A.   No.  And then the -- you know, the line No. 1
11  includes all the Coxes, and line No. 6 specifies just
12  Celebrex.  So, you know, the -- there's a conflict right
13  there before you get to any data.
14     Q.   Well, even given your experience with the data
15  warehouse in your time at Department of Health, you
16  would need more information before you could unpack
17  what's in part of Exhibit 20, correct?
18     A.   Yeah.  I told -- I don't know what -- to what
19  end this is, is, other, other than a basically numerical
20  listing of clients.
21          (Deposition Exhibit No. 21 was marked.)
22     Q.   (By Mr. Ismail)  Do you recognize Exhibit 21,
23  sir?
24     A.   I ought to.  It's the layout that I use, but I
25  don't recognize it.

1    final claim indicator and the total charge for those
2    quarters.
3         Q.   All right.  My question is a little different,
4    not sitting here today and reading it, can you surmise
5    what various columns mean.  My question is whether you
6    recall or have any personal knowledge as to how Exhibit
7    21 was put together.
8         A.   No.  No, I can't.  I'm sorry.
9         Q.   Do you know -- and I take it you can't help us
10   figure out who put Exhibit 21 together or for what
11   purpose?
12        A.   I have no clue right at the moment.
13        Q.   Did anyone ever ask you to run any analyses
14   about claims relating to Vioxx for the purpose of the
15   State's lawsuit against Merck?
16        A.   No.
17        Q.   Remember any conversations about someone else
18   doing that data run?
19        A.   No.
20        Q.   Are you familiar with the concept in Utah
21   Medicaid of false claims submitted to the Medicaid
22   program?
23        A.   By a pharmacy or a doctor --
24        Q.   Well --
25        A.   -- or --