# EXHIBIT 4

**m:** Josephson, Richard
**it:** Friday, February 08, 2013 2:20 PM
'jwsteele5@att.net'
'Kenneth Lougee'; Kay Hanson; Lewis, Elizabeth
**ject:** FW: Utah v. Merck: 30(b)(6) notice

Attached please find a draft 30(b)(6) notice. Please provide me with available dates for a witness who can testify regarding the topics set forth in the notice.

Thanks,

Richard

**Attachments:**
Utah- 30(b)(6) deposition notice.pdf

1