# EXHIBIT 5

**From:** Josephson, Richard
**Sent:** Friday, March 22, 2013 10:08 AM
**To:** 'jwsteele5@att.net'
**Cc:** Kenneth Lougee; Lewis, Elizabeth
**Subject:** Utah v. Merck: 30(b)(6) notice

Joe,

I write to follow up on the status of dates for a 30(b)(6) witness. On February 8, I originally requested dates for a 30(b)(6) witness. I provided you more information regarding this issue on February 20. Now, over a month later, I still have not received dates for this 30(b)(6) witness' deposition.

As a reminder, I attach a copy of the 30(b)(6) notice.

Please provide me with dates as soon as possible or I will be forced to notice the deposition.

Thanks,

Richard