# EXHIBIT 6



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| STATE OF UTAH | * | JUDGE ELDON E. FALLON |
| v. | * | MAGISTRATE JUDGE KNOWLES |
| MERCK SHARP & DOHME CORP. | * | |
| Case No. 09-9336 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF INTENTION TO TAKE ORAL AND VIDEOTAPED DEPOSITION

Please take notice that pursuant to Federal Rule of Civil Procedure 30(b)(6), Merck Sharp & Dohme Corp. will take the deposition of the corporate representative of the State of Utah concerning each of the matters identified in Exhibit A, which is attached hereto. The deposition will be taken on May 21, 2013 beginning at 9:30 a.m., and will continue until completion. The deposition will be taken before a certified court reporter and may be videotaped. The deposition will take place at the offices of Steele and Biggs, 5664 South Green Street, Salt Lake City, Utah 84123.

1126071v1

2

        Respectfully submitted,

        BAKER BOTTS L.L.P.

By:   /s/Richard L. Josephson
        Richard L. Josephson
        State Bar No. 11031500
        Federal Bar No. 04614
        910 Louisiana Street
        Houston, Texas 77002
        Telephone: (713) 229-1234
        Facsimile: (713) 229-1522

ATTORNEYS FOR MERCK SHARP & DOHME CORP.

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

DEFENDANTS' LIAISON COUNSEL

2

1126071v1

## CERTIFICATE OF SERVICE

  I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, on this 10th day of May, 2013.

                */s/ Dorothy H. Wimberly*
                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana  70130
                Phone:  504-581-3200
                Fax:     504-581-3361
                dwimberly@stonepigman.com

                Defendants' Liaison Counsel

1126071v1

## EXHIBIT "A"

## TOPICS FOR 30(B)(6) WITNESS

1. The creation or drafting of UDOH0163240-UDOH0163349, including identifying all individuals involved in creating or drafting UDOH0163240-UDOH0163349, the reason for creating or drafting UDOH0163240-UDOH0163349, all communications, meetings, discussions, or correspondence related to UDOH0163240-UDOH0163349, and the timeframe for the creation or drafting of UDOH0163240-UDOH0163349.

2. The person most knowledgeable regarding the contents of UDOH0163240-UDOH0163349.

3. The creation or drafting of UDOH0163350 including identifying all individuals involved in creating or drafting UDOH0163350, the reason for creating or drafting UDOH0163350, all communications, meetings, discussions, or correspondence related to UDOH0163350, and the timeframe for the creation or drafting of UDOH0163350.

4. The person most knowledgeable regarding the contents of UDOH0163350.