# EXHIBIT 7

**From:** Stephen Behnke [mailto:sbehnke@legaldayton.com]
**Sent:** Thursday, May 16, 2013 1:33 PM
**To:** Josephson, Richard
**Cc:** Joe Steele
**Subject:** 30(b)(6) Deposition

We are in receipt of your notice of intention to take deposition pursuant to FRCP 30(b)(6), filed on May 10, 2013, concerning the person with most knowledge of certain documents identified in Exhibit A to the Notice.

The State has conducted an exhaustive review and spoken with numerous people. We have determined that the only person who has any knowledge about this matter is named Brenda Strain, who died last July. In reality, the living person with the most knowledge is Duane Parke, and he knows very little, if anything, about these documents as he previously testified.

As you know, Duane Parke already testified at great length about any and all information he has regarding this issue. In essence, then, you have already completed your Rule 30(b)(6) deposition. We are also willing to execute a stipulation that Parke's testimony was given as if he was testifying as a 30(b)(6) deponent concerning the documents stated in Exhibit A to your Notice of Intention, With that, we have complied with our duty to investigate to determine the proper person to produce in response to your Rule 30(b)(6) notice. We have also complied with the notice since that person has already testified to the issues set forth in the Notice.

Please let us know if you are willing to withdraw your Rule 30(b)(6) deposition. If not, we will file a Motion for Protective Order.

Thank you,

1

2

Steve Behnke

Stephen D. Behnke
Wright & Schulte, LLC
812 East National Road, Suite A
Vandalia, Ohio  45377
(937) 435-7500
(937) 435-7511 (fax)
sbehnke@legaldayton.com

**Confidentiality Notice:** The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.