IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|     State of Utah, | * | SECTION L |
| | * | |
|                    Plaintiff, | * | JUDGE ELDON E. FALLON |
| | * | |
|     versus | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|     Merck Sharp & Dohme Corp., | * | |
| | * | |
|                    Defendant. | * | |
| | * | |
| Case No. 2:06-cv-09336 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

**NOTICE OF SUBMISSION**

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion to Compel 30(b)(6) Deposition will be brought for hearing on June 25, 2013, immediately following the conclusion of the monthly status conference scheduled for 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  May 29, 2013                                                  Respectfully submitted,

                                                                   By: */s/ Dorothy H. Wimberly*
                                                                        Phillip A. Wittmann, 13625
                                                                        Dorothy H. Wimberly, 18509
                                                                        STONE PIGMAN WALTHER
                                                                        WITTMANN L.L.C.
                                                                        546 Carondelet Street
                                                                        New Orleans, Louisiana 70130
                                                                        Phone: 504-581-3200
                                                                        Fax:    504-581-3361

2

Defendants' Liaison Counsel

1127730v1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman, Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail, upon Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 29th day of May, 2013.

                      */s/ Dorothy H. Wimberly*
                      Dorothy H. Wimberly, 18509
                      STONE PIGMAN WALTHER
                      WITTMANN L.L.C.
                      546 Carondelet Street
                      New Orleans, Louisiana  70130
                      Phone:  504-581-3200
                      Fax:     504-581-3361
                      dwimberly@stonepigman.com