# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|     State of Utah, | * | SECTION L |
| | * | |
|                       Plaintiff, | * | JUDGE ELDON E. FALLON |
| | * | |
|     versus | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|     Merck Sharp & Dohme Corp., | * | |
| | * | |
|                       Defendant. | * | |
| | * | |
| Case No. 2:06-cv-09336 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER ON DEFENDANT'S MOTION TO COMPEL

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and Plaintiff is ordered to designate a representative to testify on the topics in Merck's notice of deposition pursuant to Fed. R. Civ. P. 30(b)(6).

**NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2013.

                                                          _____
                                                          ELDON E. FALLON
                                                          UNITED STATES DISTRICT JUDGE

1127729v1