UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
|  LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO TPP | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | |
| Pascal Calogero, Jr. | * | May 30, 2013 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*

### MOTION FOR LEAVE TO FILE
### WEINBERG'S REPLY TO MOTION TO QUASH

NOW COMES the law offices of **Eric H. Weinberg**, and moves for leave to file the attached memorandum in reply to the TPP FAC's opposition to its motion to quash, upon showing that the FAC's opposition memorandum raises substantive rather than procedural issues which warrant reply, and further that changed procedural circumstances bear on the validity of the subpoena.

| | |
|---|---|
| /s/ Robert E. Arceneaux | /s/ Margaret E. Woodward |
| _____ | _____ |
| Robert E. Arceneaux, La Bar No. 01199 | MARGARET E. WOODWARD, La. Bar |
| ROBERT E. ARCENEAUX LLC | No.13677 |
| 47 Beverly Garden Drive | 3701 Canal Street, Suite C |
| Metairie, LA 70001 | New Orleans, Louisiana  70119 |
| (504) 833-7533 office | (504) 301-4333 office |
| (504) 833-7612 fax | (504) 301-4365 fax |
| rea7001@cox.net | mewno@aol.com |

-1-

-2-

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for the law offices of Eric H. Weinberg

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on TPP Counsel, Russ Herman, by e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 30th day of May, 2013.

*Robert E. Arceneaux*
_____