UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
|  LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO TPP | * | SPECIAL MASTER JUNEAU |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | |
| Pascal Calogero, Jr. | * | May 30, 2013 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*

# ORDER

On the above and foregoing motion,

**IT IS ORDERED** that leave be and it is hereby GRANTED for the filing of Weinberg's Memorandum in Reply to TPP FAC's Opposition to Motion to Quash.

New Orleans, Louisiana, this _____ day of May, 2013

_____