UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL 1657 |
| IN RE: VIOXX | : |  |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| ………………………………………………………… | : |  |

**THIS DOCUMENT RELATES TO: CASE NO. 2:05-cv-06755**

## STATE OF MISSISSIPPI'S RENEWED / SUPPLEMENTAL MOTION TO REMAND

| | |
|---|---|
| Jim Hood | Shane F. Langston |
| Attorney General | Rebecca M. Langston |
| State of Mississippi | Jessica E. Murray |
|  | *Langston & Langston, PLLC* |
|  | 201 North President Street |
|  | Jackson, Mississippi 39201 |
|  | 601.969.1356 |
|  |  |
| Sheila Bossier | William M. Quin II |
| *Bossier & Associates, PLLC* | O. Stephen Montagnet, III |
| 1520 North State Street | *McCraney Montagnet Quin & Noble, PLLC* |
| Jackson, Mississippi 39202 | 602 Steed Road, Suite 200 |
| 601.352.5450 | Ridgeland, Mississippi 39157 |
|  | 601.707.5725 |

The State of Mississippi, by and through counsel, files this Supplemental/Renewed Motion to Remand. In support thereof, the State of Mississippi states as follows:

1. The original Complaint in this cause was filed in state court on October 4, 2005.

2. On November 1, 2005, Merck removed this cause to the United States District Court for the Southern District of Mississippi. The sole ground for removal was that the original Complaint raised federal questions pursuant to 28 U.S.C §1331[1] requiring interpretation and application of the federal Food, Drug and Cosmetic Act and federal Medicaid laws. (Merck Opp. to Motion to Remand, pp. 5-13)

3. The State of Mississippi timely filed its Motion to Remand which was opposed by Merck.

4. Before this motion could be heard, this cause was transferred to the Judicial Panel on Multidistrict Litigation and then to this Court for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

5. This Court retained jurisdiction for purposes of discovery and pre-trial proceedings, but the Motion to Remand is still pending.

6. On June 25, 2012, the State of Mississippi filed its First Amended Complaint, wherein all claims relating to the Mississippi State Department of Medicaid were eliminated or withdrawn.

7. For the reasons argued in Mississippi's original Motion to Remand relative to the original Complaint, federal question jurisdiction has never existed. In addition to the arguments presented in the State's original Motion to Remand, the State of Mississippi's First Amended Complaint has now eliminated any Medicaid claims implicating federal law that that predicates Merck's remand.

8. Additionally, since the time of the filing of the State of Mississippi's original Motion to Remand, controlling authority has been issued which is both determinative and authoritative to the issues presented in the State's original Motion to Remand. This authority is discussed in depth in the attached Supplemental/Renewed Memorandum of Law in Support of Motion to Remand

WHEREFORE PREMISES CONSIDERED, The State of Mississippi, therefore, respectfully requests this Court to remand, pursuant to its authority in 28 U.S.C. §1367(c).

Respectfully Submitted this the 31st day of May, 2013.

/s/ Shane F. Langston

Shane F. Langston
Rebecca M. Langston
Jessica E. Murray
*Langston & Langston, PLLC*
201 North President Street
Jackson, Mississippi 39201

Sheila Bossier
*Bossier & Associates, PLLC*
1520 North State Street
Jackson, Mississippi 39202

William M. Quin II
O. Stephen Montagnet, III
*McCraney Montagnet Quin & Noble, PLLC*
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157

## Certificate of Service

I hereby certify that the above and foregoing Renewed/Supplemental Motion to Remand has been served on Liaison Counsel, Dawn Barrios, electronic mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 on this 30th day of May, 2013.

*/s/ Shane F. Langston*
Shane F. Langston
