UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| ……………………………………………………………: |  |  |

**THIS DOCUMENT RELATES TO: CASE NO. 2:05-cv-06755**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the State of Mississippi will bring the attached Supplemental/Renewed Motion for Remand for submission before the Honorable Judge Eldon Fallon on the 2nd day of October, 2013 at 9:00 a.m.

Respectfully submitted this the 31st day of May, 2013.

                                              */s/ Shane F. Langston*

                                              Shane F. Langston
                                              Rebecca M. Langston
                                              Jessica E. Murray
                                              *Langston & Langston, PLLC*
                                              201 North President Street
                                              Jackson, Mississippi 39201

                                              Sheila Bossier
                                              *Bossier & Associates, PLLC*
                                              1520 North State Street
                                              Jackson, Mississippi 39202

                                              William M. Quin II
                                              O. Stephen Montagnet, III

*McCraney Montagnet Quin & Noble, PLLC*
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157

## Certificate of Service

I hereby certify that the above and foregoing Renewed/Supplemental Notice of Submission has been served on Liaison Counsel, Dawn Barrios, electronic mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 on this 30th day of May, 2013.

/s/ Shane F. Langston
Shane F. Langston