**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | : | MDL 1657 |
| IN RE: VIOXX | : |  |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| ……………………………………………………………: |  |  |

**THIS DOCUMENT RELATES TO: CASE NO. 2:05-cv-06755**

**ORDER**

On the State of Mississippi's Renewed/Supplemental Motion to Remand seeking this Court remand its cause of action against Merck in the Vioxx Product Liability Litigation to state court for lack of this Court's jurisdiction, this Court finds that the motion is well-taken.

IT IS HEREBY ORDERED that this cause be remanded to the Chancery Court of the First Judicial District of Hinds County, Mississippi for further proceedings.

THIS _____ DAY OF _____ 2013.

_____
HONORABLE ELDON FALLON