MINUTE ENTRY
FALLON, J.
MAY 31, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| REMAINING GOVERNMENT ACTION | : | JUDGE FALLON |
| CASES | : | MAG. JUDGE KNOWLES |
| | : | |

     On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon. Scott Powell, Sheila Bossier, Billy Quinn, Shane Langston, Jessica Murray, Brian Vines, Bill Rossbach, Kelly Hubbard, and others participated on behalf of the Plaintiffs. Leonard Davis participated on behalf of the PSC. John Beisner and Dorothy Wimberly participated on behalf of the Defendant. At the conference, the parties discussed Merck's motions for judgment on the pleadings (Rec. Docs. 64372, 64373, 64374, 64375).

     For the reasons discussed during the conference, IT IS ORDERED that the submission dates on Merck's motions are CONTINUED, with dates to be reset following the resolution of Plaintiffs' motions to remand in accordance with Pre-Trial Order No. 39C.

     Parties may request a copy of the transcript of the conference by contacting Court Reporter Toni Tusa at (504) 589-7778.

JS10(00:15)