UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | : | |
| THIRD PARTY PAYOR COMMON BENEFIT FEES | : | |

**O R D E R**

Considering the Motion for Leave to File Exhibit Under Seal filed by the Third Party Payor Fee Allocation Committee ("TPP FAC");

IT IS ORDERED BY THE COURT that the motion for leave is GRANTED and Exhibit A attached to the TPP FAC's Reply to Eric H. Weinberg's Memorandum for the Special Master Regarding Allocation of TPP Common Benefit Fees [Rec. Doc. 64424], be and it is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 31st day of _____May_____, 2013.

_____
Eldon E. Fallon
United States District Court Judge