UNITED STATES DISTRICT COURT<br>
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | |
| THIRD PARTY PAYOR COMMON BENEFIT FEES | |

## O R D E R

Considering the Motion for Leave to File Exhibits Under Seal filed by the Third Party Payor Fee Allocation Committee ("TPP FAC");

IT IS ORDERED BY THE COURT that the motion for leave is GRANTED and Exhibits B, C, D, F and G attached to the TPP FAC's Opposition to Eric H. Weinberg's Motion to Quash Subpoena in Part [Rec. Doc. 64419], be and they are hereby filed UNDER SEAL.

New Orleans, Louisiana, this 31st day of May, 2013.

*Eldon E. Fallon*
Eldon E. Fallon
United States District Court Judge