UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　Products Liability Litigation<br><br>This Document Relates to:<br><br>　　*State of Alaska v. Merck & Co., Inc.*,<br>　　　　No. 2:06-cv-03132;<br><br>　　*State of Montana v. Merck & Co., Inc.*,<br>　　　　No. 2:06-cv-4302; and<br><br>　　*Hood ex rel. State of Mississippi v. Merck &<br>　　　　Co., Inc.*,<br>　　　　No. 2:05-cv-6755. | *<br>*<br>*<br>*<br>*   MDL No. 1657<br>*<br>*   SECTION L<br>*<br>*<br>*   JUDGE ELDON E. FALLON<br>*<br>*   MAGISTRATE JUDGE<br>*   KNOWLES<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves for an order protecting it from the deposition notices issued pursuant to Fed. R. Civ. P. 30(b)(6) by the Plaintiffs in the above-captioned cases. As set forth in the attached memorandum, such a protective order is proper because the topics identified by Plaintiffs are highly duplicative of prior MDL discovery and also unreasonably overbroad.

WHEREFORE, the Court should issue a protective order as to the Rule 30(b)(6) Notices of Deposition issued by the Plaintiffs in the above-captioned cases on April 4, 2013 (Mississippi) and April 5, 2013 (Alaska and Montana).

Dated:  June 5, 2013                                                          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Dorothy H. Wimberly
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phillip A. Wittmann, 13625
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dorothy H. Wimberly, 18509
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　STONE PIGMAN WALTHER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WITTMANN L.L.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　546 Carondelet Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP & DOHME CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Protective Order has been served on Liaison Counsel, Russ Herman, Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail, upon Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of June, 2013.

                                           */s/ Dorothy H. Wimberly*
                                           Dorothy H. Wimberly, 18509
                                           STONE PIGMAN WALTHER WITTMANN L.L.C.
                                           546 Carondelet Street
                                           New Orleans, Louisiana  70130
                                           Phone:  504-581-3200
                                           Fax:     504-581-3361
                                           dwimberly@stonepigman.com

1128556v1