UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|    Products Liability Litigation | * |
| | * |
| This Document Relates to: | *    MDL No. 1657 |
| | * |
|    *State of Alaska v. Merck & Co., Inc.*, | *    SECTION L |
|      No. 2:06-cv-03132; | * |
| | *    JUDGE ELDON E. FALLON |
|    *State of Montana v. Merck & Co., Inc.*, | * |
|      No. 2:06-cv-4302; and | *    MAGISTRATE JUDGE |
| | *    KNOWLES |
|    *Hood ex rel. State of Mississippi v. Merck &* | * |
|      *Co., Inc.*, | * |
|      No. 2:05-cv-6755. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion for Protective Order will be brought for hearing on June 25, 2013, immediately following the conclusion of the monthly status conference scheduled for 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: June 5, 2013                                                                 Respectfully submitted,

                                                          */s/ Dorothy H. Wimberly*
                                                          Phillip A. Wittmann, 13625
                                                          Dorothy H. Wimberly, 18509
                                                          STONE PIGMAN WALTHER
                                                          WITTMANN L.L.C.
                                                          546 Carondelet Street
                                                          New Orleans, LA 70130

2

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman, Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail, upon Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of June, 2013.

                                                                     */s/ Dorothy H. Wimberly*
                                                                       Dorothy H. Wimberly, 18509
                                                                       STONE PIGMAN WALTHER
                                                                       WITTMANN L.L.C.
                                                                       546 Carondelet Street
                                                                       New Orleans, Louisiana  70130
                                                                       Phone:  504-581-3200
                                                                       Fax:     504-581-3361
                                                                       dwimberly@stonepigman.com