UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|    Products Liability Litigation | * |
| | * |
| This Document Relates to: | *   MDL No. 1657 |
| | * |
|    *State of Alaska v. Merck & Co., Inc.*, | *   SECTION L |
|       Case No. 2:06-cv-3132 | * |
| | *   JUDGE ELDON E. FALLON |
|    *State of Montana v. Merck & Co., Inc.*, | * |
|       Case No. 2:06-cv-4302 | *   MAGISTRATE JUDGE |
| | *   KNOWLES |
|    *Hood ex rel. State of Mississippi v. Merck &* | * |
|       *Co., Inc.*, Case No. 2:05-cv-6755 | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ON DEFENDANT'S
MOTION FOR PROTECTIVE ORDER**

Considering Defendant's Motion for Protective Order,

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and Merck is not required to produce witnesses pursuant to Fed. R. Civ. P. 30(b)(6) in the above-captioned cases.

**NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2013.

                                                    _____
                                                    ELDON E. FALLON
                                                    UNITED STATES DISTRICT JUDGE

1128560v1