UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | VIOXX | : | MDL NO. 1657 |
| | PRODUCTS LIABILITY LITIGATION | : | |
| | | : | SECTION: L |
| | | : | |
| | | : | JUDGE FALLON |
| | | : | |
| | | : | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO: THIRD PARTY PAYOR COMMON BENEFIT FEES

**REVISED SCHEDULING PROTOCOL FOR
THIRD PARTY PAYOR COMMON BENEFIT FEES**

TO:   Leonard Davis
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113
Email: ldavis@hhklawfirm.com

Mr. Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104
Email: andy.birchfield@beasleyallen.com

Mr. Christopher A. Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Email: cseeger@seegerweiss.com

Ms. Margaret E. Woodward
Attorney at Law
3701 Canal Street, Suite C
New Orleans, LA 70119
Email: mewno@aol.com

Mr. Robert T. Dassow
Hovde, Dassow & Deets
Meridian Tower
201 W. 103rd Street, Suite 500
Indianapolis, IN 46290
Email: rdassow@hovdelaw.com

The Special Master has reviewed the documents and briefs that were sent to him, but unfortunately, he is not with any degree of clarity able to make a report to the Court without further information. In that regard he has determined that he will need to question the following individuals:

1. Eric Weinberg

2. Chris Seeger

3. Andy Birchfield

4. Robert Dassow

The revised protocol will require a hearing at 9:00 a.m. on Thursday, June 20, 2013 at Courtroom C468 of the Federal Courthouse in New Orleans, Louisiana. At the hearing, the Special Master will address questions to Eric Weinberg, Chris Seeger, Andy Birchfield and Robert Dassow.

At the conclusion of the hearing, the entire matter, including prior submissions, will be considered by the Special Master in rendering a report and recommendation to the Court.

Lafayette, Louisiana, this 10th day of June, 2013.

  /s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 10, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I emailed the foregoing document and the notice of electronic to the following:

| | |
|---|---|
| Leonard Davis<br>Herman, Herman, Katz & Cotlar<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>Email: ldavis@hhklawfirm.com | Ms. Margaret E. Woodward<br>Attorney at Law<br>3701 Canal Street, Suite C<br>New Orleans, LA 70119<br>Email: mewno@aol.com |
| Mr. Andy D. Birchfield, Jr.<br>Beasley, Allen, Crow, Methvin,<br>Portis & Miles, P.C.<br>218 Commerce Street<br>Montgomery, AL 36104<br>Email: andy.birchfield@beasleyallen.com | Mr. Robert T. Dassow<br>Hovde, Dassow & Deets<br>Meridian Tower<br>201 W. 103rd Street, Suite 500<br>Indianapolis, IN 46290<br>Email: rdassow@hovdelaw.com |

Mr. Christopher A. Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Email:  cseeger@seegerweiss.com

Lafayette, Louisiana, this 10th day of June, 2013.

 /s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com