UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL

Each of the plaintiffs listed on Exhibit A was also a plaintiff in a separately filed case in which their claims have previously been dismissed with prejudice. The duplicative claims that remain pending are precluded under the principle of *res judicata*. Accordingly,

**IT IS ORDERED**, that all claims of the Plaintiffs listed in Exhibit A against Defendant Merck and any other named defendants are hereby dismissed ***with prejudice***, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA,** this  17th  day of June, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Exhibit A
**Duplicative Claims Previously Dismissed**

|  | **Plaintiff Name** | **Current Case** | **Basis for Dismissal** | **Counsel** |
|---|---|---|---|---|
| 1. | Callahan, Tina<br>Goughnor, James E | *Callahan v. Merck*<br>2:08-cv-01115-EEF-DEK | Plaintiffs previously dismissed in the *Apice v. Merck*, 2:06-cv-06439-EEF-DEK | Branch Law Firm |
| 2. | Boyer, Alfred<br>Boyer, Julia | *Ronnie Harris v. Merck*,<br>2:05-cv-05824-EEF-DEK | Plaintiffs previously dismissed in *Boyer v. Merck*, 2:07-cv -09752 | Jeffrey J. Lowe, P.C. |
| 3. | Betty Baker | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-04434-EEF-DEK | Dismissal with prejudice, Abrams, Clarence v. Merck & Co., Inc., 2:05-cv-05204-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 4. | Dorothy Gargis | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-04434-EEF-DEK | Dismissal with prejudice  Allen, Donna v. Merck & Co., Inc. , 2:05-cv-04435-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 5. | Edith Seal | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-04434-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 6. | Edna Harness | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-04434-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 7. | Eula Celestine | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-04434-EEF-DEK | Dismissal with prejudice, Abrams, Clarence v. Merck & Co., Inc., 2:05-cv-05204-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 8. | Eunice Scurlock | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-04434-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 9. | John Stelly | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-04434-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 10. | Johnnie Mae Kellar | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-04434-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 11. | Joyce Cooks Mitchell | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-04434-EEF-DEK | Dismissal with prejudice, Abrams, Clarence v. Merck & Co., Inc., 2:05-cv-05204-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 12. | Mary Frances Ducre-McGill | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-04434-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK, 2/12/08 | Jones, Swanson, Huddell & Garrison, LLC |
| 13. | Patricie Clofer, individually and on behalf of Ruth Roussel, deceased | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-04434-EEF-DEK | Dismissal with prejudice, Abrams, Clarence v. Merck & Co., Inc., 2:05-cv-05204-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |

| # | Plaintiff | Case | Dismissal | Firm |
|---|---|---|---|---|
| 14. | Victoria Campbell | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-04434-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK, 2/12/08 | Jones, Swanson, Huddell & Garrison, LLC |
| 15. | Willie Jones | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-04434-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 16. | Barry Rush (misnamed "Bush" on Pacer) | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice in this action, Abrams, Clarence v. Merck & Co., Inc., 2:05-cv-05204-EEF-DEK. Mis-spelling of plaintiff name. | Jones, Swanson, Huddell & Garrison, LLC |
| 17. | Debra Anderson *individually and on behalf of Alexander Anderson, deceased* | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal without prejudice in 2006 in *Abrams, Clarence* v. *Merck & Co.*, Inc., 2:05-cv-04434-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 18. | Dorothy Gargis | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice  Allen, Donna v. Merck & Co., Inc. , 2:05-cv-04435-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 19. | Edith Seal | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 20. | Edna Harness | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 21. | Elouise Cline | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal without prejudice in 2006 in *Abrams, Clarence* v. *Merck*, 2:05-cv-04434-EEF-DEK. | Jones, Swanson, Huddell & Garrison, LLC |
| 22. | Eunice Scurlock | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 23. | Johnnie Mae Kellar | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 24. | Mary Frances Ducre-McGill | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK, 2/12/08 | Jones, Swanson, Huddell & Garrison, LLC |
| 25. | Thomas Grant | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal without prejudice in 2006 in *Abrams, Clarence* v. *Merck*, 2:05-cv-04434-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 26. | Timothy Crawford | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice in *Abrams, Clarence* v. *Merck & Co.*, Inc.,  2:05-cv-04434-EEF-DEK, 4/9/09 | Jones, Swanson, Huddell & Garrison, LLC |
| 27. | Victoria Campbell | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |

