UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

## ORDER OF DISMISSAL

Parties in the cases listed on Exhibit A have previously submitted stipulations of voluntary dismissal. Accordingly,

**IT IS ORDERED**, that all claims of the Plaintiffs listed in Chart A.1 of the attached Exhibit A against Defendant Merck and any other named defendants, namely plaintiffs Charles Brown, Lisa Brown, Carolyn Christophe, Meyer Cohen, Bureen Cohen, Robert Cotter, Lucille Cotter, Dolores Coulter, Charles Jones, Victoria Jones,[1] Alline Michael, Cheryl Thomas, John Montgomery, Earl Myers, Olan Oglesby, Audrey Sapida, Eva Taylor, and Albin Zielaskowski be and they hereby are dismissed *without prejudice*, each party to bear its own costs; and

**IT IS FURTHER ORDERED**, that all claims of the Plaintiff listed in Chart A.2 of the attached Exhibit A against Defendant Merck and any other named defendants, namely Robert S. Geyen, be and they hereby are dismissed *with prejudice*, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA,** this 17th day of June, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

---

[1] Although the Stipulation of Dismissal for Charles Jones and Victoria Jones was not included in Exhibit B to Merck's motion, it may be found in the record. (Rec. Doc. 13502).

**Exhibit A**
**Previously Submitted Voluntary Dismissals**

**A.1 – Dismissals Without Prejudice**

| **Plaintiff** | **Case Name** | **Case No.** | **Original Date of Voluntary Dismissal** |
|---|---|---|---|
|  |  |  |  |
| Brown, Charles and Lisa Brown | Rahella Shaffie v. Merck | 2:06-cv-10180-EEF-DEK | Stipulation of Dismissal Without Prejudice filed 2/29/2008 |
| Christophe, Carolyn | Rene Bellon v. Merck | 2:07-cv-00686-EEF-DEK | Stipulation of Dismissal Without Prejudice uploaded to LNFS on 5/29/2007 |
| Cohen, Meyer and Bureen Cohen | Beulah Martin v. Merck | 2:06-cv-10170-EEF-DEK | Stipulation of Dismissal Without Prejudice filed 2/29/2008 |
| Cotter, Robert and Lucille Cotter | Robert H. Cotter v. Merck | 2:05-cv-5355-EEF-DEK | Stipulation of Dismissal Without Prejudice uploaded to LNFS 6/6/2006 |
| Coulter, Dolores | Dolores Coulter v. Merck - | 2:06-cv-3595-EEF-DEK | Stipulation of Dismissal Without Prejudice filed 5/31/2006 |
| Jones, Charles and Victoria Jones | Dorothy Aus v. Merck | 2:06-cv-10167-EEF-DEK | Stipulation of Dismissal Without Prejudice filed 2/29/08 |
| Michael, Alline; and Thomas, Cheryl | Michael Alline v. Merck | 2:05-cv-05903-EEF-DEK | Styled as Motion for Voluntary Dismissal Without Prejudice filed 8/30/2006 |
| Montgomery, John | Yaw Kra v. Merck | 2:06-cv-10172-EEF-DEK | Stipulation of Dismissal Without Prejudice filed 4/15/2010 |
| Myers, Earl | Ira Basinger v. Merck | 2:05-cv-06385-EEF-DEK | Stipulation of Dismissal Without Prejudice filed 11/29/2006 |
| Oglesby, Olan | Olan Oglesby v. Merck | 2:06-cv-10884-EEF-DEK | Stipulation of dismissal Without Prejudice uploaded to LNFS on 7/13/2007 |
| Sapida, Audrey | Audrey Sapida v. Merck | 2:06-cv-8415-EEF-DEK | Stipulation of Dismissal Without Prejudice filed 8/24/2007 |
| Taylor, Eva | Dorothy Adams v. Merck | 2:05-cv-4430-EEF-DEK | Stipulation of dismissal with prejudice filed 6/2/2008 |
| Zielaskowski, Albin | Anna Zielaskowski v. Merck | 2:05-cv-02006-EEF-DEK | Voluntary Dismissal Without Prejudice uploaded to LNFS on 11/10/2005 |

**A.2 – Dismissal With Prejudice**

| Robert S Geyen, v. Merck | 2:05-cv-01770-EEF-DEK | Geyen, Robert S | Stipulation of dismissal with prejudice filed 7/15/2008 |
|---|---|---|---|

1125956v1