UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>THIRD PARTY PAYOR COMMON BENEFIT FEES | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THE TPP FEE ALLOCATION COMMITTEE'S
MOTION FOR CONTEMPT, OR ALTERNATIVELY TO STRIKE**

NOW COMES, the Third Party Payor Fee Allocation Committee ("TPP FAC"), who, as will be more fully outlined in the attached memorandum in support, respectfully requests an Order of Contempt against The Law Firm of Eric Weinberg, for non-compliance with the Order issued by the Court on June 6, 2013 [Rec. Doc. 64437] and for non-compliance with the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, which was served on May 13, 2013 [Rec. Doc. 64395]. Further, movants request that the Court issue an Order for all costs and reasonable attorney's fees for the filing of this motion.

1

Dated: June 19, 2013                                   Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman
**Herman, Herman & Katz, L.L.C.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024
rherman@hhklawfirm.com

/s/ Elizabeth Cabraser
Elizabeth Cabraser
**Lieff Cabraser Heimann & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com

/s/ Christopher A. Seeger
Christopher A. Seeger
**Seeger Weiss LLP**
77 Water Street
New York, NY 10005
Telephone: (212) 584-0700
cseeger@seegerweiss.com

/s/ Thomas M. Sobol
Thomas M. Sobol
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com

/s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
**Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: (800) 898-2034
Fax: (334) 954-7555
andy_birchfield@beasleyallen.com

/s/ James Dugan
James Dugan
**Dugan Law Firm**
One Canal Place
Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*The TPP Fee Allocation Committee*

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of June, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (#14190)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, LA  70113
Ph:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com

I:\ProLaw Temp Documents\Vioxx\Pleadings\WEINBERG\Motion for Contempt\TPP FAC Motion for Contempt re Weinberg 2013-6-19.wpd

3