**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| **THIRD PARTY PAYOR COMMON** | : | |
| **BENEFIT FEES** | : | |
| | : | |

**MEMORANDUM IN SUPPORT OF**
**THE TPP FEE ALLOCATION COMMITTEE'S**
**MOTION FOR CONTEMPT, OR ALTERNATIVELY TO STRIKE**

**MAY IT PLEASE THE COURT:**

The Third Party Payor Fee Allocation Committee ("TPP FAC") submits this memorandum in support of its Motion for Contempt, or Alternatively to Strike.

On May 13, 2013, the TPP FAC served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("SDT") on the Law Offices of Eric Weinberg ("Weinberg") [Rec. Doc. 64395], with a return date of May 23, 2013. On May 21, 2013, Weinberg filed a Motion to Quash Subpoena in Part [Rec. Doc. 64412]. The TPP FAC filed its opposition to the Motion to Quash Subpoena in Part on May 23, 2013 [Rec. Doc. 64419]. Weinberg was granted leave to file a Reply Opposition to Motion to Quash *Subpoena Duces Tecum*, which was filed on June 7, 2013 [Rec. Doc. 64438]. On June 6, 2013, the Court entered an Order [Rec. Doc.

1

64437] denying Weinberg's Motion to Quash.

The Court found that the SDT encompassed relevant and eminently reasonable requests. Further, the Court found "it is incongruous for Weinberg to object to the production of records that may be necessary for the TPP FAC to 'check the accuracy' of Weinberg's submissions." As of the filing of this motion, Weinberg has produced no documents in response to the Court's Order or the SDT.

On June 17, 2013, the TPP FAC contacted counsel for Weinberg inquiring about the production and asked when the TPP FAC would be receiving a return on the SDT. In response, counsel for Weinberg advised that Weinberg was pulling together the requested records, but did not know when the information would be provided. After an additional email, Weinberg's counsel advised that the materials would not be available until after the hearing on June 20, 2013, and that Weinberg intended to produce the documents by June 28, 2013. (See emails attached as Exhibit "A" *in globo.*)

A hearing is presently set before the court appointed Special Master regarding these issues on Thursday, June 20, 2013, at 9:00 a.m., at the Federal Courthouse in New Orleans, Louisiana. Despite the Court's June 6, 2013 Order denying the Motion to Quash and the TPP FAC's inquiry, no production has been received from Weinberg in response to the SDT. This material is required for the TPP FAC to properly prepare for the June 20, 2013 hearing before the Special Master. Weinberg has failed to comply with a properly issued SDT and Order of the Court. Federal Rule of Civil Procedure 45 provides for a finding of contempt for the failure to produce documents and obeying a subpoena. Further, Weinberg has failed to comply with the Court's Order and a holding of contempt is appropriate. The failure to produce the documents in response to the SDT severely

hampers the TPP FAC, and therefore, the objection filed by Weinberg should be stricken.

Accordingly, the TPP FAC respectfully requests that:

1. An Order of Contempt be issued.

2. An Order for costs and reasonable attorney's fees for the filing of this motion.


Dated: June 19, 2013                                        Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman
**Herman, Herman & Katz, L.L.C.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024
rherman@hhklawfirm.com


/s/ Elizabeth Cabraser
Elizabeth Cabraser
**Lieff Cabraser Heimann & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com

/s/ Christopher A. Seeger
Christopher A. Seeger
**Seeger Weiss LLP**
77 Water Street
New York, NY 10005
Telephone: (212) 584-0700
cseeger@seegerweiss.com

/s/ Thomas M. Sobol
Thomas M. Sobol
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com

/s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
**Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: (800) 898-2034
Fax: (334) 954-7555
andy_birchfield@beasleyallen.com

/s/ James Dugan
James Dugan
**Dugan Law Firm**
One Canal Place
Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*The TPP Fee Allocation Committee*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of June, 2013.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esq. (#14190)
      Herman, Herman & Katz, L.L.C.
      820 O'Keefe Avenue
      New Orleans, LA  70113
      Ph:  (504) 581-4892
      Fax:  (504) 561-6024
      ldavis@hhklawfirm.com

I:\ProLaw Temp Documents\Vioxx\Pleadings\WEINBERG\Motion for Contempt\TPP FAC Memo in Support of Motion for Contempt re Weinberg 2013-6-19.wpd

5