# EXHIBIT "A"

# Lillian Flemming

| | |
|---|---|
| **Subject:** | FW: TPP |

-----Original Message-----
From: robert [mailto:rea7001@cox.net]
Sent: Tuesday, June 18, 2013 5:51 PM
To: Lenny Davis
Cc: 'paj@juneaudavid.com'; 'paj@juneaulaw.com'; 'rdassow@hovdelaw.com'
Subject: Re: TPP

Lenny

I have been assured that Eric, and several persons at his office, are working on pulling together the records you requested.  However his time has been split between that task, and preparing for and taking several Merck depositions (including one today), and preparing expert reports due under Court deadline in other pending Vioxx litigation. Of course, he will also be out of the office tommorrow and Thursday, and therefore cannot realistically return to the task if compiling your records until early next week. Nonetheless, given the progress that has been made,  he intends to have the task complete, and records ready, no later than Friday of next week, June 28.

Robert Arceneaux


Lenny Davis wrote:
> Please keep us advised. We are anxious to receive the materials as soon as possible.
>
> Leonard A. Davis
> Attorney at Law
> Herman, Herman & Katz, L.L.C.
> Herman  Gerel LLP
> 820 O'Keefe Avenue
> New Orleans, Louisiana 70113
> 504-581-4892
> 504-561-6024(fax)
> This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
> CONFIDENTIAL ATTORNEY WORK PRODUCT
>
>
> -----Original Message-----
> From: robert [mailto:rea7001@cox.net]
> Sent: Monday, June 17, 2013 2:18 PM
> To: Lenny Davis
> Subject: Re: TPP
>
> Lenny
>

1

> Margaret is out of the country for a few weeks. I know Eric is in the process of pulling together the requested records, but I also know he is also at the same time preparing for and taking several Vioxx depositions. I have written and asked what progress has been made, and when he expects to be finished. As soon as I have that information, I will pass it on to you.
>
> Robert
>
>
> Lenny Davis wrote:
>> Margaret..As you are aware the court issued the attached order
>> regarding the Weinberg materials subject to the FAC subpoena. can you
>> please advise when we will be receiving a return on the subpoena.
>> thanks
>>
>> Leonard A. Davis
>> Attorney at Law
>> Herman, Herman & Katz, L.L.C.
>> Herman Gerel LLP
>> 820 O'Keefe Avenue
>> New Orleans, Louisiana 70113
>> 504-581-4892
>> 504-561-6024(fax)
>>
>> /This e-mail message contains confidential, privileged information
>> intended solely for the addressee. Please do not read, copy, or
>> disseminate it unless you are the addressee. If you have received it
>> in error, please call us (collect) immediately at (504) 581-4892 and
>> ask to speak with the message sender. Also, we would appreciate your
>> forwarding the message back to us and deleting it from your system.
>> Thank you.///
>>
>> CONFIDENTIAL ATTORNEY WORK PRODUCT
>>
>> CONFIDENTIAL ATTORNEY WORK PRODUCT
>> This e-mail message contains confidential, privileged information
>> intended solely for the addressee.  Please do not read, copy, or
>> disseminate it unless you are the addressee.  If you have received it
>> in error, please call us
>> (collect) immediately at (504) 581-4892 and ask to speak with the
>> message sender.  Also, we would appreciate your forwarding the
>> message back to us and deleting it from your system.  Thank you.
>
>
>
> CONFIDENTIAL ATTORNEY WORK PRODUCT
> This e-mail message contains confidential, privileged information
> intended solely for the addressee.  Please do not read, copy, or
> disseminate it unless you are the addressee.  If you have received it
> in error, please call us
> (collect) immediately at (504) 581-4892 and ask to speak with the
> message sender.  Also, we would appreciate your forwarding the message
> back to us and deleting it from your system.  Thank you.

\>