UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| THIRD PARTY PAYOR COMMON BENEFIT FEES | : | |
| | : | |

# O R D E R

Considering the Motion for Contempt, or Alternatively to Strike, filed by the Third Party Payor Fee Allocation Committee ("TPP FAC");

IT IS ORDERED BY THE COURT THAT The Law Offices of Eric Weinberg be held in Contempt of Court.

IT IS FURTHER ORDERED BY THE COURT that the TPP FAC is awarded reasonable attorney's fees and costs in the amount of $_____ for the filing of its Motion for Contempt.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge