UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>THIRD PARTY PAYOR COMMON BENEFIT FEES | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## O R D E R

Considering the Motion for Expedited Hearing on Motion for Contempt, or Alternatively to Strike filed by the Third Party Payor Fee Allocation Committee ("TPP FAC");

IT IS ORDERED BY THE COURT that an expedited hearing on the TPP FAC's Motion for Contempt, or Alternatively to Strike [Rec. Doc. 64448] is set on an expedited basis on the ____ day of June, 2013 at _____ o'clock ____.m.

IT IS FURTHER ORDERED BY THE COURT that all responses to the Motion be filed by _____ o'clock ____.m. on June 19, 2013.

New Orleans, Louisiana, this ____ day of _____, 2013.

                                                                              Eldon E. Fallon
                                                                              United States District Court Judge