UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: THIRD PARTY PAYOR COMMON BENEFIT FEES

**ORDER**

The Court has received the Third Party Payor ("TPP") Fee Allocation Committee's ("FAC") Motion for Expedited Hearing (Rec. Doc. 64449) on its Motion for Contempt, or Alternatively to Strike (Rec. Doc. 64448). IT IS ORDERED that the motion to expedite (Rec. Doc. 64449) is GRANTED.

On June 7, 2013, this Court issued an Order (Rec. Doc. 64437) denying the Law Offices of Eric H. Weinberg's Motion to Quash Subpoena in Part (Rec. Doc. 64412). The subpoena at issue directed Weinberg to produce his Vioxx time records from 2005 to the present at the Special Master's hearing, originally scheduled for May 23, 2013 at 9:00 a.m. (Rec. Doc. 64395). Weinberg sought to quash the subpoena only to the extent that it requested material he had not yet produced. The Court held that the subpoena was reasonable and denied Weinberg's motion.

The Third Party Payor ("TPP") Fee Allocation Committee ("FAC") has now filed a Motion for Contempt, or Alternatively to Strike. (Rec. Doc. 64448). In its motion, the TPP FAC reports that Weinberg has not yet complied with the subpoena, and that according to Weinberg's counsel, Weinberg intends to produce the material by June 28, 2013. (Ex. A, Rec. Doc. 64448-2 at 2). The TPP FAC objects because the Special Master's hearing is currently scheduled for June

1

20, 2013 at 9:00 a.m., eight days before that date. The TPP FAC argues that Weinberg should accordingly be held in contempt pursuant to Federal Rule of Civil Procedure 45. The TPP FAC also requests costs and reasonable attorney's fees for the filing of the motion.

The Court has already denied Weinberg's motion to quash and ordered that he produce the material. Weinberg received the TPP FAC's subpoena over one month ago, and the Court ruled on the motion to quash approximately two weeks ago. The TPP FAC's request comprises time records that Weinberg was already obligated to keep. Moreover, as the TPP FAC has previously argued, this entire dispute arises out of Weinberg's objection to the TPP FAC's recommended fee allocation. Just as Weinberg has a right to respond to the TPP FAC's recommendation with relevant supporting evidence, the TPP FAC has a right to rebut his objections with relevant supporting evidence. Weinberg's failure to produce this evidence during the Special Master's hearing would be prejudicial to the ability of the TPP FAC to rebut Weinberg's objections.

Accordingly, IT IS FURTHER ORDERED that the TPP FAC's motion (Rec. Doc. 64448) is GRANTED IN PART. If Weinberg does not produce the time records at the Special Master's hearing, beginning on Thursday, June 20, 2013 at 9:00 a.m., the Court will hold him in contempt. With respect to the request for costs and fees, the Court will take the matter under submission.

New Orleans, Louisiana, this 19th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE