**EXHIBIT B**

ARCHIVE COPY -IV00230840

TEL: 800 672 6372
FAX: 800 637 2568

4-05-4727

May 30, 2002

RayDell Ashley, R.Ph.
State of Utah Department of Health
PO Box 143102
Salt Lake City, UT 84118-3102

Dear Ms. Ashley:

Our National Account Executive, Von Wood, has referred your request for information regarding VIOXX (rofecoxib tablets and oral suspension).   Your inquiry concerned the occurrence of cardiovascular effects in patients receiving VIOXX.

### Prescribing Information for VIOXX

VIOXX is indicated for relief of the signs and symptoms of osteoarthritis (OA), relief of the signs and symptoms of rheumatoid arthritis (RA) in adults, the management of acute pain in adults, and the treatment of primary dysmenorrhea.

The following is information from the Prescribing Information for VIOXX.

### CLINICAL STUDIES

*The VIOXX GI Clinical Outcomes Research (VIGOR study)*

Study Design: The VIGOR study was designed to evaluate the comparative GI safety of VIOXX 50 mg once daily (twice the highest dose recommended for chronic use in OA and RA) versus naproxen 500 mg twice daily (common therapeutic dose). The general safety and tolerability of VIOXX 50 mg once daily versus naproxen 500 mg twice daily was also studied. VIGOR was a randomized, double-blind study (median duration of 9 months) in 8076 patients with rheumatoid arthritis (RA) requiring chronic NSAID therapy (mean age 58 years). Patients were not permitted to use concomitant aspirin or other antiplatelet drugs. Patients with a recent history of myocardial infarction or stroke and patients deemed to require low-dose aspirin for cardiovascular prophylaxis were to be excluded from the study. Fifty-six percent of patients used concomitant oral corticosteroids. The GI safety endpoints (confirmed by a blinded adjudication committee) included:

> PUBs-symptomatic ulcers, upper GI perforation, obstruction, major or minor upper GI bleeding.
> Complicated PUBs (a subset of PUBs)-upper GI perforation, obstruction or major upper GI bleeding.

The risk reduction for PUBs and complicated PUBs for VIOXX compared with naproxen was approximately 50%.

*Cardiovascular Safety*

The VIGOR study showed a higher incidence of adjudicated serious cardiovascular thrombotic events in patients treated with VIOXX 50 mg once daily as compared to patients treated with naproxen 500 mg twice daily (see Table 1). This finding was largely due to a difference in the incidence of myocardial infarction between the groups. (See Table 2) (See PRECAUTIONS, *Cardiovascular Effects.*). Adjudicated serious cardiovascular events (confirmed by a blinded adjudication committee) included: sudden death, myocardial infarction, unstable angina, ischemic stroke, transient ischemic attack and peripheral venous and arterial thromboses.

Table 1
VIGOR-Summary of Patients with Serious Cardiovascular Thrombotic Adverse Events[1] over Time
COMPARISON TO NAPROXEN

| Treatment Group | Patients Randomized | | 4 months[2] | 8 months[3] | 10 ½ Months[4] |
|---|---|---|---|---|---|
| VIOXX 50 mg | 4047 | Total number of events | 17 | 29 | 45 |
| | | Cumulative Rate[1] | 0.46% | 0.82% | 1.81%* |
| Naproxen 1000 mg | 4029 | Total number of events | 9 | 15 | 19 |
| | | Cumulative Rate[1] | 0.23% | 0.43% | 0.60% |

[1]Confirmed by blinded adjudication committee, [2]Number of patients remaining after 4 months were 3405 and 3395 for VIOXX and naproxen respectively, [3]Number of patients remaining after 8 months were 2806 and 2798 for VIOXX and naproxen respectively, [4]Number of patients remaining were 531 and 514 for VIOXX and naproxen respectively. †Kaplan-Meier cumulative rate.
* p-value <0.002 for the overall relative risk compared to naproxen by Cox proportional hazard model

Table 2
VIGOR- Serious Cardiovascular Thrombotic Adverse Events[1]

| | VIOXX 50 mg (N[2]=4047) n[3] | Naproxen 1000 mg (N[2]=4029) n[3] |
|---|---|---|
| Any CV thrombotic event | 45* | 19 |
| Cardiac Events | 28** | 10 |
|   Fatal MI/Sudden death | 5 | 4 |
|   Non-fatal MI | 18** | 4 |
|   Unstable angina | 5 | 2 |
| Cerebrovascular | 11 | 8 |
|   Ischemic stroke | 9 | 8 |
|   TIA | 2 | 0 |
| Peripheral | 6 | 1 |

[1]Confirmed by an independent committee blinded to treatment, [2]N=Patients randomized, [3]n=Patients with events
*p-value <0.002 and **p-value ≤0.006 for relative risk compared to naproxen by Cox proportional hazard model

For cardiovascular data from 2 long-term placebo-controlled studies, see PRECAUTIONS, *Cardiovascular Effects*.

## PRECAUTIONS

### *Cardiovascular Effects*

The information below should be taken into consideration and caution should be exercised when VIOXX is used in patients with a medical history of ischemic heart disease.

In VIGOR, a study in 8076 patients (mean age 58; VIOXX n=4047, naproxen n=4029) with a median duration of exposure of 9 months, the risk of developing a serious cardiovascular thrombotic event was significantly higher in patients treated with VIOXX 50 mg once daily (n=45) as compared to patients treated with naproxen 500 mg twice daily (n=19). In VIGOR, mortality due to cardiovascular thrombotic events (7 vs 6, VIOXX vs naproxen, respectively) was similar between the treatment groups. (See CLINICAL STUDIES, *Special Studies, VIGOR, Other Safety Findings: Cardiovascular Safety*.) In a placebo-controlled database derived from 2 studies with a total of 2142 elderly patients (mean age 75; VIOXX n=1067, placebo n=1075) with a median duration of exposure of approximately 14 months, the number of patients with serious cardiovascular thrombotic events was 21 vs 35 for patients treated with VIOXX 25 mg once daily versus placebo, respectively. In these same 2 placebo-controlled studies, mortality due to cardiovascular thrombotic events was 8 vs 3 for VIOXX versus placebo, respectively. The significance of the cardiovascular findings from these 3 studies (VIGOR and 2 placebo-controlled studies) is

unknown, Prospective studies specifically designed to compare the incidence of serious CV events in patients taking VIOXX versus NSAID comparators or placebo have not been performed.

**Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis.** Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, *Special Studies, Platelets*; PRECAUTIONS, *Drug Interactions, Aspirin.*) Prospective, long-term studies on concomitant administration of VIOXX and aspirin evaluating cardiovascular outcomes have not been conducted.

### Information for Patients

Patients should be informed that VIOXX is not a substitute for aspirin for cardiovascular prophylaxis because of its lack of effect on platelets. See CLINICAL STUDIES, *Special Studies, VIGOR* and PRECAUTIONS, *Cardiovascular Effects.*

### Drug Interactions

*Aspirin:* Concomitant administration of low-dose aspirin with VIOXX may result in an increased rate of GI ulceration or other complications, compared to use of VIOXX alone. At steady state, VIOXX 50 mg once daily had no effect on the anti-platelet activity of low-dose (81 mg once daily) aspirin, as assessed by *ex vivo* platelet aggregation and serum $TXB_2$ generation in clotting blood. Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis. Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, *Special Studies, Platelets* and PRECAUTIONS, *Cardiovascular Effects.*) Prospective, long-term studies on concomitant administration of VIOXX and aspirin have not been conducted.

