**EXHIBIT I**



August 26, 2004 10:31 AM Eastern Daylight Time

## Merck Strongly Disagrees with Conclusions of Observational Analysis Presented at International Medical Meeting

WHITEHOUSE STATION, N.J.--(BUSINESS WIRE)--Aug. 26, 2004--

Merck Stands Behind the Efficacy, Overall Safety and Cardiovascular Safety of VIOXX(R)

Merck strongly disagrees with the conclusions of an observational analysis by Graham et al, presented at an international medical meeting(1) this week, which evaluated the rate of cardiovascular events in patients taking COX-2 specific inhibitors VIOXX(R) (rofecoxib) and Celebrex(R) (celecoxib) and in patients taking non-selective NSAIDs. This analysis is a retrospective database analysis - not a clinical trial. Observational analyses have limitations, often conflict with each other, and must be interpreted within the context of data from large, randomized, controlled clinical trials. Randomized, controlled clinical trials are the gold standard to evaluate safety and efficacy. It is important to note that, although the analysis was funded by the Food and Drug Administration (FDA) under contract with Kaiser Permanente, the conclusions presented by the authors do not necessarily reflect the views of the FDA.

VIOXX has been extensively studied; more than 24,000 patients have been treated with VIOXX in randomized, controlled clinical trials. Two randomized, placebo-controlled studies (n=2,142) discussed in the labeling for VIOXX showed no significant difference in the rate of serious cardiovascular thrombotic events in patients taking VIOXX vs. placebo. The gastrointestinal (GI) outcomes study known as VIGOR showed a higher incidence of serious cardiovascular thrombotic events in patients receiving VIOXX 50 mg compared to patients treated with naproxen.

"This retrospective analysis is based only on a database review. Observational analyses do not have the rigor of randomized, controlled clinical trials. The robust clinical trial data available support the safety of VIOXX. Based on all of the data that are available from our clinical trials, Merck stands behind the efficacy and safety, including cardiovascular safety, of VIOXX," said Peter S. Kim, PhD., President, Merck Research Laboratories. "Nothing is more important to Merck than the safety of our medicines. We believe that the prescribing information for VIOXX accurately and appropriately reflects the efficacy and safety of VIOXX. Merck is also conducting large prospective clinical trials that, when added to the extensive data from clinical trials that are already available, will provide an even more comprehensive picture of the cardiovascular safety profile of VIOXX."

Merck discusses findings and limitations of this analysis

Observational analyses have inherent limitations and often yield conflicting results. With respect to this analysis, press reports have not focused on other findings: the researchers found that there was no statistically significant increase in risk for patients taking VIOXX 12.5 mg and 25 mg compared to patients not taking an NSAID. Also, the finding of a statistically significant increase for Vioxx 50 mg was based on 10 (ten) cases of acute myocardial infarction (AMI) or sudden cardiac death (SCD) versus eight (8) events in the control group. Moreover, while some press reports have cited other observational analyses that seem to support the conclusions of this analysis, they do not cite other observational analyses that do not support the authors conclusions, including a different observational analysis presented at this medical meeting.

Results from recent large, controlled clinical studies with VIOXX

In VIGOR, VIOXX 50 mg once daily significantly reduced the risk of serious GI side effects by more than half compared to the NSAID naproxen (500 mg twice daily) in patients with rheumatoid arthritis. The study also showed a statistically significant higher incidence of serious cardiovascular thrombotic events in patients receiving VIOXX 50 mg once daily - a dose two-times the highest recommended chronic dose - compared to patients treated with naproxen 500 mg twice daily. A total of 45 serious cardiovascular thrombotic events occurred among 4,047 patients taking VIOXX compared to 19 among 4,029 taking naproxen. This was largely due to a difference in the incidence of non-fatal heart attacks: 18 for VIOXX and 4 for naproxen. The number of cardiovascular thrombotic deaths was similar in patients treated with VIOXX (n=7) compared to naproxen (n=6).

The U.S. prescribing information for VIOXX also includes data from a placebo-controlled database derived from two studies with a total of 2,142 elderly patients (mean age 75; VIOXX n=1,067, placebo n=1,075). The median exposure in these studies was approximately 14 months. The number of patients with a serious cardiovascular thrombotic event was 21 for patients treated with VIOXX 25 mg once daily vs. 35 for patients receiving placebo. In these same two placebo-controlled studies, mortality due to cardiovascular thrombotic events was 8 vs. 3 for VIOXX vs. placebo, respectively. The significance of the cardiovascular findings from these three studies (VIGOR and the placebo-controlled studies) is unknown. Prospective studies with VIOXX to compare the incidence of serious cardiovascular events to NSAID comparators or placebo have not been completed.

