# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | |
| THIRD PARTY PAYOR COMMON BENEFIT FEES | |

## MEMORANDUM IN SUPPORT OF
## THE TPP FEE ALLOCATION COMMITTEE'S
## MOTION TO SET HEARING TO FIND THE LAW FIRM OF ERIC WEINBERG IN
## CONTEMPT, OR ALTERNATIVELY TO STRIKE

**MAY IT PLEASE THE COURT:**

The Third Party Payor Fee Allocation Committee ("TPP FAC") submits this memorandum in support of its Motion to Set Hearing to Find the Law Firm of Eric Weinberg in Contempt, or Alternatively to Strike.

For convenience sake, the TPP FAC incorporates and adopts herein the Motion for Contempt, or Alternatively to Strike and memorandum in support filed on June 19, 2013 [Rec. Doc. 64448 and 64448-1].

On June 19, 2013, the Court issued an Order [Rec. Doc. 64451] granting in part the TPP FAC's Motion for Expedited Hearing on its Motion for Contempt, or Alternatively to Strike. In that Order, the Court held that "If Weinberg does not produce the time records at the Special Master's

1

hearing, beginning on Thursday, June 20, 2013, at 9:00 a.m., the Court will hold him in contempt." The Special Master's hearing took place on June 20, 2013 at 9:00 a.m. Documents responsive to the subpoena (the time records) were not produced.[1] Although the hearing began at 9:00 a.m. and concluded around noon, just as stated in the June 19, 2013 Order "Weinberg's failure to produce this evidence during the Special Master's hearing would be prejudicial to the ability of the TPP FAC to rebut Weinberg's objections." Throughout the hearing, Weinberg made repeated reference to activities he allegedly performed in the Vioxx litigation. Weinberg made a number of self-serving comments, yet his time submissions were not available for the TPP FAC to utilize as evidence. Because Weinberg has failed to comply with the Court Orders he should be ordered to appear at a hearing for the purpose of finding him in contempt, or alternatively his objection to the TPP FAC's recommendation should be stricken. Furthermore, Weinberg should be ordered to pay all costs and reasonable attorney's fees.[2]

Dated: June 20, 2013                    Respectfully submitted,

                                        /s/ Russ M. Herman
                                        Russ M. Herman
                                        **Herman, Herman & Katz, L.L.C.**
                                        820 O'Keefe Avenue
                                        New Orleans, Louisiana 70113
                                        Telephone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        rherman@hhklawfirm.com

---

[1] Comments were made on the record at the Special Master's hearing and can be obtained from the transcript, which has not yet been transcribed.

[2] The TPP FAC will file a brief and/or time and cost affidavit addressing costs and attorney's fees pending the Court's Order on this motion.

2

/s/ Elizabeth Cabraser
Elizabeth Cabraser
**Lieff Cabraser Heimann & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com

/s/ Christopher A. Seeger
Christopher A. Seeger
**Seeger Weiss LLP**
77 Water Street
New York, NY 10005
Telephone: (212) 584-0700
cseeger@seegerweiss.com

/s/ Thomas M. Sobol
Thomas M. Sobol
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com

/s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
**Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: (800) 898-2034
Fax: (334) 954-7555
andy_birchfield@beasleyallen.com

/s/ James Dugan
James Dugan
**Dugan Law Firm**
One Canal Place
Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*The TPP Fee Allocation Committee*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of June, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (#14190)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, LA  70113
Ph:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com

I:\ProLaw Temp Documents\Vioxx\Pleadings\WEINBERG\Motion for Contempt\Motion to Set Motion for Contempt\TPP FAC Memo in Support of Motion to Set Hearing re Motion for Contempt re Weinberg 2013-6-20.wpd

4