# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | |
| THIRD PARTY PAYOR COMMON BENEFIT FEES | |

## O R D E R

Considering the Motion to Set Hearing to Find the Law Firm of Eric Weinberg in Contempt, or Alternatively to Strike, filed by the Third Party Payor Fee Allocation Committee ("TPP FAC");

IT IS ORDERED BY THE COURT that Eric Weinberg appear and show cause on the ____ day of _____, 2013, at ____ .m., why he should not be held in contempt and why he should not be ordered to pay reasonable costs and attorney's fees in this matter.

IT IS FURTHER ORDERED BY THE COURT that all responses are to be filed no later than the ____ day of _____, 2013.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge