# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * |
| *Donna C. Russel and Robert* | * MAGISTRATE JUDGE |
| *E. Russel (h/w) v. Merck* | * KNOWLES |
| *Sharp & Dohme Corp.,* | * |
| *2:06-cv-00781-EEF-DEK* | * |

*****************************************************************************

## RULE 26(a)(2) EXPERT DISCLOSURE OF
## HAL M. CORWIN, M.D.

Plaintiffs Donna C. Russell and Robert E. Russel ("Russel") through their undersigned counsel, hereby submit the following expert disclosure pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Court's Pretrial Order ("PTO") 58, as amended:

**Hal M. Corwin, M.D.**
**Neurologist**
**Neuroscience Associates, PSC.**
**3900 Kresge Way Suite 56**
**Louisville, KY 40207**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), a written report (TAB A) is being served on Defendant concurrent with this disclosure. Dr. Corwin's *curriculum vitae* (TAB B), a list of trial and deposition testimony (TAB C) and the compensation paid Dr. Corwin and his fee schedule for further services (TAB D) are attached.

Plaintiffs reserve the right to supplement their expert disclosures and report following the disclosure of any expert testimony by Defendant.

Respectfully submitted,

/s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY 40208
502.637.7200
502.637.3999 (fax)
aoldfather@oldfather.com
*Counsel for Certain Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Rule 26(a)(2) Expert Disclosure of Hal M. Corwin, M.D., has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of June, 2013.

/s/ Ann B. Oldfather

Ann B. Oldfather