**TAB A**

# NEUROLOGY CONSULTING, LLC

Hal M. Corwin, M.D.
Neurologist

---

February 24, 2013

MAR 1 2 2013

Ann Oldfather, Esq.
OLDFATHER LAW FIRM
1330 South Third Street
Louisville, KY 40208

Re: **DONNA RUSSEL - INDEPENDENT MEDICAL EXAMINATION**
Chart # 102377

Dear Ms. Oldfather:

On February 18, 2013, I performed an Independent Medical Examination (IME) on Donna Russel. She is examined in accordance with the restrictive rules concerning an IME. It is therefore understood that no doctor-patient relationship exists or is implied by this examination. Mrs. Russel is examined with reference to the specific complaints emanating from the referenced injury. Any other medical conditions that are either unreported or felt to be unrelated to the original injury are considered beyond the purview of this examination.

I have been able to review the following records concerning Mrs. Russel:

- Jewish Hospital
- Floyd Memorial Hospital and Health Services
- Neurosurgical Institute of Kentucky, Dr. Todd W. Vitaz
- Fox & Simon, P.S.C., Dr. Ajmal H. Bangash
- University of Louisville Health Care, University Hospital

I reserve the right to amend this report if further records are obtained.

Mrs. Russel is a 62-year-old right-handed woman accompanied by her husband for evaluation of neurologic symptoms following an incident that occurred in late November 2001. The possible relationship of those symptoms to the use of Vioxx (rofecoxib) is being questioned.

RECORD REVIEW:

Mrs. Russel noted a history of osteoarthritis of the knees treated with Vioxx 25 milligrams daily by her primary care physician and by Dr. Raymond Shea for an unknown period of time prior to left total knee replacement surgery on March 21, 2001 and right total knee replacement surgery

on June 21, 2001. She remained on Vioxx at a higher dose of 50 milligrams daily postoperatively. She had failed to improve on Celebrex or Bextra. The higher dose of Vioxx may have been started sometime in September of that year.

On November 21, 2001, she was admitted to Floyd Memorial Hospital for neurologic complaints. Her recollection is that she was at work doing well when she had the onset of slurred speech, nausea, disorientation, loss of balance, and vertigo. The records from Dr. Bhanu Thaker agree with this history. The EMTs attempted to question her and she was disoriented to year. The emergency room physicians noted a questionable seizure and questionable loss of consciousness, thus she was admitted. The neurologic examination by the emergency room physician, Dr. Petrey, revealed a normal examination, normal carbon monoxide level, and a slightly positive D-dimer. He did not suspect a pulmonary embolism but a possible transient ischemia attack (TIA). Her medicines listed at that time included Vioxx. On neurologic examination, Dr. Thaker found some difficulties with loss of memory, confusion, and disorientation. Neurologic examination by neurologist, Dr. James McKiernan, found no focal abnormalities and he stated that the episode was suggestive of a possible TIA. Dr. McKiernan also noted that she had a history of migraine and that this was also in the differential diagnosis. He did not think she had a seizure. MRI, carotid ultrasound, and echocardiogram were obtained. Evaluation by cardiologist, Dr. Mark Bickers, noted no history of organic heart disease but some elevation of her blood pressure in the past. There was no history of diabetes or hyperlipidemia. He found that her serology tests were unremarkable except for a positive D-dimer test. The brain MRI revealed no mass, tumor, or deep white matter change, and no evidence of stroke. The results of the carotid ultrasound and echocardiogram are not in the referral records. She indicated that Dr. Thaker told her at the time of discharge that he thought she had sustained a stroke but was reluctant to place this diagnosis on the medical records due to her age (for insurance reasons). She saw Dr. McKiernan in follow-up in the next week or two and was reportedly told that she may have had a migraine headache.

Mrs. Russel returned to the Floyd Memorial Emergency Room on December 13 for an episode of disorientation. Dr. Thomas Harris evaluated her. She did not have disorientation as much as headache associated with weakness. The neurologic examination was normal and she was discharged.

Plans were made for repeat surgery on her right knee. Mrs. Russel indicated that a full cardiac evaluation by Dr. Adams was performed preoperatively and was unremarkable. She indicated she was still on Vioxx.

On June 28, 2002, Dr. Arthur Malkani performed surgery for loosening of the right total knee. This total knee replacement was performed without complication at Jewish Hospital.

In July 2002, she was referred to neurologist, Dr. Krista Brooks-Horaar. Those records are not available. During the next follow-up visit with the neurology office, Dr. Brooks-Horaar had moved. Neurologist Dr. Ajmal Bangash saw Mrs. Russel. Those records are not available. Dr. Bangash was concerned that further tests should be obtained. On November 25, 2002, the EEG

was interpreted as showing abnormalities with possible seizure foci in the left central parietal and right central parietal regions. The brain MRI and brain MRA were normal. She was still having "spells." According to Mrs. Russel, Dr. Bangash prescribed Neurontin. Subsequently, she was switched to Trileptal.

