# TAB B

**CURRICULUM VITAE**


**HAL MICHAEL CORWIN, M.D.**

**BAPTIST NEUROSCIENCE ASSOCIATES**
**3900 KRESGE WAY**
**SUITE 56**
**LOUISVILLE, KENTUCKY 40207**
**(502) 895-7265**

Revised May 2013

2

**CURRICULUM VITAE**

**HAL MICHAEL CORWIN, M.D.**

**Born:** Indianapolis, Indiana
June 24, 1953

**Education:** North Central High School, 1971
Indianapolis, Indiana

Indiana University, B.A., 1975
Bloomington, Indiana

Indiana University
School of Medicine, M.D., 1978

**Research:** Public Health Service Research Fellowship with
Dr. William DeMyer
Teratogenesis in the Rat Due to Chlorazepate
Summer 1975

**Post Graduate Research:** Dr. Soo Ik Lee
Short Latency Visual Evoked Potentials in Man
1980 to 1981

Dr. Fritz Dreifuss and Burroughs-Wellcome
Laboratories, Co-investigator
Cinromide in the Treatment of Patients with
Absence Seizures
1980 to 1982

Dr. Fritz Dreifuss and Burroughs-Wellcome
Laboratories, Co-investigator
An Open Study of Cinromide (BW122U) in Patients
with Refractory Absence Seizures
1981

Dr. Fritz Dreifuss and Burroughs-Wellcome
Laboratories, Co-investigator
Cinromide - A Controlled Study in Lennox-Gastaut
Syndrome, Protocol #24-2
1980 to 1981

Dr. Fritz Dreifuss and Burroughs-Wellcome
Laboratories, Co-investigator
A Multicenter Open Trial of Cinromide (BW122U)
in Outpatients with the Lennox-Gastaut Syndrome
Protocol #26
1980 to 1981

Dr. Fritz Dreifuss and Burroughs-Wellcome
Laboratories, Co-investigator
A Multicenter Controlled Study of Cinromide
(BW122U) in Outpatients with the Lennox-Gastaut
Syndrome, Protocol #25
1980 to 1981

Burroughs Wellcome Co., Co-investigator
Adjunctive Lamictal in Epilepsy and Response
to Treatment
Post-Marketing Study
1995

Parke-Davis, Co-investigator
Study of Neurontin: Titration to Effect,
Profile of Safety
Post-Marketing Study
Protocol 945-193
1995

Dr. Hal Corwin and Marion Merrell Dow Inc.,
Principal Investigator
Dose Response Study of the Efficacy and
Safety of Vigabatrin
Protocol 071754PRO223 IND # 17213
1995

Dr. Hal Corwin, Sub-investigator
Rufinamide as Adjunctive Therapy in Adults
with Inadequately Controlled Partial Seizures
1998

Dr. Hal Corwin, Sub-investigator
Monotherapy Study of Rufinamide in Patients
with Recent Onset Partial Seizures.
1999

Dr. Hal Corwin, Investigator
A New Strategy for Vagus Nerve Stimulation
Parameters:  60 Second ON with 1.1 Minute OFF
2007

Dr. Hal Corwin, Investigator
Vagus Nerve Stimulation in Minimally Intractable Epilepsy
2007

