**TAB C**

# NEUROLOGY CONSULTING, LLC
_____

### TRIAL AND DEPOSITION TESTIMONY
### HAL M. CORWIN, M.D.
### January 2009 to May 2013

**Doreen Pumphrey**
Case #: 04-CI-00293
Boyle Circuit Court
Atty:  Richard Schiller
Thompson, Miller & Simpson, PLC
600 W. Main St., Ste. 500, Louisville, KY  40202
Deposition: January 23, 2007
Trial: January 29, 2010

**Dawn Rideout** v. Trover Clinic Foundation, Inc.
U.S. District Court Western District of KY, Owensboro Division
Atty:  Charles Franklin, II
Franklin, Gordon & Hobgood
24 Court St., P.O. Box 547, Madisonville, KY  42431
Deposition:  October 16, 2007
Trial:  September 30, 2009

**Charlotte Hurley** v. Baptist Healthcare System, Inc.
Case No:  Civil Action 06-CI-595.
Court:  Fayette Circuit Court Division IV
Atty:  Benny Epling II
Robinson & Epling, PSC
101 Prosperous Place, Suites 175 & 190, Lexington, KY 40509
Deposition: April 8, 2008
Trial:  March 12, 2009

**Royelstine Bowman** v. Dass [Blackwell v. Washington Hospital Center]Civil Action No: 05-ca-009773M
Court:  Superior Court of the District of Columbia
Atty:  Joanna Jesperson
Montedonico, Belcuore & Tazzara, P.C
1020 Nineteenth St, N.W., #420, Washington, DC  20036
Deposition:  November 14, 2008
Trial:  May 26, 2009

**Cassandra Johnson** v. Miller, et al.
Cause No: 82C01-0609-CT-422
Court:  Vanderburgh Circuit Court of Indiana

Corwin Trial and Deposition Testimony

Atty:  William Drummy
Wilkinson, Goeller, Modesitt, Wilkinson & Drummy, LLP
333 Ohio Street, Terre Haute, IN  47808-0800
Trial:  July 8, 2009

**Donald Hatfield** v. Frito-Lay, Inc.
(Workers' Comp.)
Claim No:  2007-74485
Dept. of Workers' Claims, Commonwealth of Kentucky
Atty:  Warren Harding
Boehl Stopher & Graves, LLP
400 W. Market Street, Louisville, KY  40202
Deposition:  September 4, 2009

**Willa Mae Johnson** v. Jewish Hospital, et al.
Civil Action No: 06-CI-07625
Court:  Jefferson Circuit Court, Division I
Atty:  Gregory King
Stoll Keenon Ogden, PLLC
2000 PNC Plaza, Louisville, KY  40202
Deposition:  October 20, 2009

**Trinity Eaves** (Aaron Eaves, et al.) v. United States of America
Civil Action No:  4:07CV-118-M
U.S. District Court Western District of KY, Owensboro Division
Atty:  Benjamin Schecter
U.S. Attorney's Office, Western District of KY
510 West Broadway, Louisville, KY  40202
Deposition: June 23, 2009
Trial: November 13, 2009

**Gabriel Jones** v. Kosair Children's Hospital
Cause No: 05-CI-07469
Court: Jefferson Circuit Court, Division Nine
Atty:  Julie McDonnell
Stites & Harbison, PLLC
400 W. Market St., Louisville, KY  40202
Deposition:  December 1, 2009

Dennis Pope (**Mary Pope**) v. Hall, et al.
Cause No: 55D01-0602-CT-0084
Morgan Superior Court No. I
Atty:  Edward Liptak
Carson Boxberger, LLP
3100 John Hinkle Place, Bloomington, IN  47408-2611
Deposition:  December 9, 2009

Corwin Trial and Deposition Testimony

Trial:  May 12, 2010

**Sandra Nichter** v. Sally Fox Clarke, et al.
Civil Action No: 06-CI-07422
Court:  Jefferson Circuit Court, Division 6
Atty:  Christopher Coburn
Weber & Rose, PSC
471 West Main Street, Louisville, KY  40202
Deposition:  December 11, 2009

**Willa Bryan** v. Marcos Nores, et al.
Civil Action No: 07-CI-01128
Court:  Boyd Circuit Court, Division 2
Atty:  David Latherow
Williams, Hall & Latherow, PSC
1505 Carter Avenue, Ashland, KY  41105
Deposition:  January 25, 2010
Trial:  November 15, 2011

**Tracey L. Kelley** v. Timothy Wheeler
Civil Action No: 08-CI-00115
Court:  Boyd County Circuit Court
Atty:  Stephen S. Burchett
Offutt Nord, PLLC
949 Third Avenue, Suite 300, Huntington, WV  25701
Deposition:   February 5, 2010
Trial:  September 29, 2010

**Archie Laney** v. Jacqueline Wisner
Cause No:  71D04-0708-CT-00135
Court:  St. Joseph Superior Court, State of Indiana
Atty:  Edward Murphy
Murphy Law Group
110 West Berry Street, Fort Wayne, IN  46802
Trial:  March 5, 2010

**Jessica Doan** v. Victor Ferguson
Cause No: 77C01-0809-CT-00384
Court:  Sullivan Superior Court, State of Indiana
Atty:  William Drummy
Wilkinson, Goeller, Modesitt, Wilkinson & Drummy, LLP
333 Ohio Street, Terre Haute, IN
Trial Date:  March 10, 2010

