# TAB D



# NEUROLOGY CONSULTING, LLC
8617 BLACKPOOL DRIVE
LOUISVILLE, KY 40222

Hal M. Corwin, M.D.                                  Telephone (502) 426-3059
Neurologist                                                  Fax (502) 327-8263

## LEGAL CHARGES - 2013

Independent Medical Exam:   $800, plus $400 per hour for review of records
EMG or NCV, if required, will be billed at $250 per limb.
**PREPAYMENT:  $800**

Deposition:   $800 per hour with one-hour minimum
**PREPAYMENT:  $800**

Affidavit Review:   $400 per hour

Conference:   $400 per hour

Medical Record Review:   $400 per hour

Full Day Out of the Office:   $4,000 per day plus travel expenses

Checks are made payable to:   **Neurology Consulting, LLC**
**Tax ID# 26-4636803**