UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to All Cases | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * *  *

**JOINT REPORT NO. 77 OF PLAINTIFFS'
AND DEFENDANTS' LIAISON COUNSEL**

Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC") submit this Joint Report No. 77.

**I.      CLASS ACTIONS**

The only remaining, pending class actions involve Purchase Claims[1] and Consumer Claims. On June 30, 2010, Merck filed its Motion for Judgment on the Pleadings or to Strike the Class Allegations in Purchase Claims Master Complaint [Rec. Doc. 46086]. The motion has been fully briefed, and the Court has heard oral argument and taken the matter under submission. Both plaintiffs and Merck have filed notices of supplemental authority with the Court. [Rec. Docs. 63966, 63993, 64022].

On February 6, 2012, Merck filed a Motion for Judgment on the Pleadings [Rec. Doc. 63656] on plaintiff Kenneth Walker's claim under the D.C. Consumer Protection and Procedures Act ("CPPA"). By Order & Reasons entered June 13, 2012, the Court granted

---

[1]      Counsel in *Deckowitz v. Merck*, No. 2:05-cv-02102, has noted that the complaint in that action contains not only purchaser claims, but also securities claims brought on behalf of owners of Merck stock. Merck's counsel will be prepared to discuss this situation at the status conference on December 11, 2012.

Merck's motion for judgment on the pleadings. [Rec. Doc. 63924]. On July 9, 2012, Plaintiff moved for an extension of time to file an appeal from the Court's ruling [Rec. Doc. 63970], which was granted by the Court [Rec. Doc. 63975]. On September 12, 2012, the Court entered a judgment of dismissal [Rec. Doc. 64101]. Plaintiff has filed a motion to alter judgment [Rec. Doc. 63980], which Merck opposed [Rec. Doc. 64020]. Plaintiff filed a reply [Rec. Doc. 64052], and the Court has the matter under submission.

At the February 26, 2013 status conference, Plaintiffs' Liaison Counsel announced a consumer settlement, which should resolve all pending consumer claims. The Court indicated that it would conduct a hearing on the parties' forthcoming motion for preliminary approval of the settlement on March 14, 2013. *See* Rec. Doc. 64275 at p. 2. On March 4, 2013, plaintiff James Ratliff filed a Preliminary Notice of Objection to the referenced settlement [Rec. Doc. 64289]. Merck filed an initial response to the preliminary notice of objection [Rec. Doc. 64290], and the Court held a status conference on the pending consumer settlement on March 14, 2013 [Rec. Docs. 64299, 64312]. An additional conference was held on April 15, 2013. The parties will be prepared to discuss this matter further at the monthly status conference on June 25, 2013.

## II.     GOVERNMENT ACTIONS

On June 5, 2012, the Court entered Pre-Trial Order No. 39B [Rec. Doc. 63895] relating to Amendment of Pleadings, Discovery, and Remand/Transfer Scheduling Order for Remaining Government Action Cases; the time period for completion of discovery and timing of remands was extended by joint motion in Pre-Trial Order No. 39C [Rec. Doc. 64223] on January 17, 2013. The parties are engaged in ongoing discovery.

On December 19, 2012 the Plaintiffs' Steering Committee and Government Action Liaison Counsel filed a Motion for an Order Imposing a Common Benefit Obligation Upon the Recovery of the Commonwealth of Pennsylvania Attorney General's Claims Asserted

2

Against Merck, Sharp & Dohme Corp., in this MDL [Rec. Doc. 64205]. On January 9, 2013, the Commonwealth of Pennsylvania filed an Opposition [Rec. Doc. 64216]. On February 25, 2013, the Plaintiffs' Steering Committee and Government Action Liaison Counsel filed a reply, and the Court scheduled a hearing date on the motion [Rec. Docs. 64270, 64271]. The motion was heard on March 20, 2013 and was taken under submission [Rec. Doc. 64309]. On April 29, 2013, the Court issued Order & Reasons [Rec. Doc. 64364].

On April 29, 2013, Merck filed a Motion for Protective Order and Entry for Order for Production in the *State of Utah* case. [Rec. Doc. 64362]. The motion was noticed for submission on May 15, 2013. Plaintiff filed its response [Rec. Doc. 64393]. By Order entered May 22, 2103, the Court granted the motion in part [Rec. Doc. 64417], and entered a separate Order for Production and Protective Order [Rec. Doc. 64418].

On April 29, 2013, the *State of Mississippi* filed a Motion for Protective Order [Rec. Doc. 64365]. The motion was noticed for submission on June 12, 2013.

On May 3, 2013, Merck filed Motions for Judgment on the Pleadings in the Alaska, Mississippi, Montana, and Utah actions [Rec. Docs. 64372, 64373, 64374, and 64375]. Thereafter, the *State of Utah* filed a Motion to Remand and a Motion to Stay [Rec. Docs. 64382 and 64383], and, on May 16, 2013, filed a Motion for Summary Judgment on Judicial Estoppel [Rec. Doc. 64399].

