UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
JUNE 25, 2013
**SUGGESTED AGENDA**

I.     Class Actions

II.     Government Actions

III.     Third Party Payor

IV.     Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

V.     Other Pending Motions/Matters

VI.     Appeals

VII.     Next Status Conference

1