MINUTE ENTRY
FALLON, J.
JUNE 25, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L |

**This document relates to: 06-3132, 06-4302, 05-6755**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Arlene Movahed

Appearances: Scott Powell, Esq., for Alaska and Montana Attorney Generals
             John Beisner, Esq. for  Merck Sharp & Dohme Corp.

Motion of defendant Merck Sharp & Dohme Corp. To Compel the Plaintiffs to designate representatives to testify on the topics in Merck's notices of deposition pursuant to Fed. R. Civ. P. 30(b)(6)   (64407)

After argument - Motion GRANTED for reasons stated orally on the record.

JS10:    :27