UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Donna C. Russel, et al. v. Merck & Co., Inc.,* | * | KNOWLES |
| **2:06-cv-00781-EEF-DEK** | * | |
| | * | |
| *Kenneth Novick v. Merck & Co., Inc.,* | * | |
| **2:07-cv-07756-EEF-DEK** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER REGARDING EXTENSION OF DEADLINES UNDER PTO 58

Considering the parties' joint request for an extension of deadlines in the above-captioned cases, and upon consideration of the issues, the record in these cases, and the applicable law, it is hereby

**IT IS ORDERED** that the deadlines in the above-captioned cases set forth under Pretrial Order 58, entered by this Court on May 15, 2012, as amended, shall be extended by approximately three months, and all further proceedings conducted in accordance with the following schedule:

- Completion of All Fact Discovery– September 27, 2013

- Designation of Experts and Submission of Written Expert Reports by Plaintiffs – October 11, 2013

    o Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Designation of Experts and Submission of Written Expert Reports by Defendant – November 1, 2013

1129890v1

- o  Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Completion of Expert Depositions – December 20, 2013

- *Daubert* and Dispositive Motions due – January 17, 2014

- Opposition to *Daubert* and Dispositive Motions due – February 14, 2014

- Reply briefs due – February 28, 2014

- *Daubert* hearing – T/B/A

## *Dispositive Motions*

Dispositive motions in individual cases may be filed at any time. The opposing party will have 21 days to respond. The moving party will have 10 days to reply.

NEW ORLEANS, LOUISIANA, this 25th day of June, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE