

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | * | MDL Case No. 1657 |
|  | * |  |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * |  |
|  | * | JUDGE FALLON |
| *This document relates to* | * |  |
|  | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |  |
|  | * |  |

*******************************************************************

## ORDER REGARDING EXTENSION OF DEADLINES UNDER PTO 58

The Court is informed by plaintiff that the in the above-captioned case has extenuating circumstances that have delayed filing of expert report by the plaintiff. Considering the foregoing request and Merck's indication that they will not oppose of an extension of deadlines in the above-captioned case, and upon consideration of the issues, and the record in this case and the applicable law, it is hereby

**ORDERED** that the deadline for expert report in the above-captioned case set forth under Pretrial Order 58, entered by this Court and amended on May 31, 2012, as amended, shall be extended to June27, 2013.

### *Dispositive Motions*

Dispositive motions in individual cases may be filed at any time. The opposing party will have 21 days to respond. The moving party will have 10 days to reply.

**SO ORDERED.**

NEW ORLEANS, LOUISIANA, this 25th day of June, 2013.

                                        ELDON E. FALLON
                                        UNITED STATES DISTRICT JUDGE