UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Cook v. Merck & Co. Inc.*, Case No. 2:05cv04691<br>*Jensen v. Merck & Co. Inc., et al.*, Case No. 2:05cv01799<br>*McArthur v. Merck & Co. Inc.*, Case No. 2:05cv04597<br>*Aguero, et al. v. Merck & Co Inc.*, Case No. 2:05cv00504 | MDL No. 1657<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br>**NOTICE OF REQUESTED WITHDRAWAL OF COUNSEL HEATHER A. FOSTER** |

TO ALL PARTIES AND ATTORNEYS OF RECORD, Elizabeth A. Alexander, a partner at Lieff Cabraser Heimann & Bernstein, LLP (LCHB) hereby notifies the Court and all parties that attorney Heather Foster, formerly an LCHB partner, is no longer practicing law with Lieff Cabraser Heimann & Bernstein, LLP and is no longer involved in the Vioxx litigation. As a result, Lieff Cabraser Heimann & Bernstein, LLP respectfully requests that Heather Foster be withdrawn by the Court as attorney of record in the Vioxx MDL proceedings.

Dated: June 26, 2013

*[signature]*

Elizabeth A. Alexander
Lieff Cabraser Heimann & Bernstein, LLP
One Nashville Place
150 Fourth Avenue North, Suite 1650
Nashville, Tennessee 37219-2423
Telephone: 615.313.9000
Facsimile: 615.313.9965

*Attorneys for Plaintiffs*

I, Heather A. Foster, consent to my requested withdrawal from referenced Vioxx cases under MDL No. 1657.

Dated: June 26, 2013

*[signature]*

Heather A. Foster

1119805.1