UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Cook v. Merck & Co. Inc.*, Case No. 2:05cv04691<br>*Jensen v. Merck & Co. Inc., et al.*, Case No. 2:05cv01799<br>*McArthur v. Merck & Co. Inc.*, Case No. 2:05cv04597<br>*Aguero, et al. v. Merck & Co Inc.*, Case No. 2:05cv00504 | MDL No. 1657<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL HEATHER A. FOSTER

Good cause appearing therefore, this Court HEREBY GRANTS Plaintiffs' Notice of Requested Withdrawal of Counsel Heather A. Foster.

IT IS SO ORDERED.

_____
The Honorable Eldon Fallon District Judge

1119805.1