**Subject:** Fwd: Vioxx TPP
**From:** Margaret Woodward <mewno@aol.com>
**Date:** 4/23/13 7:24 PM
**To:** rea7001@cox.net

Ok for you?

Sent from my iPhone

Begin forwarded message:

> **From:** "Patrick A. Juneau" <PAJ@juneaudavid.com>
> **Date:** April 23, 2013, 1:36:21 PM CDT
> **To:** Robert Dassow <rdassow@hovdelaw.com>, "ldavis@hhkc.com" <ldavis@hhkc.com>, "rherman@hhkc.com" <rherman@hhkc.com>, "mewno@aol.com" <mewno@aol.com>
> **Subject: Vioxx TPP**
>
> Counsel:
>
> I need to change the time of our telephone conference for tomorrow afternoon to 3:00 p.m. (CST).  Please let me know if this is a problem.  The call-in information remains the same, which is as follows:
>
> > Call-In #: 877-402-9753
> > Access Code: 7929654
>
> **PATRICK A. JUNEAU**
> **Special Master**
> Juneau David, APLC
> Post Office Drawer 51268
> Lafayette, LA 70507-1268
> (337) 269-0052 - Phone
> (337) 269-0061 - Fax
> paj@juneaudavid.com
> fgg@juneaudavid.com