May 20, 2013

**VIA EMAIL ONLY**

Special Master Patrick Juneau
The Juneau Law Firm
P.O. Drawer 51268
Lafayette, LA 70505-1268

      Re: MDL 1657 - *in re Vioxx Products Liability Litigation*
         Third Party Payors

Dear Master Juneau:

Representatives of  the TPP FAC and Mr. Weinberg conferred this evening and agree that the hearing scheduled for May 23, 2013 should not take place.  Both sides have agreed that in lieu of a hearing the matter should be submitted on briefs.  Both sides have further agreed that each may submit a reply brief, not to exceed ten pages, limited strictly to responding to and rebutting the issues raised in their opponent's briefs filed on May 15, 2013.  With your permission, the parties have agreed that the briefs would be filed by 5:00 p.m. on Tuesday, May 28, 2013 (a week from tomorrow).

The parties also reiterate their mutual availability to answer any questions you might have about the matter.

Please advise us whether this consent modification of your protocol is acceptable to you.

Thanking you for your consideration in this matter, we are,

                Respectfully,


                s/ mw
                s/ld

                Margaret E. Woodward
                Leonard A. Davis

EXHIBIT 3

Special Master Patrick Juneau
The Juneau Law Firm
P.O. Drawer 51268
Lafayette, LA 70505-1268