**Subject:** Vioxx TPP
**From:** "Patrick A. Juneau" <PAJ@juneaudavid.com>
**Date:** 5/21/13 10:12 AM
**To:** "'mewno@aol.com' (mewno@aol.com)" <mewno@aol.com>, "'rea7001@cox.net' (rea7001@cox.net)" <rea7001@cox.net>, Lenny Davis <LDAVIS@hhklawfirm.com>, "Robert Dassow (rdassow@hovdelaw.com)" <rdassow@hovdelaw.com>

In view of the joint request by Lenny Davis and Margaret Woodward to submit reply briefs in lieu holding the hearing which is currently set for May 23, 2013, by means of this email, I am amending the Scheduling Protocol as follows:

  a. The hearing set for May 23, 2013 **is cancelled** and in lieu thereof, the parties may submit a Reply Brief, not to exceed 10 pages, limited strictly to responding to and rebutting the issues raised in the opposition briefs originally filed.

  b. The Reply Briefs will have to be filed no later than 5:00 p.m. on Tuesday, May 28, 2013.

**PATRICK A. JUNEAU**
**Special Master**
Juneau David, APLC
Post Office Drawer 51268
Lafayette, LA 70507-1268
(337) 269-0052 - Phone
(337) 269-0061 - Fax
paj@juneaudavid.com
fgg@juneaudavid.com

──Attachments:────────────────────────────────────

  Juneau.let.5.20.final.pdf                                                    41.2 KB

EXHIBIT 4