**Subject:** Vioxx TPP--Motion to Quash
**From:** "Patrick A. Juneau" <PAJ@juneaudavid.com>
**Date:** 5/21/13 10:14 AM
**To:** "'mewno@aol.com' (mewno@aol.com)" <mewno@aol.com>, "'rea7001@cox.net' (rea7001@cox.net)" <rea7001@cox.net>, Lenny Davis <LDAVIS@hhklawfirm.com>, "Robert Dassow (rdassow@hovdelaw.com)" <rdassow@hovdelaw.com>

With regard to the Motion to Quash filed on behalf of Eric Weinberg, the TPP FAC may file a reply brief and such brief must be filed no later than 5:00 p.m. on Thursday, May 23, 2013. The issues submitted in the Motion to Quash will be decided by the Special Master after consideration of the filed briefs.

**PATRICK A. JUNEAU**
**Special Master**
Juneau David, APLC
Post Office Drawer 51268
Lafayette, LA 70507-1268
(337) 269-0052 - Phone
(337) 269-0061 - Fax
paj@juneaudavid.com
fgg@juneaudavid.com