**Subject:** Re: Vioxx TPP
**From:** Mewno@aol.com
**Date:** 6/12/13 3:03 PM
**To:** PAJ@juneaudavid.com
**CC:** rea7001@cox.net, lflemming@hhklawfirm.com, cseeger@seegerweiss.com, rdassow@hovdelaw.com

Dear Master Juneau,

I am leaving town tomorrow evening for a previously-scheduled family vacation, returning on July 3rd.  Robert Arceneaux will attend the 6/20 hearing on behalf of our client, and will handle any other matters that arise in my absence.  Please direct further correspondence to him at the email address above, or by phone at 504-833-7533.

Thanking you for your consideration, I am,

Margaret E. Woodward
3701 Canal St., Suite C
New Orleans, LA. 70119
Tel: 504-301-4333
Fax: 504-301-4365

In a message dated 6/12/2013 2:36:10 P.M. Central Daylight Time, PAJ@juneaudavid.com writes:

> Counsel:
>
> I am continuing to review this matter and as a result of that continued review, I decided that I do not need Andy Birchfield to appear at the hearing that is set for June 20, 2013.
>
> The purpose of this hearing is for me to ask questions and get clarification on certain issues.  The case is considered submitted by the respective parties and I would, therefore, not have any examination of the witnesses by the parties.
>
> **PATRICK A. JUNEAU**
>
> **Special Master**
>
> Juneau David, APLC
>
> Post Office Drawer 51268
>
> Lafayette, LA 70507-1268

EXHIBIT 7

(337) 269-0052 - Phone

(337) 269-0061 - Fax

paj@juneaudavid.com

fgg@juneaudavid.com