**Subject:** RE: TPP
**From:** Lenny Davis <LDAVIS@hhklawfirm.com>
**Date:** 6/17/13 1:55 PM
**To:** "'Mewno@aol.com'" <Mewno@aol.com>, "paj@juneaudavid.com" <paj@juneaudavid.com>, "paj@juneaulaw.com" <paj@juneaulaw.com>
**CC:** Russ Herman <RHERMAN@hhklawfirm.com>, Lillian Flemming <LFLEMMING@hhklawfirm.com>, "rdassow@hovdelaw.com" <rdassow@hovdelaw.com>, "rea7001@cox.net" <rea7001@cox.net>, "pcalogero@alsfirm.com" <pcalogero@alsfirm.com>

Margaret….As you are aware the court issued the attached order regarding the Weinberg materials subject to the FAC subpoena. can you please advise when we will be receiving a return on the subpoena. thanks

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

Attachments:

64437 Order on Motion to Quash.pdf                                          55.8 KB

EXHIBIT 9