**Subject:** Re: TPP
**From:** robert <rea7001@cox.net>
**Date:** 6/17/13 2:17 PM
**To:** Lenny Davis <LDAVIS@hhklawfirm.com>

Lenny

Margaret is out of the country for a few weeks. I know Eric is in the process of pulling together the requested records, but I also know he is also at the same time preparing for and taking several Vioxx depositions. I have written and asked what progress has been made, and when he expects to be finished. As soon as I have that information, I will pass it on to you.

Robert


Lenny Davis wrote:

> Margaret….As you are aware the court issued the attached order regarding the Weinberg materials subject to the FAC subpoena. can you please advise when we will be receiving a return on the subpoena. thanks
>
> Leonard A. Davis
> Attorney at Law
> Herman, Herman & Katz, L.L.C.
> Herman Gerel LLP
> 820 O'Keefe Avenue
> New Orleans, Louisiana 70113
> 504-581-4892
> 504-561-6024(fax)
>
> /This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.///
>
> CONFIDENTIAL ATTORNEY WORK PRODUCT
>
> CONFIDENTIAL ATTORNEY WORK PRODUCT
> This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

EXHIBIT 10