**Subject:** RE: TPP
**From:** Lenny Davis <LDAVIS@hhklawfirm.com>
**Date:** 6/17/13 2:25 PM
**To:** "'rea7001@cox.net'" <rea7001@cox.net>
**CC:** "'Mewno@aol.com'" <Mewno@aol.com>, "'paj@juneaudavid.com'" <paj@juneaudavid.com>, "'paj@juneaulaw.com'" <paj@juneaulaw.com>, Russ Herman <RHERMAN@hhklawfirm.com>, Lillian Flemming <LFLEMMING@hhklawfirm.com>, "'rdassow@hovdelaw.com'" <rdassow@hovdelaw.com>, "'rea7001@cox.net'" <rea7001@cox.net>, "'pcalogero@alsfirm.com'" <pcalogero@alsfirm.com>

```
Please keep us advised. We are anxious to receive the materials as soon as possible.

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)
This e-mail message contains confidential, privileged information intended solely
for the addressee. Please do not read, copy, or disseminate it unless you are the
addressee. If you have received it in error, please call us (collect) immediately
at (504) 581-4892 and ask to speak with the message sender. Also, we would
appreciate your forwarding the message back to us and deleting it from your system.
Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT


-----Original Message-----
From: robert [mailto:rea7001@cox.net]
Sent: Monday, June 17, 2013 2:18 PM
To: Lenny Davis
Subject: Re: TPP

Lenny

Margaret is out of the country for a few weeks. I know Eric is in the process of
pulling together the requested records, but I also know he is also at the same time
preparing for and taking several Vioxx depositions. I have written and asked what
progress has been made, and when he expects to be finished. As soon as I have that
information, I will pass it on to you.

Robert


Lenny Davis wrote:

  Margaret..As you are aware the court issued the attached order
  regarding the Weinberg materials subject to the FAC subpoena. can you
  please advise when we will be receiving a return on the subpoena.
  thanks

  Leonard A. Davis
  Attorney at Law
  Herman, Herman & Katz, L.L.C.
```

EXHIBIT 11

> Herman Gerel LLP
> 820 O'Keefe Avenue
> New Orleans, Louisiana 70113
> 504-581-4892
> 504-561-6024(fax)
>
> /This e-mail message contains confidential, privileged information
> intended solely for the addressee. Please do not read, copy, or
> disseminate it unless you are the addressee. If you have received it
> in error, please call us (collect) immediately at (504) 581-4892 and
> ask to speak with the message sender. Also, we would appreciate your
> forwarding the message back to us and deleting it from your system.
> Thank you.///
>
> CONFIDENTIAL ATTORNEY WORK PRODUCT
>
> CONFIDENTIAL ATTORNEY WORK PRODUCT
> This e-mail message contains confidential, privileged information
> intended solely for the addressee.  Please do not read, copy, or
> disseminate it unless you are the addressee.  If you have received it
> in error, please call us
> (collect) immediately at (504) 581-4892 and ask to speak with the
> message sender.  Also, we would appreciate your forwarding the message
> back to us and deleting it from your system.  Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.