**Subject:** Re: TPP
**From:** robert <rea7001@cox.net>
**Date:** 6/17/13 2:26 PM
**To:** Lenny Davis <LDAVIS@hhklawfirm.com>
**CC:** "'Mewno@aol.com'" <Mewno@aol.com>, "'paj@juneaudavid.com'" <paj@juneaudavid.com>, "'paj@juneaulaw.com'" <paj@juneaulaw.com>, Russ Herman <RHERMAN@hhklawfirm.com>, Lillian Flemming <LFLEMMING@hhklawfirm.com>, "'rdassow@hovdelaw.com'" <rdassow@hovdelaw.com>, "'pcalogero@alsfirm.com'" <pcalogero@alsfirm.com>

```
Will do.

Robert


Lenny Davis wrote:
  Please keep us advised. We are anxious to receive the materials as soon as
  possible.

  Leonard A. Davis
  Attorney at Law
  Herman, Herman & Katz, L.L.C.
  Herman  Gerel LLP
  820 O'Keefe Avenue
  New Orleans, Louisiana 70113
  504-581-4892
  504-561-6024(fax)
  This e-mail message contains confidential, privileged information intended solely
  for the addressee. Please do not read, copy, or disseminate it unless you are the
  addressee. If you have received it in error, please call us (collect) immediately
  at (504) 581-4892 and ask to speak with the message sender. Also, we would
  appreciate your forwarding the message back to us and deleting it from your
  system. Thank you.
  CONFIDENTIAL ATTORNEY WORK PRODUCT


  -----Original Message-----
  From: robert [mailto:rea7001@cox.net]
  Sent: Monday, June 17, 2013 2:18 PM
  To: Lenny Davis
  Subject: Re: TPP

  Lenny

  Margaret is out of the country for a few weeks. I know Eric is in the process of
  pulling together the requested records, but I also know he is also at the same
  time preparing for and taking several Vioxx depositions. I have written and asked
  what progress has been made, and when he expects to be finished. As soon as I have
  that information, I will pass it on to you.

  Robert


  Lenny Davis wrote:
    Margaret..As you are aware the court issued the attached order
    regarding the Weinberg materials subject to the FAC subpoena. can you
    please advise when we will be receiving a return on the subpoena.
```

EXHIBIT 12

thanks

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

/This e-mail message contains confidential, privileged information
intended solely for the addressee. Please do not read, copy, or
disseminate it unless you are the addressee. If you have received it
in error, please call us (collect) immediately at (504) 581-4892 and
ask to speak with the message sender. Also, we would appreciate your
forwarding the message back to us and deleting it from your system.
Thank you./// 

CONFIDENTIAL ATTORNEY WORK PRODUCT

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information
intended solely for the addressee.  Please do not read, copy, or
disseminate it unless you are the addressee.  If you have received it
in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the
message sender.  Also, we would appreciate your forwarding the message
back to us and deleting it from your system.  Thank you.


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.