**Subject:** Case: MDL-1657 Master Case; Transaction: 52928024 - Notification of Service
**From:** "LexisNexis File & Serve" <ServiceNotification@fileandserve.lexisnexis.com>
**Date:** 6/20/13 9:39 AM
**To:** <rea7001@cox.net>

```
To:             Robert E Arceneaux
From:           File & ServeXpress
Subject:        Service of Documents in In Re: VIOXX Products Liability Litigation
MDL No 1657

You are being served documents that have been electronically submitted in In Re:
VIOXX Products Liability Litigation MDL No 1657 through File & ServeXpress. The
details for this transaction are listed below.

Court:                          LA US District Court Eastern District E-Service-
Vioxx
Case Name:                      In Re: VIOXX Products Liability Litigation
MDL No 1657
Case Number:            MDL-1657 Master Case
Transaction ID:         52928024
Document Title(s):
        Order on TPP Cases (2 pages)
        Order Dismissing Multiple Cases (5 pages)
        Order Dismissing Multiple Cases (2 pages)
Authorized Date/Time:           Jun 20 2013  9:38AM CDT
Authorizer:                     Dorothy H Wimberly
Authorizer's Organization:      Stone Pigman Walther Wittmann LLC
Sending Parties:
        Defendants Liaison Counsel
Served Parties:
        Plaintiff

You may view the documents in the following ways:
        - Online at https://fileandserve.lexisnexis.com/Login
/Login.aspx?FI=52928024 (subscriber login required).
        - Call Stone Pigman Walther Wittmann LLC to request a copy of the documents.

Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress
Customer Service by phone at 1-888-529-7587 (24/7).
```

EXHIBIT 14