**Subject:** Vioxx Third Party Payor
**From:** Kate Danahay <kdanahay@hhklawfirm.com>
**Date:** 12/13/12 9:50 AM
**To:** "'mewno@aol.com'" <mewno@aol.com>
**CC:** "'rea7001@cox.net'" <rea7001@cox.net>, Lenny Davis <LDAVIS@hhklawfirm.com>, Arnold Levin <ALevin@lfsblaw.com>, "'katy_preson@laed.uscourts.gov'" <katy_preson@laed.uscourts.gov>, "andy.birchfield@beasleyallen.com" <andy.birchfield@beasleyallen.com>, Chris Seeger <cseeger@seegerweiss.com>, "Elizabeth Cabraser (ecabraser@lchb.com)" <ecabraser@lchb.com>, "James R. Dugan II (jdugan@dugan-lawfirm.com)" <jdugan@dugan-lawfirm.com>, Russ Herman <RHERMAN@hhklawfirm.com>, Tom Sobol <tom@hbsslaw.com>

<u>FROM LEONARD A. DAVIS:</u>

In accordance with Judge Fallon's directive enclosed please find additional documentation from the law firms of Levin Fishbein, Seeger Weiss and Herman Herman & Katz relating to the TPP matter. The attachment identified as Exhibit 2 and Exhibit 3 relate to HHK. The attachment identified as TPP Fee Submission relates to the Seeger firm and the attachments identified as local 68 submission parts 1 and 2 and 3rd party hours relate to the Levin firm. We expect that a response, if any, will be provided within the seven days directed by Judge Fallon.

**Kate Danahay**
Legal Assistant to Leonard A. Davis
Herman, Herman & Katz, LLC
Herman Gerel, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (fax)
kdanahay@hhklawfirm.com
www.hhklawfirm.com

**PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED.  PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.**

## CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

P Please consider the environment before printing this e-mail

CONFIDENTIAL ATTORNEY WORK PRODUCT

```
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

— Attachments: —

| | |
|---|---:|
| Exhibit 2.pdf | 2.3 MB |
| Exhibit 3.pdf | 1.5 MB |
| TPP Fee Submission - time details.pdf | 256 KB |
| local 68 submission part 1 of 2.pdf.pdf | 2.3 MB |
| local 68 submission part 2 of 2.pdf.pdf | 2.4 MB |
| 3rd party hours.pdf.pdf | 2.8 MB |