UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| THIRD PARTY PAYOR COMMON | * | MAG. JUDGE KNOWLES |
| BENEFIT FEES | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | June 27, 2013 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ERIC WEINBERG'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR RECONSIDERATION OF THIS COURT'S ORDERS OF JUNE 6, 2013 AND JUNE 19, 2013

MAY IT PLEASE THE COURT:

This memorandum is respectfully submitted on behalf of the Law Offices of Eric H. Weinberg ("Weinberg") in support of his Motion for Reconsideration of this Court's Order of June 6, 2013, Rec. Doc.64437 (denying his motion to quash), and the Order of June 19, 2013, Rec. Doc. 64451 (granting in part the FAC's motion for contempt).

"[A] motion addressed to the trial court for a reconsideration of an interlocutory order is proper at any time prior to the final determination of the merits." *Graci v. United States*, 301 F.Supp. 947, 950 (E.D. La. 1969). *See also* 11 C. Wright & A. Miller, *Federal Practice & Procedure* § 2812 at 87 (1973) ("the time limits of Rule 59 do not apply to a motion seeking a new trial in connection with an interlocutory judgment). "The primary consideration in the decision to grant or deny a rehearing is the strong possibility that the Court's original determination may have been incorrect." *Brown v. Texas & P. R. Co.*, 392 F.Supp. 1120, 1125 (W.D. La. 1975), citing *Graci v. U.S.*, *supra.*

Weinberg has asked for this Court to reconsider two of its orders that underpin the order of June 21, 2013 requiring him to show cause why he should not be held in contempt. The grounds for

-1-

the reconsideration are fully briefed in his Memorandum in Opposition to this Court's Show Cause Order of June 21, 2013, Rec Doc. 64466, which is incorporated herein. The purpose of the motion to reconsider is so that this Court has before it all the rulings relative to its contempt show cause order, and has the flexibility based upon the facts and law to do whatever it deems appropriate or required in resolving the issue of whether Weinberg is in contempt of court.

Respectfully submitted:

/s/ Robert E. Arceneaux
_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

MARGARET E. WOODWARD, La. Bar No.13677
3701 Canal Street, Suite C
New Orleans, Louisiana  70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

*Attorneys for Law Offices of Eric Weinberg*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, June 27, 2013.

_____s/ Robert Arceneaux_____