UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| THIRD PARTY PAYOR COMMON | * | MAG. JUDGE KNOWLES |
| BENEFIT FEES | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | June 27, 2013 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ERIC WEINBERG'S MOTION TO EXPEDITE AND
CONSOLIDATE HIS MOTION TO RECONSIDER THIS
COURT'S ORDERS OF JUNE 6, 2013 AND JUNE 19, 2013**

Now into Court comes Eric H. Weinberg and the Law Offices of Eric H. Weinberg, who

move this Court for expedited hearing of his Motion to Reconsider this Court's Orders of June 6,

2013 and June 19, 2013, and who further moves that his Motion to Reconsider be  consolidated for

hearing with this Court's June 21, 2019 order requiring him to show cause why he should not be

held in contempt, which is to be heard on July 1, 2013, at 3:30 p.m.

/s/ Robert E. Arceneaux

_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

MARGARET E. WOODWARD, La. Bar
No.13677
3701 Canal Street, Suite C
New Orleans, Louisiana  70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Law Offices of Eric Weinberg and Eric H. Weinberg

-2-

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, June27, 2013.


_____s/ Robert Arceneaux_____