UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| THIRD PARTY PAYOR COMMON | * | MAG. JUDGE KNOWLES |
| BENEFIT FEES | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | June 27, 2013 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ERIC WEINBERG'S MEMORANDUM IN SUPPORT OF HIS  MOTION FOR EXPEDITED  CONSIDERATION OF HIS MOTION FOR RECONSIDERATION OF THIS COURT'S ORDERS OF JUNE 6, 2013 AND JUNE 19, 2013**

May it please the Court:

This memorandum is respectfully submitted by Eric Weinberg and the Law Offices of Eric Weinberg (Weinberg)  in support of his Motion for Expedited Consideration of his Motion for Reconsideration of this Court's Orders of June 6, 2013 and June 19, 2013.  This Court has ordered Weinberg to show cause why he  should not be held in contempt, and the two orders at issue in the Motion for Reconsideration underpin the contempt charge. For economy sake, and in order to afford this Court the flexibility needed to fashion whatever result it deems appropriate, all these matters should be heard together, on July 1, 2013.

Respectfully submitted:

| | |
|---|---|
| /s/ Robert E. Arceneaux | MARGARET E. WOODWARD, La. Bar No.13677 |
| Robert E. Arceneaux, La Bar No. 01199 | 3701 Canal Street, Suite C |
| ROBERT E. ARCENEAUX LLC | New Orleans, Louisiana  70119 |
| 47 Beverly Garden Drive | (504) 301-4333 office |
| Metairie, LA 70001 | (504) 301-4365 fax |
| (504) 833-7533 office | mewno@aol.com |
| (504) 833-7612 fax | |
| rea7001@cox.net | |

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Law Offices of Eric Weinberg

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, June __, 2013.


_____s/ Robert Arceneaux_____