UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| THIRD PARTY PAYOR COMMON | * | MAG. JUDGE KNOWLES |
| BENEFIT FEES | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | June 27, 2013 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED ORDER**

      Upon the foregoing Motion for Expedited Consideration, it is hereby ORDERED that Eric Weinberg's Motion for Reconsideration of this Court's Orders of June 6, 2013 and June 19, 2013 shall be heard on July 1, 2013, at 3:30 p.m, along with this Court's Order of June 21, 2013 requiring Weinberg to show cause why he should not be held in contempt.  Any Opposition to the Motion for Reconsideration shall be filed by the ___ day of _____, 2013.

      New Orleans, Louisiana, this ___ day of _____, 2013.

                                                             _____
                                                              Eldon Fallon, District Judge