UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Percy Harris v. Merck Sharpe & Dohme Corp., et al.*, No. 11-2603

# ORDER

The Court has received Merck's motion to dismiss Plaintiff Percy Harris's case for want of prosecution. (Rec. Doc. 64390). As discussed during the Monthly Status Conference, Merck's motion was submitted to the Court on May 29, 2013, and the Court has received no response. Accordingly, IT IS ORDERED that Merck's motion is GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 25th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE

1