UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:    REMAINING GOVERNMENT ACTION CASES

## ORDER

In light of the Court's June 25, 2013 Minute Enry (Rec. Doc. 64462) granting Merck's motion to compel Rule 30(b)(6) depositions (Rec. Doc. 64407), IT IS ORDERED that the motions for protective orders filed by Mississippi, Alaska, and Montana (Rec. Doc. 64365, 64441, 64442) are DENIED AS MOOT.

New Orleans, Louisiana, this 28th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE