# EXHIBIT A

## Lenny Davis

| | |
|---|---|
| **From:** | Felicia A. Guidry <FGG@juneaudavid.com> on behalf of Patrick A. Juneau <PAJ@juneaudavid.com> |
| **Sent:** | Wednesday, June 12, 2013 2:36 PM |
| **To:** | Lenny Davis; andy.birchfield@beasleyallen.com; Chris Seeger; 'mewno@aol.com' (mewno@aol.com); Robert Dassow (rdassow@hovdelaw.com) |
| **Subject:** | Vioxx TPP |
| **Importance:** | High |

Counsel:

    I am continuing to review this matter and as a result of that continued review, I decided that I do not need Andy Birchfield to appear at the hearing that is set for June 20, 2013.

    The purpose of this hearing is for me to ask questions and get clarification on certain issues. The case is considered submitted by the respective parties and I would, therefore, not have any examination of the witnesses by the parties.

**PATRICK A. JUNEAU**
**Special Master**
Juneau David, APLC
Post Office Drawer 51268
Lafayette, LA 70507-1268
(337) 269-0052 - Phone
(337) 269-0061 - Fax
paj@juneaudavid.com
fgg@juneaudavid.com

1