# EXHIBIT B

# Lenny Davis

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Wednesday, June 19, 2013 2:07 PM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:05-md-01657-EEF-DEK In Re: Vioxx Products Liability Litigation Order on Motion for Miscellaneous Relief |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U. S. District Court

## Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered on 6/19/2013 at 2:06 PM CDT and filed on 6/19/2013
**Case Name:**    In Re: Vioxx Products Liability Litigation
**Case Number:**  2:05-md-01657-EEF-DEK
**Filer:**
**Document Number:** 64451

**Docket Text:**
**ORDERED that the Third Party Payor Fee Allocation Committee's [64449] Motion for Expedited Hearing on its Motion for Contempt, or Alternatively to Strike is GRANTED. FURTHER ORDERED that the TPP FAC's motion [64448] for Contempt, or Alternatively to Strike is GRANTED IN PART. If Weinberg does not produce the time records at the Special Master's hearing, beginning on Thursday, June 20, 2013 at 9:00 a.m., the Court will hold him in contempt. With respect to the request for costs and fees, the Court will take the matter under submission. Signed by Judge Eldon E. Fallon on 6/19/13. (Reference: Third Party Payor Common Benefit Fees) (dno, )**

**2:05-md-01657-EEF-DEK Notice has been electronically mailed to:**

Robert Murray Johnston   rmj@ahhelaw.com, gwh@ahhelaw.com, jmc@ahhelaw.com

Patrick A. Juneau   paj@juneaudavid.com, propulsid@bellsouth.net

Russ M. Herman   rwestenfeld@hhkc.com

Leonard A. Davis   ldavis@hhkc.com, hlaborde@hhkc.com, lflemming@hhkc.com

1

Phillip A. Wittmann pwittmann@stonepigman.com, btigchelaar@stonepigman.com, cmolony@stonepigman.com, pblackman@stonepigman.com

Ann B. Oldfather aoldfather@oldfather.com, cms@oldfather.com, mhastings@oldfather.com, mlc@oldfather.com

Orran L. Brown obrown@browngreer.com, kcopeland@browngreer.com, tblankenship@browngreer.com

Jeanine R. Bermel jeanine.bermel@huschblackwell.com

**2:05-md-01657-EEF-DEK Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/19/2013] [FileNumber=6422383-0
] [6b729ba1808811db36ab51f2c4d2bc789bdd28f31cc318d29a7300151ada1ad4324
18f158efcc99d7580f33016a95f4f095df2fa2f292cd2068cb771635ad8cc]]