UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:** Case No. 07-2070, *Lloyd Bell v. Merck*

## ORDER

The Court is in receipt of correspondence and documents from Lloyd Bell. The Court does not understand the meaning of these documents or why Mr. Bell has forwarded them. The Court will return the documents to Mr. Bell.

New Orleans, Louisiana, this 28th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Lloyd Bell
P.O. Box 152861
San Diego, CA 92195

1