

US courts

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA

RECEIVED
JUN 2 2013
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

April 1, 2013

Mr. Lloyd Bell
P.O. Box 152861
San Diego, CA 92195

Re:   Complaint in Arizona

Dear Mr. Bell:

    I have reviewed the complaint you filed with the Attorney General's office. Unfortunately, the Office of the Oklahoma Attorney General cannot investigate your allegations, as our office does not have jurisdiction over these out-of-state matters. The Attorney General is not a private attorney, and Oklahoma law prohibits us from giving legal advice, opinions, or acting as your personal attorney. To resolve this matter, please consider contacting a private attorney to further discuss your complaint and any available remedies.

                                Sincerely,

                                  Kristopher Dale Jarvis
                                  Assistant Attorney General

OAG # GJCC-13-40

**Premium Forwarding Service (PFS) Application**

Instructions to customer: Instructions are printed on the reverse of the last copy (last sheet) of this form. Press firmly and legibly when completing this form you are making 3 copies. Shaded items #18 - 21 may only be completed by Postal Service™ personnel.

**PLEASE READ BEFORE YOU COMPLETE THIS FORM**
The Terms and Conditions governing this service are printed on the reverse of Copy 2 - Customer. Please read the reverse of this form carefully. By affixing your signature in item #14 (Signature) you are indicating that you understand and agree to the terms of this service agreement.
Applications for this service can only be accepted and processed at the Post Office™, including any of its stations or branches, that serves your primary address.

**1. Premium Forwarding Service requested for:**
☑ Individual  ☐ Entire Household

**2. Customer Name (Last, first, M)**
Bell Lloyd D

**3. Email Address (Optional)**

**4. Primary Local Address (Number, street, suite, apt., P.O. Box, etc.)**
Po Box 152861

**4a. For Puerto Rico Only: If address is in PR, print Urbanization Name, if appropriate.**

**5. Temporary Address (Number, street, suite, apt., P.O. Box etc.)**
832 NW, 110 st

**5a. For Puerto Rico Only: If address is in PR, print Urbanization Name, if appropriate.**

**6. City** San Diego  **7. State** CA  **8. ZIP+4** 92195

**9. City** Oklahoma City  **10. State** Ok  **11. ZIP+4** 73114

**12. Primary Contact Telephone Number(s), Including Area Code (Plus extension if appropriate)**
619 - 755 - 0657

**13. Temporary Contact Telephone Number, Including Area Code (Plus extension if appropriate)**
619- 755-0657

**14. Customer Signature**
By signing this form, you acknowledge that you agree to the Terms and Conditions of the PFS program as printed on the reverse of Copy 1 - Customer.

Signature: Lloyd D Bell   Application Date 4-4-2013

**15. Start Date (MM/DD/YYYY)** 4-10-2013

**16. End Date (MM/DD/YYYY)** 4-24-2013

**17. Upon end of PFS, indicate when you want the Post Office to resume normal mail delivery. (Please resume instruction #17 on reverse of Copy #4 before completing this date.)** (MM/DD/YYYY)

**18. Last Shipment Date** 4-24-13

**19. Receiving Post Office™ Name and Address (Please print or use address stamp)**
BRITTON STATION
USPS
901 W BRITTON RD.
OKLAHOMA CITY OK 73114-9998
405-848-0005

**20. Type of Photo ID (Please record type of ID — e.g., Drivers License, Passport — but do not record ID number. Government-issued IDs only. Credit cards and IDs issued by private companies are not acceptable.)**
Calif DL

**21. Postal Service Employee (Please initial, date, and enter full payment and enrollment fees required)**

**22. Survey Question (optional)**
Please take a moment to complete but survey below. While we appreciate you taking the time to respond to our brief questions, your response is optional.
As a future alternative to enrolling at the Post Office, would you prefer to enroll in the program using the following options?
Enroll using internet   ☐ Yes  ☐ No
Enroll by telephone via a toll-free number   ☐ Yes  ☑ No

**23. Privacy Notice:**
The information you provide will be used to forward your mail to a new location. Collection is authorized by 39 U.S.C. 404. Filing this form is voluntary, but we cannot forward your mail without it. We do not disclose your information, except in the following limited circumstances: to government agencies or bodies as required to perform official duties; to mailers, only if they already possess your old address; in legal proceedings; or for service of process; to law enforcement as needed for a criminal investigation; or to contractors who help fulfill the service. For more information on our privacy policies, see our privacy link on usps.com®.

PS Form 8176, May 2007 (PSN 7630-07-000-9197)   Distribution: Copy 1 — Post Office

405 - 848 - 0005   619 582 1159   583 7248

Mr. Lloyd Bell,

Sir,

    We just received your premium forwarding today. If you look at the last shipment it was on 4-24-13.

