MINUTE ENTRY
FALLON, J.
JULY 1, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS            CIVIL ACTION
       LIABILITY LITIGATION

                                              NO. 05-MD-1657

                                              SECTION: L

**This document relates to: Third Party Payor**
**Common Benefit Fees**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Stephanie Kall
Court Reporter: Jodi Simcox

Appearances: Russ Herman, Esq., and Leonard Davis, Esq., for Movers, Third Party Payor
             Fee Allocation Committee
             Robert Arceneaux, Esq., and Pascal Calogero, Jr., Esq., for the Law Firm of Eric
             Weinberg

Show Cause Hearing as to why the Law Firm of Eric Weinberg should not be held in contempt of Court for non-compliance with the Court's Order issued on June 6, 2013   [64448];
Argued;
Counsel for the Law Firm of Eric Weinberg offers exhibits #1-#18 attached to document #[64466] already filed in the record, exhibits #19-#20: ORDERED admitted.
ORDERED that motion for contempt is DENIED.

JS10:  1hr. 4min.