AO 187(Rev. 4/82)

**EXHIBIT LIST**

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | | DISTRICT COURT EASTERN DISTRICT OF LOUISIANA |
|---|---|---|
| Movers' Attorneys for Third Party Payor Fee Allocation Committee: Russ Herman, Esq., and Leonard Davis, Esq | Attorneys for for The Law Firm of Eric Weinberg: Robert Arceneaux, Esq., and Pascal Calogero, Jr., Esq. | DOCKET NUMBER 05-MD-1657  F |
| | | MOTION DATE JULY 1, 2013 |
| PRESIDING JUDGE ELDON E. FALLON | COURT REPORTER JODI SIMCOX | COURTROOM DEPUTY STEPHANIE KALL |

| OFFERED BY: | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| The Law Firm of Eric Weinberg | 7/1/13 | 1-18 | Yes | Exhibits #1-#18 attached to document #[64466] already filed in this record |
| The Law Firm of Eric Weinberg | 7/1/13 | 19 | Yes | CD-Eric H. Weinberg's Common Benefit Time Records provided to the TPP FAC as per its subpoena duces tecum |
| The Law Firm of Eric Weinberg | 7/1/13 | 20 | Yes | Copy of NEF from the USDC of the Eastern District of Louisiana regarding notice sent as to document #64451. |