# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Vioxx®**  | MDL Docket No. 1657 |
| **Product Liability Litigation** | |
| | SECTION L |
| **This document relates to:** | |
| | |
| *Amie C. Vernon, et al.,* | JUDGE FALLON |
| *v.* | |
| *Merck & Co., Inc.* | MAGISTRATE JUDGE KNOWLES |
| | |
| *Docket No. 2:06-cv-02219* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Kenneth L. Rarick and Judith F. Rarick in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 2nd day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE