# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 10, 2013



Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 12-30935,   In Re:  Vioxx Prod Liability
        USDC No. 2:05-MD-1657
        USDC No. 2:10-CV-868

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Volume    ( ) Envelopes  ( ) Boxes

The electronic copy of the record has been recycled.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: Dawn D. Victoriano
                Dawn D. Victoriano, Deputy Clerk
                504-310-7717

cc: (letter only)
    Honorable Eldon E. Fallon
    Mr. John H. Beisner
    Mr. Emmanuel Francis Guyon I
    Mr. Russ M. Herman
    Ms. Dorothy Hudson Wimberly

P.S. to Judge Fallon:  A copy of the opinion was sent to your office via email the day it was filed.