UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Mary Turner. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel review the correspondence and take further appropriate action, if any.

New Orleans, Louisiana, this 15th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE

cc:

Mary Turner

2012 Taylor Street

Detroit, MI 48206

1