Date  6/19/13

Judge Fallon,
        This is my second letter, to you, I wrote to you over a month ago.
        My concern was getting my settlement. My attorneys The Lanier Law Firm said that you were holding the settlement, which I don't Believe. I haven't heard from my law firm in two years, that's why I don't believe them. Please give me an answer, because my law firm hasn't.

                    Thank you,
                    Mary J. Turner

313-744-8745 my phone number

RECEIVED

JUL 12 2013

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Date

METROPLEX MI 480

01 JUL 2013 PM 4 L

U. S. MARSHALS

Mary I. Dunne
2032 Gaylon St.
Detroit, Mi. 48206

Hon. Eton Fallon
United States District Court
Eastern District
500 Poydras St. Rm. 456
New Orleans, La. 70753