UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENTS RELATES TO:**

Plaintiff's Name: Jo Levitt

Case Name: Levitt v. Merck

Case Number: 2:06-cv09757   ]EEF   ]DEK

## ENTRY OF APPEARANCE

COME NOW Kenneth B. McClain and Daniel A. Thomas of the law firm Humphrey, Farrington and McClain, P.C., and hereby file their Entry of Appearance as counsel on behalf of Plaintiff.

Respectfully submitted,

**HUMPHREY, FARRINGTON & McCLAIN, P.C.**

/s/ Daniel A. Thomas
| | |
|---|---|
| Kenneth B. McClain | MO #32430 |
| Daniel A. Thomas | MO #52030 |

221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**