UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: ALL CASES**

### ORDER

The Court has received and reviewed the attached invoices from Special Master Patrick A. Juneau, which relate to various attorney fee lien disputes. IT IS ORDERED that these invoices be filed into the record. IT IS FURTHER ORDERED that Plaintiffs' Liaison Counsel contact the Court to discuss these invoices.

New Orleans, Louisiana, this 16th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE