## JUNEAU DAVID
A PROFESSIONAL LAW CORPORATION
THE HARDING CENTER
1018 HARDING STREET · SUITE 202
LAFAYETTE, LOUISIANA 70503
Tax ID No. 72-1250097

March 4, 2011

Re:    Vioxx Products Liability Litigation
       MDL No. 1657
       **Attorney Fee Lien Dispute of**
       **Maria D. Tejedor v. Gene A. Weeks**

### SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/05/10 | PAJ | REVIEW OF CORRESPONDENCE FROM MARIA TEJEDOR REGARDING LIEN FOR ATTORNEY FEES AND COSTS | 0.20 |
| 04/07/10 | PAJ | REVIEW OF CORRESPONDENCE FROM RONALD BENJAMIN REGARDING FEE DISPUTE FROM REPRESENTATION OF GENE WEEKS AND REQUESTING A TELEPHONE CONFERENCE TO DISCUSS SAME | 0.30 |
| 04/12/10 | PAJ | REVIEW OF CORRESPONDENCE FROM RONALD BENJAMIN REGARDING LIEN ON WEEKS CLAIM | 0.20 |
| 04/23/10 | PAJ | RECEIPT AND REVIEW OF EMAIL FROM BROWN GREER REGARDING LIEN DISPUTE, PROVIDING FILE MATERIALS AND SUMMARY ON SAME | 0.20 |
| 04/26/10 | PAJ | REVIEW OF CORRESPONDENCE FROM MARIA TEJEDOR RE: ATTORNEY FEE LIEN AND PROVIDING DOCUMENTS PERTAINING TO SAME | 0.30 |
| 05/07/10 | PAJ | REVIEW OF CORRESPONDENCE FROM RONALD BENJAMIN REGARDING LIEN ON WEEKS CLAIM AND RESPONDING TO RECENT CORRESPONDENCE FROM MARIA TEJEDOR | 0.10 |
| 05/07/10 | PAJ | REVIEW OF FAX FROM MARIA TEJEDOR REGARDING LIEN ON WEEKS CLAIM AND PROVIDING DOCUMENTS PERTAINING TO SAME | 0.20 |
| 05/13/10 | PAJ | PRELIMINARY ANALYSIS OF FILE MATERIALS TO DETERMINE ISSUES IN DISPUTE AND DEVELOPMENT OF PROTOCOL FOR PERTINENT DEADLINES AND SUBMISSIONS TO BE MADE BY PARTIES | 3.60 |
| 06/14/10 | PAJ | PREPARATION OF CORRESPONDENCE TO THE PARTIES REGARDING ESTABLISHMENT OF DEADLINES AND SCHEDULING HEARING WITH ORAL ARGUMENT | 0.40 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/02/10 | PAJ | REVIEW OF FAX FROM MS. TEJEDOR REGARDING STATUS OF NUMEROUS ATTEMPTS TO SET UP A CONFERENCE WITH MR. BENJAMIN AND REQUESTING DIRECTION ON HOW TO PROCEED | 0.20 |
| 08/10/10 | PAJ | REVIEW OF CORRESPONDENCE FROM RONALD BENJAMIN RESPONDING TO AUGUST 2ND CORRESPONDENCE OF MARIA TEJEDOR AND PROVIDING STATUS OF CASE | 0.30 |
| 08/17/10 | PAJ | CORRESPONDENCE TO COUNSEL RE: DIFFICULTIES IN SCHEDULING MEETING | 0.20 |
| 08/23/10 | PAJ | REVIEW OF CORRESPONDENCE FROM MS. TEJEDOR, DIRECTED TO MR. BENJAMIN, PROVIDING AVAILABLE DATES FOR MEETING AND LOCATIONS FOR SAME TO BE HELD | 0.10 |
| 08/27/10 | PAJ | REVIEW OF CORRESPONDENCE FROM MS. TEJEDOR REGARDING ATTEMPTS TO SCHEDULE MEETING WITH MR. BENJAMIN, LACK OF RESPONSE FROM HIM REGARDING SAME AND REQUESTING ASSISTANCE WITH SCHEDULING A MEETING | 0.20 |
| 09/02/10 | PAJ | CORRESPONDENCE TO COUNSEL SCHEDULING AN IN-PERSON MEETING BETWEEN THE PARTIES FOR SEPTEMBER 13, 2010 AND PROVIDING LOCATION DETAILS | 0.20 |
| 09/03/10 | PAJ | REVIEW OF CORRESPONDENCE FROM MR. BENJAMIN REGARDING PENDING MOTION FOR SUMMARY JUDGMENT AND IN-PERSON MEETING | 0.30 |
| 09/09/10 | PAJ | EVALUATION OF FILE MATERIALS AND ISSUES IN DISPUTE | 1.00 |
| 09/16/10 | PAJ | REVIEW OF PLAINTIFF'S MOTION TO STRIKE PLEADINGS OF RONALD BENJAMIN AND DENY HIS REQUEST FOR ATTORNEYS FEES AND COSTS | 0.20 |
| 09/17/10 | PAJ | RECEIPT AND INITIAL REVIEW OF BINDER ON BEHALF OF MARIA TEJEDOR REGARDING DISPUTE | 0.40 |
| 09/27/10 | PAR | TELEPHONE CALL TO MS. TEJEDOR'S OFFICE REGARDING AVAILABILITY FOR CONFERENCE CALL BETWEEN PARTIES AND MR. BENJAMIN | 0.20 |
| 09/27/10 | PAJ | REVIEW OF OPPOSITION OF RONALD BENJAMIN TO MOTION OF MARIA TEJEDOR TO STRIKE PLEADINGS OF RONALD BENJAMIN OR DENY MR. BENJAMIN'S REQUEST FOR ATTORNEYS FEES AND COSTS AND EXHIBITS TO SAME | 0.60 |

