UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: THIRD PARTY PAYOR**

## ORDER

The Court has received the attached summary and itemized statements from Special Master Patrick A. Juneau for services he rendered through June 30, 2013. Pursuant to its order of March 15, 2013, the Court has reviewed the itemized statement and, finding it both regular and reasonable, endorses the summary statement. **IT IS ORDERED** that Plaintiffs' Liaison Counsel is authorized to take such action as is necessary to effect payment from the common benefit fund to Special Master Juneau in the amount of $23,382.60. **IT IS FURTHER ORDERED** that the attached summary and itemized statements be filed into the record.

New Orleans, Louisiana, this 16th day of July, 2013.

UNITED STATES DISTRICT JUDGE

1