**SPECIAL MASTER OF**
**IN RE: VIOXX PRODUCTS LIABILITY LITIGATION**
**THIRD PARTY PAYOR**
**MDL NO. 1657**
Post Office Drawer 51268
Lafayette, Louisiana 70507-1268
Telephone: (337) 269-0052   Facsimile: (337) 269-0061

July 10, 2013

Hon. Judge Eldon E. Fallon
United States District Judge
Eastern District
500 Poydras Street, Room C-456
New Orleans, LA 70130

    Re:    In Re: Vioxx Products Liability Litigation
             MDL No. 1657
             Third Party Payor
             Our File No.: 1600-2

Dear Judge Fallon:

    Pursuant to your Order of March 15, 2013, you will find enclosed an itemized invoice for services rendered as Special Master through June 30, 2013, as well as a Summary Statement.

    With kindest regards, I remain

                            Sincerely yours,

                            PATRICK A. JUNEAU

PAJ/
Enclosures

# JUNEAU DAVID

Post Office Drawer 51268
Lafayette, LA 70507-1268
Tax ID 72-1250097
Invoice No. 24752

July 10, 2013

Hon. Judge Eldon E. Fallon
United States District Judge
Eastern District
500 Poydras Street, Room C-456
New Orleans, LA 70130

    Re:    In Re: Vioxx Products Liability Litigation
             MDL No. 1657
             Third Party Payor
             Our File No.: 1600-2

## SUMMARY STATEMENT

Services rendered through June 30, 2013 in connection with numerous communications and emails with parties, review of voluminous pleadings and documentation submitted by parties, court appearances, conducting hearing in federal court and review of hearing transcripts:

<u>Services</u>

| | | |
|---|---|---|
| Juneau, Patrick A. | 55.40 hours @ 400.00 per hour | $22,160.00 |
| <u>Expenses</u> | | <u>$ 1,222.60</u> |
| **TOTAL** | | **$23,382.60** |

**Approved for Disbursement:**

_____
**Hon. Eldon E. Fallon**
**United States District Judge**

**Date:** _____

# JUNEAU DAVID

A Professional Law Corporation

P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID 72-1250097

July 8, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
ROOM C-456
NEW ORLEANS, LA 70130

Invoice #:      24752
Billed Through: June 30, 2013
Account #:      001600   00002

RE:   IN RE: VIOXX PRODUCTS LIABILITY LITIGATION -
      THIRD PARTY PAYOR
      OUR FILE: 1600-2

| | | |
|---|---|---:|
| CURRENT FEES THROUGH: | June 30, 2013 | $22,160.00 |
| CURRENT EXPENSES THROUGH: | June 30, 2013 | $1,222.60 |
| TOTAL CHARGES FOR THIS BILL | | $23,382.60 |
| TOTAL DUE THIS INVOICE | | $23,382.60 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID

A Professional Law Corporation
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID 72-1250097

July 8, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
ROOM C-456
NEW ORLEANS, LA 70130

