UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION L |
| SHERRILL HERKE, individually and on behalf of a proposed class of those similarly situated, | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| Plaintiffs, | |
| v. | No. 2:09-cv-07218 |
| MERCK & CO., INC., | |
| Defendant. | |

**O R D E R**

Considering the Plaintiffs' Motion for Preliminary Approval of Class Settlement filed by Plaintiffs' Liaison Counsel, Russ M. Herman;

IT IS ORDERED BY THE COURT that motion is set for hearing on the ___ day of _____, 2013, at ___ o'clock ___.m.

IT IS FURTHER ORDERED BY THE COURT that responses to the motion should be filed on or before the ___ day of _____, 2013.

New Orleans, Louisiana, this _____, day of July, 2013.

_____
Honorable Eldon E. Fallon, Judge
United States District Court