UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------------------------ X
In Re: VIOXX PRODUCTS LIABILITY LITIGATION  :     MDL No. 1657
                                            :
------------------------------------------------------------------  :     SECTION L
SHERRILL HERKE, individually and on behalf of a     X
proposed class of those similarly situated,               JUDGE FALLON
                                            :     MAG. JUDGE KNOWLES
                            Plaintiffs,     :
                                            :
v.                                          :     No. 2:09-cv-07218
                                            :
MERCK & CO., INC.,                          X

                            Defendant.
------------------------------------------------------------------
```

**O R D E R**

Considering the Plaintiffs' Motion for Preliminary Approval of Class Settlement

filed by Plaintiffs' Liaison Counsel, Russ M. Herman:

IT IS ORDERED that the motion is set for hearing on the 24th day

of July, 2013, at 9:00 a.m.

IT IS FURTHER ORDERED that responses to the motion must be filed on

or before the 20th day of July, 2013, and that replies to responses must be filed on or

before the 21st day of July, 2013.

New Orleans, Louisiana, this 18th, day of July, 2013.

_____

United States District Judge