UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

Plaintiff's Name:   Larry L. Smith

Case Name:   Larry L. Smith vs. Merck & Company, Inc.

Case Number:   2:08-cv-04639

### NOTICE OF SUBMISSION

Plaintiff, Larry L. Smith ("Plaintiff"), hereby submits his Motion for Extension of Time of Deadlines Under PTO 58 (and Subsequent Extended Deadlines) for consideration before the Honorable Eldon E. Fallon on August 7, 2013 at 9:00 a.m.

    /s/ Amy L. Drushal
JOHN D. GOLDSMITH
Fla. Bar No. 444278
jdgoldsmith@trenam.com
AMY L. DRUSHAL
Fla. Bar No. 546895
aldrushal@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, Florida  33602
Tel:  (813) 223-7474
Fax:  (813) 229-6553
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Plaintiff's Notice of Submission has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail (pwittmann@stonepigman.com) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), on this 19th day of July, 2013.

                    /s/ Amy L. Drushal
                          Attorney

7753740v1