UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: SHERRILL HERKE, INDIVIDUALLY AND ON BEHALF OF A PROPOSED CLASS OF THOSE SIMILARLY SITUATED**

## ORDER

The Court has received an objection (Rec. Doc. 64289) from James Ratliff to the proposed class action settlement involving all Vioxx purchasers within the United States who allege economic loss as a result of alleged misrepresentation by Defendant Merck Sharp & Dohme Corp. ("Merck"). Defendant Merck and Plaintiffs' Liaison Counsel are instructed to briefly respond to this objection on or before Monday, July 22, 2013.

New Orleans, Louisiana, this 19th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE

on this objection on or before

The Court received an objection to the class of the consumer class
Defendant instructed to file a brief response on or before X.
The Court requests that Defendant Merck Sharp & Dohme Corp. ("Merck") and the Plaintiff's Liaison Counsel brief the Court on the issues raised in the Preliminary Notice of Objection filed by James Ratliff on March 4, 2013. (Rec. Doc. 64289). While the Court acknowledges that Merck has already filed an initial response to this objection (Rec. Doc. 64290), it notes that

1

Merck indicated its intention to "submit a more fulsome response to the merits of [the objection] at a later time." (Rec. Doc. 64290). The Court instructs that these briefs be submitted on or before Monday, July 22, 2013, so that the Court may consider them prior to the hearing on the Plaintiffs' Motion for Preliminary Approval of Class Settlement (Rec. Doc. 64487, 64491).