UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENTS RELATES TO:**

Plaintiff's Name:    Jo Levitt

Case Name:          Levitt v. Merck

Case Number:        2:06-cv09757   ]EEF   ]DEK

## MOTION TO MODIFY SCHEDULING ORDER

Plaintiff, through her counsel of record, respectfully asks this Court to enter an Order modifying the scheduling Order. As grojunds for this motion, Plaintiff states the following:

1. Pursuant to the Court's Amended Scheduling Order, Plaintiff was to identify experts and submit reports by June 27, 2013.

2. As of this filing, Plaintiff has not yet identified or produced her expert reports.

3. Since January of 2012, Plaintiff has been litigating her case on a *pro se* basis.

4. During that time, Plaintiff has had an extraordinarily difficult time identifying and retaining expert witnesses.

5. Plaintiff's claim presents complex issues of medicine, law and science.

6. On July 16, 2013, the law offices of Humphrey, Farrington & McClain, P.C. entered appearance on behalf of Plaintiff in this matter.

7. On approximately July 16, 2013, Plaintiff's counsel contacted counsel for Defendant Merck in a due dilligence effort to obtain an agreement regarding a proposal for an Amended Scheduling Order.

8. The following day, additional conversations took place between counsel regarding proposed dates. Plaintiff's counsel indicated that they would seek an additional two months to identify expert witnesses and produce expert reports.

9. Defense counsel indicated that Merck would not oppose Plaintiff's Application for an Amended Scheduling Order. As such, Counsel for Merck proposed the following corresponding extensions of other remaining deadlines which are generally not triggered until Plaintiff's experts are identified and deposed, to wit:

    a. 10/18/13: Designation of Experts and Submission of Written Expert Reports by Defendant

    b. 12/6/13: Completion of Expert Depositions

    c. 1/10/14: All Daubert and Dispositive Motions due

    d. 2/10/14: Oppositions due

    e. 2/24/14: Replies due

    f. Daubert hearing to be determined at a later date.

10. The above proposal does not represent an extended modification of the Court's Amended Scheduling Order.

11. This motion is not being made for the purpose of unnecessary delay or hindrance, but is being made in good faith for the purposes set forth above.

12. Plaintiff understands the importance of maintaining court-ordered deadlines. Her failure to identify experts thus far is not due to a lack of due dilligence or merit.

13. In the interest of fairness, Due Process and resolving this claim on the merits, Plaintiff respectfully requests this Court to enter an Order approving the proposed Amendment to the Scheduling Order.

Wherefore the reasons set forth above, Plaintiff respectfully requests this Court to enter an Order modifying the scheduling order and extending the deadlines noted herein.

Respectfully submitted,

**HUMPHREY**, **FARRINGTON** & **McCLAIN, P.C.**

/s/ Daniel A. Thomas
Kenneth B. McClain           MO #32430
Daniel A. Thomas             MO #52030
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was served upon the following via the Court's ECF notification this 19th day of July, 2013:

James P. Frickleton
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Road, Suite 200
Leawood, KS 66211
913-266-2300

                                            /s/ Daniel A. Thomas
                                            Attorney for Plaintiff Jo Levitt