# Supreme Court of Kentucky

2012-SC-000162-DG

JAMES RATLIFF, ETC.                                                          APPELLANT

V.

ON REVIEW FROM COURT OF APPEALS
NO. 2011-CA-000234
PIKE CIRCUIT COURT NO. 04-CI-01493

MERCK & COMPANY, INC.                                                        APPELLEE

## ORDER SETTING ORAL ARGUMENT

Pursuant to CR 76.16, oral argument in the above-styled matter will be heard Wednesday, May 15, 2013, at 9:00 a.m. prevailing Frankfort time, in the Supreme Court courtroom.

Fifteen minutes will be allotted each side for argument.

ENTERED: April  11 , 2013.

_____
Chief Justice

**EXHIBIT D**