UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: SHERRILL HERKE, INDIVIDUALLY AND ON BEHALF OF A PROPOSED CLASS OF THOSE SIMILARLY SITUATED

AMENDED **ORDER** 1

The Court has received an objection (Rec. Doc. 64289) from James Ratliff to the proposed class action settlement involving all Vioxx purchasers within the United States who allege economic loss as a result of alleged misrepresentation by Defendant Merck Sharp & Dohme Corp. ("Merck"). Defendant Merck and Plaintiffs' Liaison Counsel are instructed to briefly respond to this objection on or before Monday, July 22, 2013.

New Orleans, Louisiana, this 22nd day of July, 2013.

UNITED STATES DISTRICT JUDGE

---

1 The Court issues this Amended Order to remove text inadvertently included in the previous order. No substantive change has been made to the original Order. (Rec. Doc. 64494)

1