UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Dennis R. Harrison v. Merck Sharp & Dohme Corp.,* | * | KNOWLES |
| 2:07-cv-00905-EEF-DEK | * | |
| | * | |

*************************************************************************

**DEFENDANT MERCK SHARP & DOHME CORP.'S
REQUEST TO FILE ITS MOTION FOR SUMMARY JUDGMENT, LOCAL RULE 56.1
STATEMENT AND EXHIBITS 1-25 UNDER SEAL**

Pursuant to LR5.6 and Pretrial Order No. 13, Merck Sharp & Dohme Corp., by undersigned counsel, hereby requests that the Court enter an Order allowing the filing under seal of its Motion for Summary Judgment and Incorporated Memorandum of Law, Local Rule 56.1 Statement of Material Facts, and all Exhibits to the motion, *i.e.*, Exhibits 1-25, under seal.

In support of this request, Defendant states that these pleadings and exhibits contain Plaintiffs' medical records or summaries of Plaintiffs' medical records that are Confidential under Pretrial Order No. 13.

Dated:  July 22, 2013

                                      Respectfully submitted,

                                  By: */s/ Dorothy H. Wimberly*
                                       Phillip A. Wittmann, 13625
                                       Dorothy H. Wimberly, 18509
                                       STONE PIGMAN WALTHER
                                       WITTMANN L.L.C.
                                       546 Carondelet Street
                                       New Orleans, Louisiana 70130
                                       Phone: 504-581-3200
                                       Fax:    504-581-3361

                                       Defendants' Liaison Counsel

1132874v1

—and—

Douglas R. Marvin
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

1132874v1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave to File Under Seal has been served on Plaintiff Dennis Harrison by email and by Federal Express at:

601 W. Brown Street
Iron Mountain, MA 49801

I also hereby certify that the above and foregoing Motion for Leave to File Under Seal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of July, 2013.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1132874v1