UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Dennis R. Harrison v. Merck Sharp & Dohme Corp.,* | * | KNOWLES |
| 2:07-cv-00905-EEF-DEK | * | |
| | * | |

******************************************************************************

# FILED UNDER SEAL

    1.  Defendant Merck Sharp & Dohme Corp.'s Motion for Summary Judgment and Incorporated Memorandum of Law;

    2.  Defendant Merck Sharp & Dohme Corp.'s LR 56.1 Statement of Material Facts as to Which There is No Dispute, with accompanying Exhibits 1-25;

    3.  Proposed Order; and,

    4.  Notice of Submission.

1

1130239v1