UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Dennis R. Harrison v. Merck Sharp & Dohme Corp.,* 2:07-cv-00905-EEF-DEK | * | |
| | * | |

*************************************************************************

### ORDER GRANTING MERCK SHARPE & DOHME CORP.'S
### MOTION FOR LEAVE TO FILE UNDER SEAL

Considering the foregoing Defendant Merck Sharp & Dohme Corp.'s Motion to File its Motion for Summary Judgment, Local Rule 56.1 Statement, and Exhibits 1-25 Under Seal,

**IT IS HEREBY ORDERED** that the motion is granted and the entire summary judgment filing shall be filed under seal.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1132875v1