# EXHIBIT 2

Page 1

```
 1              COMMONWEALTH OF KENTUCKY
                   PIKE CIRCUIT COURT
 2                    DIVISION II
              CIVIL ACTION NO:  04-CI-01493
 3
 4
    JAMES RATLIFF, On behalf of )   DEPOSITION TAKEN ON
 5  Himself And All Others      )   BEHALF OF DEFENDANT
    Similarly Situated,         )   BY:    NOTICE
 6           PLAINTIFFS,         )
    VS.                          )
 7  MERCK & COMPANY, INC.,       )
             DEFENDANT.          )
 8
 9
10
11          DEPOSITION OF JAMES RATLIFF
12                MARCH 10, 2009
13                  9:05 A.M.
14
15
16
17
18
19  Reported by:  Jennifer E. Whittaker (Davis), CSR
20
21
22
23
24
```

Page 30

```
 1   MR. GETTY:        Yeah, okay.
 2   Q.                Do you remember who the doctor he referred
 3                     you to was?
 4   A.                No, sir.  I don't.
 5   Q.                And that was because of gastrointestinal
 6                     bleeding?
 7   A.                Yes, sir.
 8   Q.                Stomach bleeding?
 9   A.                Yes, sir.
10   Q.                And you believe that was caused by Vioxx?
11   A.                Yes, sir.  I do.
12   Q.                Okay.  Did any physician tell you that?
13   A.                Yes, sir.
14   Q.                Who?
15   A.                The doctor that done the work on me.
16   Q.                The specialist?
17   A.                Yes, sir.
18   Q.                Do you have any documents or medical
19                     records from him?
20   A.                No, sir.  I don't.  I can't even remember
21                     his name.
22   Q.                And was that before -- that was before the
23                     drug was withdrawn?
24   A.                Yes, sir.
```

Page 52

```
 1                discontinued its use."  Do you remember
 2                which of those -- do you know which of
 3                those is right?  Is it three years or is it
 4                10 to 11 months?
 5    A.          I'm not really sure.  We would have to get
 6                the records from the doctor's office or
 7                from the pharmacy to find out -- the
 8                printouts on those and find out.
 9    Q.          So just sitting here today, you don't know
10                how long you took it?
11    A.          No, I don't.  And can I get back to a
12                question that you asked me a while ago?
13                Interrogatory number 14, you asked me about
14                the $180.
15    Q.          Yeah.
16    A.          Yes, I do want reimbursed for that.  I
17                didn't fully understand the question, and
18                where I had the test performed to see if
19                how much damage or if there was any damages
20                done at all that I should be paid for this;
21                and the other people in the State of
22                Kentucky should be paid for these tests
23                also.
24    Q.          Well, let me ask you then about that.  This
```

Page 53

```
 1                          $180, what did it pay for?
 2   A.                     Just the tests that they done on me.  I
 3                          don't know what kind of test they done.
 4                          I'm not a doctor.
 5   Q.                     Do you know when those tests occurred?
 6   A.                     No, sir.  I don't.  I know it was last
 7                          year.  I don't -- I'm not really sure.
 8   Q.                     Do you know who did it?
 9   A.                     No, sir.  I don't.
10   Q.                     So you think it was last year?
11   A.                     Best I recollect, yes, I'm sure -- I'm not
12                          really sure.
13   Q.                     Did you pay that $180 with cash, with
14                          check?
15   A.                     With cash.  I always pay cash.
16   Q.                     So do you have a receipt?
17   A.                     No, sir.
18   Q.                     Any paperwork?
19   A.                     No, sir.
20   Q.                     Where did you go to get these tests done?
21   A.                     I think it was in Pikeville here or it
22                          could have been in Hazard.  I'm not sure.
23   Q.                     Do you remember the doctor's name?
24   A.                     No.
```