IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SHERRILL HERKE, individually and on<br>behalf of a proposed class of those<br>similarly situated,<br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br>Defendant. | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>No. 2:09-cv-07218 |

**MEMORANDUM IN SUPPORT OF
MOTION TO SUBSTITUTE EXHIBIT "A" TO
PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT**

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted by Russ M. Herman and Elizabeth Cabraser, Co-Lead Class Settlement Counsel, in support of their Motion to Substitute Exhibit "A" to Plaintiffs' Motion for Preliminary Approval of Class Settlement.

On July 17, 2013, Plaintiffs' Motion for Preliminary Approval of Class Settlement [Rec. Doc. 64487] was filed with the Court. Attached to the filing as Exhibit "A" was the Settlement Agreement Relating to Consumer Class Actions and all exhibits thereto [Rec. Doc. 64487-2]. Since the filing on July 17, 2013, the parties have made needed revisions to the Settlement Agreement and/or its exhibits, and the revised version of the Settlement Agreement and/or its

exhibits should be substituted in place of the Exhibit filed on July 17, 2013 [Rec. Doc. 64887-2]. Accordingly, movers herein respectfully request leave to substitute the attached revised Exhibit "A" (Settlement Agreement with exhibits) in place of the Exhibit filed on July 17, 2013 attached to Plaintiffs' Motion for Preliminary Approval of Class Settlement [Rec. Doc. 64487 and 64487-2].

Respectfully submitted,

Dated: July 22, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657 and*
*Co-Lead Class Settlement Counsel*

Elizabeth J. Cabraser, Esquire
LIEFF CABRASER HEIMANN & BERNSTEIN, L.L.P.
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
*Co-Lead Class Settlement Counsel*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of July, 2013.

/s/ *Leonard A. Davis*
Leonard A. Davis