IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| SHERRILL HERKE, individually and on behalf of a proposed class of those similarly situated, Plaintiffs, | No. 2:09-cv-07218 |
| v. | |
| MERCK & CO., INC., Defendant. | |

**O R D E R**

Considering the Motion to Substitute Exhibit "A" to Plaintiffs' Motion for Preliminary Approval of Class Settlement filed by Russ M. Herman and Elizabeth Cabraser, Co-Lead Class Settlement Counsel;

IT IS ORDERED BY THE COURT that leave of court is granted and that the attached Exhibit "A" (Settlement Agreement with exhibits) be substituted and replace the Exhibit "A" [Rec. Doc. 64487-2] filed with Plaintiffs' Motion for Preliminary Approval of Class Settlement [Rec. Doc. 64487] filed on July 17, 2013.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge