IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| SHERRILL HERKE, individually and on behalf of a proposed class of those similarly situated, Plaintiffs, | No. 2:09-cv-07218 |
| v. | |
| MERCK & CO., INC., Defendant. | |

### MOTION FOR LEAVE TO FILE DR. SHANNON WHEATMAN'S DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

NOW INTO COURT, come Plaintiffs, through undersigned Russ M. Herman and Elizabeth Cabraser, Co-Lead Class Settlement Counsel, who hereby respectfully request leave of Court to file Dr. Shannon Wheatman's Declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Settlement [Rec. Doc. 64487] filed on July 17, 2013. As is more fully shown in the accompanying memorandum in support, Dr. Wheatman is an expert on the notice aspect of a class settlement and has worked with the Plaintiffs to develop the Notice Program, Notices and Claim Form for the proposed settlement. The Declaration of Dr. Wheatman will assist the Court in the determination of the adequacy of the Notice and the propriety of granting Plaintiffs' Motion for Preliminary Approval of Class Settlement.

WHEREFORE, movers pray that they be granted leave of court to file Dr. Shannon Wheatman's Declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Settlement.

Respectfully submitted,

Dated: July 22, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657 and*
*Co-Lead Class Settlement Counsel*

Elizabeth J. Cabraser, Esquire
LIEFF CABRASER HEIMANN & BERNSTEIN, L.L.P.
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
*Co-Lead Class Settlement Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of July, 2013.

/s/ *Leonard A. Davis*
Leonard A. Davis