IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SHERRILL HERKE, individually and on behalf of a proposed class of those similarly situated,<br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br>Defendant. | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>No. 2:09-cv-07218 |

# **O R D E R**

Considering the Motion for Leave to File Dr. Shannon Wheatman's Declaration in Support of Plaintiffs' Motion for Preliminary Approval of Class Settlement filed by Russ M. Herman and Elizabeth Cabraser, Co-Lead Class Settlement Counsel;

IT IS ORDERED BY THE COURT that leave of Court is granted and that the Declaration of Dr. Shannon Wheatman in support of Plaintiffs' Motion for Preliminary Approval of Class Settlement be filed.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge