UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**    *Cook v. Merck & Co. Inc.*, **No. 05-4691**
*Jensen v. Merck & Co. Inc., et al.*, **No. 05-1799**
*McArthur v. Merck & Co. Inc.*, **No. 05-4597**
*Aguero, et al. v. Merck & Co Inc.*, **No. 05-0504**

## ORDER

The Court has received notice that attorney Heather A. Foster is no longer practicing law with Lieff Cabraser Heimann & Bernstein, LLP, and has considered the Plaintiffs' request that Ms. Foster be withdrawn as attorney of record. (Rec. Doc. 64465).

IT IS ORDERED that the Plaintiffs' request be GRANTED.

New Orleans, Louisiana, this 22nd day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE

1