**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  VIOXX | ) | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | ) | **JUDGE FALLON** |
| | ) | |
| **SHERRILL HERKE, individually and on** | ) | **No. 2:09-cv-07218** |
| **behalf of a proposed class of those** | ) | |
| **similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MERCK & CO., INC.,** | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## O R D E R

Considering the Motion for Leave to File Dr. Shannon Wheatman's Declaration in Support of  Plaintiffs' Motion for Preliminary Approval of Class Settlement filed by Russ M. Herman and Elizabeth Cabraser, Co-Lead Class Settlement Counsel;

IT IS ORDERED BY THE COURT that leave of Court is granted and that the Declaration of Dr. Shannon Wheatman in support of Plaintiffs' Motion for Preliminary Approval of Class Settlement be filed.

New Orleans, Louisiana, this 23rd day of _____ July _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge