UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

Plaintiff's Name:   Larry L. Smith

Case Name:   Larry L. Smith vs. Merck & Company, Inc.

Case Number:   2:08-cv-04639

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. 64490)

Plaintiff, Larry L. Smith ("Plaintiff"), hereby moves for an extension of time to respond to Defendant, Merck & Company, Inc.'s ("Defendant") Motion for Summary Judgment (Dkt. No. 64490). In support thereof, Plaintiff states as follows:

1. Defendant filed its Motion for Summary Judgment on July 17, 2013. Plaintiff's response is due on August 1, 2013.

2. The grounds for Defendant's motion is based solely on the fact that Plaintiff has not yet submitted an expert report on causation. On July 19, 2013, Plaintiff filed a Motion for Extension of Time Deadlines (Dkt. No. 64493), seeking to extend the time to allow him to file an expert report on the issue of both causation and damages. This motion is still pending.

3. Accordingly, Plaintiff seeks an extension of time to respond to the Motion for Summary Judgment until at least fourteen (14) days after the Court issues its order on the Motion for Extension of Time Deadlines.

4. Plaintiff does not anticipate the need for any further extensions.

5. The trial has not been set in this matter, and there will be no prejudice to any party of this matter.

6. The undersigned certifies that she conferred with counsel for Defendant, Jonathan Williams, Esquire, who has no objection to the relief sought herein.

WHEREFORE, Plaintiff respectfully requests the Court enter an order granting him an extension to respond to the Motion for summary judgment for at least fourteen (14) days after the Court rules on the pending Motion for Extension of Time Deadlines.

/s/ Amy L. Drushal
JOHN D. GOLDSMITH
Fla. Bar No. 444278
jdgoldsmith@trenam.com
AMY L. DRUSHAL
Fla. Bar No. 546895
aldrushal@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, Florida  33602
Tel:  (813) 223-7474
Fax:  (813) 229-6553
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail (pwittmann@stonepigman.com) and upon all parties by electronically uploading the

same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), on this 23rd day of July, 2013.

                                                  /s/ Amy L. Drushal  
                                                          Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

Plaintiff's Name:    Larry L. Smith

Case Name:    Larry L. Smith vs. Merck & Company, Inc.

Case Number:    2:08-cv-04639

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. 64490)

This cause came before the Court on Plaintiff, Larry L. Smith ("Plaintiff") Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (the "Motion"). The Court, having reviewed the Motion and considered the record, finds that it is appropriate to grant the Motion.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The Motion is **GRANTED**.

2.    Plaintiff shall respond to the Motion for Summary Judgment within fourteen (14) days after the Court issues its order on the Motion for Extension of Time Deadlines (Dkt. No. 64493).

DONE AND ORDERED on _____.

 

Eldon E. Fallon
United States District Judge

7764881v1-064600