UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| State of Utah | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE KNOWLES |
| Merck Sharp & Dohme Corp. | |
| Civil Action No. 2:06-cv-09336 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Comes now the State of Utah and submits the following liability expert list:

1. David Madigan, Ph.D.

2. Douglas P. Zipes, M.D.

3. David A. Kessler

4. Mark Woodward, M.D.

5. Harry C. Boghigian

6. John B. Kostis, M.D.

7. David Egilman, M.D., M.P.H

8. All expert reports filed in the Multi-District Litigation including but not limited to the expert reports relating to Venous Thromboembolic Events. (VTE), experts who testified in the State of Louisiana v. Merck trial and all expert reports filed at any time in support of any party in the Multi-district litigation.

1

9. Any reports filed by any other remaining party either in the MDL or after remand to the individual states.

10. The State also designates all statements made witnesses disclosed on the lay witness list to the extent that those witnesses are experts under the definition of Federal Rules of Evidence Rules 701 and 702 and Utah Rules of Evidence Rules 701 and 702.

11. The State also designates all statements made to John Martin or his associates to the extent that the witnesses interviewed and cited are experts under the definitions of Federal Rules of Evidence Rules 701 and 702 and Utah Rules of Evidence Rules 701 and 702.

DATED this 17th day of July, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123


/S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ  08901


/S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500

***Attorneys for Plaintiff***

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C) on this 17th day of July, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT  84123