# Exhibit 2

Expert Report of Dr. Douglas P. Zipes

IN RE:   VIOXX Products Liability Litigation
MDL NO. 1657, CIVIL ACTION NO. 2:06-CV-09336
*The State of Utah v. Merck*

## EXPERT REPORT OF DR. DOUGLAS P. ZIPES

**Contains Information Designated as Confidential**

**Pursuant to Protective Order**

Dated:   July 12, 2013

TABLE OF CONTENTS

I.      Introduction and Summary of Opinions ............................................................. 1

II.     Education and Training ..................................................................................... 2

III.    Materials Considered ....................................................................................... 6

IV.     Vioxx's Mechanism of Action .......................................................................... 6

V.      General Principles of Randomized Clinical Trials ............................................ 15

VI.     Prior to Vioxx's Launch, Data Mounted Concerning Vioxx's Cardiovascular Risk ....... 19

        A.      Protocol 010 ......................................................................................... 19

        B.      Protocol 017 ......................................................................................... 20

        C.      Protocol 023 ......................................................................................... 20

        D.      Merck's Animal Studies ....................................................................... 25

        E.      The Watson Analysis ............................................................................ 28

VII.    Before Vioxx's Launch, Consultants Proposed that Merck Perform Studies on Vioxx's
        Cardiovascular Risk, All of Which Merck Failed to Perform .......................... 31

VIII.   Following Vioxx's Entry to the Market, Merck Failed to Properly Investigate Vioxx's
        Cardiovascular Risks As Additional Adverse Data Mounted ........................... 40

        A.      Lupus Patients Taking Celebrex Suffered Adverse Cardiovascular Events ........ 42

        B.      Upon Learning the Results of VIGOR, Merck Should Have Withdrawn Vioxx from
                the Market Or Marketed it with a "Black Box" Warning Instead of Propounding the
                "Naproxen Hypothesis," Which Lacked a Reasonable Scientific Basis ............... 44

                1.      The Magnitude of the Difference of MIs in VIGOR Was Greater Than
                        Could be Explained by Naproxen Cardio-Protection ........................ 47

|  | 2. | The OA and Alzheimer's Trial Data Were Not Reassuring ..................... 50 |
|  | 3. | Merck's Protocol 061 Data Were Not Reassuring..................................... 54 |
|  | 4. | Data Concerning Other NSAIDs Were Not Reassuring .......................... 55 |

| C. | Protocol 090 ................................................................................................. 59 |
| D. | ADVANTAGE .............................................................................................. 60 |
| E. | Merck's Study in African Green Monkeys.................................................. 62 |
| F. | Merck's Tylenol Study ................................................................................ 66 |
| G. | The Alzheimer's Studies.............................................................................. 71 |
| H. | APPROVe ..................................................................................................... 87 |
| I. | VALOR and Protocol 203 ........................................................................... 93 |
| J. | Merck Faced Difficulties in Performing a Head-to-Head Vioxx vs. NSAID GI Comparator Trial That Included Aspirin Use in Both Arms .............................. 107 |

IX.   Merck Doctors and Consultants Proposed that Vioxx be Combined with Antiplatelet or Antithrombotic Therapies ......................................................................................... 110

| A. | Low-Dose Aspirin........................................................................................ 110 |
| B. | Thromboxane Receptor Antagonists and Thromboxane Synthase Inhibitors .... 111 |
| C. | Clopidogrel ................................................................................................. 114 |
| D. | Nitric Oxide ................................................................................................. 115 |

X.   Current Data on the Safety of COX-2 Inhibitors ............................................. 116

| A. | Randomized Controlled Clinical Trials ...................................................... 116 |
| B. | The Jüni Meta-Analysis .............................................................................. 117 |
| C. | Vioxx Increases Blood Pressure More than Comparator NSAIDs..................... 122 |

XI.   Conclusions...................................................................................................... 127

## I.     Introduction and Summary of Opinions

1.     I am a Distinguished Professor at Indiana University School of Medicine and *Emeritus* Professor of Medicine, Pharmacology and Toxicology at the Krannert Institute of Cardiology at Indiana University, a practicing cardiologist, an experienced basic scientist and clinical trial investigator, and a published author of numerous medical journal articles and textbooks.  I have been asked by counsel for Plaintiffs to opine on issues related to Merck's painkiller Vioxx, which Merck withdrew from the market in September of 2004.

2.     While my full opinions are set forth in detail throughout this report, a summary of my opinions is below:

  a.     Prior to Vioxx's introduction to the market, Merck was in possession of information supporting the conclusion that Vioxx increased patients' cardiovascular risk, numerous outside consultants advised Merck to perform studies that would have helped Merck better understand and resolve those risks (which Merck failed to perform), and Merck failed to resolve those risks before it brought Vioxx to the market;

  b.     By March of 2000, when Merck had the initial results of the VIGOR study, sufficient evidence had accumulated for Merck to conclude that Vioxx caused an increased risk of cardiovascular complications;

  c.     Merck's Vioxx trials were designed and reported in a manner that obscured Vioxx's cardiovascular risks;

  d.     Based upon my review of the extensive literature on cyclooxygenase (COX) compounds, COX-1 and COX-2 function and inhibition, the pharmacology and molecular biology of these compounds, as well as results of relevant clinical trials and other information, selective COX-2 inhibition caused by Vioxx promotes thrombus (blood clot) formation.  The changes produced by Vioxx result in increased risk for heart attacks, strokes, transient ischemic attacks ("TIA"), peripheral edema, heart failure, and hypertension; and

  e.     There is increasing scientific consensus about the increased cardiovascular risk posed by Vioxx.[1]  The supporting clinical evidence comes primarily from

---

[1]     PX550 (Yu Z, Crichton I, et al.  Disruption of the 5-lipoxygenase pathway attenuates atherogenesis consequent to COX-2 deletion in mice.  *Proc. Nat'l Acad. Sci. USA* 2012; 109(17): 6727-32); PX522 (Grosser T, Yu Y, FitzGerald GA.  Emotion recollected in tranquility: lessons learned from the COX-2 saga.  *Ann. Rev. Med.* 2010; 61: 17-33).

randomized clinical trials ("RCTs"), the gold standard for evidenced-based conclusions. In addition to the clinical information from the aforementioned sources, both clinical and basic studies establish biologic plausibility. That is, the mechanism of action of selective COX-2 inhibition and the cascade of physiologic and pathophysiologic (abnormal physiologic) events that follow, provide the scientific foundation that supports the clinical evidence.

3.       My opinions are based on my education, clinical practice, research, experience, literature review, document review, and generally accepted principles of medicine and clinical science to a reasonable degree of medical certainty.

## II.       Education and Training

4.       I received my Bachelor of Arts degree *cum laude* from Dartmouth College in 1961, and my medical degree (M.D.) *cum laude* from Harvard Medical School in 1964. I performed post graduate training in internal medicine (1964-1966) and cardiology (1966-1968) at Duke University Medical Center, Durham, North Carolina. From 1968-1970, I was in the United States Navy and discharged with a Letter of Commendation at the rank of Lieutenant Commander. I joined Indiana University School of Medicine as an Assistant Professor of Medicine in 1970, and became Professor of Medicine in 1976. I also became Professor of Pharmacology and Toxicology in 1993. In 1994, I became Distinguished Professor, the university's highest award for academic accomplishment. In 1995, I became Director of the Division of Cardiology at the Krannert Institute of Cardiology, a post I held until 2004, when I became *Emeritus*. Despite the latter, I continue to see patients and consult with many physicians on difficult patient problems. I attend conferences, teach and interact with members of the Division, and housestaff. Attached hereto, as Exhibit A, is a copy of my *curriculum vitae* which includes my current fee rate, and a list of my prior expert testimony in the past four years is attached hereto as Exhibit B.

5.       My principal areas of research and clinical activities focus on cardiac electrophysiology (heart rhythm problems). However, I also take care of patients across the

entire spectrum of cardiac diseases, including hypertension, heart failure, atherosclerosis, acute and chronic myocardial infarction ("MI"), lipid abnormalities, heart muscle abnormalities, thromboembolic problems, and so forth.   Many of my patients are elderly and have various joint problems with the need for therapy.

6.     I have published over 800 medical articles and 15 textbooks (with revisions, totaling more than 25 books).   I am the co-editor of Zipes/Jalife *Cardiology Electrophysiology, From Cell to Bedside* (6th ed. to be published October 2013) and a co-editor of *Braunwald's Heart Disease: A Textbook of Cardiovascular Medicine* (9th ed. 2012).   Each is regarded as the authoritative text in heart rhythm disorders and in general cardiology, respectively.   I am also co-author of *Clinical Arrhythmology and Electrophysiology* (2nd ed. 2012), and *Electrocardiography of Arrhythmias*, published in 2012.

7.     I am a member of numerous societies, including the American Society for Clinical Investigation and the Association of American Physicians, both of which have very stringent acceptance qualifications.   I have been a consultant to the American Medical Association, Department of Drugs, six times.   I am past President of the Association of University Cardiologists and of the Cardiac Electrophysiology Society.   I have consulted for, and been on review committees of, the Veterans Administration, the American Heart Association, and the National Heart, Lung, and Blood Institute of the National Institutes of Health.

8.     I was a founding member of the North American Society of Pacing and Electrophysiology (now called the Heart Rhythm Society), which is the largest group of heart rhythm experts in the world, and have since served in many roles, and was President from 1989-1990.   I am the founding Editor-in-Chief of the Heart Rhythm Society ("HRS") journal called Heart*Rhythm* and received the President's Award in 2013.

9.     For the American Board of Internal Medicine ("ABIM") (the organization that writes all of the examinations for medicine and the sub-specialties which a physician must pass to call himself/herself Board Certified), I was Chair of the Subspecialty Board on Cardiovascular Disease, which wrote the examinations dealing with all of cardiology; Chairman of the Committee on Subspecialty Internal Medicine (dealing with issues related to all of internal medicine); Chair of the Clinical Cardiac Electrophysiology Test Committee which wrote the first (and subsequent two) examinations in clinical cardiac electrophysiology; and ultimately Chairman of the entire ABIM (2002-2003).

10.     For the American College of Cardiology (ACC) (with over 40,000 cardiology members worldwide), I have held multiple roles since 1975, becoming a member of the Board of Trustees (1992-1997 and again 1999-2005) and acting as Vice President, President-Elect, and then President (2001-2002).   I became a Master of the ACC in 2002 (which is the highest membership category).   I was also Co-Chair of the ACC/AHA/European Society of Cardiology (ESC)/HRS Ventricular Arrhythmia and Sudden Cardiac Death Guideline Committee, which wrote the guidelines on how to care for patients with heart rhythm problems.   I was also a member of the Ethics Committee and chaired the Task Force on Legal Expert Testimony.   I received the Presidential Citation in 2009.

11.     I am a member of the editorial boards of more than 15 cardiology journals and have reviewed articles for other general medical journals, such as the *New England Journal of Medicine* ("*NEJM*") and *Journal of the American Medical Association.*   I have been Editor-in-Chief of *Progress in Cardiology*, and Founding Editor-in-Chief of *Contemporary Treatments in Cardiovascular Disease* and *Cardiology in Review.*   I was the Founding Editor-in Chief of the *Journal of Cardiovascular Electrophysiology* (1989-2004), and in 2004, I became Founding

4

Editor-in-Chief of the journal Heart*Rhythm*, which is the official journal of the HRS.

12.     I have lectured all over the world, and have consulted for industry, primarily pharmaceutical and medical device companies.   On August 31, 2013, the European Society of Cardiology will award me the Gold Medal, its highest award.

13.     I have participated in multiple clinical trials, both as an investigator and in a leadership role.   I have also been involved with numerous studies in animals, sat on review committees evaluating grant applications that involved animal components and, as an editor-in-chief, reviewed and evaluated manuscripts dealing with animal and clinical studies over the past 25 years.   I was the Chairman of the Planning Committee, Steering Committee, Executive Committee, and principal investigator of the Antiarrhythmics Versus Implantable Defibrillator ("AVID") study for the National Heart Lung and Blood Institute.   AVID is the largest secondary prevention trial comparing implantable cardioverter defibrillators ("ICD") with antiarrhythmic drug therapy.   I was the Chairman of the Data and Safety Monitoring Board ("DSMB") of Atrial Fibrillation Follow-up of Rhythm Management trial (1996-2002) that tested whether drugs to control the heart rate were superior to drugs that maintained sinus rhythm.   I was on the Executive Committee of the Sudden Cardiac Death in Heart Failure Trial ("SCD-HeFT") (1998-2004) that tested the prophylactic benefit of the ICD versus drugs.   I was a member of the External Safety and Efficacy Monitoring Committee of the Atrial Fibrillation and Congestive Heart Failure trial for the Institute de Cardiologie de Montreal (2001-2008).   I am the co-principal investigator of the trial DEFEAT-HF, a trial on the effects of spinal cord stimulation on heart failure, which is presently ongoing.

14.     I have also published on the impact of prostacyclin generation on arrhythmia development (Prostaglandins in the Pericardial Fluid Modulate Neural Regulation of Cardiac

Electrophysiologic Properties, *Circulation Research* 66:163, 1990; Pericardial Prostaglandin Biosynthesis Prevents the Increased Incidence of Reperfusion-Induced Ventricular Fibrillation Produced by Efferent Sympathetic Stimulation in Dogs, *Circulation* 82; 1008, 1990; Prostaglandin Modulation of Early After Depolarizations and Ventricular Tachyarrhythmia Induced by Cesium Chloride Combined with Efferent Cardiac Sympathetic Stimulation in Dogs, *Journal of the American College of Cardiology* 16:1287, 1990).

15.     I am a Fellow of the AHA, HRS, European Society of Cardiology, Master of the American College of Physicians, and Master of the American College of Cardiology, and honorary fellow of the Argentine Society of Cardiology, Hungarian Society of Cardiology, and of the Cardiac Society of Australia and New Zealand.   I am Board Certified in Internal Medicine and Cardiovascular Diseases and was Board Certified (until 2005) in Clinical Cardiac Electrophysiology, which I let lapse because I no longer perform invasive procedures.

16.     I am being compensated at the rate of $1,200 per hour for my work on these cases.

### III.   **Materials Considered**

17.     I have spent many hours reading published articles and Merck internal documents relating to Vioxx.   Materials relied on for the purposes of this report are listed in Exhibit C.   My billing rate is $1,000/hour.

### IV.   **Vioxx's Mechanism of Action**

18.     It is my opinion that Vioxx's mechanism of action – i.e., its highly-selective inhibition of the COX-2 enzyme – has negative effects on the cardiovascular system by, at least in part, creating an imbalance between two chemicals in the body:   prostacyclin (which is a potent vasodilating compound that widens blood vessels) and thromboxane (a vasoconstricting compound that narrows blood vessels).

19.     The mechanism by which Vioxx works has been the subject of intense

investigation. Vioxx is a specific inhibitor of the COX-2 enzyme. The COX-2 enzyme represents the inducible isoform of COX, and is distinct from COX-1 in terms of structure and location. Inducible means it is not present and functioning all the time, like COX-1, but is induced to function by a stimulus from the body, such as inflammation.

20. Both COX-1 and COX-2 act to metabolize arachidonic acid, a ubiquitous molecule, into the prostaglandins $PGG_2$ and $PGH_2$.[2] $PGG_2$ and $PGH_2$ are then metabolized into different molecules depending on the cell type involved. (**Figure 1**, below.) In the platelet, $PGG_2$ and $PGH_2$ are converted almost exclusively into thromboxane A2 ($TXA_2$), a vasoconstricting compound (*i.e.*, one that narrows blood vessels) that is highly active in aggregating platelets and promoting clot formation. In the endothelial lining of the normal blood vessel, the major product is prostacyclin ($PGI_2$), which binds to its receptor to cause dilation (*i.e.*, widening) of the blood vessel, and directly antagonizes the constricting, pro-coagulant effects of $TXA_2$ and opposes platelet aggregation.[3]

---

[2] MRK-ARQ0000390-401 (Grosser T, Fries S, FitzGerald GA. Biological Basis for the Cardiovascular Consequences of COX-2 Inhibition: Therapeutic Challenges and Opportunities. *J Clin Invest*. 2006; 116(1): 4-15) at 390.

[3] *Id*. at 391.



**Figure 1.** The diversity of arachidonic acid-cyclooxygenase products depends on the cell type and their complement of tissue-specific isomerases. Endothelial cells produce predominantly $PGI_2$ while platelets produce almost exclusively $TXA_2$.[4]

21.     Conventional non-steroidal inflammatory drugs ("NSAIDs") are predominantly COX-1 inhibitors (and to a variable extent COX-2 inhibitors). They relieve pain by reducing the production of $PGI_2$ and $PGE_2$ (which are thought to increase swelling and other painful events at the site of inflammation).[5,6] An undesired side effect caused by COX-1 inhibition is increased bleeding due in part to the protective effect of COX-1 on gastric and duodenal mucosa. Also, the suppression of platelet $TXA_2$ increases bleeding time due to inhibition of platelet aggregation.

---

[4] FitzGerald GA.   COX-2 and Beyond Approaches to Prostaglandin Inhibition in Human Disease. *Nat Rev Drug Discov*. 2003; 2(11): 879-90.

[5] Murata T, et al. Altered Pain Perception and Inflammatory Response in Mice Lacking Prostacyclin Receptor. *Nature*. 1997; 388: 678-682.

[6] Goulet JL, et al. E-Prostanoid-3 Receptors Mediate the Proinflammatory Actions of Prostaglandin E2 in Acute Cutaneous Inflammation. *J. Immunol.* 2004; 173: 1321-1326.

22.     In the 1990s a number of laboratories identified the existence of COX-2, and found that unlike COX-1, which is constitutively (*i.e.*, continuously) expressed, COX-2 expression was induced by inflammation as well as by stimuli that would be expected to lead to initiation of cancerous lesions.[7] These discoveries led to hopes that a drug that specifically inhibited COX-2 without inhibiting COX-1 could be a "magic bullet" that would suppress the pathologic effects of prostaglandins without leaving the subject vulnerable to increased bleeding.

23.     In addition, since COX-1 was the source of the prostaglandins that protected the gastric mucosa, it was hoped that inhibiting COX-2 without inhibiting COX-1 would prevent gastric ulceration found in some patients after taking NSAIDs that inhibited COX-1.  Thus, it was hoped that subjects with arthritis, who typically rely on NSAIDs for pain relief, would be able to take COX-2 inhibitors ("coxibs") without fear of increased bleeding from the stomach and small intestine, a common complication that can be life-threatening.

24.     Importantly, however, it was known for over a decade that the "balance" between endothelial $PGI_2$ and platelet $TXA_2$ was critical in cardiovascular disease.  Aspirin, one of the most effective treatments for the prevention and treatment of myocardial infarction ("MI"), had been shown to prevent platelet clumping primarily through suppression of COX-1 in platelets.[8] Low dose aspirin was used widely from the late 1980s based on work showing that suppression of $TXA_2$ without elimination of $PGI_2$ could be achieved.  This therapeutic effect was eventually demonstrated to be due to the ability of low dose aspirin to irreversibly block platelet COX-1 without suppressing endothelial COX-2 activity, thus resulting in almost total $TXA_2$ elimination

---

[7] Tsujii M, Kawano S, Tsuji S, et al.   Cyclooxygenase Regulates Angiogenesis Induced by Colon Cancer Cells.  *Cell.* 1998; 92(5): 705-16.
[8] Patrono C, Garcia-Rodriguez LA, Landolfi R, Baigent C.   Low Dose Aspirin for the Prevention of Atherothrombosis.  *N Engl J Med.*  2005; 353: 2373-83.

while sparing PGI₂.[9]

25.     As emphasized in **Figure 2**, taken from Antman, DeMets, and Loscalzo, 2005,[10] COX-1 is the only isoenzyme expressed in platelets; endothelial cells express both COX-1 and COX-2.   In the normal artery, the balance between PGI₂ and TXA₂ production favors PG1₂, resulting in inhibition of platelet-dependent thrombus formation and no predisposition to forming clots.   COX-2 inhibition would not be expected to seriously upset this balance because platelets have not been activated.   In the atherosclerotic artery, both PGI₂ and TXA₂ production is increased; this results in part because platelets become activated and there is a compensatory PGI₂ formation via both COX-1 and COX-2 in endothelial cells.   The net effect of these changes is an imbalance favoring TXA₂ production and therefore platelet thrombus formation.   Low-dose aspirin selectively impairs COX-1-mediated TXA₂ production in platelets; this then restores the net antithrombotic balance.   COX-2 inhibition suppresses COX-2 dependent PGI₂ production in endothelial cells.   In the setting of atherosclerosis, COX-2 plays a greater role as a source of PGI₂ in part because more TXA₂ is produced; thus, inhibiting COX-2 in this setting has a more profound effect on the balance, favoring TXA2 production and promoting platelet dependent thrombosis. **(Figure 2.)**

---

[9]   MRK-ADL0007762-774 (FitzGerald GA, Oates JA, Hawiger J, et al.     Endogenous Biosynthesis of Prostacyclin and Thromboxane and Platelet Function During Chronic Administration of Aspirin in Man. *J Clin Invest*. 1983; 71: 678-688) at 763.

[10]   MRK-AJA0227733-744 (Antman EM, DeMets D, Loscalzo J.   Cyclooxygenase Inhibition and Cardiovascular Risk; *Circulation*.   2005; 112: 759-770) at 738.



**Figure 2.** "Consequences of COX inhibition for prostacyclin and thromboxane A2 production in normal and atherosclerotic arteries. Endothelial cells are shown as a source of prostacyclin (PGI2) and platelets as a source of thromboxane $A_2$ (TXA$_2$) under untreated conditions (top row) or treated with low-dose aspirin (middle row) or a coxib (bottom row) in the normal (left column) and atherosclerotic artery (right column) for comparison."[11]

26. It is important to emphasize, as noted above, that PGI2 and TXA2 are mutual antagonists, and it is the ratio between them and not their absolute values that is important.[12] PGI2 is the most potent inhibitor of platelet aggregation, and TXA2 is the most potent pro-aggregatory

---

[11] *Id.* at 738.
[12] *Id.*

11

compound.   Decreasing PGI2 to a greater extent than TXA2, therefore, tips this balance in favor of platelet clumping and thrombus formation.  (**Figure 3**.)  As noted by Grosser, et al.:  "During the course of drug development, we found that both celecoxib [Celebrex] and rofecoxib [Vioxx] suppressed urinary 2,3-dinor-6-keto PGF1α, a stable PGI2 metabolite (PGIM), to a degree comparable to that attained by treatment with structurally distinct tNSAIDs [traditional NSAIDs]. While the latter drugs inhibited platelet aggregation *ex vivo* transiently at the time of peak action, the coxibs had no such effect, compatible with the absence of COX-2 from mature human platelets.   Unlike the tNSAID comparators in these studies – ibuprofen and indomethacin – neither celecoxib nor rofecoxib inhibited COX-1–derived TXA2 coincident with its impact on PGI2.   Thus, the cardiovascular effects of TXA2 would be expected to be exaggerated."[13]



**Figure 3**. Inhibition of thromboxane must be >95% in order to realize a beneficial effect on platelets, while much smaller amounts of PGI2 inhibition entail significant risks. As shown in

---

[13]  MRK-ARQ0000390-401 (Grosser T, Fries S, FitzGerald GA. Biological Basis for the Cardiovascular Consequences of COX-2 Inhibition: Therapeutic Challenges and Opportunities. *J Clin Invest*. 2006; 116(1): 4-15) at 391.

panel A, one must inhibit the capacity of the COX-1 enzyme by greater than 95% before impacting on platelet activation *in vivo*. In contrast, panel B shows a more linear relationship between inhibition of COX-2 and the functional consequences of suppressing COX-2–derived PGI2 formation (based on data from FitzGerald GA, Patrono C. The Coxibs, Selective Inhibitors of Cyclooxygenase-2. *New Engl J Med.* 2001; 345: 433-42).[14]

27.     It is thus important to stress that the individual COX inhibitors have different

potencies in their ability to inhibit either COX-1 or COX-2.  In the figure below (**Figure 4**),

Grosser, et al.[15]  depict the spectrum of selectivity for COX inhibition:





---

[14] *Id.* at 395.

[15] *Id.* at 394.

**Figure 4**.   The spectrum of selectivity for COX inhibition.[16]

28.   Panel A of **Figure 4** shows "the relative affinities of tNSAIDs [i.e., 'traditional' NSAIDs] and coxibs (open circles) for COX-1 and COX-2.   The concentrations required to inhibit COX-1 and COX-2 by 50% (IC$_{50}$) have been measured using whole-blood assays of COX-1 and COX-2 activity in vitro.   The diagonal line indicates equivalent COX-1 and COX-2 inhibition.   Drugs plotted below the line (orange) are more potent inhibitors of COX-2 than drugs plotted above the line (green).   The distance to the line is a measure of selectivity."[17]   For example, rofecoxib is more selective in its inhibition of COX-2 than celecoxib, as rofecoxib is further away from the diagonal line than celecoxib.   Thus, the dose of rofecoxib needed for 50% inhibition of COX-1 is close to 100 µM but less than 1 µM for 50% COX-2 inhibition.

29.   Panel B of **Figure 4** depicts how drugs that are more selective for COX-1 inhibition than COX-2 inhibition (such as naproxen) are more likely to cause adverse GI effects, while drugs more selective for COX-2 inhibition than COX-1 inhibition (such as rofecoxib) are more likely to result in cardiovascular adverse events.[18]   As this panel shows, rofecoxib is associated with greater cardiovascular risk than celecoxib as a result of rofecoxib's greater COX-2 selectivity. These graphs, however, depict current knowledge about the cardiovascular risks of COX-2 inhibitors.   As discussed more fully below, when Merck first learned the results of studies about how Vioxx reduces the levels of a prostacyclin metabolite in the body (without reducing the levels of the thromboxane metabolite), significant uncertainty existed regarding the importance and meaning of those findings.   This uncertainty should have been investigated through additional studies to better understand potential mechanisms, as discussed below.

---

[16]   *Id.* at 394.
[17]   *Id.*
[18]   *Id.*

V.      **General Principles of Randomized Clinical Trials**

30.     Before discussing the specifics of the studies and clinical trials that Merck performed regarding Vioxx and other drugs, I set forth in this section certain principles that should guide appropriately-designed and executed pharmaceutical studies.

31.     The scientific method requires that a scientist make a prediction or establish a hypothesis regarding a phenomenon and then test that prediction in some form of experiment. Experiments can be performed in isolated pieces of tissues or cells or cellular components, in intact animals, computer models, or in humans.   The randomized clinical trial ("RCT") is the gold standard for scientific, evidence-based clinical studies.   Randomization means that participants are assigned by chance to separate groups and these groups are used to compare different treatments.   Assigning participants to groups by randomization means that they will be similar and that the treatments they receive can be compared objectively because that will be the only difference between the groups.   In a so-called "double-blinded" trial, both the participants and the trialists do not know which patient is in which group and therefore which patient might be receiving a placebo or active treatment.   This "double blinding" is essential to the integrity of the study.   In a typical RCT, adequate numbers of subjects with relatively homogeneous medical conditions are randomized to an active treatment arm versus a control treatment arm.   The control arm can be an active drug or a placebo.   Subjects are then observed over time for development of a change in status, such as improvement (or worsening) of clinical endpoints or change in survival. This state change is referred to as an "endpoint" because it represents the factor that the investigator is interested in achieving (or avoiding).

32.     In order to determine whether a beneficial or toxic effect on a particular endpoint should be included or excluded, i.e., is it a "real" effect or one by chance, clinical studies need to include a sufficient number of subjects who experience that endpoint; that is called the "power" of

the study.   If insufficient numbers in either arm achieve an endpoint, then it is impossible to know whether an intervention has had any effect.   Clinical trialists use statistical models to estimate how many subjects are needed in a study to exclude or validate a given effect based on the expected number of endpoints anticipated in an untreated study population and the number expected to be affected by the treatment.[19]

33.   The ability of a study to answer the question is determined by its "power," and while predictions of power can be made, ultimately it is a function of the number of endpoints occurring in the study, which is determined in large part by the number of subjects in the study. The less common an event, the harder it is to test, and the greater number of trial participants necessary to achieve statistical significance.   Many studies end with the conclusion of "no significant effect" of a drug due to the trial being underpowered.   Conversely, if an underpowered study still shows a drug effect, particularly if it is confirmed by an adequately-powered study, that can be a very important observation lending credence to the interpretation of the adequately-powered study.   The absence of a safety signal in an underpowered study cannot be used to establish safety because the absence of evidence is not the same as evidence of absence.

34.   No study specifically designed and powered to detect Vioxx's cardiovascular risk as its primary endpoint was ever performed.

35.   In a typical RCT, the steps taken are normally:

    i.      Start with a question to be answered or a hypothesis to be tested.

    ii.     Identify the population in which you want to answer that particular question and determine the number of participants needed to answer that question/hypothesis.   That is generally done by a statistician who determines the number of patients necessary to produce a statistically significant result, i.e., that the result was not due to chance.   So, if the

---

[19] Freiman JA, Chalmers TC, Smith H Jr, Kuebler RR. The Importance of Beta, The Type II Error and Sample Size in the Design and Interpretation of the Randomized Control Trial: Survey of 71 "Negative" Trials. *N Engl J Med*. 1978; 299(13): 690-694.

statistical significance of a study is less than .01, it means that there is a less than 1% chance that the conclusion is not true, or, conversely, greater than a 99% chance that it is true.   Importantly, if 100 studies were done that show results significant at the 99% level, the odds are that one of them would show the "wrong" result.   Often, that is the study seized upon by dissenters of a conclusion to support their position.

iii.   Establish a list of endpoints to achieve, primary and/or secondary.   The primary endpoint is the most important endpoint and, as such, is the main result that is measured at the end of a study to see if a given treatment worked.   While there may be one or more lesser items to investigate, called secondary endpoints, when a primary endpoint does not reach statistical significance, it is important to remember that the study may not have been designed or adequately powered to answer clinical questions based upon the secondary endpoints and therefore these results should be viewed more cautiously.   The secondary endpoint cannot be analyzed validly if the primary endpoint does not demonstrate statistical significance.[20]

iv.   Create a protocol written before the start of the trial (prospectively) that contains the objective(s) and specific procedures to be used in the trial, indicating scientific rationale, methods for patient selection and allocation, validity of clinical and laboratory procedures, administration of the intervention, objective means to determine compliance (e.g., count pills left in the bottle), the start and stop dates for data entry and follow up for a predetermined period of time.

v.   Select a principal investigator, usually someone expert in the field who will lead the trial, and the other institutions (in a multicenter trial) to participate.

vi.   Set up a Data and Safety Monitoring Board ("DSMB"), made up of a group of independent multidisciplinary experts that meet before and during the study to monitor the quality, validity, integrity, safety, and efficacy of the study.   The DSMB is the conscience for the trial performance.   I personally cannot remember participating in an RCT that did not have an independent DSMB.   I am presently the chair of a DSMB for a heart failure device study.

vii.   Set up an independent Event Adjudication Committee to evaluate endpoints from data processed by the study monitors, completed case record forms and patient files for patients with reported end-points.   They correct

---

[20] O'Neill RF. Secondary Endpoints Cannot be Validly Analyzed if the Primary Endpoint Does Not Demonstrate Clear Statistical Significance. *Contemporary Clinical Trials.* 1997; 18: 550-556.

misinterpretations that can significantly alter the final results of a study.[21]

viii.     In addition to approval by the U.S. Food and Drug Administration (FDA), local Institutional Review Boards (IRBs) approve the protocols for individual participating institutions in a multicenter trial.

36.     Thus, it is important to pre-specify the hypothesis that the trial is designed to test. Understanding the distinction between pre-specifying a hypothesis and deriving one post hoc is critical to understanding how randomized clinical trials embody the scientific method and achieve validity in the scientific community.   Pre-specifying a hypothesis and then validating it with a clinical trial follows the scientific method and presents strong evidence that the trial designer can claim to understand a phenomenon.   It is analogous to designating a specific target before throwing a rock and then hitting it with the rock.   In such a case, one has reason to believe that the thrower has the skill to repeat the performance.   A post hoc analysis, however, is similar to someone throwing a rock at a group of targets and hitting one of them, then claiming that was the one he was aiming for.   One is uncertain whether the thrower is just lucky or can actually hit the same target a second time.   Similarly, post hoc analyses are said to be "hypothesis generating" exercises that must be repeated in a prospective manner in order to be fully convincing.

37.     Also, RCTs generally should have an independent DSMB to assure that the study is carried out ethically, with adequate human subject protection.   Such studies should have an independent Event Adjudication Committee to define endpoints free from bias.   Finally, analysis should be performed at least based on an intention to treat ("ITT") basis.   In such an ITT analysis, endpoints experienced by subjects who stopped taking a therapy are still counted under that therapy.   So, for example, if a drug caused a number of subjects to drop out of the study as a result

_____

[21] Näslund U, Grip L, Fischer-Hansen J, et al.   The Impact of an End-Point Committee in a Large Multicentre, Randomized, Placebo-Controlled Clinical Trial: Results With and Without the End-Point Committee's Final Decision on End-Points. *European Heart Journal*.   1999; 20: 771-777 at 775.

of certain side effects, those patients are still considered randomized to the treatment arm in which they started even though they did not complete the study. This is important because the side effects might have influenced the final result, had the patient been able to continue in the trial (see below), and taking him or her out of the trial prematurely could mask harmful effects of the drug. Other analyses may be performed, but an ITT approach should be provided as it gives the most conservative evaluation of a drug's benefits and toxicities and avoids biases inherent in only counting subjects who successfully completed a study taking the therapy they were assigned (otherwise known as "on therapy" results).[22] In addition, if a patient discontinues a study because of acquiring a side effect from the study drug, such as hypertension, he or she may be at risk from that side effect if the side effect has already produced a problem.

## VI.   Prior to Vioxx's Launch, Data Mounted Concerning Vioxx's Cardiovascular Risk

38.   It is my opinion that, before Merck began marketing Vioxx, significant red flags emerged that demonstrated a strong likelihood that Vioxx was associated with increased cardiovascular risk. In light of those red flags, numerous outside Merck consultants proposed studies to Merck that would have helped Merck understand the true cardiovascular risks of Vioxx before it began marketing Vioxx. Merck failed to investigate the red flags by conducting the studies suggested by its consultants in order to resolve Vioxx's cardiovascular risk prior to marketing Vioxx to millions of people.

### A.   Protocol 010

39.   "As of early 1997, the largest unblinded multiple-dose experience with VIOXX [came] from the pilot osteoarthritis study (Protocol 010). In this trial, patients were allocated to placebo, VIOXX 25 mg daily or 125 mg daily. . . . The VIOXX 125-mg and 25-mg treatment

---

[22] Gibaldi M., Sullivan S.   Intention-to-Treat Analysis in Randomized Trials: Who Gets Counted?   *J Clin Pharmacol*.   1997; 37: 667-672 at 670.

groups ... had more clinical 'Cardiovascular' AEs than the placebo group (4, 3, and 0 events, respectively).   Of note were 2 patients in the VIOXX 125-mg treatment group, 1 in the VIOXX 25-mg treatment group, and none in the placebo group with an increase in blood pressure.   In the VIOXX 125-mg treatment group, systolic blood pressure exhibited a maximal mean change from baseline of 9.6 mm Hg, but the mechanism for this [was] not known."[23]

### B.   Protocol 017

40.   Protocol 017 was a placebo-controlled study to assess the safety, tolerability and preliminary efficacy of 175 mg or 125 mg of Vioxx.[24]   Notes of a Research Management Committee meeting dated October 10, 1996 state that, with respect to Protocol 017:   "Adverse events of most concern were in the cardiovascular system (e.g., MI, unstable angina, rapid fall in hemoglobin and hematocrit in some subjects, and a small increase in blood pressure).   We plan to evaluate MK-966 [i.e., Vioxx] in a study where subjects are also given low dose aspirin."[25]

### C.   Protocol 023

41.   In the course of Vioxx's early development, in a study termed "Protocol 023," Merck and Dr. Garret FitzGerald ("Dr. FitzGerald") of the University of Pennsylvania studied how Vioxx impacted the excretion of various urinary metabolites in humans, in order to assess the effects of Vioxx on the kidney.[26]   While Protocol 023 was initially focused on Vioxx's renal effects, the study produced a finding that was "surprising" to Merck and which had serious cardiovascular implications:   Vioxx, 50 mg/day, suppressed the urinary metabolite of $PGI_2$ (PGIM, by 75%) and did not inhibit thromboxane biosynthesis (i.e., no change in the thromboxane

---

[23]  PX432 (February 2, 1998 MRL Epidemiology Department Technical Report by D. Watson) at MRK-SHAA0572323.

[24]  MRK-AFO0037471-8392 (Protocol 017 Clinical Study Report ("CSR")) at 7499.

[25]  MRK-ABC0048699-706 (October 10, 1996 Research Management Committee) at 706.

[26]  PX106 (Catella-Lawson, F., McAdam, B., et al. Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics, and Vasoactive Eicosanoids. *JPET.* 1999; 289:735-741) at MRK-AFI0035849-50.

metabolite) by platelets.[27]   In other words, Vioxx was having an impact on the body that was opposite to the one caused by aspirin use; the latter would have reduced the thromboxane metabolite and not the prostacyclin metabolite.   Those findings were shared with Merck on or about October 20, 1997.[28]   In addition, at around the same time, Dr. FitzGerald reached a similar outcome in a trial of celecoxib (Celebrex).[29]   In the paper publishing the results of the Celebrex study, Dr. FitzGerald wrote that the class of COX-2 inhibitors shared the quality of suppressing urinary PGI-M while not modifying $TXA_2$-dependent platelet aggregation.[30]   He thus proposed that "[i]t remains to be determined whether this effect is sustained during chronic dosing in age groups at risk for cardiovascular disease [and] if this is so, trials much larger than those necessary to detect efficacy and safety in arthritis will be necessary to determine whether cardiovascular consequences of inhibiting $PGI_2$ biosynthesis will modulate the anti-inflammatory benefit to be derived from chronic administration of COX-2 inhibitors in humans."[31]

42.   As later noted by Dr. FitzGerald: "During the course of drug development, we found that both celecoxib and rofecoxib suppressed urinary 2,3-dinor-6-keto $PGF_{1\alpha}$, a stable $PGI_2$ metabolite, to a degree comparable to that attained by treatment with structurally distinct tNSAIDs.   While the latter drugs inhibited platelet aggregation *ex vivo* transiently at the time of peak action, the COXIBs had no such effect, compatible with the absence of COX-2 from mature human platelets.   Unlike the tNSAID comparators in these studies, ibuprofen and indomethacin, neither celecoxib nor rofecoxib inhibited COX-1 derived $TXA_2$ coincident with its impact on $PGI_2$.

---

[27] *Id*. at MRK-AFI0035852.

[28] PX654 (October 20, 1997 Memo from B. Morrison to B. Seidenberg and others) at MRK-AAD0033863-867.

[29] PX719 (McAdam BF, et al.   Systemic Biosynthesis of Prostacyclin by Cyclooxygenase (COX)-2: The Human Pharmacology of a Selective Inhibitor of COX-2.   *Proc. Natl. Acad. Sci. USA*.   1999; 96: 272-277) at MRK-AHR0006393-398.

[30] *Id*. at MRK-AHR0006397.

[31] *Id*.

Thus, the cardiovascular effects of TXA2 would be expected to be exaggerated."[32]

43.     At the time of the Protocol 023 findings, before Merck's introduction of Vioxx to the market, the Merck Board of Scientific Advisors ("BSA") noted that by reducing prostacyclin, a potent inhibitor of platelet aggregation, the probability that a coronary plaque rupture would lead to myocardial infarction ("MI" or heart attack) or ischemic ventricular fibrillation would be enhanced, and called for a systematic examination of coronary ischemic events in the clinical trials with Vioxx and other Merck COX-2 inhibitors.[33]

44.     It is my opinion that, at the time that Merck learned the results of Protocol 023, it was not clearly understood whether Vioxx's reduction of the prostacyclin metabolite resulted from an effect that Vioxx was having on the systemic production of prostacyclin, or whether Vioxx was acting in the body to reduce the prostacyclin metabolite in some other way.[34]  It was also not clearly understood what the site of Vioxx's action was – i.e., whether Vioxx was acting in the kidney or in the vasculature (including specifically in the endothelium, the inner wall of the blood vessels).   It is also my opinion that it was critically important at the time for Merck to understand the site in the body where Vioxx was having an impact on the excretion of the prostacyclin metabolite and precisely how it was having that impact.   If prostacyclin were being reduced in the kidney, this would be a far less serious situation from the standpoint of cardiovascular health than if prostacyclin were being reduced in the vasculature.   Studies in vitro had indicated that vascular

---

[32]  MRK-ARQ0000390-401 (Grosser T, Fries S, FitzGerald GA. Biological Basis for the Cardiovascular Consequences of COX-2 Inhibition: Therapeutic Challenges and Opportunities. *J Clin Invest.* 2006; 116(1): 4-15) at 391.

[33]  PX433 (May 1998 Merck Scientific Advisors Meeting) at MRK-SHAA0572405-11.

[34]  MRK-ARQ0000390-401 (Grosser T, Fries S, FitzGerald GA. Biological Basis for the Cardiovascular Consequences of COX-2 Inhibition: Therapeutic Challenges and Opportunities. *J Clin Invest.* 2006; 116(1): 4-15) at 390.

endothelium is the major tissue source of $PGI_2$.[35],[36]   Merck also internally stated that the findings in Protocol 023 and Dr. FitzGerald's Celebrex study that those COX-2 inhibitors reduced the excretion of the prostacyclin metabolite have been "interpreted as an effect of COX-2 inhibitors on systemic prostacyclin synthesis, and it is felt likely that COX-2 is also involved in this pathway in the endothelial cell."[37]   It was also understood that "local vascular stimulation and short-term systemic administration of $PGI_2$ is reflected by readily detectable alterations in urinary PGIM levels."[38]

45.     On November 17, 1997, Merck outside consultant and Professor of Pharmacology at Vanderbilt University, Dr. John Oates, wrote to Merck's Dr. Gertz regarding the likely source of prostacyclin in the body.[39]   Dr. Oates wrote that prostacyclin synthase is predominantly localized "in the vasculature, smooth cells such as bronchus, and in fibroblast cells in several organs"; that studies "suggest that major sources of prostacyclin are exterior to the kidney, and that even in the kidney a predominant source would be expected to arise from a renal vasculature"; and that "it seems *quite unlikely* that 2,3-dinor-6-keto-$PGF_{1\alpha}$  in the urine is derived predominantly from the kidney."[40]   In conclusion, Dr. Oates wrote, "I will look forward to talking further with you regarding studies that elucidate the importance of inhibiting prostacyclin biosynthesis with a COX-2 inhibitor."[41]

46.     On December 5-6, 1997, a meeting of consultants was held called the

---

[35]   *Id.* at 390.
[36]   Moncada, S., Higgs, J., and Vane, J.R.   Human arterial and venous tissues generate prostacyclin (prostaglandin x), a potent inhibitor of platelet aggregation. *Lancet.* 1977: 1:18-20.
[37]   MRK-AAD0163775-815 (February 5, 2002 E-mail from J. Bolognese to D. Erb) at 783.
[38]   MRK-ARQ0000390-401 (Grosser T, Fries S, FitzGerald GA; Biological Basis for the Cardiovascular Consequences of COX-2 Inhibition: Therapeutic Challenges and Opportunities; *J. Clin. Invest.* 2006; 116(1): 4-15) at 392.
[39]   PX664 (November 17, 1997 Letter from J. Oates to B. Gertz) at MRK-AAA0017611.
[40]   *Id.* (emphasis added).
[41]   *Id.* (emphasis added).

"International Consensus Meeting on the Mode of Action of Cox-2 Inhibition," during which it was discussed that Cox-2 inhibitors like Vioxx could pre-dispose patients to adverse cardiovascular risks.[42]   The attendees included Dr. Carlo Patrono and Merck's Dr. Elliott Ehrich.[43]   The meeting's "Executive Summary" stated that the "objectives of the meeting" included to "achieve consensus on the clinical implications of inhibition of COX-1 and COX-2" and:

> It was emphasized that the major reason for both the development of COX-2 inhibitors, and this meeting, was adverse events associated with NSAIDs.   Although gastric intolerance was the most obvious, renal and cardiac toxicity were important and *a probable link between these phenomena had been established.   It is therefore important to monitor cardiac side effects with selective COX-2 inhibitors.*"[44]

47.   On May 15, 1998, Merck's COX-2 Cardiovascular SAE Surveillance Task Force held a meeting at which the results of Protocol 023 were discussed.   As the minutes state, it was discussed that "the clinical implications of partially inhibiting the production of PGI2 without inhibiting thromboxane generation systemically are unknown" but the findings to date "raised concern about the potential for VIOXX to predispose to thrombotic cardiovascular (CV) events."[45]

48.   Significant questions thus remained about Vioxx's mechanism of action, but much of the evidence prior to May 1999 pointed to concerns about Vioxx is cardiovascular risk. Merck's pursuit of the answers to those open questions through clinical trials and other studies would have led Merck to better understand and resolve the cardiovascular risks of Vioxx prior to its marketing of Vioxx.   As discussed in detail below, however, Merck failed to conduct such

---

[42]   MRK-ABK0311052-066 (December 5-6, 1997 International Consensus Meeting) at 052.
[43]   *Id.*
[44]   *Id.* at 053 (emphasis added).
[45]   MRK-AGV0134451-453 (May 20, 1998 Memo from D. Watson to J. Anderson and others) at 452.

studies.

### D.    Merck's Animal Studies

49.    After obtaining the findings of Protocol 023, Merck performed limited studies in dogs and rabbits in an attempt to determine how and where Vioxx's inhibition of the prostacyclin metabolite occurred.    However, Merck's Michael Gresser, an Executive Director of Biochemistry and Molecular Biology, wrote Drs. Scolnick, Nies and others on February 21, 1999 that his view was that the results of Merck's internal dog studies were "not very informative" and "there is a lot of variation from animal to animal."[46]    I have reviewed those studies and it is my opinion that the data in them were variable, and the findings contradictory, and that one could not draw clear conclusions from them.[47]

50.    My opinion is consistent with Merck's own internal conclusions.    For example, the internal Merck paper for its second dog study read, "no conclusion can be drawn for the effects of these [COX-2] inhibitors" and "the large variability in the levels of dog prostanoid metabolites precludes a definitive conclusion on comparative effects for these inhibitors."[48]    Merck's Dr. Gresser wrote that, "additional dog studies are likely to be disappointing."[49]    Dr. Gresser's email also proposed that Merck should study the prostaglandin metabolite activity by doing the following: "titrate the dose of our most selective inhibitors down to where we begin to lose the activity against cox-2 as assessed by the exvivo whole blood assay.    If the urinary prostaglandin metabolite inhibition titrates down in parallel, then it will be difficult to maintain that this

---

[46]  PX474 (February 22, 1998 E-mail from M. Gresser to A. Ford-Hutchinson and D. Riendeau) at MRK-AEG0049189.

[47]  *See, e.g.*, MRK-AAC0041008-11 (October 22, 1998 Memo from D. Riendeau to D. Nicholson and M. Gresser) (reaching findings in dogs similar to those in Protocol 023 in humans, but not in one COX-2 inhibitor (which showed an unexplained lower level of inhibition of PGI-M)).

[48]  MRK-AEG0015642-44 (June 7, 1999 Memo from D. Riendeau to D. Nicholson and M. Gresser) at 43.

[49]  PX683 (February 22, 1998 E-mail from M. Gresser to A. Ford-Hutchinson and D. Riendeau) at MRK-AEG0049189.

inhibition is due to cox-1 inhibition."[50]   In Dr. Gresser's words, "I ... think that one way or

another, we have to persue [sic] this question until we are convinced we have a solid answer."[51]

This indicates to me that Merck did not at that time have a "solid answer" to the question and that

there was significant additional work that still needed to be done before it would be answered.

51.     In addition, Merck previously performed a study with dog aortas concerning the

co-localization of Cox-1 and Cox-2 in support of the principle that Cox-1, rather than Cox-2, is

associated with the action of prostacyclin synthase in the endothelium.[52]   However, the article

publishing the study's results was rejected by numerous medical journals before it was

published,[53] and it was repeatedly criticized by the editors and reviewers at the medical journals

who reviewed it.[54]   Those editors and reviewers found, for example, that:

- "The immunohistochemical analyses were found to be technically sound. However, it was felt that they did not support the conclusions regarding the source of prostacyclin biosynthesis.   The aorta was not considered to necessarily represent the universe of the endothelium, and the canine enzyme localization is not known to duplicate that of the human.   More importantly, there is evidence that factors in addition to the relative expression of enzyme protein can influence the catalytic activity for the two COX isoforms at low substrate concentrations.   Overall, the findings do not provide the mechanistic insights that would merit publication in the Journal;"[55]

- "[T]hese data do not seem sufficient to provide a solid answer to the central question;"[56]

---

[50]  *Id.*

[51]  *Id.*

[52]  MRK-AAA0087359 (May 28, 2003 COX-1 is the Major Isoform of Cyclooxygenase Co-localizing with Prostacyclin Synthase in Normal Dog Endothelium by I. Singer).

[53]  While medical journals sometimes rejects manuscripts, Merck employee Denis Riendeau himself remarked that the number of journals that rejected this particular manuscript was excessive, writing on June 29, 2004, "Same story.   Never experienced anything like this before." MRK-AEG0066797-99 (June 29, 2004 E-mail from I. Singer to D. Riendeau) at 797.

[54]  PX681 (November 12, 2004 E-mail from D. Riendeau to I. Singer); PX682 (August 29, 2004 E-mail from D. Riendeau to I. Singer).

[55]  PX681 (November 12, 2004 E-mail from D. Riendeau to I. Singer) at MRK-AEG0068951.

[56]  *Id.* at MRK-AEG0068952.

- "[The article] addresses only a subset of the vasculature, not an amount from which a generalization can be made to the entire endothelium;"[57]

- "The species is not human, about which conclusions are drawn;"[58]

- "Based on these limitations, it is difficult to make the negative conclusion that COX-2 derived prostacyclin is not synthesized in the human vasculature;"[59]

- "The original hypothesis relating to COX-2 as the dominant source of PGI2 in healthy humans invoked induction of endothelial expression of COX-2 by physiological rates of sheer stress.  Even if the dog accurately represented what happens in humans, it is impossible to dismiss this hypothesis based on the data presented. . .  [P]erhaps the dog does not replicate the human condition."[60]

- "The extent of colocalization between COX-1/PGIS does not seem to be that different from that between COX-2/PGIS."[61]

- "The relevance of the dog study reported here to humans is unclear."[62]

52.     It is my opinion that, after Merck determined that it could not obtain reliable, non-variable data from its internal dog and rabbit studies, it should have more actively pursued additional tests in humans along the lines suggested to Merck by its outside consultants, as discussed more fully below.   It failed to do so.

53.     A relatively recent article by Kirkby, et al. also examined the question of whether Cox-1 or Cox-2 is predominantly related to the production of prostacyclin in the cardiovascular system.[63]   That paper concluded that "Our data show unequivocally that under physiological conditions it is COX-1 and not COX-2 that drives prostacyclin production in the cardiovascular system, and that urinary metabolites do not reflect prostacyclin production in the systemic

---

[57] *Id.* at MRK-AEG0068953.
[58] *Id.*
[59] *Id.*
[60] *Id.* at MRK-AEG0068953-54.
[61] PX682 (August 29, 2004 E-mail from D. Riendeau to I. Singer) at MRK-AEG0068114.
[62] *Id.* at MRK-AEG0068114.
[63] Kirkby NS, et al. Cyclooxygenase-1, not cyclooxygenase-2, is responsible for physiological production of prostacyclin in the cardiovascular system.  *PNAS.*  2012; 109;43: 17597-17602.

circulation."[64] The paper disclosed that two of its senior authors "have received research and other funds from AstraZeneca, Boehringer Ingleheim, GlaxoSmithKline, and Merck."[65] Shortly thereafter, Dr. FitzGerald published a response to the Kirkby paper which pointed out that its conclusion "was based on experiments using a flawed approach to estimating enzyme activity and PGI2 formation and a selective omission of data in the literature."[66] I have reviewed the FitzGerald response and find its conclusions – including that "COX-2, not COX-1, is the dominant source of PGI2 *in vivo*" – to be persuasive.[67]

### E. The Watson Analysis

54. In early 1998, the results of an internal analysis by Merck of data from Vioxx, PROSCAR and FOSAMAX trials (the "Watson Analysis") raised a further red flag regarding Vioxx's cardiovascular risks that Merck failed to investigate and resolve before Merck introduced Vioxx to the market.

55. In the wake of the results of Protocol 023, as well as the findings of Merck's Protocol 010 (which found that in osteoarthritis patients "[t]he VIOXX 125-mg and 25-mg treatment groups … had more clinical 'Cardiovascular' AEs than the placebo group (4, 3 and 0 events respectively"), Merck epidemiologist Douglas Watson completed a study in February of 1998 that compared blinded data from patients who had taken Vioxx, placebo, or active NSAID comparator against patients who had taken a placebo in Merck's trials studying PROSCAR (finasteride, for prostate enlargement) and FOSAMAX (alendronic acid, for bone thinning).[68]

56. In the "Introduction and Background" section of the Technical Report summarizing

---

[64] *Id.*

[65] *Id.*

[66] Ricciotti E, Yu Y, Grosser T, FitzGerald GA. COX-2, the dominant source of prostacyclin. *PNAS.* 2013; 110;3: E183.

[67] *Id.*

[68] PX432 (February 2, 1998 MRL Epidemiology Department Technical Report by D. Watson) at MRK-SHAA0572323, 321, 325.

the findings of Dr. Watson's study, he wrote with respect to Protocol 023 and the rationale for his own study:

> It was felt that the reduction in urinary PGI-M likely reflects both a reduction in renal PGI2 generation as supported by an observed decrease in urinary 6-keto PGIα and to some undefinable extent a decrease in systemic PGI2 synthesis. ***PGI2 is synthesized ubiquitously in blood vessel walls from arachidonate derived from either the vessel wall or the platelet. It is the most potent of all inhibitors of platelet aggregation, and has vascular dilatory properties as well***. Conversely, TXA2, a potent platelet aggregator and vasoconstrictor, is synthesized primarily by the platelet. The clinical implications of partially inhibiting the production of PGI2 without inhibiting thromboxane generation systemically are unknown."[69]

Dr. Watson further wrote that, "these findings raised concern about the potential for VIOXX to predispose to thrombotic cardiovascular (CV) events."[70]   The stated goal of Dr. Watson's study was thus to "provide information on which to base a recommendation to the VIOXX project team regarding the need for more formal monitoring of the CV SAEs [cardiovascular severe adverse events] in trials of VIOXX."[71]

57.   The Watson Analysis in fact found an increased rate of cardiovascular events in men in the Vioxx arm (although not statistically significant), and found that "[t]he overall incidence rate for women was elevated compared to FOSAMAX placebo controls (adjusted rate ratio 2.16, 95% CI 1.14 - 3.94)," which was statistically significant.[72]   The study report concluded, however, that the "increased rate in women is driven by very low rates in two of the FOSAMAX placebo strata," and, as a result, it was "recommended that there be no change in the

---

[69] *Id.* at MRK-SHAA0572324 (emphasis added).
[70] *Id.* at MRK-SHAA0572324.
[71] *Id.* at MRK-SHAA0572321.
[72] *Id.*

conduct of trials of VIOXX at this time."[73]   In other words, Merck purportedly found that the adverse cardiovascular findings in the Watson Analysis were not a result of a potential pro-thrombotic effect of Vioxx, but the result of an unusually low event rate in the placebo arm of the study.   In my opinion, it is highly unorthodox and contrary to clinical practice that Merck interpreted the Watson Study results in this post-hoc manner, attributing its adverse cardiovascular findings to the study's placebo arm (rather than the Vioxx arm) and dismissing those findings. Clinicians and epidemiologists generally design studies and analyses to test whether a difference exists between control and comparator arms.   The Watson Analysis was designed in this manner and, instead of drawing conclusions based on the differences shown by the result, Merck simply found them to be "driven" by the placebo data, which I find to be highly unusual.   Such an approach, however, is reminiscent of what Merck later did in analyzing the VIGOR trial data, and how Dr. Edward Scolnick favorably interpreted the APPROVe data when it was first presented to him (as discussed further below).   Specifically, Merck claimed that the myocardial infarction imbalance in VIGOR was due to the beneficial effects of naproxen rather than the harmful effects of Vioxx, and Dr. Scolnick interpreted the APPROVe results as having a particularly flat placebo curve.[74]

58.     It is my opinion that the results of the Watson Analysis were a further red flag that should have alerted Merck to the serious cardiovascular risks of Vioxx.   The results of the Watson

---

[73]  *Id.*

[74]  Scolnick Tr. at 359:10-25 ("I specifically said to them [then-Merck General Counsel Kenneth Frazier and then-president of Merck Research Laboratories Peter Kim] when I looked at the data, the thing that strikes me about these graphs, my having seen them for the first time in that context, is that the rate of events accrual in the Vioxx arm of the trial was constant.   It didn't change its slope.   In the placebo group, slope paralleled the Vioxx slope and then slowed down over the last several months of the trial, which made no sense to me.   And so I said to them, 'Why is the placebo slowing down here in this trial?'   And they didn't -- as I recall, they didn't answer that question.   They said, 'We're not here to debate whether -- what we do with Vioxx.   We have made the decision to withdraw it.'").

Analysis were not a finding in isolation but part of a constellation of data that had accumulated at the time (including, according to Merck's own report, Protocols 010 and 023). It is my opinion that, in light of these data, it was necessary for Merck to perform more studies focused on understanding Vioxx's mechanism of action and resolve the cardiovascular risks of Vioxx before Merck introduced Vioxx to the market. Merck needed to determine whether the difference was really due to the lower rates in the placebo arm or higher rates in the Vioxx arm.

## VII.   Before Vioxx's Launch, Consultants Proposed that Merck Perform Studies on Vioxx's Cardiovascular Risk, All of Which Merck Failed to Perform

59.    As discussed above, it is my opinion that Merck failed to investigate the adverse findings and meaning of Protocols 010 and 023 and the Watson Analysis thoroughly, and resolve Vioxx's cardiovascular risk, before Merck introduced Vioxx to the market. Specifically, Merck's own outside consultants made recommendations to Merck before Vioxx's approval about specific types of studies that Merck should have performed to better understand how Vioxx was working in the body. It is my opinion that Merck should have undertaken those studies at the time, and that their findings would have helped shed significant light on Vioxx's cardiovascular risk.

60.    On October 24, 1997, shortly after the results of Protocol 023 were shared with Merck, Dr. FitzGerald recommended that Merck perform studies to investigate how Vioxx's inhibition of COX-2 was impacting the body's production of prostacyclin or its excretion of the prostacyclin metabolite.[75]

61.    First, Dr. FitzGerald proposed to Merck a study in patients with peripheral vascular disease who would be given either aspirin or a COX-2 inhibitor. Patients with peripheral vascular disease have elevated thromboxane and prostacyclin metabolites, and the elevated prostacyclin is

---

[75] PX525 (October 26, 1997 E-mail from G. FitzGerald to A. Nies).

thought to be a response to platelet vascular interactions.[76]   In the patients taking aspirin, one

would expect the aspirin to "shut off" the thromboxane production so the thromboxane metabolites

would fall, as would the prostacyclin metabolites in those patients "if it is a [secondary] event."[77]

This means that if prostacyclin were elevated in response to the elevated thromboxane, reducing

the thromboxane with aspirin would reduce the prostacyclin.   In contrast, in the patients taking

the COX-2 inhibitor, the inhibitor would not "shut off" the platelet stimulus (thromboxane) but the

COX-2 inhibitor would decrease the prostacyclin if the prostacyclin was derived from a vascular

source.[78]   According to Dr. FitzGerald, this study would have "nail[ed] the site of drug impact on

pgi [prostacyclin] as cleanly as you can hope to do in a patient population."[79]   In my opinion,

performing this study would have allowed Merck to better understand the source of the

prostacyclin in the body that Vioxx was apparently reducing, and Vioxx's site of action.   But

Merck failed to perform it.

62.   Dr. FitzGerald also proposed that Merck continue studying the patients in Protocol

023 by giving them two or three doses of Vioxx (or placebo) and measuring their prostacyclin

metabolites and flow dependent vasodilation (i.e., the changes in regional blood flow from

variations of vascular tone in response to Vioxx inhibition of prostacyclin production).[80]   This

study would have examined the response of patients' blood flow to changes in vascular tone when

one reduces prostacyclin production by COX-2 inhibition by Vioxx to better understand how

Vioxx impacts blood flow.

---

[76] PX418 (October 24, 1997 E-mail from A. Nies to B. Gertz and B. Morrison) at
MRK-SHAA0568855.
[77] Id.
[78] Id.
[79] PX418 (October 24, 1997 E-mail from A. Nies to B. Gertz and B. Morrison) at
MRK-SHAA0568855.
[80] Id.

63. Dr. FitzGerald also proposed that Merck cross-breed mice that lack the receptor for prostacyclin with mice that are engineered to have high cholesterol and prone to the development of atherosclerosis, and evaluate the effects of prostacyclin on atherogenesis.[81] In addition, Dr. FitzGerald suggested that Merck measure prostacyclin metabolites in mouse urine and determine if it is elevated during atherosclerosis.[82]

64. Merck declined to fund these studies at the time they were suggested to Merck. However, Dr. FitzGerald later studied COX-2 inhibitors in mice based on funding from the National Institutes of Health ("NIH").[83] His findings, which were published after September 29, 2004, included that:

> Suppression of COX-2-derived $PGI_2$ or deletion of IP [*i.e.*, the prostacyclin receptor] profoundly influences the architectural response of the vasculature to hemodynamic stress [and] [m]echanism based vascular remodeling may interact with a predisposition to hypertension and atherosclerosis in contributing to the gradual transformation of cardiovascular risk during extended periods of treatment with selective inhibitors of COX-2;[84]

> Postnatal deletion of COX-2 accelerates atherogenesis [which] afford[s] a mechanism by which chronic therapy with NSAIDs might elevate cardiovascular risk in humans;[85] and

> Deletion of COX-2 in the mouse vasculature reduces excretion of PGI-M in urine and predisposes the animals [mice] to both hypertension and thrombosis.[86]

These later findings by Dr. FitzGerald helped show a link in mice between Vioxx's suppression of

---

[81] *Id.* This suggestion is consistent with a suggestion made in May 1998 by Merck's Scientific Advisors that Merck test the effect of Vioxx on atherosclerosis in an animal model of atherogenesis. PX433 (May 1998 Merck Scientific Advisors Meeting) at MRK-SHAA0572407-11.

[82] PX418 (October 24, 1997 E-mail from A. Nies to B. Gertz and B. Morrison) at MRK-SHAA0568855.

[83] FitzGerald Tr. at 43:2-44:7.

[84] PX549 at p. 1240 (Rudic, et al. COX-2-Derived Prostacyclin Modulates Vascular Remodeling. *Circ Res*. 2005; 96:1240-47).

[85] PX550 at p. 6727 (Zhou Yu, et al. Disruption of the 5-lipoxygenase pathway attenuates atherogenesis consequent to COX-2 deletion in mice. *PNAS* 2012; 109(17):6727-32.)

[86] PX551 at p. 1 (Ying Yu, et al. Vascular COX-2 Modulates Blood Pressure and Thrombosis in Mice. *Sci Transl Med* 2012; 4(132): 1-7.)

COX-2 and elevated cardiovascular risk, increased atherogenesis, and the occurrence of hypertension and thrombosis.

65.     Dr. FitzGerald testified that all three of the above-listed studies were funded by the NIH (rather than Merck), that the "overall concept or goal" he was trying to achieve in those studies was similar to the mouse studies he had proposed to Merck in 1997, and that the studies he actually performed without Merck's funding helped to inform what was going on with COX-2 inhibitors (albeit many years after he had proposed similar research to Merck).[87]

66.     In addition, Dr. FitzGerald proposed that Merck characterize the effects of laminar and disordered flow dynamics on expression of COX-2, prostacyclin synthase and the prostacyclin receptor.[88]   This proposal would allow Merck to determine the response of vascular prostacyclin synthesis through alterations in flow dynamics, in order to help answer the question of whether abnormal flow patterns altered COX-2 prostacyclin synthase and the prostacyclin receptor.   This would have helped establish that prostacyclin was derived from the vascular endothelium.

67.     Dr. FitzGerald further proposed that Merck integrate the collection of urine for prostacyclin metabolites in existing Merck clinical trial protocols.[89]   This would have allowed Merck to study the effects that Vioxx was having on patients' prostacyclin and thromboxane metabolites in numerous ongoing clinical trials, in addition to those studied in Protocol 023. Merck's Dr. Alise Reicin testified that Merck did collect urine samples in ongoing Vioxx trials, but she could not recall any discussions about whether Merck should have tested those samples for the

---

[87]  FitzGerald Tr. at 154:3-154:15.
[88]  PX418 (October 24, 1997 E-mail from A. Nies to B. Gertz and B. Morrison) at MRK-SHAA0568855.
[89]  *Id.*

same metabolites that Dr. FitzGerald studied in protocol 023.[90]   Dr. Briggs Morrison, a former clinical monitor at Merck, testified that Merck did not collect patients' urine in phase II and phase III studies after Dr. FitzGerald had recommended that Merck do so.[91]   Dr. Nies also testified that he doesn't recall that Merck measured the urine metabolites in patients in the VIGOR trial.[92]

68.     In my opinion, if Merck had performed these studies proposed by Dr. FitzGerald, they would have helped Merck better understand Vioxx's cardiovascular risk.   This opinion is consistent with Dr. FitzGerald's own view, who testified that he proposed his studies to Merck in October of 1997 in the wake of Protocol 023 (and the similar study he performed with celecoxib), in order to "try and lend information that might help in interpreting what was really going on" and "to move us further along in the direction of determining whether [Vioxx having an increased cardiovascular risk] was likely."[93]

69.     Other Merck consultants also recommended that Merck perform studies in smokers and patients with other diseases that resulted in the patients having elevated levels of thromboxane. On October 27, 1997, Dr. John Oates, the head of Merck's BSA, wrote to Merck's Dr. Alan Nies that, with respect to studying the effect of Vioxx on "prostacyclin biosynthesis," "it would seem appropriate to focus the further investigations of the implications of MK966 [Vioxx] inhibition of prostacyclin biosynthesis on *experimental models in which there is exaggerated platelet activation and platelet-vessel wall interaction*" and that "a secondary consideration would be to examine circumstances in which Cox 2 might be the predominant source of prostacyclin in the

---

[90]   Reicin Tr. at 113:2-114:3.   On or about October 25, 1997, Dr. John Oates, the head of Merck's BSA, also advised Merck's Dr. Alan Nies of "suggestions that were similar to, but not identical to," Dr. FitzGerald's suggestions.   PX525 (October 26, 1997 E-mail from G. FitzGerald to A. Nies) at FITZG-002566.
[91]   Morrison Tr. at 152:10-24.
[92]   Nies Tr. at 55:20-22; 56:21-57:8.
[93]   FitzGerald Tr. at 41:7-42:11.

endothelium."[94]   Based on those considerations, Dr. Oates suggested that Merck perform studies in cigarette smokers because "a rise in thromboxane metabolite levels in cigarette smokers would suggest that removal of Cox 2 derived prostacyclin impairs the endothelial cell defense against platelet activation."[95]

70.     As with the studies that Dr. FitzGerald proposed to Merck, the studies proposed by Dr. Oates were focused on understanding the precise mechanism through which Vioxx was having an impact on prostacyclin and thromboxane metabolites in the body, in this instance in a population that was predisposed to elevated levels of prostacyclin and thromboxane.   It is my opinion that Merck should have conducted such a study at the time Dr. Oates recommended it because it would have helped Merck determine Vioxx's cardiovascular risk.   Yet, Merck refused to perform this study recommended by the head of its BSA.

71.     This opinion is consistent with the recommendations of Merck's Scientific Advisors in 1998, when they similarly noted that both $TXA_2$ and $PGI_2$ were significantly increased in smokers and subjects with atherosclerotic disease, and that Vioxx should be studied in such patients.[96]   Since these individuals were at greatest risk for thrombotic events driven by platelet accumulation, the risk of altering the ratio between $PGI_2$ and $TXA_2$ in favor of the latter could be heightened in those patients.   As a result, the BSA wrote that, "[a]ssessment of the effect of COX-2 inhibition on *in vivo* platelet activation in one of these vessel wall diseases [*i.e.*, genetically-elevated cholesterol, smoking, scleroderma and ischemic limb disease] ***would provide valuable information*** on the consequence of loss of prostacyclin in a condition of increased platelet activation.   If this does occur, ***MRL should be the first to know***, and thereby be able to

---

[94]  PX419 (October 27, 1997 Letter from J. Oates to A. Nies) at MRK-SHAA0482801 (emphasis added).
[95]  *Id.* at MRK-SHAA0482802.
[96]  PX433 (May 1998 Merck Scientific Advisors Meeting) at MRK-SHAA0572411.

take the lead in developing *the obvious strategy* of the combination of very low-dose aspirin (30-40 mg daily) with a COX-2 inhibitor."[97]   The Scientific Advisors also wrote that Vioxx's reduction of the urinary excretion of the prostacyclin metabolite "should be taken as a basis for hypotheses that should be *actively pursued*," and that "more information is *clearly needed*" to investigate the "possible influences of a COX-2 inhibitor on coronary morbidity and mortality."[98]

72.     Dr. Oates testified that Merck failed to conduct the research in cigarette smokers at the time he recommended it to Merck.[99]   Years later, in 2005, Dr. Oates published a paper in *Circulation* publishing the results of a study he had performed without Merck funding that measured smokers' prostacyclin metabolites.   In this paper, he found that both $PGI_2$ and $TXA_2$ were increased in smokers, and that Vioxx significantly reduced $PGI_2$ but surprisingly also $TXA_2$, albeit to a much lesser extent, so that the balance was still tipped in favor of thromboxane by Vioxx.[100]   The paper therefore again supports the notion that $PGI_2$ is predominantly derived from endothelial COX-2 because it was increased by smoking, which would not be expected to affect renal $PGI_2$ production, but also suggesting that some non-platelet $TXA_2$ is also COX-2 derived.[101]

73.     Along similar lines as the above-described recommendations by Merck's outside consultants, in September of 1998,[102] and again in April of 2000,[103] Dr. Carlo Patrono

---

[97]  *Id.* (emphasis added).

[98]  *Id.* at MRK-SHAA0572407.   The Advisors concluded this cardiovascular section of their report by stating that the above investigations into "hypothetical adverse effects and potential unexpected therapeutic benefits of Vioxx are part of the scientific intelligence gathering appropriate to the development of any truly novel pharmacological entity."   *Id.* at MRK-SHAA0572411.

[99]  Oates Tr. at 32:14-35:9.

[100]  McAdam BF, Byrne D, Morrow JD, Oates JA.   Contribution of Cyclooxygenase-2 to Elevated Biosynthesis of Thromboxane A2 and Prostacyclin in Cigarette Smokers.   *Circulation*. 2005; 112(7): 1024-29 at 1028.

[101]  *Id.*

[102]  PX526 (September 29, 1998 Handwritten Note from A. Nies to B. Gertz and others) at MRK-SHAA0573067.

recommended that Merck perform a study in "patients with cardiovascular disease" to test "a non-invasive index of in vivo platelet activation i.e., thromboxane (TX) metabolite excretion." Dr. Patrono identified potential patient groups as "aspirin-intolerant patients with chronic stable angina treated with ticlopidine or clopidogrel; patients with type IIa hypercholesterolemia or diabetes mellitus, without prior vascular events, who are characterized by enhanced TXM [thromboxane metabolite] excretion … and are often not treated with aspirin."[104] Dr. Patrono added, "I would suggest that it would be in the best interest of Merck to look into these issues as quickly and [as] thoroughly as possible."[105]

74. On September 29, 1998, Dr. Nies forwarded Dr. Patrono's letter to Merck's Drs. Barry Gertz, Reynold Spector, and Elizabeth Seidenberg, and wrote that Dr. Patrono's suggestions were "similar to those of John Oates who called me a couple of weeks ago wanting to study VIOXX in patients with atherosclerosis/hyperlipidemia and elevated Tx [thromboxane] metabolite excretion."[106] Dr. Nies also added in his September 29, 1998 note that he "told John [Oates] we would not be doing any clinical studies at this time. When these drugs are available, many investigators will probably do such studies with or without our help/consent."[107] Dr. Nies testified that, consistent with its prior responses to Drs. FitzGerald and Oates, Merck declined

---

[103] PX447 (April 5, 2000 E-mail from M. Laurenzi to B. Daniels and others) at MRK-IMKN0002464 ("[I]t would be feasible to design a relatively small study with biochemical end-points to answer the question does inhibiting the COX-2 component of vascular PGI2 production translate into measurable platelet activation in a high-risk setting (we discussed this possibility about two years ago in Geneva).").

[104] PX526 (September 29, 1998 Handwritten Note from A. Nies to B. Gertz and others) at MRK-SHAA0573067.

[105] Id.

[106] Id. at MRK-SHAA0573065. See also Nies Tr. at 63:6-15.

[107] PX526 (September 29, 1998 Handwritten Note from A. Nies to B. Gertz and others) at MRK-SHAA0573065.

performing the studies that Dr. Patrono had proposed.[108]   It is my opinion, that Merck should have conducted such trials of Vioxx in high-risk patients prior to Merck's introduction of Vioxx to the market.   It failed to do so.

75.    In May of 1998, Merck's Scientific Advisors also recommended that Merck investigate the effect of Vioxx in the Folts model in animals to study subtotal coronary occlusion in which cyclic variation in coronary blood flow occurs because of a low grade blockage in an artery.[109]   These variations in blood flow occur due to platelet accumulation that progressively plugs up the narrowed part of the coronary artery and are $PGI_2$ dependent.   As the Advisors pointed out, Merck had already used this model in the testing of another drug, Aggrastat, and could have easily performed the study.   In an October 27, 1997 letter to Dr. Nies, Dr. Oates had also suggested that Merck perform tests using the Folts model.[110]   Dr. Nies and the other advisors were referring to the observation that Dr. John D. Folts made by demonstrating in dogs that simply narrowing a coronary artery resulted in spontaneous cyclical reductions in coronary blood flow due to platelet thrombi that would cyclically occlude the artery at site of the narrowing, reduce/stop flow but then break down to allow coronary blood flow to restart.   These events happened spontaneously over and over again.   The rate at which they occurred as well as the magnitude of flow reduction could be measured.   Epinephrine infusion (which causes platelet aggregation) shortened the time between cycles and reduced blood flow (i.e., increased rate of thrombus formation), which was prevented by simultaneous $PGI_2$ infusion.[111]   In response to the Advisors' suggestion, Merck scientists could have treated one group of dogs with Vioxx and the

---

[108] Nies Tr. at 62:25-63:5.

[109] PX 433 (May 1998 Merck Scientific Advisors Meeting) at MRK-SHHA0572410.

[110] PX419 (October 27, 1997 Letter from J. Oates to A. Nies) at MRK-SHAA0482802.

[111] Abstract, Bertha BG, Folts JD.   Inhibition of Epinephrine-Exacerbated Coronary Thrombus Formation by Prostacyclin in the Dog. *J Lab Clin Med.* 1984; 103: 204-14 (http://www.ncbi.nlm.nih.gov/pubmed/6363581).

other with placebo and determined the effect of Vioxx on the cyclical flow reduction in the narrowed coronary artery and then administered PGl₂ to the dogs in order to determine if it reversed the Vioxx effect.   In my opinion, this study would have been a major decision-maker for Merck:   if Vioxx administration shortened the time to occlusion and increased the reduction in flow, that observation would have created important concerns of similar events happening in patients with coronary narrowing due to atherosclerosis.

76.     Despite these recommendations that Merck perform these studies using the Folts model as early as 1997, Merck did not commence its own animal study with Vioxx using anything similar to the Folts model until after the FDA asked Merck to perform a study using the Folts model in April of 2000,[112] and, even then, Merck choose to instead use a time to occlusion model in African green monkeys in a non-powered study, discussed below.

77.     It is my opinion that Merck should not have proceeded with marketing Vioxx without first resolving the uncertain cardiovascular risk that Vioxx presented.   Merck should not have subjected patients to that risk without making the existence of it clear to patients, which Merck failed to do.

78.     The remainder of my report focuses on the Vioxx-related data that demonstrate that the Scientific Advisors' concerns about Vioxx's cardiovascular risk, as well as the separately-expressed concerns of Drs. FitzGerald, Oates and Patrono expressed about such risk before Vioxx entered the market, were wholly justified.

## VIII.   Following Vioxx's Entry to the Market, Merck Failed to Properly Investigate Vioxx's Cardiovascular Risks As Additional Adverse Data Mounted

79.     After Merck introduced Vioxx to the market, facts continued to emerge indicating that Vioxx had a significant cardiovascular risk, including in the form of randomized clinical trials.

---

[112]   MRK-AGV0006368-370 (April 21, 2000 Fax from S. Cook to E. Floyd) at 370.

However, Merck's Vioxx-related trials were designed and reported in a manner that obscured Vioxx's cardiovascular risks.

80.    For example, Vioxx clinical trials were designed to exclude those patients with the most severe types of cardiovascular disease, such as patients with stroke or transient ischemic attack in the past two (2) years, MI within the past year, angina or congestive heart failure with symptoms at rest or minimal activity, and uncontrolled hypertension.[113]   These exclusions would

---

[113] *See, e.g.*, MRK-AOX0004672-4981 (**VIGOR** CSR) at 4707-10 (excluding patients "taking aspirin, even low-dose … or other antiplatelet agents," patients with "angina," "congestive heart failure," "uncontrolled hypertension," or with a "history of stroke or transient ischemic attack (TIA) within the previous 2 years," and patients who had previously enrolled in a Vioxx study; "patients with a history of myocardial infarction or coronary arterial bypass grafting more than 1 year prior to study start may have participated if they did not require any concomitant medication excluded in this protocol [which included aspirin]"); MRK-AIU0079760-81661 (**Protocol 010** CSR) at 79795 (excluding patients with lupus, "a history of coronary atherosclerotic disease with active angina or a history of congestive heart failure," "uncontrolled hypertension," or if "within 2 years prior to the study patient had a history of stroke, thromboembolic disease, [or] transient ischemic attack"; patients with a "history of myocardial infarction, coronary angioplasty, or coronary arterial bypass grafting over 1 year prior to study start were eligible"); MRK-AFO0037484-8392 (**Protocol 017** CSR) at 7509 (excluding patients with lupus or "a recent (within 1 year) history of cardiovascular disease including coronary atherosclerotic disease with angina, congestive heart failure, or uncontrolled hypertension," with a "history of stroke" or who required aspirin); MRK-AKN0012892-13282 (**Protocol 078** CSR) at 12931-32 (excluding patients with "a history (within 2 years) or current evidence of major stroke, multiple lacunar infarcts, transient ischemic events," with a history of "angina or congestive heart failure with symptoms that occurred at rest," or with "uncontrolled hypertension"; "patients with a history of myocardial infarction or coronary artery bypass grafting, angioplasty, or stent placement more than 1 year prior to study start were able to participate"); MRK-AAD0039908-40269 (**Protocol 090** CSR) at 39932 (excluding patients with "angina or congestive heart failure with symptoms that occurred at rest or minimal activity," "uncontrolled hypertension," or "recent history of stroke of transient ischemic attack (within the year prior to the study)"; "patients with a history of myocardial infarction or coronary artery bypass grafting more than 1 year prior to the start of the study were allowed to participate"); MRK-ARP0002435-2835 (**Protocol 091** CSR) at 2477 (excluding patients with "a history (within 2 years) or evidence at time of study start of major stroke, multiple lacunar infarcts, transient ischemic events", "a history of angina or congestive heart failure with symptoms that occurred at rest", or with "uncontrolled hypertension;" "patients with a history of myocardial infarction or coronary artery bypass grafting, angioplasty, or stent placement more than 1 year prior to study start were eligible to participate."); MRK-I8940100731-1062 (**APPROVe** MRL Abbreviated CSR) at 736 ("Patients were excluded if they had uncontrolled hypertension (diastolic >95 mm Hg or systolic > 165 mm Hg), angina or

have tended to decrease the number of cardiovascular endpoints and hence the power of any trial to detect an increase in MI or other cardiovascular endpoint.

81.     Merck's practice of allowing patients in its Vioxx clinical trials to take aspirin, including, as discussed below, following the unblinding of the preliminary VIGOR results, also had the effect of lowering the cardiovascular risks of the patients participating in the trials and the power of those trials to detect a statistically significant cardiovascular risk signal.

82.     The OA and RA trials had small numbers of patients, were of short duration (usually 4-6 weeks with no long-term follow up), and were analyzed according to "on drug" events rather than by intention to treat, all factors that would reduce their ability to detect a difference in cardiovascular risk between Vioxx and placebo.  Despite these drawbacks, several of the Vioxx clinical trials did detect a significant increase in MI, hypertension, and deaths in the patients taking Vioxx.  The fact that a signal emerged in these critical areas despite inadequate power, screened populations, short duration, and short follow up is a function of a very significant toxic effect due to Vioxx.

83.     In that light, the fact that Merck's trials still detected Vioxx's cardiovascular risk, even if not statistically significant in some instances, is striking because those trials were designed in ways that tended to minimize their ability to detect such a risk.  This should have raised an additional red flag to Merck about the seriousness of Vioxx's cardiovascular risk.

A.     **Lupus Patients Taking Celebrex Suffered Adverse Cardiovascular Events**

84.     On August 13, 1999, after Vioxx's approval in May of 1999, Merck's consultant Dr. John Oates advised Dr. Scolnick about the existence of three patients with lupus and

---

congestive heart failure symptoms at rest or with minimal activity.  Patients with a history of myocardial infarction, coronary angioplasty or coronary arterial bypass grafting were included unless the event occurred within a year prior to enrollment.  Patients with a history of stroke or transient ischemic attack were included unless these events occurred within 2 years prior to enrollment.").

anti-phospholipid syndrome who suffered thrombotic episodes shortly after taking Celebrex.[114] It is my opinion that Dr. Oates's letter to Merck, including its recommendations, was a red flag that should have led Merck to further investigate Vioxx's cardiovascular risks.

85.     According to Dr. Oates's August 13, 1999 letter to Dr. Scolnick, at least one of the patients who took Celebrex and suffered an adverse event had very elevated levels of thromboxane and prostacyclin metabolites, which was "consistent with those [data] previously reported for patients with the antiphospholipid syndrome."[115]   Echoing his own, as well as Dr. FitzGerald's and Dr. Patrono's, prior recommendations to Merck about the importance of studying patients with elevated prostacyclin metabolites, Dr. Oates wrote that "the findings of an increased excretion of prostacyclin metabolite in these patients is in line with such an increase seen in other disorders of excessive platelet activation (*e.g.*, cigarette smoking)."[116]   Also, according to Dr. Oates, "the occurrence of the thrombotic complications so quickly after initiation of the drug raises the probability of causality."[117]

86.     In light of this development, Dr. Oates recommended various courses of action that Merck could pursue.   First, Dr. Oates suggested that Merck adopt a "wait and see attitude with no action," but he noted that if similar adverse events continued to appear, Merck's prime competitor, Searle "would be in a far better position to respond to this [than Merck] with a combination drug" because Searle had already purchased a license on Asacard, a slow release, cardio-protective, low-dose aspirin to combine with Vioxx's main competitor, Searle's Celebrex.[118]   Second, Dr. Oates recommended that Merck could view this likely interaction of Celebrex in lupus patients as

---

[114]  PX452 (August 13, 1999 Letter from J. Oates to E. Scolnick) at MRK-ABC0002065.
[115]  *Id.* at MRK-ABC0002066.
[116]  *Id.*
[117]  *Id.*
[118]  *Id.* at MRK-ABC0002067.

a "real complication that occurs in a rare disease" and so state in the labeling for Vioxx.[119]   Third,

Dr. Oates recommended that Merck could formulate a Vioxx combination product with low-dose

aspirin.[120]   Fourth, Merck could alternatively formulate a Vioxx combination drug with a drug

that antagonized the thromboxane receptor and minimized thromboxane production.[121]

87.     It is my opinion that, at this point in time, given the data that had accumulated to

date, including Dr. Oates's non-public August 13, 1999 letter to Merck, Merck should have

investigated Vioxx's risks in high-risk patients with elevated prostaglandin levels and also

investigated, and potentially implemented, ways to combine Vioxx with agents that reduced

Vioxx's cardiovascular risks.   While, as discussed more fully below, Merck inquired into

different forms of adjuvants to add to Vioxx treatment, Merck failed to commercialize a Vioxx

combination product that potentially would have reduced patients' cardiovascular risks.

**B.     Upon Learning the Results of VIGOR, Merck Should Have Withdrawn Vioxx from the Market Or Marketed it with a "Black Box" Warning Instead of Propounding the "Naproxen Hypothesis," Which Lacked a Reasonable Scientific Basis**

88.     In March of 2000, Merck was unblinded to the preliminary results of the VIGOR

trial, which was a gastrointestinal outcomes trial comparing Vioxx to the NSAID naproxen.

Those preliminary results showed a statistically significant difference in cardiovascular events,

and in particular, MIs, with more MIs in the Vioxx arm than the naproxen arm.   While Merck

publicly claimed that such adverse cardiovascular results were "consistent" with naproxen's

ability to block platelet aggregation and that naproxen's purported cardio-protective effect

"unambiguously" explained those results (the "naproxen hypothesis"),[122] it is my opinion that

Merck lacked a reasonable basis for the naproxen hypothesis and that, upon receiving the VIGOR

---

[119]  *Id.*
[120]  *Id.*
[121]  *Id.*
[122]  MRK-ACU0000402 (video) at 1:53:12-1:53:32.

results, Merck should have withdrawn Vioxx from the market given Merck's serious internal concerns about Vioxx's cardiovascular risks.

89.     VIGOR was a randomized controlled clinical trial performed in rheumatoid arthritis ("RA") patients over 50 years of age.[123]   8,076 patients were randomized to 50 mg of Vioxx daily versus naproxen 500 mg twice daily.[124]   Of interest is that 80% of the participants were women, making it less likely that participants had any coronary artery disease, since women of comparable age were less likely to have coronary artery disease than men.[125]   Aspirin use was not permitted as the primary endpoint was gastrointestinal toxicity.[126]   The patients were followed for a median period of 9 months, and events were collected for up to 14 days following drug termination.[127]   Despite the short duration of the trial and follow up, thrombotic events began 4 to 6 weeks after exposure, and a significant increase in MI, was reported with a RR for naproxen of 0.2 (CI 0.1-0.7).   This is equivalent to an increased RR for MI for Vioxx of 5.   It is my opinion that Merck should have reported the disparity in MIs in VIGOR as a RR of 5 for Vioxx rather than as a RR of 0.2 for naproxen (20 MIs in the Vioxx arm versus 4 MIs in the naproxen arm), as it did in the November 2000 *New England Journal of Medicine* ("*NEJM*") article publishing the VIGOR results.[128]

90.     In March 2000, the President of Merck Research Laboratories ("MRL"), Dr. Edward Scolnick, apparently had little doubt regarding the results of VIGOR, writing that:   "The

---

[123]   MRK-AAD0095388-489 (August 10, 1999 VIGOR Protocol for 088-03) at 393, 407, 411.
[124]   MRK-AAC0028629-9204 (June 20, 2000 VIGOR/Protocol 088 CSR) at 8649.
[125]   *Id.*; MRK-AAD0095388- 5498 (August 10, 1999 VIGOR Protocol for 088-03) at 5407.
[126]   MRK-AAD0095388-5498 (August 10, 1999 VIGOR Protocol for 088-03) at 5410, 5412.
[127]   MRK-AAC0028629-9204 (June 20, 2000 VIGOR/Protocol 088 CSR) at 8649; MRK-AAD0095388-5394 (August 10, 1999 VIGOR Protocol for 088-03) at 5394.
[128]   PX109 (Bombardier C, Laine L, Reicin A, et al. Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis.   *N Engl J Med*. 2000; 343(21): 1520-28) at MRK-ACW0049306.

CV [cardiovascular] events are clearly there."   Nor did he harbor doubts about the mechanism of action, writing that "[i]t is a shame but it is low incidence and it is mechanism based as we worried it was.   [John] Oates and Alan [Nies] and [B]arry [Gertz] were right about the metabolite meanings, i.e., the urine Pg data."[129]   That is, the prostacyclin-thromboxane imbalance, known by Merck since 1997, was acknowledged by Dr. Scolnick as the explanation for the excess cardiovascular events on Vioxx in the VIGOR study.   In addition, Dr. Scolnick wrote that it was "important to find out about the cases that [O]ates told us about [i.e., the cases of CV events in lupus patients taking Celebrex]."[130]

91.    It is my opinion that, in the best interests of patient safety, at the time of unblinding the VIGOR results, Merck should have withdrawn Vioxx from the market.   Merck chose not to do so.   It is my opinion that Merck should not have left Vioxx on the market without a black box warning label concerning its CV side effects.

92.    Despite this internal recognition by Dr. Scolnick, MRL's most senior scientist, that the adverse cardiovascular effects observed in VIGOR were attributable to Vioxx's mechanism of action, and specifically the FitzGerald hypothesis, Merck repeatedly made reassuring statements, including to the public, that Vioxx was safe.   For example:

    a.    At Merck's December 2000 Annual Business Briefing, Dr. Scolnick told the participants:   "cardiovascular issues in VIGOR even at this point compared to where we were when we first got the data are unambiguously related to a decrease in the events in the naproxen arm and not an increase in the Vioxx arm of the study and are unrelated to blood pressure or renal effects…."[131]

    b.    On August 21, 2001, in response to early release of information from an August 22, 2001 article in the *Journal of the American Medical Association*

---

[129]  PX326 (March 10, 2000 E-mail from A. Reicin to D. Shapiro and others) at MRK-AAB0060252.

[130]  *Id.*; Scolnick Tr. at 121:10-13 ("'It is important to find out the cases that Oates told us about.' Yes.   That probably refers to the lupus cases that Oates referred to us.").

[131]  MRK-ACU0000402 (video) at 1:53:12-1:53:32.

that reported it was raising a "cautionary flag" about Vioxx's cardiovascular risk, Merck Senior Director of Cardiovascular Clinical Research, Laura Demopoulos, publicly stated that Merck was in possession of "additional data beyond what they cite, and the findings are very, very reassuring. VIOXX does not result in any increase in cardiovascular events compared to placebo;"[132] and

c.  In a "comprehensive review" of Vioxx data that Merck provided to the FDA and internally finalized on or about January 21, 2002, Merck wrote that "[The naproxen] hypothesis is the most plausible explanation for the predominant difference [in thrombotic events]."[133]

93.  It is my opinion that, as discussed further below, Merck lacked a reasonable basis for its repeated statements that the most plausible explanation for the VIGOR results was the naproxen hypothesis, particularly in light of the mounting evidence supporting the competing theory that Vioxx was prothrombotic, which was a repeated focus of internal Merck documents and discussions.  My opinion is supported by statements by Merck's Scientific Advisory Board.[134]

94.  It is also my opinion that the data Merck gathered concerning the purported cardio-protective properties of NSAIDs prior to, and in the wake of, unblinding the VIGOR results, should not have reassured Merck about Vioxx's cardiovascular safety, and did not provide Merck with a rational basis for concluding that naproxen was more cardio-protective than aspirin.

### 1.    The Magnitude of the Difference of MIs in VIGOR Was Greater Than Could be Explained by Naproxen Cardio-Protection

95.  Internal Merck communications reflect that the degree of purported cardio-protection that naproxen would have needed to possess in order to explain the results of the

---

[132] MRK-ABA0010854 (August 21, 2001 E-mail from L. Demopoulos to P. DiBattiste) at 855.

[133] MRK-SHAA2045740-830 (January 21, 2002 Cardiovascular Memo for the FDA).

[134] *See, e.g.*, PX419 at MRK-SHAA0482801-02 (October 27, 1997 Letter from J. Oates to A. Nies stating that "it would seem appropriate to focus the further investigations of the implications of MK966 [Vioxx] inhibition of prostacyclin biosynthesis on experimental models in which there is exaggerated platelet activation and platelet-vessel wall interaction" and that "a secondary consideration would be to examine circumstances in which Cox 2 might be the predominant source of prostacyclin in the endothelium").

VIGOR trial was far greater than Merck had internally hypothesized. For example, Merck statistician Deborah Shapiro's handwritten notes from the day that the VIGOR results were unblinded read that the difference in cardiovascular events between Vioxx and naproxen was "bigger than as hypothesized."[135]   Drs. Reicin and Scolnick also both testified that when they saw the VIGOR CV results, they were "surprised" and "shocked ... truly shocked."[136]

96.   The notes from a March 13, 2000 meeting discussing the VIGOR results that included Drs. Scolnick and Reicin also read that, "NSAIDs aren't that effective in prevention."[137]

97.   Indeed, even if naproxen provided a protective effect in VIGOR equivalent to aspirin, that still could not account for the RR of 5 in the VIGOR study for MIs.  Aspirin reduced risk of MI by only 44% in the Physician's Health Study,[138] which would not explain a RR of 5 in VIGOR.  This fact was recognized in a March 16, 2000 email from Merck's Thomas Simon, Executive Director of Clinical Research, to Scott Reines, Merck Vice President of Clinical Research, when Simon wrote, "Primary Prevention:  1. ASA [aspirin] produced a 44% reduction in first MI (physician's health study) 2. In a combined analysis with a [B]ritish study, the risk reduction was 32%. ...  Nowhere near 80% reduction."[139]   In other words, these other studies with aspirin (a well-established cardio-protective agent) had found "nowhere near" the alleged 80% reduction in MIs that Merck attributed to naproxen in the VIGOR trial.

98.   Also, importantly, in VIGOR, 28 subjects discontinued Vioxx due to hypertensive responses to the drug versus 6 in the naproxen group, for a RR of 4.67, and there was a trend

---

[135]  PX438 (March 9, 2000 Memo from D. Shapiro) at MRK-ACF0002686.
[136]  Reicin Tr. at 17:25-18:7; Scolnick Tr. at 127:18-24.
[137]  PX706 (March 11-13, 2000 Meeting Notes) at MRK-JAF0025849.
[138]  Steering Committee of the Physicians' Health Study Research Group. Final Report on the Aspirin Component of the Ongoing Physicians' Health Study. *N Engl J Med*. 1989; 321(3): 129-35 at 129.
[139]  MRK-JAF0022149 (March 16, 2000 E-mail from T. Simon to S. Reines).

toward increased risk of heart failure in the Vioxx arm.[140]   The disproportionately high discontinuations by patients on Vioxx would have the effect of reducing the number of MIs those patients may have suffered if, like other patients, they remained in the trial.   These differences are even more striking since, by virtue of the exclusion criteria into the study, the patients in VIGOR were not considered at the outset to be at high risk for a cardiovascular event.

99.   As Drs. Grosser, Yu and FitzGerald have written, "even if naproxen had a full aspirin effect, it would only explain roughly half of the difference in cardiovascular events between the treatment groups in VIGOR."[141]   Dr. Carlo Patrono concurred that the naproxen hypothesis did not explain the results seen in VIGOR, warning Merck in June 2000 that "[t]he presentation of the VIGOR data must not mislead the audience into thinking that the difference in CV could be an anti-thrombotic effect of naproxen, which is not demonstrated."[142]   In an earlier communication to Merck, Dr. Patrono also listed "a couple of good reasons" why the naproxen hypothesis was invalid:   (a) "First there is a weak pharmacological basis and no epidemiological evidence … for CV protection associated with conventional NSAIDs;" and (b) "the magnitude of the effect would not be plausible even if the comparator had been aspirin itself."[143]   Dr. Patrono pointed out that, "[i]n fact, in at least three different trials, aspirin has shown no effect on the primary prevention of stroke, while we have seen a 50% lower incidence of stroke in the naproxen arm of VIGOR; additionally we have an overall reduction of the risk of CV events of 47% with naproxen, while aspirin has shown a reduction of cumulative CV risk of a magnitude between 15

---

[140]   MRK-AOX0004672-4981 (VIGOR CSR) at 4873, 4836.
[141]   PX522 (Grosser T, Yu Y, Fitzgerald GA.   Emotion recollected in tranquility: lessons learned from the COX-2 saga.   *Annu Rev Med.* 2010; 61:17-33 at 24.).
[142]   PX120 (June 20, 2000 Email from M. Laurenzi to B. Daniels and others) at MRK-ABK0080779.
[143]   PX446 (March 28, 2000 E-mail from A. Nies to B. Gertz) at MRK-SHAA0572541.

and 18%."[144]

100.    Notes of Merck's October 30, 2000 consultants' meeting also indicate that Dr. Desmond Fitzgerald and Dr. Patrono commented that, "The reduction in CV events with naproxen is greater than what you would expect with aspirin ... How would you account for this?   CP [Carlo Patrono]:   The comparison of events should be with only primary prevention studies, and these results are even less robust for the secondary prevention studies?"[145]

101.    Subsequent analyses have shown that the degree of cardio-protection that Merck claimed that naproxen exhibited in VIGOR was implausible.   In a meta-analysis of naproxen studies by Jüni, et al., comprising 8 case-control and 3 retrospective cohort studies, the benefit of naproxen was found to be statistically significant but small (RR for MI, 0.86, CI 0.75-0.99).[146]   In addition, a recent meta-analysis of 280 trials of NSAIDs versus placebo (with 124,513 participants and 68,342 person-years) and 474 trials of one NSAID versus another NSAID (229,296 participants and 165,456 person-years), published on May 30, 2013 by the Coxib and Traditional NSAID Trialists' Collaboration in *The Lancet*, found that naproxen did not have a cardio-protective effect for major vascular events.[147]

### 2.    The OA and Alzheimer's Trial Data Were Not Reassuring

102.    Merck has relied on its analysis of cardiovascular events in its ongoing OA and Alzheimer's trials to explain that the difference in MIs in VIGOR was an outlier, and that, "[a]n extensive review of safety data from all other completed and ongoing clinical trials ... showed no

---

[144]  *Id.*

[145]  PX540 (October 30, 2000 Clinical Pharmacology/Prostaglandin Consultant Meeting Summary) at MRK-ACF0009164.

[146]  Jüni P, Nartey L, Reichenbach S, et al.   Risk of Cardiovascular Events and Rofecoxib: Cumulative Meta-Analysis. *Lancet*. 2004; 364: 2021-29 at 2021.

[147]  Coxib and Traditional NSAID Trialists' Collaboration. Vascular and Upper Gastrointestinal Effect of Non-Steroidal Anti-inflammatory Drugs:   Meta-analyses of Individual Participant Data from Randomised Trials.   *Lancet*.   2013; 1-11.

indication of a difference in the incidence of thromboembolic events between VIOXX, placebo and comparator NSAIDs."[148]

103.   However, while a number of early Merck studies testing the efficacy of Vioxx were performed, none was designed with sufficient power to detect statistically significant differences in the rates of cardiovascular endpoints such as MI or cardiovascular death.   In general, the early trials performed by Merck were brief in duration with very short follow up periods, thus excluding events that occurred more than 14 days after a subject stopped taking Vioxx.   This would reduce the likelihood of detecting endpoints due to accelerated atherosclerosis that was not manifested until after the 14 days.   Merck's Board of Scientific Advisors recognized this limitation in 1998 when it proposed that Merck aggregate data from completed and ongoing Vioxx trials in order to assess the safety of Vioxx.[149]

104.   For example, on March 16, 2000, the unblinded Merck statistician for the VIGOR trial, Deborah Shapiro, wrote to Dr. Reicin, "Alise, you asked what was the chance that we would miss a true 50% reduction in events in the Alzheimer's and in the OA studies. . .   For Alzheimer's, I used the total vascular event rate as the underlying rate which you are looking for a 50% reduction from. . .   There is a sizable chance, 46%, that you could miss a 50% reduction.   But that is in terms of significance of the difference between groups.   This means that there is a 46%

---

[148] PX43 (March 27, 2000 Merck press release: Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes with Vioxx) at MRK-AKO0006009.

[149] PX433 (May 1998 Merck Scientific Advisors Meeting) at MRK-SHAA0572408 ("It is unlikely that any of the individual trials with Vioxx will have sufficient power to determine whether coronary events are increased or decreased by COX-2 inhibition.   It is therefore proposed that coronary events be predetermined endpoints in all future controlled trials with Vioxx and the 'back-up' COX-2 inhibitors.   Furthermore, it is proposed that these endpoints be assessed by a uniform set of criteria so that meta-analysis of coronary and cerebrovascular events from all of these trials can be performed.").

chance that the pvalue for difference in the 2 groups would be >0.05."[150]

105.    Also, on May 1, 2000, Dr. Reicin emailed Merck statistician James Bolognese, stating that "Roger Perlmutter asked what the chance was that we would have missed seeing a true reduction in CV events in the Phase III OA studies?   Assume that the true reduction in events is 75%, 50%, 40%."[151]   Bolognese subsequently responded that, "Chances of NOT seeing a sig[nificant] diff[erence] from 0.5%/yr are very large (91%=100-9%) when the true reduction is 75%, and larger when the true reductions are lower.   In other words, if NSAIDs are truely [sic] associated w/ a reduction in rates vs. VIOXX and the true VIOXX rate is 0.5%/yr, then it is not surprising that we didn't see a sig. diff. in OA phase III, since the number of patient years was so small (power for seeing a sig. diff was low; i.e., chance of NOT seeing a sig. diff. high)."[152]

106.    In addition, while Merck has stated that its analysis of the Alzheimer's trials was reassuring regarding the safety of Vioxx, internal Merck documents are to the contrary. Specifically, on Sunday, March 12, 2000, days after unblinding the VIGOR results, Merck partially unblinded adverse event data from Protocol 078, the Merck trial designed to study whether treatment with Vioxx could delay the onset of Alzheimer's disease (discussed in detail below), in order to assess whether there was a difference in cardiovascular events between Vioxx

---

[150] PX337 (March 16, 2000 Email from D. Shapiro to A. Reicin, E. Barr and L. Oppenheimer) at MRK-AGT0002794.  *See also* Shapiro Tr. at 192:14-193:6 ("Q. So when a statistician refers to the chance of something being missed, what is that a reference to?   A. Based on the size of the trial and the event rate, that is accurate.   Q. And 'that is accurate' means?   A. That's the chance you could miss it.   Q. And 'that' in this case is a sizable chance?   A. Yes.   Q. You could miss a true effect?   A. Yes.   Q. And if the effect was smaller, the chance of missing it would be even higher?   A. Yes.").

[151] PX336 (May 1, 2000 E-mail from J. Bolognese to A. Reicin) at MRK-AAB0061644.

[152] *Id.   See also* Shapiro Tr. at 193:7-193:19 ("Q. So if we go back to [PX]336, that was the one discussing the OA population two months later, is that referring to a similar issue, the chance of not seeing a true affect?   A. Yes.   Q. So when this one says that's very large, I'm also understanding that correctly, that there's a very large chance, even if there's a true effect in the OA population, that there's a large chance of missing that?   A. Yes.").

and the placebo arm in that trial.[153]   The unblinding examined the number of events in Treatment A versus Treatment B to ascertain whether there was a difference between them.   As an initial matter, I find that such an interim, previously-unplanned unblinding is contrary to clinical trial best practices and could have the effect of introducing bias into the conduct of the trial.

107.   Dr. Scolnick testified that the unblinded results from the Alzheimer's trials led him to "breathe an enormous sigh of relief" and conclude that "naproxen is cardio-protective."[154] However, the internal Merck documents tell a different story.   The notes from a March 13, 2000 meeting that included Drs. Scolnick and Reicin, discussed above, read that, even after the unblinded Alzheimer's data was communicated within Merck, the "issue is differential effect on prostacyclin v. thromboxane."[155]   In addition, notes of a March 20, 2000 teleconference read that Scolnick's comments included that the "Letter to investigators should include Fitz[G]erald article making clear it is a class effect."[156]   In other words, Dr. Scolnick was advising others at Merck to make clear to the investigators in ongoing Vioxx trials that the adverse findings in VIGOR were an effect tied to work by Dr. FitzGerald that would be seen across COX-2 inhibitors, not just Vioxx. It is my opinion that this would only make sense if Dr. Scolnick were talking about the characteristic of COX-2 inhibitors identified by Dr. FitzGerald in his papers on Vioxx and Celebrex (i.e., the inhibition of COX-2 and not COX-1 and its impact on thromboxane and prostacyclin) rather than focusing on an effect that was specific to naproxen.[157]

---

[153]   PX706 (March 11-13, 2000 Meeting Notes) at MRK-JAF0025848-49.

[154]   Scolnick Tr. at 157:12-15.

[155]   PX706 (March 11-13, 2000 Meeting Notes) at MRK-JAF0025849.

[156]   PX812 (March 20, 2000 Teleconference Notes) at MRK-ABT0030123.

[157]   Dr. Scolnick testified that the reference to the "Fitz[G]erald article" and the "class effect" was to how, after VIGOR, "it became clear to us that we would have to allow physicians to use aspirin in use with Vioxx because it did not block platelets."   Scolnick Tr. at 180:15-18.   However, as discussed below, Protocol 061 demonstrated the differences between Vioxx and naproxen on platelet aggregation long before VIGOR.

### 3. Merck's Protocol 061 Data Were Not Reassuring

108.    Merck also relied on its Protocol 061 to explain that the difference in MIs in VIGOR was due to naproxen's cardio-protective qualities because naproxen reduces platelet aggregation for a longer period of time and to a greater extent than Vioxx or other NSAIDs.

109.    Protocol 061, completed in early 1998, was a partially blinded, randomized, parallel group, placebo controlled study to assess the selectivity of Vioxx, diclofenac, ibuprofen, naproxen and meloxicam on COX-1 versus COX-2 activity in female volunteers based on biochemical markers and indices of platelet function.[158]   In Protocol 061, all of the active agents, including naproxen, produced $\geq 65\%$ inhibition of COX-2 activity, which reduced the excretion of $PGI_2$ and $PGE_2$ metabolites, the beneficial prostaglandins.[159]   This is what Vioxx does selectively to increase patients' cardiovascular risk.   Therefore, naproxen cannot be considered an aspirin substitute based on Protocol 061, since aspirin would not have reduced the excretion of $PGI_2$ and $PGE_2$ metabolites.[160]

110.    As Dr. Patrono and colleagues later wrote in 2004:   "[T]he clinical relevance of simultaneous suppression of $TXA_2$ and $PGI_2$ by naproxen in patients with cardiovascular disease remains to be determined."[161]

---

[158]  MRK-ABK0042529-754 (Protocol 061 CSR) at 537.

[159]  *Id.* at 539 ("All of the active agents [including naproxen] produce considerable ($\geq 65\%$) inhibition (considering $I_{max}$) of COX-2 activity (based on whole blood LPS-induced $PGE_2$ generation) with respect to placebo").

[160]  In Protocol 061, the mean weighted average inhibition of TxB2 (the metabolite of TxA2) on day 6 after treatment with Vioxx 12.5 mg, Vioxx 25 mg, meloxicam, diclofenac, ibuprofen and naproxen was significantly greater than placebo.   MRK-ABK0042529-754 (Protocol 061 CSR) at 538.   Diclofenac, ibuprofen, and naproxen significantly inhibited platelet aggregation on day 6. *Id.*

[161]  PX468 (Capone ML, Tacconelli S, Sciulli MG, et al.   Clinical Pharmacology of Platelet, Monocyte, and Vascular Cyclooxygenase Inhibition by Naproxen and Low-Dose Aspirin in Healthy Subjects.   *Circulation.*   2004; 109: 1468-1471) at MRK-SHAA0573410.

### 4.    Data Concerning Other NSAIDs Were Not Reassuring

111.    In January 2000 (after Dr. Alise Reicin had received letters from the VIGOR DSMB raising concerns about the importance of reporting the cardiovascular findings of VIGOR, and prior to the unblinding of the VIGOR results in March 2000), Dr. Reicin asked Dr. Patrono, someone she recognized as an expert at the time,[162] whether Dr. Patrono understood that NSAIDs could be cardio-protective.[163]    According to Dr. Reicin, Dr. Patrono responded that he "didn't think that NSAIDs could inhibit platelet aggregation … for a long enough period of time to do that."[164]

112.    Dr. Patrono's January 2000 statement to Dr. Reicin is supported by the unpublished data in Dr. Patrono's own medical journal article at the time, concerning whether NSAIDs had cardio-protective effects.   On March 24, 2000, in the wake of the VIGOR results, Dr. FitzGerald emailed Merck's Dr. Alan Nies the unpublished data from Dr. Patrono's paper.[165]   Dr. FitzGerald wrote in his email that, "individual nsaids had no significant effect on either fata[l], nonfatal or total [MIs].   [A]mongst these INSIGNIFICANT effects, naproxen looked best 0.33 (0.07-1.4) but was closely followed by ibuprofen 0.57 (0.2-1.6)."[166]   Dr. FitzGerald testified that he wrote the word "INSIGNIFICANT" in all caps format in order to stress to Dr. Nies that naproxen's effect was not significant.[167]   Dr. FitzGerald's email continued:   "[D]iclofenac tended to be worse 1.66 (0.99-2.76).   [T]here were no sig [significant] diffs [differences] between the nsaids.   [T]his is

---

[162]  Reicin Tr. at 74:10-20.

[163]  *Id.* at 70:9-13.

[164]  *Id.* at 72:10-15.

[165]  While the Patrono paper was subsequently published, that published version did not include the specific data that Dr. FitzGerald sent to Dr. Nies.   PX531 (Garcia-Rodriguez, LA, Varas C and Patrono C.   Differential Effects of Aspirin and Non-Aspirin Nonsteroidal Antiinflammatory Drugs in the Primary Prevention of Myocardial Infarction in Postmenopausal Women. *Epidemiology.* 2000; 11(4):382-387).

[166]  PX 444 (March 24, 2000 E-mail from A. Nies to B. Gertz and A. Reicin) at MRK-AAC0046632.

[167]  FitzGerald Tr. at 75:6-11.

the best comparative clin data on MI and NSAID that I am aware of."[168]   Dr. FitzGerald also

testified that it was true at the time that this was in fact the best comparative clinical data on MI and

NSAIDs of which he was aware.[169]

113.    On April 3, 2000, Dr. Patrono also advised Merck by email that, "I do not think that

a 'protective' effect of N [naproxen] can be inferred from our Epidemiology paper, because … the

main indication for NSAID prescription in this study was OA, and NSAIDs are unlikely to be

prescribed continuously in this setting.…    It is unlikely that even the most effective

non-ASA-COX-1 inhibitor (eg Naproxen) will produce clinically detectable antithrombotic

effects comparable to those observed after 3-5 years of continuous aspirin use."[170]

114.    Shortly after the unblinding of VIGOR, Dr. Reicin was able to find only one article

on an NSAID, flurbiprofen, used in France, to support a potential cardio-protective effect of the

entirely different NSAID, naproxen.[171]   The study, by Brochier,[172] tested flurbiprofen in patients

after successful treatment for acute MI by thrombolysis and/or coronary angioplasty.   In the

Brochier trial, flurbiprofen showed prevention of reinfarction and reocclusion of the infarct-related

artery.   However, this study cannot serve as proof of Merck's argument of the benefits of

naproxen.   First, all NSAIDs are not the same, and flurbiprofen may or may not be similar to

naproxen.   There was no comparison between flurbiprofen and naproxen.   Second, the

population tested in the Brochier trial was individuals who were post-thrombolysis or angioplasty,

---

[168]  PX 444 at MRK-AAC0046632.

[169]  FitzGerald Tr. at 75:12-20.

[170]  PX447 (April 5, 2000 E-mail from M. Laurenzi to B. Daniels and others) at MRK-IMKN0002463-464.

[171]  PX442 (March 13, 2000 E-mail from A. Reicin to E. Scolnick and A. Nies) at MRK-ABH0017388.

[172]  PX732 (Brochier ML, Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction. The Flurbiprofen French Trial.   *Eur Heart J.* 1993; 14(7):951-7.) at MRK-AIY00001073-1079.

which is not at all similar to the RA population that was tested in VIGOR.   Third, in the October

2000 notes of Merck's meeting with its outside consultants, Dr. Patrono described the flurbiprofen

study as a "small French trial" with "30 events only" that "had 30% power for 50% reduction."[173]

The Brochier study therefore does not support the alleged cardio-protective effect of naproxen.

115.   In support of the naproxen hypothesis, Merck also relied on a study by Fornaro, et

al., with another NSAID, indobufen (which is not sold in the United States), which concluded that,

"indobufen may reduce the risk of ischemic events in patients with heart disease associated with an

increased risk of embolism."[174]   Just as with the flurbiprofen trial discussed above, this trial was

performed with a different drug in a high-risk patient population different than the one studied in

VIGOR.   The study by Fornaro, et al., was a test of indobufen to prevent clot development and

emboli (travel of the clot in the bloodstream) in a wide mix of patients.[175]   Certain of the patients

tested with indobufen had atrial fibrillation, an arrhythmia (fast heart beat from the top part of the

heart, the atria) that predisposes to clot formation in the atria by a totally different mechanism than

the clots formed in the coronary artery from coronary artery disease.   The rest of the patients had

"potential source of embolism: idiopathic dilative cardiomyopathy without congestive heart

failure, mitral valve prolapse, asymmetrical septal hypertrophy, or previous myocardial infarction

($\geq$1 month) with residual ventricular dyskinesia."[176]   In that study, Fornaro found that indobufen

performed better than placebo:  "The frequencies of primary end points (fatal and nonfatal) were

6.1% and 17.3%, respectively, in the indobufen and placebo groups (p<0.05) for a reduction of

65% in the risk of a primary event (indobufen/placebo relative risk, 0.35; 95% confidence limits,

---

[173] PX332 (October 30, 2000 VIGOR Consultants' Meeting Notes) at MRK-YAD0000603.

[174] Fornaro G, Rossi P, Mantica PG, Caccia ME, et al. Indobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study.  *Circulation.* 1993; 87(1): 162-4 at 162.

[175] *Id.*

[176] *Id.* at 162.

0.14-0.89)," but they did not compare indobufen against aspirin or naproxen.   This article does not support the alleged benefit of naproxen on which the naproxen hypothesis was based.   As with flurbiprofen, there is no evidence that indobufen is similar to naproxen.

116.   In addition, a review article on indobufen by Wiseman, et al.,[177] noted that indobufen is an isoindolinyl phenyl-butyric acid derivative, which inhibits platelet aggregation by reversibly inhibiting the platelet cyclooxygenase enzyme, with effects largely gone in 24 hours. That makes indobufen different from aspirin, acetylsalicylic acid (which irreversibly inactivates cyclooxygenase enzyme, acting preferentially but not exclusively on platelet COX 1, as an acetylating agent during which an acetyl group covalently attaches to a serine residue in the active site of the COX enzyme).

117.   As further support for the naproxen hypothesis, Merck relied on an article by Cataldo, et al., which was a combination of two prospective, randomized, double-blind clinical trials in preventing occlusion of saphenous vein coronary artery bypass grafts (CABG) 1 year after surgery.[178]   Patients were randomized to indobufen 200 mg twice daily or aspirin 325 mg and dipyridamole, 75 mg three times daily.   The study concluded that indobufen was as effective as a combination of aspirin with dipyridamole in terms of graft patency.   Once again, this study cannot be used to explain the VIGOR MI difference.   First, graft occlusion was in the venous system, not in the coronary arteries of patients with rheumatoid arthritis and the mechanisms of vascular occlusion differ.   Second, the study compared indobufen against two drugs, aspirin and dipyridamole.   Finally, there is no comparison of naproxen and indobufen to be able to state that

---

[177]   MRK-ABY0017735-754 (Wiseman LR, Fitton A, Buckley MM.   Indobufen. A review of its pharmacodynamic and pharmacokinetic properties, and therapeutic efficacy in cerebral, peripheral and coronary vascular disease.   *Drugs*. 1992; 44(3):445-64).
[178]   PX735 (Cataldo G, Heiman F, Lavezzari M, Marubini E.   Indobufen compared with aspirin and dipyridamole on graft patency after coronary artery bypass surgery: results of a combined analysis.   *Coron Artery Dis*. 1998;9:217-22.) at MRK-ABY0014109-114.

they would act similarly to one another.

118.   It is my opinion that there are little data to support a conclusion that the results of VIGOR were due to a lowering of MIs by naproxen.  As discussed above, by the time Merck received the results of the VIGOR study, it had sufficient information to conclude that Vioxx increased CV risk.

### C.   Protocol 090

119.   Protocol 090 randomized 978 subjects with OA of the knee to 12.5mg per day of Vioxx versus nabumetone (1000 mg per day) versus placebo.   In this study using half the usual 25mg Vioxx dose, there were six serious cardiovascular events in the Vioxx arm versus two in the nabumetone arm and one in the placebo arm.[179]   This increase in cardiovascular adverse events compared to placebo would be concerning by itself, but when considered with the results of VIGOR, it represents the replication of the danger signal, and even more so because the Vioxx dose was half the usual amount.  Additionally, the naproxen cardio-protection hypothesis was inapplicable to Protocol 090, because there was an increase in events in patients taking Vioxx compared to placebo.  Concomitant aspirin use was also permitted in Protocol 090, which may partially explain the low overall number of cardiovascular events in the trial.[180]   In general, when trying to establish the efficacy of a new therapy, scientific consensus panels look for replication of effects in more than one RCT.  Data replication is a necessary condition to giving a strong recommendation in favor of (or against) a given therapy, and a cornerstone of evidence-based medicine.

120.   The evidence of cardiovascular toxicity observed in Protocol 090 represents the validation of the danger signal seen in VIGOR, increasing the strength of the evidence to a very

---

[179]  MRK-AAD0039908-40269 (Protocol 090 CSR) at 40024.
[180]  *Id.* at 39933.

high level represented by data derived from two randomized clinical trials at that time.

121.    The Stage 0 Product Development Plan for Vioxx provided that Protocol 090 (described in the Plan as a Vioxx "Phase III Nabumetone Comparison" trial) was initially planned to be completed by "2Q98," which was before Merck first marketed Vioxx.[181]   However, the final deadline for the collection of data from Protocol 090 turned out to be June 21, 1999, which was after the FDA had already approved Vioxx.   The FDA thus did not have available to it the data from Protocol 090 when it was considering whether or not to approve Vioxx.

122.    Merck also had evidence in October 2000 that Vioxx increased MIs based on an internal meta-analysis focused on that endpoint.[182]   In that meta-analysis, there was a statistically significant increase in the incidence of MIs in patients taking Vioxx versus patients taking NSAIDs.[183]   Thus, the data from Protocol 090, along with the outcome of VIGOR, should have been more than sufficient for Merck to have withdrawn Vioxx from the market.   If Merck chose to leave the drug on the market, it should have re-labeled Vioxx with a black box warning.

D.    **ADVANTAGE**

123.    ADVANTAGE was a 3 month OA trial comparing GI safety of 25 mg Vioxx versus 500 mg naproxen twice a day, completed in 2000.[184]   The study permitted use of low dose aspirin and included patients with more cardiovascular risk factors than VIGOR:   The "study sample included elderly patients with comorbid conditions.   Forty-nine percent had hypertension,

---

[181]   PX413 (MK-966 (COX-2 Inhibitor) Product Development Plan Stage 0 Review) at MRK-SHAA0837800.
[182]    MRK-SHAA0829636-669 (October 18, 2000 Vioxx Preliminary Cardiovascular Meta-Analysis presentation) at 661-669.
[183]   *Id.* at 666.
[184]   MRK-AGV0084979 (Protocol 102 (ADVANTAGE)).

60% had a history of cardiovascular events."[185]

124.   Among aspirin-indicated patients in ADVANTAGE, those taking Vioxx experienced a four-fold increase in cardiovascular events compared with those taking naproxen.[186] This does not support Merck's naproxen hypothesis.  Merck claimed that the difference in cardiovascular events in VIGOR was a consequence of the fact that, among the population requiring cardio-protective therapy, those on Vioxx were denied it, while those on naproxen received it (purportedly from naproxen).   It follows from Merck's claim that, had everyone who needed cardio-protection received it, no difference would have been observed.   The ADVANTAGE results were inconsistent with the naproxen hypothesis.  There, patients in *both* treatment arms who were indicated for aspirin actually received it, yet Vioxx patients experienced adverse cardiovascular events at four times the rate as naproxen patients.   While it is possible that this subgroup is not meaningfully different from the remainder of the population, I point out that Merck's own argument applied in VIGOR cuts against them in ADVANTAGE.

125.   In the ADVANTAGE trial's non-aspirin indicated subgroup, there was a very small numerical difference in the number of patients taking Vioxx and naproxen who experienced adverse cardiovascular events.   Specifically, in that subgroup, 16 patients taking Vioxx (0.7%), and 14 patients taking naproxen (0.6%) experienced an adverse cardiovascular event.[187]   Merck cardiologist Dr. Eliav Barr testified that Merck would have expected to find a difference in the

---

[185]   MRK-SHAA298889-899 (Lisse JR, Perlman M, Johansson G, et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis: a randomized, controlled trial. *Ann Intern Med.* 2003; 139(7):539-46) at 889.

[186]   MRK-PUBLIC0000351-413 (November 28, 2001 Medical Officer Review) at 373 (increased incidence of cardiovascular events in patients indicated for low-dose aspirin who took Vioxx (2.0%) versus naproxen (0.5%)).

[187]   *Id.*

non-aspirin indicated subgroup.[188]   Indeed, when Dr. Scolnick learned the cardiovascular results of ADVANTAGE, he wrote that they "compromised the gorgeous Vigor study, the labeling we had wanted, and put us in a terrible situation" – i.e., the position of Merck needing to explain why there was not an observed cardio-protective effect of naproxen in ADVANTAGE whereas there purportedly was one in VIGOR.[189]

126.    In order to explain the lack of a "naproxen" effect in that trial, Merck focused on the lack of the study's power to detect a statistically significant cardiovascular risk.   The published ADVANTAGE study paper states:  "Although our study was not powered to make definitive conclusions, we used established Antiplatelet Trialists' Collaboration criteria and blinded adjudication of thrombotic events to assess the incidence of thromboembolic adverse events occurring during the trial.   The results demonstrated no difference between rofecoxib and naproxen; however, there were too few end points to allow us to make authoritative conclusions about the relative effects of these agents on cardiovascular events."[190]

### E.    Merck's Study in African Green Monkeys

127.    It is my opinion, that once Merck obtained study data on Vioxx's impact on time to occlusion in an animal model (in African green monkeys), which raised internal concerns at Merck about Vioxx's pro-coagulant (and, by extension, prothrombotic) properties, Merck should have performed further similar analyses with greater statistical power to determine whether Vioxx was having a clinically-relevant effect on time to occlusion.

128.    An internal Merck email from May of 2000 describes studies in animals that Dr.

---

[188]  Barr Tr. at 155:5-8 ("I would have expected everyone to have benefit to some degree from naproxen versus rofecoxib on the antiplatelet side.").

[189]  PX828 (April 7, 2001 E-mail from E. Scolnick to D. Greene) at MRK-ACR0009150.

[190]   MRK-SHAA298889-899 (Lisse JR, Perlman M, Johansson G, et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis: a randomized, controlled trial. *Ann Intern Med.* 2003; 139(7): 539-46) at 895.

Benedict Lucchesi of the University of Michigan had performed at the time using Celebrex and an animal model using electrical injury of a coronary artery to predispose it to clotting. The findings of Dr. Lucchesi's work on dogs using an electrical injury model included that, "Dogs dosed with celebrex for 3 days at 1 mg/kg BID PO up to time of anesthesia and study displayed a reduction in time to occlusion compared to vehicle controls (ie, occluded more rapidly; *prothrombotic*)."[191] In other words, in the setting of a vascular injury, blocking prostacyclin production with a COX-2 inhibitor predisposed the artery to clot. Upon receiving the email describing these findings, Merck's Dr. Scolnick wrote that, "[i]f at all possible we [Merck] should do the studies. *[T]oo important*."[192]

129.    On January 8, 2001, Merck reported to the FDA the results of its study in African green monkeys using electrically-induced intravascular thrombus formation in the carotid artery and jugular vein.[193]   In its summary of the results, Merck wrote that it had conducted the study "to address concerns expressed by the FDA regarding cardiac events seen in a subset of high risk cardiovascular patients in the VIGOR trial."[194]   The study involved treating monkeys in five separate groups (with 9-10 monkeys/group) with either placebo, collagen (a prothrombotic agent known to induce platelet aggregation used as a positive control), aspirin (the antithrombotic control for the model), Vioxx or Celebrex for five days.   Then, "[e]ndothelial injury was initiated simultaneously to the carotid artery and jugular vein by the application of continuous electrical current to the intimal surface of the vessels."[195]   (Although the vessels are different from the Lucchesi study noted above, the type of injury was similar.)   The "primary readout" of the study

---

[191]   MRK-ACN0000489 (May 1, 2000 E-mail from E. Scolnick to R. Gould).
[192]   *Id.*
[193]   PX124 (January 8, 2001 Response to FDA Request for Information) at MRK-ANR0001904.
[194]   *Id.* at MRK-ANR0001909.
[195]   *Id.* at MRK-ANR0001914.

was the "time to occlusion," which means the time in which it took for each monkey's injured carotid artery and jugular vein to clot and reduce blood flow to zero.[196]   This study also determined whether treatment with Vioxx increased or decreased the time it took for the site of injury to stop bleeding, in comparison to the placebo, collagen, aspirin and Celebrex.   If Vioxx slowed the monkeys' bleeding in comparison to those treatments, then this would be an indication of Vioxx's pro-aggregatory (and, by extension, prothrombotic) properties.

130.   As shown in the chart below (**Figure 5**) reflecting results of the carotid artery primary endpoint, the African green monkey study showed that, from the standpoint of statistical significance, "Neither Vioxx nor Celebrex were different from the placebo group in carotid artery TTO [time to occlusion];" and "aspirin had an antithrombotic effect and Vioxx and Celebrex neither promoted nor inhibited thrombosis in this model."[197]

| Table 3.  Thrombosis Study:  Time to Occlusion (minutes) in the Carotid Artery and Jugular Vein | | |
|---|---|---|
| | *Carotid Artery* | *Jugular Vein* |
| Placebo, n=9 | 85.3±8.7 | 96.1±9.8 |
| Collagen, n=9 | 51.0±10.7* | 70.8±7.3 (n=8) |
| Aspirin, n=9 | 136.3±22.7** | 124.4±26.1 |
| Vioxx, n=10 | 71.5±6.2 | 94.0±12.0 |
| Celebrex, n=9 | 78.7±9.6 | 93.3±14.5 |

Values are Mean ± SEM
*trend towards significantly < placebo, Dunnett's test
(collagen *vs.* placebo unpaired t-test p-value <0.05)
** significantly > placebo, Dunnett's test, p<0.05

**Figure 5**.   African Green Monkey Thrombosis Study: Carotid Artery and Jugular Vein Time to Occlusion.[198]

131.   While Merck informed the FDA that the African green monkey study showed "that

---

[196]  *Id*. at MRK-ANR0001914.
[197]  *Id*. at MRK-ANR0001916.
[198]  *Id*. at MRK-ANR0001916.

Vioxx had neither prothrombotic nor antithrombotic effects," Merck internally described the relevance of the data as "unclear" and "not very flattering for VIOXX."[199]   As a result, Merck internally decided that the data from the African green monkey study were "not supposed to be published."[200]   At the July 25, 2001 Publications Task Force meeting, attendees discussed how the study showed that, while in the study "VIOXX has no statistically significant pro-thrombotic effects," "its time to occlusion is slightly lower than placebo and celecoxib, yet higher than collagen," and that "[t]his trend could be misinterpreted that VIOXX is prothrombotic."[201]

132.   Merck also internally stated that the study was not adequately statistically powered to detect the differences in TTO between Vioxx and the comparators.[202]   Indeed, even the difference between placebo and collagen (prothrombotic control) was not statistically significant (and only "trend[ed] towards significantly < placebo").[203]   Since collagen was the negative control, I would have expected that such negative control would have shown a statistically significant difference with placebo if the study were adequately powered, which it was not.   In my opinion, the results of this study are insufficient to exclude a prothrombotic effect of COX-2 inhibition, as was shown in the Lucchesi study.   If Merck had performed an adequately-powered study, it is possible that the non-statistically significant decreases in TTO for Vioxx, Celebrex and collagen (versus placebo) may have been statistically significant.   Indeed, the minutes of the July 25, 2001 Vioxx Publications Task Force meeting reflect a concern along those same lines, and

---

[199]   PX125 (July 8, 2001 E-mail from B. Morrison to R. Sperling and B. Gertz) at MRK-SHAA2018011.

[200]   PX674 (July 11, 2001 E-mail from B. Morrison to B. Gertz) at MRK-AAC0055295, 294.

[201]   PX126 (July 26, 2001 E-mail from D. Stapleton to J. Bolognese and others) at MRK-AAC0056639.

[202]   See, e.g., PX127 (July 16, 2001 E-mail from R. Gould to W. Dixon) at MRK-AAC0055642 (The results "are not as strong for the lack of prothrombotic effect since one could certainly argue that we were underpowered to pick up a small prothrombotic signal").

[203]   PX124 (January 8, 2001 Response to FDA Request for Information) at MRK-ANR0001916.

state that "some Merck people worry that readers might assume that the study is underpowered to pick up subtle prothrombotic effects, and that with additional monkeys, Vioxx could be statistically significantly different than placebo and therefore potentially prothrombotic."[204] Those minutes also add, as a "post meeting note," that "[t]he abstract [publishing the African green monkey data] was requested to be pulled from the AHA [American Heart Association] meeting."[205]  It is also my opinion that, consistent with best practices of clinical practice, Merck should have published the African green monkey data and allowed doctors and the public to decide the meaning of its findings.

133.    There is no evidence that Merck performed an adequately-powered study of Vioxx in green monkeys.  It is my opinion that Merck should have done so.  Given that this type of study often leads to death of the green monkeys, and if Merck had a limited supply of such monkeys, a study could have been more adequately powered by removing certain of the control and comparator arms and increasing the number of monkeys in the placebo and Vioxx arms.

134.    In sum, I find that the suggestions by Merck's consultants of further studies that Merck should have performed would have helped provide valuable information to Merck about Vioxx's mechanism of action and how it increased patients' cardiovascular risk.  At the very least, these studies would have shed light on how Vioxx worked as a function of COX-2 inhibition. At the most, the studies should have delayed the launch of Vioxx, or resulted in Merck deciding not to market Vioxx.

F.    **Merck's Tylenol Study**

135.    In March 1989, a Swedish study found that Tylenol, known as acetaminophen (and abbreviated as "APAP"), "caused a marked reduction of prostacyclin synthesis for 6-8 hours

---

[204] PX126 (July 26, 2001 E-mail from D. Stapleton to J. Bolognese and others) at MRK-AAC0056639.
[205] Id.

without any obvious effect on the thromboxane synthesis."[206]   By at least January 1998, in the wake of learning the results of Protocol 023, Merck internally recognized the Swedish Tylenol study's results and planned to replicate them.[207]   Specifically, on January 12, 1998, Merck's Dr. Barry Gertz wrote to Anthony Ford-Hutchinson (then the head of research at Merck Frosst in Canada): "Alan [Nies] had found a paper [the Swedish Tylenol study] which aledged [sic] to have shown that APAP [i.e., acetaminophen, or Tylenol] produces a sharp reduction in urinary PGI-M . . . . Clearly if this was real we would be less worried."[208]   A day later, Dr. Scolnick also wrote to Dr. Ford-Hutchinson stating, "Reynold/Barry found a paper which purports that tylenol alos [sic] knocks down prostacyclin in urine ands [sic] not thromboxane.  NO ONE knows how tylenol works . . . . if it is true we MUST find out how it works."[209]   In other words, this means that, in view of Protocol 023, if Tylenol had the capability of decreasing the prostacyclin metabolite while having no impact on the thromboxane metabolite, this would allow Merck to draw comparisons between Vioxx (whose cardiovascular safety was internally being called into question) with Tylenol (which is a widely-used over-the-counter pain reliever with very good overall safety, including cardiovascular safety).  Merck thus internally suggested the following month that it conduct a study involving Vioxx and acetaminophen.

136.   In February of 1998, Merck's Dr. Nies wrote, that "[t]he only clinical study planned at present is to measure the PGIM excretion in volunteers treated with lower doses of Vioxx (25 and 12.5 mg).  A probable experiment is to determine the effect of acetaminophen on

---

[206]  PX 426 (December 2, 2004 E-mail from D. Riendeau to S. Roy and others) at MRK-ANR0012263.
[207]  PX425 (January 12, 1998 E-mail from B. Gertz to A. Ford-Hutchinson) at MRK-ADL0001533.
[208]  *Id.*
[209]  PX427 (January 13, 1998 E-mail from E. Scolnick to A. Ford-Hutchinson) at MRK-ABH0014002.

PGIM."[210]   Dr. Howard Greenberg, at Thomas Jefferson University, proposed such a study, and

Merck's Medical School Grant Program Review Committee for VIOXX approved it.[211]

137.   After completing the study, which tested three times more patients than the prior

study, Dr. Greenberg wrote to Merck that he was surprised by its findings.[212]   On February 18,

2000, he wrote to his fellow abstract authors at Merck that in Merck's study of Tylenol:   "The

effect of acetaminophen [Tylenol] was somewhat surprising – we did find an effect on PGIM as

expected, but we also saw a statistically significant effect on 11-dehydro-TxB2 after one dose, and

some though not statistically significant effect after 5 days of TID [three times a day] dosing – this

was not expected."[213]   As the draft poster at the time for the study's presentation also stated,

"acetaminophen significantly reduces urinary PGIM, confirming previous suggestions that

acetaminophen inhibits $PGI_2$ synthesis . . .   Acetaminophen also reduces 11-dehydro-TxB$_2$ . . .

which differs from previous findings."[214]   This means that Merck's study showed that Tylenol did

not have the same effect as Vioxx on the balance between the prostacyclin and thromboxane

metabolites.   However, as discussed below, Merck did not publish that version of the poster, nor

did the published abstract for its Tylenol study disclose Tylenol's impact on the thromboxane

metabolite.

138.   Indeed, it appears that a Merck employee was himself misled by the published

abstract's failure to include the study's finding that Tylenol had reduced the thromboxane

metabolite.   On April 16, 2000, in the wake of the adverse VIGOR results, when Merck was

---

[210]   PX423 (February 17, 1998 E-mail from A. Nies to R. Silverman and others) at
MRK-SHAA0572308.
[211]   PX428 (September 15, 1998 Letter from M. Laurenzi to H. Greenberg) at MRK-ADL0001545.
[212]   PX424 (February 18, 2000 E-mail from H. Greenberg to J. Schwartz and others) at
MRK-ADL0085558.
[213]   *Id.* at MRK-ADL0085558.
[214]   *Id.* at MRK-ADL0085561.

actively searching for support for its claims that Vioxx was safe, Merck's Jeffrey Melin, Associate Director of Medical Services, wrote to Dr. Jules Schwartz, who had worked on Merck's Tylenol study that, "We are trying very hard to compare Vioxx to acetaminophen with respect to each drug's effect on systemic (and endothelial) prostacyclin synthesis.  We are using your data.  I would greatly appreciate your comments on what we have created."[215]  Schwartz responded, "I am concerned that something could be missing here in your material.  Acetaminophen in the multiple dose study also inhibited TXB2.  There was a large placebo response but nevertheless the data shows the balance.  Celebrex and VIOXX appear to inhibit only the PGI2 and this is the way it is expected to be.  Therefore, there is a balance when acetaminophen is used but not when the coxibs are administered.  You could be challenged and placed in a tough situation when you have to respond.  Have you thought of this issue?"[216]  Melin responded, "I do not have any data on the effects of acetaminophen on TxB2 production.  I would never have purposely neglected to include this data.  I just went over your abstract and there is no numerical information on this.  Can you provide me with data and also a pertinent reference to put this information into perspective.  If the effect on TxB2 is mild, we may still have a valid argument."[217]  Schwartz then responded, "I am running into some conflict on this.  [Barry Gertz] discussed the issue with Alan Nies and they agreed that the information from the acetaminophen study should not be distributed to the outside at this time."[218]

139.   The abstract of Merck's Tylenol study, as published, only makes reference to how Tylenol reduced the prostacyclin metabolite (which was favorable to Merck because it could allow Merck to draw a favorable comparison between Tylenol and Vioxx) and does not refer to how

---

[215] PX429 (April 17, 2000 E-mail from J. Schwartz to J. Melin) at MRK-AHO0156452.
[216] *Id.* at MRK-AHO0156452.
[217] *Id.* at MRK-AHO0156451.
[218] *Id.* at MRK-AHO0156451 (emphasis added).

Tylenol also reduced the thromboxane metabolite (which, if disclosed, would have been unfavorable to Merck's ability to draw comparisons between Tylenol and Vioxx).[219]   In addition, the published poster makes no mention of the unfavorable thromboxane results in Merck's study.[220]   Instead, it reads:  "Although acetaminophen produces inhibition of $PGI_2$, but *has not been reported to inhibit $TXA_2$ biosynthesis in vivo*, it has a relatively favorable safety profile, has not been associated with increases in thromboembolic or other cardiovascular disease risk, and is not contraindicated in patients with thromboembolic or cardiovascular diseases."[221]   The poster also reads, "Acetaminophen is not known to inhibit the biosynthesis of $TxA_2$, whereas previous studies suggest that acetaminophen may inhibit the production of $PGI_2$ *in vivo*.   Thus, acetaminophen may represent an example of an agent that produces unbalanced inhibition of PGI2 without an apparent increased risk of thromboembolic or other cardiovascular complications."[222] The statement that Tylenol produced an unbalanced inhibition of PGI2 was directly contrary to the unreported findings of Merck's own Tylenol study regarding Tylenol's unexpected inhibition of TxA2.  It is my opinion that the manner in which these data were reported was scientifically improper because of how it reported incomplete data that led to misleading conclusions.

140.    Merck also failed to share the complete results of its Tylenol study, i.e., that thromboxane metabolites were reduced also, with its own BSA, after Merck had specifically earlier flagged to the BSA the importance of Merck investigating the impact of Tylenol on the

---

[219]  MRK-AIY0003037-038 (Abstract of Merck's Tylenol study (Greenberg H, Schwartz J, Waldman S, Gelmann A, O'Neill K, Tanaka W, Gottesdiener B, Musser B, Gertz B. Acetaminophen (A) Inhibits Prostacyclin ($PGI_2$) Synthesis *In Vivo. Clinical Pharmacology & Therapeutics.* 2000; 67:2.) at 037.
[220]  MRK-AAC0162185-207 (November 28, 2004 E-mail from J. Schwartz to B. Gertz) at 204.
[221]  *Id.* at 204.
[222]  *Id.* at 191.

body.[223]

141.     Merck's one-sided presentation of these study results was contrary to the best practices of clinical trial conduct, which require that a trial sponsor disclose all of the results of its studies, regardless of whether they are favorable or unfavorable to its products.   The fact that Tylenol also impacts the body differently than Vioxx also should have removed any early reassurance Merck might have derived from a similarity between Tylenol and Vioxx.

G.     **The Alzheimer's Studies**

142.     Merck also performed three trials (Protocols 078, 091 and 126) in subjects with Alzheimer's disease or mild cognitive impairment.   Merck has relied on the data from the Alzheimer's studies as a source of reassurance that Vioxx did not represent a cardiovascular risk. As discussed below, this conclusion was unjustified.   It is my opinion that the statistically significant increase in mortality in patients taking Vioxx in the Alzheimer's trials was a red flag to Merck that Vioxx was unsafe.   Instead of making full disclosure of that fact and modifying its public support for the safety of Vioxx, Merck changed its pre-specified approach to reporting the numbers of deaths in those studies, which masked the data showing statistically significant increased mortality in patients taking Vioxx.

143.     Protocol 078 was a 48-month study in male and female patients ages 65 and older to evaluate the efficacy of Vioxx 25 mg compared to placebo for the prevention of Alzheimer's disease in patients with mild cognitive impairment.[224]   While the original protocol did not permit

---

[223] Oates Tr. at 62:7-13 ("[W]ere you aware of the fact that when Merck tested [Tylenol ...], they found an effect not just on PGIM, but also on the thromboxane metabolite?"   "I'm unaware of that."); PX431 (August 13, 1998 Dr. Alan Nies' Writeup for Meeting of BSA) at MRK-SHAA0568920 (April 13, 1998 Attachment to the Vioxx Project Team Minutes regarding Dr. Alan Nies's Writeup for Meeting for Board of Scientific Advisors: "[A]cetaminophen has been reported to reduce the urinary excretion of PGIM without affecting thromboxane metabolite excretion and this finding will be confirmed by Clinical Pharmacology.").
[224] MRK-AKN0012892-3282 (Protocol 078 CSR) at 2915-2916.

patients to take aspirin, on April 11, 2000, after the preliminary results of the VIGOR trial were learned, the protocol was amended to allow patients to use cardio-protective doses of aspirin for those who developed a need for it after randomization.[225]   The last patient out of the study was April 23, 2003.[226]   By the end of the trial, the percentage of patients who took concomitant aspirin was 31.7% in the Vioxx group and 29.9% in the placebo group.[227]

144.    It is my opinion that Merck's addition of low-dose aspirin to ongoing Vioxx clinical trials, particularly when such aspirin use would confound the trial's ability to detect a statistically significant difference on the primary endpoint of the trial, was an acknowledgement that Vioxx posed a cardiovascular risk, which was publicly masked by Merck's stated support for the naproxen hypothesis.

145.    Protocol 091 was a study in male and female patients ages 50 and older that randomized patients to first either take Vioxx 25 mg or placebo for 12 months.  Then, for an additional 3 months, 10% of the patients taking Vioxx remained on Vioxx, the remaining 90% of the patients taking Vioxx were switched to placebo, and the patients who were originally on placebo remained on placebo.  The purpose of the trial was to evaluate the efficacy of Vioxx 25 mg compared to placebo for slowing the progression of Alzheimer's disease in patients with possible or probable Alzheimer's disease.[228]   According to Merck, the 12-month/3-month trial design "allowed for evaluation of persistence of effect and would potentially differentiate a drug with a symptomatic effect from a drug that slowed clinical deterioration."[229]   As with Protocol 078, the original protocol for Protocol 091 did not permit patients to take aspirin, but on April 5,

---

[225] *Id.* at 2967.
[226] *Id.* at 2974.
[227] *Id.* at 3002.
[228] MRK-ARP0002435-3067 (Protocol 091 CSR) at 2462-2463.
[229] *Id.* at 2476.

2000, after the preliminary results of the VIGOR trial were learned, the protocol was amended to allow patients to use cardio-protective doses of aspirin for those who develop a need for it after randomization.[230]   The last patient out of the study was November 30, 2000.[231]   By the end of the trial, the percentage of patients who took concomitant aspirin was 6.1% in the Vioxx group and 7.2% in the placebo group.[232]

146.   Protocol 126 was "identical in design to Protocol 091 and was designed to replicate that study's results."[233]   Protocol 126 was terminated "early due to lack of efficacy in Protocol 091."[234]

147.   Both Protocols 078 and 091 were conducted on an ITT basis.   In an ITT study, data are gathered and reported based on the initial treatment allocation, not on the duration of the treatment that is actually administered.   In other words, an ***ITT analysis considers all events regardless of whether the patient is on treatment or not at the time of the event***.   An ITT analysis is considered the "gold standard" in clinical trials, in that such an analysis helps to avoid bias that can arise due to discontinuation.   To quote Gibaldi and Sullivan, "Intention to treat analysis seems particularly important when evaluating effectiveness in a trial that has many deviations in protocol resulting from side effects.   Adverse effects may be more common in one treatment group than the other…Removing them from the analysis may leave the groups seriously unbalanced regarding their initial characteristic."[235]

148.   Compliance, in general, was poor in the Alzheimer's studies, making the use of an

---

[230] *Id*. at 2502.
[231] *Id*. at 2565.
[232] *Id*. at 2533.
[233] MRK-AFV0022747- 2978 (Protocol 126 CSR) at 2767.
[234] *Id*.
[235] Gibaldi M, Sullivan S. Intention-to-treat analysis in randomized trials: who gets counted? *J Clin Pharmacol*. 1997; 37: 667-672 at 667-68.

intention-to-treat methodology particularly important.   For example, in protocol 078, only 10.9% of the patients on Vioxx and 16.2% of patients on placebo remained on their study drug for the entire study period.[236]   In Protocol 078, only 61% of patients on Vioxx took at least 80% of their assigned tablets, and 25.8% of these patients took the drug less than 60% of the time.[237]   In Protocol 091, which was only one quarter as long in duration as Protocol 078, 66.8% of the patients on Vioxx and 72.3% of patients on placebo remained on their study drug through 12 months.[238]

149.    Merck also planned to perform an "On-Drug" analysis in Protocols 078 and 091. In an On-Drug study, data are gathered and reported only during the period of time during which treatment is actually administered (or for a short time thereafter).   Merck's On-Drug analysis only included events that occurred while a patient was taking a drug, or up to 14 days after cessation of treatment.

150.    Specifically, the original (and revised) trial protocols for these studies, and corresponding data analysis plans ("DAPs") were worded as follows:

    a.    The December 10, 1997 protocol for Protocol 078 stated:   *"The primary approach for all efficacy and safety analyses will be the 'intention-to-treat' approach*.   All patients will be included in the analysis in the treatment group to which they are randomized, regardless of any protocol violation.   For the evaluation of efficacy, a patient must have at least one double-blind assessment in order to be included in the analysis."[239]

    b.    The May 25, 2000 DAP for Protocol 078 stated:   "Two approaches will be used for AE [adverse event] summary.   First, a primary analysis will include all AEs when patients are on treatment and up to 14 days following discontinuation of test therapy.   *Second, a summary based on intention-to-treat approach will include all AEs regardless of on or off*

---

[236]  MRK-AKN0012892-3282 (Protocol 078 CSR) at 2915.
[237]  *Id.* at 3009.
[238]  MRK-ARP0002435-3067 (Protocol 091 CSR) at 2462.
[239]  PX13 (December 10, 1997 Protocol for 078) at MRK-JAF0009474 (emphasis added).

*study therapy.*"[240]

c.   The November 25, 2002 Revised DAP for Protocol 078 stated: "Two approaches will be used for tabulation of adverse experiences (both will be **based on the [All-Patients-as-Treated] APaT population** defined above). First, a primary analysis will include all adverse experiences occurring when patients are on treatment and up to 14 days following discontinuation of study drug (referred to subsequently as 'on drug'). *Second, a summary based on the ITT approach will include all adverse experiences regardless of whether patients were on or off study drug (referred to subsequently as 'ITT').* Each safety subsection will present the on-drug results followed by the respective ITT results." APaT is defined as "all randomized patients who received one or more doses of test drug therapy (only patients who are documented to have never received study medication are excluded from analyses)."[241]

d.   October 14, 1998 protocol for Protocol 091 stated: "***The primary approach that will be used for all efficacy and safety analyses is the intention-to-treat approach.*** All patients will be included in the analyses in the treatment group to which they were randomized, regardless of any protocol violation. For the evaluation of efficacy, a patient must have at least one double-blind assessment in order to be included in the analysis."[242]

e.   June 22, 2000 DAP for Protocol 091 stated: "For each study time period, 2 approaches will be used for AE summary. First, a primary analysis will include all AEs when patients are on treatment and up to 14 days following discontinuation of test therapy. *Second, a summary based on intention-to-treat approach will include all AEs regardless of on or off study therapy.*"[243]

151.   Based on the foregoing, it is my opinion that Merck pre-specified the safety and efficacy results of Protocols 078 and 091 to be reported on an ITT basis.

152.   The need to report the results of these trials on an ITT basis is also acknowledged in several internal Merck documents. For example, in a January 2001 email, Merck statistician

---

[240] PX14 (May 25, 2000 Statistical Data Plan for Protocol 078) at MRK-AFS0002008 (emphasis added).
[241] MRK-AHD0004880-942 (November 25, 2002 Statistical Data Analysis Plan for Protocol 078) at 903 (emphasis added).
[242] PX39 (October 14, 1998 Protocol for 091) at MRK-I2690000787 (emphasis added).
[243] PX40 (June 22, 2000 Statistical Data Analysis Plan for Protocol 091) at MRK-AWC0008801 (emphasis added). The revised DAP for Protocol 091 contained the same wording. MRK-JAG0001816-869 at 835.

Deborah Shapiro wrote that "one problem with tackling this [analysis using confirmed events, as requested by Merck's Dr. Eliav Barr] for Alzheimer's is that *these studies were true ITT* and data were captured long after discon[uation].   We only use up to 14 days for APTC."[244]   Moreover, in an April 2001 email, Merck statistician Dr. Raymond Bain stated that "[Protocol 078] was designed as an ITT trial i.e., the protocol proposed that patients who discontinued therapy would continue to be followed 'off therapy' for the duration of the trial," and "[the Protocol 091] DAP states that 'All patients who are randomized will be included in the safety analysis.'"[245]   And, in a February 2005 "Response to FDA Request for Information," Merck acknowledged that "Protocols 078, 091 and 126 were *ITT designs* in which patients were encouraged to remain in the study whether or not continuing study medication."[246]

153.   In the Alzheimer's studies, Merck also internally found that there was a violation of the assumption of non-informative treatment discontinuation – i.e., patients in Vioxx trials discontinuing the trials in fact informed the results of the trial.   As Merck statistician Joshua Chen wrote in 2001:

> It was observed from Table 2.4.2 (incidence rate for age and gender subgroups in On-drug analysis) to 1.4.2 (incidence rate for age and gender subgroups in ITT analysis) that the incidence rate was higher (all MK-0966 subgroups and some placebo subgroups) with off-drug follow up. This indicated that the assumption of non-informative drug discontinuation may not be true. In fact, patients who discontinued MK-0966 had greater risk of death than those who stayed on MK-0966. Therefore, results from On-drug analysis need to be carefully interpreted.[247]

154.   This only highlighted the importance of performing an ITT analysis so as to take

---

[244] PX353 (January 29, 2001 E-mail from D. Shapiro to E. Barr and others) at MRK-ACF0004015 (emphasis added).

[245] PX357 (April 2, 2001 E-mail from R. Bain to A. Reicin and others) at MRK-JAK0000973.

[246] MRK-S0420050655-657 (February 8, 2005 Merck response to FDA request for information) at 656 (emphasis added).

[247] PX295 (May 1, 2001 E-mail from J. Chen to R. Bain) at MRK-JAK0013198.

into account the impact that the patients who were discontinuing from the trials were having on their outcomes.

155.    Despite the foregoing, in its July 2001 Safety Update Report ("SUR") filed with the FDA, Merck created a new definition for Alzheimer's mortality events – i.e. "On-Drug – SUR". This post hoc On-Drug – SUR methodology included not only events that occurred while a patient was taking a drug, or up to 14 days after cessation of treatment (original On-Drug definition), but also deaths linked to an event occurring during such timeframe.   As discussed in detail below, this methodology had the effect of masking statistically significant increased mortality in patients taking Vioxx versus placebo.   It is my opinion that Merck's creation of this new method of reporting the Alzheimer's data, based on adverse mortality results in the Alzheimer's studies that were already known within Merck at the time the new method was created, violated best practices of clinical trial conduct.   The On Drug – SUR method itself also introduces into the process of adjudicating the data a significant amount of subjectivity, and it was fraught with potential bias, because it calls for the adjudicator to decide whether or not a death was or was not tied to a prior adverse event.   By contrast, death under either an ITT or pure On Drug analysis cannot be disputed or debated.   Nor can the occurrence of a patient death in a clinical trial go unreported. Whereas a cause of death can be debated, the fact that a death occurred cannot, and Merck internally stated that, in the Alzheimer's trials, the higher incidence of mortality in patients taking Vioxx in those trials was largely driven by an imbalance in, among other things, cardiovascular death.[248]

156.    In an October 31, 2001 internal presentation, Dr. Bain described Merck's post hoc On-Drug SUR as follows:

---

[248] PX31 (April 16, 2001 E-mail from A. Reicin to E. Scolnick) at MRK-JAF0019843.

> On Drug – SUR: Event on study medication and up to 14 days after the last dose of medication including patients who developed SAEs within 14 days of the last dose of study medication and then died more than 14 days after the last dose of study medication [Note: SAE must be continuing past last dose of study medication and SAE must be 'linked' to the mortality event based on clinical judgment.][249]

The events leading up to this change in the reporting of Alzheimer's mortality events are discussed below.

157.    On March 21, 2001, Merck's Dr. Gilbert Block, head of Merck Research Laboratories ("MRL's") Neurology group, and Dr. Reines, Vice President of MRL's Clinical Neurosciences and Ophthalmology group, sent to Dr. Scolnick a memorandum reporting on mortality data in the completed Protocol 091 trial, whose last patient had left the trial in November 2000.[250]   Dr. Block wrote that "an imbalance in the number of deaths was noted, with more deaths occurring in the MK-0966 [Vioxx] group."[251]   The memo reported results from two types of mortality analyses: (1) ITT and (2) On-Drug, which was consistent with the Alzheimer's DAPs. Dr. Scolnick responded, "I want to know when this data was known, by whom including the whom on thw [sic] WBST [Worldwide Business Strategy Team]."[252]   Dr. Scolnick then forwarded the memorandum to Merck's Dr. Douglas Greene, Vice President of Clinical and Regulatory Development.   Dr. Greene responded, "CRRC [Clinical Regulatory and Review Committee] obviously expressed great concern about the data, and we insured that this was sent to you immediately…I spoke with Alan [Nies] tonight, and suggested that we consider very strongly not only *following up on deaths in the patients lost to follow-up*, and the deaths in the other AD

---

[249] PX362 (October 31, 2001 Summary of Mortality Analyses for Protocols 078, 091, and 126) at MRK-AFS0001972.

[250]   PX356 (March 22, 2001 E-mail from G. Williams to A. Nies and others) at MRK-AAD0107004.

[251]   *Id.*

[252]   *Id.*

progression trial, but that we also consider partially unblinding the AD [Alzheimer's disease] prevention trial [Protocol 078] for deaths as well."[253]

158.   On April 1, 2001, Dr. Reines wrote in an email to Dr. Reicin, commenting on the preliminary mortality analysis of Protocol 078 data:  "The good news here is that the on drug survival rate is not significantly different between VIOXX and placebo in Protocol 078.   ITT rates do differ significantly, and point estimate favors placebo even for the on drug analysis."[254]   Dr. Reicin forwarded that email to Dr. Bain and wrote, "While I think it makes sense to do ITT and On-drug for safety analyses, unless you prespecified what would be primary upfront, the On-drug should be considered primary…   My understanding is that you might not agree with this approach and I would like to understand the rationale."[255]   Presented with preliminary data showing an increased mortality risk with Vioxx using an ITT analysis, Dr. Reicin's response was thus to favor the mortality reporting methodology that would result in the data not showing a statistically significant difference in mortality in Vioxx versus placebo – the On-Drug methodology.

159.   Additional information subsequently accumulated.   In April 2001, Merck partially unblinded mortality data from Protocol 078.   To that end, Dr. Chen, a Merck statistician, prepared an analysis of the mortality data collected up until that time for the two Alzheimer's trials.[256]   Protocol 091 had already been completed and the cut-off used for Protocol 078 data was March 31, 2001.   Dr. Chen's internal April 8, 2001 memo, entitled "MK-0966 Combined Mortality Analysis Protocol 091 + Protocol 078," reported results for both trials individually, as well as combined,

---

[253]   MRK-ACR0014502-503 (March 22, 2001 E-mail from E. Scolnick to D. Greene) at 502 (emphasis added).

[254]   PX26 (April 2, 2001 E-mail from A. Reicin to R. Bain) at MRK-JAF0019099.   *See also* PX357 (April 2, 2001 E-mail from R. Bain to J. Chen) at MRK-JAK0000974.

[255]   *Id.*

[256]   PX298A (April 14, 2001 E-mail from G. Williams to A. Reicin and others) at MRK-JAK0010043.

from two types of mortality analyses: (1) ITT and (2) On-Drug, which was consistent with the DAPs for the alzheimer's disease trials.

160.    Notably, all three of the ITT analyses found a statistically significant increased risk of mortality in patients taking Vioxx compared to patients taking placebo.   The reported results were as follows:

    a.    ITT Analysis for Protocol 078:[257]

- 21 deaths in patients taking Vioxx (2.9%)
- 9 deaths in patients taking placebo (1.2%)

    b.    ITT Analysis for Protocol 091:[258]

- 13 deaths in patients taking Vioxx (3.8%)
- 3 deaths in patients taking placebo (0.9%)

    c.    ITT Analysis for Combined Protocols 078 and 091:[259]

- 34 deaths in patients taking Vioxx (3.2%)
- 12 deaths in patients taking placebo (1.1%)

161.    In addition, the On-Drug analysis of Protocol 091, as well as of Protocols 078 and 091 combined, similarly found statistically significant increased risks of mortality in patients taking Vioxx.   The reported results were as follows:

    a.    On-Drug Analysis for Protocol 078:[260]

- 13 deaths in patients taking Vioxx (1.8%)
- 7 deaths in patients taking placebo (1.0%)

    b.    On-Drug Analysis for Protocol 091 (0-12 months):[261]

- 9 deaths in patients taking Vioxx (2.6%)
- 2 deaths in patients taking placebo (0.6%)

---

[257] *Id.* at MRK-JAK0010101, MRK-JAK0010103.
[258] *Id.* at MRK-JAK0010101, MRK-JAK0010103.
[259] *Id.* at MRK-JAK0010106, MRK-JAK0010107.
[260] *Id.* at MRK-JAK0010113, MRK-JAK0010115 (not statistically significant).
[261] *Id.* at MRK-JAK0010113, MRK-JAK0010115.

     c.      On-Drug Analysis for Combined Protocols 078 and 091:[262]

- 22 deaths in patients taking Vioxx (2.1%)
- 9 deaths in patients taking placebo (0.8%)

162.     Thus, Merck had a clear signal from internal data related to the Alzheimer's disease trials that Vioxx increased mortality compared with placebo.

163.     Subsequently, Dr. Chen prepared an internal May 1, 2001 memorandum entitled "MK-0966 Combined Mortality Analysis Protocol 091 + Protocol 078 + Protocol 126," reporting results from two types of mortality analyses: (1) ITT and (2) On-Drug, which was again consistent with the Alzheimer's trials DAPs.[263]    The results were similar to those reported in the above-discussed memorandum.

164.     A June 3, 2001 draft of Merck's July 2001 SUR located in Dr. Reicin's file contains edits to the SUR in track changes.[264]    According to the tracked changes, Dr. Reicin deleted all reference to the Alzheimer's ITT mortality data, and instead included only On-Drug data (based on the retrospective On-Drug SUR definition).   The tracked changes are reproduced below:

     a.      Deaths [for Protocol 091]:[265]

> "~~There were 25 deaths in the study population.   This includes deaths that occurred more than 14 days after the last dose of study medication.~~would only discuss deaths that occurred within 14 days of the study.   The only deaths reported should be on treatment which includes within 14 days.   I assume these numbers will change.   ~~Sixteen patients in the rofecoxib/placebo group and 9 in the placebo/placebo group died?~~   I guess we should include Aes where onset was within 14 days but death was after that time—what do you thinkumbers [sic] are 11 versus 7."

     b.      Deaths [for Protocol 078]:[266]

---

[262] *Id.* at MRK-JAK0010118, MRK-JAK0010119.

[263] PX295 (May 1, 2001 E-mail from J. Chen to R. Bain) at MRK-JAK0013200.

[264] PX936 (June 3, 2001 Safety Update Report) at MRK-AAD0121361.

[265] *Id.* at MRK-AAD0121387.

[266] *Id.* at MRK-AAD0121397.

"There were 32 deaths in the study population – 22 patients in the rofecoxib group and 10 in the placebo group. ~~This includes deaths that occurred more than 14 days after the last dose of study medication.~~ Would use same rules as above and only include Aes which started within 14 days of last dose of study medicatoin [sic]inTable 7."

165.    When asked about these June 3, 2001 tracked changes, Dr. Reicin testified that she did know there was an imbalance in deaths between treatment arms when making the decision to delete all references to the Alzheimer's ITT mortality data.[267]   As far as her decision to utilize the retrospective On-Drug SUR definition, Dr. Reicin responded, "I may have known about the mortality difference, but, as I said, my recollection was that …   I would not have made those decisions knowing allocation numbers."[268]   Yet, the patients' allocation numbers and treatment assignments are found within the June 3, 2001 draft of the SUR in Dr. Reicin's custodial file, and the tracked changes show certain of those patients' deaths being deleted from the chart listing "Deaths by Treatment Group."[269]

166.    In a June 20, 2001 email, Dr. Bain noted that "the presentation [in the July 2001 SUR] of the death counts by treatment group are based on 'on-drug mortality' only.   There is no mention of the 'intention-to-treat' analysis of deaths from the AD protocols… I assume that this was the decision of the VIGOR SUR team."[270]   Dr. Reicin acknowledged this was the case, and provided her rationale for that decision:   "Scott [K]orn and I based on 'good clinical judgement' [sic] thought we should include deaths which may have occurred more than 14 days after the last dose of study therapy if the SAE which caused the death started within the 14 day window (we couldn't [sic] be accused of cutting potentially important events—ie an MI that results in death 3

---

[267]  Reicin Tr. at 327:2-8.
[268]  *Id.* at 328:14-329:7.
[269]  PX936 (June 3, 2001 Safety Update Report) at MRK-AAD0121388-390.
[270]  PX359 (June 22, 2001 E-mail from K. Beck to A. Reicin) at MRK-JAH0006518.

weeks later)."[271]   Thus, Dr. Reicin here provides the alleged rationale for Merck's post hoc On-Drug–SUR analysis which to reiterate, included not only events that occurred while a patient was taking a drug, or up to 14 days after cessation of treatment (original On-Drug definition), but also deaths linked to an event occurring during that time frame.   The effect of the use of the On Drug-SUR definition was to render the otherwise statistically significant difference in mortality non-statistically significant.[272]

167.   Merck's final July 2001 SUR failed to provide the FDA with either its ITT mortality analyses (which would have shown statistically significant increased risk of death in Protocols 078 and 091 separately, as well as combined) or its On-Drug mortality analyses (which would have shown statistically significant increased risk of death in Protocol 091 and in the two trials, 078 and 091, combined).   Instead, Merck provided On-Drug SUR mortality data, which yielded non-statistically significant increased risk of death in each of Protocols 078 and 091.[273]

168.   In conclusion, Merck's use of the Alzheimer's On-Drug SUR definition understated the true mortality risk of Vioxx.   It is my opinion that the true mortality risk of Vioxx in the Alzheimer's trials was a red flag to Merck that Merck masked through its changed method of data reporting.   The adverse mortality results from the Alzheimer's trials were consistent with the results from VIGOR and Protocol 090, the un-adjudicated results of ADVANTAGE and the Adenomatous Polyp Prevention on Vioxx (APPROVe) trial, discussed below, in supporting an increase in significant cardiovascular endpoints.

169.   Merck has previously relied on the lack of difference in cardiovascular adverse events in the Alzheimer's trials as support for the safety of Vioxx.   As discussed above, following

---

[271] *Id.* at MRK-JAH0006516.
[272] PX362 (October 31, 2001 Summary of Mortality Analyses for 078, 091, and 126) at MRK-AFS0001975.
[273] *Id.*

unblinding of the VIGOR results, Merck added aspirin prophylaxis to the Alzheimer's trials, which most likely reduced the number of adverse cardiovascular events in the trial. Indeed, in Protocol 078, 19 patients in the Vioxx arm suffered an MI and 14 patients in the placebo arm suffered an MI on an ITT basis. Without aspirin prophylaxis, it is likely that these numbers, and possibly the difference between these numbers, would have been greater.

170. The patients in the Alzheimer's trials were also much older than the general population (including in comparison to the patients who participated in the VIGOR trial). In Protocol 078, the average patient age was 75.1 years in the Vioxx arm and 74.8 years in the placebo arm,[274] and in Protocol 091, the average age was 75.6 years in the Vioxx arm and 75.0 years in the placebo arm.[275] Merck internally stated that, in Protocol 078, "Both *Age* and *Gender* seemed to be predictors of death" and that, in Protocol 091, "*Age* seemed to be a predictor of death while *Gender* was not."[276] Merck internally stated in April 2001 that, in Protocol 078, "After adjusting for *Age* and *Gender*, the hazard ratio between MK-0966 [Vioxx] and placebo was **2.55** (95% CI: 1.17 to 5.56)," and that, in Protocol 091, "After adjusting for *Age*, the hazard ratio between MK-0966 [Vioxx] and placebo was **4.43** (95% CI: 1.26 to 15.53)."[277]

171. It has been reported that the presence of advanced age increases mortality associated with a first myocardial infarction.[278] As one study has found, "In patients with first myocardial infarctions who received thrombolytic therapy, *age was a powerful independent predictor*" of mortality rates; the risk of death from a myocardial infarction increases by about 6

---

[274] MRK-AKN0012892-3282 (Protocol 078 CSR) at 2988.

[275] MRK-ARP0002435-2835 (Protocol 091 CSR) at 2518.

[276] PX298A (April 14, 2001 E-mail from G. Williams to A. Reicin and others) at MRK-JAK0010105, MRK-JAK0010104 (italics in original).

[277] *Id.* (bold and italics in original).

[278] Maggioni AP, et al. Age-related increase in mortality among patients with first myocardial infarctions treated with thrombolysis. *New Engl J Med.* 1993; 329(20): 1442-1448 at 1442.

percent per year of age; and the exponential, age-related increase in the mortality rate did not appear to be explained by larger infarcts.[279]   According to that study, "[t]he in-hospital mortality rate was 1.9 percent among patients 40 years old or younger, but it increased to 31.9 percent among those more than 80 years old."[280]   Thus, the older age of patients in Merck's Alzheimer's trials increased their mortality as well.   As Merck wrote in the Clinical Study Report for Protocol 091, "the mean age of the patients who died was 80 (range:   62 to 91 years), and the number of deaths would not be unexpected in a population of such advanced age."[281]   These factors will impact both groups randomized to Vioxx and placebo equally, but Vioxx's increased cardiovascular risk would be expected to have a disproportionately negative effect on patient mortality in such a population.

172.    In addition, given their cognitive impairment, Alzheimer's disease patients who suffer myocardial infarctions are less likely to report, or to be able to report, the symptoms of a non-fatal heart attack.   AD patients and their families generally underreport symptoms, in part because they may confuse them with normal signs of aging, the symptoms may emerge so gradually they are not recognized, or due to memory loss of the AD patient.[282]

173.    In addition, in 2012, Professor David Madigan of Columbia University and others published an analysis of cardiovascular thrombotic ("CVT") deaths in the Vioxx Alzheimer's disease trials.[283]   In it, Professor Madigan found that "[i]n the 3 [Alzheimer's] studies combined

---

[279]  *Id.* (emphasis added).
[280]  *Id.*
[281]  MRK-ARP0002435-835 (Protocol 091 CSR) at 2719.
[282]  Burns A, Iliffe S. Clinical Review:   Alzheimer's Disease. *BMJ.* 2009; 338:b158: 467-71; National Institute on Aging. Alzheimer's Disease Fact Sheet, NIH Publication.   2011; 11-6423:1-8; A Guide to Alzheimer's Disease, Harvard Health Publications.
[283]  Madigan D, Sigelman DW, Mayer JW, Furberg CD, Avorn J. Under-reporting of Cardiovascular Events in the Rofecoxib Alzheimer Disease Studies. *Am Heart J.* 2012; 164(2): 186-193.

[i.e., Protocols 078, 091 and 126], the data indicated that rofecoxib more than tripled the risk of confirmed [cardiovascular thrombotic] death (risk ratio = 3.57 [1.48–9.72], P = .004)" and that "[t]his finding reached the P < .05 level of significance by June 2001."[284]   As that paper concluded:

> Intention-to-treat analysis of placebo-controlled studies of rofecoxib for Alzheimer disease demonstrated that the drug produced a significant increase in confirmed CVT deaths nearly 40 months before it was removed from the market.   By contrast, published analyses of these trials were restricted to on-treatment analyses (ending 14 days after cessation of treatment) that did not reveal this risk.   Intention-to-treat analyses of clinical trial data can reveal important information about potential drug risks and should be performed routinely and reported in a timely manner.[285]

174.   In addition, as the Madigan paper found:

> Considering participants in all 3 Alzheimer studies combined, there were 20 confirmed CVT deaths in the rofecoxib arm versus 6 CVT deaths in the placebo arm (RR = 3.57 [1.48–9.72], P = .004).   In many of its CVT analyses, including data it discussed in rofecoxib labeling approved in April 2002, [Merck] pooled data from Protocols 078 and 091.   In these 2 studies, our ITT analysis found 20 confirmed CVT deaths in the rofecoxib group versus 5 in the placebo group (RR = 4.29 [1.68–12.82], P = .001).   In the ITT analysis of Protocol 078, which had nearly 3 times as many patient-years of rofecoxib and placebo ("placebo–controlled") exposure than Protocols 091 and 126 combined, we found 17 confirmed CVT deaths in patients randomized to rofecoxib versus 4 for placebo (RR = 4.59 [1.63–15.89], P = .003).[286]

175.   As this analysis demonstrates, "when safety is at issue, it is important to cast the widest possible net.   Prospective protocols and data analysis plans prespecifying ITT analysis should not be disregarded or altered without good reason, especially if doing so decreases the amount of safety data to be analyzed.   Moreover, wherever possible, ITT analysis should be undertaken and reported, particularly when, as here, patients have already been followed

---

[284] *Id.*
[285] *Id.*
[286] *Id.*

off-treatment, irrespective of whether ITT analysis was prespecified."[287]

176. As the report on the Merck-sponsored 1-year ITT extension of the APPROVe study observed: "For chronic disease endpoints, such as myocardial infarction and stroke, we cannot assume that a high risk will dissipate within a few weeks of the end of treatment. If a drug has lingering effects or needs a latent period before an effect becomes evident, then an on-treatment analysis can provide only an incomplete picture of its toxicity."[288]

177. In January 2005, Merck continued to maintain that its Alzheimer's studies found no difference between Vioxx and placebo.[289]

### H. APPROVe

178. The APPROVe trial randomized 2,586 subjects with colorectal adenomas to Vioxx versus placebo to test the hypothesis that COX-2 inhibition would prevent recurrence of the adenoma or progression to colon cancer.[290]

179. Initially, the APPROVe trial design excluded patients for whom low-dose aspirin prophylaxis was indicated.[291] The initial trial design included three arms, one with patients taking placebo, a second arm with patients taking 25 mg of Vioxx, and a third arm with patients taking 50 mg of Vioxx.[292]

180. In the wake of the VIGOR results, Merck decided to amend ongoing Vioxx trials to

---

[287] *Id.*

[288] Baron JA, Sandler RS, Bresalier RS, et al. Cardiovascular events associated with rofecoxib: final analysis of the APPROVe trial. *Lancet.* 2008; 372: 1756-64.

[289] MRK-AFV0350657-662 (Kim PS, Reicin AS. Discontinuation of Vioxx. *Lancet.* 2005; 365(9453)) at 662.

[290] MRK-PUBLIC0002236-246 (Bresalier RS, Sandler RS, Quan H, et al. Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial. *N Engl J Med.* 2005; 352: 1092-1102 at 1092) at 240.

[291] MRK-AQO0082054-331 (Feb 10-11, 2000 MRL MK-0966 Protocol 122-00 Investigators Meeting) at 113-14 (Patients excluded included those who have "had ongoing or is expected to require treatment with … Ticlopidine, clopidogrel, or regular doses of aspirin, including 'low-dose' aspirin, e.g., to prevent complications of vascular disease.").

[292] *Id.* at 094.

include low-dose aspirin.[293]   In my opinion, Merck's decision to include low-dose aspirin in trials

that had previously excluded patients who were at high risk of suffering cardiovascular events

indicates that including aspirin, because of its cardio-protective properties, would have the effect

of reducing the number of cardiovascular events in the trial and reducing the likelihood that the

trials would show a statistically significant difference in cardiovascular events between Vioxx and

the comparator drugs.

181.   Indeed, for several of Merck's Vioxx trials, there were reasons why aspirin should

not have been included in the trials at all.   For example, Merck stated that the inclusion of aspirin

in the APPROVe trial could have the effect of reducing the trial's power to detect Vioxx's impact

on the incidence of colorectal adenomas.   Specifically, on May 4, 2000, Merck's Eric Mortensen

wrote to Dr. Russell Jacoby, a former trial investigator for the APPROVe trial:

> Recognizing that some patients who would otherwise be eligible for
> Protocol 122 [APPROVe] may require low dose aspirin to prevent
> cardiovascular events, the protocol is being amended to allow
> enrollment of patients taking "low dose" aspirin (≤100 mg/day).
> Preliminary data, however, suggest that aspirin may reduce the
> incidence of colorectal adenomas; the magnitude of any potential
> effect is uncertain.   To maintain statistical power for the primary
> hypothesis, the amended protocol limited the number of patients
> taking low dose aspirin to 20% of the enrolled population, and calls
> for a substantial increase in the number of patients per treatment
> group (from 774 to 1214).   To accommodate the increased number
> of patients per treatment group, the amendment eliminates one of
> the treatment arms (50 mg rofecoxib daily).   Although a rofecoxib
> 50 mg treatment group was included in the original protocol to
> ensure an adequate level of COX-2 inhibition, recently obtained
> preclinical and clinical data indicate that the scientific hypotheses
> for this study can be tested with a 25 mg dose of rofecoxib daily.[294]

182.   This means that, shortly after Merck unblinded the preliminary VIGOR results,

Merck modified the APPROVe protocol by:   (i) permitting up to 20% of the patients to take

---

[293] *See, e.g.*, PX864 (March 31, 2000 E-mail from H. Quan to J. Bolognese and E. Mortensen) at
MRK-AGO0025864.
[294] PX865 (May 4, 2000 Letter from E. Mortensen to R. Jacoby) at MRK-AOG0010225.

low-dose aspirin; (ii) removing the 50 mg arm of the trial; and (iii) consolidating the remaining patients into two treatment arms, 25 mg of Vioxx and placebo, in order to ensure that it was adequately powered.  As an internal Merck memorandum dated March 31, 2000 setting forth the power calculations states, "Based on the results of VIGOR, the MK-0966 polyp study may enroll 'low-dose' aspirin users, which may change the background placebo polyp rate. . .  [And, based on Merck's power calculations,] if we allow 20% of the patients to use low-dose aspirin, we have to increase the number of patients in the high risk population from 416 to 631 per treatment group."[295]  Merck, however, did not ensure that the trial was itself adequately powered to detect an elevated cardiovascular risk.

183.    It is my opinion that these changes to the APPROVe protocol (i) ensured that a significant percentage of patients in APPROVe (a major ongoing trial comparing Vioxx and placebo) would be taking cardio-protective aspirin, which would have the effect of reducing the total number of adverse cardiovascular events and reducing the likelihood that the trial would show a statistically significant difference between Vioxx and placebo on such events; and (ii) removed the 50 mg Vioxx arm, which Merck's consultants internally advised Merck was an unsafe dose.[296]

184.    As early as 1998, Merck's outside Board of Scientific Advisors as concerned with Vioxx's dosage, stating that, "caution should be taken to avoid the use of doses that are greatly supramaximal in the long-term trials in rheumatoid arthritis."[297]  In 2000, after the helpful VIGOR results, the BSA also stressed that Merck should limit patients to taking a 25 mg dose,

---

[295] PX864 (March 31, 2000 E-mail from H. Quan to J. Bolognese and E. Mortensen) at MRK-AGO0025864.
[296] PX695 (October 30, 2000 VIGOR Consultants' Meeting Notes) at MRK-AAB0101594; PX540 (October 30, 2000 Clinical Pharmacology/Prostaglandin Consultant Meeting Summary) at MRK-ACF0009165.
[297] PX433 (May 1998 Merck Scientific Advisors Meeting) at MRK-SHAA0572403.

89

calling 25 mg "probably maximally efficacious."[298]   Indeed, Dr. John Oates, the Chairman of the BSA, explicitly stated "no more 50 mg studies" at an October 2000 Consultants Meeting and advised participants that "No patients should see 50 mg [of Vioxx] in a clinical trial" because it was "not a safe dose."[299]   By mid-2001, the entire BSA strongly advised against dose escalation of Vioxx above 25 mg based on concerns that the "difference in cardiovascular events in VIGOR may in part be due to a prothrombotic effect of VIOXX at the high 50 mg dose."[300]

185.   Subjects with serious heart disease or uncontrolled hypertension were also excluded from APPROVe.  Despite these characteristics of the trial, due to concerns over the increase in CV events in the Vioxx arm compared to placebo, the study was terminated early by the External Safety Monitoring Board ("ESMB").

186.   Counting events that occurred on-drug or within 14 days of discontinuation (rather than on an ITT basis), the incidence of cardiac events, defined as MI (fatal or non-fatal), sudden cardiac death, or unstable angina was significantly increased with a RR of 2.80 (1.44-5.45).[301] These results are consistent with the previous trials, and Merck withdrew Vioxx at this point, citing the uncertainty over the cause of the results and the availability of alternative therapies.[302]

187.   In the medical journal article and Merck press release reporting the APPROVe

---

[298]   PX693 (April 26, 2000 Board of Scientific Advisors Meeting Materials) at MRK-SHAA0573664.

[299]   PX695 (October 30, 2000 VIGOR Consultants' Meeting Notes) at MRK-AAB0101594; PX540 (October 30, 2000 Clinical Pharmacology/Prostaglandin Consultant Meeting Summary) at MRK-ACF0009165.

[300]   PX 117 (May 2001 Scientific Advisor Meeting, Human Health Chairman's Report) at MRK-ABC0026032.

[301]   MRK-I8940100731-1062 (Protocol 122 CSR) at 1059.

[302]   MRK-ANU0001261-263 (Merck September 30, 2004 Press Release) at 262   (quoting then-CEO Raymond Gilmartin as saying, "Although we believe it would have been possible to continue to market VIOXX with labeling that would incorporate these new data, *given the availability of alternative therapies, and the questions raised by the data*, we concluded that a voluntary withdrawal is the responsible course to take.") (emphasis added).

results, however, Merck advanced the theory that increased cardiovascular risk with Vioxx only appeared after 18 months of treatment:   "In a post hoc analysis, the difference between the two groups in the incidence of thrombotic events was evident in the second 18 months of the study, whereas the event rates were similar for the first 18 months.   The changing pattern of the treatment effect over time was confirmed by a failed test for proportionality of hazards (P=0.01)."[303]   There is no evidence that Merck predicted an increase in cardiovascular toxicity at 18 months when they designed the APPROVe trial.   If they had, they should have specified in advance that they would test this hypothesis.   Instead, they performed a "post hoc" analysis of the data and claimed this apparent effect.[304]   A subsequent article in the *NEJM* (which had published the APPROVe results) stated that, rather than implementing a statistical test in the manner set forth in the Methods section of the APPROVe paper (the logarithm of time), Merck had incorrectly used linear time instead, and that, contrary to Merck's claims, there was earlier separation of the Vioxx and placebo curves before 18 months.[305]   As a result, the *NEJM* corrected statements in the original APPROVe paper claiming that there was a difference in risk between before and after 18 months of treatment with Vioxx.   The correction stated, for example:

> statements [in the APPROVe paper] regarding an increase in risk after 18 months should be removed from the Abstract (the sentence "The increased relative risk became apparent after 18 months of treatment; during the first 18 months, the event rates were similar in the two groups" should be deleted, as should the sentence beginning "There was earlier separation . . .") and from the Discussion section (the sentence "In post hoc analyses, the increased relative risk of

---

[303] MRK-PUBLIC0002236-246 (Bresalier RS, Sandler RS, Quan H, et al.   Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial. *N Engl J Med*. 2005; 352: 1092-1102 at 1092); MRK-ANU0001261-263 (Merck September 30, 2004 Press Release).

[304] Lagakos SW. Time-to-Event Analyses for Long-Term Treatments--The APPROVe Trial. *N Engl J Med*. 2005; 355(2): 113-7.

[305] Correction to Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial (March 17, 2005; 352:1092-1102). *N Engl J Med*. 2006; 355:2.

adjudicated thrombotic events was first observed after approximately 18 months of treatment" should be deleted).[306]

188.    Merck has never conducted a study to test the hypothesis that a difference in Vioxx cardiovascular event rates appears only after 18 months, and in fact, substantial data refute that notion, including the correction that was published in the *NEJM*, discussed above.

189.    For example, the investigator-reported cardiovascular events, which were a secondary endpoint in the APPROVe trial,[307] separated early and remained separate over the duration of the trial (*see* Figure 7 from the Merck Cardiovascular Safety Report).[308] These investigator-reported events were not included in the final APPROVe publication, despite the fact that they were a pre-specified secondary endpoint and they show a clear early increase in events.[309] Events in the Vioxx arm outnumbered those in the placebo arm by 77 to 44, and Merck's analysis of the data, not included in the APPROVe publication, shows that the difference was statistically significant at earlier than 18 months and at all points thereafter, thereby contradicting the claim that Vioxx has no effect for the first 18 months of use.[310]

190.    Merck performed an ITT analysis in APPROVe.   APPROVe subjects were followed off-drug after the termination of APPROVe and according to Merck's analysis, there were 31 versus 15 MIs for Vioxx and placebo, respectively, for the on-drug study plus one (1) year of follow-up, a statistically significant difference (p=0.017).[311]   For the same period, there were 17 versus six (6) ischemic strokes for Vioxx and placebo, respectively also statistically significant

---

[306]  *Id.*

[307]  MRK-AJC0006820-8310 (Protocol 122 CSR) at 7063 ("investigator-reported CV events were secondary endpoints").

[308]  *Id.* at MRK-AJC0007088-7089 (Protocol 122 CSR) ("The curve of the rofecoxib treatment group was above the curve of the placebo treatment group during the entire study.")

[309]  *Id.*

[310]  *Id.* (Protocol 122 CSR) at 7086, 7090.

[311]  MRK-AFN0200560-564 (January 2, 2007 E-mail from B. Oxenius to P. Fenton) at 562.

(p=0.024).[312]   Thus, the ITT analysis confirmed the cardiovascular hazard demonstrated by the previously available data.

### I.     VALOR and Protocol 203

191.    In April and May 2000, Merck had internal discussions about performing a cardiovascular outcomes trial.   In fact, Dr. Scolnick suggested that Merck conduct such a trial. On April 12, 2000, Dr. Scolnick emailed Dr. Reicin, stating "I will tell you my worry quotient is high.   I actaully [sic] am in minor agony.   What i really want to do is a 10000 vs 10000 patient study in mild-moderate OA Tylenol vs vioxx with prn [as-needed] low dose asa [aspirin] for those judged to need it…WE WILL NOT KNOW FOR SURE WHAT IS GOING ON UNTIL WE DO THIS STUDY."[313]   However, as discussed below, although Dr. Scolnick restated in an email dated September 13, 2001 that a CV outcomes study for Vioxx was "the only essential study for the drug," Merck never performed a study with cardiovascular events as its primary endpoint.

192.    On April 18, 2000, MRL scientists convened a meeting to discuss the preliminary VIGOR results, as well as two ideas for a potential CV outcomes trial:   (1) the Vioxx versus Tylenol trial, as proposed by Dr. Scolnick above and (2) a Vioxx versus Celebrex trial.   The corresponding slide presentation listed the "pros" and "cons" of each option.   Notably, for the Vioxx versus Tylenol trial, the major drawback was that "Demonstration of a CV difference would likely be due to a COX-2 CLASS effect but would put VIOXX at extreme disadvantage to Celebrex and negate existing OA and Alzheimers data."[314]   This means that if a Tylenol versus Vioxx cardiovascular outcomes trial were to show a negative effect for Vioxx, it could damage the value of Vioxx vis-à-vis Celebrex.   It is my opinion that this was not a legitimate reason for

---

[312]  *Id.*
[313]  PX455 (April 12, 2000 E-mail from A. Reicin to E. Scolnick) at MRK-SHAA1216201; PX613 (April 13, 2000 E-mail from J. Bolognese to A. Reicin) at MRK-SHAA1253302.
[314]  MRK-SHAA0611353 (April 15, 2000 Memo from A. Reicin to E. Scolnick and others) at 373. *See also* PX931 at MRK-SHAA0839902.

Merck to forego performing such a trial, since an important question that Merck needed to answer was whether Vioxx was safe or not, regardless of the impact of such a finding on its marketability. However, as discussed below, marketing considerations were among the reasons that Merck included in its analyses of the various outcomes study options.   For the Vioxx versus Celebrex trial, the main drawback was identified as follows:   "Addresses Searle marketing tactics but does not address CV safety of the COX-2 inhibitor class."[315]

193.   Merck estimated that from last patient in to last patient out, the Tylenol study could have lasted one year.[316]   Merck could have started that study at any point, including upon first learning the results of Protocol 023, and had the results before the decision was made to put Vioxx on the market.

194.   Dr. Reicin testified that there were three reasons that Merck did not conduct a Vioxx versus Tylenol cardiovascular outcomes study.   First, the issue was raised that Tylenol "is an inhibitor of COX-2 … and inhibits prostacyclin" so, presumably, the study would not show whether the inhibition of prostacyclin by Vioxx and Tylenol made a difference.[317]   However, as discussed above, Vioxx in Protocol 023 and Tylenol in Merck's Tylenol study impacted the thromboxane metabolite differently, and a cardiovascular outcomes study comparing Vioxx and Tylenol would have investigated the cardiovascular health effects of that difference.   Specifically, Vioxx created an imbalance between the thromboxane and prostacyclin metabolites, by reducing the latter and not the former, while Tylenol reduced both and maintained the balance between them.

195.   Second, Dr. Reicin testified that, because Vioxx was presumably more efficacious

---

[315]  MRK-SHAA0611353 (April 15, 2000 Memo from A. Reicin to E. Scolnick and others) at 376.
[316]  PX481 (June 21, 2001 E-mail from A. Reicin to E. Scolnick) at MRK-SHAA0527389.
[317]  Reicin Tr. at 274:4-9.

for pain than Tylenol, "patients wouldn't remain on Tylenol [throughout the study] and, therefore, we wouldn't be able to get to enough cardiovascular events."[318]   This implicates how to adequately "power" a study to have a sufficient number of patients so that the study will achieve the number of events that the sponsor is looking to measure.   While it is true that, in a completely different Merck trial testing Vioxx versus Tylenol (Protocol 106), a six-week pilot study to evaluate the safety and efficacy of Vioxx versus Tylenol and Celebrex in patients with osteoarthritis of the knee, a higher percentage of patients in the Tylenol arm (31%) discontinued than did in the Vioxx arm due to lack of efficacy, a large number of patients discontinued from the Vioxx arms as well (18-19%).[319]   Indeed, only eight more patients stopped taking Tylenol due to lack of efficacy than stopped taking 25 mg of Vioxx or 12.5 mg of Vioxx.[320]   At that time, it was also recommended that OA patients take Tylenol as first-line treatment of their OA.   As the Merck-authored medical journal article publishing the results of Protocol 106 stated, "Although [NSAIDs] have long been used to treat the pain and stiffness associated with OA, the American College of Rheumatology guidelines published in 1995, and updated in 2000, recommended acetaminophen [Tylenol] as first-line therapy for the systemic treatment of symptomatic OA. This decision was partly due to concerns about gastrointestinal tract and other adverse effects associated with NSAIDs and also due to lack of data confirming their superior efficacy over simple analgesics."[321]   Dr. Scolnick had also recommended that Merck conduct a Tylenol vs. Vioxx CV outcomes trial in patients with "mild-moderate" OA, not the most severe forms of OA for which

---

[318] *Id.* at 274:10-14.
[319] Geba GP, Weaver AL, Polis AB, Dixon ME and Schnitzer TJ for the VACT Group. Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee: a randomized trial. *JAMA.* 2002; 287(1): 64-71.
[320] *Id.*
[321] *Id.*

patients may require the greatest pain relief.[322]   While it is certainly possible that a large number

of patients on Tylenol may have discontinued a one-year OA trial, Merck could have enrolled a

sufficiently large number of patients in the trial in order to take that into account and still achieve

the pre-specified number of events.

196.    During April 26 to 28, 2000, Merck's external BSA convened a meeting to discuss

the preliminary VIGOR results, as well as prospective studies that could be conducted to help

determine Vioxx's CV safety profile.   The BSA posed the question, "Does VIOXX, in addition to

lacking an antiplatelet action, also exert a prothrombotic effect that is peculiar to rheumatoid

arthritis?"[323]   The BSA wrote in response that "The evidence [from VIGOR] does not exclude

such a disease-dependent prothrombotic action."[324]   Due to these findings, the Board made two

recommendations:   (1) Merck should conduct endoscopy studies with Vioxx plus aspirin to

determine whether there would be a corresponding increased risk of gastrointestinal toxicity and

(2) Merck should conduct a CV outcomes trial comparing Vioxx plus aspirin (or another

antiplatelet agent) versus naproxen in rheumatoid arthritis patients (i.e., the same population as in

VIGOR) to determine if Vioxx was, in fact, prothrombotic.   The BSA designated such a trial as

"VIGOR-PLUS."[325]

197.    Despite the BSA recommendations, Merck did not conduct a CV outcomes trial at

that time (and it did not have results from its aspirin endoscopy study until November of 2001).

Specifically, on May 17, 2000, Merck's Human Health Product Approval Committee ("HHPAC")

met to address the pertinent issues raised externally by the Board and internally by MRL.   At the

---

[322] PX455 (April 12, 2000 E-mail from A. Reicin to E. Scolnick) at MRK-SHAA1216201; PX613 (April 13, 2000 E-mail from J. Bolognese to A. Reicin) at MRK-SHAA1253302.
[323] PX670 (July 10, 2000 Memo from C. Zarsky to Board of Scientific Advisors) at MRK-SHAA2569658.
[324] *Id.*
[325] *Id.* at MRK-SHAA2569659-63.

meeting, MRL representatives and Merck's Marketing Department recommended to the Committee that a CV outcomes study should not be pursued at that time.   According to the slide presentation prepared for the meeting, the rationale was as follows:   (1) for MRL, "[a]t present, within Clinical Research there is no consensus as to hypothesis and design of such a trial" and (2) for the Marketing Department, "[a]t present, there is no compelling marketing need for such a study" as the "implied message is not favorable."[326]   Consequently, HHPAC approved the decision not to conduct a CV outcomes trial at the time.[327]

198.   It is my opinion, that the results of a CV outcomes trial would have resulted in an important assessment of the CV risks of Vioxx.   Given the importance of that question from the perspective of ensuring patient health, Merck's stated reasons for not conducting such a trial were inadequate.   If Merck could not reach "consensus" on a trial design, it should have chosen a design that garnered the most internal support, or performed more than one study at once.   Indeed, as discussed below, in October 2001, outside consultants suggested to Merck that more than one trial might be appropriate.[328]   In addition, the marketing department and marketing considerations should have played no role in Merck's decision-making on trial design if the paramount concern for the design of the trial were benefiting patient safety.

199.   In June 2001, Dr. Reicin circulated a slide presentation to Dr. Scolnick that listed "ideas/issues" related to possible CV outcome trial designs.   The slide presentation listed eight potential designs, as follows:[329]

---

[326] MRK-ABI0001899-915 (May 17, 2000 HHPAC Presentation "Key Marketing Messages") at 914.
[327] *Id.* at 915.
[328] PX495 (October 29, 2001 Vioxx Cardiovascular Outcomes Study Consultant Meeting, Executive Summary) at MRK-YAC0000975-76.
[329] PX481 (June 21, 2001 E-mail from A. Reicin to E. Scolnick) at MRK-SHAA0527378.   *See also* PX 932 (June 21, 2000 E-mail from A. Reicin to D. Greene and A. Nies) at

| i. | COXIB + aspirin vs. ibuprofen |
| ii. | COXIB + aspirin vs. ibuprofen + aspirin |
| iii. | COXIB + aspirin vs. naproxen |
| iv. | COXIB vs. diclofenac |
| v. | COXIB vs. ibuprofen + proton pump inhibitor ("PPI") |
| vi. | Vioxx + aspirin vs. aspirin alone |
| vii. | COXIB vs. NSAID "real world" trial |
| viii. | COXIB vs. Tylenol |

200.    The slide deck identified potential benefits and drawbacks of several of these proposals.  Of note, the slide deck stated that options (i), (ii) and (vi) above did not directly address the question of whether Vioxx is "prothrombotic" because they include aspirin in one or both of the study arms.[330]   In other words, the addition of aspirin to these trials would obscure the ability of each trial to demonstrate whether Vioxx was prothrombotic.   Despite this, as discussed above, Merck added the use of low-dose aspirin to its ongoing clinical trials, including APPROVe, after unblinding the VIGOR results.   Based on Merck's own documents, this had the effect of making it less likely that Merck could determine whether Vioxx had an elevated CV risk in those ongoing Vioxx trials.

201.    Merck's internal statements, at that time about the remaining study designs are also noteworthy.   "Issues" with three of the proposed study designs concerned considerations that, in my view, should not have ruled them out as potential trial designs at the time.   First, with respect to option (iii) above (COXIB + aspirin versus naproxen), Dr. Reicin asked whether

---

MRK-ACR0015323; PX480 (June 20, 2001 E-mail from A. Reicin to L. Demopoulos and others attaching CV Outcome Studies Presentation for HHPAC) at MRK-SHAA0527356.

[330] PX481 (June 21, 2001 E-mail from A. Reicin to E. Scolnick) at MRK-SHAA0527379 (option (i) above "Would not address VIOXX/Prothrombotic question head on due to use of low dose aspirin in the VIOXX group") at MRK-SHAA0527380 (option (ii) above "Does not address the VIOXX/Prothombotic question head on due to use of low dose aspirin") at MRK-SHAA0527385 (option (vi) above "Does not address the 'prothrombotic' question directly).   *See also* Nies Tr. at 214:10-15 (describing the VALOR trial as-designed as not going to be testing the FitzGerald hypothesis "because both patients [in the trial; those taking Vioxx and those taking placebo] were getting aspirin").

"physicians/IRBs [will] agree to withhold 'standard of care' i.e. aspirin from the naproxen arm based on VIGOR and epi[demiological] data?"[331]   In other words, it did not appear clear whether Merck could convince doctors participating in, and reviewing, the study that naproxen had the same degree of cardio-protection as aspirin such that it would justify Merck withholding aspirin from the patients in the naproxen arm.   While this was a valid concern given the lack of data supporting naproxen's cardio-protective qualities, it should not have prevented Merck from pursuing this study design.   In addition, it is an admission that the naproxen explanation for the VIGOR results was questionable because it supports the conclusion that Merck did not in fact equate naproxen's putative cardio-protective effect with that of aspirin.   With respect to option (iv) above (COXIB versus diclofenac), Dr. Reicin wrote that such a study provided for a "high probability of success in showing similarity" between Vioxx and diclofenac on the "CV Outcomes" endpoint.[332]   This indicates to me that there was evidence at the time of a high probability that Vioxx could have a negative cardiovascular profile similar to that of diclofenac.[333] Lack of the proposed trial design's ability to answer the prothrombotic question for Vioxx would be a valid reason not to select this option.   With respect to potential trial design (viii) above (COXIB v. Tylenol), Dr. Reicin's slide deck read, "What are the PR implications of Merck doing a study primarily for CV risk?"[334]   While Dr. Reicin has a point that Merck performing a cardiovascular outcomes study in patients taking Vioxx could pose significant public relations issues for Merck if the trial showed adverse results for Vioxx, it is my opinion that patient safety trumps marketing or public relations concerns, and that public relations should not be used to made

---

[331] PX481 (June 21, 2001 E-mail from A. Reicin to E. Scolnick) at MRK-SHAA0527381.
[332] *Id.* at MRK-SHAA0527382.
[333] PX87 (March 24, 2000 E-mail from A. Nies to B. Gertz and A. Reicin) at MRK-ACF0003956-957.
[334] PX481 (June 21, 2001 E-mail from A. Reicin to E. Scolnick) at MRK-SHAA0527387.

decisions that might put patients' safety at risk.

202.    It is also noteworthy that, where Merck was considering using Vioxx in each of these trial designs, Merck designed each of them with 25 mg of Vioxx (rather than 50 mg) as the comparator drug, despite the fact that the FDA had expressed to Merck that it was important for Merck to use 50 mg of Vioxx as the comparator in order to assess the drug's safety.   Specifically, on June 21, 2001, Dr. Reicin wrote to Dr. Nies and others about the proposed trial designs:   "One word of caution – all of these assume we would use 25 mg of VIOXX.   Based on some comments made in the past as well as today when we were at the FDA it is possible that from their viewpoint none of these studies would address the CV safety issue adequately because the dose used was not 50 mg."[335]

203.    As time passed, Merck continued to internally emphasize the importance of conducting a Vioxx CV outcomes study.   On September 13, 2001, Dr. Scolnick wrote in an internal email that the Vioxx CV outcomes trial was the "ONLY ESSENTIAL STUDY!" for the upcoming year.[336]   In that email, Dr. Scolnick added, "Essential [means] just that ESSENTIAL. not preferred, not useful, not helpful; ESSENTIAL."[337]   Wendy Dixon of the Marketing Department reiterated that "I believe that we need to do a study.   It is the only way we can eventually put to rest all the noise in the market by doing a definitive study in high CV risk patients.   The results will not be available for some time but handled correctly there is some positive Pr [sic] we can gain from saying we are conducting a study."[338]

204.    By September 27, 2001, Merck had assembled a "Vioxx CV Outcomes Study –

---

[335]   PX932 (June 21, 2001 E-mail from A. Reicin to D. Greene and A. Nies) at MRK-ACR0015318.
[336]   PX60 (September 17, 2001 E-mail from S. Nichtberger to W. Dixon) at MRK-ABW0008876.
[337]   Id. at MRK-ABW0008876.
[338]   Id. at MRK-ABW0008875.

Merck Steering Committee" to oversee the design and implementation of its Vioxx CV outcomes trial. The Steering Committee was led by Dr. DiBattiste, the Medical Director of Merck's CV Clinical Research Department.[339]   At the Steering Committee's first meeting, the Executive Summary indicates that "[b]y consensus of this group, and per the WBST [the Worldwide Business Strategy Team], VIOXX will be the coxib studied."[340]   Merck also began drafting a press release to announce its decision to conduct the CV outcomes trial.[341]   As stated by Mr. Anstice, "Ed [Scolnick] and I have talked and agreed to the following:   (1) We should announce the CV Safety Study, when design is finalized, in next say 4-8 weeks."[342]   The informal decision to conduct the CV outcomes trial was considered a "huge win" by the Marketing Department.[343] For instance, at Merck's October 19, 2001 annual Branchburg Meeting, the CV outcomes trial was labeled as the Marketing Department's top priority for Vioxx for 2002.[344]

205.    On October 29, 2001, Merck held a "CV Outcomes Study Consultant Meeting," in order to obtain input on how best to design and implement the trial.   The background material for the meeting described only three possible trial designs:[345]

> i.      Vioxx vs. NSAID in arthritis patients
> ii.     Vioxx + aspirin vs. NSAID + aspirin in high risk arthritis patients
> iii.    Vioxx + aspirin vs. aspirin in high risk patients

206.    I find it noteworthy that trial designs (ii) and (iii) above both include background aspirin use.  Dr. Reicin had, in her June 2001 slide deck described how such aspirin would result

---

[339] PX491 (September 27, 2001 Memo from P. DiBattiste to Vioxx CV Outcomes Study Steering Committee) at MRK-AJA0139928.
[340]  PX492 (October 2, 2001 Vioxx Cardiovascular Outcomes Study Consultant Meeting, Executive Summary) at MRK-ABA0012067.
[341] PX61 (September 28, 2001 Draft Press Release).
[342] PX602 (October 1, 2001 E-mail from W. Dixon to D. Anstice) at MRK-SHAA0528655.
[343]  MRK-ADG0030345-346 (November 8, 2001 E-mail from W. Dixon to T. Cannell) at 345.
[344]  MRK-SHAA2905098-182 (October 19, 2001 Branchburg Review, VIOXX and ARCOXIA) at 108.
[345]  PX493 (October 25, 2001 E-mail from B. Gertz to C. Inoa-Gonzalez) at MRK-AAC0168702.

in such trials "not address[ing] the VIOXX/Prothombotic question head on due to use of low dose aspirin."[346]   Merck was thus proposing to its consultants two out of three trials designs that it internally stated would result in the CV outcomes trial not truly addressing the "VIOXX/Prothrombotic question."   I find this approach to trial design to be disingenuous and inadequate.

207.   For the last trial design, Christopher Cannon, MD, of the TIMI Study Group prepared a draft version of the protocol layout for distribution at the meeting.  Dr. DiBattiste replied that Merck had already come up with a name for that trial – "VALOR – Vioxx and Aspirin in Long [T]erm Outcomes Research."   He also stated, "I think it really hits on the key issues, and makes the link between inflammation and atherosclerosis very nicely."[347]   According to notes from the meeting, the consultants concluded that "it is not likely that ongoing placebo-controlled studies, combined with existing data, would provide sufficient data to convince the medical community and regulatory agencies of the safety of COX-2 inhibitors, without additional studies" and that "more than 1 trial may be appropriate."[348]   Merck ultimately agreed that two studies may be necessary, specifically options (ii) and (iii) above.   The consultants also "were unanimous in identifying [the] need to assess question of prothrombotic effect of VIOXX…   [T]he group agreed that this required a placebo comparison."[349]

208.   On November 19, 2001, Merck's plans for its CV outcomes trial were partially disrupted by the preliminary results of Merck's Protocol 136 endoscopy trial, which compared

---

[346] PX481 (June 21, 2001 E-mail from A. Reicin to E. Scolnick) at MRK-SHAA0527380.

[347] PX494 (October 28, 2001 E-mail from P. DiBattiste to C. Cannon and others) at MRK-SHAA0527485.

[348] PX495 (October 29, 2001 Vioxx Cardiovascular Outcomes Study Consultant Meeting, Executive Summary) at MRK-YAC0000976.

[349] PX861 (March 9, 2002 E-mail from L. Demopoulos to E. Scolnick and others) at MRK-ABA0028215 (underlining in original).

Vioxx + aspirin versus ibuprofen versus aspirin alone.   As a November 19, 2001 email from Dr. Scolnick summarizes:   "Not a good result. Low dose aspirina [sic] nd [sic] vioxx equal almost ibuprofen.   Higher than asa alone."[350]   Protocol 136 showed that the significance of perforations, ulcers, and bleeds ("PUBS") in patients taking Vioxx + aspirin was higher than in patients taking aspirin alone.   As a result, Dr. Scolnick wrote, "I think the question NOW is what is the best antiplatelet regimen to use with a Coxib."[351]   Dr. Scolnick also suggested that "I do not hink [sic] we should announce the Cv outcomes study since now i am not at all sure what the design should be."[352]

209.    At Merck's December 11, 2001 Annual Business Briefing, Dr. Scolnick officially announced that Merck had decided to conduct two large CV outcomes trials – one with Vioxx and one with Arcoxia (etoricoxib, another Merck COX-2 inhibitor).   As reported by the Pink Sheet, a publication specializing in prescription pharmaceuticals, Merck planned to enroll approximately 30,000 subjects in each of these trials and would allow low-dose aspirin.   Dr. Scolnick was quoted as saying that the "lingering concerns [regarding Vioxx's safety]…will not dissipate completely until we finish the cardiovascular outcomes studies."   In addition to the CV outcomes trial, Dr. Scolnick noted that Merck would continue to conduct CV surveillance in its ongoing Vioxx trials, "some of the most important of which are placebo-controlled studies, especially in colon cancer [ultimately grouped together for Protocol 203]."[353]   According to a *Reuters* article, Dr. Scolnick maintained, "Whatever the answer is (of cardiovascular-safety trials), we will report it to the

---

[350] PX379 (November 26, 2001 E-mail from B. Gertz to A. Schechter) at MRK-ABX0016404.
[351] PX838 (November 21, 2001 E-mail from E. Scolnick to L. Demopoulos) at MRK-SHAA2681054.
[352] PX379 (November 26, 2001 E-mail from B. Gertz to A. Schechter) at MRK-ABX0016404.
[353] MRK-JAG0003600-02 ("Merck COX-2 Cardiovascular Safety Studies Will Enroll 30,000 Subjects," *The Pink Sheet*, December 17, 2001) at MRK-JAG0003600.

world."[354]

210.    Also on December 11, 2001, Merck published a press release entitled "Merck's Ability to Deliver Breakthrough Medicines Provides Opportunities for Significant Growth Over the Long Term."   The press release stated, "Merck also announced plans to conduct a large cardiovascular clinical outcomes study with Vioxx and a separate cardiovascular outcomes trial with Arcoxia.   The company expects to begin the multi-national trials in 2002."[355]

211.    In a March 9, 2002 email, Dr. Gertz summarized the current state of affairs regarding the CV outcomes trial:   "It has been determined that, if we pursue the post ACS study [i.e., a CV outcomes study in patients who have had acute coronary syndrome, or symptoms from the obstruction of the coronary arteries] that it will not have a 3-arm design (including diclofenac as a 3rd arm).   Further, it has been determined that we will focus our efforts on two possible trials."[356]   Dr. Gertz set forth the possible trials, as follows:

| | |
|---|---|
| Option A: | Study 1: Vioxx vs. placebo (on a background of aspirin) in the post-ACS population (20% CI bounds for non-inf) |
| | Study 2: Arcoxia vs. placebo for prostate cancer chemoprevention |
| Option B: | Study 1: Vioxx vs. Diclofenac (all comers with OA/RA, with/without ASA) (about 35% CI bounds for non-inf) |
| | Study 2: Arcoxia vs. placebo for prostate cancer chemoprevention |

212.    Merck considered performing the outcomes study in a post-ACS population because such a population would be at increased risk and it would thus be possible to obtain a larger number of adverse events in a trial with a fewer number of patients (than in a non-ACS

---

[354] MRK-ADI0025000 ("Merck to Test Arthritis Drugs for Clotting Risk," *Reuters*, December 11, 2001).
[355] PX841 (December 11, 2001 Press Release) at MRK-SHAA0150292.
[356] PX505 (March 9, 2002, E-mail from P. DiBattiste to L. Demopoulos) at MRK-ABA0028223.

population).[357]

213.    Handwritten notes dated March 13, 2002 read that "as of last evening 3/12/02 per Management Committee" the VALOR study was "suspend[ed]" for now for the following reasons:  "population may be particularly susceptible to BP effects;" "clopidogrel issues;" "prostacyclin hypothesis;" "population may be particularly susceptible to edema $\rightarrow$ CHF [i.e., congestive heart failure]."[358]  Dr. Nies testified that these notes reflected the reasons why Merck decided not to go forward with VALOR, and that, in accordance with these notes, the post-ACS population in VALOR could be at high risk for increasing blood pressure and that, since Vioxx causes sodium and water retention that was an additional risk that Vioxx could add to these patients.[359]  It is my opinion, that these risks of the post-ACS population were risks that Merck would have understood to make the post-ACS population at a higher risk for CV risk and would have thus made the population a particularly good choice for a shorter-term outcomes trial using fewer patients than Merck would otherwise need.   I also find that the list of issues described in the handwritten notes focuses heavily on medical issues associated with Vioxx (including the "prostacyclin hypothesis," increased blood pressure and edema) that would have made it more likely that the patients in VALOR taking Vioxx would have suffered adverse CV events.   It thus appears to me that Merck cancelled the VALOR trial because the high-risk ACS population was more likely to be adversely affected by Vioxx treatment, the very question that the trial was purportedly designed to investigate.

214.    In addition, I note that, contrary to Dr. Nies' testimony that VALOR was canceled because Merck concluded "one, the trial may not be ethical because these patients are -- are very

---

[357] Silverman Tr. at 245:7-17.
[358] PX464 (March 13, 2002 Handwritten Notes) at MRK-AJA0004061.
[359] Nies Tr. at 216:6-217:11.

sensitive patients. They're very fragile … (a) [a]nd secondly, it wouldn't answer any question related to the -- thromboxane prostacyclin balance issue because everybody would be on aspirin…,"[360] an email from Dr. Nies from the time period in question actually reads that, "I think the CV trial is scientifically sound and will answer the prothrombotic question."[361]

215.   On March 13, 2002, Merck sent out an email stating that "the VIOXX CV Outcomes Study has been placed on hold," and stated that "this information is for INTERNAL purposes only and should NOT be shared with investigators at this time."[362]   On March 26, 2002, VALOR was officially canceled.[363]

216.   Despite its assurances to the public that Merck was specifically conducting a CV outcomes study, Merck decided to replace, inappropriately, VALOR (what would have been a prospectively-designed randomized control clinical trial with CV outcomes as the primary endpoint) with the analysis of CV events in three (3) trials together:  APPROVe, VIP, and VICTOR.   This supposed "CV outcomes trial" became officially known as Protocol 203.[364]   The three trials that comprised Protocol 203 did not have CV outcomes pre-specified as the primary endpoint.   Moreover, two components of Protocol 203, the APPROVe and VICTOR trials, were already ongoing at the time that Protocol 203 was first considered.[365]   The third component, ViP,

---

[360] Nies Tr. at 212:24-213:18.

[361] PX465 (March 9, 2002 E-mail from A. Nies to B. Gertz) at MRK-SHAA0544745.

[362] PX863 (April 2, 2001 E-mail from A. Esposito to B. Baird and others) at MRK-SHAA2721986.

[363] PX507 (March 27, 2002 E-mail from P. DiBattiste to G. Williams) at MRK-SHAA0527689.

[364] Fanelle PX55 (April 15, 2003 E-mail from C. Fanelle to A. Reicin and others) at MRK-ADM0170201.

[365] Protocol 203 was finalized on October 10, 2002 (submitted to FDA). MRK-AFV0151830-2298 (October 10, 2002 Letter from N. Braunstein to L. Simon).   The APPROVe trial opened on December 23, 1999 and the first patient entered the trial on February 8, 2000.   MRK-AOR0229384-400 (March 16, 2005 E-mail from J. Mcguiness to M. Salgado and others) at 388.   The VICTOR trial opened on April 9, 2002 and the first patient entered the trial on April 15, 2002.   MRK-AVM0000323 (VICTOR Study Trial Details).

would not be completed until 2011.[366]

217.    In sum, Merck should have performed a prospective, RCT with cardiovascular outcomes as the primary pre-specified endpoint but it never performed such a trial.

**J.    Merck Faced Difficulties in Performing a Head-to-Head Vioxx vs. NSAID GI Comparator Trial That Included Aspirin Use in Both Arms**

218.    Given Vioxx's cardiovascular risks, it would have been beneficial for Merck to claim a superior GI safety profile for Vioxx combined with aspirin versus NSAIDs combined with aspirin, if such a benefit existed.   However, internal documents reflect that Merck faced serious hurdles to performing a trial comparing Vioxx + aspirin versus ibuprofen + aspirin because of growing concerns that ibuprofen nullified aspirin's cardio-protective benefit.   Merck also internally stated that comparing Vioxx + aspirin versus diclofenac + aspirin was likely to show a more favorable GI profile for diclofenac compared to Vioxx in such a trial.[367]   Merck also stated that Merck could not perform a trial comparing Vioxx + aspirin versus naproxen + aspirin because, if Merck's naproxen hypothesis were true, it would make little sense for Merck to perform a trial comparing Vioxx to a combination drug that included a purportedly cardio-protective drug (naproxen) and an established cardio-protective drug (aspirin).[368]

219.    After Protocol 136, which found a similar incidence of perforations, ulcers, and bleeds ("PUBS") in patients taking Vioxx + aspirin versus patients taking ibuprofen,[369] there was an open question as to whether there was a GI benefit of taking Vioxx + aspirin versus ibuprofen +

---

[366] MRK-ADW0006896-906 (Vioxx Clinical Data Overview).
[367] MRK-AOR0007745-763 (December 3, 2002 CRRC Presentation, Results of VIOXX Protocol 184) at 756 (summarizing that the results of Protocol 184 "also highlight[ed] that diclofenac + ASA is much lower than ibuprofen alone (and by inference, VIOXX + ASA?).")
[368] MRK-AHE0056009-27 (May 6, 2003 Protocol 158-Aspirin Users Endoscopy Study Presentation) at 018.
[369] PX460 (November 19, 2001 Memo from H. Quan to T. Simon and others).

aspirin.[370]   Protocol 158 was designed as a randomized, double-blind, 12-week endoscopy study that would compare the incidence of gastroduodenal ulcers in OA patients taking Vioxx 25 mg + low-dose aspirin versus ibuprofen 800 mg plus low-dose aspirin.[371]   Protocol 158 was originally approved in April 2001 at the Clinical and Regulatory Review Committee ("CRRC").[372]

220.   However, it was not feasible at the time to use ibuprofen + aspirin as the comparator treatment.   A July 13, 2001 presentation before the CRRC stated that preliminary data from a non-Merck study suggested that ibuprofen interfered with aspirin's inhibitory effect on platelet aggregation.[373]   And, on February 6, 2002, it was noted that the Chief Science Officer at the American Heart Association was recommending that patients who must take ibuprofen and aspirin "ask their doctor about switching to a different NSAID."[374]

221.   Also, to answer whether diclofenac or ibuprofen would be a more suitable competitor drug to Vioxx in a GI study involving aspirin use, Merck performed Protocol 184.   In performing Protocol 184, however, Merck found that there would be serious risk to Merck in performing a Vioxx vs. diclofenac study with both arms of the trial taking aspirin.   Protocol 184 was a randomized, double-blind study to "determine ... the incidence of gastric and/or duodenal erosion score $\geq 2$ following administration of 7 days" in patients taking either diclofenac, diclofenac and low dose aspirin, ibuprofen, or ibuprofen and low dose aspirin.[375]

222.   The preliminary statistical report for Protocol 184 was complete on November 8, 2002, and showed, among other things, that patients taking diclofenac + aspirin suffered *fewer*

---

[370]   MRK-ABS0387019 (October 22, 2002 Letter from E. Mailer to L. Laine).
[371]   MRK-AHF0034446-533 (May 7, 2001 Memo from A. Howard to Distribution) at 451.
[372]   *Id.* at 503.
[373]   MRK-ACD0040500-671 (May 25, 2002 E-mail from D. Chang to C. Bourdow and others) at 637-638, MRK-ACD0040641.
[374]   MRK-SHAA2018688-711 (February 5, 2002 E-mail from T. Simon to D. Greene and others) at 693-694.
[375]   MRK-AFV0219239-264 (November 8, 2002 E-mail from C. Yu to E. Maller) at 240.

events than patients taking ibuprofen alone.[376]   In other words, the data from Protocols 136 and 184 showed that treatment with Vioxx + aspirin and treatment with ibuprofen alone were similar in terms of GI safety, but that diclofenac + aspirin was safer than ibuprofen alone.  These data suggested the strong likelihood that, if Merck performed a GI study of diclofenac + aspirin versus Vioxx + aspirin, then diclofenac + aspirin would be safer than Vioxx + aspirin.[377]

223.   Merck also considered whether to study in Protocol 158 Vioxx + aspirin versus naproxen + aspirin, but internally stated that there were public relations issues associated with performing such a trial.  Specifically, if naproxen were cardio-protective (as Merck claimed), it would make little scientific sense for Merck to study the combination of one purportedly cardio-protective agent (naproxen) with an established cardio-protective drug (aspirin).  The Merck slide deck from May 6, 2003 entitled "Protocol 158-Aspirin Users Endoscopy Trial; Choice of Comparator" read that there was a "PR issue of use of naproxen + ASA [aspirin] undermining argument for CV result of VIGOR."[378]   As of March 2004, the Vioxx Product Development Team identified Protocol 158 as cancelled.[379]

224.   Each study design considered by Merck that included aspirin and that would have tested the effects of Vioxx versus ibuprofen, diclofenac or naproxen proved undesirable.  This appears to have deterred Merck from testing Vioxx's safety in comparison to NSAIDs when Vioxx

---

[376] *Id.* at 241; MRK-AOR0007745-763 (December 3, 2002 CRRC Presentation, Results of VIOXX Protocol 184) at 755 ("Diclofenac EC-DR 50 mg TID caused significantly less damage than ibuprofen.").

[377] MRK-AOR0007745-763 (December 3, 2002 CRRC Presentation, Results of VIOXX Protocol 184) at 756 (summarizing that the results of Protocol 184 "also highlight[ed] that diclofenac + ASA is much lower than ibuprofen alone (and by inference, VIOXX + ASA?).")

[378] MRK-AHE0056009-27 (May 6, 2003 Protocol 158-Aspirin Users Endoscopy Study Presentation) at 018.

[379] MRK-ABS0388796-798 (December 19, 2003 Agenda for Weekly Meeting with Tom Simon-Eric Maller); MRK-AOR0176210-245 (March 8, 2004 E-mail from N. Braunstein to T. Malloy) at 228.

and each NSAID was combined with cardio-protective aspirin.

## IX.   Merck Doctors and Consultants Proposed that Vioxx be Combined with Antiplatelet or Antithrombotic Therapies

225.     Merck repeatedly considered, and consultants repeatedly suggested to Merck, that Merck mitigate Vioxx's cardiovascular risks by exploring combinations of Vioxx with antiplatelet agents, including aspirin, a thromboxane receptor antagonist, a thromboxane synthase inhibitor, clopidogrel, or nitric oxide.  Each of these compounds had the strong potential to reduce or eliminate Vioxx's prothrombotic properties but Merck never completed a trial specifically designed to test the cardio-protective effects of each compound when combined with Vioxx, and Merck never introduced a product to the market that combined Vioxx with any of them.

### A.   Low-Dose Aspirin

226.     Low-dose aspirin is customarily used as cardiovascular prophylaxis because of its ability to block platelet thromboxane biosynthesis.[380]   Because its mechanism of action is to irreversibly block thromboxane production in the platelet, aspirin would more likely than not mask any prothrombotic action of Vioxx by eliminating the imbalance of thromboxane versus prostacyclin that Vioxx creates (although this was not shown in the aspirin-indicated subgroup of the ADVANTAGE trial).

227.     At the May 3-6 1998 BSA meeting, in light of the results of Protocol 023, the BSA proposed that Merck study the consequences of the loss of prostacyclin in high-risk patients and that, if there were a negative effect, "MRL should be the first to know, and thereby be able to take the lead in developing the obvious strategy of the combination of very low-dose aspirin (30-40 mg daily) with a COX-2 inhibitor."[381]

228.     In Dr. Oates' August 1999 letter to Dr. Scolnick giving him a "heads up" about

---

[380] PX452 (August 13, 1999 Letter from J. Oates to E. Scolnick) at MRK-ABC0002067.
[381] PX433 (May 1998 Merck Scientific Advisors Meeting) at MRK-SHAA0572411.

lupus patients who sustained thrombotic events soon after initiating therapy with Celebrex, Dr. Oates stated that Searle had licensed a form of low-dose aspirin called asacard, possibly to "protect their enormous stake in celecoxib," and that this put "Searle … in a far better position to respond to [further cases of the abrupt onset of thrombotic complications] with a combination drug."[382]

229.    Following the release of the VIGOR results in March of 2000, there was increased interest in a combination product to improve Vioxx's cardiovascular profile.   Dr. FitzGerald contacted Merck in March and April 2000 regarding the possibilities of combining Vioxx with cardio-protective compounds, including low-dose aspirin, clopidogrel, and a thromboxane receptor antagonist (discussed further below).[383,384]

230.    The results of Protocol 136 (showing that Vioxx + aspirin caused similar GI complications as patients taking ibuprofen, and more GI complications than in patients taking aspirin alone) denied Merck the ability to solve the cardiovascular risk of Vioxx with just additional aspirin and necessitated a different approach.   On November 21, 2001, soon after receiving the Protocol 136 results, Dr. Scolnick emailed that, "…I think the question we should answer now is NOT whether Vioxx or any Coxib is safe for Cv outcomes.   I think the question NOW is what is the best antiplatelet regimen to use with a Coxib.   I think that is THE medical question and if we answer it, the problem will dissipate."[385]   In my opinion, that statement is an admission that Vioxx is prothrombotic, and that that "problem will dissipate" with an antiplatelet regimen.

**B.**      **Thromboxane Receptor Antagonists and Thromboxane Synthase Inhibitors**

231.    A thromboxane receptor antagonist is a molecule that blocks the effects of

---

[382] PX452 (August 13, 1999 Letter from J. Oates to E. Scolnick) at MRK-ABC0002067.
[383] PX453 (March 30, 2000 E-mail from A. Nies to B. Gertz and others).
[384] MRK-ABC0033810 (April 7, 2000 E-mail from G. FitzGerald to B. Gertz).
[385] PX458 (November 28, 2001 E-mail from A. Reicin to J. Tolbert) at MRK-SHAA0833527.

thromboxane at its receptor, presumably on platelets.[386]   As Dr. Nies testified, "thromboxane causes its effects by acting on receptors.   And, so, if you block its receptor, you would have, in effect, a similar effect than aspirin [because] even though thromboxane were still present, it wouldn't be causing the platelet aggregation."[387]   A thromboxane receptor antagonist could in fact be more effective than aspirin because some of the thromboxane A2 in the body is not inhibited by aspirin but an antagonist could block the effects of that thromboxane A2.[388]   As Dr. FitzGerald testified in this action, "if one was considering … an adjuvant therapy, a combination, it's something that might limit a cardiovascular hazard, it would be desirable to preserve prostacyclin, not to suppress it further, and you could do that either by using this form of aspirin [i.e., one confined to the presystemic circulation] or by a thromboxane antagonist."[389]   Similarly, a thromboxane synthase inhibitor is a drug that inhibits an enzyme in the synthesis of thromboxane, thereby reducing the body's production of thromboxane.

232.    In Dr. Oates' August 13, 1999 letter to Dr. Scolnick about the lupus patients who had suffered CV events after taking Celebrex, Dr. Oates described how a drug that combined Vioxx with a thromboxane receptor antagonist could be a "…conceivably winning strategy."[390] Dr. Nies also presented the possibility of combining Vioxx with thromboxane inhibitors at the August 23, 1999 HHPAC meeting.[391]

233.    On April 16, 2000, Dr. Mervyn Turner, the former Merck Senior Vice President of Worldwide Licensing and External Research, e-mailed Dr. Scolnick and others a lengthy discussion of various options Merck could explore related to thromboxane antagonists and

---

[386] Gertz Tr. at 119:8-11.
[387] Nies Tr. at 183:9-15.
[388] Id. at 202:14-25.
[389] FitzGerald Tr. at 91:23-92:12.
[390] PX 452 (August 13, 1999 Letter from J. Oates to E. Scolnick) at MRK-ABC0002067-68.
[391] MRK-ABH0016084-89 (August 23, 1999 E-mail from A. Nies to E. Scolnick) at 88.

thromboxane synthase inhibitors.[392]   Dr. Turner wrote about the importance of the prostacyclin/thromboxane ratio to the cardiovascular profile of Vioxx: "There is quite a large literature on the ability of SIs [thromboxane synthase inhibitors] in particular to alter TXA/PGI ratios (in favor of prostacyclin obviously) in both animals and man.   Whether we see the potential to restore that balance as an upside for a combo with an SI is worth discussing I think."[393]

234.   After the unblinding of the preliminary VIGOR results, and in preparation for the April 20, 2000 HHPAC meeting, background materials were circulated which provided the rationale for combining Vioxx with anti-thrombotic therapies.   They stated that:

> Limited information is available on the role that COX-2 might play in prostacyclin and thromboxane homeostasis in RA.
>
> [A]n important factor in patients is the $PGI_2/TXA_2$ balance. . . . There are reports in the literature that diabetics have increased ratios of $TXA_2$ to $PGI_2$.   This may also apply to RA patients.   COX-2 inhibitors could potentially exacerbate this condition by further differentially suppressing $PGI_2$ versus $TXA_2$ synthesis.   Under these conditions an alternate therapeutic approach would be to suppress $TXA_2$ action by combining COX-2 inhibitors with a $TXA_2$ (TP) receptor antagonist or $TXA_2$ synthase inhibitor or a dual blocker.[394]

235.   In May of 2001, Dr. Scolnick and others at Merck submitted a patent application for a combination product of a COX-2 inhibitor with a thromboxane inhibitor.[395]   It was rejected in 2002.[396]   It was similar to another patent, originally filed in March 1999, by Dr. Steven

---

[392] PX694 (April 17, 2000 E-mail from M. Turner to M. Gresser and others).

[393] *Id*. at MRK-JRAA0000691.

[394] MRK-ABH0017895-936 (April 14, 2000 E-mail from L. Bryant to J. Rowan and others) at 929-930.

[395] MRK-AAK0000233-246 (Scolnick Patent Pub. No. US 2002/0016342 A1, filed May 14, 2001) (Abstract:   "The present invention provides a method for the treatment or prophylaxis of COX-2-mediated conditions in patients who are at risk of developing thromboembolic events which comprises administering to said patient a therapeutically or prophylactically effective amount of a COX-2 selective inhibitor and a cardiovascular protective amount of a thromboxane inhibitor, as well as compositions therefor.").

[396] MRK-JRAC0000078-85 (Patent rejection, September 16, 2002) at 79.

113

Nichtberger, a cardiologist at Merck, describing a combination therapy with a COX-2 inhibitor and an antiplatelet agent.[397]

236.    On May 31, 2001, Dr. Bennett Shapiro, the head of research at Merck's West Point facility wrote to Merck's Drs. Nies, Gertz, and others about possible combination therapies with Vioxx.[398] After describing S18886, a "thrombosis thromboxane receptor antagonist," Dr. Shapiro wrote that, "[w]e have previously considered adding such a compound to VIOXX, for obvious reasons, and are currently using low-dose aspirin in trials with VIOXX – however, as exhaustively discussed internally, there may be advantages to a TP antagonist."[399]   In response, Dr. Nies wrote about the challenges of such a combination product, including the need to develop clinical trial data supporting it.[400]

### C.    Clopidogrel

237.    Clopidogrel (Plavix) is a widely-used thienopyridine class antiplatelet agent that works by irreversibly inhibiting a receptor called P2Y12, an adenosine diphosphate (ADP) chemoreceptor on platelet cell membranes.  Clopidogrel's irreversible effect on the platelets is persistent even after the drug's levels in the blood are diminished.[401]

238.    During the April 2000 meeting of Merck's BSA, the Advisors commented on the need for Merck to determine whether Vioxx could be safely combined with aspirin in an endoscopy trial.[402]   Based on the results of that endoscopy trial (i.e., Protocol 136), Merck could conduct a cardiovascular outcomes study, discussed above, that would have tested Vioxx plus aspirin versus naproxen.   But the Advisors also recommended that, at the same time, "Merck …

---

[397]  MRK-AAK0000820-37 (Nichtberger Patent No. 6,136,804, filed March 12, 1999).
[398]  PX457 (May 31, 2001 E-mail from A. Nies to B. Shapiro and others).
[399]  Id.
[400]  Id.
[401]  Nies Tr. at 204:18-205:10.
[402]  PX670 (July 10, 2000 Memo from C. Zarsky to Board of Scientific Advisors) at MRK-SHAA2569660-661.

should move to develop a strategy for an alternative antiplatelet drug to be employed in the event that the endoscopy study does indeed suggest gastrointestinal toxicity from the combination of aspirin and VIOXX. Clopidogrel would be one consideration for an antiplatelet agent to be used in combination with VIOXX as there is solid evidence demonstrating near equivalence of aspirin and clopidogrel in secondary prevention of myocardial infarction, stroke, and peripheral vascular complications … A further alternative would be a combination of VIOXX with a thromboxane receptor antagonist."[403] This echoed the comment of Dr. Nies who wrote on May 31, 2001 that pursuing a combination production of a thromboxane receptor antagonist "would probably only be worth it if we actually do lose the GI benefit with low dose ASA [aspirin] as seen in our endoscopy trials. In that case, clopidogrel might be a better choice."[404]

239. On April 28, 2002, Dr. Nies had circulated a set of background slides for Merck's Coxib Task Force meeting to be held on April 30, 2002.[405] At that time, Merck was still considering different potential adjuvant therapies, including aspirin, clopidogrel and a thromboxane receptor antagonist.[406] Merck never commercialized any of these options.

### D. Nitric Oxide

240. Nitric oxide is an important cellular signaling molecule involved in many physiological and pathological processes. It is a powerful vasodilator, also called endothelial relaxing factor or EDRF, with a short half-life of a few seconds in the blood. Nitric oxide is one of the mechanisms the body has to keep blood from clotting.[407]

241. Merck pursued the possibility of combining Vioxx with nitric oxide and entered

---

[403] *Id.* at MRK-SHAA2569661.
[404] PX457 (May 31, 2001 E-mail from A. Nies to B. Shapiro and others).
[405] PX459 (April 28, 2002 E-mail from K. Grosser to R. Silverman and others).
[406] *Id.*
[407] Nies Tr. at 243:21-244:5.

into a licensing agreement with a company called NitroMed for that purpose.[408]   One set of materials prepared by NitroMed for Merck in or around 2002 stated that NitroMed had synthesized and evaluated a series of nitric oxide enhanced COX-2 inhibitors and that "[s]uch medicines should mitigate the observed COX-2 related increases in adverse cardiovascular events."[409]

242.   It is my opinion that, following the findings of Protocol 136, which undermined Merck's ability to combine Vioxx with low-dose aspirin without jeopardizing Merck's claims to Vioxx's GI safety, the most potentially successful approach to combining Vioxx with an antithrombotic agent would have been to combine the drug with clopidogrel, but Merck failed to do so, and in order to be successful with any such combination Merck would have to justify the safety, efficacy and cost of such a product, which was unrealistic.

## X.   Current Data on the Safety of COX-2 Inhibitors

### A.   Randomized Controlled Clinical Trials

243.   To date, the cardiovascular risk of Vioxx and other COX-2 inhibitors has been well-established.   As it has been written, "5 RCTs [randomized controlled trials] of 3 structurally distinct inhibitors … indicate that such compounds [COX-2 inhibitors] elevate the risk of myocardial infarction and stroke.   The clinical information is biologically plausible, as it is compatible with evidence that inhibition of COX-2-derived PGI2 removes a protective constraint on thrombogenesis, hypertension, and atherosclerosis in vivo."[410]   Those five randomized trials are (i) VIGOR; (ii) two placebo-controlled studies of valdecoxib [i.e., Bextra, which was removed from the market in 2005 due to concerns about increased risk of heart attack and stroke], anteceded by its prodrug parecoxib, whose pooled analysis indicated that parecoxib/valdecoxib elevate the

---

[408]  MRK-AEE0000793-829 (Research Collaboration and License Agreement between Merck and NitroMed).

[409]  PX470 (May 28, 2002 E-mail from K. Grosser to L. Bryant) at MRK-ABC0052008.

[410]   Grosser T, Fries S, FitzGerald GA; Biological Basis for the Cardiovascular Consequences of COX-2 Inhibition: Therapeutic Challenges and Opportunities; *J. Clin. Invest.* 2006; 116(1): 4-15.

combined incidence of MI and stroke by 3-fold in patients after undergoing coronary artery bypass grafting (CABG);[411] (iii) APPROVe (discussed above); and (iv) Adenoma Prevention with Celecoxib (APC) (which was halted after participants taking 800 mg and 400 mg doses of Celebrex were found to have higher risk of heart attack and stroke).[412]

### B.   The Jüni Meta-Analysis

244.   It is also instructive to review the large meta-analysis published by Jüni, et al., which reviewed the results of 18 RCTs of Vioxx and its effects on MI in subjects with chronic musculoskeletal disorders.[413]   Overall, the most important findings were:

a.   There were 52 MIs in the subjects receiving Vioxx versus 12 in the control arms in the 18 RCTs.   The combined RR was 2.24 (95% CI 1.24-4.02), meaning that subjects receiving Vioxx were more than twice as likely to have an MI.

b.   The investigators studied multiple subgroups to identify those at greater or lesser risk.   They found no evidence of a significant effect of the drug used as the control/comparator (placebo, non-naproxen NSAID, or naproxen; $p=0.41$), the duration of the trial (greater than or less than six (6) months), the dose of Vioxx (12.5, 25, or 50 mg per day), or whether the study was an "open label" trial.   In observational studies, they found the cardio-protective effect of naproxen was small (combined estimate 0.86 [95% CI 0.75–0.99]) and could not have explained the findings of the VIGOR trial.   They did find a significant interaction for whether or not the study had an external endpoint review committee, with a significantly greater RR for MI of 3.9 (1.88-8.02) versus 0.79 (0.29-2.13) if there was an external committee.[414]   The result of Jüni's analysis is therefore concerning and suggests that the deleterious effects of Vioxx were likely underestimated by Merck.

c.   Jüni, et al., found that there was a statistically significant increase in MIs by the end of the year 2000, when the RR was significantly increased in the Vioxx groups to 2.30 (95% CI 1.22-4.33, $p=0.010$), as demonstrated by

---

[411]   Furberg C, Psaty B, and FitzGerald GA. Parecoxib, valdecoxib and cardiovascular risk. *Circulation.* 2005; 111:249.
[412]   MRK-AIU0342807-817 (Solomon SD, et al.   Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention.   *N. Engl. J. Med.* 2005; 352:1071-1080).
[413]   MRK-AWC0046107-115 (Jüni P, Nartey L, Reichenbach S, et al.   Risk of Cardiovascular Events and Rofecoxib: Cumulative Meta-Analysis. *Lancet.* 2004; 364: 2021-29).
[414]   *Id.* at 2024.

Figure 3 in their paper, in which the cumulative RR for MI across the trials are depicted. (**Figure 6** below.)



**Figure 6.** From Jüni, et al., showing the cumulative effect over time of MI on the RR in the arthritis trials of Vioxx. By 2000, an increase in RR for MI was present to a statistically significant extent.[415]

d.      With regard to previous meta-analyses from Merck that found no increase in risk for a combined Antiplatelet Trialists' Collaboration endpoint published by Reicin,[416] and Konstam,[417] Jüni, et al., stated, "Possible explanations for these discrepant results include: confounding by trial, analyses inadequately pooling individual patients' data; use of composite

[415] *Id.*

[416] MRK-ABK0483669-674 (Reicin AS, Shapiro D, Sperling RS, et al. Comparison of Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated with Rofecoxib Versus Nonselective Nonsteroidal Anti-Inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone); *Am J Cardiol.* 2002; 89:204-20).

[417] MRK-ABK0496583-591 (Konstam MA, Weir MR, Reicin A, et al. Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib. *Circulation* 2001; 104:2280-2288).

cardiovascular endpoints, which will have diluted any increase in risk of MI; and inclusion of safety data that had not undergone independent adjudication.   Pooled analyses of industry-sponsored drug trials, undertaken by the company manufacturing the drug in question, are becoming increasingly common.   To clarify the reasons behind the misleading results of Merck's meta-analyses of cardiovascular events in clinical trials of Rofecoxib will be important."[418]   The choice of the pooled endpoint by the Merck investigators, then, appears to have obscured the effect of Vioxx on MIs.   The danger of combined endpoints in stroke trials has been analyzed by Albers, who concluded that "unless all components of a composite endpoint are affected in the same direction and to a similar degree, their inclusion may not provide the anticipated increase in statistical power.   In fact, the use of a combined endpoint may lead to an underestimate of therapeutic benefits when patients at high risk for one particular endpoint are studied."[419]   In addition, the Alzheimer's studies, for which compliance was such a problem, had far more data points which overwhelmed the rest of the meta-analysis data.   I agree with Jüni's analysis and comments.   Despite these analyses, in October 2000, Merck performed an analysis with MI as the endpoint, and found a significantly increased risk with Vioxx.[420]

e.      In addition to Jüni's comments, it is important to stress that Merck used the APTC endpoints, which were cardiovascular, hemorrhagic and unknown death; non-fatal myocardial ischemia; and non-fatal stroke:   In contrast, Thrombotic Cardiovascular Serious Adverse Experiences includes reports MI, unstable angina, sudden cardiac death, ischemic stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism, much more germane to the thrombogenic mechanism of action of Vioxx.   Despite internal concerns about the appropriateness of the APTC endpoint, by October 2000, Merck had decided upon APTC events as the primary endpoint for its pooled clinical study analyses of cardiovascular events.   At that time, Merck scientists "recognized that inclusion of bleeds in the primary [APTC] endpoint could reduce assay sensitivity to detect negative effects of COXIBs since Vioxx has been shown to reduce GI bleeds."[421]   Merck also acknowledged that APTC "[i]ncludes 'bleeding' endpoints which mixes risk/benefit (could be seen as a pro since this could work in our favor)."[422]

---

[418]  MRK-AWC0046107-115 (Jüni P, Nartey L, Reichenbach S, et al.   Risk of Cardiovascular Events and Rofecoxib: Cumulative Meta-Analysis. *Lancet*. 2004; 364: 2021-29).

[419]  Albers GW.   Choice of Endpoints in Antiplatelet Trials: Which Outcomes are Most Relevant to Stroke Patients?  *Neurology*. 2000; 54(5): 1022-8.

[420]  MRK-SHAA0829636-669 (October 18, 2000 Vioxx Preliminary Cardiovascular Meta-Analysis presentation).

[421]  PX334 (October 6, 2000 E-mail from A. Reicin to L. Valdez) at MRK-AAD0055047.

[422]  PX339 (Issues for Coxib Cardiovascular Combined Analyses and Planned Interim Pre VIGOR ACM "meta-analysis").

Noting in March 2004 that the APTC endpoint's "'exclusion' of relevant endpoints," Merck's Dr. Barry Gertz asked, "Should we be gently pulling them away from the APTC endpoint as the be all and end all?" to which Dr. Reicin responded: "I think [Barry Gertz's] point is valid..."[423]

f.   Jüni, et al., published their meta-analysis without the benefit of the data from APPROVe. This trial, discussed above, also found an increased RR of cardiac events (MI, SCD, or unstable angina) of 2.80 (1.44-5.45).[424] In subjects with known atherosclerotic disease, the RR for a thrombotic event was reported to be 9.59, while for diabetics it was 6.10 (1.36 to 56.1).

g.   Jüni, et al., also did not include the results of three trials performed in Alzheimer's disease, Protocols 091, 078, and 126, discussed above. According to the published Jüni paper, the safety data were not available from the FDA for these trials, and only one had reported the incidence of MI, with 3 in the Vioxx arm versus one (1) in the placebo arm. Although MI alone was not significantly increased, the trend was consistent with Jüni's other analyses and unlikely to change the analysis, particularly if APPROVe, ViP, and VICTOR were included.

245.   Jüni, et al., summarized their article as follows, and I share this same opinion:

> If Merck's statement in their [September 30, 2004] press release that "given the availability of alternative therapies, and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take" was appropriate in September, 2004, then the same statement could and should have been made several years earlier, when the data summarised [in the Jüni article] first became available. Instead, Merck continued to market the safety of rofecoxib.[425]

246.   In November of 2009, Professor Madigan and others also published a pooled analysis of all randomized, placebo-controlled trials of Vioxx conducted by Merck before September 2004, with the "main outcome measurement" as "incidence of any investigator-reported death from any cause or cardiovascular thromboembolic (CVT) adverse

---

[423] MRK-AFO0240034-035 (March 4, 2004 E-mail from N. Braunstein to S. Mukopadhyay).

[424] MRK-PUBLIC0002236-246 (Bresalier RS, Sandler RS, Quan H, et al. Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial; *N Engl J Med.* 2005; 352: 1092-1102 at 1092) at 240.

[425] MRK-AWC0046107-115 (Jüni P, Nartey L, Reichenbach S, et al. Risk of Cardiovascular Events and Rofecoxib: Cumulative Meta-Analysis. *Lancet.* 2004; 364(9450): 2021-9).

event."[426]   That analysis found a "trend toward increased cardiovascular risk associated with [Vioxx] compared with placebo as early as December 2000, the comparison reaching a P value of .05 by June 2001, nearly 3½ years before [Merck's] voluntary market withdrawal."[427]

247.   Given the above, there is no doubt that Vioxx significantly increases the risk for MI.   In fact, the 32 voting members of the FDA advisory committee (February 18, 2005) unanimously agreed with that conclusion.[428]   Indeed, even a RR of two (2) for MI inflicted by Vioxx would be highly significant.   Statin drugs, our most powerful agents for preventing MI, impart a beneficial RR of 0.7; therefore a RR of 0.5 would be needed to overcome the effect of Vioxx, even when considered in the most conservative assessment.   In other words, the deleterious effects of Vioxx appear to be more potent than the beneficial effects of any of our proven drug therapies, including statins, aspirin, and in particular, naproxen.

248.   In addition, the FDA and the European Medicines Agency have concluded that not only Vioxx, but also Bextra and Celebrex, conveyed an absolute hazard of myocardial infarction and stroke.[429]   Both Vioxx and Bextra were withdrawn from the market.   Celebrex is currently marketed with a black box warning for serious cardiovascular risk.   However, given that, as discussed above, Vioxx is a more selective COX-2 inhibitor than Celebrex, it is my opinion that Celebrex is safer than Vioxx.   This opinion is consistent with the findings of Solomon who compared Vioxx and Celebrex in an epidemiological study published in the fall of 2003 reporting

---

[426] Ross JS, Madigan D, Hill KP, Egilman DS, Wang Y, Krumholz HM.   Pooled Analysis of Rofecoxib Placebo-Controlled Clinical Trial Data: Lessons for Postmarket Pharmaceutical Safety Surveillance.   *Arch Intern Med.*   2009; 169(21): 1976-1985.
[427] *Id.*
[428] MRK-AKU0097039-054 (Summary minutes for the February 16, 17 and 18, 2005 Joint Meeting of the FDA Arthritis Advisory and Drug Safety and Risk Management Advisory Committees) at MRK-AKU0097050.
[429] http://www.emea.europa.eu/docs/en_GB/document_library/Press_release/2010/01/WC5000 59088.pdf.

that in the first 30 days of treatment with Vioxx or Celebrex, Vioxx was linked to a 39% increased

heart attack risk compared with Celebrex.[430]   Between 30 and 90 days, the increased relative risk

was 37%.[431]

### C.    Vioxx Increases Blood Pressure More than Comparator NSAIDs

249.    Data concerning Vioxx's harmful effects on blood pressure have been published,

including the March 14, 2005 meta-analysis in the *Archives in Internal Medicine* which analyzed

published RCTs with blood pressure data.[432]   That meta-analysis demonstrated a significantly

greater effect of Vioxx on blood pressure than other NSAIDs.   The investigators included a table

listing the 19 trials meeting the inclusion criteria.   (**Figure 7.**)   Importantly, the authors reached

their conclusions in the absence of two (2) key studies further documenting Vioxx's hypertension

risks:   (1) Protocol 112, which was completed by January 2001 and showed a doubling of the risk

of exceeding predefined limits of change in blood pressure for Vioxx versus both Celebrex and

placebo;[433] and (2) APPROVe, which was published in February of 2005, approximately 9

months after the May 2004 cutoff for publications to be included in the meta-analysis, and which

showed a highly statistically significant increased risk of hypertension in Vioxx patients versus

placebo.

---

[430]   MRK-AHN0002491 (September 17, 2003 The Relationship Between Selective COX-2
Inhibitors and Acute Myocardial Infarction).
[431]   *Id.*
[432]   Aw T, Haas SJ, Liew D, Krum H. Meta-analysis of cyclooxygenase-2 inhibitors and their
effects on blood pressure. *Arch Internal Med.* 2005; 165: 490-96.
[433]   MRK-ASQ0599312-326 (Protocol 112 Clinical Development Study Report) at 321.

**Table. Characteristics of 19 Trials Meeting Inclusion Criteria for the Present Analysis**

| Source | No. of Subjects (N = 45 451) | Mean Age, y | Sex, % Female | Patient Type | Design | Drug | Comparator | Study Duration, wk |
|---|---|---|---|---|---|---|---|---|
| Ehrich et al[15] | 219 | 64 | 71 | OA | R, C, B, D, MC, Par | Rofecoxib | Placebo | 6 |
| Hawkey et al[6] | 660 | 51.7 | 82 | RA | R, MC, DB, PC, Par | Rofecoxib | Placebo, naproxen | 12 |
| Schnitzer et al[19] | 658 | 55 | 77 | RA | R, PC | Rofecoxib, celecoxib | Placebo | 8 |
| Geba[32] | 1082 | 62 | F>M | OA | R, C | Rofecoxib, celecoxib | Placebo | 6 |
| White et al[18] | 178 | 53 | 44 | HT | R, DB, PC, Par | Celecoxib | Placebo | 4 |
| Simon et al[31] | 1149 | 54 | 67 | RA | R, MC, PC, DB | Celecoxib | Placebo | 12 |
| Collantes et al[14] | 871 | 52 | 82 | RA | R, C, MC, DB | Celecoxib | Placebo, naproxen | 12 |
| Bombardier et al (VIGOR)[2] | 8076 | 58 | 80 | RA | R, C, MC, B, Par | Rofecoxib | Naproxen | 36 |
| Cannon et al[24] | 784 | 64 | 66 | OA | R, C, DB, Par | Rofecoxib | Diclofenac | 52 |
| Lisse et al (ADVANTAGE)[33] | 5557 | 63 | 71 | OA | R, C, B, MC | Rofecoxib | Naproxen | 12 |
| Sowers et al[17] | 268 | NA | NA | OA, DM | R, C, BD | Rofecoxib, celecoxib | Naproxen | 6 |
| Silverstein et al (CLASS)[1] | 8059 | 60 | 68 | OA, RA | R, C, DB, MC | Celecoxib | Ibuprofen, diclofenac | 24 |
| Emery et al[15] | 655 | 55 | 73 | RA | R, C, DB, DD, Par | Celecoxib | Diclofenac | 24 |
| Whelton (SUCCESS I)[16] | 13274 | 62 | 67 | OA | R, C, DB, MC | Celecoxib | Diclofenac, naproxen | NA |
| Whelton et al SUCCESS VI[8] | 810 | 74 | 66 | OA, HT | R, C, BD, Par, MC | Rofecoxib | Celecoxib | 6 |
| Whelton et al (SUCCESS VII)[3] | 1092 | 73 | 62 | OA, HT | R, C, BD | Rofecoxib | Celecoxib | 6 |
| Leung et al[27] | 501 | 63 | 78 | OA | R, DB, PC | Etoricoxib | Naproxen | 12 |
| Matsumoto et al[29] | 816 | 56 | 77 | RA | R, DB, PC | Etoricoxib | Placebo, naproxen | 12 |
| Hunt et al[26] | 742 | 54 | 82 | OA, RA | R, DB, PC | Etoricoxib | Placebo, naproxen | 12 |

**Figure 7.** Characteristics of 19 Trials shown above that met inclusion criteria for a meta-analysis, the results of which are presented in the following figures. (Abbreviations: B, blind; C, controlled; DB, double blind; DD, double dummy; DM, diabetes mellitus; MC: multicenter; NA, not available; OA, osteoarthritis; Par, parallel; PC, placebo controlled; R, randomized; RA, rheumatoid arthritis)[434]

250. **Figure 8** below shows the weighted mean difference (WMD)[435] for systolic and diastolic blood pressure from the meta-analysis. The WMD increases for systolic blood pressure comparing Vioxx with placebo were 5.66 mmHg; when comparing Vioxx with non-selective NSAIDs, the WMD increases were 3.32 mmHg; and when Vioxx was compared with Celebrex the WMD increases were 2.83 mmHg. The WMD increases for diastolic blood pressure comparing Vioxx with nonselective NSAIDs were 1.59 mmHg. There was insufficient data to compare the diastolic blood pressure of Vioxx with placebo or Celebrex.

---

[434] Aw T, Haas SJ, Liew D, Krum H. Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure. *Arch Internal Med.* 2005; 165: 490-96.

[435] WMD is an average where the results of some of the studies make a greater contribution to the total than others generally based on a higher event rate and larger number of participants. The underlying principle is to give more weight to studies that give more information about the treatment effect.



**Figure 8.** Weighted mean difference (WMD) for systolic and diastolic blood pressure.   Coxib indicates cyclooxygenase-2 inhibitor; NSAID, nonsteroidal anti-inflammatory drug.[436]

251.     Additionally, and more importantly for cardiovascular risk, the authors of the blood pressure meta-analysis found that Vioxx was more likely to cause patients to develop clinically important hypertension and elevations in systolic and diastolic blood pressure than Celebrex (celecoxib) and placebo.[437]

252.     **Figure 9** below shows a significant RR of 2.63 for Vioxx versus placebo of developing hypertension.

---

[436] Aw T, Haas SJ, Liew D, Krum H.   Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure.   *Arch Internal Med*.   2005; 165: 490-96.

[437] Hypertension is defined in the meta-analysis, as it was in many of the studies, as a systolic blood pressure increase of 20 mmHg with an absolute value higher than 140 mmHg or for diastolic blood pressure as an increase of 15 mmHg with an absolute value higher than 90 mmHg.



**Figure 9.** Breakdown of contribution for each individual COX-2 inhibitor with respect to the Der Simonian and Laird relative risks (random effects) plot of developing hypertension for coxibs vs placebo.   CI indicates confidence interval.[438]

253.    **Figure 10** shows a significant RR of 1.78 for Vioxx versus nonselective NSAIDs of developing hypertension.

---

[438] Aw T, Haas SJ, Liew D, Krum H.   Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure.   *Arch Internal Med.*   2005; 165: 490-96.   The DerSimonian and Laird relative risk is a statistical method of estimating heterogeneity in meta-analyses.



**Figure 10.** Breakdown of contribution for each individual COX-2 inhibitor with respect to the Der Simonian and Laird relative risks (random effects) plot of developing hypertension for coxibs vs nonselective nonsteroidal anti-inflammatory drugs (NSAIDs). CI indicates confidence interval.[439]

254. The authors of the meta-analysis noted the disproportionate rise in systolic blood pressure compared with diastolic blood pressure with Vioxx use. As they point out, systolic blood pressure has been shown to be of greater importance for increased cardiovascular risk. The NIH's Seventh Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure sets forth as a key finding of the report, the risk of elevations of systolic blood pressure: "in those older than age 50, systolic blood pressure (SBP) of > 140 mmHg is a more important cardiovascular disease (CVD) risk factor than diastolic BP (DBP); beginning at 115/75 mmHg, CVD risk doubles for each increment of 20/10 mmHg..." The authors further note that a disproportionate rise in systolic blood pressure compared with diastolic blood pressure could result in increasing pulse pressure (pulse pressure is the difference between

---

[439] *Id.*

systolic and diastolic blood pressure).   There has been recognition of the importance of the pulse pressure (the difference between systolic and diastolic pressures) on cardiovascular disease.[440]

255.    Thus, from my review of the above studies, and Merck internal documents, it is my opinion that Vioxx increases blood pressure to a higher degree than other NSAIDs and that the blood pressure increase is an important risk factor for developing stroke, atherosclerosis, and heart enlargement, which can lead to heart attacks and sudden cardiac death, as noted by the Joint National Committee.   Hypertension produces increased sheer stress on blood vessels, increasing the risk for vascular injury that can be the first stage for developing atherosclerosis.   In addition, hypertension increases the work of the heart which now has to pump against an increased head of pressure.   This often produces left ventricular hypertrophy (increased wall thickness) as a compensatory mechanism to generate the increased pressure, which is a risk factor for sudden death,[441] in part because the thickened heart muscle requires more blood flow that can become compromised by atherosclerosis.[442]

## XI.    Conclusions

256.    It is my opinion that the experimental and clinical evidence strongly supports the conclusion that COX-2 inhibition with Vioxx increases the risk for cardiovascular complications, particularly when there may already exist some degree of coronary disease or risk factors.   This conclusion is supported by the biological plausibility of Vioxx's adverse cardiovascular risk,

---

[440] Kannel WB.    Fifty Years of Framingham Study Contributions to Understanding Hypertension. *Journal of Human Hypertension*. 2000; 14: 83-90.

[441] Janse MJ, Zipes DP.   Arrhythmogenic Mechanisms; in Priori SG, Zipes DP; Sudden Cardiac Death.   A Handbook for Clinical Practice; Blackwell Publishing, Massachusetts, United Kingdom, Australia.   2009; 33-46.

[442] Goldberger JJ, et al.    American Heart Association/American College of Cardiology Foundation/Heart Rhythm Society Scientific Statement on Noninvasive Risk Stratification Techniques for Identifying Patients at Risk for Sudden Cardiac Death. *Circulation*.   2008; 118(14):1497-1518.

which is consistent with how treatment with Vioxx has been associated with increased rates of heart attacks.

257.    It was incumbent on Merck to have more fully investigated and resolved the red flags of Vioxx's cardiovascular risk before it introduced Vioxx to the market, including by performing the trials and studies that its outside consultants had recommended it perform but which it did not.

258.    In addition, once Merck learned the VIGOR results, Merck should have withdrawn Vioxx or, at a minimum, sold it with a black box warning and on its label.

259.    I reserve the right to amend my opinions based on new data as it becomes available to me.

Signed this 17th day of July.

By _____
Douglas P. Zipes, M.D.

# EXHIBIT A

CURRICULUM VITAE
**Douglas P. Zipes, M.D.**

**Date and Place of Birth**    February 27, 1939, White Plains, New York
**Home Address**    10614 Winterwood
Carmel, Indiana 46032

**Business Address**    Department of Medicine
Indiana University School of Medicine
Krannert Institute of Cardiology
1800 N. Capitol Avenue, Ste. E315
Indianapolis, Indiana  46202-4800

**Marital Status**    Married - 3 children

| **Education** | | |
|---|---|---|
| | Dartmouth College, Hanover, N.H. | 1957-1960 |
| |   B.A., cum laude, 1961 | |
| | Dartmouth Medical School, Hanover, N.H. | 1960-1962 |
| |   B. Med. Sci. | |
| | Harvard Medical School, Boston, Mass. | 1962-1964 |
| |   M.D., cum laude | |

| **Postdoctoral Training** | | |
|---|---|---|
| Intern | Duke University Medical Center (Med.) | 1964-1965 |
| |   Durham, North Carolina | |
| Resident | Duke University Medical Center (Med.) | 1965-1966 |
| |   Durham, North Carolina | |
| Fellowship | Duke University Medical Center (Cardiol) | 1966-1968 |
| |   Durham, North Carolina | |

| **Positions** | | |
|---|---|---|
| | Assistant Director, Cardiac Care Unit | 1966-1968 |
| |   Duke University Medical Center | |
| |   Durham, North Carolina | |
| | Visiting Scientist (on leave from | 1970-1971 |
| |   Indiana University School of Medicine) | |
| |   Masonic Medical Research Laboratory | |
| |   Utica, New York | |
| | Assistant Professor of Medicine | 1970-1973 |
| |   Indiana University School of Medicine | |
| |   Indianapolis, Indiana | |
| | Research Associate. Krannert Institute | 1970-1973 |
| |   of Cardiology, Indianapolis, Indiana | |
| | Associate Professor of Medicine | 1973-1976 |
| |   Indiana University School of Medicine | |
| |   Indianapolis, Indiana | |
| | Senior Research Associate, Krannert | 1974-1995 |
| |   Inst. of Cardiology, Indianapolis, IN | |
| | Director of Cardiovascular Research | 1976-1987 |
| |   Division of Cardiology, Indiana | |
| |   University School of Medicine | |

|  |  |
|---|---|
| Professor of Medicine, Indiana Univ. School of Medicine, Indianapolis, IN | 1976-2004 |
| Emeritus | 2004-present |
| Professor of Pharmacology and Toxicology | 1993-2004 |
| Emeritus | 2004-present |
| Distinguished Professor | 1994-present |
| Director of Cardiology Division and Krannert Institute of Cardiology | 1995-2004 |
| Emeritus | 2004-present |

**Military Service**
LCDR, MC, USNR, Director, Cardiac Care Unit, Naval Hospital, Portsmouth, Va. Discharged with Letter of Commendation — 1968-1970

**Licensure**
New York (#97316; inactive) and Indiana (#01023557)

**Board Certifications**

| | |
|---|---|
| American Board of Internal Medicine (#030867) | June 1970 |
| American Board of Cardiovascular Disease | Feb. 1972 |
| Clinical Cardiac Electrophysiology | 1998-2005 |

**Awards**

| | |
|---|---|
| U.S. Navy Letter of Commendation | 1970 |
| Theodore and Susan B. Cummings Humanitarian Award | 1975 |
| Sir William Osler Award University of Miami | 1978 |
| Texas Heart Institute Medalist and Ray C. Fish Awardee for Scientific Achievement in Cardiovascular Disease | 1984 |
| Honorary Member Cardiac Society of Australia and New Zealand, RT Hall Lecturer | 1988 |
| Maimonides Award, University of Miami | 1988 |
| Distinguished Achievement Award, American Heart Association | 1989 |
| Distinguished Scientist Award, North American Society of Pacing and Electrophysiology | 1995 |
| Distinguished Scientist Award, American College of Cardiology | 1996 |
| Herrick Award, American Heart Association | 1997 |
| Nycomed Award for Excellence, American Academy of Medical Administrators | 1997 |
| Sagamore of the Wabash (Indiana's highest awai | 2001 |
| Cor Vitae Award of the American Heart Association | 2004 |
| Medtronic Zipes Chair in Cardiovascular Disease Indiana University School of Medicine | 2004 |
| Douglas P. Zipes Endowed Lectureship of the Heart Rhythm Society | 2004 |
| Citation in the Congressional Records by Hon. Baron P. Hill | 2004 |

| | | |
|---|---|---|
| | Douglas P. Zipes, MD Endowed Distinguished Young Scientist Award of the American College of Cardiology | 2004 |
| | Joan and Doug Zipes Visiting Cardiovascular Professorship at IU | 2005 |
| | Cardiostim Medal, Nice, France | 2006 |
| | Awardee, 75 Years of Medical Excellence, Duke University Medical Center | 2006 |
| | Honorary Foreign Member of the Argentine Society of Cardiology | 2007 |
| | Distinguished Alumnus Award, Duke University Medical Center | 2007 |
| | Presidential Citation, American College of Cardiology | 2009 |
| | Honorary Fellow of the Hungarian Society of Cardiology | 2010 |
| | President's Medal, Indiana University School of Medicine | 2010 |
| | President's Award, Heart Rhythm Society | 2013 |
| | Gold Medal, European Society of Cardiology | 2013 |
| **Awards -Investigator** | Senior Investigator to first place winner of Young Investigator Award, American College of Cardiology | 1981 |
| | Senior Investigator to first place winner of Young Investigator Award, American College of Cardiology | 1982 |
| | Senior Investigator to first place winner of Young Investigator Award, North American Society of Pacing and Electro-physiology | 1982 |
| | Senior Investigator to first place winner of Young Investigator Award, North American Society of Pacing and Electro-physiology | 1985 |
| | Senior Investigator to Finalist of Young Investigator Award, American College of Cardiology | 1988 |
| | Senior Investigator to Second Place winner of Young Investigator Award, North American Society of Pacing and Electrophysiology | 1989 |
| | Senior Investigator to Second Place winner of Young Investigator Award, North American Society of Pacing and Electrophysiology | 1992 |
| | Senior Investigator to Finalist of Young Investigator Award, North American Society of Pacing and Electrophysiology | 2001 |
| | Senior Investigator to Finalist of Young Investigator Award, Heart Rhythm Society | 2007 |

| **Patents** | Synchronous intracardiac cardioverter patent #4,384,585 | May 24, 1983 |
|---|---|---|
| | Method of inhibiting cardiac arrhythmias patent #4,554,922 | Nov. 26, 1985 |
| | Automatic fibrillation detector and defibrillation apparatus and method; patent #5,366,486 | Nov. 22, 1994 |
| | RF lead fixation; patent #5,383,922 | Jan. 24, 1995 |
| | Pericardial delivery of therapeutic and diagnostic Agents; patent #5,797,870 | Aug. 25, 1998 |
| | Catheter with pressure sensor and guidance system Patent # 7,520,858 | April 21, 2009 |
| **Competitive Funding** | Autonomic modulation of cardiac arrhythmias RO1 HL-42370-$1,165,389 (direct costs) | 1989-1994 |
| | SCOR in Sudden Cardiac Death HL52323 - Program Director Total direct costs $5,289,843 | 1995-2000 |
| | Cardiovascular Research Training Grant #2T32HL07182-21A2 -   Program Director Total direct costs $1,349,885 | 1999-2004 |
| | Indiana Centers of Excellence in Biomedical Medical Imaging, Investigator Total direct costs $221,875 | 2001-2002 |
| | DW Reynolds Cardiovascular Research Center Grant, Principal Investigator Project 1 Triggers Of Sudden Cardiac Death. | 2003-2005 |
| **Memberships** | Fellow, American College of Cardiology | 1972 |
| | Fellow, American Heart Association | |
| |   Council on Clinical Cardiology | 1972 |
| |   Council on Basic Science | 1983 |
| | Fellow, American College of Physicians | 1972 |
| | American Federation for Clinical Research | 1973-1976 |
| |   Midwest Section, Councilor | |
| | The American Physiological Society | 1974 |
| | Central Society for Clinical Research | 1974 |
| |   Council in Cardiology | |
| | American Society for Clinical  Investigation | 1977 |
| |   Emeritus | 1985 |
| | Association of University Cardiologists | 1979 |

|  |  |  |
|---|---|---|
| | Councilor | 1993-1994 |
| | Vice President | 1994-1995 |
| | President | 1995-1996 |
| | Association of American Physicians | 1983 |
| | Fellow, European Society of Cardiology | 2000 |
| | Inaugural Fellow of the American Heart Association (FAHA) | 2001 |

**Organizations**

National Institutes of Health

| | | |
|---|---|---|
| U.S. Planning Group, Problem Area 5 - Sudden Death, U.S.-USSR, Cooperative Health Program on Cardiovascular Disease | 1975-1982 |
| Chronic Antiarrhythmic Therapy and the Prevention of Sudden Death, National Heart, Lung and Blood Institute, Planning Committee | 1976 |
| Study Section, Cardiovascular-renal | 1977-1981 |
| Host Second Annual US-USSR Symp. on Sudden Death, Indianapolis, IN, Dec. 6-7 | 1979 |
| Cardiology Advisory Committee, NHLBI | 1991-1994 |
| Cardiovascular Diseases Advisory Com. Heart Research Subcommittee Chairman | 1993-1994 |
| Antiarrhythmics versus Implantable Defibrillator (AVID) Study Chairman of Planning, Steering and Executive Committees | 1992-1998 |
| Data Safety and Monitoring Board, Atrial Fibrillation Followup of Rhythm Management (AFFIRM) Chairman | 1996-2002 |
| SCD-HeFT Executive Committee | 1998-2004 |
| NHLBI Strategic Plan Working Group on Arrhythmias | 2006 |

Veterans Administration

| | |
|---|---|
| National Merit Review Board for Cardio-vascular Studies | 1982-1985 |

American College of Cardiology

| | |
|---|---|
| Publications Committee American Journal of Cardiology | 1975-1978 |
| Heart House Program director of annual electrophysiology/ pacing course | 1975-1994 |
| Educational Committee | 1975 |
| Steering Committee for National (Bethesda) Conference on ECG and Computers, Chairman, Areas of Future Study | 1975-1977 |
| Medical Devices Committee | 1982-1987 |

| | |
|---|---|
| Annual Scientific Session | 1983-1984 |
| Program Committee | 1988-1989 |
| Steering Committee for National (Bethesda) | 1984-1985 |
| Conference: Cardiovascular problems in | |
| the competitive athlete | |
| Long Range Planning Committee | 1986-1988 |
| AHA/ACC Subcommittee to assess clinical | 1986-1989 |
| intracardiac electrophysiologic studies | |
| Chairman | |
| Young Investigators' Awards Committee | 1988-1990 |
| Chairman | 1990-1994 |
| Trustee, Board of Trustees | 1992-1997 |
| Subcommittee to develop a RF database | 1992-1994 |
| Nominating Committee | 1993-1995 |
| Chairman | 1994-1995 |
| Ad Hoc Procedural Training Committee | 1993-1995 |
| 26th Bethesda Conference:  Recommendations | |
| for determining eligibility for competition in | |
| athletes with cardiovascular abnormalities | |
| Steering Committee | |
| Chairman, Task Force Arrhythmias | 1994 |
| Training Directors Committee | 1995-1997 |
| Chairman, Development Committee | 1996-2000 |
| Development Committee (Ex Officio) | 2001-2002 |
| Annual Scientific Session Program Committee | 1997-1998 |
| Vice President | 1999-2000 |
| President-Elect | 2000-2001 |
| President | 2001-2002 |
| Chairman, Executive Committee | 2001-2002 |
| Chairman, Corporate Liaison Board | 2001-2002 |
| NCDR Planning and Management Task Force | 2001-2002 |
| ACC/AHA Joint Officers Committee | 2001-2002 |
| ACC/ESC  Joint Leadership Group | 2001-2002 |
| Cardiovascular Subspecialty Societies | 2001-2002 |
| Leadership Group | |
| Master American College of Cardiology | 2002 |
| ACC/AHA/NASPE Ventricular Arrhythmia | 2003-2005 |
| Guidelines Co-Chair | |
| Bethesda conference on Athletes with Heart | 2003-2005 |
| Disease Co-Chair | |
| ACC/AHA Ethics Conference; Co-chair | 2003-2005 |
| Task Force on Legal Experts | |
| Chairman Campaign for the Future: Advancing | 2006-2008 |
| 21st Century Cardiology | |
| Strategic Advisor, International Council | 2009- |

American Heart Association

| | |
|---|---|
| Executive Committee, Council on Clinical | 1980-1982 |
| Cardiology | 1983-1986 |
| Member-at-large | 1986-1988 |
| Committee on Electrocardiography and | 1981-1986 |

| | |
|---|---|
| Cardiac Electrophysiology | |
| Chairman | 1983-1986 |
| Committee on Scientific Sessions Program | 1982-1986 |
| Vice Chairman | 1983 |
| Co-chairman-"State of the art consensus conference on electrophysiological testing in the diagnosis and treatment of patients with cardiac arrhythmias" | Sept. 1985 |
| Scientific Publications Committee | 1986-1989 |
| Cardiovascular B-II Research Study Committee | 1987-1990 |
| Steering Committee for Research, Medical and Community Programs | 1988-1990 |
| Council Representative for Indiana | 1988-1991 |
| Corporate Relations Review Committee | 1989-1995 |
| Organizing Committee XIV Congress of the InterAmerican Society of Cardiology (1992), hosted by the AHA. Scientific Sessions Chairman | 1989-1992 |
| International Program Committee | 1992-1998 |
| Chairman | 1995-1998 |
| International Cardiology Foundation | 1993-1995 |
| Board of Directors | |
| Chairman | 1995 |
| Animals in Research Task Force, | 1993-1995 |
| Chairman | |
| Board of Directors | 1994-1996 |
| Chair, Emergency Cardiac Care Oversight Committee | 1995-1996 |
| | |
| Indiana Affiliate - AHA | |
| Founder and Chairman, American Heart Association First Annual Heart Ball, Marion County Chapter Indianapolis, Indiana | 1985 |
| Major Gifts Campaign | 1991-2001 |
| | |
| InterAmerican Society of Cardiology | 1992-1998 |
| Vice President | 1993-1996 |
| First Vice President | 1996-1998 |
| | |
| North American Society of Pacing and Electrophysiology (NASPE)/Heart Rhythm Society (HRS) | |
| Founding member | 1980 |
| Chairman, Committee on Indications for Electrophysiologic Studies | 1983-1984 |
| Fellowship Evaluation Committee | 1983-1987 |
| Advisory Council | 1984-1987 |
| Chairman | 1986-1987 |
| Program Chairman, 1989 National Meeting | 1988-1989 |

| | |
|---|---|
| President | 1989-1990 |
| Board of Trustees | 1990-1995 |
| Long range planning committee | 1994-1997 |
| Health Policy Research Subcommittee | 1995-1997 |
| Benevolent Fund Committee, Chair | 1998-2001 |

American Board of Internal Medicine

| | |
|---|---|
| Subspecialty Board on Cardiovascular Disease | 1989-1999 |
| Chairman | 1995-1999 |
| Test Committee on Clinical Cardiac Electrophysiology (Chairman) | 1989-1996 |
| Committee on Credentialing Certification in Clinical Cardiac Electrophysiology (Chairman) | 1989-1996 |
| Board of Directors | 1995-2003 |
| Executive Committee | 1999-2003 |
| Board of Directors, Institute for Clinical Evaluation (ICE) | 1997-2003 |
| Chairman, Committee on Subspecialty Internal Medicine | 1998-2000 |
| Recertification Committee | 1998-2002 |
| ACP-ASIM Joint Committee on Evaluation and Education in CPD | 2000-2002 |
| Chair, Continuous Professional Development Medical Knowledge SEP Committee | 2000-2002 |
| Chair-Elect, ABIM | 2001-2002 |
| Chair, ABIM | 2002-2003 |
| American Board of Internal Medicine Foundation, Board of Trustees | 2002-2003 |

Institute de Cardiologie de Montreal

| | |
|---|---|
| External Safety and Efficacy Monitoring Committee of the Atrial Fibrillation and Congestive Heart Failure (AF-CHF) Trial | 2001-2008 |

World Heart Federation

| | |
|---|---|
| Executive Committees of Division of Electrophysiology of Council on Clinical Cardiology | 2000-2004 |

Indiana University School of Medicine

| | |
|---|---|
| Internship Interview Committee | 1972-1997 |
| Cardiology Fellowship Committee | 1979-2004 |
| Medical Student Advisor | 1977-1997 |
| Faculty Tenure and Promotions Committee | 1985-1987 |
| Faculty Steering Committee | 1986-1987 |
| Critical Care Committee | 1986-1987 |
| Search and Screen Committee for Cardio-vascular Surgery, Section Director | 1989-1990 |

|  |  |  |
|---|---|---|
| | MBE Search and Screen Committee | 1994-1995 |
| | Research Committee for the LCME Self Study | 2000 |
| | Dean's Council | 2002-present |
| | Distinguished Professors Committee | 2002-2004 |
| | <u>Dartmouth Medical School</u> | |
| | Dean's Council | 2001-2004 |
| **Other** | Consultant, AMA Department of Drugs | 1974, 1979 1983, 1985, 1987, 1989 |
| | American College of Physicians Medical Knowledge Self-Assessment Program Cardiovascular Disease Committee | 1977-1979 |
| | Cardiac Electrophysiology Society, Secretary-Treasurer | 1982-1984 |
| | President | 1984-1986 |
| | Advisory Panel on Cardiovascular & Renal Drugs, United States Pharmacopoeial Convention | 1985-1986 |
| | Indiana Cardiac Electrophysiology Society (Founder) | 1988-2004 |
| | Fellowship selection committee, Hewlett Packard annual fellowship awards | 1990-1996 |
| | Outside Director for Health Care Coordinating Council, Department of Economic Development and Commerce of Puerto Rico | 1999-2002 |
| | Co-Chairman of Cardiostim World Congress Foundation, Cardiovascular Disease, Nice, France, | 1994- present |
| | Co-Chairman of Cardiostim International Congress, Lisbon, Portugal | February 1999 |
| | Medical Advisory Board, ABCNews.com | 2000-2010 |
| | Chairman, Selection Committee Recordati Prize in Cardiology | 2002-2003 |
| | Editorial Board, Saturday Evening Post | 2006-present |
| **Editor-in-Chief** | PROGRESS IN CARDIOLOGY | 1988-1992 |
| | CONTEMPORARY TREATMENTS IN CARDIOVASCULAR DISEASE | 1996-1998 |
| | JOURNAL OF CARDIOVASCULAR ELECTROPHYSIOLOGY | 1989-2004 |
| | CARDIOLOGY IN REVIEW | 1992-2002 |
| | HEART RHYTHM | 2004-present |
| **Co-Editor** | ON LINE JOURNAL OF CURRENT CLINICAL TRIALS Co-Editor | 1995-1998 |

**Editorial Boards**

Peer-reviewed

| | |
|---|---|
| JOURNAL OF ELECTROPHYSIOLOGY | 1987-1989 |
|   Senior Editor | |
| AMERICAN JOURNAL OF NONINVASIVE | 1985-1989 |
|   CARDIOLOGY | |
| AMERICAN HEART JOURNAL | 1977-1998 |
| AMERICAN JOURNAL OF MEDICINE | |
|   Associate Editor | 1979-1986 |
|   Editorial Board | 1986-1995 |
| CARDIOVASCULAR DRUGS AND | 1986-1993 |
|   THERAPY | |
| CIRCULATION RESEARCH | 1983-1990 |
| CIRCULATION | 1974-1978 |
| | 1983-1996 |
| | 2004-present |
|   Consulting Editor | 1996-2004 |
| AMERICAN JOURNAL OF CARDIOLOGY | 1979-1982 |
| | 1988-present |
| JAPANESE HEART JOURNAL | 1989-2005 |
| PACE | 1977-present |
| JOURNAL OF CARDIOVASCULAR | 1994-present |
|   PHARMACOLOGY AND THERAPEUTICS | |
| JOURNAL OF CARDIOVASCULAR | 1995-present |
|   PHARMACOLOGY | |
|   Consulting Editor | 1998-present |
| JOURNAL OF INNOVATIONS IN CARDIAC | 2011-present |
|   RHYTHM MANAGEMENT | |
| JOURNAL OF INTERVENTIONAL | 1996-present |
|   CARDIAC ELECTROPHYSIOLOGY | |
|   Editorial Consultant | |
| AMERICAN JOURNAL OF PHYSIOLOGY | |
|   Associate Editor | 1999-2005 |
|   Consulting Editor | 2006-2007 |
| INDIAN PACING AND ELECTROPHYSIOLOGY | 2001-present |
|   JOURNAL On Line | |
| JOURNAL OF AMERICAN COLLEGE | 1983, 2002-07 |
|   OF CARDIOLOGY | |
| AMERICAN HEART HOSPITAL JOURNAL | 2002-2012 |
| INTERNATIONAL HEART JOURNAL | 2005-present |
| ARCHIVES OF MEDICAL SCIENCE | 2007-2008 |
| CIRCULATION: | |
|       Arrhythmia and Electrophysiology | 2008-present |
| THE EGYPTIAN HEART JOURNAL | 2012-present |
| THE JOURNAL of TEHRAN UNIVERSITY HEART | 2009- present |
|   CENTER | |
| CARDIOLOGY JOURNAL Associate Editor | 2010-present |

Non-peer reviewed

| | |
|---|---|
| AMERICAN COLLEGE OF CARDIOLOGY | 1997-present |
|   EXTENDED LEARNING (ACCEL) | |
| ARRHYTHMIA AND ELECTROPHYSIOLOGY | 2012-present |

| | | |
|---|---|---|
| | REVIEW | |
| | CARDIO | 1987 |
| | CARDIAC ELECTROPHYSIOLOGY REVIEW | 1995-2010 |
| | CARDIAC IMPULSE, Editor | 1982-1988 |
| | CARDIOLOGY | 1990-present |
| | CARDIOLOGY TODAY, Section Editor | 1997-2013 |
| | CARDIOSOURCE CLINICAL TRIALS | 2003-2005 |
| | CLINICAL PROGRESS IN PACING AND ELECTROPHYSIOLOGY | 1983-1987 |
| | CURRENT OPINION IN CARDIOLOGY | 1991-1994, 1997-present |
| | CURRENT OPINION IN WOMEN'S HEALTH | 1997-1999 |
| | DRUG THERAPY | 1978-1982 |
| | NASPE TAPES | 1991-1999 |
| | NEW DEVELOPMENTS IN MEDICINE | 1986-1987 |
| | VIDEO JOURNAL OF CARDIOVASCULAR DISEASES, Editor | 1987 |
| | THE LEADING EDGE:  CARDIOLOGY Editor | 1987-1989 |
| | VIDEO JOURNAL OF CARDIOLOGY | 1988-1999 |
| | RESIDENTS FORUM IN INTERNAL MEDICINE | 1988-1991 |
| | TEXAS HEART INSTITUTE JOURNAL Editorial Consultant | 1989-present |
| | HEART FAILURE REVIEWS | 1996-1999 |
| **Guest Editor** | AMERICAN JOURNAL OF CARDIOLOGY | May 1978 |
| | CARDIOLOGY CLINICS | Feb/Apr 1983 |
| | PACE | Sept 1983 |
| | AMERICAN HEART JOURNAL | October 1983 |
| | ACCEL | March, 1984 |
| | MEDICAL CLINICS OF NORTH AMERICA | July/Sept 1984 |
| | AMERICAN JOURNAL OF CARDIOLOGY | Nov 1984 |
| | AMERICAN JOURNAL OF CARDIOLOGY | April 1987 |
| | CIRCULATION | April 1987 |
| | PROGRESS IN CARDIOLOGY | 1987 |
| | CORONARY ARTERY DISEASE | February 1995 |
| | AMERICAN JOURNAL OF CARDIOLOGY | January 1996 |

**Invited Lectures of Distinction**

| | | |
|---|---|---|
| Keynote address, 1st Annual NASPE meeting | | Feb. 1979 |
| Tandy Visiting Professor, Univ. of Texas Health Science Center, Dallas, Texas | | July, 1982 |
| Guest Lecturer, Japan Pacemaker Society Nagasaki, Osaka, Tokyo | | March, 1984 |
| Orgain Visiting Lecturer, Duke Univ. Med. Center, Durham, North Carolina | | June, 1983 |
| Arvilla Berger Lecturer, NY Cardiological Society, NYC | | Jan. 1984 |
| Wolferth Lecturer, Univ. of Pennsylvania, Philadelphia, Pennsylvania | | April, 1984 |

| | |
|---|---|
| Marian B. Thayer Visiting Lectureship in Cardiology<br>Dartmouth Medical School, Hanover, New Hampshire | May, 1984 |
| Keynote address, 14th Annual Cardiovascular Research<br>Forum, American Heart Association of Michigan | Sept. 1984 |
| Guest lecturer, Chinese Academy of Sciences,<br>Beijing, Nanjing, Shanghai | Nov-Dec 1984 |
| Blount Lecturer, Univ. of Colorado, Denver, Colorado | March 1986 |
| Kenneth Rosen Memorial Lectureship, Univ. of Ill. | Nov. 1986 |
| Annual Spring Cardiovascular Symposium -<br>Visiting Professor, Duke University Medical Center | April 1987 |
| Ramon Lange Lecturer, Medical College of Wisconsin | May 1987 |
| Pfizer Visiting Lecturer in Cardiology, College of<br>Physicians and Surgeons of Columbia University | Oct. 1987 |
| Opening plenary session lecturer, 37th Annual Scientific<br>Sessions, American College of Cardiology | March 1988 |
| RT Hall Lecturer, The Cardiac Society of Australia<br>and New Zealand | May 1988 |
| Sterling Visiting Professor, SUNY Health Science<br>Center, Syracuse, New York | March 1989 |
| Balfour Lecturer, Mayo Clinic | Oct. 1989 |
| Pfizer Visiting Lecturer in Cardiology<br>UC Davis | Oct. 1989 |
| Stockholm Lecture of Cardiology 1990, Karolinska Institute<br>Stockholm, Sweden | Feb. 1990 |
| Dan May Lecturer, Vanderbilt University | May 1990 |
| Carl J. Wiggers Lecturer, American Heart Association,<br>N.E. Ohio Affiliate | Feb. 1991 |
| Gordon K. Moe Lecturer, Masonic Medical Research<br>Laboratory, Utica, New York | Oct. 1991 |
| RHL Lecturer, Swedish Cardiac Society, Stockholm,<br>Sweden | Nov. 1991 |
| Paul Dudley White Lecturer, New York City | Dec. 1991 |
| Plenary lecturer, 56th Annual Meeting of the Japanese<br>Circulation Society, Tokyo, Japan | Mar. 1992 |
| Pfizer Visiting Lecturer in Cardiology,<br>University of Iowa Medical Center | Oct. 1992 |
| AOA Lecturer, State University of New York<br>Syracuse, New York | April 1993 |
| Lawrence H. Green Lecturer, Brigham and Women's<br>Hospital, Harvard Medical School, Boston, Massachusetts | May 1993 |
| Drake Awardee, AHA Affiliate, Portland, Maine | Jan. 1994 |
| Grollman Lecturer, University of Virginia School of Medicine | April 1994 |
| Horowitz Memorial Lecturer, Philadelphia, Pennsylvania | May 1994 |
| Plenary lecturer, Republic of China Society of Cardiology<br>Taiwan and Chinese Medical Society of Electrophysiology<br>and Pacing, Beijing | May 1995 |
| Rosenfeld Visiting Professor, Cornell University | March 1996 |
| Resnekov Visiting Professor, University of Chicago | April 1996 |
| Central Society for Clinical Research, Keynote Lecture | Oct. 1996 |
| Gordon K. Moe Lecture, Cardiac Electrophysiology Society | Nov. 1996 |
| Richter Lecturer, Indianapolis | Oct. 1997 |

| | |
|---|---|
| Herrick Lecture, American Heart Association | Nov. 1997 |
| Hugo Roesler Memorial Lecturer, Temple University | Nov. 1997 |
| Simon Dack Visiting Professor, Mt. Sinai, New York College | April 1998 |
| Hamilton Southworth Memorial Lecture, College of Physicians & Surgeons, Columbia University | April 1998 |
| Opening Plenary Lecturer, Scientific Sessions of the North American Society of Pacing and Electrophysiology (NASPE) | May 1998 |
| Annual Jesse E. Edwards, M.D. Lectureship, Minneapolis, MN | October 1998 |
| Annual Massie Lecturer, Washington University, St. Louis, MO | February 1999 |
| Sampson Lecturer, UCSF, San Francisco, CA | April 1999 |
| Ben O'Connell Memorial Lecture, Boston University, Boston, MA | May 1999 |
| Thomas W. Smith Memorial Lecture, Brigham & Women's Hospital, Boston, MA | May 1999 |
| U.S.-Russia Joint Symposium on Arrhythmias, U.S. NHLBI Delegation to Moscow | May 1999 |
| Fellows' Visiting Professor in Cardiovascular Medicine, Mayo Clinic, Rochester, MN | June 1999 |
| Frank Norman Wilson Visiting Professor, University of Michigan, Ann Arbor, MI | June 1999 |
| Perry Visiting Professor, University of Missouri, Columbia, Missouri | April 2000 |
| Neuton Stern Visiting Professor, University of Tennessee, Memphis, Tennessee | April 2000 |
| Nicholson Lecturer, Tufts University Medical Center, Boston, Massachusetts | June 2000 |
| Opening Plenary Lecture, Japanese College of Cardiology, Osaka, Japan | Sept 2000 |
| Opening Plenary Lecture, Japanese College of Cardiology, Hiroshima | Sept 2001 |
| Ronnie Campbell Memorial Lecture, British Cardiac Society, Harrogate, England | May 2002 |
| Landmark Lecture, Fozzard Symposium, University of Wisconsin | July 2002 |
| State of the Art Lecture, Canadian Cardiovascular Congress, Edmonton, Alberta, Canada | October 2002 |
| 75th Annual American Heart Association Lecture: ICD Therapy – Past, Present and Future | Nov 2002 |
| Herrick Lecture, AHA, Illinois Chapter | May 2003 |
| State of the Art Lecture, Who is at Risk and How to Prevent It, ACC Scientific Session | Mar 2003 |
| Neufeld Lecture, Israel Heart Society Israel | April 2004 |
| Ueda Memorial Lecture, Japanese College of Cardiology, Kyoto, Japan | Sept 2004 |
| McGuire Lecture U Cincinnatti | Sept 2004 |
| Dead Sea Symposium Plenary Lecture Israel | Oct 2004 |
| Paul Dudley White Lecture ACC New York CV Symposium | Dec 2004 |
| Gordon Conference Plenary Lecture | Oct 2005 |
| Keynote lecture Biodesign New Arrhythmia Technology Stanford | April 2006 |
| Mudd Visiting Professor St Louis University | June 2006 |
| European Heart Rhythm Association Lecture, Mannheim, Germany | Oct 2006 |
| Franklin Johnston Professor University of Michigan | July 2008 |
| Inaugural Peter M. Yurchak Visiting Lecturer Mass Genl Hosp Harvard Medical School | May 2009 |
| Earle Lecturer Northwestern University Chicago | June 2009 |
| Tinsley Harrison Lecturer and Honorary Member, Tinsley Harrison | Nov 2009 |

Society, Vanderbilt University

| | |
|---|---|
| Leonard N. Horowitz Memorial Lecturer, U Pennsylvania | Sept 2010 |
| Edward Massie Lecturer Washington University St. Louis | May 2012 |
| Morgagni Lecture, U Padua, Italy | June 2012 |
| Louis Rakita Visiting Professorship, Case Western Medical School | May 2013 |

## Community

| | |
|---|---|
| Indianapolis Opera Company | 1980-present |
| President, Board of Directors | 1983-1985 |
| Honorary Lifetime Board Member | 1985 |
| Indiana Corporation for Science | 1983-1987 |
| and Technology, Committee on | |
| Medical Instrumentation, | |
| Mayor's Committee | |
| Seminar Planning Committee IUPUI | 1984-1986 |
| Institute for Humanities | |
| Research | |
| Greater Indianapolis Progress Committee | 1984-1987 |
| Arts Task Force Advisory Committee | |
| Romantic Festival Advisory Council | 1986-1987 |
| HealthPAC, Board of Directors | 1997-1998 |
| President, Citizen's Academy of the Federal Bureau of | 2003 |
| Investigation (FBI) | |

**BIBLIOGRAPHY**

### Original Research

1.    Zipes DP, Orgain ES:  Refractory paroxysmal ventricular tachycardia.  A case report.  Ann Intern Med.  67:1251-1257, 1967.

2.    Zipes DP, Festoff B, Schaal SF, Cox C, Sealy WC, Wallace AG:  Treatment of ventricular arrhythmia by permanent atrial pacemaker and cardiac sympathectomy.  Ann Intern Med.  68:591-597, 1968.

3.    Klein RF, Kliner VA, Zipes DP, Troyer WG, Wallace AG:  Transfer from a coronary care unit.  Arch Intern Med.  122:104-108, 1968.

4.    Zipes DP, Wallace AG, Sealy WG, Floyd WL:  Artificial atrial and ventricular pacing in the treatment of arrhythmias.  Ann Intern Med.  70:885-896, 1969.

5.    Zipes  DP:  Clinical significance of bradycardic rhythms in acute myocardial infarction.  Am J Cardiol.  24:814-825, 1969.

6.    Pilapil V, Zipes DP:  Small atrial septal defect associated with physiologic splitting of the second heart sound.  Difficulty in diagnosis without cardiac catheterization.  Clin Pediat.  10:18-22, 1971.

7.    Maxon H, Zipes DP:  Procainamide-induced systemic lupus erythematosus.  Milit Med.  136:617-621, 1971.

8.    Zipes DP:  The contribution of pacemaking to understanding the pathogenesis of arrhythmias.  Am J Cardiol.  28:211-222, 1971.

9.    McGinn J, Zipes DP:  Constrictive pericarditis causing tricuspid stenosis.  Arch Intern Med.  129:487-490, 1972.

10.   Zipes DP, Knope RF:  Electrical properties of the thoracic veins.  Am J Cardiol.  29:372-376, 1972.

11.   Zipes DP, Knoebel SB:  Rapid rate-dependent ventricular ectopy.  Adverse responses to atropine-induced rate increase.  Chest  62:255-258, 1972.

12.   Zipes DP, Mendez C, Moe GK:  Evidence for summation and voltage dependency in rabbit atrioventricular nodal fibers.  Circ Res.  32:170-177, 1973.

13.   Zipes DP, Mendez C:  Action of manganese ions and tetrodotoxin and A-V nodal transmembrane potentials in isolated rabbit hearts.  Circ Res.  32:447-454, 1973.

14.   DeJoseph RL, Zipes DP:  Normal H-V time in a patient with right bundle branch block, left anterior hemiblock and intermittent complete distal His block.  Chest  63(4):564-568, 1973.

15.   Morris SN, Zipes DP:  His bundle electrocardiography during bi-directional tachycardia.  Circulation  48:32-36, 1973.

16.   Zipes DP, DeJoseph RL:  Dissimilar atrial rhythms in man and dog.  Am J Cardiol.  32:618-628, 1973.

17.    Fisch C, Zipes DP, McHenry PL:  Rate dependent aberrancy. Circulation  48:714-724, 1973.

18.    Zipes DP, Arbel E, Knope RF, Moe GK:  Accelerated cardiac escape rhythms caused by ouabain
       intoxication.  Am J Cardiol.  33:248-253, 1974.

19.    Zipes DP, Fischer JC:  Effects of agents which inhibit the slow channel on sinus node automaticity
       and A-V conduction in the dog.  Circ Res. 34:184-192, 1974.

20.    Zipes DP, DeJoseph RL, Rothbaum DA:  Unusual properties of accessory pathways.  Circulation
       49:1200-1211, 1974.

21.    Widlansky S, Zipes DP:  Suppression of a ventricular-inhibited bipolar pacemaker by skeletal
       muscle activity.  J Electrocardiol. 7(4):371-374, 1974.

22.    Zipes DP,  Mihalick MJ, Robbins GT:  Effects of selective vagal stellate ganglion stimulation on
       atrial refractoriness.  Cardiovasc Res. 8:647-655, 1974.

23.    Zipes DP:  Re-entry in the ventricles.  In:  Recent Advances in Ventricular Conduction.  Advances
       in Cardiology 14:51-64 Karger, Basel 1975.

24.    Zipes DP, Knope RF, Mendez C, Moe GK:  The site of functional right branch block in the intact
       canine heart.  In:  Recent Advances in Ventricular Conduction.  Advances in Cardiology. 14:105-
       114, Karger Basel, 1975.

25.    Zipes DP, Fischer J, King RM, Nicoll A deB, Jolly WW:  Termination of ventricular fibrillation in
       dogs by depolarizing a critical amount of myocardium.  Am J Cardiol. 36:37-44, 1975.

26.    Kim YI, Noble RJ, Zipes DP:  Dissociation of the inotropic effect of digitalis from its effect on
       atrioventricular conduction.  Am J Cardiol 36:459-467, 1975.

27.    Elharrar V, Foster PR, Zipes DP:  Effects of aprindine HCl on  tissues. J Pharm & Exper Ther.
       195:201-205, 1975.

28.    Foster PR, King RM, Nicoll A deB, Zipes DP:  Suppression of ouabain-induced ventricular rhythms
       with aprindine HCl.  A comparison with other antiarrhythmic agents.  Circulation 53:315-321,
       1976.

29.    Fisch C, Zipes DP, McHenry PL:  Electrocardiographic manifestations of concealed junctional
       ectopic impulses.  Circulation  53:217-223, 1976.

30.    Bonner AJ, Zipes DP:  Lidocaine and His bundle extrasystoles.  His bundle discharge conducted
       normally, conducted with functional right or left bundle branch block or blocked entirely
       (concealed).  Arch Intern Med. 136:700-705, 1976.

31.    Zipes DP, Elharrar V, Gaum WE, Noble RJ, Foster PR, Fasola  Cardiac electrophysiologic effects of
       aprindine in dogs. In:  New Aspects of Antiarrhythmic Therapy.  Experiences with Aprindine.
       Edition Cantor, Aulendorf, Germany.  1976, pp 48-62.

32. Fasola AF, Zipes DP, Noble RJ: Treatment of drug refractory ventricular arrhythmias with aprindine. In: New Aspects of Antiarrhythmic Therapy. Experiences with Aprindine. EditionCantor, Aulendorf, Germany 1976, pp 136-138,

33. Zipes DP, Jirak TL, Foster PR, Elharrar V: Application of a new threshold tracking pacemaker concept. Cardiac Pacing, ed. Watanabe Y, Excerpta Medica, Amsterdam, 1977, pp 66-71.

34. Elharrar V, Foster PR, Jirak TL, Zipes DP: Alterations in canine myocardial excitability during ischemia. Circ Res 40:98-105, 1977.

35. Foster PR, Elharrar V, Zipes DP: Accelerated ventricular escapes induced in the intact dog by barium, strontium and calcium. J Pharmacol Exp Ther. 200:373-383, 1977.

36. Genetos BC, Gaum WE, Elharrar V, Zipes DP: Dissimilar atrial rhythms in a patient with the Wolff-Parkinson-White syndrome. Chest. 72:663-666, 1977.

37. Elharrar V, Gaum WE, Zipes DP: Effect of drugs on conduction delay the incidence of ventricular arrhythmias induced by acute coronary occlusion in dogs. Am J Cardiol. 39:544-549, 1977.

38. Zipes DP, Gaum WE, Genetos BC, Glassman RD, Nobel RJ, Fisch C: Atrial tachycardia without P waves masquerading as an A-V junctional tachycardia. Circulation. 55:253-260, 1977.

39. Zipes DP, Elharrar V, Noble RJ, Gaum WE, Troup PJ, Fasola AF: Effects of various drugs on ventricular conduction delay and ventricular arrhythmias during myocardial ischemia in the dog. In: Re-entrant Arrhythmias. ed. by Kulbertus HE, MTP Press, England, 1977 pp 312-326.

40. Fasola AF, Noble RJ, Zipes DP: Treatment of recurrent ventricular tachycardia and fibrillation with aprindine. Am J Cardiol. 39:903-909, 1977.

41. Zipes DP, Gaum WE, Foster PR, Rosen KM, Wu D, Amat-Y-Leon F, Noble RJ: Aprindine for treatment of supraventricular tachycardias. With particular application to Wolff-Parkinson-White syndrome. Am J Cardiol. 40:586-596, 1977.

42. Gaum WE, Elharrar V, Walker PD, Zipes DP: Influence of excitability on the ventricular fibrillation threshold in dogs. Am J Cardiol. 40:929-935, 1977.

43. Troup PJ, Small JG, Milstein V, Small IF, Zipes DP: Effect of electroconvulsive therapy on cardiac rhythm, conduction and repolarization. PACE 1:172-177, 1978.

44. Elharrar V, Bailey JC, Lathrop DA, Zipes DP: Effects of aprindine HCl on slow channel action potentials and transient depolarizations in canine Purkinje fibers. J Pharmacol Exp Ther. 205:410-417, 1978.

45. Zipes DP: Guest Editor of Symposium: New Aspects of Antiarrhythmic Therapy, Am J Cardiol. Introduction: Miles to Go. 41:975-977, 1978. Zipes DP, Troup PJ: New antiarrhythmic agents. 41:1005-1024, 1978.

46. Bailey JC, Mirro MJ, Zipes DP: The possible arrhythmogenic potential of the anticholinergic properties of quinidine and disopyramide. In: Management of Ventricular Tachycardia -- Role of Mexiletine. Sandoe E, Julian DG, Bell JW, editors. Excerpta Med, Amsterdam 1978, pp 293-298.

47.   Troup PJ, Zipes DP:  Aprindine treatment of recurrent ventricular tachycardia in patients with mitral valve prolapse.  Am Heart J.  97:322-328, 1979.

48.   Ruffy R, Rosenshtraukh LV, Elharrar V, Zipes DP:  Electrophysiologic effects of ethmozin on canine myocardium.  Cardiovasc Res. 13#6:354-363, 1979.

49.   Zipes DP, Foster PR, Troup PJ, Pedersen DH:  Atrial induction of ventricular tachycardia:  re-entry versus triggered automaticity.  Am J Cardiol.  44:1-8, 1979.

50.   Pedersen DH, Zipes DP, Foster PR, Troup PJ:  Ventricular tachycardia and ventricular fibrillation in a young population.  Circulation.  60:988-997, 1979.

51.   Ruffy R, Lovelace DE, Mueller TM, Knoebel SB, Zipes DP:  Relationship between changes in left ventricular bipolar electrograms and regional myocardial blood flow during acute coronary artery occlusion in the dog.  Circ Res.  45(5):764-770, 1979.

52.   Elharrar V, Watanabe AM, Molello J, Besch HR, Zipes DP:  Adrenergically mediated ventricular fibrillation in probucol-treated dogs:  roles of alpha and beta adrenergic receptors.  PACE  1:435-443, 1979.

53.   Zipes DP, King RD, Duffin EG:  Use of a new antiarrhythmic physiologic pacemaker in a patient with debilitating atrial tachyarrhythmia.  Proceedings of the VIth World Symposium on Cardiac Pacing, ed. by Meese C. PACESYMP Montreal Chapter 27-5, 1979.

54.   Rosenshtraukh LV, Ruffy R, Elharrar V, Zipes DP:  Electrophysiologic effects of ethmozin on canine myocardium.  Cardiologia (Russ) 5:63-72, 1979.

55.   Nattel S, Rinkenberger RL, Lehrman LL, Zipes DP:  Therapeutic blood lidocaine concentration after local anesthesia for cardiac electrophysiologic studies.  New Engl J Med.  301:418-420, 1979.

56.   Chikharev VN, Gilmour RF, Jr., Jurevichus JA, Zakharov SI, Zipes DP, Rosenshtraukh LV:  Effects of a new antiarrhythmic drug aprindine on transmembrane ion currents and atrial muscle contractile force.  Bulletin of the National Cardiology Research Center, AMS-USSR 2:69-78, 1979.

57.   James TN, Zipes DP, Finegan RE, Eisele JW, Carter JE:  Cardiac ganglionitis associated with sudden unexpected death.  Ann Intern Med. 91:727-730, 1979.

58.   Martins JB, Zipes DP:  Epicardial phenol interrupts refractory period responses to sympathetic but not vagal stimulation in canine left ventricular epicardium and endocardium.  Circ Res. 47:33-40, 1980.

59.   Martins JB, Zipes DP: Effects of sympathetic and vagal nerves on recovery properties of the endocardium and epicardium of the canine left ventricle.  Circ Res.  46:100-110, 1980.

60.   Heger JJ, Nattel S, Rinkenberger RL, Zipes DP:  Mexiletine therapy in fifteen patients with drug resistant ventricular tachycardia.  Am J Cardiol 45:627-632, 1980.

61.   Zipes DP, Ruffy R, Gilmour RF, Jr., Nattel S, Elharrar V:  Effect of various interventions on myocardial activation during ischemia.  In:  Medical and Surgical Management of

Tachyarrhythmia, ed. Bircks W, Loogen F, Schulte HD, Seipel L., Springer-Verlag, Berlin Heidelberg, N.Y. 1980,  pp 38-42.

62.     Gilmour RF, Jr., Zipes DP:  Different electrophysiological responses of canine endocardium and epicardium to combined hyperkalemia, hypoxia and acidosis.  Circ Res.  46:814-825, 1980.

63.     Rinkenberger RL, Prystowsky EN, Heger JJ, Troup PJ, Jackman WM, Zipes DP:  Effects of intravenous and chronic oral verapamil administration in patients with a variety of supraventricular tachyarrhythmias.  Circulation 62:996-1010, 1980.

64.     Gilmour RF, Jr., Zipes DP:  Electrophysiologic characteristics of rodent myocardium damaged by adrenaline.  Cardiovasc Res.  14:582-589, 1980.

65.     Naccarelli GV, Prystowsky EN, Jackman WM, Heger JJ, Rinkenberger RL, Zipes DP:  Repetitive ventricular response:  prevalence and prognostic significance.  Br Heart J.  46:152-158, 1981.

66.     Prystowsky EN, Jackman WM, Rinkenberger RL, Heger JJ, Zipes DP:  Effect of autonomic blockade on ventricular refractoriness and atrioventricular nodal conduction in humans.  Evidence supporting a direct cholinergic action on ventricular muscle refractoriness.  Circ Res.  49:511-518, 1981.

67.     Meijler FL, Heethaar RM, Harms FMA, Robles de Medina EO, Prystowsky EN, Zipes DP, Fisch C:  Comparative atrioventricular conduction and its consequences for atrial fibrillation in man.  In:  Atrial Fibrillation. ed. Kulbertus HE, Olsson SB, Schlepper M:  AB Hassle Molndal, Sweden,1981, pp 72-80.

68.     Heger JJ, Prystowsky EN, Jackman WM, Naccarelli GV, Zipes DP:  Comparison between results obtained from electrophysiologic testing, exercise testing and ambulatory ECG recording.  In:  Ambulatory Electrocardiographic Recording, ed. by Wenger NK, Mock MB, Ringqvist I.  Year Book Medical Publishers.  Chicago, London, 1981  pp 379-389.

69.     Gilmour RF, Jr., Ruffy R, Lovelace DE, Mueller TM, Zipes DP:  Effect of ethanol on electrogram changes and regional myocardial blood flow during acute myocardial ischemia.  Cardiovasc Res.  15:47-58, 1981.

70.     Gilmour RF, Jr., Chikharev VN, Jurevichus JA, Zacharov SI, Zipes DP, Rosenshtraukh LV:  Effect of aprindine on transmembrane currents and contractile force in frog atria.  J Pharm Exp Ther.  217:390-396, 1981.

71.     Nattel S, Pedersen DH, Zipes DP:  Alterations in regional myocardial distribution and arrhythmogenic effects of aprindine produced by coronary artery occlusion in the dog.  Cardiovasc Res.  15(2):80-85, 1981.

72.     Ruffy R, Lovelace DE, Knoebel SB, Zipes DP:  Influence of secobarbital and alphachloralose, and of vagal and sympathetic interruption, on left ventricular activation after acute coronary artery occlusion in the dog.  Circ Res.  48(6):884-894, 1981.

73.     Nattel S, Elharrar V, Zipes DP, Bailey JC:  pH dependent electrophysiological effects of quinidine and lidocaine on canine Purkinje fibers.  Circ Res.  48:55-61, 1981.

74.     Knoebel SB, Lovelace DE, Heger JJ, Zipes DP, Fisch C: A computerized cardiovascular data base system: application in arrhythmia research. Computer and Biomedical Research. 14:482-492, 1981.

75.     Glassman RD, Zipes DP: Site of antegrade and retrograde functional right bundle branch block in the intact canine heart. Circulation. 64:1277-1286, 1981.

76.     Heger JJ, Prystowsky EN, Jackman WM, Naccarelli GV, Warfel KA, Rinkenberger RL, Zipes DP: Amiodarone: clinical efficacy and electrophysiology during long-term therapy for recurrent ventricular tachycardia or ventricular fibrillation. New Engl J Med. 305:539-545, 1981.

77.     Gilmour RF, Jr., Williams ES, Farmer BB, Zipes DP: Effects of carnitine and atractyloside on canine cardiac electrical activity. Am J Physiol. 241:H505-H512, 1981.

78.     Ko PT, Naccarelli GV, Gulamhusein S, Prystowsky EN, Zipes DP, .Klein GJ: Atrioventricular dissociation during paroxysmal junctional tachycardia. PACE. 4:670-678, 1981.

79.     Naccarelli GV, Prystowsky EN, Jackman WM, Heger JJ, Rahilly GT, Jr., Zipes DP: Role of electrophysiologic testing in managing patients who have ventricular tachycardia unrelated to coronary artery disease. Am J Cardiol. 50:165-171, 1982.

80.     Jackman WM, Zipes DP: Low-energy synchronous cardioversion of ventricular tachycardia using a catheter electrode in a canine model of subacute myocardial infarction. Circulation. 66:187-195, 1982.

81.     Rinkenberger RL, Prystowsky EN, Jackman WM, Naccarelli GV, Heger JJ, Zipes DP: Drug conversion of nonsustained ventricular tachycardia to sustained ventricular tachycardia during serial electrophysiologic studies: identification of drugs that exacerbate tachycardia and potential mechanisms. Am Heart J. 103:177-184, 1982.

82.     Jackman WM, Zipes DP, Naccarelli GV, Rinkenberger RL, Heger JJ, Prystowsky EN: Electrophysiology of oral encainide. Am J Cardiol. 49:1270-1278, 1982.

83.     Zipes DP, Jackman WM, Heger JJ, Chilson DA, Browne KF, Naccarelli GV, Rahilly GT, Jr., Prystowsky EN: Clinical transvenous cardioversion of recurrent life-threatening ventricular tachyarrhythmias: low energy synchronized cardioversion of ventricular tachycardia and termination of ventricular fibrillation in patients using a catheter electrode. Am Heart J. 103:789-794, 1982.

84.     Prystowsky EN, Heger JJ, Jackman WM, Naccarelli GV, Zipes DP: Post-myocardial infarction incessant supraventricular tachycardia due to concealed accessory pathway. Am Heart J. 103:426-430, 1982.

86.     Rahilly GT, Jr., Prystowsky EN, Zipes DP, Naccarelli GV, Jackman WM, Heger JJ: Clinical and electrophysiologic findings in patients with repetitive monomorphic ventricular tachycardia and otherwise normal electrocardiograms. Am J Cardiol. 50:459-468, 1982.

87.     Steinman HR, Patterson SS, Newton CW, Troup PJ, Zipes DP: Cardiovascular changes during nonsurgical endodontics. J of Endodontics. 8:497-501, 1982.

88.     Gilmour RF, Jr., Zipes DP:  Electrophysiological response of vascularized hamster cardiac
        transplants to ischemia.  Circ Res.  50:599-609, 1982.

89.     Browne KF, Zipes DP, Heger JJ, Prystowsky EN:  The influence of autonomic nervous system on
        the QT interval in man.  Am J Cardiol.  50:1099-1103, 1982.

90.     Yee R, Zipes DP, Gulamhusein S, Kallok MJ, Klein GJ:  Low energy countershock using an
        intravascular catheter in an acute care setting.  Am J Cardiol.  50:1124-1129, 1982.

91.     Gulamhusein S, Naccarelli GV, Ko PT, Prystowsky EN, Zipes DP, Barnett HJM, Heger JJ, Klein GJ:
        Value and limitations of the clinical electrophysiologic study in the assessment of patients with
        unexplained syncope.  Am J Med.  73:700-705, 1982.

92.     Roberts WC, Siegel RJ, Zipes DP:  Origin of the right coronary artery from the left sinus of
        Valsalva and its functional consequences:  analysis of 10 necropsy patients.  Am J Cardiol.
        49:863-868, 1982.

93.     Zipes DP, Prystowsky EN, Browne KF, Chilson DA, Heger JJ:  Additional observations on
        transvenous cardioversion of recurrent ventricular tachycardia.  Am Heart J.  104:163-164, 1982.

94.     Elharrar V, Zipes DP:  Effects of encainide metabolites (MJ14030) and MJ19444) on canine
        Purkinje and ventricular fibers.  J Pharm Exp Ther. 220:440-447, 1982.

95.     Lloyd EA, Zipes DP, Heger JJ, Prystowsky EN:  Sustained ventricular tachycardia due to bundle
        branch re-entry.  Am Heart J.  104:1095-1097, 1982.

96.     Prystowsky EN, Browne KF, Zipes DP:  Intracardiac recording by catheter electrode of accessory
        pathway depolarization.  J Am Col of Cardiol.  1:468-470, 1983.

97.     Naccarelli GV, Zipes DP, Rahilly GT, Heger JJ, Prystowsky EN:  Influence of tachycardia cycle
        length and antiarrhythmic drugs on pacing termination and acceleration of ventricular
        tachycardia.  Am Heart J.  105:1-5, 1983.

98.     Jackman WM, Prystowsky EN, Naccarelli GV, Fineberg NS, Rahilly GT, Heger JJ, Zipes DP:
        Reevaluation of enhanced AV nodal conduction:  evidence to suggest a continuum of normal
        atrioventricular nodal physiology.  Circulation  67:441-448, 1983.

99.     Prystowsky EN, Naccarelli GV, Jackman WM, Rinkenberger RL, Heger JJ, Zipes DP:  Enhanced
        parasympathetic tone shortens atrial refractoriness in man.  Am J Cardiol.  51:96-100, 1983.

100.    Gilmour RF, Jr., Heger JJ, Prystowsky EN, Zipes DP:  Cellular electrophysiologic abnormalities of
        diseased human ventricular myocardium.  Am J Cardiol.  51:137-144, 1983.

101.    Barber MJ, Mueller TM, Henry D, Felten SY, Zipes DP:  Transmural myocardial infarction in the
        dog produces sympathectomy in noninfarcted myocardium.  Circulation.  67:787-796, 1983.

102.    Takahashi N, Zipes DP:  Vagal modulation of adrenergic effects on canine sinus and
        atrioventricular nodes.  Am J Physiol.  13:H775-H781, 1983.

103. Martins JB, Zipes DP, Lund DD: Distribution of local repolarization changes produced by efferent vagal stimulation in the canine ventricles.  J Am Coll Cardiol. 7:1191-1199, 1983.

104. Lloyd EA, Hauer RN, Zipes DP, Heger JJ, Prystowsky EN: Syncope and ventricular tachycardia in patients with ventricular pre-excitation.  Am J Cardiol. 52:79-82,1983.

105. Prystowsky  EN,  Zipes DP: Inhibition in the human heart.  Circulation.  68:707-713, 1983.

106. Browne KF, Jr., Prystowsky EN, Heger JJ, Chilson DA, Zipes DP:  Prolongation of the Q-T interval in man during sleep.  Am J Cardiol.  52:55-59, 1983.

107. Heger JJ, Prystowsky EN, Zipes DP:  Relationships between amiodarone dosage, drug concentration and adverse side effects.  Am Heart J 106:931-935, 1983.

108. Heger JJ, Prystowsky EN, Zipes DP:  Clinical efficacy of amiodarone in treatment of recurrent ventricular tachycardia and ventricular fibrillation.  Am Heart J.  106:887-894, 1983.

109. Martins JB, Mueller TM, Zipes DP:  Sympathetic denervation limited to a region of acutely ischemic canine myocardium increases excitability threshold and duration of bipolar electrograms.  Am J Cardiol.  51:1768-1774, 1983.

110. Chilson DA, Zipes DP, Heger JJ, Browne KF, Prystowsky EN:  Functional bundle branch block: discordant response of right and left bundle branches to changes in heart rate.  Am J Cardiol 54:313-316, 1984.

111. Browne KF, Jr., Prystowsky EN, Heger JJ, Cerimele BJ, Fineberg N, Zipes DP:  Prolongation of the Q-T interval induced by probucol.  Demonstration of a method for determining Q-T interval change induced by a drug.  Am Heart J. 107(4):680-684, 1984.

112. Heger  JJ,  Hubbard  J, Zipes DP, Miles WM, Prystowsky EN:  Propafenone treatment of recurrent ventricular tachycardia.  Am J Cardiol 54:40D-44D,1984.

113. Gilmour RF, Jr., Zipes DP:  Evidence for prejunctional and post-junctional antagonism of the sympathetic neuroeffector junction by acetylcholine in canine cardiac Purkinje fibers.  J Am Coll Cardiol.  3:760-765, 1984.

114. Prystowsky EN, Klein GJ, Rinkenberger RL, Heger JJ, Naccarelli GV, Zipes DP:  Clinical efficacy and electrophysiologic effects of encainide in patients with the Wolff-Parkinson-White syndrome. Circulation.  69:278-287, 1984.

115. Prystowsky EN, Heger JJ, Chilson DA, Miles WM, Hubbard J, Zipes DP:  Antiarrhythmic and electrophysiologic effects of oral propafenone.  Am J Cardiol  54:26D-28D, 1984.

116. Evans JJ, Gilmour RF, Jr., Zipes DP:  The effects of lidocaine and quinidine on impulse propagation across the canine Purkinje-muscle junction during combined hyperkalemia, hypoxia and acidosis.  Circ. Res. 55:185-196, 1984.

117. Gilmour RF, Jr., Morrical DG, Ertel PJ, Maesaka JF, Zipes DP:  Depressant effects of fast channel blockade on the electrical activity of ischemic canine ventricle:  mediation by the sympathetic nervous system.  Cardiovasc Res.  18:405-413, 1984.

118.    Browne KF, Prystowsky EN, Zipes DP, Chilson DA, Heger JJ:  Clinical efficacy and electrophysiologic effects of cibenzoline therapy in patients with ventricular arrhythmias.  J Am Coll Cardiol. 3:857-864, 1984.

119.    Barber MJ, Mueller TM, Davies BG, Zipes DP:  Phenol topically applied to canine left ventricular epicardium interrupts sympathetic but not vagal afferents.  Circ Res. 55:532-544, 1984.

120.    Heger JJ, Solow EP, Prystowsky EN, Zipes DP:  Plasma and red blood cell concentrations of amiodarone during chronic therapy.  Am J Cardiol. 53:912-917, 1984.

121.    Gilmour RF, Jr., Evans JJ, Zipes DP:  Purkinje-muscle coupling and endocardial response to hyperkalemia, hypoxia and acidosis.  Am J Physiol. 247(Heart Circ Physiol 16):H303-311, 1984.

122.    Takahashi N, Gilmour RF, Jr., Zipes DP:  Overdrive suppression of conduction in the canine His Purkinje system following anterior septal artery occlusion.  Circulation. 70:495-505, 1984.

123.    Zipes DP, Heger JJ, Miles WM, Mahomed Y, Brown JW, Spielman SR, Prystowsky EN:  Early experience with the implantable cardioverter.  New Engl J Med. 311:485-490, 1984.

124.    Gilmour RF, Jr., Zipes DP:  Effects of nitrendipine on ischemia-induced electrical changes in canine ventricle.  In:  Nitrendipine. Ed by Scriabine A, Vanov S, Deck K.  Urban and Schwarzenberg 1984, pp 209-218.

125.    Zipes DP, Prystowsky EN, Miles WM, Heger JJ:  Initial experience with Symbios model 7008 pacemaker.  PACE. 7:1301-1305, l984.

126.    Skale BT, Kallok MJ, Prystowsky EN, Gill RM, Zipes DP:  Inhibition of premature ventricular extrastimuli by subthreshold conditioning stimuli.  J Am Coll Cardiol. 6:133-140, 1985.

127.    Barber MJ, Mueller TM, Davies BG, Gill RM, Zipes DP:  Interruption of sympathetic and vagal mediated afferent responses by transmural myocardial infarction.  Circulation  72:623-631, 1985.

128.    Takahashi N, Barber MJ, Zipes DP:  Efferent vagal innervation of the canine ventricle.  Am J Physiol.  248(Heart Circ Physiol 17):H89-H97, 1985.

129.    Naccarelli GV, Fineberg NS, Zipes DP, Heger JJ, Duncan G, Prystowsky EN:  Amiodarone:  risk factors for recurrence of symptomatic ventricular tachycardia identified at electrophysiologic study.  J Am Coll Cardiol  6:814-821, 1985.

130.    Chilson DA, Heger JJ, Zipes DP, Browne KF, Jr., Prystowsky EN:  Electrophysiologic effects and clinical efficacy of oral propafenone therapy in patients with ventricular tachycardia.  J Am Coll Cardiol. 5:1407-1413, 1985.

131.    Chilson DA, Peigh P, Mahomed Y, Zipes DP:  Encircling endocardial incision interrupts efferent vagal-induced prolongation of endocardial and epicardial refractoriness in the dog.  J Am Coll Cardiol. 5:290-296, 1985.

132.    Prystowsky EN, Zipes DP:  Post-vagal tachycardia.  Am J Cardiol. 55:995-999, 1985.

133.   Gilmour RF, Jr., Salata JJ, Zipes DP:  Rate-related suppression and facilitation of conduction in isolated canine cardiac Purkinje fibers. Circ Res. 57:35-45, 1985.

134.   Gilmour RF, Jr., Zipes DP:  Positive inotropic effect of acetylcholine in canine Purkinje fibers. Am J Physiol. 249(Heart Circ Physiol 18):H735-H740, 1985.

135.   Windle JR, Miles WM, Zipes DP, Prystowsky E.  Subthreshold conditioning stimuli prolong human ventricular refractoriness. Am J Cardiol. 57:381-386, 1986.

136.   Chilson DA, Peigh PS, Mahomed Y, Waller BF, Zipes DP:  Chemical ablation of ventricular tachycardia in the dog. Am Heart J. 111:1113-1118, 1986.

137.   Salata JJ, Gill RM, Gilmour RF, Jr., Zipes DP:  Effects of sympathetic tone on vagally-induced phasic changes in heart rate and A-V nodal conduction in the anesthetized dog. Circ Res. 58:584-594, 1986.

138.   Skale BT, Miles WM, Heger JJ, Zipes DP, Prystowsky EN:  Survivors of cardiac arrest.  Prevention of recurrence by drug therapy as predicted by electrophysiologic testing versus ECG monitoring. Am J Cardiol  57:113-119, 1986.

139.   Markel ML, Prystowsky EN, Heger JJ, Miles WM, Fineberg N, Zipes DP:  Encainide for the treatment of supraventricular tachycardias associated with the Wolff-Parkinson-White syndrome. Am J Cardiol. 58:41C-48C, 1986.

140.   Markel ML, Zipes DP, Bailey JC:  Continuous lidocaine infusion in an ambulatory patient with recurrent ventricular tachycardia. Am Heart J  112:184-186, 1986.

141.   Miles WM, Yee R, Klein G, Zipes DP, Prystowsky EN:  The preexcitation index: an aid in determining the mechanism of supraventricular tachycardia and localizing accessory pathways. Circulation. 74:493-500, 1986.

142.   Miles WM, Prystowsky EN, Heger JJ, Zipes DP:  The implantable transvenous cardioverter: long-term efficacy and reproducible ventricular tachycardia induction. Circulation. 74:518-524, 1986.

143.   Chang MS, Inoue H, Kallok MJ, Zipes DP:  Double and triple sequential shocks reduce defibrillation threshold in dogs with and without myocardial infarction. J Am Coll Cardiol. 8:1393-1405, 1986.

144.   Inoue H, Zipes DP:  Changes in atrial and ventricular refractoriness and in atrioventricular nodal conduction produced by combinations of vagal and sympathetic stimulation that result in a constant spontaneous sinus cycle length. Circ Res. 60:942-951, 1987.

145.   Miles WM, Chang M, Heger JJ, Rinkenberger RL, Zipes DP, Prystowsky EN:  Electrophysiologic and antiarrhythmic effects of oral encainide in patients with atrioventricular nodal reentry or nodoventricular reentry. Am Heart J. 114:26-33, 1987.

146.   Gilmour RF, Jr., Davis JR, Zipes DP:  Overdrive suppression of conduction at the canine Purkinje-muscle junction. Circulation. 76:1388-1396, 1987.

147.   Inoue H, Zipes DP:  Increased afferent vagal responses produced by epicardial application of nicotine on the canine posterior left ventricle. Am Heart J. 114:757-764, 1987.

148.   Miles WM, Klein LS, Minardo JD, Zipes DP: Two retrograde atrial responses from one ventricular complex in a patient with the permanent form of junctional reciprocating tachycardia. Am J Cardiol. 59:1004-1006, 1987.

149.   Inoue H, Zipes DP: Conduction over an isthmus of atrial myocardium in vivo. A model of Wolff-Parkinson-White syndrome. Circulation. 76:637-647, 1987.

150.   Tuli M, Minardo J, Mock BH, Weiner RE, Siddiqui AR, Zipes DP, Wellman HN: SPECT with high purity I-123-MIBG after transmural myocardial infarction (TMI), demonstrating sympathetic denervation followed by reinnervation in a dog model. J Nucl Med 28:669, 1987.

151.   Kammerling JM, Green FJ, Watanabe AM, Inoue H, Barber MJ, Henry D, Zipes DP: Denervation supersensitivity of refractoriness in noninfarcted areas apical to transmural myocardial infarction. Circulation. 76:383-393, 1987.

152.   Inoue H, Zipes DP: Results of sympathetic denervation in the canine heart: supersensitivity that may be arrhythmogenic. Circulation. 75:877-887, 1987.

153.   Inoue H, Waller BF, Zipes DP: Intracoronary ethyl alcohol or phenol injection ablates aconitine-induced ventricular tachycardia in the dog. J Am Coll Cardiol. 10:1342-1349, 1987.

154.   Inoue H, Skale B, Zipes DP: Effects of ischemia on cardiac afferent sympathetic and vagal reflexes in dogs. Am J Physiol 255 (Heart Circ Physiol 24):H26-H35, 1988.

155.   Kaseda S, Zipes DP: Supersensitivity to acetylcholine of canine sinus and AV nodes after parasympathetic denervation. Am J Physiol 24 (3 pt 2):H534-H539, 1988.

156.   Chang MS, Zipes DP: Differential sensitivity of sinus node, atrioventricular node, atrium, and ventricle to propranolol. Am Heart J 116(2):371-378, 1988

157.   Inoue H, Mahomed Y, Kovacs RJ, Zipes DP: Surgery for Wolff-Parkinson-White syndrome interrupts efferent vagal innervation to the left ventricle and to the atrioventricular node in the canine heart. Cardiovasc Res. 22:163-170, 1988.

158.   Minardo JD, Tuli MM, Mock BH, Weiner RE, Pride HP, Wellman HN, Zipes DP: Scintigraphic and electrophysiological evidence of canine myocardial sympathetic denervation and reinnervation produced by myocardial infarction or phenol application. Circulation. 78:1008-1019, 1988.

159.   Minardo JD, Heger JJ, Miles WM, Zipes DP, Prystowsky EN: Clinical characteristics of patients with ventricular fibrillation during antiarrhythmic drug therapy. New Engl J Med 319:257-262, 1988.

160.   Klein LS, Fineberg N, Heger JJ, Miles WM, Kammerling JM, Chang MS, Zipes DP, Prystowsky EN: Prospective evaluation of a discriminate function for prediction of recurrent symptomatic ventricular tachycardia or ventricular fibrillation in coronary artery disease patients having inducible ventricular tachycardia at electrophysiologic study. J Am Coll Cardiol. 61:1024-1030, 1988.

161.   Inoue H, Zipes DP: Time course of denervation of efferent sympathetic and vagal nerves after occlusion of the coronary artery in the canine heart. Circ Res. 62:1111-1120, 1988.

162.    Kaseda S, Zipes DP:  Contraction-excitation feedback in the atria.  A cause of changes in refractoriness.  J Am Coll Cardiol 11:1327-1336, 1988.

163.    Inoue H, Zipes DP:  Cocaine induced supersensitivity and arrhythmogenesis.  J Amer Coll Cardiol. 11:867-874, 1988.

164.    Ben-David J, Zipes DP:  Differential response to right and left ansae subclaviae stimulation of early afterdepolarizations and ventricular tachycardia induced by cesium in dogs.  Circulation. 78:1241-1250, 1988.

165.    Bailie DS, Inoue H, Kaseda S, Ben-David J, Zipes DP:  Magnesium suppression of early afterdepolarizations and ventricular tachyarrhythmias induced by cesium in dogs.  Circulation 77:1395-1402, 1988.

166.    Dusman RE, Miles WM, Mahomed Y, Heger JJ, Klein LS, Prystowsky EN, King RD, Brown JW, Adams DE, Zipes DP:  Electrophysiologic directed endocardial resection and cryoablation in the treatment of ventricular tachyarrhythmias.  Indiana Medicine. 81:242-250, 1988.

167.    Klein LS, Miles WM, Heger JJ, Zipes DP:  Transcutaneous pacing:  patient tolerance, strength-interval relations, and feasibility for programmed electrical stimulation.  Am J Cardiol.  62:1126-1129, 1988.

168.    Markel ML, Miles WM, Zipes DP, Prystowsky EN:  Parasympathetic and sympathetic alterations of Mobitz II heart block.  J Am Coll Cardiol.  11:271-275, 1988.

169.    Mahomed Y, King RD, Zipes DP, Miles WM, Prystowsky EN, Heger JJ, Brown JW: Surgical division of Wolff-Parkinson-White pathways utilizing the closed- heart technique; a 2-year experience in 47 patients.  Ann Thorac Surg  45:495-504, 1988.

170.    Krause P, Inoue H, Zipes DP:  Electrophysiologic alterations produced by hypoxia in the canine heart.  Am Heart J  117:550-561, 1989.

171.    Miyazaki T, Zipes DP:  Protection against autonomic denervation following acute myocardial infarction by preconditioning ischemia.  Circ Res.  64:437-448, 1989.

172.    Kaseda S, Gilmour RF, Jr., Zipes DP:  Depressant effect of magnesium on early afterdepolarizations and triggered activity induced by cesium quinidine and 4-aminopyridine in canine cardiac Purkinje fibers.  Am Heart J.  118:458-466, 1989.

173.    Graham B, Gilmour RF, Jr., Stanton MS, Zipes DP:  OPC-88117 suppresses early afterdepolarizations and arrhythmias induced by cesium, 4-aminopyridine and digitalis in canine Purkinje fibers and in the canine heart in situ.  Am Heart J.  118:708-716, 1989.

174.    Stanton MS, Tuli MM, Radtke NL, Heger JJ, Miles WM, Mock BH, Burt RW, Wellman HN, Zipes DP:  Regional sympathetic denervation after myocardial infarction in humans detected noninvasively using I-123-metaiodobenzylguanidine.  J Am Coll Cardiol.  14:1519-1526, 1989.

175.    Miles WM, Heger JJ, Minardo JD, Klein LS, Prystowsky EN, Zipes DP:  The electrophysiologic effects of enoximone in patients with preexisting ventricular tachyarrhythmias.  Am Heart J. 117:112-121, 1989.

176.  Stanton MS, Prystowsky EN, Fineberg NS, Miles WM, Zipes DP, Heger JJ:Arrhythmogenic effects of antiarrhythmic drugs: A study of 506 patients treated for ventricular tachycardia or fibrillation. J Am Coll Cardiol. 14:209-215, 1989.

177.  Watanabe M, Zipes DP, Gilmour RF, Jr: Oscillations of diastolic interval and refractory period following premature and postmature stimuli in canine Purkinje fibers. PACE. 12:1089-1103, 1989.

178.  Miyazaki T, Pride HP, Zipes DP: Modulation of cardiac autonomic neurotransmission by epicardial superfusion: effects of hexamethonium and tetrodotoxin. Circ Res. 65:1212-1219, 1989.

179.  Miyazaki T, Pride HP, Zipes DP: Prostaglandins in the pericardial fluid modulate neural regulation of cardiac electrophysiologic properties. Circ Res. 66:163-175, 1990.

180.  Kaseda S, Zipes DP: Effects of alpha adrenergic stimulation and blockade on early afterdepolarizations and triggered activity induced by cesium in canine cardiac Purkinje fibers. J Cardiovasc Electrophysiol. 1:31-40, 1990.

181.  Gilmour RF, Jr., Zipes DP: Effects of myocardial ischemia on triggered activity in hamster atrial transplants. J Cardiovasc Electrophysiol. 1:139-144, 1990.

182.  Klein LS, Miles WM, Zipes DP: Effect of atrioventricular interval during pacing or reciprocating tachycardia on atrial size, pressure and refractory period: contraction-excitation feedback in human atrium. Circulation. 82:60-68, 1990.

183.  Miyazaki T, Zipes DP: Presynaptic modulation of efferent sympathetic and vagal neurotransmission in the canine heart by hypoxia, high K+, low pH and adenosine: possible relevance to ischemia-induced denervation. Circ Res. 66:289-301, 1990.

184.  Dusman RE, Stanton MS, Miles WM, Klein LS, Zipes DP, Fineberg NS, Heger JJ: Clinical features of amiodarone-induced pulmonary toxicity. Circulation. 82:51-59, 1990.

185.  Ben-David J, Zipes DP: Alpha adrenoceptor stimulation and blockade modulates cesium-induced early afterdepolarizations and ventricular tachyarrhythmias in dogs. Circulation. 82:225-233, 1990.

186.  Miyazaki T, Zipes DP: Pericardial prostaglandin biosynthesis prevents the increased incidence of reperfusion-induced ventricular fibrillation produced by efferent sympathetic stimulation in dogs. Circulation. 82:1008-1019, 1990.

187.  Miyazaki T, Pride HP, Zipes DP: Prostaglandin modulation of early afterdepolarizations and ventricular tachyarrhythmias induced by cesium chloride combined with efferent cardiac sympathetic stimulation in dogs. J Am Coll Card. 16(5):1287-1295, 1990.

188.  Klein LS, Armstrong WF, Miles WM, Heger JJ, Zipes DP, Prystowsky EN: Electrophysiologic and anatomic characteristics of ventricular tachycardia induced at the right ventricular outflow tract but not at the apex. Am Heart J. 122:464-468, 1991.

189.   Nora MD, Miles WM, Klein LS, Dillon JC, Zipes DP:  Alcohol ablation of ventricular tachycardia.  J Cardiovasc Electrophysiol.  2:456-461, 1991.

190.   Stanton MS, Zipes DP:  Modulation of drug effects by regional sympathetic denervation and supersensitivity.  Circulation.  84:1709-1714, 1991.

191.   Mahomed Y, King RD, Zipes DP, Miles WM, Klein LS:  Surgery for AV node reentry tachycardia.  J Thorac & Cardiovasc Surg 104:1035-1044, 1992.

192.   Ben-David J, Zipes DP, Ayers GM, Pride HP:  Canine left ventricular hypertrophy predisposes to ventricular tachycardia induction by phase-2 early afterdepolarizations after administration of BAY K 8644.  J Am Coll Cardiol  20:1576-1584, 1992.

193.   Klein LS, Shih HT, Hackett K, Zipes DP, Miles WM:  Radiofrequency catheter ablation of ventricular tachycardia in patients without structural heart disease.  Circulation.  85:1666-1674, 1992.

194.   Vereckei A, Vera Z, Pride HP, Zipes DP:  Atrioventricular nodal conduction rather than automaticity determines the ventricular rate during atrial fibrillation and atrial flutter.  J Cardiovasc Electrophysiol.  3:534-543, 1992.

195.   Warner MR, Kroeker TS, Zipes DP:  Sympathetic stimulation and infusion modulate extracellular potassium concentration during acute ischemia.  Circ Res.  71:1078-1087, 1992.

196.   Weinberg BA, Miles WM, Klein LS, Bolander JE, Dusman RE, Stanton MS, Heger JJ, Langefeld C, Zipes DP:  5 year follow-up of 589 patients treated with amiodarone. Am Heart J  125:109-120, 1993.

197.   Mitrani R, Klein LS, Hackett K, Zipes DP, Miles WM:  Radiofrequency ablation for atrioventricular nodal reentrant tachycardia:  comparison between fast (anterior) versus slow (posterior) pathway ablation. J Am Coll Cardiol. 21:432-441, 1993.

198.   Rubart M, Pride HP, Kroecker TS, Warner MR, Zipes DP:  Simulated ischemia does not protect against efferent sympathetic denervation following acute myocardial infarction in canine hearts. J Cardiovasc Electrophysiol. 4:23-37, 1993.

199.   Mitrani R, Klein LS, Miles WM, Burt RW, Wellman HN, Zipes DP: Regional cardiac sympathetic denervation in patients with ventricular tachycardia in the absence of coronary artery disease.  J Am Coll Cardiol  22:1344-1353, 1993.

200.   Warner MR, Wisler PL, Hodges TD, Watanabe AM, Zipes DP:  Mechanisms of denervation supersensitivity in regionally denervated canine hearts.  Am J Physiol 264(Heart Circ Physiol 33):H815-H820, 1993.

201.   Klein LS, Hackett FK, Zipes DP, Miles WM:  Radiofrequency catheter ablation of "Mahaim fibers" at the tricuspid annulus.  Circulation.  87:738-747, 1993.

202.   Rubart M, Pressler ML, Pride HP, Zipes DP:  Electrophysiological mechanisms in a canine model of erythromycin-associated long QT syndrome.  Circulation  88:1832-1844, 1993.

203.    Nora M, Elsner G, Purdy C, Zipes DP: Wide QRS rhythm due to taxine toxicity. J Cardiovasc Electrophysiol 4:59-61, 1993.

204.    Krause PC, Rardon DP, Miles WM, Klein LS, Mahomed Y, King RD, Zipes DP: Characteristics of $Ca^{2+}$-activated potassium channels isolated from the left ventricle of a patient with idiopathic long QT syndrome. Am Heart J. 126:1134-1141, 1993.

205.    Ito M, Pride HP, Zipes DP: Defibrillating shocks delivered to the heart impair efferent sympathetic responsiveness. Circulation. 88:2661-2673, 1993.

206.    Ito M, Pride HP, Zipes DP: Glibenclamide enhances but pinacidil reduces attenuation in sympathetic responsiveness after acute coronary occlusion. Circ Res 75:379-392, 1994.

207.    Shih HT, Miles WM, Klein LS, Hubbard JH, Zipes DP: Multiple accessory pathways in the permanent form of junctional reciprocating tachycardia. Am J Cardiol. 73:361-367, 1994.

208.    Ito M, Zipes DP: Efferent sympathetic and vagal innervation of the canine right ventricle. Circulation. 90:1459-1468, 1994.

209.    Miles WM, Hubbard JE, Zipes DP, Klein LS: Elimination of AV nodal reentrant tachycardia with 2:1 VA block by posteroseptal ablation. J Cardiovasc Electrophysiol. 5:510-516, 1994.

210.    Rho TH, Ito M, Pride HP, Zipes DP: Microwave ablation of canine atrial tachycardia induced by aconitine. Am Heart J. 129:1021-1025, 1995.

211.    Zipes DP and Roberts D for the PCD Investigators: Results of the International Study of the Implantable Pacemaker, Cardioverter-Defibrillator: A comparison of epicardial and endocardial lead systems. Circulation 92:59-65, 1995.

212.    Elvan A, Pride HP, Eble JN, Zipes DP: Radiofrequency catheter ablation of the atria reduces the inducibility and duration of atrial fibrillation in dogs. Circulation. 91:2235-2244, 1995.

213.    Koh GY, Soonpaa MH, Klug MG, Pride H, Cooper BJ, Zipes DP, Field LJ: Stable fetal cardiomyocyte grafts in the heart of dystrophic mice and dogs. J Clinical Investigation 96:2034-2042, 1995.

214.    AVID Investigators: Antiarrhythmics Versus Implantable Defibrillators (AVID): Rationale, design and methods. Am J Cardiol 75:470-475, 1995.

215.    Rigden LB, Segar DS, Miles WM, Mitrani RD, Klein LS, Zipes DP: Spontaneous echo contrast following delivery of a shock from a transvenous implantable cardioverter defibrillator. J Cardiovasc Electrophysiol. 6:396-399, 1995.

216.    Pressler ML, Warner MR, Rubart M, Rardon DR, Zipes DP: In vivo and in vitro electrophysiological effects of terodiline on dog myocardium. J Cardiovasc Electrophysiol. 6:443-454, 1995.

217.    Vera ZA, Pride HP, Zipes DP: Reperfusion arrhythmias: Role of early afterdepolarizations studied by monophasic action potential recordings in the intact canine heart during autonomically denervated and stimulated states. J Cardiovasc Electrophysiol. 6:532-543, 1995.

218.   Moise NS, Moon PF, Flahive WJ, Brittain D, Pride HP, Lewis BA, Zipes DP, Lee RJ, Gilmour RF Jr.:
       Phenylephrine induced ventricular arrhythmias in dogs with inherited sudden death.  J
       Cardiovasc Electrophysiol 7:217-230, 1996.

219.   Ayers G, Rho TH, Ben-David J, Besch Jr HR, Zipes DP:  Amiodarone instilled into the canine
       pericardial sac migrates transmurally to produce electrophysiologic effects and suppress atrial
       fibrillation.  J Cardiovasc Electrophysiol 7:713-721, 1996.

220.   Elvan A, Wylie K, Zipes DP:  Pacing induced chronic atrial fibrillation impairs sinus node function
       in dogs.  Circulation  94:2953-2960, 1996.

221.   Rigden LB, Mitrani RD, Wellman HN, Klein LS, Miles WM, Zipes DP:  Defibrillation shocks over
       epicardial patches produce sympathetic neural dysfunction in man.  J Cardiovasc Electrophysiol.
       7:398-405, 1996.

222.   Satoh T, Zipes DP:  Rapid rates during bradycardia prolong ventricular refractoriness and
       facilitate ventricular tachycardia induction with cesium in dogs.  Circulation  94:217-227, 1996.

223.   Satoh T, Zipes DP:  Unequal atrial stretch in dogs increases dispersion of refractoriness
       conducive to developing atrial fibrillation.  J Cardiovasc Electrophysiol 7:833-842, 1996.

224.   Fei L, Baron A, Henry DP, Zipes DP:  Intrapericardial delivery of l-arginine reduces the increased
       severity of ventricular arrhythmias in dogs with acute coronary occlusion.  Nitric oxide
       modulates sympathetic effects on ventricular electrophysiologic properties.  Circulation.
       96:4044-4049, 1997.

225.   The AVID Investigators: Zipes DP, Wyse DG, Friedman PL, Epstein AE, Hallstrom AP, Greene L,
       Schron EB, Domanski M:  A Comparison of Antiarrhythmic Drug Therapy with Implantable
       Defibrillators in Patients Resuscitated after Near-Fatal Ventricular Arrhythmias. New Engl J Med.
       337:1576-1583, 1997.

226.   Estes NAM Jr, Michaud G, Zipes DP, El-Sherif N, Venditti FJ, Rosenbaum DS, Albrecht P, Wang PJ,
       Cohen RJ:  Electrical alternans during rest and exercise as predictors of vulnerability to
       ventricular arrhythmias.  Amer J Cardiol 80:1314-1318, 1997.

227.   Elvan A, Rubart M, Zipes DP:  Nitric oxide modulates autonomic effects on spontaneous sinus
       discharge rate and atrioventricular nodal conduction in open chest anesthetized dogs.  Amer J
       Physiol. 272:H263-H271, 1997.

228.   Elvan A, Huang X, Pressler M, Zipes DP:  Radiofrequency catheter ablation of the atria eliminates
       pacing induced sustained atrial fibrillation and reduces connexin 43 in dogs.  Circulation,
       96:1675-1685.  1997.

229.   Chiou CW, Eble JN, Zipes DP:  Efferent vagal innervation of the canine atria, sinus and
       atrioventricular nodes: The third fat pad.  Circulation 95:2573-2584, 1997.

230.   Sih HJ, Berbari EJ, Zipes DP:  Epicardial maps of atrial fibrillation after linear ablation lesions.    J
       Cardiovasc Eletrophysiol 8:1046-1054, 1997.

231.   Mitrani RD, Miles WM, Klein LS, Zipes DP:  Phenylephrine increases T wave shock energy required to induce ventricular fibrillation.  J Cardiovasc Electrophysiol.  9:34-40, 1998.

232.   Krebs ME, Szwed JM, Shinn T, Miles WM, Zipes DP:  Short term rapid ventricular pacing prolongs ventricular refractoriness in patients.  J Cardiovasc Electrophysiol.  9:1036-1042, 1998.

233.   Chiou C-W, Zipes DP:  Selective vagal denervation of the atria eliminates heart rate variability and baroreflex sensitivity while preserving ventricular innervation.  Circulation.  98:360-368, 1998.

234.   Biermann M, Rubart M, Moreno A, Wu J, Josiah-Durant A, Zipes DP.  Differential effects of cytochalasin D and 2, 3-butanedione monoxime on isometric twitch force and transmembrane action potentials in isolated ventricular muscle.  J Cardiovasc Electrophysiol.  9:1348-1357, 1998.

235.   Bonner M, Mehra R, Zipes DP.  Lead fixation achieved with RF energy.  J Cardiovasc Electrophysiol.  9:1285-1290, 1998.

236.   Olgin J, Sih HJ, Hanish S, Jayachandran JV, Zhen QH, Winkle W, Mulholland GK, Zipes DP, Hutchins G.  Heterogeneous atrial denervation creates substrate for sustained atrial fibrillation.  Circulation.  98:2608-2614, 1998.

237.   Satoh T, Zipes DP.  Cesium-induced atrial tachycardia degenerating into atrial fibrillation.  Atrial torsades de pointes?  J Cardiovasc Electrophysiol 9:970-975, 1998.

238.   Maron BJ, Quandt EK, Mitten MJ, Zipes DP.  Competitive athletes with cardiovascular disease: the case of Nicholas Knapp.  N Engl J Med.  339:1632-1635. 1998.

239.   Olgin JE, Jayachandran JV, Engelstein E, Groh W, Zipes DP.  Atrial macroreentry involving the myocardium of the coronary sinus.  A unique mechanism for atypical flutter.  J Cardiovasc Electrophysiol.  9:1094-1099, 1998.

240.   Wu J, Biermann M, Rubart M, Zipes DP.  Cytochalasin D as the Excitation-contraction Uncoupler for Optically Mapping Action Potentials in Wedges of Ventricular Myocardium.  J Cardiovasc Electrophysiol.  9:1336-1347, 1998.

241.   Elvan A, Zipes DP:  Right Ventricular Infarction Causes Heterogeneous Autonomic Denervation of the Viable Peri-infarct Area.  Circulation.  97:484-492,1998.

242.   Huang X, Sandusky GE, Zipes DP:  Heterogeneous loss of connexin43 protein in ischemia.  J Cardiovasc Electrophysiol.  10:79-91, 1999.

243.   Hutchins GD, Chen T,, Carlson KA, Fain RL, Winkle W, Varrek T, Mock BH, Zipes DP:  PET imaging of oxidative metabolism abnormalities in sympathetically denervated canine myocardium.  J Nuclear Medicine.  40:846-853, 1999.

244.   Sih HJ,  Zipes DP, Berbari EJ, Olgin JE.  A high-temporal resolution algorithm for quantifying organization during atrial fibrillation.  IEEE.  46:440-450,1999.

245.   March KL, Woody M, Mehdi K, Zipes DP, Brantley M, Trapnell BC.  Efficient in vivo catheter-based pericardial gene transfer mediated by adenoviral vectors.  Clin Cardiol 22(suppl I):I23-I29, 1999.

246.   Sehra R, Hubbard JE, Straka SP, Fineberg NS, Zipes DP, Engelstein ED, Zipes DP.  Autonomic changes and heart rate variability in children with neurocardiogenic syncope.  Pediatric Cardiology.  20(4):242-247, 1999.

247.   Fei L, Wrobleski D, Groh W, Duffin EG, Vetter A, Zipes DP.  Effects of multi-site ventricular pacing on cardiac function in normal dogs and dogs with heart failure.  J Cardiovasc Electrophysiol. 10:935-946, 1999.

248.   Sehra R, Hubbard JE, Straka SP, Fineberg NS, Engelstein ED, Zipes DP.  Effect of radiofrequency catheter ablation of accessory pathways on autonomic tone in children.  Cardiology in the Young.  9(4):377-383, 1999.

249.   Wu J, Zipes DP.  Effects of spacial segmentation in the continuous model of excitation propagation in cardiac muscle.  J Cardiovasc Electrophysiol.  10:965-972, 1999.

250.   Al-Sheikh T, Allen KB, Straka S, Heimansohn DA, Fain RL, Hutchins GD, Sawada SG, Zipes DP, Engelstein ED.  Cardiac sympathetic denervation after transmyocardial laser revascularization. Circulation.  100:135-140, 1999.

251.   Groh WJ, Boschee SA, Engelstein ED, Miles WM, Burton ME, Foster PR, Crevey BJ, Zipes DP. Interactions between electronic article surveillance systems and implantable cardioverter-defibrillators.  Circulation.  100:387-392, 1999.

252.   Asconape JJ, Moore DD, Zipes DP, Hartman LM, Duffel WH Jr.  Bradycardia and asystole with the use of vagus nerve stimulation for the treatment of epilepsy:  A rare complication of intraoperative device testing.  Epilepsia .  40:1452-1454, 1999.

253.   Groh WJ, Shinn TS, Engelstein ED, Zipes DP.  Amiodarone reduces the prevalence of T wave alternans in patients with ventricular tachyarrhythmias.  J Cardiovasc Electrophysiol.  10:1335-1339, 1999.

254.   Krebs ME, Krause PC, Engelstein ED, Zipes DP, Miles WM:  Ventricular tachycardias mimicking those arising from the right ventricular outflow tract.  J Cardiovasc Electrophysiol 11:45-51, 2000.

255.   Rubart M, Lopshire JC, Fineberg N, Zipes DP.  Changes in left ventricular repolarization and ion channel currents following a transient rate increase superimposed on bradycardia in anesthetized dogs.  J Cardiovasc Electrophysiol. 11:652-664, 2000.

256.   Coppess MA, Altemose GT, Jayachandran VJ, Al-Sheikh T, Zipes DP, Miller JM.  Unusual features of intermediate septal bypass tracts.  J Cardiovasc Electrophysiol. 7:730-735, 2000.

257.   Sih HJ, Zipes DP, Berbari EJ, Adams DE, Olgin JE.  Differences in organization between acute and chronic atrial fibrillation in dogs.  J Amer Coll Cardiol. 36:924-931, 2000.

258.   Jayachandran JV, Zipes DP, Weksler J, Olgin JE.  Role of the $Na^+/H^+$ exchanger in short-term atrial electrophysiological remodeling.   Circulation. 101:1861-1866, 2000.

259.   Jayachandran JV, Sih HJ, Winkle N, Zipes DP, Hutchins GD, Olgin JE.  Atrial fibrillation produced by prolonged rapid atrial pacing is associated with heterogeneous changes in atrial sympathetic innervation.  Circulation. 101:1185-1191, 2000.

260.   Connolly SJ, Hallstrom AP, Cappato R, Schron EB, Kuck KH, Zipes DP, Greene HL, Boszor S, Domanski M, Follman D, Gent M, Roberts RS. On behalf of the Investigators of the AVID, CASH and CIDS Studies.  Meta-analysis of the Implantable Cardioverter Defibrillator Secondary Prevention Trials.  European Heart J. 21:2071-2078, 2000.

261.   Wu J, Zipes DP.  Transmural reentry during global acute ischemia and reperfusion in canine ventricular muscle.  Am J Physiol. 280:H2717-H2725, 2001.

262.   Groh WJ, Newman MM, Beal PE, Zipes DP.  Limited Response to Cardiac Arrest by Police Equipped with Automated External Defibrillators: Lack of Survival Benefit in Suburban and Rural Indiana – The Police as Responder Automated Defibrillation Evaluation (PARADE).  Acad Emerg Med.  8: 324-330, 2001.

263.   Altemose GT, Zipes DP, Weksler J, Miller JMM, Olgin JE.  Inhibition of the Na+/H+ exchanger delays the development of rapid pacing induced atrial contractile dysfunction.  Circulation. 103:762-768, 2001.

264.   Hallstrom AP, Greene HL, Wilkoff B, Zipes DP, Schron E, Ledingham B, The Antiarrhythmic Versus Implantable Defibrillator (AVID) Investigators.  Relationship Between Rehospitalization and Future Death in Patients Treated for Potentially Lethal Arrhythmia.  J Cardiovasc Electrophysiol 12:990-995, 2001.

265.   Vereckei A, Warman E, Mehra R, Zipes DP.  Comparison of the Effects on Drug Concentrations, Electrophysiological Parameters and Termination of Atrial Fibrillation in Dogs when Procainamide and Ibutilide are Delivered into the Right Atrium versus Intravenously.  J Cardiovasc Electrophysiol.  12:330-336, 2001.

266.   Wu J, Wu J, Olgin JE, Miller JM, Zipes DP.  Mechanisms Underlying the Reentrant Circuit of AV Nodal Reentry Tachycardia in Isolated Canine AV Nodal Preparation Using Optical Mapping.  Circulation Research.  88:1189-1195, 2001.

267.   Ruskin J, Camm AJ, Zipes DP, Hallstrom A, McGrory-Usset ME.  Implantable Cardioverter Defibrillator Utilization Based on Discharge Diagnoses from Medicare and Managed Care Patients.  J Cardiovasc Electrophysiol. 13:38-43, 2002.

268.   Barbey JT, Lazzara R, Zipes DP.  Spontaneous adverse event reports of serious ventricular arrhythmias, QT prolongation, syncope and sudden death in patients treated with cisapride. J Cardiovasc Pharmacol and Therapeutics 7:65-76, 2002.

269.   Domanski M, Epstein A, Hallstrom A, Sakseena S, Zipes DP.  Survival of Antiarrhythmic or Implantable cardioverter-Defibrillator Treated Patients with Varying Degrees of Left Ventricular Dysfunction Who Survived Malignant Ventricular Arrhythmias.  J Cardiovasc Electrophysiol. 13:580-583, 2002

270.   Hadian D, Zipes DP, Olgin JE, Miller JM.  Short-Term Rapid Atrial Pacing Produces Electrical Remodeling of Sinus Note Function in Humans.  J Cardiovasc Electrophysiol 13:584, 2002.

271.   Miyata A, Dowell JD, Zipes DP, Rubart M.  Rate-dependent $[K^+]_o$ accumulation in canine right atria in vivo: electrophysiological consequences.  Am J Physiol, Heart Circ Physiol.  283:H506-H517, 2002.

272.   Olgin JE, Takahashi T, Wilson E, Verecki A, Zipes DP.  Effects of Thoracic Spinal Cord Stimulation on Cardiac Autonomic Regulation of the Sinus and AV nodes.  J Cardiovasc Electrophysiol 13:475-481, 2002.

273.   Groh WJ, Lowe MR, Overgaard AD, Neal JM, Fishburn WC, Zipes DP.  Attitudes of law enforcement officers regarding automated external defibrillators.  Acad Emerg Med 9:751-3, 2002.

274.   Groh WJ, Lowe, MR, Zipes DP.  Severity of Cardiac Conduction Involvement and Arrhythmias in Myotonic Dystrophy Type 1 Correlates with Age and CTG Repeat Length.  J Cardiovasc Electrophysiol.  13:444-448, 2002.

275.   Miyata A, Zipes DP, Rubart M.  KB-R7943 Prevents Acute, Atrial Fibrillation-Induced Shortening of Atrial Refractoriness in Anesthetized Dogs.  Circulation.  106:1410-1419, 2002.

276.   Wu J, Zipes DP.  Transmural Reentry Triggered by Epicardial and not Endocardial Stimulation during Acute Ischemia in Canine Ventricular Muscle.  Amer J Physiol Heart Circ Physiol 283:H2004-2011, 2002.

277.   Vereckei A, Besch HR Jr, Zipes DP.  Combined amiodarone and silymarin treatment, but not amiodarone alone, prevents sustained atrial flutter in dogs.  J Cardiovasc Electrophysiol. 14:861-867, 2003.

278.   Page RL, Zipes DP, Powell JL, Luceri RM, Gold MR, Peters R, Russo AM, Bigger T Jr, Sung RJ, McBurnie MA and the AVID investigators.  Seasonal Variation of mortality in the Antiarrhythmics versus implantable defibrillators (AVID) study registry.  Heart Rhythm 4:435-440, 2004

279.   Vereckei A, Gogelein H, Zipes DP. Effect of the cardioseletive, sarcolemmal $K_{ATP}$ channel blocker HMR 1098 on atrial electrical remodeling during pacing-induced atrial fibrillation in dogs. Cardiovasc Drugs Ther. 18:23-30, 2004

281.   Ueda N, Zipes, DP, Wu J Prior ischemia enhances arrhythmogenicity in isolated canine ventricular wedge model of long QT 3. Cardiovasc Res. 63:69-76, 2004

282.   Ueda N, Zipes DP, Wu J Epicardial but not endocardial stimulation initiates ventricular tachyarrhythmias in canine in vitro model of long QT syndrome. Heart Rhythm 1:684-694, 2004

283.   J-Q Wang[1], M. A. Miller, X. Fei[1], K. L. Stone, J. C. Lopshir, W. J. Groh, D. P. Zipes, G. D. Hutchins , Q-H Zheng.  Facile synthesis and initial PET imaging of novel potential heart acetylcholinesterase imaging agents [11C]pyridostigmine and its analogs .  Nuclear medicine and biology. 31:957-964, 2004

284.   Ueda N, Zipes DP, Wu J Functional and transmural modulation of M cell behavior in canine ventricular wall. Am J Physiol Heart Circ Physiol. 287:H2569-H2575, 2004.

285.   Takahashi T, van Dessel P, Lopshire J, Groh WJ, Miller J, Wu J, Zipes DP Optical mapping of the functional circuit of ventricular tachycardia in acute myocardial infarction.  Heart Rhythm  4:451-459, 2004

286.   Vereckei A, Gorski JC, Ujhelyi M, Mehra R, ZipesDP  Intrapericardial ibutilide administration fails to terminate pacing-induced sustained atrial fibrillation in dogs.  Cardiovasc Drugs Ther. 18:269-277, 2004

287.   Issa Z, Zhou X, Ujhelyi M, Rosenberger J, Bhakta D, Groh WJ, Miller JM, Zipes DP.  Thoracic spinal cord stimulation reduces the risk of ischemic ventricular arrhythmias in a post-infarction heart failure canine model.  Circulation 111:3217-3220, 2005

288.   Wang J-Q, Miller MA, Mock BH, Lopshire JC, Groh WJ, Zipes DP, Hutchins GD, Zheng Q-H. Facile synthesis and PET imaging of a novel potential heart acetylcholinesterase tracer N-[$^{11}$C]methyl-3-[[(dimethylamino)carbonyl]oxy]-2-(2',2'-diphenylpropionoxymethyl)pyridinium.  *Bioorg. Med. Chem. Lett.* 2005, *15, 15(20)*, 4510-4514

289.   Issa ZF, Ujhelyi MR, Hildebrand KR, Zhou X, Rosenberger J, Groh WJ, Miller JM, Zipes DP Intrathecal clonidine reduces the incidence of ischemia provoked ventricular arrhythmias in a canine post infarction heart failure model.  Heart Rhythm 2005; 2:1122-1127.

290.   Issa ZF, Rosenberger J, Groh WJ, Miller JM, Zipes DP Ischemic ventricular arrhythmias during heart failure.  A canine model to replicate clinical events.  Heart Rhythm 2005; 2: 979-983.

291.   Ueda N, Zipes DP, Wu J Coronary occlusion and reperfusion promote afterdepolarizations and ventricular tachycardia in a canine tissue model of long QT3. Amer J Physiol Heart Circ Physiol 2006; 290:H607-612

292.    Brodsky MA, McAnulty J, Zipes DP, Baessler C, Hallstrom AP, the AVID investigators.  A history of heart failure predicts arrhythmia treatment efficacy:  Data       from the Antiarrhythmics versus Implantable Defibrillator (AVID) Study. Am Heart       J 2006; 152: 724-730

293.   Morita H, Zipes DP, Lopshire J, Morita ST, Wu J.  T wave alternans in an in vitro canine model of Brugada syndrome.  Amer J Physiol Heart Circ Physiol 291: H421-428, 2006.

294.   Zipes DP, Zvaifler NJ, Glassock RJ, Gilman S, Munoz A, Gogolak V, Gordis L, Dedon PC, Guengerich FP, Wasserman SI, Witzum JL, Wogan GN. Rosuvastatin:  An independent analysis of risks and benefits. MedGenMEd.  2006; 8:73. Available at :http://medgenmed.medscape.com/viewarticle/533930. Accessed June 14, 2006

295.   Gao M, Miller MA, DeGrado TR, Mock BH, Lopshire JC Rosenberger JG, Dusa C, Das MK, Groh WJ,  Zipes DP, Hutchins GH, Zheng Q-H Evaluation of [11C]hemicholinium-15 and [18F]hemicholinium-15 as new potential            PET tracers for the high-affinity choline uptake system in the heart. Bioorg. Med. Chem. 2007, 15, 1289-1297

296.    Zheng Q-H, Gao M, Mock BH, Wang S, Haraq T, Nazih R, Miller MA, Receveur TJ, Lopshire JC, Groh WJ, Zipes DP, Hutchins GD, DeGrado TR.  Synthesis and biodistribution of new

radiolabeled high-affinity choline uptake inhibitors [$^{11}$C]hemicholinium-3 and [$^{18}$F]hemicholinium-3.  Bioorg Med Chem Lett. 2007; 17:2220-2224

297.    Morita H, Zipes DP, Lopshire J, Morita ST, Wu J.  Temperature modulation of ventricular arrhythmogenicity in a canine tissue model of Brugada syndrome. Heart Rhythm. 2007; 4:188-197

298.    Morita H, Zipes DP, Morita ST, Wu J, Differences in Arrhythmogenicity    between the Canine Right Ventricular Outflow Tract and Anteroinferior Right Ventricle in a Model of Brugada Syndrome.  Heart Rhythm.  2007; 4:66-74

299.    Morita ST, Zipes DP, Morita H, Wu J Analysis of action potentials in the canine ventricular septum: No phenotypic expression of M cells.  Cardiovasc        Res. 2007; 4:66-74.

300     Beyerbach DM, Kovacs RJ, Dmitrienko AA, Rebhun DM, and Zipes DP.  Heart Rate Corrected QT Interval in Men Increases During Winter Months.  Heart Rhythm.  2007; 4:277-281.

301.    Morita H, Zipes DP, Morito ST, Wu J Mechanism of U Wave and  Polymorphic Ventricular Tachycardia in a Canine Tissue Model of Andersen-Tawil Syndrome.  Cardiovascular Research 75:510-518, 2007

302.    Das MK, Saha C, El Masry H, Peng J, Dandamundi G, Mahenthiran J, Mc Henry P, Zipes DP.  Fragmented QRS on a 12-lead ECG: A predictor of         mortality and cardiac events in patients with coronary artery disease. Heart Rhythm 2007; 4:1385-1392

303.    Groh WJ, Lowe MR, Saha C, Kincaid, JC, Simmons Z, Ciafaloni E, Pourmand       R, Otten RF, Bhakta D, Nair GV, Marashdeh MM, Zipes DP, Pascuzzi RM Electrocardiographic abnormalities and risk of sudden death in myotonic dystrophy type 1.  New Engl J Med.  2008 Jun 19;358(25):2688-97

304.    Morita H, Zipes DP, Fukushima-Kusano K, Nagase S, Nakamura K, Morita S, Ohe T, Wu J Repolarization heterogeneity in the right ventricular outflow tract: Correlation with ventricular arrhythmias in Brugada patients and in an in vitro canine Brugada model.  Heart Rhythm 2008; 5:725-733

305   Morita H, Kusano KF, Miura D, Nagase S, Najamura K, Morita S, Ohe T, Zipes DP, Wu J Fragmented QRS as a marker of conduction abnormality and predictor of prognosis of Brugada Syndrome  Circulation.  2008; 118:1697-1704

306.    Tisdale JE, Overholser BR, Sowinski KM, Wroblewski HA, Amankwa K, Borzak S, Coram R, Kingery J, Zipes DP, Flockhart D, Kovacs RJ Pharmacokinetics of Ibutilide in Patients with Heart Failure due to Left Ventricular Systolic Dysfunction  Pharmacotherapy 2008;28(12):1461–1470

307.    Morita ST, Morita H, Zipes DP, Wu J Acute ischemia of canine interventricular septum produces asymmetric suppression of conduction   Heart Rhythm 2008; 5:1057-1062

308.    Pelliccia A, Zipes DP, Maron BJ Bethesda conference #36 and the European Society of Cardiology consensus recommendations revisited: A comparison of US and European criteria

for eligibility and disqualification of competitive athletes with cardiovascular abnormalities.  J Amer Coll Cardiol 2008; 52:1990-9196

309.    Lopshire JC, Zhou X, Dusa C, Rosenberger J, Courtney NR, Ujhelyi M, Mullen T, Das M, and Zipes DP  Spinal Cord Stimulation Improves Ventricular Function and Reduces Ventricular Arrhythmias in a Canine Post-Infarction Heart Failure Model  Circulation.  2009; 120:286-294

310.    Joung B, Lin S-F, Chen Z, Antoun PS, Maruyama M, Han S, Piccrillo G, Stucky M, Zipes DP, Chen P-S, Das M Mechanisms of sinoatrial node dysfunction in a canine model of pacing-induced atrial fibrillation Heart Rhythm 2010; 2010 Jan;7(1):88-95

311.    Morita H, Zipes DP, Morita ST, Wu J Genotype-phenotype correlation in tissue models of Brugada syndrome simulating patients with sodium and calcium channelopathies.  Heart Rhythm 7:820-827, 2010

312.    Morita H, Zipes DP, Lopshire JC, Wu J Epicardial ablation eliminates ventricular arrhythmias in an experimental model of Brugada syndrome.  Heart Rhythm 2009; 6:665-671

313.    Shen MJ, Shinohara T, Park HW, Frick K, Ice DS, Choi E-K, Han S, Maruyama M, Sharma R, Shen C, Fishbein M, Chen LS, Lopshire JC, Zipes DP, Lin S-F, and Chen P-S Chronic low level vagus nerve stimulation reduces stellate ganglion nerve activity and paroxysmal atrial tachyarrhythmias in ambulatory canines.
Circulation.  123:2204-2212, 2011.

314.    Take Y, Morita H, Wu J, Nagase S, Morita s, Toh N, Nishi N, Nakamura K, Kusano, F, Ohe T, Zipes DP  Spontaneous ECG alterations predict ventricular fibrillation in Brugada syndrome.  Heart Rhythm.  2011 Jul;8(7):1014-21

315.    Morita H, Zipes DP, Morita ST, Wu J.  The role of coronary sinus musculature in the induction of atrial fibrillation.  Heart Rhythm.  2012; 9: 581-589

316.    Tisdale JE, Overholser BR, Wroblewski HA, Sowinski KM, Amankwa K, Borzak S, Kingery JR, Coram R, Zipes DP, Flockhart D, Kovacs RJ.  Enhanced Sensitivity to Drug-Induced QT Interval Lengthening in Patients With Heart Failure Due to Left Ventricular Systolic Dysfunction.  J Clin Pharmacol. 2011 Nov 1. [Epub ahead of print] PMID: 22045830

317.    Zipes D.P., Svorkdal N., Berman D., Boortz-Marx R., HenryT., Lerman A., Ross E., Turner M., Irwin C.  2012. Spinal Cord Stimulation Therapy for Patients With Refractory Angina Who Are Not Candidates for Revascularization. Neuromodulation 2012; e-pub ahead of print. DOI: 10.1111/j.1525-1403.2012.00452.x

318.    Zipes DP.  Sudden cardiac arrest and death following application of shocks from a TASER electronic control device.  Circulation 2012; 125:2417-2422; Erratum in Circulation. 2012 Jul 10;126(2):e27.

319.    Viskin S, Wilde AM, MD, Guevara-Valdivia ME, Daoulah, Krahn A, MD, Zipes DP, MD, Halkin A, Shivkumar K, Boyle NG, MD, Adler A, Belhassen B, Schapachnik E, Asraf F, Rosso R.  Quinidine, a life-saving medication for Brugada syndrome, is inaccessible in many countries.  J Amer Coll Cardiol. 2013 Apr 10. doi:pii: S0735-1097(13)01409-5. 10.1016/j.jacc.2013.02.077. [Epub ahead of print]PMID:23583244 [PubMed - as supplied by publisher]

320.   Ueyama T, Zipes DP, MD, Lopshire JL, Wu J, Brief endocardial surge of Ca2+ transient but monotonic suppression of action potential occurs during acute ischemia in canine ventricular tissue. Heart Rhythm.  In press.

321.   Rachel Lampert, MD; Brian Olshansky, MD; Hein Heidbuchel, MD; Christine Lawless, MD; Elizabeth Saarel, MD; Michael Ackerman, MD; Hugh Calkins, MD; N.A. Mark Estes, MD; Mark S. Link, MD; Barry J. Maron, MD; Frank Marcus, MD; Melvin Scheinman, MD; Bruce L. Wilkoff, MD; Douglas P. Zipes, MD; Charles I. Berul, MD; Alan Cheng, MD; Ian Law, MD; Michele Loomis, APRN; Cheryl Barth, BS; Cynthia Brandt, MD; James Dziura, PhD; Fangyong Li, MS; David Cannom, MD.  Safety of Sports for Athletes With Implantable Cardioverter-Defibrillators Results of a Prospective, Multinational Registry.  Circulation. 2013;127:2021-2030, doi:10.1161/CIRCULATIONAHA.112.000447

322.   Ueyama T, Zipes DP, Lopshire JC, Wu J.  Brief endocardial surge of Ca2+ but monotonic suppression of action potential occurs during acute ischemia in canine ventricular tissue. HeartRhythm 2013; 10: 1201-2108

**NONMEDICAL**

Zipes DP, Zipes MJ <u>Stolen Hearts</u>, Saturday Evening Post
     Sept/Oct 2002; Nov/Dec 2002; Jan/Feb 2003

Zipes DP <u>Into Africa</u>, Saturday Evening Post
     Mar/April 2006; May/June 2006

Zipes DP <u>Taking Ban on Ephedra to Heart</u> Saturday Evening Post
     Sept/Oct 2006

Zipes DP The Black Widows. A novel.
     iUniverse December 2009

**Books**

B1.     Andreoli KG, Zipes DP, Wallace AG, Kinney MR, Fowkes VK: <u>Comprehensive Cardiac Care</u>.  C.V. Mosby, St. Louis, 1st ed., 1968, 2nd ed., 1971, 3rd ed. 1975, 4th ed., 1979, 5th ed., 1983.  6th ed., 1987.

B2.     Zipes DP, Bailey JC, Elharrar V: <u>The Slow Inward Current and Cardiac</u> Arrhythmias.  Martinus Nijhoff BV Publishers. Boston, The Hague, 1980.

B3.     Zipes DP, Jalife J:  <u>Cardiac Electrophysiology and Arrhythmias</u>.  Grune and Stratton, Orlando, Florida, 1984.

B4.     Breithardt G, Borggrefe M, Zipes DP:  <u>Nonpharmacological Therapy of Tachyarrhythmias</u>.  Futura Publishing Company, Mt. Kisco, N.Y., 1987.

B5.     Zipes DP, Jalife J:  <u>Cardiac Electrophysiology</u>.  <u>From Cell to Bedside</u>.  WB Saunders Company, Orlando.  1990.

B6.     Kinney MR, Packa DR, Andreoli KG, Zipes DP:  <u>Comprehensive Cardiac Care</u>, CV Mosby, St. Louis, 7th edition, 1991.

B7.     Willerson JT, Baim DS, Cooley DA, Frazier H, Grundy SM, Kaplan NK, Packer MP,Sweeney MS, Zipes DP:  <u>Treatment of Heart Diseases</u>.  Gower Medical Publishing New York, London 1992.

B8.     Zipes DP: <u>Catheter Ablation of Arrhythmias</u>.  Futura Pub. Co., Armonk, N.Y.  1994.

B9.     Zipes DP, Jalife J:  <u>Cardiac Electrophysiology</u>.  <u>From Cell to Bedside</u>.  WB Saunders, Philadelphia, 1994.  Second edition.

B10.    Members of the Sicilian Gambit:  <u>Antiarrhythmic Therapy: A pathophysiologic approach</u>.  Futura Publishing Co., Armonk, NY, 1994.

B11.    Smith TW, Antman EM, Bittl JA, Colucci WS, GOtto AM, Loscalzo J, Williams GH, Zipes DP.  Cardiovascular Therapeutics.  A Companion to Braunwald's Heart Disease.  WB Saunders 1996

B12.    Bayes de Luna A, Furlanello F, Maron BJ,  Zipes DP.  <u>Arrhythmias and Sudden Death in Athletes</u>.  Kluwer Academic .  The Netherlands.  2000.

B13.    Zipes DP, Jalife J.  <u>Cardiac Electrophysiology. From Cell to Bedside</u>.  WB Saunders, Philadelphia.  Third edition.  2000.

B14.    Braunwald EB, Zipes DP, Libby P.  <u>Heart Disease.  A textbook of cardiovascular medicine</u>.  WB Saunders, Philadelphia.  Sixth edition.  2001.

B15.    Zipes DP, Haissaguerre M.  <u>Catheter Ablation of Cardiac Arrhythmias</u>.  Futura Publishing Co., Armonk, NY.  Second edition.  2001.

B16.    Chen SA, Haissaguerre M, Zipes DP.  <u>Electrophysiology of the Thoracic Veins</u>.  Blackwell Pub.  2004.

B17.   Zipes DP, Jalife J. <u>Cardiac Electrophysiology.  From Cell to Bedside</u>.  WB Saunders Philadelphia Fourth edition.  2004.

B18.   <u>Zipes DP, Libby P, Bonow RO, Braunwald E Heart Disease.  A textbook of cardiovascular medicine</u>  WB Saunders, Philadelphia Seventh edition 2005

B19.   Priori SG, Zipes DP.  <u>Sudden cardiac death.  A handbook for clinical practice</u>.  Blackwell Publishing. Massachusetts, United Kingdom, Australia. 2006

B20.   Libby P, Bonow RO, Mann DL, Zipes DP <u>Heart Disease.  A textbook of cardiovascular medicine</u>.  WB Saunders, Philadelphia.  Eighth edition 2008

B21.   Issa ZF, Miller JJ, Zipes DP Clinical Arrhythmology and Electrophysiology.  Elsevier. First edition 2009.

B22.   Zipes, DP, Jalife J <u>Cardiac Electrophysiology.  From Cell to Bedside</u>.  WB Saunders Philadelphia Fifth edition.  2009

B23.   Bonow RO, Mann DL, Zipes DP, Libby P Heart Disease.  A textbook of cardiovascular medicine.  WB Saunders, Philadelphia.  Ninth edition 2012.

B24. Issa ZF, Miller JJ, Zipes DP Clinical Arrhythmology and Electrophysiology.  Elsevier. Second edition 2012.

B25.   Das M, Zipes DP Electrocardiography of arrhythmias.  Elsevier.  2012.

B26.  Zipes, DP, Jalife J <u>Cardiac Electrophysiology.  From Cell to Bedside</u>.  Elsevier Pub. Philadelphia Sixth edition.  2013


**Fiction:**

Zipes D, Zipes J.  <u>Stolen Hearts</u>, Saturday Evening Post. Indianapolis, IN.  Sept/Oct 2002;  Nov/Dec 2002; Jan/Feb 2003

**Column**:
        Heart Health: Ask Dr. Zipes; Saturday Evening Post:  <u>www.neighborhood-heart-watch.org</u>.

**Review Articles, Chapters, Editorials**

R1.    Wallace AG, Klein RF, Kliner VA, Zipes DP, Schaal SF, Andreoli KG: Coronary care units:  their goals, current experience and future.  Cardiologia.  50:337-351, 1967.

R2.    Zipes DP, Orgain ES:  Cardiac pacing in the treatment of arrhythmias.  Cardiology Digest.  3:23-26, 1968.

R3.    Zipes DP:  The management of shock.  North Carolina Med J. 29:420-422, l968.

R4.    Zipes DP:  Treatment of arrhythmias in myocardial infarction.  Arch Intern Med.  124:101-109, 1969.

R5.    Zipes DP:  Cardiac sympathectomy for arrhythmias.  Letter to the Editor.  New Engl J Med. 282:340-341, 1970.

R6.    Zipes DP:  Clinical application of cardioversion.  Cardiovasc Clin. 1:239-260, 1970.

R7.    Zipes DP, McIntosh MD:  Cardiac Arrhythmias.  In:  Cardiac and Vascular Diseases, ed. Conn H, Horwitz O.  Lea and Febiger, January 1971.  pp 301-395.

R8.    Zipes DP:  Physician Self-Assessment.  American College of Cardiology Extended Study Services (ACCESS), Audio Tape Journal, Vol. 3, No. 4 April, 1971.

R9.    Zipes DP, Fisch C:  ECG Analysis No. 1.  Introduction.  Premature ventricular beats.  Arch Intern Med.  128:140-142, 1971.

R10.   Zipes DP, Fisch C:  ECG Analysis No. 2.  Premature atrial conduction.  Arch Intern Med.  128:453-455, 1971.

R11.   Zipes DP, Fisch C:  ECG Analysis No. 3.  Premature A-V junctional contractions.  Arch Intern Med. 128:633-635, 1971.

R12.   Zipes DP, Fisch C:  ECG Analysis No. 4.  Ventricular tachycardia.  Arch Intern Med.  128:815-817, 1971.

R13.   Zipes DP, Fisch C:  ECG Analysis No. 5.  Initiation of ventricular tachycardia.  Arch Intern Med. 128:988-990, 1971.

R14.   Zipes DP, Fisch C:  ECG Analysis No. 6.  Accelerated ventricular rhythm.  Arch Intern Med. 129:650-652, 1972.

R15.   Zipes DP, Fisch C:  ECG Analysis No. 7.  Supraventricular arrhythmia with abnormal QRS complex. Arch Intern Med.  129:993-996, 1972.

R16.   Zipes DP, Fisch C:  ECG Analysis No. 8.  Supraventricular arrhythmia with abnormal QRS complex. Arch Intern Med.  130:129-134, 1972.

R17.   Zipes DP, Fisch C:  ECG Analysis No. 9.  Supraventricular arrhythmia with abnormal QRS complex. Arch Intern Med.  130:426-429, 1972.

R18.   Zipes DP, Fisch C:  ECG Analysis No. 10. Supraventricular arrhythmias with abnormal QRS complex.  Arch Intern Med.  130:781-784, 1972.

R19.   Zipes DP, Fisch C:  ECG Analysis No. 11. Supraventricular arrhythmias with abnormal QRS complex.  Arch Intern Med.  130:950-955, 1972.

R20.   Zipes DP, Fisch C:  ECG Analysis No. 12. Atrioventricular dissociation.  Arch Intern Med. 131:593-595, 1973.

R21.   Zipes DP, Fisch C:  ECG Analysis No. 13. Atrioventricular dissociation.  Arch Intern Med. 132:130-133, 1973.

R22.    Zipes DP, Fisch C:  ECG Analysis No. 14.  Atrioventricular dissociation.  Arch Intern Med. 132:613-615, 1973.

R23.    Zipes DP: Tachycardia.  In: <u>Current Therapy</u> ed. by Conn HF.  W.B. Saunders Co., 1975, pp l62-l7l.

R24.    Fisch C, Zipes DP, Noble RJ:  Digitalis toxicity: mechanism and recognition.  In: <u>Progress in Cardiology</u> ed. by Yu P, and Goodwin R, Vol. 4 pp 37-70, 1975.

R25.    DeJoseph RL, Zipes DP:  His bundle electrocardiography - its clinical value.  <u>Controversies in Cardiology</u>, ed. by Chung EK. Springer - Verlag, 1975.

R26.    Zipes DP:  Electrophysiological mechanisms involved in ventricular fibrillation.  Circulation. 51&52(Suppl. III):120-130, 1975.

R27.    Batchelder JE, Zipes DP:  Treatment of tachyarrhythmias by pacing.  Arch Intern Med.  135:1115-1124, 1975.

R28.    Zipes DP, Besch HR, Watanabe AM:  Role of the slow current in cardiac electrophysiology. Editorial.  Circulation.  51:761-766, 1975.

R29.    Zipes DP:  Ventricular fibrillation:  mechanisms of initiation, maintenance and termination.  In: <u>Proceedings of Cardiac Defibrillation</u> <u>Conference</u>.  Purdue University Press.  1975.

R30.    Zipes DP:  Recent observations supporting the role of the slow current in cardiac electrophysiology.  In: <u>The Conducting System of the Heart</u>.  Stenfert Kraese B.V. Leiden, 1976.

R31.    Zipes DP, Fisch C:  Potassium et Trouble du Rythme.  Coeur et Medecine Interne (Paris).  11:277-291, 1972.

R32.    Zipes DP:  Interpretation and significance of supraventricular arrhythmias with abnormal QRS complex.  Nursing Clinics of North America. 7:491-508, 1972.

R33.    Zipes DP:  Electrolyte Derangements in the Genesis of Arrhythmias.  <u>Cardiac Arrhythmias</u>.  (25th Hahnemann Symposium).  L. Dreifus, ed.  Grune and Stratton, New York, 1973  pp 55-69.

R34.    Zipes DP, Fisch C:  Pathogenesis, significance and therapy of bradyarrhythmia and tachyarrhythmia in acute myocardial infarction.  Paul Dudley White Symposium on Cardiovascular Disease, ed. by Henry I. Russek, Chapter 25, pp 252-253, Williams and Wilkins, Baltimore, 1973.

R35.    Fisch C, Zipes DP:  His bundle electrocardiography.  Editorial.  Am Heart J.  86:289-291, 1973.

R36.    Zipes DP,  Physician Self-Assessment.  American College of Cardiology Extended Learning (ACCEL).  Audio Tape Journal, Vol. 25, #3, March 1973.

R37.    Zipes DP: Paroxysmal  tachycardia.  Audio Digest.  Vol. 21, Number 28, 1973.

R38.    Zipes DP, Nicoll A deB:  Therapeutic approach to the patient with a hard-to-control ventricular arrhythmia.  Heart & Lung 3:57-63, 1974.

R39.    Zipes DP:  Modern nomenclature of A-V dissociation.  Heart & Lung.  3:284-287, 1974.

R40.    Zipes DP, Rothbaum DA, DeJoseph RL:  Pre-excitation syndrome.  Cardiovasc Clin.  6:210-243, 1974.

R41.    Zipes DP, Batchelder JE, Hillis JS, King R:  Perspectives in Pacing.  II.  Electrical Considerations in Pacing.  Medtronic, Inc. 1974.

R42.    Zipes DP:  Dual A-V nodal pathways and pre-excitation.  Letter to the Editor.  Circulation. 50:861-862, 1974.

R43.    Zipes DP:  Letters to the Editor:  Aprindine.  Circulation. 54:698, 1976.

R44.    Zipes DP, Watanabe AM, Besch HR, Jr.:  Clinical electrophysiology and electrocardiography.  In: The Science and Practice of Clinical Medicine.  Clinical Cardiology, ed. by Wilkerson JT and Sanders CA, Grune and Stratton, New York, pp 235-248, 1977.

R45.    Zipes DP:  Cardiac arrhythmias.  In:  Current Diagnosis, ed. by H.F. Conn, W.B. Saunders Co., Philadelphia, 1977, pp 377-396.

R46.    Zipes DP, Elharrar V, Ruffy R:  Some electrophysiologic characteristics of the ischemic myocardium.  In:  The First 24 Hours in Myocardial Infarction, ed. by Kaindl F, Pachinger O, Probst P, Verlag Gerhard Witzstrock, New York 1977, pp 30-32.

R47.    Elharrar V, Zipes DP:  Cardiac electrophysiologic alterations during myocardial ischemia.  Am J Physiol.  233(3):H329-H345, 1977.

R48.    Bailey JC, Elharrar V, Lathrop DA, Zipes DP:  Slow-channel depolarization: mechanism and control of arrhythmias.  Ann Rev Med.  29:417-426, 1978.

R49.    Elharrar V, Zipes DP:  Current concepts regarding mechanisms of anti-arrhythmic agents.  Proceedings:  USA-USSR First Joint Symposium on Sudden Death.  Yalta, USSR, Oct. 3-5, 1977.  DHEW Publication (NIH) 78-1470, pp 233-245, 1978.

R50.    Zipes DP, Elharrar V, Ruffy R:  Electrophysiology of sudden cardiac death.  Proceedings:  USA-USSR First Joint Symposium on Sudden Death.  Yalta, USSR, Oct. 3-5, 1977.  DHEW Publication (NIH) 78-1470, pp 127-153, 1978.

R51.    Zipes DP (Chairman), Spach MS (Co-Chairman), Holt JH, Gallagher JJ, Lazzara R, Boineau JP:  Task Force VI:  Future directions in electrocardiography, Tenth Bethesda Conference on Optimal Electrocardiography.  Am J Cardiol.  41:184-191, 1978.

R52.    Zipes DP:  Mechanisms of arrhythmias in acute myocardial infarction - new antiarrhythmic agents.  ACCEL Vol. 10, No. 1, Jan. 1978.

R53.    Noble RJ, Zipes DP:  Ambulatory monitoring.  In:  The Heart, 4th ed., ed. by J Willis Hurst, McGraw Hill, pp 349-354, 1978.

R54.    Zipes DP:  Physician Self Assessment:  treatment of paroxysmal tachyarrhythmias in Wolff-Parkinson-White syndrome.  ACCEL Vol. 10(3), March 1978.

R55.   Zipes DP:  Book review on Contemporary Problems in Cardiology:  In:  Cardiac Emergencies, ed. by Eliot RS.  Futura Publishing Company, Mt. Kisco, N.Y. Chest.  73:874A, 1978.

R56.   Elharrar V, Gaum WE, Zipes DP:  Antiarrhythmic effect of verapamil.  Am J Cardiol.  42:697-698, 1978.  (Letter to Editor).

R57.   Coumel P, Krikler D, Rosen MR, Wellens HJJ, Zipes DP:  Newer antiarrhythmic Drugs.  Panel Discussion.  PACE  1:521-528, Oct.-Dec. 1978.

R58.   Zipes DP:  Second degree atrioventricular block.  Circulation  60:465-472, 1979.

R59.   Zipes DP, Troup PJ, Pedersen DH, Foster PR:  Selected aspects of patients with ventricular tachycardia and new antiarrhythmic drugs. In:  His Bundle Electrocardiography and Clinical Electrophysiology, ed. Narula O., Williams and Wilkins, Baltimore, pp 474-493, 1979.

R60.   Zipes DP, Troup PJ, Pedersen DH:  New Antiarrhythmic Agents.  In:  Cerebral Manifestations of Episodic Cardiac Dysrhythmias.  Excerpt Med.  pp 147-160, 1979.

R61.   Zipes DP:  Antiarrhythmic agents.  Hearings before the Subcommittee on Science, Research and Technology of the Committee on Science and Technology.  United States House of Representatives.  No. 37, pp 291-296, U.S. Government Printing Office, Washington, D.C., 1979.

R62.   Foster PR, Zipes DP:  Cardiac pacing for refractory arrhythmias.  In:  Cardiac Pacing:  A Concise Guide to Clinical Practice, Lea and Febiger.  London, pp 215-228, 1979.

R63.   Zipes DP:  Concept and implication of slow channel properties in the management of supraventricular arrhythmias.  In:  The Role of Calcium Ion Antagonists in the Management of Supraventricular Arrhythmias - Isoptin.  Excerpt Med.  Princeton, N.J., 1980  pp 29-46.

R64.   Foster PR, Zipes DP:  Pacing and cardiac arrhythmias.  In:  Cardiac Arrhythmias:  Their Mechanisms, Diagnosis and Management, ed. by Mandel WJ, JB Lippincott, Philadelphia.  605-624, 1980.

R65.   Nattel S, Zipes DP:  Clinical pharmacology of old and new antiarrhythmic drugs.  Cardiovasc Clin.  11:221-248, 1980.

R66.   Fisch GR, Zipes DP, Fisch C:  Bundle branch block and sudden death.  Prog Cardiovasc Dis.  23#3:187-224, 1980.

R67.   Zipes DP, Rinkenberger RL, Heger JJ, Prystowsky EN:  Role of the slow inward current in the genesis and maintenance of supraventricular tachyarrhythmias in man.  In:  The Slow Inward Current and Cardiac Arrhythmias, ed. Zipes DP, Bailey JC, Elharrar V, Martinus Nijhoff Publishers 1980, pp 481-506.

R68.   Elharrar V, Zipes DP:  Voltage modulation of automaticity in cardiac Purkinje fibers.  In:  The Slow Inward Current and Cardiac Arrhythmias, ed. Zipes DP, Bailey JC, Elharrar V, Martinus Nijhoff Publishers.  1980, pp 357-373.

R69.   Zipes DP, Elharrar V, Gilmour RF, Jr., Heger JJ, Prystowsky EN:  Studies with aprindine.  Am Heart J.  100#6:1055-1062, 1980.

R70.   Gilmour RF, Jr., Zipes DP:  Different electrophysiological responses of canine endocardium and epicardium to combined hyperkalemia, hypoxia and acidosis.  Second US-USSR joint symposium on Sudden Death.  NIH Publication #81-2101, Dec. 1980  pp 99-117.

R71.   Zipes DP, Gilmour RF, Jr., Martins JB, Ruffy R:  Autonomic nervous system and sudden death.  In: Sudden Death,  ed. by Kulbertus HE, Wellens HJJ, Martinus Nijhoff.  The Hague 1980.  pp 156-162.

R72.   Zipes DP:  Letter to the Editor.  PACE 3:620-621, 1980.

R73.   Heger JJ, Zipes DP:  New drugs and the management of ventricular arrhythmias.  The Journal of the Indiana State Medical Association.  73:461-466, 1980.

R74.   Zipes DP:  Ventricular tachycardia after alcohol.  Letter to the editor.  New Engl J Med.  302:753, 1980.

R75.   Heger JJ, Zipes DP:  Clinical experience with new antiarrhythmic agents.  In: Cardiology Update. Reviews for Physicians.  Elsevier, New York, 1981, pp 233-257.

R76.   Zipes DP:  Pacing 1980.  Keynote address for first meeting of North American Society for Pacing and Electrophysiology.  4(2):182-192, 1981.

R77.   Zipes DP, Heger JJ, Prystowsky EN:  Sudden Cardiac Death.  Editorial.  Am J Med.  70:1151-1154, 1981.

R78.   Zipes DP, Martins JB, Ruffy R, Prystowsky EN, Elharrar V, Gilmour RF, Jr.:  Roles of autonomic innervation in the genesis of ventricular arrhythmias.  In: Disturbances in Neurogenic Control of the Circulation.  Abboud FM, Fozzard HA, Gilmore JP, Reis DJ (eds).  Am Physiol Soc. Bethesda, Md. 1981, Chapter 17, pp 225-250.

R79.   Zipes DP:  New approaches to antiarrhythmic therapy.  Editorial.  New Engl J Med.  304:475-476, 1981.

R80.   Heger JJ, Prystowsky EN, Zipes DP:  Amiodarone for ventricular arrhythmias.  Letter to the editor. New Engl J Med.  305:1587-1589, 1981.

R81.   Zipes DP:  A defense of triggered automaticity.  Symposium:  In: Cardiac Arrhythmias.  A Decade of Progress, ed. Harrison DC, GK Hall & Co., Boston, 1981, pp 591-599.

R82.   Heger JJ, Prystowsky EN, Zipes DP:  New drugs for treatment of ventricular arrhythmias.  Heart & Lung.  10:475-483, 1981.

R83.   Prystowsky EN, Heger JJ, Zipes DP:  The Wolff-Parkinson-White syndrome -- Diagnosis and Treatment.  Heart & Lung.  10:465-474, 1981.

R84.   Zipes DP:  Role of electrophysiology testing to define drug efficacy.  In: The Evaluation of New Antiarrhythmic Drugs, ed. Morganroth J., Moore EN, Dreifus LS, Michelson EL, Martinus Nijhoff, The Hague, The Netherlands, 1981, pp 193-194.

R85.    Zipes DP, Elharrar V, Gilmour RF, Jr., Heger JJ, Prystowsky EN: Studies with aprindine. Symposium: In: Cardiac Arrhythmias.  A Decade of Progress, ed. Harrison DC, GK Hall and Co., Boston, 1981, pp 331-346.

R86.    Zipes DP, Noble RJ:  Assessment of electrical abnormalities. In: The Heart, 5th Ed., ed. by Hurst JW, McGraw Hill, New York, 1982, pp 333-357.

R87.    Noble RJ, Zipes DP:  Techniques of long-term continuous electrocardiographic recording. In: The Heart,  5th Ed., ed. by Hurst JW, McGraw Hill, New York, 1982, pp 1734-1741.

R88.    Heger JJ, Prystowsky EN, Zipes DP:  Clinical choice of antiarrhythmic drugs. In: Ventricular Tachycardia - Mechanisms and Management.  Josephson ME, ed., Futura Publishing Co., Mt. Kisco, N.Y., 1982, pp 195-235.

R89.    Prystowsky EN, Heger JJ, Zipes DP:  The recognition and treatment of patients at risk for sudden death. In: Cardiac Emergencies, ed. Eliot RS.  Saenz A, Forker AD.  Futura Publishing Company, Mt. Kisco, N.Y., 1982, pp 353-384.

R90.    Zipes DP, Prystowsky EN, Heger JJ:  Electrophysiologic testing of antiarrhythmic agents.  Am Heart J.  103:610-615, 1982.

R91.    Zipes DP:  Editor, Current Clinical Applications of Dual Chamber Pacing.  Medtronic, Inc., Minneapolis, Minn., 1982.

R92.    Zipes DP:  Modes, indications and contraindications. In:  Current Clinical Applications of Dual Chamber Pacing.  ed. Zipes DP, Medtronic, Inc., Minneapolis, Minn., 1982.

R93.    Zipes DP, Gilmour RF, Jr.:  Calcium antagonists and their potential rate in the prevention of sudden coronary death.  N.Y. Acad of Sci. 382:258-288, 1982.

R94.    Zipes DP, Gilmour RF, Jr.:  Management of arrhythmias with "Calcium antagonists." Angiology. 33:540-554, 1982.

R95.    Zipes DP, Martins JB. Ruffy R, Prystowsky EN, Gilmour RF, Jr.:  Role of the autonomic nervous system in the genesis of ventricular arrhythmias. In: Frontiers of Cardiac Electrophysiology, ed. Rosenbaum M, Martinus Nijhoff, 1983, p. 522-551.

R96.    Zipes DP, Gilmour RF, Jr.:  Role of the slow inward current in the genesis of cardiac arrhythmias. In: Frontiers of Cardiac Electrophysiology, ed. Rosenbaum M., Martinus Nijhoff, 1983, pp 311-340.

R97.    Zipes DP:  Introduction:  Guest editor to symposium on Cardiac Arrhythmias. In: Cardiol Clin 1:1, 1983.

R98.    Zipes DP, Heger JJ, Prystowsky EN:  Pacing and transvenous cardioversion to control tachyarrhythmias. In: Cardiac Arrhythmias, Cardiol Clin, 1:341-355, 1983.

R99.    Zipes DP, Andreoli KG:  Introduction to electrocardiography. In: Comprehensive Cardiac Care, eds. Andreoli KG, Kliner AK, Zipes DP,  Wallace AG, Mosby, St. Louis, 1983, pp 96-135.

R100.   Zipes DP:  Arrhythmias.  In:  Comprehensive Cardiac Care, eds. Andreoli KG, Kliner AK, Zipes DP, Wallace AG. Mosby, St. Louis, 1983, pp 167-333.

R101.   Prystowsky EN, Heger JJ, Zipes DP:  Sudden Cardiac Death. In:  Comprehensive Cardiac Care, eds. Andreoli KG, Kliner AK, Zipes DP,  Wallace AG. Mosby, St. Louis, 1983, pp 334-358.

R102.   Heger JJ, Prystowsky EN, Zipes DP:  Cardiovascular drugs.  In:  Comprehensive Cardiac Care,  eds. Andreoli KG, Kliner AK, Zipes DP,  Wallace AG.  Mosby, St. Louis, 1983, pp 359-399.

R103.   Duffin EG, Jr., Zipes DP:  Artificial cardiac pacemaker.  In:  Comprehensive Cardiac Care,  eds. Andreoli KG, Kliner AK, Zipes DP, Wallace AG. Mosby, St. Louis, 1983, pp 400-438.

R104.   Zipes DP, Mendez C, Moe GK:  Aberrant ventricular conduction:  Experimental studies.  In: Frontiers of Cardiac Electrophysiology, ed. Rosenbaum M., Martinus Nijhoff, 1983, pp 582-607.

R105.   Zipes DP, Moe GK, Mendez C:  Some examples of Wenckebach periodicity in cardiac tissues.  In: Frontiers of Cardiac Electrophysiology, ed. Rosenbaum M., Martinus Nijhoff, 1983, pp 357-375.

R106.   Gilmour RF, Jr., Zipes DP:  Cellular basis for cardiac arrhythmias.  Cardiol Clin.  1:3-11, 1983.

R107.   Prystowsky EN, Heger JJ, Zipes DP:  Transvenous cardioversion to treat tachyarrhythmias.  In: Sudden Cardiac Death and Congestive Heart Failure: Diagnosis and Treatment, eds. J. Morganroth, EM Moore, Martinus Nijhoff, The Hague, 1983, pp 185-198.

R108.   Browne KF, Jr., Prystowsky EN, Heger JJ, Zipes DP:  Modulation of the Q-T interval by the autonomic nervous system.  PACE.  6:1050-1056, 1983.

R109.   Zipes DP, Barber MJ, Takahashi N, Gilmour RF, Jr.:  Influence of the autonomic nervous system on the genesis of cardiac arrhythmias.  PACE.  6:1210-1220, 1983.

R110.   Zipes DP, Heger JJ, Prystowsky EN:  Pathophysiology of arrhythmias - clinical electrophysiology. Am Heart J.  106:812-828, 1983.

R111.   Zipes DP, Heger JJ, Prystowsky EN:  Synchronized low energy transvenous cardioversion. In: Cardiac Pacing.  Proceedings of the VIIth World Symposium on Cardiac Pacing, ed. by:  Steinbach K, Glogar D, Laszkovics A, Scheilbelhofer W, Weber H, Steinkopff Verlag,Darmstadt 1983, pp 827-838.

R112.   Prystowsky EN, Naccarelli GV, Heger JJ, Zipes DP:  Electrophysiologic testing in patients with ventricular tachycardia.  In:  Cardiac Arrhythmias, ed, by Schlepper M, Olsson B, Springer-Verlag, New York, 1983, pp 63-71.

R113.   Heger JJ, Prystowsky EN, Zipes DP:  Drug therapy of cardiac arrhythmias.  In:  Cardiac Arrhythmias, Cardiology Clinics, ed. Zipes DP, WB Saunders Co., Philadelphia, 1983, pp 305-322.

R114.   Heger JJ, Prystowsky EN, Zipes DP:  Amiodarone treatment of recurrent ventricular tachycardia and ventricular fibrillation.  In:  New Aspects of the Medical Treatment of Tachyarrhythmias. Role of Amiodarone. ed. Breithardt G., Loogen F, Urban & Schwarzenberg.  Munchen – Wien Baltimore, 1983, pp 147-152.

R115.   Prystowsky EN, Heger JJ, Lloyd EA, Zipes DP:  Clinical electrophysiology of ventricular tachycardia.  In:  Cardiac Arrhythmias, Cardiology Clinics, ed Zipes DP, WB Saunders Co., Philadelphia, 1983, pp 253-274.

R116.   Zipes DP:  Electrical therapy of cardiac arrhythmias.  New Engl J Med.  Editorial.  309:1179-1180, 1983.

R117.   Gilmour RF, Jr., Zipes DP:  Basic electrophysiology of the slow inward current.  In:  Calcium Channel Blocking Agents in the Treatment of Cardiovascular Disorders, ed. Antman E, Stone P, Futura Pub. Co. Mt. Kisco, N.Y., 1983, pp 1-37.

R118.   Zipes DP:  Genesis of cardiac arrhythmias: electrophysiologic considerations.  In:  Heart Disease:  A Textbook of Cardiovascular Medicine.  2nd Edition, Braunwald E., WB Saunders, Philadelphia 1984, pp 605-647.

R119.   Zipes DP:  Management of cardiac arrhythmias:  pharmacological, electrical and surgical techniques.  In:  Heart Disease:  A Textbook of Cardiovascular Medicine, 2nd Edition, Braunwald E. (ed.), WB Saunders, Philadelphia 1984, pp 648-682.

R120.   Zipes DP:  Specific arrhythmias:  diagnosis and treatment.  In:  Heart Disease:  A Textbook of Cardiovascular Medicine.  2nd Edition, Braunwald E., WB Saunders, Philadelphia 1984, pp 683-743, 1984.

R121.   Zipes DP, Duffin E:  Cardiac pacemakers.  In:  Heart Disease: A Textbook of Cardiovascular Medicine.  2nd Edition, Braunwald E., WB Saunders, Philadelphia, 1984, pp 744-773.

R122.   Gilmour RF, Jr., Zipes DP:  Slow channel blocking agents.  In:  Clinical Pharmacology of Antiarrhythmic Therapy, ed. Lucchesi BR, Dingell JV, Schwartz, RP, Jr., 1984 Raven Press, New York, pp 127-149.

R123.   Zipes DP, Heger JJ, Prystowsky EN:  Transvenous cardioversion. In:  Tachycardias: Mechanisms, Diagnosis and Treatment, ed. Josephson ME, Wellens HJJ, Lea and Febiger.  Philadelphia, 1984, pp 427-437.

R124.   Prystowsky EN, Zipes DP:  Electrophysiologic testing in patients with ventricular tachycardia: diagnosis and methodology.  In:  Tachycardias, ed. by Surawicz B, Reddy C, Prystowsky EN, Martinus Nijhoff, The Hague, 1984, pp 293-309.

R125.   Zipes DP, Duffin EG, Jr.:  Cardiac Pacing.  In:  Principles and Practice of Acute Cardiac Care.  Year Book Publishers.  Chicago, 1984, pp 294-326

R126.   Zipes DP, Heger JJ, Prystowsky EN:  Treatment of patients with life- threatening cardiac arrhythmias.  In:  Clinical Aspects of Life-threatening Arrhythmias, ed. HM Greenberg, HE Kulbertus, AJ Moss, PJ Schwartz, Ann. N.Y. Acad. Sci., Vol. 427, 1984, pp 307-319, pp 307-318, 1984.

R127.   Zipes DP, Prystowsky EN, Heger JJ:  Electrophysiology and pharmacology of aprindine, encainide and propafenone.  In:  Clinical Pharmacology of Cardiac Antiarrhythmic Agents:  Classical and Current Concepts Reevaluated, eds. O. B. Garfein, C Pippinger, Ann N.Y. Acad Sci., Vol. 232, 1984, pp 201-209.

R128.   Gilmour RF, Jr., Zipes DP: Basic electrophysiologic mechanisms of arrhythmia development - clinical application. In: Med. Clin. North American Symposium on Cardiac Arrhythmias, ed Zipes DP, Saunders, Philadelphia l984, pp 795-8l8.

R129.   Zipes DP, Heger JJ, Miles WM, Prystowsky EN: Synchronous intracardiac cardioversion. PACE 7:522-533, 1984.

R130.   Zipes DP, Prystowsky EN, Miles WM, Heger JJ: Future directions: electrical therapy for cardiac tachyarrhythmias. PACE 7:606-610, 1984.

R131.   Zipes DP, Prystowsky EN, Heger, JJ: Amiodarone: Electrophysiologic actions, pharmacokinetics and clinical effects. J Amer Coll Cardiol. 3:1059-1071, 1984.

R132.   Miles WM, Prystowsky EN, Heger JJ, Zipes DP: Evaluation of the patient with wide QRS tachycardia. In: Cardiac Arrhythmias II. The Medical Clinics of North America. 68, No.5:l0l5-l038, l984.

R133.   Heger JJ, Prystowsky EN, Miles WM, Zipes DP: Clinical use and pharmacology of amiodarone. In: Cardiac Arrhythmias II. The Medical Clinics of North America. 68,No.5:1339-l366, l984.

R134.   Zipes DP: Mechanisms involved with sudden cardiac death. ACCEL for physicians. Am Coll Cardiol, Vol. 16#3, March 1984.

R135.   Zipes DP: Advances in Pharmacologic Therapy. Guest Editor. ACCEL for physicians. Am Coll Cardiol #49, 1984.

R136.   Zipes DP, Barber MJ, Takahashi N, Gilmour RF, Jr.: Recent observations on autonomic innervation of the heart. In: Cardiac Electrophysiology and Arrhythmias. Grune and Stratton, Orlando, Fla., 1984, ed. Zipes DP, Jalife J. pp l8l-l89.

R137.   Prystowsky EN, Miles WM, Heger JJ, Zipes DP: Termination of ventricular tachycardia by transvenous cardioversion. Proceedings of Symposium on New Drugs, In: Cardiac Arrhythmias. New Therapeutic Drugs and Devices. Morganroth J, Moore EN (eds), Martinus Nijhoff Pub., The Hague, 1984, pp 255-261.

R138.   Zipes DP, Heger JJ, Miles WM, Prystowsky EN: Preliminary experience with the implantable transvenous cardioverter. PACE. 7:1325-1330, 1984.

R139.   Zipes DP, Heger JJ, Miles WM, Prystowsky EN: Development of the implantable transvenous cardioverter. Am J Cardiol. 54:67D-72D, 1984.

R140.   Prystowsky EN, Zipes DP.: Observations on post-vagal tachycardia in humans. In: Cardiac Electrophysiology and Arrhythmias. A tribute to Gordon K. Moe, M.D., Ph.D., Grune and Stratton, Orlando, Fla., 1984, ed. Zipes DP, Jalife J., pp 177-179.

R141.   Gilmour RF, Jr., Evans JJ, Zipes DP: Preferential interruption of impulse transmission across Purkinje-muscle junctions by interventions that depress conduction. In: Cardiac Electrophysiology and Arrhythmias. A Tribute to Gordon K. Moe, M.D., Ph.D., Grune and Stratton, Orlando, Fla., ed. Zipes DP, Jalife J., 1984.

R142.   Prystowsky  EN, Miles WM, Heger JJ, Zipes DP:  Preexcitation syndromes: mechanisms and management.  Med Clin N Am.  Symposium on Cardiac Arrhythmias, ed Zipes DP, Saunders, Philadelphia, l984, 68(4):83l-893.

R143.   Gettes LS, Zipes DP, Gillette PC, Josephson ME, Laks MM, Mirvis DM, Scheinman MM, Sheffield LT, Wu D:  Personnel and equipment required for  electrophysiologic testing.  Report of the committee on electrocardiography and cardiac electrophysiology, Council on ClinicalCardiology, The American Heart Association.  Circulation 69:1219A-1221A, 1984.

RI44.   Zipes  DP, Gilmour RF, Jr.,  Prystowsky EN, Heger JJ: Selected electrophysiology  of some antiarrhythmic agents.  In:  Cardiology, ed Chazov  EI, Smirnov VN, Oganov RG, Plenum Publishing Co., New York,l984, pp 95l-953.

R145.   Zipes DP, Heger JJ, Prystowsky EN: Synchronized low energy transvenous cardioversion.  In:  Sudden Cardiac Death, ed. Horowitz LN, Morganroth J, Grune & Stratton, Inc. 1985, pp. 285-300.

R146.   Zipes DP, Heger JJ, Miles WM, Prystowsky EN:  Synchronous intracardiac cardioversion.  In:  Modern Cardiac Pacing. Diagnostic and  Electrophysiologic Concepts. ed. by Barold SS,  Futura Publishing Co., Mt. Kisco, N.Y., 1985, pp 727-743.

R147.   Akhtar  M, Fisher JD, Gillette PC, Josephson ME, Prystowsky EN, Ruskin JN, Saksena S, Scheinman MM, Waldo A, Zipes DP(Chairman).  NASPE Ad Hoc Committee on Guidelines for Cardiac Electrophysiological Studies. PACE 8:611-618, 1985.

R148.   Zipes DP, Cobb LA, Jr., Garson A, Jr., Gillette PC, James TN, Lazzara R, Rink  L:  16th Bethesda Conference: Cardiovascular abnormalities in the athlete:  Recommendations regarding eligibility for competition. Task Force VI:  Arrhythmias.  J Am Coll Cardiol 6:1225-1232, 1985.

R149.   Heger  JJ, Prystowsky EN, Miles WM, Zipes DP:  Clinical application of transvenous cardioversion.  In:  International Symposium on Invasive Cardiovascular  Therapy, ed. Dordrecht/Boston/Lancaster.  Martinus Nijhoff.  May 1985, pp 518-528.

R150.   Prystowsky EN, Windle JR, Miles WM, Gilmour RF, Jr., Skale BT, Zipes DP: Myocardial inhibition. In:  International Symposium on Invasive Cardiovascular Therapy.  Martinus  Nijhoff.  May 1985, pp 497-509.

R151.   Zipes DP:  A consideration of antiarrhythmic therapy.  Circulation. 72:949-956, 1985.

R152.   Prystowsky  EN, Heger JJ, Miles WM, Zipes DP:  Amiodarone treatment in patients with ventricular arrhythmias. Drugs. 29:47-52, 1985.

R153.   Gilmour RF, Jr., Zipes DP: Slow inward current and cardiac arrhythmias. Am J Cardiol.  55:89B-101B, 1985.

R154.   Prystowsky EN, Zipes DP:  Treatment of tachycardia.  In:  Conn's Current Therapy, 38th edition, 1986,  Ed.  R. E. Rakel, W. B. Saunders, Philadelphia., pp 188-197.

R155.   Gilmour RF, Jr., Zipes DP: Pathophysiology of cardiac arrhythmias.  In:  Physiology of Membrane Disorders, eds., Andreoli TE, Hoffman JF, Fanestil DD, Schultz SG, Plenum, New York, 1986, pp 841-859.

RI56.   Zipes DP, Barber MJ, Takahashi N, Gilmour RF, Jr.: The importance of autonomic innervation of the heart in the genesis of cardiac arrhythmias: In: <u>Neuroregulation of Autonomic</u>, <u>Endocrine and Immune Systems</u>, ed. Frederickson RCA, Hendrie HC, Hingtgen JN, Aprison MH, Martinus Nijhoff, Boston, 1986, pp 199-220.

R157.   Miles WM, Zipes DP: Cardiovascular diseases. In: <u>Cecil Essentials of Medicine</u>, ed by Andreoli TE, Carpenter CCJ, Plum F, Smith LH, Jr., WB Saunders Co., Philadelphia, 1986, pp 2-124.

R158.   Zipes DP, Nobel RJ: Assessment of electrical abnormalities. In: <u>The Heart</u>, Sixth Edition, ed. J. Willis Hurst, McGraw Hill, pp 281-298, 1986.

R159.   Noble RJ, Zipes DP: Techniques of long-term continuous electrocardiographic recording. In: <u>The Heart</u>, Sixth Edition, ed. J. Willis Hurst, McGraw Hill, pp 1720-1726, 1986.

R160.   Prystowsky EN, Miles WM, Evans JJ, Hubbard JE, Skale BT, Windle JR, Heger JJ, Zipes DP. Induction of ventricular tachycardia during programmed electrical stimulation: analysis of pacing methods. Circulation 73(suppl.II):32-38, 1986.

R161.   Gilmour RF, Jr., Zipes DP: Abnormal automaticity and related phenomena in: <u>Handbook of Experimental Cardiology</u>, ed. by Fozzard HM, Haber E, Jennings RB, Katz AM, Morgan HE, Raven Press. 1986, pp 1239-1257.

R162.   Heger JJ, Prystowsky EN, Miles WM, Zipes DP: Clinical experience with amiodarone for treatment of recurrent ventricular tachycardia and ventricular fibrillation. The Place of Amiodarone in Cardiology Today Symposium Proceedings. Supplement to Brit J Clin Practice. Vol. 40, No. 4, Symposium Supplement No. 44, 1986, unpaged.

R163.   Zipes DP, Mahomed Y, King RD, Heger JJ, Miles WM, Brown JW, Adams DE, Prystowsky EN: Wolff-Parkinson-White syndrome: Cryosurgical treatment. Indiana Medicine. 79:432-437, 1986.

R164.   Evans GT, Jr., Scheinman MM and the Executive Committee of the Percutaneous Cardiac Mapping and Ablation Registry; Scheinman MM, Zipes DP, Co-Chairmen; Benditt D, Camm JA, El-Sherif N, Fisher J, Fontaine G, German L, Hartzler G, Josephson M, Morady F, Ruskin J: Catheter ablation for control of ventricular tachycardia: A report of the percutaneous cardiac mapping and ablation registry. PACE 9:1391-1395, 1986.

R165.   Evans GT, Jr., Registry Coordinator; Scheinman MM and the Executive Committee of the Registry: Scheinman MM and Zipes DP, Co-Chairmen; Benditt D, Camm JA, El-Sherif N, Fisher JD, Fontaine G, German L, Hartzler G, Josephson M, Morady F and Ruskin J: The Percutaneous Cardiac Mapping and Ablation Registry: Summary of Results. PACE 9:923-926, 1986.

R166.   Heger JJ, Prystowsky EN, Miles WM, Zipes DP: Transvenous cardioversion. In: <u>Management of Cardiac Arrhythmias</u>. <u>The Nonpharmacologic Approach</u>. J.B. Lippincott Company, Philadelphia, pp 257-271, 1986.

R167.   Duffin E, Zipes DP: Chronic electrical control of tachyarrhythmias. In: <u>Cardiac Arrhythmias</u>. <u>Their Mechanisms, Diagnosis, and Management</u>. 2nd edition, Ed. William Mandel, J. P. Lippincott Co., 1987.

R168.   Zipes DP, Levy MN, Cobb LA, Julius S, Kaufman PG, Miller N, Verrier R:  Task force 2:  Sudden cardiac death. Neural-Cardiac Interactions. Circulation 76(1):202-207, 1987.

R169.   Markel ML, Prystowsky EN, Heger JJ, Miles WM, Fineberg N, Zipes DP:  Encainide for the treatment of supraventricular tachycardias associated with  the Wolff-Parkinson-White syndrome.  J of Electrophys 1:261-265, 1987.

R170.   Saksena S, Camm AJ, Bilitch M, Fisher JD, Furman S, Griffin JC, Hauser RG, Josephson ME, Klein H, Levy S, Mirowski M, Ruskin JN, Scheinman MM, Waldo AL, Ward DE, Wellens HJJ, Zipes DP: Clinical investigation of implantable antitachycardia devices: report of the policy conference of the North American Society of Pacing and Electrophysiology. J Am Coll Cardiol 10:225-229, 1987.

R171.   Saksena S, Camm AJ, Bilitch M, Fisher JD, Furman S, Griffin JC, Hauser RG, Josephson ME, Klein H, Levy S, Mirowski M, Ruskin JN, Scheinman MM, Waldo AL, Ward DE, Wellens HJJ, Zipes DP: Policy statement: The clinical investigation of implantable antitachycardia devices.  PACE 10:788-793, 1987

R172.   Zipes DP, Andreoli KG:  Introduction to electrocardiography. In: Comprehensive Cardiac Care. Sixth Edition, CV Mosby, St. Louis, 1987, p p 82-113.

R173.   Zipes DP, Maloy LB: Arrhythmias. In: Comprehensive Cardiac Care, Sixth Edition, CV Mosby, St. Louis, 1987, pp 131-278.

R174.   Duffin EG, Jr., Stephenson NL, Zipes DP: Artificial cardiac pacemakers. In:  Comprehensive Cardiac Care, Sixth Edition, CV Mosby, St. Louis, 1987, pp 328-351.

R175.   Zipes DP, Prystowsky EN, Heger JJ, Inoue H, Chang M, Miles WM: Transvenous cardioversion and sequential shock defibrillation. In: Nonpharmacological Therapy of Tachyarrhythmias, ed. by Breithardt G, Borggrefe M, Zipes DP: Futura Publishing Co., Mt. Kisco, N.Y., 1987, pp 487-499.

R176.   Prystowsky EN, Miles WM, Windle JR, Gilmour RF, Jr., Skale BT, Kammerling J, Zipes DP: Electrical inhibition of myocardium. A mode to prevent the occurrence of tachyarrhythmias. In: Nonpharmacological Therapy of Tachyarrhythmias, ed. by Breithardt G, Borggrefe M, Zipes DP: Futura Publishing Co., Mt. Kisco, N.Y., 1987, pp 359-372.

R177.   Zipes DP: Proarrhythmia effects of antiarrhythmic drugs. Am J Cardiol. 59:26E-30E, 1987.

R178.   Horowitz LN, Zipes DP: Introduction. A symposium: perspectives on proarrhythmia. Am J Cardiol 59:1E, 1987.

R179.   Horowitz LN, Zipes DP, Bigger JJ, Jr., Campbell RWF, Podrid PJ, Rosen MR, Woosley RL: Proarrhythmia, arrhythmogenesis, or aggravation of arrhythmia - a status report 1987. Am J Cardiol 59:54E-56E, 1987.

R180.   Inoue H, Zipes DP: Effects of simultaneous vagal and sympathetic stimulation on spontaneous sinus cycle length, atrial and ventricular refractoriness and atrioventricular nodal conduction. In: Cardiac Arrhythmias: Where do we go from here? ed. Brugada, Wellens HJJ, Futura Publishing Co, Mt. Kisco, N.Y., 1987, pp 209-218.

R181.   Heger  JJ, Prystowsky EN, Miles WM, Zipes DP:  Clinical applications of transvenous cardioversion.  In:  Ablation of Cardiac Arrhythmias, Ed. by Fontaine  G, Scheinman MM, Futura Publishing Company, Mount Kisco, N.Y., 1987, pp 61-70.

R182.   Zipes DP, Rahimtoola SH:  Introduction.  State-of-the-Art Consensus Conference on Electrophysiological Testing in the Diagnosis and Treatment of Patients with Cardiac Arrhythmias.  Circulation,75(suppl.III):1-2, 1987.

R183.   Rahimtoola SH, Zipes, DP, Akhtar M, Burchell H, Mason J, Myerburg R, O'Rourke R, Ruskin J, Schlant R, Surawicz B:  Consensus Statement.  State-of-the-Art Consensus Conference on Electrophysiological Testing in the  Diagnosis and Treatment of Patients with Cardiac Arrhythmias.  Circulation, 75(suppl.III):3-11, 1987; reprinted in: Modern Concepts of Cardiovascular Disease 56:55-59, 1987.

R184.   Zipes DP:  Electrical treatment of tachycardia.  In:  State-of-the-Art Consensus  Conference on Electrophysiological Testing in the Diagnosis and  Treatment  of Patients with Cardiac Arrhythmias.  Circulation,  75(suppl.III):190-193, 1987.

R185.   Heger JJ,  Prystowsky  EN,  Miles WM, Klein LS, Zipes DP:  Relative efficacy of  amiodarone  and propafenone in patients with recurrent ventricular  tachycardia and ventricular fibrillation.  In: Control of Cardiac  Arrhythmias by Lengthening Repolarization, ed. Singh BN, Mount Kisco, N.Y., Futura, pp. 449-458, 1988.

R186.   Gilmour  RF Jr, Salata JJ, Zipes DP:  Modulation of cardiac arrhythmias by the autonomic nervous system.  Proceedings from the Tromso Symposium. Heart & Brain.  eds. Refsum H, Sulg IA and Rasmussen K.  Springer-Verlag, New York.  pp 108-119, 1988.

R187.   Zipes DP, Inoue  H:  Autonomic neural control of cardiac excitable properties.  In: Neurocardiology,  Ed. Kulbertus H, Franck G, Futura Publishing Co., Mt. Kisco, N.Y., 1988, pp 59-84.

R188.   Miles  WM,  Heger JJ, Prystowsky EN, Zipes DP:  Long-term results of internal  low energy cardioversion.  In:  Cardiac Arrhythmias:  Recent Progress  in  Investigation and Management. ed. by Iwa T, Fontaine G,Elsevier Science Publishers, Amsterdam, 1988, pp  367-378.

R189.   Heger JJ,  Prystowsky  EN,  Miles WM, Klein LS, Zipes DP:  Relative efficacy  of  amiodarone  and propafenone in patients with recurrent ventricular  tachycardia and ventricular fibrillation.  In: Control of Cardiac  Arrhythmias  by Lengthening Repolarization, ed. by Singh BN, Futura Publishing Co., Mt. Kisco, N.Y., 1988, pp 449-458.

R190.   Ben-David  J, Zipes DP:  Autonomic neural modulation of cardiac rhythm.  Part  I:  Basic concepts. Mod Concepts of Cardiovasc Dis.  57:41-46,1988.

R191.   Zipes  DP, Ben-David J:  Autonomic neural modulation of cardiac rhythm, part  2:  mechanisms and examples. Mod Concepts of Cardiovasc Dis  57:47-52, 1988.

R192.   Waldo A, Akhtar M, Benditt D, Brugada P, Camm AJ, Gallagher JJ, Gillette PC,  Klein GJ, Levy S, Scheinman MM, Wellens HJJ, Zipes DP:  Appropriate electrophysiologic study and treatment of patients with the Wolff-Parkinson-White syndrome.  J Am Coll Cardiol 11:1124-1129, 1988.

R193.   Miles WM, Zipes DP, Rinkenberger RL, Markel ML, Prystowsky EN, Dougherty AH, Heger JJ, Naccarelli GV: Encainide for treatment of atrioventricular reciprocating tachycardia in the Wolff-Parkinson-White syndrome. Am J Cardiol 62:20L-25L, 1988.

R194.   Rinkenberger RL, Naccarelli GV, Miles WM, Markel ML, Dougherty AH, Prystowsky EN, Heger JJ, Zipes DP: Encainide for atrial fibrillation associated with Wolff-Parkinson-White syndrome: electrophysiologic effects and long-term follow-up. Am J Cardiol. 62:26L-30L, 1988.

R195.   Zipes DP: Antiarrhythmic uncoupling. Editorial. PACE. 11:127-129, 1988.

R196.   Zipes DP: Proarrhythmic events. Am J Cardiol. 61:70A-76A, 1988.

R197.   Zipes DP, Gilmour RF, Jr.: Genesis of cardiac arrhythmias: relevance to clinical mechanisms In: Control of Cardiac Arrhythmias by Lengthening Repolarization, ed. by Singh BN, Futura Publishing Company, Mt. Kisco, N.Y., pp 33-52, 1988.

R198.   Zipes DP:  Genesis of cardiac arrhythmias: Electrophysiological considerations. In: Heart Disease: A Textbook of Cardiovascular Medicine.  Third Edition, ed. Braunwald E, W.B. Saunders, Philadelphia 1988, pp 581-620.

R199.   Zipes DP: Management of cardiac arrhythmias: pharmacological, electrical and surgical techniques. In: Heart Disease. A Textbook of Cardiovascular Medicine, Third Edition, ed. Braunwald E, W.B. Saunders, Philadelphia 1988, pp 621-657.

R200.   Zipes DP: Specific arrhythmias: diagnosis and treatment. In: Heart Disease.  A Textbook of Cardiovascular Medicine, Third Edition, ed. Braunwald E, W.B. Saunders, Philadelphia 1988, pp 658-716.

R201.   Zipes DP, Duffin EG: Cardiac pacemakers. In: Heart Disease.  A Textbook of Cardiovascular Medicine, Third Edition, ed. Braunwald E, W.B. Saunders, Philadelphia 1988, pp 717-741.

R202.   Miles WM, Zipes DP: Electrophysiology of wide QRS tachycardia. Prog in Cardiol. 1/2:77-100, 1988.

R203.   Zipes DP: Cardiac arrhythmias. In: Textbook of Internal Medicine, ed. Kelley WN, DeVita VT, Jr., DuPont HL, Harris ED, Jr., Hazzard WR, Holmes EW, Hudson LD, Humes HD, Paty DW, Watanabe AM, Yamada T, JB Lippincott Company, Philadelphia 1989, pp 176-205

R204.   Zipes DP:  Influence of ischemia and infarction on cardiac vagal and sympathetic innervation. In: Lethal arrhythmias resulting from myocardial ischemia and infarction. ed. by Rosen MR, Palti Y., Kluwer Academic Publishers Groups, Boston 1989, pp 165-178.

R205.   Zipes DP: Plenary lecture. Cardiac electrophysiology: Promises and contributions. J Am Coll Cardiol 13:1329-1352, 1989.

R206.   Zipes DP: Risk of electrocautery for patients with cardiac pacemaker. J Am Med Assoc 261:2422, 1989.

R207.   Zipes DP: Approach to the patient with cardiac arrhythmias. In: Textbook of Internal Medicine, ed, Kelley WN, DeVita VT, Jr., DuPont HL, Harris ED, Jr., Hazzard WR, Holmes EW, Hudson LD,

Humes HD, Paty DW, Watanabe AM, Yamada T, JB Lippincott Company, Philadelphia, 1989, pp 387-392.

R208.    Weinberg B, Zipes DP: Strategies to manage the post-MI patient with ventricular arrhythmias. Clin Cardiol 12:III86-III90, 1989.

R209.    Atherton LD, Zipes DP: New applications for intravenous calcium channel blockers. The J of Critical Illness. 4:S40-S47, 1989.

R210.    Zipes DP, Akhtar M, Denes P, DeSanctis RW, Garson A Jr., Gettes LS, Josephson ME, Mason JW, Myerburg RJ, Ruskin JN, Wellens HJJ: ACC/AHA guidelines for clinical intracardiac electrophysiologic studies. J Am Coll Cardiol. 14:1827-1842, 1989 and Circulation 80:1925-1939, 1989.

R211.    Zipes DP, Miyazaki T: The autonomic nervous system and the heart. Basis for understanding interactions and effects on arrhythmia development. In: Zipes DP, Jalife J, eds. Cardiac Electrophysiology: From Cell to Bedside, W.B. Saunders Company, 1990, pp 312-330.

R212.    Gilmour RF, Jr., Zipes DP: Rate-related suppression and facilitation of conduction. In: Zipes DP, Jalife J, eds. Cardiac Electrophysiology: From Cell to Bedside, W.B. Saunders Company, 1990, pp 610-618.

R213.    Klein LS, Miles WM, Heger JJ, Prystowsky EN, Zipes DP: Clinical Results with Transvenous Cardioversion. In: Electrical Therapy for Cardiac Arrhythmias. Pacing, Antitachycardia Devices, Catheter Ablation. eds. Saksena S, Goldschlager N, WB Saunders. pp 536-546, 1990.

R214.    Miles WM, Zipes DP: Cardiovascular diseases. In: Cecil Essentials of Medicine, eds. Andreoli TE, Carpenter CCJ, Plum F, Smith LH, Jr., WB Saunders Co., Philadelphia, 1990, pp 3-121.

R215.    Zipes DP: Influence of myocardial ischemia and infarction on autonomic innervation of the heart. Circulation 82:1095-1105, 1990.

R194.    Zipes DP: Targeted Drug Therapy. Editorial. Circulation 81:1139-1141, 1990.

R216.    Zipes DP: Gordon K. Moe, M.D., Ph.D.: 1915-1989. In Memory. PACE 13:825-826, 1990.

R217.    Zipes DP, Noble RJ: Assessment of electrical abnormalities. In: The Heart. ed. Hurst JW, Schlant RC, Rackley CE, Sonnenblick EH, Wenger NK. Seventh Edition, McGraw Hill, 1990, pp 335-351.

R218.    Noble RJ, Zipes DP: Long-term continuous electrocardiographic recording. In: The Heart. ed. Hurst JW, Schlant RC, Rackley CE, Sonnenblick EH, Wenger NK. Seventh Edition, McGraw Hill, 1990, pp 1834-1853.

R219.    Akhtar M, Breithardt G, Camm AJ, Coumel P, Janse MJ, Lazzara R, Myerburg RJ, Schwartz PJ, Waldo AL, Wellens HJJ, Zipes DP: CAST and beyond. Implications of the Cardiac Arrhythmia Suppression Trial. Circulation 81:1123-1127, 1990.

R220.    Gering LE, Zipes DP: Indications for intracardiac electrophysiologic study. Primary Cardiology 16:16-30, 1990.

R221.   Stanton M, Miles WM, Zipes DP: Atrial fibrillation and flutter. In: Zipes DP, Jalife J, eds. Cardiac Electrophysiology: From Cell to Bedside, W.B. Saunders Company, 1990, pp 735-742.

R222.   Wellman HN, Zipes DP: Cardiac sympathetic imaging with radioiodinated metaiodobenzylguanidine (MIBG). In: Progress in Cardiology 3/1, eds. Zipes DP, Rowlands DJ, Lea & Febiger, 1990, pp 161-174

R223.   Zipes DP: Significance of prolonged QT syndromes. ACCEL 22:1 January 1990.

R224.   Zipes DP: Changes in innervation patterns and autonomic responsiveness in myocardial infarction. In: Cardiac Electrophysiology: A Textbook.   ed.: Rosen MR, Janse MI, Wit AL, Mt. Kisco, N.Y., Futura Pub. Co., 1990, pp 915-931.

R225.   Zipes DP: Autonomic innervation of the heart: role in arrhythmia development during ischemia and in the long QT syndrome. In: Heart and Cardiovascular System, ed. Fozzard HA, Haber E, Jennings RB, Katz AM, Morgan HE. Raven Press. 1991, pp 2095-2112.

R226.   Miles WM, Zipes DP: Preexcitation syndromes. In: Hurst JW, ed, Current Therapy in Cardiovascular Disease - 3. B.C. Decker, Inc., 1991, pp 77-84.

R227.   Miles WM, Zipes DP: Cardioversion and defibrillation: Clinical aspects. In: Cardiac Pacing and Electrophysiology, Third Edition, Editors: El-Sherif N, Samet P, W.B. Saunders, Philadelphia 1991.

R228.   Zipes DP: Arrhythmogenic role of the autonomic nervous system during ischemia/infarction and the long QT syndrome. J Cardiovasc Electrophysiol. 2:S92-S99, 1991.

R229.   Task Force of the Working Group on Arrhythmias of the European Society of Cardiology. The Sicilian Gambit. A new approach to the classification of antiarrhythmic drugs based on their actions on arrhythmogenic mechanisms. Circulation. 84:1831-1351, 1991. Eur Heart J. 12:1112-31, 1991.

R230.   Stanton MS, Zipes DP: Nuclear imaging of cardiac autonomic innervation and receptors: focus on metaiodobenzylguanidine. In: Cardiac Nuclear Medicine, Grune and Stratton. pp 603-613, 1991.

R231.   Klein LS, Zipes DP: Heart block. In: Conn's Current Therapy, WB Saunders Co., ed. Rakel RE, pp 209-213, 1991.

R232.   Zipes DP: The long QT interval syndrome: a Rosetta stone for sympathetic related ventricular arrhythmias. Editorial. Circulation. 84:1414-1419, 1991.

R233.   Zipes DP:  Ischemic modulation of cardiac autonomic innervation. Editorial. J Am Coll Cardiol. 17:1424-1425, 1991

R234.   Zipes DP:  The autonomic nervous system and arrhythmias. ACCEL Feb. 1991.

R235.   Zipes DP, Klein LS, Miles WM: Nonpharmacologic therapy: can it replace antiarrhythmic drug therapy? J. Cardiovasc Electrophysiol. 2:S255-S272, 1991.

R236.   Salata JJ, Zipes DP: Autonomic nervous system control of heart rate and atrioventricular nodal conduction. Ed. Zucker IH, Gilmore JP. The CRC Press. In: Reflex Control of the Circulation. CRC Press Boca Raton, FL, pp 67-102, 1991.

R237.   Zipes DP: Monophasic action potentials in the diagnosis of triggered arrhythmias. Prog in Cardiovasc Dis. 33:385-396, l99l.

R238.   Zipes DP: Sympathetic stimulation and arrhythmias. Editorial. New Engl J Med 325:656-657, 1991.

R239.   Klein LS, Miles WM, Zipes DP: Antitachycardia devices: realities and promises. J Am Coll Cardiol 18:1349-1361, 1991.

R240.   Zipes DP: Cardiac arrhythmias. In: Textbook of Internal Medicine, ed. Kelley WN, DeVita VT, Jr., DuPont HL, Harris ED, Jr., Hazzard WR, Holmes EW, Hudson LD, Humes HD, Paty DW, Watanabe AM, Yamada T, JB Lippincott Co., Philadelphia 1992, pp 157-182.

R241.   Zipes DP: Sudden Cardiac Death. In: Cecil Textbook of Medicine, Nineteenth Edition, eds. Wyngaarden JB, Smith LH, Bennett JC, Plum P. W.B. Saunders, 1992, pp 250-253.

R242.   Zipes DP: Cardiac innervation and its importance in the genesis of some cardiac arrhythmias, In: Challenges in Cardiology, I. ed. Charles E. Rackley, The Bakken Research Center Series, Mt. Kisco, N.Y. Futura Publishing Co., Volume 4, Chapter 1, 1992, pp 1-27.

R243.   Zipes DP: Sudden cardiac death: future approaches. Circulation. 85:I-160-I-166, 1992.

R244.   Zipes DP: Approach to the patient with cardiac arrhythmias. In: Textbook of Internal Medicine, ed. Kelley WN, DeVita VT, Jr., DuPont HL, Harris ED Jr., Hazzard WR, Holmes EW, Hudson LD, Humes HD, Paty DW, Watanabe AM, Yamada T, JB Lippincott Company, Philadelphia, 1992, pp 347-353.

R245.   Zipes DP: Genesis of cardiac arrhythmias: Electrophysiological considerations. In: Heart Disease: A Textbook of Cardiovascular Medicine. Fourth Edition, ed. Braunwald E, W.B. Saunders Co., Philadelphia 1992, pp 588-627.

R246.   Zipes DP: Management of cardiac arrhythmias: Pharmacological, electrical and surgical techniques. In: Heart Disease. A Textbook of Cardiovascular Medicine, Fourth Edition, ed. Braunwald E, W.B. Saunders Co., Philadelphia, 1992, pp 628-666.

R247.   Zipes DP: Specific arrhythmias: diagnosis and treatment. In: Heart Disease. A Textbook of Cardiovascular Medicine, Fourth Edition, ed. Braunwald E, W.B. Saunders, Philadelphia 1992, pp 667-725.

R248.   Barold SS, Zipes DP: Cardiac pacemakers and antiarrhythmic devices. In: Heart Disease. A Textbook of Cardiovascular Medicine, Fourth Edition, ed. Braunwald E, W.B. Saunders, Philadelphia 1992, pp 726-755.

R249.   Mahomed Y, Zipes DP, King RD, Miles WM, Klein LS, Brown JW: Surgery for Wolff-Parkinson-White syndrome. Coronary Artery Disease 1992. 3:175-185.

R250.   Klein LS, Miles WM, Hackett, FK, Zipes, DP Catheter ablation of ventricular tachycardia using radiofrequency techniques in patients without structural heart disease. Herz 17:179-189, 1992.

R251.   Zipes DP: Sudden Cardiac Death - Long QT Interval Syndrome.  ACCEL 24, #12,December 1992.

R252.   Zipes DP:  Treatment of arrhythmias and abnormalities in conduction.  In:  Treatment of Heart Diseases.  ed. by Willerson JJ, pp 3.1-3.74, Gower Medical Publishing, N.Y., 1992.

R253.   Shih HT, Miles WM, Klein LS, Zipes DP:  Medical and surgical management of patients with Wolff-Parkinson-White syndrome.  In:  Recent Advances in Cardiology. ed.  Derek J. Rowlands, Churchill Livingstone, New York, pp 177-197, 1992.

R254.   Zipes DP:  Ischemic modulation of myocardial innervation.  G Ital Cardiol  22:615-621, 1992.

R255.   Zipes DP:  Implantable cardioverter defibrillators.  MVP Video Journal of Cardiology.  VII#4:6, 1992.

R256.   Miyazaki T, Zipes DP:  Sympathetic modulation of arrhythmias during ischemia and reperfusion.  Jpn J Cardiac Pacing Electrophysiol.  8:41-48, 1992

R257.   Zipes DP:  Arrhythmias on the endangered list. J Amer Coll Cardiol. Editorial.  21:918-919, 1993.

R258.   Zipes DP:  Unwitting exposure to risk.  Editorial. Cardiology in Review.  1:1-3, 1993.

R259.   Klein LS, Hackett FK, Miles WM,  Mahomed Y, Zipes DP, :  Clinical experience with new implantable antitachycardia cardioverter-defibrillators.  In: Implantable Cardioverter Defibrillators.  ed Naccarelli GV and Veltri EP.  Blackwell Scientific Publications, Inc., Cambridge, MA.  413-525, 1993.

R260.   Ben-David J, Zipes DP:  Torsades de pointes and proarrhythmia.  The Lancet  341:1578-1582, 1993.

R261.   Nora M, Zipes DP:  Empiric use of amiodarone and sotalol.  Am J Cardiol 72:62F-69F, 1993.

R262.   Zipes DP:  Neurocardiology.  ACCEL Vol. 25#3,  March 1993.

R263.   Zipes DP:  The role of early afterdepolarizations in clinical arrhythmias:  Erythromycin, terfenidine.  NASPE Tapes Vol. 2, 1993.

R264.   Miles WM, Zipes DP:  Cardiovascular diseases.  In: Cecil Essentials of Medicine, eds Andreoli TE, Bennett JC, Carpenter CCJ, Plum F, Smith LH, Jr.  W.B. Saunders  Co., Philadelphia, 1993, pp 2-123.

R265.   Zipes DP, Miles WM, Klein LS:  Mechanisms of cardiac arrhythmias in patients.  In:  Catheter Ablation of Arrhythmias. ed Zipes DP, Futura Pub. Co., Armonk, N.Y., pp 1-60, 1994.

R266.   Miles WM, Zipes DP, Klein LS:  Ablation of free wall accessory pathways.  In: Catheter Ablation of Arrhythmias.  ed. Zipes DP, Futura Pub. Co., Armonk, N.Y., pp 211-220, 1994.

R267.   Zipes DP: Autonomic mechanisms underlying arrhythmogenesis and sudden cardiac death in ischemic heart disease. In: Ion Channels in the Cardiovascular System. ed. Spooner PM, Brown AM, Futura Publishing Co., Armonk, N.Y., 1994, pp 60-76.

R268.   Klein LS, Miles WM, Zipes DP: Ablation of idiopathic ventricular tachycardia and bundle branch reentry. In: Catheter Ablation of Arrhythmias. ed. Zipes DP, Futura Pub. Co., Armonk, N.Y., pp 259-276, 1994.

R269.   Zipes DP: Autonomic innervation of the heart and ventricular arrhythmias In: Sudden Cardiac Death, ed Akhtar M, Myerburg RJ, Ruskin JN, Williams & Wilkins, Philadelphia 1994, pp 341-349.

R270.   Miles WM, Zipes DP: Pre-excitation syndromes. In: Current Therapy in Cardiovascular Disease. ed. Hurst JW, Fourth Edition, C.V. Mosby Co. St. Louis, pp 77-83, 1994.

R271.   Noble RJ, Zipes DP: Long-term continuous electrocardiographic recording. In: The Heart. Eighth edition ed by Schlant RC, Alexander RW, O'Rourke RA, Roberts R, Sonnenblick EH. McGraw Hill, N.Y., 1994, pp 873-880.

R272.   Warner MR, Zipes DP: Vagal control of myocardial refractoriness. In: Vagal Control of the Heart: Experimental basis and clinical implications, ed. by Schwartz PJ, Levy MN, Futura Publishing Co., Armonk, N.Y., 1994, pp 261-275.

R273.   Zipes DP, Miles WM, Klein LS: Mechanisms of clinically occurring cardiac arrhythmias. In: Electropharmacological Control of Cardiac Arrhythmias. To Delay Conduction or Prolong Refractoriness. Ed. Singh BN, Wellens HJJ, Hiraoka M, Futura Publishing Co., Mt. Kisco, New York 1994, pp 165-182.

R274.   Zipes DP: Guest Preface. In Electropharmacological Control of Cardiac Arrhythmias. To Delay Conduction or Prolong Refractoriness, Ed. Singh B, Wellens HJJ, Hiraoka M, Futura Publishing Co., Mt. Kisco, New York 1994. p. XV.

R275.   Zipes DP, Garson A Jr. 26th Bethesda Conference. Recommendations for determining eligibility for competition in athletes with cardiovascular abnormalities. Task Force 6: arrhythmias. Med Sci Sports Exerc 26:S276-83, 1994.

R276.   Zipes DP: The Implantable Cardioverter Defibrillator: Lifesaver or a device looking for a disease? Editorial. Circulation. 89:2934-2936, 1994.

R277.   Zipes DP: The Implantable Cardioverter-Defibrillator Revolution Continues. Editorial. Mayo Clinic Proceedings. 1994;69:395-396.

R278.   Zipes DP: The Use of Animals in Biomedical Research. Cardiovasc Res 28:1117-1118, 1994.

R279.   Zipes DP, Downing SM, Kangilaski R, Norcini JJ Jr: The first clinical cardiac electrophysiology examination for added qualification: American Board of Internal Medicine. PACE 17:1327-1331, 1994, and J Cardiovasc. Electrophysiol. 5:641-644, 1994.

R280.   Zipes DP: Basic mechanisms of sudden cardiac death. ACCEL Vol 26 1994.

R281.   Zipes DP, Miles WM, Klein LS: Assessment of the patient with a cardiac arrhythmia. In: <u>Cardiac Electrophysiology: From Cell to Bedside</u>. ed. Zipes DP, Jalife J, W.B. Saunders, Orlando, pp 1009-1112, 1994.

R282.   Zipes DP: Autonomic modulation of cardiac arrhythmias. In: <u>Cardiac Electrophysiology: From Cell to Bedside</u>. ed. Zipes DP, Jalife J, W.B. Saunders, Orlando, pp 441-453, 1994.

R283.   Zipes DP, Mitrani RD, Klein LS, Miles WM: Cardiac sympathetic scintigraphy. In: <u>Cardiac Electrophysiology: From Cell to Bedside</u>. ed. Zipes DP, Jalife J, W.B. Saunders, Orlando, pp 1129-1133, 1994.

R284.   Rardon DP, Miles WM, Mitrani RD, Klein LS, Zipes DP: Atrioventricular block anddissociation. In: <u>Cardiac Electrophysiology: From Cell to Bedside</u>. ed. Zipes DP, Jalife J, W.B. Saunders, Orlando, pp 935-942, 1994.

R285.   Miles WM, Klein LS, Rardon DP, Mitrani RD, Zipes DP: Atrioventricular reentry and variants: Mechanisms, clinical features and management. In: <u>Cardiac Electrophysiology: From Cell to Bedside</u>. ed. Zipes DP, Jalife J, W.B. Saunders, Orlando, pp 638-655, 1994.

R286.   Mitrani RD, Klein LS, Rardon DP, Zipes DP, Miles WM: Current trends in the implantable cardioverter defibrillators. In: <u>Cardiac Electrophysiology: From Cell to Bedside</u>. ed. Zipes DP, Jalife J, W.B. Saunders, Orlando, pp 1393-1403, 1994.

R287.   Klein LS, Miles WM, Mitrani RD, Rardon DP, Zipes DP: Ablation of ventricular tachycardia in patients with structurally normal hearts. In: <u>Cardiac Electrophysiology: From Cell to Bedside</u>. ed. Zipes DP, Jalife J, W.B. Saunders, Orlando, pp 1518-1523, 1994.

R288.   Klein LS, Miles WM, Rardon DP, Mitrani RD, Zipes DP: Transesophageal recording. In: <u>Cardiac Electrophysiology: From Cell to Bedside</u>. ed. Zipes DP, Jalife J, W.B. Saunders, Orlando, pp 1112-1115, 1994.

R289.   Zipes DP, Garson A Jr: Task force 6: Arrhythmias. In: 26th Bethesda Conference. Recommendations for determining eligibility for competition in athletes with cardiovascular abnormalities. J Amer Coll Cardiol. 24:892-899, 1994.

R290.   Mitrani RD, Zipes DP: Clinical neurocardiology: arrhythmias. In: <u>Neurocardiology</u>. ed. Ardell JL, Armour JA, Oxford University Press, New York, pp 365-395, 1994.

R291.   Zipes DP: Editorial comments: (The four Ps of neurocardiology). In: <u>Atrial Arrhythmias: State of the Art</u>. ed. DiMarco JP, Prystowsky EN. Futura Publishing Company, Armonk, NY,     pp 75-80, 1995.

R292.   Zipes DP: Radiofrequency ablation - what is left. European J Cardiol. 16 (supplement G):24-27, 1995.

R293.   Norris JF, Zipes DP: Electrophysiology of the slow channel. In: <u>Cardiac Arrhythmia: Mechanisms, diagnosis and management</u>. ed. Podrid PJ, Kowey PR. Williams and Wilkins, Philadelphia, pp 33-40, 1995.

R294.   Zipes DP: Are implantable cardioverter defibrillators better than conventional antiarrhythmic drugs for survivors of cardiac arrest?  Editorial  Circulation  91:2115-2117, 1995.

R295.  Saksena S, Epstein AE, Lazzara R, Maloney JD, Zipes DP, Co-chairmen: Benditt DG, Camm AJ, Domanski MJ, Fischer JD, Gersh BJ, Lamas GA, Lehmann MH, Nickelson DE, Prystowsky EN, Wise DG: Clinical investigation of antiarrhythmic devices.  A statement for healthcare professionals from a joint task force of the North American Society of Pacing and Electrophysiology, the American College of Cardiology, the American Heart Association, and the Working Groups on Arrhythmias and Cardiac Pacing of the European Society of Cardiology.  J Amer Coll Cardiol 25:961-73, 1995, Circulation  91:2097-2109, 1995, Eur Heart J  16:  446-59, 1995.

R296.  Zipes DP, DiMarco JP, Gillette PC, Jackman W, Myerburg R, Rahimtoola SH:  ACC/AHA guidelines for clinical intracardiac electrophysiologic and catheter ablation procedures.  Circulation 92:673-691, 1995; J Amer Coll Cardiol 26:555-74, 1995; J Cardiovasc Electrophysiol.

R297.  Zipes DP: Cardiac arrest survivors: Amiodarone/sotalol or ICD (AVID study)?  NASPE Tapes  Vol. 4, 1995.

R298.  Zipes DP: Why AVID?  NASPE Tapes Vol 4, #3, 1995.

R299.  Zipes DP: Overview. Atrial fibrillation: Pathogenesis and modern management.

R300.  Elvan A, Zipes DP: Functional anatomy of autonomic innervation of the atria. In: Recent Advances in Atrial Flutter. ed. Waldo A, Touboul P, Futura Publishing Company, Armonk, pp 29-50, 1996.

R301.  Zipes DP: Clinical trials in secondary prevention of ventricular tachycardia,/ventricular fibrillation. In: Interventional Electrophysiology: A textbook. ed. Saksena S, Luderitz B, Futura Publishing Co., Armonk, N.Y., pp 349-354, 1996.

R302.  Hutchins GD, Zipes DP: Imaging the cardiac autonomic nervous system. In: Cardiac Imaging. ed Skorton DI, Schelbert HR, Wolf GL, Brundage BH, W.B. Saunders, Orlando, pp 1052-1061, 1996.

R303.  Roden DM, Vincent GM, Antzelevitch C, Brown AM, Colatsky TJ, Crampton RS, Kass RS, Moss AJ, Rosen MR, Sanguinetti MC, Towbin JA, Zipes DP: Multiple mechanisms in the Long QT Syndrome:  Current knowledge, gaps and future directions.  Circulation 94:1996-2012, 1996

R304.  Miles WM, Klein LS, Rardon DP, Mitrani RD, Zipes DP: Bundle branch and Mahaim fiber ablation:  Techniques and results. In: Interventional Electrophysiology: A textbook. ed. Saksena S, Luderitz B, Futura Publishing Co., Armonk, N.Y., pp 441-459, 1996.

R305.  Gilmour RF Jr., Zipes DP: Afterdepolarizations, triggered rhythms and cardiac arrhythmias.  In: Molecular physiology and pharmacology of cardiac ion channels and transporters. ed Morad M, Ebashi S, Trautwein W, Kurachi Y.  Kluwer Dordrecht  Academic Publishers, Netherlands, pp 333-342, 1996.

R306.  Zipes DP: Sudden Cardiac Death. In: Cecil Textbook of Medicine - 20th edition. ed. Bennett JC, Plum F. W.B. Saunders, Philadelphia, pp 253-256, 1996.

R307.  Klein LS, Miles WM, Mitrani RD, Zipes DP: Catheter ablation of ventricular tachycardia.  In: Cardiovascular Therapeutics. eds. Smith TW, Antman EM, Bittl JA, Colucci WS, Gotto AM, Loscalzo J, Williams GH, Zipes DP. W.B. Saunders Company, Philadelphia,  pp 334-346, 1996.

R308. Mitrani RD, Klein LS, Zipes DP, Miles WM:  Use of implantable cardioverter defibrillator for ventricular arrhythmias.  In:  Cardiovascular Therapeutics.  eds. Smith TW, Antman EM, Bittl JA, Colucci WS, Gotto Am, Loscalzo J, Williams GH, Zipes DP.  W.B. Saunders Company, Philadelphia, pp 351-368, 1996.

R309. Rardon DP, Mitrani RD, Klein LS, Miles WM, Zipes DP:  Management of bradyarrhythmias.  In: Cardiovascular Therapeutics.  eds. Smith TW, Antman EM, Bittl JA, Colucci WS, Gotto AM, Loscalzo J, Williams GH, Zipes DP.  W.B. Saunders Company, Philadelphia, pp 346-351, 1996.

R310. Miles WM, Klein LS, Mitrani RD, Rardon DP, Zipes DP:  Nonpharmacologic treatment of supraventricular tachycardias.  In:  Cardiovascular Therapeutics.  eds. Smith TW, Antman EM, Bittl JA, Colucci WS, Gotto AM, Loscalzo J, Williams GH, Zipes DP.  W.B. Saunders Company, Philadelphia, pp 294-309, 1996.

R311. Zipes DP:  Genesis of cardiac arrhythmias:  Electrophysiological consideration.  In:  Heart Disease.  A textbook of cardiovascular medicine.  ed. Braunwald E.  Fifth edition.  W.B. Saunders Company, Philadelphia, pp 548-592, 1997.

R312. Zipes DP:  Management of cardiac arrhythmias:  Pharmacological, electrical and surgical techniques.  In:  Heart Disease.  A textbook of cardiovascular medicine.  ed. Braunwald E.  Fifth edition.  W.B. Saunders Company, Philadelphia, pp 593-639, 1997.

R313. Zipes DP:  Specific arrhythmias:  Diagnosis and treatment.  In:  Heart Disease.  A textbook of cardiovascular medicine.  ed. Braunwald E.  Fifth edition.  W.B. Saunders Company, Philadelphia, pp 640-704, 1997.

R314. Barold SS, Zipes DP:  Cardiac pacemakers and antiarrhythmic devices.  In:  Heart Disease.  A textbook of cardiovascular medicine.  ed. Braunwald E.  Fifth edition.  W.B. Saunders Company, Philadelphia, pp 705-741, 1997.

R315. Bardy GH, Bigger, JT Jr, Borggrefe M, Camm AJ, Cobb LA, Ewy GA, Hauer RNW, Kuck KH, Lane RD, Lazarra R, Marcus FI, Muller JE, Myerburg RJ, Priori SG, Schwartz PJ, Touboul P, Verrier, RL, Wellens HJJ, Zipes DP:  Survivors of out-of-hospital cardiac arrest with  apparently normal heart. Need for definition and standardized clinical evaluation.  Circulation. 95:265-272, 1997.

R316. Zipes DP:  Atrial fibrillation:  From cell to bedside.  J Cardiovasc Electrophysiol 8:927-938, 1997.

R317. Zipes DP:  Atrial fibrillation:  A review of pathophysiology.  Seminars in interventional cardiology. Ed:  Ruskin J, Keane D.  W.B. Saunders, London.  2:203-213, 1997.

R318. Engelstein ED, Zipes DP:  Sudden Cardiac Death.  In:  The Heart Ninth Edition.  Ed. Alexander RW, Schlant RC, Fuster V.  McGraw Hill, pp 1081-1112, 1997.

R319. The Antiarrhythmics versus implantable defibrillators (AVID) trial executive committee.  Are implantable cardioverter-defibrillators or drugs more effective in prolonging life?  Am J Cardiol. 79:661-663, 1997.

R320. Zipes DP:  Approach to the patient with cardiac arrhythmias.  In:  Textbook of Internal Medicine. ed. Kelley WN.  Lippincott-Raven, pp 329-337, 1997.

R321. Zipes DP: Cardiac arrhythmias. In: Textbook of Internal Medicine. ed. Kelley WN. Lippincott-Raven, pp 410-435, 1997.

R322. Zipes DP: Atrial fibrillation: A tachycardia-induced atrial cardiomyopathy. Editorial. Circulation. 95:562-564, 1997.

R323. Zipes DP: Electrophysiological remodeling of the heart owing to rate. Editorial. Circulation 95:1745-1748, 1997.

R324. Domanski MJ, Zipes DP, Schron E: Treatment of sudden cardiac death: current understandings from randomized trials and future research directions. Circulation 95:2694-2699, 1997.

R325. Muller JE, Kaufman PG, Luepker RV, Weisfeldt ML, Deedwania PC, Willerson JT, and the Mechanisms Precipitating Acute Cardiac Events Participants. Mechanisms precipitating acute cardiac events: review and recommendations of an NHLBI workshop. Circulation. 96:3233-3239, 1997.

R326. Miles WM, Zipes DP: Pre-Excitation Syndromes. In: Current Therapy in Adult Medicine. Fourth Edition. Ed. Kassirer JP, Greene II HL. Mosby, St. Louis. pp 377-384, 1997.

R327. Zipes DP: Electrical remodeling. Letter to the editor. Circulation 96:3813, 1997.

R328. Noble RJ, Zipes DP: Long-Term Continuous Electrocardiographic Recording. In: The Heart Ninth Edition. Ed. Alexander RW, Schlant RC, Fuster V. McGraw Hill, pp 943-953, 1997.

R329. Zipes DP: Murder of the English Language. J Cardiovasc Electrophysiol 8:1449, 1997.

R330. Groh WJ, Foreman LD, Zipes DP: Advances in the Treatment of Arrhythmias: Implantable Cardioverter-Defibrillators. American Family Physician. 57:297-307, 1998.

R331. Sicilian Gambit. The search for novel antiarrhythmic strategies. Eur Heart J. 19:1178-1196, 1998. Jpn Circ J. 62:633-648, 1998.

R332. Zipes DP, Wellens HJJ. Sudden cardiac death. Circulation. 98:2334-2351, 1998.

R333. Zipes DP. A century of cardiac arrhythmias: In search of Jason's Golden Fleece. J Amer Coll Cardiol. 34:959-965, 1999.

R334. 30th Bethesda Conference: The Future of Academic Cardiology. J Amer Coll Cardiol. 33:1092-1135, 1999.

R335. Zipes DP. Warning: The Short Days of Winter May Be Hazardous to Your Health. Editorial. Circulation. 100:1590-1592, 1999.

R336. Maron BJ, Mitten MJ, Quandt EK, Zipes DP. Competitive athletes with cardiovascular disease (correspondence). N Engl J Med 340:1371-1372, 1999.

R337. Zipes DP. An overview of arrhythmias and antiarrhythmic approaches. J Cardiovasc Electrophysiol. 10:267-271, 1999.

R338. Zipes DP. Letter to the editor. PACE 22:543-544, 1999.

R339.   Jayachandran JV, Olgin JE, Zipes DP.  Atrial fibrillation, Part 1:  Ventricular rate control and cardioversion.  J Crit Ill.  14:138-144, 1999;  Atrial fibrillation, Part 2:  How to use antiarrhythmics and anticoagulants.  J Crit Ill.  14:185-195, 1999.

R340.   Satoh T, Zipes DP:  Tachycardia superimposed on bradycardia prolongs ventricular refractoriness and facilitates ventricular arrhythmia induction.  In:  Monophasic Action Potentials Bridging Cell and Bedside.  Ed.  Franz MR. Futura Pub. Co., Armonk, NY, pp 157-169, 2000.

R341.   Miyazaki T, Ogawa S, Zipes DP:  Changes in MAP configuration and prevalence of ventricular fibrillation during regional ischemia and reperfusion in the intact canine heart:  Effects of preconditioning ischemia and potassium channel modulations. In:  Monophasic Action Potentials Bridging Cell and Bedside.  Ed.  Franz MR. Futura Pub. Co., Armonk, NY, pp 271-288, 2000.

R342.   Al Sheikh T, Zipes DP:  Guidelines for competitive athletes with arrhythmias.  In:  Arrhythmias and Sudden Death in Athletes.  Ed. Bayes de Luna A, Furlanello F, Maron BJ, Zipes DP.  Kluwer Academic.  The Netherlands.  2000.

R343.   Zipes DP for the AVID investigators:  Antiarrhythmics versus implantable defibrillators study.  In:  Clinical Trials on the Treatment of Arrhythmias.  Ed. Woosley RL., Singh SN.  Marcel Dekker, New York, NY.  2000

R344.   Schwartz PJ, Zipes DP:  Autonomic modulation of cardiac arrhythmias.  In:  Cardiac Electrophysiology.  From Cell to Bedside. Edition 3. Ed. Zipes DP, Jalife J, W.B. Saunders, Orlando. pp 300-314, 2000.

R345.   Fei L, Zipes DP.  Nitric oxide in cardiac electrophysiology.  In: Nitric Oxide and the Cardiovascular System, edited by Loscalzo J, Vita JA.  The Humana Press, Inc., Totowa, NJ, pp 191-203, 2000.

R346.   Zipes DP.  Introduction. The Atrioventricular Node: a Riddle Wrapped in a Mystery Inside an Enigma.  In: Atrial-AV Nodal Electrophysiology: A View from the Millennium. Ed. Mazgalev TN, Tchou PJ. Futura. Armonk, NY. 2000.

R347.   Zipes DP.  Ablation therapy of cardiac arrhythmias. In:  Foundations of Cardiac Arrhythmias.  Ed. Spooner P, Rosen M.  Marcel Dekker, New York.  pp725-743, 2000.

R348.   Rardon DP, Miles WM, Zipes DP:  Atrioventricular Block and Dissociation.  In:  Cardiac Electrophysiology.  From Cell to Bedside.  Edition 3. Ed. Zipes DP, Jalife J, W.B. Saunders, Orlando. pp 451-459,2000.

R349.   Zipes DP, Miles WM:  Assessment of the Patient with Cardiac Arrhythmia. In:  Cardiac Electrophysiology.  From Cell to Bedside.  Edition 3. Ed. Zipes DP, Jalife J, W.B. Saunders, Orlando. pp 706-710, 2000.

R350.   Zipes DP. Foreword. The Atrioventricular Node: A Paradigm of Cardiac Electrophysiology. In Atrial-AV Nodal Electrophysiology: A View from the Millennium.  Ed. Mazgalev TN, Tchou PJ. Futura. Armonk, NY. 2000.

R351.   Zipes DP.  What are irregular heart rhythms?  ABCNews.com.  February 27, 2000.

R352.   Zipes DP.  Foreword.  In:  The Nervous System and The Heart.  Ed. Ter Horst GJ. Humana Press.
New Jersey.  2000.

R353.   Zipes DP.  New York Cardiovascular Symposium.  Drugs, devices and ablations.  Boston:
Cardiology Interactive; 2000. (CD-ROM).

R354.   Zipes DP.  Clinical Application of the Electrocardiogram.  J Amer Coll Cardiol.  36:1746-1748,
2000.

R355.   Groh WJ, Zipes DP. Cardiopulmonary Resuscitation by Chest Compression Alone. New Engl J Med
343:815-817, 2000. Letter to the Editor.

R356.   Zipes DP, Wellens HJJ.  1950-2000.  What have we learned about cardiac arrhythmias.
Circulation. 102:IV52-IV57, 2000.

R357.   Schwartz PJ, Zipes DP.  Role of the autonomic nervous system in ventricular tachyarrhythmias.
CD Rom, 2000.

R358.   Schwartz PJ, Zipes DP.  Role of the autonomic nervous system in atrial fibrillation.  UpToDate, CD
Rom, 2000.

R359.   Miles, WM, Zipes, DP:  Atrioventricular Reentry and Variants:  Mechanisms, Clinical Features,
and Management. In:  Cardiac Electrophysiology.  From Cell to Bedside.  Edition 3. Ed. Zipes DP,
Jalife J, W.B. Saunders, Orlando pp 488-504, 2000.

R360.   Zipes DP. Optical Mapping of Cardiac Defibrillation: Clinical Insights and Applications.  In:  Optical
Mapping of Cardiac Excitation and Arrhythmias.  Ed. by Rosenbaum DS, Jalife J.  Futura, Armonk,
NY, pp  433-444, 2001.

R361.   Rubart M , Zipes DP .  Genesis of Cardiac Arrhythmias: Electrophysiological Considerations. In:
Heart Disease.  A textbook of cardiovascular medicine. Sixth edition.  Ed. Braunwald E, Zipes DP,
Libby P. WB Saunders, Philadelphia.  pp 659-699, 2001.

R362.   Miller JM , Zipes DP .  Management of the Patient with Cardiac Arrhythmias.  In: Heart Disease.  A
textbook of cardiovascular medicine. Sixth edition.  Ed. Braunwald E, Zipes DP, Libby P. WB
Saunders, Philadelphia. pp 700-767, 2001.

R363.   Hayes D , Zipes DP .  Cardiac Pacemakers and Cardioverter-Defibrillators.  In: Heart Disease.  A
textbook of cardiovascular medicine. Sixth edition.  Ed. Braunwald E, Zipes DP, Libby P. WB
Saunders, Philadelphia.  pp 775-814, 2001.

R364.   Olgin JE , Zipes DP .  Specific Arrhythmias: Diagnosis and Trreatment.  In: Heart Disease.  A
textbook of cardiovascular medicine. Sixth edition.  Ed. Braunwald E, Zipes DP, Libby P. WB
Saunders, Philadelphia.  pp 815-889, 2001.

R365.   Calkins H, Zipes DP .  Hypotension and Syncope.  In: Heart Disease.  A textbook of cardiovascular
medicine. Sixth edition.  Ed. Braunwald E, Zipes DP, Libby P. WB Saunders, Philadelphia.  pp 932-
940, 2001.

R366.   Cheitlin M , Zipes DP .  Cardiovascular Disease in Special Populations.  In: Heart Disease.  A textbook of cardiovascular medicine. Sixth edition.  Ed. Braunwald E, Zipes DP, Libby P. WB Saunders, Philadelphia.  pp 2019-2037, 2001.

R367.   Groh WJ , Zipes DP .  Neurologic Disorders and CV Disease.  In: Heart Disease.  A textbook of cardiovascular medicine. Sixth edition.  Ed. Braunwald E, Zipes DP, Libby P. WB Saunders, Philadelphia.  pp 2262-2279, 2001.

R368.   Domanski MJ, Zipes DP, Benditt DG, Camm AJ, Exner DV, Ezekowitz MD, Greene HL, Lesh MD, Miller JMM, Pratt CM, Saksena S, Scheinman MM, Singh BN, Tracy CM, Waldo AL.  Central clinical research issues in electrophysiology.  Report of the NASPE Committee. PACE 24:526-534, 2001.

R369.   Spooner PM, Albert C, Benjamin EJ, Boineau R, Elston RC, Jouven X, Kuller LH, MacCluer JW, Marban E, Muller JE, Schwartz PJ, Siscovick DS, Tracy RP, Zareba W, Zipes DP.  Sudden Cardiac Death, Genes and Arrhythmogenesis Consideration of New Population and Mechanistic Approaches from an NHLBI Workshop.  Part 1. Circulation  103:2361-2364, 2001.

R370.   Spooner PM, Albert C, Benjamin EJ, Boineau R, Elston RC, George AL Jr, Jouven X, Kuller LH, MacLuer JW, Marban E, Muller JE, Schwartz PJ, Siscovick DS, Tracey RP, Zareba W, Zipes DP.  Sudden Cardiac Death, Genes, and Arrhythmogenesis.  Consideration of New Population and Mechanistic Approaches from a National Heart, Lung and Blood Institute Workshop, Part 2. Circulation 103:2447-2452, 2001.

R371.   Zipes DP, Wellens HJJ.  The Role of Ventricular Repolarization in Sudden Cardiac Death. An Historical Overview.  In:  Cardiac Repolarization – Bridging Basic and Clinical Science.  Ed. Gussak IB, Antzelevitch C.  Humana Press, Totowa, NJ.

R372.   Zipes DP.  The 33rd Annual New York Cardiovascular Symposium – Volume 2, Heart Failure, Structural Heart Disease and Aorta.  Antiarrhythmic Therapy Drugs, Devices, and Ablation.  Boston: Physician Education, Inc.; 2001. (CD-ROM)

R373.   Zipes DP.  The 33rd Annual New York Cardiovascular Symposium – Volume 2, Heart Failure, Structural Heart Disease and Aorta.  Pulmonary Veins, Drugs, Devices and Ablation.  Boston: Physician Education, Inc.; 2001. (CD-ROM)

R374.   Zipes DP.  Implantable Cardioverter-Defibrillator: A Volkswagen or a Rolls Royce, How Much Will We Pay to Save A Life?  Circulation. 103:1372-137, 2001.

R375.   Zipes DP.  President's Page: Convocation Address "Treat Each Day as Your Last and Each Patient as Your First: A Personal Promise to the Profession".  J Am Coll Card. 37:1469-1471, 2001.

R376.   Zipes DP.  President's Page: The Need for the Interdependent Investigator.  J Am Coll Card. 37:1751-1752, 2001.

R377.   Zipes DP.  President's Page: The Neighborhood Heart Watch Program: Save A Victim Everywhere (SAVE).  J Am Coll Card. 37:2004-2005, 2001.

R378.   Zipes DP.  President's Page: Complementary and Alternative Medicine: Ignore at Doctors' and Patients' Peril.  J Am  Coll Card. 37:2166-2169, 2001.

R379.  Members of the Sicilian Gambit. New Approaches to Antiarrhythmic Therapy: Emerging Therapeutic Applications of the Cell Biology of Cardiac Arrhythmias. Part I. Circulation, 104:2865-2873, 2001, Cardiovasc Res, European Heart J. 22:2148-2163, 2001.

R380.  Zipes DP.  President's Page: Forging Change in Health Care Policy – The Principle is the Thing.  J Am Coll Card 38:270-271, 2001.

R381.  Zipes DP.  President's Page: The Changing Face of Research. J Am Coll Card 38:584-585,2001.

R382.  Zipes DP.  President's Page: The Importance of the Cardiologist. J Am Coll Card 38:918-920, 2001.

R383.  Priori SG, Aliot E, Blomstrom-Lundqvist C, Bossaert L, Breithardt G, Brugada P, Camm AJ, Cappato R, Cobbe SM, DiMario C, Maron BJ, McKenna WJ, Pedersen AK, Ravens U, Schwartz PJ, Trusz-Gluza M, Vardas P. Wellens HJ, Zipes DP.  Task Force on Sudden Cardiac Death of the European Society of Cardiology. Eur Heart J.  22(16):1374-1450, 2001.

R384.  Zipes DP. President's Page: The Future of Print.  J Am Coll Card 38:1228-1230, 2001.

R385.  Zipes DP.  What is Heart Disease?  Time Magazine, June 11, 2001.

R386.  Zipes DP. President's Page: Sowing the Seeds of Legislative Success: Grassroots Advocacy. J Am Coll Card 38:158-1580, 2001.

R387.  Zipes DP. President's Page:  Quality of Care: A Moving Target Worthy of Pursuit. J Am Coll Card 38:1766-1769, 2001.

R388.  Zipes DP.  President's Page: Guidelines: Tools for Building Better Patient Care.  J Am Coll Card 38: 2088-2090, 2001.

R389.  Zipes DP.  Saving Time Saves Lives.  Circulation 104:2506-2508, 2001.  Editorial.

R390.  Wu J, Wu J, Zipes, DP. Early Afterdepolarizations, U Waves and Torsades de Pointes. Editorial. Circulation.  105:675-676, 2002.

R391.  Wu J, Wu J, Olgin J, Miller J, Zipes DP.  Mechanisms of Atrioventricular Nodal Reentry and Ventricular Tachycardia Determined from Optical Mapping of Isolated Perfused Preparations. In: Catheter Ablation of Arrhythmias. Ed. Zipes DP, Haissaguerre M. Futura, Mt. Kisco, NY, pp 1-29, 2002.

R392.  Zipes DP.  President's Page: Cardiologists Without Borders.  J Am Coll Card 39:178-179, 2002.

R393.  Zipes DP.  President's Page: Teaching:  Today's Investment in Tomorrow.  J Am Coll Card 39:373-375, 2002.

R394.  Zipes DP: President's Page:  Dollars Without Sense.  J Am Coll Card 39:540-541, 2002.

R395.  Zipes DP.  President's Page:  Fighting Terrorism: Our Role as Physicians. J Am Coll Card 39:739-740, 2002

R396.   Zipes DP. President's Page: Mission Possible: With Help From Our Friends. J Am Coll Card 39:914-915, 2002.

R397.   Zipes DP, President's Page: the Making of a President.  J Am Coll Card 39:1078-1079, 2002.

R398.   Zipes DP. President's Page: Citizens of the World. J Am Coll Card 39:1411-1413, 2002.

R399.   Priori SG, Aliot E, Blomstrom-Lundqvist C, Bossaert L, Breithardt G, Brugada P, Camm JA, Cappato R, Cobbe SM, Di Mario C Maron BJ, McKenna WJ, Pedersen AK, Ravens U, Schwartz PJ, Trusz-Gluza M, Vardas P, Wellens HJ, Zipes DP.  Task Force on Sudden Cardiac Death, European Society of Cardiology.  Summary of recommendations.  Ital Heart J.  3:1051-65, 2002.

R400.   Spooner PM, Zipes DP. Sudden Death Predictors: An Inflammatory Association.  Editorial. Circulation. 105:2574-2576, 2002.

R401.   Rubart M, Zipes DP.  NO Hope for Patients with Atrial  Fibrillation.  Circulation. 106:2764-2766, 2002.

R402.   Miller JM, Zipes DP. Catheter Ablation of Arrhythmias. Circulation. 106:e203-205, 2002.

R403.   Groh W, von der Lohe E; Zipes DP.  What's bad for the gander . . . women and sudden cardiac death.  Editorial.  Heart.  88:553-554, 2002.

R404.   Priori SG, Aliot E, Blomstrom-Lundqvist C, Bossaert L, Breithardt G, Brugada P, Camm JA, Cappato R, Cobbe SM Di Mario C, Maron BJ, McKenna WJ, Pedersen AK, Ravens U, Schwartz PJ, Trusz-Gluza M, Vardas P, Wellens HJ, Zipes DP; European Society of Cardiology.  Task Force on Sudden Cardiac Death, European Society of Cardiology.  Summary of recommendations.  Ital Heart J 3(10 Suppl): 1051-65, 2002.

R405.   Zipes D.  The 34th Annual New York Cardiovascular symposium Volume 1.  Acute or Subacute Myocardial Infarction with Ejection Fractions Below 40 Percent and Nonsustained VT: What to Do?.  Boston: Physician Education, Inc.; 2002. (CD-ROM)

R406.   Priori SG, Aliot E, Blomstrom-Lundqvist C, Bossaert L, Breithardt G, Brugada P, Camm JA, Cappato R, Cobbe SM, Di Mario C, Maron BJ, McKenna WJ, Pedersen AK, Ravens U, Schwarts PJ, Trusz-Gluza M, Vardas P, Wellens HJJ, Zipes DP.  Editorial. Update of the guidelines on sudden cardiac death of the European Society of Cardiology.  European Heart J.  24:13-15, 2003.

R407.   Jayachandran JV, Zipes, DP.  Say no to primary prophylaxis with ICDs in asymptomatic non-ischemic dilated cardiomyopathy?  JACC.  41:1713-1715, 2003.

R408.   Zipes DP Less heart is more.  Circulation 107:2531, 2003 (Editorial).

R409.   Zipes DP Mechanisms of clinical arrhythmias.  J of Cardiovasc Electrophysiol 14:902-912, 2003; PACE 26:1778-1792, 2003.

R410.   Arora R, Das MK, Zipes DP, Wu J. Optical mapping of cardiac arrhythmias Indian Pacing Electrophysiology Journal 3:187-199, 2003.

R411.   Wellens HJ, Zipes DP.  Ventricular repolarization and the identification of the sudden death candidate. Hype or hope?  In:  Cardiac Repolarization.  Bridging Basic and Clinical Sciences.  Ed. Gussak IB, Antzelevitch C.  In press.

R412.   Alberte C, Zipes, DP.  Who Needs an ICD?  American College of Cardiology Current Journal Review.  September/October 2002; 11, No.5: 77-81.

R413.   Knight BP, Zipes DP, Morady F.  Cardiac arrhythmias.  In:  Kelley's Textbook of Internal Medicine. In press.

R414.   Efimov IR, Biermann M, Zipes DP.  Fast fluorescent mapping of electrical activity in the heart: practical guide to experimental design and applications.  Cardiac Mapping.  Ed. Shenasa M, Borggrefe M, Breithardt G.  Futura, Armonk, NY, pp 131-156, 2003.

R415.   AVID Investigators:  Clinical implications of the antiarrhythmic versus implantable defibrillator trial: the investigators' perspective.  Cardiac Electrophysiology Review.  1998:2:8-10.

R416.   Strickberger SA, Zipes DP, Morady F.  Approach to the patient with cardiac arrhythmia.  In: Kelley's Textbook of Internal Medicine.  In press.

R417.   Wu J Zipes DP.  Mechanisms underlying atrioventricular nodal conduction and the reentrant circuit of atrioventricular reentrant tachycardia using optical mapping.  J Cardiovasc Electrophysiol 13:831-834, 2003

R418.   Das MK, Zipes DP.  History of Thoracic Vein Arrhythmias: Pulmonary Veins and Vena Cavae. In:  Electrophysiology of the Thoracic Veins.  Chen SA, Haissaguerre M, Zipes DP.  In press

R419   Zipes DP The year in electrophysiology.  J Amer Coll Cardiol. 43:1306-1314, 2004

R420   Wu J, Wu J, Zipes DP Mechanisms of initiation of ventricular tachyarrhythmias.  In Cardiac Electrophysiology.  From cell to bedside.  Ed. Zipes DP, Jalife J pp 380-389 WB Saunders Philadelphia 2004

R421   Zipes DP, Miles WM Assessment of the patient with a cardiac arrhythmia.  In Cardiac Electrophysiology.  From cell to bedside.  Ed. Zipes DP, Jalife J pp 759-764 WB Saunders Philadelphia 2004

R422   Byerbach D, Zipes DP Mortality as an endpoint in atrial fibrillation.  Heart Rhythm.  1:B8-B19, 2004

R423   Naghavi M...Zipes DP, Shah PK, Willerson JT From vulnerable plaque to vulnerable patient: a call for new definitions and risk assessment strategies: Part I. Circulation. 2003; 108:1664-72.

R424 Naghavi M...Zipes DP, Shah PK, Willerson JT From vulnerable plaque to vulnerable     patient: a call for new definitions and risk assessment strategies: Part II. Circulation. 2003; 108:1772-8.

R425 Zipes DP Mechanisms of clinical arrhythmias.  Journal of Cardiovascular Electrophysiology 14:902-912, 2003;  PACE 26:1778-1792, 2003

R426  Gilmour RF Jr, Zipes DP New mechanisms of antiarrhythmic actions  Nature Clinical Practice Cardiovascular Medicine. 1:37-41, 2004

R427 Gradus-Pizlo I, Zipes D Epidemiology of the Problem and Emergence of a New Speciality. In Atlas of Electrophysiology in Heart Failure.  Ed. Shivkumar K and Weiss JN. In press.

R428 Williams E, Zipes DP The winter's tale—and toll.  Editorial.  Amer Heart J 146:941-941, 2003

R429  Arora R, Das MK, Zipes DP, Wu J Optical mapping of cardiac arrhythmias.  Indian Pacing Electrophysiology J. 3: 187-199, 2003

R 430  Das MK, Zipes DP Sudden cardiac arrest and automated external defibrillators.  Circulation J 67:975-982, 2003

R431 Zipes DP Hearings before the Subcommittee on Oversight and Investigations and the Subcommittee on Commerce, Trade, and Consumer Protection of the Committee on Energy and Commerce. House of Representatives. July 23 and 24, 2003.  Serial No. 108-43 US Government Printing Office. Prepared statement on the use of ephedra.

R432  Alberte C, Zipes DP Use of nonantiarrhythmic drugs for prevention of sudden cardiac death.  J Cardiovasc Electrophysiol 14: S87-S95, 2003

R433  Duffy FD, Zipes DP The future of certification and recertification.  Amer J Med 117:140-144, 2004

R434 Janse M, Zipes DP Mechanisms of sudden cardiac death.  In Sudden Cardiac Death.  Edited by Priori S, Zipes DP.  Blackwell Publishing.  In press.

R435 Tomaselli GF, Zipes DP What causes sudden death in heart failure?  Circulation Research 95:754-763, 2004

R436 Bonow RO, Zipes DP, Anderson JL, Cheitlin MD, Goldstein LB, Grant AO, Faxon D, Lima JA, Robertson RM Task Force 5: Expert testimony and opinions J Amer Coll Cardiol 44:1747-1749, 2004

R437 Yadav AV, Zipes DP Prophylactic lidocaine in acute myocardial infarction: resurface or reburial?  Am J Cardiol 94:606-608, 2004

R438 Rosen MR, Zipes DP Biomedical research and the public domain.  Heart Rhythm 4:528, 2004

R439 Rubart M, Zipes DP Genesis of cardiac arrhythmias: electrophysiological considerations. In Heart Disease.  A Textbook of Cardiovascular Medicine.  Seventh Edition. Edited by Zipes DP, Libby P, Bonow RO, Braunwald E.  Elsevier.  2005.  Pages 653-687.

R440 Miller JM, Zipes DP Diagnosis of cardiac arrhythmias.  In Heart Disease.  A Textbook of Cardiovascular Medicine.  Seventh Edition. Edited by Zipes DP, Libby P, Bonow RO, Braunwald E.  Elsevier.  2005.  Pages 697-712

R441 Miller JM, Zipes DP Therapy of cardiac arrhythmias.  In <u>Heart Disease.  A Textbook of Cardiovascular Medicine</u>.  Seventh Edition. Edited by Zipes DP, Libby P, Bonow RO, Braunwald E. Elsevier.  2005.  Pages 713-757

R442 Hayes DL, Zipes DP Cardiac pacemakers and cardioverter-defibrillators.  In <u>Heart Disease.  A Textbook of Cardiovascular Medicine</u>.  Seventh Edition. Edited by Zipes DP, Libby P, Bonow RO, Braunwald E. Elsevier.  2005.  Pages 767-796

R443 Olgin JE, Zipes DP Specific arrhythmias: diagnosis and treatment.  In <u>Heart Disease.  A Textbook of Cardiovascular Medicine</u>.  Seventh Edition. Edited by Zipes DP, Libby P, Bonow RO, Braunwald E. Elsevier.  2005.  Pages 803-863

R444 Calkins H, Zipes DP Hypotension and syncope.  In <u>Heart Disease.  A Textbook of Cardiovascular Medicine</u>.  Seventh Edition. Edited by Zipes DP, Libby P, Bonow RO, Braunwald E. Elsevier. 2005.  Pages 909-919

R445 Schwartz JB, Zipes DP Cardiovascular disease in the elderly.  In <u>Heart Disease.  A Textbook of Cardiovascular Medicine</u>.  Seventh Edition. Edited by Zipes DP, Libby P, Bonow RO, Braunwald E. Elsevier.  2005.  Pages 1925-1949

R446 Groh WJ, Zipes DP  Neurological disorders and cardiovascular disease.  In <u>Heart Disease.  A Textbook of Cardiovascular Medicine</u>.  Seventh Edition. Edited by Zipes DP, Libby P, Bonow RO, Braunwald E. Elsevier.  2005.  Pages 2145-2160

R447  Rubart M, Zipes DP  Mechanisms of  sudden death.  J Clinical Investigation.  2005; 115: 1-11.

R448  Yadav A, Das M, Zipes DP  Selection of patients for ICDs:  Where are we in 2005?  American College of Cardiology Current Journal Review.  ACC Current Journal Review 14:33-37, 2005

R449.  Zipes, DP  Epidemiology and mechanisms of sudden cardiac death.  Canadian Heart Journal May 21, 2005 Suppl A: 37-40

R450  Maron B, Zipes DP Co-chairs 36th Bethesda Conference:  Eligibility recommendations for competitive athletes with cardiovascular abnormalities.  J Amer Coll Cardiol 2005; 45:1313-1375

R451 Maron B, Zipes DP Introduction:  Eligibility recommendations for competitive athletes with cardiovascular abnormalities—general considerations.  J Amer Coll Cardiol 2005; 45:1318-1321

R452  Zipes DP, Ackerman MJ, Estes AM III, Grant AO, Myerburg RJ, Van Hare G Task Force 7: Arrhythmias. .  J Amer Coll Cardiol 2005; 45:1354-1363

R454  Mitten MJ, Maron B, Zipes DP Task Force 12:  Legal aspects of the 36th Bethesda conference recommendations. .  J Amer Coll Cardiol 2005; 45:1373-1375

R455 Rubart M, Zipes DP Genes and cardiac repolarization.  The challenge ahead. Circulation 2005; 112:1242-1244

R456 Janse MJ, Zipes DP. Arrhythmogenic mechanisms.  In Priori SG, Zipes DP.  Sudden cardiac
death.  A handbook for clinical practice.  Blackwell Publishing. Massachusetts, United
Kingdom, Australia. 2006.  pp 33-46.

R457  Issa Z, Zipes DP Antiarrhythmic effects of targeted cardiac neuromodulation:  Is it time for
clinical application?  Heart Rhythm 2:1363-1364, 2005

R458 Zipes DP, Rubart M Neural modulation of cardiac arrhythmias and sudden death. Heart
Rhythm 2006; 3:108-113

R459  Zipes DP, Camm AJ, et al.  ACC/AHA/ESC 2006 Guidelines for Management of Patients With
Ventricular Arrhythmias and the Prevention of Sudden Cardiac Death-Executive Summary A
Report of the American College of Cardiology/American Heart Association Task Force and
the European Society of Cardiology Committee for Practice Guidelines (Writing Committee
to Develop Guidelines for Management of Patients With Ventricular Arrhythmias and the
Prevention of Sudden Cardiac Death).  J Am Coll Cardiol. 2006 Sep 5;48(5):1064-1108. e247-
346; Circulation. 2006 ;114:1088-1132. Epub 2006 Aug 21; Eur Heart J. 2006; 27:2099-140

R460 Lopshire JC, Zipes DP Sudden cardiac death: better understanding of risks, mechanisms, and
treatment.  Circulation. 2006 ;114:1134-6

R461. Carlson MD,. Wilkoff BL, Maisel WH Ellenbogen KA, Saxon LA, Prystowsky EN, Alpert JS, Cain
ME, Ching EA, Curtis AB, Davies DW, Hammill SC,  Hauser RG, Lampert R, Zipes DP
Recommendations from the Heart Rhythm Society Task Force on Device Performance
Policies and Guidelines Endorsed by the American College of Cardiology Foundation (ACCF)
and the American Heart Association (AHA) and the International Coalition of Pacing and
Electrophysiology Organizations (COPE).  Heart Rhythm 2006; 3:1250-1273

R462.  Zipes, DP Current considerations in atrial fibrillation.  US Cardiovascular Disease. 2007; 1: 23-
24

R463 Rubart M, Zipes DP Genesis of cardiac arrhythmias: electrophysiological considerations. In
Heart Disease.  A Textbook of Cardiovascular Medicine.  Eighth Edition. Edited by Zipes DP,
Libby P, Bonow RO, Braunwald E.  Elsevier.  2008

R464 Miller JM, Zipes DP Diagnosis of cardiac arrhythmias.  In Heart Disease.  A Textbook of
Cardiovascular Medicine.  Eighth Edition. Edited by Zipes DP, Libby P, Bonow RO, Braunwald
E. Elsevier.  2008

R465 Miller JM, Zipes DP Therapy of cardiac arrhythmias.  In Heart Disease.  A Textbook of
Cardiovascular Medicine.  Eighth Edition. Edited by Zipes DP, Libby P, Bonow RO, Braunwald
E.  Elsevier.  2008

R466 Hayes DL, Zipes DP Cardiac pacemakers and cardioverter-defibrillators.  In Heart Disease.  A
Textbook of Cardiovascular Medicine.  Eighth Edition. Edited by Zipes DP, Libby P, Bonow
RO, Braunwald E.  Elsevier.  2008

R467 Olgin JE, Zipes DP Specific arrhythmias: diagnosis and treatment.  In Heart Disease.  A Textbook
of Cardiovascular Medicine.  Eighth Edition. Edited by Zipes DP, Libby P, Bonow RO,
Braunwald E.  Elsevier.  2008

R468 Calkins H, Zipes DP Hypotension and syncope.  In <u>Heart Disease.  A Textbook of Cardiovascular Medicine</u>.  Eighth Edition. Edited by Zipes DP, Libby P, Bonow RO, Braunwald E.  Elsevier. 2008

R469 Schwartz JB, Zipes DP Cardiovascular disease in the elderly.  In <u>Heart Disease.  A Textbook of Cardiovascular Medicine</u>.  Eighth Edition. Edited by Zipes DP, Libby P, Bonow RO, Braunwald E.  Elsevier.  2008

R470 Groh WJ, Zipes DP Neurological disorders and cardiovascular disease.  In <u>Heart Disease.  A Textbook of Cardiovascular Medicine</u>.  Eighth Edition. Edited by Zipes DP, Libby P, Bonow RO, Braunwald E.  Elsevier.  2008

R471 Das MK, Yadav AV, Zipes DP Atrial fibrillation: Future directions. In Atrial Fibrillation. From Bench to Bedside. Edited by Natale A, Jalife J. Humana Press 2008; p. 429-433

R472 Zipes DP Heart-brain interactions in cardiac arrhythmias: role of the autonomic nervous system.  Cleveland Clinic Journal of Medicine Supplement 2, vol 75, pp S94-S96, March 2008.

R473 Morita H, Wu J, Zipes DP.  The QT Syndromes:  Long and Short.  Lancet 2008; 372: 750-763

R474 Das MK, Zipes DP Wolff-Parkinson-White Syndrome.  BMJ Point of Care.

R475 Maron BJ, Zipes DP It is not prudent to allow all athletes with implantable cardioverter defibrillators to participate in all sports.  Heart Rhythm 2008; 5:864-866

R476 <u>American Heart Association/american College of Cardiology Foundation/heart Rhythm Society scientific statement on noninvasive risk stratification techniques for identifying patients at risk for sudden cardiac death: a scientific statement from the American Heart Association Council on Clinical Cardiology Committee on Electrocardiography and Arrhythmias and Council on Epidemiology and Prevention.</u>
Goldberger JJ, Cain ME, Hohnloser SH, Kadish AH, Knight BP, Lauer MS, Maron BJ, Page RL, Passman RS, Siscovick D, Stevenson WG, Zipes DP; American Heart Association Council on Clinical Cardiology; American Heart Association Council on Epidemiology and Prevention; American College of Cardiology Foundation; Heart Rhythm Society.  Heart Rhythm. 2008 Oct;5(10):e1-21; Circulation. 2008 Sep 30;118(14):1497-1518; J Am Coll Cardiol. 2008 Sep 30;52(14):1179-99

R477 Camm AJ, Zipes DP Ventricular arrhythmias and sudden cardiac death.  In The AHA Guidelines and Scientific Statements Book. Ed Fuster V Wiley Blackwell 2009. pp 270-292

R478. Das MK, Zipes DP Fragmented QRS: A predictor of mortality and sudden cardiac death Heart Rhythm 2009; 6:s8-s14

R479. Morita H, Zipes DP, Wu J Brugada syndrome: Insights of ST elevation, arrhythmogenicity, and risk stratification from experimental observations. Heart Rhythm 2009; 6: S34-S43

R480. A statement on ethics from the HEART Group Ector H, Lancellotti P, Roberts WC, Wenger NK, Moss AJ, Smith ER, Borer JS, Eagle KA, Freedman J, Krum H, Lang C, Remme WJ, Piper HM, White CJ, Loscalzo J, Marbán E, Sobel BE, Roberts R, Rahimtoola SH, Camm AJ, Van de Werf F, Swedberg K, Timmis AD, Stone KS, Zipes DP, Iosselani DG, Taylor AJ, Rosen MR, Grines CL,

DeMaria AN, Narula J, King SB 3rd, Wagner GS, Saksena S, Pearlman AS, Bodnar E, Emery RW, Cohn LH, van der Wall EE, Abdulla RI, Lesch M, Alfonso F, Ekroth R.  JACC Cardiovasc Imaging. 2008 May;1(3):410-2.

R481  Das MK, Zipes DP Antiarrhythmic and nonantiarrhythmic drugs for sudden cardiac death prevention J Cardiovasc Pharmacol 55:438-439, 2010

R482.  Morita H, Zipes DP, Wu J Brugada syndrome: insights of ST elevation, arrhythmogenicity, and risk stratification from experimental observations.  Heart Rhythm 2009; 6(suppl): S34-43

R483. Das MK, Zipes DP Fragmented QRS: a predictor of mortality and sudden cardiac death.  Heart Rhythm 2009; 6(suppl): S8-14

R484.  Al-Khatib SM, Sanders GD, Carlson M, Cicic A, Curtis A, Fonarow GC, Groeneveld PW, Hayes D, Heidenreich P, Mark D, Peterson E, Prystowsky EN, Sager P, Salive ME, Thomas K, Yancy CW, Zareba W, Zipes D. Preventing tomorrow's sudden cardiac death today: dissemination of effective therapies for sudden cardiac death prevention.  Am Heart J 2008;156:213-222

R485. Pelliccia A, Zipes DP, Maron BJ. Bethesda Conference #36 and the European Society of Cardiology Consensus Recommendations revisited a comparison of U.S. and European criteria for eligibility and disqualification of competitive athletes with cardiovascular abnormalities. J Am Coll Cardiol. 2008 Dec 9;52(24):1990-6

R486 Morady F, Zipes DP Atrial fibrillation. In Heart Disease. A textbook of cardiovascular medicine. Ed Bonow RO, Mann DL, Zipes DP, Libby P. Elsevier 2012.  p825-837; Guidelines p838-844

R487 Calkins H, Zipes DP Hypotension and syncope. In Heart Disease. A textbook of cardiovascular medicine. Ed Bonow RO, Mann DL, Zipes DP, Libby P. Elsevier 2012. P885-896

R488. Olgin J, Zipes DP Specific arrhythmias. Diagnosis and treatment. In Heart Disease. A textbook of cardiovascular medicine. Ed Bonow RO, Mann DL, Zipes DP, Libby P. Elsevier 2012. P771-824

R489. Miller JM, Zipes DP Therapy for cardiac arrhythmias.  In Heart Disease. A textbook of cardiovascular medicine. Ed Bonow RO, Mann DL, Zipes DP, Libby P. Elsevier 2012. P710-744

R490. Miller JM, Zipes DP. Diagnosis of cardiac arrhythmias.  In Heart Disease. A textbook of cardiovascular medicine. Ed Bonow RO, Mann DL, Zipes DP, Libby P. Elsevier 2012. P687-701; Ambulatory electrocardiographic and electrophysiologic guidelines p. 688-702-709

R491. Rubart M, Zipes DP Genesis of cardiac arrhythmias.  In Heart Disease. A textbook of cardiovascular medicine. Ed Bonow RO, Mann DL, Zipes DP, Libby P. Elsevier 2012. P653-686

R492. Groh WJ, Zipes DP Neurologic disorders and cardiovascular disease.  In Heart Disease. A textbook of cardiovascular medicine. Ed Bonow RO, Mann DL, Zipes DP, Libby P. Elsevier 2012.  P1916-1933

R493 Schwartz JB, Zipes DP Cardiovascular disease in the elderly. In Heart Disease. A textbook of cardiovascular medicine. Ed Bonow RO, Mann DL, Zipes DP, Libby P. Elsevier 2012.  P1727-1756

R494. Swerdlow CD, Hayes DL, Zipes DP. Pacemakers and implantable cardioverter-defibrillators. In Heart Disease. A textbook of cardiovascular medicine. Ed Bonow RO, Mann DL, Zipes DP, Libby P. Elsevier 2012.   P745-764; guidelines 765-770

R495. Ackerman MJ, Priori SG, Willems S, Berul C, Brugada R, Calkins H, Camm AJ, Ellinor PT, Gollob M, Hamilton R, Hershberger RE, Judge DP, Le Marec H, McKenna WJ, Schulze-Bahr E, Semsarian C, Towbin JA, Watkins H, Wilde A, Wolpert C, Zipes DP. HRS/EHRA expert consensus statement on the state of genetic testing for the channelopathies and cardiomyopathies this document was developed as a partnership between the Heart Rhythm Society (HRS) and the European Heart Rhythm Association (EHRA).  Heart Rhythm. 2011 Aug;8(8):1308-39. No abstract available. PMID:21787999

R496 Goldberger JJ, Buxton AE, Cain M, Costantini O, Exner DV, Knight BP, Lloyd-Jones D, Kadish AH, Lee B, Moss A, Myerburg R, Olgin J, Passman R, Rosenbaum D, Stevenson W, Zareba W, Zipes DP.  Risk stratification for arrhythmic sudden cardiac death: identifying the roadblocks. Circulation. 2011 May 31;123(21):2423-30. Review.

R497. Zipes DP.  State of the journal 2011. Heart Rhythm. 2011 Jan;8(1):1.  PMID:21186009

R498.  Zipes DP.  State of the journal 2012.  Jan 2012.

R499.  Zipes DP  Cause for concern.  Heart Rhythm Heart Rhythm. 2012 Jun;9(6):849. doi: 10.1016/j.hrthm.2012.04.014. Epub 2012 Apr 20. No abstract available. PMID:22521930

R500  Vatta M, Zipes DP Biological pacemakers: are we at the dawn of a new treatment era? J Am Coll Cardiol. 2013 Mar 19;61(11):1202-3. doi: 10.1016/j.jacc.2012.11.063. Epub 2013 Feb 6. No abstract available. PMID:23395073 [PubMed - in process]

R501 Zipes DP Response to letters regarding the article, "Sudden Cardiac Arrest and Death Following Application of Shocks from a TASER Electronic Control Device" Circulation 2013; 127:e261-e262

R502 Zipes DP Ten Years HeartRhythm 2013 Mar 28. doi:pii: S1547-5271(13)00318-4. 10.1016/j.hrthm.2013.03.043. [Epub ahead of print] No abstract available. PMID:23542358 [PubMed - as supplied by publisher]

503. Lopshire JC, Zipes DP. Device therapy to modulate the autonomic nervous system to treat heart failure.Curr Cardiol Rep. 2012 Oct;14(5):593-600. doi: 10.1007/s11886-012-0292-8. Review.PMID:22833301[PubMed - indexed for MEDLINE.

## ABSTRACTS

A1.   Zipes DP, Cobb FR, Wallace AG:  Differential effects of propranolol on antegrade and retrograde conduction and refractoriness of the A-V node.  Circulation 37-38 (suppl.6):212, 1968.

A2.   Knope RF, Zipes DP, Mendez C, Moe GK:  In vivo false tendon stimulation.  Circulation 43&44(suppl.II):73, 1971.

A3.   Zipes DP, Mendez C, Moe GK:  Summation and voltage dependency in rabbit AV nodal fibers.  Am J Cardiol.  29:299, 1972.

A4.   Zipes DP, DeJoseph RL:  Dissimilar atrial rhythms in man and dog.  Circulation.  45&46(suppl.II):89, 1972.

A5.   Mihalick MJ, Zipes DP, Fisch C:  Sinoventricular conduction:  further observations in the hyperkalemic dog.  Clin Res.  21(3):438, 1973.

A6.   Zipes DP, Mihalick MJ, Robbins GT:  Selective vagal and stellate stimulation.  Clin Res.  21(3):462, 1973.

A7.   Zipes DP, Fischer JC, Nicoll A deB:  Effect of slow channel inhibiting agents on sinus node automaticity and AV conduction.  Circulation.47&48(suppl.IV):21, 1973.

A8.   Fischer JC, Zipes DP, King RM, Jolly WW, Nicoll AD:  Studies on ventricular defibrillation.  Am J Cardiol.  33:136, 1974.

A9.   King RM, Zipes DP, Nicoll A deB, Linderman J:  Suppression of ouabain-induced ventricular ectopy with verapamil and reversal with calcium.  Am J Cardiol.  33:148, 1974.

A10.  Kim YI, Noble RJ, Zipes DP, Fisch C:  The dissociation of the inotropic effects of digitalis from its effects on atrioventricular conduction(AVC).  Am J Cardiol.  33:148, 1974.

A11.  Lowe DK, Zipes DP, King RM, Nicoll A deB, Jolly WW:  Influence of cavity blood PO2 on AV node (AVN) and right bundle branch (RBB).  Circulation  49&50(suppl.III):189, 1974.

A12.  King  RM,  Zipes  DP, Nicoll A deB:  Effect of various antiarrhythmic agents on ouabain-induced accelerated escape rhythms.  Circulation 49&50(suppl.III):183, 1974.

A13.  Foster PR, Zipes DP, King RM, Nicoll AD, Fasola AF:  Suppression of ouabain-induced arrhythmias with aprindine HCl.  Clin Res.  22(4):595A,1974.

A14.  Lowe DK, Zipes DP, Jolly WW, King RM, Nicoll A deB:  Influence of cavity blood PO2 on refractory period of A-V node, right and left bundle branches.  Clin Res.  22(4):596A, 1974.

A15.  Zipes DP, Noble RJ, Carmichael RH, Rowe H, Fasola AF:  Relations between aprindine concentration  (APR)  heart  rate ischemia and ventricular fibrillation (VT) in dogs.  Am J Cardiol.  35(1):179, 1975.

A16.  Bonner AJ, Zipes DP:  Effects of lidocaine on concealed discharge from the bundle of His.  Clin Res.  23(3):173A, 1975.

A17.    Elharrar V, Foster PR, Zipes DP:  Effects of aprindine on cardiac tissues.  Clin Res. 23(3):180A, 1975.

A18.    Foster PR, Elharrar V, Zipes DP:  Accelerated ventricular escapes produced with barium and strontium. Clin Res. 23(3):183A, 1975.

A19.    Elharrar V, Foster PR, Jirak TL, Zipes DP:  Cardiac electrophysiologic changes induced by ischemia in dogs.  Circulation 51&52(suppl.II):177, 1975.

A20.    Fasola AF, Zipes DP, Noble RJ:  Treatment of drug refractory ventricular arrhythmias with aprindine.  Circulation 51&52(suppl.II):75, 1975.

A21.    Zipes DP, Jirak TL, Elharrar V, Foster PR:  External threshold following pacemaker.  Circulation 51&52(suppl.II):14, 1975.

A22.    Knope RF, Foster PR, Zipes DP, Moe GK:  Site of functional right bundle branch block in the intact dog heart.  Circulation 51&52(suppl.II):19, 1975.

A23.    Lathrop DA, Elharrar V, Foster PR, Bailey JC, Zipes DP:  Suppression of barium induced automaticity with manganese and verapamil.  Clin Res. 23(4):472A, 1975.

A24.    Elharrar V, Foster PR, Jirak TL, Zipes DP:  Cardiac electrophysiologic changes induced by ischemia in dogs.  Clin Res. 23(4):469A, 1975.

A25.    Elharrar V, Gaum WE, Zipes DP:  Effects of various drugs on arrhythmias during acute myocardial ischemia.  Am J Cardiol. 37:134, 1976.

A26.    Gaum WE, Elharrar V, Zipes DP:  Effect of aprindine on ventricular fibrillation thresholds.  Am J Cardiol. 37:138, 1976.

A27.    Zipes DP, Jirak TL, Foster PR, Elharrar V:  Application of a new threshold tracking pacemaker concept.  Vth International Symposium Cardiac Pacing. Tokyo, Japan.  March 14-18, 1976.

A28.    Zipes DP, Elharrar V, Gaum WE:  Comparison between effects of aprindine and quinidine  in canine ischemic myocardium.  Clin Res. 23(4):475A,1976.

A29.    Gaum WE, Elharrar V, Jirak TL, Zipes DP:  Influence of excitability on ventricular fibrillation thresholds.  Clin Res. 24(3):218A, 1976.

A30.    Jirak TL, Zipes DP, Elharrar V:  An external automatic threshold following pacemaker.  Digest of the 11th International Conference on Medical and Biological Engineering.  Ottawa 1976.

A31.    Genetos BC, Gaum WE, Glassman RD, Noble RJ, Fisch C, Zipes DP:  Atrial tachycardia without P waves masquerading as a junctional tachycardia(JT).  Circulation 53&54(suppl.II):49, 1976.

A32.    Gaum WE, Lambert M, Peskoe SM, Wann SL, Noble RJ, Fasola AF, Elharrar V, Zipes DP:  Treatment of refractory supraventricular tachycardia (SVT) with aprindine.  Circulation 53&54(suppl.II):18, 1976.

A33.    Elharrar V, Bailey JC, Lathrop DA, Zipes DP:  Effects of aprindine Hcl on slow channel action potentials and transient depolarizations in canine Purkinje fibers.  Fed Proc. 36:416, 1977.

A34.   Zipes DP, Elharrar V, Watanabe AW, Gaum WE, Besch HR:  Induction of ventricular fibrillation in probucol-treated dogs.  Clin Res.  25:459A, 1977.

A35.   Ruffy R, Rosenshtraukh LV, Elharrar V, Zipes DP:  Cardiac electrophysiologic properties of ethmozine.  Clin Res.  25:557A, 1977.

A36.   Troup PJ, Foster PR, Noble RJ, Zipes DP:  Aprindine for resistant ventricular arrhythmias in mitral valve prolapse.  Clin Res.  25:558A,1977.

A37.   Foster PR, Troup PJ, Nobel RJ, Zipes DP:  Ventricular tachycardia/ventricular fibrillation in a young population.  Circulation 55&56(suppl.III):156, 1977.

A38.   Ruffy R, Lovelace DE, Knoebel SB, Elharrar V, Zipes DP:  Relationship between left ventricular electrogram and regional blood flow in acute myocardial ischemia with and without stellate stimulation.  Circulation  55&56(suppl.III):137, 1977.

A39.   Troup PJ, Zipes DP:  Verapamil therapy in patients with supraventricular tachyarrhythmia.  Am J Cardiol.  41:442, 1978.

A40.   Gilmour RF, Jr., Zipes DP:  Effects of ethanol on electrogram changes following acute coronary occlusion in dogs.  Fed Proc.  37:655, 1978.

A4l.   Ruffy  R,  Lovelace  DE,  Zipes DP:  Study of vagal and sympathetic influence  on conduction canine ventricular myocardium following coronary artery occlusion.  Clin Res. 26:267A, 1978.

A42.   Troup PJ, Pedersen DH, Zipes DP:  Effects of premature ventricular stimulation in patients with ventricular tachycardia.  Circulation57&58(suppl.II):154, 1978.

A43.   Troup PJ, Zipes DP:  Amiodarone in patients with drug resistant ventricular tachyarrhythmias.  Clin Res.  26:655A, 1978.

A44.   Troup PJ, Pedersen DH, Zipes DP:  Effects of premature ventricular stimulation in patients with ventricular tachycardia.  Clin Res.  26:655A, 1978.

A45.   Pedersen DH, Troup PJ, Zipes DP:  Prognostic significance of repetitive ventricular response using programmed ventricular pacing.  Clin Res.  26:652A, 1978.

A46.   Gilmour  RF,  Jr.,  Zipes  DP:   Electrophysiologic properties of epinephrine-induced necrotic myocardium.  Clin Res.  26:697A, 1978.

A47.   Rinkenberger RL, Troup PJ, Pedersen DH, Heger JJ, Phillips JF, Zipes DP:  Electrophysiologic studies in patients with ventricular tachycardia.  Clin Res.  26:652A, 1978.

A48.   Gilmour  RF,  Jr.,  Zipes  DP:   Electrophysiologic properties of epinephrine-induced necrotic myocardium.  Am J Cardiol.  43:350, 1979.

A49.   Glassman RD, Zipes DP:  Site of functional right bundle branch block in the intact canine heart.  Am J Cardiol  43:374, 1979.

A50.   Martins JB, Zipes DP: Vagal nerve stimulation prolongs refractory period of epicardium and endocardium in the canine left ventricle. Am J Cardiol. 43:373, 1979.

A51.   Nattel S, Pedersen DH, Zipes DP: Regional myocardial aprindine concentration and effects on arrhythmia after coronary occlusion. Am J Cardiol. 43:358, 1979.

A52.   Elharrar V, Zipes DP: Temperature dependence of the electrical activity of canine cardiac Purkinje fibers. Fed Proc. 38(3):881, 1979.

A53.   Gilmour RF, Jr., Zipes DP: Transmembrane electrophysiologic properties of vascularized hamster cardiac allographs. Fed Proc. 38(3):1117, l979.

A54.   Heger JJ, Nattel S, Rinkenberger RL, Zipes DP: Treatment of drug resistant ventricular arrhythmias with mexiletine. Clin Res. 27:174A,1979.

A55.   Elharrar V, Zipes DP: Two mechanisms of spontaneous activity in cardiac Purkinje fibers. Clin Res. 27:163A, 1979.

A56.   Nattel S, Heger JJ, Rinkenberger RL, Zipes DP: The pharmacokinetics of mexiletine in patients with refractory ventricular arrhythmias. Clin Res. 27:445A, 1979.

A57.   Nattel S, Zipes DP, Rinkenberger RL, Forney BB, Lehman LL: Therapeutic blood lidocaine concentrations after local anesthesia for cardiac electrophysiologic studies. Clin Res. 27:190A, 1979.

A58.   Martins JB, Zipes DP: Sympathetic nerves affect endocardial and epicardial refractory periods equivalently in the canine left ventricle. Clin Res. 27:186A, 1979.

A59.   Zipes DP, King R, Duffin EG, Jr.: Use of a new antiarrhythmic physiologic pacemaker in a patient with debilitating atrial tachyarrhythmia. Vth World Symposium on Cardiac Pacing. PACE 2(5):A80,1979.

A60.   Martins JB, Zipes DP: Sympathetic nerves coursing in epicardium control refractoriness of epicardium and endocardium in the canine left ventricle. Clin Res. 27(4):618A, 1979.

A61.   Martins JB, Mueller TM, Zipes DP: Effects of sympathetic denervation on excitability, conduction and blood flow in acutely ischemic myocardium. Clin Res. 27(4):617A, l979.

A62.   Gilmour RF, Jr., Zipes DP: Different sensitivity of canine endocardium and epicardium to hypoxia, hyperkalemia and acidosis. The Physiologist. 22(4):44, 1979.

A63.   Gilmour RF Jr., Morrical DG, Zipes DP: Response of vascularized hamster cardiac allographs to ischemia. Circulation. 59&60(suppl.II):3, 1979.

A64.   Gilmour RF Jr., Chikharev V, Jurevichus J, Zacharov S, Zipes DP, Rosenshtraukh LV: Effects of aprindine on transmembrane current and contractile force in frog atria. Circulation 59&60(suppl.II):209,1979.

A65.   Heger JJ, Nattel S, Rinkenberger RL, Zipes DP: Encainide therapy in patients with drug resistant ventricular tachycardia. Circulation 59&60(suppl.II):185, 1979.

A66.    Heger JJ, Rinkenberger RL, Nattel S, Jackman WM, Prystowsky EN, Zipes DP: Encainide therapy
in patients with drug resistant ventricular tachycardia.  Clin Res.  22(4):614A, 1979.

A67.    Martins JB, Mueller TM, Zipes DP:  Regional sympathetic denervation exacerbates excitability
and conduction changes in acutely ischemic myocardium of the dog.  Circulation
59&60(suppl.II):209, 1979.

A68.    Martins JB, Zipes DP:  Sympathetic nerves coursing in epicardium control refractoriness of
epicardium and endocardium in the canine left ventricle.  Circulation.  59&60(suppl.II):158,
1979.

A69.    Nattel S, Zipes DP, Elharrar V:  Electrophysiologic effects of quinidine and extracellular pH on
canine Purkinje fibers.  Clin Res.  27(4):618A, 1979.

A70.    Rinkenberger RL, Prystowsky EN, Jackman WM, Heger JJ, Zipes DP:  Premature ventricular
stimulation during sinus rhythm or atrial pacing has low sensitivity in identifying patients with
recurrent ventricular tachycardia or ventricular fibrillation.  Clin Res.  27(4):619A, 1979.

A71.    Prystowsky EN, Rinkenberger RL, Jackman WM, Heger JJ, Zipes DP:  Evidence supporting a direct
cholinergic effect on ventricular muscle refractory period in man.  Am J Cardiol.  45(2):473, 1980.

A72.    Nattel S, Elharrar V, Zipes DP, Bailey JC:  pH dependent cardiac electrophysiologic effects of
lidocaine and quinidine.  Clin Res.  28:198A, 1980.

A73.    Gilmour RF, Jr., Williams ES, Farmer B, Zipes DP:  Effects of atractyloside and carnitine on canine
cardiac electrical activity.  Clin Res.  28:173A, l980.

A74.    Pressler ML, Zipes DP, Elharrar V:  Cable properties and excitability during diastolic
depolarization in canine Purkinje fibers.  Fed Proc.  39:967, 1980.

A75.    Martins JB, Mueller TM, Zipes DP:  Regional sympathetic denervation exacerbates excitability
and conduction changes in acutely ischemic myocardium of the dog.  PACE 3:392, 1980.

A76.    Jackman WM, Prystowsky EN, Rinkenberger RL, Naccarelli GV, Heger JJ, Zipes DP:  Oral encainide
increases refractoriness of ventricular atrium and accessory pathway.  Circulation
62(suppl.III):11, 1980.

A77.    Martins JB, Zipes DP:  Vagal stimulation prolongs duration of repolarization in the left ventricle
but not the anterior right ventricle of the dog.  Circulation  62(suppl.III):175, 1980.

A78.    Mueller TM, Lovelace DE, Sonel A, Knoebel SB, Zipes DP:  Heterogeneous restoration of flow and
activation during reperfusion.  Circulation  62(suppl.III):197, 1980.

A79.    Nattel S, Elharrar V, Zipes DP, Bailey JC:  pH dependent effects of lidocaine and quinidine on
Vmax.  Circulation  63(suppl.III):140, 1980.

A80.    Heger JJ, Prystowsky EN, Rinkenberger RL, Jackman WM, Naccarelli GV, Zipes DP:  Amiodarone-
clinical and electrophysiologic effects during long-term therapy in patients with recurrent
ventricular tachycardia.  Circulation.  62(suppl.III):29, 1980.

A81.   Heger JJ, Prystowsky EN, Jackman WM, Naccarelli GV, Zipes DP: Repetitive ventricular tachycardia. Clinical and electrophysiological characteristics. Circulation 62(suppl.III):321, 1980.

A82.   Gilmour RF, Jr., Zipes DP: Role of glycolysis in maintenance of electrical and contractile activity of canine Purkinje fibers. Circulation 62(suppl.III):136, 1980.

A83.   Heger JJ, Prystowsky EN, Jackman WM, Naccarelli GV, Zipes DP: Comparison between continuous electrocardiographical recording and electrophysiologic study in detection of ventricular tachycardia. Clin Res. 28:710A, 1980.

A84.   Mueller TM, Lovelace DE, Sonel A, Knoebel SB, Zipes DP: Heterogeneous restoration of flow and activation during reperfusion. Clin Res. 28:714A, 1980.

A85.   Naccarelli GV, Prystowsky EN, Jackman WM, Heger JJ, Zipes DP: Role of electrophysiologic testing in patients with ventricular tachycardia but without coronary artery disease. Clin Res. 28:714A, 1980.

A86.   Jackman WM, Prystowsky EN, Naccarelli GV, Heger JJ, Zipes DP: Enhanced AV nodal conduction: prevalence and anatomic substrate. Clin Res. 28:711A, 1980.

A87.   Jackman WM, Prystowsky EN, Rinkenberger RL, Naccarelli GV, Heger JJ, Zipes DP: Oral encainide increases refractoriness of ventricle, atrium and accessory pathway. Clin Res. 28:711A, 1980.

A88.   Prystowsky EN, Naccarelli GV, Jackman WM, Rinkenberger RL, Heger JJ, Zipes DP: Enhanced vagal tone produced by neck collar suction shortens atrial refractoriness in man. Clin Res. 28:757A, 1980.

A89.   Prystowsky EN, Jackman WM, Naccarelli GV, Heger JJ, Zipes DP: "Post-vagal" tachycardia occurs in man and does not require beta-adrenergic stimulation. Clin Res. 28:757A, 1980.

A90.   Martins JB, Zipes DP: Vagal stimulation prolongs duration of repolarization in the left ventricle but not the anterior right ventricle of the dog. Clin Res. 28:713A, l980.

A91.   Naccarelli GV, Prystowsky EN, Jackman WM, Rinkenberger RL, Heger JJ, Zipes DP: Significance of repetitive ventricular responses induced by atrial and ventricular pacing in patients with and without ventricular tachycardia. Am J Cardiol. 47:448, 1981.

A92.   Prystowsky EN, Naccarelli GV, Jackman WM, Rinkenberger RL, Heger JJ, Zipes DP: Enhanced vagal tone shortens atrial refractoriness and facilitates induction of repetitive atrial responses in man. Am J Cardiol 47:496, 1981

A93.   Coe JD, Hieb BR, Zipes DP, Ruffy R: Left ventricular regional blood flow in two stage coronary artery occlusion in the dog. Clin Res. .29:181A, 1981.

A94.   Gilmour RF, Jr., Zipes DP: Electrophysiological response of vascularized hamster cardiac transplants to ischemia. Am J Cardiol. 47:1383, 1981. First Place, Young Investigator Award, American College of Cardiology, 1981.

A95.   Barber MJ, Gilmour RF, Jr., Mueller TM, Zipes DP: Electrophysiological effects of probucol on monkey ventricle. Circulation 64(suppl.IV):123, 1981.

A96.    Gilmour RF, Jr., Maesaka JF, Morrical DG, Zipes DP:  Tetrodotoxin exacerbates ischemia-induced electrogram changes in the dog.  Circulation 64(suppl.IV):126, 1981.

A97.    Jackman WM, Zipes DP:  Transvenous, low energy cardioversion of ventricular tachycardia in a canine  model of subacute myocardial infarction.  Circulation 64(suppl.IV):171, 1981.

A98.    Heethaar RM, Robles de Medina EO, Meijler FL, Prystowsky EN, Zipes DP, Fisch C:  Response of AV nodal conduction to rate changes in rat, dog and man.  Circulation 64(suppl.IV):171, 1981.

A99.    Prystowsky EN, Jackman WM, Naccarelli GV, Rahilly GT, Jr., Heger JJ, Zipes DP:  Analysis of the effects of autonomic blockade "post-vagal" tachycardia in man.  Circulation 64(suppl.IV):239, 1981.

A100.   Elharrar V, Zipes DP:  Electrophysiologic effects of encainide and two metabolites.  Circulation 64(supplIV):272, 1981.

A101.   Gilmour  RF,  Jr.,  Maesaka JF, Morrical DG, Zipes DP:  Tetrodotoxin exacerbates ischemia-induced electrogram changes in the dog.  Clin Res.  29:750A, 1981.

A102.   Prystowsky EN, Klein GJ, Naccarelli GV, Ko PT, Gulamhusein S, Heger JJ, Zipes DP:  Electrophysiologic study in patients with syncope and normal resting electrocardiograms.  Clin Res.  29:697A, 1981.

A103.   Barber MJ, Mueller TM, Zipes DP:  Evidence that transmural infarct ablates electrophysiologic responses to sympathetic nerve stimulation outside the infarct.  Clin Res.  29:749A, 1981.

A104.   Prystowsky EN, Naccarelli GV, Rahilly GT, Jr., Heger JJ, Zipes DP:  Ventricular tachycardia-induced at the right ventricular outflow tract but not at the apex:  electrophysiologic and anatomic correlates.  Clin Res.  29:698A, 1981.

A105.   Prystowsky EN, Rahilly GT, Jr., Naccarelli GV, Jackman WM, Heger JJ, Zipes DP:  Effect of autonomic blockade in patients with normal and abnormal atrioventricular nodal function.  Clin Res.  29:698A, 1981.

A106.   Jackman WM, Zipes DP:  Transvenous low energy cardioversion of ventricular tachycardia in a canine model of subacute myocardial infarction.  Clin Res.  29:694A, 1981.

A107.   Heger JJ, Prystowsky EN, Naccarelli GV, Rahilly GT, Jr., Jackman WM, Zipes DP:  Comparison of encainide and aprindine in patients with ventricular tachycardia.  Clin Res.  29:694A, 1981.

A108.   Naccarelli GV, Zipes DP, Rahilly GT, Jr., Jackman WM, Heger JJ, Prystowsky EN:  Termination and acceleration of ventricular tachycardia with various pacing modalities:  effect of tachycardia cycle length and drugs.  Clin Res.  29:696A, 1981.

A109.   Barber MJ, Mueller TM, Zipes DP:  Evidence that transmural infarct ablates electrophysiologic responses to sympathetic nerve stimulation outside the infarct.  The Physiologist 24(4):62, 1981.

A110.   Barber MJ, Mueller TM, Phillips JF, Zipes DP:  Chronic transmural infarction prevents refractory period shortening by sympathetic nerve stimulation in noninfarcted areas apical to infarct.  Am J Cardiol.49:899,1982.

A111.    Zipes DP, Jackman WM, Heger JJ, Browne KF, Chilson DA, Naccarelli GV, Jr., Prystowsky EN, Zipes DP: Transvenous cardioversion of ventricular tachycardia and termination of ventricular fibrillation in man. Am J Cardiol. 49:1022, l982.

A112.    Rahilly GT, Zipes DP, Naccarelli GV, Jackman WM, Heger JJ, Prystowsky EN: Autonomic blockade in patients with normal and abnormal atrioventricular nodal function. Am J Cardiol. 49:898, 1982.

A113.    Prystowsky EN, Naccarelli GV, Chilson DA, Browne KF, Heger JJ, Zipes DP: Influence of the drive train site and local catecholamine release on right ventricular apical refractoriness in man. Am J Cardiol. 49:958, 1982.

A114.    Prystowsky EN, Naccarelli GV, Rahilly GT, Jr., Heger JJ, Zipes DP: Electrophysiologic and anatomic characteristics associated with ventricular tachycardia induced at the right ventricular outflow tract but not at the apex. Am J Cardiol 49:959, l982.

A115.    Barber MJ, Mueller TM, Davies B, Zipes DP: Effect of probucol on left ventricular myocardial blood flow during sympathetic nerve stimulation and maximal coronary vaso dilation. Am J Cardiol. 49:914, 1982.

A116.    Browne KF, Zipes DP, Heger JJ, Prystowsky EN: The influence of the autonomic nervous system on QT interval. Am J Cardiol. 49:898, 1982.

A117.    Yee R, Zipes DP, Kallok S, Gulamhusein S, Klein GJ: Cardioversion and defibrillation using an intravascular catheter in an intensive care setting. Am J Cardiol. 49:1022, 1982.

A118.    Barber MJ, Mueller TM, Zipes DP: Transmural myocardial infarction produces sympathectomy in noninfarcted myocardium apical to the infarct. Am J Cardiol. 49:888, 1982. First place Young Investigator Competition. American College of Cardiology, 1982.

A119.    Jackman WM, Zipes DP: Low energy synchronous cardioversion of ventricular tachycardia using a catheter electrode in a canine model of subacute myocardial infarction. PACE 5:891, 1982. First place Young Investigator Competition, North American Society of Pacing and Electrophysiology.

A120.    Gilmour RF, Jr., Zipes DP: Evidence for presynaptic and postsynaptic antagonism of the sympathetic neuroeffector junction by acetylcholine in canine cardiac Purkinje fibers. Fed Proc. 41:1605, 1982.

A121.    Gilmour RF, Jr., Prystowsky EN, Heger JJ, Zipes DP: Cellular electrophysiology of damaged human ventricle. Clin Res. 30:188A, 1982.

A122.    Takahashi N, Zipes DP: Pre- and post-synaptic modulation of adrenergic effects on canine sinus nodal automaticity and AV nodal conduction by vagal stimulation. Clin Res. 30:485A, 1982.

A123.    Mueller TM, Barber MJ, Davies BG, Zipes DP: Phenol topically applied to left ventricular epicardium interrupts sympathetic but not vagal afferents. Clin Res. 30:208A, 1982.

A124.   Barber MJ, Mueller TM, Davies BG, Zipes DP:  Epicardial mapping of canine cardiac sympathetic and vagal afferent denervation following transmural myocardial infarction. The Physiologist. 25:219, 1982.

A125.   Prystowsky EN, Heger JJ, Zipes DP:  Inhibition in human atrium and ventricle.  Circulation 66(suppl.II):79, 1982.

A126.   Browne KF, Prystowsky EN, Heger JJ, Lovelace DE, Chilson DA, Zipes DP:  Diurnal variation of QT interval in man.  Circulation 66(suppl.II):128, 1982.

A127.   Takahashi N, Zipes DP:  Phenol topically applied along the AV groove interrupts refractory period increase by vagal stimulation in the canine left ventricle.  Circulation 66(suppl.II):130, 1982.

A128.   Naccarelli GV, Fineberg N, Zipes DP, Heger JJ, Duncan G, Prystowsky EN:  Amiodarone, discriminate analysis successfully predicts clinical outcome in patients who have ventricular tachycardia induced by programmed stimulation  Circulation 66(suppl.II):223, 1982.

A129.   Heger JJ, Solow EB, Prystowsky EN, Zipes DP:  Serum and red cell levels of amiodarone and desethyl amiodarone.  Circulation 66(suppl.II):224, 1982.

A130.   Jackman WM, Prystowsky EN, Naccarelli GV, Fineberg NS, Rahilly GT, Jr., Heger JJ, Zipes DP:  Re-evaluation of "enhanced AV nodal conduction":  evidence to suggest a continuum of normal AV nodal physiology.  Circulation 66(suppl.II):269, 1982.

A131.   Prystowsky EN, Rinkenberger RL, Klein G, Heger JJ, Naccarelli GV, Zipes DP:  Encainide in Wolff-Parkinson-White syndrome:  electrophysiologic alterations of accessory pathways and clinical efficacy.  Circulation 66(suppl.II):270, 1982.

A132.   Mueller TM, Barber MJ, Davies BG, Zipes DP:  Transmural myocardial infarction produces afferent denervation in viable myocardium.  Circulation 66(suppl.II):333, 1982.

A133.   Gilmour RF, Jr., Zipes DP:  Elevated calcium induces electrophysiological uncoupling at the canine Purkinje fiber - papillary muscle junction. Clin Res. 30#4:759A, 1982.

A134.   Chilson DA, Prystowsky EN, Browne KF, Heger JJ, Zipes DP:  Wenckebach periodicity in man: phasic vagal stimuli to explain various patterns. Clin Res. 30#4:705A, 1982.

A135.   Chilson DA, Zipes DP, Heger JJ, Browne KF, Lloyd EA, Prystowsky EN: Functional bundle branch block in man: evidence of longer refractoriness of left than right bundle branch at faster heart rates. Clin Res. 30#4:705A, 1982.

A136.   Browne KF, Prystowsky EN, Heger JJ, Lovelace DE, Chilson DA, Zipes DP:  QT interval demonstrates diurnal variation in man. Clin Res. 30#4:705A, 1982.

A137.   Chilson DA, Zipes DP, Heger JJ, Browne KF, Lloyd EA, Prystowsky EN: Propafenone: clinical and electrophysiologic effects in patients with ventricular tachycardia. Clin Res. 30#4:706A, 1982.

A138.   Heger JJ, Solow EB, Prystowsky EN, Zipes DP: Amiodarone levels in serum and red cell hemolysate: correlation with clinical effects. Clin Res. 30#4:709A, 1982.

A139.   Heger JJ, Prystowsky EN, Browne KF, Chilson DA, Lloyd EA, Zipes DP: Cibenzoline treatment of patients with chronic ventricular arrhythmias. Clin Res. 30#4:709A, 1982.

A140.   Takahashi N, Zipes DP: Topical application of phenol along the AV groove interrupts refractory period increase by vagal stimulation in the canine left ventricle. Clin Res. 30#4:762A, 1982.

A141.   Naccarelli GV, Fineberg N, Zipes DP, Heger JJ, Duncan G, Prystowsky EN: Use of electrophysiologic testing in patients who have ventricular tachycardia induced during amiodarone therapy. Clin Res. 30#4:713A,1982.

A142.   Prystowsky EN, Chilson DA, Browne KF, Heger JJ, Zipes DP: Subthreshold stimuli can cause inhibition in human atrium and ventricle. Clin Res. 30#4:713A, 1982.

A143.   Prystowsky EN, Rinkenberger RL, Klein G, Heger JJ, Naccarelli GV, Zipes DP: Electrophysiologic effects and clinical results of encainide in patients with Wolff-Parkinson-white syndrome. Clin Res. 30#4:713A, l982.

A144.   Mueller TM, Barber MJ, Davies BG, Zipes DP: Transmural myocardial infarction produces sympathetic and vagal afferent denervation in viable myocardium. Clin Res. 30#4:712A, 1982.

A145.   Browne KF, Zipes DP, Heger JJ, Chilson DA, Lloyd EA, Prystowsky EN: Clinical efficacy and electrophysiologic effects of cibenzoline in patients with ventricular tachycardia. Clin. Res. 30#4:705A, 1982.

A146.   Chilson DA, Zipes DP, Heger JJ, Browne KF, Prystowsky EN: Functional bundle branch block in man: evidence of longer refractoriness of the left than right bundle branch at faster heart rates. J Am Coll Cardiol 1(2):693,1983.

A147.   Browne KF, Jr., Heger JJ, Zipes DP, Chilson DA, Prystowsky EN: Clinical and electrophysiologic effects of cibenzoline in patients with ventricular arrhythmias. J Am Coll Cardiol. 1(2):699, 1983.

A148.   Chilson DA, Peigh P, Mahomed Y, Zipes DP: Encircling endocardial ventriculotomy interrupts vagal-induced prolongation of endocardial and epicardial refractoriness in the dog. J Am Coll Cardiol. 1(2):715, 1983.

A149.   Evans JJ, Gilmour RF, Jr., Zipes DP: Electrophysiological uncoupling at the canine Purkinje-muscle junction produced by combined hyperkalemia, hypoxia and acidosis. J Am Coll Cardiol. 1(2):730, 1983.

A150.   Miles WM, Klein G, Zipes DP, Yee R, Prystowsky EN: The preexcitation index: a new method for determining accessory pathway location. Circulation. 68(suppl.III):11, 1983.

A151.   Miles WM, Zipes DP, Surawicz B, Heger JJ, Fisch C, Prystowsky EN: Progressive shortening of right bundle branch refractoriness in man with increasing atrial drive train duration. Circulation. 68(suppl.III):420, 1983.

A152.   Browne KF, Klein G, Zipes DP, Chilson DA, Prystowsky EN: Factors influencing specificity of sinus node recovery time in man. Circulation 68(suppl.III):354, 1983.

A153.   Browne KF, Gill R, Barber MJ, Zipes DP: Vagal denervation of normal endocardium and epicardium apical to transmural infarction. Circulation 68(suppl.III):247, 1983.

A154.  Browne KF, Chilson DA, Waller BF, Zipes DP:  Use of a spatially distributed multielectrode catheter to activation map the left ventricular endocardium simultaneously and destroy selected areas.  Circulation  68(suppl.III):84, 1983.

A155.  Chilson DA, Peigh P, Mahomed Y, Waller BF, Zipes DP:  Endocardial application of phenol ablates ventricular tachycardia in the dog.  Circulation  68(suppl.III):146, 1983.

A156.  Chilson DA,  Zipes DP, Heger JJ, Browne KF, Prystowsky EN:  Propafenone:  discriminant analysis of electrophysiologic results in patients with ventricular tachycardia predicts clinical outcome.  Circulation  68(suppl.III):382, 1983.

A157.  Barber MJ, Zipes DP:  Interruption of intramyocardial sympathetic and vagal afferents by phenol application to the AV groove.  Circulation  68(suppl.III):79, 1983.

A158.  Barber MJ, Davies BG, Gill RM, Zipes DP:  Epicardial mapping of sympathetic and vagal afferent fibers by topical applications of phenol.  Circulation  68(suppl.III):77, 1983.

A159.  Evans JJ, Gilmour RF, Jr., Zipes DP:  Lidocaine with some components of ischemia produces bidirectional block at the canine Purkinje-muscle junction.  Circulation  68(suppl.III):221,1983.

A160.  Gilmour RF, Jr., Evans JJ, Zipes DP:  Elevated calcium induces electrophysiological uncoupling at the canine Purkinje junction.  Circulation  68(suppl.III):85, 1983.

A161.  Heger JJ, Prystowsky EN, Miles WM, Zipes DP:  Antiarrhythmic, electrophysiologic and adverse effects of amiodarone during treatment of recurrent ventricular tachyarrhythmias.  Circulation  68(suppl.III):280, 1983.

A162.  Kallok MJ, Fisher JD, Fletcher RD, Hartzler GO, Kehoe RF, Klein GJ, Prystowsky EN, Ruffy R, Zipes DP:  Intracavitary cardioversion and defibrillation - a multicenter study.  Circulation  68(suppl.III):89, 1983.

A163   Skale BT, Miles WM, Heger JJ, Zipes DP, Prystowsky EN:  Survivors of cardiac arrest:  results of management guided by electrophysiologic testing or electrocardiographic monitoring.  Circulation  68(suppl.III):244, 1983.

A164.  Takahashi N, Gilmour RF, Jr., Zipes DP:  Overdrive suppression of conduction in the canine His Purkinje system.  Circulation  68(suppl.III):287, 1983.

A165.  Prystowsky EN, Browne KF, Heger JJ, Zipes DP:  Atrial paced QT interval curves differentiate patients with and without ventricular tachycardia.  Circulation  68:(suppl.III):427, 1983.

A166.  Browne KF, Gill RM, Barber MJ, Zipes DP:  Vagal denervation of normal endocardium and epicardium apical to transmural infarction.  Clin Res.  31(4):702A, 1983.

A167.  Barber MJ, Davies BG, Gill RM, Zipes DP:  Epicardial mapping of sympathetic and vagal afferent fibers by topical applications of phenol.  Clin Res.  31(4):754A, 1983.

A168.  Solow  EB, Schwier HS, Heger JJ, Prystowsky EN, Zipes DP:  HPLC analysis of amiodarone and its desalkylmetabolite in plasma, red cell hemolysate, and saliva.  Clin Chem  29:1204, l983.

A169. Miles WM, Klein G, Zipes DP, Yee R, Prystowsky EN:  Location of accessory pathways by a new method: the preexcitation index. Clin Res. 31(4):708A, 1983.

A170. Prystowsky EN, Browne KF, Heger JJ, Zipes DP:  QT interval curves generated during atrial pacing differ in patients with and without ventricular tachycardia. Clin Res. 31(4):709A, 1983.

A171. Skale BT, Chilson DA, Heger JJ, Zipes DP, Prystowsky EN:  Ventricular tachycardia in patients with no structural heart disease:  clinical and electrophysiologic characteristics. Clin Res. 31(4):712A, 1983.

A172. Browne KF, Klein G, Zipes DP, Chilson DA, Prystowsky EN:  Sinus node recovery time in man: factors influencing specificity. Clin Res.  31(4):702A, 1983.

A173. Miles WM, Zipes DP, Surawicz B, Heger JJ, Fisch C, Prystowsky EN:  The effect of drive train duration on right bundle branch refractoriness in man.  Clin Res. 31(4):708A, 1983.

A174. Takahashi N, Gilmour RF, Jr., Zipes DP:  Overdrive suppression of conduction in the canine His Purkinje system.  Clin Res. 31(4):758A, 1983.

A175  Zipes DP, Prystowsky EN, Brown JW, Miles WM, Heger JJ:  Implantable transvenous cardioverter. J Am Coll Cardiol. 3#2:553, 1984

A176. Prystowsky EN, Lloyd EA, Heger JJ, Fineberg NS, Darling E, Zipes DP:  Amiodarone: Electrophysiologic effects are similar to class I drugs. J Am Coll Cardiol. 3#2:605, 1984.

A177. Gilmour RF, Jr., Ertel PJ, Zipes DP:  Antiarrhythmic effects of sotalol on ventricular arrhythmias following chronic myocardial infarction in the dog are due to prolongation of refractoriness .J Am Coll Cardiol. 3#2:542, 1984

A178. Gilmour RF, Jr., Zipes DP:  Acute myocardial ischemia suppresses triggered activity in vascularized hamster atrial transplants. J Am Coll Cardiol. 3#2:477, 1984.

A179  Gilmour RF, Jr., Ertel PJ, Stroman SJ, Zipes DP:  Positive inotropic effect of acetylcholine in canine Purkinje fibers. Fed. Proc. 43:404, 1984.

A180. Prystowsky EN, Heger JJ, Miles WM, Zipes DP:  Amiodarone: Interrelationship of dose and time on electrophysiologic and antiarrhythmic effects.  Circulation  70(suppl.II):3, l984.

A181. Prystowsky EN, Fineberg NS, Heger JJ, Miles WM, Zipes DP:  Factors associated with ventricular tachycardia suppression at electrophysiologic study during drug therapy.  Circulation 70(suppl.II):56, l984.

A182. Skale BT, Kallok M, Prystowsky EN, Zipes DP:  Inhibition of threshold ventricular stimuli in dogs using trains of subthreshold high frequency conditioning stimuli. Circulation  70(suppl.II):l00, l984.

A183. Kammerling JM, Barber MJ, Henry DP, Zipes DP:  Transmural myocardial infarction produces denervation supersensitivity in noninfarcted areas apical to the infarct.  Circulation 70(suppl.II):125, l984.

A184.   Windle JR, Miles WM, Zipes DP, Prystowsky EN:  Prolongation of human ventricular refractoriness by subthreshold stimuli: effect of heart rate, pulse width and current strength. Circulation  70(suppl.II):20I, I984.

A185.   Salata JJ, Gill RM, Gilmour RF, Jr., Zipes DP:  Effects of sympathetic tone on vagally-induced phasic changes in heart rate and AV conduction.  Circulation 70(suppl.II):2I8, I984.

A186.   Zipes DP, Kallok M, Gill RM, Kammerling JM:  Efficacy of sequential electrical shocks to terminate ventricular fibrillation in dogs after myocardial infarction.  Circulation  70(suppl.II):407, I984.

A187.   Yee K, Heger JJ, Prystowsky EN, Miles WM, Zipes DP: Predictors of clinical efficacy for amiodarone in supraventricular tachyarrhythmias.  Circulation 70(suppl.II):438, I984.

AI88.   Kammerling JM, Barber MJ, Henry DP, Zipes DP:  Transmural myocardial infarction  produces denervation supersensitivity in noninfarcted areas apical to the infarct.  Clin Res.  32,No.4:732A, I984.

AI89.   Skale  BT, Kallok MJ, Prystowsky EN, Zipes DP:  Inhibition of threshold ventricular stimuli in dogs using trains of subthreshold high frequency conditioning stimuli.  Clin Res.  32,No.4:737A, I984.

AI90.   Windle JR, Miles WM, Zipes DP, Prystowsky EN:  Human ventricular refractoriness  prolongation by subthreshold stimuli:  effect of heart rate, pulse width and current strength.  Clin Res. 32,No.4:739A, I984.

AI91.   Prystowsky EN, Fineberg NS, Heger JJ, Miles WM, Zipes DP:  Variables that affect ventricular tachycardia  suppression or induction at electrophysiologic study during drug therapy.  Clin Res. 32,No.4:780A, I984.

AI92.   Skale BT, Barber MJ, Zipes DP:   Time course of the vasopressor response to topical bradykinin in dogs during acute myocardial infarction.  Clin Res.  32,No.4, 78IA, I984.

AI93.   Zipes DP, Kallok MJ, Gill RM, Kammerling JM:  Efficacy of sequential electrical shocks to terminate ventricular fibrillation in dogs after myocardial infarction.  Clin Res.  32,No.4:783A, I984.

A194.   Skale BT, Barber MJ, Zipes DP:  Time course of the vasopressor response to topical bradykinin in dogs during acute myocardial infarction.  J Am Coll Cardiol. 5#2:439, 1985.

A195.   Prystowsky EN, Miles WM, Heger JJ, Zipes DP:  Intracavitary cardioversion of ventricular tachycardia in man:  importance of ventricular tachycardia  activation sequence of energy requirements for termination.  J Am Coll Cardiol. 5#2:458, 1985.

A196.   Windle JR, Prystowsky EN, Miles WM, Zipes DP, Heger JJ:  Pharmacokinetic and pharmacodynamic interaction of amiodarone and procainamide:  J Am Coll Cardiol. 5:#2:481, 1985.

A197.   Olson WH, Miles WM, Zipes DP:  Intracardiac electrical impedance during ventricular tachycardia and ventricular fibrillation in man.  J Am Coll Cardiol. 5#2:506, 1985.

A198.   Salata JJ, Gill RM, Gilmour RF, Jr., Zipes DP:  Time course of AV nodal conduction reponses to brief  repetitive vagal stimuli is phase-dependent.  Fed Proc.  44#5:1360, 1985.

A199.   Gilmour RF, Jr., Salata JJ, Zipes DP: Overdrive suppression and facilitation of conduction in canine cardiac Purkinje fibers. Clin Res 33#2:188A, 1985.

A200.   Windle JR, Zipes DP, Gilmour RF, Jr.: Inhibition of propagated myocardial excitation by     stimuli delivered during the effective refractory period. Clin Res 33#2:238A, 1985.

A201.   Stephenson N, Kallok M, Chevalier P, Church T, Martinson MS, Zipes DP: A multicenter study of intracavitary cardioversion: identification of factors affecting success. PACE 8:308, 1985.

A202.   Windle JR, Prystowsky EN, Zipes DP, Gilmour RF, Jr.: Inhibition of propagated myocardial excitation by subthreshold stimulation: clinical and cellular correlation. PACE 8:317, 1985.

A203.   Inoue H, Gill RM, Zipes DP: Increased afferent vagal responses produced by nicotine on the canine posterior left ventricular epicardium. Clin Res 33:867A, 1985.

A204.   Inoue H, Gill RM, Zipes DP: Intracoronary ethyl alcohol or phenol injection ablates aconitine-induced ventricular tachycardia in dogs. Clin Res 33:807A, 1985.

A205.   Inoue H, Gill RM, Zipes DP: Transient myocardial ischemia reversibly attenuates sympathetic and vagal afferent reflexes in the dog. Circulation 72(suppl.III):121, 1985.

A206.   Chilon DA, Zipes DP: Subthreshold electrical stimulation effects on ventricular tachycardia in the dog. Circulation 72(suppl.III):239, 1985.

A207.   Inoue H, Davies B, Zipes DP: Denervation supersensitivity to norepinephrine is arrhythmogenic. Circulation 72(suppl.III):243, 1985.

A208.   Kovacs RJ, Kammerling JM, Zipes DP, Bailey JC: Reduction of choline acetyltransferase activity by cardiac parasympathectomy and transmural myocardial infarction. Circulation 72(suppl.III):246, 1985.

A209.   Klein LS, Fineberg NS, Heger JJ, Miles WM, Kammerling JM, Chang MS, Zipes DP, Prystowsky EN: Amiodarone: prospective evaluation of a discriminant function to predict recurrence of ventricular arrhythmias. Circulation 72(suppl.III:273, 1985.

A210.   Miles WM, Prystowsky EN, Heger JJ, Zipes DP: The implantable transvenous cardioverter long term efficacy and reproducible ventricular tachycardia induction. Circulation 72(suppl.III):383, 1985.

A211.   Gilmour RF, Jr., Davis JR, Zipes DP: Overdrive suppression of conduction at the canine Purkinje-muscle junction. Fed Proc 45:287, 1986.

A212.   Inoue H, Davies B, Zipes DP: Nontransmural myocardial infarction and supersensitivity is arrhythmogenic. Clin Res 34#2:709A, 1986

A213.   Miles WM, Heger JJ, Zipes DP, Prystowsky EN: Management of patients with asymptomatic nonsustained ventricular tachycardia directed by electrophysiologic study. Clin Res 34#2, 326A, 1986.

A214.   Kammerling JM, Miles WM, Zipes DP, Heger JJ, Klein LS, Chang MS, Prystowsky EN: Characteristics of spontaneous nonsustained ventricular tachycardia  poorly predict rate of sustained ventricular tachycardia.  Clin Res  34#2:312A, 1986.

A215.   Mehra R, Prystowsky EN, Miles WM, Heger JJ, Spielman SR, Zipes DP: Subthreshold intracardiac cardioversion shortens ventricular tachycardia cycle length and is a predictor of cardioversion threshold.  J Am Coll Cardiol 7#2:73A, 1986

A216.   Windle JR, Zipes  DP, Prystowsky EN, Gilmour RF Jr.:  Inhibition in isolated human myocardium. J Am Coll Cardiol  7#2:100A, 1986.

A217.   Minardo JD Heger JJ, Zipes DP, Miles WM, Prystowsky EN:  Drug associated ventricular fibrillation:  Analysis of clinical features and QTc prolongation.  J Am Coll Cardiol  7#2:158A, 1986.

A218.   Inoue H, Zipes DP:  Spontaneous sinus cycle length may not indicate autonomic tone to the rest of the heart.  Clin Res 34:943A, 1986.

A219.   Kaseda S, Zipes DP:  The influence of the AV interval on left atrial pressure and atrial refractory period in the dog.  Clin Res  34:943A, 1986.

A220.   Minardo JD, Tuli MM, Wellman HN, Zipes DP:  Scintigraphic evidence of canine myocardial sympathetic denervation.  Clin Res 34:899A, 1986.

A221.   Miles WM, Prystowsky EN, Mahomed Y, King RD, Brown J, Heger JJ, Zipes DP:  Accessory pathway ablation in 23 patients using an epicardial cryosurgical approach.  Clin Res.  34(4):899A, 1986.

A222.   Markel ML, Miles WM, Zipes DP, Prystowsky EN:  The effects of autonomic blockade on Mobitz II heart block.  Clin Res  34:898A, 1986.

A223.   Watanabe M, Zipes DP, Gilmour RF, Jr.:  Influence of diastolic interval on oscillation of refractoriness in isolated canine ventricular tissues. Clin Res  34:904A, 1986.

A224.   Inoue H, Davies B, Zipes DP:  Supersensitivity and nontransmural myocardial infarction are arrhythmogenic.  Xth World Congress of Cardiology,  Washington, D.C., Sept. 14-19, 1986, International Society and Federation of Cardiology, American Heart Association, page 246.

A225.   Kirkorian GK, Fineberg N, Miles WM, Heger JJ, Zipes DP:  Atrioventricular nodal physiology in patients with and without supraventricular tachycardia. Xth World  Congress of Cardiology, Washington, D.C., International Society and Federation of Cardiology, American Heart Association, page 472, 1986.

A226.   Prystowsky EN, Miles WM, Evans JJ, Hubbard JE, Skale BT, Windle JR, Heger JJ, Zipes  DP: Induction of ventricular tachycardia during programmed electrical stimulation:  analysis of a pacing method.  Circulation 73(supl.II):32, 1986.

A227.   Markel ML, Miles WM, Zipes DP, Prystowsky EN:  The effects of autonomic blockade on Mobitz II heart block.  Circulation  74:(suppl.II):31, 1986.

A228.  Miles WM, Heger JJ, Minardo JD, Prystowsky EN, Zipes DP: Electrophysiologichemodynamic effects of intravenous enoximone. Circulation 74(suppl.II):38, 1986.

A229.  Minardo JD, Miles WM, Heger JJ, Markel ML, Zipes DP, Prystowsky EN: Propafenone therapy for ventricular arrhythmias - role of electrophysiologic testing. Circulation 74(suppl.II):312, 1986.

A230.  Inoue H, Zipes DP: Sinus cycle length may not indicate autonomic tone to the rest of the heart. Circulation 74:(suppl.II):431, 1986.

A231.  Chang M, Zipes DP: Different dose response curves of sinus node, AV node and ventricle to propranolol. Circulation 74:(suppl.II):431, 1986.

A232.  Minardo JD, Tuli MM, Wellman HN, Zipes DP: Scintigraphic evidence of canine myocardial sympathetic denervation. Circulation 74(suppl.II):437, 1986.

A233.  Prystowsky EN, Miles WM, Evans JJ, Hubbard JE, Skale BT, Windle JR, Heger JJ, Zipes DP: Induction of ventricular tachycardia during programmed electrical stimulation: analysis of a pacing method. Circulation 73(suppl.II):32, 1986.

A234.  Inoue H, Mahomed Y, Zipes DP: WPW surgery interrupts efferent vagal innervation to the canine left ventricle. J Am Coll Cardiol 9#2:100A, 1987.

A235.  Klei LS, Miles WM, Zipes DP: Pacing at an atrioventricular interval that increases right atrial pressure also increases atrial refractoriness. J Am Coll Cardiol 9#2:101A, 1987.

A236.  Minardo JD, Tuli MM, Wellman HN, Zipes DP: Scintigraphic evidence of sympathetic denervation in canine myocardial infarction. J Am Coll Cardiol 9#2:138A, 1987.

A237.  Inoue H, Zipes DP: Conduction through an isthmus of tissue in vivo. J Am Coll Cardiol 9#2:154A, 1987.

A238.  Stanton MS, Prystowsky EN, Fineberg NS, Miles WM, Zipes DP, Heger JJ: Incidence of ventricular tachycardia or ventricular fibrillation as proarrhythmic effects during drug treatment of ventricular arrhythmia. J Am Coll Cardiol 9#2:245A, 1987.

A239.  Klein LS, Miles WM, Heger JJ, Zipes DP: Transcutaneous pacing: patient tolerance, strength-interval curves and feasibility for programmed electrical stimulation. Clin Res 35#6:833A, 1987.

A240.  Miles WM, Mahomed Y, King RD, Brown J, Prystowsky EN, Heger JJ, Klein LS, Zipes DP: Accessory pathway cryosurgical ablation in 50 patients using an epicardial approach. Clin Res 35#6:835A, 1987.

A241.  Stanton MS, Miles WM, Klein LS, Mahomed Y, King RD, Zipes DP: Differentiation in conduction over a posterior paraseptal accessory pathway versus normal ventriculoatrial conduction system by retrograde atrial activation sequence at the atrioventricular groove. Clin Res 35#6:839A, 1987.

A242.  Krause PC, Inoue H, Zipes DP: Electrophysiologic alterations produced by hypoxia. Circulation 76(suppl.IV):48, 1987.

A243.   Inoue H, Zipes DP:  Acute transmural myocardial infarction causes temporally  heterogeneous development of efferent sympathetic and vagal denervation in the dog.  Circulation 76(suppl.IV):59, 1987.

A244.   Klein LS, Miles WM, Heger JJ, Zipes DP:  Transcutaneous pacing:  Strength-interval curves and feasibility for programmed electrical stimulation.  Circulation 76(suppl.IV):84, 1987.

A245.   Minardo JD, Tuli MM, Mock BH, Weiner RE, Pride HP, Wellman HN, Zipes DP:  Scintigraphic and electrophysiologic evidence of canine myocardial sympathetic denervation and reinnervation produced by myocardial infarction or phenol application.  J Am Coll Cardiol  11:1A, 1988.

A246.   Kaseda S, Zipes  DP:  Vagal denervation of canine sinus and atrioventricular nodes creates supersensitive response to acetylcholine.  J Am Coll Cardiol  11:39A, 1988.

A247.   Stanton MS, Tuli MM, Heger JJ, Miles WM, Mock BH, Wellman HN, Zipes DP:  Comparative spect I-123 metaiodobenzylguanidine (MIBG) and Thallium 201 cardiac imaging following myocardial infarction in patients.  J Am Coll Cardiol  11:81A, 1988.

A248.   Batchelder JE, Miles WM, Mahomed Y, King RD, Heger JJ, Klein LS, Zipes DP:  Presence of a broad activation front in Wolff-Parkinson-White patients  suggesting arborizing atrial insertion of accessory pathways.  J Am Coll Cardiol  11:110A, 1988.

A249.   Stanton MS, Miles WM, Klein LS, Mahomed Y, King RD, Zipes DP:  Differentiation of conduction over a posterior paraseptal accessory pathway versus normal ventriculoatrial conduction system by retrograde atrial  activation sequence at the atrioventricular groove.  J Am Coll Cardiol 11:111A, 1988.

A250.   Dusman RE, Stanton MS, Miles WM, Klein LS, Zipes DP, Heger JJ:  Clinical features of amiodarone pulmonary toxicity.  J Am Coll Cardiol  11:169A, 1988.

A251.   Ben-David J, Gerbig NR, Zipes DP:  Differential response of early afterdepolarizations and ventricular tachycardia during right and left stellate stimulation in the dog treated with cesium. J Am Coll Cardiol  11:254A, 1988.

A252.   Kaseda S, Gilmour RF Jr., Zipes DP:  Magnesium abolishes early afterdepolarizations induced by cesium, 4-aminopyridine or quinidine in canine Purkinje fibers.  J Am Coll Cardiol  11:254A, 1988.

A253.   Bailie DS, Inoue H, Zipes DP:  Magnesium suppresses early afterdepolarizations and ventricular tachyarrhythmias induced in dogs by cesium. J Am Coll Cardiol  11:254A, 1988.

A254.   Miyazaki T, Zipes DP:  Protection against a heterogeneous development of autonomic denervation following acute myocardial infarction by ischemic preconditioning.  Clin Res 36:604A, 1988.

A255.   Miles WM, Dusman RE, Klein LS, Heger JJ, Mahomed Y, King RD, Zipes DP:  The effect of epicardial accessory pathway ablation and endocardial dissection for AV nodal reentrant tachycardia on vagal innervation to the AV node.  Clin Res  36:825A, 1988.

A256.   Klein LS, Miles JJ, Zipes DP:  Increase in atrial size, pressure and refractoriness during reciprocating tachycardia: A possible cause of atrial  fibrillation  in the Wolff-Parkinson-White syndrome.  Clin Res  36:823A, 1988.

A257.   Ben-David J, Zipes DP:  Alpha adrenoceptor subtype antagonist modulates cesium-induced early afterdepolarizations and ventricular tachyarrhythmias in dogs.  Circulation 78(suppl.II):157, 1988.

A258.   Miyazaki T, Zipes DP:  High K+, Low pH and adenosine cause efferent sympathetic denervation in the canine heart.  Circulation 78(suppl.II):361, 1988.

A259.   Miyazaki T, Zipes DP:  Pericardial fluid modulates epicardial nerve effects.  Circulation (suppl.II)78:5, 1988.

A260.   Klein LS, Miles WM, Heger JJ, Zipes DP:  Increase in atrial size, pressure  and refractory period during reciprocating tachycardia:  A possible cause of atrial fibrillation in the Wolff-Parkinson-White syndrome.  Circulation (suppl.II)78:189, 1988.

A261.   Mile WM, Dusman RE, Klein LS, Heger JJ, Mahomed Y, King RD, Zipes DP:  The effect of epicardial accessory pathway ablation or endocardial dissection for AV nodal reentrant tachycardia on vagal innervation to the AV node.  J Am Coll Cardiol  13(2):232A, 1989.

A262.   Loughery EJ, Miles WM, Fineberg NS, Heger JJ, Klein LS, Zipes DP, Prystowsky EN:  Electrophysiologic testing in patients with asymptomatic nonsustained ventricular tachycardia predicts risk of sudden death or sustained ventricular  tachycardia within the first year but not thereafter.  J Am Coll Cardiol  (2):19A, 1989.

A263.   Miyazaki T, Pride HP, Zipes DP:  Prostaglandins in the pericardial fluid modulate neural regulation of cardiac electrophysiologic properties.  PACE 12:634, 1989.

A264.   Graham BA, Stanton MS, Zipes DP:  OPC-88117 inhibits cesium-induced early afterdepolarizations, arrhythmias and AV block.  PACE 12:639, 1989.

A265.   Weinberg B, Dusman R, Stanton M, Heger J, Miles W, Klein L, Langefeld C, Zipes DP:  Five year follow-up of 590 patients treated with amiodarone.  PACE 12:642, 1989.

A266.   Bajaj A, Miles W, Klein L, Zipes DP:  Etiology of T wave abnormalities in  WPW patients after surgical interruption of the accessory pathway.  PACE 12:686, 1989.

A267.   Wilensky RL, Miles WM, Klein LS, Mahomed Y, King RD, Zipes DP:  Effects of surgery for AV nodal reentry on AV nodal physiology.  Circulation. 80:(suppl.II):221, 1989.

A268.   Stanton MS, Zipes DP:  Regional sympathetic denervation and supersensitivity in the canine heart creates heterogeneous drug effects.  Circulation. 80(suppl.II):597, 1989.

A269.   Miyazaki T, Pride HP, Zipes DP:  Cardiac sympathetic neural stimulation increases the prevalence of reperfusion-induced ventricular fibrillation in dogs.  Circulation. 80:(suppl.II):200,      1989.

A270.   Miyazaki T, Pride HP, Zipes DP:  Pericardial prostaglandin biosynthesis suppresses ventricular fibrillation.  Circulation. 80:(suppl.II):598, 1989.

A271   Caruso AC, Miles WM, Klein LS, Zipes DP:  Double-blind, placebo-controlled, dose-raning study of adenosine in patients with supraventricular tachycardia.  Circulation 80(suppl.II):632, 1989.

A272    Caruso AC, Miles WM, Klein LS, Zipes DP:  Double-blind, placebo-controlled, dose-ranging study of adenosine in patients with supraventricular tachycardia.  Clin Res 37:874A, 1989.

A273.   Radtke NS, Miles WM, Klein LS, Zipes DP:  Incidence of atrioventricular nodal  reentry after surgery for Wolff-Parkinson-White syndrome.  Clin Res 37:886A, 1989.

A274.   Wilensky RL, Miles WM, Klein LS, Mahomed Y, King RD, Zipes DP:  Effects of surgery for AV nodal reentry on AV nodal physiology. Clin Res 37:931A, 1989.

A275.   Radtke NL, Miles WM, Klein LS, Zipes DP:  Predictive value of inducible atrioventricular nodal reentry after surgery for Wolff-Parkinson-White syndrome.  J Am Coll Cardiol 15(2):174A, 1990.

A276.   Ayers GM, Ben-David J, Pride HP, Besch HR, Zipes DP:  Transmural migration of amiodarone instilled in the canine pericardial sac.  PACE 13:519, 1990.

A277.   Wilensky RL, Klein LS, Miles WM, Fineberg N, Zipes DP:  Presenting symptoms do not predict long-term outcome in patients with sustained ventricular tachycardia.  PACE 13:562, 1990

A278.   Ben-David J, Ayers GM, Pride HP, Zipes DP:  Bay K 8644 initiates phase 2 early afterdepolarizations  which appear to trigger ventricular tachycardia in vivo.  PACE 13:520, 1990.

A279.   Bajaj AK, Miles WM, Klein LS, Zipes DP:  Absence of T wave "memory" after surgery for the Wolff-Parkinson-White syndrome.  PACE 13:540, 1990

A280.   Ben-David J., Ayers GM, Pride HP, Zipes DP:  Left ventricular hypertrophy predisposes to development of early afterdepolarizations that cause ventricular tachycardia in dogs.  Circulation 82#4:III-99, 1990.

A281.   Miles WM, Klein LS, Mahomed Y, King RD, Zipes DP:  Surgery for AV nodal reentry reversibly interrupts vagal  innervation to the AV node. Circulation 82#4:III-472, 1990.

A282.   Lane RT, Zipes  DP, Stanton MS, Klein LS, Gering LE, Zipes DP: Sympathetic innervation in patients with syncope and sudden cardiac death sydromes.  Circulation 82#4:III-632, 1990.

A283.   Radtke NL, Sawada SG, Klein LS, Miles WM, Gering LE, Zipes DP:  Absence of changes in cardiac volumes during vasodepresor syncope.  Circulation 82#4:III-707, 1990.

A284.   Ben-David J, Ayers GM, Pride HP, Zipes DP;  Differential response to sympathetic stimulation of repolarizations which appear to trigger ventricular tachycardia in  vivo.  PACE 13:557, 1990.

A285.   Klein LS, Miles WM, Gering LE, Shih H, Zipes DP:  Radiofrequency catheter ablation of ventricular tachycardia in patients without structural heart disease.  J Am Coll Cardiol 17:91A, 1991.

A286.   Gering LE, Miles WM, Klein LS, Mahomed Y, King RD, Zipes DP:  Experience with a new pacemaker/cardioverter/defibrillator.  J Am Coll Cardiol 17:129A, 1991.

A287.   Mahomed Y, King R, Zipes D, Miles W, Klein L, Brown J:  Surgical division of Wolff-Parkinson-White pathways utilizing the epicardial technique.  J Am Coll Cardiol 17:224A, 1991.

A288.   Miles WM, Klein LS, Gering LE, Adams DE, Shih H, Hubbard J, Zipes DP: Efficacy and safety of catheter ablation using radiofrequency energy inpatients with accessory pathways. J Am Coll Cardiol 17:232A, 1991.

A289.   Mitrani R, Miles WM, Klein LS, Gering LE, Zipes DP: Atrioventricular nodal reentrant tachycardia modification by radiofrequency catheterablation: Mechanism of successful ablation. J Am Coll Cardiol 17:323A,1991.

A290.   Gering LE, Sawada SG, Klein LS, Miles WM, Segar DS, Zipes DP: Ventricular function after internal defibrillation. J Am Coll Cardiol 17:336A, 1991.

A291.   Krause PC, Rardon DP, Miles WM, Klein LS, Mahomed Y, King RD, Zipes DP: Characteristics of ca2+-Activated K+ channels isolated from the left ventricle of a patient with idiopathic long QT syndrome. PACE 14:648,l991.

A292.   Shih H, Miles W, Klein L, Gering L, Dillon J, Bourdillon P, Zipes DP: Intracoronary ethanol ablation versus DC shock to produce AV Block in refractory atrial flutter/fibrillation. PACE 14:658, l991.

A293.   Shih H, Miles W, Klein L, Hubbard J, Gering L, Ayers G, Adams D, Zipes DP: Successful transcatheter radiofrequency ablation of accessory pathways in the permanent form of junctional reciprocating tachycardia. PACE l4:685, l991.

A294.   Pressler ML, Brodhecker CA, Huang X, Zipes DP: Differential expression of gap junctional proteins in specialized and working myocardium. Circulation 84(suppl.II):324, 1991.

A295.   Vereckei, A, Vera Z, Pride, HP, Zipes, DP: What determines the ventricular rate during atrial fibrillation: conduction or automaticity? Circulation 84(suppl. II):504, 1991.

A296.   Ellenbogen K, Luceri R, Dorian P, Brachman J, Uther J, Beckman K, Singer I, Zipes D, Saksena S, Estes M, Franklin J, and Phase I Clinical Investigators: Clinical evaluation of implantable cardioverter defibrillator (CD) function: importance of data logging to assess device efficacy. Circulation 84(suppl.II):426, 1991.

A297.   Warner MR, Kroeker TS, Zipes DP: Effects of sympathetic stimulation on extracellular K+ accumulation during myocardial ischemia. Circulation 84(suppl.II):267, 1991.

A298.   Rubart M, Zipes DP: Failure of simulated ischemia to protect against efferent sympathetic denervation during subsequent acute myocardial infarction in dog heart. J Am Coll Cardiol 19:117A, 1992.

A299.   Hackett FK, Miles WM, Zipes DP, Klein LS: Effect of radiofrequency catheter ablation for supraventricular tachycardia on the signal averaged electrocardiogram and response to programmed ventricular stimulation. J Am Coll Cardiol 19:183A, 1992.

A300.   Rubart M, Vera Z, Duffin EG, Pride HP, Zipes DP: Pacing parameters and myocardial activation sequence using epicardial patch electrodes. J Am Coll Cardiol 19:243A, 1992.

A301.   Ito M, Pride HP, Zipes DP: ATP-Sensitive potassium channel opener protects autonomic denervation after acute coronary occlusion. J Am Coll Cardiol 19:244A, 1992.

A302.   Shih H, Miles WM, Zipes DP, Hackett FK, Klein LS: Cardiac "memory" of repolarization after radiofrequency catheter ablation of accessory pathways. J Am Coll Cardiol 19:270A, 1992.

A303.   Mitrani R, Klein LS, Zipes DP, Miles WM: Induction of single atrioventricular nodal echo beats after radiofrequency ablation for atrioventricular nodal reentrant tachycardia does not predict recurrent arrhythmias. PACE 15:525, 1992.

A304.   Rubart M, Pressler M, Pride HP, Zipes DP: Mechanisms of erythromycin-induced long QT syndrome. PACE 15:528, 1992

A305.   Mitrani R, Klein LS, Miles WM, Burt RW, Wellman HN, Zipes DP: Regional cardiac sympathetic denervation in patients with ventricular tachycardia in the absence of coronary artery disease. PACE 15:538, 1992.

A306.   Ito M, Pride HP, Zipes DP: ATP-sensitive potassium channel opener protects against autonomic denervation early after acute coronary occlusion. PACE 15:542,1992.

A307.   Vera Z, Pride P, Zipes DP: Reperfusion arrhythmias: study of mechanisms by monophasic action potential recordings in the intact canine heart during autonomically denervated and stimulated states. PACE 15:543, 1992.

A308.   Vereckei A, Pride HP, Retz JP, Besch HR, Zipes DP: Antioxidants do not diminish the antiarrhythmic activity of amiodarone. PACE 15:558, 1992.

A309.   Mullin JC, Klein LS, Hackett FK, Zipes DP, Miles WM: Localizing right septal accessory pathways using the maximally preexcited QRS complex. Circulation (suppl. I) 86:516, 1992.

A310.   Mitrani RM, Burt RW, Klein LS, Miles WM, Hackett FK, Witt RM, Schauwecker DS, Wellman HN, Zipes DP: Regional cardiac sympathetic denervation and reinnervation following myocardial infarction in humans. Circulation 86(suppl. I):982, 1992.

A311.   Rubart M, Pressler ML, Zipes DP: In vitro electrophysiological effects of erythromycin. Circulation 86(suppl. I):2451, 1992.

A312.   Warner MR, Kroeker TS, Zipes DP: Sympathetic stimulation and norepinephrine infusion modulate extracellular K+ concentration during acute myocardial ischemia. Circulation 86(suppl. I):2834, 1992.

A313.   Klein LS, Hackett FK, Zipes DP, Miles WM: Radiofrequency catheter ablation of "Mahaim" fibers at the tricuspid annulus. Circulation 86(suppl. I):2872, 1992.

A314.   Ito M, Pride HP, Zipes DP: Defibrillating shocks delivered to the heart impair sympathetic responsiveness. Circulation 86(suppl. I):3154, 1992.

A315.   Hood MA, Pride HP, Zipes DP: Preservation of sympathetic innervation following late reperfusion may explain the benefits of the "open artery." JACC 21:69A, 1993.

A316.   Ito M, Pride HP, Zipes DP: Implanting patches outside the pericardium protects against high energy shock-induced damage to sympathetic nerves. J Am Coll Cardiol 21:304A, 1993.

A317.    Rho TH, Ito M, Pride HP, Zipes DP:  Microwave ablation of atrial tachycardia induced by
         aconitine. J Am Coll Cardiol  21:375A, 1993.

A318.    Ito M, Pride HP, Zipes DP:  High energy DC shocks delivered to the epicardial surface of the heart
         attenuate sympathetic responsiveness.  J Am Coll Cardiol  21:304A, 1993.

A319.    Ito M, Warner MR, Rohleder JJ, Pride HP, Zipes DP:  Intrapericardial fluid modulates sympathetic
         denervation after coronary artery occlusion by wash out of ischemic metabolites.  Circulation
         88(No.4, Pt.2):I-356, 1993.

A320.    Norris JF, Klein LS, Zipes DP, Miles WM:  "Temperature-time index" predicts myocardial enzyme
         rise after radiofrequency catheter ablation.  Circulation  88(No. 4, Pt.2):I-400, 1993.

A321.    Mitrani RD, Klein LS, Rardon DP, Hackett FK, Zipes DP:  Ventricular tachycardia originating in the
         right ventricular outflow tract is usually not due to afterdepolarizations.  Circulation  88(No.4,
         Pt.2):I-460, 1993.

A322.    Warner MR, Rohleder JJ, Zipes DP:  Vagal stimulation attenuates ischemia-induced increases in
         extracellular K+ concentration with or without sympathetic stimulation.  Circulation  88(No.4,
         Pt.2):I-472, 1993.

A323.    Mitrani RD, Buckingham TA, Klein LS, Rardon DP, Zipes DP, Miles WM:  Ablation catheter tip
         temperature of the successful radiofrequency energy application does not predict late
         arrhythmia recurrence.  PACE  17(No. 36, Pt.2):749, 1994.

A324.    Mullin JC, Klein LS, Zipes DP, Miles WM:  Localizing the ventricular insertion site of accessory
         pathways using the preexcitation index.  PACE  17(No.41, Pt.2):751, 1994.

A325.    Elvan A, Pride HP, Zipes DP:  Replication of the "Maze" procedure by radiofrequency catheter
         ablation reduces the ability to induce atrial fibrillation.  PACE  17(No.135, Pt.2):774, 1994.

A326.    Ito M, Pride HP, Rohleder JJ, Zipes DP:  Sympathetic innervation of the canine right ventricle.
         PACE  17(No.209, Pt.2):793, 1994.

A327.    Ito M, Zipes DP:  Vagal innervation of the canine right ventricle.  PACE  17(No.274, Pt.2):809,
         1994.

A328.    Mitrani RD, Klein LS, Rardon DP, Zipes DP, Miles WM:  Major complications during
         radiofrequency ablation occur more frequently in elderly patients.  PACE  17(No.418, Pt.2):845,
         1994.

A329.    Ito M, Kinoshita M, Pride HP, Zipes DP:  Defibrillating shocks delivered to the heart impair
         efferent sympathetic responsiveness.  European Heart Journal.  Joint XIIth World Congress of
         Cardiology.  15(No. P1076):188, 1994.

A330.    Elvan A, Pride HP, Zipes DP:  Replication of the "Maze" procedure by radiofrequency catheter
         ablation reduces the prevalence of atrial fibrillation.  European Heart Journal.  Joint XIIth World
         Congress of Cardiology.  15(No. 1726):329, 1994.

A331.    Ito M, Kinoshita M, Zipes DP:  Sympathetic innervation of the canine right ventricle.  European
         Heart Journal.  Joint XIIth World Congress of Cardiology.  15(No. 3075):563, 1994.

A332.   Elvan A, Rohleder JJ, Zipes DP:  Role of nitric oxide in the autonomic modulation of sinus rate in dogs.  Circulation 90(No.4, Pt.2):I-1327, 1994.

A333.   Ito M, Zipes DP:  Autonomic innervation of the canine right ventricular outflow tract.  Circulation 90(No.4, Pt.2):I-1452, 1994.

A334.   Mandrola JM, Klein LS, Miles WM, Rardon DP, Mitrani RD, Zipes DP:  Radiofrequency catheter ablation of idiopathic ventricular tachycardia in 57 patients:  Acute success and long term follow-up.  J Am Coll Cardiol  25:19A, 1995.

A335.   Elvan A, Pride HP, Zipes DP:  Role of nitric oxide in the autonomic modulation of atrioventricular nodal conduction in dogs.  J Am Coll Cardiol  25:20A, 1995.

A336.   Rigden LB, Mitrani RD, Rardon DP, Klein LS, Mahomed Y, Wellman HN, Miles WM, Zipes DP:  Diffuse cardiac sympathetic dysfunction follows implantable defibrillator shocks delivered through epicardial patch electrodes.  J Am Coll Cardiol  25:85A, 1995.

A337.   Rigden LB, Mitrani RD, Rardon DP, Klein LS, Zipes DP, Miles WM:  Reduced reflex vagal activity in patients with AV nodal reentrant tachycardia compared to patients with atrioventricular reentrant tachycardia.  J Am Coll Cardiol  25:255A, 1995.

A338.   Estes, MNA, Zipes DP, El-Sherif N, Venditti FJ, Rosenbaum DS, Albrecht P, Wang PJ, Krause PC, Cohen RJ:  Electrical alternans during rest and exercise as predictors of vulnerability to ventricular arrhythmias.  J Am Coll Cardiol  25:409A, 1995.

A339.   Satoh T, Pride HP, Zipes DP:  Sudden heart rate speeding and slowing facilitates the inducibility of ventricular tachycardia in dogs.  J Am Coll Cardiol  25:424A, 1995.

A340    Estes III MNA, Zipes DP, El-Sherif N, Venditti FJ, Rosenbaum DS, Albrecht P, Wang PJ, Krause PC, Cohen RJ:  Electrical alternans during rest and exercise as predictors of vulnerability      to ventricular arrhythmias.  J Am Coll Cardiol  25:409A, 1995.

A341.   Satoh T, Pride HP, Zipes DP:  Sudden heart rate speeding and slowing facilitates the inducibility of ventricular tachycardia in dogs.  J Am Coll Cardiol  25:424A, 1995.

A342.   Estes III NAM, Zipes DP, El-Sherif N, Albrecht P, Wang PJ, Marlow M, Dzurak P, Cohen RJ:  The value of T-wave alternans and signal-averaged electrocardiograms predictors of arrhythmia vulnerability.  PACE  18(No.2, Pt.2):796, 1995.

A343.   Elvan A, Rigden LB, Kisanuki A, Pride HP, Zipes DP:  Radiofrequency catheter ablation (RFCA) of the atria effectively abolishes pacing induced chronic atrial fibrillation.  PACE  18(No.244, Pt.2):856, 1995.

A344.   Rigden LB, Klein LS, Mitrani RD, Zipes DP, Miles WM:  Improved success rate by ablating atrial flutter with anatomic posteroseptal linear lesions compared with discrete lesions guided byendocardial mapping techniques.  PACE  18(No.256, Pt.2):859, 1995.

A345.   Satoh T, Pride HP, Zipes DP:  One hour of atrioventricular block compared with one week of atrioventricular block facilitates induction of torsades de pointes with cesium.  PACE  18(No.336, Pt.2):879, 1995.

A346.  Rigden LB, Klein LS, Mitrani RD, Zipes DP, Miles WM:  Increased risk of heart block following slow pathway ablation for AV nodal reentrant tachycardia in patients with marked PR interval prolongation during sinus rhythm.  PACE  18(No.489, Pt.2):918, 1995.

A347.  Satoh T, Zipes DP:  The duration of atrial refractoriness in the thin region of the canine right atrium exceeds refractoriness in the thick region.  Circulation, 1995.

A348.  Rubart M, Zipes DP:  Effects of ryanodine on frequency-dependent modulation of action potential configuration in canine atrium.  Circulation, (I-576) 1995.

A349.  Mitrani RD, Miles WM, Klein LS, Zipes DP:  Phenylephrine increases ventricular fibrillation threshold in humans independent of the baroreflex sensitivity.  J Am Coll Cardiol  27:19A, 1996.

A350.  Woody M, Mehdi K, Zipes DP, Brantley M, Trapnell BL, March KL:  High efficiency adeno-virus-mediated pericardial gene transfer in Vivo.  J Am Coll Cardiol  27:31A, 1996.

A351.  Huang X, Pressler ML, Elvan A, Zipes DP:  Redistribution of gap junction protein connexin43 after radiofrequency ablation of dog atrial myocardium.  J Am Coll Cardiol  27:60A, 1996.

A352.  Chiou CW, Zipes DP:  Efferent vagal innervation of the canine atria.  J Am Coll Cardiol  27:61A, 1996.

A353.  Elvan A, Pattel S, Zipes DP:  Right ventricular infarction causes sympathetic denervation in viable myocardium at the RVOT side of the peri-infarct area.  J Am Coll Cardiol  27:194A, 1996.

A354.  Biermann M, Rubart M, Zipes DP:  2,3-butanedione monoxime (DAM) significantly shortens canine atrial action potential duration.  J Am Coll Cardiol  27:375A, 1996.

A355.  Elvan A, Pride HP, Zipes DP:  Role of nitric oxide in the autonomic modulation of sinus rate and atrioventricular nodal conduction in open chest anesthetized dogs.  Eur. J.C.P.E.  Cardiostim 6 (No. 30, Pt. 57/4):8, 1996.

A356.  Zipes DP:  The autonomic nervous system and arrhythmogenesis.  Eur. J.C.P.E.  Cardiostim 6(No. 366, Pt. 119/1):92, 1996.

A357.  Miles WM, Engelstein ED, Krebs ME, Brigham G, Mandrola J, Zipes DP:  Non-fluoroscopic mapping of atrial tachyarrhythmias:  Early clinical results.  Eur. J.C.P.E.  Cardiostim 6(No. 1018k pt. 115/5):255, 1996.

A358.  Miles WM, Engelstein ED, Brigham G, Krebs ME, Mandrola J, Zipes DP:  Non-fluoroscopic mapping of human ventricular tachycardia:  Implications of simultaneous earliest ventricular activation at more than one site.  Circulation  94:(suppl I)0125, 1996.

A359.  Miles WM, Engelstein ED, Krebs ME, Brigham G, Mandrola J, Zipes DP:  Non-fluoroscopic mapping and ablation of atrial tachycardias.  Circulation  94:(suppl I)2216, 1996.

A460.  Sih HJ, Chiou CW, Berbari EJ, Zipes DP:  Maps of electrically induced atrial fibrillation after linear ablation lesions.  Circulation  94:(suppl I)3246, 1996.

A361.   Huang X, Sandusky GE, Pressler ML, Zipes DP:  Redistribution of connexin43 in endstage cardiomyopathy.  Circulation  94:(suppl I)3545, 1996.

A362.   Miles WM, Engelstein ED, Krebs ME, Mandrola J, Zipes DP:  Non-fluoroscopic mapping and ablation of human atrial flutter.  Circulation  94:(suppl I)3947, 1996.

A363.   Fei L, Zipes DP:  Nitric oxide modulates shortening of ventricular refractoriness produced by sympathetic stimulation in dogs.  Circulation  94:(suppl I)4178, 1996.

A364.   Rubart M, Zipes DP:  Transient Tachycardia Superimposed on Bradycardia Prolongs Repolarization in Isolated Canine Ventricular Myocytes. J Am Coll Cardiol 29:62A, 1997.

A365.   Huang X, Sandusky GE, Elvan A, Zipes DP:  Chronic Rapid Pacing Causes Sustained Atrial Fibrillation and Over Expression of Cx43 Channel Protein in Dog Atria. J Am Coll Cardiol 29:150A, 1997.

A366.   Fei L, Berbari EJ, Zipes DP:  Sympathetic Stimulation Increases the Low Frequency Component of Spectral Heart Rate Variability. J Am Coll Cardiol 29:174A, 1997.

A367.   Sih HJ, Berbari EJ, Zipes DP:  Epicardial Maps in a Canine Model of Chronic Atrial Fibrillation After Linear Ablation Lesions. J Am Coll Cardiol 29:253A, 1997.

A368.   Fei L, Arnett C, Zipes DP:  L-Arginine Reduces the Increased Incidence of Ventricular Arrhythmias During Sympathetic Stimulation in Dogs with Acute Coronary Artery Occlusion. J Am Coll Cardiol 29:268A, 1997.

A369.   Krebs ME, Krause PC, Engelstein ED, Zipes DP, Miles WM:  Differentiation of Right Ventricular Outflow Tract and Left Basal Ventricular Tachycardia:  Electrocardiographic Criteria. J Am Coll Cardiol 29:293A, 1997.

A370.   Fei L, Nguyen D, Henry D, Zipes DP: Nitric Oxide Reduces Norepinephrine Release in the Heart During Sympathetic Stimulation in Dogs. J Am Coll Cardiol 29:329A, 1997.

A371.   Layher J, Zipes D, Englestein E, Hutchins G, Schauwecker D, Foltz J, Straka A, Sawada S: PET mismatch Identifies Patients at Risk for Arrhythmic Death. J Am Coll Cardiol 29:413A, 1997.

A372.   Fei L, Duffin E, Zipes DP:  Effects of Multiple  Site Pacing on  Cardiac Function in Normal Dogs. PACE  20(No.4,Pt.2):1097, 1997.

A373.   Romberg D, Sih H, Berbari EJ, Theres H, Baumann G, Zipes DP:  Initial Reoxygenation Induces a High Degree of Anisotropic Conduction in  Border Zones of Chronic Infarcts.  PACE 20(No.4, Pt.2):1101, 1997.

A374.   Fei L, Barbari EJ, Zipes DP:  Effects of Isoproterenol on Spectral Heart Rate Variability.  PACE 20(N4,Pt.2):1104, 1997.

A375.   Chiou C, Zipes DP: Selective Vagal Denervation of The Atria Eliminates Heart Rate Variability and Baroreflex Sensitivity While Preserving Ventricular Innervation.  PACE 20(N4,Pt.2):1154, 1997.

A376.   Lu F, Olgin JE, Berbari EJ, Zipes DP:  Effects of Autonomic Stimulation on Heart Rate and Heart Rate Variability in Autonomically Denervated Hearts. Circulation  96:(suppl I)24, 1997.

A377.   Krebs M, Szwed JM, Shinn T, Miles WM, Zipes, DP:  Sustained Rapid Ventricular Rates Prolong Refractoriness. Circulation  96:(suppl I)359, 1997.

A378.   Olgin JE, Sih H, Zipes DP, Winkle WL, Arnett CJ, Mulholland KG, Hutchins GD:  Distribution of Autonomic Innervation of the Atria Using Positron Emission Tomography (PET).  Circulation 96:(suppl I)359, 1997.

A379.   Olgin JE, Sih HJ, Winkle WL, Zipes DP, Mulholland KG, Hutchins GD:  Heterogeneous Atrial Autonomic Denervation with Phenol Results in Sustained Atrial Fibrillation. Circulation 96:(suppl I)360, 1997.

A380.   Miles WM, Engelstein ED, Olgin JE, Groh WJ, Zipes DP:  Slow Pathway Ablation Using Nonfluoroscopic Guidance for His Bundle Localization During Energy Delivery. Circulation 96:(suppl I)452, 1997.

A381.   Engelstein ED, Hutchins GD, Sawada S, Straka S, Sehra R, Fain RL, Amaravadi R, Olgin JE, Miles, WM, Zipes DP:  Normal Cardiac Sympathetic Innervation in Patients With Neurocardiac Syncope. J Am Coll Cardiol 31:165A,1998.

A382.   Engelstein ED, Sawada S, Hutchins GD, Straka S, Sehra R, Fain RL, Amaravadi R, Miles WM, Zipes DP:  "Idiopathic" Ventricular Tachycardia is Not Really Idiopathic.  Structural Ventricular Abnormalities Detected by Positron Emission Tomography.  J Am Coll Cardiol 31:180A,1998.

A383.   Huang X, Sandusky GE, Fei L, Zipes DP:  Radiofrequency Catheter Ablation Reduces the Density of Gap Junction Protein Cx43 in a Distance >10 mm from the Center of the Ablation Center. J Am Coll Cardiol 31:283A,1998.

A384.   Engelstein ED, Sawada S, Hutchins GD, Straka S, Sehra R, Fain RL, Amaravadi R, Zipes DP: Sympathetic Denervation in Patients With Chronic Coronary Artery Disease:  Relationship to Myocardial Perfusion and Metabolism.  J Am Coll Cardiol 31:384A,1998.

A385.   Fei L, Wrobleski D, Groh W, Duffin EG, Zipes DP:  Multi-Site Ventricular Pacing Increases Cardiac Output Compared With Right Ventricular Apical Pacing in Dogs With Heart Failure. J Am Coll Cardiol 31:388A,1998.

A386.   Szwed J, Groh WJ, Pourmand R, Fineberg NP, Hostetler JE, Zipes DP:  The Extent of CTG Array Repeat Expansion Predicts Electrocardiographic Abnormalities in Myotonic Dystrophy.  J Am Coll Cardiol 31:446A,1998.

A387.   Sehra R, Hubbard JE, Straka SP, Fineberg NS, Zipes DP:  Effect of Radiofrequency Catheter Ablation of Accessory Pathways on Autonomic Tone in Children. J Am Coll Cardiol 31:473A,1998.

A388.   Engelstein E, Sawada SG, Hutchins GD, Straka S, Sehra R, Fain RL, Amaravadi R, Zipes DP: Sympathetic Denervation in Patients Following Acute Myocardial Infarction:  Relationship to Myocardial Perfusion and Metabolism. J Am Coll Cardiol 31:526A, 1998.

A389.   Al-Sheikh T, Allen KB, Straka SP, Heimansohn DA, Fain RL, Hutchins GD, Sawada SG, Zipes, DP: Cardiac Sympathetic Denervation after Transmyocardial Laser Revascularization.  PACE 21 (N4, Pt2):814, 1998.

A390.   Rizo-Patron C, Berns E, Brodsky M, Kron J, Wathen M, Martins J, Renfroe E, Crevey B, Almquist A, Kandrac J, Zipes Z, Schron E: Did Participation in Antiarrhythmics vs Implantable Defibrillators Trial (AVID) Affect Patient Survival?  Survival Comparison Between Randomized and Non-randomized Otherwise Eligible Patients.  PACE 21(N4,Pt2);819, 1998.

A391.   Sih JH, Berbari EJ, Zipes DP, Olgin JE:  Differences in Organization between Acute and chronic Atrial Fibrillation in Dogs.  PACE 21(N4,Pt2);823, 1998.

A392.   Jayachandran JV, Hanish S, Winkle W, Zipes DP, Hutchins GD, Olgin JE:  Homogeneous Sympathetic Denervation Prevents Sustained Atrial Fibrillation in a Rapid Atrial Paced Canine Model.  PACE 21(N4,Pt2);830, 1998.

A393.   Jayachandran JV, Arnett CJ, Antonuccio K, Zipes DP, Olgin JE.  Short-Term Atrial Electrical Remodeling is Prevented by Inhibition of the $Na^+/H^+$ Exchanger with HOE642.  PACE 21(N4,Pt2);830, 1998.

A394.   Jayachandran JV, Sih HJ, Hanish S, Winkle W, Arnett CJ, Zipes DP:  Heterogeneous Sympathetic Innervation of the Atria in Atrial Fibrillation – Autonomic remodeling with Rapid Atrial Rates.  PACE 21 (N4,Pt2); 831, 1998.

A395.   Rubart M, Zipes DP:  Enduring Downregulation of the Transient Potassium Outward Current Following Sixty Minutes of Tachycardia in the Adult Dog Heart.  PACE 21(N4,Pt2);982, 1998.

A396.   Groh WJ, Newman, MM, McGrath RB, Zipes DP:  Six-Minute Call-to-Shock Time Achieved in Police Defibrillation Trial.  Circulation 98(suppl I)174, 1998.

A397.   Jayachandran V, Winkle W, Sih HJ, Zipes DP, Hutchins GD, Olgin JE:  Chronic Atrial Fibrillation From Rapid Atrial Pacing is Associated with Reduced Atrial Blood Flow:  A Positron Emission Tomography Study.  Circulation 98(suppl I)209, 1998.

A398.   Jayachandran V, Zipes DP, Sih HJ, Weksler J, Olgin JE:  Atrial Ischemia Mimics Electrophysiologic Changes of Electrical Remodeling which are Prevented by Blockade of the $Na^+/H^-$ Exchanger with HOE642.  Circulation 98(suppl I)210, 1998.

A399.   Shinn, TS, Engelstein ED, Zipes DP, Groh WJ:  Amiodarone Reduces T-Wave Alternans in Individuals at High Risk for Ventricular Tachyarrhythmias.   Circulation 98(suppl I)441, 1998.

A400.   Groh WJ, Al-Sheikh T, Zipes DP:  Abnormal Heart Rate Variability Accompanies Cardiac Conduction Disease in Myotonic Dystrophy.  Circulation 98(suppl I)646, 1998.

A401.   Steinberg JS, Tullo, NG, Anderson JL, Beckman K, Crevey BJ, Friedman PL, Greene HL, Larsen GC, Rizo-Patron C, Russo AM,  Zipes DP, Moore RT, Hallstrom AP:  Relationsip of Coronary Perfusion and Stenosis to Arrhythmic Events in the Antiarrhythmics Versus Implantable Defibrillators (AVID) Trial.  J Am Coll Cardiol 33(supplA):119A-120A, 1999.

A402.   Hohnloser SH, Huikuri H, Schwartz PJ, Vijgen J, Pedretti RF, Levy S, Klingenheben T, Tapanainen J, Vanoli E, Camm AJ, Zipes DP, Cohen RJ.  J Am Coll Cardiol 33(supplA):114A. 1999.

A403.   Page RL, Luceri RM, Gold MR, Peters R, Follmann DA, Russo AM, Powell JL, Bigger JT, Kim CH, Sung RJ, Zipes DP, Yao Q, Lancaster S, M, AVID Investigators:  Patterns of Mortality in the

Antiarrhythmics versus Implantable Defibrillators (AVID) Study Registry: Evidence for Increased Mortality Related to the Winter Holidays.  PACE 22(N4,Pt2);53, 1999.

A404.   Vereckei A, Arnett CJ, Warman E, Mehra R, Zipes DP:  Comparison of the effects of right atrial and intravenous procainamide delivery on drug levels, electrophysiological parameters and termination of atrial fibrillation in dogs.  PACE 22(N4,Pt2);78, 1999.

A405.   Groh W, Boschee S, Engelstein E, Miles W, Foster P, Crevey B, Zipes DP:  Interactions between Implantable Cardioverter-Defibrillators and Electronic Article Surveillance Systems.  PACE 22(N4,Pt2); 99, 1999.

A406.   Sih HJ, Vereckei A, Zipes DP, Berbari EJ, Olgin JE:  Spectrum Analysis of Electrograms Identifies the Location of an Automatic Focus in Canine Atrial Fibrillation.  PACE 22(N4,Pt2); 176, 1999.

A407.   Rubart M, Dowell J, Issa Z, Zipes DP:  [K$^+$] Accumulation in the Acutely Fibrillating Canine Atrium.  PACE 22(N4,Pt2); 177, 1999.

A408.   Sehra R, Lurito J, Straka S, Engelstein E, Fain R, Hutchins G, Zipes DP:  The Effects of Autonomic Stimulation on Brain Activation Patters in Normal Subjects.  PACE 22(N4,Pt2); 207, 1999.

A409.   Al-Sheikh T, Zipes DP, Groh W. Electrophysiologic Evaluation and Treatment is Underutilized in Patients with Myotonic Dystrophy. Circulation 99(suppl):103, 1999.

A410.   Newman M, Zipes DP, Groh WJ.  The Status of Worksite Defibrillation Readiness Programs in Indiana.  Circulation 99(suppl):465, 1999.

A411.   Groh WJ, Newman MM, Lerner EB, Billittier J, Zipes DP. The Impact of an Automated External Defibrillator Grant Program on Out-of-Hospital Cardiac Arrest Outcome: Dollars Save Lives! Circulation 99(suppl):466, 1999.

A412.   Zipes DP, Barbey JT, Lazzara R.  Review of Spontaneous Adverse Event Reports of Serious Ventricular Arrhythmias, QT Prolongation, Syncope, and Sudden Death in Patients Treated with Cisapride. Circulation 99(suppl):1613, 1999.

A413.   Sih HJ, Zipes DP, Berbari EJ, Olgin JE.  Epicardial Maps during the Spontaneous Conversion of Atrial Fibrillation to Sinus Rhythm in Canines.  Circulation 99(suppl):1788, 1999.

A414.   Sehra R, Lurito JT, Straka SP, Fain RL, Hutchins GD, Zipes DP.  Positron Emission Tomography (PET) Cerebral Blood Flow Changes with Low Ejection Fraction and Sudden Death. Circulation 99(suppl):3359, 1999.

A415.   Altemose GT, Sih H, Zipes DP, Miller JM, Olgin JE.  Remodeling of Conduction Properties of the Crista Terminalis Following Rapid Atrial Rates. Circulation 99(suppl):4407, 1999.

A416.   Altemose GT, Zipes DP, Miller JM, Arnett CJ, Olgin JE.  Inhibition of the Na+/H+ Exchanger Delays the Development of Rapid Pacing-induced Atrial Contractile Dysfunction. Circulation 99(supp.):4408, 1999.,

A417.   Jayachandran, JV, Miller, JM, Zipes, DP:  Origin of Junctional Tachycardia During Radiofrequency Ablation of Atrioventricular Nodal Reentrant Tachycardia in Man.  J Am Coll Cardiol 35(supplA):133A, 2000.

A418.   Miyata A, Dowell JD, Zipes DP, Rubart M:  Extracellular K+ Accumulation in Canine Right Atria During Rapid Rates and Atrial Fibrillation In Vivo.  J Am Coll Cardiol.  35(supplA):146A, 2000.

A419.   Peters RW, Gold MR, Carlson MD, Zipes DP, Follman D, Sheldon RS, Mounsey P, Lancaster S: Seasonal Variation in Implantable Cardioverter Defibrillator Therapy.  J Am Coll Cardiol. 35(supplA):150A, 2000.

A420.   Sehra R, Straka SP, Hubbard JE, Zipes DP:  Autonomic Abnormalities After Tetralogy of Fallot Repair.  J Am Coll Cardiol.  35(supplA):515A, 2000.

A421.   Vereckei A, Arnett CJ, Goegelein H, Zipes DP.  The effect of the cardioselection K+$_{ATP}$ channel blocker HMR 1098 in an acute rapid atrial pacing model of atrial electrical remodeling during atrial fibrillation.  PACE 23(N4, Pt2); 46, 2000.

A422.   Wu J, Zips DP.  Transmural reentry during global acute ischemia and reperfusion in canine ventricular muscle.  PACE 23(N4, Pt2); 132, 2000.

A423.   Groh W, Gervacio-Domingo G, Welker P, Zipes DP.  High incidence of arrhythmic event in a myotonic dystrophy study group.  PACE 23(N4, Pt2); 546, 2000.

A424.   Zipes DP.  Autonomic Remodeling by Atrial Fibrillation. Europace Suppl. D104;92/2, 2000.

A425.   Buhr TA, Mead RH, Benditt DG, Zipes DP, Markowitz T.  Beat-to-Beat Heart Rate in Rate-Controlled Patients with Atrial Fibrillation (AF). Europace Suppl. D283;188PW/3, 2000.

A426.   Wu J, Wu J, Olgin JE, Miller JM, Zipes DP:  Mechanisms Underlying the Reentrant Circuit of AV Nodal Reentry Tachycardia in Isolated Canine AV Nodal Preparation Using Optical Mapping. Circulation 00(suppl):4, 2000.

A427.   Miyata A, Zipes DP, Rubart M.:  Kb-R7943, an Inhibitor of Reverse-Mode Na/Ca Exchange, Selectively Prolongs Atrial Refractoriness in Anesthetized Dogs.  Circulation 00(suppl):435, 2000.

A428.   Miyata A, Zipes DP, Rubart M:  Kb-R7943, an Inhibitor of Reverse-Mode Na/Ca Exchange, Prevents Tachycardia-Induced Shortening of Atrial Refractoriness in Anesthetized Dogs. Circulation 00(suppl):742, 2000.

A429.   Page RL, Zipes DP, Powell JL, Luceri RM, Gold MR, Peters RW, Follmann DA, Russo AM, Bigger JT, Kim CH, Sung RJ, McBurnie MA:  Patterns in Death in the Antiarrhythmics Versus Implantable Defibrillators (AVID) Study Registry: Evidence That the Increased Winter Mortality is Due to Sudden Death.  Circulation 00(suppl): 3257, 2000.

A430.   Vereckei A, Altemose GT, Miller JM, Zipes DP: Application of a New Algorithm in the Differential Diagnosis of Wide Complex QRS Tachycardia.  Circulation 00(suppl): 3985, 2000.

A431.   Scott, LRP, Gervacio-Domingo G, Altemose GT, Coppess MA, Olgin JE, Zipes DP, Miller JM: Ablation of Non-Infarct Related Ventricular Tachycardia in Patients with Prior Myocardial Infarction.  J Am Coll Cardiol. 37(supplA):1106-131-99A, 2001.

A432.   Altemose GT, Scott LR, Gervacio-Domingo G, Coppess MA, Zipes DP, Miller, JM: Improving the Success of Catheter Ablation of Ventricular Tachycardia: A Role for Ventricular Pacing During Ablation to Stabilize Catheter Position.  J Am Coll Cardiol. 37(supplA):862-4-124A, 2001.

A433.   Altemose GT, Jayachandran JV, Zipes DP, Miller JM:  Differences in His to Atrial Interval in Atrioventricular Nodal Reentrant Tachycardia: Distinction Among Tachycardia Subtypes and Relationship to Heart Block with Catheter Ablation.  J Am Coll Cardiol. 37(supplA) 880-3-132A, 2001.

A434.   Buhr TA, Bahri R, Giese CT, Markowitz T, Zipes DP, Sutton R, Cannom DS, Benditt DG: Holter Analyses are Inappropriate for Atrial Fibrillation.  J Am Coll Cardiol. 37(supplA):892-3-140A, 2001.

A435.   Wu J, Wu J, Olgin J, Miller JM, Zipes DP.  Mechanism Underlying Continuous and Discontinuous AV Nodal Function Curves in Isolated Canine AV Nodal Preparations.  PACE 24 (N4, Pt2), 235, 2001.

A436.   Gervacio-Domingo G, Scott LR, Altemose GT, Coppess MA, Olgin JE, Zipes DP.  Electrophysiologic Differences Among Pulmonary Veins.  PACE 24 (N4, Pt2), 371, 2001.

A437.   Wu J, Wu J, Olgin J, Miller JM, Zipes DP.  Characterization of Slow Pathway Conduction I Isolated canine AV Nodal Preparations Using Optical Mapping.  PACE  24 (N4, Pt2), 437, 2001.

A438.   Vereckei A, Periannan K, Besch HR, Zweier J, Zipes DP. Treatment with a Flavonoid Antioxidant Enhances the Antiarrhythmic Action of Amiodarone. Circulation 01(suppl):227, 2001.

A439.   Takahashi T, Wu, J, Jayachandran JV, Miller, J, Zipes DP. Mechanism Underlying the Development of Junctional Tachycardia during Slow Pathway Ablation. Circulation 01(suppl):526, 2001.

A440.   Lopshire JC, Wu, J, Takahashi T, Zipes, DP. AV Nodal Blood Supply and its Relationship to  AV Nodal Conduction in Isolated Canine AV Nodal Preparations. Circulation 01(suppl) 527, 2001.

A441.   Hadian D, Lowe MR, Pourmand R, Zipes DP, Groh WJ. The Electrocardiogram Predicts Arrhythmic Events in Myotonic Dystrophy. Circulation 01(suppl) 2556, 2001.

A442.   Coram R, Wu J, Takahashi T, Miller J, Zipes DP, Olgin J.  Characteristics of Focal Atrial Tachycardia Originating from Pulmonary Veins in Isolated Canine Left Atrium Using Optical Mapping.  J Am Coll Cardiol. 39:123A,871-2, 2002.

A443.   Takahashi T, Olgin JE, Wu J, Zipes DP.  The Effect of Spinal Cord Stimulation on Autonomic Activity and Cardiac Nitric Oxide Overflow.  J Am Coll Cardiol. 39:81A, 1041-106, 2002.

A444.   Hadian D, Jayachandran VJ, Groh WJ, Olgin JE, ˌZipes DP, Miller JM.  Short-Term Rapid Atrial Pacing Produces Electrical Remodeling of the Sinus Node Function in Humans.  J Am Coll Cardiol. 39:109A, 1161-113, 2002.

A445.   Hadian D, Lowe MR, Zipes DP, Groh W.  Progression of PR Interval Duration Predicts Arrhythmic Events and Death in Myotonic Dystrophy Type 1. PACE 25(Pt 2), 249, 2002.

A446.  Groh W, Lowe MR, Zipes DP. The Insertable Loop Recorder is a Useful Diagnostic Tool in the Asymptomatic High Arrhythmic-Risk Myotonic Dystrophy Patient. PACE 25(Pt 2), 306, 2002.

A447.  Van Dessel PF, Miller, JM, Zipes DP, Wu, J.  Characterization of Electrophysiology Underling Right Ventricular Outflow Tract Ventricular Tachycardia by Optical Mapping.  PACE 26(Pt 2), 1046, 2003.

A448.  Van Dessel PF, Takahashi T, Miller JM, Zipes DP, Wu, J.  Characterization of Functional Reentrant Circuit of Ventricular Tachycardia in Isolated Canine Preparation Using Optical Mapping.  PACE 26(Pt 2), 1065, 2003.

A449.  Van Dessel PF, Coronel R, Taggart P, Miller JM, Zipes DP, Wu J.  Abnormal Restitution Dynamics Cause Unidirectional Block Postinfarction Ventricular Tachycardia.  PACE 26(Pt 2), 1109, 2003.

A450.  Ueda N, Zipes DP, Wu J Ischemia Promotes Development of Early Afterdepolarization and Ventricular Tachycardia/Fibrillation in a Canine Ventricular Wedge Model of Long QT 3. Circulation 110 (Suppl III): 292, 2004

A451.  Issa ZF, Ujhelyi M, Hildebrand K, Rosenberger J, Bhakta D, Wu J, Groh WJ, Zipes DP.  Intrathecal Clonidine Reduces the Risk of Ischemic Ventricular Arrhythmias in a Postinfarction Heart Failure Canine Model.  Circulation 110 (Suppl III): 292, 2004

A452  Miller MA, Lopshire JC, Zheng Q-H, Wang J-Q, Groh WJ, Hutchins GD, Zipes DP. Positron Emission Tomographic Imaging with [11C] Pyridostigmine Analogs Detects Phenol-Induced Attenuation of Canine Cardiac Parasympathetic Innervation.  Circulation 110 (Suppl III): 436-7, 2004

A453  Wang J-Q, Miller, MA, Mock BH, Lopshire JC, Groh WJ, Zipes, DP, Hutchins GD,  Zheng Q-H. Facile synthesis and initial PET imaging of a novel potential heart acetylcholinesterase tracer N-[$^{11}$C]methyl-3-[[(dimethylamino)carbonyl]oxy]-2-(2',2'-diphenylpropionoxymethyl)pyridinium. (Oral Presentation) The Society of Nuclear Medicine 52nd Annual Meeting, Toronto, Canada, June 18-22, **2005**. *J. Nucl. Med.*, **2005**, *46(5, Supple. S)*, 246.

A454.  Gao M, Miller MA, DeGrado TR, Mock BH, Lopshire JC, Rosenberger JG, Groh WJ, Zipes DP, Hutchins GD, Zheng Q-H. (Oral Presentation) Evaluation of [$^{11}$C]hemicholinium-15 and [$^{18}$F]hemicholinium-15 as new potential PET tracers for the HACU system in the heart. *J. Nucl. Med.*, 2006, *47(5, Supple. S)*, 621

A455  Morita H, Zipes DP, Wu J Triggered delayed afterdepolarizations induce multifocal and bidirectinal ventricular tachycardia in a model of Andersen-Tawil (Long QT 7) syndrome. Circulation

A456  Morita H, Zipes DP, Lopshire J, Morita S, Wu J Mechanism of fever-aggravation of ST elevation and arrhythmogenesis in a canine tissue model of Brugada syndrome  J Amer Coll Cardiol 2007; 49 suppl A: 39A

A457  Morita S, Zipes DP, Morita H, Wu J Analysis of action potential in the canine interventricular septum: no evidence of M cells. J Amer Coll Cardiol 2007; 49 suppl A: 11A

A458    Morita H, Zipes DP, Morita ST, Lopshire JC, Wu J Canine coronary sinus connects to atria at three sites that have slow conduction and reentry contributing to atrial fibrillation.  Heart Rhythm 2007; 5S: S7

A459    Morita H, Kusano KF, Nagase S, Ohe T, Zipes DP, Wu J Repolarization heterogeneity in right ventricular outflow tract  is the common link in clinical versus basic mechanisms of ventricular arrhythmias in patients and canines with Brugada syndrome.  Heart Rhythm 2007; 5S: S240

A460    Lopshire JC, Zhou X, Hensley J, Rosenberger, J, Dusa C, Mullen TJ, Ulhelyi M, Zipes Do, Das M.  Myocardial ischemia and heart failure promote intracardiac microvolt T-wave alternans that increases in magnitude prior to ventricular arrhythmias in canines.  Heart Rhythm 2007; 5S:S399

A461    Lopshire JC, Zhou X, Rosenberger J, Dusa C, Hensley J, Ulhelyi M, Mullen TJ, Das MK, Zipes DP Spinal cord stimulation improves ventricular function and reduces ventricular arrhythmias in a canine post-infarction heart failure model.  Heart Rhythm 2007; 5S: S105

A462    Morita H, Kusano KF, Miura D, Nagase S, Nakamura K, Ohe T, Zipes, DP, Wu J  Fragmented QRS as a marker of conduction abnormality and a predictor of prognosis in Brugada syndrome. Heart Rhythm 2008; 5:S34

A463    Lopshire JC, Zhou X, Dusa C, Das M, Ujhelyi M, Mullen T, Zipes DP
Spinal cord stimulation is more efficacious than medical therapy at improving cardiac function in canine heart failure. Heart Rhythm 2008; 5:S53

A464    Lopshire JC, Jacob S, Sigg D, Sharma V, Das M, Zeng L, TenBroek EM, Zipes DP Endocardial delivery of adeno-associated virus containing HCN4 gene to right ventricle produces sustained escape rhythms in canines with chronic atrioventricular block. Heart Rhythm 2008; 5:S57

A465    Morita H, Zipes DP, Morita S, Lopshire JC, Wu J Epicardial ablation eliminates ventricular arrhythmias in an experimental model of Brugada syndrome.  Heart Rhythm 2008; 5:S121

A466    Ueyama T, Zipes DP, Wu J Dissociation of the Ca+2 transient from action potential during acure ischemia in canine ventricular tissue  Heart Rhythm 6 (suppl): S359, 2009

A467    Joung B, Lin S-F, Antoun PS, Maruyama M, Han S, Chen Z, Stucky M, Jones LR, Zipes DP, Chen P-S, Das M Defective CA clock as a mechanism of sinus node dysfunction in atrial fibrillation Heart Rhythm 6 (suppl): S233, 2009

A468    Tisdale JE, Overholser BR, Sowinski KM, Wroblewski HA, Amankwa K, Borzak S, Kingery JR, Coram R, Zipes DP, Flockhart DA, Kovacs RJ Increased myocardial sensitivity to Ikr inhibition in patients with heart failure due to left ventricular systolic dysfunction Circulation 2009; 120: (suppl 2) S640

A469    Morita H, Zipes DP, Nishii N, Miura D, Nagase S, Hata Y, Nakamura K, Kusano KF, Ohe T, Wu J, Ito H Impact of sodium channel dysfunction on arrhythmogenesis in Brugada syndrome Circulation 120: (suppl 2) S696, 2009

A470    Ueyama T, Zipes DP, Lopshire JC Optical mapping of failing human hearts shows no consistent M cell pattern with prolonged action potential duration and Cs2+ transient Circulation 120: (suppl 2) S708, 2009

A471    Morita H, Zipes DP, Morita S, Wu J.  Isolation of canine coronary sinus musculature from atria prevents atrial fibrillation induction.  Heart Rhythm 2012; 9: sup S184.

A472    Galie JB, Zhou X, Shen MJ, Shelton RS, Malhotra S, Vasu H, Park H-W, Zipes DP, Lin S-F, Chen P-S, Lopshire JC. The increased ambulatory nerve activity and ventricular tachycaradia in canine post-infarction heart failure is attenuated by spinal cord stimulation. Heart Rhythm 2012; 9: sup S262.

# EXHIBIT B

**Prior Testimony Provided by Douglas P. Zipes, M.D. (July 2009-Present)**

| Date | Case Name and Number | Court |
|---|---|---|
| February 22, 2010 (Deposition-Plaintiff) | Butler v. Taser International | SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF SANTA CRUZ, Case #CV161436 |
| December 20, 2010 (Deposition-Plaintiff) | Fontenot v. TASER International | United States District Court Western District of North Carolina, 3:10-cv-125 RJC-DCK |
| April 19, 2011 (Deposition-Defense) | Halpern v. Comair, Inc. and Delta, Inc. | United States District Court Eastern District of New York, 10CV-029727 BMC |
| May 23, 2011 (Deposition-Plaintiff) | RANDY RICH, as personal representative of RYAN RICH, deceased, and NICK JENSEN and TANYA JENSEN as guardians for R.J., a minor v. TASER INTERNATIONAL, INC | United States District Court District of Nevada, CIVIL ACTION NO. 2:09-CV-02450-ECR-RJJ |
| July 12, 13, 18, 2011 (Trial testimony-Plaintiff) | Fontenot (Turner) v. TASER INTERNATIONAL, INC | United States District Court Western District of North Carolina, 3:10-cv-125 RJC-DCK |
| December 1, 2011 (Deposition-Plaintiff) | UNITED EDUCATION INSURANCE RISK Retention Group, Inc., V. NEXT PROTEINS INTERNATIONAL, ULTIMATE ENERGY Co. (Eric Quandt) | State of Illinois, Circuit Court of Cook County, No. 09 L 7407 |
| December 21, 2011 (Deposition–Plaintiff) | Colin Fahy v. TASER INTERNATIONAL, INC | Missouri Circuit Court, Twenty-Second Judicial Court; Cause No. 0922-CC10076 |
| January 3, 2012 (Deposition-Plaintiff) | Mary Piskura et al v. TASER INTERNATIONAL, INC | US District Court. Southern District of Ohio, Western Division Cause No. C-1-10-248 |
| May 7, 2012 (Deposition-Plaintiff) | PFIZER INC. SECURITIES LITIGATION | THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, |

| | | 04 Civ. 9866 (LTS) (HBP) |
|---|---|---|
| May 24, 2012 (Deposition-Plaintiff | Jacobs v. TASER International | District Court, Travis County, TX, Cause No. GN-A10-003622 |
| August 2, 2012 (Deposition-Plaintiff) | COLIN FAHY, Plaintiff vs. TASER International and ED ROEHR Auto Radio Co. | IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS STATE OF MISSOURI, CAUSE No. 0922-CC10076 |
| August 9, 2012 (Deposition-Plaintiff) | Athena Bachtel v. TASER International | US DISTRICT COURT EASTERN DISTRICT OF MISSOURI NORTHERN DIVISION, Case #: 2:11cv-00069-JCH |
| September 20, 2012 (Deposition-Plaintiff) | Boston Scientific Corporation v. Mirowski Family Ventures | US DISTRICT COURT SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION, CIVIL ACTION NO. 1:11-cv-0736 WTL TKL |
| October 10, 2012 (Deposition-Plaintiff) | Russell v. Denny Wright and TASER, International | US District Court for the Western Division of Virginia, #3:11-cv-00075 |
| December 5, 2012 (Trial-Plaintiff) | COLIN FAHY, Plaintiff vs. TASER International and ED ROEHR Auto Radio Co. | IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS STATE OF MISSOURI, CAUSE No. 0922-CC10076 |

# EXHIBIT C

**Exhibit C**

**List of Materials Relied On**

<u>**Exhibits**</u>

PX 13
PX 14
PX 26
PX 39
PX 31
PX 40
PX 43
PX 55 (Fanelle)
PX 60
PX 61
PX 70
PX 87
PX 106
PX 109
PX 117
PX 120
PX 124
PX 125
PX 126
PX 194
PX 295
PX 298A
PX 326
PX 332
PX 334
PX 336
PX 337
PX 339
PX 353
PX 356
PX 357
PX 359
PX 362
PX 363
PX 366
PX 379
PX 404
PX 413
PX 418
PX 419
PX 423

PX 424
PX 425
PX 426
PX 427
PX 428
PX 429
PX 431
PX 432
PX 433
PX 438
PX 442
PX 444
PX 446
PX 447
PX 452
PX 453
PX 454
PX 455
PX 457
PX 458
PX 459
PX 460
PX 461
PX 464
PX 465
PX 468
PX 470
PX 474
PX 480
PX 481
PX 491
PX 492
PX 493
PX 494
PX 495
PX 505
PX 507
PX 522
PX 523
PX 525
PX 526
PX 531
PX 540
PX 546
PX 549
PX 550

PX 551
PX 602
PX 613
PX 654
PX 664
PX 665
PX 670
PX 674
PX 675
PX 680
PX 681
PX 682
PX 683
PX 684
PX 693
PX 694
PX 695
PX 706
PX 719
PX 732
PX 735
PX 812
PX 828
PX 838
PX 839
PX 841
PX 861
PX 863
PX 864
PX 865
PX 931
PX 932
PX 936
PX 944

## Additional Bates-stamped Documents

JDN02923
MRK-AAA0087359
MRK-AAC002829-9204
MRK-AAC0013468-80
MRK-AAC0041008-11
MRK-AAC0162185-2207
MRK-AAC0179021-031
MRK-AAD0039908-40269
MRK-AAD0095388-5489

MRK-AAD0163776-785
MRK-AAD0359303-05
MRK-AAK0000233-246
MRK-AAK0000820-837
MRK-AAU0000001-028
MRK-ABA0001910-919
MRK-ABA0010854-56
MRK-ABC0002065-069
MRK-ABC0033810
MRK-ABC0048699-8706
MRK-ABH0007396-7400
MRK-ABH0016084
MRK-ABH0017895-936
MRK-ABI0001899-1915
MRK-ABK0042529-2754
MRK-ABK0311052-066
MRK-ABK0483669-674
MRK-ABK0496583-591
MRK-ABS0387019
MRK-ABS0388796-798
MRK-ABS0405209
MRK-ABS0461574-575
MRK-ABT0089574
MRK-ABY0017692-94
MRK-ABY0017735-754
MRK-ACF003955-957
MRK-ADC0040500
MRK-ADC0040501-671
MRK-ADC0040641
MRK-ADW0006331
MRK-ACF003955-57
MRK-ACN0000489
MRK-ACR0014502-03
MRK-ACW0009593-9605
MRK-ADG003045-46
MRK-ADI0025000
MRK-ADL0007762-774
MRK-AEE0000793-829
MRK-AEG0015638-641
MRK-AEG0015642-644
MRK-AEG0016290-294
MRK-AEG0049189-190
MRK-AFJ0009580-592
MRK-AFO0102151-154
MRK-AFO0102693-695
MRK-AFO0240034-35

MRK-AFO0037484-8392
MRK-AFO0039919-989
MRK-AFN0200560-564
MRK-AFV0022747-2978
MRK-AFV0151830-2298
MRK-AFV0219239-264
MRK-AFV0350657-662
MRK-AFV0401005-015
MRK-AFV0409079-081
MRK-AGO0095690-5787
MRK-AGV0006369-370
MRK-AGV0084979
MRK-AGV0134451-453
MRK-AHD0004727-739
MRK-AHD0004880-4942
MRK-AHE0002853-85
MRK-AHE0056009-27
MRK-AHF0034446-4553
MRK-AHN0002491
MRK-AHP0117221-7612
MRK-AHT0027614-621
MRK-AIC0001594-96
MRK-AIU0079760-81661
MRK-AIU0342807
MRK-AIY0003037-038
MRK-AJA0227733-744
MRK-AJC0006820-08310
MRK-AJC0007088-7089
MRK-AJE0039904
MRK-AKU0097039-054
MRK-AMG0019010-019
MRK-ANK0012892-13282
MRK-ANR0011625
MRK-ANU0001261-263
MRK-AOR0229384-400
MRK-AOR0229385-400
MRK-AOW0006896-6906
MRK-AOR0007745-7763
MRK-AOR0148191-92
MRK-AQJ0050935-936
MRK-AOR0176210-211
MRK-AOX0004672-4981
MRK-AQG0001633-34
MRK-AQO0082054-2331
MRK-AQY0009480
MRK-ARP0002435-03067

MRK-ARQ0000390-0401
MRK-ARQ0001045-050
MRK-ASQ0599312-326
MRK-AVK0109734
MRK-AVM0000323
MRK-AWC0046107-115
MRK-I2690007833-08224
MRK-I8940100731-1062
MRK-JAF0022149
MRK-JAG0001816-869
MRK-JAG0003600-3602
MRK-JRAC0000078
MRK-PUBLIC0002236-246
MRK-S0420050655-657
MRK-SHAA0536086-6118
MRK-SHAA0572403-415
MRK-SHAA0611353-376
MRK-SHAA0829636-669
MRK-SHAA1256163-6204
MRK-SHAA2018688
MRK-SHAA2045740-5830
MRK-SHAA2905098-5182
MRK-SHAA2988889-899
MRK-SHAAM0001347-352

## Medical Journal Articles, Etc.

Abstract, Bertha BG, Folts JD.  Inhibition of Epinephrine-Exacerbated Coronary Thrombus Formation by Prostacyclin in the Dog. *J Lab Clin Med*. 1984; 103: 204-14.

A Guide to Alzheimer's Disease, Harvard Health Publications.

Albers GW.  Choice of Endpoints in Antiplatelet Trials: Which Outcomes are Most Relevant to Stroke Patients?  *Neurology*. 2000; 54(5): 1022-8.

Alzheimer's Disease Fact Sheet, National Institute on Aging Sept 2012.

Aw T, Haas SJ, Liew D, Krum H.  Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure.  *Arch Internal Med*. 2005; 165: 490-96.

Baron JA, Sandler RS, Bresalier RS, et al.  Cardiovascular events associated with rofecoxib: final analysis of the APPROVe trial.  *Lancet*.  2008; 372: 1756-64.

Bennett J, et al.  The Use of Nonsteroidal Anti-Inflammatory Drugs (NSAIDs): A Science Advisory From the American Heart Association.  *Circulation*. 2003; 111:1713-1716.

Burns A, Iliffe S. Clinical Review:  Alzheimer's Disease. *BMJ*. 2009; 338:b158: 467-71.

Chen, Li-Chia and Ashcroft, Darren M. Risk of myocardial infarction associated with selective COX-2 inhibitors: Meta-analysis of randomized controlled trials. *Pharmacoepidemiol Drug Saf.* 2007; 16:762-772.

Correction to Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial (March 17, 2005; 352:1092-1102). *N Engl J Med.* 2006; 355:2.

Coxib and Traditional NSAID Trialists' Collaboration. Vascular and Upper Gastrointestinal Effect of Non-Steroidal Anti-inflammatory Drugs: Meta-analyses of Individual Participant Data from Randomised Trials. *Lancet.* 2013; 1-11.

Curfman GD, Morrissey S, Drazen JM. Expression of Concern Reaffirmed. *N Engl J Med.* 2006; 354: 1193.

Egan K, Wang M, Lucitt M, et al. Cyclooxygenases, Thromboxane, and Atherosclerosis: Plaque Destabilization by Cyclooxygenase-2 Inhibition Combined with Thromboxane Receptor Antagonism. *Circulation.* 2005; 111:334-342.

Elliot, William J. Do the Blood Pressure Effects of Nonsteriodal Antiinflammatory Drugs Influence Cardiovascular Morbidity and Mortality? *Curr Hypertens Rep.* 2010; 12:258-66.

FitzGerald GA. COX-2 and Beyond: Approaches To Prostaglandin Inhibition in Human Disease. *Nature Review.* 2003; 879-890.

FitzGerald GA, Patrono C. The Coxibs, Selective Inhibitors of Cyclooxygenase-2. *New Engl J Med.* 2001; 345: 433-42.

Fornaro G, Rossi P, Mantica PG, Caccia ME, et al. Indobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study. *Circulation.* 1993; 87(1): 162-4.

Freiman JA, Chalmers TC, Smith H Jr, Kuebler RR. The Importance of Beta, The Type II Error and Sample Size in the Design and Interpretation of the Randomized Control Trial: Survey of 71 "Negative" Trials. *N Engl J Med.* 1978; 299(13): 690-694.

Furberg C, Psaty B, and FitzGerald GA. Parecoxib, valdecoxib and cardiovascular risk. *Circulation.* 2005; 111:249.

Geba GP, Weaver AL, Polis AB, Dixon ME and Schnitzer TJ for the VACT Group. Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee: a randomized trial. *JAMA.* 2002; 287(1): 64-71.

Gibaldi M., Sullivan S. Intention-to-Treat Analysis in Randomized Trials: Who Gets Counted? *J Clin Pharmacol.* 1997; 37: 667-672 at 670.

Goldberger JJ, et al. American Heart Association/American College of Cardiology Foundation/Heart Rhythm Society Scientific Statement on Noninvasive Risk Stratification Techniques for Identifying Patients at Risk for Sudden Cardiac Death. *Circulation.* 2008; 118(14):1497-1518.

Goulet JL, Pace AJ, Key ML, Byrum RS, Nguyen MT, Tilley SL, Morham SG, Langenbach R, Stock JL, McNeish JD, Smithies O, Coffman TM, Koller BH. E-Prostanoid-3 Receptors Mediate the Proinflammatory Actions of Prostaglandin E2 in Acute Cutaneous Inflammation. *J. Immunol.* 2004; 173: 1321-1326.

Graham David J. COX-2 Inhibitors, Other NSAIDs, and Cardiovascular Risk. The Seduction of Common Sense. *JAMA*, 2006; 296(13):1653-56.

Grosser T, Fries S, FitzGerald GA. Biological Basis for the Cardiovascular Consequences of COX-2 Inhibition: Therapeutic Challenges and Opportunities. *J. Clin. Invest.* 2006; 116(1): 4-15.

Grosser T, Yu Y, Fitzgerald GA. Emotion Recollected in Tranquility: Lessons Learned from the COX-2 Saga. *Annu Rev Med.* 2010; 61:17-33

Janse MJ, Zipes DP. Arrhythmogenic Mechanisms; in Priori SG, Zipes DP; Sudden Cardiac Death. A Handbook for Clinical Practice; Blackwell Publishing, Massachusetts, United Kingdom, Australia. 2009; 33-46.

Jüni P, Nartey L, Reichenbach S, et al. Risk of Cardiovascular Events and Rofecoxib: Cumulative Meta-Analysis. *Lancet.* 2004; 364: 2021-29.

Kannel WB. Fifty Years of Framingham Study Contributions to Understanding Hypertension. *Journal of Human Hypertension.* 2000; 14: 83-90.

Kearney P, Baigent C, Godwin J, et al. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomized trials. *BMJ.* 2006; 332:1302.

Kirkby NS, et al. Cyclooxygenase-1, not cyclooxygenase-2, is responsible for physiological production of prostacyclin in the cardiovascular system. *PNAS.* 2012; 109;43: 17597-17602.

Lagakos SW. Time-to-Event Analyses for Long-Term Treatments--The APPROVe Trial. *N Engl J Med.* 2005; 355(2): 113-7.

Madigan D, Sigelman DW, Mayer JW, Furberg CD, Avorn J. Under-reporting of Cardiovascular Events in the Rofecoxib Alzheimer Disease Studies. *Am Heart J.* 2012; 164(2): 186-193.

Maggioni AP, et al. Age-related increase in mortality among patients with first myocardial infarctions treated with thrombolysis. *New Engl J Med.* 1993; 329(20): 1442-1448.

McAdam BF, Byrne D, Morrow JD, Oates JA.  Contribution of Cyclooxygenase-2 to Elevated Biosynthesis of Thromboxane A2 and Prostacyclin in Cigarette Smokers.  *Circulation.* 2005; 112(7): 1024-29.

McGettigan P and Henry D.  Cardiovascular Risk with Non-Steriodal Anti-Inflamatory Drugs: Systematic Review of Population-Based Controlled Observational Studies.  *PLoS Med.* 2011; 8(9):e1001098, doi:10.1371/journal.pmed.1001098.

Mitchell JA, Lucas R, Vojnovic I, et al. Stronger inhibition by nonsteriod anti-inflammatory drugs of cyclooxygenase-1 in endothelial cells than platelets offers an explanation for increased risk of thrombotic events. *FASEB J*, 2006; 20:2468-2475.

Mitchell Jane A., and Warner Timothy D.  Reply to Ricciotti et al. Evidence for vascular COX isoforms.  *PNAS.*  2013; 110(3):E184 (www.pnas.org/cgi/doi/10.1073/pnas.1219532110).

Moncada S, Higgs EA, Vane JR.  Human Arterial and Venous Tissues Generate Prostacyclin (Prostaglandin X).  A Potent Inhibitor of Platelet Aggregation. *Lancet.* 1977:18-20.

Mukherjee D, Nissen S, & Topol E.  Risk of Cardiovascular Events Associated with Selective Cox-2 Inhibitors.  *JAMA.* 2001; 286:954-959.

Murata T, et al.  Altered Pain Perception and Inflammatory Response in Mice Lacking Prostacyclin Receptor.  *Nature.* 1997; 388: 678-682.

Näslund U, Grip L, Fischer-Hansen J, et al.  The Impact of an End-Point Committee in a Large Multicentre, Randomized, Placebo-Controlled Clinical Trial: Results With and Without the End-Point Committee's Final Decision on End-Points.  *European Heart Journal.*  1999; 20: 771-777.

Nissen, Steven E.  Cox-2 inhibitors and cardiocascular disease: considerable heat, but not much light.  *Eur Heart J*, 2012; doi:10.1093/eurheartj/ehs147.

O'Neill RF.  Secondary Endpoints Cannot be Validly Analyzed if the Primary Endpoint Does Not Demonstrate Clear Statistical Significance.  *Contemporary Clinical Trials.* 1997; 18: 550-556.

Patrono C, Garcia-Rodriguez LA, Landolfi R, Baigent C.  Low Dose Aspirin for the Prevention of Atherothrombosis.  *N Engl J Med.* 2005; 353: 2373-83.

Ricciotti E, Yu Y, Grosser T, FitzGerald GA.  COX-2, the dominant source of prostacyclin. *PNAS.* 2013; 110;3: E183.

Rodriguez L, Tacconelli S, Patrinani P.  Role of Dose Potency in the Prediction of Risk o Myocardial Infarction Associated With Nonsteroidal Anti-Inflamatory Drugs in the General Population. *JACC*, 2008. 52(20) 1628-36.

Ross J, Madigan D, Hill K, et al. Pooled Analysis of Rofecoxib Placebo-Controlled Clinical Trial Data; *Arch Intern Med.* 2009; 169(21):1976-1984.

Steering Committee of the Physicians' Health Study Research Group.  Final Report on the Aspirin Component of the Ongoing Physicians' Health Study.  *N Engl J Med.*  1989; 321(3): 129-35.

Tsujii M, Kawano S, Tsuji S, et al.  Cyclooxygenase Regulates Angiogenesis Induced by Colon Cancer Cells.  *Cell.* 1998; 92(5): 705-16.

Ying Yu, et al.  Vascular COX-2 Modulates Blood Pressure and Thrombosis in Mice.  *Sci Transl Med*, 2012.  132ra54: doi:10.1126/scitranslmed.3003787.

Yu Z, Crichton I, Tang S, et al.  Disruption of the 5 lipoxygenase pathway attenuates atherogenesis consequent to COX-2 deletion in mice.  *PNAS*, 2012; 109(17):6727-6732.

Yu Y, Stubbe J, Ibrahim S, et al.  Cyclooxygenase-2-Dependent Prostacyclin Formation and Blood Pressure Homeostasis: Targeted Exchange of Cyclooxygenase Isoforms in Mice. *Circ Res.* 2010; 106:337-345.

**Deposition Testimony**

Eliav Barr, M.D. (May 21, 2013)

Johsua Chen (March 1, 2013)

Garret A. FitzGerald, M.D. (April 23, 2013)

Barry Gertz (January 24, 2013)

Briggs Morrison (May 14, 2013)

Alan Nies (April 16, 2013)

John A. Oates, M.D. (May 16, 2013)

Alise Reicin, M.D. (June 7, 2013)

Edward M. Scolnick, M.D. (May 31, 2013)

Robert E. Silverman, M.D., Ph.D. (June 19, 2013)