# Exhibit 4

Expert Report of Mark Woodward, PhD

IN RE:  VIOXX Products Liability Litigation
MDL NO. 1657, CIVIL ACTION NO. 2:06-CV-09336 (UT)

**EXPERT REPORT OF MARK WOODWARD, Ph.D.**

Contains Confidential Material
Subject to Protective Order

Dated July 12, 2013

# I.   Introduction and Summary of Opinions

1.      I am Conjoint Professor of Biostatistics at the University of Sydney, Australia and Adjunct Professor of Epidemiology at Johns Hopkins University in Baltimore.  I am a practicing statistician with more than 30 years working experience, mostly in medical projects, including clinical trials and observational studies.  I have been asked by counsel for plaintiffs in the above captioned litigations to opine on various issues relating to Merck's statements concerning the cardiovascular safety of Vioxx.

2.      The opinions I present in this Report may be summarized as follows:

a.      Merck's "naproxen hypothesis" – the claim that a cardioprotective effect attributable to naproxen is the likeliest explanation for all the between-arm difference in adverse cardiovascular events, specifically myocardial infarction (MI), observed in the Company's VIGOR trial – was not supported by the evidence available to Merck;

b.      Merck attempted to support the naproxen hypothesis by analogy, claiming that the difference observed in VIGOR was consistent with the risk reduction observed in other cardioprotective therapies, particularly aspirin.  I examine the data that were

1

available to Merck concerning the cardioprotective effect of aspirin and statins, and conclude that they do not support the naproxen hypothesis;

      c.     Merck suggested that the fact that the VIGOR population was diagnosed with rheumatoid arthritis ("RA") explains the magnitude of the difference in MIs observed in the trial because RA patients are at increased *absolute* risk for cardiovascular disease. Even assuming this is true of MI, in particular, this fact does not explain the observed difference in *relative* risk for MI.

      d.     Clinical trial data available to Merck failed to support the naproxen hypothesis.

      e.     Observational data available to Merck failed to support the naproxen hypothesis.

      f.     Merck's claim that data from a high-risk subgroup of patients in the VIGOR population, whom Merck claimed needed, but did not receive, aspirin prophylaxis, supported the naproxen hypothesis was not justified by the evidence available to Merck.

## II.   Qualifications and Compensation

3.     I have a Bachelor of Science in Mathematics and Statistics, a Master's degree in Operational Research with Particular Application to the Health and Social Services, and a Ph.D. in Applied Statistics. I am a Fellow of the Royal Statistical Society, the Royal Society of Medicine, the New York Academy of Medicine and the European Society of Cardiology.

4.     My previous posts have included Professor of Medicine at Mount Sinai School of Medicine, New York University (2006-10); Senior Lecturer in Statistical Epidemiology at the University of Reading, England (1990s); Lecturer, Cardiovascular Epidemiology Unit,

University of Dundee, Scotland (1980s); and Statistics and Operational Research Officer, Berkshire Area Health Authority, England (1970s).  I am currently an editor of *Womens' Health*, an Associate Editor of *Statistics in Medicine*, and have previously served on the editorial boards of *Global Heart, Statistical Methods in Medical Research, Journal of the Royal Statistical Society, Series D*, and *British Journal of Nutrition.*  I have published two textbooks, *Statistics for Health Management and Research* and *Epidemiology: Study Design and Data Analysis* (the third edition of which is due out in 2013).   As of June 12, 2013, I have 362 peer-reviewed publications, the vast majority of which are concerned with cardiovascular epidemiology and clinical trials.  These include papers with over 1,500 citations in the *New England Journal of Medicine* and *The Lancet*.  I currently lead two large multi-country "observational" or "epidemiological" studies (both with pharmaceutical funding), and serve on the management (oversight) committee of four multi-center clinical trials in cardiovascular disease.  I am also the senior statistician for three global collaborations of pooled (meta-analytic) medical data: the Blood Pressure Lowering Treatment Trialists' Collaboration (BPLTTC), the Collaborators on Trials of Glucose, both based in Sydney, and the Chronic Kidney Disease Prognosis Consortium, CKD-PC; based at Johns Hopkins.  BPLTTC uses the same structure and basic methods as the Antiplatelet Trialists' Collaboration (APTC), a group whose work studying the cardioprotective effect of aspirin was relied upon by Merck and its consultants in this case.  I collaborate, through BPLTTC, CKD-PC and otherwise, with senior members of the APTC.  I have worked as a consultant for the World Health Organization and several pharmaceutical companies, such as Abbott Laboratories, GlaxoSmithKline, Eli Lilley & Co., Hoffman-La Roche, and Sanofi Aventis.

5.      My main position currently is at the George Institute for Global Health, which was ranked as the number 1 research institution in the world for scientific impact by the SC Imago Institutions Rankings World Report 2011.  At the George Institute in Sydney, I am based within the cardiovascular group at our site within the Royal Prince Alfred Hospital, although my own position is within the Professorial Unit.  This position puts me in daily contact with cardiovascular specialists and clinicians in my work.  The Professorial Unit was established as a base of senior expertise in the George Institute and only houses one other senior professor besides me.  Both of us are members of a team of eight at the George Institute that was awarded a research grant of almost $18 million by the Australian government in 2012 entitled, "Discovery and translation of evidence for new strategies to combat cardiovascular disease."  This is the third such multi-million dollar grant for cardiovascular research that I have been awarded.  In 2012, I received a prestigious Senior Research Fellowship from the Australian National Health and Medical Research Council.  I have a secondary post within the Welch Center for Prevention, Epidemiology and Clinical Research, affiliated with Johns Hopkins School of Medicine and the Bloomberg School of Public Health.  In 2009, I was invited to take up a part-time professorial position within this center to work on vascular disease (i.e. cardiovascular and kidney disease) research projects.  For Mount Sinai Heart, the cardiovascular institute at Mount Sinai Hospital in New York City, I am a regular consultant, currently working on a grant that I helped to obtain from the National Institute for Occupational Safety and Health on the cardiovascular health of 9/11 police rescue workers.  Other current work in the cardiovascular area includes membership of an American Heart Association expert committee on "Methodological Issues in Cohort Studies that Relate Sodium Intake and Cardiovascular Disease Outcomes."

6.      Further information concerning my background, training, and experience, including a complete list of my publications, is reflected in my curriculum vitae, a copy of which is attached as Exhibit A.

7.      A list of deposition and trial testimony I have provided in the last four years is attached as Exhibit B.

8.      For my services, I am being compensated at the rate of $550 per hour.  My compensation is not contingent on the outcome of this matter.  The approach I have taken to this work would have been the same had I been retained by Merck or any of the Defendants in this matter.

### III.    Materials Relied on in Compiling this Report

9.      A list of all the materials I relied upon in forming my opinions is attached to this Report as Exhibit C.

### IV.    Introduction to Vioxx and the Results of the VIGOR Trial

10.      Vioxx is a non-steroid anti-inflammatory drug ("NSAID") intended for use in the treatment of pain.  Pain and inflammation is associated with the production of an enzyme in the body called "COX-2."[1]  "Traditional" NSAIDs, such as naproxen, or ibuprofen, suppress the synthesis of COX-2, but they also suppress the synthesis of COX-1, an enzyme associated with production of protective gastrointestinal mucus.[2]  Unlike traditional NSAIDs, Vioxx and other "coxibs" specifically and selectively suppress synthesis of the COX-2 enzyme, without (or to a lesser extent) suppressing COX-1, ostensibly avoiding adverse GI effects associated with traditional NSAIDs.[3]  Vioxx was ultimately withdrawn from the market on September 29, 2004.[4]

---

[1] PX 106 at MRK-AF10035849
[2] Id.
[3] PX 258
[4] MRK-AFF0000040

11.     In January 1999, Merck initiated a randomized controlled trial ("RCT") called the "VIOXX Gastrointestinal Outcomes Research" trial ("VIGOR"), which compared Vioxx to naproxen, a traditional NSAID.  The results of VIGOR, including selected cardiovascular results, were first announced publicly in a press release dated March 27, 2000,[5] and were subsequently published in a November 2000 article in the *New England Journal of Medicine* authored by Claire Bombardier and others, including several Merck employees ("VIGOR paper").[6]  In the VIGOR trial, which compared Vioxx to naproxen (a traditional NSAID), five times the number of MIs (and twice the number of "adverse cardiovascular events," as defined in Merck's cardiovascular adjudication protocol for the Vioxx program)[7] were observed on the Vioxx arm of the study than were observed on the naproxen arm.[8]

12.     The results of the VIGOR trial remained the largest clinical trial source of high-quality data on Vioxx in the public domain until 2004, when the results of another large-scale clinical trial, called APPROVe, were released, demonstrated that Vioxx posed an increase cardiovascular risk versus placebo, and thus Vioxx was withdrawn.[9]  Hence the findings from the VIGOR trial, and their interpretation by Merck, were of paramount importance in assessing Vioxx's cardiovascular safety until the drug was withdrawn from the market.

13.     In this Report, I address two claims Merck made with respect to VIGOR's cardiovascular findings, one concerning VIGOR's overall cardiovascular result and one concerning an analysis of subgroups of patients according to whether or not they were eligible, under U.S. Food and Drug Administration ("FDA") guidelines, to take aspirin prophylactically:

---

[5] PX 258
[6] PX 109 (C. Bombardier et al., *Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis*, 343 N. Engl J Med 21, 1520-1528 (2000)).
[7] PX 9 (Reines) at MRK-AGV0134492
[8] MRK-AAX0001417
[9]  MRK-AFF0000040

a.   Merck repeatedly claimed that a cardioprotective effect of naproxen, rather than a cardiotoxic effect of Vioxx, is the most "likely" explanation for all of the observed excess in MI (and CV events generally) in the Vioxx group (the "naproxen hypothesis")[10] For instance:

- "[S]ignificantly fewer thromboembolic events were observed in patients taking naproxen in this GI outcomes study, which is consistent with naproxen's ability to block platelet aggregation. This effect on these events has not been observed previously in any clinical studies for naproxen. Vioxx, like all COX-2 selective medicines, does not block platelet aggregation and therefore would not be expected to have similar effects . . . .   Patients using low-dose aspirin, which also blocks platelet aggregation, were excluded from the GI outcomes study. Vioxx does not interfere with the ability of low-dose aspirin to block platelet aggregation."[11]
- "At therapeutic doses, Vioxx works by selectively inhibiting COX-2 without inhibiting COX-1; non-selective NSAIDs like naproxen inhibit both COX-1 and COX-2.   Medicines like aspirin and naproxen that significantly inhibit COX-1 block platelet aggregation and therefore have the potential to provide cardioprotection.[12]
- VIGOR was not "evidence that VIOXX actually put patients at higher risk of adverse [cardiovascular] events," and that "it was likely that naproxen had conferred protection to patients taking that drug."[13]
- "In VIGOR there was no difference in cardiovascular mortality and the incidence of strokes between the groups treated with Vioxx or naproxen. As previously reported, significantly fewer heart attacks were seen in patients taking naproxen (0.1 percent) compared to the group taking Vioxx (0.4 percent in this study).   The reduction in heart attacks is consistent with naproxen's ability to block platelet aggregation by inhibiting COX-1."[14]
- "The overall mortality rate was similar in the two groups, as were the rates of death from gastrointestinal events and from cardiovascular causes. The rate of myocardial infarction was significantly lower in the naproxen group than in the rofecoxib group (0.1 percent vs. 0.4 percent) . . . . [o]ur results

---

[10] When presenting the naproxen hypothesis, both the VIGOR paper and Merck's press releases generally, focused on the imbalance in MIs, rather than cardiovascular events in total. (PX 109 (C. Bombardier et al., *supra*, n.6)). Merck cited the difference observed in MIs in particular as supportive of the naproxen hypothesis, since, according to Merck, the incidence of MI was the most salient index of a putative anti-platelet drug's cardioprotective effect. (PX 929).   Hence, this Report focuses on whether information available to Merck supported the claim that naproxen's cardioprotective effect was the most likely explanation for the between–arm difference in MI observed in VIGOR.

[11] PX 258 at MRK-PRL0000114

[12] *Id.* at MRK-PRL0000115

[13] PX 93 at MRK-SAG0062041

[14] PX 331 at MRK-SHAA0010425

are consistent with the theory that naproxen has a coronary protective effect and highlight the fact that rofecoxib does not provide this type of protection owing to its selective inhibition of cyclooxygenase-2 at its therapeutic dose and at higher doses. The finding that naproxen therapy was associated with a lower rate of myocardial infarction needs further confirmation in larger studies."[15]

- Dr. Edward Scolnick, Merck's then-chief scientist, stated "cardiovascular issues in VIGOR even at this point compared to when we first got the data are *unambiguously* related to a decrease in the events in the naproxen arm and not an increase in the VIOXX arm of the study and are unrelated to blood pressure or renal effects . . . ."[16]

b.      Merck also claimed that the presence of a high risk subgroup of patients in the VIGOR population, whom Merck claimed needed, but did not receive, aspirin prophylaxis and for whom they claimed naproxen treatment acted as a substitute for such prophylaxis, supported the Company's claim that the magnitude of the difference in MIs observed between arms in VIGOR was consistent with "naproxen's ability to block platelet aggregation . . . ."[17]  (the "4% statement").  Specifically, Merck reported that 4% of the VIGOR subjects were eligible to take aspirin for CV protection under FDA guidelines, and that this 4% suffered 38% of the MIs observed in the trial.  In the remaining 96%, of the VIGOR population who were not eligible for aspirin prophylaxis, the risk under naproxen was 0.1% versus 0.2% under Vioxx.[18]  Merck further stated that there was not a significant difference between the treatments in the subgroup of patients not indicated for aspirin prophylaxis according to FDA guidelines.[19]  For instance:

- "The reduction in heart attacks [on the naproxen arm in VIGOR] is consistent with naproxen's ability to block platelet aggregation by inhibiting COX-1.  This effect on platelet aggregation is similar to low-dose aspirin, which is used to prevent second cardiac events in patients with a history of heart attack, stroke or other cardiac events.  Patients

---

[15] PX 109 at MRK-ACW0049309 (C. Bombardier et al., *supra,* n.6).
[16] MRK-ACU0000402 at 1:53:12 (emphasis added).
[17] PX 331 at MRK-SHAA0010425
[18] PX 109 at MRK-ACW0049306 (C. Bombardier et al., *supra,* n.6).
[19] *Id.*

taking low-dose aspirin did not participate in VIGOR although 4 percent of patients enrolled in the study did meet the criteria for use of aspirin to prevent second cardiac events. Among the 96 percent of patients in VIGOR who were not candidates for low-dose aspirin for such cardioprotection, there was no significant difference in heart attack rates - .01 percent among patients taking naproxen and 0.2 percent among patients taking Vioxx."[20]

- "The rate of myocardial infarction was significantly lower in the naproxen group [in VIGOR] than in the rofecoxib group (0.1 percent vs. 0.4 percent). This difference was primarily accounted for by the high rate of myocardial infarction among the 4 percent of the study population with the highest risk of a myocardial infarction, for whom low-dose aspirin is indicated. The difference in the rates of myocardial infarction between the rofecoxib and naproxen groups was not significant among the patients without indications for aspirin therapy as secondary prophylaxis."[21]

- "The important finding is that these results were more marked in only 4 percent of the patients that were candidates for aspirin a small number of patients in this study should have been on aspirin to prevent myocardial infarction because they had a previous episode and any guideline would have recommended and we particularly did not exclude patients who were taking aspirin in this study."[22]

14.    This report will consider these two statements from a statistical perspective.

15.    First, addressing the naproxen hypothesis, I conclude, at the time Merck promulgated the naproxen hypothesis (and, indeed, in the time since) no cardioprotective therapy has been shown to exhibit the degree of cardioprotection required for the naproxen hypothesis to be true. Thus, Merck had no basis for claiming that the magnitude of cardioprotection it attributed to naproxen was consistent with the drug's antiplatelet properties. I also examine both clinical trial data and observational data available to Merck during the time period from May 1999 through September 29, 2004. and conclude that they fail to support the naproxen hypothesis. Finally, I consider the fact that VIGOR enrolled only rheumatoid arthritis ("RA") patients, who are generally considered at higher cardiovascular risk than osteoarthritis or

---

[20] *Id.*; PX 331 at MRK-SHAA0010425
[21] PX 109 at MRK-ACW0049309 (C. Bombardier et al., *supra,* n.6).
[22] MRK-ANK0020770 at MRK-ANK0020782

"primary prevention"[23] patients, and conclude that this fact fails to make the magnitude of the difference in MI observed in VIGOR any more consistent with the naproxen hypothesis than if another patient population had been used.

16.     Second, I conclude that the data available to Merck did not support the 4% statement.  The cardiovascular risks observed in each of the subgroups with and without aspirin indication were not meaningfully different from a statistical point of view.  I therefore agree with Merck's consultants who told the Company it was "misleading" to emphasize the 4% statement.[24]  Moreover, Merck's presentation of data concerning the 4% statement was non-standard, and the Company failed to report other analyses concerning this subgroup that undermined its claims.  Finally, Merck's statement that 38% of the MIs that occurred in VIGOR were observed in the 4% subgroup, a statement that conveys the impression that risk difference was disproportionately distributed in this subgroup (notwithstanding the fact that the relative risks in each group were not shown to be different), was likewise misleading.  Because the patients in the 4% subgroup were "secondary prevention" patients,[25] the fact that most MIs are numerically clustered in that subgroup is simply a consequence of the fact that relative risks *are* consistent across the trial.

## V.    The Naproxen Hypothesis

17.     In order for the naproxen hypothesis to be correct, not only would naproxen have to improve cardiovascular outcomes (a claim which medical science has, to date, failed to support), but it would have to do so to an implausibly large degree in order to explain the difference in MI events observed in VIGOR.  In truth, there is not, and has never been, a body of

---

[23] As explained in more detail below, "primary prevention" patients are those who have not had a significant prior adverse cardiovascular incident.
[24] PX 330 at MRK-SHAA0643768
[25] Patients who *have* had a prior adverse cardiovascular event.

statistically sound evidence to support the naproxen hypothesis, despite the implication of Merck's statements on the subject.

18.     In this section, I investigate Merck's attempt to analogize the purported cardioprotective effect of naproxen to proven cardioprotective therapies and conclude that the magnitude of cardiovascular benefit attributable to either statins or aspirin, two of the most widely used cardioprotective drugs, was not plausibly within the range of benefit Merck attributed to naproxen in VIGOR.   I next examine three clinical trials involving two other NSAIDs, flurbiprofen and indobufen, that Merck relied on (again, by analogy) to support the naproxen hypothesis.  I conclude that these data are not sufficient to support Merck's claim that naproxen's putative cardioprotective effect was the "likely" explanation for the difference in MIs observed in VIGOR.   I also review observational data studying naproxen's effect on the incidence of MI or other related cardiovascular endpoints.[26]  I conclude that the observational data available during the time period from May 1999 through September 29, 2004  likewise failed to support the naproxen hypothesis.  I also note that, to date, the most comprehensive observational data available has failed to demonstrate *any* statistically significant cardioprotective effect attributable to naproxen.

19.     Based on these analyses, I conclude that the evidence available to Merck during the time period from May 1999 through September 29, 2004  did not support the naproxen hypothesis.  As the examples I provided above indicate, from the time Merck announced the VIGOR results on March 27, 2000 onwards, Merck firmly promoted the naproxen hypothesis, and unreasonably down-played any increased cardiovascular risk of Vioxx.  Where safety is

---

[26] In some supporting evidence, results are given for the combined end-point of non-fatal MI or coronary death. The latter includes deaths due to MI plus other coronary causes that could not definitely be ascribed to MI. This is unlikely to make any material difference because the additional deaths will be a small percentage, some of which may have been MI anyway.

concerned, one ought to be cautious and conservative. Merck's promulgation of its naproxen hypothesis was not, by any standard of good scientific practice, warranted in view of the empirical evidence available to the Company, let alone the rigorous and exacting standards that govern the vetting of safety hypotheses.

### A.  How did Merck present the CV safety results of VIGOR?

20.    In my view, Merck's presentation of VIGOR cardiovascular safety data in the VIGOR paper presented a scientifically skewed picture of the magnitude of the between-arm difference in MI observed in VIGOR.[27]

21.    First, while results for gastrointestinal safety were presented showing Vioxx versus naproxen, for cardiovascular safety they were shown in the opposite direction, i.e., for naproxen versus Vioxx. For example, the relative risk for gastrointestinal events was stated as 0.5 (95% confidence interval: 0.3 to 0.6), with Vioxx as the numerator and naproxen as the denominator (Vioxx/Naproxen), but the relative risk for MI events was stated as 0.2 (95% confidence interval: 0.1 to 0.7), with naproxen as the numerator and Vioxx as the denominator (Naproxen/Vioxx). This contrasts with Merck's own internal review of CV safety data from several trials, in which the Company represented CV events as Vioxx versus naproxen.[28] In my opinion this:

  a.    Obfuscated the fact that the gastrointestinal and cardiovascular safety outcomes went in opposite directions;

  b.    Downplayed the large relative risk (of 4.25 with a 95% confidence interval of 1.4 to 17.4) found for Vioxx versus naproxen. I believe that many readers of the VIGOR paper would have seen the small numbers given in the results and gone away

---

[27] Roni Caryn Rabin, *The Heart Perils of Pain Relievers,* N.Y. Times (June 17, 2013), http://well.blogs.nytimes.com/2013/06/17/the-heart-perils-of-pain-relievers/.
[28] PX 335 at MRK-AQI0005928; MRK-AQI0005938

with the impression that no substantial differences in safety were found. In my experience, statistical issues are commonly misunderstood in the medical community, and many readers of academic papers skim the details and take most notice of the headline results and the figures (pictures). For example, on June 17, 2013, the *New York Times* recently reported that "people who take high doses of Nsaids daily increase their cardiovascular risk by as much as a third, compared with those taking a placebo. The one exception is naproxen, which may actually have a protective effect against heart attacks."[29] The study to which the newspaper article refers, cited in this report as Bhala[30] et al. (2013) and discussed below, actually failed to show any cardioprotective effect for naproxen, contradicting the newspaper's claim.[31]

22.     Second, by the time that the VIGOR paper was published, Merck's internal analysis showed that there were three more MIs that should have been allowed in the analyses. All three occurred in the Vioxx arm. Merck's analysis showed this by July 5, 2000,[32] over four months before the article was published in November 2000. The updated data also appeared in an internal Merck document of October 2000. Thus, the data presented in the VIGOR paper underestimated the excess risk of MI from Vioxx.

23.     I consider that, taking these two issues together, the VIGOR paper presented a scientifically misleading impression of the CV safety data from VIGOR. A fair presentation of the cardiovascular and gastrointestinal safety data is given by Figure 1. This uses all the data

[29] *Supra*, n. 28
[30] N. Bhala, et al., *Vascular and upper gastrointestinal effects of non-steroidal anti-inflammatory drugs: meta-analyses of individual participant data from randomised trials*, The Lancet, (May 30, 2013) doi:10.1016/S0140-6736(13)60900-9.
[31] The *New York Times*' (*supra*, n. 28) confusion may stem from the Bhala paper's statement concerning naproxen's effect on COX-1. However, the study hypothesizes that this effect is balanced out by the drug's inhibition of Cox-2, in an effort to explain why naproxen, unlike other NSAIDs, may actually be cardioneutral. Bhala, *supra*, n. 31.
[32] MRK-AAX0001417

13

available at the time the paper was published (including the three extra MIs).[33]  From this, one

can see that Vioxx had somewhat better GI safety but worse (indeed, about five times worse)

cardiovascular safety than naproxen.  There can be no confusion about the direction in which the

safety effects go.



**Figure 1** Cardiovascular and GI safety results from VIGOR.

Relative risks are for Vioxx versus naproxen with best estimate at center of box and bars
out to 95% confidence limits.  As is standard practice, the relative risks and confidence
limits are plotted on a logarithmic scale.

**B.    The Magnitude of Cardioprotection Claimed by the Naproxen
Hypothesis Was Not Supported by Data Available to Merck
Concerning Other Cardioprotective Therapies**

24.    According to the naproxen hypothesis, Vioxx has no adverse effects on MI; the

differential seen in VIGOR is due entirely to naproxen's cardioprotective effect.  Expressed as

naproxen versus Vioxx, the format adopted by Merck for public consumption of the VIGOR

cardiovascular results, the relative risk for MI from VIGOR was 0.20 (95% confidence interval:

---

[33] MRK-AHO0004950

0.07 to 0.58), once the three MI events first reported in July 2000 are accounted for.[34]   To put it another (simpler) way, a relative risk of 0.20 means naproxen poses 20% of the cardiovascular risk of Vioxx.  This in turn, means that, according to the naproxen hypothesis, naproxen reduces MI risk by 80% compared with placebo or some other neutral comparator.   For ease of understanding, I will use percentage reductions in risk when comparing risks through most of this Report.

25.     In order to make an inference about a drug's "true effect" from an experimental observation, we may calculate corresponding "confidence intervals" around the observed effect. A 95% confidence interval calculated around a sample, or experimental, observation gives an interval for which there is a 95% probability that the interval contains the "true value" of the parameter being measured.

26.     Merck's claim that naproxen reduced cardiovascular risk, and Vioxx had no effect on cardiovascular risk, means that naproxen exhibited an 80% risk reduction for MI.  This was the "observed effect" in the VIGOR trial and, therefore, any estimate of naproxen's "true" effect on MIs must include an 80% reduction as a possible value in order to plausibly support the naproxen hypothesis.  In order to make an inference about naproxen's "true effect" from the VIGOR results, we may calculate corresponding confidence limits, which gives a risk reduction of 80% (42% to 93%).  This may be understood by reference to Figure 2.  This tells us that, according to the naproxen hypothesis, it is very likely that naproxen reduces the risk of MI by between 42% and 93%, with the single best estimate as 80%.  Conversely, we would be highly unlikely to observe a lower than 42%, or greater than 93%, reduction in MIs due to naproxen, if the naproxen hypothesis were true.

---

[34]MRK-AAX0001417; MRK-AHO0004950



**Figure 2** Schematic presentation of results from VIGOR according to Merck's naproxen hypothesis: percentage risk reduction due to naproxen

27.     To put the assertion that naproxen would reduce the risk of an MI by 80% in context, I will contrast this result with findings for two other drugs: aspirin and statins. Before doing this, I need to consider the patient population in VIGOR. CV specialists routinely talk of randomized controlled trials, or RCTs, as being in primary or secondary prevention.[35] A primary prevention trial is one conducted in subjects with no prior history of CVD, in contrast to a secondary prevention trial which seeks to reduce the chance of recurrent events amongst patients with a prior CVD history. Viewed through the lens of the naproxen hypothesis, VIGOR may be seen as a mixed primary and secondary prevention trial. Per the VIGOR protocol, patients at risk for cardiovascular events, including those with a prior history of adverse events, were excluded from the trial. However, as seen already, Merck stated that 4% of subjects with prior CVD were included in the VIGOR population. Accordingly, for 96% of the study population, VIGOR was

---

[35] A. Verma & U. Kaul, *Aspirin in Primary and Secondary Prevention of Cardiovascular Diseases: Recommendations Based on Trials*, 2 J. Prev. Card., 299-305 (2013).

a primary prevention trial; for the 4% of the population with a history of CVD, VIGOR was an exercise in secondary CVD prevention.  Therefore, I will have to consider the best evidence for the risk reduction of MI for aspirin and statins in both primary and secondary prevention.  In both cases I will consider the most reliable evidence that, to my knowledge, was available to Merck at the time of VIGOR and in contemporary medicine.

### 1.   The Risk Reduction for MI from Statins is too Small to Support the Risk Reduction Merck Attributed to Naproxen in VIGOR

28.     It is important to understand that, at the time Merck devised the naproxen hypothesis, no RCTs directly testing naproxen had shown a cardioprotective effect for that drug. Therefore, I consider, as Merck did,[36] other cardioprotective therapies, and examine the ranges of cardiovascular risk reduction demonstrated therewith.

29.     First, I will briefly consider the risk reduction from statins, a 'blockbuster' class of drugs designed to prevent heart attacks.  I have chosen this class of drug as a basis for examining the plausibility of the naproxen hypothesis because statins are firmly established as the drug of choice for the prevention of cardiovascular disease across a wide range of patient populations.[37]

30.     At the time Merck announced the VIGOR results in March 2000, three trials of statins had been carried out in primary prevention.  Pooling these three trials showed that statin use led to a risk reduction of 35% (95% confidence interval: 23% to 45%) for coronary events (non-fatal MI or coronary death).[38]  Another analysis pooling two of the trials gave a similar

---

[36] See, e.g., PX 725 at MRK-AAB0061722.
[37] C. Baigent et al., *Cholesterol Treatment Trialists' (CTT) Collaborators. Efficacy and safety of cholesterol-lowering treatment: prospective meta-analysis of data from 90,056 participants in 14 randomised trials of statins*, 366 The Lancet 1267-1278 (2005).
[38] M. Pignone et al,. *Use of lipid lowering drugs for primary prevention of coronary heart disease: meta-analysis of randomised trials*, 321 BMJ, at 1–5 (2000).

result:  34% (23-43%).[39]  I note that in 2013, pooling all 14 available statin trials, the result is 27% (20-33%).[40]

31.    In secondary prevention there were 3 trials completed before VIGOR, which showed a combined risk reduction of 30% (95% confidence interval: 24-35%) for coronary events.[41] Currently, as far as I am aware, there have been 7 secondary prevention trials with a combined risk reduction of 27% (95% confidence interval: 20-32%).[42]

32.    Accordingly, the statin data available to Merck from the time of the VIGOR trial until Vioxx was withdrawn, as well as the most recent data, fails to support the naproxen hypothesis.  Indeed, not only do the point estimates (the "best estimates") for reduction in the incidence of MI from each of these analyses fall far short of the 80% reduction observed in VIGOR, not even the extreme upper bounds of the concomitant 95% confidence intervals come close to the VIGOR result.

### 2.    The Risk Reduction of MI Due to Aspirin is Too Small to Support the Risk Reduction Merck Attributed to Naproxen in VIGOR

33.    In the statements cited above and elsewhere, Merck argued that naproxen had similar antiplatelet effects to aspirin.  Thus, it makes sense to examine, as Merck did, the demonstrated cardioprotective effect of aspirin, in order to see whether the 80% reduction in MI in VIGOR that the naproxen hypothesis attributes to the cardioprotective effect of naproxen falls plausibly within the range of cardioprotection afforded by aspirin.[43]

---

[39] JC. LaRosa et al., *Effect of statins on risk of coronary disease. A meta-analysis of randomized controlled trials*, 282 JAMA, at 2340-2346 (1999).
[40] F. Taylor et al., *Statins for the primary prevention of cardiovascular disease*, Cochrane Database Syst Rev. 2013 Jan 31;1:CD004816. doi: 10.1002/14651858.CD004816.pub5.
[41] LaRosa, *supra*, n. 41.
[42] S. Ward et al., *A systematic review and economic evaluation of statins for the prevention of coronary events*, 11 Health Technology Assessment, at 1-160 (2007).
[43] PX 258 at MRK-PRL0000115.

34.     Table 1 shows the results of cumulative RCTs of aspirin in primary prevention, up to the last known trial as far as I am aware, in 2010.[44]  I note that even the most extreme of these trials failed to find an effect anywhere near as large as the 80% risk reduction (i.e. a relative risk as low as 0.2) in VIGOR, under the naproxen hypothesis.  By 1998, there had been four RCTs; by 2010 there had been nine.  I used a cumulative random effects meta-analysis, applied to the data in Table 1, to find the most precise estimate (and associated confidence interval) for the effect of aspirin on MI at each time point, as data accrued.  The results of this analysis are displayed graphically in Figure 3.  At the time of VIGOR, the best estimate, aggregating all available aspirin data, was that aspirin conferred a 22% risk reduction for MI, with a 95% confidence interval of 4% to 36%; in primary prevention that remained the best estimate until Vioxx was withdrawn.  Similar to my previous demonstration in the case of statins, this estimate does not even come close to the 80% reduction in MIs observed in VIGOR, and fails to support the naproxen hypothesis.

| Year | Study | Relative risk (95% confidence interval) | % risk reduction (95% confidence interval |
|------|-------|------------------------------------------|--------------------------------------------|
| 1988 | British Male Doctors' Study | 0.96 (0.75, 1.24) | 4 (-24, 25) |
| 1989 | Physicians' Health Study | 0.58 (0.47, 0.72) | 42 (28, 53) |
| 1998 | Medical Research Council Study | 0.81 (0.66, 0.99) | 19 (34, 1) |
| 1998 | Hypertension Optimal Treatment Study | 0.85 (0.69, 1.05) | 15 (-5, 31) |
| 2001 | Primary Prevention Project | 0.69 (0.39, 1.23) | 31 (-23, 71) |
| 2005 | Women's Health Study | 1.03 (0.84, 1.25) | -3 (-25, 16) |
| 2008 | Japanese Primary Prevention of Atherosclerosis With Aspirin for Diabetes | 0.87 (0.40, 1.87) | 13 (-87, 60) |
| 2008 | Prevention of Progression of Arterial Disease and Diabetes trial | 1.10 (0.81, 1.50) | -10 (-50, 19) |
| 2010 | Aspirin for Asymptomatic Atherosclerosis trial | 0.97 (0.70, 1.35) | 3 (-35, 30) |

**Table 1** Primary prevention trials of aspirin, with relative risks (and equivalent percentage risk reductions) for MI.

---

[44] Berger JS, et al., *Aspirin for the prevention of cardiovascular events in patients without clinical cardiovascular disease: a meta-analysis of randomized trials*, 162 Am. Heart J. 115-24 (July 2011).



**Figure 3** Relative risk, aspirin versus neutral control [data from Table 1], for primary prevention of MI.  Cumulative best evidence as trial data accrued.  The best estimate at the indicated time point shown by a vertical tick and bars out to 95% confidence limits.

35.     Indeed, Merck's outside consultant, Dr. Carlo Patrono, alerted Merck to the fact that the magnitude of risk reduction in primary prevention, which he gave as 20% in April 2000, was inconsistent with the naproxen hypothesis.[45]  Specifically, Dr. Patrono observed that "[a]ny CV protection from N[aproxen] is likely to be small (assuming, under the best-case scenario, the same 20% RRR [relative risk reduction] as with ASA."[46]

36.     I note that currently the best estimate is 14% (95% confidence interval: 0% to 26%).  Thus, even the contemporary data on the magnitude of aspirin's cardio-benefit fail to support the naproxen hypothesis.

---

[45] PX 119 at MRK-ADL0007853
[46] *Id.*

37.     In secondary prevention, the best evidence available during the time period from May 1999 through September 29, 2004 , indeed, the only pooled evidence regarding MI that I am aware of before 2005, comes from the Antiplatelet Trialists' Collaboration.[47]  In 2002, they estimated that aspirin use was associated with a 26% reduction in non-fatal MI or death from coronary heart disease, giving a 95% confidence interval of 22 to 30%.[48]  In 2009, they estimated that the total evidence available (from 16 trials) had changed this estimate to 20% (95% confidence interval 12-27%).[49]  The 2009 report also gave an estimate of 18% (10-25%) for primary prevention of MI (from six trials).

38.     In summary, paragraphs 28 through 37 show that neither the primary nor the secondary preventive evidence concerning aspirin or statins supported Merck's naproxen hypothesis.  This is shown in Figure 4 below.

---

[47] MRK-ACC0016224 (*Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients*, Antiplatelet Trialists' Collaboration, 324 BMJ 71-86 (2002)).

[48]  *Id.*

[49] C. Baigent et al., *Aspirin in the primary and secondary prevention of vascular disease: collaborative meta-analysis of individual participant data from randomized trials*,  373 The Lancet 1849-60, (2009).



**Figure 4** Percentage risk reductions, with 95% confidence intervals, for MI according to the naproxen hypothesis (shaded region; best estimate at 80%) and for (1) primary prevention from statins (2) secondary prevention from statins (3) primary prevention from aspirin (4) secondary prevention from aspirin, all using the best evidence available at or around the time of VIGOR, with best estimate at center of box and bars out to 95% confidence limits.  The risk reduction in VIGOR, hypothesized to be due to naproxen's cardioprotection, is significantly different, $0.03 < p < 0.05$, from all four of the statin and aspirin risk reductions (using Wald tests on the log scale).  In fact, one can see that the confidence intervals for MI risk reduction in aspirin, both primary and secondary prevention, and secondary prevention with statins do not overlap at all with the confidence intervals for naproxen "reduction" under the naproxen hypothesis.  This highlights visually the fact that the VIGOR data, interpreted through the naproxen hypothesis, is totally discrepant to what would be expected from known, contemporary results for aspirin and statins.

39.     Merck's outside consultants told the Company that the magnitude of the difference observed in VIGOR was out of the range of aspirin's cardioprotective effect.[50]  Merck consultant Dr. Garret FitzGerald, for example, testified that he told the Company, that "if naproxen was aspirin, it was still insufficient to explain the magnitude of the difference between

---

[50] *See, e.g.*, PX 332; FitzGerald Tr. at 109:16-110:9.

22

the two groups," assuming the difference observed in VIGOR was a reliable estimate of the magnitude of the putative cardioprotective effect of naproxen.[51]

40.     None of the estimates of MI risk reduction attributable to statins or aspirin, varying by time or background risk, and calculated from pools of the largest, most reliable data available during the time period from May 1999 through September 29, 2004 , are anywhere near as big as the supposed 80% risk reduction in MI the naproxen hypothesis posits was shown in VIGOR.   Even the maximum values of the 95% confidence intervals for aspirin in cardiovascular risk reduction fail to include 80%, while the overlap of the confidence interval for MI risk reduction demonstrated for statin therapy and the equivalent interval claimed by the naproxen hypothesis in VIGOR are negligible (with no evidence of a statistical difference). Thus, I conclude that the naproxen hypothesis was not supported by the contemporaneous data concerning the reduction attributable to other cardioprotective drugs.

### 3.     How did Merck present comparative findings?

41.     Merck did not present the results from VIGOR in this way.   Merck, instead, repeatedly presented the VIGOR cardiovascular results as being consistent with naproxen having supposedly similar properties to aspirin.   They did this, despite advice given to them by outside consultant Dr. Carlo Patrono in October 2000 that the VIGOR data (seen through the naproxen hypothesis) was out of range compared with primary aspirin trials.[52]   Dr. Patrono also told Merck that the magnitude of the VIGOR results were "not plausible even if the comparator were aspirin itself.[53]"   Likewise, Merck consultant Desmond Fitzgerald made a similar point: "the reduction in CV events is greater than you would expect with aspirin."[54]   My Figure 6, discussed more

---

[51] FitzGerald Tr. at  109:16-110:9.
[52] PX 695 at MRK-SHAA0572541
[53] PX 446
[54] PX 721 at MRK-ACF0009164

fully below, supports the conclusion Merck's consultants reached - that the VIGOR results are incompatible even with the cardioprotective effect of aspirin observed in individual trials.

