# Exhibit 6

Expert Report of John B. Kostis, MD

IN RE:  VIOXX Products Liability Litigation

MDL NO. 1657, CIVIL ACTION NO. 2:06-CV-09336
*The State of Utah v. Merck*

**EXPERT REPORT OF JOHN B. KOSTIS, M.D.**

I.    Biography. Below I describe my current position and responsibilities, professional organization affiliations, medical journal affiliations, publications, education and awards. My Curriculum Vitae is an attachment to this report as Appendix A.

    A.    Current Position and Responsibilities. My name is John B. Kostis.  I am a cardiologist and currently serve as Director of the Cardiovascular Institute at Robert Wood Johnson Medical School and Associate Dean for Cardiovascular Research.  I have served as the Chairman of Medicine at this School for approximately 22 years and as Chief of the Medical Service at Robert Wood Johnson University Hospital.  I am Professor of Medicine and Pharmacology at RWJMS and the Founding Director of the Cardiovascular Institute in this medical school.  I occupy the John G. Detwiler Chair in Cardiology, the first endowed Chair established at RWJMS.  I am an Adjunct Professor of Biomedical Engineering at Rutgers University.  At RWJMS I have served as Chief of the Division of Cardiovascular Diseases and Hypertension and at Robert Wood Johnson University Hospital I have served as Chief of the Coronary Care Unit, Chief of the Cardiac Catheterization Laboratories, Chief of the Non-Invasive Cardiac Laboratories and Chief of Cardiology. I have helped develop state of the art tertiary cardiology in New Brunswick and established clinical research in cardiovascular diseases and hypertension at Robert Wood Johnson Medical School.

    B.    Professional Organization Affiliations and Responsibilities. As a physician, researcher and educator, I specialize in the field of cardiovascular diseases, atherosclerotic disease, lipid disorders and hypertension. I am a member of the Association of University Cardiologists, a fellow of the American Heart Association, the Council on Clinical Cardiology and the Council on Hypertension of the American Heart Association, and a Fellow in the American College of Cardiology, the European Society of Hypertension and the International Society of Hypertension.  I have held leadership positions in the American College of Cardiology, American Heart Association and American Society of Hypertension and the Northeast Lipid Association. I have given lectures by invitation at the plenary sessions of the American Heart Association, American College of Cardiology, the American Society of Hypertension and the North East Lipid Association.  I served as President of the Eastern Regional Chapter of the American Society of Hypertension and the Northeast Lipid Association.  I have served on the Board of Directors of the Robert Wood Johnson University Hospital.

C.    Medical Journal Affiliations and Responsibilities.  I served as Associate Editor of *Cardiology* and on the editorial boards of scientific journals including the *American Journal of Cardiology, Hellenic Journal of Cardiology, Journal of Clinical Hypertension* and others.  I am a frequent reviewer of papers submitted to the *American Journal of Cardiology, Journal of the American Medical Association, Hypertension, Journal of Hypertension* and other peer reviewed publications.

D.    Authorship/Publications

    1.    I have established clinical research in cardiology at Robert Wood Johnson Medical School, participated in the study and development of over 100 pharmacologic agents and devices, and held leadership positions in large NIH and industry sponsored clinical trials employing medications used in the treatment of hypertension and its sequelae.  I have lectured by invitation at over 150 medical schools and international meetings in the U.S. and in over 40 countries in North and South America, Europe, Asia and Africa.

    2.    Books.  I have published/edited six books.  One of them, *Angiotensin Converting Enzyme Inhibitors*, Alan R. Liss, Inc., New York 1987, translated into German (*Angiotensin-Konversions-Enzym-Hemmer*, Schwer, Stuttgart, 1989); another, *The Pharmacological Treatment of Cardiovascular Diseases* includes chapters on calcium channel blockers; a significant proportion of the information included in these books pertains to the treatment of hypertension and its sequelae.

    3.    Journal Articles.  I have published over 300 papers that are listed in PubMed and over 360 abstracts.  Many of the papers and abstracts address the treatment and prevention of coronary artery disease, stroke, heart failure as well as hypertension and hyperlipidemia and their sequelae.  For example, in 2011, I published the 22 year follow up of the seminal trial, Systolic Hypertension in the Elderly Program (Kostis JB, Cabrera J, Cheng JQ, Cosgrove NM, Deng Y, Pressel SL, Davis BR. Association between chlorthalidone treatment and long-term survival. JAMA 306(23):2588-2593, 2011.). This year, I published the first paper describing weight sensitivity of hypertension, i.e., gene polymorphisms that determine the magnitude of blood decrease for a given amount of weight loss (Kostis WJ, Cabrera J, Hooper WC, Whelton PK, Espeland MA, Cosgrove NM, Cheng JQ, Deng Y, De Staerck C, Pyle M, Maruthur N, Reyes I, Anderson CA, Liu J, Kostis JB. Relationships between selected gene polymorphisms and blood pressure sensitivity to weight loss in elderly persons with hypertension. Hypertension 2013;61(4):857-863.

    4.    Book Chapters.  I have published as author or co-author over 40 chapters in book, all pertaining to cardiovascular disease.

2

5.      Guidelines. In my publications have been a strong proponent of the use of global risk in the primary prevention of coronary heart disease and I am pioneering the removal of age from algorithms used to make therapeutic decisions regarding pharmacologic therapy of hypertension and hypercholesterolemia. In treating these conditions, I am advocating a shift in emphasis from the prevention of morbid and mortal CHD events to the prevention of atherosclerosis. Kostis WJ, Kostis JB. Age-neutral guidelines for the primary prevention of cardiovascular disease. JCH 11(11):644-645, 2009. Kostis JB. Treating hypertension in the very old. NEJM 358;18:1958-1960, May 2008. Kostis JB. A new approach to primary prevention of cardiovascular disease. Am J Med 120(9):746-747, September 2007.

I was a member of the committee (content expert) who wrote the guidelines on hypertension in the elderly. Aronow WS, Fleg JL, Pepine CJ, Artinian NT, Bakris G, Brown AS, Ferdinand KC, Forciea MA, Frishman WH, Jaigobin C, Kostis JB, Mancia G, Oparil S, Ortiz E, Reisin E, Rich MW, Schocken DD, Weber MA, Wesley DJ. ACCF/AHA 2011 expert consensus document on hypertension in the elderly: a report of the American College of Cardiology Foundation Task Force on Clinical Expert Consensus Documents. Circulation 123(21):2434-506, 2011.

E.     Education. I received my medical degree from the Medical School of the Aristoteleion University of Thessaloniki, Greece and obtained a doctoral degree at the University of Athens. I had my postgraduate education at the Brooklyn-Cumberland Medical Center New York City and at the Philadelphia General Hospital affiliated with the University of Pennsylvania where I also served as an Assistant Professor of Medicine. I am a Specialist in Clinical Hypertension of the American Society of Hypertension and am certified by the American Board of Internal Medicine, the Subspecialty Board of Cardiovascular Diseases, and by the American Board of Clinical Lipidology.

F.     Awards. I was given the Distinguished Service Award by The Melvyn H. Motolinsky Research Foundation and received the New Jersey American Heart Association Distinguished Leadership in Research Award and the Robert Wood Johnson University Hospital Award of Honor. I also received the New Jersey Pride Award in Health, was named "Healthcare Executive of the Year" by the American Heart Association, Middlesex Division and was awarded the American Heart Association New Jersey Affiliate Heart of Gold Award. I have been named among the "best physicians" in published lists from 1996 to the present. I was judged best lecturer by the second year medical school class for over 20 consecutive years and received the UMDNJ Excellence in Teaching Award. In 2010 I received the Edward J. Ill Excellence in Medicine Foundation's Outstanding Medical Research Scientist Award for Clinical Research, the Foundation of UMDNJ Excellence in Research Award for the Academic Year 2010-2011 and the Honorary Alumni Award of Robert Wood Johnson Medical School in 2013.

3

II. Overview of the report.

Below I summarize this causation report that I was asked to prepare by Eric H. Weinberg, Esq. It is my opinion, based on medical probability, that Vioxx causes heart attacks through a variety of mechanisms including imbalance of prostaglandins (thromboxane $A_2$/prostacyclin balance), enhanced prothrombotic platelet activity, promotion of atherosclerosis, destabilization of atherosclerotic plaques, raising blood pressure, increasing the risk of developing hypertension, causing heart attacks, strokes, and heart failure as well as by heightening the probability of heart attacks being fatal and causing sudden cardiac death through a proarrhythmic effect.

In 1998 it was widely known that elevation of blood pressure, hypertension and atherosclerotic disease were strong risk factors for the development of myocardial infarction and stroke. The potential risk of Vioxx in causing heart attacks was known to employees of Merck in 1998 [Anthony Ford-Hutchinson Deposition, Exhibit 11,  January 15, 1998, MRK-ABC 0000069 – MRK-ABC 0000081; Deposition of Anthony Ford-Hutchinson, Page 171, Line 8 to Page 172, Line 2]  and was a focus of a scientific advisors' meeting where the pathophysiology of Cox-2 inhibitors was discussed in detail and a recommendation for a "Systemic" examination of coronary ischemic events in clinical trials with Vioxx and other Merck Research Laboratories (MRL) Cox-2 inhibitors was made.  Anthony Ford-Hutchinson Exhibit 12, May 3 -6, 1998, MRK-AGG 0002839-MRK-AGG 0003047  MRL did not follow most of these recommendations for proper evaluation of a new pharmacologic agent, did not perform the relevant studies or analyses proposed by their consultants and discussed internally and did not promptly notify the FDA and the public in general about this potential risk of Vioxx.  The increased risk of cardiovascular events with Vioxx became statistically significant in 2000, i.e., about four years before the withdrawal of Vioxx.  Vioxx and Cardiovascular Risk, David Madigan, PhD, 10/8/07

The increased risk for myocardial infarction begins soon after the initiation of oral therapy with Vioxx and persists after cessation of its use through the mechanisms described above (atherosclerosis, hypertension).  The adverse effects of Vioxx on blood pressure (increase) and the thromboxane-prostacyclin imbalance are more pronounced than other Cox-2 inhibitors and in clinical trials there were more discontinuations for adverse effects of patients on Vioxx than the comparators.

The appropriate method for evaluation of adverse effects is an intention to treat (ITT) analysis. Other additional analyses may be performed, but their validity is lower than the intention to treat analyses. Per protocol (on-treatment) analyses may be biased by differential drop-outs in the two randomized groups and therefore is restricted to a selected subset of the study subjects.  The analysis for adverse events should continue after the end of the administration of the medication being tested and extend throughout the time when possible adverse events could occur.  For example, increased blood pressure (BP), hypertension and atherosclerosis induced by Vioxx probably resulted in cardiovascular events, such as heart attacks and strokes, long after discontinuation of the agent.  Also, the primary analyses of clinical trials including those on Vioxx should be based on *a priori* stated hypotheses written in the protocol and all analyses pertaining to applications to the FDA should be provided to the agency in a timely fashion.

I was asked in 2007 to select the CRISP and MEDRA terms that represented Merck's SOP definition of cardiovascular thrombotic events in Merck clinical studies. Dr. Harlan Krumholz, a world-renowned cardiologist, and I performed this task independently, and we then conferred in the few cases where there was disagreement, and arrived at a consensus. We then communicated these terms to Dr. Madigan. He then used these terms in his analyses, which was appropriate.

At least in some analyses, the risk of coronary disease events imposed by Vioxx as observed in clinical trials usually with an odds ratio or relative risk between 2 to 3 is higher than the risk of smoking.

III. Mechanisms of Vioxx in causing heart attacks.

A. Brief description of the pathophysiology of atherosclerotic disease.

The overall mechanisms and progression of atherosclerotic disease from the fatty streak to clinical events are fairly well known (see video, "Pathogenesis of the Atherosclerotic Plaque" by Professor Libby). The earliest manifestation (fatty streak) begins at an early age and is initiated by cholesterol carried in the low density lipoprotein (LDL) moving from the blood stream through the endothelium to the vascular wall. Oxidation of LDL facilitates this process and attracts leukocytes that penetrate the intima, increase their cholesterol content and become foam cells. Oxidized LDL activates macrophages resulting in an inflammatory state. Growth of this initial atherosclerotic nidus with additional cholesterol and enhanced inflammation results in the formation of atherosclerotic plaques. These plaques are covered by endothelium and an underlying fibrous tissue generated by the secretion of collagen by muscle cells from the intima and the media (the fibrous cap, Figure 1). A diagram and a cross section of a human coronary artery are shown in Figure 1 where the fibrous cap separates the lipid rich plaque from the blood flowing inside the lumen. Initially the diameter of the vessel and the area of the lumen of the vessel are not compromised because of compensatory dilation of the vessel at areas of plaques (Figure 2). In this figure the coronary lumen as shown on the left panel is not comprised, while there is a marked atheroma (in the right lower panel). At a later stage and at various degrees in different patients and different coronary segments, the compensation is insufficient and coronary arterial stenoses appear. At this stage patients may not have any symptoms. When the narrowing of a coronary artery is more than 70% of the diameter, corresponding to about 90% decrease in the cross sectional area, symptoms such as angina on effort may appear. In addition, in certain patients, coronary arteries are prone to spasm leading to angina episodes not clearly related to effort. Clinical events such as acute myocardial infarction or unstable angina occur when the fibrous cap described above is disrupted because of hemodynamic reasons such as increase in blood pressure or hypertension and because it may have infiltration with inflammatory cells. As the atheroma grows, lymphocytes stimulate the macrophages to secrete substances including metalloproteinases that weaken and disrupt the fibrous cap. Figure 3 shows a human coronary artery in cross section with thick and intact fibrous cap on the left and a ruptured cap on the right lower part of the right panel resulting in a clot occluding the lumen on the left part of the right panel. The ruptured cap is also shown well in Figure 4 where platelets are exposed to the lipid rich core of the plaque and platelets are activated (Figure 5) resulting in an occlusive clot. The clot can be seen by coronary angioscopy (B in Figure 6). These events are demonstrated in the diagram shown in Figure 7. Vioxx may affect the fibrous cap, the platelets, the growth of the lipid rich core and the initiation of the plaques and the fatty streaks. When the fibrous cap is disrupted and the coronary plaque destabilized, platelets are exposed to

tissue factor, are activated and aggregate initiating a cascade of coagulation leading to a clot inside the coronary artery. When the clot is large enough to occlude the artery, an acute myocardial infarction occurs. This needs immediate recanalization usually with stenting. If the clot is not totally occlusive or if there is sufficient collateral flow, unstable angina may occur. If the clot is rather small, the patient may not perceive any symptom and the lesion may be re-endothelialized while the coronary arterial narrowing becomes more severe. Myocardial infarction may result in death due to cardiogenic shock (inability of the heart to eject sufficient flow to maintain blood pressure and tissue perfusion) if the infarction is large or occurs on a background of prior infarction(s), to scar formation reducing the contractile ability of the heart (ejection fraction), to heart failure as well as to sudden death due to ischemia (discrepancy between supply and demand for blood and oxygen on the affected part of the heart). Sudden death is also facilitated when the tendency to develop ventricular fibrillation is enhanced through different mechanisms. The mechanism for strokes is similar but not identical and may include thrombosis in the brain vessels as described above but also embolism where part of a plaque or clot are dislodged from the heart, aorta or carotid arteries and occlude the vessel in the brain.

B. Prothrombotic Effects.

Cyclooxygenases (Cox) play an important role in the function of the endothelium, thrombosis and blood pressure. The impetus for developing inhibitors of Cox-2 was the protection of the epithelium of the stomach during treatment with anti-inflammatory agents that are used for treatment of osteoarthritis, rheumatoid arthritis and other conditions. By diminishing the tendency to bleed, the stomach can be protected with the unfortunate effect that shifting the coagulation balance toward thrombosis may cause, and indeed caused in the case of Vioxx, myocardial infarctions, strokes and other cardiovascular adverse events. In the endothelium cyclooxygenase-2 (Cox-2) catalyzes the production of prostacyclin [$PGI_2$] which prevents the formation of platelet clots and is a vasodilator. On the other hand, the platelets only express Cox-1 that catalyzes the formation of thromboxane $A_2$, [$TXA_2$] which promotes thrombosis as well as vasoconstriction and proliferation. They do not express Cox-2 to counterbalance the effects of thromboxane $A_2$. Thus, Cox-2 inhibitors (coxibs) would promote thrombosis by not inhibiting the production of thromboxane $A_2$ while preventing the production of the antithrombotic prostacyclin. (Antman 2005)   Selective inhibition of the enzyme depresses prostacyclin production causing imbalance of the two substances ($PGI_2$ and $TXA_2$) in favor of $TXA_2$ resulting in the adverse effects discussed above, e.g., thrombosis in the coronary arteries leading to myocardial infarction and hypertension that also enhances the probability of thrombosis by its effects on the coronary arteries. (Grosser 2006)

C. Pro-atherosclerotic effects and plaque destabilization.

Another mechanism that may explain the increased rate of myocardial infarctions (and possibly out of hospital coronary deaths) by Vioxx is the facilitation of the production of coronary plaques and destabilization of the plaques by erosion of the fibrous cap (the covering of the contents of the atherosclerotic plaques that prevents the exposure of platelets to the prothrombotic substances in the plaque). In a 1998 letter of Prof. Carlo Patrono to Dr. Martino Laurenzi of Merck, he states Cox-2 inhibition of *in vivo* prostacyclin biosynthesis is depressed by Vioxx (as well as Celebra, a less potent coxib). MRK-ABC0002199-MRK-ABC0002200 He mentions that the mechanism(s) and clinical relevance of this finding remain to be defined. This is one of several potential mechanisms of the adverse effects of Cox-2 inhibition on the

cardiovascular system. They include expression of Cox-2 in macrophages-monocytes of thromboxaine $A_2$ production. Cox-2 derived prostaglandins may participate in the local inflammatory process of stable angina and Cox-2 derived prostacyclin may contribute to local modulation of platelet activation. In the letter, he states "it would be in the best interest of Merck to look into these issues (potential benefits or detriments) as quickly and thoroughly as possible". (Cipollone 1997, Karim 1996, Maclouf 1998) Vioxx may promote atherosclerosis leading to atherosclerotic morbid and mortal events by facilitating the generation of atherosclerotic plaques and by destabilization of these plaques. In the presence of atherosclerosis, Cox-2 inhibition is more likely to cause adverse events. In that situation, both Cox-1 and Cox-2 are induced resulting in higher levels of thromboxane $A_2$ and prostacyclin. Destabilization of the fibrous cap by inflammatory cells by the action of $TXA_2$ unopposed by $PGI_2$, the production of which is inhibited by Vioxx, results in plaque destabilization, erosion or rupture. Thus, Vioxx facilitates atherosclerotic events at all stages from the earliest occurrence as a fatty streak (Walter 2004) by promoting LDL oxidation, by facilitation of the growth of plaques and destabilization of the fibrous cap.

D. Proarrhythmic effects.
In a large meta-analysis of 114 clinical trials with Cox-2 inhibitors published in JAMA in 2006, Zhang and associates reported that only Vioxx was associated with an increased rate of arrhythmias as well as renal disease and hypertension. (Zhang 2006) The proarrhythmic effect of Vioxx is most plausibly explained by a protective effect of prostacyclin in reducing ventricular fibrillation and sudden death. Animal experiments suggest that this is mediated by effects on the sodium-potassium ATP-ace. (Serebruany 1998, Goulielmos 1995, Ravingerova 1993, Dzurba 1991, Fiedler 1986)

E. Hypertension and increased blood pressure.
1. Aw meta-analysis.
In clinical trials, Vioxx has been found to cause increased blood pressure as well as hypertension. This can be attributed to the vasoconstrictive effects of thromboxane $A_2$ that remain unopposed by the vasodilating actions of prostacyclin, as well as by effects on renal function. The increases in blood pressure were also observed in a meta-analysis of 19 trials reported by Aw and associates. They observed an increase in systolic blood pressure by 5.66 mmHg with Vioxx compared to placebo. In this meta-analysis, the risk of developing hypertension with Vioxx was significantly higher than placebo (relative risk of 2.63, 95% CI 1.42-4.85). Also, Vioxx was the only coxib associated with increased risk of developing hypertension. These effects were more pronounced than those observed with another Cox-2 inhibitor (Celebrex) and those observed with non-selective non-steroidal anti-inflammatory agents. The authors defined hypertension as either an increase in systolic blood pressure over 140 or an increase by 20 mmHg. (Aw 2005)

2. Quan analyses.
In a report issued on October 7, 2004, by H. Quan and J. Bolognese of Merck, entitled Assessments of the effect of BP on CV related events for APPROVe, they concluded that high baseline blood pressure was associated with higher cardiovascular event rates. Table 6 of the report includes numbers of cardiovascular events by category of blood pressure during treatment for both treatment groups. The event rates for those with systolic blood pressure equal to or over 160 mm Hg were higher compared to those with SBP <160 mm Hg (2.43% vs. 1.92% for

7

treatment A and 6.81% vs. 2.33% for treatment B). Hui Quan APPROVe BP analysis, October 7, 2004, MRK-AFO 0280964-MRK-AFO 0280989; Hui Quan Deposition March 14, 2006, Exhibit 51, MRK-AGO 0074482 – MRK-AGO 0074484; Hui Quan Deposition March 14, 2006, Exhibit 52 MRK-AG0 0074485;

In an overview of the relationship of blood pressure to CV events in APPROVe, Quan states that baseline pretreatment elevations in blood pressure were associated with an increased incidence of CV events as expected from the known association between hypertension and cardiovascular risk. In addition, in all blood pressure categories, the risk of cardiovascular events were higher in the Vioxx group than in the placebo group.  Also, he states that, as expected, the number and percentage of patients exceeding blood pressure of 160/100, as recommended, by the ESMB, was greater with Vioxx than placebo.  However, there was generally no relationship between the presence or absence of a hypertension related AE and the incidence of CV events.  "As expected for any NSAID, the incidence of hypertension-related AEs was higher in the rofecoxib than the placebo treatment group".  (Quan overview of the relationship of BP to CV events in APPROVe, 2004, MRK-AGO 0031207 – MRK-AGO 0031298)

The 11-11-04 Bolognese assessment of Vioxx TCVSAE results by SBP spike occurrence suggests that nearly all excess CV events observed on rofecoxib versus placebo were in patients with at least one SBP spike, while this relationship was not seen in placebo.  SBP spike was defined as SBP $\geq$160 mm Hg.  There was an interaction between time varying covariates and treatment indicating a strong dependence of the hazard ratio of the presence for SBP spike.  This assessment also suggests that similar analyses be completed for long term placebo controlled Alzheimer's trials.  In the Alzheimer's trials there was also an increase in event rates among patients with spikes.  However, in both the APPROVe and the Alzheimer's trials, the statistical analyses were not completed to my knowledge. (Bolognese, assessment of Vioxx TCVSAE results by SBP spike occurrence 11-11-04 MRK-AGO 0072875 – MRK-AGO 0072877) However, in the naproxen control study, VIGOR, this effect was not observed.

In a report from Joshua Chen, PhD to Raymond P. Bain dated May 1, 2001, Dr. Chen presents two types of analyses of the Alzheimer's Disease Program (combined intention to treat analysis and combined on drug analysis).  He includes only deaths occurring during the study follow-up or within 14 days of discontinuation of the study follow-up.  For the on- drug analysis, deaths occurring on study drug or within 14 days after discontinuation of study drug were counted.  By intention to treat analysis, there were 38 (2.4%) deaths among those assigned to Vioxx versus 16 (1.1%) among those assigned to placebo.  The number randomized in the two groups is similar (1.451 and 1.454).  Also the time to all-cause mortality was shorter for patients receiving Vioxx (p=0.001) with a hazard ratio of 2.49, 95% CI 1.39-4.47.  Older age and male gender were associated with worse survival.  Also, in the on-drug analysis statistically significantly more deaths occurred among those receiving Vioxx (25 vs. 12, 1.7% vs. 0.8%).  Time to all-cause mortality was also worse for those randomized to Vioxx (p=0.015). Figure 1.2 (Figure 8) shows Kaplan-Meir Survival Estimates in protocols 0.78 and 0.91, while the data from protocol 126 were not plotted due to the short follow-up. Also, Figure 1.3 (Figure 9) showed the Kaplan-Meir estimates for the combined ITT analysis. (Joshua Chen, PhD to Raymond P. Bain dated May 1, 2001 MRK-AFS 0006374 – MRK-AFS 0006375)

Figure 1.4 (Figure 10) indicates that the hazard estimate for Vioxx increases steeply very soon after the initiation of therapy and persists at a high level throughout the period of observation. This figure indicates that the risk of events with Vioxx increases soon after treatment and does not abate with the passage of time. Figure 1.5 (Figure 11) displaying Kaplan-Meir estimates for age and gender sub-groups shows that the increased risk of events with Vioxx is present in both genders and both age groups (75 or older versus younger). This is also shown in Table 1.4.2 (Figure 12) and the attached figure. These findings are mirrored in the on-drug analyses (Figures 2.3, 2.4 and 2.5) (Figures 13, 14, 15). (Joshua Chen, PhD to Raymond P. Bain dated May 1, 2001 MRK-AFS 0006374 – MRK-AFS 0006375)

Senior Merck Biometrician, Christopher A. Assaid, PhD, responding to queries by James A. Bolognese, states that he had performed co-variate analyses of the Alzheimer's studies and the results were slightly different (very slight) relative to the first analysis. He also stated the subgroup analysis remained unchanged since it was based on all SBP values. (Exhibit 20 Assaid, 4/29/13)

These analyses prove the following:
that the increased all-cause mortality with Vioxx in the Alzheimer's studies was known to some Merck personnel, that this increased risk was observed in both the ITT as well as the on-drug analysis and, that the risk increases soon after the initiation of treatment and did not abate during the period of observation. This early increase in risk is expected from the known pathophysiology of Vioxx especially on the thromboxane $A_2$/prostacyclin imbalance. For example, guidelines recommend immediate use of aspirin in cases of acute myocardial infarction.

3. Allen Brinker and associates from the FDA paper.
Allen Brinker and associates from the FDA published a paper entitled "Spontaneous Reports of Hypertension Leading to Hospitalization in Association with Rofecoxib, Celecoxib, Nabumetone and Oxaprozin" in 2004 examining data on file with the FDA as well as other published studies. They observed that during early marketing, hospitalization for acute BP elevations appears to have been reported more frequently for rofecoxib than celecoxib, while no cases were identified for the other two agents, nabumetone and oxaprozin. In the discussion they state that in non-elderly populations non-selective NSAIDS may have little or least infrequent affects on blood pressure among normotensive individuals. In patients with hypertension, non-selective NSAIDS may cause 4-5 mmHg increase in mean arterial pressure. They also quote the study by MacMahon (Lancet 1990), that a prolonged difference of 5 mm Hg in usual diastolic blood pressure was associated with 35% reduction in total stroke and 20% reduction in coronary heart disease events. Anthony Whelton and associates in 2002 conducted a randomized clinical trial on 10,092 patients with osteoarthritis that were 65 years or older. Compared to celecoxib, significantly more patients on Vioxx (14.9% vs. 6.9%, p<0.01) developed hypertension defined as increase in SBP by >20 mm Hg plus an absolute value of $\geq$140 mm Hg. Mean diastolic and systolic blood pressures were increased with Vioxx (Figure 16). (Whelton 2002, Brinker 2004)

F. The relationship between blood pressure and myocardial infarction and stroke has been widely known for more than 25 years.

9

The relationship between increased systolic blood pressure over 110 mm Hg and hypertension with clinical events such as stroke and myocardial infarction has been widely known for more than 20 years (more than 40 years for severe hypertension).

Wilhemsen in 1984 described the relationship of high blood pressure, smoking and lipid abnormalities to the risk of coronary events and how the effect of each factor is influenced markedly by the others. (Wilhemsen 1984) Yusuf, Wittes and Friedman from the NHLBI wrote an overview of risk factor modification and the results of randomized clinical trials. (Yusuf 1988) MacMahon presented data from 420,000 men and women who were followed for 6 to 25 years and indicated that decreasing diastolic blood pressure by 6 mm Hg was associated with 37% fewer strokes and 23% fewer coronary deaths and non-fatal infarctions. (MacMahon 1989) Higher blood pressure by this increment would increase the risk of stroke and heart attack by similar percentages. Also, in a review of 14 unconfounded randomized trials of antihypertensive drugs in 37,000 individuals Collins, and associates stated that 5-6 mm Hg decrease in diastolic blood pressure was associated with 35-40% less stroke and 20-25% less coronary heart disease. (Collins 1990) In an update of randomly allocated controlled trials published in 1993, Yusuf, Lessem, Jha and Lonn stated that reduction in elevated blood pressure and cholesterol and cessation of smoking had been shown to decrease the incidence of coronary heart disease and that reduction in blood pressure had been shown to reduce the risk of strokes. (Yusuf 1993) In a paper entitled "Clinical Misconceptions Dispelled by Epidemiological Research" Kannel, the Director of the Framingham study, in 1995 stated that the adverse consequences of hypertension do not derive chiefly from diastolic blood pressure, that the disabling and lethal nature of cardiac failure and atrial fibrillation was underestimated and, more important, that now (then) physicians are less inclined to regard usual or average values as acceptable and are more inclined to regard optimal values as normal. "Cardiovascular events are coming to be regarded as a medical failure rather than the first indication of treatment." (Kannel 1995) In 1997 Kannel pointed out that the outlook in those who survive myocardial infarction is serious (55% 10 year mortality), that correction of risk factors targeted at one particular atherosclerotic outcome may also favorably influence the other risk factors and that sudden death is a preeminent feature of coronary disease and cardiac failure. (Kannel 1997) Flack and associates studied the relationship of blood pressure and mortality in the more than 350,000 men who were screened for participation in the Multiple Risk Factor Intervention Trial (MRFIT). There was a positive association between systolic blood pressure and death from coronary heart disease down to 120 mm Hg. The cumulative 15 year mortality for systolic blood pressures less than 120, 120-139, 140-159 mm Hg and more or equal to 160 mm Hg were 19.7%, 21.3%, 27.5% and 32.0% respectively. This large study demonstrates that although hypertension markedly increases the risk, increases of blood pressure below the hypertension cut off also significantly increase the risk and that this risk persists for at least 15 years. (Flack 1995)

G. Effect of Vioxx in causing Myocardial Infarction and Stroke.

It is well known that Vioxx causes heart attacks as evidenced by the withdrawal of the medication from the market, the unanimous opinion of the FDA advisory committee, the results of the clinical trials, meta-analyses, as well as statements in internal communications of MRL including by Dr. Anthony Ford-Hutchinson and Dr. Nies. (Feb 18, 2005 vote, Anthony Ford-Hutchinson Exhibit 13, Scientific Advisors' Meeting May 3-May 6, 1998 MRK-AEI0002734 – MRK- AEI0002746 and Anthony Ford-Hutchinson Exhibit 10, Research Management

Committee No. 98-01-Rahway, Wednesday, January 14, 1998. MRK-ABC 0048728 – MRK-ABC 0048735

Vioxx promotes the development of heart attacks and strokes through all the mechanisms described above, i.e., by altering the thromboxane/prostacyclin balance toward a prothrombotic state, increased tendency to develop atherosclerosis and destabilization of atherosclerotic plaques by weakening or eroding the fibrous cap as well as pro-arrhythmic effects. (Nussmeier 2005, Nussmeier 2005, Furberg 2005, letter by Prof. Patrono dated September 9, 1998 MRK-AFN0009474 – MRK-AFN0009482)

H.  The relationship of Vioxx and Cox-2 inhibition to clinical events was known to Merck in 1998.  This is shown in a report to E. Scolnick, R. Shapiro, A. Neis and R. Spector written on January 15, 1998 where A. W. Ford-Hutchinson states "it is clear from these observations that the concerns about Cox-2 involvement in cardiac disease are potentially valid".  Anthony Ford-Hutchinson Deposition, Exhibit 11,  January 15, 1998, MRK-ABC 0000069 – MRK-ABC 0000081; Deposition of Anthony Ford-Hutchinson, Page 159:Lines 9-12  In his deposition, apparently, he states "I am not sure what I meant by that." Ford-Hutchinson states "in the rabbit Cox-2 protein was increased after ischemia/reperfusion in the risk/infarction region" as well as that there is evidence for Cox-2 induction in myocardial disease in man.  He also states that "it is clear from these observations that the concerns about Cox-2 involvement in cardiac disease are potentially valid.  During such disease Cox-2 will be elevated and prostaglandin $E_2$ released under such circumstances may have useful antiischemic role.  In addition there may be some modulation of the $PGI_2$/thromboxane $B_2$ balance."  The report concludes "because of this it might be advisable in our label to recommend low dose aspirin usage for all patients at risk of cardiac disease".  Overall, this report proves that concerns about Vioxx adverse effects on the heart were known to Merck.  In his report he refers to abstracts by Wong et al., reporting induction of Cox-2 in the myocardium of failing human hearts.

Employees of Merck have suggested that the metabolite of prostacyclin 2,3-dinor 6-keto $PGF1_a$ was not derived from endothelial cells but from the kidney.  Deposition Testimony of Anthony Ford-Hutchinson, April 24, 2013, Page 155, Lines 2-18.  However, the study by Moncada indicated the endothelial origin of this substance. (Moncada 1977)  In a letter to Barry Gertz of Merck Laboratories, Prof. John Oates of Vanderbilt University School of Medicine, states that his data indicate a predominant localization of prostacyclin synthase, the enzyme that promotes the formation of prostacyclin, in the vasculature including in the kidney.  His studies with radiolabeled arachidonate demonstrated that the predominance of prostacyclin was from the cortex and that cortical production derives largely from the vasculature.  He states that major sources of prostacyclin are exterior to the kidney and that even in the kidney a predominant source would be expected to arise from renal vasculature. Anthony Ford-Hutchinson Deposition, Exhibit 9,  November 17, 1997, MRK-ABC 0002119  In summary, he states "it seems quite unlikely that 2,3-dinor 6-keto $PGF1_a$ in the urine is derived predominantly from the kidney".  This proves that Merck was aware that the imbalance of $TXA_2$/prostacyclin was not an artifact due to urinary production of the metabolite but that in reality it was due to effects on the endothelium leading to thrombosis and clinical events.  In his deposition, Dr. Ford-Hutchinson disagrees with Prof. Oates, though Dr. Ford-Hutchinson agrees that there was "a possibility, a small possibility" that inhibition of Cox-2 would exacerbate atherosclerosis.  In his deposition,

11

he also states that it was his personal feeling that if Vioxx were on the market today, the product should have a black box warning to physicians that there is a risk of heart attacks associated with the drug.  Deposition Testimony of Anthony Ford-Hutchinson, April 24, 2013, Page 279, Lines 17-24; Page 280, Lines 1-2   In addition, 2,3-dinor 6-keto $PGF1_a$ is increased in patients with severe atherosclerosis. (Fitzgerald 1984)

I. Interacting and cooperative mechanisms underlying the increase in fatal and non-fatal coronary heart disease events by Vioxx.

The four mechanisms described above work cooperatively to cause fatal or non-fatal myocardial infarction.  In a person with normal coronaries, Vioxx promotes the development of the earliest manifestation of atherosclerosis (the fibrous plaque), an effect also enhanced by the hypertensive effect of Vioxx.  In persons with atherosclerotic disease, it promotes growth of the plaque as well as destabilization of the plaque to become a nidus for platelet adhesion, aggregation and thrombosis resulting in acute myocardial infarction.   The thrombosis is facilitated by the thromboxane $A_2$/prostacyclin $I_2$ imbalance, a situation further increasing the probability of a myocardial infarction.   The probability that the myocardial infarction will be fatal is also increased by the pro-arrhythmic effect of Vioxx.   Also, increased blood pressure and hypertension facilitate the production of atherosclerotic plaques at all stages as well as destabilization of plaques.  Elements of the mechanisms described above and their interaction have been presented by several investigators.  Grosser et al. have described in detail the fact that Cox-2 is induced (enhanced activity) by inflammatory cytokines while Cox-1 is expressed constitutively in most tissues including platelets. (Grosser 2006)  This results in imbalance of prostaglandins facilitating thrombosis by not suppressing thromboxane $A_2$ while impairing the production of the anticoagulant prostacyclin.  This effect is mechanism based and present in all coxibs but is more evident on Vioxx which is more potent.  $PGI_2$ is derived by endothelial cells as reported by Moncada in 1977.  (Moncada 1977)  Basic science studies in canine coronary arteries, in hamster arterioles and hypoxia induced pulmonary hypertension have shown the prothrombotic effects of coxibs. (Pigeon 2004, Buerkle 2004, Hennan 2004)  Vioxx suppresses urinary 2,3-dinor 6-keto $PGF1_a$, (McAdam 1999) which is a stable metabolite of prostacyclin.  Also, Cox-2 derived prostaglandin contributes to the atheroprotection including the protection conferred by estogens. (Egan 2004) Inflammatory cytokines upregulate endothelial expression of Cox-2 and this has been observed in atherosclerotic plaques by Libby's group.  (Schonebeck 1999) Also, Fitzgerald's group has shown Cox-2 dependent formation of prostacyclin in patients with atherosclerosis. (Belton 2000)  Grosser et al. conclude that just as low dose aspirin is effective in the secondary prevention of myocardial infarction and stroke and causes a small but definite risk of serious GI adverse events, so selective inhibitors of Cox-2 relieve pain and inflammation and convey a small but definite risk of myocardial infarction and stroke.

IV. Clinical events.

A. Meta-analyses and Reviews.

In addition to my knowledge of the subject, I performed a MedLine literature search to identify relevant meta-analyses and reviews pertaining to Vioxx.  Of the 62 citations, I discuss the relevant publications below.

1.     The ADVANTAGE trial was initiated by Merck, as a research project, shortly after the approval of Vioxx.   However, Kevin Hill and associates in their publication "The

ADVANTAGE Seeding Trial" reviewed Merck internal documents pertaining to the trial, and reported that the study was designed by Merck's marketing division for a marketing objective, and that this division handled both the scientific and marketing data of the study. They reported that Merck hid the marketing nature of the trial from participants, investigators and institutional review boards and concluded that "ADVANTAGE is an example of marketing framed as science" (Hill 2008).

2.      In a similar line of reasoning, Ross and associates obtained court documents created predominantly between 1996 and 2004 during the litigation related to Vioxx. They found that only 36 of 72 (50%) review articles published a disclosure of Merck's sponsorship or whether the author had received financial compensation from the company. They also reported that manuscripts related to Vioxx authored by sponsor employees attributed first authorship to academically affiliated investigators.   Review manuscripts were often prepared by unacknowledged authors and subsequently attributed authorship to academically affiliated investigators who often did not disclose industry related financial support (Ross 2008).

3.      In the meta-analysis by Aw and associates mentioned above (19 trials on cyclooxygenase-2 inhibitors, 45,451 participants), the weighted mean difference increase in systolic blood pressure of Vioxx versus placebo was 5.66 mm Hg and the odds ratio of developing hypertension with Vioxx was 2.63, 95% CI 1.42-4.85. This analysis clearly indicates that Vioxx causes significant elevations of systolic blood pressure and increases the chance of developing hypertension more than two-fold. The increase of systolic blood pressure (by almost 6 mm Hg) by itself, i.e., without the other prothrombotic, pro-atherosclerotic and pro-arrhythmic effects of Vioxx, is sufficient to increase the risk of developing stroke and myocardial infarction, both acutely and in the long term (Aw 2005). Epidemiology has shown that increase in systolic blood pressure by 20 mmHg doubles the risk.

4.      A systematic review and economic evaluation of cyclooxygenase-2 inhibitors by Chen and associates from the UK, reported that these agents were equally efficacious as the non-selective NSAIDs, were associated with fewer upper GI events and that an increased risk of MI compared to non-selective NSAIDs was observed among those drugs "with greater volume of evidence in terms of exposure in patient-years". This primarily pertains to Vioxx. For this agent, the relative risk for MI compared to non-selective NSAIDs was 2.92, 95% CI 1.36-6.28. The authors also stated that Merck Sharp and Dohme believed, from these findings, that "Vioxx is cost effective in the treatment of OA and RA compared with non-selective NSAIDs" (Chen 2008).

5.      Vibeke Strand reviewed randomized controlled clinical trials reporting on the cardiovascular risks of coxibs and non-selective NSAIDs.  In the VIGOR trial, Vioxx 50 mg once a day compared to naproxen (500 mg bid) was associated with relative risk of 2.38, 95% CI 1.39-4.00 in the original analysis and 1.99 in the AntiPlatelet Trialists Collaboration (APTC) analysis.  In the APPROVe trial (Vioxx 25 mg versus placebo) the relative risk was 1.92, 95% CI 1.19-3.11 in the original analysis and 2.06, 95% CI 1.16-3.64 in the APTC analysis.  In the ADAPT trial, naproxen 220 mg bid was associated with an increased risk of cardiovascular events compared to placebo (RR 1.63, 95% CI 1.04-2.55) in the original analysis and 1.57, 95% CI 0.87-2.81 in the APTC analysis.

13

In cohort studies, overall the relative risk for Vioxx 25 mg was 1.33, 95% CI 1.00-1.79 and for Vioxx more than 25 mg 1.89, 95% CI 1.43-2.51. In addition, Vibeke Strand reported a relative risk of 1.55, 95% CI 1.29-1.85 of developing hypertension, peripheral edema (1.43, 95% CI 1.23-1.66), renal dysfunction (2.31, 95% CI 1.05-5.07) and arrhythmia (2.90, 95% CI 1.07-7.88). In all but three of the epidemiologic studies, the increased risk of cardiovascular events with Vioxx became evident within 30 days of starting treatment. Even among patients who were on ACE inhibitors, Vioxx was associated with significant increase in blood pressure (3-4 mm Hg) compared to naproxen and Celebrex. The author speculates that Cox-2 selectivity, active metabolites, difference on cell membrane integrity and change in structure of cell surface lipid molecules, promotion of oxidation of LDL modulate the effects of these agents (Strand 2007).

6.      Invoking Occam's razor, Grosser and associates state that inhibiting Cox-2 derived $PGI_2$ and not inhibiting thromboxane $A_2$ removes a protective constraint on thrombogenesis, hypertension and atherogenesis *in vivo* (Grosser 2006).

7.      Writing in the November 5, 2004, issue of the *Lancet*, the editor, Richard Horton, under the headline, *Vioxx, the implosion of Merck, and aftershocks at the FDA*, states that the cumulative meta-analysis (Juni 2004) published in the same issue showed that the unacceptable cardiovascular risks of Vioxx were evident as early as 2000, a full four years before the drug was finally withdrawn from the market by its manufacturer. He mentions "astonishing failures in Merck's internal systems of post-marketing surveillance" as well as to lethal weaknesses in the US Food and Drug Adminstration's regulatory oversight. He mentions investigations by the *Wall Street Journal* that revealed emails confirming Merck's executives' knowledge of their drugs adverse cardiovascular profile. Also, the FDA's observational study showed that over 27,000 cases of acute myocardial infarction and sudden death occurred in the US between 1999 and 2003 by using Vioxx instead of Celebrex.

8.      Jones evaluated the clinical literature on coxibs to determine whether a greater incidence of thromboembolic events is universal within the drug class. Reviewing 17 published studies, he emphasized that thromboembolic risk is probably multifactorial including binding affinity of the individual agent, dose, duration of therapy and the cardiovascular risk profile of each patient. He also stated that the evidence supports an association between cardiovascular events and the use of Vioxx, valdecoxib and celecoxib (Jones 2005).

9.      Juni and associates performed a cumulative random effects meta-analysis of randomized controlled trials and observational studies to examine whether robust evidence on the adverse effects of Vioxx was available before September of 2004 when Vioxx was withdrawn from the market. By searching the bibliography and relevant files from the FDA, they identified 18 randomized controlled trials and 11 observational studies suitable for analysis. By the end of the year 2000 the relative risk from randomized controlled trials was 2.30, 95% CI 1.22-4.33, p=0.010. One year later with 12 additional events, the risk was 2.24, 95% CI 1.24-4.02, p=0.007. In observational studies, the cardioprotective effect of naproxen was small (RR 0.86, 95% CI 0.75-0.99) and could not explain the findings of VIGOR. However, the analysis does not include the ADAPT trial where naproxen 220 mg bid was associated with an increased risk of cardiovascular events compared to placebo (RR 1.63, 95% CI 1.04-2.55) in the original analysis

14

and 1.57, 95% CI 0.87-2.81 in the APTC analysis.  Juni and associates interpret their findings as indicating that Vioxx should have been withdrawn several years earlier (Juni 2004).

10.    In 2001 in *Circulation*, Marvin Konstam and associates (Matthew Weir and five coauthors who were employees of Merck Research Laboratories) reported on cardiovascular thrombotic events in controlled clinical trials of Vioxx.  Examining 22 Phase IIb-V trials, comparing Vioxx to placebo, naproxen or another non-selective NSAID and using the combined endpoint of the AntiPlatelet Trialists Collaboration (APTC) which includes thrombotic cardiovascular events as well as hemorrhagic death and unknown deaths (in addition to non-fatal MI and stroke), they observed a relative risk of 0.84 when comparing Vioxx to placebo (95% CI 0.51-1.38), 0.79 (95% CI 0.40-1.55) comparing to non-naproxen NSAIDs and 1.69 (95% CI 1.07-2.69) compared to naproxen.  The concluded that the analysis provided no evidence of an excess of cardiovascular events of Vioxx relative to either placebo or non-naproxen NSAIDs and that differences between Vioxx and naproxen were "likely the result of the antiplatelet effects of the later agent". (Konstam 2001)

In my opinion, this hypothesis is flawed because the benefit of naproxen, if any, is likely to be very small as evidenced by the meta-analysis of Juni (RR 0.86, 95% CI 0.75-0.99).  This meta-analysis did not include data from the 2,528 participant ADAPT trial where naproxen 220 mg bid was associated with an increased risk of cardiovascular events compared to placebo (RR 1.63, 95% CI 1.04-2.55).  Inclusion of ADAPT in the meta-analysis would bring the RR closer to 1 and probably make the effect not statistically significant.

The authors state that they chose the APTC endpoint because it is a widely accepted indicator of the overall CV impact.  They did not use the endpoints decided upon in the clinical trials program and they admit that the ATPC endpoint could have produced a potential bias favoring Vioxx in the NSAID trials.  As stated above, the primary analysis of clinical trials should be an intent to treat analysis using the endpoint(s) specified in the protocol.  Additional analyses may be performed, but may be subject to possible bias. In a recent editorial entitled "Trust by Verify: Trial Registration and Determining Fidelity to the Protocol" published in the Annals of Internal Medicine, the official journal of the American College of Physicians, Zarin and Tse state 'before 2005 it was taken on trust that a published "primary outcome measure" refer to the measure specified in the protocol, unless otherwise stated'.  They mention cases where published measures represented as "prespecified" were actually established "post hoc" and that readers could be mislead.  In addition, the ATPC endpoint includes hemorrhagic death and unknown death which would be inappropriate when thrombotic complications are examined.

The statement that the placebo comparison data provided the strongest evidence available to date, that partial inhibition of systemic prostacyclin synthesis observed with Cox-2 inhibitors, does not seem to result in CV thrombotic events (although they included hemorrhagic events as well) is not well supported by the data.  The small number of events and the very wide confidence intervals, suggest that the statistical power of this analysis is low.  They also acknowledge that it is possible that a shift in prostacyclin/thromboxane balance might have physiological importance in patients at high risk for thrombotic events.  It is interesting to note that the point estimate is above 1.5 in the rheumatoid arthritis and osteoarthritis trials and below 0.7 in the Alzheimer's/low back pain studies.

15

The Konstam report is flawed because of the following reasons, some of which are more important than others.

a) Five out of the 7 authors are employees of Merck.

b) The attribution of the high rate of myocardial infarction with Vioxx to a protective effect of naproxen is extremely unlikely considering the very weak effect of this agent (RR 0.86, 95% CI 0.75-0.99) in the meta-analysis by Juni. This meta-analysis did not include data from the 2,528 participant ADAPT trial where naproxen 220 mg bid was associated with an increased risk of cardiovascular events compared to placebo (RR 1.63, 95% CI 1.04-2.55).

c) The choice of the ATPC endpoint is inappropriate for two reasons:

    a) it is not a prespecified effect of the trials.

    b) it includes hemorrhagic death and unknown death which would be inappropriate when thrombotic complications are tested.

d) The small numbers of events, and the differences in effects among studies.

11.    A cumulative pooled analysis of all randomized placebo controlled trials (30 trials, 20,152 subjects) by Ross and associates demonstrated a progressive trend toward increased cardiovascular risk with Vioxx compared to placebo as early as December 2000 reaching a p value 0.05 by June 2001 (Figure 17, Ross 2009).

12.    Scott and associates analyzed 14 case controlled studies (74,673 MI patients, 386,968 controls) and showed no significant association of NSAIDs with myocardial infarction in a random effects model (OR 1.17 95% CI 0.99-1.37) and a small risk of MI in a fixed effects model (OR 1.32 95% CI 1.29-1.35). In six cohort trials, (387,983 patient years, 1,120,812 control years) Vioxx was associated with the highest risk (RR 1.25 95% CI 1.17-1.34). The authors concluded that the overall risk of MI was the highest with Vioxx (Scott 2007).

13.    In a different study, Scott et al. found an increased risk of heart failure with an OR of 1.49 95% CI 1.10-2.02, with Vioxx but not with celecoxib (Scott 2008).

14.    In a network meta-analysis, Trelle identified 554 accumulated events of myocardial infarction in 29 trials. They observed a high risk of developing MI with Vioxx (2.12, 95% CI 1.26-3.56). The death from any cause was also more common with Vioxx as was as the APTC endpoint (1.44 95% CI 1.00-1.99) (Trelle 2011).

15.    Professor Madigan issued a report on Vioxx and cardiovascular risk dated October 8, 2007. He demonstrates that the VIGOR paper published on November 23, 2000 revealed a higher risk of myocardial infarction with Vioxx with a risk ratio of 2.4 in favor of placebo, a statistically significant effect. The list of events included in his report is appropriate. He points out the flaw in the Merck adjudication of adverse events that, except for death, included only events that began within 14 days of the last study medication. He used the investigator thrombotic event endpoint. I, together with Dr. Krumholz, provided lists of CRISP and MedDRA terms to encode the endpoints used by Prof. Madigan in his analysis. The events are shown in appendix A of Professor Madigan's report. I agree with Professor Madigan's conclusion that Vioxx is causally associated with increased risk of cardiovascular thrombotic

16

adverse events, that the statistical evidence is strong and consistent and that the "totality of the data" were not always presented by Merck.

16.    Zhang and associates in a meta-analysis published in JAMA in 2006, analyzed 114 randomized double-blind clinical trials (116,094 participants) identified from a systematic search of MedLine and EBASE as well as bibliographies, pharmaceutical industry databases and FDA reports. Using random effect models and meta-regression, they found that compared to controls, Vioxx was associated with increased risk of arrhythmia (RR 2.90 95% CI 1.07-7.88), renal events (RR 1.53 95% CI 1.33-1.76) and edema (RR 1.43 95% CI 1.23-1.66). The vast majority of arrhythmias events in Vioxx patients were ventricular fibrillation, cardiac arrest and sudden cardiac death (Zhang 2006).

17.    With respect to the time of onset and the duration of adverse events related to Vioxx, we need to consider both the clinical trial findings and the underlying pathophysiology. Effects on platelets occur within minutes of an intervention. This is evident in clinical trials of aspirin in acute myocardial infarction and in national clinical guidelines recommending that upon diagnosis, persons with this condition should chew and swallow aspirin. On the other end of the spectrum, effects on hypertension and atherosclerosis last for the life of the patient and may facilitate the occurrence of morbid and mortal events at any time after discontinuation of the medication.

Baron and associates analyzed the combined incidence of non-fatal myocardial infarction, non-fatal stroke and death from cardiovascular, hemorrhagic or unknown causes (APTC). Using Cox regression, they identified the continuing risk of Vioxx (HR 1.79, 95% CI 1.17-2.73, p=0.006). Figure 18 shows a continuing unchanged separation of the placebo and Vioxx curves throughout the 36 months from randomization. There were 59 events in the Vioxx group versus 34 events in the placebo group. (Baron 2008)   In the analysis of 504 litigants described below, events occurred between two days after the onset of treatment with Vioxx and 1966 days.

18.   Vioxx is more likely to cause CV events than other coxibs.
The effect of Vioxx in increasing blood pressure and in causing hypertension is more pronounced than either the non-selective NSAIDS or the other (marketed) coxib, celecoxib. This difference among compounds is not isolated to blood pressure effects but it transcends this effect to include the other adverse effects of Vioxx described under the section of pathophysiology such as imbalance of $TXA_2/PGI_2$, proatherosclerotic events, promoting atherosclerotic plaque destabilization and arrhythmic events. The difference is due to the higher Cox-2 selectivity ratio of $IC_{50}$, Cox-1/Cox-2 which is 35 for Vioxx, 7.6 for celecoxib and 0.2 for ibuprofen. (Riendeau 2001) Therefore, the differences are due to relative potency within class rather than an "off-target" non-class effect as has been observed with the HDL raising medication torcetrapib. This agent is an inhibitor of cholesteryl ester-transfer protein (CEPT) that inhibits the transfer of cholesteryl ester from HDL and other lipoproteins to proatherogenic apo B 100 containing lipoproteins.   In spite of the marked improvement of the lipid profile, a large study (ILLUMINATE) was terminated due to unexpected increase in cardiovascular deaths due to an off-target action of the drug on increasing blood pressure and levels of aldosterone. (Jones 2012).

17

Another example of off-target non-class effect is the uricosuric action (lowering of serum uric acid) of losartan. The effect is mediated through the inhibition of the urate transporter, URAT1, and is not present in the other agents of the same class, angiotensin receptor blockers, although they all share antihypertensive and other properties. (Hamada 2008) Losartan, a very successful Merck medication, has been found to decrease cardiovascular events as well as renal events in important clinical trials (Brenner 2001, Dahlof 2002, Ripley 2010) and is associated with additional benefits such as regression of left ventricular hypertrophy, antiplatelet effects, lower rate of diabetes and nephroprotection. (Devereux 2004, Chlopicki 2000, Hou 2007, Wachtell 2013)

19. Elevations of blood pressure within the normotensive range increase the risk of morbid and mortal cardiovascular events.
Hypertension and elevated blood pressure represent the most important modifiable risk factor (i.e. other than age, gender and family history) accounting for more deaths worldwide in all regions of the world. The relationship between blood pressure and risk increases monotonically from the optimal blood pressure level (110/80 mm Hg). This is shown clearly in three large studies.

a. The Prospective Studies Collaboration
The report by the Prospective Studies Collaboration Investigators published in the Lancet in 2002 indicates an increase in mortality from stroke starting from below 120 systolic blood pressure up to 180. (Figure 19) This effect shows a marked increase in relative risk i.e. 16 in the younger age groups (50-59 year old), while in the oldest age group (80-89), the relative risk is lower, i.e. 2, but the absolute risk increase is much higher (64 versus 15) in the younger group.

b. Reports on MRFIT screenees
Nearly identical effects to the Prospective Studies Collaboration, were observed in MRFIT screenees as reported by Flack and associates (Figure 20). In this study of over 240,000 men with history of coronary artery disease, the relative risk of stroke mortality (n=1233) increased from approximately 2 at systolic blood pressure <120 mm Hg to 32 among those with systolic blood pressure of 168 mm Hg. For the same systolic blood pressure levels, the relative risk of CHD death increased from slightly below 2 to approximately 10 (11,149 CHD deaths).

c. Observations from the he Framingham Study.
The extension of the blood pressure risk into the normotensive range was also observed in the Framingham Study (Figure 21, Vasan 2001) where persons with optimal blood pressure (<120/80 mm Hg) had lower chance of developing CVD than persons with "normal blood pressure", now called prehypertension, in the 120-129/80-84 range. These persons had lower risk than those in the 130-139/85-89 mm Hg range. Lewington and associates from the Prospective Studies Collaboration mentioned above (Figure 22, Lewington 2002) estimated that cardiovascular mortality risk doubles with each 20/10 mm Hg blood pressure increment. For example, the risk is 8 times higher for those with blood pressure 175/105 compared to those with blood pressure of 115/75 mmHg. Persons well in the normotensive range of 135/85 had a relative risk of cardiovascular mortality of 2.

The three large studies mentioned above indicate that blood pressure elevation within the normotensive range markedly increase the risk of cardiovascular events as well as cardiovascular death from stroke or coronary artery disease.

20.  The risk of blood pressure elevations even of short duration persists.

The risk of blood pressure elevations, even of short duration, persists by damaging the endothelium, the vasculature, the kidneys, and the heart.  A clear cut demonstration of this phenomenon pertains to the so called "legacy effect".  The legacy effect describes the continuing benefits of therapies even after they are discontinued.  The obverse is also true as demonstrated in a meta-analysis by William Kostis and associates (Figure 23, Kostis 2010).  This meta-analysis of 18 randomized clinical trials involving 132,854 patients and 11,988 deaths compared the effects of active therapy with blood pressure lowering medications to placebo.  During the active treatment phase of the studies (Figure 24, upper top panel), the patients randomized to placebo had higher blood pressure than those randomized to the active treatment group.  During the second phase of these trials all persons (those initially randomized to active medication and those randomized to placebo) received active blood pressure lowering therapy and the blood pressure in the two groups was about the same. However, patients initially (during the first phase) given placebo had significantly higher death rate than those initially treated with active medication.  This effect was seen regardless of the type of blood pressure medication used and regardless of the underlying disease of the patients (Figure 25).  This can be explained by the preclinical damage of the cardiovascular system among those who received placebo initially and did not have the benefit of the legacy effect.

21.  Treating hypertension does not eliminate the risk imposed by hypertension.

There are many cardiovascular risk factor estimation systems used in different parts of the world (Figure 26, Cooney 2009).  All of them use a ten-year time horizon and the most commonly used one, especially in the US, is the Framingham system.  A Framingham point score estimation of ten-year risk (NCEP 2001) calculates the risk separately for men and women.  The risk factors considered are the age, total cholesterol at the given age, HDL cholesterol and systolic blood pressure.  In addition, points increasing the risk are added if the blood pressure is treated (Figures 27,28,29).  This indicates that, for a given blood pressure, the risk is higher if the patient is being treated than if the patient has that blood pressure without taking medications.  A possible explanation of this finding is the "legacy effect" described above.

22.  Ten years is not a lifetime.

The ten-year horizon of cardiovascular risk factor estimation systems has been criticized as being too short.  Most individuals expect to live longer than ten years and there is an important relationship of the ten-year risk to the lifetime risk, especially for middle age individuals.  Figure 30 indicates that for a 45 year old obese non-smoking man without diabetes and a total cholesterol of 200 mg/dL, an HDL of 40 and an untreated systolic BP of 135, the ten year risk for coronary heart disease is 3% while the lifetime risk is 50%.  At age 50, in the Framingham study, the lifetime risk varied from 5% among those with optimal risk factors to 69% among those with two or more major risk factors for men and from 8 to 50% for women (Figure 31, Lloyd-Jones, 2006).  This indicates a continuing adverse effect of risk factors, probably including past use of Vioxx, throughout our lifetime.

19

23. Interaction of Risk Factors.

The risk factors interact with each other and this has been observed in the data with Vioxx as described above. Figure 32 from Rod Jackson in the Lancet (Jackson 2005) shows the five year cardiovascular risk and how it increments with additional increase in cholesterol, smoking, low HDL, male gender, diabetes and age. Figure 33 is similar to Figure 19 and indicated the increasing risk with increasing blood pressure. In Figure 33 the different lines going upward and to the right do not represent age, but other risk factors such as smoking, high cholesterol or possibly Vioxx. The effect of blood pressure on risk is observed in all ages for both systolic (left panel) and diastolic blood pressure (right panel, Figure 34).

Merck provided a huge benefit to humanity by initiating research and development of statins beginning with lovastatin. This class of agents has been proven to decrease cardiovascular events (e.g. heart attack and stroke) and death in primary and secondary prevention and in men and women (Kostis 2012, de Vries 2012, Naci 2013, CCT Collaborators 2012, Briel 2006, Ridker 2008). Statins have been found to stabilize the plaque as shown in Figures 35, 36 and 37 (Kawasaki 2005). The obverse would be true in the case of Vioxx where destabilization of the plaque would occur (moving from right [B] to left [A] in Figure 35 and from bottom to top in Figures 36). Figure 37 displays a 3-dimensional color-coded maps of coronary arterial plaques (A) and 3-D color coded maps of each histological characteristic (lipid, fibrosis, mixed lesion, high signal possibly calcification).

Comparable to the meta-analysis of the legacy effect pertaining to blood pressure described above a similar effect was observed for clinical trials of lipid lowering agents (Figures 38, 39 Kostis 2011). In this analysis of 8 studies involving 44, 255 patients and 8,144 deaths there was a benefit (16% decrease in all-cause death) in the active treatment groups compared to placebo. However, after the end of the randomized phase when all patients were treated with lipid lowering therapy those given placebo initially had higher event rates than those given active therapy in the first phase. This again indicates that risk factors affecting our cardiovascular system, even for relatively short period of time, increase the risk of events in the long term.

24. Atherosclerosis is a diffuse disease and not having suffered a stroke of heart attack does not mean that your risk is low.

It is important to consider is that atherosclerosis affects all coronary arteries and other arteries throughout the body e.g. carotids. Risk factors are involved in the generation and progression of atherosclerosis (e.g. hypertension, smoking, high cholesterol as well as high blood pressure, platelet over-activity and inflammatory changes related to Vioxx) affect the epicardial coronary arteries throughout their distribution and is not only limited to the "culprit lesion" (the plaque where an adverse event has occurred). The study entitled "Extensive Development of Vulnerable Plaques as a Pan-Coronary Process in Patients with Acute Myocardial Infarction: an angioscopic study" by Asakura and associates reports on direct observations by angioscopy in 32 patients who have had myocardial infarction a month earlier demonstrates this point. In that study yellow (unstable) plaques and thrombi were detected in the great majority of culprit lesions. However, yellow plaques were equally prevalent in both the infarct related coronary arteries and the coronary arteries that had not caused an infarction. The authors conclude that in patients who sustained a myocardial infarction all three major coronary arteries are widely diseased and have

time when one of the many coronary plaques was disrupted. Most myocardial infarctions occur at coronary arterial sites with not severe (less than 50% stenosis).

V. Summary.

In summary, Vioxx causes myocardial infarctions, strokes and other adverse cardiovascular events through a variety of mechanisms including imbalance of prostaglandins (thromboxane $A_2$/prostacyclin balance), enhanced prothrombotic platelet activity, promotion of atherosclerosis, a proarrhythmic effect, destabilization of atherosclerotic plaques, raising blood pressure, and increasing the risk of developing hypertension. These effects are initiated soon after the first dose of Vioxx and persist for many years. Employees of Merck were aware of the potential of Vioxx causing cardiovascular events in early 1998 and in some instances a statistically significant adverse effect of Vioxx was observed in 2000. The above statements are based on medical probability.


Signed this ___17___ day of July, 2013

By: _____
           John B. Kostis, M.D.

# Appendix A

**DATE:**              July1, 2013

**NAME:**              John B. Kostis, M.D., F.A.C.P., F.A.C.C.

**PRESENT TITLE:**     John G. Detwiler Professor of Cardiology
                       Professor of Medicine and Pharmacology
                       Director, Cardiovascular Institute
                       Associate Dean for Cardiovascular Research
                       Rutgers Robert Wood Johnson Medical School

**HOME ADDRESS:**      7 Fox Hill Drive West
                       Warren, NJ  07059

**OFFICE ADDRESS:**    Rutgers Robert Wood Johnson Medical School
                       Cardiovascular Institute
                       125 Paterson Street, Clinical Academic Building, 5200
                       New Brunswick, New Jersey  08901

**TELEPHONE NUMBER/E-MAIL ADDRESS:**     732-235-7685
                                         kostis@rwjms.rutgers.edu

**CITIZENSHIP:**       U.S.A.

**EDUCATION:**
    A.  Undergraduate Graduate and Professional

    B.  Graduate and Professional
        Medical School of the University of Salonica, Greece
        (six years include pre-medical studies)      1954-1960

        U.S. Air Force School of Aerospace Medicine    1963

        Doctoral Thesis, University of Athens Medical School,
        Greece      1978-1979

        Moore School of the University of Pennsylvania    1967-1968
        Non-credit postgraduate courses in Biomedical Engineering

**POSTGRADUATE TRAINING:**
    A. Internship and Residencies
        Residency in Internal Medicine, Evangelismos Hospital,
        Athens, and 404 General Hospital, Larissa, Greece
        1963-1964

        Internship, Brooklyn-Cumberland Medical Center
        Brooklyn, New York
        1964-1965

        Medical Residency, Brooklyn-Cumberland Medical Center,
        Brooklyn, New York
        1965-1967

        Fellowship in Cardiology, Philadelphia General Hospital,

Philadelphia, Pennsylvania
1967-1969

B.  Research Fellowships
N/A

C.  Postgraduate Courses
Program for Chiefs of Clinical Services conducted by the Department of Health Policy
and Management and the Office of Continuing Education,  Harvard School of Public
Health, Jan. 1991
Wyeth-Ayerst APM Executive Management Program for Chairs of Departments of
Medicine, The Wharton School at the University of Pennsylvania, July 1994
Wyeth-Ayerst APM Executive Management Program for Chairs of Departments of
Medicine, The Wharton School at the University of Pennsylvania, July 1997

**MILITARY:**
Hellenic Air Force

**ACADEMIC APPOINTMENTS:**
School of Aviation Medicine, Athens, Greece
Instructor in Physiology and Aviation Medicine
1969-1970

University of Pennsylvania
Associate in Clinical Medicine
1971-1972

University of Pennsylvania
Assistant Professor of Medicine
1972

UMDNJ-Robert Wood Johnson Medical School (formerly CMDNJ-Rutgers Medical
School) Associate Professor of Medicine
1972-1976

Rutgers University College of Engineering
Adjunct Professor of Biomedical Engineering
1975-present

Graduate School of Biomedical Engineering
Rutgers University, Piscataway, New Jersey
Adjunct Professor of Biomedical Engineering
1976-present

Medicine
UMDNJ-Robert Wood Johnson Medical School (formerly CMDNJ-Rutgers Medical School)
Professor of Medicine
1976-present

Medicine
UMDNJ- Robert Wood Johnson Medical School (formerly Rutgers Medical School)
Chief, Division of Cardiovascular Diseases
1982-1984

Medicine
UMDNJ- Robert Wood Johnson Medical School (formerly Rutgers Medical School)
Chief, Division of Cardiovascular Diseases and Hypertension

1984-1997

Pharmacology
UMDNJ-Robert Wood Johnson Medical School
Professor of Pharmacology
1986-present

Medicine
UMDNJ-Robert Wood Johnson Medical School
Associate Chairman for Clinical Program Development
1987-1990

Medicine
UMDNJ-Robert Wood Johnson Medical School
John G. Detwiler Professor of Cardiology
1987-present

Medicine
UMDNJ-Robert Wood Johnson Medical School
Chairman, Department of Medicine
1990-2012

Cardiovascular Institute of New Jersey
UMDNJ-Robert Wood Johnson Medical School
Founding Director
2001-present

Cardiovascular Institute of New Jersey
Rutgers Robert Wood Johnson Medical School
Associate Dean for Cardiovascular Research
2012-present

**HOSPITAL APPOINTMENTS:**

Division of Cardiology
Philadelphia General Hospital, Philadelphia, PA
Research Associate
1970-1971

University of Pennsylvania Medical Service at
Philadelphia General Hospital
Assistant Attending Physician
1971-1972

Cardiovascular Research, Division of Cardiology
Philadelphia General Hospital
Principal Investigator
1971-1972

Raritan Valley Hospital, Greenbrook, NJ
Chief of Coronary Care Unit
1973-1981

Raritan Valley Hospital, Greenbrook, NJ
Chief of the Cardiac Laboratories
1973-1981

Robert Wood Johnson University Hospital

Chief of Cardiology
1980-1993

Robert Wood Johnson University Hospital
Chief of Medical Service
1990-2012

**OTHER EMPLOYMENT OR MAJOR VISITNG APPOINTMENTS:**
Saint Peter's University Hospital, New Brunswick, NJ (faculty)

**PRIVATE PRACTICE**

**LICENSURE:** *Medical Doctor/25MA02640300/6/30/13*

**DRUG LICENSURE:**
CDS: *D06232900/10/31/2012*
DEA: *AK5366061/12/31/12*

**CERTIFICATION:**
Standard ECFMG Certificate (No. 052297) 1964
FLEX 1972
American Board of Internal Medicine, #30857
Subspecialty Board of Cardiovascular Diseases, #30857
American Society of Hypertension Specialist in Clinical Hypertension (5/99-Present)
American Board of Clinical Lipidology (ABCL), (12/05-Present)

**MEMBERSHIPS, OFFICES AND COMMITTEE ASSIGNMENTS IN PROFESSIONAL SOCIETIES:**
Association of University Cardiologists
Association of Professors of Medicine
American College of Cardiology (Governor for New Jersey, 1985-1988)
American Heart Association
American Heart Association and the Council on Clinical Cardiology (F.A.H.A.), 7/1/01-
American Heart Association and the Council on High Blood Pressure Research (F.A.H.A.), 12/12/02-
American Heart Association Council on High Blood Pressure Research
American Heart Association and American Stroke Association (F.A.H.A.), 10/03-
American College of Angiology (Fellow Emeritus, 11/99)
American College of Chest Physicians  - 12/05
American College of Physicians
Society for Cardiovascular Angiography & Interventions
Academy of Medicine of New Jersey
New York Academy of Science
Sigma XI
Council on Geriatric Cardiology (Founder--4/86-Present)
Ad Hoc Long-Range Planning Committee for the Council on Geriatric Cardiology (1988)
Society for Clinical Trials (2/88-Present)
The American Society of Hypertension (4/88-Present)
The Society for Medical Decision Making (1987-Present)
American Heart Association Committee on Cardiac Catheterization of the Council on Clinical Cardiology (1/87-1989)
International Society for Holter Monitoring (Founding Member 1989)
International Society of Hypertension (9/90-Present)
Heart Failure Society of America (5/96-Present)
Eastern Regional Chapter of the American Society of Hypertension (1/02-present)
Fellow of the National Lipid Association, 5/09-
Fellow of the American Society of Hypertension, 5/10
Honorary Member, Hellenic Hypertension Society, 2003-

Honorary Member, Hellenic Cardiological Society, 11/06-

**HONORS AND AWARDS:**
First in Class: 2nd, 3rd, 4th, 5th, and 6th years in Medical School
Best Lecturer, 2nd year class Rutgers Medical School: 1976-77, 1977-78, 1978-79, 1979-80, 1980-81
UMDNJ Excellence in Teaching Award: 1979-80
AHA New Jersey Distinguished Leadership in Research Award: 1986
The Melvyn H. Motolinsky Research Foundation 1992 Distinguished Service Award
Robert Wood Johnson University Hospital Award of Honor: 1995
Included in a Special Issue of American Health Magazine as One of "The Best Doctors in the U.S.", 1996
New Jersey Pride Award in Health: 1996
AHA Middlesex Division Health Executive of the Year Award: 1997
AHA NJ Affiliate Heart of Gold Award: 1998
Included in New York Magazine as one of the "Top Doctors" in the New York Area, 6/1999, 6/2000,
6/2005, 6/2006, 6/2007, 6/2009
Included in Who's Who in Medicine & Healthcare, 2000-2001, 2002-2003, 2004-2005, 2006-2007
Distinguished Physician, Hellenic Medical Society of New York, 2000
Included in "America's Top Doctors" and "Top Doctors: New York Metro Area", 2001, 2011
Included in Who's Who in Science and Engineering, 2000-2001, 2002-2003, 2005-2006, 2006-2007
Included in Who's Who in the East, 30th edition, 32nd edition, 33rd, 34th edition
Included in New York Magazine as one of the "Top Doctors" in the New York Metro Area, June 2003
Included in "Guide to America's Top Physicians", 2003, 2004-2005, 2006
AHA Northern New Jersey Researcher of the Year Award: 2003
Included in Marquis Who's Who in America, 2005, 2006, 2007, 2008, 2009 editions
Included in Who's Who in Medical Sciences Education, 2005
American Medical Association Physician's Recognition Award, -10/06
American Medical Association Physician's Recognition Award with Commendation, 10/06-10/09
UMDNJ-RWJMS Internal Medicine Residency Program 2006-07, 2007-08 "Best Research Mentor"
        Award
International Society of Hypertension Pfizer Award for 2008 presented at the ISH Meeting in Berlin,
        Germany, June 2008
Edward J. Ill Excellence in Medicine Foundation's Outstanding Medical Research Scientist Award for
Clinical Research for 2010
Foundation of UMDNJ Excellence in Research Award, Academic Year 2010-2011
Honorary Alumni Award, UMDNJ-Robert Wood Johnson Medical School, 4/2013

**BOARDS OF DIRECTORS/TRUSTEES POSITIONS:**
First Vice President AHA NJ Affiliate Board of Directors 1984-85
Member, Board of Directors of the Foundation for Advancement of International Medical Education and
Research (FAIMER), 2002-2004
Trustee-at-Large, ECFMG Board of Trustees, 1999-2006
RWJUH Board of Directors, 4/1998-5/2009
Member, Board of Directors of the American Society of Hypertension Specialist Program, 1/10-12/12
Member, Board of Directors, Eastern Regional Chapter of the American Society of Hypertension, 1/02-

**SERVICE ON NATIONAL GRANT REVIEW PANELS, STUDY SECTIONS, COMMITTEES:**
Reviewer of Grant Applications for Greek Government 1988
Reviewer for NIA Geriatric Research and Education Center Applications, 6/89
Site Visitor/Consultant, NHLBI Dr. Dean Ornish Research Project Grant, 11/90
Health Care Financing Administration Reviewer for Heart Transplantation Centers
Member, NHLBI Clinical Trials Review Committee, 2/06-6/08
Reviewer for Department of Veterans Affairs Point of Care Research Program 8/12

**SERVICE ON MAJOR COMMITTEES:**
    A.   International
    Chairman, International Cardiovascular Symposium, "Pharmacological Treatment of
       Cardiovascular Diseases, Atlantic City, NJ, 1984

International Program Committee of the AHA, 6/90-6/93
Bristol-Myers Squibb Pharmaceutical Research Institute Data and Safety Monitoring Board, The
    Effect of Oral d-Sotalol on Mortality in Patients with Atherosclerotic Coronary Heart
    Disease and Left Ventricular Dysfunction (SWORD)
Member, Industrial Relation Committee of the 20th Sci Meeting of the International Soc. of
    Hypertension
Member, WHO-ISH Blood Pressure Lowering Treatment Trialists' Collaboration
TIMI Member of the Steering Committee for the InTIME-II Trial
Member, InTIME II Clinical Events Committee
Executive Committee Member, Heart Failure Long Term Antithrombotic Study (HELAS)

B.  National
NIH-Beta Blocker Heart Attack Trial Holter Monitoring Subcommittee
NIH-Systolic Hypertension in the Elderly Program Steering Committee
NIH-Systolic Hypertension in the Elderly Program Drug Selection Committee
NIH-Systolic Hypertension in the Elderly Program Scientific Review Committee
AHA Cardiac Catheterization Committee of the Council on Clinical Cardiology
Technical Advisory Committee-The Bypass Angioplasty Revascularization Investigation Quality
    of Life Substudy 4/88
American College of Chest Physicians Section on Clinical Cardiology Steering Committee
    Member 12/89-12/93
American College of Cardiology Computer Applications Committee, 3/90-3/93
Member, AMA, Diagnostic and Therapeutic Technology Assessment (DATTA) Program of the
    Council on Scientific Affairs Panel of Medical Experts, 3/90-12/98
NIA-Systolic Hypertension in the Elderly Endpoint Coding Committee
Participant in AHA 63rd Scientific Sessions Plenary Session entitled "Cardiac Arrhythmias &
    Antihypertensive Treatment", 11/90
Co-Chairman of Session entitled, "Clinical Hypertension: Cardiovascular Aspects and Clinical
    Trials" at AHA 64th Scientific Session, 11/91
Participant in the 7th Sci Meeting of The American Society of Hypertension Plenary Session
    President's Symposium II: Hypertension in the Elderly, "Beta Blockers and
    Cardiovascular Events in SHEP", 5/92
Steering Committee, NIH-Trial of Nonpharmacologic Interventions in the Elderly
Chairman, Publications and Ancillary Studies Committee, NIH-Trial of Nonpharmacologic
    Interventions in the Elderly
Steering Committee, NIH-Peripheral Arterial Disease (PAD):  A Pilot Study to Evaluate
    Treatment and Prevention Strategies for Atherosclerotic Cardiovascular Disease
Chairman, Endpoints Subcommittee, NIH-Peripheral Arterial Disease (PAD):  A Pilot Study to
    Evaluate Treatment and Prevention Strategies for Atherosclerotic Cardiovascular Disease
Morbidity & Mortality Subcommittee, Cardiovascular Events Working Group, NIH-Vanguard
    Clinical Centers for Clinical Trial and Observational Study of the Women's Health
    Initiative-East
Cardiovascular Disease-Cardiology Scientific Interest Group Member, NIH-Vanguard Clinical
    Centers  for Clinical Trial and Observational Study of the Women's Health Initiative East
ACGME Pre-Reviewer to the Residency Review Committee for Internal Medicine for
    Subspecialty Programs in Cardiovascular Disease, 10/94, 1/95
Secretary, Greek-Greek American Cardiological Society, 1995
Executive Committee, Multicenter American Research Trial with Cilazapril After Angioplasty to
    Prevent Transluminal Coronary Obstruction and Restenosis (MARCATOR)
Member, North American Chapter of the Coronary Biology Working Group, 1995
Rhone-Poulenc Rorer Clinical Events Committee Member, The Efficacy and Safety of
    Subcutaneous Enoxaparin in Non-Q-Wave Coronary Events (Unstable Angina and Non-
    Q-Wave MI): A Double Blind, Randomized, Parallel Group Multicenter Study
    Comparing Enoxaparin and Intravenous Unfractionated Heparin (ESSENCE). Cohen M,
    Demers C, Gurfinkel EP et al. For the ESSENCE Study Group. A comparison of low-
    molecular-weight heparin with unfractionated heparin for unstable coronary artery
    disease. N Engl J Med 1997;337:447-52.

Participant, AHA 69th Sci Sessions Plenary entitled "Hypertensive Treatment & CV Risk", 11/96
U.S. Advisory Board Member for Omapatrilat, BMS, May 1998
1999 Program Committee Member, 14th Scientific Meeting of the American Society of
      Hypertension
Member, Heart Failure Society of America Care Standards Committee, 1997 -2001
ECFMG Planning and Development Committee, 1999- 2001; 2006
ECFMG Test Committee, 2000-2006; Chair, 2000-2006
ECFMG Medical Education Credentials Committee, 2000-2001
ECFMG Research & Publications Committee, 2000-2001
Participant, ECFMG Meeting of the Focus Group to Establish The International Institute for
      Medical Education, Casablanca, Morocco, April 2000
ECFMG Nominating Committee, 2001-,2003;  Chair, 2003
ECFMG Executive Committee, 2002-2004
ECFMG CSA Test Accommodations Committee, 2001-2006
ECGMG Anniversary Planning Committee, Chair, 2005-2006
ECFMG Committee on Provision of Performance Data, 2001; 2005
ECFMG Review Committee for Appeals, 2003-2005
NBME/ECFMG Clinical Skills Examination Collaboration Operations Oversight Group, 9/03-
FAIMER Research Committee, 2002-2004
FAIMER Nominating Committee, 2003-2004; Chair, 2004
Member, Search Committee for President of the ECFMG, 2005
Principal Investigator and Chairman, Steering Committee, Omapatrilat in Persons with Enhanced
      Risk of  Atherosclerotic Events (OPERA)
Principal Investigator and Co-Chairman, Steering Committee, Omapatrilat Cardiovascular
      Treatment Assessment versus Enalapril (OCTAVE)
2001, 2002, 2003, 2004 Scientific Program Committee Member of the American Society of
      Hypertension
Member, Data Safety Monitoring Board, A Multicenter, Randomized, Double-Blind, Placebo
      Controlled Study to Evaluate the Efficacy and Safety of adenovirus-FGF-4 gene in
      Patients with Stable Angina,  Berlex Laboratories
Member, Advisory Group for the ALLHAT CHF validation study 10/01-
Member, USMLE Composite Committee, 3/03-4/06
Member, Review Committee of Mission Statement, USMLE Composite Committee, 2/04
Member, Subcommittee on role of the USMLE Composite Committee, 6/04
Elected Member, Executive Council of the American Society of Hypertension, 5/03-8/05
Treasurer, American Society of Hypertension, 5/04-8/05
Member, Association of Professors of Medicine Education Committee 7/07-6/30/10
AHA Council on Quality of Care and Outcomes Research, 12/09
Member, Association of Professors of Medicine Communications Committee, 7/1/10-6/30/12

C.  Medical School/University
UMDNJ-Robert Wood Johnson Medical School:
Committee for the Protection of Human Subjects in Research
Chairman, Committee for Faculty Practice Billing
Computer Planning Committee
Advisory Board, NJ Regional Comprehensive Hemophilia Care Program, 6/81-6/83
Advisory Committee on Appointments and Promotions 1986-89 (Chairman 1987-89)
Committee to Review the UMDNJ Policy Or Accepting Transfer Students, 1986
Advisory Committee, Magnetic Resonance Imaging Research Center, 2/87-1988
Executive Research Committee, 1987-1990
Chairman's Search Committee for the Department of Physiology & Biophysics, 1987-89, 1992-
Executive Council, 1988
Review Committee for the Chairmanship of the Department of Anesthesiology, 2/90
Search Committee for Director of Cancer Institute, 3/90-3/92
Chairman, Search Committee for the Chair of the Department of Family Medicine 7/91-1/93
Member, CINJ Internal Advisory Board, 9/93-Present
Agenda Subcommittee of the Executive Council, 1993-1996

Space Subcommittee of the Executive Council, 1993
Co-Chairman, Review Committee of Chair and Department of Pediatrics, 10/94-1995
Member, Search Committee for Chair of Department of Surgery, 3/95-1996
Vice President, University Medical Group Board of Governors, 3/95-12/97
Chairman, University Medical Group (UMG) Operations Committee, 7/95-12/97
Supervised UMG Re-engineering Program as the Chairman of the Operations Committee
Member, University Medical Group Finance Committee, 7/95-Present
Vice President, University Medical Group Professional Corporation, 1995-
Vice Chair, University Medical Group Professional Corporation Operations Committee, 1995-
Member, Search Committee for Chair of Department of Neurology, 7/95-6/96
Member, Advisory Board, Clinical Research Center, UMDNJ-RWJMS, 8/95-Present
President, Champions-UMDNJ, 9/96-6/98
Member, Advisory Committee, UMDNJ-RWJMS Primary Care Consortium Health Services
Research Post-Doctoral Fellowship Program, 4/97-Present
Chairman, University Medical Group Board of Governors, 1/98-12/99
Chairman, University Medical Group Finance Committee, 1/98-2/99
Chairman, Search Committee for the Chair of the Department of Pathology and Laboratory
Medicine, 7/98-6/99
Blue Ribbon Task Force: Member, Executive Committee; Member, Education Subcommittee
Strategic Planning Committee, RWJMS, 5/99-Present
Member, Search Committee, Chair, Dept. of Medicine at Jersey Shore Medical Center, 6/99-
Member, Intellectual Property Committee, 7/01-Present
Chair, Search Committee for Chairman of the Department of Environmental and Community
Medicine, 8/01-10/02
Chair, Search Committee, Director of the EOHSI, 10/23/01-10/02
Chair, Review Committee of Chairman and Department of OB/GYN, 2/02-11/02
Chair, Search Committee for Chair of Department of OB/GYN, 4/03-2/04
Member, University Committee CENTRAL of the Review, Planning and Implementation Steering
Committee, 4/03-
Member, Review Committee for the Department of Surgery, 7/03-5/04
Member, Review Committee for Department of Medicine, Camden, 2002-2/03
Member, Strategic Planning Committee, RWJMS, 11/03-
Member, UMDNJ International Program Committee, 4/05-1/06
Member, LCME Educational Resources General and Teaching Facilities Committee, 10/08-
Chair, Search Committee, Senior Associate Dean for Clinical Affairs, 4/09-4/10
Member, Review Committee for the Department of Neurology, 6/09-12/09
Member, UMDNJ Program Advisory Committee, 7/09-
Member, President's Kitchen Cabinet
Member, Evolutionary Track Team Member, 2/10
Chair, Clinical Services & Clinical Support Subgroup of Evolutionary Track Team, 3/10
Member, 5-Year Review of Chief of Medicine, Camden, 8/10-1/11
Member, Search Committee for Chair of Medicine PHCS, 1/11-

D.  Hospital
Robert Wood Johnson University Hospital:
Chairman, C.C.U. Committee
Chairman, C.P.R. Committee
Education Committee
Critical Care Committee 1989-91
Pharmacy & Therapeutics Committee 1989-91
Executive Committee, Department of Medicine
Associate Chairman for Clinical Program Development, Department of Medicine, 7/87-1990
Chief of Medical Service, 1990-Present
RWJUH Board of Directors, 4/1998-5/2009

E.  Department
Chair, Leadership Committee

Member, Executive Committee

F.   Editorial Boards
**EDITOR**
*Disease Management and Clinical Outcomes*, 1996-2000
Chief Medical Editor, *Internal Medicine World Report*, 1/1/2001-6/02
Associate Editor, *Cardiology*, 11/06-10/08

**EDITORIAL BOARDS:**
American Journal of Cardiology
Clinical Therapeutics
Cardiovascular Therapeutics (formerly Cardiovascular Drug Reviews)
Advances in Therapy
Hellenic Journal of Cardiology
American Journal of Geriatric Cardiology
Journal of Noninvasive Cardiology
American Journal of Noninvasive Cardiology
Practical Cardiology
Meeting Reports Cardiovascular
Heart Disease: A Journal of Cardiovascular Medicine,  -6/04
Journal of Interventional Cardiac Electrophysiology
International Trends in Hypertension
Journal of Clinical Hypertension
Cardiology
Cardiology in Review
Journal of Cardiovascular Pharmacology and Therapeutics
Journal of Hypertension
Treatment Strategies Cardiology

G.   *AdHoc* Reviewer
Journal of the American College of Cardiology
Catheterization and Cardiovascular Diagnosis
Chest
Circulation
American Journal of Hypertension
Journal of Human Hypertension
Cardiology in the Elderly
Drugs
Medical & Biological Engineering & Computing
Academic Press
Journal of Hypertension
American Heart Journal
Cardiovascular Drugs and Therapy
Southern Medical Journal
European Heart Journal
New England Journal of Medicine
Journal of the American Medical Association
Journal of Cardiac Failure
The American Journal of Medicine
Hypertension
International Braz J Urol
Annals of Internal Medicine
PLOS ONE

H. Abstract Grader:
ACC Scientific Sessions Abstract Grader for "Electrocardiography/Ambulatory Monitoring"
         Category, 1990

1990 American College of Physicians NJ Affiliate Associate's Program Abs Grader for Annual Meeting

ACC Scientific Sessions Abstract Grader for "Electrocardiography/Ambulatory Monitoring" Category, 1991

American Society of Hypertension Abstract Grader

American College of Chest Physicians Abstract Grader

ACC Scientific Sessions Abstract Grader for "ECG/Ambulatory Monitoring/ Silent Ischemia"

American College of Chest Physicians Abstract Grader

International Stroke Conference Abstract Grader

## SERVICE ON GRADUATE SCHOOL COMMITTEES:
N/A

## SERVICE ON HOSPITAL COMMITTEES:
See above

## SERVICE TO THE COMMUNITY:
First Vice President AHA NJ Affiliate Board of Directors 1984-85

AHA Upper Atlantic Regional Research Committee 1983-87

AHA Regional Research Committee 1983-85

President, Affiliate AHA New Jersey 1988-90

Chairman, Affiliate Research Peer Review Committee, AHA NJ 1981-83

Chairman Affiliate Research Allocation & Policies Committee, AHA, NJ 1983-86

President Elect, Affiliate AHA New Jersey 1986-88

Chairman Affiliate Program Committee, AHA New Jersey 1986-87

Executive Committee, AHA New Jersey Affiliate

New Jersey Health Commissioner's Cardiac Task Force, 5/86-10/86

New Jersey Cardiac Services Task Force Subcommittee on Quality Audit Volume Standards, 5/86-10/86

New Jersey Health Commissioner's Cardiac Services Committee, 7/87-1993

Chairman, Registry/Quality Audit Subcommittee of NJ Cardiac Services Committee, 1987

Electrophysiology Subcommittee of NJ Cardiac Services Committee, 1987

NJ Department of Health Laboratory Standardization Task Force, 1988

Section Chairman, The Academy of Medicine of NJ, "An Intensive Review of Internal Medicine", 1984-90

New Jersey Health Commissioner's Advisory Committee on Minority Health, 3/89-1993

Principal Investigator, New Jersey Myocardial Infarction Data Acquisition System, 1987-Present

AHA, NJ Affiliate Recruitment, Nominations and Awards Committee, 1990-1991

Council Representative for the State of New Jersey, AHA Council on Clinical Cardiology, 8/90-6/99

New Jersey Health Commissioner's Cardiovascular Health Advisory Panel (CHAP), 3/93-4/01

Advisory Committee of the PRO's Cooperative Cardiovascular Project (CCP), 5/95-present

Honorary Chairperson, AHA Middlesex County Division, 1995 "An Affair of the Heart"

New Jersey Health Commissioner's CORE Clinical Advisory Group, 1995

Chairman, New Jersey Health Commissioner's CHAP Subcommittee on Research (CARS), 1996

Regional Leader, IMPRESS Study, December 1997

New Jersey Board of Medical Examiners Medical Expert Advisory Panel, 1998

Blue Cross Blue Shield of New Jersey Pharmacy and Therapeutics Committee, 4/98-11/01

Member, Board of Directors, Eastern Regional Chapter of the American Society of Hypertension, 1/02-

Member, Northeast Lipid Association Program Committee

President-Elect, Northeast Lipid Association, 1/05-4/07

President, Northeast Lipid Association, 4/07-2/08

President-Elect, Eastern Regional Chapter, American Society of Hypertension, 11/06-9/07

President, Eastern Regional Chapter, American Society of Hypertension, 9/07-2/09

Member, Scientific Advisory Board, TRIM-edicine, 1/08-

Chairman, American Society of Hypertension, Task for to Develop a Hypertension Specialist

Designation for Qualified Non-Physician Heart Care Providers

**SPONSORSHIP OF CANDIDATES FOR POSTGRADUATE DEGREE: PH.D. ADVISING**

1.  Rutgers University Biomedical Engineering Program Advisor for Ph.D. Thesis candidate Mary Ortiz.

2.  Rutgers University Biomedical Engineering Program Advisor for Ph.D. Thesis candidate Yasha Kress.

3.  Rutgers University Biomedical Engineering Program Advisor for Ph.D. Thesis candidate Jin-zhao Wang.

4.  Rutgers University Biomedical Engineering Program Advisor for Ph.D. Thesis candidate Metin Akay.

5.  Rutgers University Biomedical Engineering Program Advisor for Ph.D. Thesis candidate Qing Cui.

6.  Rutgers University Biomedical Engineering Program Advisor for Ph.D. Thesis candidate Vasant Padmanabhan.

7.  Rutgers University Biomedical Engineering Program Advisor for Ph.D. Thesis candidate Lisa K. Mann

8.  Rutgers University Biomedical Engineering Program Advisor for Ph.D. Thesis candidate Yasemin Munevver Akay

9.  UMDNJ-School of Public Health Advisor for Ph.D. Thesis candidate Yu-Hsuan Shao

**SPONSORSHIP OF POSTDOCTORAL FELLOWS:**
N/A

**TEACHING RESPONSIBILITIES:**
A.  Lectures or Course Directorships

**MAJOR TEACHING EXPERIENCE:**

Students:

| | |
|---|---|
| Second Year: | Cardiology Lectures |
| Third Year: | CPR Course, Management Conferences |
| Fourth Year: | Cardiology Elective |
| Housestaff: | Attending on Medical Service |
| | Attending on Cardiology Service |

Bi-weekly Cardiology Conferences

Postgraduate Education:

Regional Cardiology Conferences, St. Peter's Medical Center
Cardiology Grand Rounds
National Symposium, "Pharmacological Treatment of Cardiovascular Diseases", 10/84
National Symposium, "Angiotensin Converting Enzyme Inhibitors in the Treatment of Cardiovascular Diseases: Past, Present, and Future", 10/86
Co-Chairman Scientific Paper Session on Ischemic Heart Disease: Evaluation & Therapy, 53rd

Annual Sci Assembly of Am College of Chest Physicians, Atlanta, Oct 1987

UMDNJ Ninth Annual Miniresidency in Occupational Medicine, "Cardiology"

National Symposium, "The Prevention of Sudden Cardiac Death", 10/88

Journal Club Cardiology Tape Recording of "The Prevention of Sudden Cardiac Death" Symposium, 10/88

Moderator, AHA New Jersey Affiliate Sixth Annual Science and Health Writers Seminar, 2/90

Arranged and Chaired AHA, NJ Affiliate Science and Health Writers Seminar For Six Consecutive Years

Moderator, Symposium, "Acute Myocardial Infarction Evolving Concepts in the 1990's", 4/89

Course Director, UMDNJ Symposium, "Hypertension 1989: New Concepts and Management", 5/89

Chairman, UMDNJ-Robert Wood Johnson Medical School Lipid Conference, "Clinical Perspectives on Blood Lipids", 10/89

Chairman, UMDNJ-Robert Wood Johnson Medical School Lipid Conference,"Clinical Perspectives on Blood Lipids", 4/90

National Symposium, "Interventional Options for the Treatment of Coronary Artery Disease in the 90's", 12/90

Course Director, UMDNJ-Robert Wood Johnson Medical School Symposium,"Current Issues in the Management of Hypercholesterolemia: Goals and Strategies", 4/91

Program Director, UMDNJ-Robert Wood Johnson Medical School Symposium,"Myocardial Infarction: New Concepts, Controversies and Treatment Strategies", 9/91

Program Director, The Eighth National State-of-the-Art Cardiology Symposium, UMDNJ-RWJMS, "Interventional Options for the Treatment of Heart Disease, 1991 Focus", 12/91

Course Director, UMDNJ-Robert Wood Johnson Medical School Symposium, "Current Issues in the Management of Hypercholesterolemia: Goals and Strategies", 4/92

Program Director, UMDNJ-Robert Wood Johnson Medical School Symposium, "New Developments in the Management of Cardiovascular Diseases", 5/92

Program Director, UMDNJ-Robert Wood Johnson Medical School Symposium, "Prevention of Stroke", 9/92

Program Director, UMDNJ-Robert Wood Johnson Medical School Symposium,"Myocardial Infarction: New Concepts, Controversies and Treatment Strategies", 10/92

Course Director, The Ninth National State-Of-The-Art Cardiology Symposium, UMDNJ-RWJMS, "Interventional Options for the Treatment of Heart Disease, 1992 Focus", 12/92

Program Chairman, UMDNJ-Robert Wood Johnson Medical School Symposium, "Management of Common Cardiovascular Conditions: New Developments", 6/93

Program Director for Johnson & Johnson Executives, "Frontiers in Cardiology Future Trends in Prevention, Diagnosis and Management of Cardiovascular Disorders", 6/93

Course Director, UMDNJ-Robert Wood Johnson Medical School, "Myocardial Infarction: New Concepts, Controversies and Treatment Strategies", 12/93

Moderator of NJ State Symposium "Public Policy and Invasive Cardiology in NJ: Strategies For the 90's" and Speaker"Diagnostic and Interventional Procedures in the State of NJ", 6/94

Course Director, UMDNJ-Robert Wood Johnson Medical School, "Cardiology Update: 1994", 12/94

Faculty, UMDNJ-Robert Wood Johnson Medical School, "Cardiovascular Disease, Stress and Behavioral Medicine", 3/96

Editor, "Commonly Observed Aspects of Potassium Metabolism and Its Impact on Primary Care: An Illustrated Review of Clinical Considerations in Cardiovascular Health", 5/96

Course Director, UMDNJ-Robert Wood Johnson Medical School, "New Developments in the Treatment of Cardiovascular Disease with ACE Inhibitors", 9/96

Co-Conference Chair, "New Jersey and The Chair of Survival: Aspects of Out of Hospital Management of Cardiac Emergencies", sponsored by AHA, State of NJ Dept of Health and Senior Services, CHAP, Medical Society of NJ, 9/98

Program Co-Director, UMDNJ-Robert Wood Johnson Medical School, "The Molecular Revolution and the Practice of Cardiology", 10/98

Program Director, UMDNJ-Robert Wood Johnson Medical School, "Treatment of Hypertension at the End of the Millennium", 3/99

Symposium Co-Chair, "UpDate on the Management of Hypertension", sponsored by the NHLBI, 4/99

UMDNJ Symposium, Conference Co-Chair, "Sexual Activity and Cardiac Risk: An International Consensus Conference", Princeton, NJ, 6/99.

Program Director, UMDNJ-Robert Wood Johnson Medical School, "Effect of ACE Inhibition of The
 Heart, The Vasculature, The Brain, and the Kidney", Iselin, NJ, 10/01.
Chairperson: "An Advanced Approach to the Management of Cardiovascular Disease: The Role of
 Vasopeptidase Inhibition (VPI)", Atlanta, GA, 3/02.
Symposium Chairman, "Arrhythmic & Ischemic Emergencies: New Treatment Approaches",
 Philadelphia, PA, 6/02.
Program Co-Chair, Third Annual Scientific Forum of the Northeast Lipid Association, Montreal, Quebec,
 Canada, 4/07.
Program Co-Chair, Hypertension 2008: Advances in Diagnosis & Management, Co-Sponsored by The
 Eastern Regional Chapter of the ASH and Division of Cardiology, St. Luke's-Roosevelt Hospital,
 Columbia University College of Physicians and Surgeons, New York, NY, 4/08
 Scientific Program Committee Member, Eastern Regional Chapter American Society of
 Hypertension 26th Annual Young Investigators Research Awards Competition and Dinner
 Seminar, New York, NY, 2/09.
Chairman, Fifth State-of-the-Art Cardiology Symposium, "Angiotensin Converting Enzyme
 Inhibitors in the Treatment of Cardiovascular Diseases: Past, Present, and Future", New
 Brunswick, NJ, 1986
Chairman, Sixth State-of-the-Art Cardiology Symposium, "The Prevention of Sudden Cardiac
 Death", Elizabeth, NJ, 1988
Co-Chair of ACC 48th Annual Scientific Session Oral Contributions session entitled
 "Hypertension: Pathophysiologic Agents", 3/99
2000 Program Committee Member, 15th Scientific Meeting of the American Society of Hypertension
Participant in ACC 49th Annual Scientific Session symposium entitled "Is It Possible to Prevent
 Heart Failure? Reviewing the Evidence", 3/00
Co-Chair, 15th Scientific Meeting of the American Society of Hypertension Theme II: Congestive
 Heart Failure and Hypertension, 5/00
Participant, 15th Scientific Meeting of the American Society of Hypertension Theme III: Are We
 Adequately Affecting All of the Hypertension Co-Morbidity and Mortality: Trial
 Evidence of the Impact of Hypertension Treatment, "Impact of Hypertension Treatment on
 Coronary Artery Disease Morbidity and Mortality", 5/00
Co-Chairman of Session entitled, "Coronary Artery Disease: Drug Therapy" at ACC 43rd Annual
 Scientific Session, Atlanta, GA, 3/94
Co-Chairman of Session entitled, " Hypertension: Emerging Treatment Strategies" at AHA 2008
 Scientific Session, 11/08
Chairman, "Managing Hypertension and Cardiorenal Disease: Is Prevention of Microalbuminuria
 an Appropriate Goal?", sponsored by the American Society of Hypertension, Inc., 11/09

Nurses:
Critical Care Course, Robert Wood Johnson University Hospital
Lectures at Robert Wood Johnson University Hospital
Project Up-Beat
Lectures to area rescue squads and paramedics

Research Training
 Post Doctoral Fellows: N/A
 Pre Doctoral Students: N/A

**CLINICAL RESPONSIBILITIES:** (Clinical effectiveness should be addressed in nominating letter)

**GRANT SUPPORT:**
 A. Principal Investigator

**NIH GRANT HISTORY:**
**Current**
NIH and Duke Clinical Research Institute, Prospective Multicenter Imaging Study for Evaluation of Chest
Pain (PROMISE), 10/10-7/16, $120,000
Principal Investigator

NIH and University of Alabama,Systolic Blood Pressure Intervention Trial (SPRINT), 9/10-12/20, $136,133, year one
Principal Investigator

**Past**

NHLBI and Kos Pharmaceuticals, Inc. through Axio Research Company, LLC,Atherothrombosis Interventions in Metabolic Syndrome with Low HDL/High Triglyceride and Impact on Global Health Outcomes (AIM-HIGH), 2/06-, $510,250
Principal Investigator

NHLBI through Seattle Institute of Cardiac Research,Home Automatic External Defibrillator Trial (HAT),2/04-8/08, $42,000
Principal Investigator

NHLBI through Duke University,A CHF Trial Investigating Outcomes of Exercise Training (HF-ACTION), 11/03-8/08, $412,009
Principal Investigator

NHLBI through AECOM, Fat Reduction, HRT Use and Benign Breast Disease Risk, 8/20/01-7/31/02, $12,000
Principal Investigator

NHLBI through SERC, Azithromycin and Coronary Events Study (ACES): Antibiotic Treatment of Coronary Artery Disease, 3/99-,$292,975
Principal Investigator

NHLBI, Atrial Fibrillation Follow-up Investigation of Rhythm Management, 5/1/96-,$50,400
Principal Investigator

NHLBI, ALLHAT, 2/1/96-,$27,875
Principal Investigator

NHLBI and Department of Veterans Affairs, Beta-blocker Evaluation of Survival Trial, 3/1/95-6/30/99, $40,000
Principal Investigator

NHLBI, Vanguard Clinical Centers for Clinical Trial and Observational Study of the Women's Heath Initiative-East, 3/93-6/2005, $13,968,795
Principal Investigator, $3,289,510

NHLBI, Peripheral Arterial Disease (PAD): A Pilot Study to Evaluate Treatment and Prevention Strategies for Atherosclerotic Cardiovascular Disease, 9/92-9/95, $911,824
Principal Investigator

NHLBI, Trial of Nonpharmacologic Interventions in the Elderly, 4/92-3/96, $2,651,265
Principal Investigator

NHLBI, CNS Effects of Antihypertensive Therapies, 8/90-7/92, $532,390.00
Principal Investigator

Stuart Pharmaceuticals, Ambulatory Electrocardiology in:  Ancillary Study of the Systolic Hypertension in the Elderly Program, 1/85-6/99, $50,000
Principal Investigator

NHLBI, Studies Of Left Ventricular Dysfunction Sudden Death Substudy, 9/87-9/89, $2,556
Principal Investigator

NHLBI, Longitudinal Echocardiographic Evaluation of Cardiac Structure and Function in SOLVD Patients, 9/87-9/90, $7,522.00
Co-Principal Investigator

NHLBI, Studies Of Left Ventricular Dysfunction Registry Protocol, 9/87-9/89, $83,486.00
Principal Investigator

NHLBI, Studies Of Left Ventricular Dysfunction Quality of Life Substudy, 4/88-9/90, $55,880.00
Principal Investigator

NHLBI, Studies Of Left Ventricular Dysfunction, 12/85-10/91, $1,151,178.00
Principal Investigator

NHLBI, CNS Side Effects of Antihypertensive Therapies, 4/85-3/87, $389,864.00
Principal Investigator

NHLBI, Systolic Hypertension in the Elderly Program, 7/84-8/91, $1,552,370.00
Principal Investigator

NHLBI, Beta Blocker Heart Attack Trial, 9/77-3/81, $260,349.00
Co-Principal Investigator

NHLBI, Aspirin Myocardial Infarction Study,10/74-9/79, $391,558.00
Co-Principal Investigator

**GRANT HISTORY - AMERICAN HEART ASSOCIATION, STATE, FOUNDATION**
**Current**
Foundation of UMDNJ, Cardiology Chief, 7/08-12/13, $800,000

The Schering-Plough Foundation, The Myocardial Infarction Data Acquisition System (MIDAS), 1/07-7/13, $250,000

The Robert Wood Johnson Foundation, The Myocardial Infarction Data Acquisition System (MIDAS), 1/07-7/13, $250,000

The Robert Wood Johnson Foundation, The Cardiovascular Institute of New Jersey (CVINJ) endowment, 1/05, $10,000,000 revised to $2,000,000 in 2009

State of New Jersey, The Cardiovascular Institute of New Jersey (CVINJ) endowment, /1/02, $1,761,540

The Robert Wood Johnson Foundation, The Cardiovascular Institute of New Jersey (CVINJ) endowment, 2/1/01, $10,000,000

Detwiler Foundation for the John G. Detwiler Endowed Cardiology Professor, 12/84, $505,000

**Past**
State of New Jersey, Department of Health, Centers for Disease Control Lipid Standardization Laboratory for New Jersey, $15,000

The Robert Wood Johnson Foundation, The New Jersey Acute Myocardial Infarction Registry, $49,168

State of New Jersey, Department of Health, The New Jersey Acute Myocardial Infarction Registry, $15,000

American Heart Association, NJ Affiliate,Effect on Infusion of Glucose-Insulin-Potassium Solution on the Exercise Stress Test in Patients With and Without Coronary Atherosclerosis

American Heart Association, NJ Affiliate, New Contractility Index

Busch Foundation, Performance Criteria and Weighting Factor of Left Ventricular Work-Load and Pump Output

American Heart Association, NJ Affiliate, Middlesex Chapter, Electrophysiologic Effects of Alcohol

American Heart Association, New Jersey Affiliate,Fibrillation Threshold, Alcohol, Antiarrhythmics, Myocardial Infarction

New Jersey Heart Association, Antiarrhythmic Properties of Alcohol

Council for Tobacco Research, Smoking and Ventricular Fibrillation (trainee)

Commonwealth of Pennsylvania,Caffeine and Ventricular Fibrillation (trainee)

General Research Support Committee CMDNJ-Rutgers Medical School, Psychological and Electroencephalographic Screening of Patients with Mitral Valve Prolapse, 3/77

**GRANT HISTORY - INDUSTRY:**
**Current**

Novartis Pharmaceuticals Corporation, A Multicenter, Randomized, Double-Blind, Parallel Group Active-Controlled Study to Evaluate the Efficacy and Safety of LCZ696 Compared to Enalapril on Morbidity and ortality in Patients with Chronic Heart Failure and Reduced Ejection Fraction (PARADIGM), 1/10-2/16, 176,198

**Past**
Medtronic, Inc., Chronicle Offers Management to Patients with Advanced Signs and Symptoms of Heart Failure (COMPASS-HF)

Boehringer Ingelheim Pharmaceuticals Inc., Randomized Evaluation of Long Term Anticoagulant Therapy (RE-LY) Comparing the Efficacy and Safety of Two Blinded Doses Dabigatran Etexilate with Open label Warfarin for the Prevention of Stroke and system Embolic Events in Patients with Non-Valvular Atrial Fibrillation. A Prospective, Randomized, Open label, Active Controlled, Multicenter, Parallel-Group Non-Inferiority Trial (RE-LY STUDY), $397,380

Pfizer, Phase 3 Multi-Center, Double-Blind, Randomized, Parallel Group Evaluation of the Fixed Combination of Torcetrapib/Atorvastatin, Administered Orally, Once Daily (QD), Compared with Atorvastatin Alone, or on the Occurrence of major Cardiovascular Events in Subjects with Coronary Heart Disease or Risk Equivalents, $486,150

Alteon Inc., Systolic and Pulse Pressure Hemodynamic Improvement by Restoring Elasticity: The Sapphire Study, $79,312.50

Bristol-Myers Squibb through PPD Development, LLC, CV137-120: Omapatrilat Cardiovascular Treatment Assessment Versus Enalapril (OCTAVE), $22,500

Pfizer Inc., A Randomized, Double-Blind, Placebo Controlled Trial of the Effect of Weekly Azithromycin on the Incidence of Coronary Artery Disease in Subjects with Evidence of Exposure to C. Pneumoniae, $31,800

Bristol-Myers Squibb, CV137-068-071 Omapatrilat versus Enalapril Randomized Trial of Utility in Reducing Events (OVERTURE) - Neurohormonal/Clotting Substudies, $1,720

Bristol-Myers Squibb, CV137-068-071 Omapatrilat versus Enalapril Randomized Trial of Utility in Reducing Events (OVERTURE) - Echocardiographic Substudy, $4,000

Schering-Plough, A Phase III Double-Blind Efficacy and Safety Study of SCH 58235 (10 mg) in Addition to Atorvastatin in Subjects with Coronary Heart Disease or Multiple Cardiovascular Risk Factors and with Primary Hypercholesterolemia Not Controlled by a Starting Dose (10 mg) Atorvastatin, $37,720

Bristol-Myers Squibb, CV137-056 Omapatrilat in Persons with Enhanced Risk of Atherosclerotic Events: The "OPERA" Trial Administrative Center, $100,000

Bristol-Myers Squibb, CV137-056 Omapatrilat in Persons with Enhanced Risk of Atherosclerotic Events: The "OPERA" Trial, $260,000

Bristol-Myers Squibb, CV137-068-071 Omapatrilat versus Enalapril Randomized Trial of Utility in Reducing Events (OVERTURE), $44,400

G.D. Searle & Co., A Double-Blind, Randomized Titration-to-Effect Study of the Antihypertensive Effect of Eplerenone Versus Enalapril in Patients with Essential Hypertension, $69,850

DuPont Pharmaceuticals Company, A Phase II, Randomized, Open-Label, Crossover, Multicenter, Multi-Dose Study of the Safety, Pharmacokinetics, and Pharmacodynamics of DMP 754 (Roxifiban) in Combination with Aspirin in Patients with Coronary Artery Disease, $24,788

Parke-Davis, A Multicenter Six Week Randomized Open-Label Parallel Arm Study Comparing the Efficacy of Once Daily Atorvastatin to Simvastatin in Hypercholesterolemic Patients (The Challenge Study), $69,000

Parke-Davis/Pfizer, The Effect of LDL-Cholesterol Lowering Beyond Currently Recommended Minimum Targets on Coronary Heart Disease (CHD) Recurrence in Patients with Pre-Existing CHD, $315,000

Parke-Davis/Pfizer A 54-Week Open Label Assessment of the Safety and Efficacy Profile of Atorvastatin as Compared to Fluvastatin, Lovastatin, Simvastatin and Pravastatin When Used to Optimally Control Primary Hypercholesterolemia (Type IIA) and Mixed Dyslipidemia (Type IIB)

Hoechst Marion Roussel, Inc., A Double-Blind, Placebo-Controlled, Multinational Trial to Investigate the Effect of the Na+/H+ Exchange Inhibitor HOE 642 (cariporide) on All-Cause mortality and Myocardial Infarction in Patients at Risk of Myocardial Necrosis Due to Acute Coronary Syndrome Related to the Disease Process or to an Interventional Cardiac Procedure, $119,832

Otsuka America Pharmaceuticals Inc., Multi-Center, Randomized, Double Blind, Placebo-Controlled Dose Range Efficacy Safety and Pharmacokinetic Study of OPC-41061 Tablets in Patients with Congestive Heart Failure with Extracellular Volume Expansion, $54,216

Merck & Co., Inc., A Randomized, Double-Blind, Placebo-Controlled Sequential-Panel Single Dose Study to Investigate the Acute Hemodynamic Effects of IV L-753,037 (BQ4508-2) in Patients with Symptomatic Heart Failure, $58,113

Roche Pharmaceuticals, Double-Blind, Parallel Group Study to Evaluate the Efficacy and Tolerability of Mibefradil Compared to Amlodipine in Patients with Chronic Stable Angina Pectoris and Impaired Cardiac Function, $31,800

Bristol-Myers Squibb, Inhibition of Metallo Protease By BMS-186716 in a Randomized Exercise and Symptoms Study in Subjects with Heart Failure - The IMPRESS Trial, $40,800

Bristol-Myers Squibb, The Pharmacokinetics and Pharmacodynamics of Irbesartan in Congestive Heart Failure Patients and Matching Controls, $270,600

Wyeth-Ayerst and Wake Forest University School of Medicine, Women's Health Initiative Memory Study

Bristol-Myers Squibb, The Pharmacokinetics and Pharmacodynamics of BMS 186716 in Congestive Heart Failure Patients and Matching Controls, $264,840

Otsuka America Pharmaceutical, Inc., Assessment of the Efficacy, Safety and Pharmacokinetic Characteristics of Maintenance Dosages of OPC-41061 in Congestive Heart Failure Patients with Hyponatremia, $227,020

Merck & Co., Inc., Outcomes of Usual Treatment vs. Computer Ordering and Modified Education Study (OUTCOMES), $30,000

Merck & Co., Inc., The Losartan Intervention for Endpoint Reduction in Hypertension Study (LIFE), $38,016

Bristol-Myers Squibb, Torsemide in Congestive Heart Failure, $54,184

Parke-Davis, QUIET, $20,833

Bristol-Myers Squibb, Intravenous nPA for Treatment of Infarcting Myocardium Early (InTIME), $96,500

Boehringer Ingelheim Pharmaceuticals, Inc., Telmisartan/Hydrochlorothiazide Factorial Trial in Hypertension, $42,908

Merck & Co., Inc., A Multicenter, Prospective, Double-Blind, Randomized, Parallel Study to Compare the Efficacy and Tolerability of 10 mg, 20 mg and 40 mg Doses of Lovastatin versus 20 mg and 40 mg Doses of Fluvastatin in the Treatment of Patients with Primary Hypercholesterolemia, $25,500

Bristol-Myers Squibb, A Multi-Center, Double-Blind, Parallel Group Safety and Efficacy Comparison of Placebo and Ifetroban (BMS 180,291) in Patients with Intermittent Claudication, $68,392

Otsuka America Pharmaceutical, Inc., A Randomized, Double-Blind, Placebo Controlled, Multidose Study of Cilostazol in Patients with Intermittent Claudication Secondary to Chronic Occlusive Arterial Disease, $132,360

Bristol-Myers Squibb Pharmaceutical Research Institute, The Pharmacokinetics and Pharmacodynamics of Fosinopril in Congestive Heart Failure Patients and Matching Controls, $90,480

Hoechst-Roussel Pharmaceuticals, Inc., The Safety and Efficacy of Rising Single Doses of CAS 936 in Patients With Chronic Stable Angina, $288,324

Merck Sharp & Dohme, Losartan Multiple-Dose Hemodynamic Study (Losartan Protocol 047), $139,920

Johnson & Johnson Corporation, Noninvasive Measurement of Changes in Mechanical Properties of Brachial Artery with Sublingual Nitroglycerin, $4,615

Dellview, Evaluation of a New Catheter Tip Pressure Transducer, $3,000

Merck Sharp & Dohme, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study of the Hemodynamic Responses to a Single Oral Dose of MK-954 (DuP 753) in Patients with Heart Failurem $130,746

Roche Pharmaceuticals, Multicenter American Research Trial with Cilazapril After Angioplasty to Prevent Transluminal Coronary Obstruction and Restenosis (MARCATOR), $96,660

ICI Pharmaceuticals, Atenolol Silent Ischemia Trial (ASIST) A Pilot Study, $3,000

The Squibb Institute for Medical Research, A Study to Evaluate the Effects of Pravastatin and Lovastatin on Nighttime Sleep in Patients with Hypercholesterolemia, $211,548

Schering Corporation, Dilevalol Vs. Propranolol and Placebo: Effects on Sexual Function in Male Hypertensives

Parke-Davis Pharmaceutical Research Division, A Study to Compare the Efficacy and Safety of Lipid Modified Release Formulation to Lopid Immediate-Release Formulation in Patients with Type IIa Hyperlipoproteinemia, $45,900

Glaxo Inc., The Effects of Isradipine, Enalapril and Atenolol on the Quality of Life in the Elderly Female Hypertensives

Glaxo Inc., Quality of Life Study in Middle Aged Male Hypertensives: A Comparison of Labetalol, Propranolol, Hydrochlorothiazide and Placebo Treatment, $76,226

Stuart Pharmaceuticals, A Study Comparing the Efficacy and Pharmacodynamics of Zestril (lisinopril) With Enalapril in the Treatment of Mild to Moderate Hypertension (ZES 7-347-2), $63,388

Stuart Pharmaceuticals, A Study Comparing the Efficacy of Once Daily Zestril (lisinopril) With Once or Twice Daily Verapamil-SR in the Treatment of Mild to Moderate Hypertension (ZES 7-347-1)

Hoffmann-LaRoche, Double Blind, Placebo-Controlled Study of Cilazapril in Patients with Chronic Congestive Heart Failure

Key Pharmaceuticals, Double Blind Comparison of Gallopamil Vs. Placebo in the Treatment of Angina Pectoris

Eli Lilly & Co., Indecainide in Ventricular Arrhythmias, $26,490

Stuart Pharmaceuticals, Double Blind Comparison of Tenormin and Nifedipine in Patients with Chronic Stable Angina Pectoris

Hoechst-Roussel Pharmaceuticals, Double Blind Study with Daily Oral Doses of Ramipril in Patients with Essential Hypertension

Wyeth Laboratories, Outpatient Evaluation of the Safety and Efficacy of Oral Recainam (WY-42,362) Maintenance Therapy in Suppression of Chronic Ventricular Ectopy

Ciba-Geigy Pharmaceuticals, Efficacy, Safety and Tolerability Comparison of Lopressor, Tonocard, and Lopressor Associated with Tonocard in the Treatment of Post-MI Patients with Symptomatic Chronic Ventricular Arrhythmia

Key Pharmaceuticals, Double Blind Evaluation of Transdermal Nitroglycerin Delivery Systems vs. Placebo in the Treatment of Angina Pectoris, $27,504

Ortho Diagnostics, Correlation of an Antithrombin Test with a Coronary Arteriogram

Ortho Pharmaceuticals, Coagulation Studies in Patients with Myocardial Infarction

Sandoz, Inc., Evaluation of Acute Dose Response Hemodynamic Effects and Safety of Sandoz Compound 201-106 Administered Orally to Patients with Congestive Heart Failure, $61,186

Reed & Carnrick, Effect of Monotrate on Exercise Tolerance in Patients with Stable Angina Pectoris

Hoffmann-LaRoche, Extended Long-Term Treatment with Oral Cibenzoline for Premature Ventricular Contractions, $113,183

American Cyanamid, Lederle Labs, Single Blind Study of the Safety and Efficacy of CL 115, 347 Administered Transdermally to Hypertensives

Stuart Pharmaceuticals, Short-Term Controlled Study to Assess Sleep and Dream Patterns in Normal Volunteers Receiving Tenormin (Atenolol), Metoprolol, Propranolol, Pindolol and Placebo

Janssen Pharmaceuticals, Noninvasive Cardiac Evaluation of Scleroderma

Sandoz Pharmaceuticals, Comparative Electrophysiologic Evaluation of Pindolol and Propranolol Following Acute Administration in Patients Undergoing Cardiac Catheterization

Squibb Institute for Medical Research,  Ability of T.I.D. Captopril Given Alone or with Diuretic to Maintain Blood Pressure Control for 8 Hours in Patients with Mild to Moderate Hypertension, $77,100

E.R. Squibb & Sons, Surveillance Study:  Nadolol (Corgard) in the Treatment of Angina Pectoris

E.R. Squibb & Sons, Comparison of Nadolol and Atenolol in the Treatment of Angina Pectoris

Ciba-Geigy Inc., Double-Blind Evaluation of Trasicor vs. Placebo in the Treatment of Angina Pectoris

Maryland Research, Persantine-Aspirin Reinfarction Study, Part II (Paris II)

Hoffmann-LaRoche, A Comparison of Cibenzoline with Placebo in the Short-Term Treatment of Patients with Ventricular Premature Complexes

Stuart Pharmaceuticals, Atenolol in the Management of Cardiac Arrhythmias

Sandoz Pharmaceuticals,Comparative Evaluation of Pindolol Administered Three Times a Day and Placebo in Patients with Classical Effort-Associated Angina Pectoris

Hoffmann-LaRoche, Cibenzoline vs. Placebo in Short Term Treatment of Patients with Premature Ventricular Contractions

Merck Sharp & Dohme, Use of Timolol with Digoxin to Control Rapid Rate of Atrial Fibrillation or Flutter

McNeil Pharmaceuticals, Bepridil Hydrochloride:  Open Long-Term Study in Stable Angina Pectoris

Ortho Pharmaceuticals, Coagulation Studies in Patients with Myocardial Infarction

Ciba-Geigy, Double Blind Evaluation of Lopressor (Metoprolol) vs. Propranolol in the Treatment of Cardiac Arrhythmias

Merck Sharp & Dohme, Controlled 8-week Multi-Clinic Study to Compare the Effects of Blocadren and Placebo in Patients with Sinus Tachycardia

Hoechst-Roussel Pharmaceuticals, Inc.,  Open Long-Term Safety Study of Piretanide and Furosemide (Lasix) in Ambulatory Patients withCongestive Heart Failure, $30,630

Hoechst-Roussel Pharmaceuticals, Inc., Double-Blind Comparison of Safety and Efficacy of Piretanide and Hydrochlorothiazide (Hydrodiuril) in Ambulatory Patients with Congestive Heart Failure

Sandoz Pharmaceuticals, Once-a-Day Administration of Pindolol

ICI Americas Inc., Short-Term Evaluation of Tenormin in Patients with Ventricular Arrhythmias

Sandoz Pharmaceuticals, Multi-Center Study to Compare the Effect of Pindolol and Propranolol in Patients with Angina Pectoris

      B.   Pending

**PUBLICATIONS:**
Refereed Original Article in Journal

1.      Hodas N, Turpin BJ, Lunden MM, Baxter LK, Ozkaynak H, Burke J, Ohman-Strickland P, Thevenet-Morrison K, **Kostis JB** for the MIDAS 21 Study Group, Rich DQ. Refined ambient $PM_{2.5}$ exposure surrogates and the risk of myocardial infarction. J Expo Sci Environ Epidemiol. 2013; Epub ahead of print

2.      Jackson G, Nehra A, Miner M, Billups KL, Burnett AL, Buvat J, Carson CC, Cunningham G, Goldstein I, Guay AT, Hackett G, Kloner RA, **Kostis JB**, Montorsi P, Ramsey M, Rosen R, Sadovsky R, Seftel AD, Shabsigh R, Vlachopoulos C, Wu FC. The assessment of vascular risk in men with erectile dysfunction: the role of the cardiologist and general physician. Int J Clin Pract. 2013; Epub ahead of print

3.      Nehra A, Jackson G, Miner M, Billups KL, Burnett AL, Buvat J, Cardon CC, Cunningham GR, Goldstein I, Guay AT, Hackett G, Kloner RA, **Kostis J**, Montorsi P, Ramsey M, Rosen RC, Sadovsky R, Seftel AD, Vlachopoulos C, Wu FC. Diagnosis and treatment of erectile dysfunction for reduction of cardiovascular risk. J Urol 2013;189(6):2031-2038.

4.      Kostis WJ, Cabrera J, Hooper WC, Whelton PK, Espeland MA, Cosgrove NM, Cheng JQ, Deng Y, De Staerck C, Pyle M, Maruthur N, Reyes I, Anderson CA, Liu J, **Kostis JB**. Relationships between selected gene polymorphisms and blood pressure sensitivity to weight loss in elderly persons with hypertension. Hypertension 2013;61(4):857-863.

5.      Moreyra AE, Deng Y, Wilson AC, Cosgrove NM, Kostis WJ, **Kostis JB**; for the MIDAS 18 study group. Incidence and trends of heart failure admissions after coronary artery bypass grafting surgery. Eur J Heart Fail 2013;15(1):46-53.

6.      Gastrich MD, Gandhi SK, Pantazopoulos J, Zang EA, Cosgrove NM, Cabrera J, Sedjro JE, Bachmann G, **Kostis JB** for the Myocardial Infarction Data Acquisition System (MIDAS 17) Study Group. Cardiovascular outcomes after preeclampsia or eclampsia complicated by myocardial infarction or stroke. Obstet Gynecol 2012;120(4):823-831.

7.      Nehra A, Jackson G, Miner M, Billups KL, Burnett AL, Buvat J, Carson CC, Cunningham GR, Ganz P, Goldstein I, Guay AT, Hackett G, Kloner RA, **Kostis J**, Montorsi P, Ramsey M, Rosen R, Sadovsky R, Seftel AD, Shabsigh R, Vlachopoulos C, Wu FC. The Princeton III consensus recommendations for the management of erectile dysfunction and cardiovascular disease. Mayo Clin Proc 2012;87(8):766-78.

8.      Gandhi SK, McKinney JS, Sedjro JE, Cosgrove NM, Cabrera J, **Kostis JB** for the Myocardial Infarction Data Acquisition System (MIDAS 16) Study Group. Temporal trends in incidence and long-term case fatality of stroke among children from 1994-2007. Neurology78:1923-1929, 2012.

9.      Kostis WJ, Cheng JQ, Dobrzynski JM, Cabrera J, **Kostis JB**. Meta-analysis of statin effects in women versus men. JACC 59:572-582, 2012.

10.     **Kostis JB**, Cabrera J, Cheng JQ, Cosgrove NM, Deng Y, Pressel SL, Davis BR. Association between chlorthalidone treatment and long-term survival. JAMA 306(23):2588-2593, 2011.

11.     McKinney J, Deng Y, Kasner SE, **Kostis JB** for the Myocardial Infarction Data Acquisition System (MIDAS 15) Study Group. Comprehensive Stroke Centers Overcome the Weekend Versus Weekday Gap in Stroke Treatment and Mortality. Stroke 42:2403-2409, 2011.

12.     Aronow WS, Fleg JL, Pepine CJ, Artinian NT, Bakris G, Brown AS, Ferdinand KC, Forciea MA, Frishman WH, Jaigobin C, **Kostis JB**, Mancia G, Oparil S, Ortiz E, Reisin E, Rich MW, Schocken DD, Weber MA, Wesley DJ, Harrington RA, Bates ER, Bhatt DL, Bridges CR, Eisenberg MJ, Ferrari VA, Fisher JD, Gardner TJ, Gentile F, Gilson MF, Hlatky MA, Jacobs AK, Kaul S, Moliterno DJ, Mkherjee D, Rosenson RS, Stein JH, Weitz HH, Wesley DJ. ACCF/AHA 2011 expert consensus document on hypertension in the elderly: a report of the American College of Cardiology Foundation Task Force on Clinical Expert Consensus Documents Developed in Collaboration with the Amrican Academy of Neurology, American Geriatrics Society, American Society for Preventive Cardiology, American Society of Hypertension, American Soicety of Nephrology, Association of Black Cardiologists, and European Society of Hypertension. J Am Soc Hypertens 5(4):259-352, 2011.

13.     Aronow WS, Fleg JL, Pepine CJ, Artinian NT, Bakris G, Brown AS, Ferdinand KC, Forciea MA, Frishman WH, Jaigobin C, **Kostis JB**, Mancia G, Oparil S, Ortiz E, Reisin E, Rich MW, Schocken DD, Weber MA, Wesley DJ. ACCF/AHA 2011 expert consensus document on hypertension in the elderly: a report of the American College of Cardiology Foundation Task Force on Clinical Expert Consensus Documents. J Am Coll Cardiol 57:2037-114, 2011.

14.     Aronow WS, Fleg JL, Pepine CJ, Artinian NT, Bakris G, Brown AS, Ferdinand KC, Forciea MA, Frishman WH, Jaigobin C, **Kostis JB**, Mancia G, Oparil S, Ortiz E, Reisin E, Rich MW, Schocken DD, Weber MA, Wesley DJ. ACCF/AHA 2011 expert consensus document on hypertension in the elderly: a report of the American College of Cardiology Foundation Task Force on Clinical Expert Consensus Documents. Circulation 123(21):2434-506, 2011.

15.     Yegneswaran B, **Kostis JB**, Pitchumoni CS. Cardiovascular manifestations of acute pancreatitis. J of Crit Care 26(2):225.e11-225.e18, 2011.

16.     Kostis WJ, Moreyra AE, Cheng JQ, Dobrzynski JM, **Kostis JB**. Continuation of mortality reduction after the end of randomized therapy in clinical trials of lipid –lowering therapy.   J of Clin Lipidology 5(2):97-104, 2011.

17.     Bangalore S, Messerli FH, Wun CC, Zuckerman AL, DeMicco D, **Kostis JB**, LaRosa JC; for the Treating to New Targets Steering Committee and Investigators. J-curve revisited:  An analysis of blood pressure and cardiovascular events in the Treating to New Targets (TNT) Trial. Eur Heart J 31(23):2897-908, 2010.

18.     Kostis WJ, Thijs L, Richart T, **Kostis JB**, Staessen JA. Persistence of mortality reduction after the end of randomized therapy in clinical trials of blood pressure lowering medications.   Hypertension 56;1060-1068,  2010.

19.     Kostis WJ, Deng Y, Pantazopoulos JS,  Moreyra AE, **Kostis JB** for the Myocardial nfarction Data Acquisition System Group (MIDAS 14). Trends in mortality of acute myocardial infarction  after discharge from the hospital. Circ  Cardiovasc Qual Outcomes 3:581-589, 2010.

20.     Moreyra AE, Huang MS, Wilson AC, Deng Y, Cosgrove NM, **Kostis JB** for the MIDAS Study Group (MIDAS 13). Trends in incidence and mortality rates of ventricular septal rupture during acute myocardial infarction. Am J Cardiol 106:1095-1100, 2010.

21.     Rich DQ, Kipen HM, Zhang J, Kamat L, Wilson AC, **Kostis JB** for the Myocardial Infarction Data Acquisition Study Group (MIDAS 12). Triggering of transmural infarctions, but not non-transmural infarctions, by ambient fine particles. Environ Health  Perspect  118:1229-1234, 2010.

22.   Shao Y-H, Croitor S, Moreyra AE, WilsonAC, Kostis WJ, Cosgrove NM, **Kostis JB** For the MIDAS Study Group (MIDAS 11). Comparison of Hospital-vs-Out-of-Hospital Coronary Death Rates in Women-vs-Men. Am J Cardiol106:26-30, 2010.

23.   Parikh A, Gupta K, Wilson AC, Fields K, Cosgrove NM, **Kostis JB**. The effectiveness of outpatient appointment reminder systems (OARS) in reducing no-show rates:  a randomized, controlled trial. Am J Med 123:542-548,2010.

24.   Howard BV, Curb JD, Eaton CB, Kooperberg C, Ockene J, **Kostis JB**, Pettinger M, Rajkovic A, Robinson JG, Rossouw J, Sarto G, Shikany JM, Van Horn L. Low-fat dietary pattern and lipoprotein risk factors:  The Women's Health Initiative Dietary Modification Trial. Am J Clinical Nutr 91(4):860-74, 2010.

25.   **Kostis JB**. Antihypertensive therapy with CCB/ARB combination in older individuals:  focus on amlodipine/valsartan combination.  American Journal of Therapeutics 17:188-196, 2010.

26.   Atkinson HH, Rapp SR, Williamson JD, Lovato J, Absher JR, Gass M, Henderson VW, Johnson KC, **Kostis JB**, et al. The relationship between cognitive function and physical performance in older women:  Results from the Women's Health Initiative Memory Study (WHIMS).  J of Gerontol A Biol Sci Med Sci 65(3):300-306, 2010.

27.   Giles TD, Materson BJ, Cohn JN, **Kostis JB**. Definition and classification of hypertension:  An update. JCH 11(11):611-614, 2009.

28.   Chlebowski RT, Schwartz AG, Wakelee H, Anderson GL, Stefanick ML, Manson JE, Rodabough RJ, Chien JW, Wactawski-Wende J, Gass M, Kotchen JM, Johnson KC, O'SullivanMJ, Ockene JK, Chen C, Hubbell FA, for the Women's Health Initiative Investigators (**JB Kostis** Collaborator). Lancet 374:1243-51, 2009

29.   Berger JS, Brown DL, Burke GL, Oberman A, **Kostis JB**, Langer RD, Wong ND, Wassertheil-Smoller S. Aspirin use, dose, and clinical outcomes in postmenopausal women with stable cardiovascular disease. Circulation:  Cardiovascular Quality and Outcomes 2;78-87, 2009.

30.   The Fibrinogen Studies Collaboration (**JB Kostis**, member). Systematically missing confounders in individual participant data meta-analysis of observational cohort studies. Statistics in Medicine 28(8);1218-1237, 2009.

31.   The Fibrinogen Studies Collaboration (**JB Kostis**, member). Correcting for multivaritate measurement error by regression calibration in meta-analyses of epidemiological studies. Statistics in Medicine 28(7):1067-1092, 2009.

32.   The Fibrinogen Studies Collaboration (**JB Kostis**, member). Measures to assess the prognostic ability of the stratified Cox proportional hazards model. Statistics in Medicine 28(3):389-411, 2009.

33.   Chlebowski RT, Kuller LH, Prentice RL, Stefanick ML, Manson JE, Gass M, Aragaki AK, Ockene JK, Lane DS, Sarto GE, Rajkovic A, Schenken R, Hendrix SL, Ravdin PM, Rohan TE, Yasmeen S, Anderson G; WHI Investigators (**JB Kostis** Collaborator). Breast cancer after use of estrogen plus progestin in postmenopausal women. N Engl J Med 360(6):573-587, 2009.

34.   Chlebowski RT, Johnson KC, Kooperberg C, Pettinger M, Wactawski-Wende J, Rohan T, Rossouw J, Lane D, O'Sullivan MJ, Yasmeen S, Hiatt RA, Shikany JM, Vitolins M, Khandekar J, Hubbell FA; Women's Health Initiative Investigators (**JB Kostis** Collaborator). Calcium plus vitamin D supplementation and the risk of breast cancer. J Natl Cancer Inst 100(22):1581-1591, 2008.

35.     Davis BR, **Kostis JB**, Simpson LM, et al. for the ALLHAT Collaborative Research Group.  Heart failure with preserved and reduced left ventricular ejection fraction in the Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial. Circulation 118:2259-2267, 2008.

36.     Turnbull F, Woodward M, Neal B, Barzi F, Ninomiya T, Chalmers J, Perkovic V, Li N, MacMahon S. for the Blood Pressure Lowering Treatment Trialists' Collaboration  (**JB Kostis**, member).  Do men and women respond differently to blood pressure lowering treatment?  Results of prospectively-designed overviews of randomized trials.  European Heart J 29(21):2669-2680, 2008.

37.     Ritenbaugh C, Stanford JL, Wu L, Shikany JM, Schoen RE, Stefanick ML, Taylor V, Garland C, Frank G, Lane D, Mason E, McNeeley SG, Ascensao J, Chlebowski RT:  The Women's Health Initiative randomized clinical trial.  (**JB Kostis** Collaborator).Conjugated equine estrogens and colorectal cancer incidence and survival:  The Women's Health Initiative randomized clinical trial. Cancer Epidemiol Biomarkers Prev  17;(10):2609-2618, 2008.

38.     Sharma R, Kostis WJ, Wilson AC, Cosgrove NM, Hassett AL, Moreyra AE, Delnevo CD, **Kostis JB**. Questionable hospital chart documentation practices by physicians. J Gen Intern Med 23(11):1865-1870, 2008.

39.     Brunner RL, Cochrane B, Jackson RD, et al (**JB Kostis** Collaborator); Women's Health Initiative Investigators. Calcium, vitamin D supplementation, and physical function in the Women's Health Initiative. J Am Diet Assoc 108(9):1472-1479, 2008.

40.     Tinker LF, Bonds DE, Margolis, et al (**JB Kostis** Collaborator); Women's Health Initiative. Low-fat dietary pattern and risk of treated diabetes mellitus in postmenopausal women:  the Women's Health Initiative randomized controlled dietary modification trial. Arch Intern 168(14):1500-1511, 2008.

41.     Vagaonescu TD, Wilson AC, **Kostis JB**. Atrial fibrillation and isolated systolic hypertension:  The Systolic Hypertension in the Elderly Program and Systolic Hypertension in the Elderly Program-Extension Study. Hypertension 51(6):1552-1556, 2008.

42.     Blood Pressure Lowering Treatment Trialists' Collaboration (**JB Kostis**, member).  Effects of different regimens to lower blood pressure on major cardiovascular events in older and younger adults: meta-analysis of randomized trials. British Medical Journal 336;1121-1123, 2008.

43.     **Kostis JB**, Breazna A, Deedwania PC, LaRosa JC on behalf of the TNT Steering Committee and Investigators. The Benefits of Intensive Lipid Lowering in Patients With Stable Coronary Heart Disease With Normal or High Systolic Blood Pressure: An Analysis of the Treating to New Targets  (TNT) Study. J of Clin Hypertens10;367-376, 2008.

44.     Bardy GH, Lee KL, Mark DB, et al, for the HAT Investigators (**JB Kostis** Investigator). Home use of automated external defibrillators for sudden cardiac arrest. N Engl J Med 358:1793-1804, 2008.

45.     Patel AB, **Kostis JB**, Wilson AC, Shea ML, Pressel SL, Davis BR. Long-term fatal outcomes in subjects with stroke or TIA:  Fourteen-year follow-up of the Systolc Hypertension in the Elderly Program. Stroke 39:1084-1089,  2008.

46.     Palmeri ST, **Kostis JB**, Casazza C, Sleeper LA, Lu M, Nezgoda J, Rosen RS. Heart rate and blood pressure response in adult men and women during exercise and sexual activity. Am J Cardiol 100(12):1795-1801, 2007.

47.     **Kostis JB**. The importance of managing hypertension and dyslipidemia to decrease cardiovascular disease. Cardiovasc Drugs Ther21:297-309, 2007.

48.    The Fibrinogen Studies Collaboration (**JB Kostis**, member). Associations of plasma fibrinogen levels with established cardiovascular disease risk factors, inflammatory markers, and other characteristics: individual participant meta-analysis of 154,211 adults in 31 prospective studies. Amer J of Epidemiology166(8):867-879, 2007.

49.    LaRosa JC, Grundy SM, Kastelein JJP, **Kostis JB**, Greten H, on behalf of the Treating to New Targets (TNT) Steering Committee and Investigators. Safety and efficacy of atorvastatin-induced very low-density lipoprotein cholesterol levels in patients with conary heart disease (a post hoc analysis of the Treating to New Targets [TNT] Study). Am J Cardiol 100:747-752, 2007.

50.    Bangalore S, Messerli FH, **Kostis JB**, Pepine CJ. Cardiovascular protection using beta-blockers. A critical review of the evidence. JACC 50:563-572, 2007.

51.    Freudenberger RS, Wilson AC, **KostisJB** for the AFFIRM Investigators and Committees. `Comparison of rate versus rhythm control for atrial fibrillation in patients with left ventricular dysfunction (from the AFFIRM Study). Am J Cardiol 100:247-252, 2007.

52.    Turnbull F, Neal B, Pfeffer M, **Kostis J**, Algrt C, Woodward M, Chalmers J, Zanchetti A, MacMahon S. Blood Pressure Lowering Treatment Trialists' Collaboration. Blood pressure-dependent and independent effects of agents that inhibit the renin-angiotensin system J Hypertens 25(5):951-958, 2007.

53.    The Fibrinogen Studies Collaboration (**JB Kostis**, member). Regression dilution methods for meta-analysis: assessing long-term variability in plasma fibrinogen among 27 247 adults in 15 prospective studies. Int J Epidemiol 35:1570-1578, 2006.

54.    Hallock JA, **Kostis JB**. Celebrating 50 years of experience: An ECFMG perspective. Acad Med 81(12 Suppl):S7-S16, 2006.

55.    Rosen RC, Jackson G, **Kostis JB**. Erectile dysfunction and cardiac disease: recommendations of the Second Princeton Conference. Curr Urol Rep 7(6):490-496, 2006.

56.    Cokkinos DV, Haralabopoulos GC, **Kostis JB**, Toutouzas PK for the HELAS Invesitgators. Efficacy of antithrombotic therapy in chronic heart failure: The HELAS study. Eur J Heart Fail 8(4):428-432, 2006.

57.    Hsia J, Langer RD, Manson JE, Kuller L, Johnson KC, Hendrix SL, Pettinger M, Heckbert SR, Greep N, Crawford S, Eaton CB, **Kostis JB**, Caralis P, Prentice R; for the Women's Health Initiative Investigators. Conjugated equine estrogens and coronary heart disease. Arch Intern Med 166:357-365, 2006.

58.    Howard BV, Van Horn L, Hsia J, et al. Low-fat dietary pattern and risk of cardiovascular disease. The Women's Health Initiative Randomized Controlled Dietary Modification Trial (**JB Kostis**, Investigator, New Brunswick Clinical Center). JAMA 295:655-666, 2006.

59.    Beresford SAA, Johnson KC, Ritenbaugh C, et al. Low-fat dietary pattern and risk of colorectal cancer. The Women's Health Initiative Randomized Controlled Dietary Modification Trial (**JB Kostis**, Investigator, New Brunswick Clinical Center). JAMA 295:643-654, 2006.

60.    Prentice RL, Caan B, Chlebowski RT, et al. Low-fat dietary pattern and risk of invasive breast cancer. The Women's Health Initiative Randomized Controlled Dietary Modification Trial (**JB Kostis**, Investigator, New Brunswick Clinical Center). JAMA 295:629-642, 2006.

61.    Jackson G, Rosen, RC, Kloner RA, **Kostis JB**. The second Princeton consensus on sexual dysfunction and cardiac risk: new guidelines for sexual medicine. J Sex Med 3;28-36, 2006.

62. **Kostis JB** , Jackson G, Rosen RC,  Barrett-Connor E, Billups K, Burnett AL, Carson III C, Cheitlin M, DeBusk R, Fonseca V et al. Sexual dysfunction and cardiac risk (The Second Princeton Consensus Conference). Am J Cardiol 96(12B):85M-93M, 2005.

63. Rosen RC, Friedman M, **Kostis JB**. Lifestyle management of erectile dysfunction:  the role of cardiovascular and concomitant risk factors.  Am J Cardiol 96(12B):76M-79M, 2005.

64. **Kostis JB**, Rosen RC. Introduction. A symposium: sexual dysfunction and cardiac risk: The Second Princeton Consensus Conference. Am J Cardiol 96(12B): 1M-2M, 2005.

65. Fibrinogen Studies Collaboration (**JB Kostis**, member). Plasma fibrinogen level and the risk of major cardiovascular diseases and nonvascular mortality. An individual participant meta-analysis. JAMA 294:1799-1809, 2005.

66. Giles TD, Berk BC, Black HR, Cohn JN, **Kostis JB**, Izzo Jr JL, Weber MA; on behalf of the Hypertension Writing Group. Expanding the definition and classificatin of hypertension. J Clin Hypertens 7:515-512, 2005.

67. **Kostis JB**, Kim HJ, Rusnak J, Casale T, Kaplan A, Corren J, Levy E. Incidence and characteristics of angioedema associated with enalapril. Arch  Intern Med. 165:1637-1642, 2005.

68. **Kostis JB**, Jackson G, Rosen R, et al. Sexual dysfunction and cardiac risk (the Second Princeton Consensus Conference). Am J Cardiol 96:313-321, 2005.

69. The National Heart, Lung, and Blood Institute Working Group on Future Directions in Hypertension Treatment Trials (**JB Kostis**, Member Working Group). Major clinical trials of hypertension.  What should be done next? Hypertension 46:1-6, 2005.

70. Blood Pressure Lowering Treatment Trialists' Collaboration (**JB Kostis**, Member). Effects of different blood pressure-lowering egimens on major cardiovascular events in individuals with and without diabetes mellitus. Results of prospectively designed overviews of randomized trials. Arch Intern Med 165:1410-1419, 2005.

71. Whelton PK, Barzilay J, Cushman WC, Davis BR, Ilamathi E, **Kostis JB**, Leenen FHH, Louis GT, Margolis K, Mathis DE, Moloo J, Nawachuku C, Panebianco D, Parish DC, Pressel S, Simmons DL, Thadani U. Clinical outcomes in antihypertensive treatment of Type 2 diabetes, impaired fasting gluclose concentration, and normoglycemia. Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT). Arch Intern Med. 165:1401-1409, 2005.

72. **Kostis JB**, Sanders M. The association of heart failure with insulin resistance and the development of type 2 diabetes. Am J Hypertens 2005;18:731-737.

73. Grayston JT, Kronmal RA, Jackson LA et al, for the ACES Investigators (**JB Kostis**, Investigator, New Brunswick Clinical Center). Azithromycin for the secondary prevention of coronary events. N Engl J Med 352:1637-45, 2005.

74. LaRosa JC, Grundy SM, Waters DD et al. For the Treating to New Targets (TNT Investigators) (**JB Kostis**, Investigator, New Brunswick Clinical Center). Intensive lipid lowering with atorvastatin in patients with stable coronary disease. N Engl J Med 352:1425-35, 2005.

75. Freudenberger RS, Wilson AC, Lawrence-Nelson, Hare JM, **Kostis JB**, for the Myocardial Infarction Data Acquisition system Study Group (MIDAS 9). Permanent pacing is a risk factor for the development of heart failure. Am J Cardiol 95:671-674, 2005.

76. Bardy GH, Lee KL, Mark DB, et al for the sudden Cardiac Death in Heart Failure Trial (SCD-HeFT) Investigators  (**JB Kostis**, Investigator, New Brunswick Clinical Center). Amiodarone or

an implantable cardioverter-defibrillator for congestive heart failure. N Engl J Med 352:225-237, 2005.

77. Olshansky B, Sami M, Rubin A, **Kostis J**, Shorofsky S, Slee A, Greene HL, and the NHLBI AFFIRM Investigators. Use of amiodarone for atrial fibrillation in patients with preexisting pulmonary disease in the AFFIRM Study. Am J Cardiol 95;404-405, 2005.

78. **Kostis JB**, Wilson AC, Freudenberger RS, Cosgrove NM, Pressel SL, Davis BR for the SHEP Collaborative Resarch Group. Long-term effect of diuretic-based therapy on fatal outcomes in subjects with isolated systolic hypertension with and without diabetes. Am J Cardiol 95;29-35, 2005.

79. Volpe M, Alderman MH, Furberg CD, Jackson R, **Kostis JB**, Laragh JH, Psaty BM, Ruilope LM. Beyond hypertension: toward guidelines for cardiovascular risk reduction. Am J Hypertens 17(11):1068-1074, 2004.

80. Fibrinogen Studies Collaboration (**JB Kostis**, member). Collaborative meta-analysis of prospective studies of plasma fibrinogen and cardiovascular disease. Eur J Cardiovasc Profention Rehab 11:9-17, 2004.

81. **Kostis JB**, Ahmad B. International medical graduates and the cardiology workforce. Viewpoint. JACC, 44:1172-1174, 2004.

82. Guglin ME, Wilson A, **Kostis JB**, Parrillo JE, White MC, Gessman LJ. Immediate and 1-year survival of out-of-hospital cardiac arrest victims in southern NJ: 1995-2000. PACE 27:1072-1076, 2004.

83. Phillips RA, **Kostis JB**. Treatment of octogenarians: should we and how? J Clin Hypertens 6(5):267-274, 2004.

84. Gussak I, Bjerregaard P, **Kostis J**. Electrocardiographic "Lambda" wave and primary idiopathic cardiac asystole: A new clinical syndrome? J Electrocardiol 37(2):105-107, 2004.

85. The Women's Health Initiative Steering Committee (**JB Kostis**, PI of RWJMS Clinical Center). Effects of conjugated equine estrogen in postmenopausal women with hysterectomy. The Women's health Initiative Randomized Controlled Trial. JAMA 291:1701-1712, 2004.

86. ExTra MATCH Collaborative (**JB Kostis**, Member, ExTraMATCH Collaborative). Exercise training meta-analysis of trials in patients with chronic heart failure (ExTraMATCH). British Medical Journal 328(7433):189, 2004.

87. **Kostis JB**, Packer M, Black HR, Schmieder R, Henry D, Levy E. Omapatrilat and enalapril in patients with hypertension: The Omapatrilat Cardiovascular Treatment vs. Enalapril (OCTAVE) Trial. Am J Hypertens 17(2)103-111, 2004.

88. Blood Pressure Lowering Trialists' Collaboration (Member, Blood Pressure Lowering Treatment Trialists' Writing Group). Effects of different blood-pressure-lowering regimens on major cardiovascular events: results of prospectively-designed overviews of randomised trials. Lancet 362:1527-1535, 2003.

89. Rosen RC, **Kostis JB**. Overview of phosphodiesterase 5 inhibition in erectile dysfunction. Amer J Cardiol 92(suppl):9M-18M, 2003.

90. O'Connor CM, Dunne MW, Pfeffer MA, Muhlestein JB, Yao L, Gupta S, Benner RJ, Fisher MR, Cook TD for the Investigators in the WIZARD study (**JB Kostis**, PI of RWJMS Clinical Center). Azithromycin for the secondary prevention of coronary heart disease events. The WIZARD Study: A randomized controlled trial. JAMA 290:1459-1466, 2003.

91.   Manson JE, Hsia J, Johnson KC et al. For the Women's Health Initiative Investigators (**JB Kostis**, PI of RWJMS Clinical Center). Estrogen plus progestin and the risk of coronary heart disease. N Engl J Med 349:523-534, 2003.

92.   **Kostis JB**. From hypertension to heart failure: update on the management of systolic and diastolic dysfunction. Amer J of Hypertens, 16:18S-22S, 2003.

93.   **Kostis JB**. Treatment of hypertension in older patients: an updated look at the role of calcium antagonists. AJGC, 12:319-327, 2003.

94.   **Kostis JB**, Benedict C. The treatment of patients with hypertension and ischemic heart disease. Cardiovascular Reviews & Reports, 24:366-372, 2003.

95.   Al Falluji N, Lawrence-Nelson J, **Kostis JB**, Lacy CR, Ranjan R, Wilson AC for the MIDAS Study Group (MIDAS #8). Effect of anemia on 1-year mortality in patients with acute myocardial infarction. Am Heart J 144(4):636-641, 2002.

96.   **Kostis JB**, Wilson AC, Hooper WC, Harrison KW, Philipp CS, Appel LJ, Espeland MA, Folmar S, Johnson KC for the TONE Cooperative Research Group. Association of angiotensin-converting enzyme DD genotype with blood pressure sensitivity to weight loss. American Heart Journal 144:625-629, 2002.

97.   Alderman MH, Furberg CD, **Kostis JB**, Laragh JH, Psaty BM, Ruilope LM, Volpe M, Jackson R. Hypertension Guidelines; Criteria That Might Make Them More Clinically Useful, Am J Hypertens  (15):917-923, 2002.

98.   Whelan GP, Gary NE, **Kostis J**, Boulet JR, Hallock JA. The changing pool of international medical graduates seeking certification training in US graduate medical education programs. JAMA 288:1079-1084, 2002.

99.   **Kostis JB**, Wilson AC, Shindler DM, Cosgrove NM, Lacy CR. Persistence of normotension after discontinuation of lifestyle intervention in the trial of TONE. Am J of Hypertension 15:732-734, 2002.

100.  **Kostis JB**, Dockens RC, Thadani U, Bethala V, Pepine C, Leimbach W, Vachharajani N, Raymond RH, Stouffer BC, Tay LK, Shyu WC, Liao W-c. Comparison of pharmacokinetics of lanoteplase and alteplase during acute myocardial infarction. Clin Pharmacokinet 41(6):445-452, 2002.

101.  Dahlof B, Devereux RB, Kjeldsen SE, Julius S, Beevers G, de Faire U, Fyhrquist F, Ibsen H, Kristiansson K, Lederballe-Pedersen O, Lindholm LH, Nieminen MS, Omvik P, Oparil S, Wedel H, for the LIFE study group (**JB Kostis**, PI of RWJMS Clinical Center). Cardiovascular morbidity and mortality in the losartan intervention for endpoint reduction in hypertension study (LIFE): a randomized trial against atenolol. Lancet 359:995-1003, 2002.

102.  Lacy CR, Suh D-C, Barone JA, Bueno M, Moylan D, Swartz C, Kudipudi V, **Kostis JB**. Impact of a targeted intervention on lipid-lowering therapy in patients with coronary artery disease in the hospital setting. Arch of Intern Med 162:468-473, 2002.

103.  **Kostis JB**, Cobbe S, Johnston C, Ford I, Murphy M, Weber MA, Black HR, Plouin PF, Levy D, Mancia G, Larochelle P, Kolloch RE, Alderman M, Ruilope LM, Dahlof B, Flack JM, Wolf R, for the OPERA Study Group.  Design of the omapatrilat in persons with enhanced risk of atherosclerotic  events (OPERA) trial. Am J Hypertension, 15:193-198, 2002.

104.     **Kostis JB**, Klapholz M, Delaney C, Vesterqvist O, Cohen M, Manning Jr. J, Jemal M, Kollia G, Liao, W-C. Pharmacodynamics and pharmacokinetics of omapatrilat in heart failure. Journal of Clin Pharm 41:1280-1290, 2001.

105      **Kostis JB**, Vachharajani NN, Hadjilambris OW, Kollia GD, Palmisano M. Marino MR. The pharmacokinetics and pharmacodynamics of irbesartan in heart failure. J Clin Pharmacol 41(9):935-942, 2001.

106.     **Kostis JB**, Wilson AC, Lacy CR, Cosgrove NM, Ranjan R, Lawrence-Nelson J for the MIDAS Study Group (MIDAS #7). Time trends in the occurrence and outcome of acute myocardial infarction and coronary heart disease death between 1986-1996.  (A New Jersey Statewide Study). Am J Cardiol 88:837-841, 2001.

107.     **Kostis JB**, Benedict C. The treatment of hypertension in the presence of left ventricular dysfunction. DMCO III(II):74-77, 2001.

108.     **Kostis JB**, Lawrence-Nelson J, Ranjan R, Wilson AC, Kostis WJ, Lacy CR. Association of increased pulse pressure with the development of heart failure in SHEP. Am J Hypertens 14(8):798-803, 2001.

109.     **Kostis JB**, Benedict C. Management of uncomplicated hypertension. DMCO III(I):21-26, 2001.

110.     The Beta-Blocker Evaluation of Survival Trial Investigators. (**JB Kostis**, PI of RWJMS Clinical Center). A trial of the beta-blocker bucindolol in patients with advanced chronic heart failure. N Engl J Med 344:1659-1667, 2001.

111.     Lacy CR, Barone JA, Suh D-C, Malini PL, Bueno M, Moylan DM, **Kostis JB**. Impact of presentation of research results on likelihood of prescribing medications to patients with left ventricular dysfunction. Am J Cardiol 87(2):203-207, 2001.

112.     Lacy CR, Suh DC, Bueno M, **Kostis JB**. Delay in presentation and evaluation for acute stroke: stroke time registry for outcomes knowledge and epidemiology (S.T.R.O.K.E.). Stroke 32(1):63 69, 2001.

113.     **Kostis JB**, Wilson AC, Shindler DM, Cosgrove NM, Lacy CR. Non-drug therapy for hypertension: do effects on weight and sodium intake persist after discontinuation of intervention? Am J Medicine 109:734-736, 2000.

114.     Blood Pressure Lowering Treatment Trialists' Collaboration. (Member, Blood Pressure Lowering Treatment Trialists' Writing Group). Effects of ACE inhibitors, calcium antagonists, and other blood-pressure-lowering drugs: results of prospectively designed overviews of randomised trials. The Lancet 355:1955-1964, 2000.

115.     Garg R, Elam MB, Crouse JR 3rd, Davis KB, Kennedy JW, Egan D, Herd JA, Hunninghake DB, Johnson WC, **Kostis JB**, s DS, Applegate WB. Effective and safe modification of multiple atherosclerotic risk factors in patients with peripheral arterial disease. Am Heart J 140(5):792-803, 2000.

116.     Elam MB, Hunninghake DB, Davis KB, Garg R, Johnson C, Egan D, **Kostis JB**, s DS, Brinton EA for the ADMIT Investigators. Effect of niacin on lipid and lipoprotein levels and glycemic control in patients with diabetes and peripheral arterial disease. The ADMIT Study: A Randomized Trial. JAMA 284(10):1263-1270, 2000.

117.     DeBusk R, Drory Y, Goldstein I, Jackson G, Kaul S, Kimmel SE, **Kostis JB** (Corresponding author), Kloner RA, Lakin M, Meston CM, Mittleman M, Muller JE, Padma-Nathan H, Rosen RC, Stein RA, Zusman R. Management of sexual dyfunction in patients with cardiovascular

disease: recommendations of the princeton consensus panel. Am J Cardiol 86:175-181 (62F-68F), 2000.

118.   **Kostis JB**, Padma-Nathan H, Rosen RC. Introduction. A symposium: sexual activity and cardiac risk: The Princeton Conference. Am J Cardiol 86:1F-2F, 2000.

119.   The Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT). (**JB Kostis**, PI of RWJMS Clinical Center), Major cardiovascular events in hypertensive patients randomized to doxazosin vs chlorthalidone. JAMA 283:1967-1975, 2000.

120.   Benedict CR, **Kostis JB**. Pathophysiological effects of activation of renin angiotensin system. DMCO II(No. I/II):65-68, 2000.

121.   **Kostis JB**, Benedict CR. Evidence based medicine. DMCO II(No. I/II):58-64, 2000.

122.   **Kostis JB**, Lacy CR. ACE Inhibitors--Setting the standard for evidence based cardio-renal protection.  Overview of the eivdence. DMCO II(No. I/II):57, 2000.

123.   Liang Z-H, Wilson AC, Cosgrove NM, **Kostis JB**. Long term survival after in-hospital cardiopulmonary resuscitation and defibrillation in patients with acute myocardial infarction. DMCO II(No. I/II):41-49, 2000.

124.   Gregory PM, Malka ES, **Kostis JB**, Wilson AC, Arora JK, Rhoads GG. Impact of geographic proximity to cardiac revascularization services on service utilization.  Medical Care 38(1):45-57, 2000.

125.   Gregory PM, Rhoads GG, Wilson AC, O'Dowd KJ, **Kostis JB**. Impact of availability of hospital based invasive cardiac services on racial differences in the use of these services. Am Heart J 138:507-517, 1999.

126.   Suh D-C, Lacy CR, Barone JA, Moylan D, **Kostis JB**. Factors contributing to trends in prescription drug expenditures. Clinical therapeutics 21(7):1241-1253, 1999.

127.   Brondolo E, Rosen R, **Kostis JB**, Schwartz J. Relationship of physical symptoms and mood to perceived and actual blood pressure in hypertensive males: A repeated measures design. Psychosom Med 61(3):311-318, 1999.

128.   Espeland MA, Whelton PK, **Kostis JB**, Bahnson JL, Ettinger WH, Cutler JA, Appel LJ, Kumanyika S, Farmer D, Elam J, Wilson AC, Applegate WB for the  Cooperative Research Group. Predictors and mediators of successful long-term withdrawal from antihypertensive medications. Arch Fam Med 8:228-236, 1999.

129.   Gradman AH, **Kostis JB**, Frishman WH. Newer ARBs. Mosby-Wolfe  Medical Communications, Philadelphia, PA 23-30, 1999.

130.   Frishman WH, Gradman AH, **Kostis JB**. Rationale for the use of ARBs. Mosby-Wolfe   Medical Communications, Philadelphia, PA 13-22, 1999.

131.   **Kostis JB**, Frishman WH, Gradman AH. An overview of the renin angiotensin system. Mosby Wolfe Medical Communications, Philadelphia, PA 1-12, 1999.

132.   Egan DA, Garg R, Wilt TJ, Pettinger MB, Davis KB, Crouse J, Herd JA, Hunninghake DB, s DS, **Kostis JB**, Probstfield J, Waclawiw MA, Applegate W, Elam MB for the ADMIT Investigators. Rationale and design of the Arterial Disease Multiple Intervention Trial (ADMIT) Pilot Study. Am J Cardiol 83:569-575, 1999.

133.   **Kostis JB**, Preventive Cardiology--A Strategy. Cardiovascular Economics 1(2):4-17, 1998.

134.   Cook JR, Glick HA, Gerth W, Kinosian B, **Kostis JB**. The cost and cardioprotective effects of enalapril in hypertensive patients with left ventricular dysfunction. Am J Hypertens 11(12):1433-1441, 1998.

135.   Moreyra AE, Wilson AC, Gregory PM, **Kostis JB**. Coronary angioplasty during hospitalization for acute myocardial infarction is associated with higher 5-year survival. DMCO 1;5:175-180, 1998.

136.   **Kostis JB**, Espeland MA, Appel L, Johnson KC, Pierce J, Wofford JL for the Cooperative Research Group. Does withdrawal of antihypertensive medication increase the risk of cardiovascular events?  Results From the Trial of Nonpharmacologic Interventions in the Elderly (TONE). Am J Cardiol 82;1501-1508, 1998.

137.   Philipp CS, Cisar LA, Saidi P, **Kostis JB**. Effect of niacin supplementation on fibrinogen levels in patients with peripheral vascular disease. AJC 82:697-699, 1998.

138.   Whelton PK, Appel LJ, Espeland MA, Applegate WB, Ettinger WH, **Kostis JB**, Kumanyika S, Lacy CR, Johnson KC, Folmar S, Cutler JA for the  Collaborative Research Group. Efficacy of sodium  reduction and weight loss in the treatment of hypertension in older persons: main results of the randomized, controlled trial of nonpharmacologic interventions in the elderly.  JAMA 279:839 846,1998.

139.   Moreyra AE, Wilson AC, Deac R, Suciu C, **Kostis JB**, Ortan F, Kovacs T, Mahalingham B. Factors associated with atrial fibrillation in patients with mitral stenosis: a cardiac catheterization study. Am Heart J 135(1):138-145, 1998.

140.   Konstam V, Salem D, Pouleur H, **Kostis J**, Gorkin L, Shumaker S, Mottard I, Woods P, Niewiecki M, Yusuf S. Predicting mortality and hospitalization in 5025 patients with heart failure utilizing baseline quality of life. CHF 31-37, 1998.

141.   Abbud ZA, Wilson AC, Cosgrove NM, **Kostis JB**. Angiotensin-converting enzyme gene polymorphism in systemic hypertension. Am J Cardiol 81:244-246, 1998.

142.   Philipp CS, Cisar LA, Kim HC, Wilson AC, Saidi P, **Kostis JB**. Association of hemostatic factors with peripheral vascular disease. Am Heart J 134:978-984, 1997.

143.   **Kostis JB**. Review of diverse treatment modalities in congestive heart failure with a focus on the first angiotensin-converting enzyme inhibitor of a new class: fosinopril. Clin Cardiol 20(Suppl II), 20:II-10-II-19, 1997.

144.   Grasing K, Rifici V, Patel M, Patel A, Dennis R, **Kostis JB**. Interleukin-1 response to arterial antigen, lipopolysaccharide, and oxidized low density lipoprotein in ischemic heart disease. J of Investigative Medicine 45:474-482, 1997.

145.   **Kostis JB**, Davis BR, Cutler J et al for the SHEP Cooperative Research Group. Prevention of heart failure by antihypertensive drug treatment in older persons with isolated systolic hypertension. JAMA 278:212-216, 1997.

146.   **Kostis JB**, Lacy CR, Cosgrove NM, Wilson AC. Association of calcium channel blocker use with increased rate of acute myocardial infarction in patients with left ventricular dysfunction. Am Heart J 133:550-557, 1997.

147.   Rosen RC, Contrada RJ, Gorkin L, **Kostis JB**. Determinants of perceived health in patients with left ventricular dysfunction: A structural modeling analysis. Psychostic Medicine 59:193-200, 1997.

148.   Moreyra AE, Conway RS, Wilson AC, Chen WH, Schmidling MJ, **Kostis JB**. Attenuation of myocardial stunning in isolated rat hearts by a 21-aminosteroid lazaroid (U74389G). J Cardiovasc Pharmacol 28:659-664, 1996.

149.   **Kostis JB**. Angiotensin-II-receptor blockers: Profile of a new drug class for antihypertensive therapy. Am J Geriatric Cardiol 5(6):11-19, 1996.

150.   Konstam V, Salem D, Pouleur H, **Kostis J**, Gorkin L, Shumaker S, Mottard I, Woods P, Konstam MA, Yusuf S for the SOLVD Investigators. Baseline quality of life as a predictor of mortality and hospitalization in 5,025 patients with heart failure. Am J Cardiol 78:890-895, 1996.

151.   Espeland MA, Kumanyika S, **Kostis JB**, Algire J, Applegate WB, Ettinger W, Whelton PK, Bahnson J. Antihypertensive medication use among recruits for the Trial of Nonpharmacologic Interventions in the Elderly (). J Am Geriatr Soc 44:1183-1189,1996.

152.   Shindler DM, **Kostis JB**, Yusuf S, Quinones MA, Pitt B, Stewart D, Pinkett T, Ghali JK, Wilson AC For the SOLVD Investigators. Diabetes mellitus, a predictor of morbidity and mortality in the Studies of Left Ventricular Dysfunction (SOLVD) Trials and Registry. Am J Cardiol 77:1017 1020, 1996.

153.   **Kostis JB**, Shelton B, Gosselin G, Goulet C, Hood Jr WB, Kohn RM, Kubo SH, Schron E, Weiss MB, Willis III PW, Young JB, Probstfield J for the SOLVD Investigators. Adverse effects of enalapril in the Studies Of Left Ventricular Dysfunction (SOLVD). Am Heart J 131:350-355, 1996.

154.   Wassertheil-Smoller S, Applegate WB, Berge K, Chang CJ, Davis BR, Grimm Jr R, **Kostis J**, Pressel S, Schron E; for the  Cooperative Research Group. Change in depression as a precursor of cardiovascular events. Arch of Intern Med 156:553-561, 1996.

155.   **Kostis JB**. Effect of enalapril on morbidity and mortality in patients with left ventricular dysfunction and hypertension: A subset analysis of SOLVD. ACE Report 117:1-5, 1995.

156.   **Kostis JB**, Garland WT, Delaney C, Norton J, Liao w-c. Fosinopril: Pharmacokinetics and pharmacodynamics in congestive heart failure. Clin Pharmacol Ther 58:660-665, 1995.

157.   **Kostis JB**, Berge KG, Davis BR, Hawkins CM, Probstfield J for the  Cooperative Research Group. Effect of atenolol and reserpine on selected events in the Systolic Hypertension in the Elderly Program (SHEP). Am J of Hypertens 8(12):1147-1153, 1995.

158.   Barone P, Shindler D, **Kostis J**. Atherosclerosis of the aorta. Primary Cardiol 21(10):5-7, 1995.

159.   **Kostis JB**. The effect of enalapril on mortal and morbid events in patients with hypertension and left ventricular dysfunction. Am J of Hypertens 8:909-914, 1995.

160.   **Kostis JB**, Gotzoyannis SE. Borderline isolated systolic hypertension in the elderly. Significance and influence of physical exercise. Hellenic J of Cardiol 36(3):261-274, 1995.

161.   Abbud ZA, Shindler DM, Wilson AC, **Kostis JB** for the MIDAS Study Group. Effect of diabetes mellitus on short- and long-term mortality rates of patients with acute myocardial infarction: A statewide study. Am Heart J 130(1):51-58, 1995.

162.   Appel LJ, Espeland M, Whelton PK, Dolecek T, Kumanyika S, Appelgate W, Ettinger W, **Kostis J**, Wilson A, Lacy CR, Miller ST, for . Trials of nonpharmacological intervention in the elderly: Design and rationale. Annals of Epidemiology 5:119-129, 1995.

163.   Pratt CM, Gardner M, Pepine C, Kohn R, Young JB, Greenberg B, Capone R, **Kostis J**, Henzlova M, Gosselin G, Weiss M, Francis M, Stewart D, Davis E, Yusuf S, for the SOLVD Investigators.

Lack of long-term ventricular arrhythmia reduction by enalapril in heart failure. Am J Cardiol 75:1244-1249, 1995.

164.    Young JB, Weiner DH, Yusuf S, Pratt CM, **Kostis JB**, Weiss MB, Schroeder E,  Guillote M for the SOLVD Investigators. Patterns of medication use in patients with heart failure: A report from the Registry of Studies of Left Ventricular Dysfunction (SOLVD). Southern Medical Journal 88(5):514-523, 1995.

165.    Lacy CR, Contrada RJ, Robbins ML, Tannenbaum AK, Moreyra AE, Chelton S, **Kostis JB**. Coronary vasoconstriction induced by mental stress (simulated public speaking). Am J Cardiol 75:503-505, 1995.

166.    **Kostis JB**, Rosen RC, Cosgrove NM, Shindler DM, Wilson AC. Nonpharmacologic therapy improves functional and emotional status in congestive heart failure. Chest 106:996-1001,1994.

167.    **Kostis JB**, Rosen RC, Wilson AC. Central nervous system effects of HMG CoA reductase inhibitors: Lovastatin and pravastatin on sleep and cognitive performance in patients with hypercholesterolemia. Journal of Clinical Pharmacology 34(10):989-996, 1994.

168.    Moss LJ, Shindler DM, **Kostis JB**. The use of echocardiography in the initiation of medical therapy in an asympttic patient with a dilated cardiomyopathy. ACE Report 45:1-5, 1994.

169.    **Kostis JB**, Wilson AC, O'Dowd K, Gregory P, Chelton S, Cosgrove NM, Chirala A, Cui T for the MIDAS Study Group. Sex differences in the management and long-term outcome of acute myocardial infarction. A statewide study. Circulation 90:1715-1730, Oct. 1994.

170.    Lang RM, DiBianco R, Broderick GT, Gottlieb SS, **Kostis J**, Lyle PA, Makris L, Rajfer SI, Rucinska EJ for the Enalapril-Captopril Investigators. First-dose effects of enalapril 2.5 mg and captopril 6.25 mg in patients with heart failure: A double-blind, randomized, multicenter study. Am Heart J 128:551-556, 1994.

171.    **Kostis JB**, Lacy CR, Hall WD, Wilson AC, Borhani NO, Krieger SD, Cosgrove NM for the Study Group. The effect of chlorthalidone on ventricular ectopic activity in patients with isolated systolic hypertension. Am J Cardiol 74:464-467, 1994.

172.    Hariman RJ, Bremner S, Louie EK, Rogers WJ, **Kostis JB**, Nocero MA, Jones JP. Dose-response study of intravenous torsemide in congestive heart failure. Am Heart J 128(2):352-357, 1994.

173.    **Kostis JB**, Shelton BJ, Yusuf S, Weiss MB, Capone RJ, Pepine CJ, Gosselin G, Delahaye F, Probstfield JL, Cahill L, Dutton D. Tolerability of enalapril initiation by patients with left ventricular dysfunction: Results of the medication challenge phase of Studies of Left Ventricular Dysfunction (SOLVD). Am Heart J 128(2):358-364, Aug 1994.

174.    Dickstein K, Gottlieb S, Fleck E, **Kostis J**, Levine B, DeKock M, LeJemtel T. Hemodynamic and neurohumoral effects of the angiotensin II antagonist losartan in patients with heart failure. J of Hypertension 12(suppl 2):S31-S35, 1994.

175.    **Kostis JB**. ACE inhibitors after acute myocardial infarction. NJ Cardiology 3(3):6-7, 1994.

176.    Lacy CR, **Kostis JB**. Treatment of isolated systolic hypertension: Implications of the Systolic Hypertension in the Elderly Program. Choices in Cardiology 8(3):62-63, 1994.

177.    **Kostis JB**. New data on cardiac disease in women. Hellenic Heart Foundation Journal 24: 51-52, 1994.

178.    Garimella R, Shindler D, Moss L, **Kostis J**. The uses of echocardiography in lyme carditis. Primary Cardiol 20(4):46-49, Apr 1994.

179.   Rosen RC, **Kostis JB**, Jekelis A, Taska LS. Sexual sequelae of antihypertensive drugs: Effects on self-report and physiological measures in middle-aged, male hypertensives. Archives of Sexual Behavior23(2):135-152, 1994.

180.   **Kostis JB**, Allen R, Berkson DM, Curb JD, Davey J, Grimm RH, Hall WD,  Lacy CR, Lee M, Miller S, Pressel S, Prineas RJ. Correlates of ventricular ectopic activity in isolated systolic hypertension. Am Heart J 127:112-121, 1994.

181.   Perry HM Jr, Hall WD, Benz JR, Bartels DW, **Kostis JB**, Townsend RR, Due DL, Peng A, Sirgo M. Efficacy and safety of atenolol, enalapril and isradipine in elderly hypertensive women. Am J of Medicine 96(1):77-86, Jan 1994.

182.   Gottlieb SS, Dickstein K, Fleck E, **Kostis J**, Levine TB, LeJemtel T, DeKock M. Hemodynamic and neurohormonal effects of the angiotensin II antagonist losartan in patients with congestive heart failure. Circulation 88(4):1602-1609, Oct 1993.

183.   Bittner V, Weiner DH, Yusuf S, Rogers WJ, McIntyre KM, **Kostis JB**, Kohn RM, Bangdiwala SI, Guillotte M, Bourassa MG, Greenberg B, Woods P, Gregory JJ, Kronenberg MM, Ekelund L. Prediction of mortality and morbidity with a six-minute walk test in patients with left ventricular dysfunction. JAMA 270(14):1702-1707, Oct 1993.

184.   Akay YM, Akay M, Welkowitz W, Semmlow JL, **Kostis JB**. Noninvasive acoustical detection of coronary artery disease: A comparative study of signal processing methods. IEEE Transactions on Biomed Eng 40(6):571-578, June 1993.

185.   The Systolic Hypertension in the Elderly Program Cooperative Research Group. (**JB Kostis**, PI of RWJMS Clinical Center), Implications of the systolic hypertension in the elderly program. Hypertension 21(3):335-343, 1993.

186.   Gorkin L, Norvell NK, Rosen RC, Charles E, Shumaker SA, McIntyre KM, Capone RJ, **Kostis J**, Niaura R, Woods P, Hosking J, Garces C, Handberg E, Ahern DK, Follick MJ for the SOLVD Investigators. Assessment of quality of life as observed from the baseline data of the Studies of Left Ventricular Dysfunction (SOLVD) trial quality-of-life substudy. Am J Cardiol 71:1069-1073, 1993.

187.   Akay M, Akay YM, Welkowitz W, Semmlow JL, **Kostis J**. Application of adaptive FTF/FAEST zero tracking filters to noninvasive characterization of the sound pattern caused by coronary artery stenosis before and after angioplasty. Ann Biomed Eng 21(1):9-17, 1993.

188.   Akay M, Akay YM, Welkowitz W, Semmlow JL, **Kostis J**. Noninvasive characterization of the sound pattern caused by coronary artery stenosis using FTF/FAEST zero tracking filters: normal/abnormal study. Ann Biomed Eng 21(2):175-182, Mar-Apr 1993.

189.   **Kostis JB**, Kostis WJ. Can ABPM help you manage some cases of hypertension? Internal Medicine  14(4):33-39, April 1993.

190.   Gotzoyannis SE, **Kostis JB**. Prognostic value of ventricular ectopic activity. Medical Forum 30:38-40, March 1993.

191.   Gotzoyannis SE, **Kostis JB**. The prognostic significance of ventricular ectopic activity. Hellenic J of Cardiology 33(4):361-365, 1992.

192.   Shindler DM, Seibold JR, **Kostis JB**. Myocardial involvement in systemic sclerosis. J Immunol Immunopharmacology XII(3):184-187, 1992.

193.    Yusuf S, Pepine W , Garces C, Pouleur H, Salem D, **Kostis J**, Benedict C, Rousseau M, Bourassa M, Pitt B. Effect of enalapril on myocardial infarction and unstable angina in patients with low ejection fractions. Lancet 340(8829):1173-1178, 1992.

194.    Whelton A, Dunne B, Glazer N, **Kostis JB**, Miller WE, Rector DJ, Tresznewsky ON. Twenty-four hour blood pressure effect of once-daily lisinopril, enalapril, and placebo in patients with mild to moderate hypertension. J Human Hypertension 6:325-331, 1992.

195.    The SOLVD Investigators. (**JB Kostis**, PI of RWJMS Clinical Center), Effect of enalapril on mortality and the development of heart failure in asymptic patients with reduced left ventricular ejection fractions.  New England J Med 327(10):685-691, Sept 1992.

196.    Wilson AC, **Kostis JB** for the BHAT Study Group. The prognostic significance of very low frequency ventricular ectopic activity in survivors of acute myocardial infarction. Chest 102(3):732-736, Sept 1992.

197.    **Kostis JB**. The prognostic significance of ventricular ectopic activity. Am J Cardiol 70:807-808, Sept 1992.

198.    Moreyra AE, Lacy CR, Wilson AC, Kumar A, **Kostis JB**. Arterial blood nicotine concentration and coronary vasoconstrictive effect of low-nicotine cigarette smoking. Am Heart J 124 (2): 392-397, Aug 1992. (Selected for abstraction in the 1994 Year Book of Family Practice Published by Mosby-Year Book, Inc.).

199.    Shindler OI, Shindler DM, **Kostis JB**. Transesophageal echocardiography in a trauma patient. Primary Cardiology 18(8):13-15, Aug 1992.

200.    **Kostis JB**, Shindler DM, Moreyra AE, Ruddy MC, Schneider S, Cosgrove N. Differential exercise effects of captopril and nadolol in patients with essential hypertension. Angiology 43(8):647-652, Aug 1992.

201.    **Kostis JB**, Messerli FH, Sonnenblick EH. Keeping up-to-date on ACE inhibitors. Patient Care 26(11):38-66, July 1992.

202.    **Kostis JB**. Isolated systolic hypertension in the elderly. Hypertension Index & Reviews III(1):1, June 1992.

203.    **Kostis JB**. ACE inhibitor treatment of hypertension. Cardiovascular Review & Reports 13(7):44-48, 1992.

204.    Pitt B, Cohn JN, Francis GS, **Kostis JB**, Packer M, Pfeffer MA, Swedberg K, Yusuf S. The effect of treatment on survival in congestive heart failure. Clinical Cardiology 15:323-329, 1992.

205.    Akay M, Welkowitz W, Semmlow JL, Akay YM, **Kostis J**. Noninvasive acoustical detection of coronary artery disease using the adaptive line enhancer method. Med Biol Eng Comput 30(2):147-154, March 1992.

206.    **Kostis JB**, Wilson AC, Pan HY, Kuo PT, Tannenbaum AK. The use of pravastatin alone and in combination with colestipol or probucol in the treatment of primary hypercholesterolemia. Current Therapeutic Research 51(3):487-494, March 1992.

207.    **Kostis JB**, Lacy CR, Shindler DM, Borhani NO, Hall WD, Wilson AC, Krieger S, Chelton S. Frequency of ventricular ectopic activity in isolated systolic systemic hypertension. Am J  Cardiol 69(5):557-559, Feb 1992.

206.  **Kostis JB**, Rosen RC, Brondolo E, Taska L, Smith DE, Wilson AC. Superiority of nonpharmacologic therapy compared to propranolol and placebo in men with mild hypertension: A randomized, prospective trial. Am Heart J 123(2):466-474, Feb 1992.

209.  Akay M, Akay YM, Welkowitz W, Semmlow JL, **Kostis JB**. Application of adaptive filters to noninvasive acoustical detection of coronary occlusions before and after angioplasty. IEEE Transaction on Biomedical Engineering 39(2):176-184, Feb 1992.

210.  **Kostis JB**. The systolic hypertension in the elderly program. The Journal of Myocardial Ischemia 4(1):70-80, Jan 1992.

211.  Frishman WH, **Kostis J**. Master Teacher Classic Paper. The significance of intrinsic sympathomimetic activity in B-adrenoceptor-blocking drugs. Cardiovascular Reviews and Reports 12(12):46-59, Dec 1991.

212.  Welkowitz W, Cui Q, Qi Y, **Kostis JB**. Noninvasive estimation of cardiac output. IEEE Transactions on Biomed Eng 38(11):1100-1105, Nov 1991.

213.  **Kostis JB**, Wilson AC, Moreyra AE, Cosgrove NM, Hosler M, Jeganathan N, Salamon B. Effect of aging on heart rate and rhythm in subjects free from heart disease: A 7-year prospective study. Am J Noninvas Cardiol 5(5):285-290, Sept/Oct 1991.

214.  Mann L, Petrucceli S, **Kostis J**, Welkowitz W, Orbine S. A noninvasive measure of pulse transmission velocity in normal and systolic hypertensive patients using correlation techniques. Prceedings of the 13th Annual International Conference IEEE Engineering in Medicine and Biological Society, Oct 1991.

215.  **Kostis JB**. Ramipril. Practical Cardiology 17(9):41-44, Sept 1991.

216.  The SOLVD Investigators. (**JB Kostis**, PI of RWJMS Clinical Center), Effect of enalapril on survival in patients with reduced left ventricular ejection fractions and congestive heart failure. New England J Med 325(5):293-302, Aug 1991.

217.  Shah J, Shindler D, **Kostis JB**. Pharmacologic stress echocardiography. Practical Cardiology 17(7):40-47, July 1991.

218.  Akay M, Welkowitz W, Semmlow JL, **Kostis J**. Application of the ARMA method to acoustic detection of coronary artery disease. Med & Biol Eng & Computing 29:365-372, July 1991.

219.  Cooperative Research Group. (**JB Kostis**, PI of RWJMS Clinical Center), Prevention of stroke by antihypertensive drug treatment in older persons with isolated systolic hypertension: Final results of the systolic hypertension in the elderly program (SHEP). JAMA 265(24):3255-3264, June 1991.

220.  Wang J-Z, Mezrich RS, **Kostis JB**. The use of magnetic resonance imaging in the study of edema. Angiology 42(5):358-364, May 1991.

221.  Rosen RC, **Kostis JB**, Seltzer LG, Taska LS, Holzer BC. Beta blocker effects on heart rate during sleep: a placebo-controlled polysomnographic study with normotensive males. Sleep 14(1):43-47, 1991.

222.  **Kostis JB**, Prineas R, Curb JD, Lee M, Berkson D, Raines J, Frishman W, Francis CK, Sheffield T, Part 8: Electrocardiographic Characteristics, II-123-II-151). The Systolic Hypertension in the Elderly (SHEP) Baseline Characteristics of the Randomized Participants. Hypertension Supplement 17(3), March 1991.

223. **Kostis JB**. Double-blind study of ascending doses of ramipril in patients with mild to moderate hypertension. Advances in Therapy 8(1):6-17, Jan-Feb 1991.

224. Hunninghake DB, Mellies MJ, Goldberg AC, Kuo PT, **Kostis JB**, Schrott HG, Insull Jr-W, Pan HY. Efficacy and safety of pravastatin in patients with primary hypercholesterolemia. II. Once-daily versus twice-daily dosing. Atherosclerosis 85:219-227, Dec 1990.

225. Akay M, Semmlow JL, Welkowitz W, Bauer MD, **Kostis JB**. Noninvasive detection of coronary stenoses before and after angioplasty using Eigenvector methods. IEEE Transactions on Biomedical Engineering 37(11):1095-1104, Nov 1990.

226. Wang J-Z, Tie B, Welkowitz W, Semmlow JL, **Kostis JB**. Modeling sound generation in stenosed coronary arteries. IEEE Transactions on Biomedical Engineering 37(11):1087-1094, Nov 1990.

227. **Kostis JB**. Beta-blocker duration of action and implications for therapy. Am J Cardiol 66(16):60G-62G, Nov 1990.

228. Moreyra AE, Macris A, **Kostis JB**, Scholz P. Coronary perfusion catheter: Its effectiveness in an experimental model of acute coronary occlusion. Am Heart Journal 120(5):1031-1038, Nov 1990.

229. **Kostis JB**. Lovastatin. Practical Cardiology 16(10):43-46, Oct 1990.

230. Shindler DM, **Kostis JB**. Echocardiography in acute myocardial infarction. Practical Cardiology 16(9):61-71, Sept 1990.

231. Akay M, Semmlow JL, Welkowitz W, Bauer M, **Kostis J**. Detection of coronary occlusions using autoregressive modeling of diastolic heart sounds. IEEE Transactions on Biomedical Engineering 37:366-373, April 1990.

232. **Kostis JB**, Rosen RC, Holzer BC, Randolph C, Taska LS, Hiller MH. CNS side effects of centrally-active antihypertensive agents: a prospective, placebo-controlled study of sleep, mood state, and sexual hypertensive males. Psychopharmacology, 102:163-170, 1990.

233. The SOLVD Investigators. (**JB Kostis**, PI of RWJMS Clinical Center), Studies of left ventricular dysfunction (SOLVD)-rationale, design and methods: two trials that evaluate the effect of enalapril in patients with reduced ejection fraction. Am J Cardiol 66:315-322, 1990.

234. **Kostis JB.** Lisinopril. Practical Cardiology 16(1):39-42, Jan 1990.

235. Arora DS, Shindler DM, Ortiz-Cleary D, Nissenblatt M, **Kostis JB**. Left ventricular doppler inflow pattern of a fixed left atrial mass. J Cardiovasc Technology 8(4):331-333, 1989.

236. Shindler DM, Trolice P, Natarajan N, **Kostis JB**. Findings on the abdominal x-ray following coronary arteriography. J Nephrol 2:113-115, 1989.

237. Shindler D, **Kostis JB**. Early treatment of left ventricular dysfunction after acute myocardial infarction. Practical Cardiology 15(10):59-65, Nov 1989.

238. Rosen RC, **Kostis JB**, Brondolo E. Nondrug treatment approaches for hypertension. Clinics in Geriatric Medicine 5(4):791-802, Nov 1989.

239. **Kostis JB**. Angiotensin converting enzyme inhibitors in hypertension. Cardiovascular Drug Reviews 7(3):173-176, 1989.

240. Shindler DM, **Kostis JB**. Lisinopril: Mechanism of action, safety, and efficacy. Internal Medicine for the Specialist 10(9):92-100, Sept 1989.

241.    Wang J-Z, Tie B, Welkowitz W, **Kostis J,** Semmlow J. Incremental network analog model of the coronary artery. Med & Biol Eng & Comput 27:416-422, July 1989.

242.    **Kostis JB.** Pharmacological differentiation of angiotensin-converting enzyme inhibitors. J Human Hypertension 3(Supp 1):119-125, June 1989.

243     Shapiro W, Narahara KA, **Kostis JB,** Thandroyen F, Zohman LR. Comparison of atenolol and nifedipine in chronic stable angina pectoris. Amer J Cardiol 64(3):186-190, 1989

244.    **Kostis JB,** Davis D, Kluger J, Aogaihi K, Smith M. Cifenline in the short-term treatment of patients with ventricular premature complexes: A double-blind placebo-controlled study. J Cardiovasc Pharmacol 14(1):88-95, 1989.

245.    **Kostis JB.** Reducing heart failure risk in isolated systolic hypertension with stepped-care drug therapy. Cardiology Review14(12):5154,1997.

246.    **Kostis JB.** Ventricular ectopic activity in chronic coronary artery disease. J of Ambulatory Monitoring 2(1/2):27-31, 1989.

247.    Breckenridge MB, **Kostis JB.** Isolated systolic hypertension in the elderly: Results of a statewide  survey of clinical practice in New Jersey. Am J Med 86:370-375, April 1989.

248.    Sanders MR, **Kostis JB,** Frishman WH. The use of inotropic agents in acute and chronic congestive  heart failure. Medical Clinics of North America 73(2):283-314, Mar 1989.

249.     Moreyra AE, **Kostis JB.** Cutaneous nitroglycerin patches: effect on coronary arterial diameter. Issues concerning development of tolerance. JACC 13(2):428-33, Feb 1989.

250.    Ruddy MC, Bialy GB, **Kostis JB.** Intrinsic sympathomimetic activity counteracts beta  blocker inhibition of renin activation. Angiology 40(1):45-50, Jan 1989.

251.    **Kostis JB.** Angiotensin-converting enzyme inhibitors. Emerging differences and new compounds. Am J Hypertens 2(1):57-64, Jan 1989.

252.    The Systolic Hypertension in the Elderly Program (SHEP) Cooperative Research Group. (**JB Kostis,** PI  of RWJMS Clinical Center), Rationale and design of a randomized clinical trial on prevention of  stroke in isolated systolic hypertension. J Clinical Epidemiology  41(12):1197-1208, 1988.

253.    Ruddy MC, Bialy GB, Malka ES, Lacy CR, **Kostis JB.** The relationship of plasma renin activity ` to clinic and ambulatory blood pressure in elderly people with isolated systolic hypertension. J of Hypertension 6(Supp 4):S412-S415, Dec 1988.

254.    Seltzer LG, Shindler D, **Kostis JB.** Assessment of mitral regurgitation by color doppler echocardiography. J of the Central NJ Med Group 4(3):39-45, 1988.

255.    Akay M, Fischer R, Semmlow JL, Welkowitz W, **Kostis J.** Comparative evaluation of cardiac microphones. Proceedicngs of IEEE Engineering in Medicine and Biology Society 10:257-268, 1988.

256.    Akay M, Semmlow JL, Welkowitz W, Bauer M, **Kostis J.** Parametric representation of heart sounds associated with coronary occlusions. Proceedings of IEEE Engineering in Medicine and Biology Society 10:1072-1075, 1988.

257.     Akay M, Semmlow JL, Welkowitz W, Bauer M, **Kostis J.** Autoregressive modeling of diastolic heart sounds. Proceedings of IEEE Engineering in Medicine and Biology Society 10:1067-1070, 1988.

258.     Kostis WJ, **Kostis JB.** Thrombolytic therapy for acute myocardial infarction:  physician attitudes in 1988. Practical Cardiology 14(13):39-42, Dec 1988.

259.     **Kostis JB.** Comparison of the duration of action of atenolol and nadolol for treatment of angina pectoris. Am J Cardiol 62:1171-1175, Dec 1988.

260.     **Kostis JB.** Angiotensin converting enzyme inhibitors. II. Clinical use. Am Heart J 116(6):1591-1605, Dec 1988.

261.     **Kostis JB.** Angiotensin converting enzyme inhibitors. I. Pharmacology. Am Heart J  116(6):1580-1591, Dec 1988.

262.     Moreyra AE, Suh C, Porway MN, **Kostis JB.** Rapid hemodynamic improvement in right ventricular  infarction after coronary angioplasty. Chest 94:197-199, July 1988.

263.     Kuo PT, Wilson AC, **Kostis JB,** Moreyra AE, Dodge HT. Treatment of type III hyperlipoproteinemia  with gemfibrozil to retard progression of coronary artery disease. Am Heart J 116(1):85-90, 1988.

264.     Rosen, RC, **Kostis JB,** Jekelis AW. Beta-blocker effects on sexual function in normal males. Arch of Sexual Behav 17(3):241-255, 1988.

265.     **Kostis JB,** Seibold JR, Turkevich D, Masi AT, Grau RG, Medsger Jr TA, Steen VD, Clements PJ, Szydlo L, D'Angelo WA. The prognostic importance of cardiac arrhythmias in systemic sclerosis.  Am J Medicine 84:1007-1015, June 1988.

266.     **Kostis JB,** Wilson AC, Sanders MR, Byington RP. For the BHAT Study Group. Prognostic significance of ventricular ectopic activity in survivors of acute myocardial infarction who  receive propranolol. Am J Cardiol 61(13):975-978, 1988.

267.     Shapiro W, Narahara KA, **Kostis JB,** Zohman LR. Comparison of atenolol vs nifedipine in patients  with chronic stable angina. Proceedings of a Postgraduate Medicine symposium 127-129, Feb 1988, presented in Naples, FL, April 1987.

268.     Grover GJ, **Kostis JB,** Weiss HR, Li J K-J, Kovacs T, Kedem J. Effect of B-adrenoceptor stimulation or blockade on regional myocardial function and regional °2 consumption during myocardial ischemia.  Archives Internationales De Pharmacodynamie Et De Therapie 291(1/2):68-87, 1988.

269.     Sanders M, **Kostis JB.** Emergency reperfusion during acute myocardial infarction. Practical Cardiology 14(3):81-83, 1988.

270.     Moreyra AE, Horvitz L, Presant SB, **Kostis JB.** Resolution of complete heart block after right coronary artery angioplasty. Brief Communication. Amer H J 115(1);1:179-181, 1988.

271.     Sanders M, **Kostis JB.** Emergency reperfusion in acute myocardial infarction. J of the Central NJ  Medical Group 3(3):63-67, 1987.

272.     Kuo PT, Toole JF, Schaaf JA, Jones A, Wilson AC, **Kostis JB,** Moreyra AE. Extracranial carotid arterial disease in patients with familial hypercholesterolemia and coronary artery disease treated with colestipol and nicotinic acid. Stroke 18:716-721, 1987.

273.   **Kostis JB**, Lacy CR, Dworkin JH, Warner RG, Casazza LA. DPI 201-106 in the treatment of severe congestive heart failure. Am J Cardiol 60(16):1334-1339, 1987.

274.   Grover GJ, Weiss HR, **Kostis JB**, Li J K-J, Kovacs T, Kedem J. B-adrenoceptor stimulation and blockade during myocardial ischemia in dogs: effect on cardiac 02 supply and consumption. European J of Pharmacol 142:103-113, 1987.

275.   Seibold JR, Molony RR, Turkevich D, Ruddy MC, **Kostis JB**. Acute hemodynamic effects of ketanserin in pulmonary hypertension secondary to systemic sclerosis. J of Rheumatology 14(3):519-524, 1987.

276.   **Kostis JB**, Byington R, Friedman LM, Goldstein S, Furberg C for the BHAT Study Group. Prognostic significance of ventricular ectopic activity in survivors of acute myocardial infarction. JACC 10(2):231-242, 1987.

277.   Pianko L and **Kostis JB**. Clinical significance of ventricular ectopic activity in patients with and without underlying cardiac disease. Practical Cardiol 13(8):58-78, July 1987.

278.   **Kostis JB**, Binenbaum SZ, Oliveri P, Sclar C, Hosler M. Effect of pindolol and propranolol on sinus node recovery time and atrioventricular conduction intervals. Angiology 38(6):427-433, 1987.

279.   Moreyra AE, Saviano GJ, **Kostis JB**. Percutaneous transluminal coronary angioplasty in situs inversus. Catheterization and Cardiovasc Diagnosis 13(2):114-116, 1987.

280.   Lehrer PM, Rosen RC, **Kostis JB**, Greenfield D. Treating stage fright in musicians: The use of beta blockers. NJ Medicine 84(1):27-33, 1987.

281.   **Kostis JB**, Rosen RC. Central nervous system effects of beta-adrenergic-blocking drugs: the role of ancillary properties. Circulation 75(1):204-212, 1987.

282.   Friedman LM, Byington RP, Capone RJ, Furberg CD, Goldstein S, Lichstein E with the Beta Blockers Heart Attack Trial Research Group (**JB Kostis** Co-investigator). Effect of propranolol in patients with myocardial infarction and ventricular arrhythmia. JACC 7:1-8, 1986.

283.   Zelano JA, Li J K-J, Welkowitz W, Molony DA, **Kostis JB**, Mackenzie JW. Real-time auttion of the intra-aortic balloon pump. Progress in Artifical Organs by ISAO, Cleveland, 491-499, 1986.

284.   Pianko L, **Kostis JB**. Prevalence and prognostic significance of ventricular ectopic activity in persons with and without coronary disease. Arrhythmia Clinic. Summer Vol 3(3):18-30, 1986.

285.   Morerya AE, Wagnberg A, Byra W, **Kostis JB**. Nondominant right coronary artery occlusion presenting with isolated right ventricular infarction and ventricular fibrillation. Am J Med 81:146-148, 1986.

286.   Zelano JA, Li J K-J, Welkowitz W, Molony D, Mackenzie JW, **Kostis JB**. Regional elastance changes during intra-aortic balloon pumping. Cardiovasc Syst & Dynamics 7, 1986.

287.   Kuo PT, Wilson AC, **Kostis JB**, Moreyra AE. Effects of combined probucol-colestipol treatment for familial hypercholesterolemia and coronary artery disease. Am J Cardiol 57(16):43H-48H, 1986.

288.   Frishman WH, Charlap S, Farnham DJ, Sawin HS, Michelson EL, Crawford MH, DiBianco R, **Kostis JB**, Zellner SR, Michie DD, Katz RJ, Mohiuddin SM, Thadani U. Combination propranolol and bepridil therapy in stable angina pectoris. Am J Cardiol 55;43C-49C, 1985.

289.   Rosen RC, **Kostis JB**. Biobehavioral sequellae associated with adrenergic-inhibiting antihypertensive agents: A critical review. Health Psychology 4(6):579-604, 1985.

290.   Li J K-J, Welkowitz W, Zelano J, Molony D, **Kostis JB**, Mackenzie J. Effects of balloon inflation and deflation rate. on global and regional ventricular performance. Artifical Organs by ISAIO, Cleveland, pp 137-140, 1985.

291.   **Kostis JB**. Hyperlipidemia and the use of lipid-regulating agents in clinical practice. Today's Therapeutic Trends. The Journal of New Developments in Clinical Medicine, Supp 1, 1985.

292.   Li J K-J,-Welkowitz W, Zelano J, Molony DA, **Kostis JB**, Mackenzie J. Intra-aortic balloon counter  pulsation: Blood flow increment dependence on inflation interval. Cardiovascular System Dynamics 6:72-75, 1984.

293.   Li J K-J, Welkowitz W, Zelano J, Molony DA, **Kostis JB**, Mackenzie J. In-series cardiac assistance:  Effects of IABP inflation period. Frontiers of Engineering in Health Care. IEEE 6:19-20, 1984.

294.   Olivieri PJ, **Kostis JB**. Aortic and mitral valve replacement: Part 2. The Journal of the Medical Society of NJ, 81(12):1055-1063, Dec 1984.

295.   Moreyra AE, Sclar C, Burns JJ, **Kostis JB**. Prevalence of angiographically recognizable atherosclerosis in non-dominant right coronary arteries. Angiology 35:760, 1984.

296.   Saviano GJ, **Kostis JB**. The use of cardiac pacemakers. Clin Therapeutics 6(6), 1984.

297.   **Kostis JB**, Lacy CR, Krieger SD, Cosgrove NM. Atenolol, nadolol, and pindolol in angina pectoris  on  effort: Effect of pharmacokinetics. Amer Heart J 108(4);2:1131-1136, 1984.

298.   Olivieri PJ, **Kostis JB**. Aortic and mitral valve replacement: Part I. The Journal of the Medical Society of NJ, 81(11):949-955, Nov 1984.

299.   **Kostis JB**, Cosgrove N, Saviano GJ, Hosler M, Blachman S. Relationship of the heart rate during exercise testing and the heart rate during daily living in  Subjects free of heart disease: Effects of  age. J Cardiac Rehabil 4:417-427, Oct 1984.

300.   **Kostis JB**, Weinstein J. Commentary 2 to Piretanide: A loop-active diuretic. Pharmacology, therapeutic efficacy and adverse effects. Pharmacotherapy (Marsh & Smith), July/Aug Vol 4, 4:178 Aug 1984.

301.   **Kostis JB**, Krieger S, Moreyra A. Cibenzoline for treatment of ventricular arrhythmias: A double-blind placebo-controlled study. JACC 4(2):372-377, Aug 1984.

302.   **Kostis JB**, Burns JJ, Moreyra AE, Pichard AD. Recurrent coronary artery fistula. Clin Cardiol 7(5), May 1984.

303.   Molony RR, Seibold JR, Turkevich D, Ruddy MC, **Kostis JB**. Ketanserin in pulmonary hypertension -  systemic sclerosis. Arthritis Rheum 27:S75,1984.

304.   **Kostis J**, Turkevich D, Sharp J. Association between leukocyte count and the presence and extent of coronary atherosclerosis as determined by coronary arteriography. Am J Cardiol 53:997-999, 1984.

305.   **Kostis JB**, Tupper B, Moreyra AE, Hosler M, Cosgrove N, Terregino C. Aortic valve replacement in  patients with aortic stenosis: Effect on cardiac arrhythmias. Chest 85(2):211-214, Feb 1984.

306. Li J K-J, Zelano J, Welkowitz W, Molony DA, **Kostis JB**, Mackenzie JW. Differential effects of balloon inflation rates on regional contractile properties of the ischemic myocardium. Proceedings of the 5th Annl Conf of IEEE on Engineer in Med and Biol 20:9, 1983.

305. Li J K-J, Welkowitz W, Zelano J, Molony DA, **Kostis JB**, Mackenzie JW. Differential effects of balloon pumping on regional contractile properties of the ischemic myocardium. Proceedings of the 29th Annl Amer Soc of Artificial and Internal Organs 29, 1983.

308. Zelano J, Li J K-J, Welkowitz W, Molony DA, **Kostis JB**, Mackenzie JW. Effect of balloon pumping on local ventricular function. Proceedings of the 36th Annl Conf on Engineer in Med and Biol 25:43, 1983.

309. **Kostis JB**, Krieger SD, Cosgrove NM, Frishman W, Gonasun LM, Kuo PT. Influence of dosing intervals on the effect of pindolol in angina. Vascular Medicine 1(4):219-229, 1983.

310. **Kostis JB**, Ruddy MC. Use of pindolol in the treatment of hypertension. Primary Cardiology 9:53-76, 1983.

311. **Kostis JB**, Lacy CR, Ostroff J. Beta-blockers, platelet-active drugs, and hypolipemic agents in the secondary prevention of myocardial infarction. Today's Therapeutic Trends 1(2) July/Aug 1983.

312. **Kostis JB**, DeFelice EA. The hemodynamic effects of pindolol. Current Therapeutic Research 33(3-1):494, March 1983.

313. Semmlow J, Welkowitz W, **Kostis J**, Mackenzie JW. Coronary artery disease correlates between diastolic auditory characteristics and coronary artery stenoses. IEEE Transactions on Biomedical Engineering BME-30(2):136-139, Feb 1983.

314. Kuo PT, **Kostis JB**, Moreyra AE. How treating hyperlipidemia can affect the progression of CAD. The Journal of Cardiovascular Medicine 8(1):65, Jan 1983.

315. Shindler DM, Reddy K, Shindler OI, **Kostis JB**. Failure of the aortic valve to open during inspiration in cardiac tamponade. Chest 82:797, Dec 1982.

316. **Kostis JB**, DeFelice EA. Pindolol, a beta blocker with intrinsic sympathomimetic activity. Practical Cardiology 9(2):178-191, Feb 1983.

317. Moreyra AE, McGough WE, Hosler M, **Kostis JB**. Clinical improvement of patients with chest pain and normal coronary arteries after coronary arteriography: the possible role of hyperventilation syndrome. Intl J Cardiol 2:306-308, 1982.

318. Semmlow JL, **Kostis J**, Welkowitz W, Mackenzie JW. Noninvasive diagnosis of coronary artery disease by enhanced coronary phonocardiography. IEEE Frontiers of Engineering in Health Care, 181, 1982.

319. Kuo PT, **Kostis JB**, Moreyra AE. Protection of myocardium by the compensatory mechanism of coronary collaterals after total occlusion of major coronary arteries shown in patients with familial hypercholesterolemia. Am Heart J 104:1, July 1982.

320. **Kostis JB**, Frishman W, Hosler M, Thorsen NL, Gonasun L, Wesinstein J. Treatment of angina pectoris with pindolol: The significance of intrinsic sympathomimetic activity of beta blockers. Am Heart J 104:2, August 1982.

321. **Kostis JB**, McCrone K, Moreyra AE, Hosler M, Cosgrove N, Kuo PT. The effect of age, blood pressure and gender on the incidence of premature ventricular contractions. Angiology 33(7):464-473, 1982.

322.  **Kostis JB**, Baughman J, Kuo PT. Association of recurrent myocardial infarction with hemostatic factors. Chest 81(5):571-575, May 1982.

323.  Frishman W, **Kostis J**. The significance of intrinsic sympathomimetic activity in beta-adrenoceptor blocking drugs. Cardiovascular Reviews Reports 3(4):503-512, April 1982.

324.  Conn HL Jr, Kuo PT, Khachadurian AK, **Kostis JB**. Familial hypercholesterolemia. Medical Times 108:112, April 1980.

325.  McGough WE, Moreyra AE, **Kostis JB**. Anginal pain with normal coronaries. Psychostic Medicine  44(1):115, 1982.

326.  Beta-Blocker Heart Attack Trial Research Group (**JB Kostis** Co-investigator): A randomized trial of  propranolol in patients withacute myocardial infarction. JAMA 247(12):1707-1714, 1982.

327.  Beta-Blocker Heart Attack Trial Research Group (**JB Kostis** Co-investigator): Beta-blockers heart attack trial - design features. Controlled Clinical Trials 2:275-285, 1981.

328.  **Kostis JB**, DeFelice EA, Frishman W, Hosler M, Aglitz N, Kuo PT. Clinical relevance of intrinsic sympathomimetic activity of beta blockers used in angina. Angiology 32:780, Nov 1981.

329.  Moreyra AE, **Kostis JB**, Hosler M, Kuo PT. Relationship of resting ejection fraction and extent of coronary arterial disease with changes of QRS amplitude during exercise stress testing. Angiology  32:788, Nov 1981.

330.  **Kostis JB**, Moreyra AE, Amendo MT, DiPietro J, Cosgrove N, Kuo PT. The effect of age on heart rate of subjects free of heart disease. Studies by Ambulatory Electrocardiography and Maximal Exercise Stress Test. Circulation 65(1):141-145, Jan 1982.

331.  Li JK-J, Fich S, **Kostis JB**. Diastolic pressure-time indices of cardiovascular states. Proceedings of the 34th Annual Conference on Engineering in Medicine and Biology 23:28, Sept 1981.

332.  **Kostis J**. Benefits of beta-blockers with intrinsic sympathomimetic activity in the treatment of hypertension. Internatl Symposium Arterial Hypertension and Beta-Blockers, Greece, pp 35-54, April 1981.

333.  **Kostis JB**, McCrone K, Moreyra AE, Gotzoyannis S, Aglitz N, Natarajan N, Kuo PT. Premature ventricular complexes in the absence of identifiable heart disease. Circulation 63(6):1351, 1981.

334.  Kuo PT, **Kostis JB**, Moreyra AE, Hayes JA. Familial type II hyperlipoproteinemia with coronary heart disease. Chest 79(3):286, March 1981.

335.  Manikopoulos CN, Raju GS, **Kostis JB**. Stimulated ventricular fibrillation in the presence of pharmacological or environment agents. Bioengineering Proceedings of the 9th Northeast Conf., March 1981.

336.  **Kostis JB**, DeFelice EA. The importance of intrinsic sympathomimetic activity in treating angina pectoris with beta-blockers. Sandorama 9:IV, 1980.

337.  **Kostis JB**, Aglitz NM. Prognosis of coronary artery disease. Sandorama II:29, 1980.

338.  **Kostis JB**, Frishman W, Gonasun LM, Weinstein J. Differences between pindolol and propranolol in the treatment of angina pectoris. Visken Intntl Symposium, Oct 1980.

339.    Aspirin Myocardial Infarction Study: (**JB Kostis** Co-investigator): Design, methods, and baseline results. US Dept. of Heart and Human Services, Public Health Service, Natl Institutes of Health, June 1980.

340.    Manikopoulos CN, **Kostis JB**. A versatile wide-range electrical heart stimulator. IEEE Transactions on Biomedical Engineering BME-27(7):416, July 1980.

341.    Moreyra AE, **Kostis JB**, Amendo MT. Late recovery in peripartum cardiomyopathy. Clin Cardiol 3(4), August 1980.

342.    Aspirin Myocardial Infarction Study Group (**JB Kostis** Co-investigator): A randomized, controlled trial of aspiring in persons recovered from myocardial infarction. JAMA 243(7):661, Feb 1980.

343.    Frishman W, **Kostis JB**, Strom J, et al. Clinical pharmacology of the new beta-adrenergic blocking drugs. Part 6. A comparison of pindolol and propranolol in treatment of patients with angina pectoris. The role of intrinsic sympathomimetic activity. Am Heart J 98:526, 1979.

344.    Min BG, **Kostis JB**, Welkowitz W, Fich S. A catheter flow probe for measurement of left ventricular source parameters. Biomedical Engineering BME-26(9):509, Sept 1979.

345.    **Kostis JB**, George J, Hayase K, Moreyra AE, Kuo PT. Effect of glucose-insulin-potassium solution on the exercise performance of patients with coronary artery disease. Am Heart J 351, Sept 1979.

346.    **Kostis JB**, Moreyra AE, Natarajan N, Hosler MH, Kuo PT, Conn HL Jr. The pathophysiology and diverse etiology of septal perforator compression. Circulation 59:913, May 1979.

347.    Kuo PT, Hayase K, **Kostis JB**, Moreyra AE. Use of combined diet and colestipol in long term (7-7 1/2 years) treatment of patients with type II hyperlipoproteinemia. Circulation 59(2):199-211, Feb 1979.

348.    Min BG, Welkowitz W, **Kostis JB**, Fich S, Davalos D. A catheter flow probe for measurement of left ventricular source parameters. 31st ACEMB, pp 118, Oct 1978.

349.    Min BG, Welkowitz W, **Kostis JB**. Non-invasive cardiac output estimation based upon an alalog model of the aorta; comparison with themo-dilution method in 13 patients. Presented at the proceedings of the 6th Annual New Eng Bioengineering Conf, Boston, MA, March 1978.

350.    Min BG, Kresh MJ, Fich S, **Kostis JB**, Welkowitz W. Relation between computer zero-load aortic flow and cardiac muscle mechanics. J Biomechanics 111227, March 1978.

351.    Min BG, Abazzi MZ, Welkowitz W, **Kostis JB**, Fich S, Mackenzie JW. Significance of left ventricular power waveform on changes in stroke work during pulsatile left ventricular bypass. J Surg Res 24:544, 1978.

352.    **Kostis JB**, Goodkind NJ, Gotzoyannis S, Bergen NJ Jr, Kuo PT. Effect of lidocaine on the atrial fibrillation threshold. Am Heart J 94(6):764, Dec 1977.

353.    **Kostis JB**, Goodkind MJ, Skvaza H, Gerber NJ Jr, Kuo PT. Effect of alcohol on the atrial fibrillation threshold in dogs. Angiology 28(9):583, Sept 1977.

354.    **Kostis JB**, Moreyra AE, Natarajan N, Hosler MH, Kuo PT, Conn HL Jr. Septal squeeze: A coronary arteriographic clue to the diagnosis of IHSS. Proc of the Interntl Congress of Cardiovascular Surgery. Athens, Greece, p 532, June 1977.

355.	Min BG, Fich S, **Kostis JB**, Doblar D, Kuo PT. Sensitivity and afterload independence of zero-l
oad aortic flow. Ann Biomed Eng 4:330, 1976.

356.	Kuo PT, Fan WC, **Kostis JB**, Hayase K. Combined paraaminosalicylic acid and dietary therapy in
long term control of hypercholesterolemia and hypertriglyceridemia (Types IIa and IIb
Hyperlipoproteinemia). Circulation 53(2):338-341, 1976.

357.	Goodkind MJ, Gerber NH, Mellen JR, **Kostis JB**. Altered intracardiac conduction after acute
administration of ethanol in the dog. J Pharmacol Exper Therap 194(3):633, 1975.

358.	Min BG, Fich S, Doblar D, **Kostis JB**, Kuo PT. Zero-load ventricular flow as an index of
myocardial  contractile state. The 28th Annual Conference on Engineering in Medicine and
Biology. pp 424, September 1975.

359.	**Kostis JB**, Horstmann E, Mavrogeorgis E, Radzius A Jr, Goodkind MJ. Effect of alcohol on the
ventricular fibrillation threshold in dogs. Quart J Stud Alc 34:1315, 1973.

360.	**Kostis JB**, Horstmann E, Gotzoyannis S. Effect of high concentration of free fatty acids on the
ventricular fibrillation threshold of normal dogs and dogs with acute myocardial infarction.
Cardiol 58(2):89, 1973.

361.	**Kostis JB**, Fern W. Accurate electrocardiographic measurement of the rate of artificial
pacemaker. Ann Intern Med 78:711, 1973.

362.	**Kostis JB**, Mavrogeorgis E, Slater A, Bellet S. The use of a range-gated pulsed ultrasonic Doppler
technique for the continuous measurement of the velocity of the posterior heart wall. Chest
62:597, 1972.

363.	**Kostis JB**, Gotzoyannis S, Mavrogeorgis E, Bellet S. The value of the ultrasonic Doppler method
and apexcardiography as reference tracings in phonocardiography. Am Heart J 84:634,
November 1972.

364.	Bellet S, Horstmann E, Roman L, DeGuzman NT, **Kostis JB**. Effect of caffeine on the ventricular
fibrillation threshold in normal dogs and dogs with acute myocardial infarction. Am Heart J
84:215-227, 1972.

365.	Bellet S, DeGuzman NT, **Kostis JB**, Roman L, Fleischmann D. The effect of inhalation of
cigarette smoke on ventricular fibrillation threshold in normal dogs and dogs with acute
myocardial infarction. Am Heart J 83:67-76, 1972.

366.	Bellet S, Roman L, **Kostis JB**, Fleischmann D. Intramuscular lidocaine in the therapy of
ventricular arrhythmias. Am J Cardiol 27:291, 1971.

367.	Scriabine A, **Kostis JB**, Bellet S, et al. Some aspects of interaction between diphenylhydantoin
and digoxin by simultaneous administration to dogs. Toxicology and Applied Pharmacology
17:708 November 1970.

368.	Bellet S, Roman L, Sandberg H, **Kostis JB**. The effect of nicotinic acid on the caffeine-induced
serum free fatty acid increase. J Pharm and Exper m er 175:348, November 1970.

369.	**Kostis JB**, Moghadam AN. Echocardiographic diagnosis of left atrial myx. Chest 58:550,
November 1970.

370.	**Kostis JB**, Moghadam AN. The syndrome of supravalvular aortic stenosis:A report of two
unusual  cases with comments of the etiology. Chest 57:253, March 1970.

371.	**Kostis JB**, Bergen SS, Jr. Dicloxacillin therapy of infections by gram-positive organisms.

Current Therapeutic Research 12:19, January 1970.

372. Bellet S, **Kostis JB**, Roman L, DeCastro 0. The effect of caffeine on adrenocortical secretion: A clinical and experimental study. Metabolism 18:1007, December 1969.

373. Bellet S, Roman L, **Kostis JB**. The effect of automobile driving on catecholamine and adrenocortical excretion. Am J Cardiol 24:365-368, September 1969.

374. Bellet S, Roman L, **Kostis JB**, Slater A. The stress effect of automobile driving in normal subjects and patients with coronary disease. Am J Cardiol 23:106, January 1969.

375. Malach M, **Kostis JB**, Fishcetti JL. Lidocaine for ventricular arrhythmias in acute myocardial infarction. Am J Med Sci 257:52, January 1969.

376. Bellet S, Rn L, **Kostis JB**, Slater A. Continuous electrocardiographic monitoring during automobile driving: Studies in normal subjects and patients with coronary artery disease. Am J Cardiol 22:856-862, December 1968.

377. Bellet S, **Kostis J.** Study of the cardiac arrhythmias by the ultrasonic Doppler method. Circulation 38:721, October 1968.

378. **Kostis JB**, Bergen SS, Jr. Unusual color reaction in glycosuria testing during cephalothin administration. JAMA 196:805, 1966.


A.    Books, Monographs and Chapters

**Doctoral Thesis**

1. Kostis JB. The significance of premature ventricular contractions in normal subjects. Doctoral Thesis, University of Athens, Greece 1979.

**Books**

1. Molecular Cardiology in Clinical Practice, edited by Michael R. Sanders, M.D. and **John B. Kostis, M.D.,** published by Kluwer Academic Publishers, Norwell, MA, 1999.

2. The Prevention of Sudden Cardiac Death, edited by **John B. Kostis, M.D.** and Michael Sanders, M.D., published by Wiley-Liss, Inc., New York, NY, 1990.

3. Manual of Surgical Clearance, edited by Abel E. Moreyra, M.D. and **John B. Kostis, M.D.,** published by Ishiyaku EuroAmerica, Inc., St. Louis, Missouri, 1989.

4. German Translation of #4.
   Angiotensin-Konversions-Enzym-Hemmer, edited by **John B. Kostis, M.D.** and Eugene A. DeFelice, M.D., published by Schwer Verlag, Stuttgart, Germany, 1989.

5. Angiotensin Converting Enzyme Inhibitors, edited by **John B. Kostis, M.D.** and Eugene A. DeFelice, M.D., published by Alan R. Liss, Inc., New York, NY, 1987.

6. The Pharmacological Treatment of Cardiovascular Diseases edited by **John B. Kostis, M.D.** and Eugene A. DeFelice, M.D.; published by Medical Examination Publishing Co., New York, NY, 1986.

7. Beta Blockers in the Treatment of Cardiovascular Disease, edited by **John B. Kostis, M.D.** and Eugene A. DeFelice, M.D.; published by Raven Press, New York, NY, 1984.

8. Essential of Cardiovascular Diagnosis, **John B. Kostis, M.D.** and Abel E. Moreyra, M.D.; published by Medical Examination Publishing Co., New Hyde Park, NY, 1984.

**Supplements**

1. **Kostis JB**, Rosen RC, Guest Editors. A symposium: Sexual Dysfunction and Cardiac Risk -- The Second Princeton Consensus Conference. Am J Cardiol 96;12(Suppl 2):1-94, 2005.

2. **Kostis JB**, Padma-Nathan H, Rosen RC, Guest Editors. A Symposium: Sexual Activity and Cardiac   Risk: The Princeton Conference. Am J Cardiol 86(2A), 2000.

**Chapters in Books**

1. Freudenberger R, **Kostis JB**. Heart failure in hypertension. In Hypertension. A Companion to Braunwald's Heart Disease,  2nd edition, edited by Black HR and Elliott WJ, Elsevier Saunders, Philadelphia, PA, 2013.

2. LaRosa JB, **Kostis JB**. Dyslipidemia in hypertension. In Hypertension. A Companion to Braunwald's Heart Disease,  2nd edition, edited by Black HR and Elliott WJ, Elsevier Saunders, Philadelphia, PA, 2013.

3. Vagaonescu TV, **Kostis JB**. Hypertension in the Elderly. In Hypertension Theory and Practice, edited by Kartzas NB, Mendor Editions SA, Athens, Greece, 2012.

4. Shindler DM, **Kostis JB**. Electrocardiographic Technology of Cardiac Arrhythmias. In Sleep Disorders Medicine: Basic Science, Technical Considerations, and Clinical Aspects, 3rd edition, edited by Chokroverty S, Saunders, 2009.

5. **Kostis JB**. Treatment of Hypertensive Patients with Left Ventricular Systolic Dysfunction. Chapter C151 In: Hypertension Primer. edited by  Izzo JL Jr., Sica DA, Black HR, 4th ed., Lippincott Williams & Wilkins, Philadelphia, PA, 2008.

6. **Kostis JB**. Screening for risk of sudden cardiac death. In:  Electrical Diseases of the Heart: Genetics, Mechanisms, Treatment, Prevention.  Edited by Gussak I, Antzelevitch C, Wilde AAM, Friedman PA, Ackerman MJ and Shen W-K. Springer , London, UK, 2007.

7. Freudenberger RS, **Kostis JB**. Heart Failure in Hypertension. Chapter 28 In:  Hypertension. A Companion to Braunwald's Heart Disease,  edited by Black HR & Elliott WJ, Saunders Elsevier, Philadelphia, PA, 2007.

8. Ruddy MC, **Kostis JB**. Angiotensin II Receptor Antagonists. In:  Hypertension. A Companion to Brenner and Rector's The Kidney, 2nd edition, edited by Oparil S, Weber MA.,  Elsevier Inc., Philadelphia, PA, 2005.

9. **Kostis JB**. Treatment of Hypertensive Patients with Left Ventricular Systolic Dysfunction.  In: Hypertension Primer. edited by Izzo JL Jr., Black HR, 3rd ed., Lippincott Williams & Wilkins, Philadelphia, PA, 2003.

10. **Kostis JB**, Ruddy MC. Effect of Enalaprilon Morbid and Mortal Events Among SOLVD Participants with Hypertension. Chapter 17 In Clinical Trials in Hypertension, edited by   Black HR, Marcel Dekker, Inc., New York, NY, 2001.

11. **Kostis JB**, O'Malley K, O'Brien E. The Elderly. In The ABCs of Antihypertensive Therapy, 2nd edition, edited by Messerli F, Authors' Publishing House, NY, 2000.

12. Ruddy MC, **Kostis JB**. Angiotensin II Receptor Antagonists. In Hypertension: A Companion to Brenner & Rector's The Kidney, edited by Oparil S and Weber M, W.B. Saunders Company, Philadelphia, PA, 1999.

13. Shindler DM, **Kostis JB**. Electrocardiographic Recognition of Cardiac Arrhythmias. In Sleep Disorders Medicine: Basic Science, Technical Considerations, and Clinical Aspects, 2nd edition, edited by Chokroverty S, Butterworth-Heinemann, Woburn, MA, 1999.

14. **Kostis JB**. Economic and clinical benefits of ACE inhibitor therapy in patients with hypertension and left ventricular dysfunction. In European Union of General Practitioners Reference Book 1998/99, edited by Kennedy TE, Kensington Publications Ltd., London, UK, 1998.

15. Ruddy MC, **Kostis JB**, Frishman WH. Drugs that affect the renin-angiotensin system. Chapter 5 In Cardiovascular Pharmacotherapeutics, edited by Frishman WH and Sonnenblick EH, McGraw-Hill, New York, 1998.

16. Rosen RC, **Kostis JB**. Antihypertensive therapy and quality of life: Effects of drug and nondrug interventions on sleep, mood state, and sexual functioning. In Quality of Life in Behavioral Medicine Research, edited by Dimsdale JE and Baum A, Lawrence Erlbaum Associates, Publishers, New Jersey, 1995.

17. Rosen RC, Brondolo E, **Kostis JB**. Nonpharmacological treatment of essential hypertension: Research and clinical applications. Chapter 3 in Psychophysiological Disorders, edited by Gatchel RJ and Blanchard EB, American Psychological Association, Washington, DC, 1993.

18. Shindler DM, **Kostis JB**. Electrocardiographic Recognition of Cardiac Arrhythmias. In Sleep Disorders Medicine: Basic Science, Technical Considerations, and Clinical Aspects, edited by Chokroverty S, Butterworth-Heinemann, Sham, MA, 1994.

19. Micheli-Tzanakou E, Yi C, Iazzi J, Shindler DM, **Kostis JB**. Echocardiogram image analysis with neural networks. Chapter 44 in Imaging in Transport Processes, edited by Sideman S and Hijikata K, Begell House, Inc., 1993.

20. Gotzoyannis S, **Kostis JB**. Ventricular Arrhythmias. In Diseases of the Heart, edited by Toutouzas P, Boudoulas H, Gregory Parisianos Scientific Publishing, Athens, Greece, Vol. 3, 1992.

21. Welkowitz W, Akay M, Wang J-z, Semmlow J, **Kostis J**. A model for disturbed coronary artery flow with phonocardiographic verification. Chapter 26 In Cardiac Electrophysiology, Circulation and Transport, edited by Sideman S, Beyar R, Kleber AG, Kluwer Publishing Co., Dordrecht, Netherlands, 1991.

22. **Kostis JB**, Shindler DM. Lisinopril. Chapter 61 In Cardiovascular Drug Therapy, edited by Mersserli FH, W.B. Saunders Co., Philadelphia, PA, 1990.

23. Sanders M, **Kostis JB**. Risk stratification for the prevention of sudden cardiac death by noninvasive methods. Chapter 5 In The Prevention of Sudden Cardiac Death, edited by Kostis JB and Sanders M, Wiley-Liss, Inc., New York, NY, 1990.

24. **Kostis JB**, Moreyra AE, Shindler DM. Prevalence and prognostic significance of ventricular ectopic activity in coronary artery disease. Chapter 15 In Analysis and Simulation of the Cardiac System-Ischemia, edited by Sideman S and Beyar R, CRC Press, Inc., Boca Raton, Florida, 1989.

25. Moreyra AE, Passannante Jr. A, **Kostis JB**. Surgical clearance for the patient with cardiovascular disease. Chapter 1 In Manual of Surgical Clearance, edited by Moreyra AE and Kostis JB, Ishiyaku EuroAmerica, Inc., St.-Louis, Missouri, 1989.

26. DeFelice EA and **Kostis JB**. New ACE inhibitors. Chapter In Angiotensin Converting Enzyme Inhibitors, edited by Kostis JB and DeFelice EA, Alan R. Liss, Inc., New York, NY, 1987.

27. **Kostis JB**, Raia JJ, DeFelice EA, Barone JA, Deeter RG. Comparative clinical pharmacology of ACE inhibitors. Chapter In Angiotensin Converting Enzyme Inhibitors, edited by Kostis JB and DeFelice EA, Alan R. Liss, Inc., New York, NY, 1987.

28. **Kostis JB**, DeFelice EA, Pianko LJ. The renin angiotensin system. Chapter 1 In Angiotensin

Converting Enzyme Inhibitors, edited by Kostis JB and DeFelice EA, Alan R. Liss, Inc., New York, NY, 1987.

29. Weinstein J and **Kostis JB**. Streptokinase in the treatment of acute myocardial infarction: an overview. Chapter In Pharmacological Treatment of Cardiovascular Diseases, edited by Kostis JB and DeFelice EA, Medical Examination Publishing Co., New York, NY, 1986.

30. **Kostis JB** and DeFelice EA. Beta blockers in the treatment of hypertension. Chapter In Pharmacological Treatment of Cardiovascular Diseases, edited by Kostis JB and DeFelice EA, Medical Examination Publishing Co., New York, NY, 1986.

31. **Kostis JB**, Lacy CR and Klahr JB. Beta blockers in survivors of myocardial infarction: The importance of ancillary properties and study design.  Chapter In Pharmacological Treatment of Cardiovascular Diseases, edited by Kostis JB and DeFelice EA, Medical Examination Publishing Co., New York, NY 1986.

32. Conn HL Jr, **Kostis JB**, Saviano GJ. Disease of coronary arteries, Chapter 8 In Disease of Blood Vessels by Horwitz, McCombs and Roberts; published by Lea & Febiger, Philadelphia, pp 130-165,1985.

33. DeFelice EA and **Kostis JB**. Beta-blocking drugs in the management of stress and anxiety in patients with cardiovascular disease. Chapter In Beta Blockers in the Treatment of Cardiovascular Disease, edited by Kostis JB and DeFelice EA, Raven Press, New York, 1984.

34. **Kostis JB**, Lacy CR, Frishman WH. Use of beta blockers in the treatment of angina pectoris, Chapter In Beta Blockers in the Treatment of Cardiovascular Disease, edited by Kostis JB and DeFelice EA, Raven Press, New York, 1984.

35. **Kostis JB**, Lacy CR. A graphic presentation of Bayes Theorem. Chapter In Teaching Internal Medicine, pp 203-218, Emory Univ. Atlanta, GA 1983.

36. **Kostis JB**, Moreyra AE, Natarajan N, Hosler MH, Kuo PT, Conn JL Jr. The pathophysiology and diverse etiology of septal perforator compression.  In Yearbook of Diagnostic Radiology. Year Book Medical Publishers, Inc. pp 90-91, 1981.

37. Frishman WH, **Kostis JB**, Strom J, Hosler MH, Elkayam U, Goldner S, Davis R, Weinstein J, Sonnenblick E. Chapter 9 in Clinical Pharmacology of the Beta-Adrenoceptor Blocking Drugs, Publisher: Appleton-Century-Crofts 1980.

38. **Kostis JB**, Moreyra AE, Natarajan N, Gotzoyannis S, Hosler MH, McCrone K, Kuo PT. Ambulatory electrocardiography: What is normal? Tape in ACCEL, 1979.

39. **Kostis JB**, Coronary Care Units. Chapter in Tice's Practice of Medicine, Vol VI, Chapter 15, Publisher Harper and Row Inc., Maryland 1976.

40. Bellet S, **Kostis JB**. Recent advances in the therapy of cardiac arrhythmias. Chapter in Albany Medical College Symposium, editor J Han, publisher Charles C. Ths, Chicago, IL, 1972.

41. Bellet S., Roman L, **Kostis JB**, Slater A. Detection of coronary insufficiency and arrhythmias during the  stress of automobile driving.  Chapter 9 in Proceedings of the 11th Annual Meeting of the Association of Automotive Medicine, pp 97-103. Editor AH Keeney, publisher Charles C. Ths, Chicago, IL 1970.

42. **Kostis JB**, Moghadam AN. Patent Ductus Arteriousus in Early Infancy. Chapter in Cardiovascular Clinics: Congenital Heart Disease. Editor:  AN Brest, Guest editor: D Downing, published by FA Co., Philadelphia, PA 1970.

B.      Patents Held
        1. System and Method for Noninvasive Detection of Arterial Stenosis #5,638,823 - 6/17/97
        2. Noninvasive Diagnostic System for Coronary Artery Disease #5,109,863 - 5/5/92
        3. Noninvasive Diagnostic System for Coronary Artery Disease #5,036,857 - 8/6/91

C.      Other Articles (Reviews, Editorials, etc.) In Journals; Chapters; Books; other Professional Communications

**CME/Enduring Materials**

1.      Weber MA, Gradman A. **Kostis JB**, Messerli FH. Inhibitors of the RAS:  Many meta-analyses – but no one answer. (http://www.theheart.org/article/844365.do), 2/08.

2.      **Kostis JB**. Control of risk factors is the key to the prevention of heart failure in the elderly. Heart Failure in the Elderly Forum (www.healthandage.org), 4/99.

3.      Managing patients with hypertension and additional risk factors:  Identifying and treating hypertensive patients with confounding dyslipidemia.  (**JB Kostis**, M.D.,  Faculty),  J of Managed Care Medicine Special Edition 9(3), 6/06.

4.      Educational CD entitled,  New Approaches to Reducing CV Events:  Aggressive Treatment for Patients with Multiple Risk Factors  (**JB Kostis**, M.D.,  Faculty), 1/06.

5.      **Kostis JB**, CME Activity Director. Medical Cross Fire. The Use (and Under-use) of Beta blockers in CVD.  Current Practice and Future Implications.  July 2005.

6.      The Impact of Hyperglycemia on Cardiac Outcomes in Hospitalized Patients.  Strategies to Reduce Morbidity and Mortality. Reviewed for relevance, accuracy of content, balance of presentation and time required for participation by **John B. Kostis**, M.D.; Harold Kim, M.D., Apurva Shah, M.D.; and Chirag Shah, D.O. Medical CrossFire 6(11);June 2005.

7.      **Kostis JB**, Author and Editor. Angiotensin Receptor blockers in the Treatment of Hypertension. 12/03.

8.      **Kostis JB**, CME Activity Director. Realizing the Goals of ATP III.  Expanding Aggressive Treatment in High-Risk Patients. 10/03.

9.      Alpert JS, Fleisher LA, Garvey JL, **Kostis JB,** editors. Arrhythmic & Ischemic emergencies: New Treatment approaches, focus on beta-blockade. 5/03.

10.     Review and Analysis of the Year 2002 Process of Care Guidelines for the Use of Aspirin in Cardioprotective Therapy.  Reviewed for medical and scientific accuracy by **JB  Kostis**, M.D., 2/03.

11.     Review and Analysis of the 2002 AHA and ADA guidelines: Utilizing Aspirin Therapy. Reviewed for medical and scientific accuracy by **John B. Kostis**, M.D., 12/02

12.     Scheinman MM, **Kostis JB**, Editors. Management of acute onset atrial fibrillation. New perspectives.1/02.

13.     Acetaminophen and Aspirin: Concomitant Therapy for Patients with Vascular Disease. Reviewed for medical and scientific accuracy by **JB  Kostis**, M.D.

14.     **Kostis JB**, Frishman WH, Gradman AH. The RAS, Hypertension and Angiotensin Receptor Blockers, Mosby-Wolfe Medical Communications, Philadelphia, PA, 1999. (See Articles 246, 247, 248)

15.     Medical Outlook Tape Interview on the "Systolic Hypertension in the Elderly Program", 2/98

16.     Videotape Round Table Discussion, ACC 46th Annual Scientific Session, "Cardiac and Vascular Protection", 3/97

17.     Videotape AHA 69th Scientific Sessions Plenary Session entitled "Hypertensive Treatment and Cardiovascular Risk", 11/96

18.     ACCEL Tape Interview on "Effect of Calcium Channel Blockers on the Incidence of Myocardial Infarction in Patients with Left Ventricular Dysfunction", 28(6), 6/96

19.     EuroTransMed, London, England, moderator and speaker of live international satellite television program on "Prevention of Coronary Ischaemic Events in Patients with Left Ventricular Dysfunction",  February 1993.

20.     Educational Audiocassette Program on Isolated Systolic Hypertension, 5/92

21.     ACCEL Tape interview on "Gender Differences in Myocardial Infarction", 4/92

22.     Educational Audiocassette Program on Ambulatory Blood Pressure Monitoring, 1/92

23.     Educational Videotape on Bumex

24.     Journal Club Cardiology Tape Recording of "The Prevention of Sudden Cardiac Death" Symposium, 10/88

**Letters, Book Reviews, Editorials, Commentaries and Expert Interviews:**

1.     Messerli FH, Bangalore S, Torp-Pedersen C, Staessen JA, **Kostis JB**. Cardiovascular drugs and cancer:  of competing risk, smallpox, Bernoulli, and d'Alembert. Eur Heart J 34;1095-1098, 2013.

2.     **Kostis JB**, Cabrera J, Cheng JQ. Response to Letter Regarding article, "Association between chlorthalidone treatment and long-term survival". JAMA 307(13):1368-1369, 2012.

3.     **Kostis JB**. Atrial fibrillation registries, administrative databases, clinical trials, and outcomes. Am J Cardiol 109(3):443-444, 2012.

4.     **KostisJB**, Jameson K, Moser M. expert roundtable:  The use of diuretics in the treatment of hypertension:  Are they still one of the preferred initial therapies?  The Medical Roundtable 2(3):191-198, 2011.

5.     White WB, **Kostis JB**. Leadership message.  American Society of Hypertension-designated centers of excellence:  a new initiative. J of Clin Hypertens 13(5):391-392, 2011.

6.     **Kostis JB**. Differences among ACE inhibitors. Am J Hypertens 23(11):1156, 2010.

7.     **Kostis JB**.  Letterto the editor re: Fibrinogen and coronary artery disease. Hellenic J Cardiol 51:475, 2010.

8.     Davis BR, Simpson LM, Ford CE, **Kostis JB**, et al. Response to Letter Regarding article, "Heart failure with preserved and reduced left ventricular ejection fraction in the antihypertensive and lipid-lowering treatment to prevent heart attack trial". Circulation 120:e32, 2009.

9.     Kostis WJ, **Kostis JB**. Age-neutral guidelines for the primary prevention of cardiovascular disease. JCH 11(11):644-645, 2009.

10.     **Kostis JB**, Pressel SL, David BR. Ordinal reanalysis of the SHEP trial response. Stroke 39:e146, 2008.

11.     **Kostis JB**. Treating hypertension in the very old. NEJM 358;18:1958-1960, May 2008.

12.     **Kostis JB**. A new approach to primary prevention of cardiovascular disease. Am J Med 120(9):746-747,  September 2007.

13.     **Kostis JB**. Treating hypercholesterolemia and hypertension based on lifetime global risk. Am J Cardiol 100(1)138-142,  July 2007.

14.     **Kostis JB**, Gorelick PB, Messerli FH. Reduction of stroke risk factors. J Clin Hypertens 2007;9:49-56.

15.     **Kostis JB**. Disputation on the use of age in determining the need for treatment of hypercholesterolemia and hypertension. J of Clin Hypertens 8(7):519-520, July 2006.

16.     **Kostis JB**, Rosen RC, DeBusk R. Erectile dysfunction and cardiovascular risk. JAMA, 295(17):1999-2000, 2006.

17.     Expert Interview.  The evolving definition and classifiction of hypertension:  An expert interview with **John B. Kostis, M.D.**, Medscape from WebMD, September 2005.

18.     **Kostis JB**, Messerli F, Giles TD. Hypertension:  Definitions and guidelines. J Clin Hypertens 7:538-539, 2005.

19.     Alderman MH, Volpe M, Furberg CD, Jackson R, **Kostis JB**, Laragh JH, Psaty BM, Ruilope L. In Reply to Letter to the Editor. Hypertension guidelines: criteria that might make them more clinically useful. Am J Hypertens 16:698-699, 2003.

20.     **Kostis JB**. Meta-analysis, meta-regression and meta-physics. Commentary, J of Clinical Hypertension, V(I):64-65, 2003.

21.     **Kostis JB**. Ask the Professor Interview on Antihypertensive treatment: how to maximize results for your patients. Consultant 42(8):1052-1055, 2002.

22.     **Kostis JB**. Commentary on A score to assess individual risk of cardiovascular disease. International Trends in Hypertension 17, 2002.

23.     **Kostis JB**. Commentary on Has the restenosis battle been won? IMWR  17(5):26, May 2002.

24.     **Kostis JB**. Commentary on Valsartan reduces mortality in heart failure, study finds.  IMWR 17(5):17, May 2002.

25.     **Kostis JB**. Commentary on Device improves functional outcome in patients with severe HF. IMWR  17(5):14, May 2002.

26.     **Kostis JB**. Commentary on Beta-cath equally effective in both short and long lesions.  IMWR 17(5):13, May 2002.

27.     **Kostis JB**. Commentary on Pulmonary vein isolation for AF associated with high cure rate. IMWR   17(5):13, May 2002.

28.     **Kostis JB**. Commentary on More therapeutic options for chronic angina may be coming. IMWR 17(5):12, May 2002.

29.     **Kostis JB**. The clinical benefit of ICDs is proven. IMWR 17(5):24, May 2002.

30.   **Kostis JB**. Progress in unraveling the genetics of hypertension. IMWR 17(4):20, April 2002.

31.   **Kostis JB**. Fast food creates addiction to fat, sugar, and salt. IMWR 17(3):21,  March 2002.

32.   **Kostis JB**. Mammography remains the best tool for breast cancer screening. IMWR 17(2):19, February 2002.

33.   **Kostis JB**. Commentary on Reduce proteinuria in type 2 diabetics, researcher says.  IMWR 17(1):15, January 2002.

34.   **Kostis JB**. Commentary on Study underscores survival benefit of beta blockers.  IMWR 17(1):13, January 2002.

35.   **Kostis JB**. Commentary on ACE inhibitor superior for slowing renal disease progression in blacks. IMWR 17(1):13, January 2002.

36.   **Kostis JB**. Commentary on Response to statins variable. IMWR 17(1):11, January 2002.

37.   **Kostis JB**. Commentary on SSRI can improve depression after acute coronary events. IMWR 17(1):10, January 2002.

38.   **Kostis JB**. Totally implanted artificial heart will become clinical practice. IMWR 17(1):20, January 2002.

39.   **Kostis JB**. Another fear of flying. IMWR 16(12):20, December 2001.

40.   **Kostis JB**. HRT and cardiovascular disease. IMWR 16(11):19, November 2001.

41.   **Kostis JB**. Commentary on Invasive cardiac procedures benefit the very elderly.  IMWR 16(10):21, October 2001.

42.   **Kostis JB**. Commentary on Angioplasty safe, effective in the elderly population.  IMWR 16(10):21,  October 2001.

43.   **Kostis JB**. Commentary on Treatment may benefit sickest heart failure patients.  IMWR 16(10):18,  October 2001.

44.   **Kostis JB**. Commentary on Exercise advised for patients with stable heart failure  IMWR 16(10):18, October 2001.

45.   **Kostis JB**. Commentary on Avoid chronic use of NSAIDs in heart failure.   IMWR 16(10):18, October 2001.

46.   **Kostis JB**. Commentary on Old age no reason to withhold beta blockers.   IMWR 16(10):17, October 2001.

47.   **Kostis JB**. Commentary on Using B-type natriuretic peptide as heart failure screen premature. IMWR 16(10):17, October 2001.

48.   **Kostis JB**. Terrorists cannot injure what makes america great. IMWR 16(10):25, October 2001.

49.   Lacy CR, **Kostis JB**. The protean field of genomics--the genial field of proteomics. Editorial Commentary. DMCO III(II):46-47, 2001.

50.   **Kostis JB**. Stem cell research - go for it. IMWR 16(9):24, September 2001.

51.   **Kostis JB**. Restricting consultation to decrease costs misguided. IMWR 16(8):8, August 2001.

52.   **Kostis JB**. Internists can lead the way to preventing medical errors. IMWR 16(7):4, July 2001.

53.   Lacy CR, **Kostis JB**. The skinny on fats: The release and embrace of NCEP ATP III guidelines. Editorial Commentary. DMCO III(I):4-5, 2001.

54.   **Kostis JB**.Treat high-risk patients with statin before discharge. IMWR 16(6):6, June 2001.

55.   **Kostis JB**. Diabetes and CAD: Glycemic Control is not enough. IMWR 16(5):6, May 2001.

56.   **Kostis JB**.  Treat the patient, not just the stenosis. IMWR 16(4):6, Apr 2001.

57.   **Kostis JB**. "Mad Cow" disease risk in United States Remote. IMWR 16(3):6, Mar 2001.

58.   **Kostis JB**. Evidence-based medicine of little help to clinicians. IMWR 16(2):6, Feb 2001.

59.   **Kostis JB**. Internists face growing challenges at dawn of new millennium. IMWR 16(1):33, Jan 2001.

60.   Lacy CR, **Kostis JB**. The quest for quality. Editorial Commentary. DMCO II(III/IV):73-74, 2000.

61.   Lacy CR, **Kostis JB**. Trials, evidence and judgment. Editorial, Robert Wood Johnson Medicine, Spring/Summer 2000.

62.   **Kostis JB**, Lacy CR. Hemostatic function and coronary artery disease. , Circulation 101(18):e195, May 2000.

63.   Lacy CR, **Kostis JB**. Disease management and clinical outcomes: The second millennium, century, decade, and volume. DMCO II(I/II):3-5, 2000.

64.   **Kostis JB**, Wilson AC, Lacy CR. Treatment of hypertension with antioxidant vitamins. , The Lancet, 355:1272, April 2000.

65.   **Kostis JB**, Wilson AC, Lacy CR. Coronary artery disease is not being prevented; It is being postponed.  The Lancet 354:863, Sept 1999.

66.   Lacy CR, Bueno M, **Kostis JB**. Delayed hospital arrival for acute stroke. Annals of IM 130(4);1:328, Feb 1999.

67.   **Kostis JB**. Response to s to the editor. Am J Hypertens 9(6):615-619, June 1996.

68.   **Kostis JB**. Fibrinogen as a cardiovascular risk factor in the offspring of young coronary patients. Hellenic J Cardiol 36(2):239-240, 1995.

69.   Wilson AC, Kostis JB. Duration of holter monitoring. Am J of Cardiol 74(3):308, Aug 1994.

70. ,   Moreyra AE, Lacy CR, Wilson AC, Kumar AK, **Kostis JB**. Reply to Low-nicotine cigarettes on CAD. Am Heart J 126(6):1491, Dec 1993.

71.   Yusuf S, **Kostis JB**. ACE inhibitors for myocardial infarction and unstable angina. The Lancet 341(8848):829, March 1993.

72.   **Kostis JB**. Hypertension in women:  What is really known? Annals of Internal Medicine 116(1):92, Jan 1992.

73.   **Kostis JB**, Wilson AC. Lack of hypotension with lovastatin and  pravastatin. The Lancet

338(8778):1339, Nov 1991.

74.  Book review Ventricular Electrocardiography by J. Willis Hurst.  Annals of Internal Medicine 115(2):163-164, July 1991.

75.  **Kostis JB**. Doppler measurement of posterior left ventricular wall  velocity. Am J Cardiol 65(15):1047, April 1990.

76.  **Kostis JB**. Reply to the Editor. Am Heart J 118(6):1358-1359, 1989.

77.  Lacy CR, **Kostis JB**. Resuscitation from cardiac arrest using high-dose epinephrine. JAMA 261:989, 1989.

78.  Lacy CR, Robbins ML, **Kostis JB**.  to the editor re: Coronary heart disease mortality among patients classified as Type A compared with  Type B. New Engl J Med 319(2):115, July 1988.

79.  Sanders M, **Kostis JB**. Anatomy versus physiology in the prognosis of coronary artery disease. JACC 10(6):1365, Dec 1987.

80.  **Kostis JB** and Moreyra AE. Lack of postextrasystolic potentiation. Catheterization and Cardiovasc Diagnosis 13(6):424-425, 1987.

81.  **Kostis JB**.  Letterto the editor re: Plasminogen activator inhibitor in plasma: risk factor for recurrent myocardial infarction. The Lancet  II(8556):462, Aug 1987.

82.  **Kostis JB**, Lacy CR. No exit-ventricular parasystole revisited. Chest 91(6):931, June 1987.

83.  **Kostis JB**. Measurement of cardiac output without right heart catheterization. Catheterization and Cardiovasc Diagnosis 12(5):360, 1986.

84.  Weinstein J, **Kostis JB**. Western Washington intracoronary streptokinase trial. N Engl J Med 310(18):11866, 1984.

85.  **Kostis JB**. Premature ventricular complexes in normal subjects. Chest  82:3, Sept 1982.

86.  **Kostis JB**, Moreyra AE. Septal perforator compression in idiopathic hypertrophic subaortic stenosis. Am J Cardiol 42:526-527, Sept 1978.

87.  **Kostis JB**. Ventricular fibrillation during rectal examination in a patient with acute myocardial infarction. Chest 72(2):265-266, Aug 1977.

88.  **Kostis JB**. Patent ductus arteriousus. N Engl J Med 296(3):106, Jan 1977.

89.  **Kostis JB**. Lidocaine and atrial tachyarrhythmias. Ann Intern Med 84:757, June 1976.

90.  **Kostis JB**. Mechanisms of heart sounds. Am Heart J 89(4):546, 1975.

91.  **Kostis JB**, Goodkind MJ. Pseudo thumpversion. N Engl J Med 286:782, 1972.

92.  **Kostis JB**, Horstmann E. The effect of elevation of free fatty acids on the ventricular fibrillation threshold. Lancet I:961, April 1972.

    D.      Abstracts

1.  Kostis JB, Dobrzynski JM. Statins prevent cataracts:  a meta-analysis. Accepted for presentation at the European Society of Cardiology Cogress 2013 in Amsterdam, Netherlands, September 2013.

2.    Kostis JB, Cabrera J, Kostis WJ, Hooper WC, Whelton PK, Espeland MA, Cosgrove NM, Sedjro JE, De Staerck C, Pyle M, Anderson CAM. Determinants of weight sensitivity in hypertension. J Hypertens 31(E-Supplement A):June 2013 Abstract Book, e130. Presented at the 23rd European Meeting on Hypertension and Cardiovascular Protection in Milan, Italy, June 2013.

3.    Kostis JB, Sedjro JE, Cabrera J, Cosgrove NM, Pressel S, Davis BR. Visit-to-visit variability of systolic blood pressure predicts outcomes mainly in the active treatment group rather than the placebo group in the Systolic Hypertension in the Elderly Program: Pathophysiologic implications. JACC 61(10):E1400, 2013. Presented at the 62nd Annual Scientific Session of the American College of Cardiology in San Francisco, CA.

4.    Sedjro JE, Cabrera J, Nusrat R, Parikh A, Cosgrove NM, Kostis JB for the MIDAS study group. Cardiac events in hypertensives with asthma: one last breath. JACC 61(10):E726, 2013. Presented at the 62nd Annual Scientific Session of the American College of Cardiology in San Francisco, CA.

5.    Moreyra AE, David A, Cosgrove NM, Parikh A, Kostis JB for the MIDAS study group. Heart failure after initiation of chronic hemodialysis: A 16-year follow-up study. JACC 61(10):E724, 2013. Presented at the 62nd Annual Scientific Session of the American College of Cardiology in San Francisco, CA.

6.    Kostis WJ, Cabrera J, Hooper WC, Whelton PK, Espeland MA, Cosgrve NM, Sedjro JE, Cheng JQ, Deng Y, De Staercke C, Pyle M, Maruthur N, Reyes I, Anderson CAM, Liu J, Kostis JB. Weight Sensitivity in Hypertension. Circulation 126;A16242, 2012. Presented at the 2012 Scientific Sessions of the American Heart Assoc in Los Angeles, CA.

7.    Moreyra AE, Deng Y, Cosgrove NM, Kostis JB for the MIDAS study group. Income Distribution and Readmission Rates for ACS After PCI with DES. Circulation 126;A15598, 2012. Presented at the 2012 Scientific Sessions of the American Heart Assoc in Los Angeles, CA.

8.    Moreyra AE, Deng Y, Cosgrove NM, Pantazopoulos JS, KostisJB for the MIDAS study group. Readmission Rates for ACS and Mortality after PCI for STEMI: The Influence of Socioeconomic Status. Circulation 126;A16579, 2012. Presented at the 2012 Scientific Sessions of the American Heart Assoc in Los Angeles, CA.

9.    Pantazopoulos JS, David A, Cosgrove NM, Kostis JB. Cardiovascular Outcomes of Patients with Intraventricular Conduction Blocks: 16 Year Follow-Up in a Statewide Database. Circulation 126:A13224, 2012. Presented at the 2012 Scientific Sessions of the American Heart Assoc in Los Angeles, CA.

10.   Kostis WJ, Cabrera J, Messerli FH, Cheng JQ, Cosgrove NM, Deng Y, Pressel SL, Davis BR, Kostis JB. The SHEP: Competing Cardiovascular and Non-Cardiovascular Risk and Increased Longevity. Circulation 126;A13664, 2012. Presented at the 2012 Scientific Sessions of the American Heart Assoc in Los Angeles, CA.

11.   Bangalore S, Rayyad R, Laskey R, Demicco D, Deedwania P, Kostis JB. Intensive Lipid Lowering with Atorvastatin in Patients with Treatment Resistant Hypertension: An Analysis from the Treating to New Targets (TNT) Trial. Circulation 126;A12580, 2012. Presented at the 2012 Scientific Sessions of the American Heart Assoc in Los Angeles, CA.

12.   Vagaonescu T, Deng Y, Moreyra A, Kostis J. Do drug eluting stents improve survival in all comers? JACC 60(17):B191-B192, 20112. Presented at the 24th Annual Symposium. Transcatheter Cardiovascular Therapeutics in Miami, FL.

13.   Iyanoye A, Gandhi SK, Zang E, Cabrera J, Cosgrove NM, Moreyra AE, Kostis JB for the Myocardial Infarction Data Acquisition System (MIDAS) Study Group. Circulation: Cardiovascular Quality and Outcomes 5(Supplement 1), 2012. Presented at the 2012 Quality of

Care and Outcomes Research in Cardiovascular Disease and Stroke Scientific Session in Atlanta, GA, May 2012.

14. Moreyra AE, Hynes P, Deng Y, Cosgrove NM, Brown C, Pantazopoulos JS, Kostis JB, For the MIDAS Study Group. Short and long-term outcomes of different revascularization strategies in patients with end stage renal disease on hemodialysis. JACC 59(13):A134, 2012. Presented at the 61[th] Annual Scientific Session of the American College of Cardiology in Chicago, IL.

15. Deng Y, Pantazopoulos JS, Kostis WJ, Moreyra AE, Cheng JQ, Cosgrove NM, Mammo A, Zang E, Noggoh EA, Kostis JB, For the MIDAS Study Group. The relationship between body mass index and mortality among 60,000 coronary artery bypass graft patients; does the obesity paradox exist? JACC 59(13):A437, 2012. Presented at the 61[th] Annual Scientific Session of the American College of Cardiology in Chicago, IL.

16. Gastrich MD, Gandhi SK, Pantazopoulos J, Zang E, Cosgrove NM, Cabrera J, Kostis JB, For the MIDAS Study Group. Cardiovascular outcomes in women with and without preeclampsia/ eclampsia: A 14 year follow-up study. JACC 59(13):A468, 2012. Presented at the 61[th] Annual Scientific Session of the American College of Cardiology in Chicago, IL.

17. McKinney JS, Kostis WJ, Kostis JB. Statin therapy may increase the risk of intracerebral hemorrhage: a meta-analysis of 26 randomized controlled trials. Stroke 43(2):A2208, 2012. Presented at the 2012 International Stroke Conference in New Orleans, LA.

18. McKinney JS, Deng Y, Paolucci U, Kostis JB. Sex differences in ischemic stroke mortality. Stroke 43(2):A2208, 2012. Presented at the 2012 International Stroke Conference in New Orleans, LA.

19. McKinney JS, Deng Y, Paolucci U, Kostis JB. Racial disparities in ischemic stroke mortality. Stroke 43(2):A2207, 2012. Presented at the 2012 International Stroke Conference in New Orleans, LA.

20. McKinney JS, Deng Y, Paolucci U, Kostis JB. Trends in mortality of acute ischemic stroke after hospital discharge. Stroke 43(2):A2206, 2012. Presented at the 2012 International Stroke Conference in New Orleans, LA.

21. Gandhi SK, McKinney JS, Sedjro JE, Cheng JQ, Deng Y, Cosgrove NM, Cabrera J, Kostis JB For the Myocardial Infarction Data Acquisition System (MIDAS) Study Group. Temporal trends in incidence of stroke among children: a 14-year statewide study. Circulation 21Supp(124):A8722, 2011. Presented at the 2011 Scientific Sessions of the American Heart Assoc in Orlando, FL.

22. Gandhi SK, McKinney JS, Sedjro JE, Cheng JQ, Deng Y, Cosgrove NM, Cabrera J, Kostis JB For the Myocardial Infarction Data Acquisition System (MIDAS) Study Group. Short and long-term mortality of pediatric stroke: a fourteen year statewide study. Circulation 21Supp(124):A8724, 2011. Presented at the 2011 Scientific Sessions of the American Heart Assoc in Orlando, FL.

23. Kostis WJ, Deng Y, Moreyra AE, Pantazopoulos JS, Kostis JB For the Myocardial Infarction Data Acquisition System (MIDAS) Study Group. No decrease in the incidence of heart failure following acute myocardial infarction in the years 1994-2006. Circulation 21Supp(124):A17546, 2011. Presented at the 2011 Scientific Sessions of the American Heart Assoc in Orlando, FL.

24. Moreyra AE, Deng Y, Cosgrove NM, Kostis WJ, Kostis JB For the Myocardial Infarction Data Acquisition System (MIDAS) Study Group. Trends and incidences of heart failure admissions after coronary artery bypass grafting surgery. Circulation 21Supp(124):A10372, 2011. Presented at the 2011 Scientific Sessions of the American Heart Assoc in Orlando, FL.

25. Shindler DM, Gandhi SK, Cheng JQ, Cosgrove NM, Deng Y, Cabrera J, Kostis JB For the Myocardial Infarction Data Acquisition System (MIDAS) Study Group. Short and long-term case

fatality of thoracic aortic dissection: a thirteen year statewide study. Circulation 21Supp(124):A9165, 2011. Presented at the 2011 Scientific Sessions of the American Heart Assoc in Orlando, FL.

26.    Cosgrove NM, Gandhi SK, Cheng JQ, Cabrera J, Pantazopoulos JS, Deng Y, Moreyra AE, Kostis JB For the Myocardial Infarction Data Acquisition System (MIDAS) Study Group. Increase in the incidence of bacterial endocarditis concurrent with changes in guidelines. Circulation 21Supp(124):A8718, 2011. Presented at the 2011 Scientific Sessions of the American Heart Assoc in Orlando, FL.

27.    Deedwania PC, Kostis JB on behalf of the TNT Steering Committee and Investigators. Visit-to-visit variability in blood pressure in the TNT trial: effect on stroke and coronary events and response to atorvastatin 80 mg. European Heart Journal 2011;32(Suppl 1):543. Presented at the 2011 European Society of Cardiology Congress, Paris, France.

28.    Kostis JB, Cabrera J, Cheng JQ, Cosgrove NM, Deng Y, Pressel SL, Davis BR. Effect of chlorthalidone treatment on mortality: 20-year follow-up of the Systolic Hypertension in the Elderly Program (SHEP). European Heart Journal 2011;32(Suppl 1):971-972.

29.    Kostis W, Moreyra A, Cheng J, Dobrzynski J, Cabrera J, Kostis JB. The benefit of statins on cardiovascular events: relative contribution of LDL reduction and pleiotropic effects. J Clin Lipidology 5(3):134, 2011. Presented at the 2011 Annual Scientific Sessions of the National Lipid Association, New York, NY.

30.    Vagaonescu T, Moreyra A, Wilson A, Cosgrove N, Kostis J. Five year survival after primary percutaneous coronary intervention with drug eluting stents and bare metal stents in patients with ST-T elevation acute myocardial infarction. A New Jersey Statewide Database Study. Catheter Cardiovasc Interv 77(6):A-018, 2011. Present at the 34th Annual Scientific Session of the Society for Cardiovascular Angiography and Interventions in Baltimore, MD.

31.    Moreyra AE, Cosgrove NM, Deng Y, Wilson AC, Kostis JB for the MIDAS Study Group. Mitral valve surgery during acute myocardial infarction: Trends in incidence and mortality rates. JACC 57(14):E1033, 2011. Presented at the 60th Annual Scientific Session of the American College of Cardiology in New Orleans, LA.

32.    Deng Y, Moreyra AE, Mammo A, Noggoh EA, Cosgrove NM, Kostis WJ, Wilson AC, Kostis JB, for the MIDAS group. Trends of acute myocardial infarction among patients younger than 35, A 22-year study. JACC 57(14):E1175, 2011. Presented at the 60th Annual Scientific Session of the American College of Cardiology in New Orleans, LA.

33.    Cohen L, Spano-Brennan LM, Thomas DK, Gandhi SK, Kostis WJ, Kostis JB. Impact of the Red Dress Campaign on incidence, mortality, and management of acute myocardial infarction in women. JACC 57(14):E1165, 2011. Presented at the 60th Annual Scientific Session of the American College of Cardiology in New Orleans, LA.

34.    Kostis WJ, Moreyra AE, Kostis JB. Continuation of mortality reduction after the end of randomized therapy in clinical trials of lipid-lowering medications. JACC 57(14):E500, 2011. Presented at the 60th Annual Scientific Session of the American College of Cardiology in New Orleans, LA.

35.    Vagaonescu TD, Moreyra AE, Wilson AC, Cosgrove NM, Kostis JB. Five year survival after percutaneous coronary intervention with drug eluting stents and bare metal stents in patients with acute myocardial infarction. A New Jersey Statewide Database Study. JACC 57(14):E1624, 2011. Presented at the 60th Annual Scientific Session of the American College of Cardiology in New Orleans, LA.

36. McKinney JS, Deng Y, Kasner SE, Kostis JB. Weekend versus weekday admission and mortality for acute ischemic stroke. Stroke 42(3):e249, 2011. Presented at the 2011 International Stroke Conference in Los Angeles, CA.

37. Cosgrove NM, Moreyra AE, Wilson AC, Shao Y-H, Kostis WJ, Kostis JB for the MIDAS Study Group. Clinical characteristics and outcomes of centenarians with acute myocardial infarction. Circulation 122(10021):A9193, 2010. Presented at the 2010 Scientific Sessions of the American Heart Assoc in Chicago, IL.

38. Kostis WJ, Deng Y, Pantazopoulos JS, Moreyra AE, Kostis JB for the MIDAS Study Group. Trends in mortality of acute myocardial infarction after discharge from the hospital. Circulation 122(10021):A9112, 2010. Presented at the 2010 Scientific Sessions of the American Heart Assoc in Chicago, IL.

39. Deng Y, Moreyra AE, Kostis WJ, Pantazopoulos J, Cosgrove NM, Wilson AC, Kostis JB for the MIDAS group. Changes in incidence and mortality rates of ischemic and non-ischemic heart failure. A 10-year study. JACC 55(10A):A139, 2010. Presented at the 59th Annual Scientific Session of the American College of Cardiology in Atlanta, GA.

40. Deng Y, Kostis WJ, Moreyra AE, Pantazopoulos J, Cosgrove NM, Wilson AC, Kostis JB for the MIDAS group. Increasing heart failure hospital admissions with decreasing new heart failure patients in New Jersey, 1996-2005. JACC 55(10A):A32, 2010. Presented at the 59th Annual Scientific Session of the American College of Cardiology in Atlanta, GA.

41. Vagaonescu TD, Moreyra AE, Wilson AC, Cosgrove NM, Kostis JB. Four year survival after percutaneous coronary intervention with drug eluting stents and bare metal stents in patients with acute myocardial infarction. A New Jersey Statewide Database Study. JACC 55(10A):A183, 2010. Presented at the 59th Annual Scientific Session of the American College of Cardiology in Atlanta, GA.

42. Mathew JM, Moreyra AE, Deng Y, Cosgrove NM, Wilson AC, Pantazopoulos J, Kostis JB, The MIDAS Study Group. The New Jersey Study of the "Hispanic Paradox." JACC 55(10):A144, 2010. Presented at the 59th Annual Scientific Session of the American College of Cardiology in Atlanta, GA.

43. Moreyra AE, Wilson AC, Cosgrove NM, Deng Y, Cullen K, Shao Y-H, Kostis JB. The fate of elderly patients (age 65 and older) with normal to mildly abnormal coronary arteriograms: a 13-year median follow-up study. Circulation 120(18):4532, 2009. Presented at the 2009 Scientific Sessions of the American Heart Assoc in Orlando, FL.

44. Vagaonescu TD, Moreyra AE, Wilson AC, Cosgrove NM, Kostis JB. How safe are drug eluting stents in octogenarians treated with primary percutaneous coronary intervention for acute myocardial infarction? Circulation 120(18):4503, 2009. Presented at the 2009 Scientific Sessions of the American Heart Assoc in Orlando, FL.

45. Kostis WJ, Deng Y, Moreyra AE, Kostis JB. Insurance type is associated with rate of implantable cardioverter defibrillator implantation and one-year mortality of patients with heart failure (A New Jersey Statewide Study). J of Cardiac Failure 15;6(Supp 1)297, 2009. Presented at the 13th Annual Scientific Session of the Heart Failure Society of America in Boston, MA, Sept 2009.

46. Rich DQ, Kipen HM, Zhang J, Kamat L, Turpin B, Wilson A, Kostis J. Triggering of myocardial infarction by ambient fine particles and fine particle species. Amer J of Respiratory and Crit Care Med 179(1):A1176, 2009.

47. Rich DQ, Kipen HM, Zhang J, Kamat L, Wilson A, Kostis J. Triggering of myocardial infarction by ambient fine particle concentration, differences in response by MI type and presence of chronic obstructive pulmonary disease. Circulation 119(10):e365, 2009.

48.    Bangalore S, Messerli FH, Wun C-C, Zuckerman AL, DeMicco D, Kostis JB, LaRosa JC. K-Curve Revisited: An Analysis of the Treating to New Targets (TNT) Trial. J of Clin Hypertens 11(4):A88, 2009.

49.    Bangalore S, Messerli FH, Wun C-C, Zuckerman AL, DeMicco D, Kostis JB, LaRosa JC. J-Curve Revisited: An Analysis of the Treatment to New Targets (TNT) Trial. JACC 53;10(Suppl 1)A217,  2008. Presented at the 58th Annual Scientific  Session of the American College of Cardiology in Orlando, FL, Mar 2009.

50.    Vagaonescu TD, Moreyra AE, Wilson AC, Cosgrove NM, Kostis JB. Transfusions after Percutaneous Coronary Intervention for Acute Myocardial Infarction Patients are Associated with Increased Long Term Mortality: Statewide Registry Study. JACC 53;10(Suppl 1)A61,  2008. Presented at the 58th Annual Scientific  Session of the American College of Cardiology in Orlando, FL, Mar 2009.

51.    Moreyra AE, Wilson AC, Deng Y, Cosgrove NM, Kostis JB, for the MIDAS Study Group. Lack of Change in Occurrence Rate and Long-Term Outcome of Patients With Post-Infarction Ventricular Septal Rupture:  A 21-Year Study. JACC 53;10(Suppl 1)A327, 2008. Presented at the 58th Annual Scientific  Session of the American College of Cardiology in Orlando, FL, Mar 2009.

52.    Kostis WJ, Kostis JB, Staessen JA. Persistence of Beneficial Effects of Cardiovascular Preventive Pharmacotherapy After Discontinuation of Blinded Therapy. JACC  53;10(Suppl 1)A381, 2008. Presented at the 58th Annual Scientific  Session of the American College of Cardiology in Orlando, FL, Mar 2009.

53.    Vagaonescu T, Wilson AC, Kostis JB. Electrocardiographic left ventricular hypertrophy predicts long term fatal outcomes in elderly hypertensives despite diuretic-based antihypertensive treatment:  14-year follow-up of the systolic Hypertension in the Elderly Program (SHEP). Circulation 118(18):4427,  2008. Presented at the 2008 Scientific Sessions of the American Heart Assoc in New Orleans, LA.

54.    Deng Y, Kostis WJ, Wilson AC, Cosgrove N, Shao Y-H, Moreyra A, Kostis JB. The impact of atrial fibrillation on the outcomes of patients suffering a second myocardial infarction. Circulation 118(18):4013,  2008. Presented at the 2008 Scientific Sessions of the American Heart Assoc in New Orleans, LA.

55.    Deng Y, Kostis WJ, Y-H Shao, Wilson AC, Cosgrove NM, Moreyra AE, Kostis JB. Intracranial hemorrhage as complication of thrombolysis and its impact on outcomes of stroke patients in a state-wide registry. Am J Epidemiol 167(Suppl):S72, 2008. Presented at the 41st Annual Society for Epidemiologic Research meeting, Chicago, IL, June 2008.

56.    Kostis JB, Breazna A, Deedwania P, LaRosa J. Benefits of intensive lipid lowering in patients with stable CHD and systolic blood pressure above or below 140 mmHg:  A post hoc analysis of the TNT study. Presented at Hypertension 2008 (a joint conference of ESH, ISH and DHL). Berlin, Germany, June 2008.

57.    Vagaonescu T, Moreyra AE, Wilson AC, Cosgrove NM, Kostis JB. Patients with acute myocardial infarction receiving drug eluting stents have better survival compared to patients receiving bare metal stents. A New Jersey Statewide Database Study. Circulation 117(19):02723, 2008.  Presented at the World Congress of Cardiology. Buenos Aires, Argentina, May 2008.

58.    Vagaonescu T, Wilson AC, Kostis JB. Atrial fibrillation and isolated systolic hypertension:  The SHEP and SHEP-X study. Circulation 117(19):0194, 2008. Presented at the World Congress of Cardiology. Buenos Aires, Argentina, May 2008.

59.     Deng Y, Kostis WJ, Shao Y-H, Wilson AC, Cosgrove NM, Moreyra AE, Kostis JB. Comparisons of rates, charactertics and outcomes of hospitalized stroke. Eleven year trends in a state-wide database. Circulaton 117;258, 2008. Presented at the 9th Scientific Forum on Quality of Care and Outcomes Research in Cardiovascular Disease and Stroke in Baltimore, MD, April-May 2008.

60.     Kostis WJ, Deng Y, Moreyra AE, Shao Y-H, Wilson AC, Cosgrove NM, Kostis JB. Impact of diagnostic and interventional procedures on outcomes of hospitalized stroke. Changes between 1994 and 2004 in a statewide database. Circulaton 117;258, 2008. Presented at the 9th Scientific Forum on Quality of Care and Outcomes Research in Cardiovascular Disease and Stroke in Baltimore, MD, April-May 2008.

61.     Shao Y-H, Kostis WJ, Moreyra AE, Wilson AC, Cosgrove NM, Kostis JB, For the Myocardial Infarction Data Acquisition System (MIDAS) Study Group. Divergnt trends in stroke and myocardial infarction incidence and case-fatality (A New Jersey Statewide Study). JACC 51(10):Suppl A:1014-230, 2008. Presented at the 57th Annual Scientific Session of the American College of Cardiology in Chicago, IL, Mar 2008.

62.     Kostis WJ, Shao Y-H, Moreyra AE, Wilson AC, Kostis JB, For the Myocardial Infarction Data Acquisition System (MIDAS) Study Group. Decreasing coronary heart disease mortality over two decades:  Prevention or postponement? (A New Jersey Statewide Study). JACC 51(10):Suppl A:1024-58, 2008. Presented at the 57th Annual Scientific  Session of the American College of Cardiology in Chicago, IL, Mar 2008.

63.     Wilson AC, Shao Y-H, Cosgrove NM, Pantazopoulos JS, Moreyra AE, Kostis JB. Changing age distribution of first every acute myocardial infraction among men and women in New Jersey hospitals. Circulation  116(16):II-832, 2007. Presented at the 2007 Annual Sci Sessions of the Amer Heart Assoc in Orlando, FL, Nov. 2007.

64.     Shao Y-H, Wilson AC, Cosgrove NM, Kostis WJ, Moreyra AE, Kostis JB. Changes in post discharge outcome of acute myocardial infarction in a statewide database. Circulation  116(16):II-525, 2007. Presented at the 2007 Annual Sci Sessions of the Amer Heart Assoc in Orlando, FL, Nov. 2007.

65.     Kostis WJ, Shao Y-H, Wilson AC, Moreyra AE, Kostis JB. Comparison in occurrence, clinical profile, and mortality in patients with acute myocardial inarction and stroke, alone and in combination (A Statewide Report). Circulation  116(16):II-417, 2007. Presented at the 2007 Annual Sci Sessions of the Amer Heart Assoc in Orlando, FL, Nov. 2007.

66.     LaRosa JC, Grundy SM, Kastelein JJP, Kostis JB. Safety and efficacy of atorvastatin at very low LDL-C levels:  A post-hoc analysis of the treating to new targets (TNT) study. J of Clinical Lipidology 159;2007. Presented at the 2007 Annual Scientific Sessionsof the National Lipid Association in Scottsdale, AZ, May-Jun 2007.

67.     Kostis JB, Breazna A,  LaRosa JC. The benefits of intensive lipid lowering in patients with stable coronary heart disease and systolic blood pressure above or below 140 mmHg. J of Clinical Lipidology 158;2007. Presented at the 2007 Annual Scientific Sessionsof the National Lipid Association in Scottsdale, AZ, May-Jun 2007.

68.     Shao Y-H, Moreyra AE, Wilson AC,  Kostis WJ, Cosgrove NM, Kostis JB.  The false paradox of higher case-fatality of acute myocardial infarction among young women compared to men. JACC 49(9):Suppl A:1019-93, 2007.  Presented at the 56th Annual Scientific Session of the American College of Cardiology in New Orleans, LA, Mar 2007.

69.     Cosgrove NM, Kostis WJ, Shao Y-H, Wilson AC, Moreyra AE, Kostis JB, for the MIDAS Study Group. Myocardial infarction after age ninety:  Outcomes in 10,213 nonagenarians. JACC 49(9):Suppl A:1007-74, 2007.  Presented at the 56th Annual Scientific Session of the American College of Cardiology in New Orleans, LA, Mar 2007.

70. Shao Y-H, Wilson AC, Cosgrove NM, Kostis JB. Lack of improvement in outcomes of black patients after myocardial infarction: 17-year trends in New Jersey. Circulation 115(8):97, 2007. Presented at the 47th Annual Conference on Cardiovascular Disease Epidemiology and Prevention in association with the Council on Nutrition, Physical Activity, and Metabolism in Orlando, FL, Feb. 2007.

71. Shao Y-H, Wilson AC, Kostis WJ, Cosgrove NM, Moreyra AE, Kostis JB. Recurrence of acute myocardial infarction in a statewide database. Circulation 114(18): Suppl II-4075, 2006. Presented at the 2006 Annual Sci Sessions of the Amer Heart Assoc in Chicago, IL, Nov. 2006.

72. Pantazopoulos JS, Wilson AC, Cosgrove NM, Kostis JB. Association of obesity and weight-change with long-term mortality in the elderly. Circulation 114(18): Suppl II-3965, 2006. Presented at the 2006 Annual Sci Sessions of the Amer Heart Assoc in Chicago, IL, Nov. 2006.

73. Vagaonescu TD, Wilson AC, Kostis JB. Increased white blood cell count predicts long-term fatal outcomes in elderly hypertensives: 14-year follow-up of the Systolic Hypertension in the Elderly Program (SHEP). Circulation 114(18): Suppl II-2400, 2006.   Presented at the 2006 Annual Sci Sessions of the Amer Heart Assoc in Chicago, IL, Nov. 2006.

74. Kostis JB, Shao Y-H, Wilson AC, Cosgrove NM, Kostis WJ, Moreyra AE. Increase of post-discharge mortality of patients with acute myocardial infarction in New Jersey: 1986-2002. Circulation 114(18): Suppl II-2858, 2006.   Presented at the 2006 Annual Sci Sessions of the Amer Heart Assoc in Chicago, IL, Nov. 2006.

75. Wilson AC, Patel AB, Shea ML, Moreyra AE, Kostis JB. Impact of stroke and TIA on long-term fatal outcomes: 14-year follow-up of the Systolic Hypertension in the Elderly program (SHEP). Circulation 114(18): Suppl II-2388, 2006.   Presented at the 2006 Annual Sci Sessions of the Amer Heart Assoc in Chicago, IL, Nov. 2006.

76. Kostis JB, Breazna A, LaRosa JC, on behalf of the TNT Steering Committee and Investigators. The benefits of intensive lipid lowering in patients with stable CHD and systolic blood pressure above or below 140 mmHg:  A post hoc analysis of the TNT study. J Clin Hypertens 8(6):455, Jun 2006.

77. Wilson AC, Shao Y-H, Cosgrove NM,  Freudenberger RS, Kostis WJ, Kostis JB, for the MIDAS Study Group.  Long-term mortality and changing cause of death in patients with acute myocardial infarction in New Jersey 1986-1998. JACC 47(4):Suppl A:1021-254, 2005. Presented at the 55th Annual Scientific Session of the American  College of Cardiology in Atlanta, GA, Mar 2006.

78. Shao Y-H, Wilson AC, Freudenberger RS, Kostis WJ, Cosgrove NM, Kostis JB, for the MIDAS Study Group.  The changing characteristics and in-hospital mortality of acute myocardial infarction in New Jersey 1986-2002. JACC 47(4):Suppl A:928-227, 2005. Presented at the 55th Annual Scientific Session of the American  College of Cardiology in Atlanta, GA, Mar 2006.

79. Kostis WJ, Shao Y-H, Wilson AC, Cosgrove NM, Freudenberger RS, Kostis JB, for the MIDAS Study Group.  Gender and racial differences in invasive diagnostic and interventional cardiac procedures in the management of acute myocardial infarction:  15-year trends in a statewide database. JACC 47(4):Suppl A:904-230, 2005. Presented at the 55th Annual Scientific Session of the American  College of Cardiology in Atlanta, GA, Mar 2006.

80. Freudenberger RS, Wilson AC, Kostis JB. Patients with severely reduced ejection fractions and atrial fibrillation have no benefit from rhythm control:  An analysis of the AFFIRM study. JACC 47(4):Suppl A:851-7, 2005. Presented at the 55th Annual Scientific Session of the American College of Cardiology in Atlanta, GA, Mar 2006.

81. Berger JS, Brown DL, Burke GL, Oberman A, Kostis JB, Langer RD, Wong ND, Wassertheil-Smoller S. The effect of aspirin treatment and dose on all-cause mortality and cardiovascular events in postmenopausal women with stable cardiovascular disease: The Women's Health Initiative Observational Study. Circulation 112(17): Suppl II-3802, 2005. Presented at the 2005 Annual Sci Sessions of the Amer Heart Assoc in Dallas, TX, Nov. 2005.

82. LaRosa JC, Grundy, SM Kastelein JJ, Kostis JB on behalf of the TNT Steering Committee and Investigators. Safety and efficacy of atorvastatin at very low LDL-C levels. A post hoc analysis of the TNT Study. Circulation 112(17): Suppl II-3109, 2005. Presented at the 2005 Annual Sci Sessions of the Amer Heart Assoc in Dallas, TX, Nov. 2005.

83. Wilson AC, Moreyra AE, Shao YH, Kostis JB. Shorter length of stay ("balloon to door" time) after primary percutaneous coronary intervention for acute myocardial infarction: A report from the 2002-2003 New Jersey MIDAS Database. Circulation 112(17): Suppl II-2704, 2005. Presented at the 2005 Annual Sci Sessions of the Amer Heart Assoc in Dallas, TX, Nov. 2005.

84. Tsakalakos T, Fast A, Koo B, Kostis J, Lianos E. Multifunctional hybrid materials for biomedical applications. 3rd International Conference on Materials for Advanced Technologies. International Union of materials Research Societies 9th International Conference on Advanced materials. Singapore, Japan, July 2005.

85. Freudenberger RS, Wilson AC, Lawrence-Nelson J, Hare JM, Kostis JB. Permanent pacing is a risk factor for the development of heart failure. Presented at the International Society for Heart and Lung Transplantation 25th Anniversary Meeting and Scientific Sessions, April 2005, Philadelphia, PA.

86. Kostis JB, Kim HJ, Rusnak J, Levy E. ACE inhibition and angioedema: a prospective controlled study in 12,557 patients. JACC 45(3):Suppl A:1100-128, 2005. Presented at the 54th Annual Scientific Session of the American College of Cardiology in Orlando, FL, Mar 2005.

87. Whelton PK, Barzilay J, Cushman WC, Davis BR, Liamathi E, Kostis JB, Leenen FHH, Louis GT, Margolis K, Mathis DE, Moloo J, Nwachuku C, Panebianco D, Parish DC, Pressel S, Simmons DL, Tadani U. Clinical outcomes in ALLHAT antihypertensive trial participants with type 2 diabetes, impaired fasting glucose, and normoglycemia. Southern Medical Journal 97;(Supp 1):6, 2004.

88. Langer RD, Hsia J, Pettinger M,Caralis P, Crawford S, Eaton CB, Greep N, Heckbert SR, Hendrix SL, Kostis JB, Kuller LH, Johnson KC, Manson JE. Conjugated equine estrogens-alone and the risk of coronary heart disease: Results of the women's health Initiative Clinical Trial. Circulation 110(17):Suppl II:3662, 2004. Presented at the Annual Sci Sessions 2004 of the Am Heart Assoc in New Orleans, LA, Nov. 2004.

89. Einhorn PT, Davis BR, Piller LB, Simpson LM, Kostis JB, Levy D, Massie BM, Nwachuku CE, Black HR, Cushman WC. The Antihypertensive and Lipid Lowering Treatment to Prevent Heart Attack Trial (ALLHAT) Validate Study: clinical presentation of hospitalized HF events and subsequent mortality rates. Circulation 110(17):Suppl II:3382, 2004. Presented at the Annual Sci Sessions 2004 of the Am Heart Assoc in New Orleans, LA, Nov. 2004.

90. Kostis JB, Wilson AC, Freudenberger RS, Cosgrove NM, Pressel SL, Davis BR. Long-term effect of diuretic-based therapy in subjects with isolated systolic hypertension with and without diabetes: fourteen-year follow-up of the Systolic Hypertension in the Elderly Program. Circulation 110(17):Suppl II:2042, 2004. Presented at the Annual Sci Sessions 2004 of the Am Heart Assoc in New Orleans, LA, Nov 2004.

91. Kostis JB, Einhorn P. Heart failure with preserved and impaired systolic left ventricular dysfunction in ALLHAT. Eur Heart J 25;(3790 iii-iiv):660, 2004. Presented at the European Society of Cardiology 2004 meeting, Munich, Germany, September 2004.

92.    Grayston JT, Kronmal R, Jackson LA et al. (JB Kostis, member ACES study group). Results of
       the azithromycin and coronary events study (ACES). Eur Heart J 25;(1918 iii-iiv):660, 2004.
       Presented at the European Society of Cardiology Meeting, Munich, Germany,  September 2004

93.    Kostis JB, Silfani T. The combination of olmesartan medoxomil plus hydrochlorothiazide  in
       subjects with stage 2 hypertension: results of a randomized, double-blind, factorial-design study.
       Am J Hypertens17(5):  Part 2 of 2; 114A, 2004. Presented at the 19th Annual Sci Meeting of the
       ASH, May 2004.

94.    Olshansky B, Rubin A, Owens S, Sami M, Shorofsky S, Kostis J, Ingalls S, Greene HL and the
       AFFIRM Investigators. Does amiodarone place patients with atrial fibrillation and pulmonary
       disease at excess risk?  Results from the AFFIRM Study. PACE 26(II):1002, 2003. Presented at
       the 24th Annual Scientific Sessions of NASPE 2003, Washington, DC, May 2003.

95.    Moreyra AE, Ranjan R, Kostis JB, Wilson AC, Lacy CR. Higher pulse pressure indicates better
       outcomes in patients with severe heart failure. J Molecular and Cellular Cardiol 35(8):A15, 2003.

96.    Einhorn P, Davis B, Piller L, deLean B, Simpson L, Kostis J, Levy D, Massie B, Nwachuku C,
       Black H, Cushman W for the ALLHAT collaborative Research Group. Review of heart failure
       events in the Antihypertensive and Lipid Lowering Treatment to Prevent Heart Attack Trial
       (ALLHAT): ALLHAT heart failure validation study. Circulation 108(17):Suppl IV:1847, 2003.

97.    Kostis JB. Clinical effects of eprosartan. Proceedings of the 8th Hellenic Congress on
       Hypertension, March 2003.

98.    Kostis JB. Evidence based medicine and clinical trials. Proceedings of the 8th Hellenic Congress
       on Hypertension, March 2003.

99.    Wilson AC, Kostis JB, Lawrence-Nelson J, Cosgrove NM, D'Sa P for MIDAS. Changing sex
       differences in invasive cardiac procedure rates following acute myocardial infarction. JACC
       41(6):Suppl A:527A. Presented at the 52nd Annual Sci Session of the Am Coll of Cardiol in
       Chicago, IL, March 2003.

100.   Kostis JB, Wilson AC, Lawrence-Nelson J, Ranjan R, Cosgrove NM, Lacy CR, D'Sa P. Increase
       in mortality of patients discharged with the diagnosis of acute myocardial infarction between 1986
       and 1996. JACC 41(6):Suppl A:366A. Presented at the 52nd Annual Sci Session of the Am Coll
       of Cardiol in Chicago, IL, March 2003.

101.   Vagaonescu TD, Lawrence-Nelson J, Wilson AC, Kostis JB. Electrocardiographic left ventricular
       hypertrophy predicts cardiovascular events despite antihypertensive treatment-The  study.
       Circulation 106(19):Suppl II:2158, 2002.  Presented at the Annual Sci Sessions 2002 of the Am
       Heart Assoc in Chicago, IL, Nov 2002.

102.   Cokkinos DV, Haralabopoulos GC, Kostis J, Toutouzas PK. Antithrombotic treatment does not
       seem beneficial in CHF. Interim results of HELAS (Heart Failure Long term Antithrombotic
       Study). Eur Heart J 4(Suppl):325, 2002.  Presented at the European Society of Cardiology
       Congress 2002, Berlin, Germany, Sept. 2002.

103.   Kostis JB, Ranjan R, Wilson AC, Lawrence-Nelson J, Subraya RG, Lacy CR. High pulse pressure
       predicts better outcomes in patients with severe heart failure in SOLVD. J of Hypertension
       20(suppl 4):S82, 2002. Presented at the 19th Scientific Meeting of the International Society of
       Hypertension/12th European Meeting on Hypertension in Prague, Czech Republic, June 2002.

104.   Subraya RG, Lacy CR, Wilson AC, Raviprasad J, Kostis JB. Increased heart failure
       hospitalization rate in smokers is mediated by preceding ischemic events in patients with heart

failure and left ventricular dysfunction in SOLVD. JACC 39(5):Suppl A:188A, 2002. Presented at the 51st Annual Sci Sessions of the Am Coll of Cardiol in Atlanta, GA, Mar 2002.

105.   Kostis JB, Wilson AC. Incidence of angioedema in SOLVD. JACC 39(5):Suppl A:166A, 2002. Presented at the 51st Annual Sci Sessions of the Am Coll of Cardiol in Atlanta, GA, Mar 2002.

106.   Kostis JB. Evaluating the evidence of clinical benefits of ACE inhibition. Hypertonia Es Nephrologia (5):S4:155, 2001.

107.   Subraya RG, Lacy CR, Wilson AC, Raviprasad J, Kostis JB. Effect of smoking on cause of mortality in patients with heart failure and left ventricular dysfunction in SOLVD. Circulation 104(17):Suppl II:3737, 2001. Presented at the annual Sci Sessions 2001 of the Am Heart Assoc in Anaheim, CA, Nov 2001.

108.   Lacy CR, Suh D-C, Barone JA, Prabhakar A, Kudipudi R, Kostis JB. Nurse of pharmacist case management changes physicians' lipid testing and treatment practice more effectively than education or financial incentives. Circulation 104(17):Suppl II:3707, 2001. Presented at the annual Sci Sessions 2001 of the Am Heart Assoc in Anaheim, CA, Nov 2001.

109.   Vagaonescu TD, Lawrence-Nelson J, Wilson AC, Kostis JB. Increased white blood cell count predicts cardiovascular events in elderly hypertensives with isolated systolic hypertension: the study. Circulation 104(17):Suppl II:2863, 2001. Presented at the annual Sci Sessions 2001 of the Am Heart Assoc in Anaheim, CA, Nov 2001.

110.   Philipp C, Remmler J, Kostis J. Association of increased high molecular weight fibrinogen and thrombin-catalyzed polymerization with peripheral vascular disease. Thrombosis Hemostasis Supplement 1:1288, 2001. Presented at the XVIIIth Congress of The International Society on Thrombosis and Haemostasis in Paris, July 2001.

111.   Subraya RG, Wilson AC, Lacy CR, Kostis JB. Smoking increases hospitalization rate for heart failure in patients with heart failure and left ventricular dysfunction in SOLVD. JACC 37(2):Suppl A:156A, 2001. Presented at the 50th Annual Sci Sessions of the Am Coll of Cardiol in Orlando, FL, Mar 2001.

112.   Vagaonescu TD, Lawrence-Nelson J, Wilson AC, Kostis JB. Increase in cardiac events in patients with atrial fibrillation and isolated systolic hypertension: The study. Circulation 102(18):Suppl II:3784, 2000. Presented at the 73th annual Sci Sessions of the Am Heart Assoc in New Orleans, LA, Nov 2000.

113.   Subraya RG, Wilson AC, Lacy CR, Kostis JB. Impact of smoking on mortality in patients with heart failure and LV dysfunction in SOLVD. Circulation 102(18):Suppl II:4200, 2000. Presented at the 73th annual Sci Sessions of the Am Heart Assoc in New Orleans, LA, Nov 2000.

114.   Ranjan R, Lawrence-Nelson J, Wilson AC, Lacy CR, Kostis JB. Changes in length of hospital stay and mortality in patients with acute myocardial infarction. Circulation 102(18):Suppl II:4087, 2000. Presented at the 73th annual Sci Sessions of the Am Heart Assoc in New Orleans, LA, Nov 2000.

115.   Levine TB, Kostis J, Bozkurt B, Ewald G, Soffer B, Sharma D, Harris K, Alexander J, Senatore F, Beere P. Haemodynamic benefit of endothelin-receptor antagonist, J-104,132, in patients with congestive heart failure. Eur Heart J 21(Abstr. Suppl):116, 2000.  Presented at the XXIInd Congress of the European Society of Cardiology, Amsterdam, The Netherlands, August, 2000.

116.   Kostis JB, Rouleau JL, Pfeffer MA, Rousseau MF, Ikram H, Kjda M. A comparison of the vasopeptidase inhibitor omapatrilat vs. Lisinopril in subjects with heart failure. Eur Heart J 21(Abstr. Suppl):344, 2000.  Presented at the XXIInd Congress of the European Society of Cardiology, Amsterdam, The Netherlands, August, 2000.

117.    Wilson A, Kostis J, Philipp C, Appel L, Espeland M, Johnson K, Hooper W. ACE gene (DD) genotype is associated with response to dietary weight loss therapy of hypertension: Effect of race and sex. J of Hypertens 18(supp 4):S124, 2000.

118.    Kostis JB. Impact of hypertension treatment on coronary artery disease morbidity and mortality. Am J Hypertens 13(4):Part 2;322A, 2000.

119.    Wilson AC, Kostis JB, Philipp CS, Appel LJ, Espeland M, Folmar S, Johnson KC, Cutler JA, Hooper WC for the Colaborative Research Group. Blood pressure sensitivity to weight loss in elderly white hypertensives: Association with ACE (DD) genotype. Presentated at the Fifteenth Scientific Meeting of The American Society of Hypertension, May 2000, NY, NY, Am J Hypertens 13(4):Part 2;79A, 2000.

120.    Kostis JB, Weber MA, Alder MH, Black HR, Johnston CI, Larochelle P, Levy D, Neutel J, Wolf RA. OPERA: Design and rationale for a novel placebo control trial testing the benefits of blood pressure reduction in patients with Stage I isolated systolic hypertension. Presented at the Fifteenth Scientific Meeting of The American Society of Hypertension, May 2000, NY, NY, Am J Hypertens 13(4):Part 2;70A, 2000.

121.    Lawrence-Nelson J, Wilson AC, Lacy CR, Ranjan R, Kostis WJ, Kostis JB. Pulse pressure increases the risk of heart failure independently of systolic blood pressure in . Am J Hypertens 13(4):Part 2;20A, 2000. Errata. Am J Hypertens 13(7):854, 2000.

122.    Lacy CR, Bueno M, Cadoff E, Suh D-C, Barone JA, Kostis JB. Computer-based informational prompts modify physician ordering. JACC 35(2):Suppl A:560A, 2000. Presented at the 48th Annual Sci Sessions of the Am Coll of Cardiol in Anaheim, CA, Mar 2000.

123.    Kostis JB, Rouleau JL, Pfeffer MA, Rousseau MF, Ikram H, Kjda M, Qian C, Block AJ, Hanyok JJ, Synhorst DP, Pouleur H. For the Omapatrilat Heart Failure Investigators. Beneficial effects of vasopeptidase inhibition on mortality and morbidity in heart failure: evidence from the omapatrilat heart failure program. JACC 35(2):Suppl A:240A, 2000. Presented at the 48th Annual Sci Sessions of the Am Coll of Cardiol in Anaheim, CA, Mar 2000.

124.    Kostis JB, Klapholz M, Vesterqvist O, Delaney CL, Liao W-c. Plasma atrial natriuretic peptide, cyclic guanosine monophosphate, and endothelin response to omapatrilat in heart failure. JACC 35(2):Suppl A:206A, 2000. Presented at the 48th Annual Sci Sessions of the Am Coll of Cardiol in Anaheim, CA, Mar 2000.

125.    Barone JA, Lacy CR, Moreyra AE, Grossano JV, Hosler M, Suh D-C, Kostis JB. Toxic and therapeutic lidocaine blood levels following subcutaneous administration during cardiac catheterization. Circulation Suppl I:4360, 1999. Presented at the 72th annual Sci Sessions of the Am Heart Assoc in Atlanta, GA, Nov 1999.

126.    Wilson AC, Lacy CR, Cosgrove NM, Kostis JB. Increasing frequency of coronary heart disease among the elderly in New Jersey: 1986-1996. Circulation Suppl I:528, 1999. Presented at the 72th annual Sci Sessions of the Am Heart Assoc in Atlanta, GA, Nov 1999.

127.    Suh DC, Barone JA, Lacy CR, Moylan D, Kostis JB. Assessment of factors contributing to trends in perscription drug expenditures. J Am Pharm Assoc 39(2):273, Mar/Apr 1999.

128.    Kostis JB, Liao W-c, Beierle FA, Ens GE, Tracy RP, Hauck CJ, Abbud ZA, Smith RA. Single bolus regimen of lanoteplase (NPA) in acute myocardial infarction: hemostatic evaluation vs. TPA in the InTime Study. JACC 33(2):Suppl A:235A, 1998. Presented at the 48th Annual Sci Sessions of the Am Coll of Cardiol in New Orleans, LA, Mar 1999.

129. Philipp CS, Austin H, Kostis JB, Hooper WC. 4G/5G plasminogen activator inhibitor-1 gene polymorphism is associated with peripheral arterial disease. JACC 33(2):Suppl A:291A, 1998. Presented at the 48th Annual Sci Sessions of the Am Coll of Cardiol in New Orleans, LA, Mar 1999.

130. Kostis JB, Lacy CR, Wilson AC, Cardona C, Cosgrove NM, Shindler DM. Non drug therapy of hypertension: persistence of effect after discontinuation of intervention. JACC 33(2):Suppl A:238A, 1998. Presented at the 48th Annual Sci Sessions of the Am Coll of Cardiol in New Orleans, LA, Mar 1999.

131. Shindler DM, Maraventano M, Wilson AC, Bueno M, Lacy CR, John JF, Kostis JB. Inductive decision trees demonstrate a seasonal pattern of pericarditis admissions. JACC 33(2):suppl A:8A, 1998. Presented at the 48th Annual Sci Sessions of the Am Coll of Cardiol in New Orleans, LA, Mar 1999.

132. Lacy CR, Swartz CD, Moylan DM, Bueno M, Suh D-C, Barone JA, Kostis JB. Impact of a targeted intervention on lipid-lowering therapy in patients with coronary artery disease in the hospital setting. Circulation Suppl I:223, 1998. Presented at the 71th annual Sci Sessions of the Am Heart Assoc in Dallas, TX, Nov 1998.

133. Kostis JB, Liao W-c, Beierle FA, Ens GE, Tracy RP, hauck CJ, Abbud ZA, Smith RA. Single bolus regimen of lanoteplase (nPA) in acute myocardial infarction: hemostatic evaluation vs. TPA in the InTime -I study. Eur Heart J 19:160, 1998. Presented at the Xxth Congress of the European Society of Cardiology, Vienna, Austria, August 1998.

134. Chaudhari UJ, Umansky SC, Diem M, Bradley ME, Acculto LA, Cuozzo G, Madrid A, Cody R, Cosgrove NM, Barone JA, Lacy CR, Kostis JB. Effect of mental stress and nitroglycerin on vascular compliance in human volunteers. JACC 31(2):Suppl A:459A, 1998. Presented at the 47th Annual Sci Sessions of the Am Coll of Cardiol in Atlanta, GA, Mar 1998.

135. Lacy CR, Barone JA, Moylan DM, Bueno M, Suh D, Kostis JB. Impact of presentation of research results on prescribing of medications in patients with left ventricular dysfunction. JACC 31(2):Suppl A:306A, 1998. Presented at the 47th Annual Sci Sessions of the Am Coll of Cardiol in Atlanta, GA, Mar 1998.

136. Shindler DM, Shaikh T, Yi C, Wilson AC, Micheli-Tzanakou E, Kostis JB. Echocardiographic machine learning databases on the internet. JACC 31(2):Suppl A:9A, 1998. Presented at the 47th Annual Sci Sessions of the Am Coll of Cardiol in Atlanta, GA, Mar 1998.

137. Liao W-C, Beierle FA, Stouffer BC, Dockens RC, Abbud ZA, Tay LK, Knaus DM, Raymond RH, Chew PH, Kostis JB. Single bolus regimen of lanoteplase (nPA) in acute myocardial infarction: pharmacokinetic evaluation from In-Time-I study. Circulation 96(8):1446, 1997. Presented at the 70th Annual Sci Sessions of the Am Heart Assoc in Orlando, FL, Nov 1997.

138. Gregory PM, Rhoads GG, Wilson AC, Kostis JB. Racial differences in the use of invasive cardiac services: The impact of health insurance status. Circulation 96(8):3454, 1997. Presented at the 70th Annual Sci Sessions of the Am Heart Assoc in Orlando, FL, Nov 1997.

139. Lacy CR, Bueno M, Kostis JB. Stroke time registry for outcomes knowledge and epidemiology (STROKE). Accepted for presentation at the 1997 North American Stroke Meeting, Montreal, Canada, Oct 1997.

140. Kostis JB, Espeland MA, Lacy CR, Pierce J, Whelton PK for the Cooperative Research Group. Cardiovascular events after antihypertensive drug withdrawal during dietary intervention. Canadian J of Cardiol Suppl, 1997. Presented at The 4th International Conference on Preventive Cardiol in Montreal, Canada, July 1997.

141.   Espeland MA, Kostis JB, Whelton PK, Carnaghi M, Elam J, Bahnson J for the  Cooperative Research Group. Predictors of successful long term weaning from antihypertensive medications. Canadian J of Cardiol Suppl, 1997. Presented at The 4th International Conference on Preventive Cardiol in Montreal, Canada, July 1997.

142.   Whelton PK, Espeland M, Kostis JB, Appel LJ, Applegate WB, Ettinger WH, Kumanyika S, Cutler JA for the  Cooperative Research Group. Effect of sodium reduction and weight loss on BP in the trial of nonpharmacologic interventions in the elderly (). Canadian J of Cardiol Suppl, 1997. Presented at The 4th International Conference on Preventive Cardiol in Montreal, Canada, July 1997.

143.   Garg R, Applegate W, Crouse R, Davis K, Egan D, Elam M, Herd A, Hunninghake D, Kostis J, s D for the ADMIT Investigators. Canadian J of Cardiol Suppl, 1997. Presented at The 4th International Conference on Preventive Cardiol in Montreal, Canada, July 1997.

144.   Gregory P, Wartenberg D, Rhoads G, Kostis J. Does the method of risk adjustment affect the relationship between health insurance status and use of cardiac services? Am J Epidemiol 145(Suppl):S64, 1997.

145.   Gregory P, Rhoads G, Wilson A, O'Dowd K, Kostis J. Double or nothing? A baseline study of the impact of availability of cardiac services on racial differences in cardiac service use and mortality. Abstract Book Assoc Health Serv Res 14:64-65, 1997.  Presented at the Association of Health Services Research 14th Annual Meeting, Chicago, IL June 1997.

146.   Liang Z-H, Wilson AC, Kostis JB. Variation in length of stay and readmission for patients with myocardial infarction between 1986 and 1994. JACC 29(2):Suppl A:348A, 1997.  Presented at the 46th Annual Sci Sessions of the Am Coll of Cardiol in Anaheim, CA, Mar 1997.

147.   Abbud ZA, Wilson AC, Kostis JB. Lack of association of the angiotensin converting enzyme DD genotype with peripheral vascular disease. JACC 29(2):Suppl A:127A, 1997.  Presented at the 46th Annual Sci Sessions of the Am Coll of Cardiol in Anaheim, CA, Mar 1997.

148.   Moreyra AE, Kostis JB, Wilson AC, Deac R, Kovacs T, Suciu C, Ortan F. Independent predictors of atrial fibrillation in patients with mitral stenosis. Circulation 94(8):3347, 1996. Presented at the 69th Annual Sci Sessions of the Am Heart Assoc in New Orleans, LA, Nov 1996.

149.   Kostis JB, Davis BR. Prevention of heart failure by antihypertensive therapy in elderly patients with isolated systolic hypertension (ISH). Circulation 94(8):1247, 1996. Presented at the 69th Annual Sci Sessions of the Am Heart Assoc in New Orleans, LA, Nov 1996.

150.   Whelton PK, Applegate WB, Ettinger WH, Espeland M, Kostis JB, Appel LJ, Cutler JA, Premen AJ. Efficacy of weight loss and reduced sodium intake in the Trial of Nonpharmacologic Interventions in the Elderly (). Circulation 94(8):1034, 1996. Presented at the 69th Annual Sci Sessions of the Am Heart Assoc in New Orleans, LA, Nov 1996.

151.   Kostis JB. Inhibition of the renin angiotensin system in congestive heart failure. Acta Phisiologica, Pharmacologica et Therapeutica Latinoamericana 46(6):108, 1996. Presented at the VI World Conference on Clinical Pharmacology & Therapeutics, Buenos Aires, Argentina, August 1996.

152.   Kostis JB based on the SOLVD Database from UMDNJ-Robert Wood Johnson Medical School. The relationship between blood pressure and decrease in event rates by enalapril in left ventricular dysfunction. J of Htn 14(Suppl 1):P1054, 1996. Presented at 16Th Sci Meeting of the Intern'l Soc of Hypertension, Glasgow, UK, June 1996.

153.   Whelton PK, Applegate WB, Espeland M, Ettinger WH, Kostis JB, Appel LJ, Cutler JA for The Collaborative Research Group. Effects of weight loss and reduced sodium intake on blood

pressure control: The Trial of Nonpharmacologic Intervention in the Elderly (). J of Htn 14(Suppl 1):15A.6, 1996. Presented at the 16Th Sci Meeting of the Intern'l Soc of Hypertension, Glasgow, UK, June 1996.

154.   Wilson AC, Cosgrove NM, Kostis JB for the SOLVD Study Investigators. Effect of calcium channel blockers on myocardial infarction in hypertensive patients with low ejection fraction. J of Htn 14(Suppl 1):14A.4, 1996. Presented at the 16Th Sci Meeting of the Intern'l Soc of Hypertension, Glasgow, UK, June 1996.

155.   Kostis JB based on the SOLVD Data from UMDNJ-Robert Wood Johnson Medical School. The relationship between blood pressure and the decrease in morbid and mortal events by enalapril in left ventricular dysfunction. Am J Htn 9(4);Part 2:120A, April 1996.

156.   Palmeri ST, Kostis JB, Cody R, Wilson AC, Shindler DM, Strawderman W. Are meta analysis methods valid - reverse meta analysis. JACC 27(2):89A. Presented at the 45th Annual Sci Sessions of the Am College of Cardiol in Orlando, FL, March 1996.

157.   Wilson AC, Abbud ZA, Kostis JB from the UMDNJ-Robert Wood Johnson Medical School Clinical Center Based on the  Database. Association of DD genotype of angiotensin coverting enzyme with hypertension. JACC 27(2):52A. Presented at the 45th Annual Sci Sessions of the Am College  of Cardiol in Orlando, FL, March 1996.

158.   Kostis JB, Wilson AC, Cosgrove NM, Lacy CR, from the UMDNJ-Robert Wood Johnson Medical School Clinical Center Based on the SOLVD Database. Effect of calcium channel blockers on the incidence of myocardial infarction in patients with left ventricular dysfunction. JACC 27(2):36A. Presented at the 45th Annual Sci Sessions of the Am College of Cardiol in Orlando, FL, March 1996.

159.   Wilson AC, Liang Z-H, Kostis JB for the SOLVD Study Investigators. Effect of beta-blockers in patients with low ejection fractions. Circulation 92(8):1572, 1995. Presented at the 68th Annual Sci Sessions of the Am Heart Assoc in Anaheim, CA, Nov 1995.

160.   Liang Z-H, Wilson AC, Cosgrove NM, Kostis JB for MIDAS. Long term survival after hospital CPR in acute myocardial infarction. Circulation 92(8):0832, 1995. Presented at the 68th Annual Sci Sessions of the Am Heart Assoc in Anaheim, CA, Nov 1995.

161.   Elam MB, Smith MD, Mandy Z, Young MZ, Graney MJ, Chesney CM, Garg R, Egan DA, Pettinger MB, Davis KB, hunninghake DB, Crouse JR, Heard JA, Kostis JB, s DS, Applegate WB for the ADMIT Investigators. Correlation of risk factors with severity of lower extremity vascular disease in the atherosclerotic disease multiple intervention trial (ADMIT): Influence of sex and race. Circulation 92(8):0488, 1995. Presented at the 68th Annual Sci Sessions of the Am Heart Assoc in Anaheim, CA, Nov 1995.

162.   Philipp CS, Cisar LA, Kim HC, Wilson AC, Saidi P, Kostis JB. Hemostatic factors associated with peripheral arterial disease. Circulation 92(8):0139, 1995. Presented at the 68th Annual Sci Sessions of the Am Heart Assoc in Anaheim, CA, Nov 1995.

163.   Liang Z-H, Wilson AC, Kostis JB for MIDAS. Changing hospital mortality and use of invasive procedures in acute myocardial infarction. Circulation 92(8):0125, 1995. Presented at the 68th Annual Sci Sessions of the Am Heart Assoc in Anaheim, CA, Nov 1995.

164.   Kostis JB, Abbud ZA, Wilson AC. Angiotensin converting enzyme gene polymorphism in hypertension.  European Heart J 16(Abs Suppl):3, 1995. Presented at the European Society of Cardiology, Amsterdam, The Netherlands, August 1995.

165.   Kostis JB on behalf of the SOLVD Study Group. The effect of enalapril in patients with hypertension and left ventricular dysfunction. Can J Cardiol 11(Suppl D);VC-22. June 1995. Presented at the World Conference on Hypertension Control, Ottawa, Canada, June 1995.

166.   Kostis JB on behalf of the SOLVD Study Group. The effect of enalapril on the mortal and morbid events in patients with hypertension and left ventricular dysfunction. Presented at the Seventh European Meeting on Hypertension, Milan, Italy, June 1995.

167.   Moreyra AE, Wilson AC, Gregory PC, Kostis JB. Early angioplasty during hospitalization for acute myocardial infarction improves 3-year survival. JACC 755-1;231A, Feb 1995. Presented at the 44th Annual Sci Sessions of the American College of Cardiology in New Orleans, LA, March 1995.

168.   Moreyra AE, Conway RS, Chen WH, Ting W, Kostis JB. Attenuation of myocardial stunning by a novel nonglucocorticoid 21-aminosteroid inhibitor of lipid peroxidation. JACC 901-112;32A, Feb 1995. Presented at the 44th Annual Sci Sessions of the American College of Cardiology in New Orleans, LA, March 1995.

169.   Crabbe DL, Wilson AC, Kostis JB for MIDAS. Race and gender as factors influencing management and 3-year survival outcome after acute myocardial infarction. Circulation90(4):Part 2;2704,  Oct 1994. Presented at the 67th Annual Sci Sessions of the American Heart  Association in Dallas, TX, Nov 1994.

170.   Abbud ZA, Shindler DM, Wilson AC, Kostis JB for MIDAS. Effect of diabetes on short and long term mortality of acute myocardial infarction. A statewide study. Circulation 90(4):Part  2;2694, Oct 1994. Presented at the 67th Annual Sci Sessions of the American Heart  Association   in Dallas, TX, Nov 1994.

171.   Kostis JB on behalf of the SOLVD Study Group. The effect of enalapril on the mortal and morbid events in patients with hypertension and left ventricular dysfunction. Circulation 90(4):Part 2; 2718, Oct 1994. Presented at the 67th Annual Sci Sessions of the American Heart Association in      Dallas, TX, Nov 1994.

172.   Hosler M, Moreyra F, Moreyra A, Kostis J. Can the location of chest pain predict the location of the coronary lesion? Eur Heart J 15(Abs Suppl):3008, Aug 1994. Presented at the Joint XIIthWorld Congress of Cardiology and XVIthCongress of the European Society of Cardiology in Berlin, Germany, Sept 1994.

173.   Moreyra AE, Wilson AC, Gregory P, Kostis JB for MIDAS. Improved 3-year survival after early angioplasty during hospitalization for acute myocardial infarction. Eur Heart J 15(Abs Suppl):P1630, Aug 1994. Presented at the Joint XIIthWorld Congress of Cardiology and XVIth Congress of the European Society of Cardiology in Berlin, Germany, Sept 1994.

174.   Kostis JB, Rosen RC, Wilson AC. Comparative effects of lovastatin and pravastatin on sleep and CNS function of hypercholesterolemic men. Eur Heart J 15(Abs Suppl):P3162, Aug 1994. Presented at the Joint XIIth World Congress of Cardiology and XVIth Congress of the European Society of Cardiology in Berlin, Germany, Sept 1994.

175.   Kostis JB, Crum L, Willis PW, Hood WB Jr, Probstfield JL for the SOLVD Investigators. Side effects of enalapril in patients with left ventricular dysfunction. Eur Heart J 15(Abs Suppl):2261, Aug 1994. Presented at the Joint XIIth World Congress of Cardiology and XVIth Congress of the European Society of Cardiology in Berlin, Germany, Sept 1994.

176.   Kostis JB on behalf of the SOLVD Study Group. The effect of enalapril on the mortal and morbid events in patients with hypertension and left ventricular dysfunction. Eur Heart J 15(Abs Suppl):1312, Aug 1994.Presented at the Joint XIIth World Congress of Cardiology and XVIth Congress of the European Society of Cardiology in Berlin, Germany, Sept 1994.

177.    Chavez MR, Shindler DM, Shindler OI, Palmeri ST, Kostis JB. Morphing of left atrial "smoke" and albumin contrast with transesophageal echocardiography. Clinical Research 42(2):324A, April 1994.

178.    Shindler DM, Shindler OI, Kostis JB. Digital unsharp masking is an effective image processing technique that enhances echocardiographic endocardial reflections. J Ultrasound Med 13(3):S11, March 1994.

179.    Abbud ZA, Shindler DM, Wilson AC, Kostis JB for MIDAS. Effect of diabetes on short and long term mortality of patients with acute myocardial infarction. Presented at the American College of Physicians New Jersey Chapter Meeting, 1994.

180.    Kostis WJ, Yi C, Micheli-Tzanakou E, Kostis JB. Estimation of long-term mortality of myocardial infarction using neural networks. JACC 1A-484A:436A. Presented at the 43rd Annual Sci Sessions of the American College of Cardiology in Atlanta, GA, March 1994.

181.    Lacy CR, Palmeri ST, Kostis JB, Barone JA, Acculto L, Burke R, Danetz J, Cuozzo G, Madrid A, Quick B, Cody R. Effect of placebo and naloxone on exercise performance. JACC 1A-484A:258A, 1994. Presented at the 43rd Annual Sci Sessions of the American College of Cardiology in Atlanta, GA, March 1994.

182.    Kostis JB, Crum L, Willis PW, Hood Jr WB, Probstfield JL for the SOLVD Investigators. Side effects of enalapril in patients with left ventricular dysfunction. JACC 1A-484A:211A. Presented at the 43rd Annual Sci Sessions of the American College of Cardiology in Atlanta, GA, March 1994.

183.    Kuntz GR, Shindler DM, Frenkel LD, Sissman N, Kostis JB. Neural network performance in recognizing echocardiographic pixel luminance patterns. JACC 1A-484A:182A, 1994. Presented at the 43rd Annual Sci Sessions of the American College of Cardiology in Atlanta, GA, March 1994.

184.    Shindler DM, Kostis JB, Yusuf S, Ghali JK, Quinones MA, Pitt B, Stewart D, Pinkett TL, for the SOLVD investigators. Diabetes predicts morbidity and mortality in the Studies of Left Ventricular Dysfunction. Circulation 88(4):3248, 1993. Presented at the 66th Annual Sci Sessions of the American Heart Association in Atlanta, GA, Nov 1993.

185.    Moreyra AE, Wilson AC, Gregory P, Kostis JB for MIDAS. Lower 3-year mortality is associated with angioplasty during hospitalization for acute myocardial infarction. Circulation 88(4):2204, 1993. Presented at the 66th Annual Sci Sessions of the American Heart Association in Atlanta, GA, Nov 1993.

186.    Shindler OI, Shindler DM, Kostis JB. Consistent transpulmonary passage of albumin echo-cardiographic contrast without sonication. Circulation 88(4):2159, 1993. Presented at the 66th Annual Sci Sessions of the American Heart Association in Atlanta, GA, Nov 1993.

187.    Deeb SN, Konstam V, Pouleur H, Kostis JB, Gorkin L, Handberg E, Shumaker SA, Mottard I, Woods P, Lindholm L, McBridge M, Yusuf S for the SOLVD Investigators. Baseline quality of life predicts morbidity and mortality in 5210 patients with left ventricular dysfunction (SOLVD prevention and treatment trials. Circulation 88(4):1923, 1993. Presented at the 66th Annual Sci Sessions of the American Heart Association in Atlanta, GA, Nov 1993.

188.    Kostis JB, Wilson AC, Gregory P. Management and long-term outcome of acute myocardial infarction in men and women. Il Cuore X(Sup 4):203, 1993. Presented at the 6th Annual Meeting of Mediterranean Assoc of Cardiol and Cardiac Surgery, Corfu, Greece, Sept 1993.

189.    Kostis WJ, Kostis JB, Micheli-Tzanakou E. Estimation of long-term mortality of myocardial

infarction using a neural network based on the alopex algorithm. Il Cuore X(Sup 4):196, 1993. Presented at the 6th Annual Meeting of Mediterranean Assoc of Cardiol and Cardiac Surgery, Corfu, Greece, Sept 1993.

190.    Kostis JB. Isolated systolic hypertension. Il Cuore X(Sup 4):37, 1993. Presented at the 6th Annual Meeting of Mediterranean Assoc of Cardiol and Cardiac Surgery, Corfu, Greece, Sept 1993.

191.    Shindler OI, Shindler DM, Kostis JB. Echocardiographic left ventricular hypertrophy in aortic stenosis. Chest 104(2):140S, 1993. Presented at American College of Chest Physician's 59th Annual Internaltional Sci Assembly, Orlando, FL, Oct 1993.

192.    Kostis JB, Apple H, Wilson AC. A new method of direct noninvasive measurement of arterial compliance. Am J Hypertension 6(5):Part 2;35A, 1993. Presented at the Am Soc of Hypertension 8th Scientific Mtg in New York City, May 1993.

193.    Wilson AC, Cui T, Gregory P, Cosgrove NM, Kostis JB. Hypertension as a protective factor in patients surviving acute myocardial infarction. Am J Hypertension 6(5):Part 2;88A, 1993. Presented at the Am Soc of Hypertension 8th Scientific Mtg in New York City, May 1993.

194.    Shindler OI, Shindler DM, Ambrosio P, Shah J, Kostis JB. Left atrial albumin contrast washout with transesophageal echocardiography. J Ultrasound Med 12(3):S52, Mar 1993. Presented at the 37th Annual Convention of the American Institute of Ultrasound in Medicine, Honolulu, HI, March 1993.

195.    Wilson AC, Cui T, Cosgrove NM, Kostis JB. Seasonal periodicity of acute myocardial infarction and association with birthdays and holidays. JACC 21(2):436A, Feb 1993. Presented at the 42nd Annual Sci Session of the American College of Cardiology in Anaheim, CA, March 1993.

196.    Kostis JB, Wilson AC, Gregory P, Cosgrove NM, Cui T, Chirala A, O'Dowd K for MIDAS. Long term mortality of acute myocardial infarction with and without cardiac catheterization in men and women. JACC 21(2):176A, Feb 1993. Presented at the 42nd Annual Sci Session of the American College of Cardiology in Anaheim, CA, March 1993.

197.    Shindler DM, Pinkett TL, Kostis JB, Quinones MA, Pitt B, Yusuf S, for the SOLVD Investigators. Diabetes in the SOLVD registry: an independent predictor of morbidity and mortality. JACC 21(2):103A, Feb 1993. Presented at the 42nd Annual Sci Session of the American College of Cardiology in Anaheim, CA, March 1993.

198.    Shindler OI, Shindler DM, Kostis JB. Portable digital echocardiographic image processing. JACC 21(2):10A, Feb 1993. Presented at the 42nd Annual Sci Session of the American College of Cardiology in Anaheim, CA, March 1993.

199.    Main C, Shindler DM, Kuntz GR, Frenkel L, Sissman N, Kostis JB. Neural network program to distinguish the echocardiographic pixel pattern in children in AIDS. JACC 21(2):5A, Feb 1993. Presented at the 42nd Annual Sci Session of the American College of Cardiology in Anaheim, CA, March 1993.

200.    Gottlieb SS, Dickstein K, Fleck E, Kostis J, Levine TB, LeJemtel T, DeKock M. Hemodynamic and neurohormonal effects of the angiotensin II antagonist losartan in patients with congestive heart failure. Circulation 86(4):I-20, Oct 1992.

201.    Kostis JB, Wilson AC, Cosgrove NM. Relationship of day of the week to occurrence, severity, procedures and mortality of acute myocardial infarction. A statewide database. Eur Heart J 13(Suppl):P1527, Aug 1992. Presented at the XIV Congress of the European Society of Cardiology in Barcelona, Spain, Sept 1992.

202.    Shindler OI, Shindler DM, Kostis JB. Coexistent aortic insufficiency and abnormal diastolic left
        ventricular filling demonstrated during routine doppler echocardiograms. Chest 102(2):208S,
        Aug 1992. American College of Chest Physician's 58th Annual Scientific Assembly in Chicago,
        IL, Oct 1992.

203.    Rosen RC, Kostis JB. Antihypertensive therapy and quality of life:  Effects of drug and non-drug
        interventions on sleep, mood state, and sexual functioning in cardiovascular patients. Presented
        at the Academy of Behavioral Medicine Research, UCLA Conference Center, June 1992.

204.    Kostis JB, Rosen RC, Taska L, Brondolo E. Predictors of efficacy of non drug therapy of
        hypertension. J of Hypertension 10(Sup 4):P86:S104, June 1992. Presented at the 14th Sci
        Mtg of the International Soc of Hypertension in Madrid, Spain, June 1992.

205.    Rosen RC, Kostis JB, Holzer B. Comparative effects of pravastatin and lovastatin on sleep and
        nocturnal penile tumescence (NPT) in hypercholesterolemic patients. Presented at the 6th
        Annual Meeting  of the Assoc of Professional Sleep Societies in Phoenix, Arizona, June 1992.

206.    Ruddy MC, Kostis JB, Lacy CR, Bialy GB. Postural bp and hr changes predict clinic-ambulatory
        bp differences in the elderly. Am J Hypertension 5(5):Part 2;89A. Presented at the Am Soc of
        Hypertension 7th Scientific Mtg in New York City, May 1992.

207.    Ruddy M, Bialy G. Malka E, Lacy C, Kostis J. Ambulatory vs clinic bp and urinary microalbumin
        in the elderly. Am J Hypertension 5(5):Part 2;89A.  Presented at the Am Soc of Hypertension
        7th Scientific Mtg in New York City, May 1992.

208.    Shindler DM, Kostis JB, Wilson AC, Shah J, Karstensen S, Moreyra AE.  Prognostic value of the
        signal averaged standard QRS duration in left ventricular dysfunction. Clinical Research
        40(2):404A, 1992.

209.    Khaw K, Shindler DM, Kostis JB, Lacy CR, Krieger S, Moreyra AE. Signal averaged
        electrocardiograms in isolated systolic hypertension. Clinical Research 40(2):403A, 1992.

210.    Kostis JB, Lacy CR, Wilson AC, Hall WD, Borhani NO, Krieger SD, Cosgrove NM for the
        Study Group. Chlorthalidone does not increase ventricular ectopic activity in isolated systolic
        hypertension. JACC 19(3):391A, Mar 1992. Presented at the 41st Annual Sci Session of the
        American College of Cardiology in Dallas, TX, April 1992.

211.    Kuntz GR, Shindler DM, Shindler OI, Kostis JB. Neural network program that accepts luminance
        values from digitized echocardiograms for tissue characterization. JACC 19(3):14A, Mar 1992.
        Presented at the 41st Annual Sci Session of the American College of Cardiology in
        Dallas, TX, April 1992.

212.    Khaw K, Kuntz GR, Shindler D, Kostis JB, Moreyra AE. Low cost hardware-software
        applications  for quantitative angiography. JACC 19(3):11A,Mar 1992. Presented at the 41st
        Annual Sci  Session of the American College of Cardiology in Dallas, TX, April 1992.

213.    Kostis JB, Weiss MB, Capone RJ, Pepine C, Gosselin G, Shelton B, Cahill LL, Dutton D for the
        SOLVD Investigators. Tolerability of enalapril by patients with left ventricular dysfunction.
        JACC 19(3):130A, Mar 1992.  Presented at the 41st Annual Sci Session of the American  College
        of Cardiology in Dallas, TX, April 1992.

214.    Kostis JB, Wilson AC, Cosgrove NM, Blachman S for MIDAS. Gender differences in the
        diagnosis,  management and prognosis of acute myocardial infarction. A statewide database.
        JACC  19(3):20A, Mar 1992. Presented at the 41st Annual Sci Session of the American
        College of Cardiology in Dallas, TX, April 1992.

215.   Rosen RC, Kostis JB, Holzer BC, Taska LS. Adrenergic-inhibiting drug effects on sleep and NPT in hypertensive patients. Sleep Research 20:82, 1991.

216.   Rosen RC, Kostis JB, Taska LS, Holzer BC. Beta-blocker effects on heart rate during sleep. Sleep Research 20:81, 1991.

217.   Pratt C, Gardner M, Pepine C, Kohn R, Greenberg B, Capone R, Kostis J, Henzlova M, Gosselin G, Weiss M, Francis M, Yusuf S, Davis E for the SOLVD Investigators. Lack of long-term ventricular arrhythmia reduction by enalapril in heart failure patients: A double-blind, parallel placebo controlled trial. Circulation 84(4):II- 348, Oct 1991. Presented at the Amer Heart Assoc 64th Sci Session in Anaheim, CA, Nov 1991.

218.   Kostis JB, Rosen RC, Taska L. Effect of propranolol, placebo and non drug therapy on sexual function of hypertensive males. Circulation  84(4):II-137, Oct 1991. Presented at the Amer Heart Assoc 64th Sci  Session in Anaheim, CA, Nov 1991.

219.   Bittner V, Rogers WJ, Weiner DH, Schroder E, Kostis JB, Kronenberg MW, Woods P, Gregory JJ, Kohn RM, Bangdiwala S, Gosselin G, Yusuf S for the SOLVD Registry Investigators. The six minute walk test predicts morbidity and mortality in patients with left ventricular dysfunction. Circulation 84(4):II- 6, Oct 1991. Presented at the Amer Heart Assoc 64th Sci Session in Anaheim, CA, Nov 1991.

220.   Shindler DM, Shindler OI, Moreyra AE, Kostis JB. Sequential framegrabber setup to easily  select desired echocardiographic images without knowledge of programming. Presented by Dr. Daniel M. Shindler at the Cardiovascular Ultrasound: Applications of New Technologies International Symposium, Rochester, Minnesota, Sept 1991.

221.   Shindler DM, Schroeder A, Shindler OI, Moreyra AE, Kostis JB. Sonication and increased ambient pressure produce similar albumin microbubble sizes. Presented by Dr. Daniel M. Shindler at the Cardiovascular Ultrasound: Applications of New Technologies International Symposium, Rochester, Minnesota, Sept 1991.

222.   Rosen RC, Kostis JB, Holzer BC, Taska LS. Adrenergic-inhibiting drug effects on sleep and NPT in hypertensive patients. Sleep Research 20:168, 1991.

223.   Ruddy MC, Kostis JB, Shindler DM, Lacy CR. Comparison of ambulatory vs. clinic blood pressures as predictors of left ventricular mass in the  elderly. Am J of Hypertens 4(5):Part 2:101A, 1991. Presented at the  Sixth Scientific Meeting of The American Society of Hypertension in New York, NY, May 1991.

224.   Kostis JB. Antihypertensive effect of ramipril. Presented at the International Congress on Angiology 1991, Paris, France, April 1991.

225.   Rosen RC, Kostis JB. Sexual sequelae of antihypertensive therapies.  Presented at the 12th Annual Meeting of the Society for Behavioral Medicine, Washington, D.C., March 1991.

226.   Rosen RC, Kostis JB, Taska L, Brondolo E. Nondrug treatment of  hypertension: predictors of treatment outcome and efficacy. Presented at the 12th Annual Meeting of the Society for Behavioral Medicine,  Washington, DC, March 1991.

227.   Brondolo E, Rosen RC, Kostis JB. Perceptions of blood pressure-related  symptoms in men with mild essential hypertension. Presented at the 12th  Annual Meeting of the Society for Behavioral Medicine, Washington, DC,  March 1991.

228.   Shindler DM, Shindler OI, Lacy CR, Wilson AC, Kostis JB. Incidence of  disproportionate septal thickening in the elderly with systolic hypertension. J Ultrasound Med 10(S79):3022, March 1991.

229.    Schroeder A, Shindler D, Shindler O, Miller D, Wilson A, Moreyra AE, Kostis JB. Heating of albumin combined with double syringe agitation can produce microbubbles small enough for transpulmonary passage. J Ultrasound Med 10(S79):3021, March 1991.

230.    Shindler D, Shindler O, Wilson AC, Moreyra AE, Kostis JB. Animation of echocardiographi cimages to create a cine loop using the animator program. JACC 17(2):14A, Feb 1991. Presented at the 40th Annual Sci Session of the Amer College of Cardiol in Atlanta, Georgia, March 1991.

231.    Taska LS, Kostis JB, Rosen RC. Non-pharmacological treatment of hypertension: a comparison of responders and non-responders. Presented at the Annual Meeting of the Association for the Advancement of Behavior Therapy, San Francisco, CA, Nov 1990.

232.    Moreyra AE, Kumar A, Lacy CR, Kostis JB. Hemodynamic and coronary vasoconstrictive effects of low nicotine cigarettes. Circulation 82(4):III-229, Oct. 1990. Presented at the Amer Heart Assoc 63rd Sci Session in Dallas, TX, Nov 1990.

233.    Miller DW, Shindler DM, Shindler OI, Moreyra AE, Kostis JB. Sonication followed by delayed syringe asitation for echocardiographic contrast. Clinical Research 38(3):780A, 1990. Presented by Dr. DM Shindler at the Clinical Research Annual Meeting, Oct 1990.

234.    Shindler OI, Shindler DM, Kostis JB. Does aortic insufficiency affect left ventricular compliance in the elderly heart? AGE 13(4):95, 1990.  Presented by Dr. DM Shindler at the American Aging   Association (AGE) 20th Annual Meeting, New York, Oct 1990

235.    Kostis JB, Wilson AC, for the BHAT Study Group. Increased mortality is associated with even very low frequency ventricular ectopic activity in survivors of myocardial infarction. Circulation 82(4):III-139, Oct 1990. Presented at the Amer Heart Assoc 63rd Sci Session in Dallas, TX, Nov 1990.

236.    Ruddy MC, Kostis JB, Lacy CR, Bialy BG, Spates MJ. Orthostatic bp changes and clinic-ambulatory systolic bp differences in the elderly. J of Hypertension 8(Supp 3):S89, 1990. Presented by Dr. Ruddy at the 13th Scientific Meeting of the International Society of Hypertension in Montreal, June 1990.

237.    Hosler M, Moreyra A, Kostis J. Cardiac catheterization volume and complication rates by day of the week. European Heart J 11(ii-iv):179, Aug 1990. Presented by M. Hogler at the XIIth Congress of the European Society of Cardiology, Stockholm, Sweden, Sept 1990.

238.    Hosler M, Picciuti L, Moreyra A, Kostis J. Informed consent in coronary angioplasty (PTCA). The impact of education and anxiety.  European Heart J 11(ii-iv):1106, Aug 1990. Presented by M. Hosler at the XIIth Congress of the European Society of Cardiology, Stockholm, Sweden, Sept 1990.

239.    Khaw K, Shindler D, Lacy C, Kostis J. Signal averaged electrocardiograms in elderly patients with isolated systolic hypertension. Revue  Europeenne DeTechnologie Biomedicale 12(3):535, 1990. Presented by Dr. Shindler at Cardiostim 90, Saint-Cloud, France, June 1990.

240.    Shindler DM, Hoffman CT, Lacy CR, Krieger SD, Chelton SL, Kostis JB. Sensitivity and specificity of the signal averaged QRS duration in predicting left ventricular hypertrophy. Revue   Europeenne DeTechnologie Biomedicale 12(3):534, 1990. Presented by Dr. Shindler at Cardiostim 90, Saint-Cloud, France, June 1990.

241.    Cosgrove N, Bailey G, Borhani N, Borhani P, Goodwin L, Hoffmeier M,  Krieger S, Kostis J, Petrovitch H, Vogt T, Probstfield J for the  Cooperative Study Group. Staffing patterns and recruitment strategies in systolic hypertension in the elderly program (). Proceedings of the

11th Annual Meeting of the Society for Clinical Trials, P-24:94, 1990. Presented by Nora Cosgrove, R.N. at the 11th Annual Meeting of theSociety for Clinical Trials, Toronto, Canada, May 1990.

242. Saulino P, Shindler DM, Murphy P, Lacy CR, Kostis JB. Sensitivity and specificity of various electrocardiographic criteria for left ventricular hypertrophy in aged hypertensive patients. Clinical Research 38(2):377A, 1990.

243. Wilson AC, Kostis JB, Tannenbaum AK, Zvolensky J, Kuo PT. Long term t19 years) combination therapy of primary hypercholesterolemia with diet and colestipol. Proceedings of the International Symposium on Lipoprotein Metabolism and Lipid Lowering Agents F-040. Presented by Dr. Wilson, The Netherlands, March 1990.

244. Lacy CR, Contrada RJ, Robbins ML, Tannenbaum AK, Moreyra AE, McGeady RE, Kostis JB. Effect of mental stress on heart rate, blood pressure, and coronary arterial diameter. JACC 15(2):101A, Feb 1990. Presented at the 39th Annual Sci Session of the Amer College of Cardiol in New Orleans, LA, March 1990.

245. Kostis JB, Wilson AC, Tannenbaum AK, Pan HY, Kuo PT. Long term combination therapy of primary hypercholesterolemia with pravastatin. Circulation 80(4) :II-128, Oct 1989. Presented by Dr. Wilson at the AmerHeart Assoc 62nd Sci Session in New Orleans, LA, Nov 1989.

246. Shindler DM, Shindler OI, Kostis JB. Color doppler diastolic "smoke puff" in decreased left ventricular function - incidence and interobserver variability. Chest 96(2):201S, Aug 1989. Presented by Dr. D. Shindler at the 55th Annual Scientific Assembly of the American College of Chest Physicians, Oct 1989.

247. Tannenbaum AK, Banas JS Jr, Kostis JB. ST depression in lead AVL. A sensitive sign of right ventricular infarction. Chest 96(2):156S, Aug 1989. Presented by Dr. Tannenbaum at the 55th Annual Scientific Assembly of the American College of Chest Physicians, Oct 1989.

248. Kostis JB, Wilson AC, for the BHAT Study Group. Even very low frequency ventricular ectopic acitivity is associated with increased mortality in survivors of myocardial infarction. European Heart J 10(Abs Supp #1198):234, Aug 1989. Presented at the XIth Congress of the European Society of Cardiology, Nice, France, Sept 1989.

249. Shindler DM, Hoffman CT, Lacy CR, Kostis JB. Signal averaged QRS width correlates with echocardiographic left ventricular mass in the elderly. Presented by Dr. Daniel M. Shindler at the Cardiovascular Ultrasound: Applications of New Technologies International Symposium, Rochester, Minnesota, Sept 1989.

250. Kostis JB, Rosen RC, Seltzer LG, Taska L, Holzer B. The effect of beta blockers on heart rate during REM and non REM sleep. European J of Clinical Pharmacol 36(Supp):A104:0P39.03, July 1989. Accepted for presentation at the IV World conference on Clinical Pharmacology & Therapeutics, Mannheim-Heidelberg, Germany, July 1989.

251. Lacy CR, Robbins ML, Contrada RJ, Kostis JB. Effect of Type A behavior on delay until treatment and on angiographic extent of coronary artery disease. Presented by Dr. Clifton R. Lacy at the 2nd International Conference on Preventive Cardiology (Sponsored by the American Heart Association, Washington, DC, June 1989.

252. Kostis JB, Rosen RC, Tannenbaum AK, Brondolo L. Effectiveness of nondrug treatments of hypertension: A randomized, placebo-controlled, comparison study. Ricerca Scientifica ed Educazione Permanente (Supp No. 76):439, June 1989. Presented at the Fourth European Meeting on Hypertension, Milan, Italy, June 1989.

253.    Shindler DM, Shindler OI, Kostis JB. Color doppler diastolic "smoke puff" in decreased left
        ventricular function - incidence and interobserver variability. Proceedings of the 1st
        International Symposium on Heart Failure - Mechanisms and Management No. 289. Presented by
        Olga I. Shindler, M.D. at the 1st International Symposium on Heart Failure-Mechanisms and
        Management in Jerusalem, Israel, May 1989.

254.    Rosen RC, Kostis JB, Brondolo L, Smith D, Taska LS. Effectiveness of nondrug treatments of
        hypertension: A randomized, prospective study. Presented by Raymond C. Rosen, Ph.D. at the
        Soc for Behavioral Medicine in San Francisco, CA, March 1989.

255.    Kostis JB, Rosen R, Taska LS, Tannenbaum AK, Brondolo L, Smith D. Comparison of
        pharmacological and nonpharmacological treatment of hypertension. A randomized placebo
        controlled study. JACC 13(2):104A, Feb 1989. Presented at the 38th Annual Sci Session of the
        Amer College of Cardiol in Anaheim, March 1989.

256.    Moreyra AE, Scholz PM, Macris A, Kostis JB. Preservation of myocardial function by a coronary
        perfusion catheter. JACC 13(2):52A, Feb 1989. Presented at the 38th Annual Sci Session of the
        Amer College of Cardiol in Anaheim, March 1989.

257.    Kostis JB, Breckenridge MB. The majority of physicians use drug therapy for isolated systolic
        hypertension. JACC 13(2):13A, Feb 1989. Presented at the 38th Annual Sci Session of the
        Amer College of Cardiol in Anaheim, March 1989.

258.    Wilson AC, Kostis JB, Moreyra AE, DiAngelo CR, Kuo PT. Use of combined diet and colestipol
        plus nicotinic acid in long-term (18 years) treatment of patients with type II
        hyperlipoproteinemia. Presented by Alan C. Wilson, Ph.D. at The First National Cholesterol
        Conference in Arlington, Virginia, Nov 1988.

259.    Shindler DM, Kostis JB, Mercuro J, Lacy CR, Wilson AC. Correlates of left ventricular mass in
        isolated systolic hypertension. Circulation 78(4):II-350, Oct 1988. Presented at the Amer Heart
        Assoc 61st Sci Session in Washington, D.C., Nov 1988.

260.    Kostis JB, Lacy CR, Cosgrove NM, Hall WD, Wilson AC, Borhani NO. Cardiac arrhythmias in
        isolated systolic hypertension. Circulation 78(4):II-75, Oct 1988. Presented at the Amer Heart
        Assoc 61st Sci Session in Washington, D.C., Nov 1988.

261.    Kostis JB, Kominos V, Cosgrove NM, Moreyra AE. Fibrinogen and angiographically
        demonstrable coronary artery disease. Circulation 78(4) :II-11, Oct 1988. Presented at the Amer
        Heart Assoc 61st Sci Session in Washington, D.C., Nov 1988.

262.    Kostis JB, Kominos V, Cosgrove N, Moreyra AE. Fibrinogen and angiographically demonstrable
        coronary artery disease. European Heart J 9(Supp 1):P1472, July 1988. Presented at the Xth
        Congress of the European Society of Cardiology, Vienna, Austria, Aug 1988.

263.    Shindler DM, Shindler OI, Yang SS, Kostis JB. Incidence and severity of aortic insufficiency
        diagnosed with color doppler in patients with mitral stenosis. Chest 94(1):59S, July 1988.

264.    Kostis WJ, Lacy CR, Kostis JB. A personal computer interactive graphics program depicting
        Bayes' theorem. Presented at the 1st Mediterranean Congress of Angiology, Corfu, Greece,
        June 1988.

265.    Ruddy MC, Bialy GB, Malka ES, Lacy CR, Kostis JB. The relationship of plasma renin activity
        to clinic and ambulatory blood pressure in elderly persons with isolated systolic hypertension.
        Presented by Michael C. Ruddy, M.D. at the 12th Scientific Meeting of the International Society
        of Hypertension in Tokyo, Japan, May 1988.

266.    Kostis JB. Ventricular ectopic activity in chronic artery disease. Proceedings of the 3rd

International Symposium on Holter Monitoring No. 32:85. Presented at the 3rd International Symposium on Holter Monitoring, Vienna, Austria, April 1988.

267.   Rosen RC, Kostis JB. Comparative effectg of beta blockers on sexual function. Proceedings of a Postgraduate Medicine symposium 54, Feb 1988,  presented in Naples, FL, April 1987.

268.   Lacy C, Barone J, Raia J, Shindler D, Byerly W, Deeter R, Kostis J. Electrocardiographic  effects of multiple dose ritanserin, a selective serotonin antagonist. Clin Pharm and Therap 43(2):ID-6,  Feb 1988.  Presented at the 89th Annual Meeting of the Amer Soc for Clin Pharm and Therap in  San Diego, CA, March 1988.

269.   Kostis JB, Davis D, Kluger J, Aogaichi K, Smith M. Cifenline in the short term treatment of ventricular ectopic activity (VEA). Clin Pharm and Therap 43(2):PIIE-2, Feb 1988. Presented at the 89th Annual Meetingof the Amer Soc for Clin Pharm and Therap in San Diego, CA, 3/88.

270.   Kostis JB, Jeganathan N, Salamon B, Moreyra AE, Cosgrove N. Effects of aging on subjects with normal hearts. A seven-year prospective study. JACC 11(2):244A, Feb 1988. Presented at the 37th Annual Sci Session of the Amer College of Cardiol in Atlanta, March 1988.

271.   Moreyra AE, Porway MN, Presant SP, Kostis JB. Does tolerance develop to coronary artery dilatation after nitroglycerin patch? JACC 11(2):184A, Feb 1988. Presented at the 37th    Annual Sci Session of the Amer College of Cardiol in Atlanta, March 1988.

272.   Kostis JB, Wilson A, Byington RP for the BHAT Study Group. The prognostic significance of ventricular arrhythmias in survivors of myocardial infarction who receive propranolol. Circulation 76(4):IV-510,  Oct 1987. Presented at the Amer Heart Assoc 60th Sci Session in Anaheim, Nov 1987.

273.   Moreyra AE, Porway M, Presant S, Kostis JB. Coronary dilator response to intracoronary nitroglycerin at 24 hours after cutaneous nitroglycerin patch. Chest 92(2):131S, Aug 1987. Presented at the 53rd Annual Sci  Assembly of the Amer College of Chest Phys, Oct 1987.

274.   Lacy C, Kostis J, Clark I, Lin W, Passannante A Jr, Kehoe J, Casazza L,  Mackenzie J. Use of urinary pseudouridine in the diagnosis of acute myocardial infarction (AMI). Chest 92(2):70S, Aug 1987. Presented at the  53rd Annual Sci Assembly of the Amer College of Chest Phys, Oct 1987.

275.   Ruddy MC, Bialy GB, Kostis JB. Intrinsic sympathomimetic activity counteracts beta blocker inhibition of renin activation. Presented by Michael C. Ruddy, M.D. at the International College of Angiology in Montreaux, Switzerland, July 1987.

276.   Lacy CR, Rodby RA, Insel J, Gumprecht EC, Kostis JB. Comparison of central and peripheral venous routes of medication administration during closed-chest cardiopulmonary resuscitation in humans. Crit Care Medicine 15(4):369, April 1987.

277.   Dreyfuss C, Kostis J, Moreyra A, Lacy C, Saviano G, Kaufman J,  Dinerstein C. Peripheral vascular complications of percutaneous transluminal coronary angioplasty. Clin Research 35(3):275A, April 1987.

278.   Deeter RG, Raia JJ, Lacy CR, Casazza J, Kostis JB. Pharmacokinetics of  the new inotropic agent 4-[3-(4-diphenyl-methylpiperazin-1-yl) -2-hydroxypropoxy]-lh-indol-2- carbonitrile (DPI) after oral dosing in patients with congestive heart failure (CHF). Clin Pharm and Therap 41(2):PIIIM-3, Feb 1987. Presented at the 88th Annual Meeting of the Amer Soc for Clin Pharm and Therap in Orlando, FL, March 1987.

279.   Kostis JB, Davis D, Kluger J, Williams CB, Krieger SD, Smith M.  Long-term efficacy of cibenzoline in the treatment of ventricular ectopic activity. Clin Pharm and Therap 41(2):PIIIL-5,

Feb 1987. Presented at the 88th Annual Meeting of the Amer Soc for Clin Pharm and Therap in Orlando, FL, March 1987.

280.    Kostis JB, Lacy CR, Harner RG, Dworkin JH, Casazza LA, Raia JJ. DPI 201-106, a new inotropic agent: hemodynamic improvement in patients with congestive heart failure. JACC 9(2):162A, Feb   1987. Presented at the  36th Annual Sci Session of the Amer College of Cardiol in New Orleans,   March 1987.

281.    Kostis JB, Rosen RC, Jekelis A. Effect of beta-blockers on total and free plasma testosterone. Circulation 74(4):II-191, Oct 1986. Presented at the Amer Heart Assoc 59th Sci Session in Dallas, Nov 1986.

282.    Gileo TD, Sander GE, Ths MG, Michelson EL, Zeldis SM, Kostis J, Bouvet AA. Comparison of metoprolol (MP) with propranolol (PN) and  placebo (PL) for treatment of cardiac arrhythmias. Proceedings of the X World Congress of Cardiol 243:1395, 1986. Presented at the X World Congress of Cardiol, Washington, DC, Sept 1986.

283.    Kostis JB, Ruddy M, Passannante A, Krieger S, Gonasun LM, Cosgrove N.  Differential rest and exercise effects of pindolol and propranolol in hypertension. Proceedings of the X World Congress of Cardiol 198:1133, 1986 Presented at the X World Congress of Cardiol, Washington DC, Sept 1986.

284.    Moreyra AE, Wilson AC, Kostis JB, Kuo PT. Control of coronary atherosclerosis by long-term diet-drug therapy of hypercholesterolemia: evaluation by quantitative angiography. Proceedings of the X World  Congress of Cardiol 140:800, presented in Washington, DC, Sept 1986.

285.    Rosen RC, Kostis JB, Taska LS, Holzer BC. Beta-blocker effects on objective and subjective measures of sleep in normotensive male subjects. Sleep Research 15:42, 1986.

286.    Holzer, BC, Rosen RC, Taska LS, Kostis JB. The effect of pindolol on  measures of rem sleep in normotensive males. Sleep Research 15:30, 1986.

287.     Kostis JB, Lacy CR, Warner RG, Casazza LA, Raia JJ. DPI 201-106, a novel  inotropic agent: hemodynamic improvement in patients with congestive heart failure. Acta Pharmacologica et Toxicologica 59(IV):1177. Presented at the III World Conf on Clin Pharm and Therap in Stockholm,  Sweden, July 1986.

288.    Kostis JB, Rosen RC. Central nervous system effects of beta blockers. A study with objective measures. Clin Pharm and Therap 39(2):I-A,  Feb 1986. Presented at the 87th Annual Meeting of the Amer Soc for Clin  Pharm and Therap in Washington, DC, March 1986.

289.    Moreyra AE, Saviano GJ, Burns JJ, Lauricella J, Kostis JB. Cutaneous nitroglycerin patches: effect on coronary arterial diameter. JACC 7(2):27A, Feb 1986. Presented at the 35th Annual Sci  Session of the Amer College of Cardiol in Atlanta, March 1986.

290.    Kostis JB, Rosen RC. Beta blocker effects on central nervous system. A  controlled comparative study. JACC 7(2):25A, Feb 1986. Presented at the 35th Annual Sci Session of the Amer College of Cardiol in Atlanta,  March 1986.

291.    Kostis JB, Ruddy M, Warner RG, Bialy G, Krieger SD, Cosgrove N.  Intrinsic sympathomimetic activity (ISA) blunts effect of beta blockade on renin at rest but not during exercise. JACC 9(2):26A, Feb 1986.  Presented at the 35th Annual Sci Session of the Amer College of Cardiol in Atlanta, March 1986.

292.    Kostis JB, Byington RP, Goldstein S, Peters R, Murphy ML for the BHAT Study Group. Mortality predictors in survivors of myocardial infarction. The BHAT Placebo Group. JACC

7(2):165A, Feb 1986. Presented at the 35th Annual Sci Session of the Amer College of Cardiol in Atlanta, March 1986.

293. Kostis JB, Byington RP, Murphy ML, Friedman LM for the BHAT Study Group. Is 24 hours ambulatory electrocardiography useful in predicting mortality of low risk survivors of myocardial infarction (MI)? JACC 7(2):144A, Feb 1986. Presented at the 35th Annual Sci Session of the Amer College of Cardiol in Atlanta, March 1986.

294. Kostis JB, Lacy CR, Raia JJ. DPI 201-106, A novel inotropic agent: hemodynamic improvement in patients with congestive heart failure. Presented at Annual Sci Sessions of the Assoc of Univ Cardiol in New Orleans, Jan 1986.

295. Kostis JB, Byington R, Borhani N, Furberg C for the BHAT Study Group. What is the optimal definition of ventricular arrhythmia in risk stratification of survivors of acute myocardial infarction (MI)? Circulation 72(4):III-14, Oct 1985. Presented at the Amer Heart Assoc 58th Sci Sessions, Nov 1985.

296. Turkevich D, Seibold JR, Kostis JB. Echocardiographic findings in systemic sclerosis (SS). Clin Research 33(3):783A, 1985.

297. Moreyra AE, Altayeb HA, Meyer E, Kostis JB, Kuo PT. Effect of long term familial hypercholesterolemia control on coronary artery lesions evaluated by quantitative angiography. Clin Research 33(2):212A. Presented at the 42nd Annual Natl Mtg of Amer Fed for Clin Research, April 1985.

298. Kostis JB, Sclar C, Hosler MH, Gonasun LM. Differential effects of pindolol and propranolol on SA nodal and AV nodal function. Clin Pharm and Therap 37:206, Feb 1985. Presented at the Amer Soc for Clin Pharm and Therap 86th Ann Mtg, San Antonio, TX, March 1985.

299. Kostis J, Turkevich D, Seibold J, D'Angelo W, Grau R, Masi A, Medsger T Jr, Clements P, Ketanserin-Scleroderma Study Group. Determinants and prognostic significance of arrhythmias in systemic sclerosis. JACC 5(2):464, Feb 1985. Presented at the 34th Annual Sci Session of the Amer Coll of Cardiol, March 1985.

300. Frishman W, Crawford M, DiBianco R, Farnham D, Katz R, Kostis J, Mohiuddin S, Sawin H, Thadani U, Zellner S. Combination propranolol-bepridil in stable angina pectoris: A multicenter study. Circulation 70(2):171;II-43, Oct 1984. Presented at the Amer Heart Assoc 57th Sci Sessions, Nov 1984.

301. Byington R, Kostis J, Goldstein S for the BHAT Study Group. The value of various definitions of ventricular arrhythmia for predicting mortality. Circulation 70(2):1070;II-268, Oct 1984. Presented at the Amer Heart Assoc 57th Sci Sessions, Nov 1984.

302. Byington R, Kostis J, Goldstein S, for the BHAT Study Group. The value of various definitions of ventricular arrhythmia for predicting mortality. Circulation 70(2):1070, Oct 1984.

303. Kostis JB, Ruddy M. Cosgrove N, Schneider SH, Krieger S, Foley J. Different exercise responses of hypertensives to beta blockers and angiotensin converting enzyme inhibitors. Eur Heart J 5 (Supp 1), 1984.

304. Kostis JB, Turkevich D, Sharp J, Cosgrove N, Moreyra A, Kuo PT. Relationship between smoking, white blood cell count and coronary artery disease. Eur Heart J 5(Supp 1), 1984.

305. Turkevich D, Seibold JR, Kostis JB. Systemic sclerosis: Echocardiographic study. Clin Research 32(2):212A, April 1984.

306. Kostis J, Lichstein E, Furberg C, Byington R, Harrist R. Correlates of ventricular arrhythmias in

survivors of acute myocardial infarction: The BHAT experience. Clin Research 32(2):181A, April 1984.

307. Kostis JB, Ruddy MC, Kaufmann G. The effect of nadolol on the conversion of prorenin to active renin induced by exercise in hypertensives. Clin Pharm and Therap 35(2):B6;252, Feb 1984. Presented at 85th Annual Meeting of the American Soc for Clin Pharm & Therap, March 1984.

308. Kostis JB, Krieger SD. Atenolol, nadolol and pindolol in angina pectoris: The effect of pharmacokinetics. Presented at Squibb's Interntl Symposium, The Dominican Republic: The Increasing Clinical Value of Beta-Blockers, Feb 1984.

309. Kostis JB, Krieger S, Cosgrove N, Burns J, Saviano G, Moreyra A. Cibenzoline in ventricular ectopic activity. Circulation 68(Supp III):274, Oct 1983.

310. Kostis JB, Cosgrove NM, Krieger S, Moreyra AE. The effect of cibenzoline on patients with ventricular ectopic activity. II World Conf Clin Pharm & Therap, August 1983.

311. Kuo PT, Kostis JB, Moreyra AE. Dietary control of metabolic abnormalities in overweight patients. Clin Research 31(2):619A, 1983.

312. Moreyra AE, Sclar C, Kostis JB. Is the non-dominant right coronary artery protected from atherosclerosis? Clin Research 31(2):207A, 1983.

313. Kostis JB, Turkevich D, Sharp J, Cosgrove N, Moreyra AE, Kuo PT. The relationship between white blood cell count and coronary artery disease. Clin Research 31(2):197A, 1983.

314. Li J K-J, Kostis JB, Mackenzie J. A vessel occlusion method to obtain pulsatine flow from pressure measurement. Proceedings of the Federation of Amer Soc for Experimental Biology, 1127, April 1983.

315. Kostis JB, Semmlow J, Welkowitz W, Shindler D, Mackenzie J. The sensitivity and specificity of a non-invasive acoustic signal enhancement method for the detection of coronary arterial stenoses. Circulation 66(4) Part II Oct 1982. Presented at the 55th Scientific Sessions of the American Heart Assoc, Dallas, TX, November 1982.

316. Kuo PT, Kostis JB, Moreyra AE. Metabolic abnormalities of overweight atherosclerotic patients. Am Col Nutrition, Oct 1982.

317. Kostis JB, Krieger S, Cosgrove N, Kuo PT. The duration of action of beta blockers in angina. Chest 82:2, August 1982.

318. Kostis JB, Semmlow J, Welkowitz W, Shindler D, Mackenzie J. Noninvasive detection of coronary arterial stenosis by an acoustic signical enhancement technique. Clin Research 30(2):198A, 1982. Presented at the 1982 National Meeting AAP/ASCI/AFCR.

319. Kostis JB, Cosgrove N, Krieger S, Moreyra AE, Baumgardner S, Weinstein J. Comparison of piretanide and hydrochlorothiazide in congestive heart failure. Clin Research 30(2):198A, 1982.

320. Kostis JB, Krieger S, Cosgrove N, Moreyra AE, Burns J, Reddy K, Kuo PT. The mechanism of placebo effect on exercise tolerance in angina pectoris. Am J Cardiol 49:1001, 1982.

321. Li JK-J, Kostis JB, Fich S, Welkowitz W. Assessment of regional ventricular function by segment work. Presented at the 10th Annual NE Bioengineering Conference, Dartmouth College, Hanover, NH, March 1982.

322. Kostis JB, Frishman W, Krieger S, Cosgrove N, Hosler M, Kuo PT. Once-a-day administration of pindolol in angina. Clin Pharmacol & Therap 31(2):240, Feb 1982.

323.   Kostis JB, Frishman W, Krieger S, Cosgrove N, Moreyra A, Kuo PT. A crossover study of pindolol and propranolol in angina. Clin Pharmacol & Therap 31(2):240, Feb 1982.

324.   Frishman WH, Sonnenblock EH, Kostis JB. The clinical relevance of ISA in beta-adrenergic blocking drugs. Scientific exhibit presented at the 54th  Scientific Sessions of the American Heart    Assoc, Nov 16-19, Dallas, TX, 1981.

325.   Kostis JB, Babinetz P, Moreyra A, Hosler M, Aglitz N, Maranhao V,  Gooch A, Nayak E, Kuo PT. The effect of aortic valve replacement on ventricular ectopy in patients with aortic stenosis. Presented at the 47th Annual Scientific Assembly of the American College of Chest  Physicians, San Francisco, CA, Oct 1981, Chest 80(3):385, Sept 1981.

327.   Baughman J, Kostis JB. Rates of fibrin growth as a predictor of acute myocardial infarction. A prospective blind study. VIIIth Intntl Congress on Thrombosis and Haemostasis; Journal of the Intntl Society on Thrombosis and Haemostasis 46(1):261, July 1981.

328.   Kostis JB, Baughman DJ, Kuo PT. Hypercoagulability as a predictor of acute myocardial infarction. A prospective blind study. World Congress of Angiology 352, 1980.

329.   Kostis JB, Frishman W, Sonnenblick E. The role of beta blockers with intrinsic sympathomimetic activity in the treatment of angina pectoris.  Presented at the Annual Meeting of the Amer Col of Angiology, Nov 1980.

330.   Moreyra AE, Kostis JB, McGough WE, Abramson L, Kuo PT. Beneficial effects of coronary arteriography on patients with chest pain and normal coronary arteriograms. Presented at the XI Inter-American Congress of  Cardiology.

331.   Kostis JB, Baughman DJ, Kuo PT. Prediction of reinfarction from thrombokinetics. A prospective blind study. Presented the 46th Annual  Sci Assembly. Chest 78:525, Sept 1980.

332.   Kostis JB, Frishman W, Hosler MH, Thorsen N, Kuo PT. The use of pindolol in the long term treatment of angina pectoris. Presented at the 46th Annual Sci Assembly. Chest 78:524, Sept 1980.

333.   Kostis JB, Frishman W, Hosler MH, Thorsen N, Kuo PT. The importance of  intrinsic sympathomimetic activity in treating angina with B-blockers. Circulation 62:III:299, 1980.

334.   Kostis JB, Aglitz N, Amendo MT, DiPietro J, Moreyra AE, Kuo PT. The diurnal variation of heart rate in normal subjects; Effects of age.  Chest 76(3):357, Sept 1979.

335.   Kuo PT, Kostis JB, Moreyra AE, Hayes J A. Effective control of familial  hypercholesterolemia with diet and bile acid sequestrant plus nicotinic  acid. Clin Research 27(2):552A, April 1979.

336.   Kostis JB, Moreyra AE, Natarajan N, Gotzoyannis S, Hosler MH, McCrone K, Kuo PT. Ambulatory electrocardiography: What is normal? Am J Cardiol 43:420, Feb 1979.

337.   Frishman W, Kostis JB, Strom J, Hosler MH, Elkayam U, LeJemtel T,  Ribner H, Goldner S, Weinstein J, Sonnenblick E. Differential indications for propranolol and pindolol in angina pectoris. Am J  Cardiol 43:415, Feb 1979.

338.   Kuo PT, Hayase K, Kostis JB, Moreyra AE. Long term (84-90 months)  effects of cholestipol in patients with hypercholesterolemia (Type I  Hyperlipoproteinemia). Chest 74:341, Sept 1978.

339.   Escudero EM, Moreyra AE, George J, Kostis JB. Estudio echocardiografico de los movimientos de la valvula mitral en la fibilacion auricular.  Presented at the XVI Congress of Cardiol, Argentina, 1978.

340.    Kostis JB, Moreyra AE, Natarajan N, Hosler MH, Kuo PT, Conn HL Jr. Patbophysiologic mechanism of septal perforator artery compression. Am J Cardiol 41:435, Feb 1978. Presented at the 28th Annual Sci Sessions of the American Col of Cardiol, Anaheim, CA, March 1978.

341.    Kostis JB, Moreyra AE, Kuo PT. Limitations of the strongly positive exercise test in detecting critical coronary lesions. Clin Research 25(3):321A.

342.    Kostis JB, George JA, Hayase K, Moreyra AE, Kuo PT. Harmful effect glucose-insulin-potassium in patients with coronary artery disease during exercise stress. Am J Cardiol 29:289, Feb 1977. Presented at the 26th Sci Sessions of the Amer Col Cardiol, Las Vegas, NV, March 1977.

343.    Min BG, Kresh JM, Welkowitz W, Fich S, Kostis JB, Mackenzie JW. Changes of computed, zero-load aortic flow in myocardial ischemia. Presented at the 29th ACEMB Meeting, Boston, MA, Nov 1976.

344.    Kresh JB, Min BG, Welkowitz W, Kuoikowski CA, Kostis JB. Source impedance and internal reactive power in the impaired left ventricle. Presented at the 29th ACEMB Meeting, Boston, MA, Nov 1976.

345.    Min BG, Fich S, Kostis JB. Relations between computed zero-load aortic flow and cardiac mechanics. Excerpta Medica 24, Oct 1976. Presented at the International Conference on Cardiovascular System Dynamics. Philadelphia, PA, Oct 1976.

344.    Kresh JB, Min BG, Welkowitz W, Kostis JB. Computed isovolumic pressure-generating capability to the left ventricle and related myocardial contractility index. Biotelemetry 2(1-2):72, May 1976. Presented at the 4th Annual New England Bioengineering Conference, New Haven, CN, May 1976.

347.    Kostis JB, Goodkind MJ, Skvaza H, Gerber N, Kuo PT. Suppression of experimental atrial fibrillation by alcohol. Clin Research 24(3):225A, April 1976.

348.    Kostis JB, Min BG, Fich S, Kresh JM, Welkowitz W, Kuo PT. Contractility indices based on a hydraulic left ventricular model. Clin Research 24(3):225A, April 1976.

349.    Kuo PT, Fan WC, Hayase K, Thyrum EM, Kostis JB. Differences in adipose tissue metabolic activities between patients with alcohol- and carbohydrate- induced hyperlipemia. Clin Research 23(3):459A, 1975.

350.    Fan WC, Hayase K, Thyrum EM, Kostis JB, Kuo PT. Impaired fatty acid incorporation into adipose tissue glycerides in alcohol induced hyperlipidemia. Circulation 50(4):III-21, Oct 1974.

351.    Fan WC, Kostis JB, Kuo PT. Efficacy of para-aminosalicylic in the treatment of hypercholesterolemia. Clin Researeh 22(3):317A, 1974.

352.    Kostis JB, van den Broek H, Ali SS, Fan WC, Kuo PT. The amplitude of the first heart sound of premature beats. Hemodynamic and Echocardiographic Studies. Clin Research 22(3):283A, 1974.

353.    Conn E, Kostis JB, Ali SS, Denning S, Kuo PT, Conn JL Jr. Effect of digoxin on the overdrive suppression of the S-A node. Clin Research 22(3):269A, 1974.

354.    Goodkind MJ, Gerber NH, Mellen JR, Kostis JB. Effeets of intracoronary alcohol on A-V conduction. Federation Proc 33:554, Mareh 1974 (presented).

355.    Kostis JB, Mavrogeorgis E, Bellet S, Moghadam AN. Posterior heart wall velocity at rest and after exercise - continuous measurement by a new ultrasonic method. Chest 60:296, presented

at the annual meeting of the Amer Coll of Chest Phys, Oct 1971.

356.    Bellet S, Rn, Kostis JB, Fleisehmann D. The role of intramuscular lidocaine in thera W Of ventricular arrhythmias. Circulation Suppl III:43, Oetober 1969.

357.    Kostis JB, Min BG, Moreyra AE, Fich S, Doblar D, Kuo PT. Computed zero-load flow: An afterload independent ejection phase index of left ventricular performance. Clin Research 23(5):566A, Dec1975. Presented at the American Federation for Clinical Research, Jan 1976.

358.    Kuo PT, Fan WC, Kostis JB, Hayase K. Long-term hypolipemic effect of para-aminosalicylic acid in patients with types IIa and IIb hyperlipoproteinemia. Clin Research 23:173, 1975.

359.    Kostis JB, Fleischmann D, Bellet S. The use of ultrasonic Doppler method for timing of valvular movement: Application in the differential diagnosis of extra heart sounds. Circulation 40:197, Aug 1969.

360.    Kostis JB, Fleischmann D, Bellet S. The use of ultrasonic Doppler method in the study of extra heart sounds. JAMA 208, 1974, presented at the annual convention of the AMA, July 1969.

361.    Kostis JB, Scriabine A, Bellet S. Antagonism of hypotensive and cardiac depressant effects of diphenylhydantoin by digoxin in dogs. Abstract of 6th Ann Meeting of Amer College of Clin Pharm and Chemother. pp 33, May 1969.

362.    Kostis JB, Bellet S. Differential diagnosis of extra heart sounds and cardiac arrhythmias by the ultrasonic Doppler method. Clin Research 17(2):249, Apr 1969.

363.    Bellet S, Kostis JB. The study of cardiac arrhythmias by the ultrasonic Doppler method. Circulation Supp 28:721, Oct 1968.

364.    Kostis JB, Bellet S. Detection of atrial contraction by the ultrasonic Doppler method. Circulation Supp VI:118, Oet 1968.

365.    Bellet S, Rn L, Kostis JB. Effect of auto driving on urinary catceholamine and cortisol secretion. Circulation Supp VI:40, Oct 1968.

366.    Bellet S, Kostis JB. Study of cardiac arrhythmias by ultrasonic Doppler method. JAMA 204:530, 1968. Presented at the Research Forum of the 117th A.M.A. Annual Convention, June 18, 1968.

**PRESENTATIONS:**

     A.   Scientific *(Basic Science)*:

     B.   Professional *(Clinical)*:

1.    University of North Dakota, Fargo, North Dakota, Cardiology Grand Rounds, "Beta Blockers in the Treatment of Angina", November 1983

2.    Temple University School of Medicine, "Recent Advances in Medicine Course: Socratic Discussion Group (Hypertension)", November 1983

3.    Nebraska Academy of Family Physicians 36th Annual Scientific Assembly, "The Evaluation of Coronary Artery Disease", March 1984

4.    University Hospital, London, Ontario, Canada, "Angina"

5.    Emory University, Atlanta, Georgia, Visiting Professor, "Secondary Prevention of Coronary Artery Disease"

6. University Hospital, Boston University Medical Center, Boston, MA  "Ventricular Ectopic Activity"

7. Hahnemann University, Philadelphia, PA, Department of Medicine Chairman's Grand Rounds, "Clinical Relevance of Intrinsic Sympathomimetic Activity of Beta Blockers"

8. Michigan State University, Lansing, MI, Grand Rounds, "Ventricular  Ectopic Activity"

9. Invited Participant, The 4th Henry Goldberg Workshop, "Analysis and Ischemic Heart Disease", Haifa, Israel, May 10-14, 1987.

10. Boston University Medical Center, Boston, MA, "Ventricular Ectopic Activity in Coronary Artery Disease"

11. Invited Participant, Hammersmith Post Graduate Course, London, England. "Ischemic Heart Disease".

12. NJ Affiliate and NJ Department of Health Symposium, "Managing Acute Myocardial Infarction in NJ 1988", April 1988

13. Invited Participant, 3rd International Symposium on Holter Monitoring.  Vienna, Austria, 4/28-30, 1988. Chairman, Ambultory Blood-Pressure  Monitoring Section. International Scientific Committee.

14. Hahnemann University, Department of Medicine, Clinical Pharmacology Symposium, "Pharmacologic Treatment of Hyperlipidemia", May 1988

15. Western General Hospital, Edinburgh, United Kingdom, "Angiotensin Converting Enzyme Inhibitors - An Overview", June 1988.

16. Newcastle, United Kingdom, "Angiotensin Converting Enzyme Inhibitors - An Overview", June 1988.

17. Wythenshawe Hospital Postgraduate Medical Center, Manchester, United  Kingdom, "Angiotensin Converting Enzyme Inhibitors - An Overview", June 1988.

18. Highbury, Birmingham, United Kingdom,  "Angiotensin Converting Enzyme Inhibitors - An Overview", June 1988.

19. Bristol Royal Infirmary, Bristol, United Kingdom, "Angiotensin Converting Enzyme Inhibitors - An Overview", June 1988.

20. John Radcliffe Hospital, Oxford, United Kingdom, "Angiotensin Converting Enzyme Inhibitors – An Overview", June 1988.

21. Royal Society of Medicine, London, United Kingdom, "Angiotensin Converting Enzyme Inhibitors - An Overview", June 1988.

22. Invited Participant, Benazepril Symposium at the Xth Congress of the  European Society of Cardiology, Vienna, Austria, August 1988.

23. Invited Participant, ACE Inhibition. The Next Decade Symposium, "Pharmacological Differentiation of ACE Inhibitors", Cannes, France, November 1988.

24. Harlem Hospital, New York, NY, "Newer Strategies in the Management of Congestive Heart Failure", January 1989.

25.     Presentation at Therapeutic Advances:  Impact on Prognosis III Core Curriculum entitled "Significance of Premature Ventricular Complexes: An Update" at 38th Annual Sci Session of the Amer College of Cardiol in Anaheim, March 1989.

26.     Tulane Medical Center symposium, "Master's of Hypertension Program" in  Bermuda, "Significance of Intrinsic Sympathomimetic Activity in Beta  Blockers", April 1989.

27.     Robert Wood Johnson Medical Alumni Association's Alumni Reunion and Scientific Symposium, "Treatment of Myocardial Infarction - Past, Present and the Bright Future", May 1989.

28.     Royal College of Surgeons, Dublin, Ireland, "ACE Inhibition:  Future Applications in Clinical Practice", May 1989

29.     International Symposium on ACE Inhibition, Queens' College, Cambridge,  England, "Short and Long Acting ACE Inhibitors in Heart Failure", September 1989.

30.     Medical University-Clinic, Lubeck, Germany, "Angiotensin Converting  Enzyme Inhibitors:  The Next Decade - An Overview", November 1989.

31.     University Clinic, Mainz, Germany, "Angiotensin Converting Enzyme  Inhibitors:  The Next Decade - An Overview", November 1989.

32.     Academic Hospital, Duisburg, Germany, "Angiotensin Converting Enzyme Inhibitors:  The Next Decade - An Overview", November 1989.

33.     Klinikum Nurnberg, Nurnberg, Germany, "Angiotensin Converting Enzyme Inhibitors:  The Next Decade - An Overview", November 1989.

34.     City Hospital Schwabing, Munich, Germany, "Angiotensin Converting Enzyme Inhibitors:  The Next Decade - An Overview", November 1989.

35.     Allegheny General Hospital, Pittsburgh, PA, Management of Lipid Disorders Symposium, "Clinical Trials of Lipid Lowering Therapy on Coronary Heart Disease", November 1989.

36.     Invited Participant, Sudden Death After Myocardial Infarction:  Risk Assessment and Antiarrhythmic Treatment Symposium, "Prognostic Significance of Ventricular Arrhythmias After Myocardial Infarction",  Basel, Switzerland, December 1989.

37.     Invited to participate in the Plenary Sessions portion of the American Heart Association's 63rd Annual Scientific Sessions, November 1990.

38.     Reduction of Mortality in Heart Failure Symposium at 39th Annual Sci  Session of the ACC, New Orleans, LA, "Preliminary Tolerability Results From First Dose in SOLVD", March 1990.

39.     1990 Annual Scientific Meeting of the American Geriatrics Society and the American Federation for Aging Research, "Arrhythmias and Conduction Disturbances in the Elderly", May 1990.

40.     Emory University School of Medicine, Atlanta, GA, "Ventricular Ectopic  Activity", September 1990.

41.     Brigham and Women's Hospital, Boston, MA, "Prognostic Significance and Management of Ventricular Ectopy", October 1990.

42.     The Medical Center at Princeton, Princeton, NJ, "Cardiac Arrhythmias",  October 1990.

43.     Cooper Hospital/University Medical Center, Camden, NJ, "AntiarrhythmicTherapy After CAST",

January 1991.

44.   Wayne State University School of Medicine-Harper Hospital, Detroit, Michigan, "Circadian Variation in Cardiovascular Events", March 1991.

45.   Norwalk Hospital, Norwalk, CT, "Circadian Variation in Cardiovascular Events", September 1991.

46.   Stanford University Medical Center, Stanford, CA, "Circadian Variation in Cardiovascular Events", September 1991.

47.   Oklah Memorial Hospital, Oklah City, OK, "Circadian Variation in Cardiovascular Events", September 1991.

48.   Participant in AHA 64th Scientific Session Postgraduate Seminar of the Council on High Blood Pressure Research, "Cardiovascular Pharmacology", 11/91

49.   International Forum for the Evaluation of Cardiovascular Care Cardiovascular Care in the Aged, "Tolerability of Enalapril by Patients with Left Ventricular Dysfunction. Age Effects", Monte Carlo, January1992.

50.   Symposium on New Insights into ACE Inhibi tion in Left Ventricular Dysfunction and Heart Failure, "Survival on Left Ventricular Dysfunction (SOLVD Trial): Discussion of the Design and the Treatment Arm Results", San Juan, Puerto Rico, March 1992.

51.   Yale University School of Medicine, New Haven, CT, "Pathophysiology and Management of CHF: A Practical Approach", April 1992.

52.   Third International Conference on Geriatric Nephrology and Urology, Toronto, Canada, "The Study", April 1992 .

53.   American Heart Association's Tri-State Medical and Health Media Forum, New York City, "High Blood Pressure in the Elderly", May 1992.

54.   Symposium on Recent Advances in the Prevention and Treatment of Ventricular Dysfunction and Heart Failure, "SOLVD - Treatment and Prevention Results", Sao Paulo, Brazil, July 1992.

55.   Hellenic Medical Society, Sparta, Greece, "Current Management of Left Ventricular Dysfunction", September 1992.

56.   Deborah Heart and Lung Center, Browns Mills, NJ, "Clinical Review of Mortality Studies in Congestive Heart Failure", October 1992.

57.   Hellenic Medical Society of New York, New York, NY, "Fifty Years of Progress in Adult Cardiology", December 1992.

58.   Rikshopspitalet, University of Oslo, Oslo, Norway, "Prevention of Infarction and Unstable Angina Pectoris. When to Initiate Treatment with ACE Inhibitors?", January 1993.

59.   EuroTransMed, London, England, moderator and speaker of live international satellite television program on "Prevention of Coronary Ischaemic Events in Patients with Left Ventricular Dysfunction", February 1993.

60.   Site Moderator of videoconference program "At the Crossroads: New Directions in the Treatment of Ventricular Arrhythmias", UMDNJ- Robert Wood Johnson Medical School, New Brunswick, NJ, March 1993.

61. Participant in Luncheon Panel "Silent Myocardial Ischemia - To Treat or  Not to Treat" at the ACC 42nd Annual Scientific Session, Anaheim, CA, 3/93

62. VIII International Meeting on Clinical Cardiology,"Myocardial Infarction in Women", Athens, Greece, April 1993.

63. VIII International Meeting on Clinical Cardiology, "Recent Advances in the Prognosis and Treatment of Ventricular Ectopy", Athens, Greece, April 1993.

64. International Symposium on Advances in Cardiac Ultrasound, "Management of Heart Failure: New Insights", Bari, Italy, May 1993.

65. VA Medical Center Downstate, Brooklyn, NY, "Hypertension and the Aging Process: Physiologic Considerations and Therapeutic Options", September 1993.

66. Beth Israel Hospital, Boston, MA, "Hypertension and the Aging Process: Physiologic Considerations and Therapeutic Options", October 1993.

67. Robert Wood Johnson University Hospital and UMDNJ-RWJMS, New Brunswick, NJ, Pharmaco-economics and Ethics in the Hospital Setting Symposium, "Cardiac/Vascular Drugs: The Next Five Years", October 1993.

68. Louisiana State University, New Orleans, LA, "Review of Trials and Treatment Recommendations for Heart Failure", November 1993.

69. University of Florida, Jacksonville, FL, "Pathophysiology and Etiology of Congestive Heart Failure", November 1993.

70. UMDNJ-Robert Wood Johnson Medical School, New Brunswick, NJ, "New Jersey MI Registry (MIDAS) Short & Long Term Mortality, Use of Procedures, Gender Effects", December 1993.

71. NJ State Department of Health Symposium, "Public Policy and Invasive Cardiology in New Jersey", "Diagnostic and Interventional Procedures in the State of NJ", Princeton Marriott, Princeton, NJ, June 1994.

72. UMDNJ-Robert Wood Johnson Medical School Symposium and Poster Session on Basic and Clinical Research on Aging, Piscataway, NJ, "Hypertension in the Elderly", March 1995.

73. 10th Annual International Meeting on Clinical Cardiology, Athens, Greece, "Arrhythmias in Valvular Heart Disease and Their Treatment, April 1995.

74. 10th Annual International Meeting on Clinical Cardiology, Athens, Greece, "Regression of Coronary Artery Disease", April 1995.

75. XV Peruvian Congress of Cardiology, Lima, Peru, "Clinical Use of ACE Inhibitors and the Relevance of ACE Tissue Binding", May 1995.

76. XV Peruvian Congress of Cardiology, Lima, Peru, "Coronary Artery Disease Regression", May 1995.

77. International Symposium on Role of ACE Inhibitors in Preventing Ischemic Events at the Seventh European Meeting on Hypertension, "Reduction of Cardiac Events in Hypertensive Patients with Left Ventricular Dysfunction", Milan, Italy, June 1995

78. World Conference on Hypertension Control, "The Effect of Enalapril in Patients with Hypertension and Left Ventricular Dysfunction", Ottawa, Canada, June 1995.

79.    16th Panhellenic Cardiology Congress, "Relationship of PTCA to Long Term Mortality in Acute Myocardial Infarction", Rhodes, Greece, October 1995.

80.    Robert Wood Johnson University Hospital Symposium, "From Clinical Trials to Clinical Practice", Somerset, NJ, December 1995.

81.    UMDNJ-RWJMS Symposium, Cardiology Update 1995, "Congestive Heart Failure: Step-Wise Treatment", New Brunswick, NJ, December 1995.

82.    Rutgers College of Pharmacy Symposium, Management of the Patient with Congestive Heart Failure, "Etiology, Pathophysiology and Diagnosis of Congestive Heart Failure" and "Clinical Assessment and Interviewing the Congestive Heart Failure Patient", Piscataway, NJ, December 1995.

83.    International Forum for the Evaluation of Cardiovascular Care, "The Effect of Enalapril on Mortal and Morbid Events in Patients with Hypertension and Left Ventricular Dysfunction", Monte Carlo, January 1996.

84.    European Cardiology Symposium, "Treatment Benefits in Hypertensive Patients Enrolled in the SOLVD Trial", Barcelona, Spain, February 1996.

85.    Cardiology Symposium During the Egyptian Heart Association Meeting, "The Management of Heart Failure", Luxor, Egypt, March 1996.

86.    Annual Paul Block Lecture, "Cholesterol and Coronary Artery Disease", Monmouth Medical Center, Long Branch, NJ, March 1996.

87.    A New Dimension in Cardiac Care Symposium, "Mortality Benefits in Hypertensive Patients in SOLVD Studies", San Juan, Puerto Rico, March 1996.

88.    The National High Blood Pressure Education Program Coordinating Committee, "Heart Failure in ", Orlando, FL, March 1996.

89.    Evolving Concepts in Cardiovascular Care Symposium, "Effects of Calcium Channel Blockers on the Incidence of Myocardial Infarction in Patients with Left Ventricular Dysfunction", Boca Raton, FL, March 1996.

90.    Eleventh International Meeting on Clinical Cardiology, "The Management of Congestive Heart Failure: Beyond Clinical Trials", Athens, Greece, April 1996.

91.    Dubai Hospital, "Cardioprotection in Patients with Hypertension and Left Ventricular Dysfunction", Dubai, United Arab Emirates, April 1996.

92.    Dubai Hospital, "Management of Hypertension: Beyond Blood Pressure Control", Dubai, United Arab Emirates, April 1996.

93.    Twam Hospital, "Management of Hypertension: Beyond Blood Pressure Control", Abu Dhabi, United Arab Emirates, April 1996.

94.    EuroTransMed, speaker of live international satellite television program on "A Sub-Analysis of Hypertensive Patients in SOLVD", London, England, May 1996.

95.    Therapy for Hypertension: Choosing the Optimal Agent Symposium at the 16th Scientific Meeting of the International Society of Hypertension, "Benefits of Hypertensive Patients in SOLVD", Glasgow, Scotland, June 1996.

96.     Kameda General Hospital, "The Effect of Enalapril on Mortality and Morbidity Events in Patients with Hypertension and Left Ventricular Dysfunction", Kamogawa, Japan, July 1996.

97.     St. Marianna University, "U.S. Practices in the Treatments of Heart Failure and Arrhythmia and on the Use of ACE Inhibitors in the U.S.", Yokohama, Japan, July 1996.

98.     Chugoku Heart Failure Forum, "The Effect of Enalapril on Mortality and Morbidity Events in Patients with Hypertension and Left Ventricular Dysfunction", Hiroshima, Japan, July 1996.

99.     "Management of Heart Failure" Symposium at the VI World Conference on Clinical Pharmacology & Therapeutics, "Inhibition of the Renin Angiotensin System in Congestive Heart Failure", Buenos Aires, Argentina, August 1996.

100.    The Antwerp University Conference, Hypertension Risk and Therapy: Strategies for Optimizing Diagnosis and Treatment, "Optimal Treatment for the Hypertensive Patient with Left Ventricular Dysfunction", Antwerp, Belgium, September 1996.

101.    UMDNJ-RWJMS Symposium, "New Developments in the Treatment of Cardiovascular Disease with ACE Inhibitors", New Brunswick, September 1996.

102.    Turkish National Congress, "The Goals of Antihypertensive Agents: Current Agents and Future Prospects", Antalya, Turkey, October 1996.

103.    Canadian Cardiovascular Society Satellite Symposium, "Review of Recent Heart Failure Trials and Their Implications", Montreal, Canada, October 1996.

104.    Practical Approaches to Preventive Cardiology Symposium, "The Contribution of ACE Inhibition to the Management of Heart Failure", Miami, FL, November 1996.

105.    UMDNJ-RWJMS Symposium, Cardiology Update 1996, "Implications of Recent Clinical Trials on Cholesterol Management", New Brunswick, NJ, November 1996.

106.    Saint James Hospital, "Hypertension and Heart Failure", Newark, NJ, February 1997.

107.    Canadian Cardiology Opinion Leaders Workshop, "The Role of Calcium Antagonists in Hypertension: A Balanced Perspective", Hamilton, Bermuda, February 1997.

108.    Hotel Inter-Continental Helsinki, "Optimal Treatment of the Hypertensive Patient with LVD", Helsinki, Finland, February 1997.

109.    Clara Maass Medical Center, "Hypertension and Heart Failure", Belleville, NJ, March 1997.

110.    Loews Santa Monica Beach Hotel, Symposium, Evidence-Based Cardiovascular Medicine-The Dawning of a New Era of Clinical Practice,  "Risk Faculty Modification: Hypertension Treatment Strategies", Santa Monica, CA, March 1997.

111.    "The Case for ACE Inhibitors as First Line Therapy in Hypertension: Effects on Mortality and Ischemic Events", Anaheim, CA, March 1997.

112.    ACE Inhibitors--Still the Therapy of Choice For Cardiovascular Disease Sattelite Symposium of the 5th International Symposium on ACE Inhibition & Other Inhibitors of the Renin-Angiotensin System, "Heart Failure Management", Hong Kong, China, April 1997.

113.    New York Hospital Medical Center of Queens, "The Endothelium: Impact on Coronary Artery Disease Treatment Strategies", Flushing, NY, April 1997

114.    University Program, Hypertension Risk and Therapy: Strategies for Prevention of Target Organ Damage, "The Heart as Target Organ", Dubai, May 1997.

115.    Eighth European Meeting on Hypertension, International Symposium on Patient Satisfaction in Europe: Emerging Trends in the Treatment of Hypertension, "Sexual Dysfunction and Quality of Life in Hypertension", Milan, Italy, June 1997.

116.    CardioSphere Meeting, Emerging Concepts in Hypertension: From Research to Clinical Practice, "First Line Therapy for Hypertension: Where do We Go From Here?", Goteborg, Sweden, August 1997.

117.    Cardiac and Vascular Protection with Angiotensin-Converting Enzyme Inhibitors: Evidence and Implications for Clinical Practice, "The Case for Angiotensin-Converting Enzyme Inhibitors as First Therapy in Hypertension: Effects on Mortality and Ischaemic Events", Stockholm, Sweden, August 1997.

118.    12 Years Anniversary of RENITEC Conference, "Cardioprotection with Enalapril: 12 Years of Experience", Athens, Greece, September 1997.

119.    University Program, Evaluating Risk in Hypertension: Strategies for Cardiac and Vascular Protection, "The Hypertensive Patient with LVD: The Clinical and Economic Evidence for the Benefits of ACE Inhibition", Helsinki, Finland, September 1997.

120.    Zhong Shan Hospital, Shanghai Medical University, "Heart Failure", Shanghai, China, October 1997.

121.    UMDNJ-RWJMS Symposium, Cardiology Update 1997, "Hypertension: New Clinical Trial Results and Treatment Guidelines", New Brunswick, NJ, November 1997.

122.    State University Hospital, "Hypertension", Brooklyn, NY, November 1997.

123.    MSD Cardiovascular Medicine for the Millennium Symposium, "ACE Inhibitors for all Post-MI Patients", London, England, December 1997.

124.    ACP 1998 NJ Chapter Scientific Meeting, Managing Common Medical problems: Primary and Subspecialty Care, "Congestive Heart Faiulure", East Brunswick, NJ, January 1998.

125.    Thirteenth International Meeting on Clinical Cardiology, "Hyperlipidemia in Primary and Secondary Prevention of Coronary Artery Disease", The Prognostic Importance and Management of Ventricular Tachyarrhythmias" and Chairman of Session on Peripheral Arteries, Athens, Greece, April 1998.

126.    One Hundred Years of the Renin-angiotensin System: Past Accomplishments - Future Prospects, "The Case for Angiotensin-Converting Enzyme Inhibitors As First Therapy in Hypertension: Effects on Mortality and Ischemic Events", Fajardo, Puerto Rico, May 1998.

127.    Individualizing Therapy for Hypertension: The Evidence for ACE Inhibitors, "The Patient with Hypertension and LVD: Approaches to Diagnosis and Treatment", Amsterdam, The Netherlands, June 1998.

128.    Trevira House, "Acute Coronary Syndrome (ACS)", New York, New York, June 1998.

129.    Evidence-Based Medicine: Cardioprotective Strategies to Improve Outcome, "The Economic Case for Cardioprotection", Vienna, Austria, August 1998.

130.    "ACE Inhibitors as First Choice Drug in Hypertension", Medellin, Columbia, September, 1998.

131. "ACE Inhibitors as First Choice Drug in Hypertension", Bogota, Columbia, September, 1998.

132. "ACE Inhibitors as First Choice Drug in Hypertension", Cali, Columbia, September, 1998.

133. "ACE Inhibitors as First Choice Drug in Hypertension", Barranquilla, Columbia, September, 1998.

134. "ACE Inhibitors as First Choice Drug in Hypertension", Lima, Peru, September, 1998.

135. Naval Hospital Camp Pendleton, "Cardiovascular Disease: Advances in Treatment Prevention", Oceanside, CA, September 1998.

136. University of California, San Diego Medical Center, "Modern Management of Cardiovascular Syndromes", San Diego, CA, September 1998.

137. Liberty Science Center, Co-chair, Symposium sponsored by the AHA, State of NJ, Dept of Health and Senior Services, CHAP and the Medical Society of NJ, "New Jersey and the Chain of Survival: Aspects of Out of Hospital Management of Cardiac Emergencies", Jersey City, NJ, September 1998.

138. Budapest University, Academy of Science Conference, Cardioprotection by ACE Inhibitors: Focus on Left Ventricular Hypertrophy, "The Epidemiology of Heart Disease: LVH as a Predictor of Risk", Budapest, Hungary, October 1998.

139. Third Annual Forum of the Women's Wellness and Healthcare Connection at RWJUH, "The Heart of Women: Inside and Out", October 1998.

140. XIX Panhellenic Cardiological Congress, "The Greek Diaspora" Round Table, Athens, Greece, October 1998.

141. XIX Panhellenic Cardiological Congress, "Clinical and Economic Considerations in the Management of Heart Failure", Athens, Greece, October 1998.

142. UMDNJ-RWJMS Symposium, Cardiology Update 1998, "CHF Treatment: ACE Inhibition and Beta Blockers", New Brunswick, NJ, November 1998.

143. "Clinical and Economic Benefits of ACE Inhibitors", Caracas, Venezuela, March 1999.

144. UMDNJ Symposium, Program Director, "Treatment of Hypertension at the End of the Millennium", "Pharmacologic and Nonpharmacologic Therapies of Hypertension", New Brunswick, NJ, March 1999.

145. Symposium (sponsored by NIH) Co-Chair, "Update on the Management of Hypertension", "Cardiovascular Risk Factors and Treatment of Hypertension", New Brunswick, NJ, April 1999.

146. 6th Annual Latin American and Caribbean Freestanding Symposium, "The Economic Case for Cardioprotection", Cancun, Mexico, May 1999.

147. "Clinical and Economic Considerations of Treating Hypertension and Heart Failure", Riyadh, Saudi Arabia, May 1999.

148. "Clinical and Economic Considerations of Treating Hypertension and Heart Failure", Jeddah, Saudi Arabia, May 1999.

149. "Clinical and Economic Considerations of Treating Hypertension and Heart Failure", Al Khobar, Saudi Arabia, May 1999.

150.    Symposium "Transferring Evidence-Based Cardioprotection Into Clinical Practice", "Managing Cardiovascular Complications in the Patient with Diabetes", Taipei, Taiwan, June 1999.

151.    KaoShiung Chung-Gong Memorial Hospital, "Evidence Based Medicine and Medications Affecting the Renin Angiotensin System", KaoShiung, Taiwan, June 1999.

152.    "Evidence Based Medicine and Medications Affecting the Renin Angiotensin System", Tai-Chung MRC Center, Taiwan, June 1999.

153.    Chung-Gong Memorial Hospital, "Evidence Based Medicine and Medications Affecting the Renin Angiotensin System",  Taiwan, June 1999.

154.    National Taiwan University Hospital, "Evidence Based Medicine and Medications Affecting the Renin Angiotensin System",  Taiwan, June 1999.

155.    Chi-May Hospital, "Evidence Based Medicine and Medications Affectingthe      Renin Angiotensin System", Tainan City, Taiwan, June 1999.

156.    Semmelweis Medical University, Update on the Treatment of Heart Failure with Losartan, "Better Treatment of Heart Failure", Budapest, Hungary, September 1999.

157.    Tongi Medical University, "Current Management of Hypertension", Wuhan, China, October 1999.

158.    Zhejiang hospital, "Current Management of Hypertension", Zhejiang, China, October 1999.

159.    Shanghai First People's Hospital, "Current Management of Hypertension", Shanghai, China, October 1999.

160.    "Evaluating the Evidence for ACE Inhibition in Cardioprotection: Post MI, LVD, HF", Florence, Italy, February 2000.

161.    King Abdul Aziz University, "Evidence Based Medicine, ACE Inhibition and Target Organ Protection", Jeddah, Saudi Arabia, February 2000.

162.    King Fahd University, "ACE Inhibition and Target Organ Protection", Dammam, Saudi Arabia, February 2000.

163.    King Faisal Specialty Hospital and Research Centre, "ACE Inhibitors and Calcium Channel Blockers in Hypertension, Coronary Artery Disease and Heart Failure",  Riyadh, Saudi Arabia, February 2000.

164.    King Khaled University Hospital, "Evidence Based Medicine and ACE Inhibition", Riyadh, Saudi Arabia, February 2000.

165.    1st Panhellenic Symposium on A-II Antagonists, Sponsored by the Hellenic Antihypertension Society, "Debate: ACE Inhibitors vs. A II Antagonists", Athens, Greece, February 2000.

166.    1st Panhellenic Symposium on A-II Antagonists, Sponsored by the Hellenic Antihypertension Society, "The Renin Angiotensin System and Cardiovascular Risk", Athens, Greece, February 2000.

167.    7th Annual Latin American and Caribbean Freestanding Symposium, "Do Long-Term Mortality Outcomes Amongst Today's Antihypertensives Differ?", Palm Beach, FL, May 2000.

168.    The Medical Center at Princeton, "New Pharmacological Therapies in the Treatment of Heart Failure", Princeton, NJ, May 2000.

169. Saint Peter's University Hospital, "Lipids in Coronary Heart Disease", New Brunswick, NJ, August 2000.

170. The Franklin Institute, "Emerging Options for Management of Peripheral Artery Disease: Intermittent Claudication", Philadelphia, PA, September 2000.

171. Academic Consultant Metting on Cardiovascular Disease, "Do Long-Term Mortality Outcomes Amongst Today's Antihypertensives Differ?", Montreal, Canada, September 2000.

172. Shangri-La Hotel, "Evaluating the Evidence of the Cardioprotective Effects of Blocking the Renin angiotensin System", Cebu, Philippines, October 2000.

173. Malaysian Medical Association (Wilayah Persekutuan & Selangor Branch), "The Rationale of Fixed-Dose Combination", Kuala Lumpur, Malaysia, October 2000.

174. Malaysian Medical Association (Johor Branch), "The Rationale of Fixed-Dose Combination", Johor Bahru, Malaysia, October 2000.

175. The Hellenic Medical Society of New York, "Emerging Options for Management of Peripheral Artery Disease:  Intermittent Claudication", New York, NY, November 2000.

176. Hellenic Medical Society of New York, "Clinical Trials in Cardiology", New York Academy of Science, New York, NY, December 2000.

177. 2001 Scientific Meeting for the NJ Chapter of the American College of Physicians, "Congestive Heart Failure", Woodbridge, NJ, February 2001.

178. 7th Panhellenic Meeting on Arterial Hypertension, "Effect of Blood pressure Treatment on Morbid and Mortal Events", Athens, Greece, March 2001.

179. 7th Panhellenic Meeting on Arterial Hypertension, Debate: "Sex and the Cardiovascular System", Athens, Greece, March 2001.

180. Transferring Evidence-Based Cardioprotection into Clinical Practice International Speakers' Forum, "Evaluating the Evidence of the Cardioprotective Effects of Blocking the Renin Angiotensin System", Cannes, France, April 2001.

181. Transferring Evidence-Based Cardioprotection into Clinical Practice, "Evaluating the Evidence of the Cardioprotective Effects of Blocking the Renin-Angiotensin System", Milan, Italy, June 2001.

182. Chair of session on Clinical Trials at 7th Annual Meeting of the WHO-ISH Blood Pressure Lowering Treatment Trialists' Collaboration, Cambridge, UK, July 2001.

183. Semmelweis University, "Evidence-Based Cardioprotection in the Hypertensive Patient With or Without Comorbidities", Budapest, Hungary, December 2001.

184. An Advanced Approach to the Management of Cardiovascular Disease: The Role of Vasopeptidase Inhibition (VPI) symposium, "Omapatrilat Cardiovascular Treatment Assessment Versus Enalapril (OCTAVE): Study Design and Baseline Information", Atlanta, GA, 3/02.

185. 17th International Meeting on Clinical Cardiology, "The Outpatient Management of Heart Failure", Athens, Greece, May 2002.

186. 17th International Meeting on Clinical Cardiology, "Clinical Trials: Strengths and Limitations", Athens, Greece, May 2002.

187. Symposium at the Seventeenth Annual Scientific Meeting & Exposition of the American Society of Hypertension, Beyond ACE Inhibition: The Role of Vasopeptidase Inhibition (VPI) in Cardiovascular Disease, "Omapatrilat Cardiovascular Treatment Assessment Versus Enalapril (OCTAVE) Study: Design and the Results of a Landmark Clinical Trial in Hypertension", New York, NY, May 2002.

188. Seventeenth Annual Scientific Meeting & Exposition of the American Society of Hypertension, Clinical Trial Updates and Late Breakers, "OCTAVE and OPERA: Trials With Omapatrilat", New York, NY, May 2002.

189. 19Th Scientific Meeting of the International Society of hypertension/12th European Meeting on Hypertension, "The OCTAVE Study", Prague, Czech Republic, June 2002.

190. Consortium for Southeastern Hypertension Control 9th National Scientific Sessions. "Vasopeptidase Inhibition in Hypertension", Savannah, Georgia, October 2002.

191. Hahnemann University Grand Rounds, "Antihypertensive Trials: ALLHAT and Others", Philadelphia, PA, February 2003.

192. Hahnemann University Grand Rounds, "Global Cardiovascular Risk Factors", Philadelphia, PA, February 2003.

193. Howard University, "Treatment of Hypertension: the ALLHAT Trial", Washington, DC, May 2003.

194. Eighteenth Annual Scientific Meeting of the American Society of Hypertension, Clinical Trials Session, "Evidence-Based Medicine", New York, NY, May 2003.

195. Symposium at the Eighteenth Annual Scientific Meeting of the American Society of Hypertension, From Hypertension to Heart Failure: Breaking the Chain of Cardiovascular Disease, "From Hypertension to Heart Failure: Update on the Management of Systolic and/or Diastolic Dysfunction", New York, NY, May 2003.

196. Johns Hopkins University, "ALLHAT", Baltimore, MD, May 2003.

197. NJ Academy of Family Physicians 2003 Summer Celebration and Scientific Assembly, "Treatment of Hypertension", Jersey City, NJ, May 2003.

198. Boston Medical Center, "Current Controversies in Hypertension, Boston, MA, June 2003.

199. Medical College of Virginia, "Global Cardiovascular Risk", Richmond, Virginia, October 2003.

200. American Heart Association symposium, Cardiovascular & Cerebrovascular Insights 2003: Recent Developments for the Primary Care Physician, "Metabolic Syndrome and Other Lipid Disorders", Hilton Short Hills, Short Hills, NJ, October 2003.

201. Mid-Atlantic Chapter of the American Society of Hypertension symposium, Managing the Hypertension to Heart Failure Continuum, "Hypertension and the Heart: Pathophysiologic Changes Leading to Heart Failure", Grand Hyatt Washington, Washington, DC, December 2003.

202. Controversies in Hypertension: Debates on Diagnosis, Treatment and Trials jointly sponsored by The Eastern Regional Chapter of the American Society of Hypertension and the American Society of Hypertension, Inc., "Treatment of the Octogenarian - Should We and How?, Lenox Hill Hospital, New York, NY, December 2003.

203. Fifth Annual John H. Laragh Conference,Chair of session 2 "Interaction of ACE with the Renin Angiotensin System, the Kinin System and Beyond", Turnberry Isle Resort and Club, Aventura, FL, February 2004.

204. 20th Scientific Meeting of the International Society of Hypertension. Co-Chair of session "Hemodynamics and Vasoactive Peptides", Sao Paulo, Brazil, February 2004.

205. 20th Scientific Meeting of the International Society of Hypertension. "From hypertension to heart failure: An update", Sao Paulo, Brazil, February 2004.

206. 3rd Panhellenic Symposium on Hypertension, "Evidence Based Management of Hypertension in 2004", Athens, Greece, February 2004.

207. RWJMS Mini Medical School, "Heart Murmurs", Piscataway, NJ, March 2004.

208. 5th Annual General  Internal Medicine Symposium, Current Concepts and Controversies in Thromboembolism and Anticoagulation, "Antiplatelet Therapy in Coronary Artery Disease", RWJMS, New Brunswick, NJ, April 2004.

209. Neurology Grand Rounds, UMDNJ-Robert Wood Johnson Medical School, "Hypertension & Risk of Stroke", New Brunswick, NJ , May 2004.

210. 19th Annual Scientific Meeting of the American Society of Hypertension, "Algorithm for Managing Erectile Dysfunction", New York, NY, May 2004.

211. UMDNJ-New Jersey Medical School 2nd Annual New Jersey Cardiovascular Symposium 2004, "Lipid Lowering:  How Low Should We Go?",  New Jersey Performing Arts Center, Newark, NJ, June 2004.

212. UMDNJ-RWJMS, The Second Princeton Consensus Conference:  Sexual dysfunction and Cardiac Risk, "The Princeton Guidelines Revisited", Nassau Inn, Princeton, NJ, June 2004.

213. Educational Commission for Foreign Medical Graduates Board of Trustees, Federation of State Medical Boards Board of Directors, National Board of Medical Examiners Executive Board Meeting, "Composite Committee and International Medical Graduates",  Cambridge, MD, July 2004.

214. New Jersey Geriatrics Society 2004 Annual Conference, "Hypertension", Woodbridge, NJ, November 2004.

215. VA Boston Healthcare System, "PAD:  A Significant Cardiovascular Risk Factor", West Roxbury, MA, December 2004.

216. Sixth Annual Winter/ Laragh Conference on Advances in Hypertension Research, "Strengths and Pitfalls of Clinical Trials", Ritz Carlton golf Resort, Naples, FL, January 2005.

217. Inaugural Scientific Forum, Northeast Lipid Association, "Hypertension and Dyslipidemia: Impact of Combined Treatment on Cardiovascular Outcomes", New York, NY, January 2005.

218. Trinitas Hospital, "The Current Management of Hypertension", Elizabeth, NJ , February 2005.

219. Pascack Valley Hospital, "Implementing Critical Pathways for Cardiovascular Disease", Westwood, NJ, February 2005.

220. 9th Pan-Hellenic Congress on Arterial Hypertension, "Overview of the Clinical Trials in Hypertension:  the Trialists", Athens, Greece, March 2005.

221.    Hunterdon Medical Center, "Managing Cardiovascular Risk Factors in Clinical Practice", Hunterdon, NJ, March 2005.

222.    Phelps Memorial Hospital, "A Risk-Based Approach to Managing Patients with Cardiovascular Disease", Tarrytown, NY, April 2005.

223.    Jefferson Medical College, "Comprehensive Management of the Patient with Multiple Cardiovascular Risk Factors", Philadelphia, PA, April 2005.

224.    2941 Restaurant, "Erectile Dysfunction and Cardiovascular Disease", Falls Church, VA, May 2005.

225.     Physicians Office"Erectile Dysfunction and Cardiovascular Disease", Arlington, VA, May 2005.

226.    Morton's, "Erectile Dysfunction and Cardiovascular Disease", Bethesda, MD, May 2005.

227.    Twentieth Annual Scientific Meeting of the American Society of Hypertension, "Strengths and Pitfalls of Clinical trials", San Francisco, CA, May 2005.

228.    Twentieth Annual Scientific Meeting of the American Society of Hypertension, Co-chair Moderated Poster Session on Clinical Trials,  San Francisco, CA, May 2005.

229.    Twenty-first Annual Scientific Meeting of the American Society of Hypertension, Co-chair Session on Hypertensive Heart Disease, New York, NY, May 2006.

230.    Twenty-first Annual Scientific Meeting of the American Society of Hypertension, Co-chair Moderated Session on Clinical Trials, New York, NY, May 2006.

231.    Twenty-first Annual Scientific Meeting of the American Society of Hypertension, Faculty Speaker, Satellite Symposium, "The Metabolic Syndrome:  is the Whole Greater than the Sum of its Parts?", New York, NY, May 2006.

232.    AOA Dinner Presentation, Medical University of South Carolina, "Global Cardiovascular Risk", Charleston, SC, April 2007.

233.    Northeast Lipid Association 3rd Annual Scientific Forum , "A Global risk Approach to Primary Prevention", Montreal, Quebec, April 2007.

234.    AHA Cardiology Summit, Coronary Artery Disease:  Strategic Issues in AMI Care. Keynote Dinner Presentation:  "Variation in AMI Care:  "Every Single Day. . .", Parsippany, NJ, June 2007.

235.    Medical Grand Rounds, UMDNJ-Robert Wood Johnson Medical School, "Primary Prevention of Cardiovascular Disease", New Brunswick, NJ, March 2008.

236.    Hypertension 2008: Advances in Diagnosis & Management, Co-Sponsored by The Eastern Regional Chapter of the ASH and Division of Cardiology, St. Luke's-Roosevelt Hospital, Columbia University College of Physicians and Surgeons,  "Global Risk and Guidelines", New York, NY, April 2008.

237.    Saint Peter's University Hospital, Keynote Address, Internal Medicine Residency Program Research Day, "Primary Prevention of Coronary Heart Disease", New Brunswick, NJ, May 2008.

238.    Eighth Annual Louis F. Albright, M.D. Cardiology Symposium, Contemporary Issues in Cardiovascular diseases, RWJUH Hamilton, "Primary Prevention of Cardiovascular Disease", Hamilton, NJ, May 2008.

239. UMDNJ-RWJMS, Department of Obstetrics & Gynecology and the Women's Health Institute, "Women and Heart Disease",  New Brunswick, NJ, February 2009.

240. Saint Peter's University Hospital, Department of Obstetrics & Gynecology Grand Rounds, "Heart Disease in Women", April 2009.

241. 20th European Meeting on Hypertension, Post Congress Satellite Symposium, Debate Speaker, "RAAS Blockers Plus Diuretics", Costa Navarino, Pylos, Peloponnese, Greece, July 2010.

242. RWJMS Retired Faculty Association, "Evolution in the Prevention of Heart Disease", Piscataway, NJ, September 2010.

243. Invited presenter, American Heart Association Scientific Sessions 2010, Chicago, IL, Session title: Pressuring Blood Pressure for More; Presentation title:  Hypertension Minus Blood Pressure: What is the Residual Risk?

244. Moderator, Eastern Regional Chapter American Society of Hypertension Annual Meeting, New York, NY, Round Table:  "How Does the Coming-of-Age of Aldosterone Blockade Change the Treatment Paradigm for Hypertension?", April 2011.

245. Invited speaker, 14th Pan-Hellenic Congress on Hypertension, "The Legacy Effect:  Treat Early, Benefit Your Patients More", Thessaloniki, Greece, March 2013.

246. Invited speaker, New Jersey State Stroke Conference, "Oral Anticoagulation in Secondary Stroke Prevention", Princeton, NJ, April 2013

Kostis Depositions – July 1, 2009 – July 17, 2013

Vasios, Kelly & Strollo, P.A.
Union, NJ
Malpractice case
Bowman, Daisey (Estate of) v. Brouk, M.D., Alla

Krompier & Gordon, L.L.C.
Parsippany, NJ
Malpractice case
Foldhazy v. Chen, et als.

Vasios, Kelly & Strollo, P.A.
Union, NJ
Malpractice case
Cynthia Marie Kunsman, Indiv and as Exec of Estate of Mark Kunsman v. Richard S. Leeds, M.D., et al

White & Case LLP
New York, NY
Sanofi Aventis vs. FDA litigation on Lovenox (enoxaparin) and "biosimilars"

Vasios, Kelly & Strollo, P.A.
Union, NJ
Malpractice case
Barbara Zeszotarski, Exec for Estate of Jane Wilson v. Robert S. Walsky, M.D., et al

Appendix B

.

John B. Kostis, M.D.
Medical Expert Fee Schedule

| Services | Hourly Rate |
| --- | --- |
| Document Review and Analysis/Report Preparation | $500.00 |
| Telephone Conferences | $500.00 |
| Meeting with Attorney | $500.00 |
| Deposition Preparation | $500.00 |
| Attendance at Deposition | $750.00 |
| Trial Preparation | $500.00 |
| Attendance at Trial per appearance | $2,000.00 |

# Appendix C

## APPENDIX C:

### Additional Documents Relied Upon and Considered

**Deposition Testimony**

Anthony Ford Hutchinson, April 24, 2013

**Deposition Exhibits**

Anthony Ford Hutchinson, April 24, 2013, Exhibit 11
Anthony Ford Hutchinson, April 24, 2013, Exhibit 13
Hui Quan, March 14, 2006, Exhibit 51
Hui Quan, March 14, 2006, Exhibit 52
Christopher Assaid, April 29, 2013, Exhibit 20
Anthony Ford Hutchinson, April 24, 2013, Exhibit 10
Anthony Ford Hutchinson, April 24, 2013, Exhibit 9

**Other Documents**

Figures 1 - 40

Vioxx and Cardiovascular Risk, David Madigan, PhD, 10/8/07.

Video, "Pathogenesis of the Atherosclerotic Plaque" by Professor Libby

Vote of the FDA Advisory Committee on February 18 2005

1998 letter of Prof. Carlo Patrono to Dr. Martino Laurenzi of Merck MRK-ABC0002199 - MRKABC0002200

Hui Quan APPROVe BP analysis, October 7, 2004, MRK-AFO 0280964-MRK-AFO 0280989

Quan overview of the relationship of BP to CV events in APPROVe, 2004 MRK-AGO 0031207 – MRK-AGO 0031298

Bolognese, assessment of Vioxx TCVSAE results by SBP spike occurrence 11-11-04 MRK-AGO 0072875 – MRK-AGO 0072877

Joshua Chen, PhD to Raymond P. Bain dated May 1, 2001 MRK-AFS 0006374 – MRK-AFS 0006375

**Journal Articles**

Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. 2005;112:759-770.

Cipollone F, Patrignani P, Greco A, et al. Differential suppression of thromboxane biosynthesis by indobuf

22

aspirin in patients with unstable angina. Circulation 1997;96(4):1109-16.

Karim S, Habib A, Levy-Toledano S, Maclouf J. Cyclooxygenase-1 and -2 of endothelial cells utilize exogen endogenous arachidonic acid for transcellular production of thromboxane. J Biol Chem 1996;271(20):12042-8

Maclouf J, Folco G, Patrono C. Eicosanoids and iso-eicosanoids: constitutive, inducible and transc biosynthesis in vascular disease. Thromb Haemost 1998;79(4):691-705.

Walter MF, Jacob RF, Day CA, et al. Sulfone COX-2 inhibitors increase susceptibility of human LDL and pla oxidative modification:   comparison to sulfonamide COX-2 inhibitors and NSAIDs. Atherosl 2004;177(2):235-243.

Walter MF, Jacob RF, Day CA, et al. Sulfone COX-2 inhibitors increase susceptibility of human LDL and pla oxidative modification:   comparison to sulfonamide COX-2 inhibitors and NSAIDs. Atherosl 2004;177(2):235-243.

Zhang J, Ding EL, Song Y. Adverse effects of cyclooxygenase 2 inhbitors on renal and arrhythmia events. analysis of randomized trials. JAMA 2006;296:1619-1632.

Serebruany VL, Solomon SR, Shustov AR, Herzog, WR, Gurbel PA. Survival in acute myocardial inf induced by coronary ligation:  Prognostic relevance of certain hemostatic factors during the occlusion p Thromb Thromblysis 1998;5(1):29-35.

Goulielmos NV, Enayat ZE, Sheridan DJ, Cohen H. Flores NA. Nitric oxide and prostacyclin modul alterations in cardiac action potential duration mediated by platelets during ischaemia. Cardiovas 1995;30(5):788-798.

Ravingerova T, Tribulova N, Ziegelhoffer A, Styk J, Szekeres L. Suppression of reperfusion induced arrhyth the isolated rat heart:  pretreatment with 7-oxo prostacyslin in vivo. Cardiovasc Res 1993;27(6):1051-1055.

Dzurba A, Ziegelhoeffer A, Breier A, Vrbjar N, Szekeres L. Increased activity of sarcolemmal (Na+K+)-AT involved in the late cardioprotective action of 7-oxo-prostacyclin. Cardioscience 1991;2(2):105-108.

Fiedler VB, Mardin M. Prostacyclin prevents ventricular fibrillation in a canine model of sudden cardiac Basic Res Cardiol 1986;81(1):40-53.

Aw TJ, Hass SJ, Liew D, Krum H. Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pr Arch Intern Med 2005;165(5):490-496.

Brinker A, Goldkind L, Bonnel R, Beitz J. Spontaneous reports of hypertension leading to hospitaliza association with rofecoxib, celecoxib ,nabumetone and oxaprozin. Drugs Aging 2004;21(7):479-484.

MacMahon S, Peto R, Cutler J, Collins R, Sorlie P, Neaton J, Abbott R, Godwin J, Dyer A, Stamler J. Blood pressure, stroke, and coronary heart disease. Part 1, Prolonged differences in blood pressure: prospective observational studies corrected for the regression dilution bias.  Lancet. 1990 Mar 31;335(8692):765-74.

Whelton A, White WB, Bello AE, Puma JA, Fort JG and the SUCCESS-VII Investigators. Effects of celeco rofecoxib on blood pressure and edema in patients ≥65 years of age with systemic hypertension and osteoar Am J Cardiol 2002;90:959-963.

Wilhelmsen L. Risk factors for coronary heart disease in perspective. European intervention trials. Am 1984;76(2A:37-40.

Yusuf S. Wittes J. Friedman L. Overview of results of randomized clinical trials in heart disease. II. U angina, heart failure, primary prevention with aspirin, and risk factor modification. JAMA 1988;260(15):2259

MacMahon S. Cutler JA, Stamler J. Antihypertensive drug treatment. Potential, expected, and observed eff stroke and on coronary heart disease. Hypertension 1989;13(5 Suppl):I45-50.

Collins R, Peto R, MacMahon S, et al. Blood pressure, stroke, and coronary heart disease. Part 2, Sho reductions in blood pressure: overview of randomized drug trials in their epidemiological context. 1990;335(8693):827-38.

Yusuf S. Lesssem J, Jha P, Lonn E. Primary and secondary prevention of myocardial infarction and strok update of randomly allocated, controlled trials. J Hypertens Suppl 1993;11(4):S61-73.

Kannel WB. Clinical misconceptions dispelled by epidemiological research. Circulation 1995;92(11):3350-60

Kannel WB. Hazards, risks, and threats of heart disease from the early stages to symptomatic coronary heart and cardiac failure. Cardiovasc Drugs Ther 1997;11(Suppl 1):199-212.

Flack JM, Neaton J, Grimm R Jr.,et al. Blood pressure and mortality among men with prior myocardial infa Multiple Risk Factor Intervention Trial Research Group. Circulation 1995;92(9):2437-4.

Nussmeier NA, Whelton AA, Brown MI, et al. Complications of the COX-2 inhibitors Parecoxib and Vald after cardiac surgery. N Engl J Med 2005;352:1081-1091.

Furberg CD, Psaty BM, FitzGerald CA. Parecoxib, valdecoxib, and cardiovascular risk. Circulation 111( 2005.

Moncada S. Higgs J, Vane JR. Human arterial and venous tissues generate prostacyclin (prostaglandin x), a inhibitor of platelet aggregation. Lancet 1977;1:18-20.

FitzGerald GA, Smith B, Pedersen AK, Brash AR. Increased prostacyclin biosynthesis in patients with atherosclerosis and platelet activation. N Engl J Med 1984;310:1065-1068.

Grosser T, Fries S. FitzGerald GA. Biological basis for the cardiovascular consequences of inhibition: Therapeutic challenges and opportunities. J Clin Invest 2006;116(1):4-15.

Pidgeon GP, et al. Intravascular thrombosis after htypoxia-induced pulmonary hypertension: regulat cyclooxygenase-2. Circulation 2004;110:2701-2707.

Buerkle MA, et al. Selective inhibition of cyclooxygensase-2 enhances platelet adhesion in hamster arteri vivo. Circulation 2004;110:2053-2059.

Hennan JK, et al. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in coronary arteries. Circulation **2001**;104:820-825.

MacAdam BF, et al. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharma of a selective inhibitor of COX-2. Proc Natl Acad Sci U.S.A. 1999;96:272-277.

Egan K, et al. COX-2-derived prostacyclin confers atheroprotection on female mice. Science 2004;306:1954-

Schonebeck U, Sukhova GK, Graber P, Coultr S, Libby P. Augmented expression of cyclooxygenase-2 in atherosclerotic lesions. Am J Pathol 1999;155:1281-1291.

Belton O, Byrne D, Kearney D, Leahey A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prost formation in patients with atherosclerosis. Circulation 2000;102:840-845.

Hill KP, Ross JS, Egilman DS, Krumholz HM. The ADVANTAGE seeding trial:  a review of internal docu Ann Intern Med. 2008;149:251-8.

Ross JS, Hill KP, Egilman DS, Krumholz HM. Guest authorship and ghostwriting in publications rela rofecoxib.  A case study of industry documents from rofecoxib litigation. JAMA 2008;299(15):1800-12.

Aw TJ, Hass SJ, Liew D, Krum H. Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pr Arch Intern Med 2005;165(5):490-496.

Chen Y-F, Jobanputra P, Barton P, Byran S, Fry-Smith A, Harris G, Taylor RS. Cyclooxgenase-2 selectiv steroidal anti-inflammatory drugs (etodolec, meloxicam, celecoxib, rofecoxib, etoricoxib, valdecoxi lumiracoxib) for osteoarthritis and rheumatoid arthritis:  a systematic review and economic evaluation. Technology Assessment 2008;12:11.

Strand V. Are COX-2 inhibitors preferable to non-selective non-steroidal anti-inflammatory drugs in patien risk of cardiovascular events taking low-dose aspirin? Lancet 2007;370:2138-51.

Grosser T, Fries S. FitzGerald GA. Biological basis for the cardiovascular consequences of ( inhibition:  Therapeutic challenges and opportunities. J Clin Invest 2006;116(1):4-15.

Horton R. Vioxx, the implosion of Merck, and aftershocks at the FDA. Lancet 2004;364:1995-96.

Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofe cumulative meta-analysis. Lancet 2004;364:2021-29.

Jones SC. Relative thromboembolic risks associated with COX-2 inhibitors.Ann Pharmacother 2005;39:1249-

Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofe cumulative meta-analysis. Lancet 2004;364:2021-29.

Konstam MA, Weir MR, Reicin A, Shapiro D, Sperling RS, Barr E, Gertz BJ.  Cardiovascular thrombotic ev controlled, clinical trials of rofecoxib.  Circulation 104(19):2280-8 2001.

Ross JS, Madigan D, Hill KP, Egilman DS, Wang Y, Krumholz HM. Pooled analysis of rofecoxib pl controlled clinical trial data:  lessons for post-market pharmaceutical safety surveillance. Arch Inter 2009;169(21):1976-85.

Scott PA, Kingsley GM, Smith CM, Choy EH, Scott DL. Non-steroidal anti-inflammatory drugs and myo infarctions:  comparative systematic review of evidence from observational studies and randomised controlled Ann Rheum Dis 2007;66:1296-1304.

Scott PA, Kingsley GM, Scott DL. Non-steroidal anti-inflammatory drugs and cardiac failure:  meta-analy observational studies and randomised controlled trials. European Journal of Heart Failure 2008;10:1102-07.

Trelle S, Reichenbach S, Wandel S, et al. Cardiovascular safety of non-steroidal anti-inflammatory drugs:  n meta-analysis. BMJ 2011;342:C7086.

Zhang J, Ding EL, Song Y. Adverse effects of  cyclooxygenase 2 inhbitors on renal and arrhythmia events. analysis of randomized trials. JAMA 2006;296:1619-1632.

Baron JA, Sandler RS, Bresalier RS, et al. Cardiovascular events associated with rofecoxib:  final analysis APPROVe trial. Lancet 2008;372(9651):1732.

Reindeau D, Percival MD, Brideau C, et al. Etoricoxib (MK-0663):  Preclinical profile and comparison wit agents that selectively inhibit cyclooxygenase-2. J Pharmacol and Experimental Therap 2001;296:558-566.

Jones DG, Duffy J, Fisher T, Hubbard BK, Forrest MJ. On- and off-target pharmacology of torcetrapib: understanding and implications for the structure activity relationships (SAR), discovery and developm cholesteryl ester-transfer protein (CEPT) inhibitors. Drugs 2012;72(4):491-507.

Hamada T, Ichida K, Hosoyamada M, et al. Uricosuric action of losartan via the inhibition of urate transp (URAT1) in hypertensive patients. Am J Hypertens 2008;21:1157-1162.

Brenner BM, Cooper ME, De Zeeuw D, et al. Effects of losartan on renal and cardiovascular outcomes in with type 2 diabetes and nephropathy. N Engl J Med 2001;345:861-9.

Dalof B, Devereux RB, Kjeldsen SE, et al. Cardiovascular morbidity and mortality in the losartan intervent endpoint reduction in hypertension study (LIFE): a randomized trial against atenolol. Lancet 2002;359:995-10

Ripley E, Hirsch A. Fifteen years of losartan: what have we learned about losartan that can benefit chronic disease patients? International J Nephrol and Renovasc Dis 2010;3:93-98.

Devereux RB, Dahlof B, Gerdts E, et al. Regression of hypertensive left ventricular hypertrophy by l compared with atenolol: The losartan intervention for endpoint reduction in hypertension (LIFE) trial. Circ 2004;110:1456-1462.

Chlopicki S, Koda M, Chabielska E, Buczko W, Gryglewski RJ. Antiplatelet action of losartan involves in $TXA_2$ receptor antagonism but not $TXA_2$ synthase inhibition. J Physiol and Pharmacol 2000;51(4):715-722.

Hou FF, Xie D, Zhang X, et al. Renoprotection of optimal antiproteinuric doses (ROAD) study: a rand controlled study of benazepril and losartan in chronic renal insufficiency. J Am Soc Nephrol 2007;18:1889-18

Wachtell K, Okin PM. Regression of target organ damage. J Hypertension 2013;31:1535-1536.

Vasan RS, Larson MG, Leip EP. et al. Impact of high-normal blood pressure on the risk of cardiovascular dis Engl J Med 2001;345:1291-7.

Lewington S, et al. for the Prospective Studies Collaoration. Age-specific relevance of usual blood pres vascular mortality:  a meta-analysis of individual data for one million adults in 61 prospective studies. 2002;360:1903-1913.

Kostis WJ, Thijs L, Richart T, Kostis JB, Staessen JA. Persistence of mortality reduction after the randomized therapy in clinical trials of blood pressure lowering medications.  Hypertension 56;1060-1068, 2(

Cooney MT, Dudina AL, Graham IM. Value and limitations of existing scores for the assessment of cardiov risk. A review for clinicians. J Am Coll Cardiol 2009;54:1209-1227.

Executive summary of the third report of the national cholesterol education program (NCEP) expert pa detection, evaluation, and treatment of high blood cholesterol in adults (Adult Treat Panel III). 2001;285:2486-2497.

Lloyd-Jones DM. Short-term versus long-term risk for coronary artery disease:  implications for lipid guid Curr Opin Lipidol 2006;17:619-625.

Lloyd-Jones DM, Leip EP, Larson MG, D'Agostino RB, Beiser A, Wilson PWF, Wolf PA, Levy D. Predic lifetime risk for cardiovascular disease by risk factor burden at 50 years of age. Circulation 2006;113:791-798

Jackson R, Lawes CMM, Bennett DA, Milne RJ, Rodgers A. Treatment with drugs to lower blood pressu blood cholesterol based on an individual's absolute cardiovascular risk. Lancet 2005;365:434-441.

Kostis WJ, Cheng JQ, Dobrzynski JM, Cabrera J, Kostis JB. Meta-analysis of statin effects in women versus Am Coll Cardiol 2012;59:572-82.

De Vries FM, Denig P, Pouwels KB, Postma MJ, Hak E. Primary prevention of major cardiovascul cerebrovascular events with statins in diabetic patients:  a meta-analysis. Drugs 2012;72(18):2365-73.

Naci H, Brugts JJ, Fleurence R, Tsoi B, Toor H, Ades A. Comparative benefits of statins in the prima secondary prevention of major coronary events and all-cause mortality:  a network meta-analysis of pl controlled and active-comparator trials. Eur J Prev Cardiol 2013 Feb 27. [Epub ahead of print].

Colesterol Treatment Trialists' (CCT) Collaborators. The effects of lowering LDL cholesterol with statin the

people at low risk of vascular disease: meta-analysis of individual data from 27 randomised trials. 2012;380(9841):581-590.

Briel M, Schwartz GG, Thompson PL, et al. Effects of early treatment with statins on short-term clinical ou in acute coronary syndromes. A meta-analysis of randomized controlled trials. JAMA 2006;295:2046-2056.

Ridker PM, Danielson E, Fonseca FAH, et al. Rosuvastatin to prevent vascular events in men and wome elevated c-reactive protein. N Engl J Med 2008;359:2195-207.

Kawasaki M, Sano K, Okubo M, et al. Volumetric quantitative analysis of tissue characteristics of coronary p after statin therapy using three-dimensional integrated backscatter intravascular ultrasound. J Am Coll ( 2005;45(12):1946-53.

Kostis WJ, Moreyra AE, Cheng JQ, Dobrzynski JM, Kostis JB. Continuation of mortality reduction after the randomized therapy in clinical trials of lipid –lowering therapy.   J of Clin Lipidology 5(2):97-104, 2011.

Asakura M, Ueda Y, Yamaguchi O, Adachi T, Hirayama A, Hori M, Kodama K. Extensive developn vulnerable plaques as a pan-coronary process in patients with myocardial infarction:  an angioscopic study Coll Cardiol 2001;37:1284-1288.