UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Dennis R. Harrison v. Merck Sharp & Dohme Corp.,* | * KNOWLES |
| 2:07-cv-00905-EEF-DEK | * |
| | * |

*************************************************************************

### ORDER REGARDING FILING OF DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION FOR SUMMARY JUDGMENT, LOCAL RULE 56.1 STATEMENT AND EXHIBITS 1-25 IN COURT RECORD

On July 22, 2013, Defendant Merck Sharp & Dohme Corp. filed a Motion to File its Motion for Summary Judgment, Local Rule 56.1 Statement, and Exhibits 1-25 Under Seal (Rec. Doc. 64499). Upon receipt of this filing, plaintiff Dennis Harrison advised that he did not want the filing to be placed under seal, notwithstanding that it contains medical and other personal information, and confirmed that the filing should be placed in the public record with no redactions. Accordingly, and in compliance with Mr. Harrison's request,

**IT IS ORDERED** that the motion to seal is DENIED and the entire summary judgment filing shall be filed in the public Court record with no redactions.

**NEW ORLEANS, LOUISIANA**, this 25th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE