**6**

Dennis Richard Harrison

Page 1

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX | ) MDL DOCKET NO. |
| | ) 1657 |
| PRODUCTS LIABILITY LITIGATION | ) Section L |
| | ) |
| | ) Judge Fallon |
| | ) |
| | ) Magistrate Judge |
| | ) Knowles |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| Dennis R.  Harrison v. | ) |
| Merck Sharp & Dohme Corp. | ) |
| 2:07-cv-00905-EEF-DEK | ) |

The videotaped deposition of

DENNIS RICHARD HARRISON, called by the Defendant

for examination, taken pursuant to the Federal

Rules of Civil Procedure of the United States

District Courts pertaining to the taking of

depositions, taken before CORINNE T. MARUT, C.S.R.

No. 84-1968, a Notary Public within and for the

County of DuPage, State of Illinois, and a

Certified Shorthand Reporter of said state, at the

Country Inn & Suites, 2005 South Stephenson Avenue,

Iron Mountain, Michigan, on October 23, 2012,

commencing at 9:39 a.m.

Dennis Richard Harrison

Page 2

1  PRESENT:
2      DENNIS R. HARRISON
3          appeared pro se;
4
5      WILLIAMS & CONNOLLY LP
       725 Twelfth Street, N.W.
6      Washington, D.C. 20005
       202-434-5000
7      BY: EMILY RENSHAW PISTILLI, ESQ.
           epistilli@wc.com
8
           appeared on behalf of Defendant
9          Merck Sharp & Dohme Corp.
10
11
12  VIDEOTAPED BY: TIM TOEPEL
13
14  REPORTED BY: CORINNE T. MARUT, C.S.R. No. 84-1968
15
16
17
18
19
20
21
22
23
24

Page 3

1      THE VIDEOGRAPHER: We are now on the record.
2  My name is Tim Toepel. I'm a videographer with
3  Golkow Technologies.
4      Today's date is October 23, 2012 and the
5  time is approximately 9:39 Central Standard --
6  Central Daylight Time.
7      The video deposition is being held in
8  Iron Mountain, Michigan in the matter of
9  Harrison vs. Merck.
10      The deponent today is Dennis Harrison
11  and the Court Reporter is Corinne Marut.
12      The Court Reporter will now swear the
13  witness. Or you have a stipulation I think you
14  want to put on the record, don't, court
15  reporter?
16      THE COURT REPORTER: I would ask counsel,
17  since I am an Illinois Certified Shorthand
18  Reporter, if you will stipulate that pursuant to
19  Michigan Rule 2.302(F)(1) that I am -- have the
20  power to administer oaths, take testimony, and do
21  all other acts necessary to take a deposition.
22      MS. PISTILLI: I so stipulate.
23      THE REPORTER: Okay. Thank you.
24      And, Mr. Harrison, would you raise your

Page 4

1  right hand, please.
2      THE WITNESS: Okay. I accept too.
3      THE REPORTER: Thank you.
4      THE WITNESS: I'd like to point out that I'm
5  pro se. So I'm the lawyer and the client.
6  Litigant I mean.
7          (WHEREUPON, the witness was duly
8           sworn.)
9      MS. PISTILLI: All set?
10      DENNIS RICHARD HARRISON,
11  called as a witness herein, having been first duly
12  sworn, was examined and testified as follows:
13      EXAMINATION
14  BY MS. PISTILLI:
15      Q.   Good morning again, Mr. Harrison. I'll
16  just introduce myself for the record. I'm Emily
17  Pistilli from Williams & Connolly. I'm here
18  participating in this deposition representing Merck
19  in a lawsuit that you filed regarding your Vioxx
20  usage.
21      We are here at a video deposition today.
22  So, even though it's a little bit different than if
23  we were in the same room together, the basic rules
24  are the same and it's actually even more important

Page 5

1  that we try very hard to follow the guidelines for
2  depositions, which are just generally you need to
3  give oral answers.
4      And so it's important for the Court
5  Reporter's purpose that if you're answering yes or
6  if you're answering no, you actually verbalize
7  those answers instead of just nodding your head or
8  shaking your head as we might do in ordinary
9  conversation.
10      And then, similarly, in ordinary
11  conversation sometimes people overlap, one person
12  is finishing their thought as the other person is
13  answering. And it's important for the Court
14  Reporter's benefit to let me get my whole question
15  out and then I will let you get your whole answer
16  out.
17      And if I jump the gun on that because I
18  mistakenly think you're finished speaking, you can
19  let me know that you weren't finishing speaking and
20  I'll do the same.
21      Okay? Do you understand that?
22      A.   Yes, that's fine.
23      Q.   And also, as you know, you just took an
24  oath and that oath is the same oath to tell the

2 (Pages 2 to 5)

Dennis Richard Harrison

Page 50

1  that, and we'll go through very clearly the details
2  about that medical situation and that injury that
3  you're alleging.
4          And I mentioned that because what I'd
5  like to do first is set that aside and start by
6  getting the background and going through some of
7  your health conditions that --
8      A.  Sure.
9      Q.  -- I have seen in your medical records,
10  and I just want to give you the opportunity.  I
11  want to go through them, ask you some questions
12  about what I have seen, give you the opportunity to
13  kind of fill in some details so that we have kind
14  of a little bit more complete picture.
15      A.  Absolutely.  I would expect that.  No
16  problem.
17      Q.  And so I just wanted to let you know
18  that, don't worry, we will get to those injuries.
19  And right now what I'm going to do is talk about
20  these what I'll call background.
21      A.  Okay.
22      Q.  Other health conditions that I've seen
23  mention of in your records that I just wanted to
24  ask you about.  We will set aside the Vioxx portion

Page 51

1  of it for now and we will come back to that.  Okay?
2      A.  Could I ask you something?  When you say
3  set aside the Vioxx portions, the things you bring
4  up may have some relation to Vioxx.
5          If I mention something and it goes --
6  but it shouldn't be, then we can talk about should
7  it be or not.
8      Q.  No, and that's fine.
9      A.  Okay.
10      Q.  Just answer my questions with whatever
11  answers --
12      A.  Oh, okay.
13      Q.  -- you require.  But my point is we will
14  get to the injuries that are in your Complaint and
15  your fact sheet.  I will talk about those.  But I'm
16  going to set those aside for a minute and go
17  through these conditions one by one.
18      A.  That's fine.
19      Q.  And, so, the first thing I wanted to ask
20  you about is a condition called ankylosing
21  spondylitis.
22      A.  Correct.
23          (WHEREUPON, there was a short
24          interruption for a reporter

Page 52

1          clarification.)
2      MS. PISTILLI:  It's called, and I might not be
3  pronouncing this correctly, ankylosing spondylitis.
4  I believe it's a-n-k-y-l-o-s-i-n-g.
5  BY THE WITNESS:
6      A.  It's a different spelling.  Do you want
7  me to spell it?
8  BY MS. PISTILLI:
9      Q.  Yes, please do.
10      A.  Okay.
11      THE WITNESS:  And if you want to move this
12  closer to you, I could hear good enough.  If it
13  helps you, you can do that.
14          I'm moving the phone a little closer to
15  the stenographer because I'm okay and she needs to
16  hear a little better.
17  BY MS. PISTILLI:
18      Q.  Okay.
19      A.  Okay.  It's spelled like this:
20  a-n-k-l-y-o-s-i-n-g, ankylosing.  That's
21  spondalitis, s-p-o-n-d-a-l-i-t-i-s.
22      Q.  And is it okay with everyone if we refer
23  to that condition as AS?
24      A.  It's okay with me.

Page 53

1      Q.  Okay.  So, when we talk about AS for
2  now, we're talking about ankylosing spondylitis?
3      A.  It's hard, I know.
4      Q.  I'm sorry.
5      A.  Don't be sorry.  It's okay.
6      Q.  And is that a condition, Mr. Harrison,
7  that you've been diagnosed with?
8      A.  Yeah.  Yes, that is true.  In 19 -- it
9  was felt in 1980 that I had that.  I went to --
10  because I had some soreness.  Well, I don't know.
11  You can ask me.  I don't want to just go on and on,
12  use time.  But you can ask me anything you want.
13          But in 1980 I was diagnosed as most
14  likely having it, and I think you can look back now
15  and say that I did have it.  So I've had --
16  although it didn't affect me at all.  I mean,
17  didn't really impact me till the late '90s.  I mean
18  significantly.  Well, no, mid-'90s and then the
19  late '90s kind of put the whammo on it.
20      Q.  Okay.  And I guess the best way to start
21  is can you give a brief description of your
22  understanding of what that medical condition is?
23      A.  Sure.  It's a form of arthritis.
24  Arthritis has many kinds of forms.  It's a form of

14  (Pages 50 to 53)

Dennis Richard Harrison

Page 66

1    prescribed over the years.
2        A.    Oh, sure, sure.
3        Q.    Prior to surgeries.
4        A.    Sure.
5        Q.    Separate from surgeries.
6        A.    Yes.  Separate from surgeries.
7              I had over the years quite a few of the
8    original NSAIDs.  I don't know if I say that right.
9    But the COX-1 inhibitors.
10       Q.    Non-steroidal anti-inflammatories
11   sometimes they're called?
12       A.    Yeah.  And they're COX-1 inhibitors, not
13   COX-2.  The great thing about Vioxx was it was a
14   COX-2 inhibitor.  It would be good for your
15   stomach, et cetera.
16             By the way, it was a wonderful pain
17   pill.  It was that.
18       Q.    And, so, I'll stop you and follow up on
19   that for one second.
20             So, was Vioxx effective for treating
21   your pain when you were taking it?
22       A.    Vioxx was -- was -- yes, it was
23   effective.  I mean it didn't make you a spring
24   chicken, but it did help pain.  And most people

Page 67

1    that had it, even the people with heart attacks,
2    will say that it did help.  It was pretty good for
3    that.
4              And it turns out from -- and I've done a
5    lot of research on this, obviously, for my case.
6    It turns out that stops -- I'll have to say alleged
7    because I guess I should.
8              But allegedly, and there's all sorts of
9    studies on it, that it stops bone healing.  Not
10   slows it down like the COX-1s was tend to slow it
11   down but they don't stop it.  Vioxx will tend to
12   stop it.
13             If you're taking it within the first
14   three to -- first three-to-four-week period, it's
15   critical.  And if you're on Vioxx, there's a real
16   good chance it's not going to heal.  And my --
17       Q.    So, just getting back to various
18   medications that you --
19       A.    Yeah, okay, okay.
20       Q.    AS.  You mentioned NSAIDs or
21   non-steroidals, COX-1?
22       A.    Yes.
23       Q.    Non-steroidals and --
24       A.    There is more.

Page 68

1        Q.    -- a variety of NSAIDs that you've used
2    over the years?
3        A.    Yes.
4        Q.    Specifically to treat the arthritis pain
5    relating to ankylosing spondylitis?
6        A.    That's correct, yes.
7        Q.    Yes?
8        A.    Yes.
9        Q.    Okay.
10       A.    There is more.
11       Q.    Were you on a medication called
12   sulfasalazine at some point?
13       A.    What is it?  Oh, sulfasalazine, yes, I
14   was, yeah.  That was one of the -- oh, they hoped
15   that it helped art- -- ankylosing spondylitis.  I
16   guess some people it does.  Didn't really seem to
17   do much for me after all those years.
18       Q.    Okay.  Do you remember about when --
19   about how long you were on that or during what
20   period?
21       A.    Sure.  Let me think.
22       Q.    And I can say the records that I have
23   seen suggests that it looks like you took it around
24   1998 to about maybe August 2000.  Is that

Page 69

1    consistent with your memory?
2        A.    Oh, yeah.  Sure.  Around then, yeah.  I
3    can't say -- sometimes I didn't take it because I
4    saw it wasn't working, too.  But, so, I wasn't on
5    it 100 percent of the time.  But I pretty much
6    regularly took it, yeah.
7        Q.    Okay.
8        A.    In fact, the records would show that in
9    the pharmacy records I provided, yeah.
10       Q.    Okay.  And, so, if you were filling
11   regularly a prescription at the pharmacy, your
12   assumption would be that you were taking it during
13   that time, is that right?
14       A.    Yeah.  If I had the prescription, I
15   definitely took it except maybe the last one I
16   might not have, some of it.
17       Q.    Okay.
18       A.    I took myself off of it because of Vioxx
19   really.
20       Q.    And the sulfasalazine, was that
21   something that you mentioned -- let me strike that
22   for a second.
23             How did that help you as far as treating
24   your AS?

18 (Pages 66 to 69)

Dennis Richard Harrison

Page 98

1  I had the neck surgery, which I immediately
2  recovered from and everything was rosy, I was
3  talking to the doctor about my back because I was
4  starting to bend over a little bit.  That's a
5  symptom.
6       And he says, "I could do that.  That
7  operation is simple.  I could do it myself," you
8  know.  "No problem at all.  I don't even need
9  anybody else, just me," you know, instead of like
10  ten other helpers.
11      So, I thought, oh, that's great, you
12  know, boy.  And I was starting to feel better and
13  better and the neck was done.  I thought, well, if
14  I became straighter, because I'm aware if it helps
15  your body geometry in general, you know, it's just
16  a good thing and you generally feel better, and I
17  was starting to feel better, I started thinking,
18  wow, maybe I could go back to work, because the
19  field I worked in, frankly, was highly in demand.
20  Even today it's highly in demand.  I wish -- oh, I
21  miss it.
22      But, so -- he said it would be easy, a
23  year and a half or a year later, whenever it was, a
24  year and a half I think, in January of 2002.

Page 99

1       Q.  Was --
2       A.  Or '1. 2001, yeah.
3       Q.  Okay.  And I think you just said this,
4  but it -- was the reason for that surgery a
5  curvature that was starting to form in your spine,
6  is that right?
7       A.  Yeah, the curvature from ankylosing
8  spondylitis, you begin to hunch over now like I am
9  now because that operation failed, actually.  But I
10  did have that in January of 2002.
11      Q.  2001?
12      A.  2001, yeah.
13      Q.  Was that also a major or a lengthy
14  surgery?
15      A.  Wow, was it.  I had thought it was going
16  to be an hour or two the way he described it only
17  one year before.  He said, "I could do it myself.
18  It's no problem," you know, boom, boom, boom.
19      Turned out to be -- you know, I went in
20  there thinking that.  It was 15 hours.  I mean, I'm
21  surprised I survived that one because it was --
22  that was the toughest operation I ever had.
23      Q.  What doctor performed that surgery?
24      A.  The same doctor, which, again, that's

Page 100

1  what's confusing is because the same doctor one
2  year before told me, "That's not a problem.  I can
3  do that so easy.  It's so easy."  It wasn't so
4  easy.
5       Q.  And what was the -- or what's your
6  understanding of what the procedure was that they
7  did inside your back during that surgery?
8       A.  Yeah, they came in from the front and
9  the back and they chip a little bit, chip a little
10  bit on both sides, and they put some bone from your
11  hip area.  Not the metal part.  The hip area.  And
12  they -- and it fuses.  And you're supposed to be
13  straighter.
14      And the rod, there is two rods and --
15  that are attached and anchored so that they keep it
16  straight while it's healing.
17      And at that time, a little bit before
18  that is when I started taking Vioxx.  And that was
19  my first failed operation.
20      Q.  And the rods, are they connected to your
21  vertebrae, during that procedure?
22      A.  Well, they are connected to your
23  vertebrae, yeah.  I'm trying to think where they
24  end up.  At the top, somehow it's connected to your

Page 101

1  vertebrae.  And at the bottom I'm not sure what
2  happens.
3       But both rods broke.
4       Q.  What was the -- in the immediate period
5  after that surgery, what was recovery like?
6       A.  It was very difficult.  The -- I had,
7  once in a while, strange pains that would be
8  very -- a lot and sometimes it wouldn't be there at
9  all.
10      The doctor when I went back said that
11  one rod had broken, and he didn't know why.  Nobody
12  knew about Vioxx at the time or Fosamax.
13      Q.  When was this when you were first told
14  that one rod had broken?
15      A.  That was within a month of the -- of the
16  lumbar operation, within one month, and you have
17  that -- that's a critical month.  You know, you
18  can't have problems or you're going to have
19  problems.
20      It was several years after that in
21  Albany, New York that the doctor said it broke
22  because the bone didn't heal, didn't heal
23  correctly.  Again, that's why I implicate Vioxx,
24  one of the reasons, on that -- on that operation

26 (Pages 98 to 101)

Dennis Richard Harrison

Page 114

1  it.

2  So, I went to see a lawyer and said I've

3  begun to get pain, and it's been a -- it was a year

4  that I had these -- that operation. So, I don't

5  know, you know, but something is funny here.

6  And that's when -- yeah. Okay. So, she

7  filed a lawsuit. But nothing really happened. I

8  did see a doctor from the insurance company. It

9  was a sham. Just in one-half hour. Didn't even do

10  any tests or anything. Just said, "Oh, it's fine.

11  You're okay. No problem." Didn't even test

12  anything.

13  But, anyhow, so then nothing happened

14  for several years. That's why the -- that's why it

15  then became related to the broken rod was because I

16  started getting severe pains. All of a sudden it

17  got worse, worse, worse, worse, worse.

18  Then the doctor in Albany said bone did

19  not heal correctly, so the second one snapped. And

20  it was probably the car accident that sent it over

21  the edge.

22  Okay. I don't know if I answered it.

23  Q.  Were you alleging in the lawsuit

24  anything specifically relating to the breakage of

Page 115

1  the rods having to do with the car accident?

2  A.  Not in the beginning of it, the lawsuit.

3  But as we found --

4  Q.  You added it to the lawsuit when you

5  learned the rod had broke?

6  A.  I don't know if she formally did it or

7  not. In fact, at that point -- well, actually, at

8  that point there was no lawsuit. What am I talking

9  about? She didn't have to add it because there was

10  no lawsuit. She was trying to work with the

11  insurance company.

12  She didn't really do anything on the

13  case except work with the insurance company. And

14  she waited until two or three weeks before the

15  statute of limitations ended, and she told me she

16  didn't want to continue it or take it as a case,

17  keep it as a case. She wasn't getting anywhere

18  with the insurance company. And that's when the

19  litigation was filed.

20  And I believe it did include that

21  because at that point we knew something from

22  Dr. Carl.

23  Q.  Do you recall the name of the doctor who

24  you said was from the insurance company that

Page 116

1  examined you in connection with that claim --

2  A.  No.

3  Q.  -- relating to the lawsuit -- relating

4  to the car accident?

5  A.  I do not recall the -- the name. The

6  lawyer might.

7  Q.  In New Hampshire?

8  A.  Yeah.

9  Q.  Okay.

10  A.  Again, no tests. Just, "Oh, you're

11  fine." Yeah, right.

12  Q.  When was it ultimately that you got the

13  settlement money from the insurance --

14  A.  I'm sorry. What's that?

15  Q.  When was it, the approximate date, when

16  you ultimately got the settlement money from the

17  insurance company?

18  A.  Oh, I'd say about -- let's see. If the

19  statute ended -- do you have the date of that -- of

20  the accident?

21  Q.  The date that I have seen was

22  February 10, 2002.

23  A.  Okay. So, add three years, it makes it

24  2005. I think three years is the statute of

Page 117

1  limitations. Add three years, makes it 2005. I

2  was in New York. Add like one more month because

3  it took me a few weeks to settle it with the

4  insurance company on my own. So, I would say it

5  was in March of 2005 is my best view.

6  Q.  Okay. And then was the next surgery --

7  following your lumbar fusion surgery, was the next

8  surgery you had the surgeries or the surgeries

9  relating to your broken femur?

10  A.  Yeah. Yes, what happened was -- okay.

11  Let me just think.

12  Q.  Let me. I just wanted to ask that to

13  confirm that there were no other surgeries in

14  between there. And I still want to come back to

15  that and just finish up a couple of these things

16  about your general health.

17  A.  Yeah. Okay. After --

18  Q.  No other operations in between the

19  lumbar fusion operation in 2001 up until operations

20  having to do with your broken femur in 2003, is

21  that right?

22  A.  Yeah. I'm pretty sure that's correct.

23  Q.  Okay. Let's come back to that and treat

24  that all as a unit that we'll talk about shortly.

30  (Pages 114 to 117)

Dennis Richard Harrison

Page 118

1  And then I wanted to ask you about
2  something that I saw in your records called
3  monoclonal gammopathy of unknown significance?
4     A.  Yeah.
5     Q.  Are you familiar with that condition?
6     A.  Yeah. MGUS.
7     Q.  Is that something that you've been
8  diagnosed with?
9     A.  I'm only laughing -- I will tell you why
10  I'm laughing. But, yes, that's correct.
11     It's supposedly a precursor to multiple
12  myeloma, which my father had. And I have said to
13  my doctor, here in New York -- I mean where I am.
14  Not New York. Where I am now. A couple times I
15  said, "You think I will get it?"
16     And he almost laughs at me. "No," you
17  know. "It's one in 100." Blah, blah, blah. "I
18  checked your bones before. I don't see any holes
19  or anything. It looks okay." And every couple
20  years we will check it. And it's curable anyhow.
21     He kind of laughs at me when I say it.
22     Q.  Okay.
23     A.  He is a nice guy. He is kidding.
24     Q.  When were you diagnosed with that

Page 120

1     A.  That's correct.
2     Q.  Okay. And did you say that your father
3  had it?
4     A.  My father -- my father had that. That's
5  correct.
6     Q.  Is it something that is an inherited
7  condition in your family?
8     A.  I've asked the doctor that. He says no,
9  it's not inherited.
10     Q.  Okay.
11     A.  I shouldn't worry about it.
12     Q.  Okay. And what do you do to -- well,
13  are you under treatment for that condition?
14     A.  No.
15     Q.  And is it something that is monitored by
16  your doctors?
17     A.  Yes.
18     Q.  And what do they do to monitor it?
19     A.  Blood tests.
20     Q.  How regularly do you have your blood
21  tested?
22     A.  Every three or four months.
23     Q.  Okay.
24     A.  He did say on the last time I saw him,

Page 119

1  condition, monoclonal gammopathy of unknown
2  significance?
3     A.  Here I was diagnosed --
4     Q.  In Michigan?
5     A.  In Michigan about -- almost three years
6  ago.
7     Q.  Okay.
8     A.  So, actually, I would say no, it was in
9  2010. In January 2010.
10     Q.  Okay. And just to follow up on some of
11  the things you just said. Is it your understanding
12  that that condition can be a precursor to multiple
13  myeloma?
14     A.  Yes. It's not that it causes it as much
15  as it's a sign that something's happened and that
16  could be in your future. Every year there is a one
17  out of 100 chance I think it is.
18     Q.  Okay. So, your understanding is that if
19  you have the condition monoclonal gammopathy,
20  there's one out of 100 chance of that developing
21  into multiple myeloma?
22     A.  Yes, every year, correct.
23     Q.  Okay. And multiple myeloma is a type of
24  blood cancer, is that your understanding?

Page 121

1  he said that the blood test looked -- he says it's
2  actually got better. I don't know how. Maybe the
3  enzymes you're taking for the infection, which I'm
4  sure we'll talk about later, but he says it's
5  gotten better. He says, "You look really good,"
6  you know, compared to what it was.
7     Q.  What doctor are you referring to who
8  has --
9     A.  Sure.
10     Q.  -- worked with you on the monoclonal
11  gammopathy of unknown significance?
12     A.  Doctor -- always have a little hard time
13  with this name. Wait a minute.
14     Q.  Is it Dr. Morelle?
15     A.  Yeah, Dr. Morelle. That was it.
16     Q.  Okay. Okay. Have you been diagnosed by
17  any doctor with something that they have called
18  chronic inflammatory disease?
19     A.  Chronic inflammatory disease. Well, by
20  its nature, that's what ankylosing spondylitis
21  would be called that.
22     Q.  Okay. Okay. Maybe that's -- okay.
23     A.  Or might be also some issues with my
24  stomach, chronic inflammatory bowel disease, IBD I

31 (Pages 118 to 121)

Golkow Technologies, Inc. - 1.877.370.DEPS

Dennis Richard Harrison

Page 130

1  decide --
2    A.  Oh, tremendous pain.  Tremendous pain.
3  And it turns out the cartilage was, you know, was
4  destroyed and it was bone on bone.  So, the only
5  thing to do was a complete replacement and both of
6  them at the same time.  Didn't make sense just to
7  do one and then wait because the other one couldn't
8  even handle the load.
9    Q.  And what doctor performed those
10  surgeries?
11    A.  Dr. James -- oh, what's his last name?
12  Dr. James Grace.  Green Bay.  Bellin Hospital.
13    Q.  Okay.  And how long was the surgery
14  where both those knees were replaced?
15    A.  I think he said about -- the typical,
16  they do that within an hour.  I think, though, in
17  my case it might have been two because he did say
18  they had a hard time getting a tube down my throat
19  because of my neck.  So, probably was two -- I'm
20  going to say it was two hours.
21    Q.  And did you have radiation treatment
22  related to that surgery as well?
23    A.  Yeah, actually, I did.  That was, again,
24  very focused where the knee is.  So -- you know,

Page 131

1  where the implant is I mean.  Not -- I was told
2  it's not supposed to be -- I'm not beyond the
3  implant, but exactly where the implant is so that
4  the bone doesn't grow into it.
5    Q.  Okay.
6    A.  Yeah, yeah, that's right.  Kind of
7  similar to the hip.  I'm not used to calling it
8  treatment.  That's why.  It was I guess a
9  preventative measure.  I'm not used to calling it
10  treatment.
11    Q.  Is it just something that was portrayed
12  to you as like a follow-up to your surgery?
13    A.  Yeah.  They did it after.  They did it
14  right after the surgery.
15    Q.  Okay.
16    A.  And I wish they had done it before
17  because it was hard.
18    Q.  And was it a one-time treatment or
19  multiple times?
20    A.  One time.
21    Q.  And did you end up suffering infection
22  relating to that knee surgery?
23    A.  Yes, I did.  The left knee, which,
24  actually, when I first communicated with you a

Page 132

1  couple years ago, that's when it started.  And it
2  was in the middle of all that.
3    My gosh, created -- it was a problem.
4  That's when we first -- when you and I first talked
5  basically around that time, yes.
6    Q.  How long after the -- this knee surgery
7  was it discovered that there was an infection in
8  the left?
9    A.  Maybe ten days, but the day -- but it
10  was the day I got home.  So, when I say ten days --
11  because you have the surgery.  After a couple days
12  you go to the rehab.  And I was doing great at the
13  rehab.
14    Probably picked up the infection because
15  I showered and it was still wet and it shouldn't
16  have been done.  The nurse was horrified that the
17  helper didn't understand that.  And that's probably
18  how I got it infected.
19    I do not have a lawsuit, by the way,
20  there.  I don't on that.
21    Q.  So, go back then, because I just wanted
22  to go back to what you just said.
23    What was the feeling -- what was -- what
24  have you been told about what the potential cause

Page 133

1  of the infection to your knee was?
2    A.  Oh.  That's actually my view because the
3  nurse did say, "You can't leave that wet.  It will
4  get infected."
5    Well, I got home and it got infected.
6  It was wet there in Bellin.  You know, they
7  didn't -- nobody was around to take -- they put
8  plastic on it and nobody was around to take the
9  plastic off for a half hour.
10    Q.  Did you talk to any doctor about what
11  might have caused the knee to get infected?
12    A.  Yeah.  They're just like, "Well, it
13  happens sometimes," you know.  That's all.
14    Q.  It happens as part of a risk of surgery?
15    A.  Yes.  It happens as part of a risk of
16  surgery.  And they couldn't -- they didn't pinpoint
17  it on any specific thing.
18    Q.  Okay.
19    A.  It's me that can pinpoint it.  But it
20  was probably that but...
21    Q.  Do you remember -- were you told ahead
22  of time with that surgery that infection was a
23  potential --
24    A.  Oh, yeah, sure, sure, I was.  I was told

34  (Pages 130 to 133)

Dennis Richard Harrison

Page 134

1  that, yeah. And like I said, I don't sue. I don't
2  have a lawsuit for that. Probably have a good
3  case, but I'm not going to sue them for that.
4      There was -- there was warning. yeah.
5  Unlike Vioxx where there wasn't warning, there was
6  warning.
7      Q.   Have you -- is that something you've
8  understood relating to your previous surgeries,
9  that the risk of an infection is something that's
10  inherent with surgical procedures that open up the
11  body?
12     A.   Sure. I think that's common knowledge.
13     Q.   And what -- can you just describe what's
14  been the course of that knee infection and how
15  you've been treated for that?
16     A.   Yeah. That's tough. What happened was
17  the infectious disease doctor in Green Bay wanted
18  to cut my leg off below, below -- no, I guess the
19  knee and below.
20     Q.   How long -- when that suggestion was
21  made that your leg might have to be amputated, how
22  long was that from the surgery to the knee, how
23  much time?
24     A.   Oh, okay. What happened was -- that was

Page 135

1  a year. The knee got infected and for a whole year
2  we found out later on it was infected but the
3  surgeon didn't know it, even though I did say, you
4  know, it hurts, it hurts, it hurts, it hurts.
5      And then all of a sudden, about a year
6  later, I just got a big fever and all sorts of
7  problems and they looked at it here and they said,
8  "We think your knee is infected."
9      Went to Green Bay. Wait. It's a little
10  bit hard on these time frames. I'm sorry.
11     No, that was -- wait. Okay. The
12  infection happened right away. And, you know,
13  within that ten days. I was sent back to the
14  hospital. And then he -- they said the -- it was
15  infected. They took -- they opened it up again.
16  They had another operation. They cleaned it out.
17  It was a plastic piece or something in there. And
18  sent me for six weeks of antibiotic therapy.
19     They assumed and thought it worked. I
20  mean, I felt fine for a while. It was a couple
21  months after that I wasn't feeling good. Pretty
22  much after the IV stopped pretty much, actually.
23  And -- but I went along the whole year like that.
24     Then got -- it flared up and here they

Page 136

1  told me it was infected. Back to Green Bay. So,
2  and that's when they wanted to amputate. The
3  infectious disease doctor. Not the surgeon and not
4  me. So, I said no.
5      He didn't want to have me as a patient
6  if I didn't agree to that, and later on he
7  suggested the double knee -- there is another
8  process that takes six to eight months and there is
9  no guarantee.
10     So, he didn't want to work with me
11  because I didn't want my knee cut off as far as I'm
12  concerned, my leg. So, I said I'm going to fight
13  for life. I mean, I want that leg.
14     So, I looked into different things on
15  the Internet, enzymes, kind of chemical -- silver
16  water is a natural antibiotic. I didn't really
17  believe in that stuff before. But I began to use
18  that in addition to an antibiotic.
19     And, ultimately, there was another
20  infectious disease doctor from a school, but
21  ultimately the infectious disease doctor that I
22  have now said, "Whatever you're doing, whatever
23  you're taking, keep doing it because you're holding
24  it back very well," the infection. It's a lifetime

Page 137

1  thing.
2      Q.   Okay. That was going to be my next
3  question. So, is your knee currently infected at
4  the moment?
5      A.   Supposedly. I'm sure it is. It hurts
6  most of the time a little bit. But I don't know if
7  that's the infection. I have to talk to him about
8  that or if that's just maybe some damage was done
9  to it.
10     I don't have fevers. That's good. So,
11  my understanding is it is infected for the rest of
12  my life, but it's not active.
13     Q.   Okay. Are you under treatment for that
14  knee infection at the moment?
15     A.   Yes.
16     Q.   What is that treatment?
17     A.   Three to four Keflex, K-e-f-l-e-x, a
18  day. And that's the treatment. But also
19  supplemented by the other stuff I told you, which I
20  didn't believe in but seems to have done something,
21  the enzymes, probiotic enzymes or whatever.
22     I got four or five of those, and I seem
23  to have successfully put this in remission and he
24  thinks it might just stay. He even okayed me to

35  (Pages 134 to 137)

Dennis Richard Harrison

## Page 138

1 have my wrist operation.
2        That was one of the issues, we wanted to
3 make sure when I had this hand replaced, because
4 you can't get an operation if you have an active
5 infection, not too easily.  But they said no, I was
6 fine to have an operation.  And I got more.  Yeah,
7 right.  I have to have more, as I told you.
8        Q.   And I'm going -- I'm going to ask you
9 about that in one second.
10        The enzymes that you mentioned, are
11 those something that are under prescription from a
12 doctor or do you get them from another source?
13        A.   No, they're not under prescription but I
14 talked to the doctor about it.
15        Q.   Where do you get those?
16        A.   On the Internet.
17        Q.   Okay.
18        A.   Yeah.  On the Internet.
19        Q.   Is there a specific name for the
20 enzymes?
21        A.   Yeah.  Serrapeptase.  I can send it to
22 you if you want in an e-mail.  Serrapeptase.
23 Nattozyme.
24        They are so hard, the names, I can't

## Page 139

1 even pronounce them.  I can e-mail you them if you
2 like.
3        Q.   Whatever is the best of your
4 recollection of the names to answer my question
5 today is fine.
6        A.   Okay.  Serrapeptase.  Nattozyme.
7 Tumeric acid, but that's supposed to be for
8 arthritis, too, but supposedly can help infection.
9 Tumeric I think is an acid.  Olive extract, olive
10 leaf extract.
11        Q.   Oh, okay.
12        A.   Silver water has slight silver in it and
13 it's so expensive.  I bought a $100 machine that
14 makes it itself.
15        Now, I -- it's actually a formal regime
16 that some people believe in.  I don't know, but I
17 follow a similar.  You may not take them all every
18 day.  For a few days take this one, for a few days
19 take this one.  The idea is to confuse the
20 bacteria.  They hide behind a biofilm.  And the
21 idea is to confuse their communications to each
22 other to survive.  It's amazing.
23        Q.   And this is specifically an
24 anti-infection regimen that you learned about on

## Page 140

1 the Internet?
2        A.   Yeah, for biofilms.  The important word
3 there is biofilm, b-i-o-f-i-l-m.
4        Q.   And that's the type of infection that is
5 in your knee?
6        A.   That's correct.  They are hard -- they
7 are really hard to treat.  Not -- active
8 infections, no problem to treat.  But an inactive
9 infection is very hard to treat.
10        Q.   Okay.  And you mentioned that the
11 condition relating to your hand.  Can you tell me
12 what that is?
13        A.   Yes.  While I was in seeing these
14 doctors about my ankle, when this hip -- when this
15 leg was finally repaired with glue, my femur, I've
16 never been the same with my ankle.  I don't think
17 it's aligned right.  So, they were looking at it.
18        But in the middle of all of that, two or
19 three of my fingers, really two, were all of a
20 sudden -- not these two -- were not useful.  I
21 couldn't do this even.
22        It turned out that ruptured a tendon in
23 my right hand and it affected three fingers, not
24 two.  It was about to affect the third one.

## Page 141

1        So, I don't know if you want to hear how
2 they fixed it or not.  It's not fixed fixed.  It's
3 just better, frankly.
4        Q.   Did you have surgery related to that?
5        A.   Yes.  On August 15.
6        Q.   Okay.
7        A.   And, so, I lost time on my case before
8 that and after that.  And to this day I still -- I
9 can't -- there's a whole lot I can't do.
10        Q.   August 15 of 2012?
11        A.   Yeah.
12        Q.   And was the surgery to repair the
13 tendons?
14        A.   Yes.  It was to tie the -- it was to
15 repair the tendon, but they had to tie it to
16 another finger, to my index finger.  This one near
17 the thumb.  And they tied -- the two fingers got
18 tied to one tendon.  The other finger gets tied to
19 another tendon and supposedly they all go up and
20 down the same.
21        But I do have control going down.  Not
22 really up.  And that's -- that's why I can't type.
23        Q.   Has any doctor told you what they think
24 the cause of the tendon rupture has been in your

36  (Pages 138 to 141)

Dennis Richard Harrison

## Page 142

1 hand?

2    A.  Yeah, two potential reasons. One is the
3 wrist had broke. It kind of got twisted, which is
4 in the Vioxx insert, fractured wrist. But, so,
5 that had broken several years ago. Well, no.
6 Eight years ago, whatever it was.

7    But I have -- I don't know what they
8 call it. But there is some kind of -- looks like a
9 little growth here and between that -- it's from
10 arthritis he thinks.

11    That growth puts pressure on the tendons
12 plus arthritis in general might have made some
13 jagged bones and so he thinks it was from the
14 ankylosing spondylitis because he said -- he first
15 thought it was rheumatoid and then he -- after the
16 operation, he says, "I don't think it was
17 rheumatoid," like all the doctors do. They think I
18 have rheumatoid and then they find out no, can't
19 find it.

20    He says, "I don't think that was
21 rheumatoid. Didn't look like rheumatoid." So,
22 goes back to the ankylosing spondylitis as a
23 possibility.

24    Q.  Okay.

## Page 143

1    A.  So, that's where we ended up on it. He
2 needs to go in there again and take this nodule --
3 nodule away. Do a little more cleaning up.

4    Q.  And, so, is that an upcoming surgery
5 that is planned for you to have on your hand?

6    A.  Yeah, he wants to have it in November.
7 And I didn't talk to you yet about that, but that's
8 going to impact my abilities. So, I don't know
9 what to do. I'd rather kind of like, if I can put
10 it on hold for a few months, I'd rather do that.
11 But it might not be what he wants because it might
12 break the tendon again.

13    Q.  And what doctor is treating the hand?

14    A.  Dr. Taylor in Marquette. I moved to
15 Marquette because this is a small area and you
16 can't find a lot of help. So, Marquette is 80
17 miles away.

18    I'm not going to Green Bay because he
19 wanted to cut my leg off, the infectious disease
20 doctor. So, I started in Marquette looking for a
21 different infectious disease doctor, and that's
22 worked out really well. And one thing led to
23 another and I have seen some other doctors there,
24 including for this hand.

## Page 144

1    So, that's -- except for a doctor or two
2 here, the specialists are in Marquette.

3    Q.  And have you ever been under treatment
4 for stress, anxiety or depression?

5    A.  Yes. The -- by nature I am a very
6 optimistic, happy person. When all this stuff
7 happens to you, wears you down. Now, it's still my
8 nature, general nature, but sometimes it's a hard
9 burden and you get depressed. There is no question
10 about it.

11    I did talk to a doctor in -- I never
12 really had that until these operations started
13 failing. But the doctor in New York gave me an
14 antidepressant. I wasn't sure if it was working.
15 I got off of it six months, seven months ago. But
16 then, you know, I was really having some pretty bad
17 days where I was really depressed. So, I did --
18 and I found myself, you know, just too low. I
19 shouldn't be. So, the doctor here resumed it and
20 upped it a little bit. And I've been feeling
21 pretty good since then. Zoloft, Z-o-l-o-f-t.

22    Q.  And I've seen reference in your records
23 to a medication called Klonopin back in about 1995.
24 Do you recall taking that?

## Page 145

1    A.  Oh, yeah. Oh, sure. I still take that.
2 That is for anxiety, actually. The -- in 1995 when
3 all of this started happening with my hips, I would
4 feel really claustrophobic at times, really
5 claustrophobic.

6    And what happened, I told the doctor
7 about it. So, he suggested Klonopin. And son of a
8 gun if he wasn't right. It's very helpful. And I
9 take it at night. That's when I used to have the
10 issue, during the night, and it's -- I don't know.
11 There is no -- doesn't seem to be side effects. I
12 mean relative to damaging your body. But, you
13 know, it's wonderful and I take one a day.

14    Q.  Okay. And that's been since about 1995
15 or so?

16    A.  Yeah. Really non-stop.

17    Q.  Okay. And, so, you talked about a
18 large -- a number of conditions. And are there any
19 other conditions, either past or present, that you
20 have been diagnosed with, that you have dealt with
21 that I have not -- that we haven't gone over just
22 now?

23    A.  Let me think it through. I don't think
24 so, but let me think through.

37 (Pages 142 to 145)

Dennis Richard Harrison

Page 146

1    No.  Up until the mid-'90s it was pretty
2   good, you know.  And even that, then after those
3   operations, I was pretty good for a few more years.
4        And then just for the record Fosamax and
5   Vioxx came into my life, all of this started
6   happening.
7        Q.  Okay.  And I wanted to just go through
8   relatively quickly -- I have just a list of
9   conditions that I'm just going to ask you whether
10  you've experienced any of them, if any of those
11  refresh your recollection, and just if the answer
12  is no, we can just go quickly through them.
13       A.  Oh, sure.
14       Q.  Sort of a standard list.
15       And, so, have you ever been diagnosed
16  with a heart attack?
17       A.  No, but irregular heartbeat.
18       Q.  Okay.  And when were you diagnosed with
19  an irregular heartbeat?
20       A.  The firm diagnosis was early August of
21  this year.  When I was being tested -- getting
22  accepted for my hand operation, they thought they
23  heard an irregular heartbeat.
24       The heart doctor looked at it.  Yes,

Page 147

1   indeed I did have it.  Substantially -- relatively
2   substantial.  On a scale of 1 to 10, 4.  However,
3   they did the echocardiogram, kind of thing,
4   whatever that is, and they said it looked fine.
5   So, they okayed me for my operation and I have a
6   slightly irregular heartbeat but --
7        Q.  And, so, is there anything being done to
8   treat the irregular heartbeat?
9        A.  No, no.  They're not worried about it.
10       Q.  Has any doctor told you what might be
11  the cause of the irregular heartbeat?
12       A.  Not -- yeah, actually, yes, because my
13  ex-wife had something like that and I asked the
14  doctor.  I said, "I understand sometimes a little
15  part of your heart will put out an electrical
16  impulse and make your -- you know, and you think it
17  could be something like that?"
18       He says yes, could be, you know, could
19  very well be that.  But, again, he said he wasn't
20  concerned.
21       Q.  Did they feel that it was a recent
22  condition that recently started for you or
23  something that's been there for a longer period of
24  time?

Page 148

1        A.  Well, he didn't say, actually.  But I
2   will tell you in the -- when I was in New York,
3   Vioxx came off the market.  A year or two later --
4   I thought I was having some chest pains actually,
5   which, you know, people get.  So I don't really
6   worry that much about it.  But because of Vioxx,
7   well, I'll talk to the doctor.  Maybe we should
8   have that checked.
9        So, I had a stress test, not nuclear,
10  regular stress test.  But he said -- that doctor
11  felt I did have a little -- he didn't call it
12  irregular.  A little -- I don't know if he called
13  it a murmur or slightly irregular.  I don't
14  remember.  But he did suggest I had something, but
15  he said just take one aspirin a day and don't worry
16  about it.
17       Q.  And, so, no diagnosis of heart attacks?
18       A.  No.
19       Q.  Any diagnosis of stroke or transient
20  ischemic attacks?
21       A.  No.
22       Q.  The doctor you saw in New York relating
23  to your heart, did he feel that you had had any
24  heart damage caused by Vioxx in any way?

Page 149

1        A.  No.  No.
2        Q.  Have you ever been diagnosed with a
3   pulmonary embolus?
4        A.  No.  And, by the way, I don't feel Vioxx
5   impacted my heart at all.  For me.  Other people it
6   did, right.  But not me.
7        Q.  Okay.  Ever been diagnosed with deep
8   vein thrombosis?
9        A.  No.
10       Q.  Ever diagnosed with coronary artery
11  disease?
12       A.  No.
13       Q.  Or peripheral artery disease?
14       A.  No.  But I do have calcification of the
15  aorta valve.  5 percent of the population gets it.
16  It can be from ankylosing spondylitis or not.
17  Again, they aren't worried about it.  It was on
18  the -- it was on the right side of the heart.  Not
19  the right right.  It was okay.  So we just didn't
20  worry about it.
21       Q.  When was it that you received that
22  diagnosis?
23       A.  Calcification of the aorta valve was --
24  gosh, that was diagnosed in the mid-'90s I think.

38  (Pages 146 to 149)

Dennis Richard Harrison

Page 150

1     Q.   Okay.  Congestive heart failure at any
2   time?
3     A.   No.  No.
4     Q.   Has there been any cancer diagnosed at
5   any point?
6     A.   No.
7     Q.   Any kidney disease at any point?
8     A.   No.  Wait.  Yeah.  Wait.  Yes.  I'm
9   sorry.
10          When I was 13 I had that infection but,
11   you know, everything got resolved.
12     Q.   It was an infection of the kidney?
13     A.   Yeah.  From sinus or something.  But
14   then it went away.  You know, I was -- I was fine.
15     Q.   Okay.
16     A.   I grew up playing basketball and all
17   that stuff.
18     Q.   And, so, any -- any checks on your
19   kidney since the time you were 13?
20     A.   No, no.  My kidneys have been fine for
21   all these 50 years since then.
22     Q.   Okay.  And now I just have one more
23   section that I would want to go through quickly and
24   then it looks like we will probably be at a good

Page 151

1   time for our lunch break.  Is that okay with
2   everybody?  Okay?
3     A.   Yeah, yeah, sure.
4     Q.   Okay.  And, so, this -- I just wanted
5   to -- we probably touched on a lot of this.  I
6   think it would be helpful to just clarify, go
7   through the names of your doctors, because we've
8   now gone through various conditions and talked
9   about certain doctors for certain procedures.
10          And, so, I just wanted to discuss the
11   various doctors that have been your main doctors in
12   the various geographic locations you have lived in
13   and make sure that I know all the names.
14     A.   That's fine because I have moved a lot
15   and that's created the issue of having too many
16   doctors.
17     Q.   So, let's work backwards from -- from
18   the time that you have lived in Michigan.
19     A.   Okay.
20     Q.   And who are the doctors, if you can just
21   tell me who are the doctors who have been the
22   primary doctors responsible for caring for you in
23   Michigan and what their specialty is.
24     A.   Primary doctor here is Dr. Batti,

Page 152

1   B-a-t-t-i.
2     Q.   And what type of doctor is Dr. Batti?
3     A.   General.  Family.
4     Q.   Where is he located?
5     A.   He's located in Iron Mountain, Michigan.
6   My fiancée has him and that's -- that's why I do.
7   She spoke highly of him.
8     Q.   And do you see a rheumatologist in --
9   when I say Michigan, I understand that you might
10   take your healthcare in --
11     A.   I saw -- yes.  I had been seeing one in
12   Green Bay.  Dr. Davis.  A Dr. Davis.  Not the
13   infectious disease Davis.  Not Mark Davis.  Yeah, I
14   guess Mark Davis.  In Green Bay.
15          And that's actually one of the things I
16   told you before.  We have to add a medication.  I
17   did -- I was on Remicade for six months and it did
18   wonderful for my -- for the arthritis.  I mean,
19   really wonderful.
20          There, unlike Vioxx, I was warned about
21   the issues.  Fine.  Because we would monitor them.
22   But because of the infection, I had to stop taking
23   it.  I have been okayed to go back on it by the
24   infectious disease doctor, but I don't want to, not

Page 153

1   in the middle of the operations.
2     Q.   What was your understanding of the
3   potential side effects from the Remicade?
4     A.   Oh, Remicade could have substantial side
5   effects, including blood cancer, you know.  And I
6   did ask.  I said, well, since I have MGUS, does
7   that make Remicade more dangerous?  The answer was
8   no.
9          But I was monitored.  It could do -- do
10   various things to you.  The most important is
11   cancer.  You can have cancer in your body somewhere
12   and not know it if you're not monitoring it.
13          Now, that was -- I was surely willing --
14   quality of life issue.  I'm willing to take that
15   risk and I talked to the doctor about that risk.
16   And it's a known risk of the drug and they tell
17   people.  I decided I will take that risk.
18          I would not have taken that risk with
19   Vioxx.  Sorry.
20     Q.   Is there a -- let me go back to
21   Dr. Morelle you mentioned?
22     A.   Yes.
23     Q.   What's Dr. Morelle's specialty?
24     A.   Cancer.  Cancer doctor, oncologist.  And

39 (Pages 150 to 153)

Dennis Richard Harrison

Page 158

1    what? What did we say? 2002?
2        Q.   Yes. That's my understanding.
3        A.   Yeah, so that would make him -- well,
4    might have been a few months after then. I don't
5    know. I'm going to say the September time frame of
6    2000 when I moved to there. So, a few months after
7    I moved to New York, actually.
8        Q.   Okay. And I'm just going to mention I
9    think the video connection went down, but let's
10   just finish up this little section and break for
11   lunch and I can get the video back up after that.
12       A.   Sure.
13       Q.   And were there other doctors that you
14   were seeing regularly in Kingston, New York?
15       A.   No. There was -- because of the femur
16   issue and twice in those eight months, twice in
17   those eight months I began getting -- I got sepsis,
18   once in a hospital, once in a nursing home. Once
19   was from a urinary tract infection they think. The
20   other was from a PICC line.
21           But, regardless, I had sepsis and when I
22   got out, they wanted me to see an infectious
23   disease doctor for a while to make sure everything
24   was okay. I did. He never really tested --

Page 159

1        Q.   -- that doctor?
2        A.   I don't remember.
3        THE REPORTER: I'm sorry?
4        THE WITNESS: She asked what that doctor's
5    name was.
6    BY MS. PISTILLI:
7        Q.   I said did you remember the name of that
8    doctor?
9        A.   No, he ended up leaving somewhere.
10       Q.   Okay.
11       A.   At that point he thought I would need
12   antibiotics for life because of the femur. But
13   Dr. Donovan did not and I questioned it. We took
14   me off of it, antibiotics, and I was fine for a few
15   years, you know. So...
16           But, anyhow, so then I did see an
17   infectious disease doctor just -- it wasn't
18   regular -- to be allowed to go on Enbrel or
19   Remicade or something like that if I wanted it.
20           He kind of thought it was humorous that
21   I was even being tested for it. He said, "Oh, you
22   can go on that. That's not a problem." That kind
23   of confused me. But that was his view. But it
24   wasn't regular. That was just three or four times.

Page 160

1        Q.   And is that because of a concern over
2    side effects from medications like Enbrel and
3    Remicade relating to the immune system?
4        A.   Yeah, you're not supposed to start them
5    if you have an active infection.
6        Q.   Okay.
7        A.   And, so, you have to be okay -- in some
8    cases. In my case you had to be okayed before.
9    Dr. James Wise insisted, and rightfully so, that I
10   be tested by an infectious -- that I be approved by
11   an infectious disease doctor.
12           His scope is rheumatoid, and you're not
13   fooling around there when take Remicade -- Enbrel
14   or Remicade. So, he sent me to this infectious
15   disease doctor. That was very smart.
16       Q.   Okay. And then in New Hampshire, the
17   names of Dr. Trice and Dr. Belson. Were those
18   doctors that treated you in New Hampshire?
19       A.   Yeah, actually, they are.
20           Dr. Belson is -- was the family doctor
21   equivalent and then Dr. Trice was the
22   rheumatologist.
23           I pretty much, as I moved relative
24   because of work or because later on just did,

Page 161

1    the -- I always kept the family -- all I had was a
2    family doctor and a rheumatologist and other ones
3    might come in if there was a specific issue from
4    the arthritis.
5        Q.   Okay. And are there other doctors that
6    you have seen regularly in the past, say, 10 to 15
7    years that we haven't already discussed?
8        A.   No. No. The -- we talked about
9    Dr. Kosdica (phonetic). He ended in 1995.
10       Q.   And that was in New Jersey?
11       A.   Yeah. He passed away.
12       Q.   Okay.
13       A.   Let's see. I don't remember the names
14   of them. Might have been one or two other doctors
15   in the early -- that I had in the '80s and early
16   '90s before I moved. Can't remember.
17           I did put it on -- I did put it on the
18   Plaintiff profile form though, but I just don't
19   remember it in my head now.
20       Q.   Okay.
21       A.   But you do have it.
22       MS. PISTILLI: Okay. And, so, this for me
23   would be a good stopping point if it's okay for all
24   of you.

41 (Pages 158 to 161)

Dennis Richard Harrison

Page 198

1 spoke more than 15 seconds -- and I might be a
2 little winded here. I'm sorry if I am, but this is
3 deposition. So, you want to know as much. I'm
4 trying to give you as much. But he was too short.
5 15, 20 seconds. "I got to go, I got to go."
6 Didn't return calls.
7        Then we had a fundamental difference
8 too. I was concentrating on bone healing. He was
9 concentrating on it creating osteoporosis. He
10 said, "Do you have osteoporosis?"
11        I said, "I don't know. That's
12 controversial."
13        But the bone healing issue was where I'm
14 coming from. He wasn't coming from that. So we
15 never got together as an attorney-client.
16    Q.   So, let me back up --
17    A.   Sorry.
18    Q.   -- one minute and clarify.
19        Is it your allegation or your feeling
20 that Vioxx has caused you to experience
21 osteoporosis?
22    A.   I believe that it may have -- it
23 probably has contributed to some amount of
24 decreased bone density culminating in osteopenia,

Page 199

1 not osteoporosis.
2    Q.   And aside from the -- let me strike that
3 question.
4        What is the basis for your belief
5 that --
6    A.   Well, the basis for my --
7        (WHEREUPON, there was a short
8         interruption for a reporter
9         clarification.)
10        (WHEREUPON, the record was read
11         by the reporter as follows:
12         Q.  What is the basis for your
13         belief that -- )
14 BY MS. PISTILLI:
15    Q.   -- Vioxx caused you to have decreased
16 bone density and -- actually, I'd like to strike
17 that question.
18    A.   Okay.
19    Q.   Is your --
20    A.   That's because of the doctors.
21    Q.   Is your belief that Vioxx may have
22 caused you to have decreased bone density based on
23 your conversations and the materials you received
24 from Russ Herman?

Page 200

1    A.   Yes. That's one of the inputs, yes.
2    Q.   Have you ever talked to any doctors
3 about whether Vioxx might have caused you to have
4 decreased bone density?
5    A.   You know, no, I haven't. I actually
6 stayed away from that issue. I always concentrated
7 on bone healing issues, and I didn't really because
8 I just didn't think I had osteoporosis. So, I just
9 didn't pursue that.
10        As time has gone by I'll begin -- I'm at
11 the point where wait a minute now. If I -- Merck
12 will attempt -- I mean, let's face it. Merck will
13 attempt to say you had osteoporosis and that
14 contributed. But Vioxx, there is indications Vioxx
15 causes osteoporosis. So, that doesn't jibe.
16        And that's when I began to -- began to
17 think about the timing aspects more of when I had
18 Vioxx, when these things happened and everything.
19        And I started saying, you know, I bet
20 you it does decrease bone density. But I don't
21 think it did it to such an amount that it caused
22 osteoporosis.
23    Q.   And, so, has any doctor told you that
24 Vioxx affected your bone density in any way?

Page 201

1    A.   No. No.
2    Q.   I want to go back and go to what you
3 talked about one by one and I want to start with
4 the femur breakage.
5    A.   Sure.
6    Q.   Okay. And, so, my understanding is that
7 part of the injury that caused -- excuse me.
8 Strike all that.
9        The way your femur broke was that in
10 January of 2003, January 9 I believe it was, you
11 slipped on some ice, landed on your right side, is
12 that correct?
13    A.   No.
14    Q.   Okay. Let me know what happened to the
15 femur.
16    A.   Yeah, the -- very early on, the first --
17 until I began to understand how all this relates
18 between Vioxx and Fosamax and everything, very
19 early on I assumed I must have slipped. It wasn't
20 ice actually. I wrote that, snow. I assume I must
21 have slipped.
22        But then I realized wait a minute. As I
23 was falling, I was like twisting around. I said,
24 well, wait. I actually broke it and then fell.

51 (Pages 198 to 201)

Dennis Richard Harrison

Page 202

1  This is something that I had investigated, and it
2  happens to people that break hips too. They assume
3  that they fall and break it, but what happens is
4  it's because they broke it, they fell.
5        And I'm fairly certain the way I twisted
6  as I was falling and just the leg just seemed to
7  crumble before I hit the ground that it broke
8  before. And I didn't slip on anything.
9        Plus, you know, I had the shoes on with
10  the metal spikes and all that stuff and I didn't
11  have any trouble falling or anything, you know,
12  before then. I was very careful. Some times that
13  I did fall I always got right up.
14     Q.   So, let me go back on that. And are we
15  talking about January 9, 2003? Does that date
16  sound familiar to you?
17     A.   Yeah, that's when I -- that's when I --
18  the femur broke.
19     Q.   Okay.
20     A.   And I fell to the ground.
21     Q.   Okay. And, so, there was a fall, is
22  that correct?
23     A.   Oh, yes.
24     Q.   Okay. And where were you when you fell?

Page 203

1  Let's get that.
2     A.   About 100 feet from the house, taking my
3  daughter to her bus stop. She was young and even
4  though it was a block away, I used to take her
5  every morning.
6     Q.   And this is in the Kingston, New York
7  area?
8     A.   Yeah, yeah, that -- right next to the
9  house we lived in. 100 feet.
10     Q.   And was there snow or ice on the ground?
11     A.   There was snow on the ground. There was
12  some ice I believe. Generally speaking when you
13  get snow and it sits there a while, kind of it
14  turns icy. But we also had paths on there. So, I
15  don't remember walking on something icy, but there
16  was snow there, so I first assumed I must have
17  slipped on the snow.
18        But then when I realized -- when
19  everything, wait a minute, no, I broke the leg and
20  fell, because I also had other things maybe that
21  lead to that like, and it's documented, was the
22  pain that people describe several months before
23  their femur fractures from Fosamax, there is --
24  everybody pretty much says the same thing. They

Page 204

1  began to have severe pains in their legs. So did
2  I. I mean, they are really severe.
3        That's why I saw those doctors in
4  New Jersey because I trusted them and I wanted them
5  to look at it. They discovered the second broken.
6        But, so, everything culminated in and it
7  happens I would imagine, in the Fosamax cases, it
8  sure happens where hips.
9        There is no doubt in my mind I fell from
10  it breaking. I didn't fall and then it broke.
11     Q.   And, so, what happened next after you
12  fell?
13     A.   Well, my poor daughter. Ran around like
14  a chicken with her head cut off. And, "Daddy,
15  Daddy, can I get so-and-so," a neighbor that we
16  had. I said, "Yeah, honey, ask him."
17        So, she got him. I was laying there in
18  the cold in the middle of the street almost, and
19  they put a coat on me while they called the
20  ambulance. Ambulance came and scraped me off of
21  the street.
22     Q.   Okay. And where did the ambulance take
23  you?
24     A.   They took me to Benedictine Hospital.

Page 205

1  Not Kingston now. Benedictine.
2     Q.   Okay.
3     A.   In Kingston.
4     Q.   Okay.
5     A.   Who just took the x-ray and immediately
6  identified it.
7        I saw one of those x-rays and, you know,
8  it's just like somebody took a chicken, just
9  snapped it in two, you know.
10     Q.   And did any doctors tell you that they
11  felt that your femur may have broken before the
12  fall opposed to as a result of the fall?
13     A.   Never discussed it. The -- however, I
14  will say that on stress fractures, or whatever they
15  call it -- I will have to go in a minute -- that
16  that happens and I understand it now.
17        Emily, it is 27 after. I need 10 to 15
18  minutes.
19     Q.   Okay.
20     A.   I'm sorry. It won't be longer than
21  that.
22     Q.   Okay.
23     A.   Okay. Thank you very much.
24        THE VIDEOGRAPHER: We are off the record.

52 (Pages 202 to 205)

Dennis Richard Harrison

Page 206

1          (WHEREUPON, a recess was had
2          from 2:30 to 2:47 p.m.)
3      THE VIDEOGRAPHER: We're now back on the
4   record at 2:47 p.m.
5      MS. PISTILLI: Is Mr. Harrison in a different
6   location or -- I'm just looking --
7      THE WITNESS: Oh, I see, yeah, because I moved
8   this a little. Oh, wait.
9      MS. PISTILLI: Oh.
10     THE WITNESS: No, that shouldn't affect it.
11  You can't see me?
12     MS. PISTILLI: No.
13     THE WITNESS: I'm still here on this screen.
14     THE VIDEOGRAPHER: Let me just see. Okay.
15     THE WITNESS: What's taking the picture of me,
16  that or that?
17     THE VIDEOGRAPHER: There's a little camera
18  here too.
19     THE WITNESS: Oh.
20     THE VIDEOGRAPHER: Can you see him now, Emily?
21     MS. PISTILLI: No. I wonder if the picture is
22  frozen or something.
23     THE VIDEOGRAPHER: No.
24     MS. PISTILLI: I just see -- I see his chair

Page 207

1   where he had been sitting and the screen behind it.
2      THE WITNESS: Oh. She sees something else.
3      THE VIDEOGRAPHER: Let's see.
4      THE REPORTER: Are we on the record?
5      THE VIDEOGRAPHER: No, I don't think so.
6      THE REPORTER: Are we on the record?
7      THE VIDEOGRAPHER: No. Can you see me move my
8   hand?
9      MS. PISTILLI: We can go off the record for
10  this part.
11         (WHEREUPON, discussion was had off
12         the record.)
13     THE VIDEOGRAPHER: We are now back on the
14  record at 2:49.
15  BY MS. PISTILLI:
16     Q.  Okay. Mr. Harrison, for whatever reason
17  I can't see you on the video, but I understand you
18  can see me and we're just going to proceed by
19  phone. I know that you've been -- you're being
20  videotaped right now and that's fine.
21     A.  Okay.
22     Q.  But we don't need to stop for this.
23     A.  May I clarify something?
24     Q.  Before we went off the record we were

Page 208

1   discussing what happened on the day that your femur
2   broke. And you told me that you were transported
3   by ambulance to Benedictine Hospital, is that
4   right?
5      A.  That's correct, yes.
6      Q.  And did you have surgery -- well, what's
7   your -- strike that.
8          What's your understanding of where the
9   break happened on your leg?
10     A.  Can I clarify something first, please?
11     Q.  Oh, yes. Go on.
12     A.  I'd like to clarify that the -- I have
13  litigation in two areas now. I have Fosamax too.
14  I'm represented. The -- I made the statute of
15  limitations. I thought I was going to have to do
16  the lawsuit myself, and I didn't. I was able to
17  get somebody. The -- so, I wanted to clarify.
18         The issue of how it broke is -- well,
19  for the most part, with the existing litigation and
20  Vioxx, there is a different issue from if it -- the
21  healing problem that I allege from Vioxx. That's
22  what that lawsuit is about. I know I kind of mix
23  them up together sometimes. I'm sorry. There is
24  such a relationship.

Page 209

1      Q.  Okay. You're clarifying that it's your
2   belief that Vioxx did not play a role in the
3   breaking of your femur, is that correct?
4      A.  No. It made -- it may very well have
5   played a role relative to if, and I don't know the
6   answer to it, it contributed to the osteoporosis.
7   Okay. Or alleged osteoporosis I should say from
8   Merck.
9          But I'm saying that it is a different
10  issue in the existing litigation that really
11  focuses on bone healing. Maybe it isn't a
12  different issue since we're talking. I don't have
13  it in my litigation. I wish I did.
14     Q.  Okay. So, just so we can get this clear
15  on the record.
16     A.  Okay.
17     Q.  The allegation that you're making in
18  this lawsuit that you filed against Merck that's
19  part of the Vioxx litigation relating to the
20  healing of your bone as opposed to the breaking of
21  your bone?
22     A.  Yes. And Vioxx, it only discusses the
23  healing of the bone did not occur because of Vioxx.
24     Q.  And since you brought up Fosamax, and I

53 (Pages 206 to 209)

Dennis Richard Harrison

## Page 210

1   was going to ask you about that as well, but why
2   don't I just ask you now since you've mentioned it.
3       Did you say that you are involved in a
4   lawsuit relating to your Fosamax use?
5   A.   Yes, I am.
6   Q.   And are you a Plaintiff in that lawsuit?
7   A.   I'm a Plaintiff in that lawsuit, yes.
8   Q.   And who is your attorney representing
9   you in that matter?
10  A.   Maybe I should object to this until I --
11  I find out if it's okay with them or whatever.
12  I'll object.
13  Q.   And I know you're pro se.  So, I'll just
14  make a statement on the record.
15      I am not and I will not ask you to tell
16  me any communications that you have had with your
17  attorney in that matter, which are privileged.  So,
18  what I'm asking is just the name of your attorney.
19  A.   Lanier under the --
20  Q.   Lanier Law Firm?
21  A.   Yeah, I'll give you Lanier under the
22  description you just gave me.
23  Q.   Okay.  And --
24  A.   I have to discuss them in two sometimes

## Page 211

1   because there is a relationship.
2   Q.   And when was that lawsuit relating to
3   Fosamax filed?
4   A.   Oh.  Well, you just said you weren't
5   going to ask me.  Am I supposed to answer?
6   Q.   What I said was I'm not going to ask you
7   about any communications between you and your
8   attorney, which would be privileged.
9   A.   Okay.
10  Q.   And so I am telling you that I'm asking
11  you about non-privileged topics.  The question is
12  just, if you know, when was the lawsuit that you
13  have brought relating to Fosamax filed?
14  A.   Okay.  I will maintain my objection.
15  However, under the rules as I understand them that
16  preserves the right later on for us to discuss this
17  with the judge should it become necessary relative
18  to admitting this, you know, into evidence.  But
19  then I'll tell you the answer, too, because I am
20  supposed to from my understanding of all the rules
21  even if I object.  I'm supposed to --
22  Q.   Just to clarify.  Don't answer as to
23  anything that is a privileged communication as
24  between yourself and your lawyer.

## Page 212

1   A.   Okay.
2   Q.   But, yes, I'd like you to answer --
3   A.   Okay.
4   Q.   -- if you know when your lawsuit was
5   filed.
6   A.   Yeah, yeah.  I know the month.  March,
7   early in March I had -- it was early in March.  I
8   was fortunate to get an attorney.  I thought I was
9   going to have to go pro se and I didn't have the
10  strength in me with all my problems going on.
11  Luckily I got somebody.
12  Q.   Are you referring to March 2012?
13  A.   March, yes.  That's correct.
14  Q.   And do you know what court your
15  litigation is pending in?
16  A.   I believe New Jersey.
17  Q.   New Jersey State Court?
18  A.   Yeah.
19  Q.   Okay.  And after the break -- what's
20  your understanding of where the break happened?
21  A.   Yeah.  Pretty much in a little bit above
22  the middle.  A little bit above the middle.  And it
23  just snaps in two.  It's kind of like it's oblique.
24  It's on an angle.  It's not straight across.  It's

## Page 213

1   not anything.  It's oblique.
2   Q.   And did you have surgery shortly
3   following that fall that you had --
4   A.   Yes.  I had it --
5   Q.   -- in --
6   A.   -- the day after.
7   Q.   2003?
8   A.   I think it was the day after.  Not the
9   day of.  I did, yes.
10  Q.   Okay.  And who conducted that surgery?
11  A.   Dr. -- it's a hard name.  I can get it,
12  though.  When I think of names, I sometimes relate
13  them to something.  I am thinking of him and
14  arithmetic.  Null, N-u-l-l, Dr. Null.
15  Q.   Was that also at Benedictine Hospital
16  where you had gone to the emergency room?
17  A.   Yes, and I did provide that information
18  in various forms to Merck.
19  Q.   And were you in the hospital from the
20  time you entered the emergency room, were you then
21  admitted until the surgery?
22  A.   Oh, yes, yes.
23  Q.   Okay.
24  A.   Well, they took x-rays and then they

54  (Pages 210 to 213)

Golkow Technologies, Inc. - 1.877.370.DEPS

Dennis Richard Harrison

Page 218

1  everything was busted apart.  What happened?
2      Q.   And what doctor was the first person to
3  tell you that?
4      A.   Dr. Null, the -- the doctor that
5  operated, of course.
6      Q.   Okay.  And why did Dr. Null feel that
7  things busted apart, as you say?
8      A.   I don't know exactly why, but I have an
9  idea why.
10     Q.   And let me be clear.  Why did he think
11  that is what happened?
12     A.   Oh, he took an x-ray, you know.  After
13  two weeks he took an x-ray, x-rays.  And after the
14  next two he took x-rays.
15     Q.   Okay.
16     A.   And he could see it.  Not the first
17  visit but the second visit.
18     Q.   Okay.  And, so, then in your mind that
19  was about a month after your surgery?
20     A.   Yeah.
21     Q.   And then going back to the question that
22  I think you started to answer a minute ago, did
23  Dr. Null tell you why he thought that --
24     A.   He thought maybe -- it was two things

Page 219

1  that I can remember now.
2          One was that I didn't -- I wasn't able
3  to handle the crutches well.  And the other
4  thing -- yeah, so, I disagree with that, but that's
5  what he felt.
6          The second thing, and my mother-in-law
7  really goofed up here, but I was going down the
8  stairs and I -- I didn't fall down the stairs.  I
9  would have known that and that certainly would have
10  hurt.  But I believe he had written in his notes
11  that I fell down the stairs.  I didn't fall down
12  any stairs.
13         I did, however, as I was walking down
14  the stairs, I did, you know, like have this little
15  jerk motion and the crutch fell down the stairs.
16         What I simply did -- I had two crutches.
17  So I had the other crutch.  That's when you go
18  down -- you have to go down a certain way with two
19  crutches.  So, I had the other crutch and I just
20  continued walking down the stairs with a hand
21  obviously on the banister.  But I didn't fall down
22  the stairs and break a leg.
23         But that hurts when you break a leg.  I
24  would have known that if I was piled at the bottom

Page 220

1  of the stairs.  But I did that little jerk and now
2  I -- as I have tried in my mind to assemble every
3  single thing, I strongly feel that the poor healing
4  kind of was starting to let go and kind of like did
5  you fall before or after.
6          So, it never was healing right.  Showed
7  the bone itself even though the second visit showed
8  the hardware okay.  But things were starting to
9  come loose.
10         And my research into Vioxx and bone
11  healing problems is, you know, that third and
12  fourth week is the critical week.  And if you
13  haven't healed by then, Vioxx has stopped it from
14  healing and you're not going to heal.
15     I don't see you now.
16     Q.   Yeah, I'm trying to fix it.  Let's keep
17  going.  Well, actually, just give me one second.
18     A.   Yes, sure.
19         (WHEREUPON, there was a short
20          interruption.)
21     THE WITNESS:  That's funny because it has to
22  catch up to the other one.
23         I love technology.  I used to be a
24  multimedia planner when all of this was starting 20

Page 221

1  years ago.  Video.  This kind of stuff was
2  considered big time eventually.  Back then.
3  BY MS. PISTILLI:
4      Q.   Okay.
5      A.   Okay.  Great.
6      Q.   Let me just go back to where we were.
7          Okay.  And during this second visit that
8  you have just described to me to Dr. Null that I
9  think was about a month after your surgery, did he
10  tell you there was any sign of an infection at that
11  time?
12     A.   No, not at all.  What he did, though, he
13  said I should go to Albany and he knew somebody
14  there.  They had -- you know, Albany Medical Center
15  versus Kingston Hospital kind of thing.  And so he
16  gave me a name or else he called.  That I can't
17  remember.  And I ended up getting Dr. Hospodar.
18         Dr. Hospodar -- and then I went to
19  Albany for the operation.  Everybody thought it was
20  just kind of routine.  I would get the fix and be
21  on my merry way.  Didn't --
22     Q.   And when was the first time that you
23  became aware that you had an infection in --
24     A.   That's what I was getting to.  Yes.

56  (Pages 218 to 221)

Dennis Richard Harrison

Page 222

1 Q. Go on.

2 A. It's important to say that going into

3 that operation, the plan was to fix it and I would

4 be fine.

5 Q. And just to clarify. Are you talking

6 about a second operation that was planned --

7 A. Yes.

8 Q. -- to essentially fix the hardware that

9 had been placed in the first operation?

10 A. Yes. The second one. And what the fix

11 it probably meant was throw it out and put new

12 stuff in. But yes. And --

13 Q. When was that surgery scheduled for?

14 A. Yeah. If you let me go through the

15 steps, I think I might answer those and the other

16 one.

17 The -- what happened. So, then I went

18 to Albany and scheduled -- the operation was

19 scheduled and nobody anticipated any trouble.

20 Nobody told me anything and I was -- thought I was

21 going to come out of this with a leg fixed again.

22 And they said, "Well, we went in there

23 to replace it and fix it, you know, but you had an

24 infection and so we can't do it when you have an

Page 223

1 infection."

2 So, they put -- they cleaned it out and

3 they put cement in there so my whole leg just

4 wouldn't collapse. And they gave me -- they sent

5 me to the hospital.

6 Well, went back to the room and had IV

7 and ended up in a nursing home while the IV worked

8 and the story goes on from there, which I can

9 describe.

10 Important thing there is that when

11 Dr. Null opened me up the first time, no sign of

12 infection, no sign, no fevers or nothing, anything

13 that first month.

14 When I got to Albany, the night before

15 the operation, I did begin to have a little fever

16 and I felt it too. But, you know, didn't really

17 worry. Wasn't happy when I found out that they saw

18 an infection. Completely unexpected.

19 If I had an infection before, surely

20 Dr. Null would have seen it.

21 Now, one of the problems when you don't

22 have bones inside you fixed, especially if you've

23 got hardware there, they're subject to infection

24 and they likely will.

Page 224

1 So, they theorized that after -- not

2 just me, the doctor theorized that over that time

3 frame the infection came in because the bones just

4 were not -- they broke at the second or third week.

5 Things fell apart and infection crept in over those

6 couple of weeks. By the time I got to Albany it

7 was, you know, it was infected.

8 Q. And who were the doctors that you're

9 recalling that theorized that?

10 A. Hospodar. Dr. Hospodar.

11 Q. And, so, let me just make sure that the

12 second surgery is clear on the record.

13 The date I believe I have seen in the

14 records of that second surgery was February 23,

15 2003. Does that sound right to you?

16 A. February 21st?

17 Q. 23rd.

18 A. Oh, 23rd. I guess. So that makes it

19 six weeks. So, you know, could be. Yeah, kind of

20 like -- if I said four weeks, that took them a few

21 days.

22 In fact, if there was an infection, they

23 would have made an emergency. They didn't

24 actually -- it took them almost a week that I

Page 225

1 actually got into the Albany hospital. So, that

2 makes five weeks. Five or six weeks. That would

3 make sense.

4 Q. Okay. And going into that operation, no

5 one had mentioned the possibility of an infection,

6 that you might have an infection, to you?

7 A. Absolutely not.

8 Q. Is that what you're saying? Okay.

9 And did you testify just now, just to

10 make sure that I'm clear, that the first time that

11 you feel you might have had a symptom of infection

12 was the night before your second surgery --

13 A. Yes.

14 Q. -- in February 2003?

15 A. Yeah. I see I feel like I probably did

16 because I felt feverishly.

17 Q. Okay.

18 A. They took my temperature and -- I

19 believe they took my temperature. I had a mild

20 fever.

21 Q. And then coming out of that surgery in

22 February 2003, you were told that there was an

23 infection and so that a different procedure had

24 been performed than the one that you were

57 (Pages 222 to 225)

Dennis Richard Harrison

Page 226

1    expecting?
2        A.   That's absolutely correct.
3        Q.   Okay.  And the procedure was to put in I
4    believe I've seen it called a cemented spacer?
5        A.   Yes.  I don't know if it's a spacer or
6    not, but I have heard the term too, cement spacer
7    there.  So, yeah.
8        Q.   It's your understanding that this is a
9    temporary procedure that would have to be revised
10   at a later point?
11       A.   That's correct.  And even the hip, they
12   ended up -- the hip was -- actually, the first
13   operation, they said the hip survived and it was
14   okay.
15            But the second operation, they had to
16   also take the hip out because of the infection was
17   creeping towards it.
18       Q.   You're referring to the hip prosthesis
19   that had been put in in the 1995 operation?
20       A.   Yes.
21       Q.   Okay.
22       A.   Yes.  They had to take that out and put
23   cement.
24       Q.   After that operation where the cement

Page 227

1    spacer I'll call it, seen it called that, was put
2    in, you said, were you discharged to a nursing
3    home?
4        A.   Yeah.  Just about less -- about a mile
5    away.  There was a county nursing home and I went
6    there for treatment.
7        Q.   Were you being treated with antibiotics
8    for the infection at that point in time?
9        A.   Yes, IV vancomycin with the idea after
10   six weeks the infection would be gone.  I'd be
11   cleared.  You know, they would do a sample.  They'd
12   find out.  I would get the -- finally would get the
13   operation.  That's correct.
14       Q.   Okay.  And how long were you in that
15   nursing home?
16       A.   Oh.  I think a total of three to four
17   months.
18       Q.   And what was that nursing home called?
19       A.   Albany County.
20            I did put that in -- I know it's only so
21   much you can remember.  But I just want to state I
22   certainly didn't avoid it.  That's in the --
23       Q.   No, I understand.  And some of this is
24   just me wanting to get things on this deposition

Page 228

1    record.
2        A.   Oh, okay.  Okay.
3        Q.   In the order that you remember them.
4            And -- so, I'm sorry.
5            What was the -- while you were in the
6    hospital, what was the plan -- excuse me.  Strike
7    that.
8            While you were in Albany County Nursing
9    Home, were you being treated with antibiotics that
10   whole time?
11       A.   Virtually or possibly, yes.  I got --
12   yeah, I think I was.  The -- after the six weeks
13   they said the infection was gone and -- but they
14   couldn't operate because there wasn't enough bone
15   growth.  They had expected to, but there wasn't
16   enough bone growth to anchor the hardware in.
17   That's why I got it glued later on.
18       Q.   And was it Dr. Hospodar who was treating
19   you and making those decisions while you were in
20   the nursing home?
21       A.   I missed that about decisions.
22       Q.   Oh, I said it was Dr. Hospodar who was
23   treating you and making decisions about your hip?
24       A.   Yes.

Page 229

1        Q.   The plan for your hip while you were in
2    the nursing home?
3        A.   Well, femur and hip, yes.
4        Q.   Yes.  Forgive me.
5        A.   Right.
6        Q.   Okay.  And, so, you were under
7    Dr. Hospodar's care as far as your orthopedic
8    surgery at that point in time?
9        A.   That's correct.
10       Q.   Okay.  And then I noted at a certain
11   point in June 2003 you ended up having a third
12   surgery --
13       A.   Yes.
14       Q.   -- in Ridgewood, New Jersey, is that
15   correct?
16       A.   That's correct.
17       Q.   And how did you come to have the surgery
18   in Ridgewood, New Jersey as opposed to in --
19       A.   Sure.  What happened was I -- the bone
20   growth never occurred.  So, Dr. Hospodar did not
21   want to operate until enough bone had regrown -- I
22   don't know exactly where -- where he could anchor
23   the hardware.  I guess he had some options.  But
24   not enough bone would grow, period.

58  (Pages 226 to 229)

Dennis Richard Harrison

Page 230

1    So, he said no, no, can't do it because
2  not enough bone. Go back in the nursing home, get
3  more treatment anyhow, just to be double sure, even
4  though I did not have an infection. It's on the
5  record. Should be on the record there.
6    Q.   Is Dr. Hospodar making these decisions
7  based on periodic x-rays --
8    A.   Yes.
9    Q.   -- or some other --
10   A.   Yeah, yeah, they put a --
11   THE REPORTER: I'm sorry.
12       (WHEREUPON, the record was read
13       by the reporter: "Did Dr. Hospodar
14       make these decisions based on
15       periodic" --)
16  BY MS. PISTILLI:
17   Q.   -- x-rays or some other examinations?
18   A.   Biopsy.
19   Q.   Okay. And what did he biopsy?
20   A.   They -- where it was supposed to be
21  infected.
22   Q.   Okay. And, so, he did a biopsy at a
23  certain point to determine whether there was
24  infection still there or not?

Page 231

1    A.   At least two times, maybe three, and it
2  was always not there.
3    Q.   Okay. And, so, in your understanding,
4  about how long was it before that infection was
5  cleared or you were told that infection was
6  cleared?
7    A.   My understanding, that it was cured in
8  six weeks. You know, we got to it in time and it
9  was cured.
10   Q.   Okay.
11   A.   But he couldn't operate because the bone
12  didn't grow.
13   Q.   And did Dr. Hospodar tell you any
14  reasons why he felt that the bone was not
15  regenerating as you said?
16   A.   No. He did not tell me the reasons. He
17  just -- he didn't know why.
18       At that time, and I'd like to clarify,
19  since doctors didn't know about bone problems with
20  Fosamax and Vioxx, how could they possibly say I
21  think it was Fosamax or I think it was Vioxx? They
22  didn't know.
23   Q.   And how did you come to end up changing
24  your care to Ridgewood, New Jersey?

Page 232

1    A.   What happened was Dr. Hospodar after
2  the -- maybe the third time or fourth time saying
3  that "I can't operate," well, I thought I better do
4  something.
5       So, I knew Dr. Pizzurro from the 1995
6  hip operation. I called up his office. They
7  immediately -- they said -- they remembered me,
8  too, I guess.
9       They said, "Well, you know, can you come
10  in on" -- it was a few days later or something. I
11  said, "I'll find a way."
12      So, I had a second opinion basically
13  that I made happen. And then he took x-rays. He
14  said, yes -- this is Dr. Pizzurro. He agreed that
15  the bone did not sufficiently heal, didn't heal at
16  all, and that because of -- and he said it's not
17  going to.
18      I don't know, don't know exactly why he
19  said that, but he said it's not gonna. I guess
20  because of a certain amount of time if it doesn't.
21  So, he says, "But I can fix it with glue."
22      And he knew I liked glue because he'd
23  get back into action fast. If you get a hip
24  replaced, if they use glue, everything happens

Page 233

1  faster. If they use the -- where they expect it to
2  grow into the bone, things are three times longer.
3       So, I said that's fine as long as I can
4  walk again on this foot, this leg. He said -- so,
5  we scheduled an operation for a couple of weeks or
6  less from then.
7       And I had to take -- I had to take a
8  limousine there and pay $500 because they
9  wouldn't -- insurance wouldn't pay for it, all the
10  way to New Jersey from Albany.
11      So, that's how we found that out.
12      And, so, when I did that, I told
13  Dr. Hospodar what was going on and he got angry.
14  His -- I guess professional jealousy, whatever. I
15  don't know. But he got angry. Put in his notes I
16  was obstinate. Not obstinate. I was -- I don't
17  know what the word is for it. But, you know, I
18  didn't talk nice.
19      And, frankly, I always did talk nice
20  except for one occasion when I was there and, oh,
21  there was a goof-up. I couldn't get the nursing
22  home to coordinate correctly with his office on
23  this trip, you know, on a trip and I said --
24   Q.   Trip to New Jersey?

59 (Pages 230 to 233)

Dennis Richard Harrison

Page 238

1 involved. At the Albany County.

2 Q. Okay.

3 A. It's in my records. I did --

4 Q. Okay.

5 A. That was every day.

6 Q. And did you go back into the nursing

7 home?

8 A. Yes. After I went home, the bleeding

9 wouldn't stop. So, they sent me back to New Jersey

10 to -- for the doctor. The theory was to clean

11 out -- to clean it up, if he had to, see what was

12 going on. They thought maybe there was an

13 infection in the leg. They thought. But there

14 wasn't they found out.

15 So, there was a biopsy done. Actually,

16 that was done in Kingston. It showed no infection,

17 but they -- wouldn't stop bleeding. I went there.

18 The idea was to clean it all out if he had to. And

19 I think they do that with water actually.

20 But by the time I got there, a few days

21 had gone by, it was substantially better, the leg.

22 So, the doctor and I did discuss it. And he felt,

23 and I agreed, since it was starting to show signs

24 of improvement, for him not to clean it. Let's

Page 239

1 just see what happens, you know. Take antibiotics

2 again, go to a -- at the -- at the hospital, take

3 antibiotics. And if I don't need to have that

4 open, don't have it open because you don't want to,

5 of course.

6 So, that's what happened. And I was

7 doing very good at the hospital. They said okay,

8 now take six weeks more of treatment at the -- of

9 antibiotics, not because you have an infection but

10 because we want to be safe.

11 So, they sent me to a nursing home in

12 Wayne, New Jersey. There I was doing great. I had

13 a PICC line in me, obviously. I was doing great.

14 They -- after -- they were going to send me home

15 obviously after the -- near the six-week.

16 The day before again I went to

17 Dr. Pizzurro for final clearance to go home. I

18 drove there myself. I was allowed to. And he said

19 everything looks good, whatever. I said, you know,

20 I felt feverishy. He said everything looks fine,

21 et cetera.

22 I went back to the nursing home. And

23 son of a gun, talking to my brother, 5 o'clock at

24 night, I said, "Mike, I think I'm having a heart

Page 240

1 attack." I got sepsis again.

2 So, that meant I was -- then I was

3 brought to the emergency room in a hospital in

4 Wayne and the doctor said there is no doubt about

5 it, the infectious disease doctor -- I don't

6 remember his name -- in Wayne, no doubt about it,

7 you got the infection through the PICC line.

8 There's absolutely no doubt about it.

9 By the way, I didn't sue. I could have.

10 They caused it, because what happened was two days,

11 three days, whatever, before this second sepsis

12 attack, I had a cotton -- they didn't dress them up

13 like they do today as well and insulate it. But I

14 had taken a shower and it got wet.

15 And I remember talking to the guy. He

16 says, "Oh, it's okay." The nurse. It wasn't okay.

17 That's a fertile environment for bacteria. I

18 didn't know that then. And I got an infection

19 through the PICC line. That's how I got the second

20 sepsis attack.

21 Q. And when did you ultimately end up going

22 home for good?

23 A. So, after the second sepsis attack, they

24 sent me back to the nursing home to make sure and

Page 241

1 they gave me six more weeks.

2 No. Wait. No. Wait. Wait, wait. Do

3 I have this wrong? Wait, wait. It's just so many

4 times. They sent -- no, no, no.

5 I went right home from Wayne Hospital

6 after about two weeks in the hospital.

7 Q. To clear the sepsis?

8 A. To clear the sepsis, yes. So, I didn't

9 have another six weeks.

10 Q. Okay.

11 A. So, they sent me home.

12 Don't forget, this is over ten years ago

13 now and so many events.

14 So, they sent me home. At that time,

15 though, I decided, you know -- that's when my wife

16 and I got legally separated. So I actually didn't

17 go home. I went to an apartment on my own.

18 Q. Just focusing on the injury, when --

19 when was it that you felt that you were sort of

20 back up on your feet walking, functioning --

21 A. Sure.

22 Q. -- with respect to the -- to the femur

23 break?

24 A. Of course, I would never be normal

Dennis Richard Harrison

Page 242

1  again. I was just a shell of myself. When I went
2  in, I was a lot different person. When I came out,
3  just a shell.
4  But I was able to walk, drive a car,
5  walk a small amount in a store to get a Christmas
6  gift or something like that.
7  That was, you know, within a week, a
8  week or two of being -- of being sent home.
9  Q. Okay. And that was in the autumn of
10  2003?
11  A. That's correct. Yeah.
12  Q. Okay. And I wanted to turn back just
13  briefly to your allegations about the 2001 spine
14  surgery and the failure to heal relating to that.
15  And I think we've covered a lot of that, I believe.
16  A. Okay.
17  Q. Did any doctor tell you what they
18  thought the cause of the failure -- or excuse me.
19  Let's just make sure -- let's back up one step.
20  What doctor told you that they felt that
21  your bones -- strike that, too, please.
22  Did any doctor tell you that your bones
23  had not healed properly after the 2001 lumbar
24  fusion?

Page 243

1  A. Yes.
2  Q. And who was that?
3  A. Dr. Carl in Albany County Hospital.
4  Q. And did Dr. Carl tell you any reason why
5  he felt that the healing might not have occurred?
6  A. No. He didn't know and, of course, and
7  I'll reiterate, I need to, nobody knew about the
8  Vioxx or the Fosamax issues too. I have to say
9  Fosamax because that inhibits healing too.
10  Q. And was there anything done in terms of
11  surgery or other treatment ever to address what you
12  called a failure event of the 2001 surgery?
13  A. It's a good question and what happened
14  was Dr. Carl had planned to fix it and I was
15  scheduled -- I was -- had gone to several tests
16  in -- several tests in Albany, you know. The
17  standard battery that you go through before an
18  operation.
19  I was doing fine on the testing. No
20  infection, no this, no that. Generally I was a
21  strong person except for those problems, arthritis
22  problems.
23  So, he was planning to fix it. Great.
24  Okay.

Page 244

1  I was in the middle of the testing. I
2  started I guess in November or something to see him
3  and every few weeks. He couldn't -- he wanted to
4  wait to January or February. Wanted to or had to.
5  I can't remember. But, so, fine.
6  Then what happened was in the middle of
7  the testing, I was going a couple of times here and
8  there, because he wanted to do some more testing
9  and really -- really do it vigorously. That's when
10  my femur broke. So, I never got my spine fixed.
11  Femur broke. End of game for my spine.
12  I never came out of the hospital the same person.
13  Q. What's the status of your spine today in
14  terms of that 2001 lumbar fusion?
15  A. I'm bent over. The rods are broke and
16  never -- was never fixed.
17  My spine doesn't have a lot of pain.
18  Sometimes I do. But when you're bent over as much
19  as I am during the day and then you lay down at
20  night -- it hurts during the day. But until you
21  lay down at night, for the first hour you're pretty
22  sore but then you're not so -- I don't do too bad
23  at nights. I sleep pretty well, actually.
24  Q. And have you considered having surgery

Page 245

1  for the lumbar area in the time since 2003?
2  A. I did consider it and then, of course,
3  we had the leg issue to go by. I considered it.
4  But I tell you the truth, I was so -- got to be so
5  nervous of surgeries at that time that I couldn't
6  make a decision and I didn't actively go after it.
7  But what happened was then I -- when I
8  found out about Vioxx, I said there is no way I was
9  going to think of an operation at that point.
10  I also had read about Fosamax too. So,
11  I didn't -- and that stays in your body up to ten
12  years. So, I'm like, oh, my gosh. If it stays in
13  your body for ten years, that may or may not mean
14  that I can't have any operations for ten years.
15  So, I wasn't going to go near an
16  operation unless I had to on something like that
17  because that's a -- that was a pretty tough
18  operation. So I never got it fixed.
19  I do have to tell you when I went -- the
20  first six months or three months, whatever, three
21  to six months after the operation and before the
22  second rod broke in New Hampshire, I was four or
23  five inches taller again. I wasn't bent over. And
24  it felt wonderful. I could see things at eye level

62  (Pages 242 to 245)

Dennis Richard Harrison

Page 254

1    Still no association with Vioxx.
2  Couldn't be.
3    When they took it off the market and I
4  began to do my research, that which was extensive,
5  I obviously looked at the Vioxx warnings and it's
6  very general, but it says fractured wrist.
7    I said wait a minute. That's kind of
8  like weird. Maybe that's why it broke.
9    So, I don't know when that went in
10  there, that fractured wrist, the warning of a
11  fractured wrist. Found it kind of odd. Why would
12  something fracture your wrist? They don't say
13  anything about bones or anything else in your body.
14  But it says it. Today I think I understand why it
15  says it.
16    Q.   And has any doctor told you that your
17  wrist actually was fractured?
18    A.   The -- you know, the doctor that just
19  operated on it, I'm not sure if he said it or not.
20  I have -- I'm not sure. Kristine was with me. He
21  might have said it fractured at one time.
22    Q.   And what doctor was that?
23    A.   Dr. Taylor.
24    Q.   Okay.

Page 255

1    A.   But I'm not -- I can't say I'm positive
2  he said that. He would probably know, though. If
3  you could -- if you could tell something fractured
4  ten years before, he would know.
5    Q.   Going back ten years, during the time
6  period that you were on Vioxx, did anyone at that
7  time tell you that your wrist had been fractured?
8    A.   No, no, they did not because, again, I
9  think it was happening so slowly. Weird.
10    Q.   And was there any -- ever any specific
11  trauma to the wrist that contributed to the injury
12  there?
13    A.   No, I -- no, I never in my whole life,
14  sports and everything, I never broke anything. I
15  never sprained everything. I lived a charmed life
16  with that stuff.
17    Q.   Okay. And now I wanted to move on to
18  what I think you started to answer a second ago
19  when we were having our miscommunication.
20    Now I want to just ask you just to walk
21  me through how did you come to believe that Vioxx
22  had an effect on the healing of your femur after
23  the breakage.
24    A.   Of my what?

Page 256

1    Q.   Of the femur.
2    A.   Of the femur. Okay.
3    Oh, that's because when they took it off
4  the market -- they took it off the market. I
5  signed on -- I think I said this, but that's okay.
6    They took it off the market. I started
7  just researching Vioxx, you know. Hey, if it said
8  heart trouble, but I didn't think I had any heart
9  trouble, but let me start understanding Vioxx
10  better.
11    And then I ran across that article by
12  the Bone Mineral. I can't get their name, BMJ or
13  something.
14    Then it led to I was absolutely floored,
15  had to hold myself down just about. And I looked
16  and I found more articles from prestigious
17  institutions, not some -- some miscellaneous doctor
18  somewhere that thinks something. That was
19  Cleveland Clinic and University for Special
20  Surgery.
21    And I do have in my material I provided,
22  I have quotes from a lot of these places. Dr. Lane
23  at the Hospital for Special Surgery, Washington
24  Hospital.

Page 257

1    I did call some woman up at one of the
2  universities and she says, "There is going to be a
3  real problem. There is an issue and it's going to
4  get bigger unless something is done about it."
5    What was --
6    Q.   Okay. That answer you just gave me, is
7  that the same thought process that led you to
8  believe that Vioxx was related to your lumbar spine
9  surgery failure and also the wrist injury that you
10  talked about?
11    A.   Yes, it is. That's the same logic gave
12  me the thought about the lumbar because that was
13  the first failed operation I ever had, and I had
14  several before it depending on proper healing, and
15  the cervical went fine. I wasn't on Vioxx. And I
16  just started Fosamax.
17    So, the -- yes, that logic did lead that
18  way, but not for the wrist. The wrist is where I
19  went back and I read the warnings on Vioxx.
20    Q.   Okay. And, so, the reason you came to
21  believe that your wrist injury may have been caused
22  by Vioxx is because of a mention of wrist fracture
23  that you saw in the Vioxx labeling?
24    A.   That's correct.

65  (Pages 254 to 257)

Dennis Richard Harrison

Page 262

1 He was my general, the general doctor I talked
2 about.
3    Q.   Yes.
4    A.   And Dr. Wise in that I asked him to be
5 my "Lone Pine" expert witness, and I stated to him
6 that I want him to only do what he absolutely feels
7 is true, you know.  Doesn't matter to me as
8 patient -- don't -- as a person, that's not a
9 consideration.  Just does he think it's true or
10 not, to the extent that they asked for a "Lone
11 Pine" proof, "Lone Pine," you know, views.  They
12 had the six items.
13         And I put together a package like a
14 lawyer would.  I mean, nobody knew about Vioxx.
15 How am I going to go get an expert?  So, I had to
16 put together the articles that describe the issue
17 from Hospital of Special Surgery, this and that.
18         And then I had to make a -- make --
19 because he didn't know me for just six months or a
20 year, a year or two I guess.
21         Then he -- I had to put it in
22 chronological order what happened when, was I on
23 Vioxx and stuff and things like that, and I put
24 together a package and I gave it to him.  And I

Page 263

1 said, "Between what you know of me and between
2 this, you know, it's your decision.  Doesn't affect
3 the way I feel about you.  You do as you wish."
4 And he did sign it.
5    Q.   And then just to be clear on this, are
6 you still referring to -- you called it the "Lone
7 Pine" report and it's the expert report that you
8 submitted as was required by CPO 28 that was
9 entered in this litigation, is that right?
10    A.   Yes.  And I was not happy with having to
11 provide that relative to the doctors for heart and
12 stroke.  Sure, they all heard about problems.
13 Merck took it off the market.  Everybody knew.
14 Nobody knew about bone.  Hardly anybody I should
15 say.  And not the average doctor for sure.
16         I wasn't happy about.  You can't go to
17 somebody and ask him too easily.  So, I had to put
18 that package together to educate what I saw.
19    Q.   Okay.  And, so, that package was
20 prepared by you and signed by Dr. Wise, is that
21 correct?
22    A.   That's correct.
23    Q.   And that's what you ultimately submitted
24 as your "Lone Pine" report, your expert report in

Page 264

1 this matter?
2    A.   That is correct.
3    Q.   Okay.  And was Dr. Wise involved in the
4 operations in 2003 for your femur and your hip in
5 any way?
6    A.   I couldn't quite hear all of that.
7    Q.   I'm sorry.  I think my papers got in
8 front of the speaker phone.
9         Was Dr. Wise involved in your treatment
10 after your femur breakage in 2003?
11    A.   Yes.
12    Q.   Okay.  And how was he involved?
13    A.   He was my rheumatologist.
14    Q.   Okay.  And, so, he wasn't a surgeon, is
15 that right?
16    A.   No.
17    Q.   But were you seeing him during that time
18 period after your femur broke in 2003?
19    A.   Yes.
20    Q.   How often were you seeing him then?
21    A.   You know, for basically regular visits
22 that you would -- that are required if somebody is
23 going to treat you and provide you medication,
24 although he actually talked with Dr. Donovan and

Page 265

1 Dr. Donovan gave me the prescriptions.
2    Q.   And, so, when you were in the nursing
3 home following your second surgery in 2003 for your
4 femur, did you actually go and see Dr. Wise in his
5 office?
6    A.   Oh.  That was -- no.  After I came home,
7 back home, and was -- or in the apartment, I began
8 again to see the doctors I used to see.
9    Q.   Okay, okay.  And, so, your treatment
10 with him resumed after you returned home from the
11 nursing home ultimately in the fall of 2003?
12    A.   Yes.
13    Q.   Okay.  And did you share any of your
14 medical records with Dr. Wise other than the ones
15 that he had kept about you?
16    A.   Let me think.  I mean, I didn't copy
17 anything to give it to him.  I did -- there were
18 some statements made from our example of Dr. -- in
19 Albany.
20         I'm not positive, but I think I quoted.
21 I can look it up here if you want, but I think I
22 quote --
23    Q.   You're just referring -- sorry.
24         You're just referring to statements that

67  (Pages 262 to 265)

Dennis Richard Harrison

Page 266

1  you had included in that report, is that right?

2      A.  Yeah.

3      Q.  Okay.

4      A.  Dr. Carl who was -- you know, I said

5  there was a view of insufficient bone healing. I

6  never said -- I never linked it. I said, "and that

7  doctor thought it was from Vioxx." Didn't do any

8  of that because that wasn't the truth. Didn't do

9  it anyhow. I just said the doctor said there

10  wasn't sufficient healing.

11      Q.  And so -- and these are just questions

12  that I wanted to ask you just to get some details

13  about how that "Lone Pine" report was prepared.

14          And, so, when you approached Dr. Wise

15  with that report, did you give him anything else

16  besides that report that you had prepared? Were

17  there any other documents you gave him along with

18  that?

19      A.  No. What you see is what he got.

20      Q.  Okay. Okay. And how did you do the

21  research in putting together that document that

22  ultimately became your "Lone Pine" report?

23      A.  Well, on the Internet. And I'm a very

24  fast typist and I was very determined. So I spent

Page 267

1  hours and hours and hours whenever I could. But

2  since I'm kind of handicapped, I could only do, you

3  know, a few hours a day. But that builds up over a

4  couple years.

5      Q.  And when you -- when you say the

6  Internet, was it medical databases that you were

7  looking online or Google? What types of searches

8  were you using online?

9      A.  Googling to find out -- to find these

10  articles on it from only prestigious places. When

11  I say only reputable places, universities, special

12  scientists, things like that.

13          No, I didn't go to those medical things,

14  because, frankly, I mean, I guess technically

15  legally there could be an argument for. But you

16  read those articles by there and it's just so plain

17  to me anyhow.

18      Q.  Okay. And did you -- did Dr. Wise ever

19  tell you that he felt that Vioxx did contribute to

20  an interruption in bone healing for your injuries?

21      A.  Well, that's what he did by signing it.

22      Q.  Did you have any conversations with him

23  separate from that report where he gave you any

24  opinion about whether Vioxx has caused you any

Page 268

1  injury?

2      A.  You know, I don't believe we had much

3  about Vioxx. I really don't. I'm not positive.

4  It might have been a little bit, when I started

5  having some concern.

6          I -- yeah, I did say there were some

7  articles, in the beginning, I said that, kind of

8  making me suspicious and -- but I never really sat

9  and said, "You know, I think it was a miss. Here's

10  this, here's this. What do you think?" I just

11  said, "I'm a little suspicious," kind of thing.

12          Then when the -- then when I needed a

13  "Lone Pine" expert, I didn't know -- you know, as a

14  pro se, I didn't know I'd need a "Lone Pine"

15  expert. That's when I put the package together and

16  I asked him to sign it.

17          I also asked Dr. Pizzurro to sign it and

18  he didn't.

19      Q.  Did he tell you why he didn't sign it?

20      A.  I know why Dr. Pizzurro. He thought I

21  was -- he was afraid I was going to sue him I

22  guess. He said -- I think he said that he didn't

23  understand what I wanted. I don't know how he

24  didn't understand that.

Page 269

1      Q.  And did you ask Dr. Pizzurro if he felt

2  that Vioxx played a role in the interruption of

3  your bone healing?

4      A.  Yeah, before I gave him the package, I

5  had asked him -- I had asked him before that, and I

6  said, "I'm seeing some articles that are concerning

7  me that" -- and I described the articles.

8          And what he said was, "If we had known

9  that, you never would have been given Vioxx." He

10  was kind of making a general statement, not just

11  for him.

12      Q.  He wasn't referring to you specifically

13  since he had not prescribed Vioxx to you prior

14  to --

15      A.  Well, right. He was kind of making a

16  general statement that he didn't think anybody

17  would have prescribed Vioxx for me after -- during

18  operations if they had known about the problems

19  with bone healing, including him.

20      Q.  Did he -- did he ever tell you why he

21  did not sign your "Lone Pine" report?

22      A.  It was a cover letter when he sent it

23  back to me. No, all it said was -- and I don't

24  know where that cover letter is now. I'm sure he's

68 (Pages 266 to 269)

Dennis Richard Harrison

Page 270

1  got it. The cover letter said that he couldn't
2  sign it because he didn't understand what I wanted.
3      Now, it could be that I had -- I
4  speculated -- maybe I had -- the package was too
5  big and he didn't have time to read it. I don't
6  know. But he just said he didn't know what I
7  wanted.
8      Q.  Or --
9      A.  What I wanted --
10      Q.  I asked this, but I -- in looking back I
11  don't think I actually got an answer on this.
12      Did Dr. Pizzurro ever tell you that he
13  felt that Vioxx was the cause of any of your
14  injuries specifically?
15      A.  Okay. You're talking about the cause of
16  the injury or the bone healing problems?
17      Q.  The cause of what you're alleging is the
18  injuries, bone healing problems.
19      A.  Only indirectly by saying, "If we knew
20  that," about Vioxx, the articles, that it had
21  problems with -- caused problems with bone healing,
22  he says, "you never -- we never would have been --
23  we never would have prescribed Vioxx." And he, I
24  thought, meant in a general way, not just himself.

Page 271

1      Q.  Okay. And when you're referring to
2  articles in that answer that you just gave me, are
3  you talking about articles that you had shown
4  Dr. Pizzurro?
5      A.  At that -- yeah, actually I did bring a
6  few articles in because he said he was interested
7  in them. I think I did. I think he was -- no, no.
8  I don't think I did with him.
9      When I needed a "Lone Pine" expert
10  witness, I had asked Dr. Wise if he, you know --
11  would he review and give his opinion. I didn't ask
12  that of Dr. Pizzurro I do not believe. I just, you
13  know, did it.
14      Q.  And then you also mentioned that you had
15  discussed Vioxx as it related to the bone healing
16  issues that we have been talking about with
17  Dr. Donovan, is that right?
18      A.  Yes, I did.
19      Q.  And what do you remember discussing with
20  Dr. Donovan?
21      A.  Well, I actually -- with Dr. Donovan I
22  actually told him -- okay. So, now we are further
23  along, too. And I told him about the articles,
24  about my concerns, and that I have filed

Page 272

1  litigation.
2      Q.  And did Dr. Donovan ever tell you that
3  he felt that Vioxx was a contributor to your bones
4  not healing?
5      A.  No. Dr. Donovan was not committal like
6  that. I got in between the lines he thought that
7  it was, probably did have something to do with it,
8  but he didn't specifically say that.
9      Doctors in general, from what I found,
10  consistent to what I read, are kind of like nervous
11  about saying something against big drug companies.
12  But I don't know if he was --
13      Q.  Why did you feel -- why did you feel
14  that in between the lines he felt that way?
15      (WHEREUPON, there was a short
16      interruption for a reporter
17      clarification.)
18  BY MS. PISTILLI:
19      Q.  Yes. I just said why -- why did you
20  feel that in between the lines he felt that way?
21      A.  Because Dr. Donovan, if he did not feel
22  something, he just told you that, you know. So, he
23  was very easy to not agree with something. I mean,
24  he'll just tell you but...

Page 273

1      So, I kind of took that since he didn't
2  say, "No, I don't think so." I kind of felt that he
3  was feeling it very well could have. But he didn't
4  know enough about it.
5      Now, nobody did, right? So -- and he
6  didn't see articles and stuff. So, that's how I
7  assumed, from kind of inverse thought. He didn't
8  say no and he always says no if it's something he
9  doesn't think.
10      Q.  And has any doctor ever told you that
11  they felt that your injuries relating to bone
12  healing were not caused by Vioxx?
13      A.  Were not caused -- no. No. Zero.
14      Q.  Or has any doctor ever told you that the
15  interruptions to bone healing that you've talked
16  about were caused by something else besides Vioxx?
17      A.  No.
18      Q.  And has any doctor ever told you that
19  they felt that the infections at the site of the
20  femur breakage played a role in how long the
21  healing process was for that injury?
22      A.  I didn't understand. I'm sorry.
23      You know, for some reason it's getting
24  harder to hear. Are you having the same --

69 (Pages 270 to 273)

Dennis Richard Harrison

Page 274

1    Q.   I'll lean back in. I'll lean in.
2         Has any doctor ever told you that the
3    infection that ultimately was found in that femur
4    breakage area played a role in how long it took
5    that injury to heal?
6    A.   No. Dr. Pizzurro was mistaken, though.
7    He -- since he came on in the late, later on, you
8    know, way later on, as my last resort, he didn't
9    have a whole history of it, and he just looked at
10   the x-ray and said I got to do this.
11        He didn't really ask me about what's the
12   whole history. And I told him what I could because
13   these doctors are on the run. You tell them as
14   much as you can before they go.
15        And I had mentioned the steps and I
16   mentioned the infection after five or six weeks;
17   and his mind I guess took it as the infection is
18   what caused the problems in the beginning, and it
19   wasn't that case.
20        So, I think he was a little confused on
21   what came first, the chicken or the egg.
22   Q.   This is more of a background question
23   that I should have asked you earlier. But do you
24   have any medical training yourself at all?

Page 275

1    A.   High school. No, I don't, except for
2    what I've -- maybe a thousand hours work in the
3    last five years.
4    Q.   Do you have any legal training at all?
5    A.   No, except for what, again, I've had to
6    learn by myself in the last six years.
7    Q.   And what's your educational background,
8    just briefly?
9    A.   Undergrad in mathematics and business.
10   Graduate MBA. Top third -- top 1 to 3 of the class
11   I like to point out. Beta Gamma Sigma. In finance
12   and marketing.
13   Q.   And why did you decide to proceed pro se
14   in this litigation?
15   A.   That's easy. Because doctors knew
16   about -- I'm looking to see if I -- I can't see you
17   on the screen. So, if you see me and I'm not
18   looking at the screen, that's why.
19   Q.   Okay. Whatever you need to do to be
20   comfortable.
21   A.   Okay. Thank you. Because I'm leaning
22   over myself to hear better.
23        I went to see lawyers. They said that
24   for heart, stroke, for the things that Vioxx was

Page 276

1    taken off the market for, you know, there is a lot
2    of people coming to them. They can -- it's -- you
3    know, they can afford to spend money on it. But in
4    my case nobody -- you know, there is not many
5    people.
6         Actually, they just said, you know, we
7    can't spend 100 or 200,000 on your case. It's too
8    much to risk on one case. But they -- several of
9    them said but you do have a good case. And usually
10   verbally.
11        So, I began to sniff out that, you know,
12   I might be on to something and I put the whole
13   picture together in my mind what happened and I
14   think I could show it.
15        But I believe that when Merck corporate
16   took it off the market, they knew about the bone
17   issues. I have internal e-mail on that. They knew
18   about the bone issues. And they did not want to
19   bring it up when they took it off the market. They
20   kind of hid it behind a heart and a stroke.
21        The doc -- the general -- the practicing
22   attorneys, not the big corporate ones in the MDL
23   stuff, they didn't want -- they expected a class
24   action lawsuit eventually of some kind.

Page 277

1         What they did was they collected people
2    like you collect strawberries and put them in a
3    basket and maybe trade them with somebody. They
4    collected people to -- you know, to get so they
5    could just eventually get their cut without much
6    work.
7         All they did was administrative work,
8    most of them. They didn't do any discovery. The
9    MDL did the discovery. The PSC.
10        And, so, it didn't cost them anything,
11   hardly cost them anything at all to take a client
12   for heart or stroke and it didn't cost them much in
13   risk either. I mean, it was a beautiful deal for
14   them, and they -- all they had to do was collect
15   it.
16        I could have got -- if I got 500 people,
17   put their names and addresses in a standard form,
18   and it was a standard lawsuit form, a master
19   Complaint, put their names and address in it, I
20   could have done their administrative work for 500
21   people and I could have cleared $10 million, I
22   mean, if I was a lawyer.
23        But, so, there is something wrong in the
24   whole settlement process and the MDLs and the way

70  (Pages 274 to 277)

Golkow Technologies, Inc. - 1.877.370.DEPS

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657
SECTION L

JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

*Dennis R. Harrison v. Merck Sharp & Dohme Corp.*, **2:07-cv-00905-EEF-DEK**

## DECLARATION OF NICHOLAS BLAVATSKY, M.D.

1.      I am an MD and Board Certified Orthopedist currently practicing in Butte, Montana, as a member of Montana Orthopedics.

2.      I pursued an undergraduate degree from the Air Force Academy in Colorado Springs but transferred after my second year to Carroll College in Helena, Montana, given a profound change in the curriculum at the Academy to strict engineering.

3.      I attended the University of Nevada Medical School in Reno between 1977 and 1981, graduated and began postgraduate internship training at the University Hospital in Las Vegas, Nevada. In 1982 I began orthopedic residency training in the program affiliated with the University of Arizona, Tucson. My training included rotations at the University Hospital in Tucson, Maricopa County Hospital in Phoenix, Good Samaritan Hospital, St. Joseph's Hospital, and the Veterans' Administration and Indian Hospitals, all in Phoenix. I also participated in private rotations with prominent orthopedists in various specialties such as hand, spine and joint reconstruction both in Phoenix and Tucson.

4.      My post-training practice began in Orlando, Florida, in 1986 and lasted for approximately one year. The group I was with dissolved after several of the senior members retired. I continued my orthopedic practice in Winter Haven, Florida, some 45 minutes away from Orlando, with a group of several orthopedists. My scope of practice was general and broad and included a range of orthopedic procedures which included the care of upper and lower extremity injuries, joint replacement, and spine reconstruction. The practice allowed me to gain significant experience both in the clinical setting and in the operating room.

5.      In 1995 our practice was absorbed by a large multispecialty group and I practiced in that setting for five years between 1995 and 2000. In 2000 I elected to leave this model of practice for an opportunity in Montana. I had grown up in Montana, the majority of my family was located in Montana and I enjoyed traveling to the state on many different occasions for visits and for recreative opportunities.

6.      During the course of my practice in Florida, I held the position of Chief of Surgery and Chief of Orthopedics for many years and presided over various committees during that time. I also presented numerous educational topics of public interest to various citizens groups. I also developed, in concert with another orthopedist in Winter Haven, a program for joint reconstruction that became notable given its volume and outcomes.

7.      Since 2000 I have been a member of Montana Orthopedics, one of five orthopedists practicing in various areas of subspecialty including Trauma, Spine, Sports Medicine and Joint Reconstruction. Additional information regarding my background and experience is in my curriculum vitae, attached as Exhibit A hereto.

8.      I have reviewed the medical records and other information provided to me by counsel regarding Mr. Dennis Richard Harrison, DOB: 11/19/1952. The records include

information between approximately 1991 and 2012. In his Amended and Supplemental Plaintiff Profile Form dated September 20, 2011, Mr. Harrison alleges that Vioxx, which he took from approximately April 2000 through September 2004 for pain relating to his ankylosing spondylitis and arthritis, was responsible for a femur fracture in 2003, failed spinal fusion in 2002, and wrist damage in 2002. Later in the same document he states that a different medicine, Fosamax, was actually responsible for the femur fracture in 2003, and that Vioxx was responsible for the "lack of healing" of that femur fracture. Based on my review of these materials, as well as my extensive training and experience in orthopedic surgery and review of relevant literature, I offer the following opinions:

9.     Mr. Dennis Harrison, now approximately 60 years old, has multiple comorbidities that pre-date his use of Vioxx. He has been managed for early onset, severe ankylosing spondylitis, osteoarthritis, osteoporosis/osteopenia (originally described in 1995/98 time frame), and other related conditions for the past 30+ years. Ankylosing spondylitis is a type of connective tissue disorder which manifests itself with primary involvement of the spine and major weight-bearing joints. It has a variable presentation among those affected. It is often associated with severe inflammatory episodes that can be disabling in nature. In most cases, inflammation caused by ankylosing spondylitis causes abnormal bone formation, leading to curvature and fusion of the spine. It can also cause severe inflammation in the hips, shoulders, jaw, and chest, as well as inflammation of the eyes. Some records suggest that Mr. Harrison had back and leg pain dating back to his teenage years. Mr. Harrison has been through multiple medical and surgical treatments for his various conditions.

10.     Significantly, at the relatively early age of 42, Mr. Harrison underwent bilateral total hip replacements in a staged fashion due to ankylosing spondylitis and advanced

degenerative arthritis of his hips. First, he underwent a left total hip arthroplasty on May 30, 1995. After progressive symptoms in his right hip, he then consulted Dr. Joseph Pizzurro in mid-1995 and elected to go forward with definitive hybrid total hip arthroplasty on the right side on August 9, 1995.   Hybrid hip arthroplasty means that the femoral component (that is the stem that fits into the marrow cavity of the proximal third of the femur) is immediately (within a matter of seconds) stabilized by methylmethacrylate cement.  It is an unusual circumstance for Mr. Harrison to request a specific method of total hip reconstruction, but given the experience he had on the left side, understandable.  This hybrid hip technique allowed immediate weightbearing and early participation in rehabilitative exercises.

11.       Significantly, Mr. Harrison required postoperative (left) and preoperative (right) radiation in connection with his hip arthroplasties, as ankylosing spondylitis is notorious for producing heterotopic (unwanted) bone formation. This condition may create tremendous stiffness in the immediate postoperative interval and potentially impede if not retard appropriate rehabilitative efforts.  Mr. Harrison apparently recovered largely uneventfully and required further visits with related specialties including rheumatology and spine surgery.  Notably, hip involvement with ankylosing spondylitis at young age often signals a more severe progression of the disease process.  Moreover, the severity of his disease is noted in radiological examinations of his neck in May 1995 that showed ankylosis (bony fusion of joints) of all of his cervical joints below C2. Stated differently, within the spectrum of severity, Mr. Harrison's disease was on the severe end of that spectrum.

12.       Mr. Harrison suffered also from severe inflammatory arthritis. This was apparent through his various office visits with complaints pertaining to numerous joints, including his back, neck, knees, shoulders, and wrists. These visits were often accompanied by

x-ray examinations that demonstrated typical changes associated and consistent with rheumatoid arthritis.

13.      In addition, he was managed with the typical interventions for these types of disorders with non-steroidal anti-inflammatories (NSAIDs), steroid preparations such as prednisone (generally at a high dose on a consistent basis – sometimes self-adjusting his dose), and antimetabolites such as methotrexate, biologics such as Enbrel alone or in combination.

14.      Mr. Harrison often required support with pain preparations such as Vicodin, Tylenol 4, and oxycontin. The severity of Mr. Harrison's various conditions were extensively detailed by him in his November 1998 "Disability Report" (for example, Mr. Harrison stated that "my neck is in constant, severe pain; my neck is immobile…stiff and sore 24 hours a day…constant pain, stiffness, & soreness – all day and night…"). (HarrisonD-SSD-00089-90)[1] Unfortunately, this is the nature of such severe disease process.

15.      In March of 1999, Mr. Harrison continued to report severe right-sided neck pain that had been increasing over the preceding several months and was associated with daily headaches. At that time it was noted that in the mornings it took him "many hours to be able to move around." Further, at that time, Mr. Harrison was taking a steroid (prednisone), two prescription strength NSAIDs (etodolac and ibuprofen), and Tylenol #4. Shortly thereafter, in April 1999, Mr. Harrison consulted with Dr. Frank Rand, a spine surgeon, for progressive complaints regarding his neck. Dr. Rand noted that, over the preceding three years, Mr. Harrison demonstrated progressive and painful head/chest cervical spine deformities. He also suffered from headaches and numbness. Further, he was noted to have taken disability benefits fairly recently due to his ankylosing spondylitis. At the time, Mr. Harrison was on numerous

---

[1]      Specifically referenced medical records are compiled and attached at Exhibit B.

5

medications including two NSAIDs, Celebrex and Lodine. The patient was also managed with Vicodin, imipramine and Azulfidine. Mr. Harrison had not yet begun taking Vioxx at that time.

16.     Because of his spinal deformity and progressive cervical symptomatology, Mr. Harrison underwent an extensive cervical fusion from occiput to C6 on October 4, 1999. This was an extensive surgery with a large metal plate being placed at the back of the skull and extending down to the C6 vertebra. In other words, his skull has been mechanically fused to his cervical spine and results in extremely limited range of motion of the neck and head. Thereafter, Mr. Harrison was asymptomatic until the Fall of 2000 when he reported recurring numbness after an accident at a hardware store.

17.     In January of 2001, in an attempt to treat Mr. Harrison's progressive kyphosis (curvature of the upper spine resulting in a "hump-back deformity" often caused by ankylosing spondylitis) and to increase lordosis (inward or "swayback" curvature) of his lumbar spine, Mr. Harrison underwent an extensive surgery to his thoracic and lumbar spine (T8 to sacrum). In what was reported to be a 14-hour surgery, rods were inserted on both sides of the spinal column with accompanying screws and wires at almost each level of the spine. (HarrisonD-CapitalROGMR-00028-32) In a spinal fusion surgery such as this, the rods are intended to correct and maintain the deformity, and support the spine until the fusion matures. They are not, however, intended to function as an indefinite load sharing device. Remarkably, after the fusion surgeries, and in keeping with the severity of his disease, Mr. Harrison had only 7 of 24 vertebral segments (from C7 to T8) that were un-instrumented. Of note, a spinal surgery intending to instrument and fuse 9 vertebral segments is an uncommon, quite involved, and often accompanied by complications (again, due to the severity of the disease and the magnitude of the surgery).

18.     In April of 2001, it was noted that one rod had broken (likely due to non-union of one or more of the 9 segments), but the other rod was intact and until recently he was reported to be "largely asymptomatic and fairly comfortable." (HarrisonD-CapitalROGMR-00073) Further, it was noted that he had been fairly active and able to drive his daughter to school, and thus the single broken rod did not appear to have greatly impacted his activities.

19.     For the remainder of 2001, Mr. Harrison noted his typical joint complaints consistent with his aggressive disease. In July 2001, Mr. Harrison noted some ongoing problems with his right wrist and on December 4, 2001, he received a steroid injection in his right wrist for ongoing pain and inflammation.

20.     Unfortunately, on February 10, 2002, Mr. Harrison was a back-seat passenger in a multiple car pileup on an icy road. In the Emergency Department, Mr. Harrison noted that he had chronic pain "everywhere," but that no areas were hurting more than usual. (HarrisonD-ConcordHMR-00004-05) On February 25, 2002, it was noted that Mr. Harrison had an increase in spine and wrist pain following his traffic accident. Later that year, in September 2002, Mr. Harrison visited Dr. Allan Carl where it was noted that Mr. Harrison had been doing okay until a motor vehicle accident in February of 2002. (HarrisonD-NHNeuroSpineInt-00027) Since that time, Mr. Harrison had a downward trend in his function that became quite severe by July of 2002. Dr. Carl noted that it appeared that both rods from his January 2001 surgery had failed and that Mr. Harrison was taking "very high, more than normal" doses of ibuprofen to help with his pain. Dr. Carl noted that Mr. Harrison was taking ibuprofen, indomethacin, Tylenol #4, oxycontin, prednisone and Vioxx *at the same time*. (HarrisonD-CapitalROGMR-00001-03)

21.     While contemplating a revision surgery for his lumbar spine, Mr. Harrison had another misfortune. On January 9, 2003, Mr. Harrison slipped on ice, fell directly on his hip, and

was admitted to Benedictine Hospital in Kingston, New York. (HarrisonD-BenedictineHMR-00006-07, 16)  He required definitive management for a periprosthetic (involving the femur bone supporting the prosthesis), markedly displaced, spiral, comminuted fracture (many fragments of bone separated from each other) of his right femur.[2]  The patient was also noted to have mild hyperglycemia (which can be indicative of his use of prednisone and has also been associated with ineffective bone healing).

22.       On January 10, 2003, he was treated medically and surgically with an appropriate internal fixation device (consisting generally of orthopedic plates, orthopedic screws, and cerclage wires) designed to reassemble and realign the fracture fragments surrounding the total hip arthroplasty.  (HarrisonD-BenedictineHMR-00017-18, 29-30)  This fixation mechanism is not designed or intended to be a load-sharing repair.  In other words, Mr. Harrison needed to adhere strictly to a non-weightbearing status, specifically including the use of crutches for mobilization, for a minimum of 8-10 weeks to allow the femur bone to heal.  Further, it appears that the surgeon who performed this procedure, Dr. Null, advised Mr. Harrison of the importance of these requirements in facilitating the repair of his femur.  In this respect, Mr. Harrison was made aware that this procedure required very different post-operative compliance than his 1995 hip athroplasties, which, by contrast, did permit almost immediate weightbearing.  It is worth noting that over my many years of experience I have encountered patients who have not

---

[2]       Although at one time Mr. Harrison attributed his January 2003 femur fracture to Vioxx, he apparently has recently claimed that Fosamax (and not Vioxx) caused the fracture. Regardless, it is my opinion that neither Vioxx, nor any other medication that Mr. Harrison was taking, contributed in any way to his femur fracture.  Although there have been instances where certain medications have been linked with the occurrence of so-called "atypical" femur fractures (see, e.g., Shane, et al., Atypical subtrochanteric and diaphyseal fractures, J Bone Miner Res. 2010; 25:2267-2294), Mr. Harrison's femur fracture was not "atypical" in nature – it was a periprosthetic, spiral, comminuted fracture of the femur due to falling on ice.  Such fractures are specifically excluded from the definition of "atypical" femur fractures (Shane 2010).

complied with these strict weight-bearing restrictions and have often required re-operation due to failure of the fixation device.

23.     On January 23, 2003, Mr. Harrison followed-up with Dr. Null (the surgeon who repaired his femur on January 10) and Dr. Null reported that, against his advice, Mr. Harrison was weight-bearing with his right leg even though he should have been non-weight-bearing. (HarrisonD-SSD-00038)  Although Dr. Null reported a "healing fracture" at that time, Dr. Null cautioned Mr. Harrison that continued weight-bearing may cause his surgery to fail due to increased stress on the repair site.  On February 20, 2003, Mr. Harrison again visited Dr. Null and physical examination showed that Mr. Harrison's right leg was swollen and deformed proximally.  (HarrisonD-SSD-00039)  Not only had Mr. Harrison not been using his crutches as explained by Dr. Null, Mr. Harrison reported to Dr. Null that approximately two and one-half weeks prior to the visit, Mr. Harrison "slipped and fell down the stairs" and had noticed swelling since that time.

24.     Radiographs taken on February 20 showed broken cerclage wires, an angulated proximal screw, and failure of the fixation with displacement of the fracture fragments. (HarrisonD-SSD-00039) In other words, because of his fall and weight-bearing activity, Mr. Harrison's femur status was essentially back to where it was shortly after his fall on the ice in January.  Dr. Null's impression at the time was: "1: Refracture of the right femur. 2. Failure of fixation, secondary to trauma."  I agree with Dr. Null that failure of the fixation was due to weight-bearing activities, trauma, and non-compliance.  There is nothing to suggest that this failure of fixation was due to inadequate bone healing.  Dr. Null further stated that Mr. Harrison might ultimately require a long-stem prosthesis.

25.     Mr. Harrison further developed an enterococcal infection complicating his repair. (HarrisonD-AlbanyMCMR-00001-02)  Thus, unfortunately, Mr. Harrison's postoperative course was also marked by almost immediate failure of the repair complicated with an enterococcal infection, which did not relate in any way to adequacy of bone healing.

26.     As a result, Mr. Harrison then required reconstructive efforts including a two-stage hip reconstruction.  First, on February 28, 2003, he underwent removal of the existing hip replacement and femur hardware with implantation of an intercurrent antibiotic-laden spacer. (HarrisonD-AlbanyMCMR-00001-02) After long-term IV antibiotic (vancomycin) treatment, his infection finally cleared and, after a preoperative course of radiation therapy, on June 27, 2003, Joseph Pizzurro M.D. performed a definitive total hip arthroplasty with a modular device often used in tumor surgery to replace the top-third of his femur.  Not surprisingly, during that procedure, Dr. Pizzurro remarked about the poor quality of Mr. Harrison's femur bone due to his overall disease (ankylosing spondylitis), and the chronic use of prednisone which over time can severely and negatively impact the overall quality of bone. (HarrisonD-RidgewoodOrtMR-00031-33) Thereafter, in 2003, Mr. Harrison suffered additional bouts of systemic infection (sepsis) unrelated to his bone healing, but thankfully none of those infections further compromised his replacement hardware.  This new device has apparently served him well since that time.

27.     In the years following, Mr. Harrison continued to be treated for his various conditions, including inflammatory arthritis of his joints, anemia, abdominal pain and anxiety. Mr. Harrison had experienced symptoms in his knees for many years, and in January of 2008, these knee problems increased.  As a result, he received steroid injections in his knees in 2008 and 2009.  By August of 2009, Mr. Harrison decided that he would pursue total knee

replacements for his progressive, severe inflammatory arthritis.  Thereafter, in January 2010, Mr. Harrison underwent bilateral total knee arthroplasties and, like after his 2003 fracture, was readmitted shortly thereafter with infection (MSSA), which appeared to be persistent into 2011, and for which he has been recommended lifetime antibiotic treatment. (HarrisonD-OrthpdcSprtsMdMR-00244-47)  Thus, Mr. Harrison was at significant risk of infection after almost any procedure due to his chronic use of prednisone to treat his ankylosing spondylitis.

28.	As referenced above, the question has arisen as to whether the use of Vioxx, a specific Cox-2 inhibitor, may have interfered with the healing of Mr. Harrison's femur fracture in 2003. First, it is important to note that the use of NSAIDs (including Cox-2 selective inhibitors) before and after surgery is standard practice.  NSAIDs provide numerous benefits to patients receiving them, such as pain relief, diminished swelling, diminished reliance on narcotics, early participation in therapy, shortened hospital stays, and increased patient satisfaction, among others.  With respect to bone healing specifically, having researched the medical literature, it is apparent that few human studies have been conducted with NSAIDs (and selective Cox-2 inhibitors).  While there are anecdotal reports that these preparations (again, including all NSAIDs, traditional and Cox-2 selective alike) may interfere with either human bone growth or healing, controlled studies conducted in the rodent and rabbit models have reported mixed results with respect to their effects.  While animal models can help identify potential biologic mechanisms, human studies are necessary to provide reliable evidence of a clinically relevant effect.

29.	With respect to Vioxx specifically, there has been one controlled human study investigating its effects on spinal fusion.  In 2005, Reuben et al. (attached as Exhibit C hereto) reported a retrospective review of 434 patients taking Vioxx, Celebrex or ketorolac on the

11

incidence of non-union of bone following spinal surgery.  After short term use (five days following surgery), there was no difference in the incidence of non-union for Vioxx compared to no NSAID use (Reuben, et al., 2005, Table III).  Of note, the authors found a significantly higher incidence of non-union in multiple level fusion versus single level fusion. As referenced above, this is not surprising given that it is well recognized that additional levels of spinal fusion increase the possibility of non-union of bone.

30.     Although a different marker than bone healing per se, Vioxx has been investigated regarding its affect on bone mineral density (BMD).  In 2003, Murphy et al. reported in an abstract presented at EULAR on a prospective clinical study with Vioxx, ibuprofen and placebo on biomarkers of bone turnover.  The authors reported that neither Vioxx or ibuprofen had a clinically significant effect on biochemical markers of bone turnover or BMD and no clinically significant effects on bone between treatments was observed (Murphy et al., 2003, Abstract, attached as Exhibit D hereto).  Thus, while animal studies may suggest that all NSAIDs (not just Vioxx or selective Cox-2 inhibitors) may negatively affect bone healing, there is no reliable, controlled human data to suggest that Vioxx impairs bone healing or leads to decreases in bone mineral density levels.

31.     As a result, and considering the clinical circumstances and the relevant medical literature, it is my opinion that Vioxx played no role in either Mr. Harrison's 2003 femur fracture or the healing of that fracture.  First, there is no evidence that Vioxx caused his femur fracture. His femur fracture was clearly the result of his unfortunate fall on the ice, landing directly on his right hip.  Particularly in a patient with osteopenia/osteoporosis like Mr. Harrison, this is an extremely common clinical scenario.

32.     Next, as for Mr. Harrison's allegation regarding delaying healing of his femur fracture, it was effectively rendered moot due to the re-fracture, removal of fixation and prosthetic hardware, and two-staged reconstruction, which was ultimately successful. Given Mr. Harrison's non-compliance with weight-bearing restrictions, Mr. Harrison's fall down the stairs in February as reported by Dr. Null, and his complicating infection, Mr. Harrison was left with poor bone stock of his right femur and thus it is my opinion that the time frame of his healing and ultimate reconstruction was not unduly prolonged. A several-month process for ultimate healing is not unduly prolonged considering the above-referenced factors, particularly where the original fracture site was essentially re-fractured due to trauma. Moreover, a review of Mr. Harrison's contemporaneous medical records does not show that any of his treating physicians viewed his healing process as inexplicably prolonged.

33.     At the time of his fall in January 2003, Mr. Harrison presented in a very compromised fashion. Not only did he suffer from severe ankylosing spondylitis and chronic anemia reflective of his long-standing illness, but he also demonstrated compromised, poor bone quality with a combination of brittleness and osteopenia/osteoporosis. Moreover, preoperative and perioperative management with long-term steroid preparations and perioperative radiation likely also contributed to his compromised bone quality. Further, with respect to mechanical factors surrounding his fracture, the patient suffered a fracture very near the tip of his prosthesis suggesting that the transition zone between reinforced, *i.e.*, cemented prosthesis, versus uncemented, un-reinforced bone just distal to the prosthesis served as an important stressor that resulted in such a fracture. In essence, the transition between a cemented femur and brittle native femur serves a critical stress point and is a common location for a periprosthetic fracture. The amount of initial displacement in the femur was dramatic and well documented. Marked

displacement may further prolong healing because of disruption of the soft tissue and periosteal blood supply.

34.      Moreover, during the immediate weeks following his surgery, it was noted that Mr. Harrison was weight-bearing (against express medical advice) and that he had a traumatic incident of falling down the stairs.  Finally, Mr. Harrison suffered a persistent infection postoperatively that also affected his ability to heal and ultimately required the use of reconstructive efforts.  Mr. Harrison's taking of prednisone and methotrexate, along with his anemia, increased his susceptibility to infection – a susceptibility that has ultimately plagued Mr. Harrison over a number of years.

35.      Thus, it is my opinion that Mr. Harrison's overall healing from his femur fracture was not unduly prolonged and the combination of medical and mechanical orthopedic issues outlined above provide ample reason for the several-month healing process.  In my professional opinion, I see nothing in Mr. Harrison's records that indicates that Vioxx played a negative role in his course of healing.

36.      With respect to Mr. Harrison's claim that Vioxx caused his spinal surgery in January 2001 to fail, it is my opinion that Vioxx did not cause or contribute to the breaking of the rods inserted along his spinal column.  There are many reasons why rods may fail after a surgery of this type:  surgical technique, type of hardware used, longer spans (which Mr. Harrison had) are subject to more complications, poor bone quality, chronic disease states, use of certain chronic medications (such as steroids), trauma, etc.  Indeed, in October 2002 when Mr. Harrison was contemplating a revision surgery, his consulting surgeon, Dr. Carl, mentioned that one of the risks to such operations is that the bone simply may not heal and the rods break as a result –

again because the rods are not intended to function as an indefinite load sharing device.  This is a well-known risk and Mr. Harrison's clinical situation increased that risk.

37.     As a result, and because of the multitude of variables in a complex procedure such as the January 2001 surgery, it is my opinion that Mr. Harrison's chronic ankylosing spondylitis, chronic osteoporosis/osteopenia, and chronic prednisone use are the most likely contributing factors as to why his rod system ultimately failed.  Further, it is notable that the second rod failed coincident to his motor vehicle accident in February 2002, but that he was doing "okay" until that accident.  Even minor trauma with an underlying severe disease process may contribute to failure.  Finally, with respect to symptomatology, in 2005 it is noted that subsequent to the motor vehicle accident in 2002, Mr. Harrison suffered from persistent pain in the right leg and lower back.

38.     With respect to Mr. Harrison's claim that he suffered a wrist injury ("fracturing and/or severely disfiguring") due to Vioxx, it is my opinion that his use of Vioxx had no effect on his progressive wrist symptomatology.  First, his medical records do not document the occurrence of any acute fracture of Mr. Harrison's wrist.  Rather, the records show that in July 2001, Mr. Harrison began to complain of swelling and limited motion in his right wrist, and his symptoms appeared chronic and progressive.  Further, as referenced above, in December 2001, he received a steroid injection to try to improve his range of motion and decrease his symptomatology.  Next, in 2005, well after stopping Vioxx, Mr. Harrison continued to note progressive symptoms in his right wrist such that his loss of motion was judged to be 70%.  Finally, in August 2012, Mr. Harrison underwent surgery on his right hand for ruptured tendons.  In short, Mr. Harrison's chronic symptoms and loss of range of motion with his right hand and wrist are consistent with his progressive, severe inflammatory arthritis.  Unfortunately, this

disease is chronic and progressive in nature. The natural history of his disease accounts for Mr. Harrison's right wrist symptomatology. As a result, it is my opinion that Vioxx played no role in his chronic problems with his right wrist. In fact, based on human experience, Vioxx should have been beneficial to him in terms of its proven analgesic and anti-inflammatory properties.

39.       As an aside, I noted that Mr. Harrison seemed to believe that his medical problems must be due to some outside agent (such as Vioxx or Fosamax) because his brother suffers from the same disease (ankylosing spondylitis) and his brother's complications of the disease have not been as severe as his. However, it is well recognized that spondylitis does not follow the same course in everyone; even among family members. Thus, Mr. Harrison's brother's disease progression is actually not relevant to Mr. Harrison's disease severity or progression.

40.       Based on all of the items discussed above, it is again my opinion that: 1) Vioxx did not cause Mr. Harrison's femur fracture; 2) Mr. Harrison did not experience a delay in healing for his right femur fracture due to the use of Vioxx.

41.       The opinions above are provided to a reasonable degree of medical probability. Should further information become available to me, I reserve the right to supplement my opinions. I am compensated at an hourly rate of $450.00 per hour.

I declare under penalty of perjury that the foregoing is true and correct.

Nicholas Blavatsky, M.D.

SIGNED THIS _10_ day of _May_ 2013.

Exhibit A

# CURRICULUM VITAE

# NICHOLAS BLAVATSKY, M.D.

**DATE OF BIRTH:** March 3, 1955

**BUSINESS ADDRESS:** Montana Orthopedics
435 S. Crystal, Suite 400, Butte, Montana  59701

**BUSINESS TELEPHONE:** (406) 496-3400

**PRESENT POSITION:** Partner, Montana Orthopedics

**EDUCATION:** Orthopedic Surgical Residency, Maricopa Medical Center, Phoenix, Arizona
July 1982 – June 1986

General Surgical Internship, Southern Nevada Memorial Hospital, Las Vegas,
Nevada  July 1981 – June 1982

University of Nevada School of Medical Sciences, Reno Nevada - M.D. -
May 1981

Carroll College, Helena, Montana - B.A. Biology -  May 1977

United States Air Force Academy, Colorado Springs, Colorado - Major:  Biology,
Life Science - July 1973  - August 1975

**BOARDS:** Board Certified - July 8, 1988 -  American Academy of Orthopedic Surgeons
Board Recertified - January 1999
Board Recertified – January of 2009

**STATES LICENSURE:** Florida       June   1986     No:  48414
Montana              2000     No:  8799

**PROFESSIONAL ORGANIZATIONS:** Member:  American Academy Orthopedic Surgery, American College of
Surgery, American Medical Association, Arizona State Medical Society,
Maricopa County Medical Society, Orange County Medical Society, Florida
Orthopedic Society, Montana Orthopedic Society, Montana Medical
Association.

**HONORS AND AWARDS:** Graduation from Undergraduate Program "With Honors"  Commandant's and
Superintendent's List at U.S. Air Force Academy.

**RESEARCH EXPERIENCE:** Extraction of photosensitive peptides from bean sprout preparations.

**CLINICAL RESEARCH AND PRESENTATIONS:** "Use of High Resolution C.T. Scanner in Delineating Acetabular Fractures"
(presented Western Orthopedic Association Annual meeting, May 1982).

Retrospective Study of Supracondylar Fractures in 100 Children Less Than 15
years of Age (presented to city wide Orthopedic Conference, September 1982).

Review of "Y" and "T" Intercondylar Fractures in Adults t Maricopa Medical
Center 1978 – 1983 (presented at Annual Autumn Symposium, 1983).

**CLINICAL RESEARCH AND PRESENTATIONS:**
(Continued)

The Twenty Year Experience With the Operative Management of Congenital Vertical Talus at Arizona Crippled Children's Hospital (presented at city-wide Grand Rounds, May 1984).

"The Normal and Variant Anatomy of the Spinal Circulation" (presented at the Annual Spring Symposium, May 1986).

"Rotator Cuff Injury and Repair" (presented at the Annual Spring Symposium, May 1986)

"Common Foot Problems in the Elderly" (presented for the Good Samaritan Society, Kissimmee, Florida  October 1986).

"Arthritis, Natural History and Surgical Management"  (presented at an open civic forum, Kissimmee, Florida  October 1986).

Numerous community based talks on adult reconstructive topics, hip, knee, shoulder reconstruction, city wide presentations, 2000, 2003, 2005, 2006. Butte, MT.

**SPECIAL INTERESTS:**

Prevention and management of sports injuries.  Foot and ankle problems. Trauma and joint reconstruction.  Adult reconstruction upper and lower extremity joint replacement.  Hand and ankle reconstruction.  Sport reconstruction.

**MEETINGS ATTENDED:**

Disorders of the Spine, University of South Florida, College of Medicine,  1989, 1990, 1991, 1992, 1993.

Techniques in Spinal Fixation, Georgia Baptist Medical Center, September 12, 1992.

Reconstructive Surgery of the Hip and Knee, January 27-30, 1993, University of Colorado School of Medicine.

American Academy of Orthopedic Surgeons, Advance Concepts, Trauma of the Pelvis and Lower Extremities, November 23-26, 1991.

Florida Orthopedic Institute, Fractures of the Femur, May 12, 1990.

University of Utah, Arthroscopic Surgery, January 12-14, 1989.

University of Colorado, Sports Medicine Conference, March 17-24, 1990.

Cemented vs. Uncemented Revision Joint Replacement, St. Luke's Medical Center, November 24-27, 1985.

California Orthopedic and Sports Medicine Group, Meniscal Allograft Transplantation, September 15, 1993.

Masters Joint Revision course, Rosemont, IL, 2001

Stryker Advanced Product and Procedural Training – MIS Didactic and Clinical Workshop for the Navigated Hip Procedure (posterolateral Technique and Stryker Navigation Technology), Science Care Bioskills Facility – Phoenix, Arizona, April 7, 2005

**MEETINGS ATTENDED:**
(Continued)

Current Concepts Joint Replacement, 1997-2006.

Upper Extremity Reconstructive course through Florida Orthopedic Institute, 1995, 1998, 2000.

San Diego Shoulder course, 2002.

Basic and Advanced Shoulder Arthroscopy, Learning Center Rosemount, IL, on four different occasions.

Annual Sports Medicine Conference, state wide attendance by primary care physicians, therapists and athletic trainers. Presentations pertaining to upper and lower extremity reconstructive topics, yearly 2000-2006.

Stryker Triathlon TS Product Skills Training, Science Care Bioskills – Denver, Colorado, July 17, 2008

Stryker Triathlon PKR Product Skills Training, Science Care Bioskills – Denver, Colorado, July 17, 2008

Stryker Hip Resurfacing Skills Training, Science Care Bioskills – Denver, Colorado, July 18, 2008

Have attended meetings each year in hand, foot and ankle joint reconstruction and trauma subjects representing 45-70 hours of CME.

Exhibit B

SOCIAL SECURITY ADMINISTRATION Tsc 058 - 10/20/98

Form Approved
OMB No. 0960-0579

## DISABILITY REPORT
## ADULT

**For SSA Use Only**
Do not write in this box.

Related SSN _____

Number Holder _____

SALEM, MASS. 01970

NOV 0 9 1998

11046

S S A DISTRICT OFFICE

### SECTION 1 — INFORMATION ABOUT THE DISABLED PERSON

A. **NAME** *(First, Middle Initial, Last)*

Dennis R. Harrison

B. **SOCIAL SECURITY NUMBER**

136 48 6634

C. **DAYTIME TELEPHONE NUMBER** *(If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)*

978   741-1869   Your Number ☒ Message Number ☐   None ☐
*Area Code*   *Number*

D. Give the name of a **friend or relative** that we can contact (other than your doctors) **who knows about your illnesses, injuries or conditions** and can help you with your claim.

NAME   Robert B. Harrison   RELATIONSHIP   Father

ADDRESS   17 5th Street
*(Number, Street, Apt. No.( if any), P.O. Box, or Rural Route)*

Wayne, NJ   07470   DAYTIME   973   696-0252
*City*   *State*   *ZIP*   PHONE   *Area Code*   *Phone Number*

E. What is your **height**
without shoes?   5'   3" ½
*feet*   *inches*

F. What is your **weight**
without shoes?   155
*pounds*

✱ Height was 5'10½", I have lost 7½" of Height!

G. Do you have a **medical assistance card?** (For example, Medicaid or Medi-Cal)   YES ☐   NO ☒
If "YES," show the number here: _____

H. Can you speak English? YES ☒   NO ☐   If "NO," what languages can you speak? _____

If you **cannot speak English,** is there someone we may contact who speaks English and will give you messages? *(If this is the same person as in "D" above, show "SAME" here.)*

NAME _____   RELATIONSHIP _____

ADDRESS _____
*(Number, Street, Apt. No.( if any), P.O. Box, or Rural Route)*

_____   DAYTIME
*City*   *State*   *ZIP*   PHONE   *Area Code*   *Phone Number*

I. Can you **read English?** YES ☒   NO ☐   J. Can you **write more than**   YES ☒   NO ☐
your name in English?

FORM SSA-3368-BK (7/98)  DESTROY ALL PRIOR EDITIONS

PAGE 1

Disability Report · Adult · Form SSA-3368-BK

## SECTION 2
## YOUR ILLNESSES, INJURIES OR CONDITIONS AND HOW THEY AFFECT YOU

A. What are the **illnesses, injuries or conditions** that limit your ability to work? ANKLYOSING SPONDALITIS

(A FORM OF ARTHRITIS), OSTEOARTHRITIS, OSTEOPOROSIS — my body has Very extensive ARTHRITIS, I had 2 hips replaced, my neck is in Constant, severe pain; my neck is immobile, my shoulders/arms do not lift up, I am very anemic & stiff & sore 24 hours a day. my knees often need aspiration w/it is often failed to breath

B. How do your **illnesses, injuries or conditions limit your ability to work?** Constant pain & stiffness & soreness — ALL day & Night; difficulty sleeping—I am tired almost all of the time, I have difficulty concentrating because of constant pain & drowsiness. I have almost fallen asleep driving to/from work at least 30-40 times & many times almost have gotten into a car accident, I am not competitive at my work anymore; what once was a minor work item had gotten to be major & difficult. Clothes falling much, much longer & with poor quality. I can't get to work on time & have missed many, many days from sickness.

C. Do your **illnesses, injuries or conditions cause you pain?**   YES ☒   NO ☐
ALL of the day & night

D. When did your **illnesses, injuries or conditions first bother you?** EARLY 90's & has continually worsened & progressed.

| Month | Day | Year |
|---|---|---|
| | | EARLY 1990's |

E. When did you become **unable to work** because of your illnesses, injuries or conditions?

| Month | Day | Year |
|---|---|---|
| 5 | 5 | 98 |

F. Have you **ever worked?**   YES ☒   NO ☐   *(If "NO," go to Section 4.)*

G. Did you **work at any time** after the date your illnesses, injuries or conditions first bothered you?   YES ☒   NO ☐

H. If "YES," did your illnesses, injuries or conditions cause you to:   *(Check all that apply.)*

☒ **work fewer hours?** *(Explain below.)*
☒ **change your job duties?** *(Explain below.)*
☒ **make any job-related changes** such as your attendance, help needed, or employers? *(Explain below.)*

1. Fewer hours — I progressively got to work later & later. As the pain & stiffness is at it's worse in the morning, I so often needed to leave work early & earlier as time went on

2 — As I became increasingly ineffective, my job duties became less & less meaningful

3 — During the last 6-9 months of work, I often needed to take sick day(s) & also vacation & personal days because of the diseases.

I. Are you **working now?**   YES ☐   NO ☒

If "NO," when did **you stop working?**

| Month | Day | Year |
|---|---|---|
| 5 | 5 | 98 |

J. Why did you stop working? Several key reasons including almost falling asleep driving to/from work at least 30 times; falling asleep at meetings with my eyes in my hands, very severe pain causing me to get to work very late & very often, & a growing awareness of my increasing ineffectiveness & less & less ability to "cover it up". Assignments became late & of poor quality & my ability to interact effectively at work degraded substantially, my supervisor's comments indicated their increasing concern about my work.

PAGE 2



New England Baptist Hospital
125 Parker Hill Avenue, Boston, MA 02120

HARRISON, DENNIS
26 96 91 1032798
PRC:01/29/01

## OPERATIVE REPORT

**PREOPERATIVE DIAGNOSIS:**
Ankylosing spondylitis with lumbar flat back syndrome.

**POSTOPERATIVE DIAGNOSIS:**
Ankylosing spondylitis with lumbar flat back syndrome.

**PROCEDURE PERFORMED:**
Anterior spinal release and fusion at L3-4.

**SURGEON:**
Frank Rand, MD

**ASSISTANT:**
Sandro Larocca, MD

**ANESTHESIA:**
General endotracheal.

**INDICATIONS FOR PROCEDURE:**
The patient is a 48-year-old gentleman with ankylosing spondylitis status post previous occipital cervical fusion with decompression as well as bilateral hip replacement who presents now with relative lumbar flat back syndrome for an extension lumbar osteotomy.  He understands the risks and benefits and agrees to go ahead giving his permission.

**PROCEDURE:**
He is properly identified, brought to the operating room, placed in a comfortable supine position.  This done carefully given that he has an occiput to pelvis fusion already.  He was carefully propped up and his abdomen was prepped and draped in a sterile fashion.  He was given antibiotic prophylaxis.

A slightly oblique incision was made between the costal margin and the rectus over what was felt to be the L3-4 disc space.  This incision was carried down through the skin into the subcutaneous tissue.  Dissection was carried down directly to the external oblique muscle which was divided in the direction of its fibers.  This was done carefully to expose the internal oblique with its fibers running in a 90 degree direction to the external oblique.  These likewise were split in the direction of their passage by dissecting a plane between the two muscles and then dividing the internal oblique muscle in the direction of its fibers, actually in 90 degrees to the direction of the wound.

This then revealed the transverse abdominis muscle.  Again, a plane developed between the muscles and they were split also.  A little bit of release of the insertion of the lateral rectus fascia had to be done and then with that there was an opening



*New England Baptist Hospital*
125 Parker Hill Avenue, Boston, MA 02120

HA__SON, DENNIS
26 96 91 1032798
PRC:01/29/01

## OPERATIVE REPORT

placed there. Unfortunately, a left iliac crest bone graft had
been done before which left a fairly large gap and it was
difficult but I was able to sound from the posterosuperior iliac
spine this gap in the posterior pass table and then back into the
inner table area to place an interpelvic post on the left. It was
somewhat easier to do this on the right as there had been no
previous donor site there. These were actually to the length of
around 75 to 80 mm.  It seemed like given his small size and the
length required that the actual transverse linker rod would be
the best fit in the pelvis with a bend to have its tulip top
accept the axial rod.  So these were custom bent to fit within
the pelvis and be long enough and actually the bend made it so
that it was really not prominent at all at the posterosuperior
iliac spine.

With the spine dissected out and this fixation obtained, then
attention was directed at the L3-L4 level and a laminectomy was
done there. This was done actually by Dr. Norregaard of
neurosurgery (who was available for this portion of the procedure
and he will dictate a separate operative note).  Basically, a
pedicle-to-pedicle decompression was performed so that within an
extension maneuver, the L3 root would be out of harms' way.

As the laminectomy was completed, an interspinal spreader was
placed so that the lordosis would not increase gradually, it was
actually maintained in its pre-laminectomy state so that the
decompression could be done quite thoroughly and undercut
actually so that there would be no pinching of the nerve roots.
With this done and actually prior to the laminectomy,
transpedicular fixation was placed at L5,  S1,  L4 bilaterally
(L3 was initially probed but felt that fixation would be too
close proximity to the L4 fixation so this was abandoned); L2 and
L2 transpedicular screws were placed and hooks were placed on the
right side at T8,  T9,  T10,  and T11,  and on the left side at
T8 and T9  (these were over the transverse processes).  With
these fixation points done then, a laminectomy was done and a
corrective spinal maneuver was carried out to increase the lumbar
lordosis.  This really was fairly easy to do given the
laminectomy and to hold it in position an interspinal wire was
placed in the sense that the base of the spinous process, a right
angle clamp was used to go through the interspinous ligament and
a 16-gauge Luque wire was looped around the spinous process of L2
and the trailing edge of L4 as the laminectomy of L3-L4 removed a
good portion of it. A jet wire tightner was used to spin this
down and tighten it and actually held the osteotomy closed. This
allowed the contouring of the spinal rod to be much easier as the
corrective position and maneuver was done. Satisfactory
monitoring was obtained during this time and the rod could be
bent essentially to the in situ position, this was the correct
position. The left sided rod was contoured, bent, and put into
place incorporating the correction. Then the right sided rod was
_____ link it up.  At the

**New England Baptist Hospital**
125 Parker Hill Avenue, Boston, MA 02120

HARRISON, DENNIS
26 96 91 1032798
PRC:01/29/01

OPERATIVE REPORT

PREOPERATIVE DIAGNOSIS:
Ankylosing spondylitis and flat back syndrome.

POSTOPERATIVE DIAGNOSIS:
Ankylosing spondylitis and flat back syndrome.

PROCEDURE PERFORMED:
1.   Laminectomy at L3-L4 with bilateral foraminotomy.
2.   Posterior spinal instrumentation and fusion, T8 to the sacrum
with transpedicular screws and hooks with interpelvic fixation
length to the axial rod system.

SURGEON:
FRANK RAND, MD

ASSISTANTS:
THORKILD VAD NORREGAARD, MD
SANDRO LAROCCA, MD

ANESTHESIA:
General endotracheal.

INDICATIONS FOR PROCEDURE:
The patient is a 48-year-old gentleman who is status post an
anterior L3-L4 disk release and fusion who presents now for his
corrective procedure to realign his spine and increase lumbar
lordosis.

PROCEDURE:
The patient was actually transferred off of the Jackson table.
The chest support built up with blankets to support his
cervicothoracic kyphosis. He was then carefully rolled prone and
positioned on the Jackson table off the stretcher so that care
could be taken not to exert any undue pressure on his head-neck-
chest alignment. With the proper buildup on the chest support, it
seemed like he was comfortably resting then on his chest support
and his hips were comfortably in extension with supports there.
His other pressure points were carefully padded and it was
checked repeatedly through the surgery that he had about a head-
weight worth of pressure on his forehead on a foam pad on the
head support.

His back was scrubbed, prepped and draped in the sterile fashion.
He was maintained on antibiotic prophylaxis.

A midline incision was made from essentially the mid to upper
thoracic spine right down to the sacrum.  This was dissected out
carefully. The bone was fairly soft and dissection was carried
out over both iliac crests so that interpelvic fixation could be



**New England Baptist Hospital**
125 Parker Hill Avenue, Boston, MA 02120

HARRISON, DENNIS
26 96 91 1032798
PRC:01/29/01

## OPERATIVE REPORT

completion of the procedure, there were hooks placed at T8 bilaterally, T9 bilaterally; on the right side, T10-11 caudally directed. These were tighten against the screws placed at L1-2 so that there was no loosening there.  The screws were tighten up in the caudal fragment (essentially the lower lumbar spine at L4, L5, S1, and then the tulip grip of the lateral connector used to go down in between the pelvic tables) was bent and contoured to accept the axial rod at the end of the construct.  This completed then the instrumentation from T8 to the sacrum including interpelvic fixation. The left sided rod was first, the right sided rod was second.

The wound was irrigated with a pulsatile lavager and transverse linkers placed last. Quite a bit of bone graft was obtained from the laminectomy was placed in the posterolateral gutters at the level of the laminectomy , L3-L4 and the remainder of the posterior elements were roughen up some as there was a little bit of movement in the upper lumbar spine to create the rest of the arthrodesis through this area.

The patient had drains placed prior to closure both in the deep subfascial zone as well as in the superficial subcutaneous layer given that the interpelvic fixation came up through the fascia to get into the posterosuperior iliac spines and we will allow the deep hematoma to come up to the surface. The drains were sewn in.

The wound was again irrigated and then closed in layers with O Vicryl to the deep fascia, 2-O to the subcutaneous tissue, and a Monocryl closure in the skin.  Steri-Strips and dressings applied.

The patient tolerated the procedure well. The entirety of the procedure, anterior and posterior somewhere in the 14 hour range. The patient was awoken, remained intubated overnight, carefully transferred to the supine position and all pressure points carefully supported (his head and neck region particularly), and taken to the intensive care unit in satisfactory condition.

---

FRANK RAND, MD

CC: THORKILD VAD NORREGAARD, MD
SANDRO LAROCCA, MD
DOCTOR'S BILLING INC
P.O. BOX 86, HINGHAM, MA 02043



*New England Baptist Hospital*
125 Parker Hill Avenue, Boston, MA 02120

HARRISON, DENNIS
26 96 91 1032798
PRC:01/29/01

## OPERATIVE REPORT

into the retroperitoneal space underneath the transverse abdominis.  Direct blunt dissection was then carried over towards the spine and what was felt to be the L3-4 disc space was identified.

An x-ray actually confirmed this to be the L4-5 disc space so dissection was carried up bluntly more proximally and the L3-4 disc space was identified.  Bookwalter retractor was used to hold retraction as well as a Wylie retractor placed directly on the L3 4 disc space.  With this done, the disc was excised and the end plates were scraped free of end plate cartilage and allograft bone was placed in the disc space after the area was irrigated. Care was taken to nearly circumferentially release the annulus sharply at L3-4 so that this area would extend and open during the posterior portion of the procedure.

With this done, the wound was irrigated and closed reapproximating the muscle fibers, reattaching the lateral rectus fascia, and closing the fascia over the external oblique, 2-0 to the subcutaneous tissue and a subcuticular stitch of monocryl completed the procedure.  Patient tolerated the procedure well. Sponge and needle count was correct.

_____

FRANK RAND, MD

FR:EDiX13193    C: 02/06/01 12:32
D: 02/03/01 11:24 T: 010206 12:32 DOCUMENT: 200102030103622900

Dennis Harrison                           OFFICE VISIT: 4/3/01

He comes back today on short notice. He called me the other day stating that he had some back pain and clicking that was new. When I saw him last time, there was evidence of a broken rod and at that time he seemed largely asymptomatic and fairly comfortable. He called the other day and was uncomfortable, without radiating pain, without bowel or bladder control issues and without any other signs. He has mild constitutional signs and has been just not feeling well.

Physical exam today shows nothing awry with his back that I can tell on gross exam. He moves pretty well. Interestingly, he states that he has been driving his daughter to school for the past three weeks and has therefore been really quite active; at about the six-week mark post-op he was fairly active already. This activity may feed into this situation.

In any case, he has been wearing his Jewett brace. He is concerned that there may have been a little loss of correction and whether he actually needs some more correction.

Review of x-rays taken today shows really no change. There is what looks like a broken rod on one side. The wire and the other rod are quite intact and the rod has not displaced any.

PLAN: At this point, I would follow him symptomatically. I think if he does not get better with some stabilization over time, he will be symptomatic and will then want to have a revision. If I did that, I would do it as a pedicle subtraction type osteotomy and try to get a little more correction, as well as reinstrument him. He understands that and will think it over.


Frank F. Rand, M.D.

FFR/bcg

CONCORD HOSPITAL
250 Pleasant Street
Concord, New Hampshire  03301

**EMERGENCY ROOM VISIT**                              Page 1

Harrison, Dennis                 Rm#:                    Hosp#: 53-04-89
DOB: 11/19/1952                  Pat. Type: E/R
Att. Phy: Russell S Kay, MD      Date: 02/10/2002        Act#:0204100183

**ATTENDING PHYSICIAN:** Roger Belson, M.D.

**CHIEF COMPLAINT:** Motor vehicle crash, back pain.

**HISTORY OF PRESENT ILLNESS:** The patient is a 49-year-old male who was involved in a motor vehicle crash. He was the back-seat passenger. It was a multiple car pileup on icy roads. He was restrained. He complains of pain in his right upper back.

**PAST MEDICAL HISTORY:** This is a gentleman whose past medical history is very significant in that he has enclosing spondylosis and spondylitis. He has had a lumbar fusion. He has rheumatoid arthritis. He has osteoporosis.

**DAILY MEDICATIONS:** Klonopin, Epogen, Oxycontin, Fosamax, methotrexate, imipramine and Tylenol #4.

He arrives fully immobilized in a mass casualty incident. His complaints only have to do with the right upper back. This is upper to mid thorax, just to the right of midline in the region of the scapula. He did not hit his head. He says he has chronic pain everywhere, but no other areas are hurting anymore than usual.

**PHYSICAL EXAMINATION:** Blood pressure is 152/78, pulse 90, respiratory rate 16. He is afebrile. Pulse oximetry is 98%. His pupils are equal. Face is symmetric. Tongue is midline. He has a significant kyphosis. There is no tenderness to the neck. The area of discomfort that he has is the region of the right scapula or just to the midline from that, but palpation in this area does not seem uncomfortable. His lung sounds are clear. His anterior chest is nontender. His abdomen is soft. The gentleman was able to ambulate up and down the halls without significant discomfort. He has strong peripheral pulses in both arms and ankles.

An x-ray of the chest is obtained. It shows a normal mediastinum, no pneumothorax and no incidental rib fracture. He has hardware in the lumbar area. There is no pneumothorax. It is my impression that this is a soft tissue injury. He was given two Tylenol #4 here. I am going to ask that he continue with his usual medications at home. He should expect several days of soreness, but after that, there should be some decrease in the area of discomfort. If this is not the case, he needs to return here or contact Dr. Belson.

**DIAGNOSIS:** Strained right upper back.

Document #658706
**ORIGINAL**

CONCORD HOSPITAL
250 Pleasant Street
Concord, New Hampshire  03301

**EMERGENCY ROOM VISIT**                           Page 2

Harrison, Dennis                    Rm#:                      Hosp#: 53-04-89
DOB: 11/19/1952                     Pat. Type: E/R
Att. Phy: Russell S Kay, MD         Date: 02/10/2002           Act#:0204100183

Dictated and Authenticated by:
Russell S Kay, MD
D: 02/10/2002 9:44 P
T: 02/11/2002  5:26 P
omn
593420

cc:    Russell S Kay, MD

Document #: 658706
**ORIGINAL**

MAR-25-02 12:13 AM   JAMES.M.TRICE                603 225 8325                P.02

Feb. 5, 2002

HARRISON, DENNIS

Since I saw him last, he has been started on *Epogen* for his chronic anemia. He has developed depression in the wake of his mother's death and he has just recently been started on Celexa 20 mg. a day. He has been very comfortable with respect to his arthritis although he does have some ongoing heel pain.

EXAM: On exam he has no significant swelling or tenderness in the DIP, PIP or MCP joints. There is 1-2+ swelling but no pain with palpation or passive flexion and extension in the right wrist. The left wrist reveals full ROM without pain. The elbows, shoulders, hips, knees and ankles reveal no pain with passive motion. Effusions are present in both knees. Midfoot and MTP joints are non-tender.

IMPRESSION:     1)   Inflammatory polyarthritis which has I think certainly from a clinical
standpoint improved substantially.
                2)   Intercurrent depression.
                3)   Chronic anemia secondary to #1.
                4)   Osteoporosis.

PLAN: Continue Methotrexate 20 mg. a week, folic acid 2 mg. a day, Prednisone 20 mg. every
other day and his other meds as previously.  Recheck in two months.          JMT/esw
cc:  Dr. Belson  2/8/02 fw

2.25.02  R  pt · c/o ↑ spine pain, wrist pain + recurrent pain in head p/st
accident a 2wks ago. Ref to PCP. ? when surgeon has suggested for
Spine surgery - cannot remember.   L/Levy or L tenderness pt int. (or

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York 12206
(518) 489-2666 • Fax (518) 489-5933/2080

SEPTEMBER 20, 2002

HARRISON, DENNIS
CHART #:
DOB:

This is a 49 year old male who used to work as a product manager for AT & T who has a long history of musculoskeletal problems. He has been diagnosed as having ankylosing spondylitis. He underwent a cervical fusion for basilar invagination. He was having terrible headaches. That helped. That was back in 1999. In 2001 he underwent a massive surgical reconstruction for flat back secondary to the ankylosing spondylitis and it looks like they did his surgery from T8 down to the sacrum and did an osteotomy at the L3-4 level. He had been doing okay until a motor vehicle accident that arose February of this past year. Since that time he has had a down trend of his function. February and March he had mild dysfunction. April and May it became moderate. July to present it became quite severe. He notes that the pain sometimes is in his lower mid back when he lies down but a lot in his buttock region that creeps around to his lower abdomen and anterior thigh region, more so on the left than on the right. He has been told that his left total hip replacement is okay. He has had no bowel or bladder accidents. X-rays had shown a failed rod on one side in the past at about the 2-3 level and most recently it looks like both rods have now failed. He has some bladder urgency but no definitive bowel or bladder accidents. He went to see a surgeon in Concord, New Hampshire who didn't feel there was much to offer. He is now here because of the worsening of his symptomatology. He has been taking very high, more than normal doses of Ibuprofen to help diminish his pain. He is on Indocin. He takes Procrit, Vioxx, Tylenol #4, Oxycontin, Klonopin, Folic Acid, Imipramine, Methotrexate and Prednisone. He has anemia, nephrosis, osteoporosis and rheumatoid disease. In looking at the notes from the past, they did an anterior L3-4 osteotomy. They did that through a mini lateral incision on the left side but I think they did that to be able to get an adequate osteotomy done.

PE: He has a well healed posterior scar. He notes that he is starting to tilt forward similar to what he had done before this previous surgery but he lies down or when he pushes himself back, he is able to tilt back.

ASSESSMENT:  Pseudarthrosis/failed instrumentation most likely exacerbated by the motor vehicle accident.

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York 12206
(518) 489-2666 • Fax (518) 489-5933/2080

HARRISON, DENNIS
PAGE TWO
SEPTEMBER 20, 2002

SUGGESTION & DISCUSSION: I explained to him that in the past somebody took a big wedge out of the back of his spine, put it in the front so that they could crank him back so he could look up. That had held okay but when the bone underneath doesn't want to heal, the metal eventually takes all the stresses. The metal is like a big super duper coat hanger. Eventually you could break it if you put enough stresses on it. One of the rods had already been broken which means that underneath that rod, there is an area that hasn't healed solidly with bone but it has fiber tissue. There is a reason why that happens. When you take bone and use bone graft, you take it from one place and put it somewhere else. The body destroys it; makes it into fiber tissue and then it is supposed to calcify and ossify it. At any point in time, it can stop what it is supposed to do and just sort of end up with sort of like a fibrous tissue. That might have been what was holding him all along and that rod until he got whacked. The rod shearing then made things unstable which is why he is tilting back and probably suffered some sort of a fracture there. Not only did he fracture through the rod but fractured through the bone as well. Interestingly enough, folks with ankylosing spondylitis are the ones who end up with catastrophic problems from accidents. What that means is that the bones of their spine don't have a whole lot of flexibility between them so an accident makes it more like a bamboo stick and they can break. So in reality, he is a real lucky camper that he had those rods in because they acted like a bit of an added support that held him.

On his examination today, I find a couple of unusual findings. It looks like his reflexes are more brisk than usual to both his upper and lower extremities. When I stroke the bottom of his left foot, his toes come out and fan while on the right side they don't which is also indicative of an abnormal reflex that means that there may have been or still could be some pressure on the spinal cord, not necessarily at that L2-3 region but more so somewhere else. So I think we have our work cut out for us. I do think we probably need to consider repairing where that crack arose. That would mean that we would need to take out some of the metal, span across it, open up the front and put something in that space like the guy had done at the level just below. We may even need to put some metal screws in there. What is not in our favor is that the guy has got thin bone, he has got osteoporosis, he has also got a problem with

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York 12206
(518) 489-2666 • Fax (518) 489-5933/2080

HARRISON, DENNIS
PAGE THREE
SEPTEMBER 20, 2002

Prednisone usage because that makes the bones even weaker. I think we have got to deal with what we have to deal with. I do think we need somebody to help us direct his medical care. He is going to need surgery here more than likely to try to fix that area. I am a little concerned though to try to understand where all the rest of the findings are. I think I want to go ahead by doing MRI's of his neck, mid and low back and see if there is any obvious outside pressure that is poking on the spinal cord. They may not be. All this business could actually be from the original foramen magnum problem which is all the way up in the top of the brain and that might have been the precipitating event of all these abnormal reflexes to begin with. So I think we need to do a couple of things. We are going to need to MRI his brain, C-spine, T-spine and L-spine in anticipation for surgery. I want to do a bone scan. Even though his injury arose in February which was about seven months ago, we may be lucky enough to see some abnormal uptake at that L2-3 level. I would like somebody to see him from Rheumatology here. We may want him to be seen by a neurologist dependent upon what the MRI shows. I would like him to get in some sort of turtleshell. We will see about getting a new brace fabricated. I just want him to be protected because I do think that that is a weak link so if, indeed, he falls over the fence, gets tripped up, that may be an area that may cause damage. He also needs to understand though that at the upper most area where the surgery ends is also at risk as well. I am sure that they had told him that in the past. I am also going to send him over for some x-rays, standing AP and lateral scoli C-spine AP and lateral, supine lateral scoli in flexion and extension. I will see him back in just a moment with those x-rays.

Allen Carl, M.D., F.A.C.S.

AC/lg
cc:  Dr. Paul Donovan
     Dr. Cristello

*admit*

*1/13*



# BENEDICTINE
## H O S P I T A L

### EMERGENCY DEPARTMENT REPORT

PATIENT NAME:     HARRISON, DENNIS
MEDICAL RECORD NUMBER:     33-69-63
ACCOUNT NUMBER:     000341944
DATE OF ADMISSION:     01/09/03
DATE OF DISCHARGE:     / /
EMERGENCY PHYSICIAN:     RUSSELL FIRMAN, M.D.
FAMILY PHYSICIAN:
ROOM NUMBER:     EMR

CHIEF COMPLAINT:     Right hip pain.

HISTORY OF PRESENT ILLNESS: The patient is a 50-year-old white male who presents to the emergency department with hip pain. He fell on ice. He landed directly onto his right hip. He felt a snap. He received 5 mg of morphine in the pre-hospital setting. The patient said that he had bilateral hip replacements with one in the early 1990's, and the right hip was replaced in 1995 in New Jersey. The patient has pain of a 9 out of 10 upon arrival. There is no back pain or belly pain associated with this. There is no chest pain or shortness of breath. He did not have a syncopal episode. No lightheadedness or dizziness. He said he was just walking and slipped on ice when this occurred. He is normally on OxyContin for pain in his neck as he has a cervical spine tumor. He denies any neck pain currently. No modifying factors. It feels better when he is laying still.

REVIEW OF SYSTEMS: At least eight other systems are reviewed and found to be negative in addition to those reviewed above.

PAST MEDICAL HISTORY: Cervical spine tumor for which he is being cared for in Albany. Hip replacements bilaterally. Rods in the back. Prostate disease.

PAST FAMILY/SOCIAL HISTORY: No alcohol or tobacco use.

CURRENT MEDICATIONS: Vioxx, Tylenol with codeine, Imipramine, Klonopin, prednisone, Fosamax, OxyContin, Procrit.

ALLERGIES: Indocin.

PATIENT NAME:               HARRISON, DENNIS
MEDICAL RECORD NUMBER:      33-69-63
ACCOUNT NUMBER:             000341944
DATE OF ADMISSION:          01/09/03

**PAGE 2**

PHYSICAL EXAMINATION:          Vital signs as per the emergency
department record.  PERRLA.  EOMI.  No head trauma.  Spine nontender.
The back is nontender.  Lungs are clear and equal bilaterally.  Heart
has a regular rate and rhythm.  Abdomen is soft, benign, and
nontender.  The right proximal thigh is swollen with an obvious
hematoma present, and there is pain on any palpation of the right
greater trochanter and over the proximal femur.  The knee is
nontender.  Skin is warm and dry with no DVT.  Pulses are intact.
Capillary refill is less than two seconds.  The patient is well
hydrated and nontoxic appearing.  No depression.  No cellulitis.  No
lymphadenopathy.  Cranial nerves are intact.  Cerebellar exam is
negative.  There are good pulses to the right lower extremity which
are slightly shortened.  No compartment syndrome.

DIAGNOSTIC TESTING:          Electrolytes are normal except for a
glucose of 117, BUN of 26, $CO_2$ of 30, calcium of 8.3.  The hemoglobin
is 9.1.  White blood cell count is 12.8.  Platelet count 572,000.  X-
ray of the pelvis, right hip, and right femur showed there to be a
fracture starting at the mid shaft of the right stem replacement
running obliquely down below the stem through the femur.

DIAGNOSIS:              1.    Acute right femur fracture.
                        2.    Mild hyperglycemia.

PLAN OF CARE:          The patient was given 10 mg of morphine
IV, and I have consulted Dr. Null at 0950 and asked him to evaluate
the patient.  The patient requested treatment and services here at the
hospital and his definitive care here.  The patient's pain will be
reassessed.  He was re-examined several times to make sure that a
compartment syndrome does not develop or any expanding hematoma.
Condition at the time of consultation with Dr. Null is stable.

RF/ddi/eb
D:01/09/03
T:01/09/03                      RUSSELL FIRMAN, M.D.
BY:0792
7A/14YFL/J:5687
XZ:#7805687.193

U:000792



**BENEDICTINE**

**H O S P I T A L**

### DISCHARGE SUMMARY

PATIENT NAME:                    HARRISON, DENNIS
MEDICAL RECORD NUMBER:           33-69-63
ACCOUNT NUMBER:                  000341944
DATE OF ADMISSION:               01/09/03
DATE OF DISCHARGE:               01/13/03
ATTENDING PHYSICIAN:             WILLIAM NULL, M.D.


ADMITTING DIAGNOSIS:             Fracture of right femur.

HISTORY OF PRESENT ILLNESS:  A 50-year-old white male with a history
of ankylosing spondylitis and bilateral total hip replacements, who
fell on the ice, on the day of admission, suffering a fracture to his
right femur below the hip prosthesis.  The patient was admitted for
definitive treatment.

PHYSICAL EXAMINATION:           On admission, the right leg was
significantly shortened and swollen, externally rotated.
Neurovascular status intact.

X-rays showing a spiral comminuted fracture at the base of the right
femur, right femoral prosthesis.

HOSPITAL COURSE:                On the day of admission, the patient
went seen by medicine and cleared medically for surgery.  He was taken
to the operating room on the following day where he had an open
reduction and internal fixation of the right femur with a plate,
screws and cerclage wires.  Postoperative course was essentially
unremarkable.  Maintained for 48 hours on prophylactic IV Ancef.  He
was started on physical therapy for transfers and ambulation on weight
bearing of the extremity.  He was discharged to home.  Follow up in
the office in 10 days for removal of his stitches.


WN/ddi/ci/zh
D:02/18/03
T:02/18/03                       WILLIAM NULL, M.D.
BY:0470
7D/15ZMK/J:1048
XZ:#7931048.2I3

U:000470


MARY'S AVENUE   KINGSTON, NEW YORK   12401   914 338 . 7500   FAX:  914 334 . 4737

3403A



# BENEDICTINE
## H O S P I T A L

HOSPITAL REGULATION: All positive & important findings shall be recorded.

### PRE-OP HISTORY & PHYSICAL

PATIENT NAME:               HARRISON, DENNIS
MEDICAL RECORD NUMBER:   33-69-63
ACCOUNT NUMBER:          000341944
DATE OF ADMISSION:       01/09/03
ATTENDING PHYSICIAN:     WILLIAM NULL, M.D.

ADMITTING DIAGNOSIS:      Fractured right femur.

CHIEF COMPLAINT:         Pain, right leg.

HISTORY OF PRESENT ILLNESS:  This is a 50-year-old white male with a history of ankylosing spondylitis and bilateral hip replacements who slipped and fell on the ice on the day of admission suffering an injury to his right leg.  He was seen in the Benedictine Hospital emergency room where x-rays revealed a displaced fracture of the right femur just below the right total hip prosthesis.  The patient is now being admitted for definitive operative intervention.

PAST MEDICAL HISTORY:     Significant for ankylosing spondylitis and anemia.

PAST SURGICAL HISTORY:    Bilateral total hip replacements and spinal fusion both cervical and lumbar.

MEDICATIONS:            Prednisone 20 mg q.o.d., Fosamax 70 mg q. week, Klonopin 2 mg p.o. h.s., Vioxx 25 mg p.o. b.i.d., imipramine 30 mg q.h.s., Celexa 20 mg q.d., OxyContin 40 mg t.i.d., Prinivil 10 mg q.d.

ALLERGIES:

SOCIAL HISTORY:         He lives with his wife.  He does not drink or smoke.

FAMILY HISTORY:         Ankylosing spondylitis.

REVIEW OF SYSTEMS:      Confined primarily to right hip pain today.

MARY'S AVENUE   KINGSTON, NEW YORK   12401   914 338 . 2500   FAX: 914 334 . 4737

PATIENT NAME:                HARRISON, DENNIS
MEDICAL RECORD NUMBER:       33-69-63
ACCOUNT NUMBER:              000341944
DATE OF ADMISSION:           01/09/03

**PAGE 2**

PHYSICAL EXAMINATION:        A well developed, well nourished white
male in obvious distress.  Head is normocephalic, atraumatic.  Pupils
equal, round, reactive to light and accommodation.  Extraocular
movements are intact.  Throat is clear.  Tongue is midline.  Neck is
rigid with minimal motion.  HEART:  S1 and S2 normal without murmurs.
Lungs are clear bilaterally.  Abdomen is soft and nontender.  Bowel
sounds are normoactive.  Examination of the right leg shows
significant swelling with shortening of the right leg in external
rotation.  There is crepitus and pain with range of motion.
Neurovascular status intact right lower extremity.

X-rays, AP and lateral, of the right femur show a comminuted
transverse fracture just below the tip of the prosthesis of the right
femur.

PLAN:               Patient admitted for an ORIF of his
right femur.  He will require a plate with wires above and screws
below.  The procedure, complications, risks, and benefits were
explained to the patient.  Dr. Donahue will see the patient in
medical consultation.  May consider preoperative transfusion for the
anemia.

WN/ddi/ei
D:01/10/03
T:01/10/03
BY:0470                      WILLIAM NULL, M.D.
RH/14ZLS/J:5841
AZ:#7995841.1A3

U:000470

3403A



# BENEDICTINE

## H  O  S  P  I  T  A  L

### OPERATIVE NOTE

PATIENT NAME:                    HARRISON, DENNIS
MEDICAL RECORD NUMBER:           33-69-63
ACCOUNT NUMBER:                  000341944
DATE OF OPERATION:               01/10/03
SURGEON:                         WILLIAM NULL, M.D.
ASSISTANT:

PREOPERATIVE DIAGNOSIS:          Fracture of right femur.

POSTOPERATIVE DIAGNOSIS:         Fracture of right femur.

OPERATION PERFORMED:             Internal fixation, right femur.

DESCRIPTION:                     The patient was taken to the operating
room and after adequate spinal anesthesia, the patient was positioned
in the lateral decubitus position with the right hip up.  The patient
was secured with the hip hugger, and the right hip and thigh were then
prepped and draped in a sterile fashion using alcohol and Betadine.  A
skin incision was made beginning at the distal aspect of the total hip
incision that was previously present from the greater trochanter
three-quarters of the way down the thigh.  The incision was carried
down through subcutaneous tissue.  Hemostasis was achieved with
electrocautery.  The fascia of the iliotibial band was exposed.  This
was then incised the length of the incision, exposing the fascia of
the vastus lateralis.  The vastus lateralis and its muscle fibers were
then lifted off the posterior interosseous membrane.  Perforating
vessels were identified and either coagulated by electrocautery or
ligated and tied with 0 Vicryl ties.  The dissection was continued
along the posterior interosseous membrane until the femur was
encountered. The fracture was exposed.  There was a butterfly fragment
laterally and posteriorly, and there was complete displacement of the
fracture as previously noted.  Using blunt and sharp dissection, the
muscle fibers were split off the femoral shaft at the left of the
fracture to expose the entire fracture and using irrigation and
debridement and using a curet, the hip was then reduced.  Traction was
applied using bone-holding clamps to reduce the fracture.  The
fracture was at the very tip of the total hip prosthesis, and the
cement was still intact, including the bone cement plug in the distal
fragment.  Traction was applied on the thigh until the tip of the
prosthesis could absolutely be fitting into the distal fragment,
locking with the fracture in place and then held with a bone-holding

5 MARY'S AVENUE   KINGSTON, NEW YORK   12401   914 338 . 2500   FAX:  914 334 . 4737

PATIENT NAME:             HARRISON, DENNIS
MEDICAL RECORD NUMBER:    33-69-63
ACCOUNT NUMBER:           000341944
DATE OF OPERATION:        01/10/03

PAGE 2

clamp.  The butterfly fragment was then reduced and held with a bone-
holding clamp.  The C arm was brought into position, which confirmed
anatomic reduction of the fracture.  A nine-hole plate was then bent
to conform to the lateral aspect of the femur, bringing it up along
the lateral border of the greater trochanter.  The plate was secured
to the fracture.  The distal three holes were drilled with the 3.2-mm
drill tapped with a 4.5 tap and 4.5 cortical screws placed.  The
remaining holes, because they were over the prosthesis and the
fracture, were secured using cerclage wires.  The wires were passed
with a wire passer. A 2-mm wire was passed through it.  It was passed
and tightened with the tightener, and then the excess wire was removed
with the clamp.  This was performed at the remaining seven slots.  At
the most proximal slot, one wire was passed beneath the lesser
trochanter.  A second wire was attempted to be passed proximal to this
and was unable to be passed; the space was too tight and there was
nowhere to pass that wire without risking injury to the neurovascular
structures.  Therefore, that wire was left off, and one cortical screw
was placed proximally by drilling with a 3.2 drill, tapping with a 3.5
tap, and a 3.5 cortical screw placed.  AP views with the C arm
confirmed anatomic reduction of the fracture and correct position of
the screws, wires, and plate.  A  bone  graft was then placed
around the fracture site both medially and laterally.  The wound was
copiously irrigated with triple antibiotic solution, and the vastus
lateralis fascia was now tapped posterior to the interosseous space.
The iliotibial band was then closed with figure-of-eight sutures of 0
Vicryl suture.  The subcutaneous tissue was closed with simple sutures
of 0 Vicryl suture.  The skin was closed with staples.  Xeroform
gauze, Kerlix, sponge, and ABD was used as dressing.  The patient went
to the recovery room in satisfactory condition.  There were no
complications.  Blood loss was approximately 1000 cc.


WN/ddi/ci/rq
D:01/10/03
T:01/11/03                      WILLIAM NULL, M.D.
BY:0470
7Q/150FT/J:5885
XZ:#7925885.1A3

U:000470

HARRISON, DENNIS
DOB:   11/19/1952

WLN
01/23/2003
SUBJECTIVE:  The patient returns for re-evaluation.  He is a
50-year-old white male who I saw at the Benedictine Hospital
emergency room on January 9, 2003, with a fractured right femur
below a right total hip replacement.  He was admitted and treated
with open reduction and internal fixation with screws and wires.
He comes for removal of the stitches, as well as evaluation of a
popping sound that he has been having.  Upon discussion, he has
been weightbearing on this leg, when is supposed to be
nonweightbearing.

OBJECTIVE:  Examination shows that, as he walks, he does put about
30-40% of the weight on that leg.  The wound is healing nicely.
The stitches are removed and Steri-Strips are applied.  He has good
range of motion; no abnormalities are noted.  His neurovascular
status is intact in the right lower extremity.

RADIOGRAPHS:  Taken today, AP and lateral of the right femur, show
the fracture has anatomic alignment, with excellent position and
alignment of the cerclage wires, thigh plate, and screws.

IMPRESSION:  Healing fracture, right femur.

PLAN:  My biggest concern is the weightbearing.  I told him that he
really needs to be off the leg more; otherwise, this is going to
fail.  He will be rechecked in 4 weeks with new x-rays.  He will
call me if there are any problems.


_____
WILLIAM L. NULL, M. D. [002510]

DICTATED BY:  NULL, WILLIAM L., M. D. [002510]
2516/019911/10056/10015
DD: 01/24/2003   DT: 01/26/2003 22:18

cc:  Dr. Paul Donovan, Grand Street Medical Associates, 27 Grand
     Street, Kingston, NY 12401, FAX: 845-334-9894

JUL 1 5 2003

PMB

$T-0^n$

Harrison, Dennis
DOB:

WLN
DOS: 2/20/03

PROBLEM: Right leg.

HISTORY OF PRESENT ILLNESS: The patient returns. He is now 5 weeks since his internal fixation of the right femur. Upon discussion with the patient, 2 or 3 things have occurred since I saw him last.
1. He has not been using crutches, as I told him. He has been putting the crutch on the right side and trying to not weightbear that way.
2. He also told me that 2-1/2 weeks ago he ran quickly to the door, because he thought his wife was having some trouble outside, and slipped and fell down the stairs. Since that time, he has noted swelling on the lateral aspect of his leg. He failed to call and notify us and he comes here for evaluation.

PHYSICAL EXAMINATION: Today, the right leg is obviously swollen and deformed, proximally. Amazingly, he does not have a lot of discomfort. Neurovascular status is intact in the right lower extremity.

RADIOGRAPHS: Were repeated today. AP and lateral views of the femur show that the patient has torn 2 of the 3 cerclage wires, and the 1 proximal screw is angulated about 20 degrees.

IMPRESSION:
1. Refracture of the right femur.
2. Failure of fixation, secondary to trauma.

PLAN: At this time, I had a long discussion with the patient. My concerns are that this may continue to fail without proper fixation and the patient is unable to remain nonweightbearing. His best choice may be to have a long stem prosthesis placed, but that would certainly require extensive surgery, since the cement mantle below the tip of the prosthesis is about 6-7 inches long. I discussed this case with Dr. Mark Fuchs. He will see the patient in Albany next week. The patient will remain on bed rest at home with minimal ambulation, strict nonweightbearing, until he sees Dr. Fuchs and we make a decision on what the best treatment options would be from this point forward.

William L. Null, M.D.

WLN/ti/Harrison.Darris.2510.098870
DD: 02/22/2003  DT: 2/23/03

cc  Paul Donovan, M.D.
    Grand Street Medical Associates

ALBANY MEDICAL CENTER HOSPITAL
NEW SCOTLAND AVENUE
ALBANY, NY 12208

TRANSFER DISCHARGE SUMMARY

**NAME:** HARRISON, DENNIS                    **MED. REC#:** 1879639

**ATTENDING MD:** PAUL HOSPODAR, M.D.         **ADMISSION DATE:** 02/25/2003
**DATE OF BIRTH:** 11/19/1952                 **DISCHARGE DATE:** 03/05/2003

**ADMISSION DIAGNOSIS:** Right periprosthetic femur fracture.

**DISCHARGE DIAGNOSIS:** Status post removal of hardware, antibiotic spacer placement, as well as cerclage vying _____ of right prosthetic femur fracture.

**HISTORY OF PRESENT ILLNESS:** The patient is a 50-year-old gentleman with a long history of ankylosing spondylitis with multiple orthopedic surgeries. The patient previously had three procedures in his right hip region. He has also had bilateral total hip arthroplasties as well. He had some spine surgery.

**PAST MEDICAL HISTORY:** Significant for ankylosing spondylitis as well as osteoporosis and osteoarthritis and anemia.

**PAST SURGICAL HISTORY:** Bilateral total hip arthroplasties in 1995, cervical fusion in 1999, lumbar fusion in 2000, open reduction internal fixation of the right femur two months ago.

**MEDICATIONS:** Include:
1. Vioxx.
2. Oxycontin.
3. Klonopin.
4. Imipramine.
5. Celexa.

**ALLERGIES:** Indocin.

**PHYSICAL EXAMINATION:** *At time of admission is documented in his chart.* HEENT: Left eye with some slight ptosis. HEART: Regular rate and rhythm. S1, S2. CHEST: Clear to auscultation bilaterally. ABDOMEN: Positive bowel sounds. Soft, nontender, nondistended. EXTREMITIES: Pain with range of motion of his right fib deformity and the right hip as well. Sensation was intact throughout upper as well as lower extremities and there is no pain with any range of motion of any other joints other than his right hip.

**HOSPITAL COURSE:** The patient was admitted to the Orthopedic Surgery Service. He was seen by the Nutrition Service in order to optimize his nutrition. He was taken to the Operating Room on 2/28/03 and underwent removal of hardware and open reduction internal fixation and placement of antibiotic spacer. The patient tolerated the procedure well without any complications at all. At the time of surgery there was noticed to be some grossly purulent fluid near the site of his fracture and there was some loose femoral components as well noted. The patient therefore underwent removal of hardware as well as I&D and the patient had the placement of an antibiotic spacer. He was seen by Dr. Ellis Tobin's Infectious Diseases Service and was started on Ancef awaiting full culture data. The culture showed good enterococcus as

**ALBANY MEDICAL CENTER HOSPITAL**
**TRANSFER DISCHARGE SUMMARY**

**NAME:** HARRISON, DENNIS
**MED. REC.#** 1879639

well as enterococcus fecalis and so the patient was started on some vancomycin. He also had a chest CT done to rule out any sort of metastatic lesions at all. That was normal as well as a bone scan that was done which showed simply some lesions which were probably old healing rib fractures. The patient had a PICC line placed and he was started on vancomycin with his trough level to be checked weekly. The level will be maintained between 10 and 15 and the patient will receive 6 weeks of IV vancomycin.

**DISCHARGE MEDICATIONS:** The patient will be continuing on these medications at the time of discharge:
1. Oxycontin 40 mg p.o. t.i.d.
2. Vancomycin 1 gm IV q.12h. with trough levels to be checked two times a week as well as previously noted.
3. Protonix 40 mg p.o. q.d.
4. PICC line flushes as per protocol with statin levels taken.
5. Lortab 1-2 tablets p.o. q.4-6h. p.r.n. with a maximum daily dose of Tylenol 4,000 mg from all sources.
6. Ortho bowel regime.
7. Coumadin to maintain an INR between 1.5 and 2.0 for deep vein thrombosis prophylaxis.
8. Celexa 20 mg p.o. q.d.
9. Imipramine 30 mg p.o. q.h.s.
10. Klonopin 2 mg p.o. b.i.d.
11. Vioxx 50 mg p.o. q.d.

**DISCHARGE INSTRUCTIONS:** The patient was doing well at the time of discharge. He had no complaints. His wound has remained clean, dry and intact and he will continue with some rehabilitation as well. The patient will continue to be nonweightbearing with posterior precautions to his right lower extremity.

**FOLLOW UP:** The patient will be followed by Dr. Hospodar of Capital Region Orthopedic Group at 489-2666 as well as Dr. Ellis Tobin's Infectious Disease Service as well.


_____                    Date: _____
PAUL HOSPODAR, M.D.

SHENBAGAMURTHI/ds
D: 03/05/2003
T: 03/05/2003
Job #: 276734
Doc. #: 64208

cc:

THE VALLEY HOSPITAL
OPERATIVE RECORD
SURGEON: JOSEPH PIZZURRO, M.D.
SURGEON ASSISTANT: JAMES PEDICANO, M.D.
DATE OF SURGERY: JUNE 27, 2003
PATIENT: DENIS HARRISON
MR# M 493383
ROOM#6
COPIES TO: CHART AND DR. PIZZURRO

TYPE OF OPERATION: Removal of an antibiotic impregnated methyl methacrylate prosthetic spacer with revision right total hip arthroplasty with a 64 mm Trident two-piece cup With a Constrained liner, a Proximal Modula Replacement Stem with a HNR proximal body, 80 mm mid body, and a 13 mm X 127th millimeter stem with antibiotic impregnated methylmethacrylate, Standard [22 mm] head, Dall Miles cables.
ANESTHETIST: HENRY ZHOU, M.D.
ANESTHESIA: GENERAL ENDOTRACHEAL
PRE- OPERATIVE DIAGNOSIS: Status post removal of total hip prosthesis, fixation plate, screws, and methyl methacrylate for an infected periprosthetic fracture right femur.
POST- OPOERATIVE DIAGNOSIS: Status post removal of total hip prosthesis, fixation plate, screws, and methyl methacrylate for an infected periprosthetic fracture right femur.

GROSS FINDINGS:
This patient had a hybrid total hip arthroplasty in 1995 and sustained a periprosthetic fracture in February, 2003. He underwent an open reduction and plate, screw, and cable fixation which became infected and was subsequently removed, debrided, with insertion of an antibiotic impregnated methylmethacrylate prosthetic spacer. There was marked scarring of all tissues about the hip joint with a comminuted nonunited fracture of the shaft of the femur with poor quality bone. The acetabular bone was reasonably good. Cultures were taken prior to the administration of antibiotics and a gram stain was negative for organisms. Due to the deformity of the fracture, but comminution of the fracture, and the quality of bone, it was decided to use a Proximal Modula Femoral Replacement stem. Due to the patient's overall disease in the type of prosthesis used for the femur it was decided to use a Constrained liner. Aside from scarring the many soft tissues were not remarkable.

PROCEDURE:
The patient was brought operating room number 6, which is a clean air room where laminar flow filters have been functioning for several hours. The operative team wore General endotracheal anesthesia was administered. When adequate level of anesthesia was obtained, a today catheter was inserted. The patient was placed in the lateral position and was held in position by inserting the appropriate pegs in the appropriate holes.

The patient was draped in the usual manner, with sterile paper drapes. After all appropriate draping had been completed, utilizing a previous long curvilinear scar a curvilinear incision was mapped out and made over the greater trochanter, extended down the femoral shaft approximately 10 cm and proximally 30 cm. The procedure was carried down by sharp dissection through the subcutaneous tissues to the fascia lata. The fascia lata was developed and divided along the femur and the posteriorly into the muscle fibers of the gluteus maximis. The two layers were developed and a large self-retaining Charnley C retractor was inserted.

Attention was then placed to the back of the trochanter where scarred soft tissues and capsule were opened in one layer by coagulation and cutting cautery. A aerobic and anaerobic cultures were taken. Whatever capsule was left was removed with cutting cautery. The hip joint was dislocated. The soft tissues were cleared out of the proximal femur and the antibiotic prosthetic cement spacer was removed.

A capsulotomy incision was made on the superior and anterior capsule. A large anterior retractor was inserted. A capsulotomy was performed also inferiorly and posteriorly. A large inferior retractor was inserted with a pad behind it. The soft tissue around the acetabulum were cleared. With the use of an acetabular gourge and curettes the granulation tissue in the acetabulum was removed. The acetabulum was reamed to a 63 mm with concentric reamers at every 2mm.

A 63 mm and 64 mm acetqbular expanders were then used. The 64 mm was left in place. The acetabular was irrigated. At this time, the femoral head was reamed into a cancellous paste.
The exspander was removed and the acetabulum was irrigated and impacted with cancellous paste from the acetabular moral reamings. The outer shell, of a 64 mm Trident 2 piece cup was the aligned and impacted. When this was completed the holder was removed. A central screw was inserted and a Constrained polyethylene Attention was placed to the femoral shaft. The surgical incision was extended distally. With the use of cautery the vastus lateralis was peeled off the lateral cortex of the femur and the distal end of the fracture was visualized. All soft tissues were removed about the entire femur in this area and retractors were inserted. With the use of an oscillating saw are an osteotomy was carried out at the distal ends of the femoral shaft fracture. The remaining proximal femur was osteotomized along its length from posteriorly to anteriorly and opened. All soft tissues were removed with the use of a Midas Rex.

Attention was then placed on the distal femur. The belly retractor was inserted. The The above-mentioned stem was configured and assembled on the back table. Two packages of methylmethacrylate containing Tobramycin was from a Stryker cement mixer end of The aqueous epinephrine soaked tail pads were removed from the canal. The canal was then filled with methyl methacylate using a Stryker cement gun and pressurizer and a Proximal Modula Femoral Replacement stem was inserted. Excess cement was curetted away. Various sized head and neck units were tried. It was decided to go with a Standard [22 mm] head. This head size gave us an excellent range of stable motion and the length as desired.

A Standard [22 mm] head was impacted on the Proximal Modular Femoral Replacement stem. It was tested and brought through an excellent range of motion. The patient's proximal femoral fragments with then wrapped around this femoral prosthesis and held in place with 3 2.0 mm Dall Miles cables. These were inserted in the usual fashion, tightened, crimped, and cut. The wound was then irrigated with copious amounts of saline.

After considering irrigation, the fascia lata was approximated with #1 Vicaryl interrupted sutures and then a running #1 Vicaryl. The deep subcutaneous tissues were closed in layers with running sutures of 0 PDS and interrupted sutures of 2-0 Monacryl. The skin edges were approximated with skin staples. The wound was dressed with Xeroform gauze, 4x8s, ABDs, sterile ace bandage.

This was a clean case. The patient had sequential compression devices to both lower

The patient was then placed back into the hospital bed. The estimated blood loss was 1500 cc. Blood administered -735 cc cell saver plus one unit of bank blood. The patient received Vancomycin 1.0 g at the intraoperative cultures.

Condition of patient: see anesthesia recovery room notes.

*Joseph P. Pizzurro*

Joseph P. Pizzurro, M.D., F.A.C.S.
Date dictated-June 27, 2003
Date transcribed-June 27, 2003

BELLIN HEALTH SYSTEM
HOSPITAL CENTER
744 S. Webster Ave., PO Box 23400, Green Bay, WI  54305-3400

HISTORY AND PHYSICAL EXAMINATION

NAME: HARRISON, DENNIS R
ADMITTING DOCTOR: STEVEN SCHECHINGER
DATE OF BIRTH: 11/19/1952
AGE: 58Y

ACCOUNT: V0011739664
RECORD: M000667836
ADMISSION DATE: 03/26/2011
ROOM NUMBER: 803 ORTHNEU

PRIMARY CARE PROVIDER:  JAMES A BATTI MD

CHIEF COMPLAINT: Left knee.

HISTORY OF PRESENT ILLNESS: Mr. Harrison is a 58-year-old male who was transferred to Bellin Hospital from Dickinson with increased left knee pain and concern for infection. The patient has a past history significant for bilateral total knee arthroplasties performed by Dr. Grace in January 2010. Approximately 10 days following his surgery he presented with a deep infection to the knee requiring irrigation and debridement with polyethylene exchange. The patient was placed on a six-week course of IV antibiotics for Gram-positive *Staph aureus* which was sensitive. He was then placed on lifetime suppression per Dr. Davis with dicloxacillin. The patient does have an autoimmune disease with ankylosing spondylitis and takes both prednisone and Remicade for this and is at a high infection risk which was the reasoning for the lifetime suppression.

The patient reports over the last several weeks he has had gradually increasing pain in the left knee as well as increasing warmth and swelling. He has also noted over the last several days, fevers. This prompted him to present to the emergency room at Dickinson Hospital where he was admitted for sepsis. The patient did have blood cultures as well as a knee aspiration that was performed this morning with Gram-positive cocci noted on the gram stain. He was then placed on IV vancomycin and IV Zosyn. The patient states his knee pain has improved substantially after the aspiration as well as with the initiation of the IV antibiotics. He is currently denying any feelings of chills and states the knee pain has regressed substantially.

PAST MEDICAL HISTORY:
1. Ankylosing spondylitis.
2. Anemia secondary to autoimmune disease.
3. Hypertension.
4. Proteinopathy.

PAST SURGICAL HISTORY:
1. Bilateral total knee arthroplasty in January 2010 performed by Dr. Grace.
2. Bilateral total hip arthroplasty.
3. Lumbar spine fusion.

*THIS DOCUMENT NEEDS TO BE ELECTRONICALLY SIGNED*

HARRISON, DENNIS R                                              Page 1 of 4
RECORD NUMBER  M000667836        HISTORY & PHYSICAL EXAMINATION
                                     ACCOUNT NUMBER V0011739664
                                     Dictating Provider Copy

HARRISON, DENNIS R
ACCOUNT: V0011739664

4.  Cervical spine fusion.
5.  Tonsillectomy.
6.  The patient has a very significant anesthesia risk given his
    extremely difficult airway, and per his previous operative
    reports, was quite difficult to obtain an airway in even with
    endoscopic intubation techniques.

MEDICATIONS:
1.  Klonopin.
2.  Lisinopril.
3.  Prilosec.
4.  Tylenol.
5.  Prednisone 10 mg daily.
6.  Aspirin.
7.  Acidophilus.
8.  Vitamin C.
9.  Omega 3.
10. Calcium.
11. Vitamin D.
12. Dicloxacillin 500 mg p.o. t.i.d.
13. Zoloft.
14. Remicade.

ALLERGIES: Indocin, Naprosyn, and sulfa.

SOCIAL HISTORY: The patient denies tobacco or alcohol use. He is on
disability. He lives in Iron Mountain.

FAMILY HISTORY: Reviewed and negative.

REVIEW OF SYSTEMS: A 10-system review was performed and negative aside
from that of the history and past medical history.

IMAGING: AP of the chest as well as AP and lateral views of the left
knee are currently pending per report from the outside hospital. Knee
films are unremarkable.

EKG: Also pending.

LABORATORY STUDIES: UA is reviewed and unremarkable. CBC, CMP, CRP,
ESR, PT/INR, type and screen are all currently pending from Bellin.
Labs from the outside hospital are reviewed and demonstrate an ESR of
86 which has been chronically elevated for the past year as well as a
CRP of 73 which has also been chronically elevated at approximately
that same level for the past year. Other labs from the outside
hospital demonstrate white count 11.5, hemoglobin 10.3, hematocrit
33.7, platelets 537, BUN 25, creatinine 0.8, total protein 8.2,
albumin 4, sodium 138, potassium 4.4, chloride 100, calcium 9.3, ALT
less than 6, AST 26, alkaline phosphatase 71. Knee aspirate results

**THIS DOCUMENT NEEDS TO BE ELECTRONICALLY SIGNED**

HARRISON, DENNIS R                                          Page 2 of 4
                    HISTORY & PHYSICAL EXAMINATION
RECORD M000667836                                  ACCOUNT V0011739664
                                                  Dictating Provider Copy



HARRISON, DENNIS R
ACCOUNT: V0011739664

from outside hospital, Gram stain demonstrates many polys with a few Gram-positive cocci. Cell count of the fluid from the outside hospital demonstrates 270,000 white blood cells, 25,000 red blood cells, no crystals, with opaque purulent appearance.

PHYSICAL EXAM:
VITALS: The patient is currently afebrile with a temperature of 97.8.
MENTAL STATUS: He is alert and oriented x3. He is conversational, pleasant, no acute distress.
HEENT: His pupils are equal, round, and reactive. He has no evidence of cervical lymphadenopathy. Oronasal mucosa is within normal limits.
HEART: Regular rate, normal rhythm.
CHEST: Clear to auscultation bilaterally.
ABDOMEN: Soft, nontender, and nondistended.
NECK: He is unable to turn his neck from side-to-side, flex or extend it which has been long-standing for him given his ankylosing spondylitis and previous cervical spine fusion. He has no tenderness over the cervical, thoracic, or lumbar spine. His pelvis is stable.
NEUROLOGIC: He is fully intact in bilateral lower extremities without deficits noted.
ORTHOPEDIC: Focused orthopedic evaluation of the left lower extremity demonstrates a previous left total knee incision, well healed. There is no erythema, no redness over the knee. There is warmth to the touch which is increased compared to the contralateral knee. Palpation over the knee demonstrates some slight tenderness much improved from what the patient reports it was yesterday. Range of motion is from 0 to 90 degrees without pain which he states is his baseline motion. He has a +1 effusion about the knee. It is stable with varus and valgus stress and does not provide significant discomfort when examination is performed. He has CMS fully intact distally to the left foot and full motion of the left ankle and hip. I am able to fully range the right hip and knee without pain. There is no warmth or concern for infection involving the right knee or hip. The patient has full range of motion of bilateral upper extremities without pain or discomfort noted.

IMPRESSION: Mr. Harrison is a 58-year-old male with acute exacerbation of his left chronically infected total knee arthroplasty who has been on long-term suppressive dicloxacillin therapy.

PLAN: A lengthy discussion was held today with the patient regarding treatment options for his knee. Given his significant immunosuppression as well as the fact that he has been taking Remicade and chronic prednisone, he likely has an acute exacerbation of his chronic knee infection despite the oral dicloxacillin suppression therapy. Treatment option for him would be to attempt to resuppress the infection with a course of IV antibiotic therapy followed by resumption of an oral agent for long-term lifetime antibiotic suppression. The patient would like to proceed with this route. The alternative would be to present to the operating room for a two-stage

*THIS DOCUMENT NEEDS TO BE ELECTRONICALLY SIGNED*

HARRISON, DENNIS R                                          Page 3 of 4
                    HISTORY & PHYSICAL EXAMINATION
RECORD M000667836                                 ACCOUNT V0011739664
                                                  Dictating Provider Copy

HARRISON, DENNIS R
ACCOUNT: V0011739664

revision. However, given his immunosuppressed state as well as the
long-term chronicity of this infection, his risk of failure of a two-
stage revision is quite high which would likely leave him worse off
than his current state.

The patient understands the risks of both treatment options, those
risks including need for potential knee arthrodesis in the future or
even potential of an above-knee amputation. He is agreeable to
continuing with the suppressive IV antibiotic therapy. We will plan to
keep him on vancomycin and Zosyn at this time. I did perform a repeat
aspiration of the patient's left knee to remove any additional fluid
which was present using a sterile technique. Approximately 30 cc of
purulent-appearing fluid was aspirated from the left knee. This fluid
was then sent for aerobic and anaerobic cultures as well as cell count
and Gram stain.

The patient will be allowed to resume a regular diet. The hospitalist
admitting physician Dr. Lee will manage his other medical
comorbidities as well as make a decision whether to discontinue or
taper his prednisone therapy to help fight the infection. We will also
discontinue his Remicade infusions which he has been receiving
previously and he will followup with his rheumatologist for
alternative treatment options.

Dr. Davis, the infectious disease specialist, will be available on
Monday March 28, and at that point will discuss with him placement of
a PICC line, duration of IV antibiotic therapy, and recommendations
for an oral agent. We will obtain the final culture results from
Dickinson Hospital as well as await our own culture results from the
aspiration performed today. In addition to this we will also obtain a
blood culture, CRP, ESR, CBC, CMP, and PT/INR, as well as a type and
screen, UA, chest x-ray, and EKG. This plan was discussed at length
with Dr. Grace who agrees with this plan and will assume management of
the patient on Monday.

_____
STEVEN J SCHECHINGER, MD

SJS:dkb
Doc# 1378553  VoiceID# 1418843
D. 03/26/2011 15:03:40  T. 03/26/2011 19:53:23
cc:  STEVEN J SCHECHINGER, MD, <Dictator>
JAMES A BATTI MD, Primary Care Physician

**THIS DOCUMENT NEEDS TO BE ELECTRONICALLY SIGNED**

HARRISON, DENNIS R                                    Page 4 of 4
                    HISTORY & PHYSICAL EXAMINATION

RECORD M000667835                            ACCOUNT V0011739664
                                             Dictating Provider Copy



# Exhibit C

# High dose nonsteroidal anti-inflammatory drugs compromise spinal fusion

*[De fortes doses d'anti-inflammatoires non stéroïdiens compromettent l'arthrodèse vertébrale]*

Scott S. Reuben MD,* David Ablett FRCP,† Rachel Kaye‡

**Purpose:** Although nonsteroidal anti-inflammatory drugs (NSAIDs) provide benefit to patients following spinal fusion surgery, their routine administration has remained controversial due to concerns about possible deleterious effects on bone healing. The goal of this retrospective study was to assess the incidence of non-union following the perioperative administration of ketorolac, celecoxib, or rofecoxib.

**Methods:** We retrospectively analyzed the data of 434 patients receiving perioperative ketorolac (20–240 mg·day$^{-1}$), celecoxib (200–600 mg·day$^{-1}$), rofecoxib (50 mg·day$^{-1}$), or no NSAIDs in the five days following spinal fusion surgery.

**Results:** There were no significant differences in the incidence of non-union among the groups that received no NSAIDs (11/130 ; 8.5%), celecoxib 5/60 (8.3%), or rofecoxib (9/124; 7.3%). In contrast, 23/120 of patients (19.2%) that received ketorolac had a higher incidence ($P < 0.001$) of non-union compared to non-NSAID users. However, only 3/50 patients (6%) receiving low-dose ketorolac ($\leq 110$ mg·day$^{-1}$) resulted in non-union which was not significantly different from non-NSAID users. Patients administered higher doses of ketorolac (120–240 mg·day$^{-1}$) resulted in a higher incidence ($P < 0.0001$) of non-union (20/70 ; 29%) compared to non-NSAID users. For those patients developing non-union, there was a higher incidence comparing smokers vs non-smokers ($P < 0.0001$) and one level fusion vs two level fusions ($P < 0.001$).

**Conclusions:** This study revealed that the short-term perioperative administration of celecoxib, rofecoxib, or low-dose ketorolac ($\leq 110$ mg·day$^{-1}$) had no significant deleterious effect on non-union. In contrast, higher doses of ketorolac (120–240 mg·day$^{-1}$), history of smoking, and two level vertebral fusions resulted in a significant increase in the incidence of non-union following spinal fusion surgery.

*Objectif :* Les anti-inflammatoires non stéroïdiens (AINS) sont bénéfiques après une arthrodèse vertébrale, mais leur administration régulière demeure controversée à cause des effets nuisibles possibles sur la cicatrisation de l'os. Notre étude rétrospective voulait évaluer l'incidence d'absence de fusion à la suite de l'administration périopératoire de kétorolac, célécoxib ou rofécoxib.

*Méthode :* Nous avons procédé à l'analyse rétrospective de données sur 434 patients qui ont reçu du kétorolac (20–240 mg·jour$^{-1}$), du célécoxib (200–600 mg·jour$^{-1}$), du rofécoxib (50 mg·jour$^{-1}$) ou aucun AINS dans les cinq jours suivant une arthrodèse vertébrale.

*Résultats :* L'incidence d'absence de fusion osseuse n'était pas significativement différente entre les patients sans AINS (11/130 ; 8,5 %) et ceux qui ont eu du célécoxib 5/60 ; 8,3 %) ou du rofécoxib (9/124 ; 7,3 %). Par ailleurs, 23/120 des patients (19,2 %) qui ont reçu le kétorolac ont présenté une incidence plus élevée ($P < 0,001$) d'absence de fusion en comparaison de ceux qui ont pris des AINS. Seulement 3/50 patients (6 %) recevant de faibles doses de kétorolac ($\leq 110$ mg·jour$^{-1}$) ont présenté une absence de fusion, ce qui n'est pas significativement différent des non-utilisateurs d'AINS. Des doses plus élevées de kétorolac (120–240 mg·jour$^{-1}$), comparées aux non-AINS, ont provoqué une plus haute incidence ($P < 0,0001$) d'absence de fusion (20/70 ; 29 %). L'incidence d'absence de fusion était plus élevée si on compare les fumeurs vs les non-fumeurs ($P < 0,0001$) et la fusion à un niveau vs à deux niveaux ($P < 0,001$).

*Conclusion :* L'étude a révélé que l'administration périopératoire à court terme de célécoxib, de rofécoxib ou de faibles doses de kétorolac ($\leq 110$ mg·jour$^{-1}$) n'a pas d'effet nuisible significatif sur l'absence de fusion. Par contre, des doses plus élevées de kétorolac (120–240 mg·jour$^{-1}$), le tabagisme et des fusions vertébrales à deux niveaux augmentent significativement l'incidence d'absence de fusion à la suite d'une arthrodèse vertébrale.

From the Acute Pain Service,* Baystate Medical Center and the Tufts University School of Medicine, Springfield, Massachusetts, USA; the Department of Anesthesiology,† Calgary Health Region, Calgary, Alberta, Canada; and the Brandeis University, Waltham, Massachusetts, USA.
   *Address correspondence to:* Dr. Scott S. Reuben, Baystate Medical Center, 759 Chestnut Street, Springfield, MA 01199, USA. Phone: 413-794-4325; Fax: 413-794-5349; E-mail: scott.reuben@bhs.org
Presented in part at the American Society of Regional Anesthesia and Pain Medicine Meeting, Vancouver, British Columbia, Canada, May 2002.
Support was provided solely from institutional and/or departmental source.
   *Accepted for publication November 3, 2004.*
   *Revision accepted February 14, 2005.*

NONSTEROIDAL anti-inflammatory drugs (NSAIDs) inhibit the synthesis of prostaglandins both in the spinal cord and at the periphery, thus diminishing the hyperalgesic state after surgical trauma.[1] NSAIDs are useful as the sole analgesic after minor surgical procedures[2] and may have a significant opioid-sparing effect after major surgery.[3] It is currently recommended that NSAIDs be used in the multimodal analgesic approach for the management of perioperative pain.[4,5] The recent practice guidelines for pain management in the perioperative setting state "unless contraindicated, all patients should receive around-the-clock regimen of NSAIDs, coxibs, or acetaminophen".[5] Proposed and documented benefits of multimodal therapy include improved pain relief, reduction of the perioperative stress response, reduced opioid-related side effects, shorter hospital stays, decreased hospital costs, increased patient satisfaction, and a reduction in postoperative morbidity and mortality.[6,7] NSAID administration to patients undergoing spinal fusion surgery has demonstrated significant benefits including improved analgesia (decreased opioid use and pain scores), improvement in postoperative ambulation, shorter hospitalization, and a decreased incidence of nausea, vomiting, and sedation.[8–13] A cost-benefit analysis revealed a net savings to the institution of over $211,000 per year or over $350 per patient in those patients receiving NSAIDs for lumbar spine surgery.[12] In addition to these short-term analgesic benefits, a reduction in acute pain provided by perioperative NSAID administration may also reduce long-term morbidity following spinal fusion surgery. It is currently believed that there is a continuum of pain after surgery ranging from acute to chronic, and effective treatment of acute pain, may prevent the development of chronic pain syndromes.[14,15] Further, cyclooxygenase (COX)-2 is thought to play an integral role in the processes of peripheral and central sensitization, and the early intervention with COX-2 inhibitors may thwart the progression of acute pain to chronic pain.[16]

The routine use of COX-2 inhibitors for spinal fusion surgery has remained controversial due to concerns about possible deleterious effects on bone healing. Many investigators recommend that NSAIDs should not be utilized in the multimodal management of acute pain for patients undergoing spinal fusion surgery.[17–20] Although the data are conflicting, a large body of literature derived from laboratory animal studies suggests that NSAIDs either delay or inhibit bone healing.[17–19] It is difficult to extrapolate data from animal studies to humans due to the differences in pharmacokinetics between species. Further, in the majority of animal studies cited,[17–19] NSAID administration occurred over several weeks to months at doses greater than that approved for acute pain and NSAID blood levels were not measured. There are also significant flaws in study methodologies used in the human spinal fusion studies cited.[20] Numerous uncontrolled patient and surgical factors, marginal power, and retrospective design, all detract from the credibility of these negative findings.

We have been utilizing NSAIDs for almost a decade in the management of acute pain following spinal fusion surgery.[9–12] The goal of this retrospective study is to examine the effect of NSAIDs on the incidence of non-union at one-year following spinal fusion surgery.

## Methods

The Institutional Review Board approved the retrospective review of hospital charts and databases. The study population was a consecutive sample of 434 patients undergoing elective decompressive posterior lumbar laminectomy with instrumented spinal fusion by a single surgeon within an eight-year period (February 1996–January 2003). Spinal fusion was performed at one or two levels from L4 to sacrum using similar pedicle screw-rod constructs and autologous iliac crest bone graft. Exclusion criteria included more than two level vertebral fusions, patients with a prior history of spinal fusion, undergoing anterior lumbar fusion, or the use of other NSAIDs or glucocorticoids during the study period. Prior to surgery, all patients had standing anteroposterior (AP), lateral, and oblique radiographs of the lumbosacral spine.

Anesthesia was induced with either sodium pentothal or propofol and maintained with either isoflurane or sevoflurane with 70% $N_2O$ in $O_2$. All patients were administered fentanyl (5–10 $\mu g \cdot kg^{-1}$ *iv*) or morphine (0.3–0.5 $mg \cdot kg^{-1}$ *iv*) intraoperatively. Patients were connected to a patient controlled analgesia pump (Abbott PCA Plus, Abbott Park, Chicago, IL, USA) upon arrival to the postanesthesia care unit which was maintained for the first 24 hr after the completion of surgery. Bed rest was enforced for the first 24 hr postoperatively. Progressive ambulation was then begun through physical therapy. Perioperative NSAID administration included either ketorolac (20–240 $mg \cdot day^{-1}$), celecoxib (200–600 $mg \cdot day^{-1}$), or rofecoxib (50 $mg \cdot day^{-1}$) for five consecutive days according to the anesthesiologist's preference.

Fusion status was determined from the AP, oblique, and flexion-extension radiographs, and either tomography or a computed tomography scan when necessary obtained at one-year follow-up. For a fusion to be

termed solid, strict criteria were utilized according to previous published studies.[21–23] The AP radiograph had to show bridging bone bilaterally between transverse processes with trabeculation that was confluent across the fusion mass. Oblique radiographs had to confirm the presence of fusion bone in a confluent pattern between transverse processes. Flexion-extension films were considered to show solid fusion with < 2° motion on the lateral film. Criteria used to diagnose non-union included evidence of radiolucency around the hardware, collapse of graft height with a gap between the vertebral end plate and the bone graft, shift in position of the graft, and loss of fixation from hardware loosening or dislodgement. In addition, dynamic AP and lateral radiographs that revealed 4 mm horizontal motion and ≥ 10° angular motion on lateral films taken with the patient bending indicated non-union. The fusion status was determined solely by radiographic means by an independent radiologist who was blinded to the analgesic technique.

*Statistical analysis*
Demographic data (age, height, and weight) and procedure duration were analyzed with analysis of variance. The effect of ketorolac administration on non-union rate was further divided into two daily dose categories: 20 to 110 mg and 120 to 240 mg. The rationale for choosing these two dosing categories was based upon previously published guidelines for the perioperative administration of ketorolac.[10,24–26] We believe the drug manufacturers' current dosing guidelines for ketorolac (120 mg·day$^{-1}$)[24] are excessive and not consistent with the lower doses recommended in the current literature.[10,25,26] Difference in fusion rate was assessed with a Chi square test or Fisher's exact test. Multivariate logistic regression was used to explore the relationship between NSAID treatment, smoking status, age, gender, and levels of fusion on the odds of non-union. Two-factor interactions were investigated to identify factors that may have synergistic effects on the odds of non-union. Significance was determined at the $P < 0.05$ level. SAS® software, version 8.2; (SAS Institute Inc., Cary, NC, USA) was used to perform the statistical calculations.

Results
A total of 434 patients receiving either ketorolac ($n$ = 120), rofecoxib ($n$ = 124), celecoxib ($n$ = 60), or no NSAID ($n$ = 130) were included in this retrospective study. There were no significant differences among the groups with respect to age, height, weight, duration of surgery, smoking history, or number of vertebral levels fused (Table I). A total of 48 patients (11%)

developed non-union postoperatively. NSAID treatment, smoking status, and levels of fusion were all significant predictors of non-union when included in the multivariate logistic regression. There were no significant differences in the incidence of non-union among the groups that received no NSAIDs, celecoxib, or rofecoxib (Table II). Non-union was identified in 11 of the 130 patients (8.5%) who received no NSAIDs, nine of the 124 patients (7.3%) who received rofecoxib, and five of the 60 patients (8.3%) who received celecoxib (Table II). In contrast, 23 out of 120 patients (19.2%) that received ketorolac had a significantly ($P < 0.001$) higher incidence of non-union compared to non-NSAID users. This represents over a threefold greater likelihood of developing non-union with ketorolac administration (Table III). Only three of 50 patients (6%) receiving low-dose ketorolac (≤ 110 mg·day$^{-1}$) resulted in non-union which was not significantly different from non-NSAID users. Patients receiving higher doses of ketorolac (120–240 mg·day$^{-1}$) had a significantly ($P < 0.0001$) higher incidence of non-union (20 out of 70 patients; 29%) compared to non-NSAID users. This represents over an eightfold greater likelihood of developing non-union compared to non-NSAID users (Table III). For those patients developing non-union, there was a significantly higher incidence between smokers and non-smokers ($P < 0.0001$) and one level fusion *vs* two level fusions ($P < 0.001$); (Table III). Multivariate logistic regression indicated that the effects of smoking and levels of fusion were greater than additive (i.e., significant smoking status by level of fusion interaction). The effect of smoking on non-union was much greater in patients undergoing two-level fusions relative to those undergoing one-level fusion. Also, the increase in the odds of non-union in patients undergoing two-level fusions relative to those undergoing one-level fusion was larger in smokers.

Discussion
This study revealed that the short-term perioperative administration of celecoxib, rofecoxib, or low-dose ketorolac (≤ 110 mg·day$^{-1}$) had no significant deleterious effect on spinal fusion. In contrast, higher doses of ketorolac (120–240 mg·day$^{-1}$), history of smoking, and two level vertebral fusions resulted in a significant increase in the non-union rate following spinal fusion surgery.

Although NSAIDs have proven to be beneficial in the multimodal management of pain following spinal fusion surgery,[8–13] many physicians refrain from the use of these drugs because of a possible deleterious effect on osteogenesis and spinal fusion.[17–20] Spinal

TABLE I  Patient demographics and surgical data

|  | No NSAID | Rofecoxib | Celecoxib | Ketorolac |
|---|---|---|---|---|
| Number | 130 | 124 | 60 | 120 |
| Gender [M/F (% M)] | 77/53 (59%) | 72/52 (58%) | 36/24 (60%) | 69/51 (58%) |
| Age (yr) | 44 ± 13 | 47 ± 16 | 49 ± 15 | 46 ± 19 |
| Weight (kg) | 79 ± 15 | 81 ± 16 | 83 ± 19 | 80 ± 12 |
| Height (cm) | 168 ± 12 | 171 ± 14 | 169 ± 11 | 170 ± 10 |
| Duration of surgery (min) | 179 ± 28 | 184 ± 32 | 171 ± 29 | 176 ± 37 |
| *Spinal levels fused* |  |  |  |  |
| 1 level | 91 (70%) | 85 (69%) | 45 (75%) | 84 (70%) |
| 2 levels | 39 (30%) | 39 (31%) | 15 (25%) | 36 (30%) |
| Smokers | 39 (30%) | 35 (29%) | 17 (28%) | 33 (28%) |
| Non-smokers | 91 (70%) | 89 (71%) | 43 (72%) | 87 (72%) |

Data are presented as mean ± SD or number (%). NSAID = nonsteroidal anti-inflammatory drugs. There were no statistical differences between the two groups.

TABLE II  Non-union by subgroups

|  | No NSAID | Rofecoxib | Celecoxib | Ketorolac | Ketorolac (20–110 mg·day⁻¹) | Ketorolac (120–240 mg·day⁻¹) | Total |
|---|---|---|---|---|---|---|---|
| Number | 130 | 124 | 60 | 120 | 50 | 70 | 434 |
| Non-union | 11 | 9 | 5 | 23 | 3 | 20 | 48 |
| *Spinal levels fused* |  |  |  |  |  |  |  |
| 1 level | 3/91 | 3/85 | 1/45 | 4/84 | 1/35 | 3/49 | 11/305 |
| 2 levels | 8/39 | 6/39 | 4/15 | 19/36 | 2/15 | 17/21 | 37/129 |
| Smokers | 9/39 | 7/35 | 4/17 | 20/33 | 3/10 | 17/23 | 40/124 |
| Non-smokers | 2/91 | 2/89 | 1/43 | 3/87 | 0/40 | 3/47 | 8/310 |
| Male | 7/77 | 6/72 | 3/36 | 13/69 | 2/28 | 11/41 | 29/254 |
| Female | 4/53 | 3/52 | 2/24 | 10/51 | 1/22 | 9/29 | 19/180 |

NSAID = nonsteroidal anti-inflammatory drugs.

fusion is a complex process that is influenced by multiple physiologic and mechanical factors. These include patient age, cigarette smoking, surgical technique, number of vertebral levels fused, spinal instrumentation, bone graft composition, use of recombinant bone morphogenetic protein, and electrical stimulation.[17–19] In particular, the use of NSAIDs has received considerable attention with regard to its effect on spinal fusion. Unfortunately, there are currently only two studies in humans which have examined the effect of NSAIDs on spinal fusion.[21,27] In a retrospective study of 83 patients undergoing posterolateral fusion for isthmic spondylolisthesis, single-level fusions showed an overall union rate of 82%, and two-level fusions, a 74% rate.[21] However, patients who continued to take NSAIDs for more than three months postoperatively showed significantly lower union and success rates (44% and 37%). In a retrospective study of 288 patients undergoing spinal fusion surgery, Glassman *et al.*[27] demonstrated that non-union was five times more likely to occur if ketorolac, a parenteral NSAID, was administered postoperatively compared with no NSAID use. A total of 121 patients received no NSAID after surgery, whereas 167 patients received ketorolac. There were five (4%) non-unions in the group receiving no NSAIDs and 29 (17%) non-unions in the ketorolac group ($P < 0.001$). There was a dose-dependent relationship between non-union rate and ketorolac use up to the range of nine to 12 doses per patient. The results of this study led Glassman *et al.*[27] to recommend that NSAIDs be avoided in the early postoperative period following spinal fusion surgery.

However, we believe the NSAID administration in these two studies[21,27] does not correlate with acceptable clinical practice for acute pain management. NSAIDs were administered either for a prolonged period of time (≥ three months)[21] or using excessive doses (> 2 mg·kg⁻¹·day⁻¹) of ketorolac.[27] We believe that prolonged and/or high dose NSAID administration may be deleterious to spinal fusion and thus limit the use of these drugs to the lowest effective dose for

TABLE III  Multivariate odds ratio, 95% confidence intervals for non-union

| Group comparison | Odds ratio, 95% confidence interval | P Value |
|---|---|---|
| Rofecoxib vs no NSAID | 1.2 (0.4–3.9) | NS |
| Celecoxib vs no NSAID | 1.0 (0.2–3.7) | NS |
| Ketorolac vs no NSAID | 3.3 (1.0–10.3) | < 0.001 |
| Ketorolac ($\leq$ 110 mg·day$^{-1}$) vs no NSAID | 1.2 (0.2–6.1) | NS |
| Ketorolac (120–240 mg·day$^{-1}$) vs no NSAID | 8.8 (2.8–28.0) | < 0.0001 |
| Smokers vs no smokers | 14.7 (5.3–40.9) | < 0.0001 |
|     1 level fusion | 4.1 (1.1–14.7) | |
|     2 level fusion | 53.1 (11.1–254.5) | |
| 2 level fusion vs 1 level fusion | 5.6 (2.0–15.5) | < 0.001 |
|     Nonsmokers | 1.5 (0.3–8.2) | |
|     Smokers | 20.1 (6.4–63.1) | |

NS = not significant. NSAID = nonsteroidal anti-inflammatory drugs. Odds ratio were computed from a multivariate logistic regression model including NSAID treatment, smoking status, levels of fusion, and the interaction between smoking status and levels of fusion.

less than one week. In the retrospective study by Glassman et al.,[27] ketorolac was administered in doses greater than 2 mg·kg$^{-1}$·day$^{-1}$. The appropriate analgesic dose of ketorolac is controversial. Pre-marketing clinical investigations demonstrated that 30 to 90 mg of ketorolac provided postoperative analgesia similar to 6 to 12 mg of morphine and 50 to 100 mg of meperidine.[28–30] Since ketorolac has been marketed, there have been reports of death due to gastrointestinal and operative site bleeding.[31] In a response to these adverse events, the drug's manufacturer recommended reducing the dose of ketorolac from 150 to 120 mg·day$^{-1}$.[24] The European Committee for Proprietary Medicinal Products recommended a further maximal daily dose reduction to 60 mg for the elderly and to 90 mg for the non-elderly.[25] We have previously shown that ketorolac 7.5 mg administered every six hours (0.4 mg·kg$^{-1}$·day$^{-1}$) is the optimal analgesic dose for spinal fusion surgery.[10] Glassman et al.[27] utilized over five times these ketorolac doses in their clinical investigation of spinal fusion surgery. The inhibitory effect of ketorolac on bone repair and fusion was found to be a dose-related phenomenon.[18,27,32] In a rabbit femoral defect model,[18] the administration of low-dose ketorolac (1.75 mg·kg$^{-1}$·day$^{-1}$) for one or five weeks postoperatively had no deleterious effect on bone healing. Ho et al.[32] demonstrated that ketorolac 2 mg·kg$^{-1}$·day$^{-1}$ for six weeks had minimal effect on bone repair in a rabbit ulnar defect model. In contrast, ketorolac 4 mg·kg$^{-1}$·day$^{-1}$ significantly decreased the torsional stiffness and energy absorption of the grafted ulnae and decreased the maximum torque in the intact and the grafted bones. In our present study, we also demonstrated a dose-dependent deleterious effect of ketorolac on bone healing. The incidence of non-

union was significantly higher for those patients receiving ketorolac 120 to 240 mg·day$^{-1}$. In contrast, low-dose ketorolac ($\leq$ 110 mg·day$^{-1}$) resulted in no significant increase in non-union when compared to non-NSAID users.

In contrast to nonspecific NSAIDs, we believe that the use of COX-2 specific inhibitors represents a significant therapeutic advance in the perioperative management of pain for spinal fusion surgery. Although the perioperative administration of nonspecific NSAIDs may provide effective analgesia, their ability to decrease platelet aggregation and increase bleeding time may increase the incidence of perioperative bleeding due to inhibition of thromboxane $A_2$.[2,3,33] In fact, ketorolac is contraindicated as a prophylactic analgesic prior to any major surgery.[24] In contrast, because COX-2 specific NSAIDs have no inhibitory effect on platelet function, these drugs can be safely administered as preemptive analgesics for a variety of surgical procedures[34,35] without an increased risk of perioperative bleeding.

Several investigators have examined the effect of selective COX-2 inhibitors on spinal fusion in the animal model.[36–39] Long et al.[36] concluded that celecoxib does not significantly inhibit the rate of spinal fusion in the rabbit model and perhaps the inhibitory effects of NSAIDs on bone healing are likely mediated by inhibition of COX-1. However, Simon et al.[37] later demonstrated that both celecoxib and rofecoxib inhibited fracture healing to varying degrees in the rat model. Recently, it has been suggested that the deleterious effects of COX-2 inhibitors on fracture healing may be reversible with short-term treatment.[38,39] Gerstenfeld and Einhorn[39] examined the effects of ketorolac, valdecoxib, or vehicle over a seven- or 21-day time course. This study revealed that animals

treated for seven days had no statistically significant differences in the rate of non-unions after either 21 or 35 days of healing. In contrast, 21 days of treatment led to statistical differences in the rate of non-unions for valdecoxib after 21 days but the differences disappeared by 35 days. The data from this study suggested that both specific COX-2 inhibitors and nonselective NSAIDs delay fracture healing, but the magnitude of the effect was related to the duration of treatment. These authors[39] concluded that "extrapolation of these findings to a clinical setting suggests that management of fracture-associated pain with inhibitors of COX-2 should neither impair nor delay healing as long as the duration of treatment is consistent with current standards of care".

The results of our present study concur with these investigators' findings.[39] We observed no significant increase in the incidence of non-union when either celecoxib or rofecoxib was administered for five consecutive days in doses approved for acute pain management. Although low-dose ketorolac had no significant deleterious effect on spinal fusion, because it cannot be safely administered as a preemptive analgesic, we currently use only COX-2 specific inhibitors. We limit the administration of these analgesics for less than one week following spinal fusion surgery. We are in agreement with other investigators, that it is better to stigmatize smoking and not NSAID use in bone surgery.[40] Our results concur with other investigators[21,27] that the risk of smoking has a significant deleterious effect on spinal fusion. In the present study, smokers undergoing spinal fusion surgery were over 14 times more likely to develop non-union compared to non-smokers. Further, 74% of patients who were smokers and administered high-dose ketorolac developed non-union postoperatively.

In conclusion, this study revealed that the short-term perioperative administration of celecoxib, rofecoxib, or low-dose ketorolac ($\leq 110$ mg·day$^{-1}$) had no significant deleterious effect on non-union. In contrast, higher doses of ketorolac (120–240 mg·day$^{-1}$), history of smoking, and two level vertebral fusions resulted in a significant increase in the incidence of non-union following spinal fusion surgery. We currently recommend the short-term perioperative use of COX-2 specific inhibitors for the management of pain following spinal fusion surgery.

## References

1 *McCormack K*. Non-steroidal anti-inflammatory drugs and spinal nociceptive processing. Pain 1994; 59: 9–43.
2 *Souter AJ, Fredman B, White PF*. Controversies in the perioperative use of nonsteroidal antiinflammatory drugs. Anesth Analg 1994; 79: 1178–90.
3 *Dahl JB, Kehlet H*. Non-steroidal anti-inflammatory drugs: rationale for use in severe postoperative pain. Br J Anaesth 1991; 66: 703–12.
4 *U.S. Department of Health and Human Services*. Acute Pain Management Guideline Panel. Acute pain management: operative or medical procedures and trauma. Clinical practice guideline. AHCPR Pub. No. 92-0032. Rockville, MD: Agency for Health Care Policy and Research, Public Health Service, 1992; Feb: 15–26.
5 *Ashburn MA, Caplan RA, Carr DB, et al*. Practice guidelines for acute pain management in the perioperative setting. An updated report by the American Society of Anesthesiologists Task Force on acute pain management. Anesthesiology 2004; 100: 1573–81.
6 *Kehlet H, Dahl JB*. The value of "multimodal" or "balanced analgesia" in postoperative pain treatment. Anesth Analg 1993; 77: 1048–6.
7 *Kehlet H, Wilmore DW*. Multimodal strategies to improve surgical outcome. Am J Surg 2002; 183: 630–41.
8 *Kinsella J, Moffat AC, Patrick JA, Prentice JW, McArdle CS, Kenny GN*. Ketorolac trometamol for postoperative analgesia after orthopaedic surgery. Br J Anaesth 1992; 69: 19–22.
9 *Reuben SS, Connelly NR, Steinberg R*. Ketorolac as an adjunct to patient-controlled morphine in postoperative spine surgery patients. Reg Anesth 1997; 22: 343–6.
10 *Reuben SS, Connelly NR, Lurie S, Klatt M, Gibson CS*. Dose-response of ketorolac as an adjunct to patient-controlled analgesia morphine in patients after spinal fusion surgery. Anesth Analg 1998; 87: 98–102.
11 *Reuben SS, Connelly NR*. Postoperative analgesic effects of celecoxib or rofecoxib after spinal fusion surgery. Anesth Analg 2000; 91: 1221–5.
12 *Reuben S, Ekman EF*. The effect of cyclo-oxygenase-2 inhibition on analgesia and spinal fusion. J Bone Joint Surg Am 2005; 87: 536–42.
13 *Turner DM, Warson JS, Wirt TC, Scalley RD, Cochran RS, Miller KJ*. The use of ketorolac in lumbar spine surgery: a cost-benefit analysis. J Spinal Disord 1995; 8: 206–12.
14 *Cousins MJ, Power I, Smith G*. 1996 Labat lecture: pain-a persistent problem. Reg Anesth Pain Med 2000; 25: 6–21.
15 *Perkins FM, Kehlet H*. Chronic pain as an outcome of surgery. A review of predictive factors. Anesthesiology 2000; 93: 1123–33.
16 *Samad TA, Sapirstein A, Woolf CJ*. Prostanoids and pain: unraveling mechanisms and revealing therapeutic targets. Trends Mol Med 2002; 8: 390–6.
17 *Gajraj NM*. The effect of cyclooxygenase-2 inhibitors

512

on bone healing. Reg Anesth Pain Med 2003; 28: 456–65.

18 *Dumont AS, Verma S, Dumont RJ, Hurlbert J.* Nonsteroidal anti-inflammatory drugs and bone metabolism in spinal fusion surgery: a pharmacological quandary. J Pharmacol Toxicol Methods 2000; 43: 31–9.

19 *Maxy RJ, Glassman SD.* The effect of nonsteroidal anti-inflammatory drugs on osteogenesis and spinal fusion. Reg Anesth Pain Med 2001; 26: 156–8.

20 *Wedel DJ, Berry D.* "He said, she said, NSAIDs". Reg Anesth Pain Med 2003; 28: 372–5.

21 *Deguchi M, Rapoff AJ, Zdeblick TA.* Posterolateral fusion for isthmic spondylolisthesis in adults: analysis of fusion rate and clinical results. J Spinal Disord 1998; 11: 459–64.

22 *Steinmann JC, Herkowitz HN.* Pseudarthrosis of the spine. Clin Orthop 1992; 284: 80–90.

23 *Lee C, Dorcil J, Radomisli TE.* Nonunion of the spine: a review. Clin Orthop 2004; 419: 71–5.

24 Toradol IV/IM (package insert). Nutley, NJ: Roche Laboratories; 1994.

25 *Choo V, Lewis S.* Ketorolac doses reduced. Lancet 1993; 342: 109.

26 *Sevarino FB, Sinatra RS, Paige D, Ning T, Brull SJ, Silverman DG.* The efficacy of intramuscular ketorolac in combination with intravenous PCA morphine for postoperative pain relief. J Clin Anesth 1992; 4: 285–8.

27 *Glassman SD, Rose SM, Dimar JR, Puno RM, Campbell MJ, Johnson JR.* The effect of postoperative nonsteroidal anti-inflammatory drug administration on spinal fusion. Spine 1998; 23: 834–8.

28 *O'Hara D, Fragen R, Kinzer M, Pemberton D.* Ketorolac tromethamine as compared with morphine sulfate for treatment of postoperative pain. Clin Pharmacol Ther 1987; 41: 556–61.

29 *Yee JP, Koshiver JE, Allbon C, Brown CR.* Comparison of intramuscular ketorolac tromethamine and morphine sulfate for analgesia of pain after major surgery. Pharmacotherapy 1986; 6: 253–61.

30 *Folsland B, Skulberg A, Halvorsen P, Helgesen KG.* Placebo-controlled comparison of single intramuscular doses of ketorolac tromethamine and pethidine for post-operative analgesia. J Int Med Res 1990; 18: 305–14.

31 *Strom BL, Berlin JA, Kinman JL, et al.* Parenteral ketorolac and risk of gastrointestinal and operative site bleeding. A postmarketing surveillance study. JAMA 1996; 275: 376–82.

32 *Ho ML, Chang JK, Wang GJ.* Antiinflammatory drug effects on bone repair and remodeling in rabbits. Clin Orthop 1995; 313: 270–8.

33 *Schafer AI.* Effects of nonsteroidal anti-inflammatory therapy on platelets. Am J Med 1999; 106: 25S–35S.

34 *Gilron I, Milne B, Hong M.* Cyclooxygenase-2 inhibitors in postoperative pain management: current evidence and future directions. Anesthesiology 2003; 99: 1198–208.

35 *Sinatra R.* Role of COX-2 inhibitors in the evolution of acute pain management. J Pain Symptom Manage 2002; 24 (1 Suppl.): S18–27.

36 *Long J, Lewis S, Kuklo T, Zhu Y, Riew KD.* The effect of cyclooxygenase-2 inhibitors on spinal fusion. J Bone Joint Surg Am 2002; 84: 1763–8.

37 *Simon AM, Manigrasso MB, O'Connor JP.* Cyclo-oxygenase 2 function is essential for bone fracture healing. J Bone Miner Res 2002; 17: 963–76.

38 *Gerstenfeld LC, Thiede M, Seibert K, et al.* Differential inhibition of fracture healing by non-selective and cyclooxygenase-2 selective non-steroidal anti-inflammatory drugs. J Orthop Res 2003; 21: 670–5.

39 *Gerstenfeld LC, Einhorn TA.* COX inhibitors and their effects on bone healing. Expert Opin Drug Saf 2004; 3: 131–6.

40 *Lagerkranser M.* Better to stigmatize smoking and not NSAID in connection with bone surgery! (Swedish). Lakartidningen 2002; 99: 3338–9.

Exhibit D

JULY 2003 — VOL 62   SUPPLEMENT I

# Annals of the Rheumatic Diseases

JULY 2003

 nual European Congress of

## RHEUMATOLOGY

www.annrheumdis.com

## The EULAR Journal



eular

BMJ
Publishing
Group

264   Friday, 20 June 2003

## FRI0224  LONG-TERM EFFICACY AND TOLERABILITY OF LUMIRACOXIB IN OSTEOARTHRITIS OF THE KNEE

E. Schell [1], L. Boucher [2], L. Tamasi [3], J. Ouellet [4], A. Moore [5], A. Lee [5]. [1] *Nürnberg, Germany,* [2], *Murs Erigne, France,* [3] *Szent Ferenc Korhaz, Reumatologiai Osztaly, Miskolc, Hungary,* [4], *Sherbrooke, Canada,* [5] *CR and D, Novartis Pharma AG, Basel, Switzerland*

**Background:** Lumiracoxib (Prexige®) is a cyclooxygenase-2 (COX-2) inhibitor developed for the treatment of osteoarthritis (OA), rheumatoid arthritis and acute pain.
**Objectives:** To assess the long-term efficacy and safety of lumiracoxib in patients with knee OA, a 39-week, multicentre, randomized, double-blind, active-controlled (celecoxib) extension of a 13-week multicentre, randomized, double-blind, placebo-controlled, active-comparator study (reported at the ACR Annual congress, 2002) was conducted.
**Methods:** In the 13-week core study, 1702 patients aged ≥18 years with primary knee OA requiring NSAID therapy were randomized to lumiracoxib 200 mg od, lumiracoxib 400 mg od, celecoxib 200 mg od or placebo. Approx. 87% of eligible patients who had completed the core study participated in the extension. Patients receiving an active treatment in the core study remained on this for the extension (subgroup A, n=1064). Patients receiving placebo in the core study were randomized (1:1:1) to lumiracoxib 200 mg or 400 mg od or celecoxib 200 mg od (subgroup B, n=171). In total, 1235 patients entered the extension: lumiracoxib 200 mg (n=411); lumiracoxib 400 mg (n=419); celecoxib (n=405). Primary efficacy variables assessed at the extension start and 3, 6 and 9 months were: OA pain intensity in the target joint (using a 100 mm visual analogue scale (VAS)), patient's global assessment of disease activity (VAS) and functional status assessed by WOMAC© Total and Pain subscale scores. Safety and tolerability were assessed.
**Results:** In the 3 month core study, subgroup A experienced significant improvement in OA pain and patient's global assessment of disease activity after treatment with either lumiracoxib or celecoxib compared with placebo. After 9 months of treatment in the extension phase lumiracoxib and celecoxib were similar in maintaining efficacy.
After 3 months of placebo treatment in the core study, subgroup B patients were switched to either lumiracoxib or celecoxib in the extension phase. At 6 months in subgroup B, lumiracoxib 200 mg was superior to celecoxib 200 mg od (difference of 9.67 mm; p=0.044) for OA pain reduction, and both doses of lumiracoxib were superior to celecoxib for patients' global assessment of disease activity (differences of 10.25 mm and 10.49 mm for lumiracoxib 200 and 400 mg, respectively; both p<0.05). After 9 months of active treatment, lumiracoxib and celecoxib provided similar efficacy in these patients. No statistically significant differences were observed between any treatment groups in WOMAC© Total or Pain subscale scores in either subgroup. More patients in the celecoxib group (n=31; 7.7%) discontinued due to unsatisfactory therapeutic effect than in the lumiracoxib 200 mg (n=25; 6.1%) and 400 mg (n=13; 3.1%) groups.
The safety and tolerability of lumiracoxib and celecoxib were comparable, with similar adverse event profiles for all treatment groups.
**Conclusion:** Lumiracoxib 200 mg od and 400 mg od provided sustained long-term pain relief and improved functional status in patients with knee OA. Treatment with lumiracoxib was well tolerated.

## FRI0225  CO-ADMINISTRATION OF LUMIRACOXIB AND WARFARIN DOES NOT ALTER THE PHARMACOKINETIC PROFILE OF R- OR S-WARFARIN

J. Bonner [1], J. Branson [2], S. Milosavljev [3], C. Rordorf [2], G. Scott [1]. [1] *CR and D, Novartis Pharmaceuticals, Horsham, United Kingdom,* [2] *CR and D, Novartis Pharma AG, Basel, Switzerland,* [3] *CR and D, Novartis Pharmaceutical Corporation, East Hanover, United States*

**Background:** Lumiracoxib (Prexige®) is a novel cyclooxygenase-2 (COX-2) selective inhibitor, which has been developed for the management of osteoarthritis, rheumatoid arthritis and acute pain. Lumiracoxib is cleared principally by cytochrome P 450 (CYP) 2C9 catalyzed metabolism.
**Objectives:** The aim of this study was to evaluate the effect of concomitant administration of lumiracoxib and placebo on the pharmacokinetic (PK) and pharmacodynamic (PD) properties of warfarin, a 'sensitive' substrate for CYP2C9.
**Methods:** This was an open-label, randomized, placebo-controlled, parallel-group study. Subjects (n=24, mean age 33.5 years, 20 male) genotyped as CYP2C9 extensive metabolizers received loading doses of 5–10 mg od racemic warfarin for two days. Doses of between 2–5 mg/day, titrated individually to achieve a stable prothrombin time (PT), were administered on Days 3–8. On Day 9, subjects with stable PT were randomized to receive either lumiracoxib 400 mg od or placebo, for 5 days together with their maintenance dose of warfarin. Blood samples were withdrawn serially (11 times), on Days 8 and 13, and plasma R- and S-warfarin concentrations determined by HPLC. Urine was collected up to 24 hours post dose on Days 8 and 13 and excretion of the warfarin metabolite S-7-hydroxy warfarin (S7OHW) determined by LC/MS. PT was measured every 12 hours to assess potential PD interaction. Analysis of variance was used to compare the effects of concomitant treatment on warfarin PK and PD variables.

**Results:** Lumiracoxib treatment had no significant effect on steady-state plasma R- and S-warfarin pharmacokinetics compared with placebo. Area under the plasma concentration-time curve (AUC) values for R- and S-warfarin, respectively, were 2907.1 and 1887.6 ngh/mL for placebo and 2977.8 and 2003.9 ngh/mL for lumiracoxib. $C_{max}$ values for R- and S-warfarin, respectively, were 162.9 and 119.6 ng/mL for placebo and 173.3 and 128.7 ng/mL for lumiracoxib. AUC and $C_{max}$ ratios (Day 8 vs 13) were near to unity in lumiracoxib and placebo groups for both R- and S-warfarin. S7OHW recovery in urine was variable, and slightly lower following lumiracoxib treatment compared with placebo on Day 13. Lumiracoxib treatment induced a small increase in PT from Day 8 to 13 (17.5 vs 19.9 seconds, respectively); comparative placebo values were 17.8 and 17.6 seconds, respectively. Study treatments were equally well tolerated with no discontinuations occurring due to adverse events.
**Conclusion:** Co-administration of lumiracoxib had no significant effects on steady state warfarin plasma pharmacokinetics. The lack of interaction observed between lumiracoxib and the 'sensitive' CYP2C9 substrate, warfarin, suggests that lumiracoxib has a low potential for drug-drug interactions with other CYP2C9 substrates. Nonetheless, in accordance with common practice, routine monitoring of coagulation is recommended when warfarin is co-administered with lumiracoxib.

## FRI0226  EFFECTS OF ROFECOXIB AND IBUPROFEN ON BONE MINERAL DENSITY (BMD) AND BIOCHEMICAL INDICES OF BONE TURNOVER IN PATIENTS WITH OSTEOARTHRITIS

G. Murphy [1], L. DeTora [2], M. Lee [3], B. Gertz [4]. [1] *Clinical Pharmacology,* [2] *Worldwide Regulatory Operation,* [3] *Clinical Biostatistics,* [4] *Clinical Research, Merck and Co., Inc., Rahway, United States*

**Background:** Prospective clinical data on the effects of NSAIDs or selective COX-2 inhibitors on bone resorption are scant.
**Methods:** We conducted a prospective trial in 305 patients with OA (164 men and 141 postmenopausal women; at least 50 years old) to evaluate the effects of rofecoxib 25 mg once daily and ibuprofen 800 mg three times daily on BMD and biochemical markers (serum osteocalcin, urine N-telopeptide/creatinine ratio, and serum bone specific alkaline phosphatase) of bone turnover. Patients were randomized to placebo, rofecoxib, or ibuprofen for 12 weeks. Placebo-treated patients switched to an active treatment (1:1 ratio; preselected at randomization) and other patients received the same therapy, for an additional 52 weeks. Biochemical markers were evaluated at 12 and 52 weeks. Spine, hip, and total body BMD were evaluated at 26, 52, and 65 weeks; the group of patients receiving continuous active treatment at week 52 was prespecified as of primary interest; equivalence bounds for BMD were (-2% to 2%). The subgroup of women was also evaluated.
**Results:** Similar differences from baseline in BMD were seen in patients receiving rofecoxib (n=58) or ibuprofen (n=59) for 52 weeks, with mean changes from baseline ranging from -0.39% (SD=1.45) to 1.21% (SD=1.18). Data were similar at 26 and 65 weeks. Biochemical markers of bone metabolism showed similar, small effects among patients receiving rofecoxib (n=98), ibuprofen (n=107), or placebo (n=100) for 12 weeks; the geometric mean ratio (GMR) of 12-week mean to baseline mean ranged from 0.89 to 1.06 for individual groups. Data were similar at 52 and 65 weeks. An analysis of women over age 50 showed similar results for both BMD and biochemical markers of bone turnover.
**Conclusion:** In this study, neither rofecoxib nor ibuprofen had a clinically significant effect on biochemical markers of bone turnover or BMD. No clinically significant differences in effects on bone between treatments was observed.

## FRI0227  RELATIONSHIP BETWEEN MILD ACETABULAR DYSPLASIA AND RADIOGRAPHIC HIP OSTEOARTHRITIS: A STUDY FROM A POPULATION WITH LOW PREVALENCE OF HIP OSTEOARTHRITIS

S. Haznedaroglu [1], B. Goker [1], A. Sancak [1]. [1] *Rheumatology, Gazi University, Ankara, Turkey*

**Background:** Prevalence of hip osteoarthritis (OA) varies across different geographies and the reasons for this remain unclear. Mild acetabular dysplasia has been considered as a risk factor but recent studies have been controversial.
**Objectives:** In Turkey, prevalence of significant radiographic hip osteoarthritis (OA), i.e. Kellgren and Lawrence (K&L) grade 3 and 4, is 2.9% among those aged 55 and over, which is lower than Western populations. We aimed to investigate the potential effects of radiomorphometric variables on this discrepancy.
**Methods:** 92 Turkish patients (65M, 27F) aged 55 and over were studied. Plain supine abdominal radiographies and intravenous pyelographies were evaluated. Center-edge (CE) angle and acetabular depth of each hip were measured and K&L grading was done. Acetabular dysplasia was defined as either CE angle < 25 degrees or acetabular depth <9 mm. Patients with deformed hips that did not permit reliable measurements were excluded (2 patients).
**Results:** Mean ± SD CE angle of the right and left hips were 34 ± 7 and 35 ± 7 degrees (range 14-52 and 18-50), respectively. Mean ± SD acetabular

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Declaration of Nicholas Blavatsky,

M.D. has been served on this 17th day of May, 2013 on Plaintiff Dennis Harrison by email and

by Federal Express at:

> 601 W. Brown Street
> Iron Mountain, MA 49801

> /s/ Emily Renshaw Pistilli
> Emily Renshaw Pistilli
> WILLIAMS & CONNOLLY LLP
> 725 12th Street NW
> Washington, DC 20005
> Phone:  202-434-5000
> Fax:     202-434-5029
> epistilli@wc.com
>
> Attorney for Defendant Merck, Sharp and
> Dohme Corp.

8

**THE
HOSPITAL
FOR
SPECIAL
SURGERY**

535 East 70th Street
New York, N.Y. 10021

**DEPARTMENT OF RADIOLOGY
AND NUCLEAR MEDICINE**

Patient Name                          Location
  HARRISON,DENNIS R                     PAT
Ordering Physician
  PELLICCI,PAUL
Adm/Reg Physician
  PELLICCI,PAUL
Consulting Physician
  SCHWARTZMAN,SERGIO
Medical Record #        Date of Birth      Age
  530945                  11/19/52          42Y

Check-in Date: 05/24/95 1443
Chk-in #      Order      Exam
  311339      0003       1167      PELVIS AP WITH LAT HIP*L
                                   Ord Diag: ANKYLOSING SPONDYLITIS LT HIP

                                                        Page    1

abi

PELVIS AND LEFT HIP:

Both hips show severe arthritic changes with joint space narrowing and
the erosions of their articular surfaces.  The arthritic changes are
somewhat more severe on the left than on the right.  There is also bone
sclerosis and irregularity of bone at the symphysis pubis and SI joints
are abnormal and appear to be at least partially ankylosed.  Erosions
are also present at the ischial tuberosities.

IMPRESSION:  FINDINGS ARE CONSISTENT WITH A DIAGNOSIS OF ANYLOSING
SPONDYLITIS.

                    /Read By/  Robert Freiberger M.D.
                      /With/
                    /Released By/  Robert Freiberger M.D.

AB       05/25/95 0909
         05/25/95 1035

A 5/30
FINAL

# THE HOSPITAL FOR SPECIAL SURGERY

Page 1

## DISCHARGE SUMMARY

Patient Name: HARRISON, DENNIS          Age: 42   Sex: M      MR#: 530945

Admission Date: 5/30/95

Discharge Date: 6/4/95

**PRINCIPAL DIAGNOSIS:**  ANKYLOSING SPONDYLITIS.

**SECONDARY DIAGNOSIS:**  NONE.

**PROCEDURE:**  LEFT TOTAL HIP REPLACEMENT.
ORTHO-RADIATION DOSE TO LEFT HIP.
DIAGNOSTIC VASCULAR ULTRASOUND.

**HISTORY OF PRESENT ILLNESS:**  42 year old male with ankylosing spondylitis, progressive disabling pain of left hip. X-rays show joint space degeneration. Admitted now for total hip replacement.

**PAST MEDICAL HISTORY:**  The past medical history is significant for the ankylosing spondylitis. Also, history of anemia, sleep apnea, uveitis and peptic ulcer disease.

**PAST SURGICAL HISTORY:**  Tonsillectomy.

**MEDICATIONS:**  Zantac 150 twice a day, Imipramine 20 every p.m., Azulfidine 2 tablets twice a day, Prednisone 10 twice a day, Beclovent 100 twice a day, Klonopin 1 tablet every h.s.

**ALLERGIES:**  Indocin and Tolectin.

**PHYSICAL EXAMINATION:**  He was afebrile. Vital signs within normal limits. Chest clear. Heart regular rate and rhythm. The abdomen is soft, non-tender and non-distended. His left hip was essentially fused. Motor strength distally was 5/5 except for the quads which are markedly weakened as were the abductors and adductors. Normal light touch sensation. Palpable pulses.

**LABORATORY DATA:**  Laboratory, chest x-ray and electrocardiogram within normal limits.

**HOSPITAL COURSE:**  He was admitted to the hospital. Dr. Schwartzman cleared the patient from the medical stand point. The patient was taken to the OR where total hip replacement was performed. Please see the operative note for details. Post-operatively as heterotopic bone prophylaxis he received a dose of radiation to the left hip. He was mobilized in physical therapy weight bearing as tolerated ambulation with total hip precautions and cane. His wound was healing well. Doppler negative for deep venous thrombosis.

# THE HOSPITAL FOR SPECIAL SURGERY

Page 2

## DISCHARGE SUMMARY

Patient Name: HARRISON, DENNIS                Age: 42    Sex: M     MR#: 530945

Admission Date: 5/30/95

Discharge Date: 6/4/95

DISCHARGE DISPOSITION: He was then discharged to home. Discharge diet regular. Discharge medications include Vicodin 1-2 every 3 hours p.r.n. for pain, Ecotrin 325 p.o. twice a day as well as admission medications. Discharge follow-up with Dr. Pellicci. Discharge activity weight bearing as tolerated, total hip precautions.

PAUL PELLICCI, M.D.

DICTATED BY S. ZABINSKI, M.D.

PP/PF
SecrePhone
DD: 6/07/95
DT: 6/12/95
#6460/7500

4A Rev. 7/89

HarrisonD-HospforSpSurgMR-          00019



```
53 09 45 M  11/19/1952
HARRISON,DENNIS R
PAT HP  COMCL/SELF
PELLICCI,PAUL      05/30/95
SCHWARTZMAN,S  95028791
```

## PATIENT DATA BASE

Welcome to the Hospital for Special Surgery, and thank you for selecting us to care for you. You and a Registered Nurse from HSS will be filling out this form to insure we have all the necessary information regarding your health and lifestyle.

Name: _Dennis Harrison_          Date: _5/24/95_

How do you wish to be addressed? _Dennis or "SNAKEHIP(S)" (Nickname)_

Primary language spoken: _English_

Who is filling out this form? _"SNAKEHIPS" (Dennis Harrison)_

Surgeon's Name: _DR. PAUL M, Pellicci, M.D., PC_

Medical Doctor: Name: _DR. Schwartzman_     Phone Number: _212-606-1557_
→ _Please also send results to: Neil Block, M.D., 3 Prel Plaza, Orangeburg, NY, 10962_
Why are you being admitted to the hospital? _Left Hip Replacement_

## HEALTH HISTORY

Are you being treated for any current medical problems? _Ankylosing Spondylitis, Sleep Apnea, Anemia_

1.  ALLERGIES
    List any allergies you have and what type of allergic reaction you experience:
    _Poison Ivy_
    _Also — cannot take the medication Indocin_

2.  MEDICATION HISTORY
    Please include prescription drugs, and drugs you buy over the counter.

| Medication | Dose/strength | When do you take it | Reason you take the medication |
|---|---|---|---|
| Meclomen | 1-2/day | with food | Ankylosing Spondylitis |
| Lodine | 2-3/day | " " | " |
| Zantac | 1 twice/day | morning, night | To protect stomach |
| Klonopin | 1mg at night | before bed | Help to sleep/relax |
| Imipramine | 20mg " ". | " " | " " " " |
| Cytotec | Discontinued because of side effects | | |
| Azulfadine | 2, twice day | morning, night | Ankylosing Spondylitis |
| Tylenol #4 | 2, twice/day | " , " | Pain |
| Prednisone | 10 mg/. | BID | PA |
| Vit. C | 1 tab. | BID | |
| Vit E | 1 tab. | 0-D | |
| MVI | 1 tab. | 0-D | |
| Fe SO₄ | 1 tab. | 0-D | |

0984 (11/93)

3. **CURRENT HEALTH HISTORY**
Do you use tobacco? _NO_ packs/day _____ years
Do you use alcohol? _NO_ drinks/day _NO_
Do you have an experience with street drugs? _____
Have you ever taken steroids? ☐ NO ☑ YES Which _PREDNISONE_
    Why? _IN 1965 1 YEAR, FOR Kidney Disease (Nephroses)_

Do you take a special diet? ☑ NO ☐ YES _____

Date of last Pap smear: _____ Last menstral period: _____

4. **PAST MEDICAL HISTORY**

Check any illness you have had:

| | | | | | |
|---|---|---|---|---|---|
| Bleeding tendency | ☐ | Liver disease | ☐ | Thyroid disease | ☐ |
| Rheumatic fever | ☐ | Kidney disease | ☑ | Depression | ☐ |
| High blood pressure | ☐ | Blood in urine | ☐ | Anxiety | ☐ |
| Heart attack | ☐ | Bladder infections | ☐ | Sexual dysfunction | ☐ |
| Chest pain | ☐ | Difficulty controlling urine | ☐ | Arthritis | ☑ |
| Heart palpitations | ☐ | Glaucoma | ☐ | Osteoarthritis | ☐ |
| Chronic Pulmonary Disease | ☐ | Lupus erythematosis | ☐ | Rheumatoid Arthritis | ☐ |
| COPD | ☐ | Fatigue | ☑ | Gout | ☐ |
| Shortness of breath | ☐ | Seizures | ☐ | Sciatica | ☑ |
| Pneumonia | ☐ | Dizziness/fainting | ☐ | Phlebitis | ☐ |
| Asthma | ☐ | Headache | ☐ | Varicose veins | ☐ |
| Tuberculosis | ☐ | Stroke/TIA | ☐ | Hay fever | ☐ |
| Ulcers | ☑ | Weakness | ☐ | Anemia | ☑ |
| Colitis | ☐ | Numbness | ☐ | Shingles | ☑ |
| Diverticulitis | ☐ | Cancer | ☐ | Blood clot | ☐ |
| Hepatitis | ☐ | Diabetes | ☐ | Venereal disease | ☐ |

5. **HAVE YOU BEEN HOSPITALIZED BEFORE?**

| Year | Hospital/Location | Reason |
|---|---|---|
| 1965 | Jersey City Medical Center | Kidney Disease (Nephroses) |
| | | |
| | | |
| | | |
| | | |
| | | Not clerical |

COMMENTS: _Some of above I experienced just slightly and once in a while & do not view as a problem (Shortness of Breath, high blood pressure)_

6. **ASSISTIVE EQUIPMENT** _need but don't Have_

Do you have any problems with your vision? ☐ NO ☑ YES
Glasses ☐ NO ☑ YES ☐ Constant Use ☑ Reading / Contact Lenses ☐ NO ☐ YES

Do you have any problems with your hearing? ☑ NO ☐ YES / Do you use an aide? ☐ NO ☐ YES  R / L

Do you have any problems with your speech? ☑ NO ☐ YES / Describe: _____

Do you have any problems with taste or smell? ☑ NO ☐ YES / Describe: _____

Do you wear dentures? ☑ NO ☐ YES ☐ Upper ☐ Lower

7. Do you require any assistance or equipment to perform the following activities? If yes, please comment.

| | Need assistance every day of my life | Need assistance sometimes | Need someone to do it for me |
|---|---|---|---|
| Eating | ✕ | | |
| Bathing | ✕ | | |
| Tolleting | ✕ | | |
| Dressing | CANE | NONE | No |
| Walking | CANE | " | " |
| Cleaning | ✕ | | |
| Shopping | ✕ | | |
| Cooking | ✕ | | |

8. What is your daily routine of activity and exercise? _Recently I have Begun Some ARM exercising with Light weights & A pulley System, other than that, I Am only moderately Active_

9. Do you have an ostomy or catheter in place? ☑ NO ☐ YES

Please comment on your usual bladder routine.
_NORMAL_

Please comment on your usual bowel routine. Do you require any aids? ☑ NO ☐ YES
_Normal to slightly loose (from Medication)_

10. What is your usual sleep routine? ~~7-8 hour~~ 11:30 — 7:30 Now, (WAS) 11:30-6:00
How many hours per day do you sleep? _7-8 hours_

Please comment on sleep problems you may experience. Include any aids used and their effectiveness.
_, use A machine for Sleep Apnea, Arthritis wakes me up 5-6 times A Night & I move A lot from Side to Side_

11. Briefly describe the pain (if any) you are experiencing. Include:
   1) Location of pain _Hip, Knees, Shoulders, Neck_
   2) Intensity of pain (mild, moderate, severe) _mild to moderate_
   3) Type of pain (burning, aching, stabbing) _Aching (except Hip. — Stabbing)_
   4) Length of time you have had the pain _Hip. — 5 months, The Rest — 7-9 years_
   5) Other symptoms accompanying the pain _Occassional Fever_
   6) Radiation of pain to other areas _moderate to Little_
   7) What measures relieve the pain (include medications, application of heat or cold, change in position) _Tylenol #4, Recently physical therapy & moderate exercise_

   8) What makes the pain worse? _____

12. Have you ever had a blood transfusion? ☑ NO ☐ YES
   If yes, did you have any reaction? _____

## PSYCHOSOCIAL / RELATIONSHIPS / DISCHARGE PLANNING

1. Please comment on your anxieties in general over procedures, pain, or recent significant changes in your life. _IN last 4-5 months Have sometimes PANIC ATTACKS & Feeling of ClAUSTROPHIA AT NIGHT iN Bed._

2. Occupation: _Product MGR_     Education: _BA, MBA_

3. Home environment: ☐ apartment ☒ private house
   ☐ elevator ☒ outside steps ☐ inside flights

4. Marital status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced ☐ Separated

5. Do you live alone? ☒ NO ☐ YES  Who can you rely on for emotional support? _____
   _____

6. Are you covered by health insurance? ☐ NO ☒ YES ⎤ _AS long AS INSURANCE_
   Do you need to discuss any financial concerns? ☒ NO ☐ YES ⎦ _PAYS FOR Almost All_

7. Please list your hobbies/leisure activites _Reading, Computers_

8. What is your religion? _CATHOLIC_     Culture/Nationality? _IRISH/English/French_

9. Would you like to see a hospital social worker during your stay to assist you with discharge plans?
   ☒ NO ☐ YES  RN social work referral ☒ NO ☐ YES

10. Do you have an Advance Directive (Health Care Proxy & Living Will, etc.) ☒ NO ☐ YES
    Describe: _I will have one, Just received it_

The HSS nurses thank you for sharing all your personal history. The information remains confidential, and will help us help you reach your goals for recovery.

If there are any other concerns you feel we could assist with during your hospital stay, please list below and discuss with your nurse.

✱ _Please MAINTAIN my dignity & Keep All PRIVATE PARTS Covered All oF The TIME. Please knock on door when coming in & please use The CURTAINS All AROUND The Bed when administering The Wound, etc._

Patient's Signature _Donn R. Harrison_

NURSING STAFF TO COMPLETE:

| VITAL SIGNS | BP | 110/70 | PULSE | 77 | RESP | 18 |
|---|---|---|---|---|---|---|
|  | TEMP | 37' | HT | 178' | WGT | 58. |

COMMENTS: _Copy of EKG & Pt to Dr Schwartzman_

Nurse's Signature _San RN_  Date _5·24·95_

Information reviewed by: _Rendiza RN_  R.N. Signature  Date _5-30-95_

_____
R.N. Signature                    Date

9

VALLEY RIDGE ORTHOPAEDICS

NAME:   DENNIS HARRISON                         SEX: M    AGE: 42    DOB  11/18/52

ADDRESS: 78 FREEMONT AVENUE  PARK RIDGE NJ 07656          DATE: 07/10/95

SPONSOR: DENNIS HARRISON                          PHONE   201 573-0151

REF BY:  UNLISTED PHYSICIAN

ULCERS: *Los Ulcers*    GI DISORDERS: *yes*    ALLERGIES: *Compazine*

PRESENT HISTORY:  RIGHT HIP

                  NO X RAYS

---

**7/12/95**   **History:**   42 year-old Caucasian male with known ankylosing spondylitis.  He has
been treated by Dr.     , his rheumatologist and had a left total
hip – hybrid-type by Dr. Paul  Pellicci at the Hospital for Special
Surgery on 5/30/95.  He has had progressive symptoms in his right hip
and prefers to have this hip operated on immediately.

Note:  On his operation, bank blood was used because it was felt to
be the safest.  He is chronically anemic from his basic disease.
He was advised that bank blood was safe, if not safer than
designated.  He had post-op radiation therapy.

Aside from his ankylosing spondylitis, he has been healthy.  He has
been on Lodine, Zantac, Imipramine, Klonopin.  He had a reaction to
Compazine.

Patient has moderate pain at rest, marked on weight bearing and first
few steps posteriorly and laterally.  He walks up to ten minutes, has
a severe limp, is able to do stairs and uses a cane full time.

**Exam:**   Patient has a 60 degree flexion contracture on the right 30  degree
on the left, flexes to 90 degrees on the right and 95 degrees on the
left, is fixed at 15 degrees of abduction on the right and has 25
degrees of abduction on the left.  adducts to zero on the right and
25 degrees on the left has zero of internal rotation on the right and
has 20 degrees on the left, is fixed at 40 degrees of external
rotation on the right and 30 degrees on the left.

**Impression:** Ankylosing spondylitis with advanced degenerative arthritis of the
right hip.

**Advised:**   Reviewed alternate forms of treatment with him, gave him a book and
video.  He would like to proceed with total joint arthroplasty,
pre-op radiation therapy.  He would like to have the surgery as soon
as possible.  He will use bank blood.  He demands to be cemented.
JPP/mon

12/14/95 (Continued)

some straightening of his lumbar lordosis.

X-rays of his right hip show well seated prosthesis. There seems to be ossification, appears to be a vessel. It is difficult to see exactly what it is. There is a lytic area at the tip on the left side. There is o change.

**Impression:**   Patient has arthritis affecting his lumbar spine and his knees. His hip seems to be in good condition.

**Advised:**   We will leave him as is and recheck him here in three months. JPP/mon

4/9/96   **History:**   Patient is doing well. He has had some left groin pain which is a concern because he had a question of some lysis about the screw and the cup. He also had a distal lysis.

He has had absolutely no problems with his right side.

He has no pain while at rest, no pain on weight bearing. He walks unlimitedly. He has no limp. He does stairs step over step without holding on to the banister. He does his outdoor activities of daily living. He does not use a cane. He has no difficulty with shoes and socks, does not use his arms to push up from a chair, has no difficulty getting in and out of a car.

**Examination**   He has no flexion contractures on the right or the left. She flexes to 105 degrees bilaterally, abducts to 35 degrees bilaterally, adducts to 30 degrees bilaterally, has 35 degrees of internal rotation bilaterally and 35 degrees of external rotation bilaterally. He has equal leg lengths. HE has a negative Trendelenburg Sign.

**X-Rays:**   X-rays taken show no significant change in the bone picture of his left acetabulum or left stem.

**Advised:**   Advised him to just continue as is. He has some flare-up of his ankylosing spondylitis and was placed o Prednisone which has helped with his joint pains. He will need total shoulders in the future. JPP/mon

CHART NUMBER: 38983

PATIENT NAME: Dennis Harrison

DATE OF VISIT: Friday, August 16, 2002

HISTORY: see PC Doc forms/hips dated today

This patient had a left hybrid total hip by Dr. Paul Pellici at the Hospital for Special Surgery in New York City on May 3, 1995 and a right hybrid total arthroplasty by me at D. Valley Hospital in Ridgewood, NJ , August 7, 1995. Subsequent to his right total arthroplasty he moved to Boston. The patient has severe ankylosing spondylitis with profound anemia and has done massive doses of steroids. He subsequently had lumbar and cervical spine surgery. He recently was in an accident has had increasing symptoms in the cervical and thoracolumbar area. I have referred him to Dr. Arnold Criscitiello for evaluation of the cervical, thoracic, and lumbar spines.

DATE OF VISIT: Wednesday, June 18, 2003

HISTORY: this 50-year-old Caucasian male with known ankylosing spondylitis had a left hybrid total hip arthroplasty by Dr. Paul Pellici at the Hospital for Special Surgery in New York City on May 3, 1995. He had a right hybrid total hip arthroplasty (at his request) at Valley Hospital by me on August 7, 1995 and did well. He moved out of this area and in January of 2003 slipped on the ice and sustained a comminuted fracture of his right femur. At St. Peter's Hospital in upstate New York he had an open reduction and internal fixation with a plate, screws, and cables. Apparently this became infected and on February 28, 2003 at the Albany Medical Center Hospital in Albany New York he had removal of his total hip prosthesis, fixation devices, debridement with insertion of an antibiotic impregnated methylmethacrylate spacer. Repeat cultures have been negative. The initial cultures grew out "a good enterococcus as well as enterococcus faecalis" and was started on Vancomycin. He at present is in a nursing home.

EXAMINATION: There is a well healed surgical scar with no evidence of drainage or infection. The right hip has a very limited range of motion which is uncomfortable.

X-RAY: x-rays of right hip and femur reveal an antibiotic impregnated hip spacer with a rod down the femur containing methylmethacrylate in a comminuted fracture.

IMPRESSION: status post right total hip arthroplasty with fractured femur infection, removal of prosthesis, debridement, and insertion of antibiotic impregnated methylmethacrylate spacer.

TREATMENT: The patient would like To Have Surgery at Valley Hospital. He will need a revision total arthroplasty with a Proximal Femoral Modula Replacement Stem an antibiotic impregnated methylmethacrylate. He may also need a Constrained Cup. I will contact Dr. Andrew Kasper to make arrangements for his clearance, admission to Valley Hospital, and make arrangements for his admission to Valley hospital and for the revision surgery.

DATE OF VISIT: Thursday, September 18, 2003

HISTORY: See PC Doc form/hip dated today

hemoglobin 8.6-continue on iron, discontinue aspirin. This patient continues to use crutches which have I no objection to. He has had no drainage and the wound is closed with no evidence of infection. His IV antibiotics will be complete in the next several days. I advised him to continue his exercise and physical therapy and be reevaluated here in three months.

DATE OF VISIT: Wednesday, December 10, 2003

HISTORY: see PC Doc form/hip dated today

This patient with ankylosing spondylitis had a right total hip arthroplasty by me on August 7, 1995 and subsequently moved out of the area. He sustained a right femoral periprosthetic fracture and underwent open reduction and internal fixation which subsequently became

HarrisonD-RidgewoodOrtMR-    00010

infected and required the removal of the prosthesis and fixation devices. On June 27, 2003 he underwent removal of antibiotic prosthetic space with revision  right total  hip arthroplasty with a Constrained Cup and a cemented proximal femoral replacement.  The patient has had no drainage in five months and is on Cipro 500 mg b.i.d.. Overall he is very happy with his results and uses one crutch for ambulation.

DATE OF VISIT:   Thursday, April 29, 2004

HISTORY:   see PC Doc form/hip dated today

This patient requested x-rays of his left hip since he has had occasional discomfort.  He has had no drainage and is on Augmentin 875 mg t.i.d. overall considering all his problems and his complications he is doing quite well.

EXAMINATION:   the right hip has no flexion contracture, flexes to 95° with 45° of abduction, 40° of adduction, 30 degrees of internal rotation, and 35° of external rotation.

X-RAY:   x-rays of left hip reveal noncemented total prosthesis in excellent position with no evidence of lysis aor loosening.

IMPRESSION:   status post bilateral total hip arthroplasties with periprosthetic fracture right hip, infection of a open reduction and internal fixation, status post removal of prosthesis and fixation devices, and status post revision right total hip  arthroplasty with proximal femoral replacement.

TREATMENT:   continue on present program and return here in three months.

HarrisonD-RidgewoodOrtMR-    00011

Harrison, Dennis
7/18/03
Exam:        This patient had a revision right THA on 6/24/03.  While at VH he left and went to
Kingston Rehab Center where he was found several days later to be in septic shock and eventually
was found to be from urosepsis.  He has had drainage from his wound which has been cultured
negative and aspiration of the wound has been negative but he has hematomas and the infectious
disease doctor wants his wound opened and drained.  This patient had a very difficulty intubation,
impossible with spinal epidural and he is not anxious to have a repeat surgery. He is on antibiotics, he
feels fine, is able to walk.  He is doing well.

His wound today has two areas that are draining.  There is a significant amount of drainage on the
dressing from this morning, serous sanguinous.  He is on Augmentin 750 twice a day.

Plan:        Removed his staples today and redressed him with a big pressure dressing and will
recheck him in one week.  If he continues he has been advised we will have to open his wound and
debride and irrigate it.  JPP/dlv

PATIENT IDENTIFICATION   DENNIS HARRISON

SIDE: ☒ Right  ☐ Left

**Valley Ridge Orthopaedic Associates. PA.**
JCDISEPH P. PIZZURRO, M.D., F.A.C.S.
85 South Maple Avenue
Ridgewood, New Jersey 07450

## HIP CLINICAL VISIT

DOS  06 , 27 , 03

SURGEO _Cervical Surg 4/7/95_

DATE OF VISIT  09 , 18 , 03   PATIENT NO. 38983

### CLINICAL EVALUATION

**PAIN AT REST**
- ☒ None
- ☐ Slight- Occasional
- ☐ Mild - No Effect on Activity
- ☐ Moderate - Tolerable
- ☐ Marked - Serious Limitations
- ☐ Totally Disabling Pain

LOCATION OF PAIN (Check all that apply)
Thigh

|         | An | Post | Lat | Me |
|---------|----|------|-----|-----|
| Proximal|    |      |     |     |
| Middle  |    |      |     |     |
| Distal  |    |      |     |     |

- ☐ Groin
- ☐ Greater Trochanter
- ☐ Buttock
- ☐ Other(specify)

**PAIN ON WEIGHTBEARING**
- ☐ None
- ☐ Slight - Occasional
- ☐ Mild - No Effect on Activity
- ☐ Moderate - Tolerable
- ☐ Marked - Serious Limitations
- ☐ Totally Disabling Pain

LOCATION OF PAIN (Check all that apply)
Thigh

|         | An | Post | Lat | Me |
|---------|----|------|-----|-----|
| Proximal|    |      |     |     |
| Middle  |    |      |     |     |
| Distal  |    |      |     |     |

- ☐ Groin
- ☐ Greater Trochanter
- ☐ Buttock
- ☐ Other (specify)

**ONSET OF PAIN - WEIGHTBEARING**
- ☒ Not Applicable
- ☐ With First Steps (Start Up)
- ☐ After Long Walks (30 mins.)
- ☐ With all Walking
- ☐ At all Times

**LIMP**
- ☐ None
- ☐ Slight
- ☐ Moderate
- ☐ Severe
- ☐ Unable to Walk

**ACTIVITY LEVEL**
- ☐ Requires Assistance for all Activities
- ☐ Self Care Independent
- ☐ Indoor Activities of Daily Living
- ☐ Outdoor Activities of Daily Living
- ☐ Low Hip Stress Sports
- ☐ High Hip Stress Sports

**LEG LENGTH DISCREPANCY**
- ☐ R=L
- ☐ R>L  _____ mm.
- ☐ R<L  _____ mm.

**TIME WALKED**
- ☐ Unlimited >60 mins.
- ☐ 31-60 mins.
- ☒ 1 1-30 mins.
- ☐ 2-1 0 mns.
- ☐ < 2 minSr or Indoors
- ☐ Unable

**STAIRS**
- ☐ Step over Step Unsupported
- ☐ Step over Step Using Banister or Assistive Device
- ☒ Stairs in any Manner
- ☐ Unable to do Stairs

**SUPPORT**
- ☐ None
- ☐ Cane - Long Walks
- ☐ Cane - Full Time
- ☐ Crutch
- ☐ Canes
- ☒ Crutches
- ☐ Walker
- ☐ Unable to Walk

WEI HT
173   lb./kg.

### RANGE OF MOTION
- Fixed Flexion    0
- Flexion To    100
- Abduction To    45
- Adduction To    40
- Int. Rot. In Ext. To    40
- Ext. Rot. in Ext. To    45

### FIXED DEFORMITY
Does the patient demonstrate:
- Fixed Flexion > 30°    ☐ Yes  ☒ No
- Fixed Add uction > 1 0°    ☐ Yes  ☒ No
- Fixed I. R. in Ext. =>1 0°    ☐ Yes  ☒ No
- Leg Length Discrepancy => 3.2 cm. (1.25 in.)    ☐ Yes  ☒ No

### FUNCTIONAL ACTIVITIES
Socks/Ties Shoes
- ☒ With Ease
- ☐ With Difficulty
- ☐ Unable

Sitting
- ☐ Can Arise From Chair Without Upper Extremity Support
- ☒ Can Arise With Upper Extremity Support
- ☐ Cannot Arise Independently

Car/Public Transportation
- ☒ Get In and Out Independently or With Minimal Assistance
- ☐ With Significant Difficulty
- ☐ Unable to Get In or Out

### CONCURRENT JOINT INVOLVEMENT
- ☐ None
- ☐ Contra Hip
- ☒ Contra THR
- ☐ Contra Knee
- ☐ Contra TKR
- ☐ Contra Ankle
- ☐ Ipsilateral Knee
- ☐ Ipsilateral TKR
- ☐ Ipsilateral Ankle
- ☒ Lower Back
- ☐ Upper Extremity (specify)
- ☐ Other (specify)

### MEDICATIONS/TREATMENTS

| | DRU | QTY/STRENGTH/UNIT | FREQ | DURATION WKS/MOS |
|---|---|---|---|---|
| ☒ None | | | / | |
| ☐ Narcotics | | | / | |
| ☐ Steroids | | | / | |
| ☐ OTC Analgesics | | | / | |
| ☐ NSAIDS | | | / | |
| ☐ Other (specify) | | | / | |
| ☐ Treatments (specify) | | | | |

### CHARNLEY MODIFIED MERLE D'AUBIGNE SCORE
**PAIN**
- ☐ Severe and Spontaneous
- ☐ Severe on Attempting to Walk: Prevents Any Activity
- ☐ Tolerable, Permitting Limited Ability
- ☐ Only After Activity: Disappears Quickly With Rest
- ☐ Slight or Intermittent: Pain Less With Normal Activity
- ☒ No Pain

**WALKING ABILITY**
- ☐ Few Yards or Bedridden, Two Sticks/Crutches
- ☒ Time & Distance Limited With/Without Sticks
- ☐ Limited One Stick, Difficult Without
- ☐ Long Distances One Stick, Limited Without
- ☐ No Stick, But a Limp
- ☐ Normal

x-rays reveal a totally cemented revision total hip arthroplasty with a Constrained cup and they proximal femoral replacement stem an excellent position with no evidence of lysis or loosening. See progress note dated today. Return here three months.

DATE OF VISIT: Wednesday, May 28, 2008
HISTORY: See PC Doc form/hips dated today
This 55-year-old Caucasian male with serious medical problems had a left total arthroplasty by Dr. Paul Pellicci at the Hospital for Special Surgery on May 2, 1995 and with all his other medical problems he has done relatively well. I performed a revision right total hip arthro plasty on a June 27, 2003. The patient subsequently had periprosthetic fractures, infections removed prosthesis and reinsertion of a proximal femoral replacement and has done fairly well. He has known advanced degenerative arthritis of his knees. He is on a mission to prove that Vioxx caused him his bone problems.
Allergies: Compazine, and Indocin
Medications: See enclosed list
Medical Illnesses: Ankylosing spondylitis, chronic anemia, ulcer disease, sleep apnea

FALL ASSESSMENT: There is no history of recent falls.
EXAMINATION: See PC Doc form/hips dated today
this patient's range of motion of both hips has been maintained and is very good.
The right knee has a range motion from plus 15 degrees extension to 105 degrees of active flexion 110 degrees of passive flexion with zero degrees of varus valgus. There is deformity but no effusion. There is no evidence of anterior, posterior, medial, lateral, or rotatory instability.
The left knee has a range of motion from +10 degrees extension to 125 degrees of active flexion with 30 degrees of passive flexion with 10 degrees of valgus. There is no effusion but there is deformity and bogginess. There is no evidence of anterior, posterior, medial, lateral, or rotatory instability. Next field

X-RAY: X-rays of right hip reveal a revision total hip arthroplasty with a proximal femoral replacement and no evidence of lysis or loosening. The left hip reveals a hybrid totalhip arthroplasty in excellent position with no evidence of lysis or loosening. There remains some eccentric wear of the polyethylene of the left hip.
X-rays of both knees weight bearing and Merchant view reveal advanced degenerative arthritis with almost complete loss of articular cartilage involving all 3 compartments.

IMPRESSION: Status post left total hip arthroplasty
status post revision right total arthroplasty for infection of periprosthetic fractures
Bilateral advanced degenerative arthritis of the knees.

RECOMMENDATION: Since nothing appears to have progressed significantly, advised to continue as is and reevaluate in one year. I will review his literature on the Vioxx problem but cannot make any statements which I do not have direct knowledge of.

PHYSICIAN: Dr. Joseph P. Pizzurro

THE VALLEY HOSPITAL

SURGICAL H&P

HARRISON, DENNIS

D/A:   6/24/03
D/S:   6/27/03

ADMISSION H&P TO BE DONE BY DR. ANDREW KASPER.

This 50-year-old Caucasian male has had multiple admissions to VH.  He had a left hybrid total hip arthroplasty by Dr. Paul Pellici at the Hospital for Special Surgery in NYC and a right hybrid total hip arthroplasty by me at Valley Hospital on 8/7/95.  He has known ankylosing spondylitis.  He moved out of the area and in January of 2003 he slipped on the ice and sustained a comminuted fracture of his right femur.  At St. Peter's Hospital in upstate NY he had an ORIF with a plate, screws and cables. Apparently this became infected and on 2/28/03 he had a removal of his prosthesis, fixation devices, debridement with insertion of an antibiotic impregnated methyl methacrylate spacer.  Repeat cultures have been negative.  The patient would like to have surgery at Valley Hospital and he is admitted at this time for medical clearance and revision total hip arthroplasty with a proximal femoral modular replacement stem and antibiotic impregnated methyl methacrylate.  He may also need a constrained cup.

Pertinent physical findings -- There is a well-healed surgical scar with no evidence of drainage or infection.  The right hip has a very limited ROM, which is uncomfortable.

Impression:        Status post right total hip arthroplasty with fractured femur, infection, removal of prosthesis, debridement and insertion of antibiotic impregnated methyl methacrylate space

Plan:        Revision right total hip arthroplasty with a proximal femoral modular replacement stem and antibiotic impregnated methyl methacrylate; possible constrained cup

Joseph P. Pizzurro, M.D.

JPP/dlv

Date dictated:      6/23/03
Date transcribed:    6/24/03

10



11/24/97

**HARRISON, DENNIS**

Seen today in follow-up for his ankylosing spondylitis and
uveitis. He has recently seen his Ophthalmologist today who
documents that this is an active case and will require steroids.
He continues to take all his other medications but has been off
of steroids for about a month and has been extremely
uncomfortable due to his ankylosing spondylitis. He gets
stiffness in his TMJ joints, his neck, his shoulder. The uveitis
is just on the right side of his eye. The left is normal. It is
uncomfortable and painful.
PE: BP 120/70. Chest is clear. Heart is regular. There is
inflammation of the conjunctiva on the right. We had a long
discussion regarding disability, his ankylosing spondylitis, the
need for use of steroids. Once again he will start on 40 mgs. QD
for 2 weeks, taper to 30 mgs. QD and then will try to settle on a
dose of 20 mgs. QD for another month and will see him in 2
months. To call should any problems develop in between. Given a
script for 100 pills 20 mgs. 2 a day 3 refills.   FJS/cas

— NO Show   1-26-98

**HARRISON, DENNIS**                                    1/26/98

Ankylosing spondylitis with a history of iritis. Has been on
steroid eye drops as well as for his uveitis and iritis as well
as prednisone. He has tapered down to 20 mgs. and seems to be
stable at that point along with the use of 2-3 eye drops in his
eyes. He also takes p.r.n. medicines, Tylenol #4 for pain,
imipramine, Sulfasalazine, Klonopin, Prinivil 10 mgs. QD for
blood pressure, Zantac 150 b.i.d., Lodine 500 mgs. q.i.d.
Today, his BP is 130/80. Chest is clear.  Heart is regular. Skin
is warm and dry with no evidence of uveitis or iritis at this
time. Will continue on his routine medicines tapering his
prednisone perhaps to 20 alternating with 15 if tolerated and
will see him in 3 months and follow-up on a p.r.n. basis.
FJS/cas

3/31/98 Dennis Harrison

This 42-year old male has had spondylitis for 15 years, status post hip replacement with a history of iritis who has been on a multitude of remitting agents but not including Plaquenil or methotrexate. He developed a gold nephropathy. He is on sulfasalazine, Lodine, prednisone, Zantac, Tylenol with Codeine, Prinovil, Imipramine, Klonazepam.  His main complaint is lower back pain, difficulty with neck, shoulders and recurrent swelling of his right knee. He saw Dr.Lloyd two months ago and is seeing Frank Straccia.  No dysesthesias or paresthesias. No recent trauma. No colitis.

PE: classical hang-dog appearance with spondylitis. He can hardly move his neck in either direction; nor his lower back. Shoulders, elevated to 90° and that is it. His elbows and wrists are fine. The hips are fine. Right knee is swollen. Left is not. Ankles and feet are fine. HEENT: neck, chest, cardiac, abdomen: normal

IMP: ankylosing spondylitis with iritis.
S/P hip replacement on multiple medications

PLAN: determine how much inflammation is present versus mechanical difficulties. X-rays and lab ordered. Old records forthcoming. Return

*letters sent to Dr. Lloyd & Mr. Harrison   4-5-98  BC*

4/6/98  -  Dennis Harrison was called on voicemail at 960-5889. Dr. Heller left a message regarding his findings showing spondylitis and a mildly elevated sedimentation rate.  dp

HARRISON,DENNIS                                    4/27/98

Seen in follow-up for his ankylosing spondylitis. He has very
significant disease and has continued to work in spite of this.
However, it has become truly difficult for him. He has
significant superior and anterior compressions at 3 ankylosing
spondylitis and moderate degenerative disease in his glenohumeral
joints and AC joints.  He has effusions and degenerative joint
disease in his legs, ankles and knees as well. He has bilateral
hip prostheses and ankylosing spondylitis in the cervical spine.
This makes it very difficult for him to work on an every day
basis. It makes it hard for him to move, drive a car and to
generally function under the demands of a regular work schedule.
For these reasons he might be seriously considered disabled for
most meaningful and productive work due to the constant pain that
he is in, the difficulty with ambulation and driving a car as
well as generally functioning on an every day basis of the
demands required of him in any normal business setting. Will
follow-up on a regular basis with him.
IMPRESSION:  Ankylosing spondylitis becoming increasingly
disabled.   FJS/cas


HARRISON, DENNIS - 5/5/98

     Seen today - forms to be completed were discussed and
reviewed with him. He does have sign. ankylosing spondylitis and
probably will be unable to work in the near future secondary to
his underlying disease which is a progressive spondylitis that
will not remit in spite of medications.  Forms reviewed, copies
will be given to the pt. next week.          FJS/cvm


HARRISON,DENNIS                                    8/28/98

Seen today complaining of an area of redness in his left eye
laterally.  No changes in his vision or visual fields.  PERRL,
extraocular muscles appear to be intact.  He may have bumped it
or his puppy may have whacked his left eye. There is no evidence
of any abrasion but there is a subconjunctival hemorrhage on the
left which appears benign.
IMPRESSION:   Subconjunctival hemorrhage.  I expect this to clear
over the next week.  FJS/cas

MAY 11, 1998
9:43:54

N.E. BAPTIST HOSPITAL-V5-
125 PARKER HILL AVENUE
BOSTON, MA          02120-3297
617-754-5800
RADIOLOGY DEPARTMENT

PAGE     1

DOB
PATIENT NAME: HARRISON, DENNIS        11/19/52  M/R NUMBER:           269691
ORDERING DR : MCCARTHY, JOSEPH                  RADIOLOGY NUMBER:     269691
EXAM DATE:      5/08/98                          TRANSCRIBE DATE:      5/08/98
OUTPATIENT: FS FREMONT-SMITH CLINIC            ORDER NUMBER:        3865770
EXAM DESCRIPTION: BONE DENSITY (DEXA)           ACCT. NUMBER:        737668

PROCEDURE PERFORMED:  DUAL ENERGY X-RAY ABSORPTIOMETRY, 5/8/98

CLINICAL INDICATION:  OSTEOPOROSIS

The T value for L1-4 is -1.20.   The T value is a comparison, in
terms of standard deviations, sex-matched to peak-age bone
mineralization.   Thus, the patient has below normal bone
mineralization and is at questionably increased risk of
developing osteoporotic fracture.   The scan demonstrates
- idence of ankylosing spondylitis.   The hip was not evaluated
 condary to THR.

prn:cel

JHIL

_____
HILL, JAMES

VERIFIED DATE:   5/08/98

HarrisonD-SSD-     00018

ARTHRITIS ASSOCIATES, INC.
MATTHEW D. HELLER, M. D.

5/12/98 - Dennis Harrison
RHEUMATIC PROBLEMS:


NONRHEUMATIC PROBLEMS:


SUBJECTIVE: He is not doing well on Lodine. He is taking more than twice a day, three times a day, 500 mg. strength. He is on Azulfidine five tablets a day and Medrol 4 mg. as well as Imipramine. He has not had any therapy here. Other problems include bilateral hip replacements.

OBJECTIVE: BP 120/80. He clearly has a swollen right knee. He had marked difficulty in moving his neck and lower back.


DATA REVIEW: He also has osteoporosis as his bone density is low.


IMPRESSION :

PLAN:   Return
Diagnostic:
Therapeutic: Initiate Methotrexate three tablets a week with folic acid on a 2/4 schedule. Increase Medrol to two tablets a day, Fosamax for his osteoporosis.


MEDICATION:


COORDINATION OF CARE:


LEVEL OF COMPLEXITY:
    dp

HARRISON, DENNIS
DOB:   11/19/1952

WLN
01/23/2003
SUBJECTIVE:   The patient returns for re-evaluation.  He is a
50-year-old white male who I saw at the Benedictine Hospital
emergency room on January 9, 2003, with a fractured right femur
below a right total hip replacement.  He was admitted and treated
with open reduction and internal fixation with screws and wires.
He comes for removal of the stitches, as well as evaluation of a
popping sound that he has been having.  Upon discussion, he has
been weightbearing on this leg, when is supposed to be
nonweightbearing.

OBJECTIVE:  Examination shows that, as he walks, he does put about
30-40% of the weight on that leg.  The wound is healing nicely.
The stitches are removed and Steri-Strips are applied.  He has good
range of motion; no abnormalities are noted.  His neurovascular
status is intact in the right lower extremity.

RADIOGRAPHS:  Taken today, AP and lateral of the right femur, show
the fracture has anatomic alignment, with excellent position and
alignment of the cerclage wires, thigh plate, and screws.

IMPRESSION:  Healing fracture, right femur.

PLAN:  My biggest concern is the weightbearing.  I told him that he
really needs to be off the leg more; otherwise, this is going to
fail.  He will be rechecked in 4 weeks with new x-rays.  He will
call me if there are any problems.


WILLIAM L. NULL, M. D. [002510]

DICTATED BY:  NULL, WILLIAM L., M. D. [002510]
2516/019911/10056/10015
DD: 01/24/2003    DT: 01/26/2003 22:18

cc:  Dr. Paul Donovan, Grand Street Medical Associates, 27 Grand
      Street, Kingston, NY 12401, FAX: 845-334-9894

JUL 1 5 2003
PMB

T-0²

Harrison, Dennis
DOB:

WLN
DOS: 2/20/03

PROBLEM: Right leg.

HISTORY OF PRESENT ILLNESS: The patient returns. He is now 5 weeks since his internal fixation of the right femur. Upon discussion with the patient, 2 or 3 things have occurred since I saw him last.
1. He has not been using crutches, as I told him. He has been putting the crutch on the right side and trying to not weightbear that way.
2. He also told me that 2-1/2 weeks ago he ran quickly to the door, because he thought his wife was having some trouble outside, and slipped and fell down the stairs. Since that time, he has noted swelling on the lateral aspect of his leg. He failed to call and notify us and he comes here for evaluation.

PHYSICAL EXAMINATION: Today, the right leg is obviously swollen and deformed, proximally. Amazingly, he does not have a lot of discomfort. Neurovascular status is intact in the right lower extremity.

RADIOGRAPHS: Were repeated today. AP and lateral views of the femur show that the patient has torn 2 of the 3 cerclage wires, and the 1 proximal screw is angulated about 20 degrees.

IMPRESSION:
1. Refracture of the right femur.
2. Failure of fixation, secondary to trauma.

PLAN: At this time, I had a long discussion with the patient. My concerns are that this may continue to fail without proper fixation and the patient is unable to remain nonweightbearing. His best choice may be to have a long stem prosthesis placed, but that would certainly require extensive surgery, since the cement mantle below the tip of the prosthesis is about 6-7 inches long. I discussed this case with Dr. Mark Fuchs. He will see the patient in Albany next week. The patient will remain on bed rest at home with minimal ambulation, strict nonweightbearing, until he sees Dr. Fuchs and we make a decision on what the best treatment options would be from this point forward.

William L. Null, M.D.

WLN/ti/Harrison.Darris.2510.098870
DD: 02/22/2003  DT: 2/23/03

cc  Paul Donovan, M.D.
    Grand Street Medical Associates

This report is in a draft status until authenticated by the
responsible provider

THE VALLEY HOSPITAL                                     DISCHARGE SUMMARY

PATIENT:  HARRISON, DENNIS

MR # M0493383

DOCTOR:  JOSEPH P. PIZZURRO, M.D.

DATE OF ADMISSION:  06/23/2003     DATE OF DISCHARGE:  07/02/2003

FINAL DIAGNOSES:
1.  Status post removal right total hip prosthesis, plate and
    screws and methyl methacrylate for infected periprosthetic
    fracture.
2.  Right total hip arthroplasty.
3.  Ankylosing spondylitis.
4.  Status post left total hip arthroplasty.
5.  Anemia secondary to acute blood loss.
6.  Fusion of cervical lumbar spine.

PROCEDURE PERFORMED:
1.  Removal of antibiotic impregnated cement spacer with revision
    right total hip arthroplasty with a 64 mm Trident with a
    Constraint liner and a proximal modular femoral replacement
    stem with a proximal HNR body, 80 mm mid-body with 13 mm x 127
    mm stem with antibiotic impregnated methyl methacrylate and a
    standard (22 mm head) Dall-Miles cables, preoperative radiation
    therapy, blood transfusions Cell Saver and bank blood.

PERTINENT  HISTORY AND PHYSICAL FINDINGS:   This 50-year-old,
Caucasian male had multiple admissions to Valley Hospital.  He had
left Hybrid total hip arthroplasty by Dr. _____
at the Hospital of Surgery in New York City and a right total hip
arthroplasty by me at Valley Hospital on 8/7/95.  He is known to
have ankylosing spondylitis and moved out the area.  He was in
Boston, where he had his cervical spine fused, as well as lumbar
spine.

During the early part of 2003, he while living in Kingston, he
slipped on the ice and sustained a periprosthetic fracture.  The
patient underwent an open reduction, internal fixation with plate
and screws..  This plate became infected.  He was transferred to
Albany Medical Center, where on February 28th, this prosthesis,
plate, screws, cables were removed and antibiotic impregnated
spacer was removed.  The patient elected to have his follow up care
done at Valley Hospital.

In the interim, he developed chest pain and was seen by Dr. Kasper
and was admitted and worked up.

This report is in a draft status until authenticated by the
responsible provider

THE VALLEY HOSPITAL                                    DISCHARGE SUMMARY

PATIENT:  HARRISON, DENNIS

DOCTOR:  JOSEPH P. PIZZURRO, M.D.

Page 2

CONTINUATION...

PERTINENT  HISTORY  AND PHYSICAL FINDINGS:  The patient had a large
scar  over  the  right  lateral  hip area.  He had a fused neck and
spine.   He  had a very limited range of motion and most of it was
painful in his right hip.

LABORATORY  AND  X-RAY  DATA:   His  white  count on admission was
12,100.   Hemoglobin 11.1, hematocrit 36.   Seldinger platelet
indices  were  within  normal  limits.  Protime and INR were within
normal  limits.   His  blood type is A+.  His wound culture was no
growth  at  48 hours.   The  patient had  had two aspirations
preoperatively  which  were no growth.  Gram stain at the time of
surgery here  was  no organisms seen.  Protein electrophoresis in
chart.  Serial studies in the chart, protimes, INRs, hemoglobin and
hematocrit.  The final shows a white count of 14,400, hemoglobin of
10.7,  hematocrit  33.8.   Chemistry screen - calcium 8.1, glucose
118, chloride 109.  The remainder within normal limits.

Right  femur:   Status post placement of right total hip prosthesis
with a fairly long intramedullary rod component, extending distally
as need in a single frontal view.  There is normal alignment.

Duplex venous scan postoperatively negative.

Chest x-ray:  Cardiomegaly.  No acute infiltrate is seen.  Multiple
nodular  densities which may be associated with ribs, however, lung
nodules cannot be excluded would advise CAT scan.

CT of  the  chest:   No evidence of parenchymal masses.  Areas of
pleural  thickening  on the left.  Six month follow up is suggested
to ensure stability, multiple healing fractures.

Electrocardiogram:   Normal  sinus  rhythm  with  normal  EKG when
compared to EKGs, no changes.

HOSPITAL  COURSE:   The patient was admitted to the CCU, worked up
for his chest pain. He was seen by Dr. Michael Gross and infectious
disease.   He  had  the above surgery the 27th of June, 2003.  His
postoperative  course was uneventful.  He was waiting for a bed and
transferred  to Kessler.  He is up, ambulating about at the time of

**This report is in a draft status until authenticated by the
responsible provider**

THE VALLEY HOSPITAL                                    DISCHARGE SUMMARY

PATIENT:  HARRISON, DENNIS

DOCTOR:   JOSEPH P. PIZZURRO, M.D.

Page 3

CONTINUATION...

discharge.    His  medications  and  steroids  were  ordered by Dr.
Michael Gross, other medications by Dr. Kasper.

At  the  time  of  discharge,  he  is  ambulating  with  a  walker,
weightbearing  as  tolerated.    His diet is of no consequence.  His
antibiotics were discontinued postoperatively as per Dr. Gaffin.


                                   _____
                                   JOSEPH P. PIZZURRO, M.D.

JP/jp
DD:  07/02/2003   09:27
DT:  07/03/2003   12:05
MEDQUIST 48/#188477
CRC:  HARRISON, DENNIS/M0493383

cc: Andrew Kasper, M.D.
    Joseph P. Pizzurro, M.D.

4NA                                              cc

**This report is in a draft status until authenticated by the responsible provider**

THE VALLEY HOSPITAL                                    CONSULTATION

PATIENT:  HARRISON, DENNIS                    MR # M0493383

Referring Phys:  JOSEPH P. PIZZURRO, M.D.

Consulting Phys:  YOUNG KIM, M.D.


REASON FOR ADMISSION:

REASON FOR CONSULTATION:

Date
Requested:  06/24/2003


Dear Dr. Pizzuro,

I saw Dennis Harrison for preoperative course of radiation therapy prior to his right hip surgery. He is a 50 year-old gentleman with history of ankylosing spondylitis for 20 years. He is also known to our department, receiving preoperative course of radiation therapy on 8/7/95 to the right hip prior to right hip surgery. He is also status post postoperative course of radiation therapy to the left hip on 5/30/95. According to the patient, he slipped on the ice and had a right femur fracture in 1/03 and he underwent internal fixation with a wire which subsequently got infected. His hip was septic and all wires were removed in 3/03. Now the patient is scheduled to have right hip surgery tomorrow. At this time, the patient presented with severe chest pain and he is in the CCU for evaluation.

PAST MEDICAL HISTORY: Significant for tonsillectomy and appendectomy and bilateral total hip replacements and history of arthritis. Cervical spine fusion and lumbar spine fusion.

ALLERGIES:  Indocin.

FAMILY HISTORY: Mother and father with cardiac problem and then father died of multiple myeloma.

SOCIAL HISTORY: He lives in Kingston, NY with his wife. They have 1 adopted daughter. He has no smoking history and he is a social drinker.

PHYSICAL EXAMINATION: Well developed, well nourished white male was seen in the CCU. HEENT: Unremarkable, however, he could not move the neck easily due to cervical spine fusion. There are multiple reddish rashes noted on the face. Lungs were clear on

This report is in a draft status until authenticated by the
responsible provider

**THE VALLEY HOSPITAL**                                      CONSULTATION

PATIENT:  HARRISON, DENNIS                      MR #:
M0493383

Page 2

CONTINUATION...

auscultation.   Abdomen was soft, without any hepatosplenomegaly or
masses.    Extremities  with no clubbing or cyanosis.   There was 1+
pitting  edema  on lower extremities, especially right side.  There
were old surgical scars noted on bilateral legs.

IMPRESSION/PLAN:  50 year-old white male with history of ankylosing
spondylitis  and  status post bilateral hip surgery, now presenting
with chest pain and also planned for right hip surgery.  Plan is to
give  him  a  preoperative course of radiation therapy to the right
hip  to  a dose of 600 cGy in 1 fraction prior to the surgery.  The
benefits  and  risks  and possible side effects were discussed with
the  patient.    He understood and agreed with out plan.  Treatment
will be given tomorrow prior to his surgery.


_____
YOUNG KIM, M.D.

YK/MRD
DD:  06/26/2003  03:23
DT:  06/26/2003  22:53
MEDQUIST 48/#187068
CRC:  HARRISON, DENNIS/M0493383

cc: Andrew Kasper, M.D.
    Joseph P. Pizzurro, M.D.
    Young Kim, M.D.

JUL-14-2003  14:22                                          r.oz

## THE KINGSTON HOSPITAL

HISTORY & PHYSICAL

Name=HARRISON,DENNIS                                 CHART Copy
                                              MRUN=26-70-02

HISTORY & PHYSICAL

Name=HARRISON,DENNIS                                 CHART Copy
DOB= 11/19/1952     Sex=M                     MRUN=26-70-02
Loc/Svc=3BWY-372-B/3BMED                      Acct #=10512835
FINAL REPORT                                  Admit Date=07/10/2003
=========================================================================
This is a 50 year old white male who is currently residing in the rehab
center at The Kingston Hospital after having been admitted on 7/3/03 and
who in the evening of 7/9 developed a fever. He had previously been well
with no particular problems suggestive of infection. Following the
presence of a low grade temperature cultures were taken and he was
started on Ancef. During the early hours of 7/10 he developed a
temperature to 39 degrees, felt poorly, white count was elevated to
18,000. BP had dropped somewhat. The right hip was somewhat swollen. He
was started on IV fluids and it was felt that he should be transferred
to the medical floor because of the possible complicating issues of
infection.

The patient was transferred to 3 Broadway and after the appropriate
cultures were done he was started on IV Primaxin.

The patient's current medications include Epogen which has been switched
to 40,000 units weekly. Other medications include Celebrex 20 mg daily.
He is also currently on Lovenox 20 mg sub-q daily. Other medications
include Doxidan 1 capsule daily, Vioxx 50 mg daily, Klonopin 2 mg po hs.
OxyContin 40 mg every 12 hours, Tylenol for temperature greater than 101
and Klonopin 1 mg po bid prn. OxyContin immediate release 5 mg po every
4 hours prn, Maalox prn and he was also started on IV fluids, 1000 cc's
D5W 1/2 normal saline plus 20 meq. KCL at 100 cc's an hour. He was also
on Protonix 40 mg daily, Fosamax 70 mg once weekly, folic acid 1 mg
daily and Methotrexate 12.5 mg every Tuesday. Because of the fact that
the patient had been on low dose steroids he was placed on maintenance
steroids and Solu-Cortef 100 mg IV q8 hours. ABG on room air earlier
today, pH 7.39, PCO2 of 41, PO2 of 79.

The patient has a long complicated history of rheumatological and
orthopedic problems which are well delineated in the excellent history
and physical by Dr. Pickard dated 7/3/03. He has a known history of
ankylosing spondylitis having had a fusion of the cervical and lumbar
spine and also bilateral total hip replacements. In January 2003 he
suffered trauma with a fracture of the right femur. He was seen by Dr.
Null and he underwent surgical repair of the fracture however
postoperatively there was difficulty with healing and there was an issue
of infection. He then transferred to Albany Medical Center under Dr.
Hospidar and had extensive surgery on the right hip, thigh, removal of
infected bones and hip prosthesis was removed. There was further
orthopedic reconstruction and eventually he required rehabilitation and
had approximately 2 months of IV Vancomycin. More recently he had
surgery on 6/27 with revision of the right total hip arthroplasty with
the proximal femoral modular replacement, antibiotic impregnated
methylmethacrylate. He was started on ambulation with weight bearing and
he was transferred to Kingston for rehabilitation.

Apart from his rheumatologic condition consisting of longstanding
ankylosing spondylitis he had bilateral hip replacements in the past. He

JUL-14-2003  14:22

Page 3

**HISTORY & PHYSICAL**        THE KINGSTON HOSPITAL

**CHART Copy**

Name=**HARRISON,DENNIS**        MRUN=26-70-02
DOB= 11/19/1952    Sex=M        Acct #=10512835
Loc/Svc=3BWY-372-B/3BMED       Admit Date=07/10/2003
**FINAL REPORT**
========================================================================
IMPRESSION:  sepsis, source unknown, rule out infection of the right
femur. Ankylosing spondylitis on Methotrexate and Prednisone. Anemia,
probably multifactorial in origin. Currently on Procrit.

The patient has been cultured and initially placed on IV Ancef and is
now on IV Primaxin. CT scan of the abdomen and pelvis has been ordered.
CT scan of the right femur and prosthesis has also been ordered. He also
looks pale and may require transfusion of packed cells. If no etiology
is clearly proven for his fever and there is a question of infection in
the right leg he may well require to return to the original hospital
where he had his original orthopedic surgery.

      Signed By=
      Dictated By=DONOVAN,PAUL (MD)        Date: 07/10/2003
      Text Status=**FINAL**

Transcribed By=NORTON,LAURA        Date: 07/11/2003
cc: **DONOVAN,P**

SOCIAL SECURITY ADMINISTRATION *Tsc 058* — *10/20/98*

Form Approved
OMB No. 0960-0579

**DISABILITY REPORT
ADULT**

For SSA Use Only
Do not write in this box.

SALEM, MASS. 01970

Related SSN _____
Number Holder _____

NOV 0 9 1998

11046

SSA DISTRICT OFFICE

**SECTION 1 — INFORMATION ABOUT THE DISABLED PERSON**

**A. NAME** *(First, Middle Initial, Last)*

Dennis R. Harrison

**B. SOCIAL SECURITY NUMBER**

136 48 6634

**C. DAYTIME TELEPHONE NUMBER** *(If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)*

978 ___ 741-1869 ___ Your Number ☒ Message Number ☐ None ☐
Area Code        Number

**D.** Give the name of a **friend or relative** that we can contact (other than your doctors) **who knows about your illnesses, injuries or conditions** and can help you with your claim.

NAME  Robert B. Harrison                RELATIONSHIP  Father

ADDRESS  17 5th Street
         *(Number, Street, Apt. No.( if any), P.O. Box, or Rural Route)*

Wayne , N.J. 07470  DAYTIME 973 696-0252
City      State      ZIP      PHONE  Area Code  Phone Number

**E.** What is your **height** without shoes?  5' 3" ☒
feet  inches

✱ Height was 5'10¾", I have lost 7¾" of height!

**F.** What is your **weight** without shoes?  155
pounds

**G.** Do you have a **medical assistance card**? (For example, Medicaid or Medi-Cal)  YES ☐  NO ☒
If "YES," show the **number** here: _____

**H.** Can you speak English? YES ☒  NO ☐  If "NO," what languages can you speak? _____

If you **cannot speak English**, is there someone we may contact who speaks English and will give you messages? *(If this is the same person as in "D" above, show "SAME" here.)*

NAME _____                RELATIONSHIP _____

ADDRESS _____
        *(Number, Street, Apt. No.( if any), P.O. Box, or Rural Route)*

_____                DAYTIME
City      State      ZIP      PHONE  Area Code  Phone Number

**I.** Can you **read English**?  YES ☒  NO ☐   **J.** Can you **write more than your name in English?**  YES ☒  NO ☐

FORM **SSA-3368-BK** (7/98) **DESTROY ALL PRIOR EDITIONS**                PAGE 1

Disability Report - Adult - Form SSA-3368-BK

---

## SECTION 2
### YOUR ILLNESSES, INJURIES OR CONDITIONS AND HOW THEY AFFECT YOU

**A.** What are the **illnesses, injuries or conditions** that limit your ability to work? *ANKLYosing SPONDALANTS (A form of Arthritis), osteoArthritis, osteoporosis — my body has very extensive Arthritis, I had 2 hips replaced, my neck is in constant, severe pain, my neck is immobile, my shoulders/arms do not lift up, I am very anemic & stiff & sore 24 hours a day. My lungs often needed aspiration & it is often hard to breathe.*

**B.** How do your illnesses, injuries or conditions limit your ability to work? *Constant pain & stiffness & soreness — all day & night & difficulty sleeping. I am tired almost all of the time, I have difficulty concentrating because of constant pain & drowsiness. I have almost fallen asleep driving to/from work at least 30-40 times & many times almost have gotten into a car accident. I am not competitive at my work anymore — what once was a minor work item had gotten to be major, difficult chores taking much much longer & with poor quality. I can't get to work on time & have missed many many days from sickness.*

**C.** Do your illnesses, injuries or conditions cause you pain? YES ☒   NO ☐
*All of the day & night*

**D.** When did your illnesses, injuries or conditions **first bother you?** *Early 90's & has continually worsened & progressed.*

| Month | Day | Year |
|---|---|---|
| | | early 1990's |

**E.** When did you become **unable to work** because of your illnesses, injuries or conditions?

| Month | Day | Year |
|---|---|---|
| 5 | 5 | 98 |

**F.** Have you **ever worked?** YES ☒   NO ☐   *(If "NO," go to Section 4.)*

**G.** Did you **work at any time** after the date your illnesses, injuries or conditions first bothered you? YES ☒   NO ☐

**H.** If "YES," did your illnesses, injuries or conditions cause you to: *(Check all that apply.)*

☒ **work fewer hours?** *(Explain below.)*
☒ **change your job duties?** *(Explain below.)*
☒ **make any job-related changes such as your attendance, help needed, or employers?** *(Explain below.)*

*1- fewer hours — I progressively got to work later & later as the pain & stiffness is at it's worse in the morning. I also often needed to leave work early & earlier as time went on.*

*2- As I became increasingly ineffective, my job duties became less & less meaningful.*

*3- During the last 6-9 months of work, I often needed to take sick day(s) & also vacation & personal days because of the diseases.*

**I.** Are you working now? YES ☐   NO ☒

If "NO," when did **you stop working?**

| Month | Day | Year |
|---|---|---|
| 5 | 5 | 98 |

**J.** Why did you **stop working?** *Several key reasons including almost falling asleep driving to/from work at least 30 times; falling asleep at meetings with my eyes in my hands; very severe pain causing me to get to work very late & very often; a growing awareness of my increasing ineffectiveness & less & less ability to "cover it up"; assignments became late & of poor quality & my ability to interact effectively at work degraded substantially; my supervisor's comments indicated their increasing concern about my work.*

## SECTION 3—INFORMATION ABOUT YOUR WORK

A. List the **jobs** that you have had in the **last 15 years that you worked.**

| JOB TITLE (Example, Cook) | TYPE OF BUSINESS (Example, Restaurant) | DATES WORKED (month & year) FROM | TO | HOURS PER DAY | DAYS PER WEEK | RATE OF PAY (Per hour, day, week, month or year) | |
|---|---|---|---|---|---|---|---|
| Programmer | phone | 1979 | 1983 | 10 | 6 | $ 20,000 YR | Please |
| Project manager | phone | 1983 | 1989 | 8-10 | 5 | $40-50,000 YR | See |
| product manager | phone | 1990 | 1998 | 5-8 | 3-5 | $50-80,000 YR | W2 record |
| | | | | | | $ / | |
| | | | | | | $ / | |
| | | | | | | $ / | |
| | | | | | | $ / | |

B. Describe the **job above** that you did the **longest.** (What did you do all day in this job?)

Product manager — Customer & internal meetings & problem solving, Business cases, presentations, led team meetings, product concepts

C. In **this job,** did you:   Use machines, tools or equipment?     YES ☒   NO ☐
Use technical knowledge or skills?     YES ☒   NO ☐
Do any writing, complete reports, or perform any duties like this?     YES ☒   NO ☐
Did you supervise other people?     YES ☒   NO ☐
If "YES," was this your main duty?     YES ☐   NO ☒

D. In **this job,** how many total hours each day did you:

Walk? 1-1½        Kneel? (Bend legs to rest on knees.)  0
Stand? 2-3        Crouch? (Bend legs & back down & forward.)  0
Sit? 5-6          Crawl? (Move on hands & knees.)  0
Climb? 0          Handle, grab or grasp big objects?  0
Stoop? (Bend down and forward at waist.) ½     Write, type or handle small objects? 3-4

E. Lifting and Carrying  (Explain what you lifted, how far you carried it, and how often you did this.)

Not applicable for the most part

F. Check **heaviest** weight lifted:

☐ Less than 10 lbs.   ☐ 10 lbs.   ☒ 20 lbs.   ☐ 50 lbs.   ☐ 100 lbs. or more   ☐ Other_____

G. Check weight **frequently** lifted: (By frequently, we mean from 1/3 to 2/3 of the workday.)

☒ Less than 10 lbs.   ☐ 10 lbs.   ☐ 25 lbs.   ☐ 50 lbs. or more   ☐ Other_____

FORM **SSA-3368-BK** (7/98)

HarrisonD–SSD–       00091

## SECTION 4 — INFORMATION ABOUT YOUR MEDICAL RECORDS

A. Have you been seen by a **doctor/hospital/clinic** or anyone else for the illnesses, injuries or conditions that limit your ability to work?   YES ☒   NO ☐

B. Have you been seen by a **doctor/hospital/clinic** or anyone else for emotional or mental problems that limit your ability to work?   YES ☐   NO ☒

### If you answered "NO" to both of these questions, go to Section 5.

C. List **other names** you have used on your medical records. _____

### Tell us who may have medical records or other information about your illnesses, injuries or conditions.

D. List each **DOCTOR/HMO/THERAPIST.** Include your **next appointment.**

**1.**

| NAME Dr. Frank Stracca – Puritan Medical Center | DATES |
|---|---|
| STREET ADDRESS 331 Highland Avenue | FIRST VISIT 10-96 |
| CITY Salem   STATE MA   ZIP 01970 | LAST SEEN 10-98 |
| PHONE 978   745-1200   CHART/HMO # <br> Area Code   Phone Number | NEXT APPOINTMENT 12-98 |

REASONS FOR VISITS   He is my primary care physician. He needs to see me every 6-8 weeks, supplemental by several other doctors

WHAT **TREATMENT** WAS RECEIVED?   medication, referrals,

**2.**

| NAME Dr. Matthew D. Hexter, M.D. | DATES |
|---|---|
| STREET ADDRESS North Shore Center for Arthritis Treatment & Clinical Research. 39 Cross Road | FIRST VISIT 4/98 |
| CITY Peabody   STATE MA   ZIP 01970 | LAST SEEN 10/98 |
| PHONE 978   532-4077   CHART/HMO # <br> Area Code   Phone Number | NEXT APPOINTMENT 11/17/98 |

REASONS FOR VISITS   He is now my rheumatologist. He was referred by my primary care doctor. Dr. Hexter ordered extensive x-rays in 4/98 at Salem Hospital & these all point to severe disease.

WHAT **TREATMENT** WAS RECEIVED?   medication, also consultation with primary care doctor (Frank Stracca) indicated need for physical therapist for my neck which is becoming increasingly fragile & painful

HarrisonD-SSD-     00092

---

### SECTION 4 — INFORMATION ABOUT YOUR MEDICAL RECORDS

## DOCTOR/HMO/THERAPIST

3. 

| NAME Dr. Joseph McCarthy, MD, NE Baptist Hospital | DATES |
|---|---|
| STREET ADDRESS 125 Parker Hill Avenue | FIRST VISIT 10-96 |
| CITY Boston   STATE MA   ZIP 02120 | LAST SEEN 5-98 |
| PHONE 617 738-6710 Area Code Phone Number   CHART/HMO # | NEXT APPOINTMENT 12-9-98 |

REASONS FOR VISITS   Dr. McCarthy is an Orthopedic Surgeon, I have X-rays & an exam for my 2 hip Replacements approximately every 6 months,

WHAT TREATMENT WAS RECEIVED?   X-Rays of prior surgery, monitoring 2 hip Replacements,   (Every 6 months)

4) please see #9   **If you need more space, use Remarks, Section 9.**

---

E. **List each HOSPITAL/CLINIC.** Include your **next appointment.**

1.

| HOSPITAL/CLINIC | TYPE OF VISIT | DATES | |
|---|---|---|---|
| NAME Puritan Medical Center (See #1) & North Shore Center for Arthritis (See #2) | ☐ INPATIENT STAYS (Stayed at least overnight) | DATE IN | DATE OUT |
| STREET ADDRESS | ☐ OUTPATIENT VISITS (Sent home same day) | DATE FIRST VISIT | DATE LAST VISIT |
| CITY   STATE   ZIP PHONE Area Code Phone Number | ☐ EMERGENCY ROOM VISITS | DATES OF VISITS | |

Next appointment _____ Your hospital/clinic number _____

**Reasons** for visits _____

_____

What **treatment** did you receive? _____

_____

What **doctors** do you see at this hospital/clinic on a regular basis? _____

_____

HarrisonD-SSD-   00093

## SECTION 4 — INFORMATION ABOUT YOUR MEDICAL RECORDS

### HOSPITAL/CLINIC

**2.**

| HOSPITAL/CLINIC | TYPE OF VISIT | DATES | |
|---|---|---|---|
| NAME<br>1- NY Hospital For Special Surgery<br>2- Ridgewood Hospital (in NJ)<br>3- Ridgewood Physical Therapy (in NJ) | ☒ INPATIENT STAYS<br>(Stayed at least overnight) | **DATE IN**<br>1- 5/31/95<br>2- 8/3/95 | **DATE OUT**<br>6/5/95<br>8/6/95 |
| STREET ADDRESS<br>(See Remarks) | ☐ OUTPATIENT VISITS<br>(Sent home same day) | **DATE FIRST VISIT**<br>3- 3/95 | **DATE LAST VISIT**<br>8/95 |
| CITY          STATE          ZIP | ☐ EMERGENCY ROOM VISITS | **DATES OF VISITS** | |
| PHONE<br>   Area Code    Phone Number | | | |

Next appointment  N/Applicable  Your hospital/clinic number  N/A

**Reasons** for visits  Hip Replacements ( Left, then Right),
Physical Therapy

What **treatment** did you receive?  Surgery & physical therapy

What **doctors** do you see at this hospital/clinic on a regular basis?  Surgeons, Rheumatologists,
Physical Therapists

### If you need more space, use Remarks, Section 9.

**F.** Does **anyone else have medical records or information** about your illnesses, injuries or conditions (Workers' Compensation, insurance companies, prisons, attorneys, welfare), or are you scheduled to see anyone else?

YES ☒   (If "YES," complete information below.)   NO ☐

| NAME  Indianapoles Life Ins. Co. | DATES |
|---|---|
| ADDRESS  2211 Congress Street<br>Portland, Maine  04122-0001 | FIRST VISIT |
| | LAST SEEN |
| PHONE  1-800-437-4704<br>   Area Code    Phone Number | NEXT APPOINTMENT |

CLAIM NUMBER (If any)
REASONS FOR VISITS?  I have Filed extensive paperwork &
Indianapolis Life has requested medical
records. Also Lucen Technologies, where I
worked for 20 years (currently in North Andover), Both have accepted
my physical need for disability & are not challenging it.

### If you need more space, use Remarks, Section 9.

## SECTION 5 — MEDICATIONS

Do you currently take any **medications** for your illnesses, injuries or conditions?   YES ☒   NO ☐
If "YES," please tell us the following:  *(Look at your medicine bottles, if necessary.)*

| NAME OF MEDICINE | PRESCRIBED BY (Name of Doctor) | REASON FOR MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|---|---|
| Lodine Tylenol #4 (pain) | Dr. Frank Straccia " " " " | Arthritis/Inflammation Arthritis/pain | Some stomach discomfort |
| ZANTAC PRINIVIL | " " " " " " " " | Stomach protection Mild high blood pressure | None significant Noted |
| Imipramine, Klonopin | " " " " " " " " | Difficulty w/ sleeping & pain & anxiety | |
| methotrexate sulfasalazine | Dr. Matthew D. Heller " " " " | Arthritis/inflammation " " | |
| PREDNISONE Fosamax | " " " " " " " " " " | " Help prevent calcium loss | |
| Folic Acid | " " " " | Anemia | |

**If you need more space, use Remarks, Section 9.**

## SECTION 6 — TESTS

Have you had, or will you have, any **medical tests** for your illnesses, injuries or conditions?
YES ☐   NO ☐   If "YES," please tell us the following:  *(Give approximate dates, if necessary.)*

| KIND OF TEST | WHEN DONE, OR WHEN WILL IT BE DONE? (Month, day, year) | WHERE DONE? (Name of Facility) | WHO SENT YOU FOR THIS TEST? |
|---|---|---|---|
| EKG (HEART TEST) | mid 1990's | In N.J. — Morristown | At that time, primary care Doctor (Stephan Krasnics — now deceased) |
| TREADMILL (EXERCISE TEST) | | | |
| CARDIAC CATHETERIZATION | | | |
| BIOPSY Name of body part_____ | | | |
| HEARING TEST | | | |
| VISION TEST For arthritis from the arthritis | | Dr. Roott Richard — North Andover | Dr. Frank Straccia |
| IQ TESTING | | | |
| EEG (BRAIN WAVE TEST) | | | |
| HIV TEST | | | |
| BLOOD TEST (NOT HIV) | About every 4-6 weeks | Dr. Matthew D. Heller | Dr. Frank Straccia |
| BREATHING TEST | 1993, 1995 | In N.J.; once for Sleep Apnea, once for Pre-op Test | |
| X-RAY Spinal, neck, knees, Name of body part Shoulders | 4/98 | Salem Radiology | Dr. Matthew D. Keller |
| MRI/CT SCAN Name of body part_____ | 1/95 | Morristown, NJ — Spine | Dr. David Widman (Morristown, NJ) |

**If you have had other tests, list them in Remarks, Section 9.**   Please see #9

HarrisonD-SSD-   00095

## SECTION 7 — EDUCATION/TRAINING INFORMATION

A. Circle the highest grade of school completed.

_BA √MBA_

0   1   2   3   4   5   6   7   8   9   10   11   12   GED   College:  1   2   3  (4) or more

Approximate date completed: _BA – 1974, MBA – 1977_

B. Did you attend **special education** classes?   YES ☐   NO ☒   If "YES,"

NAME OF SCHOOL _____

ADDRESS _____
<br>(Number, Street, Apt. No.( if any), P.O. Box, or Rural Route)

_____
<br>City                    State                    ZIP

DATES ATTENDED _____ TO _____

TYPE OF PROGRAM _____

C. Have you completed any type of **special job training, trade or vocational school**?   YES ☐   NO ☒

If "YES," what type? _____

Approximate date completed: _____

## SECTION 8 — VOCATIONAL REHABILITATION INFORMATION

A. Have you received services from **Vocational Rehabilitation** or any other organization to help you get back to work?   YES ☐   NO ☒   If "YES,"

NAME OF ORGANIZATION _____

NAME OF COUNSELOR _____

ADDRESS _____
<br>(Number, Street, Apt. No.( if any), P.O. Box, or Rural Route)

_____
<br>City                    State                    ZIP

DAYTIME PHONE NUMBER _____ _____
<br>Area Code            Number

DATES SEEN _____ TO _____

TYPE OF SERVICES OR
TESTS PERFORMED _____
<br>(IQ, vision, physicals, hearing, workshops, etc.)

B. Would you like to receive rehabilitation services that could help you get back to work?   YES ☐   NO ☒   _my disease is very well documented and understood._
_In spite of many powerful medications, surgery_
_pain killers + physical therapy, it continues to progress._
_I would be E-man myself to say yes & think otherwise._

## SECTION 9 — REMARKS

Use this section for any added information you did not show in earlier parts of this form.  When you are done with this section (or if you don't have anything to add), be sure to go to the next page and complete the signature block.

FROM A/B: MY RIGHT EYE HAS ALSO BEEN EFFECTED, OVER THE LAST 2 YEARS I HAVE HAD SIGNIFICANT IRITIS REQUIRING HEAVY DOSES OF PREDNISONE FOR SEVERAL MONTHS, MY JAW IS ALSO OFTEN AFFECTED + EATING CAN BE DIFFICULT; MOST RECENT DEVELOPMENT IS CONSTANT NUMBNESS ON RIGHT SIDE OF HEAD/NECK + VERY SEVERE NECK PAIN ALL OF THE TIME, MY BACK ALSO FREQUENTLY HURTS — X-RAYS SHOW AN L3 COMPRESSION; WHEN IT HURTS I GET 15-20 ATTACKS A DAY LASTING ABOUT 3-5 MINUTES + IT IS SEVERE.

*M/B SECTION II*

*SECTION IV D*

12/1/98

I AM SCHEDULED TO SEE DR. RICHARD ZANIEWSKI (745-9000) WHO IS AN M.D. SPECIALIZING IN PHYSICAL THERAPY, DR. MATTHEW KLEFFER HAS INDICATED THAT A DR., NOT A REGULAR PHYSICAL THERAPIST IS NECESSARY BECAUSE THE NECK HAS BECOME EXTREMELY FRAGILE AND BRITTLE. ALSO, OTHER DOCTORS INCLUDE DR. DAVID VIDINA (MORRISTOWN, NJ) + STEPHEN KRASNICA BOTH 1991-1996 o ALSO, DR. NEIL BLOCK IN ORANGE COUNTY, NY, 1994-1996.

*SECTION IV E*

SURGERY (2 HIP REPLACEMENTS) IN 1995 PERFORMED IN NY (LEFT HIP) + NJ (RIGHT HIP). ALSO, EXTENSIVE PHYSICAL THERAPY IN 1985 IN RIDGEWOOD, NJ WAS UNSUCCESSFUL IN MODERATING THE DISEASE. ALSO SOME PHYSICAL THERAPY IN EARLY 1990'S.

IT IS OBVIOUS, UPON 1ST SIGHT, THAT I HAVE SEVERE ARTHRITIS — I HAVE DONE THE BEST I CAN SINCE THE EARLY 1990'S TO MODERATE THE DISEASE — I HAVE HAD PHYSICAL THERAPY, VERY POWERFUL MEDICATION, PAIN PILLS AND SURGERY, THE DISEASE CONTINUES TO WORSEN, I HAVE LOST   7½ INCHES OF HEIGHT. I AM AT THE END OF THE ROAD — SORT

FORM SSA-3368-BK (7/98) OF SPEAK, HOW I WISH IT WAS DIFFERENT + PAGE 9 HOW I WISH I WAS A LIVELY, VIBRANT PERSON ONCE AGAIN, BUT THE STARK REALITY IS THAT I AM NOT. CLINICAL TESTING CONFIRMS MY...

HarrisonD-SSD-     00097

## SECTION 9 — REMARKS

ANYONE MAKING A FALSE STATEMENT OR REPRESENTATION OF A MATERIAL FACT FOR
USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT
COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW.

| Signature of **claimant** or person filing on claimant's behalf *(Parent, guardian)* | Date *(Month, day, year)* |
|---|---|
| *Donna Richard Harrison* | 11 – 4 – 98 |

Witnesses are required **ONLY** if this statement has been signed by mark (X) above.  If signed by mark (X),
two witnesses to the signing who know the person making the statement must sign below giving their full
addresses.

| 1.  Signature of **Witness** | 2.  Signature of **Witness** |
|---|---|
| **Address** *(number and street, city, state, and ZIP code)* | **Address** *(number and street, city state, and ZIP code)* |

FORM SSA-3368-BK (7/98)                                                                    PAGE 10

☆U.S GOVERNMENT PRINTING OFFICE: 1998  443-420

**5.** Have you been seen by other agencies for your injury or illness?(VA, Workers Compensation, Vocational Rehabilitation, Welfare, etc.)
(List any other agencies, their addresses, your claim numbers, dates and treatment received in Part VI.)

☐ Yes (If "yes", fill in the information below.)   ☑ No

| NAME OF AGENCY | ADDRESS OF AGENCY |
|---|---|
| YOUR CLAIM NUMBER | |
| DATES OF VISITS (MO., DAY, YR.) | TYPE OF TREATMENT EXAMINATION OR MEDICINES RECEIVED |

If more space is needed list the other agencies, their addresses, your claim numbers, dates, and treatment received in Part VI

**6.** Have you had any of the following tests?

| TEST | CHECK APPROPRIATE BLOCK OR BLOCKS | | IF "YES" SHOW | |
|---|---|---|---|---|
| | YES | NO | WHERE DONE | WHEN DONE |
| Electrocardiogram | ☑ YES | ☐ NO | | |
| Chest x-ray | ☑ YES | ☐ NO | | |
| Other x-ray (specify) *LEGS* | ☑ YES | ☐ NO | *KINGSTON N.Y.* | *1-03* |
| Breathing Tests | ☑ YES | ☐ NO | | |
| Blood Tests | ☑ YES | ☐ NO | *REGULARLY* | *WEEKLY* |
| Other (Specify) *MRI ENTIRE BODY* | ☑ YES | ☐ NO | *ALBANY MED CTR* | *11-02* |
| Other (Specify) *BONE SCAN* | ☑ YES | ☐ NO | *ALB MED* | *1-02 - 2-03* |
| Other (Specify) *CAT SCAN* | ☑ YES | ☐ NO | *ALB MED* | *11-02 - '03* |
| Other (Specify) *ASPIRATION (POINT)* | ☑ YES | ☐ NO | *ALB MED* | *4-2002* |

**PART III – INFORMATION ABOUT YOUR ACTIVITIES**

**7.** Has your doctor told you to cut back or limit your activities in any way since the date shown on Page 1?

☑ Yes (If "yes", give the name of the doctor below and tell what he/she told you about cutting back or limiting your activities.)   ☐ No   *ANOTHER*

NAME OF DOCTOR   *SCHEDULED FOR 6-7-03*

EXPLANATION OF WHAT DOCTOR TOLD YOU

*NO WORK AT ALL (ALL DOCTORS)*
*THERE IS NO HOPE FOR DISEASE REVERSAL*

**8.** In the areas below, describe your daily activities and state what and how much you do of each; how often you do it; and any assistance you require.

PERSONAL MOBILITY (walking, moving about, exercising your legs, etc.)

*EXTREMELY LIMITED*
*CONFINED TO BED*

PERSONAL NEEDS AND GROOMING (dressing, bathing, etc.):

*WIFE HELPS ALONG WITH*
*THE AIDES AT THE HOME*

Form **SSA-454 BK** (4-93)          4

MAY 11, 1998                      N.E. BAPTIST HOSPITAL-V5-                    PAGE    1
    9:43:54                          125 PARKER HILL AVENUE
                             BOSTON, MA              02120-3297
                                      617-754-5800
                                  RADIOLOGY DEPARTMENT

                                          DOB
PATIENT NAME: HARRISON, DENNIS       11/19/52 M/R NUMBER:            269691
ORDERING DR : MCCARTHY, JOSEPH                RADIOLOGY NUMBER:      269691
EXAM DATE:     5/08/98                        TRANSCRIBE DATE:      5/08/98
OUTPATIENT: FS FREMONT-SMITH CLINIC           ORDER NUMBER:        3865770
EXAM DESCRIPTION: BONE DENSITY (DEXA)         ACCT. NUMBER:         737668

PROCEDURE PERFORMED:  DUAL ENERGY X-RAY ABSORPTIOMETRY, 5/8/98

CLINICAL INDICATION:  OSTEOPOROSIS

The T value for L1-4 is -1.20.   The T value is a comparison, in
terms of standard deviations, sex-matched to peak-age bone
mineralization.   Thus, the patient has below normal bone
mineralization and is at questionably increased risk of
developing osteoporotic fracture.   The scan demonstrates
 )idence of ankylosing spondylitis.  The hip was not evaluated
secondary to THR.

    prn:cel


                                                           JHIL
                                    _____
                                       HILL, JAMES

                                    VERIFIED DATE:   5/08/98

HarrisonD-SSD-     00261

k = 1.130  d0 = 43.9(1.000H)  7.59

# Baptist Hospital



Y05089809     Fri May 8 11:49 1998
Name;                    HARRISON,DENNIS
Comment:     osteoporosis/baseline
I.D.:          269691     Sex:      M
S.S.#:        –  –        Ethnic:   W
ZIP Code:                 Height:5' 6"
Operator:          JQ  Weight:  152
BirthDate: 11/19/52       Age:   45
Physician:     MCCARTHY
Image not for diagnostic use

   TOTAL BMD CV FOR L1 - L4  1.0%

   C.F.    1.024    1.005    1.000

Region Est.Area  Est.BMC   BMD
       (cm$^2$)   (grams) (gms/cm$^2$)
-------------------------------------
    L1   15.85    12.79    0.807
    L2   17.41    16.59    0.953
    L3   15.87    17.33    1.092
    L4   19.87    19.49    0.981
 TOTAL   69.01    66.20    0.959



·May 8 11:57 1998  [116 x 139]
Hologic QDR-4500 (S/N 47337)
    Lumbar Spine V8.16a:5

HOLOGIC

# New England Baptist Hospital

a Lumbar Spine
Reference Database ·



Y05089809     Fri May 8 11:49 1998
Name:                    HARRISON,DENNIS
Comment:     osteoporosis/baseline
I.D.:          269691     Sex:      M
S.S.#:        –  –        Ethnic:   W
ZIP Code:                 Height:5' 6"
Operator:          JQ  Weight:  152
BirthDate: 11/19/52       Age:   45
Physician:     MCCARTHY

BMD(L1-L4) = 0.959 g/cm$^2$

| Region | BMD   | T(30.0) |     | Z     |      |
|--------|-------|---------|-----|-------|------|
| L1     | 0.807 | -1.83   | 80% | -1.63 | 82%  |
| L2     | 0.953 | -1.28   | 87% | -1.06 | 89%  |
| L3     | 1.092 | -0.10   | 99% | +0.12 | 101% |
| L4     | 0.981 | -1.50   | 86% | -1.26 | 88%  |
| L1-L4  | 0.959 | -1.20   | 88% | -0.98 | 90%  |

· Age and sex matched
T = peak BMD matched
Z = age matched          TK    11/04/91



HOLOGIC