1125835v1

| | | | | |
|---|---|---|---|---|
| 28. | Willie Jones | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 29. | Guy, Ronald | *Charpentier v. Merck* 2:05-cv-04458-EEF-DEK | Plaintiff previously dismissed in the *Bailey v Merck*, 2:05-cv-06904-EEEF-DEK | Michael Hingle & Associates |
| 30. | Linnett, Gordon C | *Busk v. Merck* 2:06-cv-05983-EEF-DEK | Plaintiff previously dismissed with prejudice in *Linnett v Merck*, 2:06-cv-03923-EEF-DEK | Miller & Associates (Alexandria) |
| 31. | Carmel Howard | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice in *Abrams, Clarence* v. *Merck & Co.*, Inc., 2:05-cv-04434-EEF-DEK, 4/22/09 | *Pro Se* |
| 32. | Elizabeth Billiot *individually and on behalf of Elda Annie Naquin, deceased* | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice in *Abrams, Clarence* v. *Merck & Co.*, Inc., 2:05-cv-04434-EEF-DEK, 5/21/09 | *Pro Se* |
| 33. | Frankie W. Smith | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice in *Abrams, Clarence* v. *Merck & Co.*, Inc., 2:05-cv-04434-EEF-DEK, 5/21/09 | *Pro Se* |
| 34. | Herman Warren | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice in *Abrams, Clarence* v. *Merck & Co.*, Inc., 2:05-cv-04434-EEF-DEK, 4/9/09 | *Pro Se* |
| 35. | Ida Lazure | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice in *Abrams, Clarence* v. *Merck & Co.*, Inc., 2:05-cv-04434-EEF-DEK, 5/21/09 | *Pro Se* |
| 36. | Jerry Otis Thompson | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice in *Abrams, Clarence* v. *Merck & Co.*, Inc., 2:05-cv-04434-EEF-DEK, 4/9/09 | *Pro Se* |
| 37. | John Stelly | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice, Campbell, Victoria C. v. Merck & Co., Inc., 2:06-cv-06682-EEF-DEK | *Pro Se* |
| 38. | Judy Price | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice in *Abrams, Clarence* v. *Merck & Co.*, Inc., 2:05-cv-04434-EEF-DEK, 4/9/09 | *Pro Se* |
| 39. | Larry Lewis | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice in *Abrams, Clarence* v. *Merck & Co.*, Inc., 2:05-cv-04434-EEF-DEK, 4/9/09 | *Pro Se* |
| 40. | Linda Blanchard | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice in *Abrams, Clarence* v. *Merck & Co.*, Inc., 2:05-cv-04434-EEF-DEK, 5/21/09 | *Pro Se* |

1125835v1

| | | | | |
|---|---|---|---|---|
| 41. | Mildred Winters *individually and on behalf of Lorine Crowell, deceased* | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice in *Abrams, Clarence* v. *Merck & Co.*, Inc., 2:05-cv-04434-EEF-DEK, 4/9/09 | *Pro Se* |
| 42. | Queen Victoria Harrell | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice in *Abrams, Clarence* v. *Merck & Co.*, Inc., 2:05-cv-04434-EEF-DEK, 4/22/09 | *Pro Se* |
| 43. | Shirley Dillon | *Abrams, Clarence* v. *Merck & Co., Inc.*, 2:05-cv-05204-EEF-DEK | Dismissal with prejudice in *Abrams, Clarence* v. *Merck & Co.*, Inc., 2:05-cv-04434-EEF-DEK, 4/9/09 | *Pro Se* |
| 44. | Shortnancy, Bryan | *Bryan Shortnancy v. Merck,*; 2:06-cv-01728-EEF-DEK | Double filer with two different firms and initially two different spellings of last name. Claims dismissed with prejudice in *Bryan Shortnancy v. Merck*, 2:05-cv-06625. | *Pro Se* |
| 45. | Huff, Patricia A | *Huff v. Merck* 2:07-cv-00722-EEF-DEK | Plaintiff previously dismissed in the Larry Adams case (Doc. No. 21586) | Stuart, Frieda & Hammond, PC |
| 46. | Davis, Yolanda | *Yolande Davis v. Merck & Co., Inc.*, 2:05-cv-00669-EEF-DEK | *Dismissal with prejudice in Abrams, Clarence* v. *Merck & Co.*, Inc., 2:05-cv-05204-EEF-DEK | Michael Hingle & Associates LLC |
| 47. | Lewis, Jacob *Individually and as Personal Representative of Debra Lewis* | *Jacob Lewis v. Merck & Co., Inc.* 2:05-cv-06621-EEF-DEK | Dismissed with prejudice in James Kennedy v. Merck & Co., Inc., 2:05-cv-06272. | Allan Berger & Associates P.L.C. |
| 48. | Hillman, Derwin Hillman, Myra (derivative) | *Bartley, Samuel v. Merck& Co. Inc.*, 2:06-cv-02196 | Dismissed with prejudice in Hillman v. Merck & Co., Inc., ATL=L-13333-06-MT. | Barnes Firm PC |

1125835v1