### ADVERSE REACTIONS

Approximately 3600 patients with osteoarthritis were treated with VIOXX; approximately 1400 patients received VIOXX for 6 months or longer and approximately 800 patients for one year or longer. In these clinical studies combined, a total of 2,829 received VIOXX 12.5 mg once daily or 25 mg once daily.

In the osteoarthritis studies, the following spontaneous adverse events pertaining to the cardiovascular system occurred in > 0.1% to 1.9% of patients treated with VIOXX regardless of causality: angina pectoris, atrial fibrillation, bradycardia, hematoma, irregular heart beat, palpitation, premature ventricular contraction, tachycardia, venous insufficiency.

The following serious adverse reactions pertaining to the cardiovascular system have been reported rarely (estimated <0.1%) in patients taking VIOXX, regardless of causality: cerebrovascular accident, congestive heart failure, deep venous thrombosis, myocardial infarction, pulmonary edema, pulmonary embolism, transient ischemic attack, unstable angina.

A search of the medical literature identified studies discussing cardiovascular effects in patients receiving therapy with VIOXX, a selection of which is summarized below.

Please note that these references are grouped according to the topics listed below.

MRK-AKT2667905

I.      The VIOXX Gastrointestinal Outcomes Research Trial
II.     Data Analyzing the Cardiovascular Safety of Rofecoxib vs. Placebo
III.    Data Analyzing the Cardiovascular Safety of Rofecoxib vs. NSAIDs
IV.     NSAIDs as Cardioprotective Agents
V.      Effect of VIOXX on Platelets
VI.     Effect of NSAIDs on Systemic Production of Prostacyclin ($PGI_2$)
VII.    Effect of VIOXX on Serum Markers of Inflammation in Patients with Coronary Artery Disease
VIII.   Effect of VIOXX on Endothelial Function

### I. The VIOXX Gastrointestinal Outcomes Research Trial

The result of the VIGOR trial have been reported by Bombardier et al. [1]

Mukherjee et al. [2] (in a JAMA Commentary) analyzed the results of the VIGOR trial, and noted that the rate of myocardial infarction in rheumatoid arthritis patients treated with VIOXX was greater than in patients treated with naproxen. The authors then commented that the difference in MI rates could be due to either an effect of rofecoxib or an effect of naproxen. The authors also noted that the annualized event rate of myocardial infarction in these rheumatoid arthritis patients treated with VIOXX was greater than in a control population taken from a recently published meta-analysis of four randomized controlled trials of aspirin for primary prophylaxis of coronary heart disease by Sanmuganathan et al. [3] This meta-analysis characterized the absolute risk of myocardial infarction in control groups from these four trials as ranging from 0.36 %/year to 1.33 %/year with a weighted mean absolute risk of 0.52 %/year. In the VIGOR trial, the rate of myocardial infarction in rheumatoid arthritis patients (a population at elevated risk for cardiovascular thrombotic events) treated with VIOXX was 0.74 %/year.

Unlike the VIGOR trial, the data used in the meta-analysis from Sanmuganathan et al. [3] did not analyze populations of rheumatoid arthritis patients, but analyzed the control population from four randomized controlled trials of aspirin for primary prevention. Sangumanathan et al. [3] analyzed data from a study of general practice patients with cardiovascular risk factors [4], two studies from populations of healthy male physicians [5,6], and a study of patients receiving therapy for hypertension [7]. The patients in these four studies [4,5,6,7] (used in the meta-analysis from Sangumanathan et al. [3] and cited by Mukherjee et al. [2] had varying cardiovascular risks. Therefore, the patients included in that meta-analysis could have cardiovascular risk that was different from the rheumatoid arthritis population in VIGOR.

Dalen [8] (the Editor of the Archives of Internal Medicine) commented on both the VIGOR and Mukherjee et al. [2] studies in an editorial accompanying three articles in the Archives of Internal Medicine [24,25,26] : the three articles (reporting on patients from the US, United Kingdom, and Canada) presented "convincing evidence that patients treated with naproxen have a decreased incidence of myocardial infarction compared with patients receiving NSAIDs other than naproxen or those not receiving NSAIDs ...The good news for the millions of users of COX-2 inhibitors (and their manufacturers) is that there is no evidence that use of COX-2 inhibitors increases (or decreases) the risk of myocardial infarction. The findings in the VIGOR study and the findings in the report by Mukherjee et al. are readily explicable by the beneficial effects of naproxen rather than a detrimental effect of COX-2 inhibitors."

### II. Data Analyzing the Cardiovascular Safety of Rofecoxib vs. Placebo

Reicin et al. (Unpublished data from Merck Research Laboratories) performed an analysis of pooled safety data from 3 randomized, double-blind, placebo controlled studies with rofecoxib 25 mg once daily in elderly patients (median age approximately 75 years) to investigate cardiovascular safety. The adverse event data was pooled from 3 studies in elderly patients. The analysis included all serious (regulatory definition) thrombotic cardiovascular adverse events. The data was analyzed as three subgroups; 1) investigator-reported serious thrombotic cardiovascular adverse events, 2) confirmed thrombotic cardiovascular events blindly adjudicated by an external committee (according to a pre-defined standard operating procedure), and 3) events meeting the criteria of the Antiplatelet Trialists' Collaboration (APTC). Event rates per 100 patient-years and ratios of rate with 95% confidence intervals (95% CI) calculated for each subgroup are shown in the table below. A relative risk <1.0

indicates a reduced risk for rofecoxib versus placebo. Studies 1 and 2 reflect the data detailed in the prescribing information for VIOXX (see PRECAUTIONS, *Cardiovascular Effects*)

### Incidence of Serious Thrombotic Cardiovascular Adverse Events in Elderly Patients

| | Rofecoxib 25 mg qd (n=1448) | | Placebo (n=1451) | | Relative Risk* (95 % CI) |
|---|---|---|---|---|---|
| | # cases/patient year | Rate/100 patient year | # cases/patient year | Rate/100 patient year | |
| Investigator-reported | 52/1450 | 3.59 | 62/1615 | 3.84 | 0.93 (0.63, 1.37) |
| Confirmed-adjudicated | 25/1461 | 1.71 | 39/1634 | 2.39 | 0.72 (0.42, 1.21) |
| APTC | 22/1461 | 1.51 | 30/1634 | 1.84 | 0.82 (0.45, 1.47) |

*Relative risk of rofecoxib vs. placebo

### Confirmed Thrombotic Cardiovascular Serious Adverse Experiences in Elderly Patients by Study

| | Rofecoxib 25 mg qd | | | Placebo | | | Relative Risk* (95 % CI) |
|---|---|---|---|---|---|---|---|
| | N | Cases/Pt Yr.[†] | Rate[‡] | N | Cases/Pt Yr[†] | Rate[‡] | |
| Study 1 | 721 | 17/996 | 1.71 | 729 | 23/1098 | 2.09 | 0.82 (0.41, 1.59) |
| Study 2 | 346 | 4/301 | 1.33 | 346 | 12/366 | 3.28 | 0.41 (0.10, 1.34) |
| Study 3 | 381 | 4/165 | 2.43 | 376 | 4/169 | 2.36 | 1.03 (0.19, 5.51) |
| Total | 1448 | 25/1461 | 1.71 | 1451 | 39/1634 | 2.39 | 0.72 (0.42, 1.21) |