Because of its lack of platelet effects, VIOXX is not a substitute for aspirin to prevent cardiovascular events. Caution should be exercised when VIOXX is used in patients with a medical history of ischemic heart disease, which includes patients with a history of angina or heart attack.

Merck believes that VIOXX is an appropriate and efficacious therapy for the relief of the signs and symptoms of osteoarthritis (12.5 mg or 25 mg once daily) and adult rheumatoid arthritis (25 mg once daily) and for the management of acute pain and primary dysmenorrhea (50 mg once daily) and the acute treatment of migraine (25 mg or 50 mg), as outlined in the prescribing information for VIOXX.

The recommended starting dose of VIOXX for the treatment of osteoarthritis is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily. For rheumatoid arthritis, the recommended dose is 25 mg once daily. The maximum daily dose for osteoarthritis and rheumatoid arthritis is 25 mg once daily. VIOXX 50 mg once daily is the recommended dose for acute pain and menstrual pain. The chronic use of VIOXX 50 mg is not recommended; use of VIOXX 50 mg for more than five days in the management of acute pain has not been studied. For the acute treatment of migraine attacks, the recommended starting dose for VIOXX is 25 mg once daily. Some patients may receive additional benefit with 50 mg as compared to 25 mg. The maximum recommended daily dose is 50 mg.

Important information about VIOXX

People with allergic reactions, such as asthma, to aspirin or other arthritis medicines should not take VIOXX. In rare cases, serious stomach problems, such as bleeding, can occur without warning.

Patients should inform their physicians if they have liver or kidney disease, or a history of angina (chest pain), heart attack or a blocked artery in their heart. VIOXX cannot take the place of aspirin for the prevention of heart attack or stroke. VIOXX should not be used by women in late pregnancy.

Commonly reported side effects in clinical trials with VIOXX included upper-respiratory infections, diarrhea, nausea and high blood pressure.

VIOXX is the first COX-2 specific inhibitor that is proven to reduce the risk of developing clinically important GI side effects in patients with or without risk factors for such GI side effects compared to the NSAID naproxen. In VIGOR, VIOXX 50 mg significantly reduced serious GI side effects, including perforations, obstructions, ulcers and bleeds, by 54 percent compared to a commonly used dose of naproxen (1,000 mg) in rheumatoid arthritis patients. The GI safety benefit compared to naproxen, as shown in VIGOR, appears as a modification to the GI Warning section of the prescribing information, a section included in the prescribing information for all NSAIDs.

About VIOXX

VIOXX was first approved in the United States in 1999 for the relief of the signs and symptoms of osteoarthritis, management of acute pain in adults and treatment of menstrual pain. Since its introduction, more than 91 million prescriptions have been written in the United States.(2)

About Merck

Merck & Co., Inc. is a global research-driven pharmaceutical products company. Merck discovers, develops, manufactures and markets a broad range of innovative products to improve human and animal health, directly or through its joint ventures.

FORWARD LOOKING STATEMENT: This press release contains "forward-looking statements" as that term is defined in the Private Securities Litigation Reform Act of 1995. These statements involve risks and uncertainties, which may cause results to differ materially from those set forth in the statements. The forward-looking statements may include statements regarding product development, product potential or financial performance. No forward-looking statement can be guaranteed, and actual results may differ materially from those projected. Merck undertakes no obligation to publicly update any forward-looking statement, whether as a result of new information, future events, or otherwise. Forward-looking statements in this press release should be evaluated together with the many uncertainties that affect Merck's business, particularly those mentioned in the cautionary statements in Item 1 of Merck's Form 10-K for the year ended Dec. 31, 2003, and in its periodic reports on Form 10-Q and Form 8-K (if any), which the company incorporates by reference.

The full prescribing information and patient package insert for VIOXX(R) are attached. The full prescribing information is also available by calling 1-800-546-8173 and the patient package insert is available by calling 1-800-344-7833.

(1)20th International Conference on Pharmacoepidemiology & Therapeutic Risk Management in Bordeaux, France from Aug. 22-25, 2004.

(2)IMS Health, National Prescription Audit Plus. Based on total dispensed prescriptions for the period May 1999 through November 2003.