On July 22, 2003, she was hospitalized for several days at Jewish Hospital for a febrile illness. The discharge diagnosis included a history of seizures and noted that she was taking Trileptal 600 milligrams daily as well as other medications.

On October 3, 2003, she was hospitalized at Floyd Memorial Hospital for smoke inhalation due to a house fire. A carbon monoxide level was elevated at 6. She confirmed the exposure to carbon monoxide but did not indicate that any change in her cognition resulted from this exposure. She was treated with 100 percent oxygen. The records note that she still listed a history of seizures for which she was taking Trileptal and that she was also still taking Vioxx.

Dr. Harris reevaluated her for a possible seizure at Floyd Memorial Emergency Room on April 17, 2004. She stated that during this spell she was alert and oriented through the entire episode with feelings of fatigue and a feeling that she could not get her right arm and left leg to do what she wanted. There was also a head pressure sensation. Her medicine list now included Trileptal and Keppra for a diagnosis of variant migraine and atypical seizures, according to Dr. Harris' notes. The neurologic examination was not recorded. She was not admitted to the hospital. A brain CT scan was normal.

On April 26, 2004, a CT scan of the neck was negative for mass.

Mrs. Russel indicated that on a follow-up visit with Dr. Bangash symptoms of vertigo, diplopia, and syncope were reviewed and further x-rays were ordered because of the possibility of cerebrovascular disease. On May 5, 2004, the brain MRA at Floyd Memorial Hospital showed poor filling of the left anterior cerebral artery (ACA), possibly due to occlusive disease versus a normal variant. There was also poor filling of the left vertebral artery that could also have been a normal variant. A transcranial Doppler on May 24 did not demonstrate vertebrobasilar insufficiency. Dr. Bangash referred Mrs. Russel to the office of neurosurgeon, Dr. Todd Vitaz.

Dr. Vitaz evaluated Mrs. Russel on June 11, 2004 for dizziness, some speech problems, and headache. These symptoms were occasionally associated with an abnormal gait. The spells were occurring about once a week. She continued to work at the casino. The neurologic examination was normal. Dr. Vitaz ordered a 4-vessel arteriogram. This was performed at Jewish Hospital on June 17. It revealed hypoplasia of the left A1 segment with no intracranial stenosis and hypoplasia of the intracranial left vertebral with a widely patent vertebrobasilar junction and a dominant right vertebral artery.

On November 8, 2004, she was admitted to the Epilepsy Monitoring Unit (EMU) at the University of Louisville. During this 5-day admission, she was taken off of Keppra and Trileptal. The baseline EEG was abnormal with occasional left frontotemporal arrhythmic delta

and theta and sharply contoured slow waves. Her typical "spells" were not recorded. Several other types of episodes were recorded that were not seizures. During one spell, Mrs. Russel pressed the event button and was found to be lying with her eyes closed but could open them to stimulation, reporting that her arms felt heavy and tingling, and that she was unable to move her limbs and had slowed speech. During the second episode, she reported tightness in her arms and was lying with her eyes closed. She could follow commands. During both of these episodes, the EEG showed no electrographic seizure activity.

After discharge, Dr. Bangash told Mrs. Russel that she had left-sided EEG abnormalities. He did not have complete faith in the remainder of the EMU report because her typical spells were not recorded. Mrs. Russel noted she felt much better off of her seizure medicines and has not taken them since discharge.

She stated she continued to take Vioxx until the medicine was taken off of the market.

There have been no further hospitalizations for strokes, TIAs, or seizures.

OFFICE EXAMINATION:

Review of Systems:

The other review of systems is negative for cardiac, pulmonary, renal, abdominal, or thyroid problems. She had the onset of mild hypertension when hospitalized for smoke inhalation in October 2003. She also injured some of her small airways at that time for which she uses inhalers. There is no history of diabetes.

Past Medical History:

She had a cardiac catheterization procedure in 2008 associated with an episode of hypotension. She stated the test was normal. She had left hip replacement surgery and right carpal tunnel release since 2004. She had no other neurologic tests performed since June 2004.

Family History:

There is a family history of significance. Her mother died of intracranial hemorrhage. Her father possibly died of a stroke. A brother has rheumatoid disease.

Social History:

She is still employed full-time at a casino. She has never smoked or used alcohol to excess.

Current Medications:

Her current medicines are Prevacid, quinapril, meloxicam, aspirin 325 milligrams daily, calcium, Advair, and Singulair.

Current Neurologic Symptoms:

Since the episode of November 2001, Mrs. Russel has found that her right hand and arm are weak. She also has some decreased strength of the right leg, decreased dexterity, and intermittent tremor of the right hand.

She complains of decreased memory, difficulty getting her words in the correct order, and word-finding difficulties. Her memory issues are short-term memory gaps of misplacing things. She has been able to work at the casino. She has had some pressure-type headaches off and on that are not severe.