**Past Research:**        Dr. Hal Corwin, Sub-investigator
Topiramate

|               |                                                      |
|---------------|------------------------------------------------------|
|               | Treatment of Patients with Newly Diagnosed or<br>Recurrent Epilepsy<br>1999 |
| **Internship:** | Internal Medicine Intern<br>University of Tennessee - Dept of Medicine<br>Center for the Health Sciences<br>June 23, 1978 to June 22, 1979 |
| **Residency:** | Neurology Resident<br>Department of Neurology<br>University of Virginia Medical Center<br>July 1, 1979 to June 30, 1980<br>July 1, 1980 to June 30, 1981<br>July 1, 1981 to June 30, 1982 |
| **Epilepsy Training:** | Research Fellow<br>Comprehensive Epilepsy Program<br>University of Minnesota<br>July 1, 1982 to June 30, 1983 |
| **Societies:** | American Epilepsy Society<br>American Academy of Neurology<br>Jefferson County Medical Society<br>Kentucky Medical Association<br>Epilepsy Association of Louisville<br>American Society for Surgery of the Hand<br>American Association of Electrodiagnostic Medicine (Fellow) |
| **Honors:** | National Merit Scholarship Award<br>Indiana University<br>1972 - 1973<br>Phi Eta Sigma Honors Fraternity<br>Indiana University<br><br>High Scholastic Achievement<br>Indiana University Founder's Day Honor List<br>1972 to 1974<br><br>Pediatrics Award<br>Indiana University School of Medicine<br>1978<br><br>Psychiatry Award - Finalist<br>Indiana University School of Medicine<br>1978<br><br>Physician's Recognition Award<br>American Medical Association<br>1985 to 2003 |

5

| | |
|---|---|
| **Medical Licenses:** | Indiana #28564 (Active) 1978 |
| | Virginia #0101-031206 1979 |
| | Minnesota #26797 1982 |
| | Kentucky #22461 (Active) 1983 |
| | Pennsylvania # MD-057376-L |
| **Other Organizations:** | Mensa 1971 |
| **Certification:** | American Board of Psychiatry and Neurology June 1984 |
| | Added Qualifications in Clinical Neurophysiology (Electroencephalography, Electromyography and Evoked Potentials) April 1994, Recertified 2004 |
| | Diplomat of American Board of Electrodiagnostic Medicine May 8, 2003 |
| **Past Positions:** | Vice-Chairman Muscular Dystrophy Association Fund Raising Drive Bloomington, Indiana 1972 to 1973 |
| | Advisor to Mulholland Society University of Virginia 1981 to 1982 |
| | Attending Staff Department of Neurology University of Minnesota Hospital and Clinics 1982 to 1983 |
| | Professional Advisory Board Epilepsy Association of Louisville 1986 |
| | President Neuroscience Associates, P.S.C. |

1987 to 1992

Vice-Chairman
Neuroscience Center of Excellence
Humana Hospital Audubon
1988

Treasurer
Audubon Hospital Physicians Association
1988 to 1990

Medical Ethics Committee
Humana Hospital Audubon
1990

Chairman
Neuroscience Center of Excellence
Humana Hospital Audubon
1990 to 1991

ANSI Z - 365 Accredited Standards Committee
for Control of Cumulative Trauma Disorders
Disorders
Observer Status,
1991 - 1994

Medical Expert Consultant for the Z-365
Medical Management Subcommittee,
1991 – 1994

Outcome Studies Committee
American Society for Surgery of the Hand
1996

Industrial Injuries and Prevention Committee
American Society for Surgery of the Hand
1996

Liaison Committee
American Association Electrodiagnostic Medicine
1997

Assistant Clinical Professor
Department of Medicine
University of Louisville
2004-2009


Private Practice

Neuroscience Associates, PSC
3900 Kresge Way, Suite 56
Louisville, Kentucky  40207
1983 to 2009

Co-Director Norton Audubon Seizure Monitoring Unit
Norton Audubon Hospital – Louisville, Kentucky
2008 – 2011

**Present
Positions:**    Private Practice
Baptist Health Louisville
3900 Kresge Way, Suite 56
Louisville, Kentucky  40207
2009 to present

American Board of Psychiatry & Neurology
Examiner – Neurology
2002 and 2003

Member of Medicine/Family Practice Patient Care Committee
Baptist Hospital East
January 28, 2010 - present

**Publications:**    Corwin, H. M. and DeMyer, W.
Failure of Chlorazapate to Cause
Malformations or Fetal Wastage in Rats.
Arch. of Neurology, 37:347-349, 1980.

Corwin, H. M. and Dreifuss, F. E.
Cinromide in the Treatment of Absence Seizures.
Epilepsia, 24:427-430, 1983.