**Leigh Ann Hudson** v. Jianhua Zhu and Graves-Gilbert Clinic
Cause No:

3

Corwin Trial and Deposition Testimony

Court:
Atty:  Joe Bill Campbell
Hughes & Coleman
P.O. Box 10120, Bowling Green, KY  42102
Deposition:  March 19, 2010

**Tonya Wilbur** v. Cato's
Civil Action No:
Atty:  David Murphy
Murphy Law Offices, PLLC
114 West Main Street, Louisville, KY  40202
Deposition:  July 28, 2010

**Joseph Phelps**:  U.S. Bank v. Pixel Vision of Oregon Inc., et al.
Civil Action No: 05-CI-1717
Court: Fayette Circuit Court
Atty:  Stuart E. Alexander
Tilford Dobbins Alexander Buckaway & Black, PLLC
401 W. Main St. Suite 1400, Louisville, KY  40202
Depositions:  September 9, 2010 & December 20, 2010

**Annie Salley** v. Heartland Healthcare Center-Charleston
Civil Action No: 2:10-CV-00791-DCN
Court: U.S. District Court for the District of South Carolina
Atty:  Elloree Ganes
Hood Law Firm, LLC
172 Meeting Street, P.O. Box 1508, Charleston, SC  29402
Deposition:  October 25, 2010

**Jessica Jewell** v. Regina Raab
Case No:  07-CI-336
Court:  Harrison Circuit Court
Atty:  Kenneth Smith
Jenkins, Smith & Welleford
444 Lewis Hargett Circle, Suite 170, Lexington, KY  40503
Deposition:  April 4, 2011


State of Indiana v. **Jeffrey A. Weisheit**
Cause No: 10C01-1008-MR-601
Court:  Clark Circuit Court
Atty:  Charles Berger
Office of Prosecuting Attorney, Nicholas G. Hermann
Civic Center Complex, Room 108, One N.W.,  M.L. King, Jr. Blvd., Evansville, IN 47708
Deposition:  April 27, 2011 and May 29, 2013

4

Corwin Trial and Deposition Testimony

Hearing:  September 2, 2011

**Jody Smith** v. Pfizer Drug Company
Case No:  5:10-CV-00149-TBR
Court:  Western District of Kentucky, Paducah Division
Atty:  K. Michele Anderson and Sandy Eloranto
Tucker Ellis & West, LLP
4600 South Ulster Street, Suite 1325, Denver, CO  80237
Deposition:  May 11, 2011

**William Copley** v. Nikhil Bhatt, Kamlesh Dave, and First Stop Urgent Care, PSC
Case No:  09-CI-298
Court:  Oldham Circuit Court
Atty:  David A. Zika
Whonsetler & Johnson, PLLC
6011 Brownsboro Park Blvd., Suite E, Louisville, KY 40207
Deposition:  August 4, 2011
Trial:  January 13, 2012

**Billy W. Andrews** v. Timothy Wade and Westfield Insurance Company
Civil No. 09-CI-11522
Court:  Jefferson Circuit Court, Eleventh Division
Atty:  Patti Harmeling
Phillips, Parker, Orberson & Arnett, PLC
716 West Main Street, Suite 300
Louisville, KY  40202
Deposition: November 2, 2011
Trial: December 2, 2011

**Jo Ann Harrod** v. Capitol Family Physicians
Civil No. 04-CI-1297
Court: Franklin Circuit Court, Division II
Atty:  Benny C. Epling II
101 Prosperous Place, Suite 190
Lexington, KY 40509
Trial:  February 23, 2012

**Patricia Shetler, et al**. v. St. Elizabeth Medical Center, Inc., et al.
Case No. 05-CI-3227
Court:  Kenton County Circuit Court
Atty:  Frank V. Benton, IV
528 Overton Street
Newport, KY 41072-0218
Trial: July 20, 2012

Beverly Pressgrove and Phillips Simms (**Holland Simms**) v. William Byrd et al.

5

Corwin Trial and Deposition Testimony

Civil No. CT-00425-08
Court: Circuit Court of Tennesee, 13th Judicial District at Memphis, Division VII
Atty: W. Bryan Smith
One Commerce Square, 26th Floor
Memphis, Tennessee 38103
Deposition: August 22, 2012

**Deanna Higer** v. Douglas Krift, D.C.
Civil No. 01-CI-2324
Court: Kenton County Circuit Court
Atty: Steven G. Kinkel
239 North Broadway
Lexington, Kentucky 40507
Trial: November 29, 2012

**Hollie Collins** (by Sandra McGuire) v. St. Claire Regional Medical Center et al.
Civil No. 11-CI-90176
Court: Rowan Circuit Court
Atty: Cathy Stickels
Thomas More Park, 207 Thomas More Parkway
Crestview Hills, KY  41017-2596
Deposition: December 5, 2012

**Stella Grenier** v. Douglas Black
Civil Action No. 09-CV-627
Court: Superior Court, New Hampshire
Atty: Ron Lajoie
95 Market Street
Manchester, NH 03101
Deposition: January 4, 2013

Estate of **James Simpson** v. Kindred Nursing Centers East LLC
Case No.: 11-902808 (arbitration)
Circuit Court of Mobile County, Alabama
Atty: P. Scott Arnston, Esq.
P.O. Box 2087
Huntsville, AL 35804-2087
Deposition: March 20, 2013


**Updated 04/01/13**

Corwin Trial and Deposition Testimony