On May 17, 2013, Merck filed a Motion to Compel 30(b)(6) Depositions in the Alaska, Mississippi, and Montana cases [Rec. Doc. 64407]. On May 29, 2013, Merck filed a Motion to Compel in the Utah case [Rec. Doc. 64427]. These motions are noticed for submission on June 25, 2013, immediately following the monthly status conference.

On May 31, 2013, the *State of Mississippi* filed a Supplemental Motion to Remand [Rec. Doc. 64430]. The motion is noticed for submission on October 2, 2013.

Also on May 31, 2013, the Court conducted a telephonic status conference to discuss Merck's motions for judgment on the pleadings [Rec. Docs. 64372, 64373, 64374, and 64375]. The Court ordered that the submission dates on Merck's motions be continued, with dates to be reset following the resolution of plaintiffs' motions to remand in accordance with Pre-Trial Order 39C [Rec. Doc. 64432].

On June 5, 2013, Merck filed a Motion for Protective Order in the Alaska, Mississippi, and Montana cases [Rec. Doc. 64436]. The motion is noticed for submission on June 25, 2013, immediately following the monthly status conference. On June 14, 2013, the *State of Alaska* and the *State of Montana* filed motions for protective order [Rec. Docs. 64441 and 64442]. On June 21, 2013, Merck filed a memorandum in further support of its Motion to Compel 30(b)(6) Depositions and in opposition to the state's motions for protective order [Rec. Doc. 64457]. These motions are noticed for submission on June 25, 2013, immediately following the monthly status conference. Because Merck's Motion to Compel 30(b)(6) Depositions in the Alaska, Mississippi, and Montana cases [Rec. Doc. 64407] and the state's Motions for Protective Order [Rec. Docs. 64441 and 64442] address similar issues, the parties have agreed to treat the state's Motions for Protective Order as oppositions to Merck's Motion to Compel. The parties have further agreed that the motions are ripe for consideration on June 25, 2013, immediately following the monthly status conference.

The parties will be prepared to discuss these issues further at the monthly status conference on June 25, 2013.

### III.     THIRD PARTY PAYORS

On August 17, 2011, the Court issued Pre-Trial Order No. 57 [Rec. Doc. 63267], which establishes procedures and deadlines for private third party payor common benefit fees. On November 17, 2011, the Fee Allocation Committee filed its recommendation pursuant to Pre-Trial Order No. 57.  [Rec. Doc. 63555].  The recommendation was supplemented on November 28, 2011.  [Rec. Doc. 63582].  On June 13, 2012, the TPP Fee Allocation Committee filed its final Recommendation [Rec. Doc. 63928].  On August 10, 2012, Eric H. Weinberg filed an Objection [Rec. Doc. 64044] and a Joint Objection of Audet & Partners, LLP; Hovde Dassow & Deets, LLC; The Lanier Law Firm, P.C.; Ewing, McMillin & Willis, PLLC; and Gary Franke Co., LPA, was filed [Rec. Doc. 64046].  On February 1, 2013, the TPP Fee Allocation Committee filed a Response to General Statements made by the Weinberg Objectors [Rec. Doc. 64235 and 64238].  On February 7, 2013, the Weinberg Objectors filed a Reply to the TPP FAC's Response [Rec. Doc. 64242 and 64246].  On February 12, 2013, W. Mark Lanier of The Lanier Law Firm, P.C. forwarded correspondence to Judge Fallon withdrawing its objection.  On February 14, 2013, Robert T. Dassow forwarded correspondence to Judge Fallon withdrawing the objections of Hovde Dassow & Deets, LLC.; Ewing, McMillin & Willis, PLLC; and Gary Franke Co., LPA, but requesting additional review of their proposed allocations.  The parties discussed these matters further at the February 26, 2013 status conference.  Thereafter, the Court appointed Patrick A. Juneau to serve as Special Master under the terms of Section 4.1.6 of the TTP Common Benefit Attorneys Fee agreement [Rec. Doc. 64304].  On May 15, 2013, Eric Weinberg filed a Memorandum for the Special Master Regarding Allocation of TPP Common Benefits [Rec. Doc. 64396]; the Central States Law Firms filed a Memorandum and Joint Objection to the TPP Fee Allocation Committee's Recommendation [Rec. Doc. 64397]; and the TPP Fee Allocation Committee filed its Pre-Trial Memorandum [Rec. Doc. 64398].  On May 17,