Thanks,
Fred



1 | Name: Lloyd Bell
2 | Address: P.O. Box 15286
3 | San Diego, CA 92195
4 | Phone: 619-755-0657
5 | Plaintiff In Pro Per
6 |
7 | **UNITED STATES DISTRICT COURT**
8 | **CENTRAL DISTRICT OF CALIFORNIA**
9 |

10 | Lloyd Bell,    Case No.: NC01699/
(To be supplied by the Clerk)

11 | **PLAINTIFF,**    **COMPLAINT FOR:**

12 | vs.    Medical Malpractice

13 | FHP medical Center, James    And Wrongful Death

14 | Jackson, M.D. Edgewater    fraud

15 | Convalescent Home, FHP Skilled

16 | Nursing Home, And Does

17 | 1 To 20, Inclusive.    **Jury Trial Demanded:** ☑ Yes   ☐ No

18 | **DEFENDANT(S).**

19 |
20 |
21 |    **I. JURISDICTION**

22 | 1. This Court has jurisdiction under 28 U.S.C. § 1332

23 | because there is diversity of citizenship And

24 | An Amont in Controversy greater Than

25 | $75,000

26 |
27 |
28 |

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because The property AT Issue in This Complaint is located in This district.

## III. PARTIES

3. Plaintiff's name is Lloyd Bell. Plaintiff resides at: P.O. Box 152861 SAN Diego, CA 92195

4. Defendant William C. Price Esq. 555 E. Ocean Blvd. Suite 810 Long Beach, CA 90802

5. Defendant James B. Russell 555 E. Ocean Blvd. Suite 810 Long Beach, CA 90802

*Beach California.com*

| Beaches & Cities | Hotels & Resorts | Events Calendar | Things To Do | Restaurants | Shopping |

California Business Directory ❯ Attractions, Arts, and Entertainment ❯ Cemeteries ❯ Long Beach ❯ Sunnyside Cemetery

# Sunnyside Cemetery, Long Beach, CA

**Power of Attorney Forms**
Free Forms for Power of Attorney Absolutely Free-Print, Save & Send
RocketLawyer.com/Power-of-Attorney
AdChoices ▷

### Sunnyside Cemetery
1095 E. Willow St
Long Beach, CA 90806-3454
(562) 595-9392

Sunnyside Cemetery on E. Willow St in Long Beach, CA is in the Beach California section(s) Cemeteries And Crematories. The map of Sunnyside Cemetery shows the approximate location in Long Beach, but you should call them at phone number (562) 595-9392 to verify their address is 1095 East Willow Street, Long Beach, California 90806-3454 and to get hours and driving directions.



Hours Open: N/A
Top category: Cemeteries



**Find other Businesses in Long Beach**
Cemeteries in Long Beach CA

**Related Content**
Things to do in Long Beach CA
Long Beach Hotels
Long Beach Attractions
Long Beach Shopping
Long Beach Restaurants
Long Beach Events
Book Hotels in Long Beach CA

### Other Cemeteries Nearby Sunnyside Cemetery, Long Beach, CA

**Nearby Cities**
Signal Hill
Wilmington
Seal Beach
Rossmoor
San Pedro

### Plain Green Loans
PlainGreenLoans.com
Get $250 - $1000 Cash Deposited in Your Account As Soon As Tomorrow!



AdChoices ▷

All Souls Mortuary
4400 Cherry Ave
Long Beach, CA 90807-1801
(562) 424-8601
2.4 miles from Sunnyside Cemetery

City of Long Beach Cemetery - Burial Inquiries
1151 E. Willow
Long Beach, CA 90801
(562) 570-6634
2.4 miles from Sunnyside Cemetery

Forest Lawn Memorial-Parks & Mortuaries
1500 E. San Antonio Dr
Long Beach, CA 90807-1233
(800) 204-3131
2.8 miles from Sunnyside Cemetery

Wilmington Cemetery
605 E. O St
Wilmington, CA 90744-1612
(310) 834-4442
4.5 miles from Sunnyside Cemetery

Forest Lawn Memorial-Parks & Mortuaries
6300 Forest Lawn Dr
Compton, CA 90220
(800) 204-3131
6.5 miles from Sunnyside Cemetery

| Home | Obituaries | About Us | Facilities | Services | Merchandise |
| Planning a Funeral | Pre-Planning | Immediate Arrangements | Grief Support | Expressions of Sympathy™ |
| Links |

**Welcome**
**Directions**

## Welcome

### Recent Obituaries



Share :



Click here to view our General Price List

Thank you for taking the time to visit the Long Beach Colonial Mortuary website

Losing a loved one is never easy. When someone experiences a loss, a strong support network is needed to provide comfort and encouragement.