| Date | Init | Description | Hours |
|---|---|---|---|
| 09/29/10 | PAR | TELEPHONE CONFERENCE WITH OFFICE OF MARIA TEJEDOR REGARDING SCHEDULING CONFERENCE CALL WITH SPECIAL MASTER | 0.10 |
| 09/29/10 | PAR | TELEPHONE CONFERENCE WITH OFFICE OF RONALD BENJAMIN REGARDING CONFERENCE CALL WITH SPECIAL MASTER | 0.10 |
| 09/29/10 | PAJ | CORRESPONDENCE TO PARTIES REGARDING CONFERENCE CALL FOR OCTOBER 5, 2010 AND PROVIDING DETAILS FOR SAME | 0.20 |
| 10/05/10 | PAJ | TELEPHONE CONFERENCE WITH PARTIES | 0.20 |
| 10/06/10 | PAJ | REVIEW OF ORDER TO SHOW CAUSE WHY THE SPECIAL MASTER'S JUNE 14, 2010 SCHEDULING ORDER SHOULD NOT BE AMENDED AND IMMEDIATELY STAYED OR ADJOURNED, MEMO SUPPORTING SAME AND EXHIBITS FILED BY ATTORNEY BENJAMIN | 0.60 |
| 10/12/10 | PAJ | REVIEW OF MOTION FOR SUMMARY JUDGMENT ON BEHALF OF MARIA TEJEDOR | 1.60 |
| 10/13/10 | PAJ | REVIEW OF MOTION FOR SUMMARY JUDGMENT ON BEHALF OF GENE WEEKS | 1.40 |
| 10/14/10 | PAR | TELEPHONE CONFERENCE WITH OFFICE OF MARIA TEJEDOR REGARDING HEARING ON DISPUTE | 0.10 |
| 10/14/10 | PAR | SUBSEQUENT TELEPHONE CONFERENCE WITH OFFICE OF MARIA TEJEDOR REGARDING HEARING | 0.10 |
| 10/15/10 | PAJ | REVIEW OF ORDER RE: RONALD BENJAMIN'S RULE TO SHOW CAUSE AND DENYING SAME | 0.10 |
| 10/16/10 | PAJ | REVIEW OF EXTENSIVE BENCH BOOKS, INCLUDING MEMORANDUM AND EXHIBITS | 5.00 |
| 10/18/10 | PAJ | TRAVEL TO NEW ORLEANS AND PREPARATION FOR HEARING | 3.50 |
| 10/19/10 | PAJ | CONDUCTED HEARING ON ATTORNEY FEE LIEN DISPUTE AND RETURN TO LAFAYETTE | 4.50 |
| 10/22/10 | PAJ | ANALYSIS OF EVIDENCE AND DRAFTED REPORT AND RECOMMENDATION TO COURT | 5.80 |
| 10/25/10 | PAJ | REVISIONS TO AND FINALIZED REPORT AND RECOMMENDATION TO COURT | 1.70 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/12/10 | PAJ | REVIEW OF OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION FILED BY RONALD BENJAMIN AND MEMORANDUM IN SUPPORT OF SAME | 1.30 |
| 11/23/10 | PAJ | REVIEW OF MARIA TEJEDOR'S RESPONSE TO OBJECTION OF RONALD BENJAMIN TO SPECIAL MASTER'S REPORT AND RECOMMENDATION | 0.30 |
| 03/04/11 | PAJ | EMAIL TO BROWN GREER REGARDING INVOICE FOR SERVICES AND COSTS | 0.10 |

| | | | |
|---|---|---|---|
| PAJ | JUNEAU, PATRICK A. | 35.50 hrs @ $300.00 /hr | $10,650.00 |
| PAR | PARALEGAL | 0.60 hrs @ $ 75.00 /hr | $     45.00 |
| **Fee Recap** | | **36.00 hrs** | **$10,695.00** |

**EXPENSES**                                                                                                         **AMOUNT**

| Date | Description | Amount |
|---|---|---|
| 10/18/10 | TRAVEL TO NEW ORLEANS (½) | $75.00 |
|  | MEALS (½) | $ 9.38 |
| 10/19/10 | HOTEL & PARKING (½) | $54.74 |
|  | MEALS (½) | $19.25 |
| 12/13/10 | COPYING | $24.50 |
|  | POSTAGE | $27.41 |
|  | LONG DISTANCE CHARGES | $ 7.50 |
|  | FAX CHARGES | $ 9.30 |
|  |  | **$227.08** |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $10,695.00 |
| TOTAL EXPENSES | $   227.08 |
| **TOTAL NOW DUE** | **$10,922.08** |

## JUNEAU DAVID
A PROFESSIONAL LAW CORPORATION
THE HARDING CENTER
1018 HARDING STREET · SUITE 202
LAFAYETTE, LOUISIANA 70503
Tax ID No. 72-1250097

March 4, 2011

Re: Vioxx Products Liability Litigation
MDL No. 1657
**Attorney Fee Lien Dispute of**
**Teresa Toriseva v. Anapol Schwartz Firm; Hill Peterson Firm;**
**Clark, Perdue & List; and Barry Hill**

### SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/23/10 | PAJ | RECEIPT AND REVIEW OF EMAIL FROM BROWN GREER REGARDING LIEN DISPUTE, PROVIDING FILE MATERIALS AND SUMMARY ON SAME | 0.40 |
| 04/30/10 | PAJ | REVIEW OF EMAILS FROM BARRY HILL RE: TORISEVA ATTORNEY LIEN AND PROVIDING SPREADSHEET PERTAINING TO FEES BEING HELD | 0.30 |
| 05/11/10 | PAJ | PRELIMINARY ANALYSIS OF FILE MATERIALS TO DETERMINE ISSUES IN DISPUTE AND DEVELOPMENT OF PROTOCOL FOR PERTINENT DEADLINES AND SUBMISSIONS TO BE MADE BY PARTIES | 3.70 |
| 06/18/10 | PAJ | PREPARATION OF CORRESPONDENCE TO THE PARTIES REGARDING ESTABLISHMENT OF DEADLINES AND SCHEDULING HEARING WITH ORAL ARGUMENT | 0.50 |
| 06/25/10 | PAJ | REVIEW OF CORRESPONDENCE FROM AVRUM LEVICOFF REGARDING ATTORNEY LIEN, REQUESTING COPY OF MARCH 18, 2010 ORDER AND PROVIDING COPY OF COMPLAINT IN PENDING ACTION IN WEST VIRGINIA STATE COURT | 0.60 |
| 06/25/10 | PAJ | EMAIL TO ATTORNEY LEVICOFF PROVIDING COPY OF THE MARCH 18, 2010 ORDER, PER HIS REQUEST | 0.10 |
| 06/25/10 | PAJ | TELEPHONE CONFERENCE WITH JUDGE FALLON'S OFFICE REGARDING ATTORNEY LIEN DISPUTE | 0.20 |
| 06/25/10 | PAJ | CORRESPONDENCE TO JUDGE FALLON'S OFFICE REGARDING LIEN DISPUTE AND PROVIDING DOCUMENTS RECEIVED FROM ATTORNEY LEVICOFF | 0.20 |