Invoice #: 24752
Billed through: June 30, 2013
Account #: 001600   00002

RE:  IN RE: VIOXX PRODUCTS LIABILITY LITIGATION -
     THIRD PARTY PAYOR
     OUR FILE: 1600-2

## PROFESSIONAL SERVICES                                                                                  Hours

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/14/13 | PAJ | PREPARATION OF AFFIDAVIT PURSUANT TO FRCP 53 | 0.30 |
| 03/15/13 | PAJ | REVIEW OF ORDER RE: THIRD PARTY PAYOR COMMON BENEFIT FEES AND APPOINTMENT OF SPECIAL MASTER | 0.20 |
| 04/10/13 | PAJ | TELEPHONE CONFERENCE WITH DAWN BARRIOS RE: STATUS CONFERENCE ON APRIL 18, 2013 | 0.20 |
| 04/12/13 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: APRIL 18, 2013 STATUS CONFERENCE, PROVIDING CALL-IN INFORMATION FOR SAME AND STATUS OF SETTING CALL WITH JUDGE EDMON | 0.20 |
| 04/17/13 | PAJ | REVIEW OF COURT TRANSCRIPT FROM HEARING ON MARCH 20, 2013 | 1.00 |
| 04/19/13 | PAJ | REVIEW OF JOINT REPORT NO. 76 OF PLAINTIFF'S AND DEFENDANTS | 0.20 |
| 04/22/13 | PAJ | TELEPHONE CONFERENCE WITH LENNY DAVIS RE: STATUS | 0.30 |
| 04/22/13 | PAJ | CORRESPONDENCE TO RUSS HERMAN AND MARGARET WOODWARD RE: WEINBERG OBJECTION AND SCHEDULING CONFERENCE CALL FOR APRIL 24, 2013 TO DISCUSS A PROTOCOL FOR SAME | 0.20 |
| 04/22/13 | PAJ | REVIEW OF EMAIL FROM RUSS HERMAN RE: CONFERENCE CALL | 0.10 |
| 04/22/13 | PAJ | REVIEW OF EMAIL FROM MARGARET WOODWARD RE: CONFERENCE CALL WITH COUNSEL CONCERNING OTHER OBJECTORS | 0.20 |
| 04/22/13 | PAJ | REVIEW OF EMAILS FROM ROBERT DASSOW, COUNSEL FOR CENTRAL STATES OBJECTORS AND DISCUSSION CONCERNING ISSUES | 0.20 |
| 04/23/13 | PAJ | REVIEW OF PRIOR CORRESPONDENCE FROM ATTORNEY MARK LANIER TO JUDGE FALLON RE: WITHDRAWAL OF OBJECTION | 0.20 |
| 04/23/13 | PAJ | REVIEW OF PRIOR CORRESPONDENCE FROM ATTORNEY ROBERT DASSOW TO JUDGE FALLON RE: WITHDRAWAL OF OBJECTION | 0.20 |
| 04/23/13 | PAJ | EMAIL TO ATTORNEY ROBERT DASSOW RE: CONFERENCE CALL SCHEDULED FOR APRIL 24, 2013 AND REQUESTING THAT HE PARTICIPATE IN SAME | 0.10 |
| 04/23/13 | PAJ | TELEPHONE CONFERENCE WITH LENNY DAVIS | 0.30 |
| 04/23/13 | PAJ | EMAIL TO COUNSEL RE: TOMORROW'S TELEPHONE CONFERENCE | 0.10 |
| 04/23/13 | PAJ | COURT APPEARANCE BEFORE JUDGE FALLON AT STATUS CONFERENCE | 1.00 |
| 04/25/13 | PAJ | REVIEW OF EMAILS FROM MARGARET WOOWARD RE: DOCUMENTS | 0.20 |

001600        00002                                              Invoice # 24752      Page   2