42.     Merck internally compared some of the VIGOR cardiovascular results with aspirin trials in May 2000.[55]   PX 725 includes a figure (reproduced here as Figure 5) that shows how the VIGOR results compare with results from antiplatelet therapies in certain RCTs examined in a 1994 Antiplatelet Trialists' Collaboration overview, using the composite endpoint this study's authors used.[56]   That endpoint includes both MI and stroke, rather than MI alone.

43.     The results of Merck's analysis show that the 99% confidence intervals for the reduction in odds (i.e., the approximate percentage risk reduction) generated in the three largest trials (PARIS-I (12%-38%); PARIS-II (18%-36%); AMIS (3%-17%)), do not even touch the result provided for VIGOR.[57]   Even when including the five smaller aspirin trials, the extreme upper bounds of the 99% confidence intervals only ever barely touch the observed VIGOR result provided in the document.   Thus, try as it might, Merck could not find support among aspirin trials for its naproxen hypothesis.   Moreover, Merck's analysis attenuates the effect in VIGOR by omitting the additional vascular events that occurred after February 2000, and by using an outcome that includes stroke.

---

[55] PX 725 at MRK-AAB0061722
[56] PX 726 (*Collaborative overview of randomized trials of antiplatelet therapy-I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients*, Antiplatelet Trialists' Collaboration, 308 BMJ 81-106 (1994)).
[57] PX 725 at MRK-AAB0061722



**Figure 5** Extract from PX 725 for thrombotic events, comparing the VIGOR result with results observed in various aspirin trial with respect to a composite endpoint.

44.     In Figure 6, I make my own comparison of VIGOR, using just an MI endpoint in order to capture "pure" cardioprotective effect, with the aspirin trials in primary prevention listed in Table 1. This is another way of showing the same thing as in Figure 4 (at least for primary prevention with aspirin), but now showing that VIGOR was an extreme result, when interpreted as Merck proposed, compared to any individual aspirin study in primary prevention, before or after the time of VIGOR.



**Figure 6** VIGOR data added to the data from trials of aspirin in primary prevention of MI (taken from Table 1 – the trials are listed in the same date order as in that table, using acronyms).  VIGOR is a clear outlier.

45.    Merck's Figure 5, and my Figure 6, demonstrates that the result in VIGOR was more extreme than Merck's naproxen hypothesis could reasonably sustain.   The naproxen hypothesis required Merck to assume that VIGOR was a rogue result, one that had an *extremely* low chance of being observed.[58]  Continuing to maintain the naproxen hypothesis in the face of such contradictory evidence was not based on sound scientific principles, in my view.

46.    Indeed, prior to obtaining the VIGOR results, Merck internally considered the possibility that a between-arm difference in cardiovascular events might be observed in a clinical

---

[58] PX 725

trial if a cardioprotective NSAID were administered to one arm of the trial but not the other, but estimated that reduction at about 25%.[59]    Shortly before the VIGOR results were unblinded, Merck personnel specifically considered the possibility that naproxen could act cardioprotectively in VIGOR and, therefore, reduce the rate of MIs in patients receiving it.[60] However, at that time, shortly before reviewing the VIGOR results, Merck's most generous estimate put the percent reduction plausibly attributable to naproxen at 35%.[61]    Shortly after unblinding, Merck statistician Deborah Shapiro, taking handwritten notes on the trials results, wrote "difference larger than hypothesized."[62]    These different estimates and expectations were not discussed publicly by Merck when it repeatedly advanced the naproxen hypothesis.

### C.    Clinical trial data addressing the naproxen hypothesis

47.    During the period from 2000 to 2004, Merck cited three "hard end-point" trials, that is, trials amassing data on manifest clinical outcomes, claimed in support of the naproxen hypothesis.    "Hard endpoint" trials provide the most reliable and robust evidence for claims about clinical outcomes, since these trials test those outcomes directly.[63]    Other kinds of trials, pharmacological trials, and so forth, are generally considered merely hypothesis generating.

48.    These end-point trials (Brochier, Fornaro and Cataldo) give information of varying size and quality on the association of flurbiprofen and indobufen with MI or CVD

---

[59] PX 320 at MRK-ABC0017681 to MRK-ABC0017682
[60] PX 347 at MRK-AAB005993
[61] *Id.*
[62] PX 438 at MRK-ACF0002686
[63] MRK-AIY0001073 (M.L. Brochier et al., *Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction, The Flurbiprofen French Trial*, 14 European Heart Journal, 951-57 (1993)); PX 734 (G. Fornaro et al., *Indobufen in the Prevention of Thromboembolic Complications in Patients with Heart Disease, A randomized, placebo-controlled, double-blind study* 87 Circulation, 162-164 (1993)); PX 735 (G. Cataldo, et al., *Indobufen compared with aspirin and dipyridamole on graft patency after coronary artery bypass surgery: results of a combined analysis*, 9 Coronary Artery Dis, 217-222 (1998)).

events.  Since none involved naproxen or Vioxx, any argument that they support the naproxen hypothesis relies upon argument by analogy.

49.     Two of the three end-point trials (Brochier and Fornaro) give information on the association of flurbiprofen[64] and indobufen, respectively, with MI or CVD events.  With respect to Fornaro,[65] I performed my own analysis on MI rates among the population and found a relative risk (from Poisson regression) of 0.40 (0.08 – 2.10) for indobufen against placebo, with a p-value of 0.45.  Thus, Fornaro actually failed to demonstrate that indobufen significantly reduces MI in a placebo-controlled trial.

50.     Cataldo, the largest of the three studies by far with a population of 1,372 patients[66] (contrasted with 196 for Fornaro and 461 with Brochier) pooled from two RCTs, was poorly analyzed.  No tests were performed for heterogeneity between the RCTs, and there was no allowance for censoring.

51.     Merck's outside consultants expressed views that confirm my conclusion that there was no scientifically sound evidence available that naproxen was associated with a reduction in cardiovascular risk, let alone a reduction of the magnitude observed in VIGOR.

52.     For example, Dr. Carlo Patrono stated to Merck in a March 28, 2000 email consultants meeting:  "There is a weak pharmacological basis and no epidemiological evidence[67]" and for the naproxen hypothesis, at an October 2000 consultants' meeting, "the

---

[64] I note that an observational study by Schlienger, et al., (R. Schlienger et al., *Use of Nonsteroidal Anti-Inflammatory Drugs (NSAIDs) and Risk of First Time Acute Myocardial Infarction*, 54 J. Clin. Pharmacol. 327-332. (2002)), which, as discussed below, Merck cited as supportive of the naproxen hypothesis, found no statistically significant reduction in MI for flurbiprofen, with a point estimate showing *increased* risk.  PX 763.  That study reported an odds ratio (approximate relative risk) for reduction in MI of 2.26 (95% confidence interval: 0.93-5.46) for flurbiprofen use versus non-use.  *Id.*  Dr. Watson testified that he "did note those differences between" Schlienger's result and Brochier's result.  Watson Tr. at 129:4-6.  That study also found no statistically significant reduction in MI for naproxen use versus non-use, as, again, I discuss below.  *Id.*
[65] PX 734 (G. Fornaro et al., *supra*, n. 64).
[66] PX 735 (Cataldo et al., *supra*, n. 64).
[67] PX 446

naproxen is beneficial hypothesis is based on surrogate endpoints that have been very discounted due to their absence of predictive ability v clinical efficacy."[68]  In the latter, he is contrasting indicative surrogate outcomes (as collected in a "mechanistic" study) with "hard" clinical outcomes (as collected in VIGOR).  For example, a drop in blood pressure would be a surrogate endpoint and a cardiovascular death would be a hard outcome.  In fact, Dr. Patrono is specifically saying that naproxen's effect on platelet aggregation is a poor surrogate for predicting its effect on cardiovascular outcomes, thus contradicting a central pillar in the naproxen hypothesis.

53.     At the same meeting, Dr. Patrono criticized the flurbiprofen and indobufen trials, saying they "are not impressive," were "too small, and they are selectively published.  So there are no studies that look at naproxen or other NSAIDs with sufficient power to call it aspirin-like definitively."[69]

54.     Dr. Patrono also cast doubt on the analogy between NSAIDs and aspirin, saying, "[e]ven in clin pharm [clinical pharmacology] studies, can't really replicate with NSAIDs what you see with aspirin."[70]

55.     Merck actually sought hard outcomes in rheumatoid and osteoarthritis trials of naproxen to test their naproxen hypothesis.  Candice Ritchie carried out electronic searches for such studies and reported, in May 2000, finding over 300 "hits" for each disease group.  In these there was no evidence to support (or refute) the hypothesis.  She stated, "[t]his is all I could find; there is nothing."[71]

---

[68] PX 721 at MRK-ACF009165
[69] *Id.*
[70] *Id.*
[71] MRK-AHO0181078; MRK-SHAA2564253

56.     Merck could have collected together the evidence from trials of naproxen; even if the data were few, at least this would have been a fair presentation of the best science available to support, or refute, the naproxen hypothesis.  Such an analysis has been done by others, including Salpeter et al. (2006), the authors of which published, without pharmaceutical industry support, a study pooling evidence from 11 RCTs to estimate the effects of naproxen versus placebo on CVD outcomes.[72]  Salpeter estimated the pure (i.e. placebo-controlled) risk increase under naproxen for vascular events or death to be 40% (95% confidence interval: -20% – 130%).[73]  This, of course, suggests that, if anything, naproxen increases cardiovascular risk.  The key point here, however, is that the wide confidence interval shows the paucity of data about the naproxen hypothesis, even in 2006.  Indeed, even today in 2013, the amount of reliable scientific data to support the naproxen hypothesis is sorely lacking.

57.     The latest data come from the Coxib and Traditional NSAID Trialists' Collaboration ("Bhala").[74]  After searching through the entire universe of available RCT data, Bhala obtained an estimate for the pure (i.e. placebo-controlled) risk reduction under naproxen that showed no statistically significant reduction of MI risk attributable to naproxen.

58.     I conclude that the clinical trial data did not ever uphold the naproxen hypothesis, either within the time period from May 1999 through September 29, 2004  or subsequently.

## D.     Available Observational Data Do Not, and Did Not, Support the Naproxen Hypothesis

59.     In the hierarchy of study quality, RCTs are widely accepted as the best for investigating causality.  Next in quality to RCTs are observational (epidemiological) studies which, in the current context, involve observing what happens (in terms of cardiovascular

---

[72] MRK-ABY0227171 (S. Salpeter et al., *Meta-analysis: cardiovascular events associated with nonsteroidal anti-inflammatory drugs*, 119 Am J Med. 552-529 (2006)).
[73] *Id.*
[74] Bhala, *supra*, n. 31.

events) to a person taking a specific drug, comparing these observations with similar experiences amongst subjects taking no drug or another drug. These may be thought of as non-randomized drug trials. Their disadvantage is that each type of drug is not taken by any one person at random – it is possible that they got their particular drug, for example, because their doctor thought they were relatively sick. The result could be that the results of the observational study are then biased – the sick group did badly in terms of adverse outcomes, leading to a bias against the drug in the study comparison. For this reason, it is crucial that observational studies make allowances for imbalances in key variables between study groups; otherwise biased results are likely.

60.     Large-scale clinical trials avoid this bias by using randomization and by appeal to the "law of large numbers," which suggests that unmeasured variables should be balanced out in large samples. In observational studies, imbalances are controlled for by "adjustment" which, in the studies of current concern, means including the variables that one wishes to control for in multi-variable statistical prediction models. (In some studies "matching" is done, instead in addition to, adjustment.) Matching, for example, one-to-one on sex, means sampling a male from the comparison group every time a male is found in the naproxen group (and similarly for females). That way the effect of sex must be balanced: there will be the same number of men (and women) in each study group. When sample sizes are large (as is always the case in the studies here), by-and-large, the greater the number of adjustments the more reliable the result (in terms of obtaining a valid estimate of the relative risk).

61.     Eighteen reports of observational associations between naproxen and MI appeared before Vioxx was withdrawn, or soon after. I list these in Appendix Table A1. Of these, Garcia-

Rodriquez (2000), was unpublished.[75] The United Healthcare study was available to Merck privately before Vioxx was withdrawn, but was not published until 2006.[76] Fifteen studies of these eighteen compared naproxen to a neutral control; seven (including four in the fifteen just mentioned) compared naproxen to another NSAID; and one of these eighteen studies only assessed whether more prescriptions of naproxen led to a greater chance of MI, the endpoint most relevant to assessing the naproxen hypothesis.[77] All of the studies utilized large medical databases, including those kept by insurers in the United States.  Such databases record when medication begins, and when adverse events are suffered, over time for each subject included, as well as background data on patients, such as sex and date of birth, and medical practice treating the patient.

### 1.    Naproxen versus a neutral control

62.    In considering the 15 observational studies comparing naproxen to non-naproxen,[78] it is important to note from the outset that two of these studies, Watson et al.,[79] spearheaded by Merck statistician Doug Watson, and Hippisley-Cox,[80] use "no naproxen" as their neutral control which means that consumers of other NSAIDs, including COX 2 inhibitors and diclofenac, would be among the population to which naproxen users are compared in the respective studies.

63.    To the extent these two studies contain patients on Vioxx or other COX 2 inhibitors, any showing of a reduction on naproxen will be question begging:  the analysis poses

---

[75] PX 532 at MRK-ABK0494766.

[76] MRK-ABY0200660, (Valentegas et al., *Cardiovascular Risk of Selective Caclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications*, 15 Pharmacoepidemiology 9, 641-652 (2006)).

[77] *See* Appendix Table A1

[78] See id.

[79] PX 766 at MRK-AHE0057143-46 (D. Watson et al., Lower Risk of Thromboembolic Cardiovascular Events with Naproxen Among Patients with Rheumatoid Arthritis, 162 Archives of Internal Medicine 1105-1110 (2002)).

[80] MRK-AJA0227934 (J. Hippsley-Cox & C. Coupland, *Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional nonsteroidal anti-inflammatory drugs: population based nested case-control analysis*, 330 BMJ 1366-1372 (2005)).

the same problem you set out to resolve in the first place, namely whether the difference observed in VIGOR was due to prothrombotic effect of COX 2 inhibition, or the beneficial effect of naproxen.

64.     To the extent these two studies contain patients on diclofenac, another traditional NSAID, this poses a particular problem for Merck, since Merck had at least some reason to believe, based on unpublished data, that diclofenac was cardiotoxic.[81] Thus, any cardioprotective effect attributable to naproxen would be exaggerated when compared with diclofenac. This is illustrated in Figure 7, which illustrates the simple proposition that the cardioprotective effects of a drug will be overstated when compared with a drug that increases cardiovascular risk.

---

[81] MRK-ACF0003792; PX 532 at MRK-ABK0494766.



**Figure 7** Plausible percentage risk reductions for naproxen v nothing and diclofenac v nothing; thereby producing the likely risk reduction for naproxen v diclofenac of 52%.[82]

65.     Compounding this problem, the data in Watson was sourced from the UK General Practitioners' Research Database ("GPRD"),[83] and diclofenac was, at the time, commonly prescribed in Europe as treatment for RA.[84]

66.     Thus, Merck would have had to have viewed these analyses as likely *overestimating* naproxen's cardioprotective effect.  These problems are particularly acute for the Watson study because that analysis included only RA patients, who would very likely be taking some type of pain relief.[85]  Thus, Watson is likely to have exaggerated the risk reduction for MI

---

[82] Bhala, *supra*, n. 31.
[83] PX 766 at MRK-AHE0057143-44 (Watson, et al., *supra*, n. 80).
[84] H. Jick et al,, *Nonsteroidal antiinflammatory drugs and acute myocardial infarction in patients with no major risk factors*, 26 Pharmacotherapy 1379-1387, (2006).
[85] PX 766 at MRK-AHE0057147 (Watson, et al., *supra*, n. 80).

due to naproxen, whilst the estimate they produced, 43% risk reduction, is still well below the estimate of 80% required from the naproxen hypothesis.[86]

67.    The Hippisley-Cox and Coupland (2005)[87] study has the same drawback as Watson et al. (2002),[88] but to a much lesser extent as their study population was all-comers, not restricted to those who would have needed regular pain relief.

68.    There is another significant limitation to Watson that bears mention here.  While Merck scientist Doug Watson's study had a pre-specified protocol, his published study deviated from that protocol in a number of significant respects.  For example, the protocol sets forth a specific screening procedure to select variables for which adjustment should be made in the study model.[89]  The published version instead used a "stepwise method" to select variables for inclusion in the regression model.  This design choice has considerable flaws, one of which is its reliance upon "hypothesis testing."  In the current situation this design choice can lead to inappropriate deletion of key confounding factors.  In my long experience in epidemiology, I do not recall having seen this method used to select adjustment variables.  It is inappropriate in this situation; a potential confounding variable should not be selected using a test-based procedure.  The consequence, for example, is that Watson adjusted for smoking and his bespoke CVD risk score when comparing naproxen with non-NSAIDs, but not when comparing naproxen with no naproxen.  The use of the "stepwise method" is made all the more suspect by the fact that, in choosing it, Watson deviated from his prespecified protocol.

69.    Even putting aside the fact that Merck would have reason to believe that these analyses overestimated naproxen's cardioprotective effect, if any, in none of the 15 studies was

---

[86] Indeed, Merck internally acknowledged that Watson's estimate still failed to account for 45% of the difference observed in VIGOR.  PX 349.
[87] MRK-AJA0227934 (Hippisley-Cox, *supra*, n. 81).
[88] PX 766 (Watson, *supra*, n. 80).
[89] MRK-ABY0024769

the estimate of the effect of naproxen on MI, *per se*, estimated to be as large as to "explain" the 80% risk reduction in VIGOR. I provide detailed results from these trials in Table A1.

70.     Using random effects meta-analysis, I have carefully scrutinized and pooled the complete data on the relative risk for naproxen compared to a neutral control at successive times, as evidence accrued. In doing this, I included the Watson[90] and Hippisley-Cox[91] studies, in an effort to be conservative and perform the analysis that most favors Merck's position. Also, to avoid double counting of GPRD data, I used the longest-running study using GPRD that was available at any particular time.[92]

71.     The first study (Garcia-Rodriguez et al, 2000)[93] appeared without the result for naproxen shown in Table A1. Merck obtained a copy of this table in a pre-print draft it received privately, but does not appear to have made any external use of the result.[94] The results of Garcia-Rodriguez's analyses show no significant reduction for naproxen.[95] Since the 95% confidence interval is very wide, the estimate produced is unreliable. In examining this analysis, Merck statisticians were focused on the fact that the result for naproxen was non-significant, even if the point estimate may have looked encouraging to some. On a preprint of the study Merck received that included the unpublished naproxen result, Merck statistician, Jim Bolognese hand-wrote "ASA protective of CV events – NSAIDs not." Len Oppenheimer (Bolognese's

---

[90] PX 766 (Watson et al., *supra*, n. 80).

[91] MRK-AJA0227934 (Hippsley-Cox, *supra*, n. 81).

[92] I also found that changing the precedence of GPRD studies makes no material difference.

[93] PX 531 (L. Garcia Rodriguez et al., *Differential Effects of Aspirin and Non-Aspirin Nonsteroidal Antiinflammatory Drugs in the Primary Prevention of Myocardial Infarction in Postmenopausal Women*, 11 Epidemiology 382-387 (2000).

[94] PX 532 at MRK-ABK0494766.

[95] *Id.*

superior) wrote, "Jim, A pretty sad paper – Len."[96]   Indeed, even one of the authors told Merck the results could not be used to infer a protective effect of naproxen.[97]

72.     Apart from the extremely imprecise starting point of the Garcia-Rodriguez study in 2000, the estimated relative risk for the "pure" (i.e., as would be anticipated if compared to a placebo) effect of naproxen on MI was never, at any time, more extreme than 0.74, which corresponds to a 26% risk reduction – very far from the 80% required to explain the effect in VIGOR under the naproxen hypothesis.

73.     Importantly, the confidence intervals for accumulated results at *all times* straddled the line of unity, so that the null hypothesis of no effect of naproxen could never be rejected.  In other words, at no time did any of the studies show a statistically significant reduction in MI risk for naproxen.  As data began to accrue and estimates became more precise during the time period from May 1999 through September 29, 2004 , and thereafter, support for the naproxen hypothesis got weaker and weaker.  Hence this source of evidence did not ever uphold the naproxen hypothesis, either within the class period or subsequently.  However, Merck's public endorsement of the naproxen hypothesis remained consistent.

**2.     Naproxen versus other NSAIDs**

74.     Seven studies compared naproxen with another NSAID, three of them funded by Merck.[98]   I would consider these less informative about the naproxen hypothesis than studies with a neutral comparator, because, as in VIGOR, these studies can only estimate how much more, or less, risk there is from naproxen compared to other compounds which may themselves have an effect, positive or negative, on MI.

---

[96] MRK-ABK0428132; MRK-ABK0428133.
[97] PX 119 at MRK-APL0007853.
[98] PX 766 (Watson et al., supra, n. 80); PX 761 (Rahme et al., *Association Between Naproxen Use and Protection Against Acute Myocardial Infarction*,162 Arch Intern Med, 1111-1115 (2002)); PX 768 (D. Solomon et al, *Nonsteroidal Anti-inflammatory Drug Use and Acute Myocardial Infarction*, 162 Arch Intern Med 1099-1104 (2002)).

75.     Although it received study data one year before Vioxx was withdrawn,[99] Merck did not make public the findings from their extensive study using United Healthcare data until well after it pulled Vioxx.[100]   Naproxen showed no statistically significant reduction for MI, and, indeed, was associated with a borderline, though not significant, *increase* in MI.   Unusually in the observational studies cited here, this report included a good amount of data for Vioxx.   The relative risk (95% confidence interval) for Vioxx versus ibuprofen or diclofenac was reported as 1.35 (1.09-1.68) and for naproxen was 1.14 (0.86-1.39) (in their table 6.1).[101]   So, Vioxx significantly raised the risk of an MI above that for the comparator NSAIDs.   These data offer no support for the naproxen hypothesis, and should have been made public.   Notably, the two other studies Merck funded, the results of which Merck deemed favorable, published their results during the time period from May 1999 through September 29, 2004.

76.     Merck internally criticized the studies it publicly touted as supportive.   For example, Dr. Alise Reicin observed that preliminary data from Rahme showed that "NSAIDs as a group are associated with increased risk of MI and that the aspirin group was only positive after controlling risks."[102]   Thus, because Rahme found that NSAIDs increased risk for MI, a finding that naproxen was protective compared with these drugs would not support the naproxen hypothesis, it would simply mean that naproxen was not as harmful as other NSAIDs.   Dr. Reicin asked, "Doesn't this bring the validity of the whole study into question?"[103]   Notably, an NSAID versus neutral control analysis was not reported in the final Rahme article.[104]

---

[99] PX 377 at MRK-AFS0011564, 570, 535 (like the published data, these data showed naproxen was not cardioprotective, but rather borderline cardiotoxic, and that Vioxx increased cardiovascular risk significantly).
[100] MRK-YAA0011135.
[101] *Id.* at MRK-YAA0011174.
[102] PX 757.
[103] *Id.*
[104] PX 761 (Rahme et al., *supra*, n. 99).

### 3.    How did Merck present these data?

77.    As I have indicated, observational analyses are not ideal for deciding issues of drug effects.  However, in the absence of any substantial RCT data, apart from VIGOR, these were the best data available for examining the naproxen hypothesis until Vioxx was withdrawn. Merck funded three observational studies, all of which were flawed because they did not compare naproxen to a neutral control. [105]

78.    In statements to the public I have reviewed, Merck was inconsistent with its message regarding the utility of observational studies.  Merck's statements often presented the results of selected observational studies as supportive of the naproxen hypothesis, when, in fact, these data gave no support when viewed as a whole.  Indeed, Merck championed the studies that supported the naproxen hypothesis (Rahme,[106] Schlienger,[107] Solomon,[108] and Watson) while discounting studies, like Ray,[109] Mamdani,[110] and Graham[111] that undermined it.[112]  For example:

a.    In the approved press release regarding Ray, Merck stated Ray was an "observational analysis" that "should be interpreted with caution" due to "a number of limitations in the methodology of the analysis."  The apparent basis for Merck's public statements discounting Ray is the Company's claim that no effect was found for naproxen because it was taken intermittently due to the general nature of the study

---

[105] PX 761 (Rahme et al., *supra*, n. 99); PX 766 (Watson et al., *supra*, n. 80); PX 768 (Solomon et al., *supra*, n. 99).
[106] PX 761 (Rahme et al., *supra*, n. 99).
[107] PX 763 (R. Schlienger et al., *supra*, n. 65).
[108] PX 768 (Solomon et al., *supra*, n. 99).
[109] PX 48 (Fanelle) at MRK-SHAA2026199-6201(Ray et al., *Cox-2 Selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease*, 360 The Lancet 1071-1073 (2002)).
[110] MRK-SHAA3192973 (M. Mamdani et al.,  *Effect of Selective Cycooxygenase 2 Inhibitors and Naproxen on Short-term Risk of Acute Myocardial Infarction in the Elderly*, 163 Arch Intern Med 481-486 (2003)).
[111] MRK-ANR0011493 (D. Graham, et al.,  *Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case control study*, 365 The Lancet, 475-481, (2005)).
[112] Indeed, Merck apparently questioned whether it should be commissioning observational studies at all, since commissioning them would compromise the Company's ability to criticize the studies it didn't find supportive.  PX 759.

population used.[113]   However, many of the studies Merck championed were also in general populations.  Merck also criticized Ray for failing to provide a "detailed analysis of the patient population in the study," however, Watson's description of the study's patient population in Table 1 is much briefer; indeed, it is one of the briefest I have ever seen, and is highly uninformative.

b.      The Watson paper, for which all four authors were Merck employees, did not mention any of the limitations I discuss here, including its "contaminated" neutral control group, use of a CVD score to control for confounding by CVD risk factors, and its illegitimate deviation from the pre-specified study protocol.[114]   There were also no details provided on the relative structure (as regards to smoking, hypertension, etc.), or even the size, of the non-naproxen drug groups.

c.      The issue of lack of a "pure" control group in many of the comparisons cited by Merck (e.g. those from Watson) was not discussed.

d.      Merck's standby statement for Mamdani criticized the study on the grounds that "based on baseline characteristics, patients in non-NSAID user group were somewhat healthier - they had fewer previous hospital admissions and lower use of diuretics and other antihypertensive drugs among patients not taking NSAIDs."  This was true, but Merck omitted to state that the authors adjusted for these factors.  Moreover, Merck criticized Mamdani for failing to control for "diet" and "weight," yet Watson also failed to make such an adjustment.[115]

e.      Lack of significance for MI in all but the Solomon et al. study was not mentioned (the overall, pooled, lack of significance was also not discussed).

---

[113] MRK-SHAA2045740.
[114] PX 766 (Watson et al., *supra*, n. 80).
[115] MRK-AHY0372306.

f.      The estimated result in Solomon was for a 15% risk reduction due to naproxen. This does not come close to the 80% claimed for naproxen from VIGOR (the pooled estimate over all studies against a neutral control in 2002 was 0.89 (95% confidence interval: 0.74-1.06).[116]

g.      Merck criticized the Graham study on the grounds that, in addition to finding that naproxen increased the risk of heart attacks, it found that "Indomethacin, another widely used NSAID, also increased the risk of heart attacks in that study."[117] However, other studies have since confirmed Graham's result.

h.      The Merck-funded Rahme study used a combined score for comorbidity, rather than treating factors such as hypertension and hypercholesterolemia separately.[118] Rahme's methodology fixes the relative effects of each of the factors within it and thus may compromise the adjustment for any specific risk factor. The earlier paper by Garcia-Rodriquez (2000), from the same database, did keep the factors separate.[119]   Notably, when Rahme published a non-Merck funded study in 2007, she and co-authors did *not* use a combined score for comorbidity.[120]   Merck's Watson study used a similar combined CVD risk score.

E.      **The Fact that VIGOR Used a Patient Population Diagnosed with Rheumatoid Arthritis Cannot Explain the Magnitude of the Difference in MI Risk Observed in the Trial**

79.     A major tenet of the naproxen hypothesis is the claim by Merck that rheumatoid arthritis ("RA") patients, which made up the patient population in VIGOR, are at increased risk

---

[116] PX 768 (Solomon et al., *supra*, n. 99).
[117] MRK-ANR0011493 (Graham et al., *supra*, n. 113).
[118] PX 761 ( Rahme et al., *supra*, n. 99) at MRK-SHAAM0103451.
[119] PX 531 (Garcia Rodriguez et al., *supra*, n. 96) at MRK-ABK0307176.
[120] E. Rahme & H. Nedjar, *Risks and benefits of COX-2 inhibitors vs. non-selective NSAIDs: does their cardiovascular risk exceed their gastrointestinal benefit? A retrospective cohort study*, 46 Rheumatology 435-438, at 436 (2007).

for MI, and this increased absolute risk for CVD explains why the magnitude of the difference observed in VIGOR was so extraordinary.[121]  The logic of the claim is that this population would normally be expected to have a fair number of MIs, but the naproxen treatment, substituting for aspirin, prevented many MIs amongst those who took it, thus producing the differential.  In other words, this argument assumes that a cardioprotective therapy will reduce risk more dramatically as that patient becomes more prone to adverse cardiovascular events.

80.     It is worth noting that Merck *designed* VIGOR as a trial that would *exclude* high risk patients, a design element that allowed them to proscribe the use of aspirin by subjects, so its *post hoc* claim, after having seen the adverse cardiovascular results, that it believed in hindsight the population was actually *generally* at high risk, is highly dubious.  But, even putting this aside, the data quantifying the increased risk in RA patients does not support Merck's claim that the magnitude of risk reduction attributed to naproxen, according to the naproxen hypothesis, is consistent with the existing evidence.

81.     To see this, one needs first to consider the level of excess proportional risk attributable to having RA.  Two consultants of Merck's, Konstam and Weir, refer to articles from 1995-2001 that quantify the excess cardiovascular risk for patients with RA.[122]  In all, five relative risks are quoted for MI and two for CVD (including MI) in these papers.  The relative risks for MI are 1.88,[123] 2.14,[124] 1.13,[125] 1.51,[126] and 2.13;[127] plus 1.99[128] and 2.79[129] for CVD.

---

[121] *See, e.g.*, MRK-AAA0065811; MRK-SHAA1343242, at MRK-SHAA1343248; MRK-AKO0045169.

[122] MRK-ABX0032727 (M. Konstam & M. Weir, *Current Perspective on the cardiovascular effects of coxibs,* 69 Cleveland Clinic Journal of Medicine S1-47 to S1-52); MRK-AIY0036731 (F. Wolfe & W. Strauss, *Increased Prevalence Cardiovascular and Cerebrovascular Disease in Rheumatoid Arthritis Compared with Osteoarthritis[abstract],* 43:S133, Arthritis Rheum (2000)); MRK-ADM0016350 (R. Myllykangas-Luosujarvi et al., *Mortality in rheumatoid arthritis*. 25 Semin Arthritis Rheum 193-202 (1995)); I. del Rincon et al., *High incidence of cardiovascular events in a rheumatoid arthritis cohort not explained by traditional cardiac risk factors.*, 44 Arthritis Rheum 2737-2745 (2001).

[123] MRK-ADM0016350 (Myllykangas-Luosujarvi et al., *supra,* n. 125) at MRK-ADM0016354.

[124] *Id.*

[125] *Id.*

A crude averaging of these trials gives a relative risk of 1.76 (i.e. a 76% increase in risk) for MI compared to non-RA patients and 2.39 (139% additional risk) for CVD compared to non-RA patients. The RA populations in these studies were, like the VIGOR population, a mixture of people with and without prior CVD. These risk reductions are broadly consistent with the range of risk reductions for classical CVD risk factors, such as high blood pressure, smoking, and diabetes. Precise comparisons are impossible because of issues to do with the patient populations used and the different levels of control (adjustment) made for classical risk factors.

82.     Next, consider the proportionate risk increase for MI in secondary prevention patients, a population at very high risk for cardiovascular events, and for whom we have already seen that aspirin cannot provide a magnitude of cardioprotection that approaches the 80% risk reduction for MI the naproxen hypothesis claims was due to naproxen in VIGOR. If one can show that the increased proportional risk in RA is less than, or equal to, the increased proportional risk in secondary prevention, one will have shown that the increased absolute risk in RA patients cannot account for the magnitude of the difference in MIs observed in VIGOR. To estimate the proportionate risk increase for MI in the secondary prevention population who has already suffered MI, one can look at disease progression or recurrent disease. In my own research (published in 1997),[130] I have looked at the former in a large Scottish cohort. There we estimated the relative risk for a coronary death, previous MI versus not, to be 8.0 (a 700% increase) in men and 25 (a 2400% increase) in women. Similarly, the relative risk for MI for those with and without prior angina (a milder form of heart disease manifested by chest pains)

---

[126] *Id.*
[127] MRK-AIY0036731 (Wolfe & Strauss et al., *supra,* n. 125).
[128] *Id.*
[129] Rincon et al., *supra,*  n. 125.
[130] H. Tunstall-Pedoe et al., *Comparison of the prediction by 27 different factors of coronary heart disease and death in men and women of the Scottish Heart Health Study,* 315 Brit. Med J 722-729 (1997).

was 5.8 (a 480% increase) and 7.1 (a 610% increase) in men and women, respectively. These enormous levels of relative risk were, unsurprisingly, greater than for any of 25 other coronary risk factors, such as high blood pressure, smoking, and diabetes.

83.     These results suggest that a typical RA population is somewhere between a "primary prevention population" and a "secondary prevention population," in terms of CVD risk. That being so, if naproxen is like aspirin, as the naproxen hypothesis claims, the expected risk reduction in VIGOR overall would be somewhere between the 22% and 26% seen in Figure 4. Clearly this was not the case.

84.     Merck itself reached a similar conclusion internally. After reviewing "2 papers on mortality rates in patients with RA" sent to him by outside consultant John Oates, Merck chief scientist, Dr. Edward Scolnick, writes in an email, "[t]he data shows increased rates and THUS increased numbers of CV deaths but not OUT OF PROPORTION to other causes in this population."[131] After having reviewed these studies, Scolnick further writes, "I will tell you my worry quotient is high. I act[ua]lly am in minor agony."[132]

85.     Merck's statements that emphasize greater absolute risk in the RA population,[133] in an effort to explain the VIGOR result, leave out the fact that because changes in relative risk are not necessarily positively correlated with changes in absolute risk, increased absolute risk cannot explain the extraordinary magnitude of increased *relative* risk observed in VIGOR.

86.     Additionally, at least one of the studies cited by Konstam and Weir estimates that RA patients are at an elevated risk for cardiovascular mortality.[134]   No difference in cardiovascular mortality, however, was observed between arms in VIGOR. If it were true that

---

[131] PX 455; *see also* PX 692 for the studies Dr. Scolnick references.
[132] PX 455
[133] MRK-AKO0045165 at MRK-AKO00451619.
[134] MRK-ADM0016350 (Myllykangas-Luosujarvi et al., *supra,* n. 125) at MRK-ADM0016353.

the difference in cardiovascular events, including MIs, observed in VIGOR was driven by elevated risk peculiar to the RA population, one would expect to see a difference in cardiovascular mortality as well. The absence of such a difference casts doubt on any claim that the VIGOR cardiovascular results can be explained by the fact that the trial enrolled RA patients.

87.     While the use of a RA clinical trial population (at a higher-than-average risk of MI), would not be expected to make much difference to relative risk, it would, and did, lead to the observation of more MIs in the trial. This, in turn, led to a greater number of events and thus power in the statistical test used to compare treatments (i.e. naproxen versus Vioxx) and a tighter confidence interval for the relative risk. Thus from Merck's point of view, the choice of an RA population was inconvenient, from the CV safety angle, because it was more likely that, as actually happened, the null hypothesis for the equality of treatments (i.e., that there was no difference in risk between Vioxx and comparator) was rejected.

### F.      Conclusions Concerning the Naproxen Hypothesis

88.     The data available to Merck did not support the naproxen hypothesis, yet, from a scientific perspective, Merck's statements repeatedly presented a picture that existing data gave strong support to the hypothesis, when they did not. VIGOR produced high-quality data that showed a serious safety issue of a considerable magnitude. In my view, Merck's statements obscured the scientific impact of VIGOR.

## VI.   The 4% statement

89.     In many Merck presentations, directly or indirectly aimed at the outside world, a statement is made about the supposed differential effects of Vioxx versus naproxen in the 4% of Vigor patients who were eligible to take aspirin. In broad terms, these presentations suggest that the excess in MIs seen in VIGOR were disproportionately due to the effects in this 4% and that this observation supports the naproxen hypothesis because it shows that there was

disproportionate "benefit," i.e., a risk reduction in MIs, in the population who stood to benefit the most from cardioprotection.

90.     My analysis shows that the 4% statement does not support the claim that the magnitude of the difference observed in MIs in VIGOR was consistent with the naproxen hypothesis. Specifically, my analysis shows that, statistically, there was no difference in relative risk between the aspirin indicated and aspirin-not-indicated patient subgroups. Moreover, I note that Merck failed to report information that would have been important in interpreting the Company's claims, including that the difference in relative risk in the aspirin indicated group just bordered on statistical significance, and that a broader definition of "aspirin indicated" Merck initially employed yielded a result that trended in a direction opposite to the one reported in the 4% statement: in this unreported analysis the relative risk in the *not*-aspirin indicated subgroup was numerically higher than the relative risk observed in the aspirin indicated subgroup for investigator reported events.

91.     I also consider Merck's claim that 38% of the MIs in the trial were observed in the aspirin indicated subgroup.[135] Since these patients are secondary prevention patients, and because secondary prevention patients are at higher absolute risk for MI, the fact that a greater absolute number of events occurred in this subgroup had *nothing to do* with the treatment administered in the study. Indeed, this observation was actually a consequence of the fact that the relative risks in each subgroup were *consistent throughout*.

92.     To consider whether the statement is reasonable, and the methods used to generate the supporting evidence provided are valid, it is necessary to review the general approach to analyses of subgroups in medical research, with particular reference to

---

[135] PX 922 at MRK-SHAA2308838.

pharmaceutical trials.[136]   In my experience, there are at least two fundamental rules, preplanning subgroup analyses and testing of between-group differences, that subgroup analyses should follow.