*Relative risk of rofecoxib vs. placebo
[†]Patient-years at risk
[‡]Per 100 patient-years at risk

### Summary of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences by Type of Event

| | Rofecoxib 25 mg qd N=1448 | | Placebo N=1451 | |
|---|---|---|---|---|
| | n | % | n | % |
| Patients with one or more adverse experiences | 25 | 1.7 | 39 | 2.7 |
| Patients with no adverse experience | 1423 | 98.3 | 1412 | 97.3 |
| Cardiac Events | 14 | 1.0 | 21 | 1.5 |
| Acute myocardial infarction | 9 | 0.6 | 13 | 0.9 |
| Sudden/unexplained death | 5 | 0.4 | 3 | 0.2 |
| Unstable angina pectoris | 1 | 0.1 | 8 | 0.6 |
| Cerebrovascular Events | 11 | 0.8 | 16 | 1.1 |
| Ischemic cerebrovascular stroke | 5 | 0.4 | 13 | 0.9 |
| Transient ischemic attack | 6 | 0.4 | 3 | 0.2 |
| Peripheral Events | 0 | 0 | 3 | 0.2 |
| Peripheral arterial thrombosis | 0 | 0 | 1 | 0.1 |
| Peripheral venous thrombosis | 0 | 0 | 2 | 0.1 |

Patients who were taking aspirin or other antiplatelet agents for cardiovascular protection, and patients in whom aspirin or other antiplatelet agents were indicated for cardiovascular-protective effect in the opinion of the study investigator, were to be excluded from enrollment in these studies. However, because these patients were elderly and possibly at risk for complications of atherosclerotic cardiovascular disease, therapy with aspirin or clopidogrel was allowed if, during the study period, the investigator determined that it was indicated. Approximately 8% of

MRK-AKT2667907

patients received anti-platelet therapy, including low-dose aspirin, for cardiovascular prophylaxis. A sensitivity analysis that excluded patients who had used aspirin or clopidogrel during the study was performed as part of the meta-analysis. This subgroup analysis, which included >88% of the events, provided results consistent with the primary approach.

The authors concluded that in elderly patients, rofecoxib 25 mg once daily had a comparable cardiovascular safety profile compared with placebo.

### III. Data Analyzing the Cardiovascular Safety of Rofecoxib vs. NSAIDs

*Pooled Analysis of Phase IIb-V Studies for Cardiovascular Safety*

Konstam et al. [9] conducted a pooled analysis of cardiovascular events on all Phase IIb-V clinical trials with rofecoxib of 4 weeks or longer that were completed by September 2000, including the interim data from the Alzheimer's studies presented above. All study trials included comparative data between rofecoxib and nonselective NSAIDs, rofecoxib and placebo, or both. Studies performed in healthy volunteers or in which rofecoxib was compared with celecoxib were excluded. Data from treatment periods using doses $\geq$12.5 mg were combined for analysis; subtherapeutic (<12.5 mg) doses were excluded. The Antiplatelet Trialists' Collaboration (APTC) endpoint was examined on data from over 28,000 patients (>14,000 patient-years). The APTC endpoint consists of the combined incidence of CV, hemorrhagic, and unknown death, nonfatal myocardial infarction, and nonfatal stroke.

The graph below demonstrates the relative risk of an APTC event in patients treated with naproxen, non-naproxen NSAIDs (ibuprofen, diclofenac, nabumetone) or placebo in all clinical trials of 4 weeks or longer with rofecoxib. The results of this pooled analysis demonstrate that the risk of sustaining an APTC event was similar when rofecoxib was compared with placebo and when rofecoxib was compared with non-naproxen NSAIDs (ibuprofen, diclofenac, nabumetone). In contrast, there was a reduced relative risk of an APTC event in patients treated with naproxen compared with rofecoxib. Naproxen appears to be cardioprotective compared with all other comparator NSAIDs and rofecoxib.



**Figure 1.** Relative risk (95% CI) of the APTC end point for rofe-coxib relative to placebo, non-naproxen NSAIDs, and naproxen in the entire population studied. Triangles represent relative risk, and size of triangles represents patient-years of exposure. Bars indicate 95% CI.

Reprinted with permission Konstam et al. Circulation 2001:104:r15-f23.

The same type of analysis using the APTC endpoint was performed for all Phase II-V studies of at least 6 months duration. The 6 month time point was chosen in order to ensure that studies of short duration did not unduly influence the results. This analysis also indicates that naproxen appears to be cardioprotective relative to all other comparator NSAIDs and rofecoxib. Naproxen reduces the risk for sustaining an APTC endpoint relative to the other comparator NSAIDs and rofecoxib.

Case 2:05-md-01657-EEF-DEK   Document 64453-2   Filed 06/19/13   Page 8 of 21



**Figure 2.** Relative risk (95% CI) of the APTC end point for rofe-coxib relative to placebo, non-naproxen NSAIDs, and naproxen in studies ≥6 months in duration. Triangles represent relative risk, and size of triangles represents patient-years of exposure. Bars indicate 95% CI.

Reprinted with permission Konstam et al. Circulation 2001;104:r15-r23.

A summary of the APTC events by type of event is presented below. The overall rates of APTC events were markedly lower in the naproxen group compared with any other treatment group. In comparison with the overall population, those with APTC events were more likely to be >65 years of age, male, and have a history of at least one risk factor for coronary artery disease. Approximately one third of the patients who had an ATPC event had a history of a CV event ICVA, TIA, MI, unstable angina, stable angina, CABG, or percutaneous coronary intervention.

MRK-AKT2667909

Summary of ATPC End Point by Type of Event

| | Rofecoxib vs. Naproxen | | Rofecoxib vs. non-Naproxen NSAIDs | | Rofecoxib vs. Placebo | |
|---|---|---|---|---|---|---|
| | Rofecoxib n=9083* | Naproxen n=7870 | Rofecoxib n=4549 | Non-Naproxen NSAIDs n=2755 | Rofecoxib n=6290 | Placebo n=3482 |
| ATPC Events | | | | | | |
| Patients with events | 57 (0.63) | 27 (0.34) | 21 (0.04) | 14 (0.51) | 33 (0.52) | 32 (0.92) |
| Total CV, hemorrhagic, and unknown deaths | 12 (0.13) | 7 (0.09) | 1 (0.02) | 5 (0.18) | 9 (0.14) | 4 (0.11) |
| Fatal MI | 8 (0.09) | 4 (0.05) | 0 (0.00) | 4 (0.15) | 3 (0.05) | 0 (0.00) |
| Fatal Stroke | 1 (0.01)† | 2 (0.03)† | 0 (0.00) | 1 (0.04) | 0 (0.00) | 0 (0.00) |
| Non-CNS hemorrhagic deaths | 2 (0.02)§ | 0 (0.00) | 0 (0.00) | 0 (0.00) | 0 (0.00) | 1 (0.02)‡ |
| Sudden/unknown cause of death | 1 (0.01) | 1 (0.01) | 1 (0.00) | 0 (0.00) | 6 (0.09) | 3 (0.09) |
| Nonfatal cardiac events | 29 (0.32) | 6 (0.08) | 13 (0.29) | 7 (0.25) | 16 (0.25) | 13 (0.37) |
| Nonfatal cerebrovascular events | 17 (0.19)# | 14 (0.18) | 7 (0.15) | 2 (0.11) | 8 (0.13) | 15 (0.43) |

Values are n (%)

Nonfatal cardiac events includes patients with the following diagnoses: MI and resuscitated cardiac arrest
Nonfatal cerebrovascular events includes patients with the following diagnoses: carotid artery obstruction, cerebrovascular accident, ischemic cerebrovascular stroke, lacunar infarct, and hemorrhagic stroke.
*One patient in this group had two events, a stroke and a MI
†One confirmed hemorrhagic stroke occurred in both the rofecoxib and naproxen groups
‡One patient had a ruptured aortic aneurysm
§One patient had arterial rupture, one unspecified hemorrhage (suspected upper GI bleed)
# Two confirmed nonfatal hemorrhagic strokes occurred in the rofecoxib group.