Patient Information about

VIOXX(R) (rofecoxib tablets and oral suspension)
VIOXX(R) (pronounced "VI-ox")
for Osteoarthritis, Rheumatoid Arthritis, Pain and Migraine Attacks
Generic name: rofecoxib ("ro-fa-COX-ib")

You should read this information before you start taking VIOXX*. Also, read the leaflet each time you refill your prescription, in case any information has changed. This leaflet provides only a summary of certain information about VIOXX. Your doctor or pharmacist can give you an additional leaflet that is written for health professionals that contains more complete information. This leaflet does not take the place of careful discussions with your doctor. You and your doctor should discuss VIOXX when you start taking your medicine and at regular checkups.

What is VIOXX?

VIOXX is a prescription medicine called a COX-2 selective, nonsteroidal anti-inflammatory drug (NSAID). VIOXX is used in adults for:

- -- relief of the pain and inflammation (swelling and soreness) of osteoarthritis (arthritis from wear and tear on your bones and your joints)

- -- relief of the pain and inflammation of rheumatoid arthritis in adults (arthritis caused by a condition where your immune system attacks your joints)

- -- management of short-term pain

- -- treatment of menstrual pain (pain during women's monthly periods)

- -- treatment of migraine headache attacks with or without aura.

VIOXX has not been studied in children under the age of 18.

Who should not take VIOXX?

Do not take VIOXX if you:

- -- have had an allergic reaction such as asthma attacks

(wheezing), hives, or swelling of the throat and face to aspirin or other medicines called non-steroidal anti-inflammatory drugs (NSAIDs). There are many NSAID medicines. Ask your doctor or pharmacist for a list of medicines that contain NSAIDs if you are not sure.

-- are allergic to rofecoxib, the active ingredient of VIOXX, or to any other ingredients in VIOXX. See the end of this leaflet for a complete list of ingredients in VIOXX.

What should I tell my doctor before and during treatment with VIOXX?

Tell your doctor about all your medical conditions including if you have or have had:

-- an allergic reaction to aspirin or other NSAIDs

-- asthma (a small number of patients with asthma have reactions to aspirin or other NSAIDs)

-- stomach problems such as ulcers or bleeding

-- kidney disease

-- liver disease

-- angina (chest pain), a heart attack, or a blocked artery in your heart

-- heart failure

-- high blood pressure

*Registered trademark of MERCK & CO., Inc.
COPYRIGHT (C) MERCK & CO., Inc., 1998, 2002
All rights reserved

Tell your doctor if you are:

-- pregnant or plan to become pregnant. VIOXX may harm your unborn baby if you take it in late pregnancy. If you take VIOXX while you are pregnant, ask your doctor how you can be on the VIOXX Pregnancy Registry.

-- breast-feeding or plan to breast-feed. It is not known if VIOXX passes into your milk and if it can harm your baby. You

should discuss with your doctor whether or not to take VIOXX if you are breast-feeding.

Tell your doctor about:

-- any other medical problems or allergies you have now or have had.

-- all the medicines you take including prescription and non-prescription medicines, vitamins, and herbal supplements.

Tell your doctor right away if you develop:

-- serious stomach problems such as ulcer or bleeding symptoms (for instance, stomach burning, vomiting blood, or if there is blood in your bowel movement or it is black and sticky like tar, which are signs of possible stomach bleeding).

-- unexplained weight gain or swelling of the legs, feet, and/or hands.

-- skin rash or allergic reactions. If you have a severe allergic reaction, get medical help right away.

How should I take VIOXX?

-- Take VIOXX exactly as prescribed by your doctor. Your dose will depend on the condition being treated and other medical problems you may have. Do not change your dose of VIOXX or take extra doses unless your doctor has told you to.

-- You can take VIOXX with or without food.

-- If you miss a dose of VIOXX by a few hours, take it as soon as you remember. If it is close to your next dose, do NOT take the missed dose.

-- If you take too much VIOXX, call your doctor, pharmacist, or poison control center right away.

Can I take VIOXX with other medicines?