Mrs. Russel continues to have episodes of fatigue, previously described as neurologic spells. These occur about one day per month but are somewhat variable. During the episodes, she may slump down, hang her head, and appear to almost drop off like she is asleep but is still arousable. Although she can be aroused, she states, "I don't want to be." The fatigue episodes last variable periods of five minutes to 20 minutes. There are no medicines that trigger these spells. Sometimes while driving through a sunlit region with the light flashing in and out of the car a fatigue spell may be triggered.

No difficulties with vision, chewing, speech, or hearing are noted.

Physical Examination:

Mr. Russel attended the examination.

Mrs. Russel was well developed, well-nourished, and in no acute distress. The blood pressure on the right while seated was 130/88, pulse 80, and respirations 16. She weighed 180 pounds (stated). Gait was not ataxic. She took short strides but turned normally and there was no drift of the arms. Heel and toe walking were unremarkable. Tandem walk was normal. The Romberg's test was unremarkable. With the arms outstretched, she had a postural tremor of the right hand in the supine position but not in the pronated position.

The visual fields were normal to confrontation in all quadrants. The pupils were equally round and reactive to light at 5 millimeters. The fundi were normal. There was a small cataract on the right. The eye movements were full without nystagmus. There was no facial weakness. Subjectively, she noted decreased pinprick on the right face compared to the left face. She also noted mildly decreased vibration over the right clavicle. The tongue protruded in the midline. Palate movements were normal. Hearing was normal bilaterally. Air conduction was greater than bone conduction bilaterally. The neck

strength was grade 5. There was mild giveaway weakness with testing neck flexion and extension. There were no carotid or vertebral bruits in the supine or seated positions.

The upper extremity strength was grade 5 bilaterally except for mild giveaway with testing of the right deltoid. The lower extremity strength was grade 5 bilaterally for the hip flexors, knee flexors and extensors, and ankle plantar flexors and dorsiflexors. The deep tendon reflexes were trace at bilateral biceps, triceps, brachioradialis, and knees but grade 1 at the ankles. The plantar responses were flexor bilaterally and there was no clonus at the ankle.

Decreased sensation to pinprick was noted with testing of the right upper and lower extremities compared to the left limbs. Vibration was also subjectively diminished on the right arm and right leg compared to the left limbs. She made one error out of three tries on stereognosis testing of the right palm, and no errors on the left.

On the trunk, she split the midline with pinprick sensation, always noting a decrease on the right compared to the left.

The finger-to-nose testing was performed slower on the right than on the left but without dysmetria. The heel-to-shin testing was normal bilaterally.

Muscle tone was normal. There was no cogwheel rigidity. She had an intermittent postural tremor of the outstretched right hand and no tremor of the other limbs, head, or speech.

The Montreal Cognitive Assessment (MOCA) score was 28/30. She lost two points for delayed recall.

DISCUSSION:

Mrs. Russel had the acute onset of a neurologic event on November 21, 2001. I found her to be an excellent historian in this regard. The medical records supported her history. The elevated D-dimer found in the emergency room is consistent with the diagnosis of a cerebrovascular event. There was no evidence that this event was of an infectious nature (meningitis or encephalitis) based on the lack of fever and the resolution of symptoms over a very short period of time. There was no preexisting history of any neurologic symptoms, migraine, or recent head trauma. There was no preexisting history of seizures nor would a seizure last as long as the events described on November 21, 2001. Therefore, a vascular etiology was the most likely source of these complaints.

Subsequent testing on brain MRI (2001 and 2002), brain MRA (2002 and 2004), and cerebral arteriography (2004) found no evidence of atherosclerosis as the source of this event. Therefore, the etiology was most likely an ischemic stroke attributable to a transient clot that resolved by the time of the subsequent studies, but not before it had caused some permanent neural damage

that manifests itself in her continuing symptoms. The transient clot source options are either cardioembolic or due to a hypercoagulable state. I am unable to differentiate these various possibilities as the workup was incomplete: she has not had a transesophageal echocardiogram or a cardiac event monitoring study. However, two cardiologists found no evidence of a cardioembolic source. Mrs. Russel was taking a medication (rofecoxib) known to cause both prothrombotic states and cardiovascular clots at the time of this insult.

She has continued to have neurologic symptoms as a result of this episode including subjective memory complaints, periods of fatigue, right-sided sensory symptoms, word-finding difficulties, and intermittent right upper extremity tremor. She has had multiple EEG recordings documenting abnormalities in the distribution of the left middle cerebral artery. The history is also consistent with a dominant (left) hemisphere injury with cortical dysfunction, dysphasia, described as loss of memory, confusion, and disorientation by the non-neurologists.

It is my conclusion, therefore, that Mrs. Russel suffered a vascular event on November 21, 2001 due to an ischemic stroke. The opinions herein are based on reasonable medical probability.

Sincerely,

*[signature]*

Hal M. Corwin, M.D.
HMC/tj