Pourman, R., Sanders, D. B., Corwin, H. M.
Late Onset of McArdle's Disease with
Unusual Electromyographic Findings.
Arch. of Neurology, 40:374-377, 1983.

Chaplin, E., Kasdan, M. D., Corwin, H. M.
Occupational Neurology and the Hand,
Differential Diagnosis.
Hand Clinics, 2(3):513-524, 1986.

Corwin, H. M.
Neurological Evaluation of Cumulative Trauma Disorder
In Trends in Ergonomics/Human Factors IV.
Editor:  S. S. Asfour.  Elsevier Science
Publishers B. V. (North-Holland) 1987.

Corwin, H. M.
Diagnosis of Epilepsy.
In Neuroscience Center of Excellence Clinical
Update.
Editor: Hal M. Corwin.
Humana Hospital Audubon Publisher (Louisville) 1987.

Corwin, H. M.
Ambulatory Cassette Electroencephalography.
In Neuroscience Center of Excellence Clinical
Update.  Edited by Hal M. Corwin.
Humana Hospital Audubon Publisher (Louisville) 1989.

The Group for the Evaluation of Cinromide
in the Lennox-Gastaut Syndrome
(Hal Corwin - Clinical Investigator)
Double-Blind, Placebo-Controlled Evaluation of
Cinromide in Patients with the Lennox-Gastaut Syndrome.
Epilepsia. 30(4):422-429, 1989.

Corwin, H. M. and Kirzinger, S. K.
Neurological Evaluation of Hand Pain.
Occupational Medicine:  State of the Art Reviews.
4(3):393-403, 1989.

 Corwin, H. M.
 Medical Conditions Presenting as Peripheral
Nerve Compression.
In Technical Tips for Hand Surgery,
Edited by Kasdan, Amadio, and Bowers.
Hanley & Belfus
(Philadelphia) 1994.

Corwin, H. M.
Sports and Epilepsy.
In Epilepsy Association of Greater Louisville
Newsletter. 2:1, 1995.

Corwin, H. M.
Electrodiagnostic Testing and Carpal Tunnel
Release Outcome - To the Editor.
In The Journal of Hand Surgery.
22A:1, January 1997.

Stallings, S. P., Kasdan, M. L., Soergel, T. M.,
Corwin, H. M.
A Case-Control Study of Obesity as a
Risk Factor for Carpal Tunnel Syndrome in a Population
of 600 Patients Presenting for Independent Medical

Examination.
In The Journal of Hand Surgery. 22A:211-215, 1997.

Corwin, H. M.
Neurological Evaluation of the Upper Extremity.
In Occupational Hand  & Upper Extremity
Injuries & Diseases, 2nd Edition,
Edited by M. Kasdan,
Hanley & Belfus
(Philadelphia) 1998.

Corwin, H. M., Kasdan, M. L.,
Electrodiagnostic Reports of Median Neuropathy at the Wrist.
In The Journal of Hand Surgery. 23A:1, 55-57, 1998.

Corwin, Hal M.
Neurologic Evaluation of the Upper Extremity.
In Hand Secrets - Questions You Will Be Asked...,
Hanley & Belfus (Philadelphia) 1998.

Corwin, Hal M.
Relation of Preoperative Nerve-Conduction Values to
Outcome in Workers with Surgically Treated Carpal
Tunnel Syndrome - Letters to the Editor.
In The Journal of Hand Surgery. 23A:2, March 1998.

Corwin, H. M. and Bruner, A.
Neurologic Evaluation of the Upper Extremity.
In Occupational Medicine - Hand and Upper Extremity
Injuries, State of the Art Reviews. 13:3, July-
September 1998.
Editors: Kasdan, M.L. and Derebery, V.J.
Hanley & Belfus (Philadelphia) 1998.

Kasdan, M.L., Soergel, T.M., White, W.L., and
Corwin, H.M.
Carpal Tunnel Syndrome: Frequently Asked Questions.
In Disability. 7:37-43, 1998.