2013, Eric Weinberg filed a Witness List [Rec. Doc. 64406]; the TPP Fee Allocation Committee filed a Witness List [Rec. Doc. 64405]; and the TPP Fee Allocation Committee filed a Supplemental Witness List [Rec. Doc. 64408]. On May 28, 2013, Eric Weinberg filed a Reply to Memorandum by the TPP FAC [Rec. Doc. 64422]; and the TPP FAC filed a Reply to Eric Weinberg's Memorandum for the Special Master Regarding Allocation of TPP Common Benefit Fees [Rec. Doc. 64424]. A Revised Scheduling Protocol for Third Party Payor Common Benefit Fees [Rec. Doc. 64439] was filed on June 10, 2013, setting a hearing before the Special Master on June 20, 2013 at 9:00 a.m. at Courtroom C468 at the Federal Courthouse in New Orleans, Louisiana. On June 19, 2013, the TPP FAC filed a Motion for Contempt, or Alternatively to Strike against the Law Offices of Eric Weinberg [Rec. Doc. 64448] and the Law Offices of Eric Weinberg filed an Opposition [Rec. Doc. 64452]. On June 19, 2013, the Court issued an Order granting the motion in part and directing that the Law Office of Eric Weinberg produce the subpoenaed documents at the hearing before the Special Master on June 20, 2013. The Special Master conducted his hearing on June 20, 2013. On June 20, 2013, the TPP FAC filed a Motion to Set Hearing to Find the Law Firm of Eric Weinberg in Contempt, or Alternatively to Strike [Rec. Doc. 64454].

The TPP Fee Allocation Committee will be prepared to discuss these matters further at the status conference on June 25, 2013.

## IV.  PENDING PERSONAL INJURY CASES SUBJECT TO PTOS 28, 29 AND 43

### A.  General Matters Relating to Remaining Personal Injury Cases & Pending Motions

On April 25, 2012, the Court issued its Order & Reasons addressing the PSC's Motion to Amend Pre-Trial Order No. 19 [Rec. Doc. 63585] and Ms. Oldfather's Motion for Order Requiring Escrow and Disclosures of Common Benefit Fee and Cost Withholdings from

Settlement of Ineligible and Non-Enrolled Cases [Rec. Doc. 63154]. The Order required certain further steps by the PSC and directed the parties to meet and confer, after which Ms. Oldfather's Motion could be revisited if appropriate.

On December 24, 2012, the VTE plaintiffs filed a Motion to Preclude Testimony of Mark A. Crowther, M.D., and the Testimony of John P. Kress, M.D. [Rec. Doc. 64210], and Merck filed a Consolidated Motion to Exclude Opinion Testimony on General Causation and Renewed Motion for Summary Judgment in VTE Cases [Rec. Doc. 64211]$^2$. On January 31, 2013, opposition memoranda were filed by the VTE plaintiffs [Rec. Doc. 64232] and Merck [Rec. Doc. 64234]. On February 15, 2013, reply memoranda were filed by the VTE plaintiffs [Rec. Doc. 62450] and Merck [Rec. Doc. 64233]. On January 31, 2013, the VTE plaintiffs also filed a Motion for Continued Remand of Merck's Renewed Motion for Summary Judgment in VTE Cases [Rec. Doc. 64233]. Merck filed an opposition to that motion on February 22, 2013 [Rec. Doc. 64263]. The matters were heard by the Court on March 8, 2013 and were taken under submission. By Order and Reasons entered April 9, 2013 [Rec. Doc. 64341], the Court denied Merck's motion to exclude [Rec. Doc. 64211] and continued the submission date on Merck's motion for summary judgment with dates to be reset; the Court denied plaintiffs' motion to exclude [Rec. Doc. 64210]; and the Court granted plaintiff's motion [Rec. Doc. 64233] to continue the submission date of Merck's motion for summary judgment. On June 3, 2013, Merck filed a Motion for Reconsideration of the Court's April 9, 2013 Order and Reasons [Rec. Doc. 64435]. The motion is noticed for submission on July 24, 2013 at 9:00 a.m.

Following the April 23, 2013, status conference, the Court and counsel for Merck and Liaison/Lead Counsel for Ineligible or Non-Enrolled Cases and Certain Other Remaining PI Claims met to informally discuss management of the VTE cases.

---

[2]     Merck had previously filed Merck filed a Motion for Summary Judgment in VTE Cases [Rec. Doc. 63539].

Liaison and Lead counsel for Certain Claims will be prepared to discuss these issues further at the status conference on June 25, 2013.

**B.     Matters Noticed for Submission on June 25, 2013**

None.