Service is TRADITION and our PASSION here at the Long Beach Colonial Mortuary. Our commitment is to continue to provide the highest standards of services beyond expectation for our families and our community. The caring and experienced licensed professionals here at the Long Beach Colonial Mortuary are here to support you through this difficult time. We offer a range of personalized services to suit your family's wishes, needs and requirements. You can count on us to assist you with planning a personal, lasting tribute to your loved one. You will be carfully guided through the many decisions that must be made during this challenging time.

We thank you for placing your TRUST in us. Please feel free to call us (562) 436-1601 24 hours a day, 7 days a week for IMMEDIATE assistance.

**Gillis Monroe**
*President/CEO*

**Begin A New Online Plan**
There are some very good reasons why you should consider preplanning, and our Simple Planner takes less than 5 minutes to complete.

**Make Immediate Arrangements**
Making the many decisions which come at a time of loss is difficult. With our online Arrangements, you can select the arrangements which are best for your preferences and budget.

**Gillis Monroe, *FDR 1105***

**President & CEO**

| Harice Cooper-Perkins | Margaret Javnes |
| d. June 7, 2013 | d. June 6, 2013 |
| Essie Houston | Willie Gaines |
| d. June 5, 2013 | d. June 4, 2013 |
| James Archer | Chauncey Williams |
| d. June 3, 2013 | d. May 31, 2013 |
| Pamela Dickinson | Kouji Touva |
| d. May 30, 2013 | d. May 30, 2013 |
| Charlene Austin | James Toliver |
| d. May 29, 2013 | d. May 28, 2013 |

### Associations

Member of the following associations:



National Funeral Directors Association



National Funeral Directors & Morticians Association



California Funeral Directors Association



 

corporationwiki

| Home | People | Companies | States |

Login

California > Calabasas > Southern California Bonding Service, Incorporated

# Southern California Bonding Service, Incorporated

| 0 | Recommend **75k** | Send | **Follow @corporationwiki** |

Updated 3/13/2013 - This profile of Southern California Bonding Service, Incorporated was created using data from California Secretary of State

**Company Reports from Dun & Bradstreet**

plaingreen $250 to $1,000 Fast Online Loans APPLY NOW Cash as soon as tomorrow!

| **Officers** | **Connection Visualizer - Click an icon below to explore!** |

**Jeff A. Shonko**
 └ President

Layout: **View Large Format** | **Circular** | **Tree** | **ISOM** | **EfficientSugiyama** | **CompoundFDP**

▷

Southern California Bonding Service, Incorporated



**Southern California Bonding Service, Incorporated** has a location in **Calabasas**, **CA**. Active officers include **Jeff A. Shonko**.

Filings: Articles of Incorporation (CA - Inactive)
**Source:** California Secretary of State last refreshed 3/13/2013



5230 Las Virgenes Rd
Calabasas, CA 91302

**View nearby businesses**

**Company Reports from Dun & Bradstreet**

▷

## Officers at Southern California Bonding Service, Incorporated

Click on the icon to the left of the name to see the Connection Visualizer.

# People Search Report for Brenda Zomalt

Is This You? Claim Your Profile  |  Download PDF 🗋

Click these individual sections to view your report

Run unlimited searches in Premier

Report Summary

**People Search
Report**

View All

**Available Addons:**

**Criminal Check
Addon**

## People Search Report

### What is a People Search Report?

This section lists current and historical people search records that share the same name and state as your search subject. The People Search Summary can be helpful in providing a consolidated view of matching current and historical records for your subjects name across multiple public sources.

### What is a current phone and address check?

We checked the phone numbers and addresses in this report with utility companies. Addresses and phone numbers that are on utility bills are considered current and marked in red. Not all phone numbers and addresses can be checked but they may still be current.