| Date | | Description | Hours |
|---|---|---|---|
| 06/28/10 | PAJ | REVIEW OF CORRESPONDENCE FROM BARRY HILL REGARDING CLARIFICATION OF MEMORANDUM REQUIREMENTS | 0.20 |
| 07/01/10 | PAJ | REVIEW OF CORRESPONDENCE FROM SOL WEISS REGARDING LIEN DISPUTE | 0.20 |
| 07/01/10 | PAJ | REVIEW OF CORRESPONDENCE FROM ANDREW LIST REGARDING LIEN DISPUTE AND DISAGREEMENT WITH CORRESPONDENCE OF LEVICOFF | 0.30 |
| 07/01/10 | PAJ | REVIEW OF CORRESPONDENCE FROM JAMES PETERSON REGARDING LIEN DISPUTE AND POSITION ON SAME | 0.40 |
| 07/17/10 | PAJ | REVIEW OF CORRESPONDENCE FROM MR. LEVICOFF REGARDING UNSUCCESSFUL ATTEMPTS TO SCHEDULE IN-PERSON MEETING, REQUESTING RELIEF FROM THAT REQUIREMENT AND DISCUSSION OF OTHER ISSUES IN THIS MATTER | 0.30 |
| 07/17/10 | PAJ | REVIEW OF EMAIL FROM SOL WEISS REGARDING DISPUTES AND IN-PERSON MEETING | 0.20 |
| 07/19/10 | PAJ | CORRESPONDENCE TO BARRY HILL RESPONDING TO HIS INQUIRIES CONCERNING MEMORANDUM REQUIREMENTS | 0.10 |
| 09/23/10 | PAJ | RECEIPT AND INITIAL REVIEW OF REQUIRED BINDER OF MATERIALS SUBMITTED BY BARRY HILL | 0.40 |
| 09/23/10 | PAJ | RECEIPT AND INITIAL REVIEW OF REQUIRED BINDER OF MATERIALS SUBMITTED BY ANDREW LIST | 0.30 |
| 09/24/10 | PAJ | RECEIPT AND INITIAL REVIEW OF REQUIRED BINDER OF MATERIALS SUBMITTED BY JAMES PETERSON | 0.30 |
| 09/24/10 | PAJ | REVIEW OF MOTION FOR SPECIAL MASTER TO ISSUE OR RECOMMEND AN ORDER REQUIRING ATTORNEY LEVICOFF TO SHOW CAUSE, MEMO IN SUPPORT AND EXHIBITS FILED ON BEHALF OF HILL, LIST, WEISS AND PETERSON | 0.60 |
| 09/27/10 | PAJ | PREPARATION OF NOTICE SETTING HEARING ON JOINT MOTION FOR THE SPECIAL MASTER TO ISSUE OR RECOMMEND AN ORDER REQUIRING ATTORNEY LEVICOFF SHOW CAUSE | 0.30 |
| 09/27/10 | PAJ | REVIEW OF EMAIL FROM AVRUM LEVICOFF REGARDING DELAY IN UPS DELIVERING REQUIRED BINDER | 0.20 |
| 09/27/10 | PAJ | TELEPHONE CALL FROM MR. LEVICOFF'S OFFICE REGARDING MIX UP IN UPS' DELIVERY OF BINDER AND OTHER FORMS OF SUBMITTED BINDER MATERIALS | 0.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/27/10 | PAJ | EMAIL TO MR. LEVICOFF REGARDING SUBMISSION OF BINDER | 0.10 |
| 09/27/10 | PAJ | REVIEW OF EMAIL FROM BARRY HILL REGARDING LATE SUBMISSION OF BINDER BY AVRUM LEVICOFF AND ADVISING THAT A MOTION WILL BE SUBMITTED RELATING TO SAME | 0.10 |
| 09/28/10 | PAJ | RECEIPT AND INITIAL REVIEW OF REQUIRED BINDER OF MATERIALS SUBMITTED ON BEHALF OF TERESA TORISEVA | 0.40 |
| 09/29/10 | PAJ | FINALIZED NOTICE SETTING HEARING ON JOINT MOTION FOR THE SPECIAL MASTER TO ISSUE OR RECOMMEND AN ORDER REQUIRING ATTORNEY LEVICOFF SHOW CAUSE | 0.20 |
| 10/01/10 | PAJ | REVIEW OF MOTION TO IMPOSE A MONETARY SANCTION AGAINST COUNSEL FOR TORISEVA FOR FAILURE TO COMPLY WITH SPECIAL MASTER'S LETTER WITH REGARD TO SUBMISSIONS, MEMO IN SUPPORT OF SAME AND EXHIBITS FILED ON BEHALF OF HILL, WEISS, LIST AND PETERSON | 0.90 |
| 10/04/10 | PAJ | PREPARATION OF NOTICE SETTING HEARING ON JOINT MOTION TO IMPOSE A MONETARY SANCTION AGAINST COUNSEL FOR TORISEVA | 0.40 |
| 10/05/10 | PAJ | FINALIZED NOTICE SETTING HEARING ON JOINT MOTION TO IMPOSE A MONETARY SANCTION AGAINST COUNSEL FOR TORISEVA | 0.20 |
| 10/12/10 | PAJ | REVIEW OF SECOND MOTION FOR SPECIAL MASTER TO ISSUE OR RECOMMEND AND ORDER REQUIRING ATTORNEY LEVICOFF TO SHOW CAUSE AND MEMO SUPPORTING SAME FILED ON BEHALF OF HILL, WEISS, LIST AND PETERSON | 0.50 |
| 10/18/10 | PAJ | PREPARATION OF NOTICE SETTING HEARING ON SECOND MOTION FOR SPECIAL MASTER TO ISSUE OR RECOMMEND AN ORDER REQUIRING ATTORNEY LEVICOFF TO SHOW CAUSE | 0.50 |
| 10/23/10 | PAJ | REVIEWING EXTENSIVE BENCH BOOKS INCLUDING EXHIBITS AND MEMORANDUMS | 6.50 |
| 10/26/10 | PAJ | TRAVEL TO NEW ORLEANS AND PREPARATION FOR HEARING | 3.50 |
| 10/27/10 | PAJ | CONDUCTED HEARING IN NEW ORLEANS AND RETURN TO LAFAYETTE | 5.50 |
| 11/02/10 | PAJ | ANALYSIS OF CASE AND WORKING ON REPORT AND RECOMMENDATION TO COURT | 9.00 |