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | RELATING TO DISPUTES | |
| 04/25/13 | PAJ | EMAIL TO MARGARET WOODWARD RE: PRODUCTION OF DOCUMENTS | 0.10 |
| 04/25/13 | PAJ | REVIEW OF EMAIL FROM CHRIS SEEGAR RE: DASSOW'S OBJECTION | 0.10 |
| 04/25/13 | PAJ | CONFERENCE CALL WITH LENNY DAVIS, MARGARET WOODWARD AND ROBERT DASSOW RE: FORMULATION OF A PROTOCOL FOR RESOLUTION OF DISPUTES | 1.00 |
| 04/26/13 | PAJ | REVIEW OF EMAIL FROM LENNY DAVIS RE: PRODUCTION OF DOCUMENTS RELATING TO DISPUTES | 0.10 |
| 04/26/13 | PAJ | TELEPHONE CONFERENCE WITH CHRIS SEEGAR | 0.30 |
| 04/26/13 | PAJ | REVIEW OF SUBSEQUENT EMAIL FROM LENNY DAVIS RE: SUBMISSION OF DOCUMENTS | 0.10 |
| 04/26/13 | PAJ | PREPARATION OF SCHEDULING PROTOCOL | 1.30 |
| 04/29/13 | PAJ | REVIEW OF MINUTE ENTRY FROM RECENT STATUS CONFERENCE | 0.20 |
| 04/29/13 | PAJ | REVIEW OF EMAIL FROM LENNY DAVIS RE: DOCUMENTS TO BE PRODUCED | 0.10 |
| 04/29/13 | PAJ | REVIEW OF EMAIL FROM ROBERT ARCENEAUX RE: DOCUMENTS TO BE PRODUCED | 0.20 |
| 05/01/13 | PAJ | REVIEW OF CORRESPONDENCE, WITH ATTACHMENTS, FROM LENNY DAVIS RE: JOINT SUBMISSION OF DOCUMENTS, PRESENT POSITION OF CENTRAL STATES OBJECTORS AND LOCATION OF HEARING | 0.40 |
| 05/01/13 | PAJ | EMAIL TO COUNSEL RE: DOCUMENTS UNDER SEAL AND OBJECTORS PARTICIPATING IN HEARING | 0.20 |
| 05/01/13 | PAJ | REVIEW OF CORRESPONDENCE FROM MARGARET WOODWARD RE: DOCUMENT DISCLOSURE | 0.30 |
| 05/01/13 | PAJ | REVIEW OF EMAIL FROM ROBERT DASSOW RE: THE POSITION OF CENTRAL STATES OBJECTORS | 0.10 |
| 05/01/13 | PAJ | REVIEW OF EMAIL FROM LENNY DAVIS RE: CONFIDENTIAL MATERIALS | 0.10 |
| 05/01/13 | PAJ | REVIEW OF EMAIL FROM MARGARET WOODWARD RE: CONFIDENTIAL MATERIALS AND PROCESS TO BE FOLLOWED | 0.20 |
| 05/01/13 | PAJ | EMAIL TO COUNSEL SCHEDULING CONFERENCE CALL FOR TODAY TO DISCUSS ISSUES RECENTLY RAISED | 0.10 |
| 05/01/13 | PAJ | REVIEW OF EMAIL FROM ROBERT DASSOW TO LENNY DAVIS RE: DOCUMENTS TO BE SUBMITTED | 0.10 |
| 05/01/13 | PAJ | REVIEW OF SUBSEQUENT EMAIL FROM MARGARET WOODWARD PROVIDING BACKGROUND INFORMATION PERTAINING TO ISSUES CONCERNING CONFIDENTIAL DOCUMENTS | 0.40 |
| 05/01/13 | PAJ | CONFERENCE CALL WITH COUNSEL RE: ISSUES | 0.70 |
| 05/01/13 | PAJ | PREPARATION OF AMENDED SCHEDULING PROTOCOL | 0.60 |
| 05/01/13 | PAJ | REVIEW OF EMAIL FROM LENNY DAVIS TO ROBERT DASSOW PROVIDING CORRESPONDENCE RECENTLY DISCUSSED | 0.20 |
| 05/01/13 | PAJ | REVIEW OF EMAIL FROM ROBERT DASSOW RE: DOCUMENTS TO BE INCLUDED ON LISTING | 0.10 |
| 05/01/13 | PAJ | REVIEW OF EMAIL FROM LENNY DAVIS RE: CONFLICT WITH MAY 23, 2013 HEARING AND REQUESTING IF SAME CAN BE RESCHEDULED TO ANOTHER DATE | 0.10 |
| 05/01/13 | PAJ | REVIEW OF EMAIL FROM MARGARET WOODWARD RE: RESCHEDULING OF HEARING DATE | 0.10 |
| 05/02/13 | PAJ | EMAIL TO COUNSEL ADVISING THAT THE MAY 23, 2013 HEARING | 0.10 |