### A.    Standard methods of subgroup analysis

93.    A fundamental rule of subgroup analyses in RCTs is that they should be pre-planned - otherwise the results could be biased.  This is most important when the criteria used to define the subgroups is numerical, such as age.  The problem is that a cut of age at, say, age 55 years (i.e. subgroups of aged below 55 years and aged 55 years or older) could give a message that the drug works essentially the same in both subgroups – good for the Company – whereas a cut at 65 years might show a difference, say, with an attenuated effect of the drug in relatively old patients – giving a mixed message for the Company.  Taken to its extreme, a pharmaceutical company can mine the data indefinitely; it could perform countless subgroup analyses until it finds one that is most favorable.

94.    The second fundamental rule of subgroup analyses is that a claim for a subgroup difference can only be made if there is statistical evidence of a "real" difference between the effect of the drug in the two (or possibly more) subgroups at issue.  In pharmaceutical trials, one important way to test for a "real" difference is to test whether the subgroup by drug treatment interaction is statistically significant, in other words to determine whether changing the demographic between the subgroups changes the way the drug behaves.  If the test for a drug treatment interaction is significant, the conclusion would be that the drug has a different effect (in terms of magnitude or, less often, direction) when used by different patient population

---

[136] R. Wang et al., *Statistics in medicine–reporting of subgroup analyses in clinical trial.* .357 N Engl J Med 2189-2194 ( 2007).

subgroups.  If it is not significant then the conclusion is that there is no evidence of a differential effect.

95.    In addition, the standard metric to compare the efficacy or risk of treatments in "hard" end-point pharmaceutical trials (such as VIGOR) is the relative risk (the ratio of risks in the index and comparator drug groups).  This is much more constant across different patient groups than the risk difference (the risk under the index drug minus the risk under the comparator) due to problems of changing scales with risk differences.  For example, the relative risk when an anti-CV drug comparison is conducted in men might well be expected to be similar to that when the same comparison is made in women but, because men suffer MI at greater rates than women, the absolute risk differences will undoubtedly be anticipated to differ.  Hence it is only the relative risk that can reasonably be compared for equality between subgroups.  In other words, the test for interaction should be based upon relative risks: that is, taking the null hypothesis that the relative risks, across the levels of the particular subgroup being examined, are equal.  The test result is routinely reported using its p-value (which measures the strength of the finding – see the appendix).

**B.    How did Merck report subgroup analyses for safety in VIGOR?**

96.    The standard methods of subgroup analyses were not adhered to by Merck in their reported cardiovascular safety analyses by the 4% (aspirin indicated) and 96% (not indicated) subgroups from VIGOR, leaving them scientifically unsound and leading to misleading inferences.

97.    Most importantly, the test for a treatment by "aspirin indication" subgroup interaction was not significant (see paragraph 107, below) and thus there was no basis for making the 4% statement in the first place.  Merck's internal analyses support my own.  Merck

48

performed interaction tests at several points,[137] always failing to find a significant difference, before releasing their 4% statement (see Table 2). However, Merck failed to report the result of the interaction test when announcing the results of VIGOR and in statements thereafter. It was thus unprincipled to infer that the results of this subgroup analysis explained the cardiovascular imbalance in VIGOR or supported the naproxen hypothesis

98.     At an October 18, 2000 consultants meeting, all of Merck's outside consultants unanimously agreed with Merck consultant, Sir Rory Collins, who said it was "misleading to emphasize" the 4% statement.[138] Merck statistician Deborah Shapiro, who attended the meeting in question, testified that Sir Rory's position was that "you can't just pull out that four percent because if you test the treatment by subgroup interaction, there was no significant difference in treatment effect, the relative risk was not significantly different in the two subgroups."[139] My analysis confirms the conclusion Merck's consultants reached.

99.     Compounding this, Merck reported the test for differential effect of Vioxx compared with naproxen within the subgroup amongst which aspirin was not indicated (the 96%), without making a corresponding report for the converse subgroup (the 4% who were eligible for aspirin prophylaxis). The omission would likely be interpreted to mean that something different was going on in the 4% group – i.e. an interaction was present. In fact, this was not true.

100.    Furthermore, no p-value was given for the test performed in the "aspirin indicated" group. The reader cannot judge how strong the evidence is.

101.    Merck documents show that they tried out many possible subgroup comparisons of CV. The Company tried at least two definitions of 'aspirin indicated' (see Table 2), as well as

---

[137] PX 922 at MRK-SHAA2308838; PX 745; MRK-SHAA1926210; MRK-AWC0017768.
[138] PX 330
[139] Shapiro Tr. at 142:6-12

looking at differences for those with and without pre-existing cardiovascular disease when the trial began (which is another way of defining high risk of MI). This suggests the possibility that Merck picked the subgroup analyses to report that best justified their hypothesis.

102. Results for gastrointestinal safety were presented using relative risks, but for cardiovascular safety they were mainly shown using (absolute) risk differences, and exclusively so for the 4% statement. Indeed, the "Methods" section of the VIGOR paper states that only risk differences were used for safety analyses. In my opinion, this was inappropriate and obscured the scientific significance of VIGOR's safety findings.

103. Merck was aware that this way of reporting the safety results in VIGOR was inconsistent. Comments on a draft of the VIGOR paper say: "Should you not mention that for general safety analyses CI's on absolute differences rather than proportional differences were used to look for potential factors - the authors should be prepared to respond to referee queries on why relative risk estimates are being used for GI events but risk differences are being used for the CV comparisons."[140] Also, in the same exhibit, commenting on the 4% hypothesis: "I think that this is a stretch for a post hoc analysis- there is considerable overlap in the CI's."[141] In addition, the problems of post hoc analyses and trawling through to find an "acceptable" subgroup analysis are clearly stated in the "One more longshot" email of Barr on March 17, 2000.[142]

### C. My computations for MI

104. Here, I have used Merck's own CVD safety analysis methods for subgroup effects from the VIGOR paper, and for interactions from the various internal documents and the results given in Shapiro's memo dated July 5, 2000, i.e., the updated data, available to, but not included

---

[140] PX 738 at MRK-AAB0103840.
[141] *Id.* at MRK-AAB0103843.
[142] PX 737.

in, the VIGOR paper and the corresponding press releases.[143]  As discussed, the updated data adds three additional MIs to the non-aspirin indicated Vioxx arm of VIGOR.  It appears that the data used in the VIGOR paper were compiled in February 2000, so I shall refer to these as the "February 2000 data."  I have computed results before and after the data update.

105.    For the non-aspirin indicated group:

a.      Using the February 2000 data, I get the same risks as reported in the VIGOR paper, 0.1% (naproxen) and 0.2% (Vioxx).  The test comparing these was not significant with a p-value of 0.18.

b.      Using the updated data, the risks become 0.10% (naproxen) and 0.31% (Vioxx), for a significant risk difference with p = 0.049 (using Fisher's exact test).  Thus the updated data altered the conclusion of no statistical difference in the treatments amongst those who were not eligible for aspirin prophylaxis.  Given that the updated data were available before publication, the statement in the VIGOR paper that "[t]he difference in the rates of myocardial infarction between the rofecoxib and naproxen groups was not significant amongst the patients without indication for aspirin therapy as secondary prophylaxis" failed to disclose important information.[144]

c.      Merck continued to often quote the VIGOR paper figures after the correction was known,[145] although the revised figures were, instead, quoted in other documents.

106.    For the aspirin indicated group:

---

[143] MRK-AWC0017768.
[144] PX 109 at MRK-AWC0049309.
[145] *See e.g.*, MRK-AFI0011269 (dated June 6, 2001) and MRK-ADW0083946 (dated July 11, 2001); MRK-ACD0143456 (dated October 30, 2003).

a.      The February and post-February 2000 data are the same.  The risks are 4.7% under Vioxx and 0 under naproxen and the p-value for a difference is significant at 0.008.

107.    For the interaction between treatment and aspirin indication:

a.      Using the February 2000 data, the p-value for an interaction is a non-significant 0.30.

b.      Using the updated data, the p-value for an interaction is a non-significant 0.23 (see paragraph 125 for additional comments).

c.      My latter conclusion of non-significance was noted by Merck from Shapiro's memo of July 2000, which includes results for MI, because she states that "none of the treatment by subgroup interactions were significant."[146]

d.      Since the data prior to July 2000 showed less difference between the two subgroups, this would mean that my conclusion of non-significance for the interaction at the time the VIGOR paper was constructed would also be correct.

**D.     Thrombotic events**

108.    Data from internal Merck documents on subgroup interactions for MI are rather sparse.  However, in many internal analyses of VIGOR, results were given for serious thrombotic (or thromboembolic) events which include MI.[147]

109.    Table 2 shows results for aspirin indication by treatment interaction tests for thromoembolic events.  It includes updated data as they became available, and also shows results for the broader definition of aspirin indication that Merck initially employed.  Relative risks are shown for each subgroup followed by 95% confidence intervals parenthetically.  The p-value

---

[146] MRK-AWC0017768.
[147] MRK-SHAA2234369

indicates significance of the interaction by treatment test. A significant p-value would indicate that the results are "heterogenous," i.e. different; non-significance means there is no evidence of a difference. The key finding here is that for all analyses where the p-value was stated, the interaction test was non-significant (i.e., p-values greater than 0.05), supporting the conclusion drawn above (for MI): there was no basis for the 4% statement.

110. Note that Merck's March 27, 2000 analysis based on its broader definition of aspirin indication in investigator reported events shows a result that trends in a direction opposite to the one observed and reported in the VIGOR paper and companion press releases.[148] Here, the relative risk is higher in the aspirin *not*-indicated subgroup than in the aspirin indicated subgroup, undermining the premise of the 4% statement that the higher relative risk is exactly where you would expect to see it if naproxen was exhibiting a cardioprotective effect. Merck thus had at least one analysis which undermined their 4% statement, but chose not to make this public.[149] Thus, while, again, all these results show no difference between relative risks in the various subgroups, to the extent one attempts to attribute importance to any of these non-significant results, it would be important to consider analysis of the broader definition using investigator reported events as well. In any event, the lack of a constant direction of difference is consistent with a lack of interaction.

.

---

[148] PX 922.
[149] MRK-AAB0061369 at MRK-AAB0061374-75.

| Date | Source | Qualification | Aspirin indicated Vioxx versus naproxen | Not indicated Vioxx versus naproxen | P-value of Interaction by Treatment |
|------|--------|---------------|------------------------------------------|-------------------------------------|-------------------------------------|
| 3/27/00 | MRK-SHAA2308837 [150] | FDA rules Broad rules | 2.8 (1.2, 6.7) 1.7 (1.0, 3.1) | 1.6 (1.0, 2.6) 2.0 (1.1, 3.7) | 0.29 0.07 |
| 4/21/00 | MRK-AAB0061369 | FDA rules Broad rules | 5.0 (1.4, 16.7) 2.4 (1.0, 5.3) | 1.7 (0.9, 3.3) 2.1 (1.0, 4.5) | Not stated Not stated |
| 6/20/00 | MRK-00420017827* | Published | 5.0 (1.4, 16.7) | 1.8 (0.9, 3.3) | 0.15 |
| 7/05/00 | Shapiro memo* | Corrected | 5.0 (1.4, 16.7) | 1.9 (1.0, 3.4) | 0.18 |

*Repeated in MRK-00420027875 of 10/3/00

**Table 2** Relative risks (with 95% confidence intervals) for thrombotic serious adverse events by aspirin indication group and p-values for test of interaction (Merck sources, but transformed to show results for Vioxx relative to naproxen). "Published" refers to the data that were current at February 10, 2000, as used in the VIGOR paper. "Corrected" refers to the updated data available from the time of Shapiro's memo.

### E.     The 38% statement

111.    As outlined above, in connection with the 4% statement, Merck also stated that 38% of the MIs were suffered by the 4% of the population who should have taken aspirin (had the trial allowed it). This suggests that much of the excess risk of MI found when using Vioxx in the trial can be attributed to a tiny minority who needed to be treated with prophylaxis. This is misleading because this is purely a consequence of the tautological fact that high risk patients will suffer most of the events. The finding that 38% of the MIs occurred in the aspirin-indicated group has nothing whatsoever to do with the pro- or anti-cardiotoxicity of Vioxx or naproxen.

112.    This can be seen by thinking of the expected numbers of MIs in VIGOR. If it happened that each person in VIGOR had the same risk of MI during the trial, then 4% of the events would have occurred in any random 4% of the subjects. Naturally, this was not ever going to be the case.

---

[150] PX 922

113.    In American cardiology, 20% or greater 10-year risk is often taken as high risk,[151] and those with previous manifestations of cardiovascular disease (CVD) are classified by the American Heart Association as at high risk.  All those in the aspirin indicated group in VIGOR had prior CVD.  Further, in paragraph 82, I show that relative risks of between 8 and 25 are reasonable estimates for the relative risk of progressive MI for those with a history of MI compared to those without.  Thus, it would be a reasonable prior hypothesis that the relative risk of MI, high *versus* low risk, in VIGOR, would have turned out to be about 15.  Assuming this, before seeing the VIGOR outcome data, one could have used a mathematical formula (see appendix at paragraph 124) to show that the proportion of MIs in the 4% aspirin indicated high risk group would have been 38% of the total.  This formula does not depend on any features of the treatment in VIGOR.  In VIGOR the relative risk for MI, aspirin indicated versus not, was, indeed, roughly 15.  Although the actual relative risk of 15 could not possibly be known for certain in advance, it would not have been an unreasonable prior estimate.

### F.    Conclusion

114.    I have shown that Merck had no scientific basis for its 4% statement, and that, indeed, the import of this statement was inconsistent with the Company's own internal analysis. In my opinion this statement unscientifically minimized the overall impact of the five-fold difference in MIs found for Vioxx, compared to naproxen, in VIGOR.

## VII.   What should Merck have concluded from VIGOR?

115.    The relative risk of five for MI from VIGOR was so large as to be impossible to dismiss as a purely chance finding.  Either Vioxx was causing harm, naproxen was preventing it, or there was a bit of each.  Merck presented a consistent message that naproxen was the likely

---

[151] *Heart Attack Risk Assessment*, American Heart Association, http://www.heart.org/HEARTORG/Conditions/HeartAttack/HeartAttackToolsResources/Heart-Attack-Risk-Assessment_UCM_303944_Article.jsp (last visited July 8, 2013).

explanation, despite the fact that there were never the data to demonstrate that with any reasonable degree of certainty. To the contrary, cardiovascular safety should have been assessed conservatively for a drug such as Vioxx, designed for use by tens of millions of people.

I reserve the right to amend, edit, and supplement my opinions upon review of additional information.

Signed this 17th day of July, 2013

By: _____
      Mark Woodward, Ph.D.

## Appendix

### Statistical terms used and their interpretation

116. **Risk.**   The epidemiological risk is the probability (or chance) of an event occurring in the future.   For example, if 100 people are recruited into a study and 50 die within 10 years, then their 10-year risk of dying is 0.5.

117. **Relative risk.**   The relative risk is the ratio of two risks; it tells us how many times more likely the event of interest is under the regimen that provides the numerator risk compared to the regimen that provides the denominator risk.   So if users of drug A have a risk of 0.5, and users of drug B have a risk of 0.25 (i.e. 25 in a 100), of death within 10 years, the relative risk, drug A compared to drug B, is 2; users of drug A have twice the risk.   In practice, a more sophisticated method is used to estimate relative risk which takes account of drop-out (incomplete follow-up, for example due to emigration), but the basic principle is the same.

118. **Percentage risk reduction.**   One minus the relative risk, expressed as a percentage.   Hence, in the example in paragraph 117, above, drug B confers a 50% risk reduction compared to drug A.   If drug A is a placebo, we might say that drug B reduces the risk of a premature death by 50%.   Confidence limits (see below) can be handled in exactly the same way, when converting relative risks below unity into percentage risk reductions, except that the order of the two limits must be reversed.

119. **Risk difference.**   The risk difference is simply one risk less another.   In the drug A and B example above, this would be $0.5 - 0.25 = 0.25$.   To allow for drop-out, the risk difference is sometimes replaced by the difference in rates, where the rate is the number of events divided by the number of person-years at risk (e.g. 100 people followed up for 10 years

would give 1,000 person-years; if 50 were lost after 5 years 250 person-years would have been lost, leaving a total of 750 person-years).

120.   **Confidence interval**. Statistics seeks to infer something about a population from sample data. VIGOR is a sample of the results that might have been obtained from running the trial on every appropriate subject, rather than the 8,076 sampled. The results, such as the relative risk, from VIGOR are thus subject to "sampling error:" uncertainty in the precise relative risk for MI, in the case at issue. This error is measured by the confidence interval – precisely if repeat samples were obtained of size 8,076, 95 in 100 of the 95% confidence intervals, one from each repeat draw, would contain the true relative risk. The 95% confidence interval is routinely taken to represent the range of likely values for a relative risk (or any other parameter). So the relative risk of 5.00 with 95% confidence interval of 1.43 to 10.00 for MI shown in Figure 7 would be interpreted as:

1.   It is reasonable to conclude that Vioxx incurs between 43% more and ten times the risk of MI as does naproxen;

2.   It is most likely that Vioxx incurs five times more risk of MI than naproxen.

121.   **p-value**. In statistical testing, the p-value is the probability threshold (for a false positive decision) at which the test would just be found to be significant. The p-value for making a decision from the test is routinely taken to be 0.05 (i.e. 5%). This can be interpreted as there being a 1 in 20 chance that the conclusion of the test arose by chance. To provide a reader with the information required to understand the strength of the conclusion, it is standard practice in pharmaceutical trials to provide the p-values when testing hypotheses. For example a p-value of <0.0001 indicates that there was very strong evidence to support the test conclusion (to reject the null hypothesis); a p-value of 0.06 would indicate that there was weak evidence not to reject it.

122.   **Power**.  The power is the chance of a correct negative conclusion from a hypothesis test; that is, correctly rejecting the null hypothesis.  Conventionally, a test that has power of below 0.8 (i.e. 80%) of rejecting a null hypothesis in favor of a true particular alternative hypothesis is said to be of low power for that alternative.

123.   **Interaction**.   Interaction occurs when two factors act together either synergistically or antagonistically.  It is also known as effect modification.  In drug trials researchers routinely test whether the treatment interacts with demographic (and other) factors. If it does, then one concludes that the treatment works differently in different demographic subgroups, such as men and women.  Such a test for interaction is sometimes called a test of heterogeneity of the treatment.

124.   **Formula to predict the percentage of MIs in the aspirin indicated subgroup in VIGOR**.  Let the number in the aspirin indicated group be $n_1$ and the number in the non-aspirin indicated group be $n_2$.  Let the risk of MI in the two groups be $r_1$ and $r_2$, respectively. Then let the relative risk, aspirin indicated with not, be $R$ and the proportion in the aspirin group be $p$.  In symbols,

$$R = \frac{r_1}{r_2} \, ;$$

$$p = \frac{n_1}{n_1 + n_2} \, .$$

The proportion of MIs in the aspirin indicated group will be

$$A = \frac{r_1 n_1}{r_1 n_1 + r_2 n_2} = \frac{r_1 n_1}{r_1 n_1 + \frac{r_1 R \, n_1 (1-p)}{p}} = \frac{1}{1 + \frac{1-p}{Rp}} = \frac{Rp}{Rp + 1 - p} \, .$$

When $R$=15 and $p$=0.04 (i.e. 4%), $Rp$ = 0.6 and

$$A = \frac{0.6}{0.6 + 1 - 0.04} = \frac{0.6}{1.56} = 0.38 \; (or \; 38\%).$$

125.   Caveats regarding the interaction tests I performed.   To produce the interaction tests, in paragraph 107, I had to make two approximations:

1.   To deal with the zero result in the naproxen arm of the aspirin-indicated subgroup I had to make a so-called continuity correction.  I used two methods (one method was usual in 2000; the other is a recent improvement).[152]  The p-values for the two methods were less than or equal to 0.02 apart and gave the same conclusion.

2.   Since I don't have the relative risk for the no indication group as used in the VIGOR paper, I had to compute it using the data given in the Shapiro memo.  As in the other approximation (above), I could take no account of loss to follow-up.  However, as another sensitivity analysis, I used the results for post-VIGOR paper aspirin not indicated relative risks from Curfman, et al.,[153] which do make some allowance for loss to follow-up.  These gave (together with the continuity corrections above), the same results to within one decimal place.

---

[152] Sweeting, M.J., et al.,  *What to add to nothing? Use and avoidance of continuity corrections in meta-analysis of sparse data*, 23 Statist. Med., at 1351-1375 (2004).
[153] Curfman GD, et al., *Expression of concern: Bombardier et al., "Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis*,  343 N. Engl. J. Med. at 1520-8 (2000).

| First author/ citation | Date | Population/ definitions | Years | Exclusions | Relative risk (95% conf. int.) for MI | Comparator | Design/metric | Adjustments |
|---|---|---|---|---|---|---|---|---|
| *versus* neutral control | | | | | | | | |
| Garcia-Rodriquez[154]1 | Apr 2000 *Unpub-lished* | GPRD, UK Women 50-74y Users in past month | 1991-95 | Prior CVD, cancer etc. | 0.33 (0.07-1.42) | No NSAID (ever) | CC OR | Age, HRT, smoking, hypertension, diabetes, obesity, family history of CHD, comorbidity, aspirin |
| Ray 1[155] | Jan 2002 | MEDICAID, TN 50-84y New use started new follow-up | 1987-98 | No life-threatening non-CVD | 0.95 (0.82-1.09) | No NANSAID (in past year) | Matched cohort 5yr duration Unmatched RRate | Demographics, CVD risk score, hospital admissions, physician care |
| Watson[156] Merck study | May 2002 | GPRD, UK RA patients with NSAID or other drug use 40-79y Exposure within 30d of event | 1988-99 | Prior CVD, aspirin, anti-coagulant, antiplatelet use | 0.57 (0.31-1.06) | No naproxen (in past year) | Matched CC Conditional OR | Age, sex, medical practice (matched), calendar year, steroids, CVD risk score, comorbidity |
| Solomon[157] | May 2002 | MEDICAID/ MEDICARE, NJ 85% > 65y Exposure in | 1991-95 | Prior CHD; aspirin use | 0.84 (0.72-0.98) | No NANSAID | CC OR | Demography, DM, HTN, comorbidities, #drugs, # hospitalizations |

[154] PX 532
[155] W. Ray et al., *Non-steroidal anti-inflammatory drugs and the risk of serious coronary heart disease: an observational study*, 359 The Lancet 118-123, (2002).
[156] PX 766 (D. Watson et al., *Lower Risk of Thromboembolic Cardiovascular Events with Naproxen Among Patients with Rheumatoid Arthritis*, 162 Archives of Internal Medicine 1105-1110 (2002)).
[157] PX 768 (D. Solomon et al, *Nonsteroidal Anti-inflammatory Drug Use and Acute Myocardial Infarction*, 162 Arch Intern Med 1099-1104 (2002)).

| First author/ citation | Date | Population/ definitions | Years | Exclusions | Relative risk (95% conf. int.) for MI | Comparator | Design/metric | Adjustments |
|---|---|---|---|---|---|---|---|---|
| | | previous 6m | | | | | | |
| Schlienger[158] | Sep 2002 | GPRD, UK <76y Records for 3+y | 1992-97 | Indication of prior CVD | 0.68 (0.42-1.13) | No NSAID ever recorded | Matched CC Conditional OR | Age, sex, calendar time, GP, yrs in database (matched), smoking, BMI, HRT, aspirin |
| Ray 2[159] | Oct 2002 | MEDICAID, TN 50-84y New use started new follow-up | 1999-2001 | | 0.93 (0.82-1.06) | No NAID (in past year) | Matched cohort Unmatched RRate | Demographics, CVD risk score, hospital admissions, physician care |
| Mamdani[160] | Feb 2003 | Ontario admin records 66+ years New NSAID users prescribed drugs for 30d | 1998-2001 | | 1.0 (0.60-1.70) | No NSAID (in previous year) | Cohort HR over 30days | Age, sex, SES, long-term care, chronic disease in previous 5y, hospitalization in previous year, drug use before and during follow-up |
| Kimmel[161] | Mar 2004 | Hospitals, PA 40-75y Use in previous week | 1998-2001 | Previous MI | 0.48 (0.28-0.82) | No naproxen (in previous week) | CC of first MI Community controls | Age, sex, race, BMI, DM, family history, smoking, hypercholesterolemia, hypertension, insurance, physician visits, prior angina, |

[158] PX 763 (R.Schlienger, et al., *Use of Nonsteroidal Anti-Inflammatory Drugs (NSAIDs) and Risk of First Time Acute Myocardial Infarction*, AMI, (2001).
[159] PX 48 (Fanelle) (Ray et al., *Cox-2 Selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease*, 360 Lancet 1071-1073 (2002).
[160] MRK-SHAA3192973 (M. Mamdani et al., *Effect of Selective Cyclooxygenase 2 Inhibitors and Naproxen on Short-term Risk of Acute Myocardial Infarction in the Elderly*, 163 Arch Intern Med 481-486, (2003).
[161] MRK-AKU0099219 (Kimmel et al., *The Effects of Nonselective Non-Aspirin Nonsteroidal Anti-Inflammatory Medications on the Risk of Nonfatal Myocardial Infarction and Their Interaction With Aspirin*, 43 JACC 985-990, (2004)).

| First author/ citation | Date | Population/ definitions | Years | Exclusions | Relative risk (95% conf. int.) for MI | Comparator | Design/metric | Adjustments |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | education, activity |
| Garcia-Rodriquez 2[162] | Jun 2004 | GPRD, UK 50-84y | 1997-2000 | Recent non-CHD event | 0.89 (0.64-1.24) | No NSAID (in previous 2y) | Nested CC Unconditional OR | Age, sex, calendar year (matched), alcohol, steroids, aspirin, anticoags., paracetamol, NSAIDs, smoking, DM, hyperchol, hypertension, BMI, RA, OA, anemia, prior CHD & stroke |
| Graham[163] | Feb 2005 | Kaiser Perm, CA 18-84y ≥1 y records NSAID users | 1999-2001 | Serious non-CVD; non-NSAID users | 1.14 (1.00-1.30) | Remote (>60d) NSAID use | Nested CC Conditional OR | Demographics (matched) Unadjusted & CVD risk score, HRT, prednisone, admissions |
| Levesque[164] | Apr 2005 | Quebec admin records For past year > 65y NSAID users | 1999-2002 | Baseline use of >1 NSAID; prior use of NSAIDs; prior MI (by database) | 1.17 (0.75-1.84) | No NSAID use in the year before the index MI | Nested CC Unconditional OR | Age, sex, HTN, other types of CVD and other illnesses or concomitant therapy in yr prior to baseline; health care utilization, chronic disease score and Charleson index in |

[162] L Garcia Rodriguez, et al., *Non-steroidal anti-inflammatory drugs and the risk of myocardial infarction in the general population*, 109 Circulation 3000-3006 (2004).
[163] MRK-ANR0011493 (D. Graham, et al., *Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case control study.*, 365 The Lancet, 475-481, (2005)).
[164] MRK-ABY0206350 (L. Levesque et al., *The risk for myocardial infarction with cyclooxygenase-2 inhibitors: A population study of elderly adults*, 142 Ann Int Med 481-489 (2005).

| First author/ citation | Date | Population/ definitions | Years | Exclusions | Relative risk (95% conf. int.) for MI | Comparator | Design/metric | Adjustments |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | yr prior to index MI |
| Fischer[165] | April 2005 | GPRD, UK <89y | 1995-2001 | <3y of records before index date | 0.96 (0.66-1.38) | No NSAID use ever recorded | Matched CC Conditional OR | Age, sex, GP, yrs in database (matched), smoking, BMI, chronic disease, acute chest infections, aspirin use |
| Hippisley-Cox & Coupland[166] | June 2005 | QRESEARCH, UK 25-100y | 2000-2004 | Prior MI <1y of records <3y prescription data before index date | 1.27 (1.01-1.60) | No naproxen use in past 3y | Nested CC Conditional OR | Age, sex, GP (matched), smoking, HTN, diabetes, obesity, comorbidity, drug use (inc. aspirin) |
| Rahme 2[167] | Jan 2007 | Quebec admin records 65+y Non-steroidal NSAID or acetaminophen users | 1999-2002 | Prior MI | 1.16 (0.89-1.51) | Acetaminophen | Cohort Time-dependent HRs | Age, sex, chronic disease in past year, drug use in past year, chest pain |

[165]   MRK-ABY0225696 (Fischer et al., *Current use of non-steroidal anti-inflammatory drugs and risk of acute myocardial infarction*, 25 Pharmacotherapy 503-510 (2005)).
[166] MRK-AJA0227934 (J. Hippisley-Cox & C. Coupland, *Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional nonsteroidal anti-inflammatory drugs: population based nested case-control analysis*, 330 BMJ 1366-1372 (2005)).
[167] E. Rahme & H. Nedjar, *Risks and benefits of COX-S inhibitors vs. non-selective NSAIDs: does their cardiovascular risk exceed their gastrointestinal benefit? A retrospective cohort study*, 46 Rheumatology (Oxford) 435-438 (2007).

| First author/ citation | Date | Population/ definitions | Years | Exclusions | Relative risk (95% conf. int.) for MI | Comparator | Design/metric | Adjustments |
|---|---|---|---|---|---|---|---|---|
| *versus* another NSAID(s) | | | | | | | | |
| Jick, S[168] | Jul 2000 | GPRD, UK | 1996-98 | MI prior to use of study drug | 1.00 (0.30-3.30) | Diclofenac | Nested CC Conditional OR | Age, sex, GP, registration date (matched) |
| Ray 1[169] | Jan 2002 | MEDICAID, TN | 1987-98 | SA | 0.83 (0.69-1.01) | Ibuprofen | SA | SA |
| Rahme 1[170] | May 2002 | Quebec admin records For past year 65+y | 1988-94 | Prior MI (in last 4y) | 0.79 (0.63-0.99) | Other NSAIDs | Matched CC | Age, sex, (matched), drugs, chronic disease score, other diseases |
| Solomon[171] | May 2002 | MEDICAID, USA | 1991-95 | SA | 0.82 (0.66-0.97) | Ibuprofen | SA | SA |
| Watson[172] Merck study | May 2002 | GPRD, UK | 1988-99 | SA | 0.40 (0.13-1.20) | Other NSAIDs | SA | Age, sex, medical practice (matched), CVD risk score, smoking |
| Ingenix[173] *Unpub-* | Nov 2003 | UnitedHealth care, USA | 1999-2001 | Non-NSAID use | 1.22 (0.97-1.52) | Diclofenac or ibuprofen | Cohort RRate | Demographics, calendar yr, |

[168] MRK-AAD0061375 (S. Jick, *The risk of gastrointestinal bleed, myocardial infarction, and newly diagnosed hypertension in users of meloxicam, diclofenac, naproxen, and piroxicam,* 20 Pharmacotherapy 741-744 (2000)).

[169] MRK-AAB0010898 (Ray et al., Non-steroidal anti-inflammatory drugs and the risk of serious coronary heart disease: an observational study, 359 The Lancet 118-123.

[170] PX 761 (Rahme et al, *Association Between Naproxen Use and Protection Against Acute Myocardial Infarction,* 162 Arch Intern Med, 1111-1115 (2002)).

[171] PX 768 (D. Solomon et al, *Nonsteroidal Anti-inflammatory Drug Use and Acute Myocardial Infarction,* 162 Arch Intern Med 1099-1104 (2002)).

[172] PX 766 (D. Watson et al., *Lower Risk of Thromboembolic Cardiovascular Events with Naproxen Among Patients with Rheumatoid Arthritis,* 162 Arch. of Int. Med. 1105-1110 (2002)).

[173] PX 377

| First author/ citation | Date | Population/ definitions | Years | Exclusions | Relative risk (95% conf. int.) for MI | Comparator | Design/metric | Adjustments |
|---|---|---|---|---|---|---|---|---|
| | *lished* | 40-64y New NSAID users | | MI in <1y | | | | comorbid conditions, CVD risk factors/complications |
| **Graham**[174] | Feb 2005 | Kaiser Perm, CA 18-84y | 1999-2001 | SA | 1.36 (1.06-1.75) | Celecoxib | SA | SA |
| **Number of prescriptions filled** | | | | | | | | |
| **Jick, H**[175] | Aug 2006 | GPRD, UK 30-79y First-time naproxen users | 1999-2005 | CVD, DM, HTN or cancer in previous month | Various | 1 prescript. | Matched CC Conditional ORs | Age, sex, GP (matched), smoking status, BMI, RA, hyperlipidemia, prior use of other NSAID and of aspirin |

**Table A1** Observational studies of naproxen and MI

---

[174] MRK-ANR0011493 (D. Graham, et al., *Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case control study.*, 365 The Lancet, 475-481, (2005)).

[175] H. Jick et al,, *Nonsteroidal antiinflammatory drugs and acute myocardial infarction in patients with no major risk factors*, 26 Pharmacotherapy 1379-1387, (2006).

66

# EXHIBIT A

# CURRICULUM VITAE

| | |
|---|---|
| NAME: | Mark Woodward |
| DATE OF BIRTH: | 8 June 1955, Birmingham, England |
| CITIZENSHIPS: | US, Australia & UK |
| ADDRESS: | 2702 Lighthouse Point East, Unit 734, Baltimore MD 21224 |
| TELEPHONE: | 443 869 6949 |
| EMAIL: | markw@georgeinstitute.org.au |

## DEGREES AND PROFESSIONAL QUALIFICATIONS

CStat (Chartered Statistician), Royal Statistical Society, UK, 1993.

PhD (Applied Statistics), University of Reading, England, 1980.

MSc (Operational Research with Particular Application to the Health and Social Services), University of Reading, England, 1977.

BSc (Honours) (Mathematical Statistics), University of Birmingham, England, 1976.

## ACADEMIC APPOINTMENTS

### Salaried

2001-present, Professor of Biostatistics, The George Institute for Global Health, University of Sydney, Australia

2009-present, Adjunct Professor of Epidemiology, Johns Hopkins University, Baltimore, USA.

2008-2009 Professor of Community Medicine and Public Health, Mount Sinai School of Medicine, New York University, USA

2007-2010 Co-Director, Disease Prevention and Public Health Institute, Mount Sinai School of Medicine, New York University

2006-2010 Professor of Medicine and Head of Biostatistics Core, Department of Medicine, Mount Sinai School of Medicine, New York University, USA (on leave from Australia)

2000-2006, Director, Epidemiology and Biostatistics Division, George Institute for International Health, Sydney, Australia

2000-2001, Senior Research Fellow, Faculty of Medicine, University of Sydney, Australia

1995-2000, Senior Lecturer in Statistical Epidemiology, Department of Applied Statistics, University of Reading, England

1990-1995, Lecturer, Department of Applied Statistics, University of Reading, England

1989-1990, Director, Institute of Statisticians' Training and Development Centre, University of Central Lancashire, England

1988-1989, Lecturer, Cardiovascular Epidemiology Unit, Faculty of Medicine, University of Dundee, Scotland

1985-1988, Deputy Director, Statistical Services Centre, University of Reading, England

1984-1988, Lecturer, Department of Applied Statistics, University of Reading, England

1979-1981, Research Fellow, Department of Applied Statistics, University of Reading, England

### Honorary appointments

2008-present  Visiting Professor, Shiga University of Medical Sciences, Japan.

2005-present  Visiting Professor, Faculty of Medicine, Mahidol University, Bangkok, Thailand

2005-present  Visiting Professor, Division of Cardiovascular Medicine, University of Glasgow, UK.

2001-present, Honorary Consultant Epidemiologist, Royal Prince Alfred Hospital, Sydney, Australia.

1989-present  Honorary Senior Research Fellow, Cardiovascular Epidemiology Unit, Faculty of Medicine, University of Dundee, Scotland.

### OTHER APPOINTMENTS

1989-present Director, MIS Consultants.

1981-1983 Training Adviser to the Central Statistical Office, Zimbabwe (UK Overseas Development Agency Technical Cooperation Officer).

1979-1981 Statistics and Operational Research Officer, Berkshire Area Health Authority.

### FELLOWSHIPS IN PROFESSIONAL SOCIETIES

Royal Statistical Society.

New York Academy of Medicine.

Royal Society of Medicine.

European Society of Cardiology.

### EDITING AND REVIEWING APPOINTMENTS

Editor, *Women's Health*, 2008-present

Associate editor, *Statistics in Medicine*, 2006-present.

Associate editor, *Global Heart* 2011-2012.

Editorial board member, *Statistical Methods in Medical Research* 1992-2003.

Editorial board member, *Journal of the Royal Statistical Society*, Series D, 1993-9.

Editorial board member, *British Journal of Nutrition*, 1995-8.

Grant assessor for the Irish Health Board, 2008.

Grant assessor for the Medical Research Council of South Africa, 2008.

Grant assessor for the Canadian Institutes of Health Research, 2006.

Grant assessor for the Academy of Finland Centres of Excellence, 2006.

Grant assessor committee member for Public Health applications, New Zealand Health Research Council, 2002.

Research grant reviewer, National Health and Medical Research Council of Australia and UK National Health Service (periodically).

### MAJOR PROFESSIONAL ACTIVITIES

#### *Fellowships*

2012-6 Senior Research Fellow, Australian National Health & Medical Research Council

2008 Fellow, Japanese Society for Healthy Ageing.

#### *Member of advisory board*

2007-present Community Health Interventions (Oxford Health Alliance)

#### *Expert Committee membership*

2012 Methodological Assessment of Cohort Studies Linking Sodium Intake to Clinical Cardiovascular Disease Outcomes: American Heart Association

2012 Chronic Kidney Disease surrogate endpoints: US Food and Drug Administration

#### *Scientific Program Committee member*

2001 10th Annual Scientific Meeting, Australasian Epidemiological Association, Sydney.

2001 3rd International Symposium on Hypertension and Related Diseases, Beijing.

#### *Royal Statistical Society*

1996-97 Member, Steering Committee, RSS Centre for Statistical Education.

1995-98 Senior Examiner and member of Examinations Board.

1994-97 Member, Council.

1993-97 Member, Professional Affairs Committee.

1993-95 Member, Syllabus Development Group.

1984-88 Member, Reading Local Group Committee (Secretary from 1985).

1978-present Fellow.

#### *Institute of Statisticians*

1991-92 Member, Council.

1991-92 Member, Education Review Committee.

1990-91 Member, Events Committee.

1989-90 Member, Membership Committee.

1986-89 Member, Joint IoS/RSS Education Committee.

1985-92 Examiner, Ordinary Certificate & Medical Statistics.

1984-92 Member, International Affairs Committee (Secretary from 1986).