The authors concluded that data from greater than 28,000 patients in 23 studies representing greater than 14,000 patient-years at risk demonstrated that rofecoxib was not associated with excess CV thrombotic events compared with either placebo or non-naproxen NSAIDs. The data suggest, but are insufficient to ascertain, the cardioprotective benefits of naproxen.

*Pooled Analysis of Phase IIb-III Studies for Cardiovascular Safety*

Reicin et al. [10] compared the risk for thrombotic cardiovascular events among patients receiving rofecoxib (n=3357), non-selective nonsteroidal anti-inflammatory drugs (NSAIDs, n=1564), and placebo (n=711) in participants in 8 phase IIb/III osteoarthritis trials. These studies were conducted from 1995 to 1998 and were the basis for regulatory approvals worldwide. Patients were followed in each study until final evaluation after the completion of the study, final evaluation after early discontinuation for any reason, loss to follow-up, or death. In all studies, a final patient contact and/or evaluation was scheduled for 14 days after completion or discontinuation. The primary endpoint assessed was the risk of any arterial or venous thrombotic cardiovascular adverse event. A second analysis assessed differences in the Anti-platelet Trialist's Collaboration (APTC) events. The APTC endpoint consists of the combined incidence of cardiovascular, hemorrhagic, and unknown death; myocardial infarction; and cerebrovascular accident.

The rofecoxib group was comprised of combined doses from all therapeutically effective doses; 12.5 mg once daily (n=1209), 25 mg once daily (n-1603), and 50 mg once daily (n=545), average daily dose of 24.7 mg. The nonselective NSAIDs were ibuprofen 800 mg t.i.d. (n=847), diclofenac 50 mg t.i.d. (n=590, and nabumetone 1500 mg once daily (127). Seven hundred and eleven patients were treated with placebo. The median time of therapy was 3.5 months, with a maximum of 22 months. The mean age was 63 years (range 38 to 94), 45% were age 65 or older, and 73% were female. Most (90%) patients had previously used NSAIDs for the osteoarthritis. Approximately 11% had a prior history of atherosclerotic cardiovascular disease and 57% reported one or more cardiovascular risk factors. The most common risk factor was hypertension.

MRK-AKT2667910

A summary of the investigator reported cardiovascular thrombotic events comparing patients treated with rofecoxib to patients treated with nonselective NSAIDs is shown in the graph below.



Reprinted with permission from the publisher from Reicin et al. Am J. Cardio 2002;89204-209.

The incidence of APTC combined endpoint are presented in the table below.  This incidence was similar between the patients treated with rofecoxib and nonselective NSAIDs and between rofecoxib and placebo.

**Incidence and Relative Risk of Cardiovascular Thrombotic Events by APTC End Point**

|  | Rofecoxib vs. Nonselective NSAIDs | | Rofecoxib vs. Placebo | |
|---|---|---|---|---|
|  | Rofecoxib | Nonselective NSAIDs | Rofecoxib | Placebo |
|  | (n=3357) | (n=1564) | (n=2253) | (n=711) |
| Patient with event (n) | 16 | 10 | 7 | 3 |
| Patient-years at risk | 1659 | 706 | 516 | 156 |
| Rates per 100 pt-years | 0.96 | 1.42 | 1.36 | 1.93 |
| Relative Risk  (95% CI) | 1.44 (0.65, 3.17) | | 1.42 (0.24, 6.22) | |

The authors concluded that in the rofecoxib osteoarthritis development program, no difference exists between rofecoxib, comparator nonselective NSAIDs, and placebo in the risks of cardiovascular thrombotic events.

## IV.  NSAIDs as Cardioprotective Agents

At least three non-selective NSAIDs have been demonstrated to exhibit a cardioprotective effect: naproxen, flurbiprofen, and indobufen.  All three NSAIDs are potent inhibitors of platelet-derived thromboxane.

A.  Flurbiprofen:  In patients successfully treated for acute myocardial infarction with thrombolysis and/or angioplasty, flurbiprofen 50 mg twice daily for six months led to a >50% reduction in the primary endpoint, recurrent MI or reocclusion of the infarct-related coronary artery.[11]

B.  Indobufen:  This NSAID has been recently reviewed and highly endorsed [12] for its use in the management of atherothrombotic disorders.  The efficacy of indobufen has been evaluated in multiple clinical trials for the:

- Secondary prevention of thromboembolic events (TIA, stroke, atrial fibrillation with systemic embolism, MI) in at risk patients. [13,14,15,16]
- Maintenance of graft patency following coronary artery bypass surgery. [17,18,19]
- Treatment of intermittent claudication. [20,21,22,23]

C. Naproxen: In the VIGOR trial [1], the incidence of myocardial infarction was 0.5% for patients treated with rofecoxib 50 mg once daily and 0.1% for naproxen-treated patients (500 mg b.i.d.) in rheumatoid arthritis patients. Naproxen has been demonstrated to reduce the risk of cardiovascular thromboembolic events in several studies including: rheumatoid arthritis patients in the UK General Practice Research Database [24], a large healthcare database taken from the New Jersey Medicare and Medicaid programs [25], and a case-controlled study of hospitalized elderly patients with acute myocardial infarctions from Quebec, Canada. [26] A recently published observational cohort study using data from the Tennessee Medicaid Program did not show a protective effect of naproxen or other non-aspirin NSAIDs on the risk of coronary heart disease. [27]

D. Non-aspirin NSAIDs:

Ko et al. [28] performed an analysis to determine whether the use of NSAIDs alone, or in addition to aspirin, was associated with a lower 1-year mortality rate in elderly patients after acute myocardial infarction. The study included data from the Cooperative Cardiovascular Project, a retrospective medical record review that included clinical and demographic information for Medicare beneficiaries hospitalized with a diagnosis of acute myocardial infarction during 1994 and 1995. The cohort included 48,584 elderly patients with acute myocardial infarction without contraindications to NSAIDs or aspirin treatment. At discharge, 74.5% of the patients (n=36,211) were prescribed aspirin alone, 1.5% of the patients (n=736) were prescribed NSAIDs alone, 4.3% of the patients (n=2096) were prescribed NSAIDs concomitant with aspirin, and 19.6% of the patients (n=9541) were prescribed neither medication. As shown in the table below, the adjusted 1-year mortality rates were lower in patients receiving either NSAIDs, aspirin or NSAIDs concomitant with aspirin compared with those patients receiving neither drug.