Tell your doctor about all of the other medicines you are taking or plan to take while you are on VIOXX, even other medicines that you can get without a prescription, including vitamins and herbal supplements. VIOXX and certain other medicines can affect each other causing serious side effects. Keep a list of the medicines you take. Show the list to your doctors and pharmacists each time you get a new

medicine. They will tell you if it is safe to take VIOXX with other medicines. Your doctor may want to check that your medicines are working properly together. Especially tell your doctor if you are taking:

- or have taken warfarin (Coumadin(R)) or any other similar blood thinner within the past 10 days

- theophylline (a medicine used to treat asthma)

- rifampin (an antibiotic)

- ACE inhibitors (medicines used for high blood pressure and heart failure)

- lithium (a medicine used to treat a certain type of depression).

VIOXX cannot take the place of aspirin for prevention of heart attack or stroke. If you take both aspirin and VIOXX, you may have a higher chance of serious stomach problems than if you take VIOXX alone. If you are taking aspirin for prevention of heart attack or stroke, you should not stop taking aspirin without talking to your doctor.

What are the possible side effects of VIOXX?

Serious but rare side effects that have been reported in patients taking VIOXX and/or related medicines have included:

- Serious allergic reactions including swelling of the face, lips, tongue, and/or throat which may cause difficulty breathing or swallowing, hives, wheezing, or shock (loss of blood pressure and consciousness) can occur. These may require treatment right away. Severe skin reactions have also been reported.

- Serious stomach problems, such as stomach and intestinal bleeding, can occur with or without warning symptoms. These problems, if severe, could lead to hospitalization or death. Although this happens rarely, you should watch for signs (for instance, stomach burning, vomiting blood, or if there is blood in your bowel movement or it is black and sticky like tar) that you may have this serious side effect and tell your doctor right away.

- Heart attacks and other serious events, such as blood clots in your body, have been reported in patients taking VIOXX.

-- Serious kidney problems can occur, including acute (sudden) kidney failure and worsening of chronic kidney failure.

-- Severe liver problems, including hepatitis, jaundice and liver failure, can occur in patients taking NSAIDs, including VIOXX. Tell your doctor if you develop symptoms of liver problems. These include nausea, tiredness, itching, pain in the right upper abdomen, yellow skin or eyes, and flu-like symptoms.

Your doctor may do blood tests and check you for problems that may happen during treatment with VIOXX.

In addition, the following side effects have been reported: anxiety, blurred vision, colitis, confusion, constipation, decreased levels of sodium in the blood, depression, fluid in the lungs, hair loss, hallucinations, increased levels of potassium in the blood, insomnia, low blood cell counts, menstrual disorder, palpitations, pancreatitis, ringing in the ears, severe increase in blood pressure, skin reactions caused by sunlight, tingling sensation, unusual headache with stiff neck (aseptic meningitis), vertigo, worsening of epilepsy.

More common, but less serious side effects reported with VIOXX have included the following:

Respiratory infections
Headache
Dizziness
Diarrhea
Nausea, vomiting and upset stomach
Heartburn
Stomach pain
Swelling of the legs and/or feet
High blood pressure
Back pain
Tiredness
Urinary tract infection.

These are not all the side effects reported with VIOXX. Do not rely on this leaflet alone for information about side effects. Your doctor or pharmacist can discuss with you a more complete list of side effects. Any time you have a medical problem you think may be related to VIOXX, talk to your doctor.

How should I store VIOXX?

-- Store VIOXX at room temperature, 59(degree) to 86(degree)F (15(degree) to 30(degree)C).

-- Safely throw away VIOXX that is out of date or no longer needed.

-- Keep VIOXX and all medicines out of the reach of children.

What else should I know about VIOXX?

This leaflet provides a summary of certain information about VIOXX. If you have any questions or concerns about VIOXX, osteoarthritis, rheumatoid arthritis, pain or migraine attacks, talk to your health professional. Your doctor or pharmacist can give you an additional leaflet that is written for health professionals. This leaflet is also available at www.vioxx.com.

Medicines are sometimes prescribed for conditions other than those described in patient information leaflets. Do not use VIOXX for a condition for which it was not prescribed. Do not give VIOXX to other people even if they have the same symptoms you have. It may harm them.

What are the ingredients in VIOXX?

Active Ingredient: rofecoxib

Inactive Ingredients:

Oral suspension: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, sodium methylparaben, sodium propylparaben.

Tablets: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide.

Rx Only

Issued March 2004

MERCK & CO., Inc.
Whitehouse Station, NJ 08889, USA

Contacts

Merck
Media Contacts:
Chris Loder, 908-423-3786
Mary Elizabeth Blake, 267-305-8694
or

Investor Contact:
Michael Rabinowitz, 908-423-5185