Corwin, Hal M.
Clinical Diagnosis of Carpal Tunnel Syndrome.
In JAMA.  282(2):153-8, July 14, 1999.
(Comment Letter)

Corwin, Hal M. and Bruner, Anne
Neurologic Evaluation of the Upper Extremity
In Hand Secrets, 2nd Ed.
Editors:  Jebson, P.J. and Kasdan, M.L.
Hanley & Belfus (Philadelphia) 2002.

Corwin, Hal M.
Electrodiagnostic Testing
In Hand Secrets, 2nd Ed.
Editors: Jebson, P.J. and Kasdan, M.L.
Hanley & Belfus (Philadelphia) 2002.

Corwin, Hal M.
Hereditary Neuropathy with Liability to Pressure Palsies
In The Journal of Hand Surgery, 27A:363, 2002.

Corwin, Hal M. and Girardet, R.
HNPP Mimicking Hypoglossal Nerve
Injuries During Carotid Endarterectomy
In Neurology, 61:10; 1457-1458, November 2003.

Corwin, Hal M.
Neurologic Evaluation of the Upper Extremity
In Hand Secrets, 3rd  Ed.
Editors: Jebson, P.J. and Kasdan, M.L.
Hanley & Belfus (Philadelphia) 2004

Corwin, Hal M.
Electrodiagnostic Testing
In Hand Secrets, 3rd  Ed.
Editors Peter J.L. Jebson MD,   Morton L. Kasdan MD
Hanley & Belfus (Philadelphia) 2004

Corwin, Hal M.
Chapter 4: Neurologic Evaluation of the Upper Extremity
Pgs 27-31.
In Hand Secrets, 3rd Ed.
Editors:  Jebson, P.J. and Kasdan, M.L.
Hanley & Belfus (Philadelphia) 2006

Corwin, Hal M.
Chapter 33: Electrodiagnostic Testing
Pgs: 254-258
In Hand Secrets, 3rd Ed.
Editors: Jebson, P.J. and Kasdan, M.L.
Hanley & Belfus (Philadelphia) 2006

Corwin, Hal M.
Compression Neuropathies of the Upper Extremity
Clinics in Occupational and Environmental Medicine 5(2) 333-352, 2006.
Editors:  Derebery J., Kasdan, M. L, and Gonzalez, R.
W.B. Saunders Company (New York)

Helmers SL, Begnaud, J, Cowley A, Corwin HM, Edwards JC, Holder DL, Kostov H, Larsson PG, Levisohn PM, De Menezes MS, Stephan H, Labiner DM)
Application of a Computational Model of Vagus Nerve Stimulation
In <u>Acta Neurologica Scandinavia</u>, 126:5; 336-343, November 2012.

**Invited Commentary:**

Corwin, H. M.
What are the Symptoms of Lou Gehrig's Disease?
What is Multiple Sclerosis?
In <u>The Courier Journal</u>, October 10, 1993.

Corwin, H. M.
A Look at the Signs of Parkinson's Disease.
In <u>The Courier-Journal</u>, October 9, 1994.

Commonwealth of Kentucky,
Department for Medicaid Services, Pharmacy and Therapeutics Advisory Committee.
Pharmacology and therapeutic effects of VIMPAT (lacosamide)
April 16, 2009.

**Presentations:**

Seizures
Medical-Surgical Workshop
University of Virginia
November 18-20, 1980

Short Latency Visual-Evoked Potentials in Man
Annual Meeting of the American
Electroencephalographic Society
Chicago, Illinois
June 11-13, 1981

Epilepsy and Sports Participation
Sports Health Forum
Institute for Athletic Medicine
Bloomington, Minnesota
November 12-13, 1982

Central Nervous System Complications
of Open Heart Surgery
Medical-Surgical Grand Rounds
Humana Hospital Audubon
Louisville, Kentucky
November 19, 1985

Seizure Disorders and the Chemically
Dependent Client

Baptist Hospital Highlands
Louisville, Kentucky
January 23, 1986

Family Practice Medicine Review
University of Louisville
June 13, 1986

Diagnosis and Classification of Seizures
Nursing Lecture Series
Humana Hospital Audubon
Louisville, Kentucky
September 29, 1987