**V.     OTHER PENDING MOTIONS/MATTERS**

On September 15, 2011, Ms. Oldfather filed a Motion and Supporting Memorandum to Require Court Approval of Liaison Counsel's Fee of Michael A. Stratton [Rec. Doc. 63389]. That matter was argued on September 21, 2011. No response had been filed by Mr. Stratton. On June 6, 2012, the Court entered an Order [Rec. Doc. 63900] adding this matter to the agenda of the status conference on June 14, 2012, where it was further discussed. On August 15, 2012, Mr. Stratton filed a "Status Conference Memorandum regarding the Liaison Counsel Objection Heard on September 21, 2011" [Rec. Doc. 64064]. The parties will be prepared to discuss this matter further at the status conference on June 25, 2013.

On March 20, 2013, Merck filed a Motion for Appointment of Janis L. Ferguson *Nunc Pro Tunc* Pursuant to Rule 28(a)(1)(B) [Rec. Doc. 64310]. The motion was originally submitted as an *ex parte* motion. When Merck's counsel learned that the motion was opposed by plaintiff, Merck notified the Court and requested that it be noticed for submission. By Order entered April 25, 2013, the Court set briefing deadlines and scheduled a telephonic hearing on the motion for May 9, 2013 [Rec. Doc. 64360]. Plaintiff did not file an opposition. Accordingly, by Order entered May 9, 2013, the Court cancelled the telephonic hearing and granted Merck's motion [Rec. Doc. 64387].

On May 9, 2013, Merck filed a Motion to Dismiss Certain Duplicative Claims [Rec. Doc. 64386] and a Motion to Dismiss by Entering a Comprehensive Order on Certain Stipulations of Dismissal [Rec. Doc. 64388]. The motions were noticed for submission on May

29, 2013 at 9:00 a.m.  By Orders entered June 18, 2013, the motions were granted and the claims dismissed [Rec. Docs. 64446 and 64447].

On May 9, 2013, Merck also filed a Motion, Rule and Incorporated Memorandum to Show Cause Why Case Should Not be Dismissed With Prejudice for Failure to Prosecute in the *Percy Harris* case [Rec. Doc. 64390].  The motion was noticed for submission on May 29, 2013 and is under advisement.

On May 17, 2013, Merck filed under seal a Motion for Summary Judgment in the *Wodowski* case [Rec. Doc. 64402].  The motion is noticed for submission on July 10, 2013.

The parties will be prepared to discuss these matters further at the status conference on June 25, 2013.

## VI.     APPEALS

Several appeals have been filed by *pro se* plaintiffs and are pending before the United States Court of Appeals, Fifth Circuit.

On August 31 and September 19, 2012, Plaintiff Joanne Roach filed a Notice of Appeal and an Amended Notice of Appeal [Rec. Docs. 64089 and 64115] of the court's dismissal of her case.  On June 18, 2013, the Fifth Circuit issued a *per curiam* opinion affirming this Court's order granting summary judgment.

On February 27, 2013, the appeal record in the *Strujan* case, 07-906, was transmitted to the Clerk of the Fifth Circuit Court of Appeals [Rec. Doc. 64282].

The parties will be prepared to discuss these matters further at the status conference on June 25, 2013.

## VII. NEXT STATUS CONFERENCE

Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel will be prepared to schedule the next status conference, on a date to be selected by the Court.

Respectfully submitted,

| | |
|---|---|
| */s/ Leonard A. Davis* | */s/ Dorothy H. Wimberly* |
| Russ M. Herman (Bar No. 6819) | Phillip A. Wittmann (Bar No. 13625) |
| Leonard A. Davis (Bar No. 14190) | Dorothy H. Wimberly (Bar No. 18509) |
| ***Herman, Herman & Katz, L.L.C.*** | ***Stone Pigman Walther Wittmann L.L.C.*** |
| 820 O'Keefe Avenue | 546 Carondelet Street |
| New Orleans, Louisiana 70113 | New Orleans, Louisiana 70130-3588 |
| Telephone: (504) 581-4892 | Telephone: (504) 581-3200 |
| Fax: (504) 561-6024 | Fax: (504) 581-3361 |
| **Plaintiffs' Liaison Counsel** | **Defendants' Liaison Counsel** |

*/s/ Ann B. Oldfather*
Ann B. Oldfather (KY Bar No. 52553)
**OLDFATHER LAW FIRM**
1330 South Third Street
Louisville, Kentucky 40208
Telephone: (502) 637-7200
Fax: (502) 637-3999

**Liaison and Lead Counsel for Ineligible or Non-Enrolled Cases and Certain Other Remaining PI Claims**


## **CERTIFICATE**

I hereby certify that the above and foregoing Joint Status Report No. 77 of Plaintiffs' and Defendants' Liaison Counsel and Ann Oldfather, Liaison Counsel for certain pending personal injury cases, has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of June, 2013.

*/s/ Leonard A. Davisy*
Leonard A. Davis, 14190
HERMAN, HERMAN & KATZ, LLC.
820 O'Keefe Ave.
New Orleans, Louisiana  70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com