| | Name / Aliases | Address / Phone | Previous Cities |
|---|---|---|---|
| 1 | **Brenda A Zomalt**<br>*Brenda D Zomalt*<br>*Brenda Anne Duffey*<br>*Brenda Duffey Jepsen*<br><br>More Info<br><br>**DOB:** Jun 7th, 1947<br><br>**AGE:** 66 years old<br><br>**RELATIVES:**<br>Sharon Jepsen (68)<br>Kellee Zomalt (32)<br>Douglas Zomalt (60)<br>Lowell Jepsen (77)<br>Jeffrey Jepsen (51)<br>Edward Zomalt (83)<br>Donshel Zomalt (41)<br>Clarice Jepsen (77) | **Address 1:**<br>16561 Celadon CT<br>Chino Hills, CA 91709<br>(909) 597-2729<br><br>**Address 2:**<br>37520 Calle Mazatlan<br>Palmdale, CA 93552<br><br>**Address 3:**<br>615 N Cabrillo AVE<br>San Pedro, CA 90731<br>(310) 832-4759<br><br>**Address 4 Confirmed:**<br>2504 Desert Oak DR<br>Palmdale, CA 93550<br><br>**Address 5:**<br>2530 Apache Plume CT<br>Palmdale, CA 93550 | Chino Hills, CA<br>Palmdale, CA<br>San Pedro, CA<br><br>Complete Background Check |
| 2 | **Brenda Z Zomalt**<br>*Brenda Zomalt Doby*<br><br>More Info<br><br>**DOB:** Apr 11th, 1952<br><br>**AGE:** 61 years old<br><br>**RELATIVES:**<br>Addison Doby (27)<br>April Doby (32)<br>Trust Doby<br>William Doby | **Address 1:**<br>4822<br>Van Nuys, CA 91423<br><br>**Address 2:**<br>57891 PO Box 57891<br>Sherman Oaks, CA 91413<br>(818) 505-9619<br><br>**Address 3:**<br>5252 Coldwater Canyon AVE<br>Van Nuys, CA 91401<br>(818) 386-0656<br><br>**Address 4:** | Van Nuys, CA<br>Sherman Oaks, CA<br><br>Complete Background Check |

PREMIER

My List    Search    My Account

SEARCH BY:    | NAME |    | PHONE |    | EMAIL |

Find Anyone    | First Name |    | Last Name |    | City, State |    | Search Now |
                 (optional)                                     (optional)

---

Profile for Calvin D Spann                                      ‹ Search Results ‹ My List

## Calvin D Spann
Age: 59                                                         Save to My List

### Contact Information

**Phone**
(310) 782-8790
418-0866
(310) 533-1853
(310) 782-9990
(310) 245-3999
(310) 320-3298
(310) 874-8790

**Email**
calvin.spann@aol.com
calvinspann@msn.com
burgsm@earthlink.net
cspann@ppg.com

### Relatives

Jodette Spann (Age: 53)
Stephanie Spann (Age: 56)
Leslie Spann (Age: 55)
Anjanette Spann (Age: 48)
Bradley Spann (Age: 87)
Lillian Spann (Age: 87)
Gloria Spann (Age: 68)
Vivian Spann (Age: 59)

### Run a Criminal Check

Find out more about this person's background.
Search criminal records in 43 states that may
include when available:

- Felonies, misdemeanors, sex offenses, traffic
  violations, and other criminal offenses
- Case type, court name, court type, disposition,
  filing date, and more

| Add Criminal Check |

Criminal Check Disclaimer

### Addresses Show All Addresses



1. **2551 Plaza Del AMO**
   **Torrance, CA 905(**
   **(310) 782-8790**

2. 2749
   Torrance, CA 9050

3. 2567 Plaza Del AN
   Torrance, CA 9050

4. 731 S Broadway
   Redondo Beach, CA 90277

5. 627 W 118th ST
   Los Angeles, CA 90044

6. 553 W 121st ST
   Los Angeles, CA 90044
   418-0866

7. 640 W 118th ST
   Los Angeles, CA 90044

8. 1016 Portola AVE
   Torrance, CA 90501
   (310) 533-1853

### Owner Information
| | |
|---|---|
| Owner | Spann Calvin Jr |
| | Spann Vivian J |
| Tax Amount | $3,730 |
| Tax Year | 2011 |

### Property Details
| | |
|---|---|
| Acres | 2.967 |
| Bedrooms | 2 |
| Bathrooms | 3 |
| Year Built | 1984 |
| Land Sq. Ft. | 129,250 |
| Living Sq. Ft. | 1,620 |

### Neighbors
Nancy Choi-yoon
Henry Pak
Joseph Donigan
Ki Nam
Raymond Esquibel
Kathy Kilburn
Elise Swanson
Marjorie Cook
Hiroshi Kinoshita
Sarah Wang

Jiro Fujita
Miki Mitsuoka
J Abe
T Banning
Yoshifumi Inihara
Anthua Young
Shinji Nimura
Sandra Pearlmutter
Michelle Gallagher
Takaaki Endow
T Cruz
Junya Kohigashi
Dennis Garrett
Yoko Yamaguchi

### Local Census Data
| | |
|---|---|
| Total households | 55,576 |
| Families | 68% |
| Male / Female | 49% / 51% |

Income

PREMIER

My List   Search   My Account

SEARCH BY:   | NAME |   PHONE   EMAIL

Find Anyone    | First Name |   | Last Name |   | City, State |   | Search Now |
                  (optional)                          (optional)