| Date | Init | Description | Hours |
|---|---|---|---|
| 11/09/10 | PAJ | CONTINUED WORKING ON REPORT AND RECOMMENDATION TO COURT AND FINALIZED SAME | 2.50 |
| 11/15/10 | PAJ | REVIEW OF LEVICOFF'S MOTION FOR LEAVE TO SUBMIT OPPOSITION TO MOTIONS FOR THE SPECIAL MASTER TO ISSUE OR RECOMMEND AN ORDER REQUIRING COUNSEL TO SHOW CAUSE; RESPONSE IN OPPOSITION TO MOTIONS AND EXHIBITS | 1.90 |
| 11/15/10 | PAJ | REVIEW OF EMAIL FROM ANDREW LIST, DIRECTED TO AVRUM LEVICOFF, REGARDING EXHIBITS IN RECENT MOTION, ADVISING THAT SAME HAVE BEEN PLACED UNDER SEAL AND REQUESTING IMMEDIATE ACTION TO INSURE THAT THE DOCUMENTS ARE NOT MADE PUBLIC | 0.20 |
| 11/15/10 | PAJ | REVIEW OF EMAIL FROM BARRY HILL REGARDING CONFIDENTIALITY PROVISION PER TERMS OF MSA | 0.10 |
| 11/22/10 | PAJ | REVIEW OF NOTICE OF FILING AND PROPOSED ORDER DENYING TORISEVA'S FEE LIEN CLAIM AND DIRECTING CLAIMS ADMINISTRATOR TO DISBURSE FUNDS FILED BY BARRY HILL | 0.30 |
| 11/30/10 | PAJ | REVIEW OF MOTION FOR ENTRY OF PREVIOUSLY FILED PROPOSED ORDER IMPLEMENTING SPECIAL MASTER'S REPORT AND RECOMMENDATIONS, MEMO SUPPORTING SAME AND PROPOSED NOTICE OF HEARING FILED BY BARRY HILL | 0.40 |
| 03/04/11 | PAJ | EMAIL TO BROWN GREER REGARDING INVOICE FOR SERVICES AND COSTS | 0.10 |

| | | | | |
|---|---|---|---|---|
| PAJ | JUNEAU, PATRICK A. | 43.30 hrs @ $300.00 /hr | **$12,990.00** | |

| **EXPENSES** | | **AMOUNT** |
|---|---|---|
| 10/26/10 | TRAVEL TO NEW ORLEANS (½) | $75.00 |
| | MEALS (½) | $15.65 |
| 10/27/10 | HOTEL & PARKING (½) | $54.73 |
| | MEALS (½) | $29.60 |
| 12/13/10 | COPYING | $72.70 |
| | POSTAGE | $43.15 |
| | FAX CHARGES | $18.00 |
| | | **$308.83** |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $12,990.00 |
| TOTAL EXPENSES | $   308.83 |
| **TOTAL NOW DUE** | **$13,298.83** |



# JUNEAU DAVID
A PROFESSIONAL LAW CORPORATION
THE HARDING CENTER
1018 HARDING STREET · SUITE 202
LAFAYETTE, LOUISIANA 70503
Tax ID No. 72-1250097

March 4, 2011

Re: Vioxx Products Liability Litigation
MDL No. 1657
**Attorney Fee Lien Dispute of**
**Gary L. Eubanks v. Johnie Stephens (Deceased)**

## SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/23/10 | PAJ | RECEIPT AND REVIEW OF EMAIL FROM BROWN GREER REGARDING LIEN DISPUTE, PROVIDING FILE MATERIALS AND SUMMARY ON SAME | 0.30 |
| 05/14/10 | PAJ | PRELIMINARY ANALYSIS OF FILE MATERIALS TO DETERMINE ISSUES IN DISPUTE AND DEVELOPMENT OF PROTOCOL FOR PERTINENT DEADLINES AND SUBMISSIONS TO BE MADE BY PARTIES | 3.60 |
| 06/18/10 | PAJ | PREPARATION OF CORRESPONDENCE TO THE PARTIES REGARDING ESTABLISHMENT OF DEADLINES AND SCHEDULING HEARING WITH ORAL ARGUMENT | 0.40 |
| 07/19/10 | PAR | TELEPHONE CALL FROM GLENN THAMES REGARDING EXTENDING DEADLINES AND INQUIRIES PERTAINING TO SAME | 0.20 |
| 07/19/10 | PAR | RETURN TELEPHONE CALL TO GLENN THAMES REGARDING EXTENDING DEADLINES | 0.10 |
| 07/19/10 | PAJ | REVIEW OF EMAIL FROM GLENN THAMES REGARDING DEADLINES | 0.10 |
| 09/23/10 | PAJ | RECEIPT AND INITIAL REVIEW OF REQUIRED BINDER OF MATERIALS SUBMITTED ON BEHALF OF BOB STEPHENS | 0.30 |
| 09/27/10 | PAJ | RECEIPT AND INITIAL REVIEW OF REQUIRED BINDER OF MATERIALS SUBMITTED ON BEHALF OF GARY EUBANKS/HOLTS AND ASSOCIATES | 0.50 |
| 10/20/10 | PAJ | REVIEW OF CORRESPONDENCE FROM ATTORNEY WALAS REGARDING MEDICAL STATUS OF GARY EUBANKS AND REQUESTING WAIVER OF APPEARANCE AT THE OCTOBER 27, 2010 HEARING IN VIEW OF SAME | 0.20 |