| | | | |
|---|---|---|---|
| 001600 | 00002 | Invoice # 24752   Page   3 | |
| | | DATE CANNOT BE CHANGED | |
| 05/03/13 | PAJ | REVIEW OF EMAIL FROM LENNY DAVIS RE: DOCUMENT TO BE INCLUDED ON LISTING | 0.10 |
| 05/03/13 | PAJ | REVIEW OF EMAIL FROM ROBERT ARCENEAUX DIRECTED TO LENNY DAVIS RE: CONFIDENTIALITY AGREEMENT AND WHETHER OR NOT SAME SHALL BE INCLUDED IN LISTING OF DOCUMENTS TO THE SPECIAL MASTER | 0.20 |
| 05/06/13 | PAJ | REVIEW OF EMAIL FROM ROBERT ARCENEAUX TO COUNSEL RE: SUBMISSION OF JOINT LISTING OF DOCUMENTS AND PROVIDING CURRENT DRAFT OF SAME | 0.20 |
| 05/06/13 | PAJ | REVIEW OF EMAIL FROM LENNY DAVIS RE: ADDITION TO LISTING | 0.10 |
| 05/06/13 | PAJ | REVIEW OF EMAIL FROM ROBERT DASSOW RE: LISTING | 0.10 |
| 05/06/13 | PAJ | REVIEW OF SUBSEQUENT EMAIL FROM RICHARD ARCENEAUX RE: ADDITIONS TO LISTING | 0.20 |
| 05/06/13 | PAJ | REVIEW OF FILED LISTING OF DOCUMENTS RE: TPP FEE ALLOCATION | 0.30 |
| 05/06/13 | PAJ | REVIEW OF EMAIL FROM ROBERT ARCENEAUX RE: FILED LISTING | 0.20 |
| 05/06/13 | PAJ | REVIEW OF EMAIL FROM LENNY DAVIS RE: FILED LISTING | 0.10 |
| 05/06/13 | PAJ | REVIEW OF SUBSEQUENT EMAIL FROM ROBERT ARCENEAUX RE: FILED LISTING | 0.10 |
| 05/07/13 | PAJ | REVIEW OF CORRESPONDENCE FROM ROBERT ARCENEAUX PROVIDING CD OF DOCUMENTS CONTAINED IN LISTING | 0.10 |
| 05/08/13 | PAJ | REVIEW OF VOLUMINOUS DOCUMENTS SENT BY PARTIES | 7.00 |
| 05/15/13 | PAJ | REVIEW BRIEF OF FAC | 1.00 |
| 05/16/13 | PAJ | REVIEW BRIEF OF CENTRAL STATES | 0.80 |
| 05/16/13 | PAJ | REVIEW BRIEF OF WIENBERG | 0.70 |
| 05/17/13 | PAJ | TELEPHONE CONFERENCE WITH ROBERT DASSOW | 0.30 |
| 05/17/13 | PAJ | REVIEW OF FEE ALLOCATION COMMITTEE'S WITNESS LIST | 0.10 |
| 05/17/13 | PAJ | REVIEW OF ERIC WEINBERG'S WITNESS LIST | 0.10 |
| 05/17/13 | PAJ | REVIEW OF FEE ALLOCATION COMMITTEE'S SUPPLEMENTAL WITNESS LIST | 0.10 |
| 05/20/13 | PAJ | REVIEW OF MOTION FOR EXPEDITED HEARING, MOTION IN LIMINE TO BAR POSSIBLE WILL CALL WITNESSES AND MEMO IN SUPPORT FILED ON BEHALF OF ERIC WEINBERG | 0.40 |
| 05/20/13 | PAJ | REVIEW OF EMAIL FROM MARGARET WOODWARD RE: RECENT FILING | 0.10 |
| 05/20/13 | PAJ | EMAIL TO COUNSEL RE: WILL CALL WITNESSES AND TESTIMONY AT UPCOMING HEARING | 0.20 |
| 05/21/13 | PAJ | REVIEW OF CORRESPONDENCE FROM MARGARET WOODWARD AND LENNY DAVIS RE: SUBMISSION OF BRIEFS IN LIEU HEARING SET FOR MAY 23, 2013 | 0.20 |
| 05/21/13 | PAJ | REVIEW OF ERIC WEINBERG'S MOTION TO QUASH SUBPOENA IN PART, MEMO IN SUPPORT AND PROPOSED ORDER | 0.60 |
| 05/21/13 | PAJ | REVIEW OF EMAIL FROM MARGARET WOODWARD RE: MOTION TO QUASH AND SETTING OF HEARING ON SAME | 0.10 |
| 05/21/13 | PAJ | REVIEW OF EMAIL FROM LENNY DAVIS RE: FAC'S INTENTION OF FILING AN OPPOSITION TO MOTION TO QUASH | 0.10 |
| 05/21/13 | PAJ | PREPARE EMAIL TO COUNSEL RE: AMENDED SCHEDULING PROTOCOL CONCERNING CANCELLATION OF HEARING ON MAY 23, 2013 AND SUBMISSION OF REPLY BRIEFS IN LIEU OF SAME | 0.30 |