1984-88 Member, Education Committee.

1984-85 Member, Syllabus Review Committee.

1979-92 Member.

*Note: the Institute merged into the enlarged Royal Statistical Society at the end of 1992.*

## ACADEMIC RESPONSIBILITIES

### University of Sydney

Member, Management Committee, George Institute for International Health.

Member, China-Australia Partnership for Health

Member, Australasian Kidney Trials Network Advisory Board

Member, Research Training Committee, Department of Public Health and Community Medicine.

Director, Research and Analysis Advisory Clinic, Central Sydney Area Health Service.

### University of Reading, 1984-1999

Member, University Ethics and Research Committee.

Member, Senate Inter-Faculty Committee on Health Sciences.

Member of the University working group on students' course assessment criteria.

Member, Board of Studies for Statistics.

Member, Board of Studies for the Biological Sciences.

*Within Department of Applied Statistics:*

Director, higher degree (PhD, MPhil) programme.

Director, first year undergraduate teaching programme.

Director, 'Diploma in Statistics', 'Certificate in Statistics' and 'Diploma in Medical Statistics'.

Director, 'Statistics in Agriculture', 'Statistics in Health' and 'Statistics in Government'

Member, Senior Staff Committee.

Member, Teaching Committee.

Member, Research Committee.

Member, Staff/Student Committee.

Member, Postgraduate Board of Studies.

Member, external consultancy work management committee.

Departmental examiner.

Department Finance Officer.

Manager, Computing Section.

## MAJOR RESEARCH PROJECTS

2012-present INTERACT-2 trial (statistics group)

2011-present TESTING clinical trial (Executive Committee)

2011-present Vitamin D trial in HIV/AIDS (Co-investigator)

2010-present ACTION study of socio-economic consequences of cancer (Principal Investigator)

2010-present Clinical trial of pre-school health education in Columbia (analysis group)

2009-present CKD-Prognosis Consortium (Operations Committee; Steering Committee)

2009-present ADVANCE genomics study (study group)

2008-present CONTROL collaboration (design group)

2008-present Dal-Plaque clinical trial (steering committee)

2007-present Grenada Heart Study (study group)

2007-present World Trade Center Cardiovascular Study (Co-investigator)

2007-present ABCD trial (Co-investigator)

2007-present ADVANCE Bloods case-cohort study (instigator)

2007-present Community Health Interventions project (Advisory Board and Intervention Committee)

2004-present Obesity in Asia Collaboration (Management Committee).

2003-2006 45 and Up Study (Steering Committee and sub-groups).

2003-present PROBLOS nested case/control study (Principal Investigator).

2003-present Fletcher Challenge Blood Study nested case/control study (Principal Investigator).

2003-present LEGS clinical trial (Management Committee).

2000-present Asia Pacific Cohort Studies Collaboration (APCSC) (Chairman).

2000-present ADVANCE clinical trial (Management Committee).

2000-present PROGRESS clinical trial (Management Committee).

2000-present Blood Pressure Lowering Treatment Trialists' Collaboration (Management Committee).

1996-present Glasgow MI Study (GLAMIS) (Joint Principal Investigator).

1996-2001 CALIBRE clinical trial (Steering Committee).

1989-present Scottish Heart Health Study and Extended Cohort (Associate Investigator).

1989-present Scottish, European and international MONICA/MORGAM Projects (Associate Investigator).

## RESEARCH STUDENTS

### *Completed doctorate students - University of Sydney, 2000-present*

Crystal Lee: Obesity in Asia. Successfully completed, 2008.

Fiona Turnbull: Blood pressure lowering treatments (with Prof Bruce Neal). Successfully completed, 2008.

Alireza Ansary-Moghaddam: Risk factors for cancer in the Asia Pacific region. Successfully completed, 2008.

Paul Welsh: Cytokines and cardiovascular disease (with Prof Gordon Lowe). Successfully completed , 2008.

Suzanne McEvoy: Risk factors for motor vehicle accidents (with Prof Mark Stevenson). Successfully completed, 2007.

Anushka Patel: Lipids and cardiovascular disease in Asia. Successfully completed, 2005.

Federica Barzi: Statistical methods for extracting reliable information from longitudinal data with practical applications. Successfully completed, 2004.

Lawrence Lam: The risk of car crash injury amongst young drivers (with Prof Robyn Norton). Successfully completed, 2003.

### Completed Masters & doctorate students – Department of Applied Statistics, University of Reading, 1990-9

MSc:   19 students

PhD:   6 students

## EXTERNAL EXAMINER APPOINTMENTS

2009-12 University of Hong Kong (MPH)

2001-6 Eastern African Statistical Training Centre, Dar-es-Salaam, Tanzania.

1992-9 Central Statistical Office, Lusaka, Zambia.

## CONSULTANCIES

### Developing countries

August 2005 and May 2006 UK Department for International Development, Adviser on reformation of the Federal Bureau of Statistics Training Institute, Pakistan

January 2005 United Nations Development Programme, trainer of regional trainers in statistical literacy for the Millennium Development Goals, New York

September 2004 United Nations Development Programme, trainer in statistical literacy for the Millennium Development Goals in East Africa, Uganda.

July 2004 and January 2005. United Nations Development Programme, workshop and course in statistical literacy for Millennium Development Goals, New York.

September 2003 UK Department for International Development, trainer in survey methods and questionnaire design, Uganda.

August 2002 UK Department for International Development, trainer in SAS programming, Uganda.

January 2002 UK Department for International Development, trainer in effective report writing and surveyor of users of economic reports, Uganda.

2000 Netherlands Ministry of Development Cooperation, trainer in epidemiology and statistics, Vietnam.

January and May 1999 UK Department for International Development, consultant in survey methods for health research, Botswana.

1999 UK Department for International Development, trainer in statistical methods, Botswana.

1997 and 1998 UK Overseas Development Administration/Department for International Development, trainer in report writing, Botswana.

1996 UK Overseas Development Administration, training and manpower development consultant, Botswana.

1995 UK Overseas Development Administration, training consultant to the World Bank project for developing national statistics offices in Africa (field work in Kenya and Namibia).

1994 European Union, training consultant, East Africa region (team leader in Ethiopia and Uganda).

1993 UK Overseas Development Administration, training consultant, Zimbabwe.

1993 European Union, training consultant, SADC region of Africa (team leader in Botswana, Namibia, Malawi, Tanzania (mainland and Zanzibar), Swaziland and Zimbabwe).

1992 UK Overseas Development Administration, training consultant, Zambia.

1987 Asian Development Bank, manpower planning consultant, The Philippines.

1986 World Health Organization, training and manpower development consultant, Indonesia.

### *Other consultancies (selection)*

Australian and New Zealand Intensive Care Society: analysis of a study of sepsis

Automobile Association: designing a national lottery system

Coca-Cola: critical evaluation of published work on health effects of sweetened drinks

ICI: modelling the long-term effects of weed killer application

Monsanto: identifying the bottle-neck in an industrial production process

Organon Technica: analysis of data on assay comparability

Sanofi-Synthelabo: adjudication in dispute over claims in advertisements.

Shell: comparing cold-starting of cars with different fuel additives

SPSS Australia: training of their training and advisory staff

Transport and Road Research Laboratory: design of a comparative study of bus operations

United Biscuits: comparison of two baking processes

Various pharmaceutical companies (e.g. Abbott, Glaxo, Lilley, Searle): design and analysis of clinical trials

### *University of Reading in-house consultancy service*

Member, consultancy rota for over 10 years (about 1.5hr/week on average).

---

### PUBLICATIONS

### *Books*

1. **Woodward M**. Epidemiology: Study Design and Data Analysis. Second edition. Boca Raton: Chapman and Hall/CRC Press, 2005.

2. **Woodward M**. Epidemiology: Study Design and Data Analysis. Boca Raton: Chapman and Hall/CRC Press, 1999.

3. Badger G, Nursten J, Williams P, **Woodward M**. Systematic Review of the International Literature on the Epidemiology of Mentally Disordered Offenders. York: University of York Press, 1999.

4. **Woodward M**, Francis LMA. Statistics for Health Management and Research. London: Edward Arnold, 1988.

### Sections in books

5. Campbell DJ, **Woodward M**, Chalmers JP, Colman SA, Jenkins AJ, Kemp BE, Neal BC, Patel A, MacMahon SW.  Can NT-proBNP Monitoring Help Prevent Cardiovascular Disease?  In : Recent Advances in Cardiovascular Disease: *(Proceedings of 13th World Congress on Heart Disease, Canada, Vancouver, BC, July 28-31, 2007)*.  Ed: Kimchi A.  Medimond International Proceedings, Bologna, 2008, p313-35.

6. **Woodward M**. Entries in: Everitt B, Palmer C (Eds.). Encyclopaedic Companion to Medical Statistics. Hodder Arnold., 2006. (revised in 2nd edition, 2011)

7. **Woodward M**. Computers and Health. In: Sofoluwe GO, Schram R, Ogunmekan DA (Eds.). Principles and Practice of Public Health in Africa. Lagos: University Press, 1996.

8. Smith WCS, **Woodward M,** Tunstall-Pedoe H. Intermittent claudication in Scotland. In: Fowkes FGR (Ed.). Epidemiology of Peripheral Vascular Disease. London: Springer-Verlag, 1991.

### Commissioned reports

9. World Bank. Strategies for development plans in African statistical offices, 1996.

10. European Union. Statistical training needs in eastern Africa, 1995 (Two volumes).

11. European Union. Statistical training needs in southern Africa, 1994 (Three volumes).

12. Asian Development Bank. Agricultural development in the Philippines, 1987 (Three volumes).

### Original peer-reviewed publications

### PAPERS IN PRESS

1. Peters SAE, Huxley RR, **Woodward M**. Smoking as a risk factor for stroke in women compared with men: a meta-analysis. *Stroke* [In Press: 2 July 2013] [IF : 5.7]

2.   Hyun KK, Huxley RR, Arima H, Lam TH, Woo J, Ueshima H, Fang X, Peters SAE, Jee SH, Giles GG, Barzi F, **Woodward M**.  A comparative analysis of risk factors and stroke risk for Asian and non-Asian men: The Asia Pacific Cohort Studies Collaboration. *International Journal of Stroke* (In Press : 5 June 2013) [IF: 2.3]

3.   Spronk H, Smid M, Dielis A, Rene O, **Woodward M**, Hugo Ten C, Lowe G. Thrombin generation in the Glasgow Myocardial Infarction Study. *PLoS ONE*. (In Press : 15 May 2013) [IF: 4.0]

4.   Peters SAE, Huxley RR, **Woodward M**.  A comparison of the sex-specific associations between systolic blood pressure and the risk of cardiovascular disease. *Stroke* (In Press: 13 May 2013) [IF: 5.7]

5.   Cho AH, Jiang E, Mann DM, Kawamoto K, Robinson TJ, Wang N, McCarthy JJ, **Woodward M**, Ginsburg GS.  A more rapid approach to systematically assessing published associations of genetic polymorphisms and disease risk: Type 2 diabetes as a test case. *Journal of Comparative Effectiveness Research*. [In Press: Accepted on 5 October 2011] [IF: NA]

## PUBLISHED ON LINE

1.   Stefansdottir G, Zoungas S, Chalmers J, Kengne AP, Knol MJ, Leufkens HG, Patel A, **Woodward M**, Grobbee DE, De Bruin ML. Erratum to : Intensive glucose control and risk of cancer in patients with type 2 diabetes. *Diabetologia*. [Epub ahead of print : 28 June 2013] PMID 23811812 [IF: 6.8]

2.   Morton J, Ng MK, Chalmers J, **Woodward M**, Mancia G, Poulter NR, Marre M, Cooper M, Zoungas S, on behalf of the ADVANCE Collaborative Group. The association of high density lipoprotein cholesterol with cancer incidence in type 2 diabetes: a case of reverse causality? *Cancer Epidemiology Biomarkers & Prevention* (Epub ahead of print: 18 June 2013) PMID 23780837 [IF:4.1]

3.   Wilsmore BR, Grunstein RR, Fransen M, **Woodward M**, Norton R, Ameratunga S. Sleep habits, insomnia, and daytime sleepiness in a large and healthy community-based sample of new zealanders. *Journal of Clinical Sleep Medicine*. (Epub ahead of print: 15 June 2013) PMID 23772189 [IF: NA]

4.   Peters SA, **Woodward M**, Rumley A, Koenig W, Turnstall-Pedoe H, Lowe GD. Direct comparisons of three alternative plasma fibrinogen assays with the von Clauss assay in prediction of cardiovascular disease and all-cause mortality: the Scottish Heart Health Extended Cohort. *British Journal of Haematology*. [Epub ahead of print : 24 May 2013] PMID 23701042 [IF: 4.9]

5.   Blomster JI, Clow CK, Zoungas S, **Woodward M**, Patel A, Poulter NR, Marre M, Chalmers J, Hillis GS. The influence of physical activity on vascular complications and mortality in patients with type 2 diabetes mellitus. *Diabetes, Obesity and Metabolism*. [Epub ahead of print : 15 May 2013] PMID 23675676. [IF:3.3]

6.  Zaman MJ Patel A, Chalmers J, **Woodward M**, Clarke P, Li Q, Zoungas S. The effects of patient characteristics and geographical region on hospitalization in patients with type 2 diabetes. *Diabetic Medicine*. [Epub ahead of print: 27 March 2013]. PMID 23534416 [IF: 2.9]

7.  Peters SA, **Woodward M**, Lam TH, Fang X, Suh I, Ueshema H, Dobson AJ, Grobbee DE, Huxley RR, for the Asia-Pacific Cohort Studies Collaboration. Sex disparities in risk and risk factors for ischemic heart disease in the Asia-Pacific region. *European Journal of Preventive Cardiology*, [Epub ahead of print : 27 March 2013] PMID: 23536283 [IF: 2.6]

8.  Ning Y and **Woodward M**.   Relative risk regression models with inverse polynomials. *Statistics in Medicine*. [Epub ahead of print 26 February 2013] PMID 23444314 [IF:NA]

9.  Matsushita K, Ballew SH, Astor BC, de Jong PE, Gansevoort RT, Hemmelgarn BR, Levey AS, Levin A, Wen C-P, **Woodward M**, Coresh J for the CKD Prognosis Consortium.  Cohort Profile: The chronic kidney disease prognosis consortium. *International Journal of Epidemiology*. [Epub ahead of print : 12 December 2012] PMID 23243116. [IF:6.4]

10. Leslie WS, **Woodward M**, Lean ME, Theobald H, Watson L, Hankey CR. Improving the dietary intake of under nourished older people in residential care homes using an energy enriching food approach: a cluster randomised controlled study. *Journal of Human Nutrition and Dietetics*. [Epub ahead of print: 13 December 2012]. PMID: 23240681. [IF: 1.7]

11. Kimman M, Vathesatogkit P, **Woodward M**, Tai E-S, Thumboo J, Yamwong S, Ratanachaiwong W, Wee H-L, Sritara P. Validity of the Thai EQ-5D in an occupational population in Thailand. *Quality of Life Research*. (Epub ahead of print: 25 August 2012). PMID 22926727. [IF: 2.3]

12. **Woodward M**, Webster R, Murakami Y, Barzi F, Lam T-H, Fang X, Suh II, Batty GD, Huxley R, Rodgers A.  The association between resting heart rate, cardiovascular disease and mortality: evidence from 112,680 men and women in 12 cohorts. *European Journal of Preventive Cardiology*. (Epub ahead of print: 20 June 2012) PMID 22718796. (IF:2.6].

## PUBLISHED PEER REVIEWED PAPERS

### 2013

13. Martiniuk AL, Senserrick T, Lo S, Williamson A, Du W, Grunstein RR, **Woodward M**, Glozier N, Stevenson M, Norton R, Ivers RQ.  Sleep-deprived young drivers and risk for crash: The DRIVE Prospective Cohort Study. *JAMA Pediatrics* (formerly, Archives of Pediatrics & Adolescent Medicine*).* July 2013; 167(7):647-55. PMID 23689363 [IF: 4.1]

14. Anderson C, Heeley E, Heritier S, Arima H, **Woodward M**, Lindley R, Neal B, Huang Y, Wang JG, Parsons M, Stapf C, Robinson T, Lavados P, Delcourt C, Davis S, Chalmers J, for the INTERACT2 Investigators.  Statistical analysis plan for the second INTEnsive blood pressure Reduction in Acute Cerebral

hemorrhage Trial (INTERACT2): a large-scale investigation to solve longstanding controversy over the most appropriate management of elevated blood pressure in the hyperacute phase of intracerebral hemorrhage. *International Journal of Stroke*, July 2013; 8(5):327-8. PMID 23294808. [IF: 2.3]

15. Rist PM, Chalmers J, Arima H, Anderson C, MacMahon S, **Woodward M**, Kurth T, Tzourio C. Baseline cognitive function, recurrent stroke, and risk of dementia in stroke patients. *Stroke*, May 2013; 44(7):1790-95. PMID 23686974. [IF:5.7]

16. Morrison DS, Parr CL, Lam TH, Ueshima H, Kim HC, Jee SH, Murakami Y, Giles G, Fang X, Barzi F, Batty GD, Huxley RR, **Woodward M**. Behavioural and metabolic risk factors for mortality from colon and rectum cancer: an analysis of data from the Asia-Pacific Cohort Studies Collaboration. *Asian Pacific Journal of Cancer Prevention*. 2013; 14(2):1083-7. PMID 23621191. [IF:0.6]

17. Anderson CS, Heeley E, Huang Y, Wang J, Stapf C, Delcourt C, Lindley R, Robinson T, Lavados P, Neal B, Hata J, Arima H, Parsons M, Li Y, Wang J, Heritier S, Li Q, **Woodward M**, Simes JR, Davis SM, Chalmers J. for the INTERACT2 Investigators. Rapid blood-pressure lowering in acute intracerebral hemorrhage. *New England Journal of Medicine*. 2013]; 368(25):2355-65. PMID 23713578. [IF:53.2]

18. Echouffo-Tcheugui JB, Woodward M, Kengne AP. Predicting a post-thrombolysis intracerebral hemorrhage: A systematic review. *Journal of Thrombosis and Haemostasis* , May 2013; 11(5):862-71. PMID 23469771. [IF:5.7]

19. Kim M, Munter P, Sharma S, Choi JW, Stoler RC, **Woodward M**, Mann DM, Farkouh ME. Assessing patient-reported outcomes and preferences for same-day discharge after percutaneous coronary intervention: Results from a pilot randomized controlled trial. *Circulation: Cardiovascular Quality and Outcomes*. Mar 2013; 6(2):186-92. PMID 23481528 [IF: 4.9].

20. Perkovic V, Heersink HL, Chalmers J, **Woodward M**, Jun M, Li Q, MacMahon S, Cooper ME, Hamet P, Marre M, Mogensen CE, Poulter N, Mancia G, Cass A, Patel A, Zoungas S for the ADVANCE Collaborative Group. Intensive glucose control improves kidney outcomes in patients with type 2 diabetes. *Kidney International*, Jan 2013, 83(3):517-23. PMID 23302714. [IF: 6.6, Cit 1]

21. Hata J, Arima H, Zoungas S, Fulcher G, Pollock C, Adams M, Watson J, Joshi R, Kengne A-P, Ninomiya T, Anderson C, **Woodward M**, Patel A, Mancia G, Poulter N, MacMahon S, Chalmers J, Neal B. Effects of the endpoint adjudication process on the results of a randomised controlled trial: the ADVANCE trial. *PLoS One*. Feb 2013; 8(2):e55807. [IF: 4.0, Cit 0]

22. Wong MG, Perkovic V, **Woodward M**, Chalmers J, Li Q, Hillis GS, Azari DY, Jun M, Poulter N, Hamet P, Williams B, Neal B, Mancia G, Cooper M, Pollock CA on behalf of ADVANCE Collaborative Group. Circulating bone morphogenetic protein-7 and transforming growth factor-β1 are better

predictors of renal end points in patients with type 2 diabetes mellitus. ***Kidney International*** , Feb 2013; 83(2):278-84.  PMID:23235570 [IF: 6.6, Cit 1]

23.    Nitsch D, Grams M, Sang Y, Black C, Cirillo M, Djurdjev O, Iseki K, Jassal SK, Kimm H, Kronenberg F, Oien CM, Levey AS, Levin A, **Woodward M**, Hemmelgarn BR, for the Chronic Kidney Disease Prognosis Consortium. Association of estimated glomerular filteration rate and albuminuria with mortality and renal failure by sex: a meta-analysis. ***British Medical Journal*** , Jan 2013; 346:f324. PMID 23360717. [IF:14.0, Cit0]

24.    Céspedes J, Briceño G, Farkouh ME, Vedanthan R, Baxter J, Leal M, Boffetta P, **Woodward M**, Hunn M, Dennis R, Fuster V. Targeting preschool children to promote cardiovascular health: cluster randomized trial. ***American Journal of Medicine.*** Jan 2013; 126(1):27-35.e3. PMID 23052403. [IF: 5.4, Cit 1]

25.    Batty GD, Li Q, Huxley R, Zoungas S, Taylor BA, Neal B, de Galan B, **Woodward M**, Harrap SB, Colagiuri S, Patel A, Chalmers J. Oral disease in relation to future risk of dementia and cognitive decline: prospective cohort study based on the Action in Diabetes and Vascular Disease: Preterax and Diamicron Modified-Release Controlled Evaluation  (ADVANCE) trial. ***European Psychiatry*** , 2013; 28(1):49-52. PMID: 21964484 [IF 2.7, Cit 0]

2012

26.    Vlassara H, Cai H, Chen X, Serrano EJ, Shobha MS, Uribarri J, **Woodward M**, Striker GE. Managing chronic inflammation in the aging diabetic patient with CKD by diet or sevelamer carbonate: a modern paradigm shift. ***Journal of Gerontology: Medical Sciences***. Dec 2012; 67(12):1410-6. PMID: 23109677. [IF: 4.5, Cit 1]

27.    Fox CS, Matsushita K, **Woodward M**, Bilo HJG, Chalmers J, Lambers Heerspink HJ, Lee BJ, Perkins RM, Rossing P, Sairenchi T, Tonelli M, Vassalotti JA, Yamagishi K, Coresh J, de Jong PE, Wen C-P, Nelson RG, for the Chronic Kidney Disease Prognosis Consortium. Associations of Kidney Disease Measures with Mortality and End-Stage Renal Disease in Individuals With and Without Diabetes: A Meta-analysis. ***Lancet***. Nov 2012; 380(9854):1662-73. PMID 23013601. [IF:38.2, Cit 8]

28.    Vathesatogkit P, Sritara P, Kimman M, Hengprasith B, E-Shyong T, Wee HL, **Woodward M**.  Associations of lifestyle factors, disease history and awareness with health-related quality of life in a Thai population.  ***PLoS One***, Nov 2012; 7(11):e49921. PMID 23189172. [IF: 4.0, Cit 0]

29.    Mahmoodi BK, Matsushita K, **Woodward M**, Blankestijn PJ, Cirillo M, Ohkubo T, Rossing P, Sarnak MJ, Stengel B, Yamagishi K, Yamashita K, Zhang L, Coresh J, de Jong PE, Astor BC, for the Chronic Kidney Disease Prognosis Consortium. Association of kidney disease measures with mortality and end-stage renal disease in individuals with and without hypertension: a meta analysis. ***Lancet***. Nov 2012, 380(9854):1649-61. PMID 23013600 [IF:38.2, Cit 7]

30.     Woodward M, Huxley R, Ueshima H, Fang X, Kim HC, Lam T-H. The Asia
        Pacific Cohort Studies Collaboration : A decade of achievements. *Global
        Heart*, 2012; 7(4):343-51. (No PMID No.) [IF: NA, Cit 0]

31.     Hillis GS, Hata J, Woodward M, Perkovic V, Arima H, Chow CK, Zoungas S,
        Patel A, Poulter NR, Mancia G, Williams B, Chalmers J. Resting heart rate and
        the risk of microvascular complications in patients with type 2 diabetes mellitus.
        *Journal of the American Heart Association*. Oct 2012; 1(5):e002832. PMID
        23316296. [IF: NA, Cit NA]

32.     Van Dieren S, Kengne AP, Chalmers J, Beulen JWJ, Cooper ME, Grobbee DE,
        Harrap S, Mancia G, Neal B, Patel A, Poulter N, van der Schouw YT,
        Woodward M, Zoungas S. Effects of blood pressure lowering on
        cardiovascular outcomes in different cardiovascular risk groups among
        participants with type 2 diabetes. *Diabetes Research and Clinical Practice*
        2012; Oct 98(1): 83-90. PMID 22677192 [IF 2.7, Cit 0]

33.     Morton J, Zoungas S, Li Q, Patel A, Chalmers J, Woodward M, Celermajer D,
        Beulens JWJ, Stolk RP, Glasziou P, Ng MKC, on behalf of the ADVANCE
        Collaborative Group.  Low HDL cholesterol and the risk of diabetic
        nephropathy and retinopathy: Results of the ADVANCE study. *Diabetes Care*,
        2012; Nov 35(11)2201-06 PMID 22891258 [IF 8.0, Cit 0]

34.     Jardine M, Hata J, Woodward M, Perkovic V, Ninomiya T, Arima H, Zoungas
        S, Cass A, Patel A, Marre M, Mancia G, Mogensen CE, Poulter N, Chalmers J.
        Prediction of kidney-related outcomes in patients with type 2 diabetes.
        *American Journal of Kidney Disease.* 2012; Nov 60(5):770-8. PMID
        22694950 (IF: 5.4, Cit 3]

35.     Bansilal S, Vedanthan R, Woodward M, Iyengar R, Hunn M, Lewis M, Francis
        L, Charney A, Graves C, Farkouh ME, Fuster V. Cardiovascular risk surveillance
        to develop a nationwide health promotion strategy. *Global Heart*, 2012; 7:87-
        94. [IF: NA, Cit 0]

36.     Lv J, Neal B, Ehteshami P, Ninomiya T, Woodward M, Rodgers A, Wang H,
        MacMahon S, Turnbull F, Hillis G, Chalmers J, Perkovic V. Effects of intensive
        blood pressure lowering on cardiovascular and renal outcomes: a systematic
        review and meta-analysis. *PloS Medicine* 2012; 9:e001293. PMID 22927798.
        [IF: 16.2, Cit 2]

37.     Wong G, Zoungas S, Lo S, Chalmers J, Cass A, Neal B, Woodward M, Perkovic
        V, Glasziou P, Williams B, Howard K, Chapman JR, Craig JC. The risk of cancer
        in people with diabetes and chronic kidney disease. *Nephrology Dialysis
        Transplantation*. Aug 2012; 27(8):3337-44. PMID22357699 [IF:3.3, Cit 1]

38.     Scialla JJ, Appel LJ, Astor BC, Miller ER 3rd, Beddhu S, Woodward M, Parekh
        RS, Anderson CA.  Net endogenous acid production is associated with a faster
        decline in GFT in African Americans. *Kidney International*, July 2012;
        82(1):106-12. PMID 22475819. [IF: 6.6, Cit 9]

39.     Vathesatogkit P, Woodward M, Tanomsup S, Hengprasith B, Aekplakorn W,
        Yamwong S, Sritara P. Long term effects of socioeconomic status on incident

hypertension and progression of blood pressure. *Journal of Hypertension* Jul 2012; 30(7):1347-53. PMID 22573125. [IF:4.0, Cit 1]

40. Tsukinoki R, Murakami Y, Huxley R, Ohkubo T, Fang X, Suh I, Ueshima H, Lam TH, **Woodward M**. Does body mass index impact on the relationship between systolic blood pressure and cardiovascular disease? Meta-analysis of 419 488 individuals from the Asia Pacific Cohort Studies Collaboration. *Stroke.* June 2012; 43(6):1478-83. PMID 22426316 [IF:5.7, Cit 4]

41. Hillis GS, **Woodward M**, Rodgers A, Chow CK, Li Q, Zoungas S, Patel A, Webster R, Batty GD, Ninomiya T, Mancia G, Poulter NR, Chalmers J. Resting heart rate and the risk of death and cardiovascular complications in patients with type 2 diabetes mellitus. *Diabetologia* , Jun 2012; 55:1283-90. PMID: 22286552 [IF: 6.8, Cit 2]

42. Wilsmore BR, Grunstein RR, Fransen M, **Woodward M**, Norton R, Ameratunga S. Sleep, blood pressure and obesity in 22,389 New Zealanders. *Internal Medicine Journal.* June 2012; 42(6);634-41. PMID 22372985 [IF:1.5, Cit 0]

43. Vlassara H, Uribarri J, Cai W, Goodman S, Pyzik R, Post J, Grosjean F, **Woodward M**, Striker GE. Effects of Sevelamer on HbA1c, inflammation, and advanced glycation end products in diabetic kidney disease. *Clinical Journal of American Society of Nephrolgy.* June 2012; 7(6):934-42. PMID 22461535 [IF: 5.2, Cit 7]

44. Dunford E, Webster J, **Woodward M**, Czernichow S, Yuan WL, Jenner K, Ni Murchu C, Jacobson M, Campbell N, Neal B. The variability of reported salt levels in fast foods across six countries - opportunities for salt reduction. *Canadian Medical Association Journal.* June 2012; 184(9):1023-28. PMID 22508978 [IF 8.2. Cit 5].

45. Lv J, Xu D, Perkovic V, Ma X, Johnson DW, **Woodward M**, Levin A, Zhang H, and Wang H, for the TESTING Study Group. Corticosteroid therapy in IgA nephropathy: A systematic review and meta-analysis. *Journal of the American Society of Nephrology.* Jun 2012; 23:1108-16. PMID 22539830. [IF: 9.6, Cit 0].

46. Arima H, Anderson C, Omae T, **Woodward M**, MacMahon S, Mancia G, Bousser MG, Tzourio C, Rodgers A, Neal B, Chalmers J, for the Perindopril Protection Against Recurrent Stroke Study (PROGRESS) Collaborative Group. Effects of blood pressure lowering on intracranial and extracranial bleeding in patients on antithrombotic therapy: The PROGRESS trial. May 2012 *Stroke* 43:1675-7. PMID: 22535269. [IF: 5.7, Cit 0]

47. Arima H, Murakami Y, Lam TH, Kim HC, Ueshima H, Woo J, Suh LL, Fang X, **Woodward M**. Effects of prehypertension and hypertension subtype on cardiovascular disease in the Asia-Pacific region. *Hypertension* Apr 2012; 59:1118-23. PMID: 22547441. [IF: 6.2, Cit 2]

48. Matsushita K, Mahmoodi BK, **Woodward M**, Emberson JR, Jafar TH, Jee SH, Polkinghorne KR, Shankar A, Smith DH, Tonelli M, Warnock DG, Wen C-P, Coresh J, Gansevoort RT, Hemmelgarn BR, Levey AS, for the Chronic Kidney

Disease Prognosis Consortium. Comparison of risk prediction using the CKD-EPI equation and the MDRD study equation for estimated glomerular filtration rate. *Journal of the American Medical Association* (JAMA); May 2012: 307(18):1941-51. PMID 22560843 [IF: 30.0, Cit 31]

49. Jan S, Kimman M, Kingston D, **Woodward M**. The socioeconomic burden of cancer in member countries of the Association of Southeast Asian National (ASEAN) – Stakeholder Meeting Report. *Asia Pacific Journal of Cancer Prevention*; 2012;13(2):407-9. PMID 22524798 [IF: 0.6, Cit 1] (Report)

50. Kimman M, Jan S, Kingston D, Monaghan H, Sokha E, Thabrany H, Bounxouei B, Bhoo-Pathy N, Khin M, Cristal-Luna G, Khuhaprema T, Hung NC, **Woodward M**. Socioeconomic impact of cancer in member countries of the Association of Southeast Asian Nations (ASEAN): the ACTION study protocol. *Asia Pacific Journal of Cancer Prevention*; 2012; 13(2):421-5. PMID 22524800. [IF: 0.6, Cit 4]

51. Kimman M, Norman R, Jan S, Kingston D, **Woodward M**. The burden of cancer in member countries of the Association of Southeast Asian Nations (ASEAN). *Asia Pacific Journal of Cancer Prevention* , 2012; 13(2):411-20. PMID 22524799. [IF: 0.6, Cit 10]

52. Moons KG, Kengne AP, **Woodward M**, Royston P, Vergouwe Y, Altman DG, Grobbee DE. Risk prediction models: I. Development, internal validation, and assessing the incremental value of a new (bio)marker. *Heart.* May 2012;98(9):683-90. PMID 22397945. [IF: 4.2, Cit 18]

53. Moons KG, Kengne AP, Grobbee DE, Royston P, Vergouwe Y, Altman DG, **Woodward M**. Risk prediction models: II. External validation, model updating, and impact assessment. *Heart.* **2012** May 2012;98(9):691-8. PMID 22397946 [IF:4.2, Cit 18]

54. Huxley RR, Yatsuya H, Lutsey PL, **Woodward M**, Alonso A, Folsom AR. Impact of age at smoking initiation, dosage, and time since quitting on cardiovascular disease in African American and Whites. The Atherosclerosis Risk in Communities Study. *American Journal of Epidemiology*. Apr 2012; 175(8):816-26. PMID 22396389 [IF: 5.2, Cit 2]

55. Vathesatogkit P, **Woodward M,** Tanomsup S, Ratanachaiwong W, Vanavanan S, Yamwong S, Sritara P. Cohort profile: the electricity generating authority of Thailand study. *International Journal of Epidemiology*. Apr 2012; 41(2):359-65. PMID: 21216741 [IF : 6.4, Cit 2]

56. Van Dieren S, Czernichow S, Chalmers J, Kengne AP, de Galan BE, Beulens JWJ, Grobbee DE, Poulter N, van der Schouw YT, **Woodward M,** Zoungas S. Weight changes and their predictors amongst 11,140 subjects with diabetes in the ADVANCE Trial. *Diabetes Obesity and Metabolism,* 2012, 14(5):464-69. PMID 22226008 [IF: 3.3, Cit 0]

57. van Dieren S, Beulens JW, Kengne AP, Peelen LM, Rutten GE, **Woodward M**, van der Schouw YT, Moons KG. Prediction models for the risk of

cardiovascular disease in patients with type 2 diabetes: a systematic review. *Heart*. Mar **2012**;98(5):360-9. PMID 22184101[IF: 4.2, Cit 9]

58.  Zoungas S, Chalmers J, Ninomiya T, Li Q, Cooper ME, Colagiuri S, Fulcher G, de Galan BE, Harrap S, Hamet P, Heller S, MacMahon S, Marre M, Poulter N, Travert F, Patel A, Neal B, **Woodward M** for the ADVANCE Collaborative Group. Association of HbA(1c) levels with vascular complications and death in patients with type 2 diabetes: evidence of glycaemic thresholds. *Diabetologia* Mar 2012; 55(3):636-43. PMID 22186981 [IF: 6.8, Cit 17]

59.  Murakami Y, Huxley RR, Lam TH, Tsukinoki R, Fang X, Kim HC, **Woodward M**. Diabetes, body mass index and the excess risk of coronary heart disease, ischemic and hemorrhagic stroke in the Asia Pacific Cohort Studies Collaboration. *Preventive Medicine*, Jan 2012; 54(1)38-41. PMID: 22056629. [IF: 3.2, Cit 1]

## 2011

60.  Martiniuk AL, Lee CM, Colagiuri S, **Woodward M**. Higher-than-optimal body mass index and diabetes mortality in the Asia Pacific region. *Diabetes Research and Clinical Practice*. Dec 2011; 94(3):471-6. PMID: 22024286. [IF: 2.7, Cit 2]

61.  Hackam DG, **Woodward M**, Newby LK, Bhatt DL, Shao M, Smith EE, Douketis JD, Arima H, Chalmers J, MacMahon S, Tirshwell DL, Psaty BM, Bushnell CD, Aquilar MI, Capampangan DJ, Werring DJ, De Rango P, Viswanathan A, Danchin N, Cheng CL, Yang YH, Verdel BN, Lai MS, Kennedy J, Uchiyama S, Yamaguchi T, Ikeda Y, Mrkobrada M. Statins and intracerebral hemorrhage: Collaborative systematic review and meta-analysis. *Circulation* Nov 2001; 124(20):2233-42. PMID 22007076 [IF 14.7, Cit 12]

62.  **Woodward M**, Patel A, Zoungas S, Liu L, Pan C, Poulter N, Januszewicz A, Tandon N, Joshi P, Heller S, Neal B, Chalmers J. Does glycemic control offer similar benefits amongst patients with diabetes in different regions of the world. Results from the ADVANCE trial. *Diabetes Care,* Dec 2011;34(12):2491-495. PMID 21972410 (IF 8.0, Cit 2)

63.  Huxley RR, Barzi F, Lam TH, Czernichow S, Fang X, Welborn T, Shaw J, Ueshima H, Zimmet P, Jee SH, Patel JV, Caterson I, Perkovic V, **Woodward M**, for the Asia Pacific Cohort Studies Collaboration and the Obesity in Asia Collaboration. Isolated low levels of high-density lipoprotein cholesterol are associated with an increased risk of coronary heart disease: An individual participant data meta-analysis of 23 studies in the Asia-Pacific region. *Circulation* , Nov 2011; 124(19):2056-64. PMID: 21986289 [IF 14.7,Cit 7]

64.  DeMarco MM, Coresh J, **Woodward M**, Butler KR, Kao WH, Mosley TH Jr, Hindi M, Anderson CA. Hypertension status, treatment, and control among spousal pairs in a middle-aged adult cohort. *American Journal of Epidemiology.* Oct 2011; 174(7):790-6. PMID:21841158 [IF:5.2, Cit 1]

65.  Fayad ZA, Mani V, **Woodward M**, Kallend D, Abt M, Burgess T, Fuster V, Ballantyne CM, Stein EA, Tardif J-C, Rudd JH, Farkouh ME, Tawakol A for the

dal-PLAQUE Investigators.  Safety and efficacy of dalcetrapib on atherosclerotic disease using novel non-invasive multimodality imaging (dal-PLAQUE): a randomised clinical trial.  *Lancet*, Oct 2011; 378(9802):1547-59. PMID: 21908036 [IF:38.2, Cit 92]

66.    Muntner P, Mann DM, **Woodward M**, Choi JW, Stoler RC, Shimbo D, Farkouh ME, Kim MC. Predictors of low clopidogrel adherence following percutaneous coronary intervention. *American Journal of Cardiology*, Sep 2011;108(6):822-27.  PMID: 217416010 [IF:3.3, Cit 2]

67.    Huxley RR, **Woodward M.**  Cigarette smoking as a risk factor for coronary heart disease in women compared with men: a systematic review and meta-analysis of prospective cohort studies. *Lancet* Oct 2011; 378(9799):1297-305.  PMID: 21839503[IF:38.2, Cit 40]

68.    Fayad ZA, Mani V, **Woodward M**, Kallend D, Bansilal S, Pozza J, Burgess T, Fuster V, Rudd JH, Tawakol A, Farkouh ME. Rationale and design of dal-PLAQUE: A study assessing efficacy and safety of dalcetrapib on progression or regression of atherosclerosis using magnetic resonance imaging and 18F-fluorodeoxyglucose positron emission tomography/computed tomography. *American Heart Journal*, Aug 2011;162(2):214-221.e2. PMID 21835280. [IF 4.6, Cit 13]

69.    Muntner P, **Woodward M**, Carson AP, Judd SE, Levitan EB, Mann D, McClellanW, Warnock DG.  Development and validation of a self-assessment tool for albuminuria: results from the REasons for Geographic And Racial Differences in Stroke (REGARDS) Study. *American Journal of Kidney Disease*, Aug 2011; 58(2):196-2005. PMID: 21620547. [IF: 5.4, Cit 0]

70.    Arima H, Anderson C, Omae T, **Woodward M**, Hata J, Murakami Y, MacMahon S, Neal B, Chalmers J.  Effects of blood pressure lowering on major vascular events among patients with isolated diastolic hypertension: the Perindopril Protection Against Recurrent Stroke Study (PROGRESS) Trial. *Stroke* , Aug 2011;42(8):2339-41. PMID: 21700945 [IF: 5.7, Cit 5]

71.    Stenfansdottir G, Zoungas S, Chalmers J, Kengne AP, Knol MJ, Leufkens HGM, Patel A, **Woodward M,** Neal B, Grobbee DE, de Bruin ML. Intensive glucose control and risk of cancer in patients with type 2 diabetes. *Diabetologia*, Jul 2011;  54(7):1608-14. PMID: 21509444 [IF: 6.8, Cit 4]

72.    Jefferis BJMH,  Papacosta O, Owen CG, Wannamethee SG, Humphries SE, **Woodward M**, Lennon LT, Thomson A, Welsh P, Rumley A, Lowe GDO, Whincup PH. Interleukin 18 and coronary heart disease: prospective study and systematic review. *Atherosclerosis*, Jul 2011; 217(1);227-33 PMID: 21481392. [IF:3.7, Cit 6]

73.    Kengne AP, Patel A, Marre M, Travert F, Lievre M, Zoungas S, Chalmers J, Colagiuri S, Grobbee DE, Hamet P, Heller S, Neal B, **Woodward M.**, on behalf of the ADVANCE Collaborative Group. Contemporary model for cardiovascular risk prediction in people with type 2 diabetes. *European Journal of Cardiovascular Prevention & Rehabilitation* Jun 2011; 18(3):393-98. PMID 21450612 [IF: 2.6, Cit 11]

74.     **Woodward M**, Tsukinoki-Murakami R, Murakami Y, Suh I, Fang X, Ueshima H, Lam TH. The epidemiology of stroke amongst women in the Asia-Pacific region. ***Women's Health (Lond Engl)*** 2011; 7(3):305-17. PMID: 21612352 [IF: NA, Cit 3].