#### One-year Mortality Rates of Patients Prescribed NSAIDs or Aspirin Compared with Patients Receiving Neither Drug

| Treatment | Hazard ratio (95% CI) |
|---|---|
| NSAID therapy alone | 0.77 (0.65, 0.90) |
| Aspirin therapy alone | 0.81 (0.77, 0.86) |
| NSAIDs and aspirin | 0.78 (0.69, 0.88) |

Compared with patients prescribed NSAID therapy upon discharge after acute myocardial infarction, there was no significant benefit associated with the addition of aspirin, and the benefit of NSAID therapy was not significantly different from that of aspirin alone.

The authors concluded that the prescription of NSAID therapy at hospital discharge for elderly Medicare beneficiaries who survived acute myocardial infarction was associated with similarly lower 1-year mortality rates as compared with aspirin therapy. The addition of aspirin to NSAID therapy was not associated with an additional survival benefit.

Kimmel et al. [29] evaluated the effects of non-aspirin nonsteroidal anti-inflammatory drugs (NSAIDs) on myocardial infarction (MI) in order to interpret recent trials comparing nonselective NSAIDs with COX-2 selective inhibitors. The authors conducted a multi-centered, case-control study of first MI in patients aged 40 to 75 years, among 36 hospitals in a 5-county area during a 26-month period in 1999-2001. Cases (n=909, 21% nonselective NSAID users in the week prior to MI) were patients hospitalized with a first MI, and controls (n=3030, 34% nonselective NSAID users) were randomly selected from the same geographic area. Detailed information regarding NSAID use in the week before the MI for cases and before the interview for controls was collected via telephone interviews using state-of-the-art methods, including NSAID picture prompts. Nonselective NSAID use was compared with no use in the week prior to first MI. Multivariable logistic regression was used to adjust for age, sex, body mass index, family history, cigarette smoking, insurance,

exercise, and history of coronary disease, heart failure, hypertension, hypercholesterolemia, diabetes, or arthritis.

The results of the study show a significant protective effect against MI for nonselective NSAID use in both the prior week and the prior 24 hours. There was a significant interaction between current aspirin use (within the index week) and NSAIDs. NSAIDs were protective among those not using aspirin, but were not protective among aspirin users (interaction P<0.01).

### Effect of Nonselective NSAID usage on First Myocardial Infarction

| NSAID Usage | Odds Ratio and 95% CI |
|---|---|
| Nonselective NSAID use in the week prior to MI | 0.67 (0.54, 0.82) |
| Nonselective NSAID use in the 24 hours prior to MI | 0.61 (0.46, 0.80) |
| Nonselective NSAID use with no aspirin use | 0.56 (0.44, 0.72) |
| Nonselective NSAID use with aspirin | 1.01 (0.69, 1.47)* |

*p<0.01

The authors concluded that current use of nonselective NSAIDs is associated with a reduced odds of MI. Among ASA users, however, there is no effect of NSAID use on MI risk.

## V. Effect of VIOXX on Platelets

**Please see the Prescribing Information for VIOXX at the beginning of this letter.**

Greenberg et al. [30] presented data from a double-blind, aspirin interaction study in which 24 patients were randomized to receive placebo (n=12) or rofecoxib 50 mg daily (n=12) for 10 days. On days 4-10, all subjects received open-label aspirin 81 mg once daily. Thromboxane $B_2$ production was inhibited by 98.4% during therapy with both aspirin alone and aspirin plus rofecoxib. Similarly, arachidonic acid-induced platelet aggregation was inhibited by 93.5% during therapy with aspirin alone and by 93.7% during therapy with aspirin plus rofecoxib. Corresponding values for inhibition of collagen-induced platelet aggregation were 90.8% and 86.7%, respectively. The authors concluded that, at steady state, rofecoxib (50 mg/day) did not affect the anti-platelet effects of low-dose aspirin.

Depre et al. [31] conducted a randomized, double-blind, placebo-controlled, parallel group study which evaluated the COX-2 specificity and tolerability of the clinical doses (12.5-25 mg) and the supratherapeutic (i.e., more than tenfold above the clinical dosage range) doses (100-375 mg) of rofecoxib in 32 healthy male volunteers (mean age of 22; mean weight of 73.3 kg). These subjects were divided into four groups (eight subjects/group), and each group was administered placebo (n=2) or rofecoxib (n=6) 25 mg, 100 mg, 250 mg, or 375 mg once daily on day 1 and days 3 through 14. Blood samples drawn at baseline and at specified time points post-dosing were assayed for COX-1 and COX-2 activity. Inhibition of platelet COX-1 activity, as assessed by thromboxane $B_2$ [$TXB_2$] generation in clotting whole blood, was not demonstrated by any dose of rofecoxib compared with placebo (p>0.10 for all comparisons vs. placebo). There were no statistically significant reductions of serum $TXB_2$ by placebo or rofecoxib 25 mg, 100 mg, 250 mg, and 375 mg. As a further assessment of platelet COX-1 activity, bleeding time was assessed 4 hours after the last dose of placebo, rofecoxib 250 mg, and rofecoxib 375 mg. The mean change from baseline bleeding time was similar between placebo and rofecoxib 250 mg and 375 mg (0.49 minute, 0.69 minute, and 0.63 minute, respectively). COX-2 inhibitory activity, as assessed by average inhibition of whole blood lipopolysaccharide-stimulated prostaglandin $E_2$ [$PGE_2$] production, was significantly demonstrated by all doses of rofecoxib compared with placebo (p<0.001 for all comparisons vs. placebo). COX-2 inhibition results on day 14 for placebo and rofecoxib 25 mg, 100 mg, 250 mg, and 375 mg were 0.3%, 67.2%, 95.8%, 92.3% and 95.8%, respectively. Overall, these results indicate that multiple-dose administration of rofecoxib inhibits COX-2 without significant effect on COX-1 over a dosage range of 25 mg to 375 mg. Rofecoxib was well tolerated as mild and transient side effects were reported for multiple doses up to 375 mg. The authors concluded that rofecoxib is a potent and specific inhibitor of COX-2 in humans even at doses more than tenfold higher than those associated with efficacy in patients with osteoarthritis.

Van Hecken et al. ([32] and unpublished data, Merck Research Laboratories) performed a study to assess the effect of NSAIDs on platelet function, patients were treated with VIOXX 12.5 mg qd (n=12), VIOXX 25 mg qd (n=12), naproxen 550 mg b.i.d. (n=8), diclofenac 50 mg t.i.d. (n=8), ibuprofen 800 mg t.i.d. (n=8), meloxicam 15 mg qd (n=12) or placebo (n=16). All treatments were administered for 5 days plus 1 morning dose on Day 6. The effect of treatment on platelet aggregation was determined in vitro (outside of the body) using arachidonic acid as the primary agonist (the agent used to promote platelet aggregation via TxA2 generation). The difference between baseline platelet aggregation and post-treatment platelet aggregation was determined and the weighted average inhibition was calculated (WAI, inhibition of platelet aggregation calculated from the area under the curve from 0 to 8 hours). Aggregation is expressed as the percent inhibition from pre-dose baseline levels.

As shown in the figure below, the WAI of platelet aggregation for both doses of VIOXX and for meloxicam were not significantly different from placebo. Diclofenac, ibuprofen and naproxen significantly inhibited platelet aggregation compared with placebo (p<0.001).