Neurological Evaluation of Cumulative
Trauma Disorder
Annual International Industrial
Ergonomics and Safety Conference 1987
University of Miami
June 10, 1987

Neurological Evaluation of Occupational
Peripheral Neuropathies
Occupational Disorders of the Upper
Extremities Conference
Loyola University of Chicago
Oakbrook, Illinois
June 27, 1988

Diagnosis and Classification of Seizures
Education Department Lecture Series
Humana Hospital Audubon
Louisville, Kentucky
January 9, 1989

Epilepsy in the Workplace
Thirty-First Annual Kentucky Occupational
Medical Association Meeting-In association
with Louisville Kentucky Association of
Occupational Health Nurses
Humana, Inc.
March 3, 1990

Spinoscopy in the Assessment of Low Back Pain
Greater Kentucky Claims Association Conference,
Louisville, Kentucky
February 1, 1993

Systemic Disease vs. Cumulative Trauma Disorders
American Society for Surgery of the Hand -

Occupational Disorders and Rehabilitation of
the Upper Extremity,
Indianapolis, Indiana
March 25-27, 1993

What Represents a Reasonable Neurological
Evaluation?
American Society for Surgery of the Hand -
Occupational Disorders and Rehabilitation of
the Upper Extremity
Indianapolis, Indiana
March 25-27, 1993

Spinoscopy: A Non-Invasive Imaging System to
Evaluate and Diagnose Spinal Disorders
Second Annual Kentucky Workers' Compensation
Seminar - Presented by GAB Business Services
Louisville, Kentucky
April 16, 1993

Back Injuries - Prevention, Treatment and
Rehabilitation
James B. Haggin Memorial Hospital
Harrodsburg, Kentucky
May 3, 1993

Review of Neuro-Anatomy
IBM Building - Conference Center
New York City
May 28, 1993

The Medical Evaluation of Low Back Pain and
Carpal Tunnel Syndrome
Ferreri & Fogle Seminar
Holiday Inn Conference Center, Hurstbourne Lane,
Louisville, Kentucky
July 14, 1993

Systemic Disease vs. Cumulative Trauma Disorders
Combined meeting of the Louisville, Kentucky
Association of Occupational Health Nurses (LKAOHN)
 and the Kentucky Occupational Medicine Association (KOMA)
Louisville, Kentucky
November 4, 1995

A Simple Approach to EMG and Nerve Conduction Studies
Combined meeting of the Louisville, Kentucky
Association of Occupational Health Nurses (LKAOHN)
and the Kentucky Occupational Medicine Association (KOMA)
Louisville, Kentucky

November 4, 1995

Systemic Disease and Upper Extremity Disorders
Grand Rounds - Department of Plastic Surgery
University of Louisville
Louisville, Kentucky
March 1, 1996

Electrodiagnostic Reports in Carpal Tunnel Syndrome
Combined Meeting: American Society for Surgery of the
Hand/Japanese Society for Surgery of the Hand
Maui, Hawaii
March 22, 1996

Electrodiagnostic Reports in Median Neuropathy
at the Wrist
51st Annual Meeting of the American Society for
Surgery of the Hand
Nashville, Tennessee
October 2, 1996

Hereditary Neuropathy with Liability
to Pressure Palsy (Poster Presentation)
53rd Annual Meeting of the American Society
for Surgery of the Hand
Minneapolis, Minnesota
September 10-12, 1998

The Latest Methods for the Treatment of Seizure
Disorders and Epilepsy
Norton Suburban Hospital
Louisville, Kentucky
November 27, 2001

Compressive Neuropathy: Biology and Electrophysiology
Submitted for presentation at Upper Extremity Symptoms
and the Workplace
American Society for Surgery of the Hand
Chicago, Illinois
April 12-13, 2002

Thoracic Outlet Syndrome – Diagnostic Criteria
Submitted for presentation at Upper Extremity Symptoms
and the Workplace
American Society for Surgery of the Hand
Chicago, Illinois
April 12-13, 2002