---

Profile for Carmel Amour Onick                                          ‹ My List

# Carmel Amour Onick                                          Save to My List
Age: 42

## Contact Information

**Phone**
(972) 215-5000
(310) 679-4421
(310) 637-6147
(562) 920-3589
(310) 832-4759
(818) 841-8084
(310) 675-6450
(562) 675-6450
(310) 366-5803

**Email**
clewis@brcweb.com

## Also Known As

Carmel Onick Lewis
Carmel Amour Onic Lewis
Carmel L Lewis

## Relatives

Justin Onick (Age: 32)
Raymond Lewis (Age: 48)
Amber Onick (Age: 36)
Emma Onick (Age: 87)
Christopher Onick (Age: 65)

## Run a Criminal Check

Find out more about this person's background.
Search criminal records in 43 states that may
include when available:

- Felonies, misdemeanors, sex offenses, traffic
  violations, and other criminal offenses
- Case type, court name, court type, disposition,
  filing date, and more

[ Add Criminal Check ]

Criminal Check Disclaimer

## Addresses  Show All Addresses



1.  **855 Ash LN #1006**
    **Cedar Hill, TX 75104**

2.  2621 W. Airport Freeway
    Irving, TX 75062
    (972) 215-5000

3.  13400 Cordary AVE #——
    Hawthorne, CA 90:
    (310) 679-4421

4.  1100 E Victoria ST
    Carson, CA 90746
    (310) 637-6147

5.  16611 Woodruff A\
    Bellflower, CA 907
    (562) 920-3589

6.  615 N Cabrillo AVE
    San Pedro, CA 90731
    (310) 832-4759

7.  12931 Kornblum AVE #F
    Hawthorne, CA 90250

8.  9123 Park ST
    Bellflower, CA 90706

9.  818 W F St
    Wilmington, CA 90744

10. 3208 Summertime LN
    Culver City, CA 90230

## Owner Information
Owner           Senegal Detra L
                Senegal Dwayne
                D
Est. Market Value $127,880
Tax Amount       $3,670
Tax Year         2012

**Property Details**
Acres           0.248
Bedrooms        4
Bathrooms       2
Year Built      2007
Land Sq. Ft.    10,820
Living Sq. Ft.  1,708

**Neighbors**
D Riley
Adrien Evans
Clarence Williams
F Alexander
Obelia Mccoy
K Pullins

**Local Census Data**

Total households   14,303
Families           74%
Male / Female      47% / 53%

**Income**
Avg. Household     $78,755
Less $10K          4%
$10k to $14,999    2%
$15k to $24,999    6%
$25k to $34,989    10%
$35k to $49,999    13%
$50k to $74,999    23%
$75k to $99,999    16%
$100k to $149,999  17%
$150k to $199,999  5%
$200k or more      4%

**Education**
High School Degree  24%
College Degree      21%
Graduate Degree     11%

**PREMIER**

My List   Search   My Account

SEARCH BY:   | NAME |   | PHONE |   | EMAIL |

Find Anyone   | First Name | | Last Name | | City, State | | Search Now |
             (optional)                              (optional)

---

Profile for Brenda Anne Duffey (aka Brenda Duffey Jepsen)

Search Results · My List

# Brenda Anne Duffey (aka Brenda Duffey Jepsen)
Age: 66

Save to My List

## Contact Information

**Phone**
(909) 597-2729
(310) 832-4759
(909) 832-4759

## Also Known As

Brenda A Zornalt
Brenda D Zornalt
Brenda Duffey Jepsen

## Relatives

Sharon Jepsen (Age: 68)
Kellee Zornalt (Age: 32)
Douglas Zornalt (Age: 60)
Lowell Jepsen (Age: 77)
Jeffrey Jepsen (Age: 51)
Edward Zornalt (Age: 83)
Donshel Zornalt (Age: 41)
Clarice Jepsen (Age: 77)

## Run a Criminal Check

Find out more about this person's background.
Search criminal records in 43 states that may
include when available:

- Felonies, misdemeanors, sex offenses, traffic
  violations, and other criminal offenses
- Case type, court name, court type, disposition,
  filing date, and more

| Add Criminal Check |

Criminal Check Disclaimer

## Addresses  Show All Addresses



1.  **16561 Celadon CT**
    **Chino Hills, CA 917**
    **(909) 597-2729**

2.  37520 Calle Mazatlan
    Palmdale, CA 93552

3.  615 N Cabrillo AVE
    San Pedro, CA 90731
    (310) 832-4759

4.  2504 Desert Oak DR
    Palmdale, CA 93550

5.  2530 Apache Plume CT
    Palmdale, CA 93550

### Owner Information

Owner       Jepsen Lowell J
            Duffey-Jepsen
            Brenda A
Tax Amount  $3,665
Tax Year    2011