| Date | | Description | Hours |
|---|---|---|---|
| 10/21/10 | PAJ | TELEPHONE CONFERENCE WITH ATTORNEY WALAS RE: MR. EUBANKS' APPEARANCE IN VIEW OF MEDICAL CONDITION | 0.20 |
| 10/21/10 | PAJ | REVIEW OF CORRESPONDENCE FROM ATTORNEY WALAS ADVISING THAT MR. EUBANKS WILL BE ABLE TO ATTEND THE OCTOBER 27, 2010 HEARING | 0.10 |
| 10/22/10 | PAJ | REVIEWING EXTENSIVE BENCH BOOKS WITH EXHIBITS AND MEMORANDUMS | 5.80 |
| 10/25/10 | PAJ | REVIEWING ARKANSAS CITED CASES AND STATUTE | 2.00 |
| 10/26/10 | PAJ | TRAVEL TO NEW ORLEANS AND PREPARATION FOR HEARING | 3.50 |
| 10/27/10 | PAJ | CONDUCTED HEARING IN NEW ORLEANS AND RETURN TO LAFAYETTE | 5.50 |
| 11/01/10 | PAJ | ANALYSIS OF CASE AND WORKING ON REPORT AND RECOMMENDATION TO COURT | 9.50 |
| 11/03/10 | PAJ | REVIEW OF MEMORANDUM REGARDING QUANTUM MERIT SUBMITTED ON BEHALF OF BOB STEPHENS | 0.50 |
| 11/03/10 | PAJ | REVIEW OF MEMORANDUM REGARDING QUANTUM MERIT AND CITED CASES SUBMITTED ON BEHALF OF GARY EUBANKS | 0.80 |
| 11/09/10 | PAJ | CONTINUED WORKING ON REPORT AND RECOMMENDATION TO COURT AND FINALIZED SAME | 1.80 |
| 03/04/11 | PAJ | EMAIL TO BROWN GREER REGARDING INVOICE FOR SERVICES AND COSTS | 0.10 |

| | | | |
|---|---|---|---|
| PAJ | JUNEAU, PATRICK A. | 35.20 hrs @ $300.00 /hr | $10,560.00 |
| PAR | PARALEGAL | 0.30 hrs @ $ 75.00 /hr | $     22.50 |
| **Fee Recap** | | **35.50 hrs** | **$10,582.50** |

**EXPENSES**                      **AMOUNT**

| | | |
|---|---|---|
| 10/26/10 | TRAVEL TO NEW ORLEANS (½) | $75.00 |
| | MEALS (½) | $15.65 |
| 10/27/10 | HOTEL & PARKING (½) | $54.74 |
| | MEALS (½) | $29.60 |
| 12/13/10 | COPYING | $19.80 |
| | POSTAGE | $13.35 |
| | LONG DISTANCE CHARGES | $ 4.50 |
| | FAX CHARGES | $ 2.70 |
| | | **$215.34** |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $10,582.50 |
| TOTAL EXPENSES | $   215.34 |
| **TOTAL NOW DUE** | **$10,797.84** |

(4)

## JUNEAU DAVID
A PROFESSIONAL LAW CORPORATION
THE HARDING CENTER
1018 HARDING STREET · SUITE 202
LAFAYETTE, LOUISIANA 70503
Tax ID No. 72-1250097

March 4, 2011

Re:   Vioxx Products Liability Litigation
      MDL No. 1657
      **Attorney Fee Lien Dispute of**
      **Michele A. DiMartino v. Larry Long**