001600        00002                                                    Invoice # 24752      Page    4

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/21/13 | PAJ | PREPARE EMAIL TO COUNSEL RE: DEADLINE FOR FAC TO SUBMIT A REPLY TO THE RECENTLY FILED MOTION TO QUASH AND CONSIDERATION OF SAME BY THE SPECIAL MASTER | 0.20 |
| 05/22/13 | PAJ | TELEPHONE CONFERENCE WITH PARTIES RE: HEARING | 0.40 |
| 05/22/13 | PAJ | TELEPHONE CONFERENCE WITH COURT RE: HEARING | 0.30 |
| 05/23/13 | PAJ | REVIEW OF FEE ALLOCATION COMMITTEE'S OPPOSITION TO ERIC WEINBERG'S MOTION TO QUASH SUBPOENA IN PART AND VOLUMINOUS EXHIBITS | 2.30 |
| 05/23/13 | PAJ | REVIEW OF EMAIL FROM LENNY DAVIS RE: OBJECTION TO MOTION TO QUASH SUBPOENA AND EXHIBITS FILED UNDER SEAL | 0.20 |
| 05/23/13 | PAJ | REVIEW OF FEE ALLOCATION COMMITTEE'S MOTION AND ORDER FOR LEAVE TO FILE EXHIBITS UNDER SEAL | 0.20 |
| 05/24/13 | PAJ | REVIEW OF EMAIL FROM LENNY DAVIS RE: FEE ALLOCATION COMMITTEE'S OPPOSITION TO MOTION TO QUASH AND PERTINENT DOCUMENTS IN RELATION TO SAME | 0.60 |
| 05/28/13 | PAJ | REVIEW OF ERIC WEINBERG'S REPLY TO OPPOSITION TO MOTION TO QUASH SUBPOENA DUCES TECUM | 0.40 |
| 05/28/13 | PAJ | REVIEW OF ERIC WEINBERG'S REPLY TO MEMORANDUM BY THE TPP FEE ALLOCATION COMMITTEE | 0.50 |
| 05/28/13 | PAJ | REVIEW OF FEE ALLOCATION COMMITTEE'S REPLY TO ERIC WEINBERG'S MEMORANDUM AND EXHIBITS | 1.60 |
| 05/28/13 | PAJ | REVIEW OF FEE ALLOCATION COMMITTEE'S MOTION AND ORDER FOR LEAVE TO FILE EXHIBIT UNDER SEAL | 0.10 |
| 05/29/13 | PAJ | REVIEW OF MEMOS AND REPLYS BY PARTIES | 3.00 |
| 06/03/13 | PAJ | REVIEW OF EMAIL FROM MARGARET WOODWARD RE: MOTION FOR LEAVE TO FILE REPLY TO MOTION TO QUASH | 0.10 |
| 06/03/13 | PAJ | REVIEW OF MOTION FOR LEAVE TO FILE WIENBERG'S REPLY TO MOTION TO QUASH AND MEMO IN SUPPORT | 0.20 |
| 06/03/13 | PAJ | REVIEW OF ORDER GRANTING MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL TO FAC'S OPPOSITION TO ERIC WEINBERG'S MOTION TO QUASH | 0.10 |
| 06/03/13 | PAJ | REVIEW OF ORDER GRANTING MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL TO FAC'S REPLY TO ERIC WEINBERG'S MEMORANDUM | 0.10 |
| 06/10/13 | PAJ | PREPARATION OF REVISED SCHEDULING PROTOCOL | 0.80 |
| 06/10/13 | PAJ | TELEPHONE CONFERENCE WITH COURT RE: HEARING | 0.30 |
| 06/10/13 | PAJ | REVIEW OF ORDER DENYING WEINBERG MOTION TO QUASH AND GRANTING MOTION FOR LEAVE TO FILE REPLY | 0.30 |
| 06/10/13 | PAJ | TELEPHONE CONFERENCE WITH MARGARET WOODWARD RE: REVISED SCHEDULING PROTOCOL AND ORDER DENYING MOTION TO QUASH | 0.20 |
| 06/12/13 | PAJ | EMAIL TO COUNSEL RE: NEXT WEEK'S HEARINGS AND ADVISING THAT THE APPEARANCE OF ANDY BIRCHFIELD IS NO LONGER REQUIRED | 0.10 |
| 06/17/13 | PAJ | REVIEW OF EMAIL FROM LENNY DAVIS TO MARGARET WOODWARD RE: STATUS OF PROVIDING DOCUMENTS SUBJECT TO FAC'S SUBPOENA | 0.10 |
| 06/17/13 | PAJ | REVIEW OF EMAIL FROM ROBERT ARCENEAUX RE: PRODUCTION OF DOCUMENTS FOR SUBPOENA | 0.10 |
| 06/19/13 | PAJ | REVIEW OF EMAIL FROM ROBERT ARCENEAUX RE: PRODUCTION OF MATERIALS IN RESPONSE TO SUBPOENA | 0.20 |