75.     Scialla JJ, Appel LJ, Astor BC, Miller ER3rd, Beddhu S, **Woodward M**, Parekh RS, Anderson CA.  Estimated net endogenous acid production and serum bicarbonate in African American chronic kidney disease. ***Clinical Journal of American Society of Nephrology***. 2011; 6(7):1526-32. PMID: 21700817 [IF: 5.2, Cit 4]

76.     Doughty RN, Whalley GA, Gamble GD, Baker J, Chalmers J, Cooper M, Cruickshank K, Dixon P, Dunne P, Eccleston D, Jerums G, Luke R, McGrath B, Nolan P, Patel A, Poulter N, Philips P, Scott R, Singh J, Smith R, Stanton A, Suranyi M, Thom S, **Woodward M**.  Effects of perindopril-indapamide on left ventricular diastolic function and mass in patients with type 2 diabetes: results from the ADVANCE Echocardiography Substudy. ***Journal of Hypertension*** 2011;29:1439-47. PMID 21610514 [IF 4.0, Cit 2]

77.     Zoungas S, **Woodward M**.  Diabetes: Insights from the extended follow-up of the ACCORD trial.  ***Nature Review Cardiology*** 2011;8:308-10. PMID 21502962 [IF: 8.8, Cit 0]

78.     Czernichow S, Kengne AP, Huxley RR, Batty GD, de Galan B, Grobbee D, Pillai A, Zoungas S, Marre M, **Woodward M**, Neal B, Chalmers J.  Comparison of waist-to-hip ratio and other obesity indices as predictors of cardiovascular disease risk in people with type 2 diabetes: a prospective cohort study from ADVANCE. ***European Journal of Cardiovascular Prevention and Rehabilitation*** 2011;19(2):312-9.  PMID: 20628304 [IF 2.6, Cit 10]

79.     Gansevoort RT, Matsushita K, van der Velde M, Astor BC, **Woodward M**, Levey AS, de Jong PE, Coresh J.  Lower estimated GFR and high albuminuria are associated with adverse kidney outcomes in both general and high-risk populations.  A collaborative meta-analysis of general and high risk population cohorts. ***Kidney International*** 2011;80:93-104. PMID: 21289597.[IF: 6.6, Cit 75]

80.     van der Velde M, Matsushita K, Coresh J, Astor BC, **Woodward M**, Levey A, de Jong P, Gansevoort RT.  Lower estimated glomerular filtration rate and higher albuminuria are associated with all-cause and cardiovascular mortality.  A collaborative meta-analysis of high-risk population cohorts. ***Kidney International*** 2011;70:1341-52. PMID 21307840[IF: 6.6, Cit 75]

81.     Astor BC, Matsushita K, Gansevoort RT, van der Velde M, **Woodward M**, Levey AS, de Jong PE, Coresh J.  Lower estimated glomerular filtration rate and higher albuminuria are associated with mortality and end-stage renal disease. A collaborative meta-analysis of kidney disease population cohorts. ***Kidney International*** 2011;79:1331-40.  PMID: 21289598. [IF: 6.6,Cit 75]

82.     **Woodward M**, Tunstall-Pedoe, H, Batty  GD, Tavendale R, Hu FB, Czernichow S. The prognostic value of adipose tissue fatty acids for incident cardiovascular disease: results from 3944 subjects in the Scottish Heart Health Extended

Cohort Study. *European Heart Journal* 2011; 32:1416-23. PMID 21345851. [IF: 10.4, Cit 2]

83. Muntner P, Mann D, Wildman RP, Fuster V, **Woodward M**. Projected impact of polypill use among US adults: medication use, cardiovascular risk reduction and side effects. *American Heart Journal* 2011;161(4):719.25. PMID 21473971 [IF: 4.6, Cit 13]

84. Wormser, D, Kaptoge S,Di Angelantonio E,Wood AM. Pennells L, Thompson A, Sarwar N, Kizer JR, Lawlor DA, Nordestgaard BG, Ridker P, Salomaa V, Stevens J, **Woodward M,** Sattar N, Collins R, Thompson SG, Whitlock G, Danesh J. Separate and combined associations of body-mass and abdominal adiposity with cardiovascular disease: collaborative analysis of 58 prospective studies. *Lancet* 2011; 377(9771):1085-95. PMID 21397319 [IF: 38.2, Cit 94]

85. Kronish IM, **Woodward M**, Sergie Z, Ogedegbe G, Falzon L, Mann DM. Meta-analysis: Impact of drug class on adherence to antihypertensives. *Circulation* 2011;123(15:1611-21. PMID: 21464050 [IF, Cit 18]

86. O'Connor Duffany K, Finegood DT, Matthews D, McKee M, Venkat Narayan KM, Puska P, Siegel K, Stevens D, Wong F, **Woodward M,** Yach D. Community interventions for health (CIH): A novel approach to tackling the worldwide epidemic of chronic diseases. *CVD Prevention and Control* 2011; 6:47-56. PMID NA [IF: NA, Cit 8]

87. Lee CMY, Colagiuri S, Ezzati M, **Woodward M**, The burden of cardiovascular disease associated with high body mass index in the Asia-Pacific region. *Obesity Reviews* 2011; 12(5):e454-9. PMID 21366838 [IF: 7.0, Cit 5]

88. Lam EK, Batty GD, Huxley RR, Martiniuk ALC, Barzi F, Lam TH, Lawes CMM, Giles GG, Welborn T, Ueshima H, Tamakoshi A, Woo J, Kim HC, Fang X, Czernichow S, **Woodward M**. Associations of Diabetes Mellitus with Site-Specific Cancer Mortality in the Asia-Pacific Region. *Annals of Oncology* 2011 22(3):730-38. PMID: 20705912 [IF 6.4, Cit 21]

89. Czernichow S, Zanchetti A, Turnbull F, Barzi F, Ninomiya T, Kengne AP, Lambers Heerspink HJ, Perkovic V, Huxley R, Arima H, Patel A, Chalmers J, **Woodward M**, MacMahon S, Neal B. The effects of blood pressure reduction and of different blood pressure-lowering regimens on major cardiovascular events according to baseline blood pressure: meta-analysis of randomized trials. *Journal of Hypertension* 2011; 29(1):4-16. PMID: 20881867 [IF 4.0, Cit 28]

**2010**

90. Martiniuk AL, Ivers RQ, Glozier N, Patton GC, Senserrick T, Boufous S, Lam LT, Williamson A, Stevenson M, **Woodward M**, Norton R. Does psychological distress increase the risk for motor vehicle crashes in young people? Findings from the DRIVE study. *Journal of Adolescent Health* 2010; 47(5):488-95. PMID: 20970084 [ [IF 3.3, Cit 1].

91. Arima H, Anderson CS, Wang JG, Huang Y, Heeley E, Neal B, **Woodward M**, Skulina C, Parson MW, Peng B, Tao QL, Li YC, Jiang JD, Tai LW, Zhang JL,

Xu E, Cheng Y, Morgenstern LB, Chalmers J. Lower treatment blood pressure is associated with greatest reduction in hematoma growth after acute intracerebral hemorrhage. *Hypertension* 2010; 56(5):852-58. PMID: 20823381 [IF 6.2, Cit 13]

92. Chen HY, Ivers R, Martiniuk A, Boufous S, Senserrick T, Stevenson M, Norton R, **Woodward M**. Socioeconomic status and risk of car crash injury, independent of place of residence and driving exposure: results from the DRIVE Study. *Journal of Epidemiology and Community Health* 2010; 64(11); 998-1003 PMID: 19363058 [IF 3.1, Cit 4]

93. Lambers Heerspink HJ, Ninomiya T, Perkovic V, **Woodward M**, Zoungas S, Cass A, Cooper M, Grobbee DE, Mancia G, Mogensen CE, Neal B, Chalmers J. Effects of a fixed combination of perindopril and indapamide in patients with type 2 diabetes and chronic kidney disease. *European Heart Journal* 2010; 31(23);2888-96. PMID: 20501479. [IF 10.4, Cit 11]

94. **Woodward M**, Welsh P, Rumley A, Tunstall-Pedoe H, Lowe GD. Do inflammatory biomarkers add to the discrimination of cardiovascular disease after allowing for social deprivation? Results from a 10 year cohort study in Glasgow, Scotland. *European Heart Journal* 2010; 31(21);2669-75. PMID: 19363058 [IF 10.4, Cit 8]

95. Batty GD, Li Q, Czernichow S, Neal B, Zoungas S, Huxley R, Patel A, de Galan B, **Woodward M**, Hamet P, Harrap SB, Poulter N, Chalmers J. Erectile dysfunction and later cardiovascular disease in Men with type 2 diabetes: prospective cohort study based on the ADVANCE trial. *Journal of the American College of Cardiology* 2010;56(23):1908-13. PMID: 21109113 [IF 14.1, Cit 20]

96. Federman AD, **Woodward M**, Keyhani S. Physicians' opinions about reforming reimbursement: results of a national survey. *Archives of Internal Medicine* 2010;170(19):1735-42. PMID: 20975020 [IF 11.4, Cit 3]

97. Zoungas S, Patel A, Chalmers J, de Galan BE, Li Q, Billot L, **Woodward M**, Ninomiya T, Neal B, MacMahon S, Grobbe DE, Kengne AP, Marre M, Heller S. Severe hypoglycaemia and risks of vascular events and death. *New England Journal of Medicine* 2010;363:1410-8. PMID: 20925543 [IF 53.2, Cit 194]

98. Li Q, Chalmers J, Czernichow S, Neal B, Taylor BA, Zoungas S, Poulter N, **Woodward M**, Patel A, de Galan B, Batty GD. Oral disease and subsequent cardiovascular disease in people with type 2 diabetes: a prospective cohort study based on the Action in Diabetes and Vascular Disease: Preterax and Diamicron Modified-Release Controlled Evaluation (ADVANCE) trial. *Diabetologia* 2010;53:2320-27. PMID: 20700576 [IF 6.8, Cit 4].

99. Glasziou P, Clarke P, Alexander J, Rajmokan M, Beller E, **Woodward M**, Poulter N, Chalmers J, Patel A. Cost-effectiveness of blood pressure lowering with a fixed combination of perindopril and indapamide in type 2 diabetes mellitus: a trial-based analysis in ADVANCE. *Medical Journal of Australia* 2010; 193(6):320-24 PMID: 20854235 [IF 2.8, Cit 2]

100.    Glozier N, Martiniuk A, Patton G, Ivers R, Li Q, Hickie I, Senserrick T, **Woodward M**, Norton R, Stevenson M.  Short sleep duration in prevalent and persistent psychological distress in young adult: the DRIVE study.  *Sleep* 2010; 33(9):1139-45. PMID: 20857859 [IF 5.0, Cit 6]

101.    Lee CC-T, Stolk RP, Adler AI, Patel A, Chalmers J, Neal B, Poulter N, Harrap S, **Woodward M**, Marre M, Grobbee DE, Beulens JWJ.  Association between alcohol consumption and diabetic retinopathy and visual acuity – the AdRem Study. *Diabetic Medicine* 2010; 27:1130-37 PMID: 20854380 [IF 2.9, Cit 1]

102.    Parr CL, Batty GD, Lam TH, Barzi F, Fang X, Ho SC, Jee SH, Ansary-Moghaddam A, Jamrozik K, Ueshima H, **Woodward M**, Huxley RR.  Body-mass index and cancer mortality in the Asia-Pacific Cohort Studies Collaboration: pooled analyses of 424,519 participants.  *Lancet Oncology* 2010;11(8):741-52. PMID: 20594911 [IF 22.5, Cit 43]

103.    Taylor B, Tofler G, Morel-Kopp M-C, Carey H, Carter T, Elliott M, Dailey C, Villata L, Ward C, **Woodward M**, Schenck K.  The effect of initial treatment of periodontitis on systemic markers of inflammation and cardiovascular risk: a randomized controlled trial. *European Journal of Oral Sciences*. 2010; 118(4)350-56. PMID: 20662907 [IF 1.8, Cit 7]

104.    Matsushita K, van der Velde M, Astor BC, **Woodward M**, Levey AS, de Jong PE, Coresh J, Gansevoort RT.  Association of estimated glomerular filtration rate and albuminuria with all-cause and cardiovascular mortality: a collaborative meta-analysis of general population cohorts. *Lancet* 2010;375(9731):2073-81. PMID: 20483451 [IF 38.2, Cit 451]

105.    Mann DM, **Woodward M**, Muntner P, Falzon L, Kronish I.  Predictors of nonadherence to statins: a systematic review and meta-analysis. *Annals of Pharmacotherapy* 2010;44(9):1410-21. PMID: 20702755 [IF: 2.1, Cit 15]

106.    Mann DM, **Woodward M**, Munter P.  Preventing diabetes complications: are we too glucocentric? *International Journal of Clinical Practice* 2010;64(8):1024-7. PMID: 20642704 [IF 2.4, Cit 5]

107.    Huxley R, Nakamura K, **Woodward M**.  Modification of the effects of lipids on the risk of cardiovascular diseases by cigarette smoking. *Journal of Clinical Lipidology* 2010;5(3):413-20. PMID NA [IF 1.5, Cit 0]

108.    Munter P, **Woodward M**, Mann D, Shimbo D, Michos ED, Blumenthal RS, Carson AP, Chen H, Arnett DK.  Comparison of the Framingham heart study hypertension model with blood pressure alone in the prediction of risk of hypertension.  The multi-ethnic study of atherosclerosis. *Hypertension* 2010;55(6):1339-45. PMID: 20439822 [IF 6.2, Cit 5]

109.    Ninomiya T, Zoungas S, Neal B, **Woodward M**, Patel A, Perkovic V, Cass A, Cooper M, Grobbee D, Hamet P, Harrap S, Liu L, Mancia G, Mogensen C-E, Poulter N, Rodgers A, Williams B, MacMahon S, Chalmers J.  Efficacy and safety of routine blood pressure lowering in older patients with diabetes: results from the ADVANCE trial. *Journal of Hypertension* 2010;28(6)1141-49. PMID: 20486273  [IF 4.0, Cit 11]

110.    Czernichow S, Ninomiya T, Huxley R, Kengne AP, Batty GD, Grobbee D, **Woodward M**, Neal B, Chalmers J.  Impact of blood pressure lowering on cardiovascular outcomes in normal weight, overweight and obese individuals: the PROGRESS trial.  *Hypertension* 2010;55(5);1193-98.  PMID: 20212271 [IF 6.2, Cit 11]

111.    Martiniuk A, Lee CMY, **Woodward M**, Huxley R.  Burden of lung cancer deaths due to smoking for men and women in the WHO Western Pacific and South East Asian Regions.  *Asia Pacific Journal of Cancer Prevention* 2010;10:67-72. PMID: 20593933 [IF 0.6, Cit 4]

112.    Kengne A, Patel A, Colagiuri S, Heller S, Hamet P, Marre M, Pan C, Zoungas S, Grobbee D, Neal B, Chalmers J, **Woodward M**. The Framingham and UK Prospective Diabetes Study (UKPDS) risk equations do not reliably estimate the probability of cardiovascular events in a large ethnically diverse sample of patients with diabetes: the Action in Diabetes and Vascular Disease: Preterax and Diamicron-MR Controlled Evaluation (ADVANCE) Study. *Diabetologia*, 2010;53(5):821-31. PMID: 20157695 [IF 6.8,Cit 23]

113.    Welsh P, **Woodward M**, Rumley A, MacMahon S, Lowe GD.  Does interleukin-18 or tumour necrosis factor-α have an independent association with the risk of coronary heart disease?  Results from a prospective study in New Zealand. *Cytokine* 2010;50(1);94-98.  PMID: 20096599 [IF 3.0. Cit 7]

114.    Jang JJ, Schwarcz AI, Amaez DA, **Woodward M**, Olin JW, Keller MJ, Schecter AD.  Elevated osteoprotegerin is associated with abnormal ankle brachial indices in patients infected with HIV: a cross-sectional study.  *Journal of the International AIDS Society* 2010;13(1):12. PMID: 20307322 [IF 3.2, Cit 4]

115.    Arima H, Anderson C, Omae T, Liu L, Tzourio C, **Woodward M**, MacMahon S, Neal B, Rodgers A, Chalmers J.  Perindopril-based blood pressure lowering reduces major vascular events in Asian and Western participants with cerebrovascular disease: the PROGRESS trial. *Journal of Hypertension* 2010;28(2):395-400.  PMID: 19864958 [IF 4.0, Cit 11]

116.    Arima H, Tzourio C, Anderson C, **Woodward M**, Bousser M, MacMahon S, Neal B, Chalmers J.  Effects of perindopril-based of blood pressure on intracerebral hemorrhage related to amyloid angiopathy: the PROGRESS trial. *Stroke* 2010;41(2):394-96. PMID: 20044530 [IF 5.7, Cit 27]

117.    Czernichow S, Lee C, Barzi F, Greenfield J, Baur L, Chalmers J, **Woodward M**, Huxley R. Efficacy of weight-loss drugs on obesity and cardiovascular risk factors in obese adolescents: a meta-analysis of randomised controlled trials. *Obesity Reviews* 2010;11(2):150-58. PMID: 19573052 [IF 7.0, Cit 10]

118.    Turnbull F, **Woodward M**, Anna V. Effectiveness of blood pressure lowering: evidence-based comparisons between men and women.  *Expert Review of Cardiovascular Therapy* 2010;8(2):199-209. PMID: 20136606. (Review) [IF NA, Cit 6]

119.    Clarke P, Glasziou P, Patel A, Chalmers J, **Woodward M**, Harrap S, Salomon J. Event rates, hospital utilization, and costs associated with major complications of

diabetes: A multicountry comparative analysis. *PLoS Medicine*, 2010 7(2); e1000236. PMID: 20186272 [IF 16.2, Cit 16]

120.    Barzi F, **Woodward M**, Czernichow S, Lee CMY, Kang JH, Janus E, Lear S, Patel A, Caterson I, Patel J, Lam TH, Suriyawongpaisal P, Huxley R. The discrimination of dyslipidaemia using anthropometric measures in ethnically diverse populations of the Asia Pacific Region: The Obesity in Asia Collaboration. *Obesity Reviews* 2010;11(2):127-36.  PMID: 19493299 [IF 7.0, Cit 9]

## 2009

121.    Huxley R, Lee CMY, Barzi F, Timmermeister L, Czernichow S, Perkovic V, Grobbee DE, Batty D, **Woodward M**. Coffee, decaffeinated coffee, and tea consumption in relation to incident type-II diabetes mellitus: a systematic review with meta-analysis. *Archives of Internal Medicine* 2009;169(22):2053-63. PMID 20008687 [IF 11.4] [Cit 87]

122.    Batty GD, Barzi F, Huxley R, Chang CY, Jee SH, Jamrozik K, Whitlock G, Kim HC, Fang X, Lam TH, **Woodward M**.  Obesity and liver cancer mortality in Asia: The Asia Pacific Cohort Study Collaboration. *Cancer Epidemiology* 2009;33(6):469-72. PMID: 19900847 [IF 2.0] [Cit 5]

123.    Kengne AP, Nakamura K, Barzi F, Lam Th, Huxley R, Gu D, Patel A, Kim HC, **Woodward M**.  Smoking, diabetes and cardiovascular disease in men in the Asia Pacific region. *Journal of Diabetes* 2009; 1:173-181. (PMID Number - NA) [IF NA, Cit 9]

124.    Zoungas S, de Galan BE, Ninomiya T, Grobbee D, Hamet P, Heller S, MacMahon S, Marre M, Neal B, Patel A, **Woodward M**, Chalmers J.  Combined effects of routine blood pressure lowering and intensive glucose control on macrovascular and microvascular outcomes in patients with type 2 diabetes: New results from the ADVANCE trial. *Diabetes Care* 2009; 32 (11):2068-74. PMID: 19651921 [IF 8.0] [Cit 99]

125.    de Galan BE, Chalmers J, Pillai A, Anderson C, Dufouil C, Travert F, Heller S, Patel A, Zoungas S, Hackett M, Grobbee DE, Lisheng L, Pan CY, Neal B, MacMahon S, **Woodward M**. Cognitive function and risks of cardiovascular disease and hypoglycaemia in patients with type 2 diabetes: the Action in Diabetes and Vascular Disease: Preterax and Diamicron modified release controlled evaluation (ADVANCE) trial. *Diabetalogia* 2009; 52(11):2328-36. PMID 19688336 [IF 6.8] [Cit 30]

126.    Turnbull FM, Abraira C, Anderson RJ, Byington RP, Chalmers JP, Duckworth WC, Evans GW, Gerstein HC, Holman RR, Moritz TE, Neal BC, Ninomiya T, Patel AA, Paul SK, Travert F, **Woodward M**. Intensive glucose control and macrovascular outcomes in type 2 diabetes. *Diabetalogia* 2009; 52(11):2288-98. PMID: 19655124. [IF 6.8] [Cit 230]

127.    Baber U, Mann D, Shimbo D, **Woodward M**, Olin JW, Muntner P. Combined role of reduced estimated glomerular filtration rate and microalbuminuria on the

prevalence of peripheral arterial disease. *American Journal of Cardiology* 2009; 104(10):1446-51. PMID: 19892066 [IF 3.3] [Cit 13]

128.  Mann DM, **Woodward M**, Ye F, Krousel-Wood M, Muntner P. Trends in medication use among US adults with diabetes mellitus: Glycemic control at the expense of controlling cardiovascular risk factors. *Archives of Internal Medicine* 2009; 169(18):1718-20. PMID: 19822830 [IF 11.4] [Cit 23]

129.  Batty GD, Barzi F, **Woodward M**, Jamrozik K, Woo J, Kim HK, Ueshima H, Huxley RR. Adult height and cancer mortality in Asia: the Asia Pacific Cohort Studies Collaboration. *Annals of Oncology*. 2009;21(3):646-54  PMID: 19889610   [IF 6.4, Cit 14]

130.  Nakamura K, Huxley R, Ansary-Moghaddam A, **Woodward M**. The hazards and benefits associated with smoking and smoking cessation in Asia: a meta-analysis of prospective studies. *Tobacco Control* 2009;18(5):345-53. PMID: 19617218 [IF 3.0] [Cit 14]

131.  Huxley RR, Clifton P, Perkovic V, **Woodward M**, Neal B. How many Australian deaths from heart disease and stroke could be avoided by a small reduction in population cholesterol levels? *Nutrition & Dietetics* 2009; 66(3):158-63. (PMID number NA) [IF 0.8] [Cit 2]

132.  O' Seaghdha CM, Perkovic V, Lam TH, McGinn S, Barzi F, Gu DF, Cass A, Suh I, Muntner P, Giles G, Ueshima H, **Woodward M**, Huxley R.  Blood pressure is a major risk factor for renal death: an analysis of 560,352 participants from the Asia-Pacific region. *Hypertension* 2009; 54(3):509-15. PMID 19597042 [IF 6.2] [Cit 18]

133.  Ivers R, Senserrick T, Boufous S, Stevenson M, Chen H-Y, **Woodward M**, Norton R. Novice drivers' risky driving behaviour, risk perception and crash risk: findings from the DRIVE study. *American Journal of Public Health* 2009; 99(9):1638-44. PMID: 19608953 [IF 3.9] [Cit 19]

134.  Ansary-Moghaddam A, Huxley R, Lam TH, **Woodward M**. Risk of upper aerodigestive tract cancer associated with smoking with and without concurrent alcohol consumption. *Mount Sinai Journal of Medicine* 2009; 76(4):392-403. PMID: 19642154 [IF 2.0] [Cit 4]

135.  **Woodward M**, Tunstall-Pedoe H, Rumley A, Lowe GD. Does fibrinogen add to prediction of cardiovascular disease? Results from the Scottish Heart Health Extended Cohort Study. *British Journal of Haematology* 2009; 146(4):442-46. PMID: 19549268 [IF 4.9] [Cit 11]

136.  Huxley RR, Nakamura K, Lam TH, Barzi F, Batty D, Czernichow S, Ueshima H, Kim HC, Wong JW, Fang X, Feigin V, **Woodward M**. Impact of cigarette smoking on the relationship between body mass index and coronary heart disease: a pooled analysis of 3264 stroke and 2706 CHD events in 378579 individuals in the Asia Pacific region. *BMC Public Health* 2009; 13:9:294. PMID: 19678933 [IF 1.9] [Cit 1]

137.  Ninomiya T, Perkovic V, de Galan BE, Zoungas S, Pillai Ai, Jardine M, Patel A, Cass A, Neal B, Poulter N, Mogensen CE, Cooper M, Marre M, Williams B, Hamet P, Mancia G, **Woodward M**, MacMahon S, Chalmers J. Albuminuria and kidney function independently predict cardiovascular and renal outcomes in diabetes. ***Journal of the American Society of Nephrology*** 2009; 20(8):1813-21. PMID: 19443635 [IF 9.6] [Cit 182]

138.  Kengne AP, Czernichow S, Huxley R, Grobbee D, **Woodward M**, Neal B, Zoungas S, Cooper M, Glasziou P, Hamet P, Harrap SB, Mancia G, Poulter N, Williams B, Chalmers J. Blood pressure variables and cardiovascular risk: New findings from ADVANCE. ***Hypertension*** 2009; 54(2):399-404. PMID 19470869 [IF 6.2] [Cit 26]

139.  Lee CMY, Barzi F, **Woodward M**, Batty GD, Giles GG, Wong JW, Jamrozik K, Lam TH, Ueshima H, Kim HC, Gu DF, Schooling M, Huxley RR. Adult height and the risks of cardiovascular disease and major causes of death in the Asia-Pacific region: 21,000 deaths in 510,000 men and women. ***International Journal of Epidemiology***. 2009; 38(4):1060-71. PMID: 19270305 [IF 6.4] [Cit 18]

140.  Chen HY, Ivers RQ, Martiniuk AL, Boufous S, Senserrick T, Woodward M, Stevenson M, Williamson A, Norton R. Risk and type of crash among young drivers by rurality of residence: findings from the DRIVE Study. ***Accident Analysis & Prevention*** 2009; 41(4): 676-82.  PMID: 19540955 [IF 1.8] [Cit 13]

141.  Batty GD, Shipley MJ, Gunnell D, Huxley R, Kivimaki M, **Woodward M**, Lee CM, Smith GD. Height, wealth, and health: An overview with new data from three longitudinal studies. ***Economics and Human Biology*** 2009; 7(2):137-52. PMID: 19628438 [IF 2.7] [Cit 50]

142.  Huxley RR, Ansary-Moghaddam A, Clifton P, Czernichow S, Parr CL, **Woodward M**. The impact of dietary and lifestyle risk factors on risk of colorectal cancer: a quantitative overview of the epidemiological evidence. ***International Journal of Cancer*** 2009; 125(1):171-80. PMID: 19350627 [IF 5.4] [Cit 95]

143.  Ninomiya T, Donnan G, Anderson N, Bladin C, Chamers B, Gordon G, Sharpe N, Chalmers J, **Woodward M**, Neal B.  Effects of the endpoint adjudication process on the results of the Perindopril Protection Against Recurrent Stroke Study (PROGRESS). ***Stroke*** 2009; 40(6): 2111-15. PMID: 19359647 [IF 5.7] [Cit 7]

144.  Nakamura K, Barzi F, Huxley R, Lam TH,  Suh I, Woo J, Kim HC, Feigin VL, Gu D, **Woodward M**. Does cigarette smoking exacerbate the effect of total cholesterol and high-density lipoprotein cholesterol on the risk of cardiovascular diseases? ***Heart*** 2009; 95(11): 909-16. PMID 19196734 [IF 4.2] [Cit 15]

145.  Turnbull F, **Woodward M**. Calcium antagonists revisited. ***Journal of Hypertension*** 2009; 27(6): 1121-22. PMID: 19454901 [IF 4.0] [Cit 0]

146.  Vupputuri S, Fox CS, Coresh J, **Woodward M**, Muntner p. Differential estimation of CKD using creatinine- versus cystatin C-based estimating

equations by category of body mass index. *American Journal of Kidney Diseases* 2009; 53(6): 993-1001.  PMID: 19394726 [IF 5.4] [Cit 21]

147.  Du X, Ninomiya T, de Galan B, Abadir E, Chalmers J, Pillai A, **Woodward M**, Cooper M, Harrap S, Hamet P, Poulter N, Lip GYH, Patel A. Risks of cardiovascular events and effects of routine blood pressure lowering among patients with type 2 diabetes and atrial fibrillation – results of the ADVANCE study. *European Heart Journal* 2009; 30(9): 1128-35. PMID: 19282274 [IF 10.4] [Cit 28]

148.  Tai ES, Poulton R, Thumboo J, Sy R, Castillo-Carandang N, Sritara P, Adam JMF, Sim KH, Fong A, Wee HL, **Woodward M**. An update on cardiovascular disease epidemiology in South East Asia.  Rationale and design of the LIFE course study in CARdiovascular disease Epidemiology (LIFECARE). *CVD Prevention Control* 2009; 4: 93-102. (PMID : NA) [IF NA] [Cit 6]

149.  Ansary-Moghaddam A, Martiniuk A, Lam TH, Jamrozik K, Tamakoshi A, Fang X, Suh I, Barzi F, Huxley R, **Woodward M**.  Smoking and the risk of upper aero digestive tract cancers for men and women in Asia-Pacific Region. *International Journal of Environmental Research and Public Health* 2009: 6(4):1358-70. PMID: 19440523 [IF NA] [Cit 3]

150.  **Woodward M**, Tunstall-Pedoe H. The metabolic syndrome is not a sensible tool for predicting the risk of coronary heart disease. *European Journal of Cardiovascular Prevention & Rehabilitation* 2009; 16(2):210-14.  PMID: 19305352 [IF 2.6] [Cit 2]

151.  de Galan BE, Perkovic V, Nonomiya T, Pillai A, Patel, A, Cass A, Neal B, Poulter N, Harrap S, Mogensen C-E, Cooper M, Marre M, Williams B, Hamet P, Mancia G, **Woodward M**, Glasziou P, Grobbee DE, MacMahon S, Chalmers J. Lowering blood pressure reduces renal events in type 2 diabetes. *Journal of the American Society of Nephrology* 2009; 20(4): 883-92.  PMID: 19225038 [IF 9.6] [Cit 111]

152.  Mani V, Muntner P, Gidding SS, Aguiar SH, El-Aidi H, Weinshelbaum KB, Taniguchi H, van der Geest R, Reiber JHC, Bansilal S, Farkouh, M, Fuster V, Postley JE, **Woodward M**, Fayad ZA. Cardiovascular magnetic resonance parameters of atherosclerotic plaque burden improve discrimination of prior major adverse cardiovascular events. *Journal of Cardiovascular Magnetic Resonance* 2009; 11(1):10. PMID: 19393089 [IF 3.7] [Cit 14]

153.  Rudd JH, Myers KS, Bansilal S, Machac J, **Woodward M**, Fuster V, Farkouh ME, Fayad ZA.  Relationships among regional arterial inflammation, calcification, risk factors, and biomarkers: a prospective flurodeoxyglucose positron-emission tomography/computed tomography imaging study. *Circulation: Cardiovascular Imaging* 2009; 2(2):107-15. PMID: 19808576 [IF 5.9] [Cit 65]

154.  Aidi HE, Mani V, Weinshelbaum K, Aguiar S, Taniguch H, Postley J, Samber D, Cohen E, Stern J, van der Geest R, Reiber J, **Woodward M**, Fuster V, Gidding S, Fayad Z. Cross-sectional, prospective study of MRI reproducibility in the assessment of plaque burden of the carotid arteries and aorta. *Nature Clinical*

*Practice Cardiovascular Medicine* 2009; 6(3): 219-28. PMID: 19174763 [IF 7.0] [Cit 15]

155. Welsh P, **Woodward M**, Rumley A, Lowe G. Associations of circulating TNF∝ and IL-18 with myocardial infarction and cardiovascular risk markers: The Glasgow Myocardial Infarction Study. *Cytokines* 2009; 47(2):143-47. (PMID number NA) [IF 3.0] [Cit 5]

156. Tavakoli M, Pumford N, **Woodward M**, Doney A, Chalmers J, MacMahon S, MacWalter R. An economic evaluation of a Perindopril-based blood pressure lowering regimen for patients who have suffered a cerebrovascular event. *The European Journal of Health Economics* 2009; 10(1): 111-19. PMID: 18446392 [IF 0.5] [Cit 2]

157. **Woodward M**. Migraine and the risk of coronary heart disease and ischaemic stroke in women. *Women's Health* 2009; 5(1):69-77. (Review)  PMID: 19102643 [IF NA] [Cit 2]

158. **Woodward M**, Croft KD, Mori TA, Headlam H, Wang XS, Suarna C, Raftery MJ, MacMahon SW, Stocker R. Association between both lipid and protein oxidation and the risk of fatal or non-fatal coronary heart disease in a human population. *Clinical Science* 2009 116: 53-60.  PMID 18507534 [IF 4.3] [Cit 7]

**2008**

159. Wu Y, Huxley R, Li L, Anna V, Xie G, Yao C, **Woodward M**, Li X, Chalmers J, Gao R, Kong L, Yang X.  Prevalence, awareness, treatment, and control of hypertension in China: data from the China National Nutrition and Health Survey 2002. *Circulation* 2008;118(25):2679-86. PMID: 19106390 [IF 14.7] [Cit 74]

160. Turnbull F, **Woodward M**, Neal B, Barzi F, Ninomiya T, Chalmers J, Perkovic V, Li N, MacMahon S. Do men and women respond differently to blood pressure lowering treatment? Results of prospectively-designed overviews of randomized trials. *European Heart Journal* 2008; 29(21): 2669-80. PMID: 18852183 [IF 10.4] [Cit 48]

161. Lee CMY, Huxley RR, **Woodward M**, Zimmet P, Shaw J, Cho NH, Kim HR, Viali S, Tominaga M, Vistisen D, Borch-Johnsen K, Colagiuri S. The metabolic syndrome identifies a heterogeneous group of metabolic component combinations in the Asia-Pacific region. *Diabetes Research and Clinical Practice* 2008 ; 81(3):377-80. PMID: 18617286 [IF 2.7] [Cit 11]

162. Welsh P, Lowe GDO, Chalmers J, Campbell DJ, Rumley A, Neal BC, MacMahon SW, **Woodward M**. Associations of proinflammatory cytokines with the risk of recurrent stroke. *Stroke* 2008; 39(8): 2226-30. PMID: 18566306 [IF 5.7] [Cit 44]

163. **Woodward M**, Martiniuk A, Lee CMY, Lam TH, Vanderhoorn S, Ueshima H, Fang X, Kim HC, Rodgers A, Patel A, Jamrozik K, Huxley R. Elevated total cholesterol: its prevalence and population attributable fraction for mortality from coronary heart disease and ischaemic stroke in the Asia-Pacific Region.