The Effect of NSAID and VIOXX Treatment on Platelet Aggregation



** p<0.001 compared to placebo

The effect of NSAID treatment on bleeding time was also determined in the same treatment groups.  Bleeding time is the *best* test of platelet function because it is an in vivo test and thus not subject to laboratory conditions as is the in vitro WAI study. As shown in the figure below, VIOXX (12.5 and 25 mg), meloxicam and diclofenac treatments showed no significant change in bleeding time from Day 1 to Day 6 compared to placebo. In contrast, ibuprofen and naproxen treatments significantly prolonged mean bleeding time by 1.57 and 2.41 minutes, respectively (p<0.002, p<0.001).

Change from Pretreatment Bleeding Time



*p<0.002, ** p<0.001

## VI. Effect of NSAIDs on Systemic Production of Prostacyclin (PGI$_2$)

Catella-Lawson et al. [33] conducted a double-blind, placebo-controlled study which evaluated the effect of rofecoxib on prostacyclin biosynthesis. Prostacyclin is the major COX product of macrovascular endothelium. Urinary excretion of 2,3 dinor-6 keto PGF$_{1\alpha}$ (PGI-M) reflects predominately extrarenal formation of this eicosanoid in healthy volunteers. Thirty-six healthy elderly patients (ages 59-80 years) were randomized to receive either rofecoxib 50 mg once daily (n=12), indomethacin 50 mg t.i.d. (n=12), or placebo (n=12). Urinary 11-dehydro-thromboxane-B$_2$ (TX-M) and urinary 2,3,dinor-6 keto PGF$_{1\alpha}$ (PGI-M) were measured at baseline (pre-treatment) and after 13 days of treatment. Urinary excretion of TX-M is an index of COX-1-dependent thromboxane biosynthesis by platelets. As demonstrated in the table below, both rofecoxib 50 mg once daily and indomethacin 50 mg t.i.d. showed significant change in PGI-M synthesis compared with placebo. There was no statistical difference between rofecoxib and indomethacin (p=0.55). Urinary TX-M was significantly inhibited by indomethacin 50 mg t.i.d., but unchanged by rofecoxib 50 mg once daily or placebo.

### Effect of Rofecoxib and Indomethacin on Urinary PGI-M and TX-M

| Treatment Group | Urinary PGI-M LS Mean change from baseline (± SEM) pg/mg creatinine | Urinary TX-M LS Mean change from baseline (± SEM) % change from baseline |
|---|---|---|
| Placebo | -0.27 ± 9.1 | 11.1 ± 13.8% |
| Rofecoxib 50 mg qd | -73.6 ± 9.1* | 1.74 ± 15.2% |
| Indomethacin 50 mg t.i.d. | -64.8 ± 10.8* | 59.9 ± 16.6%* |

*p<0.05 compared with placebo

The authors concluded that COX-2 plays a role in the biosynthesis of prostacyclin under physiological conditions in humans, at least in healthy, elderly subjects on a controlled intake of sodium.

McAdam et al. [34] examined the in vivo effects of placebo (n=7), celecoxib 400 mg (n=7), celecoxib 800 mg (n=7), or ibuprofen 800 mg (n=7) on COX-1-dependent platelet thromboxane A$_2$ (TXA$_2$) production and systemic biosynthesis of prostacyclin. As shown in the table below, both dose of celecoxib (400 mg and 800 mg) as well as ibuprofen 800 mg suppressed urinary excretion of the prostacyclin metabolite 2,3 dinor-6 keto PGF$_{1\alpha}$ (PGI-M).

MRK-AKT2667915

### Effect of Celecoxib and Ibuprofen Urinary PGI-M

|                    | 4-6 hours after dosing | 6-12 hours after dosing |
|--------------------|------------------------|-------------------------|
| Treatment          | (pg/mg creatinine)     | (pg/mg creatinine)      |
| Placebo            | $117.1 \pm 49.4$       | $126.2 \pm 63.8$        |
| Celecoxib 400 mg   | $34.2 \pm 7.3^{**}$    | $25.1 \pm 5.4^{**}$     |
| Celecoxib 800 mg   | $22.8 \pm 8.8^{**}$    | $27.0 \pm 11.8^{**}$    |
| Ibuprofen 800 mg   | $51.3 \pm 18.8^{*}$    | $39.8 \pm 6.3^{**}$     |

* $p<0.05$, **$p<0.01$ compared with placebo

The authors concluded that COX-2 is a major source of systemic prostacyclin biosynthesis in healthy humans.

Greenberg et al. [35] examined the effect of acetaminophen on *in vivo* synthesis of prostacyclin ($PGI_2$). A 3-period, double-blind, randomized, crossover study was conducted to compare the effects of acetaminophen 1000 mg t.i.d., indomethacin 50 mg t.i.d., and placebo on $PGI_2$ synthesis in 12 healthy patients over a 5-day treatment period. $PGI_2$ synthesis was determined by measuring the excretion of 2,3 dinor-6 keto $PGF_{1\alpha}$ (PGI-M), an index of systemic $PGI_2$ synthesis. Urine was collected pretreatment and over 8 hours after the first and last dose (days 1 and 5). The table below shows the percent inhibition of PGI-M after drug or placebo treatment on day 1.

### Effect of Indomethacin and Acetaminophen on Prostacyclin Synthesis on Day 1

| Drug          | Peak % Inhibition of PGI-M | Overall % Inhibition of PGI-M |
|---------------|----------------------------|-------------------------------|
|               | (mean $\pm$ SD)            | (mean $\pm$ SD)               |
| Placebo       | $33.7 \pm 29.1$            | $15.6 \pm 9.3$                |
| Indomethacin  | $64.6 \pm 18.4^{**}$       | $42.5 \pm 10.4^{*}$           |
| Acetaminophen | $55.9 \pm 15.0^{**}$       | $36.9 \pm 7.8^{*}$            |

*$p<0.05$ vs. placebo, **$p<0.01$ vs. placebo.

Data collected on day 5 were consistent with those from day 1. The authors concluded that these data demonstrate that acetaminophen significantly reduces urinary PGI-M, confirming previous suggestions that acetaminophen inhibits synthesis of $PGI_2$.

Green et al. [36] studied the effect of a single dose of acetaminophen 500 mg on the in vivo synthesis of prostacyclin in healthy volunteers (n=4) by the measurement of 2,3 dinor-6 keto $PGF_{1\alpha}$ (PGI-M). Acetaminophen caused a marked reduction of prostacyclin synthesis for 6-8 hours without any obvious effect on thromboxane synthesis. The authors concluded that "acetaminophen may at least theoretically be disadvantageous for patients suffering from diseases where prostacyclin mediated vascular defense mechanisms are activated, like myocardial infarction, deep vein thrombosis, and following surgery".

MRK-AKT2667916



FIG 1. Effect of 500 mg of acetaminophen on the urinary excretion of 2,3-dinor-6-keto-PGF₁α ( ——— ) and 2,3-dinor-TxB₂ (- - - - -). Mean-values (±SEM).

prostacyclin (10). Other possible reasons could be that acetaminophen only inhibits cyclooxygenase at low concentrations of peroxide (which then should be the case in vascular endothelium) or that vascular endothelium forms a metabolite of acetaminophen that could interfere with prostacyclin synthase and/or

Reprinted with permission Green et al. Prostaglandins 1989;37(3):311-315.

O'Brien et al. [37] compared the effect of a single dose of acetaminophen 1000 mg with placebo on prostacyclin synthesis in normotensive and hypertensive pregnant women. Urine samples were examined at baseline (pretreatment) and 6-hours post-treatment and analyzed for 2,3 dinor-6 keto $PGF_{1\alpha}$ (PGI-M).
As shown in the table below, both groups treated with acetaminophen demonstrated a reduction in PGI-M production, although this reduction reached statistical significance only in the hypertensive group. There was no significant change in the placebo.