The Diagnosis of Carpal Tunnel Syndrome
Submitted for presentation at Upper Extremity Symptoms

and the Workplace
American Society for Surgery of the Hand
Chicago, Illinois
April 12-13, 2002

Consensus Guidelines in the Treatment of Epilepsy
Louisville, Kentucky
April 20, 2002

Antiepileptic Drug Use in Women – 2002
Louisville, Kentucky
April 23, 2002

Grand Rounds – Hazelwood Medical Center
Louisville, Kentucky
May 16, 2002

Grand Rounds – Jewish Hospital
Louisville, Kentucky
May 24, 2002

Understanding Epilepsy
Epilepsy Foundation – Women/Epilepsy
Norton's Hospital
Louisville, Kentucky
November 2, 2002

The Diagnosis of Neuropathy in the Workplace
National Advisory Committee on Ergonomics (NACE)
Washington, DC
January 28, 2004

Understanding Epilepsy: Diagnosis, Classification and Treatment
Annual Meeting-Kentucky Speech-Language-Hearing Association
International Convention Center
Louisville, Kentucky
February 25, 2004

Grand Rounds – Jewish Hospital
"Parkinson's Disease"
Louisville, Kentucky
April 14, 2006

VNS Therapy for the Treatment of Refractory Epilepsy
Western Galilee Hospital
Nahariyah, Israel
December 13, 2006

Grand Rounds -Department of Plastic Surgery

Electrodiagnostic Testing, Carpal Tunnel Syndrome, Thoracic Outlet
Syndrome
Jewish Hospital, Louisville, Kentucky
May 23, 2007

Epilepsy in the Intellectually and Developmentally Disabled Patient
Kentucky Association of Disability Nurses
Louisville, Kentucky
August 22, 2007

Pharmacologic Advances in the Treatment of Dementia
Stanley Wissman Neuroscience Symposium
Parkview Hospital, Fort Wayne, Indiana
October 25, 2007

A New Strategy for Vagus Nerve Stimulation Parameters: 60 Sec
ON with 1.1 Minute OFF (Poster Presentation)
61st Annual Meeting of the American Epilepsy Society
Philadelphia, Pennsylvania
December 1-3, 2007

The Diagnosis and Treatment of Epilepsy: VNS Therapy
20th Regional Conference
Kentucky Coalition of Nurse Practitioners and Nurse Midwives
Galt House, Louisville, KY
April 23, 2008

Minimally Intractable Seizures:   13 of 18 Patients Reported No
Seizures After Receiving Vagus Nerve Stimulation (Poster
Presentation)
61st Annual Meeting of the American Epilepsy Society
Seattle, Washington
December 5-9, 2008

Grand Rounds -Department of Neurology
Vagal Nerve Stimulation (VNS) Therapy for Refractory Epilepsy
University of Louisville, Louisville Kentucky
April 9, 2010

Neurogenic Thoracic Outlet Syndrome
65th Annual Meeting of the American Society for Surgery of the Hand
Boston, Massachusetts
October 8, 2010

Epilepsy in Patients with Intellectual and Developmental
Disabilities
Indiana Developmental Disabilities Nurses Association
Conference
Greenfield, Indiana
September 21, 2011

VNS Therapy Overview
Indiana Developmental Disabilities Nurses Association
Conference
Greenfield, Indiana
September 21, 2011

**Listed In:**   Who's Who in America – 55th Edition
Who's Who in Emerging Leaders – 4th Edition
Who's Who in Science and Engineering – 3rd Edition
Best Doctors – 2001-2002, 2003-2004, 2005-2006, 2007-2008,
2009-2010, 2011-2012
Who's Who in America – 57th Edition (2002)
Who's Who in America – 58th Edition (2003)
Who's Who in the World – 21st Edition (2003)

**Hospital Affiliations:**   Active Staff
Baptist Hospital East

Courtesy Staff
Norton Audubon Hospital
Floyd Memorial Hospital
Norton Suburban Hospital
Norton Brownsboro Hospital