### Property Details

Acres        0.129
Bedrooms     3
Bathrooms    3
Year Built   1995
Land Sq. Ft. 5,616
Living Sq. Ft. 2,095

### Neighbors

Dana Mitchell
Corey King
Maria Santana
Carlos Mejia
Salgado Juan
Rhonda Gelfand
Anita Fuentes
Gary Long
Yvonne Cutchlow

Willie Stricklin

### Local Census Data

Total households   22,249
Families           85%
Male / Female      49% / 51%

### Income

Avg. Household     $115,495
Less $10K          2%
$10k to $14,999    2%
$15k to $24,999    3%
$25k to $34,999    3%
$35k to $49,999    8%
$50k to $74,999    14%
$75k to $99,999    16%
$100k to $149,999  29%
$150k to $199,999  14%
$200k or more      10%

### Education

SEARCH BY: | NAME | PHONE | EMAIL

## Find Anyone

| First Name | Last Name | City, State | Search Now |
| (optional) | | (optional) | |

Profile for Amber Monique Onick

« My List

# Amber Monique Onick
Age: 36

Save to My List

## Contact Information

Phone
(310) 547-0347

## Relatives

Carmel Onick (Age: 42)
Justin Onick (Age: 32)

## Run a Criminal Check

Find out more about this person's background.
Search criminal records in 43 states that may
include when available:

- Felonies, misdemeanors, sex offenses, traffic
  violations, and other criminal offenses
- Case type, court name, court type, disposition,
  filing date, and more

[ Add Criminal Check ]

Criminal Check Disclaimer

## Addresses Show All Addresses



### Owner Information

| Owner | Fiamengo Nicole |
| Tax Amount | $4,615 |
| Tax Year | 2011 |

### Property Details

| Acres | 0.127 |
| Bedrooms | 2 |
| Bathrooms | 1 |
| Year Built | 1952 |
| Land Sq. Ft. | 5,526 |
| Living Sq. Ft. | 864 |

### Neighbors

Geronimo Briseno

1. **615 N Cabrillo AVE**
   **San Pedro, CA 90731**

2. 25827 Oak ST #12
   Lomita, CA 90717

3. 820 W Crestwood AVE
   San Pedro, CA 90731
   (310) 547-0347

4. 503 W 39th ST #8
   San Pedro, CA 90731

5. 16561 Celadon CT
   Chino Hills, CA 91709

6. 820 Crestwood W
   Chino Hills, CA 91709


EXCLUSIVELY FOR PREMIER MEMBERS
**Go mobile with the new and free Premier app!** Learn more
🍎 Download for iPhone    🤖 Download for Android

SEARCH BY: | NAME | PHONE | EMAIL |

**Find Anyone**

| First Name (optional) | Last Name | City, State (optional) | Search Now |

---

Profile for Justin Alexander Onick                                    » My List

# Justin Alexander Onick
Age: 32                                                      Save to My List

## Contact Information

**Phone**
(310) 318-6097
(310) 732-1964
(310) 832-4759
(805) 550-0728

**Email**
justin.onick@sbcglobal.net

## Relatives

Carmel Onick (Age: 42)
Amber Onick (Age: 36)

## Run a Criminal Check

Find out more about this person's background.
Search criminal records in 43 states that may
include when available:

- Felonies, misdemeanors, sex offenses, traffic
  violations, and other criminal offenses
- Case type, court name, court type, disposition,
  filing date, and more

Add Criminal Check

Criminal Check Disclaimer

## Addresses  Show All Addresses



N        Bird's eye

Carnegie Ln

**2513 Carnegie LN**
Redondo Beach, CA 90278
(310) 318-6097

615 N Cabrillo AVE
San Pedro, CA 90731
(310) 732-1964

## Owner Information
| | |
|---|---|
| Owner | Sant Mina Llc |
| Tax Amount | $6,965 |
| Tax Year | 2011 |

## Property Details
| | |
|---|---|
| Acres | 0.172 |
| Bedrooms | 9 |
| Bathrooms | 5 |
| Year Built | 1962 |
| Land Sq. Ft. | 7,502 |
| Living Sq. Ft. | 4,342 |

## Neighbors
Aziz Saadzoi
Rose Belmont
Jenny Belmont
Marlene Bonte
Jodie Lathey
Prashant Iyeppan
T Bokal
James Holscher
D Ohiomoba
Renee Montanez
M Burks