**SERVICES**

| Date | Init | Description | Hours |
|---|---|---|---|
| 04/23/10 | PAJ | RECEIPT AND REVIEW OF EMAIL FROM BROWN GREER REGARDING LIEN DISPUTE, PROVIDING FILE MATERIALS AND SUMMARY ON SAME | 0.30 |
| 05/07/10 | PAJ | REVIEW OF EMAIL FROM BROWN GREER RE: ATTORNEY LIEN ON CLAIM OF LARRY LONG AND PROVIDING NOTICE PERTAINING TO SAME | 0.20 |
| 05/13/10 | PAJ | PRELIMINARY ANALYSIS OF FILE MATERIALS TO DETERMINE ISSUES IN DISPUTE AND DEVELOPMENT OF PROTOCOL FOR PERTINENT DEADLINES AND SUBMISSIONS TO BE MADE BY PARTIES | 3.60 |
| 05/21/10 | PAJ | REVIEW OF EMAIL FROM BROWN GREER PROVIDING ADDITIONAL DOCUMENTS PERTAINING TO LIEN CLAIM FOR LARRY LONG | 0.20 |
| 06/17/10 | PAJ | PREPARATION OF CORRESPONDENCE TO THE PARTIES REGARDING ESTABLISHMENT OF DEADLINES AND SCHEDULING HEARING WITH ORAL ARGUMENT | 0.40 |
| 07/06/10 | PAR | TELEPHONE CONFERENCE WITH BROWN GREER REGARDING INQUIRY FROM MR. LONG AND STATUS OF DISPUTE | 0.20 |
| 07/07/10 | PAR | REVIEW OF EMAIL FROM BROWN GREER ADVISING THAT MR. LONG HAS MOVED AND PROVIDED CURRENT MAILING ADDRESS | 0.20 |
| 07/07/10 | PAR | EMAIL TO BROWN GREER ADVISING THAT ANOTHER COPY OF CORRESPONDENCE TO MR. LONG WILL BE SENT TO CURRENT ADDRESS | 0.10 |
| 07/07/10 | PAR | SUBSEQUENT TELEPHONE CONFERENCE WITH BROWN GREER REGARDING REQUEST BY MR. LONG PERTAINING TO THE JUNE 17, 2010 CORRESPONDENCE | 0.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/07/10 | PAJ | EMAIL TO MR. LONG PROVIDING COPY OF JUNE 17, 2010 CORRESPONDENCE | 0.10 |
| 07/09/10 | PAJ | REVIEW OF EMAIL FROM MR. LONG REGARDING INQUIRIES PERTAINING TO LIEN DISPUTE AND HEARING ON SAME | 0.20 |
| 07/26/10 | PAJ | REVIEW OF ORDER RE: CORRESPONDENCE FROM MR. LONG PERTAINING TO LIEN DISPUTE | 0.20 |
| 08/02/10 | PAJ | EMAIL TO MR. LONG RESPONDING TO INQUIRIES PERTAINING TO LIEN DISPUTE AND HEARING | 0.30 |
| 08/31/10 | PAR | TELEPHONE CONFERENCE WITH DEBRA LONG REGARDING HEARING ON DISPUTE AND DOCUMENTS TO BE SUBMITTED | 0.20 |
| 09/17/10 | PAJ | REVIEW OF EMAIL FROM DEBRA LONG REGARDING STATUS OF SCHEDULING AN IN-PERSON MEETING, MR. LONG'S HEALTH PROBLEMS, AND REQUEST TO APPEAR ON HIS BEHALF | 0.30 |
| 09/17/10 | PAR | TELEPHONE CALL FROM DEBRA LONG REGARDING STATUS OF EVENTS AND MR. LONG'S HEALTH STATUS | 0.20 |
| 09/22/10 | PAJ | RETURN EMAIL TO DEBRA LONG REGARDING APPEARANCE ON BEHALF OF MR. LONG AND ADVISING THAT A LETTER MUST BE RECEIVED FROM MR. LONG'S TREATING PHYSICIAN STATING HE CANNOT TRAVEL | 0.20 |
| 09/22/10 | PAR | RETURN TELEPHONE CALL TO MS. LONG REGARDING APPEARANCE ON BEHALF OF MR. LONG AND INQUIRIES PERTAINING TO BINDER SUBMISSION | 0.30 |
| 09/24/10 | PAJ | RECEIPT AND INITIAL REVIEW OF REQUIRED BINDER OF MATERIALS SUBMITTED BY THE MILLER LAW FIRM | 0.50 |
| 09/27/10 | PAJ | RECEIPT AND INITIAL REVIEW OF REQUIRED BINDER OF MATERIALS SUBMITTED BY MR. LONG | 0.40 |
| 09/27/10 | PAJ | REVIEW OF FAX FROM DEBRA LONG PROVIDING CORRESPONDENCE FROM DR. SAMMY MUGAMBI, REGARDING CURRENT TREATMENT OF MR. LONG AND ADVISING THAT HE IS NOT CLEARED FOR TRAVEL | 0.20 |
| 09/27/10 | PAR | TELEPHONE CALL FROM DEBRA LONG REGARDING RECEIPT OF CORRESPONDENCE FROM DR. MUGAMBI AND BINDER OF REQUIRED MATERIALS | 0.20 |
| 10/01/10 | PAJ | CORRESPONDENCE TO MR. LONG GRANTING REQUEST FOR HIS WIFE, DEBRA LONG, TO APPEAR ON HIS BEHALF AT THE OCTOBER 26, 2010 HEARING DUE TO HIS HEALTH AND INABILITY TO TRAVEL | 0.20 |

| Date | | Description | Hours |
|---|---|---|---|
| 10/20/10 | PAR | TELEPHONE CALL FROM DEBRA LONG CONFIRMING DISPUTE HEARING FOR OCTOBER 26, 2010 | 0.10 |
| 10/23/10 | PAJ | REVIEW OF EXTENSIVE BENCH BOOKS, INCLUDING MEMORANDUMS AND EXHIBITS | 5.70 |
| 10/25/10 | PAJ | TRAVEL TO NEW ORLEANS AND PREPARATION FOR HEARING | 3.50 |
| 10/26/10 | PAJ | CONDUCTED HEARING ON DISPUTE AND RETURN TO LAFAYETTE | 6.50 |
| 10/27/10 | PAR | TELEPHONE CALL FROM DEBRA LONG REGARDING SPECIAL MASTER'S RULING ON HEARING AND INQUIRING AS TO THE FILING OF SAME | 0.20 |
| 10/31/10 | PAJ | ANALYSIS OF CASE AND WORKING ON REPORT AND RECOMMENDATION TO COURT | 7.60 |
| 11/04/10 | PAR | TELEPHONE CALL FROM DEBRA LONG REGARDING STATUS OF FILING SPECIAL MASTER'S RULING ON HEARING | 0.10 |
| 11/04/10 | PAJ | REVIEW OF EMAIL FROM DEBRA LONG REGARDING CIRCUMSTANCES AND FILING OF SPECIAL MASTER'S RULING | 0.20 |
| 11/05/10 | PAJ | EMAIL TO DEBRA LONG REGARDING STATUS OF SPECIAL MASTER'S RULING | 0.10 |
| 11/08/10 | PAJ | CONTINUED WORKING ON RECOMMENDATION TO COURT AND FINALIZED SAME | 2.50 |
| 11/08/10 | PAR | TELEPHONE CALLS FROM DEBRA LONG REGARDING STATUS OF FILING RULING | 0.20 |
| 11/08/10 | PAJ | EMAIL TO DEBRA LONG REGARDING SPECIAL MASTER'S RULING | 0.10 |
| 11/11/10 | PAR | RETURN TELEPHONE CALL TO BROWN GREER REGARDING INQUIRIES RECEIVED FROM DEBRA LONG AND STATUS OF SPECIAL MASTER'S RULING | 0.30 |
| 11/16/10 | PAJ | REVIEW OF COURT'S ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION | 0.10 |
| 12/16/10 | PAJ | REVIEW OF OBJECTION TO SPECIAL MASTER'S RULING FILED BY LARRY AND DEBRA LONG | 0.10 |
| 03/04/11 | PAJ | EMAIL TO BROWN GREER REGARDING INVOICE FOR SERVICES AND COSTS | 0.10 |

| | | | |
|---|---|---|---|
| PAJ | JUNEAU, PATRICK A. | 33.70 hrs @ $300.00 /hr | $10,110.00 |
| PAR | PARALEGAL | 2.50 hrs @ $75.00 /hr | $    187.50 |
| | Fee Recap | 36.20 hrs | $10,297.50 |