| | | | Invoice # 24752 | Page | 5 |
|---|---|---|---|---|---|
| 001600 | 00002 | | | | |
| 06/19/13 | PAJ | REVIEW OF TPP FEE ALLOCATION COMMITTEE'S MOTION FOR CONTEMPT, OR ALTERNATIVELY TO STRIKE, MEMO IN SUPPORT, EXHIBIT AND ORDER | | | 0.50 |
| 06/19/13 | PAJ | REVIEW OF TPP FEE ALLOCATION COMMITTEE'S MOTION AND ORDER FOR EXPEDITED HEARING ON MOTION FOR CONTEMPT, OR ALTERNATIVELY TO STRIKE | | | 0.20 |
| 06/19/13 | PAJ | REVIEW OF ORDER RE: TPP FEE ALLOCATION COMMITTEE'S MOTION FOR EXPEDITED HEARING ON MOTION FOR CONTEMPT | | | 0.20 |
| 06/19/13 | PAJ | REVIEW OF ERIC WEINBERG'S MEMO IN OPPOSITION TO THE TPP FAC'S MOTION FOR EXPEDITED HEARING OF ITS MOTION FOR CONTEMPT/ALTERNATIVE MOTION TO STRIKE | | | 0.50 |
| 06/19/13 | PAJ | PREPARATION FOR HEARING | | | 6.00 |
| 06/20/13 | PAJ | CONDUCTED HEARING IN FEDERAL COURT | | | 4.00 |
| 06/20/13 | PAJ | REVIEW OF TPP FEE ALLOCATION COMMITTEE'S MOTION TO SET HEARING TO FIND THE LAW FIRM OF ERIC WEINBERG IN CONTEMPT, OR ALTERNATIVELY TO STRIKE, MEMO IN SUPPORT, PROPOSED ORDER AND NOTICE OF HEARING TO SET FOR JULY 10, 2013 | | | 0.40 |
| 06/21/13 | PAJ | REVIEW OF EMAIL FROM ROBERT DASSOW RE: DAMAGES BEING SOUGHT BY CENTRAL STATES IN THE FIRST TRIAL AND PROVIDING CORRESPONDENCE RELATING TO SAME | | | 0.40 |
| 06/24/13 | PAJ | REVIEW OF ORDER SETTING HEARING ON MOTION FOR CONTEMPT FOR JULY 1, 2013 | | | 0.10 |
| 06/25/13 | PAJ | REVIEW OF CORRESPONDENCE FROM PASCAL CALOGERO TO JUDGE FALLON RE: PRODUCTION OF DOCUMENT SUBJECT TO SUBPOENA AND STEPS BEING TAKEN WITH REGARD TO MOTION FOR CONTEMPT, ALONG WITH ENCLOSURES | | | 0.40 |
| 06/25/13 | PAJ | REVIEW OF CORRESPONDENCE FROM ROBERT ARCENEAUX TO LENNY DAVIS RE: PROVIDING DOCUMENTATION IN RESPONSE TO SUBPOENA | | | 0.20 |
| 06/25/13 | PAJ | REVIEW OF MINUTE ENTRY RE: STATUS CONFERENCE | | | 0.20 |
| 06/26/13 | PAJ | REVIEW OF TRANSCRIPT FROM HEARING WITH PARTIES ON JUNE 20, 2013 | | | 1.30 |
| 06/28/13 | PAJ | REVIEW OF ERIC WEINBERG'S OPPOSITION TO THE COURT'S JUNE 21, 2013 SHOW CAUSE ORDER WITH NUMEROUS EXHIBITS | | | 1.80 |
| 06/28/13 | PAJ | REVIEW OF ERIC WEINBERG'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDERS OF JUNE 6, 2013 AND JUNE 19, 2013, MEMO IN SUPPORT, NOTICE OF HEARING AND PROPOSED ORDER | | | 0.30 |
| 06/28/13 | PAJ | REVIEW OF ERIC WEINBERG'S MOTION TO EXPEDITE AND CONSOLIDATE HIS MOTION TO RECONSIDER THE COURT'S ORDERS OF JUNE 6, 2013 AND JUNE 19, 2013, MEMO IN SUPPORT AND PROPOSED ORDER | | | 0.20 |
| | | | | | $22,160.00 |