*European Journal of Cardiovascular Prevention and Rehabilitation* 2008;
15(4): 397-401. PMID: 18677162 [IF 2.6] [Cit 15]

164.   Lee CMY, Huxley RR, Wildman RP, **Woodward M**. Indices of abdominal
       obesity are better discriminators of cardiovascular risk factors than BMI: A meta-
       analysis. *Journal of Clinical Epidemiology* 2008; 61(7): 646-53. PMID:
       18359190 [IF 4.2] [Cit 171]

165.   Patel A, MacMahon S, Chalmers J, Neal B, Billot L, **Woodward M**, Marre M,
       Cooper M, Glasziou P, Grobbee DE, Hamet P, Harrap S, Heller S, Liu LS,
       Mancia G, Mogensen CE, Pan CY, Poulter N, Rodgers A, Williams B, Bompoint
       S, de Galan B, Joshi R, Travert F. Intensive blood glucose control and vascular
       outcomes in patients with type 2 diabetes. *New England Journal of Medicine*
       2008; 358(24): 2560-72. PMID: 18539916 [IF 53.2] [Cit 2,060]

166.   Barzi F, Huxley R, Jamrozik K, Lam TH, Ueshima H, Gu D, Kim HC,
       **Woodward M**. Association of smoking and smoking cessation with major
       causes of mortality in the Asia Pacific Region: the Asia Pacific Cohort Studies
       Collaboration. *Tobacco Control* 2008; 17(3): 166-72. PMID: 18522967 [IF 3.0,
       Cit 5]

167.   Nakamura K, Barzi F, Lam TH, Huxley R, Feigin VL, Ueshima H, Woo J, Gu
       D, Ohkubo T, Lawes CMM, Suh I, **Woodward M**. Cigarette smoking, systolic
       blood pressure and cardiovascular diseases in the Asia-Pacific region. *Stroke*
       2008; 39: 1694-702. [IF 5.7] [Cit 27]

168.   Welsh P, **Woodward M**, Rumley A, Lowe GDO. Associations of plasma pro-
       inflammatory cytokines, fibrinogen, CRP and viscosity with cardiovascular risk
       factors, and social deprivation: The Fourth Glasgow MONICA Study. *British
       Journal of Haematology* 2008; 141(6): 852-61. PMID: 18371109 [IF 4.9] [Cit
       33]

169.   Smith M, Hopkins D, Peveler R, Holt R, **Woodward M**, Ismail K. First- v.
       second-generation antipsychotics and risk for diabetes in schizophrenia:
       systematic review and meta-analysis . *The British Journal of Psychiatry* 2008;
       192(6): 406-11. PMID: 18515889 [IF 6.6, Cit 98]

170.   Turnbull F, Neal B, Ninomiya T, Algert C, Arima H, Barzi F, Bulpitt C,
       Chalmers J, Fagard R, Gleason A, Heritier S, Li N, Perkovic V, **Woodward M**,
       MacMahon S. Effects of different regimens to lower blood pressure on major
       cardiovascular events in older and younger adults: meta-analysis of randomised
       trials. *British Medical Journal* 2008; 336(7653):1121-23. PMID: 18480116 [IF
       14.0, Cit 264]

171.   Tzourio C, Arima H, Harrap S, Anderson C, Godin O, **Woodward M**, Neal B,
       Bousser MG, Chalmers J, Cambien F, MacMahon S. APOE genotype, ethnicity,
       and the risk of cerebral hemorrhage. *Neurology* 2008; 70(16):1322-28. PMID:
       18256366 [IF 8.3, Cit 37]

172.   Yip JS, **Woodward M**, Abreu MT, Sparrow MP. How are azathioprine and 6-
       mercaptopurine dosed by gastroenterologists? Results of a survey of clinical

practice. ***Inflammatory Bowel Diseases*** 2008; 14(4): 514-18. PMID: 18088072 [IF 4.8], Cit 13]

173.    Crawley JTB, Lane DA, **Woodward M**, Rumley A, Lowe GDO. Evidence that high von Willebrand factor and low ADAMTS13 levels independently increase the risk of a non-fatal heart attack. ***Journal of Thrombosis and Haemostasis*** 2008; 6(4): 583-88. PMID: 18194418 [IF 5.7, Cit 32]

174.    Lee CMY, Huxley RR, **Woodward M**, Zimmet P, Shaw J, Cho NH, Kim HR, Viali S, Tominaga M, Vistisen D, Borch-Johnsen K, Colagiuri S. Comparisons of metabolic syndrome definitions in four populations of the Asia-Pacific region. ***Metabolic Syndrome and Related Disorders*** 2008; 6(1): 37-46. PMID: 18370835 [IF 2.6, Cit 24]

175.    Ninomiya T, Perkovic V, Gallagher M, Jardine M, Cass A, Arima H, Anderson C, Neal B, **Woodward M**, Omae T, MacMahon S, Chalmers J. Lower blood pressure and risk of recurrent stroke in patients with chronic kidney disease: PROGRESS trial. ***Kidney International*** 2008; 73(8): 963-70. PMID: 18272959 [IF 6.6, Cit 17]

176.    Bennet A, Danesh J, Di Angelantonio E, Erquo S, Eiriksdottir G, Sigurdsson G, **Woodward M**, Rumley A, Lowe GDO, Gudnason V. Lipoprotein(a) levels and risk of future coronary heart disease: large-scale prospective data. ***Archives of Internal Medicine*** 2008; 168(6): 598-608. PMID: 18362252 [IF 11.4, Cit 81]

177.    Huxley R, Barzi F, Lee CMY, Janus E, Lam TH, Caterson I, Azizi F, Lear S, Patel J, Shaw J, Adam J, Oh SW, Kang JH, Zimmet P, **Woodward M**. Is central obesity a better discriminator of the risk of hypertension than body mass index in ethnically diverse populations? ***Journal of Hypertension*** 2008; 26(2): 169-77. PMID: 18192826 [IF 4.0, Cit 14]

178.    Huxley R, James WPT, Barzi F, Patel JV, Lear SA, Suriyawongpaisal P, Janus ED, Caterson I, Zimmet P, Prabhakaran D, Reddy SK, **Woodward M.** Ethnic comparisons of the cross-sectional relationships between measures of body size with diabetes and hypertension. ***Obesity Reviews*** 2008; 9 (Suppl 1): 53-61. PMID: 18307700 [IF 5.8, Cit 76]

179.    Sritara P, Patoomanunt P, **Woodward M,** Narksawat K, Tulyadachanon S, Ratanachaiwong W, Sritara C, Barzi F, Yamwong S, Tanomsup S. Associations between serum lipids and causes of mortality in a cohort of 3,499 urban Thais: The Electricity Generating Authority of Thailand (EGAT) study. ***Angiology*** 2008;58(6):757-63.  PMID: 18216384 [IF 1.5, Cit 7]

## 2007

180.    Huxley R, Barzi F, Lee CMY, Lam TH, Caterson I, Azizi F, Lear S, Patel J, Shaw J, Suriyawongpaisal P, Welborn T, Oh SW, Kang JH, Zimmet P, **Woodward M**. Waist circumference thresholds provide an accurate and widely applicable method for the discrimination of diabetes. ***Diabetes Care*** 2007; 30(12): 3116-18. PMID: 17804678 [IF 8.0, Cit 23]

181.   Kengne AP, Patel A, Barzi F, Jamrozik K, Lam TH, Ueshima H, Ohkubo T, Fang XH, Kim HC, **Woodward M**. Cholesterol, diabetes and major cardiovascular diseases in the Asia Pacific Region. *Diabetologia* 2007; 50(11):2289-97. PMID: 17909878 [IF 6.8, Cit NA]

182.   Moghaddam AA, Huxley R, **Woodward M**. Obesity and risk of colorectal cancer: A meta-analysis of 31 studies with 70,000 events. *Cancer Epidemiology Biomarkers & Prevention* 2007; 16(12): 2533-47. PMID: 18086756 [IF 4.1, Cit 124]

183.   **Woodward M**, Barzi F, Feigin V, Gu D, Huxley R, Nakamura K, Patel A, Ho S, Jamrozik K. Associations between high-density lipoprotein cholesterol and both stroke and coronary heart disease in the Asia Pacific region. *European Heart Journal* 2007; 28(21): 2653-60. PMID: 17933756 [IF 10.4, Cit 19]

184.   McEvoy SP, Stevenson MR, **Woodward M**. The contribution of passengers versus mobile phone use to motor vehicle crashes resulting in hospital attendance by the driver. *Accident Analysis and Prevention* 2007; 39(6): 1170-76. PMID: 17920840 [IF 1.8, Cit 19]

185.   Sritara P, Sritara C, **Woodward M**, Wangsuphachart S, Barzi F, Hengprasith B, Yipintsoi T. Prevalence and risk factors of peripheral arterial disease in a selected Thai population. *Angiology* 2007; 58(5): 572-78. PMID: 18024940 [IF 1.5, Cit 14]

186.   Bogers RP, Bemelmans WJE, Hoogenveen RT, Boshuizen HC, **Woodward M**, Knekt P, van Dam RM, Hu FB, Visscher TLS, Menotti A, Thorpe RJ, Jamrozik K, Calling S, Strand BH, Shipley MJ. Association of overweight with increased risk of coronary heart disease partly independent of blood pressure and cholesterol levels: a meta-analysis of 21 cohort studies including more than 300,000 persons. *Archives Internal Medicine* 2007; 167(16); 1720-1728. PMID: 17846390 [IF 11.4, Cit 136]

187.   **Woodward M**, Rumley A, Welsh P, MacMahon S, Lowe G. A comparison of the associations between seven haemostatic or inflammatory variables and coronary heart disease. *Journal of Thrombosis and Haemostasis* 2007; 5(9): 1795-1800. PMID: 17723116 [IF 5.7, Cit 36]

188.   Patel A, MacMahon S, Chalmers J, Neal B, **Woodward M**, Billot L, Harrap S, Poulter N, Marre M, Cooper M, Glasziou P, Grobbee DE, Hamet P, Heller S, Liu LS, Mancia G, Mogensen CE, Pan CY, Rodgers A, Williams B. Effects of a fixed combination of perindopril and indapamide on macrovascular and microvascular outcomes in patients with type 2 diabetes mellitus (the ADVANCE trial): a randomised controlled trial. *Lancet* 2007; 370(9590): 829-40. PMID: 17765963 [IF 38.2, Cit 752]

189.   Tanomsup S, Aekplakorn W, Sritara P, **Woodward M**, Yamwong S, Tunlayadechanont S, Tatsaneeyapan A, Lim S, Rajatanavin R. A comparison of components of two definitions of the metabolic syndrome related to cardiovascular disease and all-cause mortality in a cohort study in Thailand. *Diabetes Care* 2007; 30(8): 2138-2140. PMID: 17468343 [IF 8.0, Cit 14]

190.   Huxley R, Jamrozik K, Lam TH, Barzi F, Ansary-Moghaddam A, Jiang CQ, Suh I, **Woodward M.** Impact of smoking and smoking cessation on lung cancer mortality in the Asia-Pacific Region. ***American Journal of Epidemiology*** 2007; 165: 1280-86. [IF 5.2, Cit 32]

191.   Kengne AP, Patel A, Barzi F, Jamrozik K, Lam TH, Ueshima H, Gu DF, Suh I, **Woodward M.** Systolic blood pressure, diabetes and the risk of cardiovascular diseases in the Asia-Pacific region. ***Journal of Hypertension*** 2007; 25(6): 1205-13. PMID: 17563533 [IF 4.0, Cit 32]

192.   Campbell DJ, Neal BC, Chalmers JP, Colman SA, Jenkins AJ, Kemp BE, Patel A, MacMahon SW, **Woodward M.** Low density lipoprotein particles and risk of intracerebral haemorrhage in subjects with cerebrovascular disease. ***European Journal of Cardiovascular Prevention & Rehabilitation*** 2007; 14(3): 413-18. PMID: 17568241 [IF 2.6, Cit 3]

193.   Lee CMY, Martiniuk ALC, Woodward M, Feigin V, Gu DF, Jamrozik K, Lam TH, Mhurchu CN, Pan WH, Suh I, Ueshima H, Woo J, Huxley R. The burden of overweight and obesity in the Asia-Pacific region. ***Obesity Reviews*** 2007; 8(3): 191-96. PMID: 17444961 [IF 7.0, Cit 49]

194.   McEvoy SP, Stevenson MR, **Woodward M.** The prevalence of, and factors associated with, serious crashes involving a distracting activity. ***Accident Analysis &Prevention*** 2007; 39(3): 475-82. PMID: 17034748 [IF 1.8, Cit 19]

195.   Turnbull F, Neal B, Pfeffer M, Kostis J, Algert C, **Woodward M**, Chalmers J, MacMahon S. Blood pressure-dependent and independent effects of agents that inhibit the renin-angiotensin system. ***Journal of Hypertension*** 2007; 25(5): 951-58. PMID: 17414657 [IF 4.0, Cit 196]

196.   Ansary-Moghaddam A, Huxley R, Lam TH, Ohkubo T, Fang X, Jee SH, **Woodward M.** The impact of modifiable risk factors on mortality from prostate cancer in populations of the Asia-Pacific Region. ***Asian Pacific Journal of Cancer Prevention*** 2007; 8(2): 199-205. PMID: 17696731 [IF 0.6, Cit 9]

197.   Ansary-Moghaddam A, Huxley R, Lam TH, Ueshima H, Gu DF, Kim HC, **Woodward M.** The role of lifestyle risk factors on mortality from colorectal cancer in populations of the Asia-Pacific Region. ***Asian Pacific Journal of Cancer Prevention*** 2007; 8(2): 191-98. PMID: 17696730 [IF 0.6, Cit 13]

198.   Aekplakorn W, Pakpeankitwatana V, Lee CMY, **Woodward M**, Barzi F, Yamwong S, Unkurapinun N, Sritara P. Abdominal obesity and coronary heart disease in Thai men. ***Obesity*** 2007; 15(4): 1036-42. PMID: 17426340 [IF 4.2, Cit 14]

199.   Campbell DJ, **Woodward M**, Chalmers JP, Colman SA, Jenkins AJ, Kemp BE, Neal BC, Patel A, MacMahon SW. Perindopril-based blood pressure-lowering therapy reduces amino-terminal-pro-B-type natriuretic peptide in individuals with cerebrovascular disease. ***Journal of Hypertension*** 2007; 25(3): 699-705. PMID: 17278987 [IF 4.0, Cit 5]

200. **Woodward M**, Brindle P, Tunstall-Pedoe H. Adding social deprivation and family history to cardiovascular risk assessment –the ASSIGN score from the Scottish Heart Health Extended Cohort (SHHEC). *Heart* 2007; 93(2): 172-76. PMID: 17090561 [IF 4.2, Cit 169]

201. Barzi F, Patel A, Gu D, Sritara P, Lam TH, Rodgers A, Woodward M. Cardiovascular risk prediction tools for populations in Asia. *Journal of Epidemiology and Community Health* 2007; 61(2): 115-21. PMID: 17234869 [IF 3.1] [Cit 43]

202. Martiniuk AL, Lee CM, Lawes CM, Ueshima H, Suh I, Lam TH, Gu D, Feigin V, Jamrozik K, Ohkubo T, **Woodward M**. Hypertension: its prevalence and population-attributable fraction for mortality from cardiovascular disease in the Asia-Pacific region. *Journal of Hypertension* 2007; 25(1): 73-9. PMID: 17143176 [IF 4.0, Cit 71]

203. Lee CMY, Huxley R, Lam TH, Martiniuk ALC, Ueshima H, Pan WH, Welborn T, **Woodward M**. Prevalence of diabetes mellitus and population attributable fractions for coronary heart disease and stroke mortality in the WHO South-East Asia and Western Pacific regions. *Asia Pacific Journal of Clinical Nutrition* 2007; 16(1): 187-92. PMID: 17215197 [IF 1.1, Cit 21]

## 2006

204. Ansary-Moghaddam A, Huxley R, Barzi F, Lawes C, Ohkubo T, Fang X, Jee SH, **Woodward M**. The effect of modifiable risk factors on pancreatic cancer mortality in populations of the Asia-Pacific region. *Cancer Epidemiology Biomarkers & Prevention* 2006; 15(12): 2435–40. PMID: 17164367[IF 4.1, Cit 28]

205. **Woodward M**, Barzi F, Martiniuk A, Fang X, Gu DF, Imai Y, Lam TH, Pan WH, Rodgers A, Suh I, Sun HJ, Ueshima H, Huxley R. Cohort profile: The Asia Pacific Cohort Studies Collaboration. *International Journal of Epidemiology* 2006; 35(6): 1412-16. PMID: 17060333 [IF 6.4, Cit 36]

206. McEvoy SP, Stevenson MR, **Woodward M**. Phone use and crashes while driving: A representative survey of drivers in two Australian states. *Medical Journal of Australia* 2006; 185:11-12: 630-34. PMID: 17181509 [IF 2.8, Cit 22]

207. Ivers RQ, Blows S, Stevenson M, Norton R, Williamson A, Eisenbruch M, **Woodward M**, Lam L, Palamara P, Wang J. A Cohort Study of 20,822 Young Drivers: The DRIVE Study Methods and Population. *Injury Prevention* 2006; 12(6): 385-89. PMID: 17170187 [IF 1.3, Cit 23]

208. Patel A, Barzi F, **Woodward M**, Mhurchu CN, Ohkubo T, Lam TH, Welborn T. An evaluation of metabolic risks for coronary death in the Asia Pacific region. *Diabetes Research and Clinical Practice* 2006; 74(3): 274-281. PMID: 16730387 [IF 2.7, Cit 16]

209. Leow NM, Morel-Kopp MC, **Woodward M**, Chen Q, Tofler GH, Taylor BA. The relationship between cotinine and periodontal disease. *Annals of the Royal*

*Australasian College of Dental Surgeons* 2006;18:51-2. PMID: 17668594 [IF NA, Cit 4]

210. Leslie WS, Lean MEJ, **Woodward M**, Wallace FA, Hankey CR. Unidentified under-nutrition: dietary intake and anthropometric indices in a residential care home population. *Journal of Human Nutrition and Dietetics* 2006; 19(5): 343-347. PMID: 16961680 [IF 1.7, Cit 13]

211. Fransen M, Anderson C, Douglas J, MacMahon S, Neal B, Norton R, **Woodward M,** Cameron ID, Crawford R, Lo SK, Tregonning G, Windolf M. Safety and efficacy of routine postoperative ibuprofen for pain and disability related to ectopic bone formation after hip replacement surgery (HIPAID): randomised controlled trial. *British Medical Journal* 2006; 333(7567): 519-21. PMID: 16885182 [IF 14.0, Cit 33]

212. Aekplakorn W, Bunnag P, **Woodward M**, Sritara P, Cheepudomwit S, Yamwong S, Yipintsoi T, Rajatanavin R. A risk score for predicting incident diabetes in the Thai population. *Diabetes Care* 2006; 29(8): 1872-77. PMID: 16873795 [IF 8.0, Cit 82]

213. Huxley R, Barzi F, Lam TH, Lawes CMM, Woo Wong J, **Woodward M**. The impact of cardiovascular risk factors on the age-related excess risk of coronary heart disease. *International Journal of Epidemiology* 2006; 35(4): 1025-33. PMID: 16581818 [IF 6.4, Cit 21]

214. McEvoy SP, Stevenson MR, **Woodward M**. The impact of driver distraction on road safety: Results from a representative survey in two Australian states. *Injury Prevention* 2006; 12(4): 242-47. PMID: 16887946 [IF 1.3, Cit 20]

215. Arima H, Chalmers J, Anderson C, Rodgers A, **Woodward M**, Davis S, MacMahon S, Neal B. Lower target blood pressures are safe and effective for the prevention of recurrent stroke: the PROGRESS trial. *Journal of Hypertension* 2006; 24(6): 1201-08. PMID: 16685221 [IF 4.0, Cit 106]

216. Arima H, Tzourio C, Butcher K, Anderson C, Bousser M-G, Lees KR, Reid JL, Omae T, **Woodward M**, MacMahon S, Chalmers J. Prior events predict cerebrovascular and coronary outcomes in the PROGRESS trial. *Stroke* 2006; 37(6): 1497-1502. PMID 16627794. [IF 5.7, Cit 19]

217. Martiniuk AL, Lee CM, Lam TH, Huxley R, Suh I, Jamrozik K, Gu DF, **Woodward M**. The fraction of ischaemic heart disease and stroke attributable to smoking in the WHO Western Pacific and South-East Asian regions. *Tobacco Control* 2006; 15(3): 181-88.  PMID: 16728748 [IF 3.0, Cit 36]

218. Fransen M, Wilsmore B, Winstanley J, **Woodward M**, Grunstein R, Ameratunga S, Norton R. Shift work and work injury in the New Zealand Blood Donors' Health Study. *Occupational and Environmental Medicine* 2006; 63(5): 352-58. PMID: 16621855 [IF 3.0, Cit 17]

219. Tunstall-Pedoe H, **Woodward M**.  By neglecting deprivation, cardiovascular risk scoring will exacerbate social gradients in disease.  *Heart* 2006;92(3):307-10. PMID: 16166099 [IF 4.2, Cit 34]

220.    Mhurchu CN, Parag V, Woo J, Lam TH, **Woodward M,** Bennett D. Central
        obesity and cardiovascular disease in the Asia Pacific region. ***Asia Pacific
        Journal of Clinical Nutrition*** 2006; 15(3): 287-92. PMID: 16837418 [IF 1.1, Cit
        21]

221.    Tunstall-Pedoe H, Connaghan J, **Woodward M**, Tolonen H, Kuulasmaa K.
        Pattern of declining blood pressure across replicate population surveys of the
        WHO MONICA project, mid-1980s to mid-1990s, and the role of medication.
        ***British Medical Journal*** 2006; 332(7542): 629-35. PMID: 16531419 [IF 14.0,
        Cit 44]

222.    **Woodward M**, Rumley A, Rumley A, Rumley C, Lewington S, Morrison CE,
        Lowe GDO. The association between homocysteine and myocardial infarction is
        independent of age, sex, blood pressure, cholesterol, smoking and markers of
        inflammation: The Glasgow Myocardial Infarction Study. ***Blood Coagulation
        & Fibrinolysis*** 2006; 17(1):1-5. PMID: 16607071 [IF 1.2, Cit 6]

223.    Campbell DJ, **Woodward M**, Chalmers JP, Colman SA, Jenkins AJ, Kemp BE,
        Neal BC, Patel A, MacMahon SW. Soluble vascular cell adhesion molecule 1 and
        N-terminal pro-B-type natriuretic peptide in predicting ischemic stroke in
        patients with cerebrovascular disease. ***Archives of Neurology*** 2006; 63(1): 60-5.
        PMID: 16286536 [IF 7.5, Cit 19]

224.    Barzi F, **Woodward M**, Marfisi RM, Tognoni G, Marchioli R.  Analysis of the
        benefits of a Mediterranean diet in the GISSI-Prevenzione study: A case study in
        imputation of missing values from repeated measurements. ***European Journal
        of Epidemiology*** 2006;21(1):15-24. PMID: 16450202 [IF 4.7, Cit 4]

225.    **Woodward M**, Barzi F, Lam TH, Jamrozik K, Ueshima H, Patel A. Coronary
        risk prediction for those with and without diabetes. ***European Journal of
        Cardiovascular Prevention & Rehabilitation*** 2006;13(1):30-6. PMID:
        16449861 [IF 3.7, Cit 8]

226.    Patel A, Huang KC, Janus ED, Gill T, Neal B, Suriyawongpaisal P, Wong E,
        **Woodward M**, Stolk RP.  Is a single definition of the metabolic syndrome
        appropriate? – A comparative study of the USA and Asia.  ***Atherosclerosis***
        2006;184(1):225-32. PMID: 15935356 [IF 4.0, Cit 38]

227.    Huxley R, Barzi F, **Woodward M**.  Excess risk of fatal coronary heart disease
        associated with diabetes in men and women: meta-analysis of 37 prospective
        cohort studies. ***British Medical Journal*** 2006;332(7533):73-8. PMID: 16371403
        [IF 14.0, Cit 406]

2005

228.    Robins J, **Woodward M**, Lowe G, McCaul P, Cheyne H, Walker JJ. First
        trimester maternal blood rheology and pregnancy induced hypertension. ***Journal
        of Obstetrics and Gynaecology Research*** 2005; 25(8):746-50. PMID:
        16368576 [IF 0.9, Cit 3]

229.    Rodgers A, Lam TH, Suh I, Feigin V, Lin RB, **Woodward M.** Joint effects of
        systolic blood pressure and serum cholesterol on cardiovascular disease in the

Asia Pacific Region. *Circulation* 2005; 112(22): 3384-90. PMID: 16301345 [IF 14.7, Cit 47]

230.  Huxley R, **Woodward M**, Barzi F, Wong JW, Pan WH, Patel A. Does sex matter in the associations between classical risk factors and fatal coronary heart disease in populations from the Asia-Pacific region? *Journal of Women's Health* 2005; 14(9): 820-28. PMID: 16313209 [IF 1.5, Cit 9]

231.  Arima H, Hart RG, Colman S, Chalmers J, Anderson C, Rodgers A, **Woodward M**, MacMahon S, Neal B. Perindopril-based blood pressure lowering reduces major vascular events in patients with atrial fibrillation and prior stroke or transient ischemic attack. *Stroke* 2005; 36(10): 2164-69. PMID: 16141420 [IF 5.7, Cit 58]

232.  **Woodward M**, Lowe GDO, Campbell DJ, Colman S, Rumley A, Chalmers J, Neal BC, Patel A, Jenkins AJ, Kemp BE, MacMahon SW. Associations of inflammatory and haemostatic variables with the risk of recurrent stroke. *Stroke* 2005; 36(10): 2143-47. PMID: 16151030 [IF 5.7, Cit 58]

233.  **Woodward M**, Lam TH, Barzi F, Patel A, Gu D, Rodgers A, Suh I. Smoking, quitting and the risk of cardiovascular disease amongst women and men in the Asia-Pacific region. *International Journal of Epidemiology* 2005; 34(5): 1036-45. PMID: 15914503 [IF 6.4, Cit 62]

234.  **Woodward M**, Huxley H, Lam TH, Barzi F, Lawes CM, Ueshima H. A comparison of the associations between risk factors and cardiovascular disease in Asia and Australasia. *European Journal of Cardiovascular Prevention & Rehabilitation* 2005; 12(5): 484-91. PMID: 16210936 [IF 2.6, Cit 29]

235.  Patel A, **Woodward M**, Campbell DJ, Sullivan DR, Colman S, Chalmers J, Neal B, MacMahon S. Plasma lipids predict myocardial infarction, but not stroke, in patients with established cerebrovascular disease. *European Heart Journal* 2005; 26(18):1910-15. PMID 16006443 [IF 10.4] [Cit 29]

236.  Patel A, **Woodward M**, Stolk R, Suriyawongpaisal P, Neal B. Serum lipid levels and the prevalence of dyslipidaemia among rural and urban Thai adults – are the NCEP III guidelines appropriate? *Journal of Medical Association Thailand* 2005; 88(9):1242-50. PMID: 16536111 [IF NA, Cit 2]

237.  Blows S, Ivers R, Connor J, Ameratunga S, **Woodward M**, Norton R. Unlicensed drivers and car crash injury. *Traffic Injury Prevention* 2005;6(3):230-4. [IF 1.7, Cit 6]

238.  Dufouil C, Chalmers J, Costum O, Besançon V, Bousser M-G, Guillon P, MacMahon S, Mazoyer B, Neal B, **Woodward M**, Tzourio-Mazoyer N, Tzourio C. Effects of blood pressure lowering on cerebral white matter hyperintensities in patients with stroke. The PROGRESS (Perindopril Protection Against Recurrent Stroke Study) Magnetic Resonance Imaging Substudy. *Circulation* 2005; 112(11): 1644-50. PMID: 16145004 [IF 14.7, Cit 162]

239.  McEvoy SP, Stevenson MR, McCartt AT, **Woodward M**, Haworth C, Palamara P, Cercarelli R. Role of mobile phones in motor vehicle crashes resulting in

hospital attendance: a case-crossover study. *British Medical Journal* 2005;
331(33): 428-32. PMID: 16012176 [IF 14.0, Cit 137]

240.   Chalmers J, MacMahon S, Colman S, Heller S, Neal B, Pan CY, Patel A,
       **Woodward M**. ADVANCE – Action in Diabetes and Vascular Disease: patient
       recruitment and characteristics of the study population at baseline. *Diabetic
       Medicine* 2005; 22(7): 882-888. PMID: 15975103 [IF 2.9, Cit 36]

241.   Campbell DJ, **Woodward M**, Chalmers JP, Colman SA, Jenkins AJ, Kemp BE,
       Neal BC, Patel A, MacMahon SW. Prediction of myocardial infarction by N-
       terminal-pro-B-type natriuretic peptide, C-reactive protein and rennin in subjects
       with cerebrovascular disease. *Circulation* 2005; 112(1) :110-16. PMID:
       15983245 [IF 14.7, Cit 52]

242.   Feigin V, Parag V, Lawes CMM, Rodgers A, Suh Il, **Woodward,M**, Jamrozik K,
       Ueshima H. Smoking and elevated blood pressure are the most important risk
       factors for subarachnoid hemorrhage in the Asia-Pacific Region: an overview of
       26 cohorts involving 306,620 participants. *Stroke* 2005; 36(7): 1360-65. PMID:
       15933249 [IF 5.7, Cit 39]

243.   Turnbull F, Neal B, Algert C, Chalmers J, Chapman N, Cutler J, **Woodward M**,
       MacMahon S. Effects of different blood pressure-lowering regimens on major
       cardiovascular events in individuals with and without diabetes mellitus: results of
       prospectively designed overviews of randomized trials. *Archives of Internal
       Medicine* 2005 27; 165(12): 1410-19. PMID: 15983291 [IF 11.4, Cit 423]

244.   Huxley R, Moghaddam A, Berrington de Gonzalez A, Barzi F, **Woodward M**.
       Type-II diabetes and pancreatic cancer: a meta-analysis of 36 studies. *British
       Journal of Cancer* 2005 6; 92(11): 2076-83. PMID: 15886696 [IF 5.0, Cit 358]

245.   Blows S, Ivers RQ, Connor J, Ameratunga S, **Woodward M**, Norton R. Seatbelt
       non-use and car crash injury: An Interview Study. *Traffic Injury Prevention*
       2005; 6(2): 117-19. PMID: 16019396 [IF 1.7, Cit 2]

246.   Blows S, Ivers RQ, Connor J, Ameratunga S, **Woodward M**, Norton R.
       Marijuana use and car crash injury. *Addiction* 2005;100(5): 605-11. PMID:
       15847617  [IF 4.3, Cit 48]

247.   Huxley R, Barzi F, Stolk R, Caterson I, Gill T, Lam TH, Omari A, **Woodward
       M**. Ethnic Comparisons of Obesity in the Asia-Pacific Region: Protocol for a
       collaborative overview of cross-sectional studies. *Obesity Reviews* 2005; 6(3):
       193-98. PMID: 16045633 [IF 7.08, Cit 25]

248.   Barzi F, Patel A, **Woodward M**, Lawes CM, Ohkubo T, Gu D, Lam TH,
       Ueshima H. A comparison of lipid variables as predictors of cardiovascular
       disease in the Asia Pacific region. *Annals of Epidemiology* 2005: 15(5): 405-
       413. PMID: 15840555 [IF 3.2, Cit 35]

249.   Stolk RP, Suriyawongpaisal P, Aekplakorn W, **Woodward M**, Neal B. Fat
       distribution is strongly associated with plasma glucose levels and diabetes in Thai
       Adults – the InterASIA study. *Diabetologia* 2005; 48(4): 657-660. PMID:
       15744533 [IF 6.8, Cit 18]

250.   Campbell DJ, **Woodward M**, Chalmers JP, Colman SA, Jenkins AJ, Kemp BE, Neal BC, Patel A, MacMahon SW. Prediction of heart failure by amino terminal-pro-B-type natriuretic peptide and C-reactive protein in subjects with cerebrovascular disease. *Hypertension.* 2005; 45(1): 69-74. PMID: 15569851 [IF 6.2, Cit 25]

**2004**

251.   Imhof A, **Woodward M**, Doering A, Helbecque N, Loewel H, Amouyel H, Lowe GDO, Koenig W. Overall Alcohol Intake, Beer, Wine, and Systemic Markers of Inflammation in Western Europe: Results From Three MONICA Samples (Augsburg, Glasgow, Lille). *European Heart Journal* 2004; 25(23): 2092-100. PMID: 15571824 [IF 10.4, Cit 102]

252.   Rumley AG, **Woodward M**, Rumley A, Rumley C, Lowe GDO. Plasma lipid peroxides: relationships to cardiovascular risk factors and prevalent cardiovascular disease. *QJM – An International Journal of Medicine* 2004; 97(12): 809-16. PMID: 15569813 [IF 2.3, Cit 19]

253.   **Woodward M**, Lowe GDO, Francis LMA, Rumley A, Cobbe SM. A randomized comparison of the effects of aspirin and clopidogrel on thrombotic risk factors and C-reactive protein following myocardial infarction: the CADET trial. *Journal of the Thrombosis and Haemostasis* 2004; 2(11): 1934-40. PMID: 15550024 [IF 5.7, Cit 45]

254.   Patel A, Barzi F, Jamrozik K, Lam TH, Ueshima H, Whitlock G, **Woodward M**. Serum triglycerides as a risk factor for cardiovascular diseases in the Asia Pacific region. *Circulation* 2004; 110(17): 2678-86. PMID: 15492305 [IF 14.7, Cit 123]

255.   Mhurchu CN, Rodgers A, Pan WH, Gu DF, **Woodward M**. Body mass index and cardiovascular disease in the Asia-Pacific Region: an overview of 33 cohorts involving 310 000 participants. *International Journal of Epidemiology* 2004; 33(4): 751-58. PMID: 15105409  [IF 6.4, Cit 104]

256.   Barzi F, **Woodward M**. Imputations of missing values in practice: results from imputations of serum cholesterol in 28 cohort studies. *American Journal of Epidemiology* 2004; 160(1): 34-45. PMID: 15229115 [IF 5.2. Cit 77]

257.   Ohkubo T, Chapman N, Neal B, **Woodward M**, Omae T, Chalmers J. Effects of an angiotensin converting enzyme inhibitor-based regimen on pneumonia risk. *American Journal of Respiratory and Critical Care Medicine.* 2004; 169(1): 1041-45. PMID: 14990394 [IF 11.0, Cit 58]

258.   Hasegawa Y, Omae T, **Woodward M**, Chalmers J. Effects of perindopril-based blood pressure lowering and of patient characteristics on the progression of silent brain infarct: The Perindopril Protection Against Recurrent Stroke Study (PROGRESS) CT Substudy in Japan. *Hypertension Research* 2004; 27: 147-56. PMID: 15080373  [IF 2.5, Cit 15]

259.   Rodgers A, Chapman N, **Woodward M**, Liu L, Colman S, Lee A, Chalmers J, MacMahon S. Perindopril-based blood pressure lowering in individuals with

cerebrovascular disease: consistency of benefits by age, sex and region. *Journal of Hypertension* 2004; 22(3): 653-59. PMID: 15076173 [IF 4.0, Cit 22]

260.   Berthet K, Neal BC, **Chalmers JP**, MacMahon SW, Bousser MG, Colman SA, Woodward M. Reductions in the risks of recurrent stroke in patients with and without diabetes: the PROGRESS Trial. *Blood Pressure* 2004; 13(1): 7-13. PMID: 15083634 [IF 1.4, Cit 48]

261.   Chapman N, Huxley R, Anderson C, Bousser M-G, Chalmers J, Colman S, Davis S, Donnan G, MacMahon S, Neal B, Warlow C, **Woodward M**. Effects of a perindopril-based blood pressure lowering regimen on the risk of recurrent stroke according to stroke subtype and medical history: The PROGRESS Trial. *Stroke* 2004; 35(1): 116-21.  PMID: 14671247 [IF 5.7, Cit 125]

**2003**

262.   Blows S, Ivers RQ, **Woodward M**, Connor J, Ameratunga S, Norton R. Vehicle year and the risk of car crash injury. *Injury Prevention* 2003; 9(4): 353-56. PMID: 14693899 [IF 1.3, Cit 18]

263.   Turnbull F, Neal B, Algert C, Chalmers J, **Woodward M**, MacMahon S. Effects of different blood-pressure-lowering regimens on major cardiovascular events: results of prospectively-designed overviews of randomised trials. **Lancet** 2003; 362(9395): 1527-35. PMID: 14615107 [IF 38.2, Cit 1,336]

264.   Lowe GDO, **Woodward M**, Rumley A, Morrison CE, Niewenhuizen W. Associations of plasma fibrinogen assays, C-reactive protein and interleukin-6 with previous myocardial infarction. *Journal of Thrombosis and Haemostasis* 2003; 1(11): 2312-16. PMID: 14629462 [IF 5.7, Cit 12]

265.   Lam LT, Norton R, **Woodward M,** Connor J, Ameratunga S. Passenger carriage and car crash injury: A comparison between younger and older drivers. *Accident Analysis and Prevention* 2003; 35(6): 861-867.  PMID: 12971919 [IF 1.8, Cit 27]

266.   Aekplakorn W, Stolk RP, Neal B, Suriyawongpaisal P, Chongsuvivatwong V, Cheepudomwit S, **Woodward M**. The prevalence and management of diabetes in Thai adults: the international collaborative study of cardiovascular disease in Asia. *Diabetes Care* 2003; 26(10): 2758-63. PMID: 14514576 [IF 8.0, Cit 73]

267.   Fransen M, Anderson C, Chalmers J, Chapman N, Davis S, MacMahon S, Neal B, Sega R, Terent A, Tzourio C, **Woodward M**. Effects of a perindopril-based blood pressure-lowering regimen on disability and dependency in 6105 patients with cerebrovascular disease. A randomised controlled trial. *Stroke* 2003; 34(10): 2333-2338. PMID: 12958329 [IF 5.7, Cit 34]

268.   Harrap SB, Tzourio C, Cambien F, Poirier O, Raoux S, Chalmers J, Chapman N, Colman S, Leguennec S, MacMahon S, Neal B, Ohkubo T, **Woodward M**. The ACE gene I/D polymorphism is not associated with the blood pressure and cardiovascular benefits of ACE inhibition. *Hypertension* 2003; 42(3): 297-303. PMID: 12925557 [IF 6.2, Cit 83]

269.   Woodward M, Rumley A, Tunstall-Pedoe H, Lowe GDO. Does sticky blood predict a sticky end? Associations of blood viscosity, haematocrit and fibrinogen with mortality in the west of Scotland. *British Journal of Haematology* 2003; 122(4): 645-50. PMID: 12899720 [IF 4.9, Cit 27]

270.   Cheepudomwit S, Chapman N, He J, Neal B, Suriyawongpaisal P, Whelton P, Woodward M. Cardiovascular Risk Factor Levels in Urban and Rural Thailand – The International Collaborative Study of Cardiovascular Disease in Asia (InterASIA). *European Journal of Cardiovascular Prevention & Rehabilitation* 2003; 10(4): 249-257. PMID: 14555879 [IF 2.6. Cit 50]

271.   Zhang X, Patel A, Horibe H, Wu Z, Barzi F, Rodgers A, MacMahon S, Woodward M. Cholesterol, coronary heart disease, and stroke in the Asia Pacific region. *International Journal of Epidemiology* 2003; 32(4): 563-572. PMID: 12913030 [IF 6.4, Cit 148]