### Effect of Acetaminophen on PGI-M Synthesis in Normotensive and Hypertensive Pregnant Women

|  | Pre-treatment | 6 Hours Post-treatment |
|---|---|---|
| Hypertensive patients | pg/mg creatinine | pg/mg creatinine |
| Placebo (n=13) | 2096 ± 422 | 1936 ± 281 |
| Acetaminophen 1000 mg (n=13) | 2516 ± 644 | 1308 ± 207* |
|  |  |  |
| Normotensive patients | pg/mg creatinine | pg/mg creatinine |
| Placebo (n=11) | 1329 ± 423 | 1447 ± 640 |
| Acetaminophen 1000 mg (n=13) | 1899 ± 623 | 1172 ± 371 |

*p=0.05 compared with baseline

The authors concluded that acetaminophen reduced the production of prostacyclin in pregnant women.

## VII. Effect of VIOXX on Serum Markers of Inflammation in Patients with Coronary Artery Disease

Klustein et al. [38] conducted a prospective, randomized, double-blind, placebo-controlled, three-month study to evaluate the effects of rofecoxib 25 mg once daily (n=13) compared with placebo (n=11) on inflammatory mediators in patients with unstable angina. Patients were excluded from the study if they had any infectious or inflammatory process, renal failure, uncontrolled hypertension or congestive heart failure. Patients were also excluded if they smoked, used anti-inflammatory drugs, had an active ulcer, or an allergy to nonsteroidal anti-inflammatory drugs. Serum levels of C-reactive protein (CRP) and interleukin-6 (IL-6) were determined at baseline and at 1 and 3 months.

After one month, there was a trend for lower CRP levels in patients treated with rofecoxib 25 mg once daily (p=0.083) compared with baseline levels. Statistical significance was achieved after 3 months (p=0.0039). Three patients treated with rofecoxib 25 mg once daily were non-compliant. When these three patients were removed from the analysis, the reduction in CRP levels at the one month time point were statistically significant (p=0.019,

MRK-AKT2667917

Wilcoxin test). Serum IL-6 levels were also reduced in patients treated with rofecoxib 25 mg once daily at 1 and 3 months (p=0.08 and p=0.04, respectively), compared with baseline levels. When the three non-compliant patients were removed from the analysis, p values were 0.022 and 0.042 at 1 and 3 months, respectively. For the placebo treatment group, there were no significant changes in either the CRP or IL-6 levels compared with baseline at either time point.

The authors concluded that rofecoxib significantly reduced both CRP and IL-6 levels in patients with unstable angina. Large scale studies are required to assess whether a reduction in plasma levels of CRP and IL-6 translate into event reduction.

Dudek et al. [39] compared the potential anti-inflammatory effects of atorvastatin 10 mg/day for 6 months, atorvastatin 40 mg/day for 6 months, and atorvastatin 40 mg/day for 6 months plus rofecoxib 12.5 mg once daily for the first 3 months in patients with unstable angina pectoris undergoing percutaneous coronary intervention (PCI). All patients were treated with aspirin and ADP receptor blockers. The levels of interleukin-6 (IL-6) and C-reactive protein (CRP) were measured at baseline, 48 hours, 3 months and 6 months after treatment. The results are shown in the tables below.

### C-Reactive Protein levels after PCI (ng/mL)

|  | Baseline | 48 hours | 3 months | 6 months |
|---|---|---|---|---|
| Atorvastatin 10 mg/day | $6.07 \pm 2.23$ | $21.91 \pm 8.98$ | $2.16 \pm 0.95$ | $1.29 \pm 0.22$ |
| Atorvastatin 40 mg/day | $8.41 \pm 3.02$ | $21.08 \pm 4.36$ | $2.08 \pm 0.48$ | $3.49 \pm 0.82$ |
| Atorvastatin 40 mg/day plus rofecoxib 12.5 mg qd | $7.26 \pm 4.71$ | $15.70 \pm 6.45$ | $0.74 \pm 0.49$* | $0.16 \pm 1.01$* |

*p<0.05 compared with atorvastatin 10 mg/day or atorvastatin 40 mg/day

### IL-6 levels after PCI (pg/mL)

|  | Baseline | 48 hours | 3 months | 6 months |
|---|---|---|---|---|
| Atorvastatin 10 mg/day | $2.87 \pm 2.87$ | $12.42 \pm 8.11$ | $0.04 \pm 0.01$ | <0.01 |
| Atorvastatin 40 mg/day | $2.28 \pm 0.87$ | $5.75 \pm 3.04$ | $0.04 \pm 0.01$ | $0.59 \pm 0.05$ |
| Atorvastatin 40 mg/day plus rofecoxib 12.5 mg qd | $2.52 \pm 1.07$ | $4.56 \pm 1.12$ | <0.01* | <0.01† |

*p<0.05 compared with atorvastatin 10 mg/day or atorvastatin 40 mg/day.
†p<0.05 compared with atorvastatin 40 mg/day.

A statistically significant decrease in CRP and IL-6 plasma levels was noted in patients treated with combination treatment using atorvastatin 40 mg/day and rofecoxib 12.5 mg once daily compared with atorvastatin alone. No adverse effects of tested medications were recorded.

The authors concluded that the addition of a COX-2 inhibitor (rofecoxib) to standard statin therapy seems to be safe and effective in reducing inflammatory markers following percutaneous coronary intervention in association with acute coronary syndromes. The combination of statins with COX-2 inhibitors to reduce major adverse cardiac events following percutaneous coronary intervention should be tested in further clinical trials.

### VIII.  Effect of VIOXX on Endothelial Function

Verma et al. [40] examined the effects of rofecoxib 25 mg once daily (n=18) and naproxen 750 mg sustained release once daily (n=17) to determine if cyclooxygenase-2 blockade impairs endothelial function. Thirty-five healthy volunteers were randomized to receive 7 days of treatment with either rofecoxib 25 mg once daily or naproxen 750 mg sustained release once daily. Vascular response measurements were conducted using forearm strain-gauge plethysmography. Changes in forearm blood flow in response to the endothelium-dependent vasodilator acetylcholine (3, 10, and 30 μg/min) and the endothelium-independent vasodilator sodium nitroprusside (1 and 10 μg/min) was measured before and after treatment.

MRK-AKT2667918

The results of the study showed that forearm blood flow increased in a dose-dependent fashion in all groups in response to acetylcholine. No increase in acetylcholine-mediated forearm blood flow was observed after treatment with either rofecoxib or naproxen. Sodium nitroprusside also failed to evoke a change in forearm blood flow.

The authors concluded that therapeutic doses of COX-2 blockade do not result in significant changes in endothelial vasodilator responses in healthy volunteers. The effects of COX-2 inhibitors on vasodilator responses in patients with coronary artery disease remain to be seen.

The above information is supplied to you as a professional service in response to your specific request. Merck does not recommend the use of its products in any manner other than as described in the prescribing information. Enclosed for your convenience is prescribing information for VIOXX.

Sincerely,

Jeffrey M. Melin, M.D., F.A.C.P.
Director
Medical Services

Enclosures: Circular, References

1. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med. Nov 23, 2000;343(21): 1520-1528.

2. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA. Aug 22- 29, 2001;286(8): 954-959.

3. Sanmuganathan PS, Ghahramani P, Jackson PR, et al. Aspirin for primary prevention of coronary heart disease: safety and absolute benefit related to coronary risk derived from meta-analysis of randomised trial. Heart. 2001;85: 265-271.

4. The Medical Research Council's General Practice Research Framework. Thrombosis prevention trial: randomised trial of low-intensity oral anticoagulation with warfarin and low-dose aspirin in the primary prevention of ischaemic heart disease in men at increased risk. Lancet. Jan 24, 1998;351(9098): 233-241.

5. Peto R, Gray R, Collins R, et al. Randomised trial of prophylactic daily aspirin in British male doctors. Br Med J. 1991;303: 313-316.

6. Steering Committee. Steering Committee of the Physicians' Health Study Research Group. Final report on the aspirin component of the ongoing Physicians' Health Study. N Engl J Med. Jul 20, 1989;321(3): 129-135.

7. Hansson L, Zanchetti A, Carruthers SG, et al. Effects of intensive blood-pressure lowering and low-dose aspirin in patients with hypertension: principal results of the Hypertension Optimal Treatment (HOT) randomised trial. HOT Study Group. Lancet. June 13, 1998;351(9118): 1755-1762.

8. Dalen JE. Selective COX-2 inhibitors, NSAIDs, aspirin, and myocardial infarction. Arch Intern Med. May 27, 2002;162(10): 1091-1092.

9. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation. Oct, 2001;104: r15-r23.

10. Reicin AS, Shapiro D, Sperling RS, et al. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol. Jan 15, 2002;89(2): 204-209.

11. Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis of angioplasty in acute myocardial infarction. Eur Heart J. Jul 1993;14(7): 957.

12. Bhana N, McClellan K. Indobufen: An Updated Review of its Use in the Management of Atherothrombosis. Drugs Aging. 2001;18(5): 369-388.

13. Battaglia B, Stragliotto E, Heiman F, et al. Indobufen in the secondary prevention of cerebral ischemic attack (TIA): a prospective, randomized, controlled study. Thromb Haemost. 2001;69(6): P1349.

14. Bergamasco B, Benna P, Carolei A, et al. A randomized trial comparing ticlopidine hydrochloride with indobufen for the prevention of stroke in high-risk patients (TISS Study). Ticlopidine indobufen stroke study. Funct Neurol. Jan-Feb 1997;12(1): 33-43.

15. Fornaro G, Rossi P, Mantica PG, et al. Indobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study. Circulation. Jan, 1993;87(1): 162-164.

16. Morocutti C, Amabile G, Fattaposta F, et al. Indobufen versus warfarin in the secondary prevention of major vascular events in nonrheumatic atrial fibrillation. SIFA (Studio Italiano Fibrillazione Atriale) Investigators. Stroke. May 1997;28(5): 1015-1021.

17. The Sinba Group. Indobufen versus aspirin plus dipyridamole after coronary artery bypass surgery. Coron Artery Dis. 1991;2: 896-906.

18. Rajah SM, Nair U, Rees M, et al. Effects of antiplatelet therapy with indobufen or aspirin-dipyridamole on graft patency one year after coronary artery bypass grafting. J Thorac Cardiovasc Surg. Apr, 1994;107(4): 1146-1153.

19. D'Addato M, Curti T, Bertini D, et al. Indobufen vs acetylsalicylic acid plus dipyridamole in long-term therapy patency after femoropopliteal bypass. Int Angiol. Apr-Jun, 1992;11(2): 106-112.

20. Signorini GP, Salmistraro G, Maraglino G. Efficacy of indobufen in the treatment of intermittent claudication. Angiology. Aug, 1988;39(8): 742-746.

21. Belcaro G, De Simone P. Long-term evaluation of indobufen in peripheral vascular disease. Angiology. Jan, 1991;42(1): 8-14.

22. Panchenko E, Eshkeeva A, Dobrovolsky A, et al. Effects of indobufen and pentoxifylline on walking capacity and hemostasis in patients with intermittent claudication: results of six months of treatment. Angiology. Mar, 1997;48(3): 247-254.

23. Tonnesen KH, Albuquerque P, Baitsch G, et al. Double-blind, controlled, multicenter study of indobufen versus placebo in patients with intermittent claudication. Int Angiol. Dec, 1993;12(4): 371-377.

24. Watson DJ, Rhodes T, Cai B, et al. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med. May 27, 2002;162(10): 1105-1110.

25. Solomon DH, Glynn RJ, Levin R, et al. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med. May 27, 2002;162(10): 1099-1104.

26. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med. May 27, 2002;162(10): 1111-1115.

27. Ray WA, Stein CM, Hall K, et al. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet. Jan 12, 2002;359(9301): 118-123.

28. Ko D, Wang Y, Berger AK, et al. Nonsteroidal antiinflammatory drugs after acute myocardial infarction. Am Heart J. Mar, 2002;143(3): 475-481.

29. Kimmel SE, Berlin JA, Reilly M, et al. Nonselective nonaspirin nonsteroidal antiinflammatory medications are associated with reduced risk of myocardial infarction. J Am Coll Cardiol. 2002;39(Suppl 5A): 114633.

30. Greenberg HE, Gottesdiener K, Huntington M, et al. A new cyclooxygenase-2 inhibitor, rofecoxib (VIOXX), did not alter the antiplatelet effects of low-dose aspirin in healthy volunteers. J Clin Pharmacol. 2000;40: 1509-1515.

31. Depre M, Ehrich E, Van hecken A, et al. Pharmacokinetics, COX-2 specificity, and tolerability of supratherapeutic doses of rofecoxib in humans. Eur J Clin Pharmacol. 2000;56: 167-174.

32. Van Hecken A, Schwartz JI, Depre M, et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol. Oct 2000;40(10): 1109-1120.

33. Catella-Lawson F, McAdam B, Morrison BW, et al. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther. 1999;289(2): 735-741.

34. McAdam BF, Catella-Lawson F, Mardini IA, et al. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci USA. Jan 5, 1999;96(1): 272-277.

MRK-AKT2667921

35. Greenberg H, Schwartz J, Waldman S, et al. Acetaminophen (A) inhibits prostacyclin (PGI2) synthesis in vivo. Clin Pharmacol Ther. Feb 2000;67(2): 164.

36. Green K, Drvota V, Vasterqvist O. Pronounced reduction of in vivo prostacyclin synthesis in humans by acetaminophen (paracetamol). Prostaglandins. Mar, 1989;37(3): 311-315.

37. O'Brien WF, Krammer J, O'Leary TD, et al. The effect of acetaminophen on prostacyclin production in pregnant women. Am J Obstet Gynecol. Apr, 1993;168(4): 1164-1169.

38. Klutstein MW, Matas M, Tzivoni J, et al. Rofecoxib, a COX-2 inhibitor NSAID lowers C-reactive protein and IL-6 level in patients with unstable angina pectoris. Eur Heart J. Sep, 2001;22: 1303.

39. Dudek D, Heba G, Legutko J, et al. More pronounced decrease of inflammatory markers with combination of statins and COX-2 inhibitors following acute coronary syndromes. Eur Heart J. Sep, 2001;22: 1302.

40. Verma S, Raj SR, Shewchuk L, et al. Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation. Circulation. Dec, 2001;104(24): 2879-2882.