C Truong
Shokoufeh Hariri
Anne Schnee
Blanca Perez
Anthony Bussanich
Paul Cassidy
Ana Kranjcec
Dennis Scott
David Mclean

## Local Census Data
| | |
|---|---|
| Total households | 28,540 |
| Families | 56% |
| Male / Female | 48% / 52% |

## Income
| | |
|---|---|
| Avg. Household | $114,039 |
| Less $10K | 3% |
| $10k to $14,999 | 3% |
| $15k to $24,999 | 6% |
| $25k to $34,999 | 5% |

List additional parties

[ ] Plaintiff  [X] Defendant

CALVIN SPANN, ESQ.

SOUTHERN CALIFORNIA EDISON

JAMES B. ROSSEAU, ESQ.

GWENDOLYN SHEPPARD

CHARLES WALKER

WILLIAM BRICE HILL, ESQ.

BRENDA ZOMALT

CARMEL ONICK

JUSTIN ONICK

AMBER ONICK

JONNIE H. JOHNSON-PARKER, ESQ.

WILLIAM _____, ESQ.
LONG BEACH CITY TRANSPORT

CRUZ RAMIREZ, ESQ.

ALLIE MAE SHEPPARD

ATTORNEY OR PARTY WITHOUT ATTORNEY ... TELEPHONE NO.: ...
JONNIE B. JOHNSON-PATTERSON (213) 671-0369
111 N. LaBrea Ave., Suite 310
Inglewood, Ca 90301

ATTORNEY FOR (Name): Petitioner

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 415 W. Ocean Blvd
MAILING ADDRESS: Long Beach, Ca 90802
CITY AND ZIP CODE: SOUTH
BRANCH NAME:

CONSERVATORSHIP OF (NAME):
MAUDE C. SPARKS

**HEARING**

**PETITION FOR APPOINTMENT OF CONSERVATOR OF THE**
[X] PERSON [ ] ESTATE [ ] Limited Conservator OF

1. Petitioner (name): GWENDOLYN SHERRARD

a. (name and address): GWENDOLYN SHERRARD
1239 E. ... Street
Compton, Ca 90222

be appointed [X] conservator ... the proposed ...
qualification ...

b. (name and address): GWENDOLYN SHERRARD
1239 E. ... Street
Compton, ...

be appointed [X] conservator ...
qualification ...

c. [ ] bond not be required for the ...
   [X] bond be fixed at $ 5,000.00 ...
   law. (Specify reasons ...)
   [ ] deposits of ... institution ...
   [ ] in the amount of ...

d. [ ] authorization ... under section 2590 of the Probate Code ...
   Attachment ...

e. [ ] orders ...
   (Specify ...)

f. [ ] orders ...
   Code ...

g. [ ] the proposed ...

h. [ ] (name) ...
   under section 2351 of the ...

i. [ ] (name) ...
   under section ...

j. [ ] for limited conservatorship ...
   (Specify limitations in Attachment ...)

[ ] other orders be granted. (Specify in Attachment 10)

Case 2:16-cv-04193-CEF-GEK  Document 64172.1  Filed 06/28/19  Page 18 of 25

| CONSERVATORSHIP OF (Name): | CASE NUMBER: |
|---|---|
| MAUDE C. MARKS | |

## PETITION FOR APPOINTMENT OF CONSERVATOR (Continued)

5. a. The proposed conservatee

   (1) [X] is an adult.

   (2) [ ] will be an adult on the effective date of the order (date):

   (3) [ ] is a married minor.

   (4) [ ] is a minor whose marriage has been dissolved.

b. [X] The proposed conservatee requires conservatorship

   (1) [X] unable properly to provide for his or her personal needs for physical health, food, clothing, or shelter.

       Supporting facts are [ ] specified below [ ] specified in Attachment 5b(1).

       The Conservatee suffered from dementia and she suffered a 1984
       Stroke. She is unable to cre or to provide for her needs. C needs
       needs skilled nursing care assistance. She is unable to
       continue to reside in her residence.

   (2) [X] substantially unable to manage his or her financial resources or resist fraud or undue influence. Supporting facts
       are [X] specified below [ ] specified in Attachment 5b(2).

       Proposed Conservatee is an 89 year old female, whose only source
       of income is Social Security. She had allowed her nephew,
       Bell to reside in her home absent payment of rent. Now that the
       Proposed Conservatee is in a nursing facility, the Bell is
       claiming an Ownership interest in the Property and no one has
       seen the Social Security checks.

ment of the such relationship does not
es co...........
cate of...... ...medical practitioner

nder section 2590 of the Probate Code
state (Powers and reasons are specified

capacity to give an informed consent.
n probate conservatorship as defined in

Judicial Council form GC-110).
in the address below of the proposed

below ☐ listed in Attachment 10.