## EXPENSES                                                                AMOUNT

| | | |
|---|---|---|
| 10/25/10 | TRAVEL TO NEW ORLEANS | $150.00 |
| | MEALS | $ 26.50 |
| 10/26/10 | HOTEL & PARKING | $109.47 |
| | MEALS | $ 44.90 |
| 12/13/10 | COPYING | $ 15.80 |
| | POSTAGE | $ 23.89 |
| | LONG DISTANCE CHARGES | $  9.00 |
| | FAX CHARGES | $   3.45 |
| | | $383.01 |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $10,297.50 |
| TOTAL EXPENSES | $    383.01 |
| **TOTAL NOW DUE** | **$10,680.51** |

⑤

# JUNEAU DAVID
A PROFESSIONAL LAW CORPORATION
THE HARDING CENTER
1018 HARDING STREET · SUITE 202
LAFAYETTE, LOUISIANA 70503
Tax ID No. 72-1250097

March 4, 2011

Re:   Vioxx Products Liability Litigation
      MDL No. 1657
      **Attorney Fee Lien Dispute of**
      **Dawn M. Barrios v. James I. Smith**

## SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/01/10 | PAJ | REVIEW OF CORRESPONDENCE FROM JAMES SMITH REGARDING ATTORNEY FEE CLAIM AND PROVIDING ENCLOSURES PERTAINING TO SAME | 0.30 |
| 04/23/10 | PAJ | RECEIPT AND REVIEW OF EMAIL FROM BROWN GREER REGARDING LIEN DISPUTE, PROVIDING FILE MATERIALS AND SUMMARY ON SAME | 0.30 |
| 05/12/10 | PAJ | PRELIMINARY ANALYSIS OF FILE MATERIALS TO DETERMINE ISSUES IN DISPUTE AND DEVELOPMENT OF PROTOCOL FOR PERTINENT DEADLINES AND SUBMISSIONS TO BE MADE BY PARTIES | 3.60 |
| 06/14/10 | PAJ | PREPARATION OF CORRESPONDENCE TO THE PARTIES REGARDING ESTABLISHMENT OF DEADLINES AND SCHEDULING HEARING WITH ORAL ARGUMENT | 0.40 |
| 06/21/10 | PAJ | REVIEW OF MOTION FOR WRIT OF RECUSAL AND FOR CHANGE OF VENUE FILED BY JAMES SMITH | 0.30 |
| 07/06/10 | PAJ | REVIEW OF MOTION TO APPEAL SPECIAL MASTER'S RULING AND MOTION FOR WRIT OF RECUSAL AGAINST SPECIAL MASTER FILED BY JAMES SMITH | 0.20 |
| 07/15/10 | PAJ | REVIEW OF CORRESPONDENCE FROM MR. SMITH, DIRECTED TO ATTORNEY BARRIOS, REGARDING LIEN DISPUTE AND REQUESTING INFORMATION PERTAINING TO SAME | 0.20 |
| 07/30/10 | PAJ | REVIEW OF CORRESPONDENCE FROM MR. SMITH, DIRECTED TO MS. BARRIOS, REGARDING SCHEDULED DEPOSITION AND MEETING | 0.20 |
| 08/05/10 | PAJ | TELEPHONE CALL FROM JAMES SMITH REGARDING ATTORNEY REPRESENTATION | 0.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/05/10 | PAJ | SUBSEQUENT TELEPHONE CALL FROM JAMES SMITH RE: ATTEMPTS TO SCHEDULE DEPOSITION OF MS. BARRIOS | 0.30 |
| 08/06/10 | PAJ | TELEPHONE CONFERENCE WITH DAWN BARRIOS' OFFICE REGARDING SCHEDULED DEPOSITION | 0.10 |
| 08/11/10 | PAJ | TELEPHONE CONFERENCE WITH MR. SMITH CONFIRMING SCHEDULED DEPOSITION | 0.10 |
| 08/11/10 | PAJ | REVIEW OF MOTION AND ORDER FOR NEW COURT DATE SUBMITTED BY JAMES SMITH | 0.20 |
| 08/12/10 | PAJ | REVIEW OF CORRESPONDENCE FROM DAWN BARRIOS RESPONDING TO VARIOUS CORRESPONDENCE FROM JAMES SMITH, PROVIDING REQUESTED INFORMATION AND NOTICE OF DEPOSITION | 0.30 |
| 08/16/10 | PAJ | REVIEW OF NOTICE OF DEPOSITION BY JAMES SMITH TO TAKE DEPOSITION OF DENA FOLTS | 0.10 |
| 08/16/10 | PAJ | PREPARATION OF REPORT AND RULING OF SPECIAL MASTER RE: REQUEST OF MR. SMITH FOR CONTINUANCE OF THE OCTOBER 19, 2010 HEARING DATE | 0.30 |
| 08/18/10 | PAJ | REVIEW OF CORRESPONDENCE FROM BRUCE KINGSDORF, DIRECTED TO JAMES SMITH, REGARDING DEPOSITIONS AND ISSUES PERTAINING TO SAME | 0.30 |
| 08/18/10 | PAJ | REVIEW OF SUBSEQUENT CORRESPONDENCE FROM BRUCE KINGSDORF, DIRECTED TO JAMES SMITH, REGARDING SCHEDULING OF DEPOSITIONS | 0.20 |
| 08/19/10 | PAJ | TELEPHONE CONFERENCE WITH BRUCE KINGSDORF REGARDING DEPOSITIONS | 0.20 |
| 08/19/10 | PAJ | TELEPHONE CONFERENCE WITH BOB JOHNSTON REGARDING SCHEDULED DEPOSITIONS | 0.20 |
| 08/19/10 | PAJ | PREPARATION OF REPORT OF SPECIAL MASTER SETTING DEPOSITIONS OF JAMES AND CYNTHIA SMITH | 0.30 |
| 08/19/10 | PAJ | FINALIZED REPORT AND RULING OF SPECIAL MASTER REGARDING CONTINUANCE OF THE OCTOBER 19, 2010 HEARING DATE | 0.20 |
| 08/19/10 | PAJ | REVIEW OF EMAIL FROM BRUCE KINGSDORF'S OFFICE REQUESTING COPY OF INITIAL REQUEST OF JAMES SMITH FOR CONTINUANCE OF HEARING DATE | 0.10 |
| 08/19/10 | PAJ | EMAIL TO BRUCE KINGSDORF PROVIDING COPY OF MOTION FOR NEW COURT DATE RECEIVED FROM JAMES SMITH | 0.10 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/19/10 | PAJ | REVIEW OF FAX FROM JAMES SMITH REGARDING LOCATION OF DEPOSITION, SCHEDULING OF SAME AND PROVIDING COPY OF PREVIOUS CORRESPONDENCE TO BRUCE KINGSDORF | 0.30 |
| 09/15/10 | PAJ | REVIEW OF EMAIL CORRESPONDENCE FROM DAWN BARRIOS REGARDING LISTING OF EXHIBITS TO BE INCLUDED IN BINDER TO BE SUBMITTED | 0.10 |
| 09/15/10 | PAJ | EMAIL TO MS. BARRIOS REGARDING LABELING OF EXHIBITS | 0.10 |
| 09/17/10 | PAJ | RECEIPT AND INITIAL REVIEW OF BINDER SUBMITTED ON BEHALF OF JAMES SMITH REGARDING DISPUTE | 0.40 |
| 09/20/10 | PAJ | RECEIPT AND INITIAL REVIEW OF BINDER SUBMITTED ON BEHALF OF DAWN BARRIOS | 0.50 |
| 09/21/10 | PAJ | REVIEW OF MOTION TO DISMISS BOTH DEPOSITIONS SUBMITTED BY JAMES SMITH | 0.20 |
| 09/22/10 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS PROVIDING COPIES OF MR. SMITH'S ERRATA SHEET FOR DEPOSITION | 0.20 |
| 09/28/10 | PAJ | LEGAL RESEARCH ON PRIVILEGE ISSUE | 1.50 |
| 09/29/10 | PAJ | DRAFTED REPORT AND RECOMMENDATION REGARDING UTILIZATION OF DEPOSITIONS AND PRIVILEGE ISSUE | 0.60 |
| 09/30/10 | PAJ | REVIEW OF CORRESPONDENCE FROM DAWN BARRIOS, DIRECTED TO JAMES SMITH, REQUESTING COPY OF SUBMITTED BINDER | 0.10 |
| 10/01/10 | PAJ | FINALIZED REPORT AND RECOMMENDATION REGARDING UTILIZATION OF DEPOSITIONS AND PRIVILEGE ISSUE | 0.30 |
| 10/13/10 | PAJ | REVIEW OF FAX FROM DAWN BARRIOS, DIRECTED TO JAMES SMITH, AGAIN REQUESTING COPY OF SUBMITTED BINDER | 0.10 |
| 10/15/10 | PAJ | REVIEWING EXTENSIVE BENCH BOOKS INCLUDING EXHIBITS AND MEMORANDUMS | 4.80 |
| 10/18/10 | PAJ | TRAVEL TO NEW ORLEANS AND PREPARATION FOR HEARING | 3.50 |
| 10/19/10 | PAJ | CONDUCTED HEARING ON ATTORNEY FEE LIEN DISPUTE AND RETURN TO LAFAYETTE | 4.50 |
| 10/21/10 | PAJ | REVIEW OF FAX FROM JAMES SMITH REGARDING DISCOVERY AND SUBMISSION OF BINDERS AND PROVIDING CORRESPONDENCE FROM DAWN BARRIOS RELATING TO SAME WITH A REQUEST THAT THEY BE ENTERED INTO THE RECORD | 0.10 |