| PAJ | JUNEAU, PATRICK A. | 55.40 hrs @ | $400.00 /hr | $22,160.00 |
|---|---|---|---|---|
| | Fee Recap Totals | 55.40 | | $22,160.00 |

**EXPENSES** **Amount**

| 04/30/13 | PATRICK A JUNEAU; MEAL WITH JUDGE FALLON | 68.17 |
|---|---|---|

| 001600 | 00002 | Invoice # 24752 | Page 6 |
|---|---|---|---|
| 05/21/13 | AT&T TELECONFERENCE SERVICES; TELEPHONE CONFERENCE HELD 4/24/13 | | 25.61 |
| 05/31/13 | PRO-LEGAL COPIES, INC; OUTSIDE PRINTING | | 961.09 |
| 06/19/13 | AT&T TELECONFERENCE SERVICES; TELEPHONE CONFERNECE HELD 5/1/13 | | 7.28 |
| 06/30/13 | COPYING | | 146.20 |
| 06/30/13 | FACSIMILE | | 2.25 |
| 06/30/13 | LONG DISTANCE TELEPHONE CHARGE | | 12.00 |
| | | | $1,222.60 |

Expense Recap Totals                                $1,222.60

**BILLING SUMMARY:**

| TOTAL FEES | $22,160.00 |
|---|---|
| TOTAL EXPENSES | $1,222.60 |
| TOTAL FEES & EXPENSES | $23,382.60 |
| **TOTAL DUE THIS INVOICE** | **$23,382.60** |