272.   Woodward M, Rumley A, Lowe GDO, Tunstall-Pedoe H. C-reactive protein: associations with haematological variables, cardiovascular risk factors and prevalent cardiovascular disease. *British Journal of Haematology* 2003; 122(1): 135-41. PMID: 12823355 [IF 4.9, Cit 48]

273.   Lowe GDO, Woodward M, Rumley A, Morrison C, Tunstall-Pedoe H, Stephen K. Total tooth loss and prevalent cardiovascular disease in men and women: possible roles of citrus fruit consumption, vitamin C and inflammatory and thrombotic variables. *Journal of Clinical Epidemiology* 2003; 56(7): 694-700. PMID: 12921939 [IF 4.2, Cit 37]

274.   Woodward M, Reid MA. Cardiovascular disease in the Asia-Pacific region: challenges for health research and policy. *Medical Journal of Australia* 2003;179(2):71-2. PMID: 12864715 (Editorial) [IF 2.8, Cit 10]

275.   Lawes CM, Bennett DA, Parag V, Woodward M, Whitlock G, Lam TH, Suh I, Rodgers A. Blood pressure indices and cardiovascular disease in the Asia Pacific region: a pooled analysis. *Hypertension* 2003; 42(1): 69-75. PMID: 12756223 [IF 6.2, Cit 61]

276.   Woodward M, Lowe GDO, Rumley A, Imhof A, Koenig W. Measurement of plasma viscosity in stored frozen samples: a general population study. *Blood Coagulation & Fibrinolysis*. 2003;14(4): 417-420.  PMID: 12945886 [IF 1.2, Cit 6]

277.   Sritara P, Cheepudomwit S, Chapman N, Woodward M, Kositchaiwat C, Tunlayadechanont S, Sura T, Hengprasith B, Tanphaichitr V, Lochaya S, Neal B, Tanomsup V, Yipintsoi T. Twelve-year changes in vascular risk factors and their associations with mortality in a cohort of 3499 Thais. The Electricity Generating Authority of Thailand Study. *International Journal of Epidemiology* 2003; 32(3): 461-468. PMID: 12777437 [IF 6.4, Cit 51]

278.   Woodward M, Oliphant J, Lowe GDO, Tunstall-Pedoe H. Contribution of contemporaneous risk factors to social inequality in coronary heart disease and all causes mortality. *Preventive Medicine* 2003; 36(5): 561-68. PMID: 12689801 [IF 3.2, Cit 32]

279. Tzourio C, Anderson C, Chapman N, **Woodward M**, Neal B, MacMahon S, Chalmers J. Effects of blood pressure lowering with perindopril and indapamide therapy on dementia and cognitive decline in patients with cerebrovascular disease. *Archives Internal Medicine* 2003; 163(9): 1069-75. PMID: 12742805 [IF 11.4, Cit 436]

280. Barzi F, **Woodward M**, Marfisi RM, Tavazzi L, Valagussa F and Marchioli R. Mediterranean diet and all-causes mortality after myocardial infarction: results from the GISSI-Prevenzione trial. *European Journal of Clinical Nutrition* 2003; 57(4): 604-11. PMID: 12700623 [IF 2.4, Cit 97]

281. Imhof A, Fröhlich M, Loewel H, Helbecque N, **Woodward M**, Amouyel P, Lowe GDO, Koenig W. Distributions of C-reactive Protein, measured by high-sensitivity assays in apparently healthy men and women from different populations in Europe. *Clinical Chemistry* 2003; 49(4): 669-672. PMID: 12651827 [IF 7.9, Cit 64]

282. Girgis S, Neal B, Prescott J, Prendergast J, Dumbrell S, Turner C, **Woodward M**. A one-quarter reduction of the salt content of bread can be made without detection. *European Journal of Clinical Nutrition* 2003; 57(4): 616-20. PMID: 12700625 [IF 2.4, Cit 53]

283. Chaturvedi V, Patel A, Chalmers J, Chapman N, Hansson L, MacMahon S, Mancia G, Neal B, Reid J, Sharpe N, **Woodward M**. Effects of a perindopril-based blood pressure lowering regimen on cardiac outcomes among patients with cerebrovascular disease. *European Heart Journal* 2003; 24(5): 475-84. PMID: 12633548 [IF 10.4, Cit 53]

284. Rumley A, **Woodward M**, Hoffmeister A, Koenig W, Lowe GDO. Comparison of plasma fibrinogen by Clauss, prothrombin-time derived, and immunonephelometric assays in a general population: implications for risk stratification by thirds of fibrinogen. *Blood Coagulation & Fibrinolysis* 2003; 14(2): 197-201. PMID: 12632032 [IF 1.2, Cit 15]

285. **Woodward M**, Zhang X, Barzi F, Pan W, Ueshima H, Rodgers A, MacMahon S. The effects of diabetes on the risks of major cardiovascular diseases and death in the Asia-Pacific region. *Diabetes Care* 2003; 26(2): 360-66. PMID: 12547863 [IF 8.0, Cit 122]

286. Nyári T, **Woodward M**, Kovacs L. Should all sexually active young women in Hungary be screened for Chlamydia trachomatis? *European Journal of Obstetrics & Gynecology and Reproductive Biology* 2003; 106(10): 55-59. PMID: 12475582 [IF 1.9, Cit 3]

2002

287. Hankey CR, Lean MEJ, Lowe GDO, Rumley A, **Woodward M**. Effects of moderate weight loss on anginal symptoms and indices of coagulation and fibrinolysis in overweight patients with angina pectoris. *European Journal of Clinical Nutrition* 2002; 56(10): 1039-45. PMID: 12373626 [IF 2.4, Cit 5]

288.   Fransen M, **Woodward M**, Norton R, Robinson E, Butler J, Campbell AJ. Excess mortality or institutionalization after hip fracture: men are at greater risk than women. *Journal of the American Geriatrics Society* 2002; 50(4): 685-90. PMID: 11982669 [IF 3.7, Cit 75]

289.   Rosendaal F, Vessey M, Rumley A, Daly E, **Woodward M**, Helmerhorst FM, Lowe GDO. Hormonal replacement therapy, prothrombotic mutations and the risk of venous thrombosis. *British Journal of Haematology* 2002; 116(4): 851-854. PMID: 11886391 [IF 4.9, Cit 102]

290.   Fransen M, **Woodward M**, Norton R, Coggan C, Dawe M, Sheridan N. Risk factors associated with the transition from acute to chronic occupational back pain. *Spine* 2002; 27(1): 92-98. PMID: 11805644 [IF 2.0, Cit 118]

**2001**

291.   **Woodward M**. Is compulsory restriction of tar yields of cigarettes a worthwhile public health policy? *American Journal of Preventive Medicine* 2001; 21(4): 284-90.  PMID: 11701299 [IF 4.0, Cit 5]

292.   Nyári T, Cseh I, **Woodward M**, Szöllözi J, Bak M, Deák J. Screening for human papillomavirus infection in asymptomatic women in Hungary. *Human Reproduction* 2001; 16(10): 2235-7. PMID: 11574522 [IF 4.4, Cit 5]

293.   MacMahon S, Neal B, Tzourio C, Rodgers A, **Woodward M**, Cutler J, Anderson C, Chalmers J. Randomised trial of a perindopril-based blood-pressure-lowering regimen among 6105 individuals with previous stroke or transient ischaemic attack. *Lancet* 2001; 358(9287): 1033-41. PMID: 11589932 [IF 38.2, Cit 1,969]

294.   ADVANCE Management Committee. (Writing Committee : **Woodward M**, member ). Study Rationale and Design of ADVANCE: Action in Diabetes and Vascular disease – preterax and diamicron MR controlled evaluation. *Diabetelogia* 2001;44(9):1118-1120. [IF 6.8, Cit 72]

295.   McEntegart A, Capell HA, Creran D, Rumley A, **Woodward M**, Lowe GDO. Cardiovascular risk factors, including thrombotic variables, in a population with rheumatoid arthritis. *Rheumatology* 2001; 40(6): 640-4. PMID: 11426020 [IF 4.0, Cit 189]

296.   Stokes GS, Monaghan JC, Ryan M, **Woodward M**. Efficacy of an angiotensin II receptor antagonist in managing hyperaldosteronism. *Journal of Hypertension* 2001; 19(6): 1161-1165. PMID: 11403366 [IF 4.0, Cit 9]

297.   Nyári T, Nyári C, **Woodward M**, Mészáros G, Deák J, Nagy E, Kovács L. Screening for Chlamydia trachomatis in Asymptomatic Women in Hungary. An Epidemiological and Cost-Effectiveness Analysis: *Acta Obstetricia et Gynecologica Scandinavica* 2001; 80(4): 300-306. PMID: 11264602 [IF 1.0] [Cit 13]

298.   **Woodward M**, Tunstall-Pedoe H, McColl K. Helicobacter pylori infection reduces systemic availability of dietary vitamin C. *European Journal of*

*Gastroenterology & Hepatology* 2001; 13(3): 233-7. PMID: 11293441 [IF 1.7, Cit 42]

299.   Nyári T, **Woodward M,** Mészáros G, Karsai J, Kovács L. Chlamydia trachomatis infection and the risk of perinatal mortality in Hungary. *Journal of Perinatal Medicine* 2001; 29(1): 55-59. PMID: 11234618 [IF 0.7, Cit 9]

**2000**

300.   Badger GD, Nursten J, Williams P, **Woodward M**. Should all literature reviews be systematic? *Evaluation and Research in Education* 2000; 14(3&4): 220-30. PMID Number NA. [IF NA, Cit NA]

301.   **Woodward M,** Nursten J, Williams P, Badger GD. Mental disorder and homicide: a review of epidemiological research. *Epidemiology E Psichiatria Sociale* 2000; 9(3): 171-89. PMID: 11094839 [IF 1.8, Cit 15]

302.   Lowe GDO, **Woodward M,** Vessey M, Rumley A, Gough P, Daly E. Thrombotic variables and risk of idiopathic venous thromboembolism in women aged 45-64 years. Relationships to hormone replacement therapy. *Thrombosis and Haemostasis* 2000; 83(4): 530-35. PMID: 10780311 [IF 5.0, Cit 118]

303.   **Woodward M,** Morrison CE, McColl KEL. An investigation into factors associated with Helicobacter pylori infection. *Journal of Clinical Epidemiology* 2000; 53(2): 175-81. PMID: 10729690 [IF 4.2, Cit 70]

304.   Bolton-Smith C, **Woodward M,** Tunstall-Pedoe H, Morrison C. Accuracy of the estimated prevalence of obesity from self-reported height and weight in an adult Scottish population. *Journal of Epidemiology and Community Health* 2000; 54(2): 143-48. PMID: 10715748 [IF 3.1, Cit 139]

**1999**

305.   **Woodward M,** Moohan M, Tunstall-Pedoe H. Self-reported smoking, cigarette yields and inhalation biochemistry related to the incidence of coronary heart disease: Results from the Scottish Heart Health Study. *Journal of Epidemiology and Biostatistics* 1999; 4(4): 285-95. PMID: 10764242 [IF NA, Cit 20]

306.   Badger D, Vaughan P, **Woodward M,** Williams P. Planning to meet the needs of offenders with mental disorders in the United Kingdom. *Psychiatric Services* 1999; 50(12): 1624-27. PMID: 10577884 [IF 2.3, Cit 7]

307.   Williams P, Badger D, Nursten J, **Woodward M**. A review of recent academic literature on the characteristics of patients in British special hospitals. *Criminal Behaviour and Mental Health* 1999; 9(4): 296-314. PMID number NA [IF NA, Cit 4]

308.   **Woodward M,** Morrison CE, McColl KEL. The prevalence of dyspepsia and use of antisecretory medication in North Glasgow: role of Helicobacter pylori vs. lifestyle factors. *Alimentary Pharmacology & Therapeutics* 1999; 13: 1505-09. [IF 3.7, Cit 21]

309.   **Woodward M**, Tunstall-Pedoe H. Coffee and tea consumption in the Scottish Heart Health Study follow-up: conflicting relations with coronary risk factors, coronary disease, and all cause mortality. ***Journal of Epidemiology and Community Health*** 1999; 53(8): 481-87. PMID: 10562866 [IF 3.1, Cit 111]

310.   Todd S, **Woodward M**, Tunstall-Pedoe H, Bolton-Smith C. Dietary antioxidant vitamins and fiber in the etiology of cardiovascular disease and all-cause mortality: Results from the Scottish Heart Health Study. ***American Journal of Epidemiology*** 1999; 150(10): 1073-80. PMID: 10568622 [IF 5.2, Cit 64]

311.   Lowe GDO, Rumley A, **Woodward M**, Reid E, Rumley J. Activated protein C resistance and the FV:R$^{506}$Q mutation in a random population sample: associations with cardiovascular risk factors and coagulation variables. ***Thrombosis and Haemostasis*** 1999; 81(6): 918-24. PMID: 10404768 [IF 5.0, Cit 63]

312.   **Woodward M**, Williams P, Nursten J, Badger D. The epidemiology of mentally disordered offending: a systematic review of studies, based in the general population, of criminality combined with psychiatric illness. ***Journal of Epidemiology and Biostatistics*** 1999; 4(2): 101-13. PMID: 10619057 [IF NA, Cit 8]

313.   **Woodward M**, Rumley A, Tunstall-Pedoe H, Lowe GDO. Associations of blood rheology and interleukin-6 with cardiovascular risk factors and prevalent cardiovascular disease. ***British Journal of Haematology*** 1999; 104(2): 246-57. PMID: 10050704 [IF 4.9, Cit 93]

**1998**

314.   **Woodward M**, Lowe GDO, Rumley A, Tunstall-Pedoe H. Fibrinogen as a risk factor for coronary heart disease and mortality in middle-aged men and women: the Scottish Heart Health Study. ***European Heart Journal*** 1998; 19(1): 55-62. PMID: 9503176 [IF 10.4, Cit 130]

**1997**

315.   **Woodward M**, Dourmashkin N, Twagirumukiza E, Mbago MCY, Ferreira da Cunha AS. Statistics training in Eastern and Southern Africa: a study of supply and demand. ***Journal of the Royal Statistical Society Series D – (The Statistician)*** 1997; 46(3): 371-86. PMID Number NA [IF NA, Cit 1]

316.   Bolton-Smith C, **Woodward M**, Tavendale R. Evidence for age-related differences in the fatty acid composition of human adipose tissue, independent of diet. ***European Journal of Clinical Nutrition*** 1997; 51(9): 619-24. PMID: 9306089 [IF 2.4, Cit 55]

317.   Tunstall-Pedoe H, **Woodward M**, Tavendale R, A'Brook R, McCluskey MK. Comparison of the prediction by 27 different factors of coronary heart disease and death in men and women of the Scottish Heart Health Study. ***British Medical Journal*** 1997; 315(7110): 722-29. PMID: 9314758 [IF 14.0, Cit 203]

318.   McDonagh TA, **Woodward M,** Morrison CE, McMurray JJV, Tunstall-Pedoe H, Lowe GDO, McColl KEL, Dargie JH. Helicobacter pylori infection and coronary heart disease in the North Glasgow MONICA population. *European Heart Journal* 1997; 18(8): 1257-60. PMID: 9458417 [IF 10.4, Cit 49]

319.   Hankey C, Rumley A, Lowe GDO, **Woodward M,** Lean M. Moderate weight reduction improves red cell aggregation and factor VII activity in overweight subjects. *International Journal of Obesity and Related Metabolic Disorders (International Journal of Obesity)* 1997; 21(8): 644-50. PMID: 15481763 [IF 4.6, Cit 15]

320.   **Woodward M,** Lowe GDO, Rumley A, Tunstall-Pedoe H, Philippou H, Lane DA, Morrison CE. Epidemiology of coagulation factors, inhibitors and activation markers: the Third Glasgow MONICA Survey II. Relationships to cardiovascular risk factors and prevalent cardiovascular disease. *British Journal of Haematology* 1997; 97(4): 785-97. PMID: 9217177 [IF 4.9, Cit 106]

321.   Lowe GDO, Rumley A, **Woodward M,** Tunstall-Pedoe H, Philippou H, Lane DA, Morrison CE. Epidemiology of coagulation factors, inhibitors and activation markers: the Third Glasgow MONICA Survey (1) Illustrative reference ranges by age, sex and hormone use. *British Journal of Haematology* 1997; 97(4): 775-84. PMID: 9217176 [IF 4.9, Cit 173]

322.   Morrison C, **Woodward M,** Leslie W, Tunstall-Pedoe H. Effect of socioeconomic group on incidence of, management of, and survival after myocardial infarction and coronary death: analysis of community coronary event register. *British Medical Journal* 1997; 314(7080): 541-46. PMID: 9055711 [IF 14.0, Cit 129]

**1996**

323.   **Woodward M**. Small area statistics as markers for personal social status in the Scottish heart health study. *Journal of Epidemiology and Community Health* 1996; 50(5): 570-76. PMID: 8944867 [IF 3.1, Cit 36]

324.   Bolton-Smith C, **Woodward M,** Fenton S, Brown CA. Does dietary trans fatty acid intake relate to the prevalence of coronary heart disease in Scotland? *European Heart Journal* 1996; 17(6): 837-45. PMID: 8781822 [IF 10.4, Cit 24]

325.   Tunstall-Pedoe H, Morrison C, **Woodward M,** Fitzpatrick B, Watt G. Sex differences in myocardial infarction and coronary deaths in the Scottish MONICA population of Glasgow 1985 to 1991. Presentation, diagnosis, treatment and 28-day case fatality of 3991 events in men and 1551 events in women. *Circulation* 1996; 93(11): 1981-92. PMID: 8640972 [IF 14.7, Cit 171]

**1995**

326.   Bolton-Smith C, **Woodward M,** Fenton S, McCluskey M-K, Brown CA. Trans fatty acids in the Scottish diet. An assessment using a semi-quantitative food-frequency questionnaire. *British Journal of Nutrition* 1995; 74(5): 661-70. PMID: 8541272 [IF 3.0, Cit 17]

327.   **Woodward M**, Tunstall-Pedoe H. Alcohol consumption, diet, coronary risk factors and prevalent coronary heart disease in men and women in the Scottish Heart Health Study. *Journal of Epidemiology and Community Health* 1995; 49(4): 354-62. PMID: 7650458 [IF 3.1, Cit 31]

328.   Bolton-Smith C, **Woodward M**. Intrinsic, non-milk extrinsic and milk sugar consumption by Scottish adults. *Journal of Human Nutrition Dietetics* 1995; 8(1): 35-49. PMID number NA [IF 1.7, Cit 5]

329.   Millns H, **Woodward M**, Bolton-Smith C. Is it necessary to transform nutrient variables prior to statistical analysis? *American Journal of Epidemiology* 1995; 141(3): 251-62. PMID: 7840099 [IF 5.2] [Cit 22]

330.   Bolton-Smith C, **Woodward M**. Antioxidant vitamin adequacy in relation to consumption of sugars. *European Journal of Clinical Nutrition* 1995; 49(2): 124-33. PMID: 7743985 [IF 2.4, Cit 11]

331.   Todd S, **Woodward M**, Bolton-Smith C, Tunstall-Pedoe H. An investigation of the relationship between antioxidant vitamin intake and coronary heart disease in men and women using discriminant analysis. *Journal of Clinical Epidemiology* 1995; 48(2): 297-305. PMID: 7869076 [IF 2.9, Cit 12]

332.   Tunstall-Pedoe H, Brown CA, Woodward M, Tavendale R. Passive smoking by self-report and serum cotinine and the prevalence of respiratory and coronary heart disease in the Scottish Heart Health Study. *Journal of Epidemiology and Community Health* 1995; 49(2): 139-43. PMID: 7798040 [IF 3.1, Cit 51]

333.   Todd S, **Woodward M**, Bolton-Smith C. An investigation of the relationship between antioxidant vitamin intake and coronary heart disease in men and women using logistic regression analysis. *Journal of Clinical Epidemiology* 1995; 48(2): 307-16. PMID: 7869077 [IF 2.9, Cit 14]

334.   **Woodward M**, Laurent K, Tunstall-Pedoe H. An analysis of risk factors for prevalent coronary heart disease using the proportional odds model. *The Statistician* 1995; 44(1): 69-80. PMID number NA [IF NA, Cit 6]

## 1994

335.   Bolton-Smith C, **Woodward M**. Dietary composition and fat to sugar ratios in relation to obesity. *International Journal of Obesity* 1994; 18(120: 820-828. PMID: 7894521[IF 4.6, Cit 139]

336.   **Woodward M**, Bolton-Smith C, Tunstall-Pedoe H. Deficient health knowledge, diet and other lifestyles in smokers: is a multifactorial approach required? *Preventive Medicine* 1994; 23(3): 354-61. PMID: 8078857 [IF 3.2, Cit 31]

337.   **Woodward M**, Walker ARP. Sugar consumption and dental caries: evidence from 90 countries. *British Dental Journal* 1994; 176(8): 297-302. PMID: 8186040 [IF 0.9, Cit 69]

338.   Bolton-Smith C, **Woodward M**. Coronary heart disease: prevalence and dietary sugars in Scotland. *Journal of Epidemiology and Community Health* 1994; 48(2): 119-22. PMID: 8189163 [IF 3.1, Cit 9]

339.   **Woodward M**. Training government statisticians in Zimbabwe: An update.
       *Journal of Official Statistics* 1994; 10(2): 215-20. PMID number NA [IF 0.3,
       Cit NA]

1993

340.   Brown CA, **Woodward M,** Tunstall-Pedoe H. Prevalence of chronic cough and
       phlegm among male cigar and pipe smokers: results of the Scottish Heart Health
       Study. *Thorax* 1993; 48(11): 1163-67. PMID: 8296263 [IF 6.8, Cit 6]

341.   Brown CA, Bolton-Smith C, **Woodward M**, Tunstall-Pedoe H. Coffee and tea
       consumption and the prevalence of coronary heart disease in men and women:
       results from the Scottish Heart Health Study. *Journal of Epidemiology and
       Community Health* 1993; 47(3): 171-175. PMID: 8350026 [IF 3.1, Cit 52]

342.   **Woodward M**, Tunstall-Pedoe H. Self-titration of nicotine: evidence from the
       Scottish Heart Health Study. *Addiction* 1993; 88(6): 821-30. PMID: 8329973 [IF
       4.3, Cit 23]

343.   Lee AJ, Lowe GDO, **Woodward M**, Tunstall-Pedoe H. Fibrinogen in relation to
       personal history of hypertension, diabetes, stroke, intermittent claudication,
       coronary heart disease and family history:  The Scottish Heart Health Study.
       *British Heart Journal (Now Heart)* 1993; 69(4): 338-342. PMID: 8489866 [IF
       4.2, Cit 134]

344.   Bolton-Smith C, **Woodward M**, Brown CA, Tunstall-Pedoe H. Nutrient intake
       by duration of ex-smoking in the Scottish Heart Health Study. *British Journal
       of Nutrition* 1993;69(6):315-32. PMID: 8489991 [IF 3.0, Cit 40]

345.   Van der Stuyft P, **Woodward M**, Armstrong J, de Muynck A. Uptake of
       preventive health care amongst Mediterranean migrants in Belgium. *Journal of
       Epidemiology and Community Health* 1993; 47(1): 10-13. PMID: 8436884.
       [IF 3.1, Cit 6]

1992

346.   Bolton-Smith C, Woodward M, Tunstall-Pedoe H. The Scottish Heart Health
       Study: Dietary intake by food frequency questionnaire and odds ratios for
       coronary heart disease risk. I. The macro-nutrients. *European Journal of
       Clinical Nutrition* 1992; 46(2): 75-84. PMID: 1559519 [IF 2.4, Cit 22]

347.   Shewry MC, Smith WCS, **Woodward M**, Tunstall-Pedoe H. Variation in
       coronary risk factors by social status: results from the Scottish Heart Health
       Study. *British Journal of General Practice* 1992; 42(363): 406-10. PMID:
       1466917 [IF 1.8, Cit 35]

348.   **Woodward M**, Tunstall-Pedoe H. Do smokers of lower tar cigarettes consume
       lower amounts of smoke components?  Results from the Scottish Heart Health
       Study. *British Journal of Addiction* 1992; 87(6): 921-928. PMID: 1326360 [IF
       NA, Cit 17]

349.   **Woodward M**, Tunstall-Pedoe H. Biochemical evidence of persistent heavy
       smoking after a coronary diagnosis despite self-reported reduction.  Analysis

from the Scottish Heart Health Study. *European Heart Journal* 1992; 13(2): 160-65. PMID: 1555611 [IF 10.4, Cit 28]

350. Bolton-Smith C, Brown CA, **Woodward M,** Tunstall-Pedoe H. Milk consumption and prevalence of coronary heart disease in men and women from the Scottish Heart Health Study. *Journal of Human Nutrition and Dietetics* 1992; 5(5): 305-310. PMID number NA [IF 1.7, Cit 3]

351. Bolton-Smith C, **Woodward M,** Tunstall-Pedoe H. The Scottish Heart Health Study: Dietary intake by food frequency questionnaire and odds ratios for coronary heart disease risk. II. The antioxidant vitamins and fibre. *European Journal of Clinical Nutrition* 1992; 46(2): 85-93. PMID: 1313760 [IF 2.4, Cit 70]

352. **Woodward M**. Formulae for the calculation of sample size, power and minimum detectable relative risk in medical studies. *The Statistician* 1992; 41(2): 185-196. PMID number NA [IF NA, Cit 17]

353. **Woodward M,** Shewry MC, Smith WCS, Tunstall-Pedoe H. Social status and coronary heart disease: results from the Scottish Heart Health Study. *Preventive Medicine* 1992; 21(1): 136-48. PMID: 1738765 [IF 3.2, Cit 81]

354. **Woodward M,** Tunstall-Pedoe H. An iterative technique for identifying smoking deceivers with application to the Scottish Heart Health Study. *Preventive Medicine* 1992; 21(1): 88-97. PMID: 1738772 [IF 3.2, Cit 29]

**1991**

355. **Woodward M,** Tunstall-Pedoe H, Smith WCS, Tavendale R. Smoking characteristics and inhalation biochemistry in the Scottish population. *Journal of Clinical Epidemiology* 1991; 44(12): 1405-1410. PMID number NA [IF 4.2, Cit 52]

356. Tunstall-Pedoe H, **Woodward M,** Brown CA. Tea drinking, passive smoking, smoking deception and serum cotinine in the Scottish Heart Health Study. *Journal of Clinical Epidemiology* 1991; 44(12): 1411-1414. PMID: 1753272 [IF 4.2, Cit 29]

357. **Woodward M,** Smith WCS, Tunstall-Pedoe H. Bias from missing values: Sex differences in implication of failed venepuncture. Results from the Scottish Heart Health Study. *International Journal of Epidemiology* 1991; 20(2): 379-83. PMID: 1917238 [IF 6.4, Cit 15]

358. Bolton-Smith C, Smith WCS, **Woodward M,** Tunstall-Pedoe H. Nutrient intakes of different social-class groups: Results from the Scottish Heart Health Study. *British Journal of Nutrition* 1991; 65(3): 321-35. PMID: 1878352 [IF 3.0, Cit 129]

359. Bolton-Smith C, **Woodward M,** Smith WCS, Tunstall-Pedoe H. Dietary and non-dietary predictors of serum total and HDL-cholesterol in men and women: Results from the Scottish Heart Health Study. *International Journal of Epidemiology* 1991; 20(1): 95-104. PMID: 2066250 [IF 6.4, Cit 49]

**1990**

360. Hill J, Bird HA, Fenn GC, Lee CE, **Woodward M**, Wright V. A double-blind crossover study to compare lysine acetyl salicylate (Aspergesic) with Ibuprofen in the treatment of rheumatoid arthritis. *Journal of Clinical Pharmacy and Therapeutics* 1990; 15(3): 205-11. PMID: 2114414 [IF 1.5, Cit 5]

361. **Woodward M**, Shewry MC, Smith WCS Tunstall-Pedoe H. Coronary heart disease and socio-economic factors in Edinburgh and North Glasgow. *The Statistician* 1990; 39(3): 319-29. PMID number NA [IF NA, Cit 9]

**1989**

362. **Woodward M**. A computer-based method for determining optimal sample size with medical applications. **The Statistician** 1989; 38(4): 221-26. PMID number NA [IF NA, Cit 1]

**1985**

363. Anderson P, Bartlett C, Cook G, **Woodward M**. Legionnaires disease in Reading – possible associations with a cooling tower. *Community Medicine (now Journal of Public Health-UK)* 1985; 7(3): 202-07. PMID: 4042611 [IF 2.0, Cit NA]

364. **Woodward M**. Training government statisticians in Zimbabwe. *Journal of Official Statistics* 1985; 1(1): 79-82. PMID number NA [IF 0.3, Cit NA]

**1983**

365. **Woodward M**. The limiting properties of population distributions with particular application to manpower planning. *Journal of Applied Probability* 1983; 20(1): 19-30. PMID number NA [IF 0.6, Cit 4]

366. **Woodward M**. On forecasting age, grade and length of service distributions in manpower systems. *Journal of the Royal Statistical Society Series A – Statistics in Society* 1983; 146(1):74-84. PMID number NA [IF 2.1, Cit 0]

**1982**

367. **Woodward M**. On projecting the number of long-stay mentally handicapped patients in West Berkshire hospitals. *Community Medicine (now Journal of Public Health-UK)* 1982; 4(2): 217-30. PMID: 6814815 [IF 2.0, Cit NA]

### Other categories of publications

### Editorial

1. Huxley R, **Woodward M**. The full hazards of smoking and benefits of stopping for women. *Lancet* 2013; 381(9861):96-8. PMID 23107253. [IF: 38.2, Cit NA]

### Letters

2.  Zoungas S, Chalmers J, Li Q, **Woodward M**.  ADVANCE and glycaemia thresholds: a need to clarify the statistical approach.  Reply to Currie CJ (Letter). *Diabetologia*. Aug 2012; 55(8):2300. [IF 6.8, Cit 0] PMID 22610399. [IF 6.8, Cit NA]

3.  McEvoy SP, Stevenson MR, **Woodward M**.  Cell phone use and crash risk. *Epidemiology* Jul 2012; 23(4):648: author reply 649-50. PMID 22659554. (Letter)  [IF: 5.5, Cit 0]

4.  **Woodward M**, Huxley R. Increased risk of coronary heart disease in female smokers – Authors Reply.  *The Lancet*, Mar 2012; 379(9818):803. PMID: NA [IF: 38.2, Cit 0]

5.  Keyhani S, **Woodward M,** Federman A.  Physician views on the use of comparative effectiveness research:  A National Survey.  *Annals of Internal Medicine* 2010;153:551-52.  PMID: 20956718 [IF: 16.7, Cit 3]

6.  Tunstall-Pedoe H, **Woodward M**, Watt G.  ASSIGN, QRISK and Validation. *British Medical Journal* 2009; 339:b3514.  PMID: 19723721, [IF: 14.0, Cit 6]

7.  **Woodward M**.  Migraine with aura and cardiovascular disease: does the relative risk vary with the absolute risk? *British Medical Journal* 2008 http://www.bmj.com/content/337/bmj.a745/reply. [IF:14.0, Cit NA]

8.  Colagiuri S, Lee CMY, Huxley R, **Woodward M.** Metabolic syndrome and early death. *Hypertension* 2007; 50(1): e5. (author's reply) PMID: 17515446 [IF 6.2, Cit 1]

9.  MacMahon S, Rodgers A, Neal B, **Woodward M**, Chalmers J. The lowering of blood pressure after stroke. *Lancet* 2001; 358(9297): 1994-95. (author's reply) PMID number NA [IF 38.2, Cit NA]

10.  Lowe G, Rumley A, **Woodward M**, Vessey M. C-reactive protein, idiopathic venous thromboembolism and hormone replacement therapy. *Thrombosis and Haemostasis* 2000; 84(4): 730-31. PMID: 11057882 [IF 5.0, Cit 19]

11.  Lowe GDO, Rumley A, **Woodward M**, Reid E. Oral contraceptives and venous thromboembolism. *Lancet* 1997; 349(9065): 1623. PMID number NA [IF 38.2, Cit 13]

12.  Mackenzie JW, Woodward M. Patient-controlled epidural analgesia following post traumatic pelvic construction. *Anaesthesia* 1993; 48(8): 736-37. [IF 2.9, Cit 0]

### Non-peer reviewed publications

13.  **Woodward M**. Where to draw the line for abdominal obesity: evidence from international data. In JSM Proceedings, Statistics in Epidemiology Section. Alexandria, VA: *American Statistical Association* 2009; 2690-702. (PMID number NA) [IF NA,Cit 1]

14. Anna V, **Woodward M**.  Frequency of migraine and the risk of cardiovascular disease for women: limited evidence of an association.  ***Women's Health (Lond Engl)*** 2009; 5(6):625-28. PMID: 19863465 [IF NA, Cit 1]

15. **Woodward M**. Cardiovascular risk in women with nonspecific chest pain. ***Women's Health (Lond Engl)***  2008; 4(6): 561-64. PMID: 19072458 [IF NA, Cit NA]

16. **Woodward M**. From needs assessment to a training strategy: Recommendations for African statistical offices. ***InterStat*** 1995, 11, 9-17. PMID number NA [IF NA] [Cit NA]

17. **Woodward M**. Statistical training in Zimbabwe. ***Professional Statistican***  1983, 2, 8-9. PMID number NA [IF NA] [Cit NA]


**INVITED LECTURES**

**2013**

1. (a) Chronic kidney disease in the 21st century. (b) Diabetes mellitus and sex differences  in cardiovascular disease. By Royal appointment. Bangkok, Thiland, May 2013.

**2012**

2. Dyslipidemia and atherosclerosis in the Asia-Pacific region. 8th congress of the Asia-Pacific Society of Atherosclerosis and Vascular Diseases. Phuket, Thailand, October 2012.

3. The ADVANCE clinical trial in diabetes: conduct, findings and context. University of Warwick, England. September 2012.

**2011**

4. The Chronic Kidney Disease Prognosis Consortium: rationale, findings and plans. Royal North Shore Hospital, Sydney, Australia, August 2011.

5. Biomarkers: when is a risk factor not predictive? Hôtel-Dieu, Montreal, Canada, June 2011.

6. Clinical risk algorithms in type 2 diabetes: results from ADVANCE. Hopital St-Luc, Montreal, Canada, June 2011.

**2010**

1. The Electricity Generating Authority of Thailand study in an international setting. EGAT conference, Bangkok, Thailand, December 2010.

2. Adventures in international cardiology. Imperial College, London, UK, August 2010.

3. Adventures in international cardiology. University of Minnesota, USA, July 2010.

**2009**

1. Cardiovascular epidemiology in Asia and Australasia, Columbia University, USA, October 2009.

2. From risk factor to prognostic factor: when association is not enough. University of Glasgow, UK, September 2009.

3. The Asia Pacific Cohort Studies Collaboration and its relevance to public health. The Hong Kong Public Health Forum, Hong Kong, September 2009.

4. (a) Current Role of hsCRP in cardiovascular risk prevention (b)We don't have the tools to accurately deal with CVD in women (c) JUPITER: extra gravity or spin? 3rd East Meets West Cardiology, Pattaya, Thailand, August 2009.

5. Woodward M. Where to draw the line for abdominal obesity: evidence from international data. American Statistical Association annual conference. Washington DC, USA, August 2009.

6. Interpreting studies of predictor variables and clinical outcomes: what does having a risk factor really mean? XXII Congress of the International Society on Thrombosis and Haemostasis, Boston, USA, July 2009.

7. Cardiovascular disease in Asia – the same, but different. University of Alabama, Birmingham, USA, June 2009.

8. Cardiovascular disease and risk factor prevalence in the Asia Pacific region. Harvard University, Boston, USA, March 2009.

**2008**

9. ASSIGN: a CVD risk score for Scotland. University of Glasgow, Scotland, November 2008.

10. (a) Socio-economic status – the novel risk factor (b) Reducing risk, increasing longevity (c) The Importance of HDL-cholesterol in atherosclerosis: focus on Asia-Pacific region. 2nd East Meets West Cardiology, Chiang Mai, Thailand, August 2008.

11. Blood lipids, glycaemia and CVD prevention: a population view. European Society of Cardiology EuroPRevent meeting, Paris, France, June 2008.

12. The ADVANCE trial and the benefits of blood pressure lowering amongst patients with diabetes. Johns Hopkins University, Baltimore, USA, May 2008.

13. Cardiovascular epidemiology in the Asia Pacific region. Johns Hopkins University, Baltimore, USA, March 2008.

14. Evidence for routine blood pressure lowering amongst patients with diabetes. Shiga University of Medical Science, Japan, March 2008.

15. (a) Cardiovascular epidemiology: East v West (b) Dyslipidaemia: Burden on cardiovascular disease (c) ADVANCE: additional blood pressure lowering in diabetes. King's birthday special congress, Bangkok, Thailand, January 2008.

**2007**

16. The epidemiology of smoking and quitting in Asia. 8th Asia Pacific Conference on Smoking or Health. Taipei, Taiwan, September 2007.

17. The epidemiology of smoking and quitting in Asia. 10th Pfizer Asian Cardiology Symposium, Kuala Lumpur, Malaysia, June 2007.

18. (a) Coronary heart disease epidemiology in the Asia region. (b) Cardiovascular risk scoring. Heart Association of Thailand, 39th Annual Scientific Meeting, Bangkok, Thailand, March 2007.

19. ASSIGN – A new cardiovascular risk score for Scotland. SIGN CHD guidelines launch event. Glasgow, Scotland, February 2007.

**2006**

20. Methods and results from a meta-analysis of cohort studies in the Asia-Pacific region. 5th Frontiers in Biomedical Research meeting. Hong Kong, November 2006.

21. Epidemiology of cardiovascular risk factors in the Asia-Pacific region. Pfizer symposium. Beijing, China, September 2006.

22. (a) The epidemiology of cardiovascular disease risk factors in the Asia-Pacific region (East v West) (b) Measures of adiposity in Asia: the Obesity in Asia Collaboration. Pfizer symposium. Seoul, Korea, July 2006.

23. Asian epidemiologic data: coexistence of multiple risk factors. The New Imperative for Cardiovascular Risk Management.  Bangkok, Thailand, March 2006.

24. Associations between blood pressure, lipids and diabetes and stroke in the Asia Pacific region.  1st International Conference on Hypertension, Lipids, Diabetes and Stroke Prevention. Paris, France, March 2006.