ADDRESS:
141st Street
Ca 90222

141st Street
Ca 90222

## IV. STATEMENT OF FACTS

1. This How The case began case NO 90C05729 UNLAWFUL Detainer; My mother Live in OKlAhoma At The Time. Never Live with her Aunt, I Live with my Aunt because of Age, And Health Sept. 23, 1983.

2. CASE NO. NP 000106 began 6-6-90 were E/Rena Chandler & Brenda ZOMAlt put my Auntio in South bay Nursing Home in Signal Hill in Long Beach with NO Living Relatives, which They, were Introduce my Auntie MAude, C.MArks bAck in Sept. 1983 when The Judge At The Time Told Court. " I See Perjury on This CASE," I WAS permanent RestrAining Order plAce ON ME. JAn 1994

3. CASE NO. NC016991 My WAS murdered Death July, 84 I File This CASe which They SAy Julia MASON WAS the First Whom Could Filed The ClAim, which my Sister did NOT Know NOThing her bust or Her mother mAiden NAme NOW, I Found out 2004 I WAS tecensed, Went To All Atty. Gen. in CA On This MATTer June 2000 Kit mAdden of Family History

1   __. Defendant JONNIE H. Johnson - Parke
2   *Insert ¶ #*
3   111 N. LaBrea AVE, Suite 600
4   Inglewood, CA, 90301
5
6
7
8   __. Defendant GwenDDLyN SHerrard
9   *Insert ¶ #*
10  1239 E 141st Street
11  Compton, CA, 90222
12
13
14
15  __. Defendant ElReNA ChandLer-Deceased
16  *Insert ¶ #*   BrendA ANNe DuFFey
17  16561 CeladoN Ct
18  Chino Hills CA 91709
19
20
21
22  __. Defendant SoutherN CAliForNiA Bonding Service
23  *Insert ¶ #*
24  5230 LAs Virgenes Rd
25  CAlAbASAS, CA 91302
26
27
28

3

*Page Number*

ATTORNEY OR PARTY WITHOUT ATTORNEY
JAMES B. RUSSO
555 E. Ocean
Long Beach, CA 90800

ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS:
MAILING ADDRESS: LOS Angeles, CA
CITY AND ZIP CODE:
BRANCH NAME: Central

ESTATE OF (NAME):     MAUDE C. MARKS

DECE...

LETTERS

| [X] | TESTAMENTARY | | OF ADMINISTRATION |
| [ ] | OF ADMINISTRATION WITH WILL ANNEXED | | SPECIAL ADMINISTRATION |

FILED

## LETTERS

1. [X] The last will of the decedent named above
   been proved, the court appoints (name):
   WILLIAM C. PRICE

   a. [X] Executor
   b. [ ] Administrator with will annexed

2. [ ] The court appoints (name):

   a. [ ] Administrator
   b. [ ] Special Administrator

ATTORNEY OR PARTY WITHOUT ATTORNEY
JAMES E. RUSSELL
555 E. OCEAN BLVD. STE
Long Beach

ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 111 NORTH HILL STREET
MAILING ADDRESS: LOS ANGELES CA
CITY AND ZIP CODE: LOS ANGELES CA
BRANCH NAME: Central

ESTATE OF (NAME): MAUDE C. DAVIS

| | TESTAMENTARY |
|---|---|
| [X] | LETTERS |
| [ ] | OF ADMINISTRATION WITH WILL ANNEXED |

ADMINISTRATOR OF
SPECIAL ADMINISTRATION

CASE NUMBER: BP 295

LETTERS

1. [X] The last will of the decedent named above having been proved, the court appoints (name):
   WILLIAM C. BRICE
   a. [X] Executor
   b. [ ] Administrator with will annexed

2. [ ] The court appoints (name):

   a. [ ]
   b. [ ]

[ ORIGINAL ]

[SEAL]

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do not use for International Mail See reverse

| Postage | |
|---|---|
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery | |
| Return Receipt | |

**R. SCOTT ADAMS**

**ADAMS & ASSOCIATES, P.C.**
A PROFESSIONAL CORPORATION
LAWYERS

401 NORTH HUDSON AVENUE
SUITE 100
OKLAHOMA CITY, OKLAHOMA 73102

OFFICE
FAX
MOBILE
E-Mail: scottadams@adamslaw.com
www.scottadamslaw.com

12 -

This About This Info. Also
unChined # 3159404

Lloyd Bel