| | | | |
|---|---|---|---|
| 10/21/10 | PAJ | REVIEW OF SUBSEQUENT FAX FROM JAMES SMITH PROVIDING CORRESPONDENCE FROM DR. GIPSON | 0.20 |
| 10/22/10 | PAJ | REVIEW OF FAX FROM JAMES SMITH RE: CORRESPONDENCE FROM DR. GIPSON | 0.20 |
| 11/02/10 | PAJ | ANALYSIS OF CASE AND WORKING ON REPORT AND RECOMMENDATION TO COURT | 7.50 |
| 11/8/10 | PAJ | CONTINUED WORKING ON REPORT AND RECOMMENDATION TO COURT AND FINALIZED SAME | 2.60 |
| 11/18/10 | PAJ | REVIEW OF OBJECTION TO REPORT AND RECOMMENDATION FILED BY JAMES SMITH | 0.20 |
| 11/23/10 | PAJ | REVIEW OF BARRIOS' RESPONSE, WITH EXHIBITS, TO JAMES SMITH'S NOTICE OF AND MOTION FOR APPEAL OF SPECIAL MASTER'S REPORT AND RECOMMENDATION | 0.30 |
| 03/04/11 | PAJ | EMAIL TO BROWN GREER REGARDING INVOICE FOR SERVICES AND COSTS | 0.10 |

PAJ   JUNEAU, PATRICK A.   37.10 hrs @ $300.00 /hr   $11,130.00

**EXPENSES** **AMOUNT**

| | | |
|---|---|---|
| 10/18/10 | TRAVEL TO NEW ORLEANS (½) | $ 75.00 |
| | MEALS (½) | $ 9.38 |
| 10/19/10 | HOTEL & PARKING (½) | $ 54.73 |
| | MEALS (½) | $ 19.25 |
| 12/13/10 | COPYING | $ 29.20 |
| | POSTAGE | $ 15.99 |
| | LONG DISTANCE CHARGES | $ 7.50 |
| | FAX CHARGES | $ 8.55 |
| | | $219.60 |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $11,130.00 |
| TOTAL EXPENSES | $    219.60 |
| **TOTAL NOW DUE** | **$11,349.60** |