**2005**

25. Determinants of cardiovascular diseases in the Asia Pacific Region. 7th Annual Scientific Meeting of the Hong Kong Epidemiological Association, Hong Kong, November 2005.

26. Epidemiology of CVD risk factors in the Asia Pacific region. Praram 9 Hospital opening ceremony, Bangkok, Thailand, October 2005.

27. Risk prediction in Asia and Scotland. University of Dundee, UK, July 2005.

28. Diabetes: how big is the problem in the Asia Pacific region? 3rd World Congress of Nephrology. Singapore, June 2005.

29. The impact of diabetes on cardiovascular risk in the Asia-Pacific region. 6th International Diabetes Federation Western Pacific Region Congress, Bangkok, Thailand, May 2005.

30. Cardiovascular risk factors in Asia and Australasia: do they work in the same way? 6th International Conference on Preventive Cardiology. Iguacu Falls, Brazil, April 2005.

31. Epidemiology update: CVD in Asia. 2nd Olmesartan in Hypertension Speaker Program. Bangkok, Thailand, April 2005.

32. The epidemiology of atherothrombosis in the Asia Pacific region. Sanofi-Adventis Cardiology Symposium, Pattaya, Thailand, March 2005.

33. Risk factors for myocardial infarction in Asian populations. Heart Association of Thailand, 37th Annual Scientific Meeting, Bangkok, Thailand, March 2005.

34. The predictive values of different indices of blood pressure. 4th Asian Pacific Congress of Hypertension. Seoul, Korea, February 2005.

**2004**

35. Epidemiology of risk factor clustering in cardiovascular disease. Olmesartan in Hypertension Speaker Program. Shanghai, China, 2004.

36. Demographic variations in the excess risk for cardiovascular disease from smoking in the Asia Pacific region. International Heart Forum, Beijing, China, 2004.

37. The Asia Pacific Cohort Studies Collaboration. University of Cambridge, UK, 2004.

38. Issues in study design. Peking University, China, 2004.

39. Risk factors for stroke in the Asia-Pacific region. Heart Association of Thailand, 36th Annual Scientific Meeting, Bangkok, Thailand, 2004.

40. Subgroup analyses. Australia and New Zealand Intensive Care Society annual meeting, Noosa, Australia, 2004.

**2003**

41. (a) Homocysteine and cardiovascular disease (b) New risk factors for CHD ( panel discussion). Pfizer Lipitor Specialist Meeting, Gold Coast, 2003.

42. (a) Burden and determinants of stroke in East and West. (b) What can we learn from the epidemiology of stroke in Pacific Rim countries? (panel discussion). Second Asia Pacific Scientific Forum, American Heart Association, Hawaii, 2003.

43. The PROGRESS Study: contribution to evidence-based medicine. Heart Association of Thailand, 35th Annual Scientific Meeting, Bangkok, Thailand, 2003.

44. The Asia Pacific Cohort Studies Collaboration. Cardiovascular Epidemiology Meeting, Bangkok Heart Association, Samui, Thailand, 2003.

45. The effects of diabetes mellitus on the risks of major cardiovascular diseases and death in the Asia-Pacific region. Fifth Cardiovascular Medley, Bangkok Heart Association, Samui, 2003.

**2002**

46. The Asia Pacific Cohort Studies Collaboration. National Taiwan University, Taipei, Taiwan and China Medical College, Taichung, Taiwan, 2002.

**2001**

47. Statistical issues in large scale clinical trials. 3rd International Symposium on Hypertension and Related Diseases, Beijing, China, 2001.

**1989**

48. Statistical methods in human epidemiology. Proc Soc Vet Epidemiol Prev Med 1989, 37-44.

**SELECTED CONFERENCE PAPERS**

1. Woodward M, Tunstall-Pedoe H. A New Paradigm in Cardiovascular Risk Scoring: National Initiative to Tackle Disease Associated with Low Socio-economic Status in Scotland. J Am College Cardiology 2008; 51 (Suppl A): A361.

2. Woodward M, Lowe G, Welsh P, Rumley A, Tunstall-Pedoe H. Inflammatory Biomarkers of Cardiovascular Disease in a ten-year Cohort Study in Glasgow, Scotland. J Am College Cardiology 2008; 51 (Suppl A): A361.

3. Woodward M, Huxley R, Lam TH, Barzi F, Lawes CM, Ueshima H. Associations between blood pressure, lipids and diabetes and stroke in the Asia Pacific region. 1st International Conference on Hypertension, Lipids, Diabetes and Stroke Prevention, Paris, France, 2006.

4. Woodward M, Turnbull F. The effects of different blood pressure lowering regimens on major cardiovascular events in important patient subgroups. 6th International Conference on Preventive Cardiology. Iguacu Falls, Brazil, 2005.

5. Woodward M,  Rodgers A, Feigin V, Ueshima H, Suh I, Huxley R. The joint effects of blood pressure and total cholesterol on coronary heart disease: an individual participant meta-analysis. 6th International Conference on Preventive Cardiology. Iguacu Falls, Brazil, 2005.

6. Woodward M, Lam TH, Suh I, Gu D, Barzi F, Rodgers A. Lack of ethnic difference in the association between smoking and coronary heart disease. 6th International Conference on Preventive Cardiology. Iguacu Falls, Brazil, 2005.

7. Woodward M, Lam TH, Suh I, Gu D, Barzi F, Rodgers A. Evidence of a greater relative risk for coronary heart disease from heavy smoking amongst women in the

Asia Pacific Cohort Studies Collaboration. American Heart Association, Orlando, 2005.

8.    Woodward M, Barzi F, Huxley R. Women have a greater excess relative risk for coronary death associated with diabetes than men. American Heart Association, Orlando, 2005.

9.    Woodward M, Gu D, Il Suh, Barzi F. Is smoking as important a risk factor for coronary heart disease in Asia as it is in primarily Caucasian populations? American Congress of Cardiology, New Orleans, 2004.

10.   Woodward M, Rumley A, Rumley A, Lowe GDO. Is homocysteine an independent risk factor for myocardial infarction? Results from the Glasgow Myocardial Infarction Study. International Society for Thrombosis and Haemostasis XIX Congress, Birmingham, 2003.

11.   Tunstall-Pedoe H, Woodward M, Tavendale R, A'Brook R, Smith WC. Fifteen-year cardiovascular mortality in relation to baseline sodium and potassium intake in the Scottish Heart Health Study cohort: which matters more? Eur Heart J, 2003. 24: 685.

12.   Woodward M, Barzi F, Zhang X-H, Gu DF, Suh I, MacMahon S. Smoking status and the risk of fatal coronary heart disease in Asian and Australasian populations. J Am College Cardiology 2002; 39 (Suppl B): 460B.

13.   Woodward M, Lowe GD, Francis LM, Rumley A, Cobbe S. A randomized comparison of the effects of clopidogrel and aspirin on thrombotic variables and C-reactive protein following myocardial infarction. J Am College Cardiology 2002; 39 (Suppl A): 285A.

14.   Woodward M, Pan W-H, Barzi F, Chang H-Y, Zhang X-H. Sex differences in cardiovascular risk in the Asia-Pacific region. American Heart Association, Hawaii, 2002.

15.   Woodward M, Zhang X-H, Barzi F, Horibe H, Suh I, MacMahon S. Lower cholesterol means less cardiovascular disease: evidence from 351,368 subjects in Asia Pacific countries. Australasian Atherosclerosis Society, Freemantle, 2001.

16.   Tunstall-Pedoe H, Woodward M, Chamberlain D. Lignocaine and bretylium in resistant ventricular fibrillation: results of the CALIBRE randomised controlled trial. Eur Heart J 2001; 22 (Suppl): 449.

17.   Binasis A, Pratley S, Roach P, Bernard E, Duguid M, Kopp MC, Woodward M, Toffler GH. Hemostatic response to exercise stress: Potential Mechanism of increased cardiovascular risk. J Am College Cardiology 2001; 37 (Suppl A): 180A

18.   Woodward M, Tunstall-Pedoe H. Urinary electrolyte excretion related to hypertension and cardiovascular death. Jap J Cardiovascular Disease Prev 2001; 36 (Suppl): 133.

19.   Woodward M, Suh I, Wu ZL, Parag V, MacMahon S. Smoking and fatal coronary heart disease in Asian and Western populations. Jap J Cardiovascular Disease Prev 2001; 36 (Suppl): 181.

20.   Woodward M, Lowe G, Rumley A, Tunstall-Pedoe H. Fibrinogen and stroke in the Scottish Heart Health Study. Stroke 2000; 31; 212.

21.   Rumley A, Lowe GDO, Woodward M, Morrison C, Niewenhuizen W. Comparison of four fibrinogen assays in a case control study of previous myocardial infarction. Thromb Haemost (Suppl) 1999; 2687.

22.   Rumley A, Woodward M, Hoffmeister A, Koenig W, Lowe GDO. Comparison of three plasma fibrinogen assays in a random population sample. Brit J Haematology 1999; 105 (Suppl 1): 55.

23.   Woodward M, Bolton-Smith C, Morrison C. Errors in self-reported height and weight. Proc Nutrition Soc 1998; 57: 135A.

24.   Brito-Babapulle F, Ezekwesilil R, Woodward M. Increased cancer incidence among relatives of patients with haematological malignancies. Brit J Haematology 1998; 101 (Suppl 1): 45.

25.   Bolton-Smith C, Woodward M. Trends in energy intake and BMI across smoking habit groups. Proc Nutrition Soc 1997; 56: 66A.

26.   Woodward M, Tunstall-Pedoe, Lowe GDO. Fibrinogen as a risk factor for coronary heart disease (CHD) in the 8 year follow-up of men and women in the Scottish Heart Health Study. Heart 1996; 75, S1: 121.

27.   Morrison CE, Woodward M, Leslie WS, Tunstall-Pedoe H. The pathway through myocardial infarction – effects of age, sex and socioeconomic group. Heart 1996; 75 S1: 264.

28.   Tunstall-Pedoe H, Woodward M, Tavendale R. Serum total cholesterol, HDL-cholesterol and nonfasting triglycerides, and 8 year coronary events in the follow-up of men and women in the Scottish Heart Health Study (SHHS). Heart 1996; 75, S1: 120.

29.   McDonagh TA, Woodward M, Morrison CE, McMurray JJV, Tunstall-Pedoe H, Lowe GDO, Dargie JH, McColl KEL. Lack of independent association of *Helicobacter pylori* and coronary heart disease. Gastroenterology 1996; 110: A190.

30.   Rumley A, Lowe GDO, Woodward M, Morrison CE, Tunstall-Pedoe H, Lane DA and Phillipou N. Epidemiology of coagulation factors, inhibitors and activation markers – The Glasgow Monica Study. Thromb Haemost 1996; 73: 952.

31.   Tunstall-Pedoe H, Morrison C, Woodward M. 28-day case-fatality of coronary events, and the proportion of out-of-hospital deaths, in relation to age, sex and previous coronary heart disease (CHD) – The Glasgow Monica Project. Heart 1996; 75, S1: 203.

32.   Tunstall-Pedoe H, Woodward M, A'Brook R, McCluskey M-K, Morrison C. Cardiovascular risk factors, coronary events and all causes mortality in eight years' follow-up of men and women in the Scottish Heart Health Study cohort. Eur Heart J 1995; 16 (Abstract Suppl): 353.

33.     Tunstall-Pedoe H, Morrison C, Woodward M, Fitzpatrick B, Watt G. Comparison of 3991 coronary events in men and 1551 in women in the Glasgow MONICA project: are heart attacks in men and women different? Eur Heart J 1995; 16 (Abstract Suppl): 433.

34.     Woodward M, Tunstall-Pedoe H, A'Brook R, Rumley A, Lowe G. Plasma fibrinogen and all causes of mortality in the Scottish Heart Health Study. Blood Coag Fibrinol 1994; 5 (Suppl 2): Abstr P-56.

35.     Millns H, Woodward M, Bolton-Smith C. Adequacy of vitamin A and vitamin C intakes in Scotland: the use of probability analyses. Proc Nutrition Soc 1994; 53: 33A.

36.     Millns H, Woodward M, Bolton-Smith C. Should nutrient variables be transformed before epidemiological analyses? Proc Nutrition Soc 1994; 53: 32A.

37.     Tunstall-Pedoe H, Woodward M, A'Brook R, Rumley A, Lowe G. Plasma fibrinogen and coronary events in the Scottish Heart Health Study. Blood Coag Fibrinol 1994; 5 (Suppl 2): Abstr O-34.

38.     Bolton-Smith C, Woodward M, Brown CA, Tunstall-Pedoe H. Cigarette smoking and intake of antioxidant vitamins: a dose response effect. Proc Nutrition Soc 1993; 52: 113A.

39.     Bolton-Smith C, Woodward M. The prevalence of overweight and obesity in different fat and sugar consumption groups. Proc Nutrition Soc 1993; 52: 383A.

40.     Walker MB, Woodward M, Waldman CS. Meta-analysis of steroid prophylaxis of fat embolism syndrome. Clinical Intensive Care 1993; 4: 308.

41.     Bolton-Smith C, Woodward M, Tunstall-Pedoe H. Smoking and correlations between dietary fat and adipose tissue linoleate (C18:2) using a food frequency questionnaire (FFQ). Proc Nutrition Soc 1992; 51: 26A.

42.     Bolton-Smith C, Woodward M, Tavendale R, Tunstall-Pedoe H. Adipose tissue fatty acids: risk factors for coronary heart disease (CHD)? Proc Nutrition Soc 1992; 51: 139A.

43.     Tunstall-Pedoe H, Brown CA, Woodward M. Passive smoking and prevalent coronary heart disease in the Scottish Heart Health Study. Eur Heart J (Abstract Suppl) 1992; 13: 392.

44.     Bolton-Smith C, Woodward M, Brown CA, Tunstall-Pedoe H. Nutrient intake from current, ex-and never smokers. Results from the Scottish Heart Health Study (SHHS). Proc Nutrition Soc 1991; 50: 36A.

45.     Bolton-Smith C, Smith WCS, Woodward M, Brown CA, Tunstall-Pedoe H. Dietary differences between social class groups in the Scottish Heart Health Study. Proc Nutrition Soc 1990; 49: 62A.

46.     Bolton-Smith C, Smith WCS, Woodward M, Tunstall-Pedoe H. Age trends in nutrient intakes for non-manual and manual occupational groups: the Scottish Heart Health Study. Proc Nutrition Soc 1990; 49: 63A.

47. Bolton-Smith C, Woodward M, Smith WCS, Tunstall-Pedoe H. Food knowledge and 'healthy' diets in people with and without coronary heart disease. Proc Nutrition Soc 1990; 49: 225A.

48. Woodward M, Stern RD. The role of the computer in teaching the management and analysis of health data. Proc Medical Informatics Education 1989, 607-609.

**COURSES TAUGHT**

| Year(s) | No. times | Course title | Level/year | Institution or place | Total Hours |
|---|---|---|---|---|---|
| 2010 | 1 | Fundamentals of meta-analysis | MPH | Yonsai University, Seoul, Korea | 2 |
| 2008 | 1 | Meta analysis & logistic regression | Professional | Shiga University, Japan | 6 |
| 2007-8 | 1 | Biostatistics | Hospital residents | Mt Sinai Medical Center, NYC, USA | 4 |
| 2006 | 1 | Epidemiology and Biostatistics | Professional | Academia Sinica, Taipei, Taiwan | 10 |
| 2006 | 1 | Global Health | Post graduate | Mt Sinai Medical Center, NYC, USA | 2 |
| 2006 | 1 | Epidemiology and Biostatistics | Professional | Beijing, China | 10 |
| 2006 | 1 | Modern methods in Epi & Biostats | Professional | Melbourne, Australia | 10 |
| 2005 | 1 | Epidemiology and Biostatistics | Professional | Seoul, Korea | 10 |
| 2005 | 2 | Epidemiology: Design and Analysis | Professional | RPA Hospital, Sydney, Australia | 20 |
| 2004-5 | 2 | Millennium Development Goals | Professional | Makerere Uni, Uganda & UN HQ, USA | 32 |
| 2003 | 1 | Survey design and analysis | Professional | Government of Uganda | 35 |
| 2003 | 1 | Questionnaire design | Professional | Government of Uganda | 6 |
| 2002 | 1 | Biostatistics | Professional | Hong Kong Hospitals Authority | 5 |
| 2002 | 1 | SAS programming | Professional | Government of Uganda | 22 |
| 2002 | 1 | Effective report writing | Professional | Government of Uganda | 16 |
| 2001-2 | 2 | Regression and stats computing | MPH | University of Sydney, Australia | 48 |
| 2001 | 1 | Design/analysis of clinical trials | Professional | Hypertension Institute, Beijing | 6 |
| 2000 | 1 | Generalized linear models | Short course | Auckland University, New Zealand | 5 |
| 2000 | 1 | Advanced stats. In epidemiology | Short course | Medical University, Hanoi, Vietnam | 25 |
| 2000 | 1 | Course for SPSS | Professional | Sydney, Australia | 7 |
| 1999 | 1 | Statistics in Practice | BSc (Hons)/2 | University of Reading, UK | 20 |
| 1999 | 1 | Ordinary Certificate in Statistics | Professional | Government of Botswana | 36 |
| 1998-99 | 4 | Report Writing | Short course | Government of Botswana | 36 |
| 1997-99 | 2 | Quantitative Methods | BSc (Hons)/2 | University of Reading, UK | 18 |
| 1997-98 | 2 | Statistics in Practice | BSc (Hons)/3 | University of Reading, UK | 40 |
| 1997 | 1 | Survival Analysis | Short course | Inst. For Tropical Health, Belgium | 35 |
| 1995-98 | 4 | Epidemiology | BSc (Hons)/3 | University of Reading, UK | 80 |
| 1995-97 | 2 | Statistics for Biologists | BSc (Hons)/2 | University of Reading, UK | 60 |
| 1993-98 | 4 | Epidemiology | MSc | University of Reading, UK | 32 |
| 1993 | 1 | Modern statistical methods | Professional | Government of Zambia | 8 |
| 1992 | 1 | Statistics for Education | Cert Education | University of Reading, UK | 16 |
| 1990-99 | 9 | Operational Research | BSc (Hons)/3 | University of Reading, UK | 180 |
| 1990-98 | 8 | Statistics | BA/BSc (Hons)/1 | University of Reading, UK | 500 |

| 1990-94 | 4 | Demography & Epidemiology | BSc (Hons)/2 | University of Reading, UK | 80 |
|---|---|---|---|---|---|
| 1990-91 | 2 | Construction Management | MSc | University of Reading, UK | 12 |
| 1990-91 | 1 | Statistics in Practice | BSc (Hons)/2 | University of Reading, UK | 30 |
| 1990 | 1 | Statistics for Technology | Short course | University of Central Lancashire, UK | 10 |
| 1990 | 1 | Analysis of Variance | Short course | University of Central Lancashire, UK | 10 |
| 1989-90 | 1 | Medical Statistics | BSc | University of Central Lancashire, UK | 15 |
| 1988-89 | 1 | Statistical Computing | MPH | University of Dundee, UK | 10 |
| 1988 | 1 | Aspects of Clinical Trials | Short course | Basingstoke, UK | 15 |
| 1987-97 | 9 | Regression | Masters | Inst. For Tropical Health, Belgium | 270 |
| 1987/88 | 1 | Medical Statistics | BSc (Hons)/3 | University of Reading, UK | 20 |
| 1987 | 1 | Statistical Modelling | Short course | University of Reading, UK | 5 |
| 1987 | 1 | Aspects of Clinical Trials | Short course | University of Reading, UK | 15 |
| 1986-88 | 2 | Design of Experiments | BSc (Hons)/3 | University of Reading, UK | 40 |
| 1986-88 | 2 | Introduction to SAS | Short course | University of Reading, UK | 6 |
| 1986 | 1 | Statistics for Lab Scientists | Short course | Turin, Italy | 15 |
| 1986 | 1 | Clinical Trials | Short course | Turin, Italy | 15 |
| 1986-88 | 3 | Project Management | MSc | University of Reading, UK | 24 |
| 1985-88 | 4 | Operational Research | BSc (Hons)/3 | University of Reading, UK | 40 |
| 1984 | 1 | Course for United Biscuits | Short course | University of Reading, UK | 10 |
| 1984 | 1 | Course for Monsanto | Short course | University of Reading, UK | 10 |
| 1984-98 | 15 | MASD* | Short courses | University of Reading, UK | 900 |
| 1984-85 | 2 | Sequential Analysis | BSc (Hons)/3 | University of Reading, UK | 40 |
| 1983-84 | 1 | Inference | BSc (Hons)/2 | University of Reading, UK | 10 |
| 1983-88 | 5 | Quantitative Methods | BSc (Hons)/2 | University of Reading, UK | 220 |
| 1983 | 1 | In-service course in Statistics II | Professional | Government of Zimbabwe | 50 |
| 1982-83 | 1 | Statistics and Probability | BSc/2 | University of Zimbabwe | 20 |
| 1981-83 | 4 | Statistics and Actuarial Maths | Professional | Harare Polytechnic, Zimbabwe | 60 |
| 1982-83 | 2 | In-service course in Statistics I | Professional | Government of Zimbabwe | 200 |
| 1979 | 1 | Critical Path Analysis | Professional | Berkshire College of Technology, UK | 10 |

* Management and Analysis of Statistical Data – a general title for the 10-week Summer School; teaching covered a wide range of topics, e.g. Statistical

Computing, Basic Statistics, Survey Methods, Linear Programming and Clinical Trials. Note: total hours are approximate contact time, including repeat deliveries

## Research Contracts Awarded

| Organisation | Title | Code | Dates | Award | Co-investigators |
|---|---|---|---|---|---|
| British Heart Foundation | Validation of ten-year trends in serum cholesterol from 4 Scottish MONICA population surveys | PG/96015 | July 1996- Feb 1997 | £40,600 | H.Tunstall-Pedoe, R.Tavendale |
| Scottish Office | Validation of self-reported body weight and height in Scotland | K/OPR/15/9/F11 | Apr 1997- June 1998 | £9,200 | C.Bolton-Smith, C.Morrison, H.Tunstall-Pedoe |
| UK Ministry of Agriculture, Fisheries And Food | Investigation into the relative availability of phylloquinone (vitamin $K_1$) from foods | AN0504 | Sept 1997- Dec 1998 | £8,100 | C.Bolton-Smith, M.J.Shearer |
| UK High Security Psychiatric Services Commissioning Board | The epidemiology of mentally disordered offending | | May 1997- Sept 1999 | £65,000 | G.D.Badger |
| Wellcome Trust | The seasonality of heart disease in Glasgow | 051580/Z/97/Z | Oct 1998- Dec 1999 | £33,700 | C.Morrison |
| British Heart Foundation | Role of haemostatic factors and C-reactive protein in restenosis after percutaneous transluminal coronary angioplasty | PG/99096 | Feb-July 2000 | £11,700 | G.D.O.Lowe, M.Malekianpour, A.Rumley |
| Australian National Health and Medical Research | Cohort study of risk factors for young driver injuries | 211046 | Jan 2002 – Dec 2004 | A$681,250 | R.Norton, M.Stevenson, A.Williamson, |

| | | | | | |
|---|---|---|---|---|---|
| Council | | | | | M.Eisenbruh, D.Carseldine |
| Australian National Health and Medical Research Council | A factorial randomised trial of intensive blood pressure lowering and glucose control in subjects with type 2 diabetes | 211086 | Jan 2002 – Dec 2006 | A$510,000 | S.MacMahon, J.P.Chalmers, B.C.Neal |
| Australian National Health and Medical Research Council | The Periodontal and Cardiovascular Disease Study: PERICAR | 219192 | July 2002-2004 | A$140,500 | B.Taylor, G.Tofler |
| Pfizer, USA | The Asia Pacific Cohort Studies Collaboration | | July 2002-Dec 2004 | US$450,000 | S.MacMahon |
| US National Institutes of Health | Predictors of Recurrent Stroke in the PROGRESS Study | 1 R01 HL71865-01 | Jan 2003-Dec 2004 | US$200,000 | D.J.Campbell, A.Jenkins, B.C.Neal, B.Kemp |
| Pfizer CVL, Australia | Total cholesterol, HDL-cholesterol and triglyceride levels as predictors of the risk of ischaemic or haemorrhagic stroke, in Asian and non-Asian populations with prior stroke or transient ischaemic attack. | | Jan 2003-Dec 2003 | A$51,837 | A.Patel, D.Sullivan |
| Australian National Health and Medical Research Council | The Blood Pressure Lowering Trialists' Collaboration | 253659 | Jan 2003-Dec2004 | A$157,500 | B.C.Neal, S.MacMahon, J.P.Chalmers, N.Chapman |
| Australian Health Management Group | Haemostatic variables and recurrent stroke | NHMRC 253685 | March 2003-April 2004 | A$50,000 | None |

| US National Institutes of Health | Oxidative damage and the risk of coronary heart disease | 1 R01HL073262-01 | July 2003-June 2005 | US$200,000 | A.Kettle,K.Croft, R.Stocker, S.MacMahon |
|---|---|---|---|---|---|
| Servier | An economic analysis of the PROGRESS study | | June 2003-March 2004 | A$85,000 | J.P. Chalmers |
| Glaxo Smith Kline | Improving the dietary intake of frail older people in residential care homes using an energy enriched food approach: a randomised controlled study. | | Dec 2003-March 2005 | £137,000 | C.Hankey, W.Leslie, M.Lean |
| Australian National Health and Medical Research Council | Cardiovascular disease and diabetes research (Program Grant) | 358395 | Jan 2005-Dec 2009 | A$8.7 million | S.MacMahon, J.P.Chalmers, B.C.Neal, C.Anderson |
| International Obesity Task Force | Obesity in Asia | | June 2004-May 2005 | A$65,000 | R.R.Huxley, F.Barzi |
| Pfizer | Cardiovascular risk factors and disease in the Asia Pacific region | | June 2005-May 2007 | US$540,000 | None |
| Sanofi | The Obesity in Asia Collaboration | | 2006 | A$300,000 | R.R.Huxley, F.Barzi |
| Australian National Health and Medical Research Council | Long term effect of glucosamine sulphate | 402511 | 2006-2010 | A$1.2 million | M.Fransen, R.Day, R.Edmonds, C.Bridges-Webb, R.Norton |
| Australian National Health and | Cost effectiveness of gucosamine sulphate | 402781 | 2006-2007 | A$450,000 | M.Fransen, R.Day, R.Edmonds, C.Bridges- |

| | | | | | |
|---|---|---|---|---|---|
| Medical Research Council | | | | | Webb, R.Norton, L. March, C.Sambrook |
| University of Sydney Cancer Research Fund | Cancer in the Asia Pacific Region | | 2006-2007 | A$100,000 | R.R.Huxley |
| British Heart Foundation | Von Willebrand Cleaving Protease | RG/06/007/22 029 | 2007-2012 | £33,700 | D.Lane, J.Crawley, W.Chion |
| Australian National Health and Medical Research Council | Generating the Evidence for New Strategies to Combat Cardiovascular Diseases | 571281 | 2009-2013 | A$12.1 million | S.MacMahon, J.P.Chalmers, B.C.Neal, C.Anderson, A.Patel |
| NIH/NINDS | Long Term Outcomes of Carotid Endarterectomy in the Elderly | R01 5R01NS056028 -02 | Apr 2007-March 2012 | $562,000 | E.Halm |
| NIH/NIDDK | Primary Care Provider Education on Common Disease Genetics | 1U34DK08454 4-01 | Jan 2009-Sept 2011 | $250,000 | T.McGinn |
| NIH/NHLBI | Novel Imaging to Predict Cardiovascular Events in Diabetes: The FREEDOM Imaging Study | R01 HL92989-01A1 ARRA | July 2009-June 2011 | $1 million | M.E.Farkouh, Z.Fayad |
| Agency For Healthcare Research And Quality | Evidence Based Decision Making: Integrating Clinical Prediction Rules into Electronic Medical Records | 1R18HS018491 -01 | Nov 2009-Nov 2012 | $290,000 | T.McGinn |
| National Center For Research Resources/NIH/DHHS | Mount Sinai Institutes for Clinical & Translational Sciences | UL1RR029887 | July 2009-March 2014 | $32.7 million | H.Sampson |

| | | | | | |
|---|---|---|---|---|---|
| Chief Scientist Office, Scotland | From absolute risk to absolute benefit in the prevention of cardiovascular disease | CZH/4/557 | 2009-2011 | £222,000 | A. Briggs |
| NIH | Individualizing therapy of kidney and heart transplant recipients | U01AI063594 | Sept 2009-Aug 2014 | $12 million | P.S.Heger |
| Robert Wood Johnson Foundation | Physician Views on Current Proposals to Expand Coverage | 66035 | May 2009-Oct 2010 | $239,802 | S.Keyhani |
| NIH/DHHS | Seniors' health literacy, beliefs and asthma self-management | 1R01HL96612-01 | July 2009-July 2013 | $433,000 | A.D.Federman |
| Australian National Health and Medical Research Council | Reducing salt in the Australian diet (with matching industry funding) | | 2010-2014 | A$1.6 million | B.C.Neal |
| Australian National Health and Medical Research Council | Senior Research Fellowship | APP1020812 | 2012-16 | A$642,000 | |
| Australian National Health and Medical Research Council | Discovery and translation of evidence for new strategies to combat cardiovascular disease | APP1052555 | 2014-18 | A$17,802.750 | S MacMahon, J Chalmers, B Neal, M Woodward, C Anderson, A Patel, A Rodgers, V Perkovic |

Note: amounts are rounded, sometimes after currency convertions

# EXHIBIT B

EXHIBIT B

*Graeme Robert Peterson v. Merck*
Federal Court of Australia, Melbourne, Australia
Naproxen and cardiovascular risk
Trial Testimony:  May 12-15, 2009

# EXHIBIT C

**Documents Relied Upon**

**Exhibits**

- PX 9, PX 10, PX 93, PX 103, PX 106, PX 109, PX 119, PX 187, PX 258, PX 295, PX 312, PX 313, PX 314, PX 315, PX 316, PX 317, PX 318, PX 319, PX 320, PX 321, PX 322, PX 323, PX 324, PX 325, PX 326, PX 327, PX 328, PX 329, PX 330, PX 331, PX 332, PX 333, PX 334, PX 335, PX 336, PX 337, PX 338, PX 339, PX 340, PX 341, PX 342, PX 343, PX 344, PX 345, PX 346, PX 347, PX 348, PX 349, PX 350, PX 351, PX 352, PX 353, PX 354, PX 355, PX 367, PX 377, PX 438, PX 446, PX 447, PX 455, PX 521, PX 522, PX 523, PX 524, PX 525, PX 526, PX 527, PX 528, PX 529, PX 530, PX 531, PX 532, PX 533, PX 534, PX 535, PX 536, PX 537, PX 538, PX 539, PX 540, PX 541, PX 542, PX 543, PX 544, PX 545, PX 546, PX 547, PX 548, PX 549, PX 550, PX 551, PX 552, PX 553, PX 554, PX 555, PX 556, PX 557, PX 558, PX 604, PX 605, PX 606, PX 607, PX 608, PX 609, PX 610, PX 611, PX 612, PX 613, PX 614, PX 615, PX 616, PX 617, PX 618, PX 619, PX 620, PX 621, PX 622, PX 623, PX 624, PX 625, PX 626, PX 627, PX 628, PX 629, PX 630, PX 631, PX 632, PX 633, PX 634, PX 635, PX 636, PX 637, PX 638, PX 639, PX 640, PX 641, PX 642, PX 643, PX 644, PX 645, PX 646, PX 692, PX 695, PX 707, PX 711, PX 718, PX 719, PX 721, PX 725, PX 726, PX 730, PX 732, PX 733, PX 734, PX 735, PX 737, PX 738, PX 749, PX 750, PX 751, PX 752, PX 753, PX 754, PX 755, PX 756, PX 757, PX 758, PX 759, PX 760, PX 761, PX 762, PX 763, PX 764, PX 765, PX 766, PX 767, PX 768, PX 769, PX 770, PX 771, PX 772, PX 773, PX 774, PX 775, PX 776, PX 777, PX 778, PX 779, PX 780, PX 781, PX 922, PX 929

**Deposition Transcripts**

- 2013-03-06 Deposition of Deborah Shapiro
- 2013-04-16 Deposition of Alan Nies
- 2013-04-23 Deposition of Dr. Garret A. FitzGerald
- 2013-05-21 Deposition of Eliav Barr
- 2013-05-22 Deposition of Douglas Watson

**Documents Produced in Litigation**

- MRK-00420017827
- MRK-00420027875
- MRK-AAA0065811
- MRK-AAB0010898
- MRK-AAB0060447
- MRK-AAB0061369, MRK-AAB0061370
- MRK-AAC0023818, MRK-AAC0023819
- MRK-AAD0061375
- MRK-AAX0001415, MRK-AAX0001416, MRK-AAX0001417
- MRK-ABA0006961
- MRK-ABK0428132, MRK-ABK0428133

- MRK-ABK0441590
- MRK-ABK0488257
- MRK-ABX0032727
- MRK-ABY0014109
- MRK-ABY0024768, MRK-ABY0024769, MRK-ABY0024869
- MRK-ABY0063251
- MRK-ABY0200660
- MRK-ABY0206350
- MRK-ABY0225696
- MRK-ABY0227170, MRK-ABY0227171
- MRK-ACC0010889
- MRK-ACC0016155
- MRK-ACC0016224
- MRK-ACD0143456
- MRK-ACF0002700
- MRK-ACF0002789
- MRK-ACF0002797
- MRK-ACF0003792
- MRK-ACU0000402
- MRK-ADB0017131
- MRK-ADM0016350
- MRK-ADW0083946
- MRK-AFF0000040
- MRK-AFI0011269
- MRK-AFV0009790
- MRK-AFV0010720, MRK-AFV0010721
- MRK-AGW0010138
- MRK-AHO0004950
- MRK-AHO0029260
- MRK-AHO0181078, MRK-AHO0181079
- MRK-AHY0372304, MRK-AHY0372306
- MRK-AIY0001073
- MRK-AIY0031483
- MRK-AIY0036731
- MRK-AIY0040216
- MRK-AIY0073076
- MRK-AIY0086740
- MRK-AJA0227933, MRK-AJA0227934
- MRK-AKO0045163, MRK-AKO0045165
- MRK-AKO0045169
- MRK-AKU0099219
- MRK-ANK0020769, MRK-ANK0020770, MRK-ANK0020799
- MRK-ANR0011493
- MRK-AWC0017802

- MRK-SHAA0853941
- MRK-SHAA1343244
- MRK-SHAA2045739, MRK-SHAA2045740
- MRK-SHAA2234369
- MRK-SHAA2564253
- MRK-SHAA3192973
- MRK-YAA0011135, MRK-YAA0011136

**Academic Articles/Texts**

- Baigent et al., *Efficacy and safety of cholesterol-lowering treatment: prospective meta-analysis of data from 90,056 participants in 14 randomised trials of statins*, 366 The Lancet 1267-1278 (2005)
- Baigent et al., *Aspirin in the primary and secondary prevention of vascular disease: collaborative meta-analysis of individual participant data from randomized trials*, 373 The Lancet 1849-60 (2009)
- Berger et al., *Aspirin for the prevention of cardiovascular events in patients without clinical cardiovascular disease: a meta-analysis of randomized trials*, 162 Am Heart J 115-24 (2011)
- Bhala, *Vascular and upper gastrointestinal effects of non-steroidalanti-inflammatory drugs: meta-analyses of individualparticipant data from randomised trials*, The Lancet (2013)
- Garcia Rodriguez, et al., *Non-steroidal anti-inflammatory drugs and the risk of myocardial infarction in the general population*, 109 Circulation 3000-3006 (2004)
- Heart Attack Risk Assessment, American Heart Association, http://www.heart.org/HEARTORG/Conditions/HeartAttack/HeartAttackToolsResources/Heart-Attack-Risk-Assessment_UCM_303944_Article.jsp
- Jick et al*., Nonsteroidal antiinflammatory drugs and acute myocardial infarction in patients with no major risk factors,* 26 Pharmacotherapy 1379-87 (2006)
- Johnsen et al., *Risk of hospitalisation for myocardial infarction among users of rofecoxib, celecoxib and other NSAIDs: a population based case control study*, 165 Arch Intern Med. 978-984 (2005)
- LaRosa et al., *Effect of statins on risk of coronary disease. A meta-analysis of randomized controlled trials,* 282 JAMA, at 2340-2346 (1999)
- Morris P. B. et al., *Rheumatoid Arthritis and Coronary Arteritis,* 57 American J. Cardiology 689-690 (1986)
- Pignone et al., *Use of lipid lowering drugs for primary prevention of coronary heart disease: meta-analysis of randomised trials,* 321 BMJ, at 1–5 (2000)
- Rahme & Nedjar, *Risks and benefits of COX-S inhibitors vs. non-selective NSAIDs: does their cardiovascular risk exceed their gastrointestinal benefit? A retrospective cohort study,* 46 Rheumatology (Oxford) 435-438 (2007)
- Ray et al., *Non-steroidal anti-inflammatory drugs and the risk of serious coronary heart disease: an observational study*, 359 The Lancet 118-123 (2002)
- Rincon et al., *High incidence of cardiovascular events in a rheumatoid arthritis cohort not explained by traditional cardiac risk factors*, 44 Arthritis Rheum 2737-2745 (2001)

- Roman & Salmon, *Cardiovascular Manifestations of Rheumatologic Diseases*, 116 Circulation 2346-2355 (2007)
- Sweeting, M.J., et al.,  *What to add to nothing? Use and avoidance of continuity corrections in meta-analysis of sparse data*, 23 Statist. Med. 1351-1375 (2004)
- Taylor et al., *Statins for the primary prevention of cardiovascular disease*, Cochrane Database Syst Rev. 2013 Jan 31;1:CD004816. doi: 10.1002/14651858.CD004816.pub5.
- Tunstall-Pedoe et al., *Comparison of the prediction by 27 different factors of coronary heart disease and death in men and women of the Scottish Heart Health Study*, 315 Brit. Med J 722-729 (1997)
- Verma & Kaul, *Aspirin in primary and secondary prevention of cardiovascular diseases: Recommendations based on trials*, 2 J. Preventive Cardiology 3 (2013)
- Wang et al., *Statistics in medicine--reporting of subgroup analyses in clinical trial,*. 357 N Engl J Med 2189-2194 ( 2007)
- Ward et al., *A systematic review and economic evaluation of statins for the prevention of coronary events*, 11 Health Technology Assessment, at 1-160 (2007)

**News Articles**

- Roni Caryn Rabin, The Heart Perils of Pain Relievers, N.Y. Times (June 17, 2013)