11

**James L. Wise, M.D.**

78 Maiden Lane

Kingston, N.Y. 12401

(845) 331-5326 - PHONE

(845) 331-5837 - FAX

Harrison,Dennis
34 Smith Ave
Kingston, NY 12401

DOB:   11/19/1952

DOS:  11/10/2003 6:38:18

Paul Donovan, M.D.*

---

Wise, James
Reg. #: 111003-2
Date of visit: "11/10/2003"

## Current Drugs

Vioxx 50 MG PO OD
Cipro 500 MG PO BID
Prednisone 20 MG PO QOD
Oxycontin 40 MG PO BID
Oxycodone 10 MG PO TID
Imipramne 30 MG PO HS
Klonopin 2 MG PO HS
Fosamax 70 MG PO WEEKLY
Calcium 1200 MG - DIET AND PILL

## Allergies

Intolerant To Indomethacin

## Subjective

He was diagnosed with Ankylosing spondylitis 25 years ago.  The symptoms were gradual in onset. He has had inflammation/symptoms of the following: TMJ, neck, shoulders, wrist, hips, knees, ankles, toes, mid-back, lower back, S-I. The back symptoms are moderate in intensity. The peripheral joint symptoms are moderate in intensity.  Typically there is 2-3 hour of morning stiffness. He has fusion of the: C-spine; D-spine; L-S spine. He has noticed an inability to expand the chest fully.  He does have a history of: conjunctivitis; iritis/uveitis; mucositis.  Family history is positive for similar symptoms.  Affected relatives include: brother. Therapies tried to date include: NSAIDs, COX 2, MTX, corticosteroids.

SOCIAL HABITS: TOBACCO: none;  ALCOHOL: none.

MEDICAL HISTORY: HTN. Renal disease. Chronic pain. Ankylosing spondylitis. Iritis. Osteoporosis. Sepsis x 2, 2003.

SURGICAL HISTORY: Bilateral THR, 1996. Cervical fusion due to C1-2 subluxation, 2000. Lumbar fusion, 2001. ORIF, R femur, 1/03. Infected hardware, 3/03 with replacement of hardware, 6/03. Vertebral collapse, L3.

FAMILY HISTORY: non-contributory.

SOCIAL HISTORY: Married.

EMPLOYMENT: Disability.

## Objective

V.Signs
    WT:165 lb; BP:110/60; P:100;
Constitutional
    Well developed, well nourished male in no acute distress.
HEENT
    Head:  Temporal arteries are within normal limits. - parotid enlargement.
    Eyes: There is no circumcorneal congestion. The iris does not appear edematous. The pupil is regular.
    Ears:  External and internal ears are within normal limits; hearing is grossly normal.
    Nose: Within normal limits; no polyps, no septal perforation.
    Throat/Mouth:  Normal dentition.  No oral ulcers, no gingivitis, no exudate. Mouth aperture - diminished. He does not wear dentures.
Neck
    Salivary glands not enlarged; carotids palpable, equal, no bruit; - thyromegaly. No JV distension. - mass. .
C-V

**Harrison,Dennis**
34 Smith Ave
Kingston, NY 12401

DOS: 11/10/2003
6:38:18 PM

regular rhythm; heart sounds normal; no murmurs, gallops or rubs. Pulses: not tested. No edema.
Respiratory
    Lungs are clear. There are no rales, rhonchi or rubs.
Gastrointestinal
    Not examined.
Integumentary
    No significant abnormalities noted. - psoriasis.
Neurological
    DTRs: UE - accentuated; LE - Patellar 0/1; Achilles 2/2. Motor - normal. Sensory exam - normal. Tinel's: negative.
Hem/Lymph
    There is no adenopathy, ecchymosis or evident anemia.
Musculoskeletal
    The joints marked with a - were examined and no inflammation was noted. The joints marked with a + are described in
    more detail. - nodule.
    + shoulders; -elbows; + wrists; - MCPs; - PIP; - DIPs; + hips; + knees; - ankles; -mid-foot; + MTPs, - C-C.
Wrist
    right; LOM 50%; minimal synovitis; mildly tender; + subluxation; + elevated ul styloid.
Spine-Cerivcal
    Global loss of motion: complete.
Spine-Dorsal
    Chest expansion is 1-2 cm at the nipple line. - kyphosis.
Spine-Lumbar
    Schober's test shows 0 cm of forward displacement.

## Assessment

    SPONDYLITIS-ANKYLOSING
    The patient has long standing AS with fusion of the spine and some peripheral joint problems. It is not clear to me the
    present degree of inflammation due to the AS. However, he has prolonged AM stiffness and notes a marked increase
    in pain with decreasing the prednisone. However, he tends to taper precipitiously and that can be associated with
    non-specific arthralgia. He would be a candidate for trying Enbrel. However, he has had two recent bouts of sepsis
    which would temper the use of Enbrel. He certainly needs to decrease steroid use. I discussed with him the need for a
    slow taper and he will decrease to 15 mg po qod and call in 2 weeks. I will contact Dr Froud after he is seen on the
    20th.

## Plan

Instruct.
    INFO-ANKYLOSING SPONDYLITIS
        BROCHURE-ANKYLOSING SPONDYLITIS.
    ENBREL
    CORTICOSTEROIDS
        Steroids, Oral

        What are other names for this drug?
        Some of the names for oral steroids are prednisone, prednisolone, and methylprednisolone. Some product
        names include Prelone Syrup, Pediapred Oral Solution, and Medrol.

        What does this drug do?
        Oral steroids are strong medicines that are most often used for quick-relief of moderate to severe asthma
        episodes. If you have severe asthma, oral steroids may also be used as long-term control medications. Oral
        steroids reduce swelling, inflammation, and mucus production in the airways. They help control and prevent
        symptoms of asthma. Oral steroids can also reduce the "twitchiness" or irritability the airways.

        Although oral steroids are used for quick-relief, they:

        DO NOT immediately open the airways
        DO NOT provide immediate relief of wheezing or acute asthma attacks.
        Oral steroids DO speed recovery from a moderate to severe asthma episode and reduce the chance of a
        relapse.

        There are other medicines available which quickly open airways and are used for acute asthma attacks.

**James L. Wise, M.D.**

78 Maiden Lane

Kingston, N.Y. 12401

(845) 331-5326 - PHONE

(845) 331-5837 - FAX

DOS: 1/17/2008

Paul Donovan, M.D.*

**Harrison,Dennis**
**34 Smith Ave**
**Kingston, NY 12401**

DOB: 11/19/1952

---

## Adverse Drug Reactions
Intolerant To Indomethacin []

## Current Medications
Allopurinol Tablets  300 mg po od
Calcium  2 gm/d - diet and pills
Celexa Tablets  20 mg po od
Feldene Capsules  20 mg po od prn
Furosemide  40 mg po prn
Klonopin Tablets  1-2 mg po hs
Prednisone Tablets  20 mg po od
Tylenol With Codeine Tablets No 4  q4h prn

## Subjective
Patient has a many year history of symptoms suggestive of a HLA B27 related problem. He has had inflammation/symptoms of the following: neck, wrists, digits, knees, ankles, toes, lower back. Typically there is several hour of morning stiffness. There is a history of enthesopathy (tendon insertion inflammation). He does have a history of: iritis/uveitis, mucositis.
MEDICAL HISTORY: HTN. Renal disease. Chronic pain. Ankylosing spondylitis. Iritis. Osteoporosis. Sepsis x 2, 2003. MVA, 2002 with subsequent IF rod. OSA.
SURGICAL HISTORY: Bilateral THR, 1996. Cervical fusion due to C1-2 subluxation, 2000. Lumbar fusion, 2001. ORIF, R femur, 1/03. Infected hardware, 3/03 with replacement of hardware, 6/03. Vertebral collapse, L3.
ROS
The ROS was reviewed and no significant new problems was identified.

## Objective
Knee
  bilateral: + synovitis; L effusion; LOM - 30%; + laxity; + crepitation.
Spine-Cerivcal
  **Global loss of motion: moderate to severe.**
Spine-Lumbar
  **L-S spine shows moderate-severe decreased ROM. There is no paraspinal muscular tenderness.**

## Procedures
**JOINT INJECTION**
**JOINT INJECTION**

## Assessment
**ANKYLOSING SPONDYLITIS**
The patient has increasing problems with the knees. He had responded well to steroid injections in the past. After discussion, the knees were injected. Unfortunately, he has increased his prednisone. He will start a taper of his prednisone. He was also started recently on allopurinol. It is unclear if there was a typical gouty episode separate from his AS related peripheral arthritis.

**Harrison,Dennis**
**34 Smith Ave**
**Kingston, NY 12401**

DOS: 1/17/2008

## Plan

Return

Call if there are any problems
Call next week
3 months

Instructions

ANKYLOSING SPONDYLITIS
DISCUSSED THE ABOVE

HarrisonD-WiseMDJL-     00022

**James L. Wise, M.D.**

78 Maiden Lane

Kingston, N.Y.  12401

(845) 331-5326 - PHONE

(845) 331-5837 - FAX

Harrison,Dennis
34 Smith Ave
Kingston, NY 12401

DOB:   11/19/1952

DOS:  7/24/2008

Paul Donovan, M.D.*

---

## Adverse Drug Reactions
Intolerant To Indomethacin []

## Current Medications
Allopurinol Tablets  300 mg po od
Calcium  2 gm/d - diet and pills
Furosemide  infrequently
Klonopin Tablets  1-2 mg po hs
Naproxen tablet.  440 mg po AM; 220 mg po PM
Prednisone Tablets  15 mg po od
Tylenol With Codeine Tablets No 4  q4h prn
DISCONTINUED MEDICATION : Feldene Capsules  20 mg po od prn  - DC med change

## Subjective
This is a follow-up visit for Ankylosing Spondylitis.  He has a many year history of AS.  He was last seen 3 months ago.
He is feeling better.  There is a long history of back discomfort.  There is an hour of morning stiffness.  He has some
peripheral joint problems.  He does not have dactylitis.  He has no present history of:  urethritis; colitis; psoriasis;
conjunctivitis; iritis/uveitis; mucositis.  His medications are listed.  There are no apparent ADR.  The use of
DMARDs/Biologics was discussed.  We again discussed the need to taper and/or discontinue the prednisone.
MEDICAL HISTORY: HTN. Renal disease. Chronic pain. Ankylosing spondylitis. Iritis. Osteopenia. Sepsis x 2, 2003.
MVA, 2002 with subsequent IF rod. OSA.
SURGICAL HISTORY: Bilateral THR, 1996. Cervical fusion due to C1-2 subluxation, 2000. Lumbar fusion, 2001.
ORIF, R femur, 1/03. Infected hardware, 3/03 with replacement of hardware, 6/03. Vertebral collapse, L3.
**ROS**
The ROS was reviewed and no significant new problems was identified.

## Objective
Musculoskeletal
**There is no change from the prior exam.**
Spine-Cerivcal
**Global loss of motion: marked.**
Spine-Lumbar
**L-S spine shows marked decreased ROM. There is no paraspinal muscular tenderness.**

## Assessment
**SPONDYLITIS-ANKYLOSING**
Dennis states that he is doing better with the use of naproxen. However, his improvement is as likely due to his
self-adjustment of prednisone. We discussed again the concerns with continued use of prednisone and his
osteopenia, as with other corticosteroid ADRs. We have been discussing the use of a biologic for sometime. He is still
considering the use of a biologic. He states that he plans to be seen at the Hospital of Special Surgery for their
opinion on surgical and medical approach to his many issues. I fully encouraged him to pursue this option.
In the meantime, I asked him to taper on the prednisone by 2.5 mg decrements. We will converse in 2 weeks and will
encourage him to taper further as able.

**12**

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York 12206
(518) 489-2666 • Fax (518) 489-5933/2080

SEPTEMBER 20, 2002

HARRISON, DENNIS
CHART #:
DOB:

This is a 49 year old male who used to work as a product manager
for AT & T who has a long history of musculoskeletal problems. He
has been diagnosed as having ankylosing spondylitis. He underwent
a cervical fusion for basilar invagination. He was having terrible
headaches. That helped. That was back in 1999. In 2001 he underwent
a massive surgical reconstruction for flat back secondary to the
ankylosing spondylitis and it looks like they did his surgery from
T8 down to the sacrum and did an osteotomy at the L3-4 level. He
had been doing okay until a motor vehicle accident that arose
February of this past year. Since that time he has had a down trend
of his function. February and March he had mild dysfunction. April
and May it became moderate. July to present it became quite severe.
He notes that the pain sometimes is in his lower mid back when he
lies down but a lot in his buttock region that creeps around to his
lower abdomen and anterior thigh region, more so on the left than
on the right. He has been told that his left total hip replacement
is okay. He has had no bowel or bladder accidents. X-rays had shown
a failed rod on one side in the past at about the 2-3 level and
most recently it looks like both rods have now failed. He has some
bladder urgency but no definitive bowel or bladder accidents. He
went to see a surgeon in Concord, New Hampshire who didn't feel
there was much to offer. He is now here because of the worsening of
his symptomatology. He has been taking very high, more than normal
doses of Ibuprofen to help diminish his pain. He is on Indocin. He
takes Procrit, Vioxx, Tylenol #4, Oxycontin, Klonopin, Folic Acid,
Imipramine, Methotrexate and Prednisone. He has anemia, nephrosis,
osteoporosis and rheumatoid disease. In looking at the notes from
the past, they did an anterior L3-4 osteotomy. They did that
through a mini lateral incision on the left side but I think they
did that to be able to get an adequate osteotomy done.

PE: He has a well healed posterior scar. He notes that he is
starting to tilt forward similar to what he had done before this
previous surgery but he lies down or when he pushes himself back,
he is able to tilt back.

ASSESSMENT:   Pseudarthrosis/failed instrumentation most likely
exacerbated by the motor vehicle accident.

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York 12206
(518) 489-2666 • Fax (518) 489-5933/2080

HARRISON, DENNIS
PAGE TWO
SEPTEMBER 20, 2002

SUGGESTION & DISCUSSION: I explained to him that in the past somebody took a big wedge out of the back of his spine, put it in the front so that they could crank him back so he could look up. That had held okay but when the bone underneath doesn't want to heal, the metal eventually takes all the stresses. The metal is like a big super duper coat hanger. Eventually you could break it if you put enough stresses on it. One of the rods had already been broken which means that underneath that rod, there is an area that hasn't healed solidly with bone but it has fiber tissue. There is a reason why that happens. When you take bone and use bone graft, you take it from one place and put it somewhere else. The body destroys it; makes it into fiber tissue and then it is supposed to calcify and ossify it. At any point in time, it can stop what it is supposed to do and just sort of end up with sort of like a fibrous tissue. That might have been what was holding him all along and that rod until he got whacked. The rod shearing then made things unstable which is why he is tilting back and probably suffered some sort of a fracture there. Not only did he fracture through the rod but fractured through the bone as well. Interestingly enough, folks with ankylosing spondylitis are the ones who end up with catastrophic problems from accidents. What that means is that the bones of their spine don't have a whole lot of flexibility between them so an accident makes it more like a bamboo stick and they can break. So in reality, he is a real lucky camper that he had those rods in because they acted like a bit of an added support that held him.

On his examination today, I find a couple of unusual findings. It looks like his reflexes are more brisk than usual to both his upper and lower extremities. When I stroke the bottom of his left foot, his toes come out and fan while on the right side they don't which is also indicative of an abnormal reflex that means that there may have been or still could be some pressure on the spinal cord, not necessarily at that L2-3 region but more so somewhere else. So I think we have our work cut out for us. I do think we probably need to consider repairing where that crack arose. That would mean that we would need to take out some of the metal, span across it, open up the front and put something in that space the guy had done at the level just below. We may even need to put some metal screws in there. What is not in our favor is that the guy has got thin bone, he has got osteoporosis, he has also got a problem with

HarrisonD-CapitalROGMR-     00002

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York 12206
(518) 489-2666 • Fax (518) 489-5933/2080

HARRISON, DENNIS
PAGE THREE
SEPTEMBER 20, 2002

Prednisone usage because that makes the bones even weaker. I think
we have got to deal with what we have to deal with. I do think we
need somebody to help us direct his medical care. He is going to
need surgery here more than likely to try to fix that area. I am a
little concerned though to try to understand where all the rest of
the findings are. I think I want to go ahead by doing MRI's of his
neck, mid and low back and see if there is any obvious outside
pressure that is poking us direct on the spinal cord. They may not be. All
this business could actually be from the original foramen magnum
problem which is all the way up in the top of the brain and that
might have been the precipitating event of all these abnormal
reflexes to begin with. So I think we need to do a couple of
things. We are going to need to MRI his brain, C-spine, T-spine and
L-spine in anticipation for surgery. I want to do a bone scan. Even
though his injury arose in February which was about seven months
ago, we may be lucky enough to see some abnormal uptake at that L2-
3 level. I would like somebody to see him from Rheumatology here.
We may want him to be seen by a neurologist dependent upon what the
MRI shows. I would like him to get in some sort of turtleshell. We
will see about getting a new brace fabricated. I just want him to
be protected because I do think that that is a weak link so if,
indeed, he falls over the fence, gets tripped up, that may be an
area that may cause damage. He also needs to understand though that
at the upper most area where the surgery ends is also at risk as
well. I am sure that they had told him that in the past. I am also
going to send him over for some x-rays, standing AP and lateral
scoli C-spine AP and lateral, supine lateral scoli in flexion and
extension. I will see him back in just a moment with those x-rays.

                    Allen Carl, M.D., F.A.C.S.

AC/lg
cc:  Dr. Paul Donovan
     Dr. Cristello

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. ● Suite 200 ● Albany, New York ● 12206
(518) 489-2666 ● Fax (518) 489-5933/2080

OCTOBER 18, 2002

HARRISON, DENNIS
CHART #:220951
DOB:  11/19/52

He is here today with his wife to discuss his situation. We have
him in a brace for protection. We did an MRI and the MRI actually
showed evidence of his previous abnormality in his neck region and
that is probably the reason why I found some abnormal reflexes
because what he had done originally the first surgery in his neck
was probably something that was pinching on the spinal cord at one
point in time and that still has left with residual abnormalities
in his exam which also is indicative as to why we see abnormalities
on the MRI. There is some spinal cord atrophy up there. There is
some previous damage that prompted that original cervical fusion
for basilar invagination. He is now here because he feels as if he
is tilting more and more forward as the day goes on.  He has had an
osteotomy in the front but now he has had failure of his implants
which is what sort of makes him collapse as the day goes forward.
The MRI to his brain shows no abnormalities either. He is now
standing more straight but can't stand as long without discomfort.
My perception is that he may be able to stand more balanced because
he has broken his rod. What he has done is by breaking his rod, he
has allowed the vertebrae to open up more so he can sort of balance
himself in space.  I think that is also the reason why as time goes
on through the day he tilts forward because everything just rocks
there. He does have ankylosing spondylitis. What that means is that
his spine is so rigid that it doesn't have the ability to move in
space like a big slinky. I don't anticipate he is going to look ram
rod straight when all this is done.  He zigs and zags. The basic
idea is that your head and your upper body are the heaviest weight
you have to carry around. It is much harder to carry it around when
it comes in the doorway before you do which is why he is standing
the way that he is because he is trying to get his body weight over
the center. If we tilt him forward, we may end up causing him some
greater fatigue because if we tilt him forward and let him heal a
little tilted, he is going to end up wanting to try to get his
center of gravity as straight as possible by bending his knee. So
at this point in time, I think that we need to try to address the
issue by opening up the front and putting a doorstop in there, a
wedge just like was drawn in the picture but that in and of itself
is not going to be enough to hold things. We also need to go in the
back and span across where his rods are broken. So we are going to
need to try to sledge a new part of an implant across that area. We

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

HARRISON, DENNIS
PAGE TWO
OCTOBER 18, 2002

probably will end up taking the screws out and putting a little fatter screw in the same hole. We need to get more bone, probably off of him would be best if there are places to get it off him. He also has anemia. We are going to need to make sure that we have him see our hematology folks because if that is going to be a point of contention, that is what we are going to need to deal with. I would like somebody to meet him beforehand, know who he is and what he is about so that we don't have issues about having to pour more and more blood in when the time comes and then saying it would have been nice if we had met him before and heard what his story was. So I need him to see one of the hematology folks. I am going to have him see Dr. Harry Dunn.  I am thinking that we need to do this surgery in both the front and the back. The question is whether we can accomplish it all on the same sitting or not. I would explain to him that that determination would be made at the time of surgery. My perception is that we would go and attempt to open him up, take away part of the rods that are in the way. That way we would be able to see what is not fused and then incorporate new screws across the area that we think has failed. At the same time we are probably going to want to under cut some of the bone, make sure that there isn't a whole lot of tightness squeezing the nerves. I am concerned that in the front, there is too much air and if we just do something in the back, the front will fail pretty soon so we need to do something to put as a strut in the front. That may be his own bone, that may be bone from a bone bank, that may be a carbon support that we fill with his own bone. The other issue we probably should address is that he has had a lot of surgery. He has had a lot of scar tissue. I don't know if the health insurance companies would be willing but there is a new bone healing substance that is available that is extremely expensive and I don't want to use it in every single patient because not everybody uses it but it supposedly has super duper healing powers that may be warranted in a fellow like this if we could get his insurance company to cover it.  It is called bone morphogenic protein. It has just been FDA approved and I think that I wouldn't be using it in everybody but this makes sense in a guy who I would rather not be in there a third time. So I would rather throw everything I possibly could in this time in hopes of accomplishing the best outcome. When we go through the front, I am going to want to go through some virgin territory. So I don't think I am going on that left side. The next time I am going, it will be on that right

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

HARRISON, DENNIS
PAGE THREE
OCTOBER 18, 2002

side because hopefully that side won't have the same scar that the left side does. What we are going to end up doing is take that disc out and put something as a door stop in its place possibly with metal implants as well. There is an issue here as to how much to correct. The problem I am concerned about is that as I look at him, he has got some round shoulderedness in the upper part of his back because that is how he is balanced. So if I even open him more, I am going to end up pushing his head even further. He will be looking at the ground so it is going to be hard pressed for us to put him in a position that he stands in by having him lie down. There is no way to sort of take a photo of what he looks like now, put him on the table and know that you are in the exact same position. So he needs to understand he may feel weird when he gets up just because he doesn't have a whole lot of leeway as to what his position is in space. Now the surgery does have some risk, a fair amount of risk. Part of the problem is that we know that he has banged his spinal cord in the past. That is why he had the atrophy; that is why he has the abnormal reflexes that we have identified. It looks like a good deal of the culprit is coming out of his neck.  So in these particular cases, there is probably a little higher risk of paralysis issue. We will be using sensory evoked potentials during the surgery.  They are an intraoperative monitoring tool where we send an electrical impulse from the head down both arms and legs.  I don't think his sensory evoked potentials will look normal. They are not a foolproof test but they are better than nothing. It only looks at the sensory components of the nerves, not the motor components so it is not foolproof. My hopes are that we can do this all at one sitting but I don't want to promise him that. I have explained to him that if he bleeds a lot, if it takes us a longer period of time than we anticipate, if any issues arise with the anesthetic, we are going to stop and we will come back at a later date and do the next part. We will be asking them to do an awake intubation with a special endoscope so that they can do it as effectively as possible. At the same time he needs to understand that that is not the most pleasant thing in the world but I don't want them putting the tube down with him asleep just because he does have ankylosing spondylitis meaning that his bones are more bamboo. That means that he can break more easily because his discs are not as resilient and that means just like a fall on the ground can do him in, extending his neck when his muscles aren't protecting him can also do him in so that is why he

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

HARRISON, DENNIS
PAGE FOUR
OCTOBER 18, 2002

needs an awake intubation.   So we will be doing an awake
intubation. He does need to understand that patients who have
ankylosing spondylitis have a much higher propensity for bleeding.
We think it is because of the friability of their vessels but
patients who have spine fractures and ankylosing spondylitis are
people who we worry about to a greater degree because those
patients will bleed and get hematoma so that is a potential risk
here as well meaning that you can end up bleeding and squeezing the
spinal cord from the blood that is present. That could cause
paralysis. It could cause temporary or permanent, partial or
complete paralysis. It is probably certainly higher in patients who
have the history of ankylosing spondylitis.  I am going to suggest
that we just repeat his HLA B-27 level to confirm that indeed it is
still ankylosing spondylitis. I see no reason to doubt it but the
diagnosis was made in the 1970's. I would just like to confirm that
that is the case. I would like him to get also a rheumatoid factor,
ANA level and a SED rate. It can't hurt for us to also have him
check in with a rheumatologist here as well. We will also have a
pulmonary doctor have a look at him as well. The plan would not be
to paralyze him. I explained to him that if everything went
successfully, my hopes are that we would put him on the regular
floor when we are done.   There is a spine unit which is a six
bedded room where we would end up taking care of him. If any issues
arose at the time of surgery, he might end up waking up with a tube
in, possibly with sedation if he can't tolerate the tube if we
ended up with difficulty, if he had more fluid than we had hoped
for because a lot of times those 15 hour surgeries don't really
cause problems; it just fills the patient with fluid so you can't
pull the tube out and have him breathe spontaneously and that is
when you have to keep the tube in. It is not a picnic to have the
tube in. So they paralyze you. They also don't sedate you; you lie
there paralyzed not realizing why this is the case. So he needs to
understand that if we do this through the front and the back, we
are not going to hopefully be looking at 15 hours worth of surgery.
There is always that possibility in that we might do the first
part, gets through within 2 or 3 hours and the part takes 12, there
is always that possibility but if I take more than 2 or 3 hours to
do the front or more than 3 to 4 hours to do the back, he is only
going to get one side done. A week later we would do the other part
but at the same time there is down time nutrition-wise. That means

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

HARRISON, DENNIS
PAGE FIVE
OCTOBER 18, 2002

if you do them a week apart, we are also going to want to put a central line in him to give him hyperalimentation which is food through the vein because for that first day or two after each surgery he will have nothing to eat or drink. We don't want to lose down time and get nutrition less optimal and then have to put him through another surgery the next week. So if we did it in a staged fashion, he would get an intravenous line, he would get hyperalimentation which is nutrition that is in a fluid filled form so that he wouldn't end up losing out on a day or two or three of nutritional support but if we did it all at once, we would not give him the hyperalimentation because within three or four days, he would be eating regular food and not have to have down time again. I explained to him that we will also ask for him to donate blood on his behalf if he is willing but if he is anemic, he might just have to bite the bullet and take blood from the blood bank. He has been told that he can't donate his own blood so we will be using blood from the blood bank. The chances of getting AIDS from blood banked blood is 1 in a million. The chances of getting hepatitis is 1 in 100,000. It is just a known entity.  We will be washing blood during and after the surgery and giving it back to him but nonetheless, we will still end up probably having to give him some blood. As I mentioned, I am concerned about the bleeding issues with ankylosing spondylitis. There is not much you can do about it. Ankylosing spondylitic people in car accidents get a whole lot more bleeding epidurally than patients who don't have ankylosing spondylitis.  It is just one of those things that we are going to have to deal with with that knowledge that he has a higher risk of that.  I have also alerted him to the fact that even in the best of circumstances, even if we get this to glue together, it is not going to make him as good as new. It is not going to patch everything back together. He has some underlying deficits from his neck already. I am concerned that it is going to be hard to perfectly position him in space. So we may end up not having him in the same alignment he remembers comfort with. There is always a chance he could end up and have worse leg pain. There is also a chance he can end up with worse back pain. Those are all potentials.  He needs to understand that there is no way for us to be 100% assured that everything is going to be okay but what we try to do, we can't do it through the front of the spine but when we go through the back we may actually chip away a little bit of the bone to make sure that the spinal cord isn't sort of being pushed

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

HARRISON, DENNIS
PAGE SIX
OCTOBER 18, 2002

inward at that level. So he needs to understand that those
decisions will probably be made on the operating table but there is
always a chance that he could end up with worse back pain. Other
risks, we are going to be cutting through tissue that has already
been operated on. It doesn't have normal blood supply. There is a
higher risk of infection. We will be putting the patient on
antibiotics during and after the surgery but nonetheless, doing so
still has a chance for infection. If the infection were bad, it
could require long term antibiotics. If pus were to form, it could
require drainage of pus. If the metal got infected, it could
require removal of the metal, probably about a 2% chance.  Blood
clots to the legs or to the lungs. We get these patients up pretty
quickly after surgery. We get them mobilized fairly quickly. Even
if we do this in a staged fashion, we are going to get him up
pretty quickly in between. It will help to diminish the potential
for a blood clot to go from his legs to his lungs. We do put
patients after the second stage on blood thinners for a couple of
days. We don't feed the patient for the first couple of days. We
feed them intravenously and then once we are assured their belly is
working, then we give them liquids and then solids. The same thing
with injectable medicines; first injections with pain medication;
once they can take pills, we give them oral pain medicine. We will
give him more narcotics at one month after surgery. We won't give
him more narcotics after that point even if it is a failed surgery
because we don't want to give him an addiction issue. We do need to
understand that there is a balance here. We don't want to force
stuff in his belly if he is going to end up throwing up.  So we may
keep him NPO for some period of time. Hopefully his belly will
start working pretty quickly after surgery. We may give him his
medicines with some sips but that may be it but even if we do that,
the medicine might not be absorbed if his stomach is not working so
he may still get the medicine and still feel rotten. So he needs to
understand that there is not a way that we can really address that
until his belly starts working but if, indeed, it does become an
issue, we will give him sips of water with his pills but nothing
more.  He does need to understand that we don't know what the
outcome is going to be. Our hopes are that if everything is
successful, we can get him in the spine unit. If not, he will need
to go to the intensive care unit. Other risks of the surgery which
include but are not limited to the potential for pneumonias, heart
problems, etc. which is why we want to put those people in line

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

HARRISON, DENNIS
PAGE SEVEN
OCTOBER 18, 2002

to know that ahead of time. I just want to make sure that we have got enough docs around who could help us with issues that could potentially arise.    Other risks of the surgery include the potential for paralysis. It could be temporary; permanent, partial or complete, could leave him with bracewear issues, put him in a wheelchair. It is about a 1-2% risk.   There is also the risk that the bone that we put in might not heal or the metal will fail just like he already has. One has to perceive that they probably put bone down there but the body's response was to destroy the bone and make it into fiber tissue. Whenever you try to do a fusion, what you end up doing is similar to what you do on a lawn. You throw the bone seed down and you scratch the surface up and you hope that it will grow.  The body destroys the bone, makes it into fiber tissue and then the body calcifies and ossifies it. Anywhere along the road it could stop doing what it is supposed to do and that is why areas might not heal. The metal is like a super duper internal coat hanger.  It is there to hold the bones while the bone seed has a chance to heal. After a certain period of time, if the bone doesn't heal, the metal will eventually break.  That is one of the reasons why we are going to want to try to use BMP if at all possible. He does need to understand that we might not be able to do that. We just can't let it go too long but there is about a 20% chance that the bone might not heal, the metal could fail but if the bone doesn't heal and the metal fails and you have worsened pain, worsened symptoms, you would be looking at the need for more surgery. If the bone doesn't heal, the metal fails and it stays okay, there is nothing to do. The other issue is that I am not going to open him from stem to stern. I am not going to look at other areas other than the one that is affected. That doesn't mean that there can't be another weak area that in a year from now is going to show up broken all over again. Apparently it became symptomatic after the car accident but that was really the activity that prompted the x-ray. There is always a chance that the rod could have been broken a long time before and not identified. There is no way to put it all together. He does note that once the car accident arose, that was when he became symptomatic. The other way to think about it is that the coat hanger was just at the point of wanting to break and all it needed was a couple of more sneezes or tripping off the curb or in this case, rear ended to sort of do it in.  He does need to understand that this is a situation where we hope if it is successful, we will try to reposition him close to

HarrisonD-CapitalROGMR-    00010

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

HARRISON, DENNIS
PAGE EIGHT
OCTOBER 18, 2002

what he was after his original surgery. We may end up with the same
sort of issues where he can't stand for a lengthy period of time
because we changed his balance opportunities. There is also a
chance that he may end up with leg pain because what we can't see
is whether we are causing any other areas to sort of be pinched. We
are not going to be able to have a telescope to look up and down
the inside of the spinal cord to know that there are no other areas
that are being pinched. The area that we are operating at though,
we might be able to look into, sort of under cut and make sure
there isn't anything problematic there. One of the other things
that we don't have insight into is what the spinal canal looks like
in the lower part of the spine. We are going to need to see if we
can do a CT scan and a myelogram. I don't know if we are going to
be successful but we really do need to be able to image his spinal
cord. We need to see if there are areas that are abnormally being
pinched. They may actually need to put some of the dye in from the
neck. That is a possibility and let it drop down. I did explain to
him that a myelogram involves a needle where they put dye into the
spinal canal trying to then take a picture of the spinal cord. Our
hopes were that the MRI would image the spinal cord so we wouldn't
have to do this. We really need to see what the spinal cord looks
like. If they are unsuccessful in getting a needle in with a
myelogram, we are going to have to bite the bullet and just use a
CT scan but I would like to get as much information as possible.
The myelogram has a small risk of an infection, small risk of nerve
or blood vessel damage and about a 5% risk for a headache. I would
much rather try to do the myelogram since we couldn't get the MRI.
A CT scan alone will show us more bony contour but if we could fill
the spinal cord with dye, we would also be able to see the nerve
structures. So if I had to vote, I would want a myelogram and CT
scan as the best treatment alternatives to get some insight for
diagnosis but if I can't, I still need them just to CT scan but if
I can get CT scan and myelogram, that would be most appropriate. So
he has now got some work to do. We are going to get things set up.
We will get him scheduled for surgery but I do need him to see all
of these people first.

It looks like they used Miami moss instrumentation. I will call in
the sales guy to see if that is confirmatory but it looks like it

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

HARRISON, DENNIS
PAGE NINE
OCTOBER 18, 2002

has an inner and outer bolt. It is not really that big a deal but
if we have the screwdrivers, we will be able to unscrew it rather
than having to use metal cutting tools. I would like him to get a
copy of the notes so he can come back in and discuss and review the
notes once he has had a chance to read them over at home.

                              Allen Carl, M.D., F.A.C.S.

AC/lg
cc:  No Fault

     Dr. Donovan
     33 Grand Street
     Kingston, NY  12401

     Mr. Dennis Harrison
     31 Janet Street
     Kingston, NY  12401

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

April 17, 2003

**HARRISON, DENNIS**
**DOB: 11/19/52**
**SS# 136486634**
**CHART # 220951**

He is now almost six weeks out from removal of his total hip with pathologic fracture.

He has on x-ray what appear to be some signs of healing of the fracture although minimal.

We just aspirated his hip.  We are waiting culture results. I will see him back in two weeks. At that point we will make a determination on when we are going to reimplant him.

Paul P. Hospodar, M.D.

PPH:cjb

cc:     Paul Donovan, M.D.

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

**HARRISON, DENNIS**
**DOB: 11/19/52**
**CHART#: 220951**
**SS#: 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**

<u>May 16, 2003</u>

At this point, it looks like he has cleared his infection.

We are going to send him for a sed rate and one more aspiration. If this is negative, we will set him up for revision surgery including a 10 inch solution and a bipolar acetabular component and most likely cables. We will set him up for surgery sometime next month.

Paul P. Hospodar, M.D.

PPH: wcs

cc:     Paul Donovan, M.D.

HarrisonD-CapitalROGMR-     00016

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

**HARRISON, DENNIS**
**DOB: 11/19/52**
**CHART#: 220951**
**SS#: 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**

June 5, 2003

He apparently came into the office very upset about his Medicare situation. Apparently he states that it has run out. My medical assistant explained to him that we had nothing to do with this situation. He needs to be set up for an aspiration, which was given to the nursing home and the patient to be set up at a local hospital. This was never done. The patient comes in now claiming we do the aspiration here which we do not. This needs to be done at a hospital. It needs to be arranged.

He has been quite belligerent to our staff and we are going to see him back on a p.r.n. basis. He is seeking a second opinion this week. We will send him notes and also a letter to Mr. Harrison giving him the names of two other orthopaedic surgeons in the area that he can seek help from for his difficult problem. I will see him back on a p.r.n. basis. We will continue to treat him for at least the next 30 days or until he transfers his care to someone else.

Paul P. Hospodar, M.D.

PPH: wcs

cc:     Paul Donovan, M.D.



**New England Baptist Hospital**
125 Parker, Hill Avenue, Boston, MA 02120

HARRISON, DENNIS
26 96 91 877990
ADM:09/13/99
DIS:10/07/99

## DISCHARGE SUMMARY

**HISTORY:**
The patient is a 46-year-old gentleman with a history of
ankylosing spondylitis.  The patient with continual and
progressive upper neck pain symptoms, right paraspinal neck
symptoms, as well as intermittent headaches.  Continues also with
intermittent bilateral hand numbness.

Recent workup and MRI revealed basilar invagination of the
odontoid process, noted to be extending up in the foramen magnum.
There was also deemed to be compression of the inferior aspect of
the cervical medullary spinal cord junction, as well as
impingement of the posterior ring of C1.  These changes were
noted to be new since 1994, on previous workup.

The patient was admitted for elective decompression and C1
laminectomy and occiput to C6 fusion with iliac crest bone graft.

Past medical history is significant for ankylosing spondylitis,
as mentioned.

The patient has anemia, anterior uveitis, and is status post
bilateral total hip replacements.

Medications on admission include Tylenol No. 4, Zantac, iodine,
Prinivil, Klonopin, imipramine, and prednisone.

The patient has no known drug allergies.

The patient is a nonsmoker.  He lives with his family, on
disability over the last 10 months, secondary to his ankylosing
spondylitis.

**PHYSICAL EXAMINATION:**
On admission, the patient is noted to have eczema of his skin.
The patient also has notable lack of lumbar lordosis without
significant thoracic kyphosis; however, some kyphosis of his neck
chest junction.  He has inability for upward gaze, with a
downward position of his neck.  He has essentially no voluntary
movement of his head and neck.  Passively, there is a minimal
amount of flexion and extension obtainable, but no rotation.

The patient is notably able to walk heel to toe.  He stands with
a pelvic tilt and slight flexion in his knees, enabling him to
maintain a forward gaze.

The patient has increase in reflexes of his upper extremities
diffusely.  Positive Hoffman sign bilaterally.  His lower
extremities with 2+ reflexes and down-going toes.  Sensation to

C O P Y

HarrisonD-CapitalROGMR-        00018



**New England Baptist Hospital**
125 Parker Hill Avenue, Boston, MA 02120

HARRISON, DENNIS
26 96 91 877990
ADM:09/13/99
DIS:10/07/99

## DISCHARGE SUMMARY

position and pin is normal for lower extremities.  Motor strength
is normal upper and lower extremities.

Pupils are equally round and reactive to light and accommodation,
extraocular movements intact.  He has no thyromegaly.  No
palpable lymphadenopathy.  Chest is regular rate and rhythm,
notable for decrease in respiratory effort and excursion.
Cardiology is regular rate and rhythm, no murmurs.  Abdomen is
soft, nontender, nondistended, with no obvious
hepatosplenomegaly.

HOSPITAL COURSE:
The patient was admitted on 10/4, and underwent elective
decompression of C1 and occiput to C6 fusion.  the patient
tolerated the procedure well, was transferred postoperatively to
the ICU for close monitoring.  The patient did well in the
immediate postoperative period, being afebrile, with stable vital
signs.

On postop day #1, the patient without complaints.  Upper
extremity bilateral motor functions 5/5 in all groups.  Sensation
to light touch is grossly intact.  Lower extremities also 5/5 in
all groups.  Sensation to light touch intact.

Dressings of the neck and left posterior iliac crest were noted
to be clean, dry, and intact of the neck, and with
serosanguineous drainage on the iliac crest dressing.

On postop day #1, the patient was seen and evaluated by physical
therapy and progressed with physical therapy, without ambulating.

On postop day #2, the patient awake and alert, without
complaints.  Afebrile.  Dressing was noted to be clean, dry, and
intact.  Neurovascular examination was without changes.  The
patient to be out of bed with PT.  The patient on pain regimen,
including Tylenol No.3, otherwise stable.  Dressings changes.
the wounds were clean, dry, and intact.

DISCHARGE DIAGNOSIS:
Ankylosing spondylitis.

DISCHARGE MEDICATIONS:
Tylenol No. 4, 1 tablet p.o. q. 4 to 6 hours with Extra Strength
Tylenol 1 tablet p.o. q. 4 to 6 hours; Prinivil 10 mg p.o. q. day;
fosamax p.o. q. day; imipramine 30 mg p.o. q. h.s.; Zantac 200 mg
p.o. b.i.d.; the patient also to be on prednisone 15 mg p.o.
b.i.d., having undergone IV Decadron postoperatively IV q. 6
hours for 36 hours, then changing to prednisone 15 mg p.o. b.i.d.

ACTIVITY:
Out of bed ambulating.  The patient to wear Philadelphia collar.
The patient to avoid lifting, bending, or other heavy activity.

C O P Y



*New England Baptist Hospital*
125 Parker Hill Avenue, Boston, MA 02120

HARRISON, DENNIS
26 96 91 877990
ADM:09/13/99
DIS:10/07/99

## DISCHARGE SUMMARY

**DIET:**
Regular as tolerated.

**DISPOSITION:**
The patient's plan is to continue progression with physical therapy, to be discharged on postop day #3.  Discharge will be to home.

**FOLLOWUP:**
Follow up is as scheduled with Dr. Rand.

DICTATED BY: MICHAEL AYERS, MD

_____
FRANK RAND, MD

FR:EDiX11779      C:
D: 10/06/99 15:08 T: 10/06/99 16:07 DOCUMENT: 991006185726100100

C O P Y

HarrisonD-CapitalROGMR-    00020



# ALBANY MEDICAL CENTER HOSPITAL
## NEW SCOTLAND AVENUE
## ALBANY, NY 12208

### TRANSFER DISCHARGE SUMMARY

**NAME:**  HARRISON, DENNIS                **MED. REC#:**  1879639

**ATTENDING MD:**  JAMES SCHNEIDER, M.D.    **ADMISSION DATE:**  02/25/03
**DATE OF BIRTH:** 11/19/52                 **DISCHARGE DATE:**  03/05/03

**ADMISSION DIAGNOSIS:** Rule out wound infection

**DISCHARGE DIAGNOSIS:**  Rule out wound infection

**HISTORY OF PRESENT ILLNESS:** The patient is a 50 year old male, who approximately two weeks ago underwent removal of an infected right total hip arthroplasty with placement of an antibiotic impregnated spacer. He was discharged to a nursing home after an unremarkable hospital course. He is seen in the office on the day of admission. He has complained that he had been feeling ill. His right leg is somewhat swollen, although there was no erythema, and no drainage. There was some induration. The attending, who evaluated the patient was concerned that he might have a new abscess or infection and sent to the Emergency Department for evaluation and possible admission for surgical debridement. The patient denies any fevers, chills or sweats. His appetite is fine. He has not felt otherwise ill. He has had no shortness of breath, or chest pain. He has had no productive cough. He has had no dysuria.

**PAST MEDICAL HISTORY:**
1.      Ankylosing spondylitis

**PAST SURGICAL HISTORY:**
1.      Bilateral total hips
2.      Removal of the right total hip arthroplasty two weeks ago
3.      Cervical fusion
4.      Lumbar fusion
5.      Open reduction and internal fixation of the right femur.

**MEDICATIONS:** Oxy-Contin, Protonix, Celexa, Imipramine, Klonopin, Vioxx, Vancomycin

**ALLERGIES:** No known drug allergies

**PHYSICAL EXAMINATION:** On admission, the patient was afebrile. His vital signs were stable. In general, he appeared well in no acute distress and nontoxic. HEENT: Normocephalic and atraumatic. Extraocular muscles are intact. Mucous membranes are moist. Cervical spine was nontender with decreased range of motion secondary to his fusion. He had no jugulovenous distention. Lungs were clear to auscultation bilaterally. His heart was regular rate and rhythm, S1/S2 with no murmurs. His abdomen is benign with good bowel sounds, soft nontender, and nondistended. The right lower extremity did have some swelling. It was indurated along the lines of the wound. There was no discharge from the wound. The staple line was clean. There was some swelling extending grossly throughout the leg down to the calf. He had a negative Homans' sign and he was neurovascularly intact distally.

## ALBANY MEDICAL CENTER HOSPITAL
### TRANSFER DISCHARGE SUMMARY

**NAME:** HARRISON, DENNIS
**MED. REC.# 1879639**

**LABORATORY DATA:** White blood cell count 18.8, with only 3 band, 77 segs. He had a normal Profile I with a BUN of 21, and creatinine of 0.8. UA was negative.

Lower extremity duplex scan which was negative for deep venous thrombosis. His sedimentation rate was approximately 120.

**HOSPITAL COURSE:** The patient was brought into the Emergency Department. He was evaluated by Infectious Disease, Dr. Tobin, who felt that he had no obvious evidence of any infection. He felt that he had normal postoperative swelling.

In addition, a CT scan contrast of the right lower extremity was obtained, which showed no obvious evidence of abscess. Once these studies were reviewed, it has been decided that the patient could be discharged back to his nursing care facility. The patient will be discharged with the following instructions:

1. Continue to be allowed to shower and should patient the wound dry after showers
2. Nonweight-bearing on the right lower extremity.
3. Hip precautions will be in place, avoiding flexion past 90 degrees or adduction past the midline.
4. TEDS hose on both lower extremities

**DISCHARGE MEDICATIONS:**
1. Oxy-Contin 40 mg p.o. t.i.d.
2. Protonix 40 mg p.o. q.d.
3. Celexa 20 mg p.o. q.d.
4. Imipramine 30 mg p.o. q.d.
5. Klonopin 1 mg p.o. q.a.m. and 2 mg p.o. q.p.m.
6. Vioxx 25 mg p.o. q.d.
7. Vancomycin 1 gram IV q 12 hours
8. Imipramine 20 mg p.o. q.h.s. and this will be given in place morning Imipramine dose, which was discontinued on this admission.

**FOLLOW UP:** The patient will follow-up with Dr. Paul Hospodar at the Capital Region Bone and Joint Center in approximately one week at 489-2666. Follow-up at his regularly scheduled appointment with Dr. Tobin of Infectious Disease Service, who is located across the street from St. Peter's Hospital on New Scotland Avenue.

_____         Date:
JAMES SCHNEIDER, M.D.

PHELAN/dg
D: 03/13/03

### ALBANY MEDICAL CENTER HOSPITAL
### TRANSFER DISCHARGE SUMMARY

NAME: HARRISON, DENNIS
MED. REC.# 1879639

T: 03/13/03
Job #: 278759
Doc. #: 65416

cc:

HarrisonD-CapitalROGMR-     00023



## New England Baptist Hospital
125 Parker Hill Avenue, Boston, MA 02120

HARRISON, DENNIS
26 96 91 1032798
PRC: 01/29/01

OPERATIVE REPORT

PREOPERATIVE DIAGNOSIS:
Ankylosing spondylitis with lumbar flat back syndrome.

POSTOPERATIVE DIAGNOSIS:
Ankylosing spondylitis with lumbar flat back syndrome.

PROCEDURE PERFORMED:
Anterior spinal release and fusion at L3-4.

SURGEON:
Frank Rand, MD

ASSISTANT:
Sandro Larocca, MD

ANESTHESIA:
General endotracheal.

INDICATIONS FOR PROCEDURE:
The patient is a 48-year-old gentleman with ankylosing
spondylitis status post previous occipital cervical fusion with
decompression as well as bilateral hip replacement who presents
now with relative lumbar flat back syndrome for an extension
lumbar osteotomy.  He understands the risks and benefits and
agrees to go ahead giving his permission.

PROCEDURE:
He is properly identified, brought to the operating room, placed
in a comfortable supine position.  This done carefully given that
he has an occiput to pelvis fusion already.  He was carefully
propped up and his abdomen was prepped and draped in a sterile
fashion.  He was given antibiotic prophylaxis.

A slightly oblique incision was made between the costal margin
and the rectus over what was felt to be the L3-4 disc space.
This incision was carried down through the skin into the
subcutaneous tissue.  Dissection was carried down directly to the
external oblique muscle which was divided in the direction of its
fibers.  This was done carefully to expose the internal oblique
with its fibers running in a 90 degree direction to the external
oblique.  These likewise were split in the direction of their
passage by dissecting a plane between the two muscles and then
dividing the internal oblique muscle in the direction of its
fibers, actually in 90 degrees to the direction of the wound.

This then revealed the transverse abdominis muscle.  Again, a
plane developed between the muscles and they were split also.  A
little bit of release of the insertion of the lateral rectus
fascia had to be done and then with that there was an opening



**New England Baptist Hospital**
125 Parker Hill Avenue, Boston, MA 02120

HA  .SON, DENNIS
26 96 91 1032798
PRC:01/29/01

## OPERATIVE REPORT

placed there. Unfortunately, a left iliac crest bone graft had
been done before which left a fairly large gap and it was
difficult but I was able to sound from the posterosuperior iliac
spine pass this gap in the posterior table and then back into the
inner table area to place an interpelvic post on the left. It was
somewhat easier to do this on the right as there had been no
previous donor site there. These were actually to the length of
around 75 to 80 mm.  It seemed like given his small size and the
length required that the actual transverse linker rod would be
the best fit in the pelvis with a bend to have its tulip top
accept the axial rod.  So these were custom bent to fit within
the pelvis and be long enough and actually the bend made it so
that it was really not prominent at all at the posterosuperior
iliac spine.

With the spine dissected out and this fixation obtained, then
attention was directed at the L3-L4 level and a laminectomy was
done there. This was done actually by Dr. Norregaard of
neurosurgery (who was available for this portion of the procedure
and he will dictate a separate operative note).  Basically, a
pedicle-to-pedicle decompression was performed so that within an
extension maneuver, the L3 root would be out of harms' way.

As the laminectomy was completed, an interspinal spreader was
placed so that the lordosis would not increase gradually, it was
actually maintained in its pre-laminectomy state so that the
decompression could be done quite thoroughly and undercut
actually so that there would be no pinching of the nerve roots.
With this done and actually prior to the laminectomy,
transpedicular fixation was placed at L5,  S1,  L4 bilaterally
(L3 was initially probed but felt that fixation would be too
close proximity to the L4 fixation so this was abandoned); L2 and
L2 transpedicular screws were placed and hooks were placed on the
right side at T8,  T9,  T10,  and T11,  and on the left side at
T8 and T9  (these were over the transverse processes).  With
these fixation points done then, a laminectomy was done and a
corrective spinal maneuver was carried out to increase the lumbar
lordosis.  This really was fairly easy to do given the
laminectomy and to hold it in position an interspinal wire was
placed in the sense that the base of the spinous process, a right
angle clamp was used to go through the interspinous ligament and
a 16-gauge Luque wire was looped around the spinous process of L2
and the trailing edge of L4 as the laminectomy of L3-L4 removed a
good portion of it. A jet wire tightner was used to spin this
down and tighten it and actually held the osteotomy closed. This
allowed the contouring of the spinal rod to be much easier as the
corrective position and maneuver was done. Satisfactory
monitoring was obtained during this time and the rod could be
bent essentially to the in situ position, this was the correct
position. The left sided rod was contoured, bent, and put into
place incorporating the correction. Then the right sided rod was

# New England Baptist Hospital
125 Parker Hill Avenue, Boston, MA 02120

HARRISON, DENNIS
26 96 91 1032798
PRC:01/29/01

## OPERATIVE REPORT

**PREOPERATIVE DIAGNOSIS:**
Ankylosing spondylitis and flat back syndrome.

**POSTOPERATIVE DIAGNOSIS:**
Ankylosing spondylitis and flat back syndrome.

**PROCEDURE PERFORMED:**
1. Laminectomy at L3-L4 with bilateral foraminotomy.
2. Posterior spinal instrumentation and fusion, T8 to the sacrum with transpedicular screws and hooks with interpelvic fixation length to the axial rod system.

**SURGEON:**
FRANK RAND, MD

**ASSISTANTS:**
THORKILD VAD NORREGAARD, MD
SANDRO LAROCCA, MD

**ANESTHESIA:**
General endotracheal.

**INDICATIONS FOR PROCEDURE:**
The patient is a 48-year-old gentleman who is status post an anterior L3-L4 disk release and fusion who presents now for his corrective procedure to realign his spine and increase lumbar lordosis.

**PROCEDURE:**
The patient was actually transferred off of the Jackson table. The chest support built up with blankets to support his cervicothoracic kyphosis. He was then carefully rolled prone and positioned on the Jackson table off the stretcher so that care could be taken not to exert any undue pressure on his head-neck-chest alignment. With the proper buildup on the chest support, it seemed like he was comfortably resting then on his chest support and his hips were comfortably in extension with supports there. His other pressure points were carefully padded and it was checked repeatedly through the surgery that he had about a head-weight worth of pressure on his forehead on a foam pad on the head support.

His back was scrubbed, prepped and draped in the sterile fashion. He was maintained on antibiotic prophylaxis.

A midline incision was made from essentially the mid to upper thoracic spine right down to the sacrum. This was dissected out carefully. The bone was fairly soft and dissection was carried out over both iliac crests so that interpelvic fixation could be



*New England Baptist Hospital*
125 Parker Hill Avenue, Boston, MA 02120

HARRISON, DENNIS
26 96 91 1032798
PRC:01/29/01

## OPERATIVE REPORT

completion of the procedure, there were hooks placed at T8 bilaterally, T9 bilaterally; on the right side, T10-11 caudally directed. These were tighten against the screws placed at L1-2 so that there was no loosening there.  The screws were tighten up in the caudal fragment (essentially the lower lumbar spine at L4, L5, S1, and then the tulip grip of the lateral connector used to go down in between the pelvic tables) was bent and contoured to accept the axial rod at the end of the construct.  This completed then the instrumentation from T8 to the sacrum including interpelvic fixation. The left sided rod was first, the right sided rod was second.

The wound was irrigated with a pulsatile lavager and transverse linkers placed last. Quite a bit of bone graft was obtained from the laminectomy was placed in the posterolateral gutters at the level of the laminectomy , L3-L4 and the remainder of the posterior elements were roughen up some as there was a little bit of movement in the upper lumbar spine to create the rest of the arthrodesis through this area.

The patient had drains placed prior to closure both in the deep subfascial zone as well as in the superficial subcutaneous layer given that the interpelvic fixation came up through the fascia to get into the posterosuperior iliac spines and we will allow the deep hematoma to come up to the surface. The drains were sewn in.

The wound was again irrigated and then closed in layers with O Vicryl to the deep fascia, 2-O to the subcutaneous tissue, and a Monocryl closure in the skin.  Steri-Strips and dressings applied.

The patient tolerated the procedure well. The entirety of the procedure, anterior and posterior somewhere in the 14 hour range. The patient was awoken, remained intubated overnight, carefully transferred to the supine position and all pressure points carefully supported (his head and neck region particularly), and taken to the intensive care unit in satisfactory condition.

_____
FRANK RAND, MD

CC: THORKILD VAD NORREGAARD, MD
SANDRO LAROCCA, MD
DOCTOR'S BILLING INC
P.O. BOX 86, HINGHAM, MA 02043



**New England Baptist Hospital**

125 Parker Hill Avenue, Boston, MA 02120

HARRISON, DENNIS
26 96 91 1032798
PRC:01/29/01

### OPERATIVE REPORT

into the retroperitoneal space underneath the transverse abdominis.  Direct blunt dissection was then carried over towards the spine and what was felt to be the L3-4 disc space was identified.

An x-ray actually confirmed this to be the L4-5 disc space so dissection was carried up bluntly more proximally and the L3-4 disc space was identified.  Bookwalter retractor was used to hold retraction as well as a Wylie retractor placed directly on the L3 4 disc space.  With this done, the disc was excised and the end plates were scraped free of end plate cartilage and allograft bone was placed in the disc space after the area was irrigated. Care was taken to nearly circumferentially release the annulus sharply at L3-4 so that this area would extend and open during the posterior portion of the procedure.

With this done, the wound was irrigated and closed reapproximating the muscle fibers, reattaching the lateral rectus fascia, and closing the fascia over the external oblique, 2-0 to the subcutaneous tissue and a subcuticular stitch of monocryl completed the procedure.  Patient tolerated the procedure well. Sponge and needle count was correct.

FRANK RAND, MD

FR:EDiX13193    C: 02/06/01 12:32
D: 02/03/01 11:24 T: 010206 12:32 DOCUMENT: 200102030103622900

# CAPITAL DISTRICT
# HEMATOLOGY ONCOLOGY ASSOCIATES

1003 Loudon Road • P.O. Box 610 • Latham, New York 12110-0610 • (518) 786-7723 • FAX (518) 786-7749

December 10, 2002

Allen Carl, M.D.
Capital Region Orthopedics Assoc.
1444 Western Ave.
Albany, NY   12203

Fax: 498-2080

*Do we make it or wait for him?*

**RE: HARRISON, DENNIS-40225**
**DOB: 11/19/52**

*Needs f/u app*

Dear Allen:

This is a brief note in regards to Dennis Harrison, who you referred for evaluation of anemia. As you know, the patient is scheduled for spinal surgery in the not too distant future. He has a longstanding history of anemia, for which he has undergone an evaluation by Dr. Paul Donovan. That evaluation has included a bone marrow in the recent past. Over the past year, he has been intermittently on Procrit and has been on a dose of 60,000 units per week for the past two months. In addition, he has recently been restarted on oral iron.

My understanding of his previous work up was that he was felt not be iron deficient but that he requires the iron to have some degree of response to his Procrit. He has required red cell transfusiona in the past, at times around hs orthopedic surgeries, specifically his hip replacements in 1995, cervical spine fusion in 1999 and his lumbar spine fusion in 2001.

On evaluation in this office, his hgb was 9.2 with hct 31.5 and MCV 68.6. He also has a mildly elevated white count of 14.9 and a platelet count of 534,000. I would tend to think that his platelet count and white count are reactive and not a manifestation of a myeloproliferative disorder. His MCV of 68.6 would point toward either iron deficiency anemia or anemia of chronic disease and I would tend to think the latter is the more likely here.

Today I have sent off a CMP, LDH retic count and a serum protein electrophoresis. I have also sent off B12 and folate. Also, given his history of nephrosis in the past, I have sent off a random urinalysis.

After review of those labs, as well as the data from Dr. Donovan's office, I will give you call regarding any recommendations around his surgery. Obviously given the type of surgery you are planning, one would like to see his hematocrit significantly higher and ideally one would probably wish to bank one or two units.

PETER T. BURKART, M.D. • ALAN E. RAUCH, M.D.
HARRY G. DUNN, M.D. • SANDRA R. SCROGGINS, M.D.

SPECIALIZING IN HEMATOLOGY

*When is Surgery date?*

*No appt f/u due to cullbage etc.*

2

**RE: HARRISON, DENNIS-40225**                                    **Page 2**
December 10, 2002

I will be able to make a better assessment of whether we can make any improvement in his values after review of the above data. If I can be of any clarification in the interval, please do not hesitate to contact me. Once again, thank you for allowing me to participate in this interesting gentleman's care.

With best personal regards,


Harry Dunn, M.D.
REPORT SIGNATURE ON FILE

HD/fg
Cc:  Paul Donovan, M.D.

3

HarrisonD-CapitalROGMR-    00069

Dennis Harrison                              OFFICE VISIT: 4/16/99

He is 46 years old and has the diagnosis of ankylosing spondylitis for ten years or more now. His brother is HLA B27 and likewise has the disease. He is being treated since the mid-80's. Even as a teenager though he had back and bilateral thigh pain. He has gone on to have both hips replaced, one in New Jersey, one at HSS in New York. He has been on work disability recently because of his ankylosing spondylitis. He has noted over the past six months progressive neck pain. Over the last three years, there has been a head-neck and a neck on chest deformity that has been progressive according to his wife. He notices that he used to be 5'10" and is now about 5'4". He has also noticed a progressive inability to open his mouth and when he does so, he gets his incisors just over a half inch apart. He has been treated for problems with his knees, having fluid tapped off his knees on multiple occasions. The right is still somewhat problematic. He has been told he had an L3 compression fracture in the past but denies any specific trauma. He has had an episode of iritis on more than one occasion on the right eye treated with systemic steroids. His shoulders bother him and his right can only elevate to about 70, the left to about 100. He has a remarkable morning gel phenomenon. He has had a history of headaches in the past and still has them on occasion. He has noted numbness over his occiput up to the vertex as well. His headaches tend to be frontal headaches. He has gone to sleep sleeping in a recliner type position which has helped him a lot more recently. He also notes that once he gets up in the morning, he goes through a painful period until he is settles into a good position in terms of his head-neck and then if he lies down for a few minutes, he will develop spasms as he tries to get up again. He takes Lodine and Celebrex, Vicodin, Azulfidine, Prinivil, Klonopin, Imipramine, and had gold in the past, stopped for kidney problems. His sed rate has been as high as 130. He states it hovers around 100. He has not had any specific fractures.

Physical exam shows a thin gentleman with what appears to be some element of eczema in his skin. He has a lack of lumbar lordosis, not a particular increase in thoracic kyphosis but a kyphosis of his neck-chest junction and he has also some looking down of his head position on his neck. He has essentially no motion voluntarily of his head and neck although when I hold his head, I can tip it and rock it just a little bit in flexion-extension but not in rotation. Extending his head produces some dysesthesias up over his occiput. He can heel walk and toe walk. He stands with a pelvic tilt and his knees slightly flexed so he can look straight ahead. When he stands with his knees extended, he probably has a 40 degree angle between his forehead and chin and the horizontal and he has problems looking up obviously and looking ahead. He has some increase in his reflexes in his upper extremities diffusely. He has a mildly positive Hoffman's on each side. His lower extremities are probably more normal and their reflexes 2+ and he has downgoing toes. Sensation to position and pin is normal throughout. Motor strength is grossly normal throughout. Shoulder motion noted previously to be about 70 degrees of elevation on the right and perhaps 100 on the left. Lower extremity motor function is fine. Rotation of the hips was not checked. Review of his MR and plain films shows that he has an element of basilar invagination. He has some narrowness of the upper cervical spine related to forward subluxation of C1 on C2. He has some indent of the base of the brain on the basilarly invaginated dens at this point. He has a relative hypolordosis and his neck is tipped forward in a cervical thoracic kyphosis also. We talked about possible things to correct with him. Given his neck pain being the pre-eminent issue at this point, I think it is probably related to the arthritic condition at the upper cervical spine. My

Dennis Harrison                     FOLLOW-UP VISIT: 2/2/00

He is about three months after an occipital cervical fusion with C1 laminectomy. He is doing quite well. All the symptoms he had preoperatively up in his head and neck including his headaches are gone. His hands are working well as are his legs. At this point, he is really somewhat anxious to get going on further surgery. I think it would be nice to wait until the summertime so that he would have a good chance to heal his occipital cervical fusion. I think he should have a CT scan in May to look at that and then he could schedule something in his low back for June. I think that will be a good procedure rather than doing a neck-chest extension osteotomy.


Frank F. Rand, M.D.

FFR/pj

BOSTON SPINE GROUP                    OFFICE VISIT: 12/6/00
Re: Dennis Harrison

He comes in today to have a CT scan to look at his occipital cervical fusion, and I
will have a look at that this afternoon. He developed some numbness in his left
posterior occipital and neck region after an accident at a hardware store where a
large piece of machinery fell off a shelf and just barely grazed him. Prior to that,
he had had nine months of complete relief of his symptoms that he had
preoperatively in the form of headaches and neck pain.

At this point, his symptoms are a bit better in the last week and he is considering
going ahead in 1/01 with his extension lumbar osteotomy. I will go ahead and
review his CT scan and probably reevaluate his neuraxis with a sagittal screen
MRI at the time of his preoperative testing.


Frank F. Rand, M.D.

FFR/bcg

# CAPITAL DISTRICT
# HEMATOLOGY ONCOLOGY ASSOCIATES

1003 Loudon Road • P.O. Box 610 • Latham, New York 12110-0610 • (518) 786-7723 • FAX (518) 786-7749

**HARRISON, DENNIS #40225**
**INITIAL COMPREHENSIVE OFFICE CONSULTATION.**
**DOB: 11/19/52 DOV: 12/10/02**
**CHIEF COMPLAINT:** Dennis Harrison is a 50-year-old gentleman referred by Dr. Allen Carl for evaluation of anemia.

**HISTORY OF PRESENT ILLNESS:** The patient has a longstanding history of anemia, which reportedly dates back approximately 15 years. Over the past 10 months, he has been intermittently on and off of Procrit and for the past two months he has been on a dose of 60,000 units per week. He does think that his hematocrit has improved slightly in the past few weeks and actually hemoglobin done earlier this week was approximately 10. He has received red cell transfusions in the past around his orthopedic surgeries and the initial surgeries were in 1995 when he had bilateral hip replacements and each hip replacement required two units. He believes he required three units when he had cervical spine fusion in 1999 and four to five units when he had a lumbar spine fusion in 2001.

He denies any history of hematochezia or hematemesis. When he is on iron, his stools are dark but otherwise denies melena. He denies hematemesis. He does note mild fatigue and malaise. He denies weight loss. He denies adenopathy. In the distant past, he did undergo endoscopy (approximately in 1991) and at that time was told that he had some evidence of a healed ulcer. He denies any history of reflux esophagitis or a hiatal hernia. He denies constipation. He does note occasional loose bowel movements. He does note some mild pruritus on his lower extremities.

He denies any family history of anemia, but does have a family history of his father having multiple myeloma. The patient has a longstanding history of ankylosing spondylitis and I believe there has also been at some point a question of rheumatoid arthritis.

**MEDICATIONS:** Procrit 60,000 units qweek, folic acid 1 mg qd, Vioxx 25 mg bid, Celexa 20 mg qd, methotrexate 20 mg qweek, Tylenol #4 bid, imipramine three tablets per day or 30 mg, Klonopin 0.2 mg qhs and 1 mg qam, OxyContin 40 mg bid, multivitamins qd, vitamin C qd, Fosamax qweek., calcium qd, and I believe he is also on prednisone every other day.

**PAST SURGICAL HISTORY:** Includes in 1995 bilateral hip replacements, 1999 cervical spine fusion, 2001 lumbar spine fusion, and as a child he had a tonsillectomy.

**ALLERGIES: He has an allergy to Indocin, which causes headache.**

**FAMILY HISTORY:** Father died at age 77 of suicide and had a history of multiple myeloma. Mother died at age 76 of diabetes, heart complications, as well as rheumatoid arthritis. A sister is 56 and has a history of breast cancer and hyperlipidemia. A brother is aged 61 in good health. Another brother who is 59 with a history of ankylosing spondylitis. Another brother who is 54 and has elevated cholesterol. He has one adopted daughter. Several family members have history of skin cancers.

PETER T. BURKART, M.D. • ALAN E. RAUCH, M.D.
HARRY G. DUNN, M.D. • SANDRA R. SCROGGINS, M.D.

SPECIALIZING IN HEMATOLOGY

2

HARRISON, DENNIS #40225
INITIAL COMPREHENSIVE OFFICE CONSULTATION.
DOB: 11/19/52
12/10/02

Page 2

**PERSONAL AND SOCIAL HISTORY:** He is a former systems analyst who is currently on disability. He has been married for 15 years. He was born in Passaic, New Jersey. He does not smoke. He drinks a very rare alcoholic beverage. He has one cup of coffee per day. He has no history of drug use.

**REVIEW OF SYSTEMS:** Constitutional: Notable for the occasional pruritus. HEENT: He does wear glasses. Cardiology: He has had borderline hypertension for 15 to 20 years and he has also been told he has a calcified aortic valve. Respiratory: There has been a question of emphysema in the past. GI: Negative for hepatitis. GU: He had nephritis/nephrosis at 12 years of age which reportedly resolved. Musculoskeletal: Notable for the history of ankylosing spondylitis and some question of rheumatoid arthritis. He denies any history of Raynaud phenomena. Neurologic: Negative for CVA or TIA. Psychosocial: He has had a history of depression since the death of his parents. Endocrine: His cholesterol was reportedly in the normal range two to three years ago. Skin: There is a history of mild eczema. ID: He has had shingles on two occasions, the last in April 2002. He had chicken pox as a child and also measles, mumps, and rubella. Allergic/Immunologic: He had hives as a child. Hematologic: Negative for easy bruising. Remainder of review of systems is negative per the patient's checklist, which is reviewed with him today.

**PHYSICAL EXAMINATION:** General: He is a 50-year-old white gentleman who appears somewhat older than his stated age and is walking with a cane and wearing a back brace. HEENT: Normocephalic. Sclerae are white. Pupils are equal and reactive to light. Extraocular movements are intact. Conjunctivae are not injected. Funduscopic examination reveals sharp disc margins without hemorrhages or exudates. Tympanic membranes are intact. . Nasal and oropharyngeal mucosa are without ulceration or erythema. Neck: Without adenopathy. Thyroid gland is not palpable. Carotids are 2+ without bruits. Chest: Clear. Heart: Regular rhythm without murmur, rub, or gallop. Abdomen: Soft and nontender. Spleen is not palpable. Liver edge is at the right costal margin. Bowel sounds are normoactive. There are no abdominal masses. Genitalia are normal. Rectal: Reveals brown, heme-negative stool in the rectal vault. There are no rectal masses. Prostate is minimally enlarged and without nodularity. Extremities: There is 1+ pretibial edema. There is no calf or thigh tenderness to palpation. There are 2+ dorsalis pedis, radial, and femoral pulses. There is no clubbing. There is no significant axillary, supraclavicular, epitrochlear, or inguinal adenopathy. Skin: Notable for some eczematous changes over his face. Neurologic: He is alert and oriented x 3. Cranial nerves II-XII are intact. He is moving all four extremities with 5/5 muscle strength. DTRs are 2+. Plantars are downgoing. Finger-to-nose is intact. There is no pronator drift. Sensation to touch and position is intact.

**LABS:** Hemoglobin is 9.3, hematocrit is 31.5, white blood cell count is 14.9, and platelets are 534,000. Differential: 89 neutrophils, 3 lymphocytes, 7 monocytes, and 1 eosinophil. There is marked anisocytosis, moderate poikilocytosis, moderate macrocytosis, moderate hypochromia, and slight numbers of targets. Platelet estimate is increased.

3

HARRISON, DENNIS #40225
INITIAL COMPREHENSIVE OFFICE CONSULTATION.
DOB: 11/19/52
12/10/02

Page 2

COMMENT:  The patient is a 50-year-old gentleman who presents for evaluation of a microcytic anemia.  I actually omitted from the history that he has undergone a bone marrow on two occasions, the last being earlier this year by Dr. Paul Donovan.  I will need to obtain the results of that marrow from Dr. Donovan's office as well as a recent lab work.

Certainly when one sees an MCV of 68, one has to consider iron deficiency, but my understanding is that his iron stores were felt to be normal by both laboratory evaluation and bone marrow evaluation.  I would tend to think that the majority of his anemia given the current MCV is probably on the basis of chronic disease.

Today, I will recheck a comprehensive metabolic profile, LDH, B12, and folate, as well as a reticulocyte count.  Given the family history of multiple myeloma, I will also check a serum protein electrophoresis.  I will hold on repeating iron studies as I believe those were already done through Dr. Donovan's office.  I am not sure if his current hematocrit represents a significant improvement on the Procrit, though from what the patient is telling me, the values have been in this range for quite some time.  I will be able to verify that with the old records.

My understanding of his operative procedure is going to be a major lumbar spinal surgery by Dr. Carl.  Those procedures are generally associated with significant blood loss, so given the current hematocrit, it is very likely he is going to again require several units of packed cells.  One possibility is that hopefully with the Procrit, we can improve his hematocrit enough that we could consider banking one or two units for the time of the procedure.

I have asked the patient to give me a call in about one to two weeks to review the above lab results and then we will know about what further workup or evaluation needs to be performed.

** REPORT SIGNATURE ON FILE **


Harry G. Dunn, M.D.

HGD/Pradot/pm/rao
Cc:  Dr. Allen Carl - Fax:  498-2080
     Dr. Paul Donovan

4

HarrisonD-CapitalROGMR-     00076

13

## SPECIAL ORTHOPEDIC EXAMINATION

Richard Horak, MD, Wayne Mohr, MD, James Graue, MD, Michael Tressler, MD, Thomas Sullivan, MD, Jason Klem, MD

Page: 2.

Patient Name: *Harrison, Dennis R.*     DOB: *11/19/52*

Chief Complaint: *Bil Knees*

PCP/Referring Physician:

Occupation:

HARRISON, DENNIS

1/24/10 BELLIN  *900*

LEFT KNEE ARTHROTOMY, IRRIGATION AND DEBRIDEMENT, TIBIAL POLY LINER EXCHANGE

2/12/10: Dennis Harrison is 4 weeks status post bilateral total knee arthroplasty and 2 weeks status post wash out and poly exchange left knee following acute infection. He looks like he is doing well now. He has been on Rifampin and Ancef however he stopped Rifampin on his own 2 days ago because of an ill feeling.

Clinically, today his legs look satisfactory with mild incisional erythema left greater than right. No deep swelling, warmth or erythema.

X-rays of Dennis' knees look satisfactory today bilaterally and surgical staples were taken out on the left side. The right side had previously been taken out.

I talked with Dr. Dale Davis on the telephone and he thinks it is reasonable to *discontinue the Rifampin due to the adverse reaction*. He'll continue with Ancef. I'll see Dennis again in 4 weeks. JG/jb

3/12/10: Dennis Harrison is doing well now 6 weeks status post bilateral total knee arthroplasty complicated with acute sepsis in the left knee. Knees look like they are doing very well at this point. He has no swelling, warmth or erythema. He is walking with minimal discomfort. Dennis does have ankylosing spondylitis. He has had significant cervical and lumbar spine problems in the past and also has a history of basilar vagination. I would like for him to be seen by Dr. Richard Harrison or one of his colleagues for spinal evaluation and continuation of treatment. He has had treatment when he was living in Boston. I will see Dennis again in 6 weeks for an evaluation of his knee. Overall he is doing well. JG/ac

cc: Dr.'s Dale Davis & Mark Davis

5/13/10: Dennis Harrison is 4 months status post bilateral total knee arthroplasties. The left side is complicated with postoperative debridement with a poly exchange. Both knees are now doing very well. He has no pain in either knee. Motion is 0 to 125. He tells me his knees are the best part of his body at the present time.

He does have an appointment this week with Dr. Richard Harrison for evaluation of his lumbar spine. He is seeing Dr. Mark Davis for rheumatology and Dr. Dale Davis for instructions on his antibiotics. I will see him again in 4 months with standing AP and lateral x-rays of both knees. JG/jb

8/17/10: Dennis Harrison's knees look fine on today's examination. He has no swelling, warmth, or erythema about either knee. Both knee x-rays look excellent with good implant alignment. No evidence of soft tissue swelling or evidence of bone abnormalities. Dennis is due for injection therapy today with Dr. Mark Davis. I will see him again as scheduled in approximately 6 months. JG/lg



# SPECIAL ORTHOPEDIC EXAMINATION

James Grace, MD, Michael Tressler, MD, Thomas Sullivan, MD, Jason Klein, MD, Steven Schechinger, MD

Page: ~~2~~ 3

Patient Name: Harrison. Dennis          DOB: 11-19-52

PCP:

Referring Physician:

Chief Complaint: BI Knees

Occupation:

**2/24/11:** Dennis Harrison is status post bilateral total knee arthroplasties 1 year ago. Left knee was complicated with postoperative sepsis treated with poly exchange. He is on suppressive Doxycycline at the present time. He has low back pain, hip pain and bilateral knee pain although all joints are better than they were before surgery. On the left leg there is some chronic thickening of the soft tissues secondary to the previous sepsis. Knee motion is 0 to 120 bilaterally.

**X-RAY REPORT:**
X-rays were ordered, taken and interpreted by me today.
Anatomical Site: PELVIS/BIL KNEES
Number of Views: 4 views
Interpretation: X-rays of the pelvis show bilateral hip replacements with no implant problems. Knees show excellent alignment of both knee implants.

Dennis is doing well. He'll return to see me in 6 months for a clinical check. JG/jb

**4/20/11:** Dennis Harrison is doing well. He has had no fever. He is walking without assistance. There is 1+ thickening of the tissues about the left knee. Dennis wanted his knee aspirated, although I do not detect a lot of fluid. Under sterile conditions we did attempt to aspirate the left knee. No significant fluid was obtained and definitely no pus was obtained. Dennis is on Ancef 1.5 g IV q 8 hours. He will continue this and return to see me in 1 month. JG/lg

**5/20/11:** Dennis Harrison is here for a check on his knee. He is off IV antibiotics. He is now on Dicloxacillin alone. Today in the office we aspirated the knee of 8 cc of cloudy fluid. This will be sent for culture with differential and cell count. I'll call Dennis with the results. He is well aware of the likelihood of persistent sepsis in the left knee. JG/jb

6/24/11 Per Dr. Grace called in Keflex 500mg Q10 x2months to Pharmacy/R

8-12-11 Per Dr. Grace called in Kelflex 500mg. #140 to WalMart/cmt

| Call ID | 58128 | Patient Name | HARRISON, DENNIS |
| --- | --- | --- | --- |
| Date/Time Of Call | 1/14/2010 4:27:47 PM | Call Back Notes | |
| Completed Date/Time | | Patient DOB | 11/19/1952 |
| Elapsed Time | 2 | Patient Phone | |
| Staff | SANDY | Doctor Name | GRACE |

**Regarding**

DR MUNSON CALLING 616-3819 PAGER FYI PATIENT HAS RECEIVED THE PROPHYLAXIS RADIATION ANY
QUESTION PLEASE CALL

**Pharmacy**

OK

**Doctor Response**

**Staff Follow Up**

# SPECIAL ORTHOPEDIC EXAMINATION

James Grace, MD, Michael Tressler, MD, Thomas Sullivan, MD, Jason Klein, MD, Steven Schechinger, MD

Page: 4.

Patient Name: *Harrison, Dennis R.*    DOB: *11-19-52*

Chief Complaint: *Bil Knee*
PCP/Referring Physician:

Occupation:

01/23/12: Dennis Harrison is here for evaluation of his left knee. It looks actually very good today. He has been followed at University of Wisconsin Madison by the infectious disease department. His last visit there was 9/21/11 and he was seeing Dr. Barry Fox. He presently is on Keflex and this seems to be holding quite well. He has tried rifampin and Levaquin but had some significant reactions from these.

## X-RAY REPORT:
X-rays were ordered, taken and interpreted by me today.
Anatomical Site: (L) knee
Number of Views: 2 views

Interpretation: X-rays show stable implants in the left knee with no lytic changes, component subsidence or malposition.

Impression: Dennis is doing reasonably well at this stage in his suppressive treatment for his methicillin sensitive staph aureus infection. He has not restarted Remicade and there is some concern due to the immunosuppressive nature of this but he may need this to treat his ankylosing spondylitis. He'll continue to see his rheumatologist and continue to see his infectious disease doctor. I'll see him again in 6 months or so as needed. JG/jc

JAN-17-2010  16:46      ORTHO GB WEST                    920 430 8122      P.011

BELLIN HEALTH SYSTEM
HOSPITAL CENTER
744 S. Webster Ave., PO Box 23400, Green Bay, WI 54305-3400

DISCHARGE SUMMARY

NAME:  HARRISON, DENNIS R                    ACCOUNT NUMBER:  V0011463673
ADMITTING DOCTOR:  JAMES GRACE               RECORD NUMBER:   M000667836
DATE OF BIRTH:  11/19/1952                   ADMISSION DATE:  01/13/2010
AGE:  57Y                                    DISCHARGE DATE:

PRIMARY CARE PROVIDER:  JAMES A BATTI MD

HISTORY/HOSPITAL COURSE:  Dennis Harrison is a 57-year-old gentleman
with a history of severe ankylosing spondylitis.  He has had multiple
previous orthopedic surgeries.  We performed bilateral total knee
arthroplasties, 1/13/2010.  His intraoperative and postoperative
course was uncomplicated.  Postoperatively on the first day he was
sent for a single-dose radiation treatment to the knees to prevent
heterotopic ossification.

His postoperative course remained satisfactory.  He did have
postoperative anemia with hemoglobin on the second day of 8.2 grams.
He was minimally symptomatic.  He was given one unit of packed red
blood cells and repeat hemoglobin was pending.

If he is stable, he will be transferred to the Bellin rehabilitation
center on the third postoperative day for continued recuperative care.

DISCHARGE MEDICATIONS:  Continued as listed.
1.   Acetaminophen 500 Mg Tab - 1 - 2 Tab PO P.R.N. Q6-8H.
2.   Acetaminophen/Codeine (Tylenol/Codeine #4) 300 Mg/60 Mg Tab - 2
     Tab PO P.R.N. Q4-6H.
3.   Ascorbic Acid (Vitamin C) 500 Mg Tab - 1 Tab PO DAILY AM.
4.   Calcium Carbonate 600 Mg Tab - 1 Tab PO B.I.D.
5.   Clonazepam 1 Mg Tab - 1 Tab PO P.R.N. B.I.D.
6.   Docusate Sodium (Colace (Gen)) 100 Mg Cap - 1 Cap PO P.R.N.
     B.I.D.
7.   Furosemide 40 Mg Tab - 1 Tab PO P.R.N.
8.   Glucosamine/Chondroitin/MSM (Glucosamine/Chondroitin/M) Tab - 2
     Tab PO B.I.D.
9.   Lisinopril 10 Mg Tab - 1 Tab PO P.R.N.
10.  Multivitamins (Multiple Vitamin) Tab - 1 Tab PO DAILY.
11.  Omeprazole 20 Mg Cap - 1 Cap PO DAILY- HS.
12.  Potassium Chloride (K-Dur) 20 MEq Tab - 1 Tab PO P.R.N.
13.  Prednisone 20 Mg Tab - 1 Tab PO B.I.D.
14.  Sertraline HCl 50 Mg Tab - 1 Tab PO DAILY AM.
15.  Vitamin B Complex Tab - 1 Tab PO DAILY.
16.  Warfarin Sodium (Coumadin) 2 Mg Tab - 1 Tab PO DAILY.

DISCHARGE INSTRUCTIONS:

                 THIS DOCUMENT NEEDS TO BE ELECTRONICALLY SIGNED       Page 1 of 2

HARRISON, DENNIS R              DISCHARGE SUMMARY

RECORD:  M000667836                                    ACCOUNT:  V0011463673
                                                       Dictating Provider Copy



JAN-17-2010  16:46        ORTHO GB WEST                    920 430 8122   P.012

NAME:   HARRISON, DENNIS R
ACCOUNT:  V0011463673

- Twice-daily physical therapy.
- Ice.
- Elevation.
- Dressing changes.
- TED-hose as instructed.
- Recheck in my office in two weeks.

CONDITION ON DISCHARGE:  Satisfactory.

_____
JAMES N GRACE, MD

JNG:srb
Doc#: 958136  VoiceID#: 984585
D: 01/15/2010 12:04:29 T: 01/16/2010 09:20:24
cc:   JAMES N GRACE, MD, <Dictator>
JAMES A BATTI MD, Primary Care Physician
*CARE MANAGEMENT

THIS DOCUMENT NEEDS TO BE ELECTRONICALLY SIGNED

HARRISON, DENNIS R                                      Page 2 of 2
                         DISCHARGE SUMMARY

  RECORD:  M000667836                          ACCOUNT:  V0011463673
                                               Dictating Provider Copy



HarrisonD-OrthpdcSprtsMdMR-        00089

JAN-12-2010  14:48        ORTHO GB WEST                    920 430 8122      P.002/007

BELLIN HEALTH SYSTEM
HOSPITAL CENTER
744 S. Webster Ave., PO Box 23400, Green Bay, WI  54305-3400

HISTORY AND PHYSICAL EXAMINATION

NAME: HARRISON, DENNIS R              ACCOUNT: V0011463673
ADMITTING DOCTOR: JAMES GRACE         RECORD: M000667836
DATE OF BIRTH: 11/19/1952             ADMISSION DATE: 01/13/2010
AGE:  57Y                             ROOM NUMBER:

PRIMARY CARE PROVIDER:  JAMES A BATTI MD

HISTORY:  Dennis is a 57-year-old gentleman with a history of
longstanding ankylosing spondylitis.  He has severe arthrosis in both
knees and is admitted at this time for bilateral total knee
arthroplasty.

MEDICAL AND SURGICAL HISTORY:  His medical history is significant for
ankylosing spondylitis, pancreatitis, previous bilateral hip
replacement, osteomyelitis of the right femur treated with internal
fixation, spinal fusion in the cervical and lumbar spines.

MEDICATIONS:  Celebrex, sulfasalazine, Tylenol No. 4, Zoloft,
clonazepam, prednisone, lisinopril, omeprazole, furosemide, potassium,
Flonase, vitamins.

ALLERGIES:  Indocin and Naprosyn.

PHYSICAL EXAMINATION:  He is a healthy gentleman.  He has a stiff
axial spine.  He walks with antalgic gait.  He has varus malalignment
on the right, valgus malalignment on the left.  He does use a cane.
Knee motion is 5-110 with crepitus and tenderness.  Distal circulatory
examination is normal.

IMAGING:  Plain x-rays of the knees shows severe arthrosis with varus
malalignment, valgus malalignment left.  He has an intramedullary nail
and cement in the mid right femur.

IMPRESSION:  Severe osteoarthritis of both knees, history of
ankylosing spondylitis and multiple medical comorbidities.  He has
been cleared by his family physician for surgical intervention.  He
has a history of chronic anemia and has a chronically high
sedimentation rate, C-reactive protein, leukocytosis and
thrombocytosis.  His family doctor has not recommended any transfusion
unless his hemoglobin shifts below 10.  His monoclonal gammopathy is
of unknown significance and this is under continued evaluation.
Dennis understands the risks and complications and goals of surgery.
He understands and desires to proceed.

PLAN:

*THIS DOCUMENT NEEDS TO BE ELECTRONICALLY SIGNED*
HARRISON, DENNIS R                                        Page 1 of 2
              HISTORY & PHYSICAL EXAMINATION
RECORD NUMBER M000667836                 ACCOUNT NUMBER V0011463673
                                      Dictating Provider Copy



HarrisonD-OrthpdcSprtsMdMR-      00090

JAN-12-2010  14:48        ORTHO GB WEST                          920 430 8122      P.003/007

HARRISON, DENNIS R
ACCOUNT: V0011463673

The risks, complications, alternatives and expectations were
discussed.    understands and agrees to proceed.

---------------------------------
JAMES N GRACE, MD

JNG:deo
Doc# 953594  VoiceID# 980278
D. 01/12/2010 12:54:30  T. 01/12/2010 13:40:31
cc:  JAMES N GRACE, MD, <Dictator>
JAMES A BATTI MD, Primary Care Physician

**THIS DOCUMENT NEEDS TO BE ELECTRONICALLY SIGNED**

HARRISON, DENNIS R                                              Page 2 of 2
                        HISTORY & PHYSICAL EXAMINATION
RECORD  M000667836                                      ACCOUNT V0011463673
                                                      Diotating Provider Copy



HarrisonD-OrthpdcSprtsMdMR-      00091

BELLIN HEALTH SYSTEM
HOSPITAL CENTER
744 S. Webster Ave., PO Box 23400, Green Bay, WI  54305-3400

HISTORY AND PHYSICAL EXAMINATION

NAME:  HARRISON, DENNIS R                    ACCOUNT:  V0011739664
ADMITTING DOCTOR:  STEVEN SCHECHINGER        RECORD:  M000667836
DATE OF BIRTH:  11/19/1952                   ADMISSION DATE:  03/26/2011
AGE:  58Y                                    ROOM NUMBER:  803 ORTHNEU

PRIMARY CARE PROVIDER:  JAMES A BATTI MD

CHIEF COMPLAINT: Left knee.

HISTORY OF PRESENT ILLNESS: Mr. Harrison is a 58-year-old male who was
transferred to Bellin Hospital from Dickinson with increased left knee
pain and concern for infection. The patient has a past history
significant for bilateral total knee arthroplasties performed by Dr.
Grace in January 2010. Approximately 10 days following his surgery he
presented with a deep infection to the knee requiring irrigation and
debridement with polyethylene exchange. The patient was placed on a
six-week course of IV antibiotics for Gram-positive *Staph aureus* which
was sensitive. He was then placed on lifetime suppression per Dr.
Davis with dicloxacillin. The patient does have an autoimmune disease
with ankylosing spondylitis and takes both prednisone and Remicade for
this and is at a high infection risk which was the reasoning for the
lifetime suppression.

The patient reports over the last several weeks he has had gradually
increasing pain in the left knee as well as increasing warmth and
swelling. He has also noted over the last several days, fevers. This
prompted him to present to the emergency room at Dickinson Hospital
where he was admitted for sepsis. The patient did have blood cultures
as well as a knee aspiration that was performed this morning with
Gram-positive cocci noted on the gram stain. He was then placed on IV
vancomycin and IV Zosyn. The patient states his knee pain has improved
substantially after the aspiration as well as with the initiation of
the IV antibiotics. He is currently denying any feelings of chills and
states the knee pain has regressed substantially.

PAST MEDICAL HISTORY:
  1.   Ankylosing spondylitis.
  2.   Anemia secondary to autoimmune disease.
  3.   Hypertension.
  4.   Proteinopathy.

PAST SURGICAL HISTORY:
  1.   Bilateral total knee arthroplasty in January 2010 performed by
       Dr. Grace.
  2.   Bilateral total hip arthroplasty.
  3.   Lumbar spine fusion.

                *THIS DOCUMENT NEEDS TO BE ELECTRONICALLY SIGNED*



HARRISON, DENNIS R
ACCOUNT: V0011739664

4. Cervical spine fusion.
5. Tonsillectomy.
6. The patient has a very significant anesthesia risk given his
   extremely difficult airway, and per his previous operative
   reports, was quite difficult to obtain an airway in even with
   endoscopic intubation techniques.

MEDICATIONS:
1. Klonopin.
2. Lisinopril.
3. Prilosec.
4. Tylenol.
5. Prednisone 10 mg daily.
6. Aspirin.
7. Acidophilus.
8. Vitamin C.
9. Omega 3.
10. Calcium.
11. Vitamin D.
12. Dicloxacillin 500 mg p.o. t.i.d.
13. Zoloft.
14. Remicade.

ALLERGIES: Indocin, Naprosyn, and sulfa.

SOCIAL HISTORY: The patient denies tobacco or alcohol use. He is on
disability. He lives in Iron Mountain.

FAMILY HISTORY: Reviewed and negative.

REVIEW OF SYSTEMS: A 10-system review was performed and negative aside
from that of the history and past medical history.

IMAGING: AP of the chest as well as AP and lateral views of the left
knee are currently pending per report from the outside hospital. Knee
films are unremarkable.

EKG: Also pending.

LABORATORY STUDIES: UA is reviewed and unremarkable. CBC, CMP, CRP,
ESR, PT/INR, type and screen are all currently pending from Bellin.
Labs from the outside hospital are reviewed and demonstrate an ESR of
86 which has been chronically elevated for the past year as well as a
CRP of 73 which has also been chronically elevated at approximately
that same level for the past year. Other labs from the outside
hospital demonstrate white count 11.5, hemoglobin 10.3, hematocrit
33.7, platelets 537, BUN 25, creatinine 0.8, total protein 8.2,
albumin 4, sodium 138, potassium 4.4, chloride 100, calcium 9.3, ALT
less than 6, AST 26, alkaline phosphatase 71. Knee aspirate results

THIS DOCUMENT NEEDS TO BE ELECTRONICALLY SIGNED

HARRISON, DENNIS R                                      Page 2 of 4
                  HISTORY & PHYSICAL EXAMINATION
RECORD  M000667636                          ACCOUNT V0011739664
                                            Dictating Provider Copy



Fax Server          3/27/2011 12:18:02 PM    PAGE    4/005    Fax Server

HARRISON, DENNIS R
ACCOUNT: V0011739664

from outside hospital, Gram stain demonstrates many polys with a few
Gram-positive cocci. Cell count of the fluid from the outside hospital
demonstrates 270,000 white blood cells, 25,000 red blood cells, no
crystals, with opaque purulent appearance.

PHYSICAL EXAM:
VITALS: The patient is currently afebrile with a temperature of 97.8.
MENTAL STATUS: He is alert and oriented x3. He is conversational,
pleasant, no acute distress.
HEENT: His pupils are equal, round, and reactive. He has no evidence
of cervical lymphadenopathy. Oronasal mucosa is within normal limits.
HEART: Regular rate, normal rhythm.
CHEST: Clear to auscultation bilaterally.
ABDOMEN: Soft, nontender, and nondistended.
NECK: He is unable to turn his neck from side-to-side, flex or extend
it which has been long-standing for him given his ankylosing
spondylitis and previous cervical spine fusion. He has no tenderness
over the cervical, thoracic, or lumbar spine. His pelvis is stable.
NEUROLOGIC: He is fully intact in bilateral lower extremities without
deficits noted.
ORTHOPEDIC: Focused orthopedic evaluation of the left lower extremity
demonstrates a previous left total knee incision, well healed. There
is no erythema, no redness over the knee. There is warmth to the touch
which is increased compared to the contralateral knee. Palpation over
the knee demonstrates some slight tenderness much improved from what
the patient reports it was yesterday. Range of motion is from 0 to 90
degrees without pain which he states is his baseline motion. He has a
+1 effusion about the knee. It is stable with varus and valgus stress
and does not provide significant discomfort when examination is
performed. He has CMS fully intact distally to the left foot and full
motion of the left ankle and hip. I am able to fully range the right
hip and knee without pain. There is no warmth or concern for infection
involving the right knee or hip. The patient has full range of motion
of bilateral upper extremities without pain or discomfort noted.

IMPRESSION: Mr. Harrison is a 58-year-old male with acute exacerbation
of his left chronically infected total knee arthroplasty who has been
on long-term suppressive dicloxacillin therapy.

PLAN: A lengthy discussion was held today with the patient regarding
treatment options for his knee. Given his significant
immunosuppression as well as the fact that he has been taking Remicade
and chronic prednisone, he likely has an acute exacerbation of his
chronic knee infection despite the oral dicloxacillin suppression
therapy. Treatment option for him would be to attempt to resuppress
the infection with a course of IV antibiotic therapy followed by
resumption of an oral agent for long-term lifetime antibiotic
suppression. The patient would like to proceed with this route. The
alternative would be to present to the operating room for a two-stage

**THIS DOCUMENT NEEDS TO BE ELECTRONICALLY SIGNED**



HARRISON, DENNIS R
ACCOUNT: V0011739664

revision. However, given his immunosuppressed state as well as the
long-term chronicity of this infection, his risk of failure of a two-
stage revision is quite high which would likely leave him worse off
than his current state.

The patient understands the risks of both treatment options, those
risks including need for potential knee arthrodesis in the future or
even potential of an above-knee amputation. He is agreeable to
continuing with the suppressive IV antibiotic therapy. We will plan to
keep him on vancomycin and Zosyn at this time. I did perform a repeat
aspiration of the patient's left knee to remove any additional fluid
which was present using a sterile technique. Approximately 30 cc of
purulent-appearing fluid was aspirated from the left knee. This fluid
was then sent for aerobic and anaerobic cultures as well as cell count
and Gram stain.

The patient will be allowed to resume a regular diet. The hospitalist
admitting physician Dr. Lee will manage his other medical
comorbidities as well as make a decision whether to discontinue or
taper his prednisone therapy to help fight the infection. We will also
discontinue his Remicade infusions which he has been receiving
previously and he will followup with his rheumatologist for
alternative treatment options.

Dr. Davis, the infectious disease specialist, will be available on
Monday March 28, and at that point will discuss with him placement of
a PICC line, duration of IV antibiotic therapy, and recommendations
for an oral agent. We will obtain the final culture results from
Dickinson Hospital as well as await our own culture results from the
aspiration performed today. In addition to this we will also obtain a
blood culture, CRP, ESR, CBC, CMP, and PT/INR, as well as a type and
screen, UA, chest x-ray, and EKG. This plan was discussed at length
with Dr. Grace who agrees with this plan and will assume management of
the patient on Monday.

_____
STEVEN J SCHECHINGER, MD

SJS:dkb
Doc# 1378553  VoiceID# 1418843
D. 03/26/2011 15:03:40  T. 03/26/2011 19:53:23
cc: STEVEN J SCHECHINGER, MD, <Dictator>
JAMES A BATTI MD, Primary Care Physician

**THIS DOCUMENT NEEDS TO BE ELECTRONICALLY SIGNED**




**BELLIN HEALTH SYSTEM**
HOSPITAL CENTER
744 S. Webster, PO Box 23400, Green Bay, WI 54305-3400

OPERATIVE/PROCEDURE REPORT

NAME: HARRISON,DENNIS R
DATE OF BIRTH: 11/19/1952
AGE: 57

ACCOUNT NUMBER: V0011463673
RECORD NUMBER: M000667836
ADMISSION DATE: 01/13/10
ROOM NUMBER: 821ORTHNEU

PRIMARY CARE PROVIDER: JAMES A BATTI MD

SURGEON: JAMES N GRACE, MD

DATE OF PROCEDURE: January 13, 2010

PREOPERATIVE DIAGNOSES: Severe degenerative arthritis of both knees,
history of a severe ankylosing spondylitis, history of osteomyelitis,
and cemented intramedullary right femoral nail.

POSTOPERATIVE DIAGNOSES: Severe degenerative arthritis of both knees,
history of a severe ankylosing spondylitis, history of osteomyelitis,
and cemented intramedullary right femoral nail.

PROCEDURE: Bilateral total knee arthroplasty(DePuy Sigma
components), computer assisted navigation utilized for right knee.

PROCEDURE IN DETAIL: Following satisfactory bilateral femoral nerve
block, the patient was taken to the operating suite, and fiberoptic
general anesthesia was administered. Both legs were prepped and
draped in usual fashion. The left leg was approached first. He had
a valgus collapse deformity of the left knee. The limb was
exsanguinated, and the tourniquet inflated to 350. An anteromedial
and longitudinal incision was carried down through the skin and
subcutaneous tissues. A median trabecular approach was utilized.
The patella was subluxed laterally. He had very severe degenerative
changes in all compartments.

The remnants of the menisci were excised. Femoral tibial and patella
osteophytes were debrided. Intercondylar notch osteophytes were
removed, and the cruciates were excised. The tibia was subluxed
anteriorly. The extramedullary tibial instrumentation was used. A
proximal tibial osteotomy was made. The tibia was sized to a size 4
tray. Cuts were made in the femur to establish equal flexion and
extension gaps at 8-mm. Collateral ligaments were balanced in both
flexion and extension. A size 4 cruciate substituting femoral
component fit well.

A trial reduction was carried out using a size 4 femur, a size 4
tibia, and an 8-mmm insert. Reduction at this time showed full
extension and flexion to 140, satisfactory collateral stability, and
restoration of axial alignment from the preoperative valgus
malalignment. The patella was resected in preparation for a 38-mm
round-dome resurfacing component. The trial was placed and the
patella tracked smoothly. There was no need for lateral release.

All trial components were removed. The bony surfaces were
water-picked and dried. Methylmethacrylate was vacuum mixed. Using a

HARRISON,DENNIS R
OPERATIVE/PROCEDURE REPORT
RECORD NUMBER M000667836
printed

Page 1 of 3
OPERATIVE/PROCEDURE REPORT
ACCOUNT NUMBER V0011463673
0114-0237



NAME: HARRISON,DENNIS R
ACCOUNT NUMBER: V0011463673

cement gun, we initially cemented the precoated size 4 highly
polished tibial tray into position, a precoated size 4 cruciate
substituting femoral component was cemented into place. The trial
8-mm tibial insert was inserted. The knee was extended. A 38-mm
patella was cemented into place. The knee was kept in extension to
allow hardening of the cement under pressure. All excess cement was
removed. Following complete hardening of the cement, the knee was
flexed. The trial tibial insert was removed, and the real 8-mm
moderately cross-linked posterior stabilized tibial insert was
placed. Final reduction again showed full extension and flexion to
140, satisfactory collateral stability and smooth patellofemoral
tracking.

The tourniquet on the left was deflated after 37 minutes. The wound
was irrigated. Hemostasis was obtained. A re-transfusion suction
drain was left in the joint. The arthrotomy was closed with
interrupted #2 Vicryl sutures. The subcutaneous tissues were closed
in layers with 0 Vicryl and 2-0 Monocryl and the skin with staples.
A sterile compressive dressing was applied.

The right leg was next approached. The limb was exsanguinated, and
the tourniquet inflated to 350. He did have a fixed external
rotation and flexion deformity coming from the hip. The anterior
longitudinal incision was carried down through the skin and
subcutaneous tissues. A median trabecular approach was utilized.
The patella was carefully subluxed laterally. Again, there was very
severe degenerative change in all compartments with a varus collapse
on the right knee. Because of the cemented intramedullary rod on the
femur, we elected to use computer-assisted navigation to avoid
violation of the intramedullary canals. The computer sensors were
placed in the usual fashion. All data points were entered. We
navigated the femoral cut to accept a size 4 tibial tray and then
navigated the femoral cut to accept a size 4 cruciate substituting
femoral component. The computer instruments were removed after cuts
were checked.

A trial reduction was carried using a size 4 femur, a size 4 tibia,
and an 8-mm posterior stabilized instrument. Reduction on the right
side now showed full extension and flexion to 140, satisfactory
collateral stability, and restoration of axial alignment. The
patella was resected in preparation for a 38-mm round-dome
resurfacing component. The trial was placed, and the patella tracked
smoothly. There was no need for lateral release.

All trial components were removed. The bony surfaces were
water-picked and dried. Methylmethacrylate was vacuum mixed. Using a
cement gun, we initially cemented the precoated size 4 tibial tray,
and next the precoated size 4 femoral component was cemented into
place. The trial 8-mm tibial insert was inserted. The knee was
extended. A 38-mm patella was cemented into place. After complete
hardening of the knee with the knee in extension, the trial tibial
component was removed and the real 8-mm moderately cross-linked
posterior stabilized tibial insert was placed. Final reduction of
the right also showed full extension and flexion to 125, satisfactory

HARRISON,DENNIS R
**OPERATIVE/PROCEDURE REPORT**
RECORD NUMBER M000667836
printed

Page 2 of 3
**OPERATIVE/PROCEDURE REPORT**
ACCOUNT NUMBER V0011463673
0114-0237



NAME:  HARRISON,DENNIS R
ACCOUNT NUMBER:  V0011463673

collateral stability and smooth patellofemoral tracking.

The tourniquet on the right was deflated after 55 minutes.  The wound
was irrigated.  Hemostasis was obtained.  A re-transfusion suction
drain was left in the joint.  The arthrotomy was closed with
interrupted #2 Vicryl sutures.  The subcutaneous tissues were closed
in layers with 0 Vicryl and 2-0 Monocryl and the skin with staples.
At the completion of the second procedure, both dressings were
changed.  Sterile compressive dressings were applied followed by TED
hose, foot PlexiPulse, knee Cryo/Cuff and bilateral CMP machines.
Both procedures were tolerated well without complications.


JNG:tt
DocID: 956535  JobID: 981779
D: 01/13/2010 12:28:00  T: 01/14/2010 15:25:07
cc: JAMES N GRACE, MD, <Dictator>
JAMES A BATTI MD, Primary Care Physician
GRAJAN:                           Dictated by JAMES N GRACE MD
D:01/13/10 T:01/14/10             <Electronically signed by JAMES N GRACE MD>
                                  02/01/10 1117



**BELLIN HEALTH SYSTEM**
HOSPITAL CENTER
744 S. Webster, PO Box 23400, Green Bay, WI 54305-3400

### OPERATIVE/PROCEDURE REPORT

NAME: HARRISON, DENNIS R
DATE OF BIRTH: 11/19/1952
AGE: 57

ACCOUNT NUMBER: V0011500125
RECORD NUMBER: M000667836
ADMISSION DATE: 01/24/10
ROOM NUMBER: 825ORTHNEU

PRIMARY CARE PROVIDER: JAMES A BATTI MD

SURGEON: JAMES N GRACE, MD

DATE OF PROCEDURE: 01/24/2010

PREOPERATIVE DIAGNOSES:
1. Status post recent left total knee arthroplasty.
2. Possible acute deep infection.
3. History of chronic immunosuppressive treatment.

POSTOPERATIVE DIAGNOSES:
1. Status post recent left total hip arthroplasty.
2. Possible acute deep infection.
3. History of chronic immunosuppressive treatment.

PROCEDURES:
1. Left knee arthrotomy.
2. Irrigation and debridement.
3. Tibial and polyethylene liner exchange.

PROCEDURE IN DETAIL: Following multiple complex attempts at fiberoptic intubation, adequate anesthesia was safely obtained, however, after very much difficulty. The patient was placed in supine position. His left leg was prepped and draped in the usual fashion. A tourniquet was not used. The staples were removed. There was no significant purulence. The skin incision was opened and the sutures were removed. There was mild swelling in this area, but no purulence. The area was thoroughly irrigated using antibiotic irrigation solution.

Next, the Vicryl sutures from the medial arthrotomy were removed and the joint was opened. Again, there was no deep purulence and no significant fluid accumulation. The area was thoroughly irrigated using 9 liters of antibiotic irrigation solution, followed by 3 liters of normal saline irrigation solution. Because of the potential for deep infection, we performed a tibial polyethylene liner exchange removing the previously placed polyethylene and placing a new same sized tibial polyethylene. At the completion of the procedure, all tissue appeared healthy. All tissue appeared viable. There was no necrosis and no purulence. Deep cultures were obtained.

Following obtaining the deep cultures, 1 gram of Vancomycin was administered. A suction drain was placed in the joint. The arthrotomy was closed with interrupted 2-0 Vicryl sutures. The subcutaneous tissues were closed with layers of 1-0 Vicryl and 2-0 Monocryl and the skin with sterile. A sterile compressive dressing

HARRISON, DENNIS R
**OPERATIVE/PROCEDURE REPORT**
RECORD NUMBER M000667836
printed



NAME:  HARRISON,DENNIS R
ACCOUNT NUMBER:  V0011500125

was applied to the leg.  The procedure was tolerated without
complications.

JNG:kem
DocID: 967386  JobID: 994460
D: 01/25/2010 13:00:30  T: 01/25/2010 19:38:47
cc:  JAMES N GRACE, MD, <Dictator>
JAMES A BATTI MD, Primary Care Physician
GRAJAN:KEM                          Dictated by JAMES N GRACE MD
D:01/25/10 T:01/25/10               <Electronically signed by JAMES N GRACE MD>
                                    02/01/10 1117



14

This report is in a draft status until authenticated by the
responsible provider.

THE VALLEY HOSPITAL                              DISCHARGE SUMMARY

ACCT #: V005417024                              PATIENT LOC: C.4A

REPORT #: 0703-0247

Patient: HARRISON, DENNIS

MR # M0493383

DOCTOR:  JOSEPH P. PIZZURRO, M.D.

DATE OF ADMISSION:  06/23/2003      DATE OF DISCHARGE:  07/02/2003


FINAL DIAGNOSES:
1. Status post removal right total hip prosthesis, plate and
   screws and methyl methacrylate for infected periprosthetic
   fracture.
2. Right total hip arthroplasty.
3. Ankylosing spondylitis.
4. Status post left total hip arthroplasty.
5. Anemia secondary to acute blood loss.
6. Fusion of cervical lumbar spine.

PROCEDURE PERFORMED:
1. Removal of antibiotic impregnated cement spacer with revision
   right total hip arthroplasty with a 64 mm Trident with a
   Constraint liner and a proximal modular femoral replacement
   stem with a proximal HNR body, 80 mm mid-body with 13 mm x 127
   mm stem with antibiotic impregnated methyl methacrylate and a
   standard (22 mm head) Dall-Miles cables, preoperative radiation
   therapy, blood transfusions Cell Saver and bank blood.

PERTINENT HISTORY AND PHYSICAL FINDINGS:  This 50-year-old,
Caucasian male had multiple admissions to Valley Hospital.  He had
left Hybrid total hip arthroplasty by Dr. _____
at the Hospital of Surgery in New York City and a right total hip
arthroplasty by me at Valley Hospital on 8/7/95.  He is known to
have ankylosing spondylitis and moved out the area. He was in
Boston, where he had his cervical spine fused, as well as lumbar
spine.

During the early part of 2003, he while living in Kingston, he
slipped on the ice and sustained a periprosthetic fracture.  The
patient underwent an open reduction, internal fixation with plate
and screws.  This plate became infected.  He was transferred to
Albany Medical Center, where on February 28th, this prosthesis,
plate, screws, cables were removed and antibiotic impregnated
spacer was removed.  The patient elected to have his follow up care
done at Valley Hospital.

In the interim, he developed chest pain and was seen by Dr. Kasper
and was admitted and worked up.

PERTINENT HISTORY AND PHYSICAL FINDINGS: The patient had a large
scar over the right lateral hip area.  He had a fused neck and
spine.   He had a very limited range of motion and most of it was


Valley Hospital PCI  *LIVE* (PCI: OE Database VAH)

HarrisonD-ValleyHospMR-   00012

This report is in a draft status until authenticated by the
responsible provider.

PATIENT: HARRISON,DENNIS

ATT MD: Kasper,Andrew MD

UNIT #: M0493383

ACCT #: V005417024

painful in his right hip.

LABORATORY AND X-RAY DATA:    His  white  count on admission was
12,100.    Hemoglobin  11.1,  hematocrit 36.    Seldinger platelet
indices were within normal limits. Protime and INR were within
normal limits.    His blood type is A+. His wound culture was no
growth at 48 hours.    The patient had had two aspirations
preoperatively which were no growth. Gram stain at the time of
surgery here was no organisms seen. Protein electrophoresis in
chart. Serial studies in the chart, protimes, INRs, hemoglobin and
hematocrit. The final shows a white count of 14,400, hemoglobin of
10.7, hematocrit 33.8.    Chemistry screen – calcium 8.1, glucose
118, chloride 109. The remainder within normal limits.

Right femur:   Status post placement of right total hip prosthesis
with a fairly long intramedullary rod component, extending distally
as need in a single frontal view.   There is normal alignment.

Duplex venous scan postoperatively negative.

Chest x-ray: Cardiomegaly. No acute infiltrate is seen. Multiple
nodular densities which may be associated with ribs, however, lung
nodules cannot be excluded would advise CAT scan.

CT  of  the  chest:    No evidence of parenchymal masses. Areas of
pleural thickening on the left. Six month follow up is suggested
to ensure stability, multiple healing fractures.

Electrocardiogram:    Normal  sinus  rhythm  with  normal  EKG when
compared to EKGs, no changes.

HOSPITAL  COURSE:    The patient was admitted to the CCU, worked up
for his chest pain. He was seen by Dr. Michael Gross and infectious
disease.    He had  the above surgery the 27th of June, 2003.  His
postoperative  course was uneventful.  He was waiting for a bed and
transferred to Kessler.  He is up, ambulating about at the time of
discharge.    His  medications  and  steroids  were  ordered by Dr.
Michael Gross, other medications by Dr. Kasper.

At  the  time  of  discharge,  he is ambulating with a walker,
weightbearing as tolerated.   His diet is of no consequence.  His
antibiotics were discontinued postoperatively as per Dr. Gaffin.

_____
Joseph Pizzurro, MD

. JP/jp

Valley Hospital PCI  *LIVE* (PCI: OE Database VAH)

HarrisonD-ValleyHospMR-    00013

This report is in a draft status until authenticated by the
responsible provider.

PATIENT: HARRISON,DENNIS
ATT MD: Kasper,Andrew MD

UNIT #: M0493383
ACCT #: V005417024

DD: 07/02/2003  09:27
DT: 07/03/2003  12:05
MEDQUIST 48/#188477
CRC: HARRISON, DENNIS/M0493383

cc: Andrew Kasper, M.D.
  : Joseph P. Pizzurro, M.D.
  :

HarrisonD-ValleyHospMR-    00014

This report is in a draft status until authenticated by the
responsible provider.

THE VALLEY HOSPITAL                                         CONSULTATION

ACCT #: V005417024                                  PATIENT LOC: CCU

REPORT #: 0626-0190

Patient: HARRISON, DENNIS                    MR # M0493383

Referring Phys:  ANDREW KASPER, M.D.

Consulting Phys:  MICHAEL GROSS, M.D.


REASON FOR ADMISSION:

REASON FOR CONSULTATION:

Date
Requested:  06/24/2003


HISTORY OF PRESENT ILLNESS: Mr. Harrison is a 50 year-old white
gentleman, who is seen with a past medical history of ankylosing
spondylitis for approximately 20 years. He comes with a
complicated orthopedic history, having had 2 rods placed in his
cervical spine as well as 2 in his lumbar spine because of
instability due to worsening of his spondylitis. In addition, he
did have bilateral hip replacements which were done successfully.
In addition, he developed uveitis approximately 2-3 years ago and
at that time was started on intermittent prednisone for the first
time in his long history, which did improve his arthritis.
Unfortunately, he did, intermittently take prednisone, not only for
his uveitis, but for his arthritis. He did, then, fall this past
January and break his right hip. He, then, developed a severe
right hip infection and necessitated his right hip replacement
being taken out and a right hip space was put in. Since that time,
he has had a right hip spacer in the area. In addition, he does
have a long history of severe anemia, secondary to his severe
ankylosing spondylitis. He does have severe immobility. He does
have morning stiffness of hands, wrists, bilateral knees. He does
state that it is only a week ago that he started retaking his
prednisone. When he takes prednisone, he takes 20 mg q.o.d. He
does take Procrit 20,000 t.i.d. for his anemia. He has been able
to walk on his left leg. Over the last month, he was seen at
Hospital for Joint Diseases, where he did have the spacer implanted
after 2 months in rehab. Since he did not want to wait the full
3-4 months until they wanted to put in his right hip replacement,
he was then admitted to Albany Medical Center. He did not want to
wait there for his spacer as well, and then, because of having had
Dr. Pizzurro, who had done his hip replacement, he did arrange for
himself to have Dr. Pizzurro to do his right hip replacement
reimplantation.

PAST MEDICAL HISTORY: As above.

MEDICATIONS:  Procrit, Theragram M with iron, prednisone 20 mg
p.o.d., he states only for 1 week, otherwise had been off for 3
months.


Valley Hospital PCI  *LIVE* (PCI: OE Database VAH)

HarrisonD-ValleyHospMR-    00043

This report is in a draft status until authenticated by the
responsible provider.

PATIENT: HARRISON,DENNIS                    UNIT #: M0493383
ATT MD: Kasper,Andrew MD                    ACCT #: V005417024

SOCIAL HISTORY:  He lives with wife and child.

FAMILY HISTORY:   No  history  of  arthritis or connective tissue
disease.

REVIEW OF SYSTEMS: Normal, except for psych history above. Though,
seems to have severe depression.  He denies any history of colitis.

PHYSICAL EXAMINATION:    He was afebrile on admission, vital signs
were  stable.  Eyes with extra ocular motions intact.  Neck with no
JVD  or  bruits.    Lungs clear.  Heart regular rate and rhythm, no
rubs,  gallops  or  murmur.  Abdomen soft, nontender, nondistended,
normal  bowel  sounds.  No hepatosplenomegaly.  No extremity edema.
Musculoskeletal  with  no synovitis. Some mild arthritis wrists and
bilateral knees.  No range of motion in right hip.

LABORATORY DATA:  Results from 6/23/03 showed WBC 15.6, 6/24/03 WBC
11.5,  platelets  down from 803,000 to 694,000.  His INR on 6/23/03
was 3.5.

IMPRESSION/PLAN:
1.   Ankylosing  spondylitis,  for  which  he  has poorly controlled
     disease.    Prednisone is definitely not the way to prevent it.
     These  patients  do  have  difficulty healing, but worse in the
     spine  and  he has been able to heal in hip replacements in the
     past  and  I do believe, in that sense, that he can do it since
     he  has  only  been on the prednisone for the past week or two,
     rather  than  months.   For long standing disease, I have urged
     him  that  he  cannot  be  on prednisone, he cannot  go
     intermittently  with  it.   He  does  not have active uveitis.
     Whether  Embrel  or  Remicade are options for long term, I will
     discuss  with  him.   I definitely think methotrexate after 2-3
     weeks,  would  be  something  to put up on him very quickly and
     then to add Embrel may be an option.
2.   Renal  insufficiency.   The  patient  would  need  to be given
     Solu-Cortef since he has been on Prednisone for many years.
3.   Uveitis, which is not seen at this time.
4.   Elevated  INR,  which  he does need for workup.  Whether he can
     have  surgery  on  Friday because of this, if it is elevated, I
     would  not  let him have surgery and I will speak about this as
     well as the ankylosing spondylitis to Dr. Pizzurro.
5.   Anemia,  for  which  he  is  on Procrit  for his long-standing
     anemia.


                          _____
                          Michael Gross, MD


Valley Hospital PCI  *LIVE* (PCI: OE Database VAH)

HarrisonD-ValleyHospMR-    00044

This report is in a draft status until authenticated by the
responsible provider.

PATIENT: HARRISON,DENNIS                    UNIT #: M0493383
ATT MD: Kasper,Andrew MD                    ACCT #: V005417024


. MG/MRD
  DD: 06/26/2003  07:59
  DT: 06/26/2003  11:51
  MEDQUIST 48/#186843
  CRC: HARRISON, DENNIS/M0493383

  cc: Andrew Kasper, M.D.
    : Michael Gross, M.D.
    :

HarrisonD-ValleyHospMR-    00045

**VALLEY HOSPITAL**
**RIDGEWOOD, NEW JERSEY**

**PROGRESS NOTES**

DATE

6/6/3    Rheumatology Consult

50yo WM h/o AS for many yrs
c̄ known multiple surgeries to spine
& who was seen last admission
when (R) hip replacement was reimplanted
after being treated for infection s/p IV ctx
Pt despite speaking to him multiple
times pt ↑ prednisone to 20mg every
other day w/in days of leaving
hospital Pt began to have serous drainage
from (R) hip last week though cultures
have been negative and drainage has
stopped here. Pt states tolerating
MTX well x3 doses. With ___ Pt states
able to tolerate rehab well Pt has weakness due ___
Labs 12.1 ⟨11.3⟩ 493 E 5122 I 1.2
            36.4

UA |WBC,    141|105| ___ 55
                  4.5|30|1.3
Pmhx long term steroids, opiates, AS,
Vitals 124/68 P66 RR22 T97.8
lungs CTA
heart S.S₂ mur
AS severe soft rent ___ w/B>

**VALLEY HOSPITAL**
RIDGEWOOD, NEW JERSEY

**PROGRESS NOTES**

**DATE**

HARRISON,DENNIS
PIZZURRO,JOSEPH MD M
08/04/01   ORT

ext + edema

MSK ® hip wound c̄ mild eryth
to thigh c̄ no drainage
minimal synovitis ® wrist MCP's

A&P ① ® hip replacement c̄ drainage on IV abx
pt drainage much improved.
pt increased prednisone despite
me telling him risks of prednisone
above 5mg a day increase risk
greatly of hip being reinfected to
average of 10mg a day. At this
time no need to go back to
OR, c̄ drainage stopped and cx's (-)
② As c̄ predn to 5mg as
guide stay at this dose, hold MTX
until known infection cleared only took
2-3 doses MTX & does not
↑ risk of infection flare at least [?]
③ will start Azulfidine
④ pain meds will restart Oxycontin
30 m BID c̄ oxycodone 10 m q4°
ant pain need to consult [?]

(over)

15

Mar. 4. 2010 10:12AM   dr. dale davis                           No. 5451   P. 2

## GREEN BAY CHEST & INFECTIOUS DISEASES, SC
704 S Webster Avenue
Green Bay WI 54305
Telephone 920-433-7516
Fax 920-433-7464

### OFFICE EVALUATION

NAME: **HARRISON,DENNIS R**                    ACCOUNT NUMBER: **GC000000474**
ATTENDING PHYSICIAN: **RONALD DALE DAVIS, MD**   RECORD NUMBER: **CI00000375**
DATE OF BIRTH: **11/19/1952**                   DATE OF SERVICE: **03/03/10**

DATE OF SERVICE: 03/03/2010

Date: March 3, 2010

BASIC INFORMATION: Mr. Harrison is a 57-year-old man seen in
consultation request of Dr. James Grace.

REASON FOR CONSULTATION: ANTIBIOTIC THERAPY FOR INFECTED KNEE
PROSTHESES (EARLY).

BACKGROUND INFORMATION: Mr. Harrison has a history of ankylosing
spondylitis and has been on prednisone for that problem. He had
bilateral total knee arthroplasties on January 13 this year and was
readmitted to the hospital on January 24 for an early infection.
Cultures from the left knee grew methicillin sensitive staph aureus.
This treated with cefazolin and has a PICC line in place. He is in a
nursing home. He says that his sedimentation rate is rarely below 100
and the most recent 175. Initial CRP here with 22 but removed
recently been obtaining studies through a home health agency. We did
repeated sedimentation rate today and it is 74 in the C-reactive
protein is not yet available.

He had been discharged on rifampin but became ill with a serum
sickness like syndrome. This was discontinued and he then felt
better.

ALLERGIES: Indomethacin, Naprosyn and Celecoxib

MEDICATIONS:
1. Cefazolin 1 gram q.8
2. Prilosec 10 mg daily
3. Tylenol with Codeine Ninman
4. Multivitamin daily
5. Aspirin 81 mg daily

PAST MEDICAL HISTORY: Includes severe ankylosing spondylitis. He has
had several spinal fusions. He's had bilateral hip replacements. He
did have an infection in his leg at one point in the past had to have
some bone resected.

PHYSICAL EXAMINATION:
VITAL SIGNS: P 107, R.R. 16, BP 102/68, O2 SAT 97% on room air

HarrisonD-BellinHealth-   00001

Mar. 4. 2010 10:13AM    dr. dale davis                                    No. 5491    P. 5

**NAME: HARRISON,DENNIS R**
**ATTENDING PHYSICIAN: RONALD DALE DAVIS, MD**
**ACCOUNT NUMBER: GC000000474**

HEENT: Normal
CHEST: Lungs are clear
COR: Normal heart sound
ABDOMEN: Soft, nontender
EXTREMITIES: The left knee is no longer erythematous. The wound is
well-healed.
NEURO: Grossly normal

LABORATORY / IMAGING: Sedimentation rate is down to 75 today..

IMPRESSION:
1. Is very difficult to know when we will have cured him as he will
always have elevated markers inflammation.
2. I think that it is reasonable to go with prolonged oral antibiotic
therapy.

RECOMMENDATIONS:
1. We will tentatively plan on stopping antibiotics on March 10 and
removing the PICC line.
2. I have given him a prescription to start dicloxacillin 500 mg p.o.
t.i.d. I would favor doing this for at least 6 months and then
perhaps going to 500 mg twice daily for another 6 months.


C.C.: James Grace, MD
James Batti, MD



RDD:RDD
DocID: 1008299  VoiceID: EWS
D/T: 03/03/2010 15:56:40
Electronically signed by R DALE DAVIS, MD on 03/03/2010 15:56:43.

HarrisonD-BellinHealth-      00002

Jun. 22. 2011  9:14AM    dr. dale davis                    No. 0593   P. 1/2

# Green Bay Chest & Infectious Diseases, S.C.

R. Dale Davis, M.D., FCCP
Pulmonary and Critical Care Medicine/Infectious Diseases
704 S. Webster Ave., Suite 102
Green Bay, Wisconsin 54301

Telephone: (920) 433-7516
Fax: (920) 433-7464

June 10, 2011

Re.: Dennis Harrison
D.O.B. 11/19/1952

Mr. Harrison had developed increasing pain in his knee. He has been on dicloxacillin for attempted suppression therapy of his knee prosthesis. On May 20, Dr. Grace aspirated the knee in the clinic and the cultures still grew MSSA.

He went to the E.D. at Dickinson County Hospital a few days later and was given a prescription for cephalexin. I spoke with him by phone on June 7th and he still does not want to undergo a 2 stage joint replacement. I told him that there is some chance that he could go on to develop a metastatic infection (I told him that I believe that he is at significant risk for spinal infection with his ankylosing spondylitis. I am uncomfortable with not proceeding with surgery but he indicated that he wants to continue the cephalexin. I did not give a prescription for that but I believe he will be obtaining one from another source.

Dale Davis, MD

FAXED
Dr W cellece
6-22-11
NB

FAXED
6-21-11

**OFFICE NOTE**

**HARRISON, DENNIS**
**DOB: 11-19-1952**

**DATE OF SERVICE: 01-06-2010**

**DIAGNOSES/TREATMENT MODALITIES:**
1. Anemia secondary to chronic inflammation.
   a. Observation.
2. IgG kappa monoclonal gammopathy of unknown significance diagnosed in 12-2009.

**REASON FOR VISIT:**
Followup.

**INTERIM HISTORY:**
Mr. Harrison is a very pleasant 57-year-old white gentleman who had a long history of ankylosing spondylitis. The patient was admitted to the hospital on 11-29-2009 because of fever and weakness. He was found to have moderate anemia and thus I was asked to evaluate him. His anemia was consistent with anemia of chronic inflammation. He had a low serum iron, low serum TIBC, and a ferritin in the upper normal limit. He had no evidence of B12 deficiency, folic acid deficiency. During that admission, he was found to have a high sed rate and a very high C-reactive protein level.

Mr. Harrison had testing for soluble transferrin receptor which was mildly increased to 1.94. A protein electrophoresis showed normal serum IgG and IgM level, but his serum IgA was minimally increased. However, on immunofixation, he was found to have an IgG kappa paraprotein and possibly a faint IgA lambda.

Dennis has a long history of anemia. He states he has had marrow biopsies twice, the last one 7 years ago. He has never been found to have evidence of a malignancy, but he was worried about multiple myeloma as his father was diagnosed with the disease and died from it.

Dennis is currently undergoing evaluation to have knee replacement surgery performed. This is to be done in Green Bay.

**PAST MEDICAL/SURGICAL HISTORY:**
1. Ankylosing spondylitis.
2. Pancreatitis.
3. Hypertension.
4. Surgery for spinal fusion of the cervical and lumbar spine.
5. Bilateral hip replacement.
6. Osteomyelitis of the right femur.

**MEDICATIONS:**
Reviewed and listed in the chart.

**REVIEW OF SYSTEMS:**
CONSTITUTIONAL: No recent fever or night sweats.
HEENT: No changes in vision or hearing.
CARDIOVASCULAR: No chest pain or palpitations.
PULMONARY: No cough or hemoptysis.
GI: No diarrhea, constipation.
GU: No dysuria or frequency.
NEURO: No headaches or seizures.

**HARRISON, DENNIS**
**PAGE 2, CONTINUED**
**OFFICE NOTE OF 01-06-2010**

**PHYSICAL EXAMINATION:**
GENERAL: Mr. Harrison is a middle-aged white gentleman, not in acute respiratory distress.
VITAL SIGNS: BP: 150/80.  P: 100.  T: 97.9.  Wt: 155 pounds.
SKIN: No bruises or petechiae.  Mild pallor is noticed.
HEAD: Normocephalic.
EYES: Pupils are equal, reactive to light and accommodation.
ENT: No oral thrush or exudates.
NECK: Supple.  No JVD.  No thyromegaly.
LYMPH NODES: None are felt.
CHEST: Clear to percussion and auscultation.
CARDIOVASCULAR: Heart rate is normal.  Rhythm is regular.  No murmurs or gallops.
ABDOMEN: Soft, nontender.  No organomegaly or masses.
EXTREMITIES: No edema, cyanosis, or clubbing.
NEURO: The patient is alert, oriented x3.  No focal findings.
MUSCULOSKELETAL: He has significant joint deformities and stiffness of the spine.

**LABORATORY DATA:**
Serum protein electrophoresis and immunofixation, as above, showed the possibility of a monoclonal IgG kappa paraprotein in gamma.  Soluble transferrin receptor level is 1.94.  The patient's serum vitamin B12 was 478, folate 15.49.  BUN 25, creatinine 0.67.

**ASSESSMENT/PLAN:**
**ANEMIA OF CHRONIC INFLAMMATORY DISEASES:**

1. Mr. Harrison is a patient who has history of ankylosing spondylitis and has a long history of anemia.  The patient has all the features that are seen in patients with anemia of chronic inflammation.  He has very high sed rate and C-reactive protein levels, has leukocytosis and has thrombocytosis.

2. I told Dennis that his anemia is at this point not severe, and thus no specific treatment needs to be given.  I strongly advised him to be seen by a rheumatologist so a specific treatment for his ankylosing spondylitis can be given and certainly it is expected that his anemia will improve with it.

3. I do not believe the patient's anemia is a contraindication for his planned surgery.  If his hemoglobin is below 8, he should obviously be transfused and if the surgeons require a hemoglobin of 10 or higher, PRBCs could be given to achieve that goal.

4. The patient's monoclonal gammopathy of unknown significance appears to be a new diagnosis.  I will contact Dr. Donovan in New York who used to take care of him.  I will try to get his medical records from him.  In any case, he will have a bone survey, a urine protein electrophoresis, and a serum light chain level.  I will also, when he comes back, recheck his serum beta-2 microglobulin level and if any evidence of myeloma is found, a bone marrow aspiration and biopsy may be performed.

GUSTAVO MOREL, MD
MEDICAL ONCOLOGY/HEMATOLOGY
GM:msf D: 01-06-10  T: 01-06-10

cc:      James A Batti, MD

### BELLIN HEALTH SYSTEM
### UP PRIMARY CARE

NAME:  HARRISON,DENNIS RICHARD
DATE OF BIRTH:  11/19/1952
AGE:  58

DATE OF SERVICE:  04/25/11
CLINIC SITE:  FMCMIIRNM1
MEDICAL RECORD#:  K000230961
ACCOUNT #:  D0003216952

I spent a lot of time with the patient.

VITAL SIGNS: .He has a 98 temperature.  Blood pressure 128/70.  Pulse 66.

SUBJECTIVE: Dr. Morei ordered two units of blood last week.  He has been anemic.  His left knee was infected, and he sees Dr. Grace about every four or five weeks.  He is in Maryhill Manor right now.  He is on Ancef three times a day.  It was a staph infection but not methicillin-resistant Staphylococcus aureus.  He has had diarrhea off and on.  If that continues or if there is blood in it, we will have to order a stool for Clostridium difficile.  A year and a half ago, he had an upper and lower endoscopy.  Right now, his ankles, wrists, and arm really bother him.  He has a port on the right side of his chest.  He said his pain is not under very good control with fentanyl 25 mcg.

OBJECTIVE:  Chest is clear.  Heart:  No murmurs or gallops.  He, of course, has the extreme deformities in his neck and wrists from the ankylosing spondylitis.

PLAN:  Recommend return in two months.  I am going to do a uric acid and some other lab work, I think, in the near future.  I increased his fentanyl patch to 50 mcg every 72 hours.  He is on numerous medications.  We discontinued the Reglan.  He is on, of course, Tylenol, Ancef 1.5 g every eight hours, clonazepam 1.5 tablets as needed for anxiety, lisinopril 10 mg daily, Prilosec 20 mg daily, prednisone 10 mg daily, Zoloft 75 mg a day, Carafate 1 g before meals and at bedtime.  His left knee is somewhat swollen, but he said it is a lot better than it was.  Actually, his right wrist does look kind of swollen too, so we will have to keep an eye on that.  Again, if the diarrhea continues, we will do a stool for Clostridium difficile.  Return in a couple of months.

ASSESSMENT:
1. Ankylosing spondylitis.
2. Diarrhea.
3. Septic arthritis.
4. Anemia.
5. Hypertension.
6. Gastroesophageal reflux disease.

FAXED
Dr Wallace
6-22-11
Univ of MD

BATJA:
D:04/25/11 1635
T:04/28/11 1601

Dictated by JAMES A BATTI MD
<Electronically signed by JAMES A BATTI MD>
05/02/11 1710

HARRISON,DENNIS RICHARD
MEDICAL RECORD # K000230961
Report number 0428-0731

Page 1 of 2
ACCOUNT NUMBER D0003216952

# O·S·M·S

**ORTHOPEDIC & S    TS MEDICINE**
**SPECIALISTS OF GREEN BAY**

2223 Lime Kiln Road Suite 1 * Green Bay, WI 54311
(920) 430-8113 * Fax: (920) 430-8124

Formerly Green Bay
Orthopedics LTD

James N. Grace, M.D.
Michael A. Tressler, M.D.
Thomas A. Sullivan, M.D.
Jason P. Klein, M.D.
Steven J. Schechinger, M.D.

Rheumatology
Mark E. Davis, D.O.
Paul C. Utrie, M.D.

Formerly Orthopaedic Associates
of Green Bay, SC

Marc H. Anderson, M.D.
Patrick J. McKenzie, M.D.
Daniel J. Linehan, M.D.
James R. Spears, M.D.
William J. Enright, M.D.
Kevin F. Nelson, PA-C

December 29, 2010

James Batti, M.D.
1711 S. Stephenson, Suite 115
Iron Mountain, MI  49801

RE: Dennis Harrison          DOB: 11/19/52

Dear Dr. Batti:

My office notes on the above patient follows:

**SUBJECTIVE:** The patient has been doing remarkably better with the application of Remicade since August.  He has no complaint of cough, fever, abdominal pain or diarrhea.  However, he does note that by week 7 his symptoms do return.  There has been no suspicion of reactivation of his chronic osteomyelitis.  He attempts to remain compliant with his oral antibiotics but is only using approximately 50% of the prescribed dosage.

**MEDICATIONS:**
1. Prednisone 10 mg qd
2. Tylenol #4 2 tabs q 4 hours prn
3. Zantac OTC qd
4. Klonopin 1 mg bid prn
5. Lisinopril 10 mg twice a week
6. Fish oil qd
7. Zoloft 50 mg qd
8. Oral antibiotic unknown name qd
9. Remicade 400 mg IV q 8 weeks, dose #3 today

**ALLERGIES:**
1. POISON IVY
2. POLLEN

**OBJECTIVE:** Weight 180#. BP 134/76. Pulse 88. Temperature 98.7°.
Skin: No petechiae or dependent edema. Lungs: Clear to auscultation. Musculoskeletal: Fusion of the cervical spine.  No dactylitis or enthesopathy affecting the hands, wrists, elbows or Achilles tendon.

**IMPRESSION:**
1. Ankylosing spondylitis moderately severe
2. Preceding history of chronic osteomyelitis currently asymptomatic
3. Chronic steroid utilization
4. GERD
5. Anemia of chronic disease

**PLAN:**
1. Obtain ESR, CRP, serum immunoelectrophoresis, CBC with diff.  The patient states that he's had a monoclonal gammopathy of unknown significance.  I suspect that this was likely a reflection of his past untreated inflammatory disease.  Increase Remicade to 500 mg IV q.8.week.  Follow in 6 months.

Sincerely,

Mark E. Davis, D.O., F.A.C.R.
MD/jc
*DICTATED BUT NOT READ*

BELLIN HEALTH SYSTEM
HOSPITAL CENTER
744 S. Webster Ave., PO Box 23400, Green Bay, WI 54305-3400

CONSULTATION REPORT

NAME:  HARRISON, DENNIS R                    ACCOUNT:  V0011463673
DATE OF BIRTH:  11/19/1952                   RECORD:  M000667836
AGE:  57Y                                    ADMISSION DATE:  01/13/2010
                                             ROOM NUMBER:  821 ORTHNEU

PRIMARY CARE PROVIDER:  JAMES A BATTI MD

ADMITTING PHYSICIAN:  JAMES N GRACE, MD

CONSULTING PHYSICIAN:  NATHAN D MUNSON, MD

DATE OF CONSULTATION:  01/14/2010

DIAGNOSIS:  Bilateral severe arthrosis of the knees status post
bilateral total knee arthroplasty on 01/13/2010.

CHIEF COMPLAINT:  Referral for consideration of prophylactic radiation
to reduce the risk of heterotopic ossification.

HISTORY OF PRESENT ILLNESS:  Mr. Dennis Harrison is a 57-year-old
gentleman with a history of long-standing ankylosing spondylitis.  He
recently presented with severe arthrosis involving bilateral knees and
underwent bilateral total knee arthroplasty under the care of Dr.
James Grace.  He notes a prior history of bilateral hip replacement in
1995.  He notes that after each hip replacement he underwent similar
prophylactic heterotopic ossification risk reduction with external
beam radiation.

PAST MEDICAL HISTORY:  Prior history of ankylosing spondylitis,
pancreatitis, bilateral hip replacement status post prophylactic
external beam radiation, osteomyelitis of the right femur treated with
internal fixation, prior cervical and lumbar spine effusion, bilateral
total knee arthroplasty yesterday.

CURRENT MEDICATIONS:  Celebrex, sulfasalazine, Tylenol #4, Zoloft,
clonazepam, Prednisone, lisinopril, omeprazole, furosemide, potassium,
Flonase, vitamins, Demerol.

ALLERGIES:  Naprosyn and Indocin.

PHYSICAL EXAMINATION:
VITALS:  Temperature 98.2, blood pressure 140/84, pulse 106,
respirations 16.  O2 saturation is 98% on room air.
GENERAL:  Mr. Harrison is alert.  He has a stiff cervical spine.
HEART:  Regular rate and rhythm.

*THIS DOCUMENT NEEDS TO BE ELECTRONICALLY SIGNED*
HARRISON, DENNIS R                                    Page 1 of 2
                        CONSULTATION
RECORD:  M000667836                          ACCOUNT: V0011463673
                              COPY TO JAMES A BATTI MD

HARRISON, DENNIS
T:  V0011463673

NGS:  Clear to auscultation bilaterally.
ABDOMEN:  Soft.
EXTREMITIES:  Bandaged knees with staples consistent with recent
surgeries.

IMAGING:  Plain films bilateral knees on 01/13/2010 reveals bilateral
joint prosthesis with elements intact and in good position and
alignment.

IMPRESSION:  Severe osteoarthritis of both knees with a history of
multiple medical comorbidities and ankylosing spondylitis.  Prior
history of prophylactic heterotopic ossification of the hips in 1995.

RECOMMENDATIONS/PLAN:  I reviewed with Mr. Harrison the rationale,
risks and potential benefits of a single fraction of external beam
radiation to both postoperative knees.  Mr. Harrison agreed to proceed
as recommended with the treatment and was escorted to the CT area to
begin the treatment planning process.  We did review potential side
effects from the treatment including, but not limited to, the rare
side effects of delayed wound healing, stiffness of the joint, and the
very low risk of late secondary malignancies due to radiation
exposure.

Thank you for referring this pleasant patient to me and allowing me to
participate in his care.


NATHAN D MUNSON, MD

NDM:dkb
Doc# 956708  VoiceID# 983664
D. 01/14/2010 16:24:51  T. 01/14/2010 20:24:17
cc:  NATHAN D MUNSON, MD, <Dictator>
JAMES A BATTI MD


*THIS DOCUMENT NEEDS TO BE ELECTRONICALLY SIGNED*

HARRISON, DENNIS R                                        Page 2 of 2
                           CONSULTATION
   RECORD:  M000667836                       ACCOUNT: V0011463673
                                          COPY TO JAMES A BATTI MD

UW Health                    9/23/2011 11:05:20 AM   PAGE   2/004   Fax Server

**UWHealth**

| | UW Hospital Clinics | Rehab Clinic | Kidney Clinic | Research Park Clinics |
|---|---|---|---|---|
| | 600 Highland Avenue | 6630 University Avenue | 3034 Fish Hatchery Road | 621 Science Drive |
| | Madison, WI 53792 | Middleton, WI 53562 | Madison, WI 53713 | Madison, WI 53711 |

University of Wisconsin Hospital and Clinics      Pediatric Specialty Clinics      East Clinics          West Clinics         University Station Clinics
American Family Children's Hospital               1675 Highland Avenue            5249 E Terrace Drive   451 Junction Road    2880 University Avenue
                                                  Madison, WI 53792              Madison, WI 53718      Madison, WI 53717    Madison, WI 53705

SEX: M

HARRISON, DENNIS                    DATE OF SERVICE: 09/21/2011
UWH#: 2648902        DOB: 11/19/1952

REASON FOR INFECTIOUS DISEASE CONSULTATION: Methicillin-susceptible Staph aureus infection of the left total knee prosthesis.

This patient has a complex history of rheumatological-based disease with ankylosing spondylitis and possible bone-related disease secondary to nonsteroidal anti-inflammatory agents and possibly Fosamax.

I spent 20 minutes reviewing the patient's records in their presence, personally called the Bellin Hospital Center, and spent 45 minutes of the 80-minute face-to-face appointment in discussion with the patient and his significant other regarding infected left total knee arthroplasty with methicillin-susceptible Staph aureus.

The patient has had allegedly 2 episodes of Staph aureus bacteremia, and has had several episodes of septic arthritis of the left knee. He has had multiple taps performed on the left knee with significant counts and positive cultures. The patient was most recently hospitalized in March 2011, with an episode of septicemia, as well as a potential septic arthritis of the left knee. Unfortunately, his Remicade had to be discontinued due to this active infection, and this has led to worsening of his rheumatological-based disease. The patient does remain on 10 mg of prednisone daily.

The patient received standard courses of intravenous therapy with oxacillin and eventually oral dicloxacillin, which has been altered to oral cephalexin 500 mg 4 times a day for suppressive therapy due to gastrointestinal side effects associated with dicloxacillin.

It should be noted that his MSSA that was isolated in May 2011 from a knee tap was susceptible to oxacillin, vancomycin, and upon further questioning of the laboratory, was also susceptible to levofloxacin and sensitive to rifampin. At 1 point in time during 1 of the patient's original hospitalizations while he was in a nursing home, the patient was receiving rifampin. He developed a rash with some bumps on his back (but not on any other portions of his body), and the nursing home felt this may have been due to rifampin, and this medication was subsequently discontinued. The patient has not been rechallenged with the rifampin-based medication.

The patient has been advised by several physicians that he should have a 2-stage replacement of his left knee, or possibly a knee fusion with the removal of his left knee prosthesis. However, the patient is reluctant to undergo this surgery or have a knee fusion. Similarly, there are concerns by the orthopedic physicians that a fusion may be difficult in light of the patient's prior bone history and rheumatological-based disease state. The patient is seen as a 2nd opinion in Infectious Diseases for any potential options for conservative management.

The patient is currently relatively asymptomatic from the standpoint of his left knee. He does have some mild knee swelling, but there is no significant degree of erythema of his left knee. He is tolerant of his cephalexin-based medication. He has a variety of arthritis-based symptomatology complaints, but these have been relatively chronic since discontinuing his Remicade. Unfortunately, he is not able to take nonsteroidal anti-inflammatory agents as well, and allegedly his inflammatory markers remain significantly elevated.

Past medical history is remarkable for this alleged ankylosing spondylitis and rheumatological disease, as well as possible the autoimmune anemia. He has known hypertension as well. His original knee arthroplasties were performed in January 2010 by Dr. Grace. He is also status post bilateral total hip

DATE OF SERVICE: 09/21/2011
003 - CLINIC NOTE

UW Health

9/23/2011 11:05:20 AM   PAGE   3/004   Fax Server

SEX: M
HARRISON, DENNIS
UWH#: 2648902           DOB: 11/19/1952           DATE OF SERVICE: 09/21/2011

arthroplasty. He has had a lumbar spinal fusion, cervical spinal fusion, and tonsillectomy. The patient does have a difficult airway due to his narrow cervical spine and recent spinal fusion.

The patient's medications were reviewed but will not be repeated here. He is on cephalexin and prednisone 10 mg daily, and his Remicade has been discontinued. The patient is allegedly allergic to SULFA, although I did not pursue the nature of this allergy. Also, the patient was allegedly intolerant to RIFAMPIN, although it is extremely uncertain as to whether this simply represented a heat-related rash since it was limited to his back while in the nursing home.

Family history is negative for rheumatological-based diseases.

SOCIAL HISTORY: The patient has been disabled, but was involved in product sales and strategic planning for AT&T and Lucent Technologies. He has 5 children, including a 16-year-old daughter. The patient is a nonsmoker.

On physical examination, the patient's vital signs showed a blood pressure of 114/72, pulse of 76, respiratory rate was 16, temperature was 98.6 degrees, weight was 184 pounds. His exam was focused on his left knee, which showed some moderate degree of swelling, no specific acute erythema, and several old surgical scars. There was also a scaling patch on the patient's back that measured approximately 5 x 5 cm that the patient asked me to view and give an opinion upon. This was located just below the left shoulder blade. No further physical examination was conducted as the overwhelming majority of time was spent in face-to-face discussion with the patient.

The patient is alleged to have normal renal function, and a laboratory finding from March 2011 showed a serum creatinine of 1.3. The microbiology information is as noted above, as well as the sensitivity to levofloxacin and rifampin of his MSSA.

ASSESSMENT AND RECOMMENDATIONS: Firstly, with respect to the patient's skin patch on his back, this is either a superficial dermatophyte-based infection or possibly a seborrheic dermatitis. Allegedly, the patient has seen a dermatologist for this, but has not received any treatment. I suggested a topical azole as a 2-week trial to see if there is an improvement or topical steroid-based medications, either over-the-counter or a 0.1% triamcinolone-based cream that can be prescribed by his primary care physician. The patient is slightly concerned about the possibility of a basal cell carcinoma, and this issue should be managed further with the patient's primary care physician and/or dermatologist.

With respect to the patient's left total knee infection with methicillin-susceptible Staph aureus, I agree that the most logical conclusion is for the patient to have the knee removed, and a 2-stage arthroplasty performed. However, the patient is reluctant to have this procedure performed, and an alternative solution was proposed to the patient without any guarantees of success, and with extended discussion regarding potential side effects of medications. The patient was given a prescription for levofloxacin 750 mg daily. The patient would begin this therapy for 7 days and if he tolerated this medication, he would then begin rifampin therapy at a dose of 300 mg orally twice a day. Should the patient develop any mild-related skin reactions that are tolerable related to the rifampin-based medications, possibly similar to his previous nursing home-based episode, these potentially could be managed with hydroxyzine or Benadryl. The goal is to have the patient on a regimen of levofloxacin and rifampin medication, which is commonly used for treatment and/or suppression in the European infectious disease literature. There were no guaranteed successes for cure for this treatment regimen, and the side effects of anti-infective therapy were discussed with the patient, including side effects of long-term quinolone-based therapy. It is possible that if the patient's creatinine becomes elevated, that his levofloxacin dose may need to be reduced to 500 mg daily.



2

DATE OF SERVICE: 09/21/2011
003 - CLINIC NOTE

HarrisonD-BellinHealth-   00186

UW Health                       9/23/2011 11:05:20 AM   PAGE

SEX: M

HARRISON, DENNIS
UWH#: 2648902           DOB: 11/19/1952        DATE OF SERVICE: 09/21/2011

In light of the systemic-based anti-infectives, the patient should have monitoring of CBC, creatinine, ALT performed at 2 weeks, 4 weeks, and then on a monthly basis and these tracked, via his primary care physician, and also faxed to the infectious disease section office at 608-265-8885, where we will keep a flow sheet for the patient.

It is possible that if the patient remains infection free for 6 months, I would potentially suggest the patient be considered for resumption of his Remicade-based therapy. The alteration in cellular-based immunity after a long period of stability, such as 6 months with the current anti-infective regimen, would be worth an attempt after careful discussion with his rheumatologist. Clearly, the patient's most significant symptomatic complaints relate to his active arthritis-based disease.

At this point in time, the patient and his significant other voiced an understanding of this trial. Infectious disease followup will be via telephone due to the long distance, but it may be necessary for the patient to be seen again in Madison. It is possible the patient will not tolerate this anti-infective regimen and that alternative suppressive therapy with resumption of cephalexin 4 times a day may be necessary as well, if the patient refuses removal of this joint. The patient is aware of the potential for life-threatening staphylococcal septicemia.

We would plan to see the patient again in 6 to 12 months, depending upon the above circumstances.

Barry C. Fox, M.D.
Clinical Professor
Infectious Disease Section
DEPARTMENT OF MEDICINE

DICTATED BY:
Barry C Fox, MD@
Clinical Professor

BCF/cas     D: 09/21/2011 17:05:34    T: 09/22/2011 12:46:29      Doc#: 4436831    A :

                                      Revised: 09/23/2011 08:38:31   Job #: 4913246   D: ESA

cc:     James N Grace, MD
        James Batti, MD
        Paper Copy
        Ronald Dale Davis, MD

        MARK DAVIS DO
        ORTHOPEDIC AND SPORTS MEDICINE SPECIALISTS OF GREEN BAY
        2223 LIME KILN RD STE 1
        GREEN BAY WI 54311

Electronically signed by Barry C Fox, MD@ on 09/23/2011 11:04:58

3

DATE OF SERVICE: 09/21/2011
003 - CLINIC NOTE

16

**CVS PHARMACY**
**PATIENT PRESCRIPTION RECORD**
**BETWEEN 04/01/2000 AND 12/03/2006**
**PHARMACY # 1021**

PAGE: 1
RUN DATE: 12/03/2006  TIME: 12:33:29
REQUEST NBR:  1624864

PHARMACY NAME: CVS PHARMACY #1021
ADDRESS: RTE 134, PATRIOT SQUARE S/C
CITY, ST, ZIP: SOUTH DENNIS  MA 02660

PATIENT KEY:
PATIENT NAME: HARRISON DENNIS
ADDRESS: 114 GAGES WAY
CITY, ST, ZIP: SOUTH DENNIS MA 02660

TELEPHONE: 508-394-8181
BIRTHDATE: 11/19/1952

ALLERGIES: None communicated by the patient.
CONDITIONS: None communicated by the patient.

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | TOTAL PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 609028 | 2 | 59762738002 | IBUPROFEN 800MG TABLET GRE | HELLER, MATTHEW D | 09/12/2000 | JX | 120 | 25.59 | 5.00 | 4000 | 20.39 | |
| 609028 | 3 | 59762738002 | IBUPROFEN 800MG TABLET GRE | HELLER, MATTHEW D | 09/15/2000 | AC | 120 | 18.59 | 5.00 | 4000 | 13.59 | |
| 617251 | 1 | 53489014701 | SULFASALAZINE 500MG TABLET MFC | RAE, HARRY G | 06/21/2000 | DB | 180 | 17.20 | 5.00 | 4000 | 12.20 | |
| 625335 | 1 | 00093031011 | CLONAZEPAM 1MG TABLET TEV | RAE, HARRY G | 04/09/2000 | JX | 60 | 13.20 | 5.00 | 4000 | 8.20 | |
| 641569 | 2 | 00008084101 | PREDNISONE 10MG TABLET SKN | RAE, HARRY G | 09/21/2000 | JX | 30 | 3.02 | 3.02 | 4000 | 0.00 | |
| 641569 | 2 | 00093310005 | AMOXICILLIN 500MG CAPSULE TEV | MCCARTHY, JOSEPH C | 09/21/2000 | DB | 4 | 3.02 | 3.02 | 4000 | 0.00 | |
| 641569 | 2 | 00093310005 | AMOXICILLIN 500MG CAPSULE TEV | MCCARTHY, JOSEPH C | 09/07/2000 | IG | 4 | 3.03 | 3.03 | 4000 | 0.00 | |
| 641569 | 2 | 00093310005 | AMOXICILLIN 500MG CAPSULE TEV | MCCARTHY, JOSEPH C | 09/15/2000 | RA | 4 | 3.03 | 3.03 | 4000 | 0.00 | |
| 641569 | 4 | 00093310005 | AMOXICILLIN 500MG CAPSULE TEV | MCCARTHY, JOSEPH C | 09/15/2000 | RA | 4 | 3.11 | 3.11 | 4000 | 0.00 | |
| 643461 | 1 | 00781285560 | RANITIDINE 150MG CAPSULE GEN | RAE, HARRY G | 04/09/2000 | JX | 60 | 38.91 | 5.00 | 4000 | 33.91 | |
| 643465 | 1 | 00781285560 | RANITIDINE 150MG CAPSULE GEN | RAE, HARRY G | 04/09/2000 | RA | 60 | 38.91 | 5.00 | 4000 | 33.91 | |
| 643465 | 2 | 00093010628 | PRINIVIL 10MG TABLET MSD | RAE, HARRY G | 05/25/2000 | LF | 30 | 28.49 | 5.00 | 4000 | 18.49 | |
| 643465 | 6 | 00093010628 | PRINIVIL 10MG TABLET MSD | RAE, HARRY G | 05/09/2000 | JX | 30 | 28.49 | 5.00 | 4000 | 18.49 | |
| 643466 | 4 | 00093010628 | PRINIVIL 10MG TABLET MSD | RAE, HARRY G | 09/12/2000 | JX | 30 | 26.49 | 5.00 | 4000 | 16.49 | |
| 643466 | 4 | 00093010628 | PRINIVIL 10MG TABLET MSD | RAE, HARRY G | 07/20/2000 | JX | 30 | 27.46 | 5.00 | 4000 | 17.46 | |
| 643466 | 4 | 00093010628 | PRINIVIL 10MG TABLET MSD | RAE, HARRY G | 09/12/2000 | DB | 30 | 27.46 | 5.00 | 4000 | 17.46 | |
| 643466 | 6 | 00093010628 | PRINIVIL 10MG TABLET MSD | RAE, HARRY G | 10/20/2000 | DB | 30 | 27.46 | 5.00 | 4000 | 17.46 | |
| 642269 | 1 | 00093010628 | PRINIVIL 10MG TABLET MSD | RAE, HARRY G | 11/21/2000 | DB | 30 | 27.46 | 5.00 | 4000 | 17.46 | |
| 642269 | 1 | 00093053001 | ACETAMINOPHEN/COD #4 TABLET/TEV | RAE, HARRY G | 04/27/2000 | JX | 30 | 19.76 | 5.00 | 4000 | 14.76 | |
| 649714 | 1 | 00093053001 | ACETAMINOPHEN/COD #4 TABLET/TEV | RAE, HARRY G | 04/27/2000 | JC | 30 | 19.76 | 5.00 | 4000 | 14.76 | |
| 649714 | 3 | 00006011488 | VIOXX 50MG TABLET MSD | MCCARTHY, JOSEPH C | 05/26/2000 | JC | 34 | 112.33 | 10.00 | 4000 | 102.33 | |
| 649714 | 2 | 00006011488 | VIOXX 50MG TABLET MSD | MCCARTHY, JOSEPH C | 05/26/2000 | JC | 34 | 112.33 | 10.00 | 4000 | 102.33 | |
| 649714 | 4 | 00006011488 | VIOXX 50MG TABLET MSD | MCCARTHY, JOSEPH C | 06/23/2000 | JC | 34 | 112.33 | 10.00 | 4000 | 102.33 | |
| 649714 | 1 | 00006011488 | VIOXX 50MG TABLET MSD | MCCARTHY, JOSEPH C | 09/06/2000 | JX | 34 | 112.33 | 10.00 | 4000 | 102.33 | |
| 649714 | 5 | 00006011488 | VIOXX 50MG TABLET MSD | MCCARTHY, JOSEPH C | 09/06/2000 | RA | 34 | 112.33 | 10.00 | 4000 | 102.33 | |
| 649714 | 6 | 00006011488 | VIOXX 50MG TABLET MSD | MCCARTHY, JOSEPH C | 10/03/2000 | RA | 34 | 112.33 | 10.00 | 4000 | 102.33 | |
| 649714 | 0 | 00006011488 | VIOXX 50MG TABLET MSD | MCCARTHY, JOSEPH C | 10/03/2000 | RA | 34 | 112.33 | 10.00 | 4000 | 102.33 | |
| 649714 | 7 | 00006011488 | VIOXX 50MG TABLET MSD | MCCARTHY, JOSEPH C | 11/03/2000 | RA | 34 | 112.33 | 10.00 | 4000 | 102.33 | |
| 650078 | 0 | 00006011488 | VIOXX 50MG TABLET MSD | MCCARTHY, JOSEPH C | 11/03/2000 | RA | 34 | 112.33 | 10.00 | 4000 | 102.33 | |
| 650039 | 1 | 01781176201 | IMIPRAMINE HCL 10MG TABLET GEN | STRACCIA, FRANK | 04/10/2000 | MR | 80 | 13.73 | 5.00 | 4000 | 8.73 | |
| 650039 | 3 | 00006009531 | FOSAMAX 10MG TABLET MSD | RAE, HARRY G | 04/25/2000 | JX | 30 | 65.58 | 10.00 | 4000 | 45.58 | |
| 650039 | 2 | 00006009531 | FOSAMAX 10MG TABLET MSD | RAE, HARRY G | 06/12/2000 | JX | 30 | 65.58 | 10.00 | 4000 | 45.58 | |
| 655039 | 1 | 00006009531 | FOSAMAX 10MG TABLET MSD | RAE, HARRY G | 09/15/2000 | JC | 30 | 57.88 | 10.00 | 4000 | 47.88 | |
| 655039 | 5 | 00006008631 | FOSAMAX 10MG TABLET MSD | RAE, HARRY G | 11/21/2000 | JC | 30 | 60.21 | 10.00 | 4000 | 50.21 | |
| 655040 | 5 | 00006008631 | FOSAMAX 10MG TABLET MSD | RAE, HARRY G | 12/18/2000 | JC | 30 | 60.21 | 10.00 | 4000 | 50.21 | |
| 655040 | 1 | 00006008631 | FOSAMAX 10MG TABLET MSD | RAE, HARRY G | 04/25/2000 | DB | 30 | 60.21 | 10.00 | 4000 | 50.21 | |
| 655041 | 0 | 58437000218 | CIMETIDINE 400MG TABLET SKB | RAE, HARRY G | 04/25/2000 | JC | 60 | 17.15 | 5.00 | 4000 | 12.15 | |
| 655041 | 1 | 58437000218 | CIMETIDINE 400MG TABLET SKB | RAE, HARRY G | 05/25/2000 | JX | 60 | 17.15 | 5.00 | 4000 | 12.15 | |
| 655041 | 0 | 00008092401 | LOTRISONE CREAM SCH | RAE, HARRY G | 07/20/2000 | JX | 15 | 23.44 | 5.00 | 4000 | 13.44 | |
| 655041 | 1 | 00008092401 | LOTRISONE CREAM SCH | RAE, HARRY G | 09/15/2000 | JX | 15 | 23.44 | 5.00 | 4000 | 13.44 | |
| 655041 | 2 | 00008092401 | LOTRISONE CREAM SCH | RAE, HARRY G | 11/21/2000 | DB | 15 | 24.49 | 10.00 | 4000 | 14.49 | |

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 12/03/2008
PHARMACY # 1021

PAGE: 2
RUN DATE: 12/03/2008  TIME: 12:33:29
REQUEST NBR:          1624864

PHARMACY NAME: CVS PHARMACY #1021
ADDRESS:       RTE 134, PATRIOT SQUARE S/C
CITY, ST, ZIP: SOUTH DENNIS  MA 02660

TELEPHONE:  508-394-8181

PATIENT KEY:   1021511571
PATIENT NAME:  HARRISON DENNIS
ADDRESS        114 GAGES WAY
CITY, ST, ZIP: SOUTH DENNIS  MA 02660

BIRTHDATE:  1/11/81862

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | TOTAL PRICE | PATIENT PD AMT | PAYER AMT | PAYER PD AMT | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 655341 | 4 | 0006502401 | LOTRISONE CREAM SCH | RAE, HARRY | 01/24/2001 | AC | 15 | 24.48 | 15.00 | 4000 | 9.49 | |
| 657917 | 0 | 00781176201 | IMIPRAMINE HCL 10MG TABLET GEN | ERVIN, SHARON | 05/06/2000 | JJ | 90 | 27.39 | 27.39 | 1 | 0.00 | |
| 657917 | 1 | 00781176201 | IMIPRAMINE HCL 10MG TABLET GEN | ERVIN, SHARON | 04/12/2000 | JX | 90 | 13.66 | 5.00 | 4000 | 8.66 | |
| 657917 | 2 | 00781176201 | IMIPRAMINE HCL 10MG TABLET GEN | ERVIN, SHARON | 07/20/2000 | JX | 90 | 13.58 | 5.00 | 4000 | 8.58 | |
| 657919 | 0 | 00364046101 | PREDNISONE 10MG TABLET SHN | ERVIN, SHARON | 05/06/2000 | JJ | 60 | 7.99 | 7.99 | 1 | 0.00 | |
| 657920 | 0 | 00093063301 | CLONAZEPAM 1MG TABLET TEV | ERVIN, SHARON | 05/06/2000 | JJ | 60 | 13.15 | 5.00 | 4000 | 8.15 | |
| 661975 | 0 | 00364046101 | PREDNISONE 10MG TABLET SHN | RAE, HARRY | 05/25/2000 | JC | 30 | 4.27 | 4.27 | 4000 | 0.00 | |
| 661975 | 1 | 00364046101 | PREDNISONE 10MG TABLET SHN | RAE, HARRY | 06/23/2000 | JC | 30 | 4.27 | 4.27 | 4000 | 0.00 | |
| 661975 | 2 | 00364046101 | PREDNISONE 10MG TABLET SHN | RAE, HARRY | 07/20/2000 | JC | 30 | 4.27 | 4.27 | 4000 | 0.00 | |
| 661975 | 3 | 00364046101 | PREDNISONE 10MG TABLET SHN | RAE, HARRY | 08/21/2000 | DB | 30 | 4.27 | 4.27 | 4000 | 0.00 | |
| 661976 | 0 | 00093035001 | ACETAMINOPHEN/COD #4 TABLET TEV | RAE, HARRY | 05/25/2000 | JC | 90 | 19.76 | 5.00 | 4000 | 14.76 | |
| 661976 | 1 | 00093035001 | ACETAMINOPHEN/COD #4 TABLET TEV | RAE, HARRY | 06/23/2000 | JC | 90 | 19.76 | 5.00 | 4000 | 14.76 | |
| 661976 | 2 | 00093035001 | ACETAMINOPHEN/COD #4 TABLET TEV | RAE, HARRY | 07/20/2000 | JX | 90 | 19.94 | 5.00 | 4000 | 14.94 | |
| 668594 | 0 | 00093063301 | CLONAZEPAM 1MG TABLET TEV | RHODES, WILLIAM A | 06/21/2000 | DB | 90 | 7.83 | 5.00 | 4000 | 2.83 | |
| 677782 | 0 | 00002311460 | AXID 150MG PULVULE LIL | SMAYDA, RICHARD | 07/27/2000 | AC | 60 | 102.83 | 10.00 | 4000 | 92.83 | |
| 679801 | 0 | 00093063301 | CLONAZEPAM 1MG TABLET TEV | RAE, HARRY G | 08/04/2000 | DB | 60 | 13.28 | 5.00 | 4000 | 8.28 | |
| 679801 | 1 | 00093063301 | CLONAZEPAM 1MG TABLET TEV | RAE, HARRY G | 09/15/2000 | RA | 60 | 13.44 | 5.00 | 4000 | 8.44 | |
| 684217 | 0 | 00781176201 | IMIPRAMINE HCL 10MG TABLET GEN | SMAYDA, RICHARD | 08/22/2000 | DB | 90 | 14.01 | 5.00 | 4000 | 9.01 | |
| 684217 | 1 | 00781176201 | IMIPRAMINE HCL 10MG TABLET GEN | SMAYDA, RICHARD | 09/30/2000 | JX | 90 | 13.58 | 5.00 | 4000 | 8.58 | |
| 684218 | 0 | 00093035001 | ACETAMINOPHEN/COD #4 TABLET TEV | SMAYDA, RICHARD | 08/22/2000 | DB | 90 | 13.75 | 5.00 | 4000 | 8.75 | |
| 684218 | 1 | 00093035001 | ACETAMINOPHEN/COD #4 TABLET TEV | SMAYDA, RICHARD | 09/25/2000 | DB | 90 | 19.94 | 5.00 | 4000 | 14.94 | |
| 685924 | 0 | 00002311460 | AXID 150MG PULVULE LIL | SMAYDA, RICHARD | 08/29/2000 | JX | 60 | 20.19 | 5.00 | 4000 | 15.19 | |
| 685924 | 1 | 00002311460 | AXID 150MG PULVULE LIL | SMAYDA, RICHARD | 10/06/2000 | JX | 60 | 102.83 | 10.00 | 4000 | 92.83 | |
| 685924 | 2 | 00002311460 | AXID 150MG PULVULE LIL | SMAYDA, RICHARD | 11/02/2000 | JX | 60 | 110.69 | 10.00 | 4000 | 100.69 | |
| 685924 | 3 | 00002311460 | AXID 150MG PULVULE LIL | SMAYDA, RICHARD | 12/05/2000 | JX | 60 | 110.69 | 10.00 | 4000 | 100.69 | |
| 685924 | 4 | 00002311460 | AXID 150MG PULVULE LIL | SMAYDA, RICHARD | 01/11/2001 | DB | 60 | 110.89 | 15.00 | 4000 | 95.89 | |
| 685924 | 5 | 00002311460 | AXID 150MG PULVULE LIL | SMAYDA, RICHARD | 02/22/2001 | DB | 60 | 110.89 | 15.00 | 4000 | 95.89 | |
| 685924 | 6 | 00002311460 | AXID 150MG PULVULE LIL | SMAYDA, RICHARD | 03/22/2001 | WB | 60 | 110.89 | 15.00 | 4000 | 95.89 | |
| 685924 | 7 | 00002311460 | AXID 150MG PULVULE LIL | SMAYDA, RICHARD | 04/21/2001 | BL | 60 | 118.41 | 15.00 | 4000 | 103.41 | |
| 685924 | 8 | 00002311460 | AXID 150MG PULVULE LIL | SMAYDA, RICHARD | 05/18/2001 | BL | 60 | 118.41 | 15.00 | 4000 | 103.41 | |
| 691997 | 0 | 00364046101 | PREDNISONE 10MG TABLET SHN | RAE, HARRY G | 09/26/2000 | DB | 30 | 4.27 | 4.27 | 4000 | 0.00 | |
| 691997 | 1 | 00364046101 | PREDNISONE 10MG TABLET SHN | RAE, HARRY G | 10/20/2000 | DB | 30 | 3.39 | 3.39 | 4000 | 0.00 | |
| 691997 | 2 | 00364046101 | PREDNISONE 10MG TABLET SHN | RAE, HARRY G | 11/21/2000 | DB | 30 | 3.39 | 3.39 | 4000 | 0.00 | |
| 691997 | 3 | 00364046101 | PREDNISONE 10MG TABLET SHN | RAE, HARRY G | 12/18/2000 | JC | 30 | 4.36 | 4.36 | 4000 | 0.00 | |
| 691997 | 4 | 00364046101 | PREDNISONE 10MG TABLET SHN | RAE, HARRY G | 01/20/2001 | DB | 30 | 4.27 | 4.27 | 4000 | 0.00 | |
| 691997 | 5 | 00364046101 | PREDNISONE 10MG TABLET SHN | RAE, HARRY G | 10/24/2000 | DB | 90 | 13.75 | 5.00 | 4000 | 8.75 | |
| 697330 | 0 | 00781176201 | IMIPRAMINE HCL 10MG TABLET GEN | SMAYDA, RICHARD | 11/21/2000 | DB | 90 | 13.75 | 5.00 | 4000 | 8.75 | |
| 698039 | 0 | 00093035001 | ACETAMINOPHEN/COD #4 TABLET TEV | RAE, HARRY G | 10/24/2000 | DB | 90 | 20.97 | 5.00 | 4000 | 15.97 | |

PAGE: 3
RUN DATE: 12/03/2008 TIME: 12:33:29
REQUEST NBR:            1624864

**CVS PHARMACY**
**PATIENT PRESCRIPTION RECORD**
**BETWEEN 04/01/2000 AND 12/03/2008**
**PHARMACY # 1021**

| | |
|---|---|
| PHARMACY NAME: | CVS PHARMACY #1021 |
| ADDRESS: | RTE 134, PATRIOT SQUARE S/C |
| CITY, ST, ZIP: | SOUTH DENNIS MA 02660 |

TELEPHONE:  508-394-8181

| | |
|---|---|
| PATIENT KEY: | 1021615157 |
| PATIENT NAME: | HARRISON DENNIS |
| ADDRESS | 114 GAGES WAY |
| CITY, ST, ZIP: | SOUTH DENNIS MA  02660 |

BIRTHDATE:   11/19/1952

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | TOTAL PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 698039 | 1 | 00093035001 | ACETAMINOPHEN/COD #4 TABLET | RAE, HARRY G | 11/21/2000 | DB | 90 | 20.97 | 5.00 | 4000 | 15.97 | |
| 698039 | 2 | 00093035001 | ACETAMINOPHEN/COD #4 TABLET | RAE, HARRY G | 12/19/2000 | JC | 90 | 20.03 | 5.00 | 4000 | 15.03 | |
| 704447 | 0 | 00283063301 | CLONAZEPAM 1MG TABLET TEV | GROSSMAN, WILLIAM | 11/22/2000 | AC | 60 | 14.01 | 5.00 | 4000 | 9.01 | |
| 704555 | 0 | 00069011068 | VIOXX 25MG TABLET MSD | SNAYDA, RICHARD | 11/22/2000 | JC | 60 | 140.61 | 10.00 | 4000 | 130.51 | |
| 704555 | 1 | 00069011068 | VIOXX 25MG TABLET MSD | SNAYDA, RICHARD | 12/18/2000 | JC | 45 | 105.88 | 10.00 | 4000 | 95.88 | |
| 709980 | 0 | 00781176201 | IMIPRAMINE HCL 10MG TABLET GEN | SNAYDA, RICHARD | 12/26/2000 | DB | 90 | 13.97 | 5.00 | 4000 | 8.97 | |
| 709980 | 1 | 00781176201 | IMIPRAMINE HCL 10MG TABLET GEN | SNAYDA, RICHARD | 01/24/2001 | AC | 90 | 13.97 | 6.00 | 4000 | 7.97 | |
| 709980 | 2 | 00781176201 | IMIPRAMINE HCL 10MG TABLET GEN | SNAYDA, RICHARD | 02/22/2001 | DB | 90 | 13.97 | 6.00 | 4000 | 7.97 | |
| 709991 | 0 | 00006010528 | PRINIVIL 10MG TABLET MSD | RAE, HARRY G | 12/19/2000 | DB | 30 | 27.46 | 10.00 | 4000 | 17.46 | |
| 709991 | 1 | 00006010528 | PRINIVIL 10MG TABLET MSD | RAE, HARRY G | 01/20/2001 | DB | 30 | 27.48 | 15.00 | 4000 | 12.48 | |
| 709991 | 2 | 00006010528 | PRINIVIL 10MG TABLET MSD | RAE, HARRY G | 02/22/2001 | DB | 30 | 27.48 | 15.00 | 4000 | 12.48 | |
| 709992 | 0 | 00006010528 | PRINIVIL 10MG TABLET MSD | GROSSMAN, WILLIAM | 12/19/2000 | DB | 30 | 11.78 | 5.00 | 4000 | 6.78 | |
| 713510 | 0 | 00283063301 | CLONAZEPAM 1MG TABLET TEV | RAE, HARRY G | 01/05/2001 | JC | 60 | 140.51 | 15.00 | 4000 | 125.51 | |
| 713510 | 1 | 00069011068 | VIOXX 25MG TABLET MSD | RAE, HARRY G | 02/05/2001 | AC | 60 | 140.61 | 15.00 | 4000 | 125.51 | |
| 713510 | 2 | 00069011068 | VIOXX 25MG TABLET MSD | RAE, HARRY G | 03/07/2001 | DB | 60 | 140.61 | 15.00 | 4000 | 125.51 | |
| 713610 | 0 | 00069011068 | VIOXX 25MG TABLET MSD | RAE, HARRY G | 04/04/2001 | WB | 60 | 140.61 | 15.00 | 4000 | 125.51 | |
| 713632 | 0 | 00093035001 | ACETAMINOPHEN/COD #4 TABLET | RHODES, WILLIAM A | 01/05/2001 | AC | 30 | 26.38 | 26.38 | 1 | 0.00 | |
| 718012 | 0 | 00069083631 | FOSAMAX 10MG TABLET MSD | RAE, HARRY G | 01/25/2001 | JX | 30 | 60.21 | 15.00 | 4000 | 45.21 | |
| 718012 | 1 | 00069083631 | FOSAMAX 10MG TABLET MSD | RAE, HARRY G | 03/22/2001 | WB | 30 | 60.21 | 15.00 | 4000 | 45.21 | |
| 718012 | 2 | 00069083631 | FOSAMAX 10MG TABLET MSD | RAE, HARRY G | 04/21/2001 | BL | 30 | 60.21 | 15.00 | 4000 | 45.21 | |
| 718012 | 3 | 00069083631 | FOSAMAX 10MG TABLET MSD | RAE, HARRY G | 05/18/2001 | BL | 30 | 60.21 | 15.00 | 4000 | 45.21 | |
| 718012 | 4 | 00069083631 | FOSAMAX 10MG TABLET MSD | RAE, HARRY G | 06/15/2001 | JX | 60 | 63.06 | 15.00 | 4000 | 48.06 | |
| 718024 | 0 | 00283063301 | CLONAZEPAM 1MG TABLET TEV | RAE, HARRY G | 01/25/2001 | JX | 60 | 11.76 | 6.00 | 4000 | 5.78 | |
| 718024 | 1 | 00093035001 | ACETAMINOPHEN/COD #4 TABLET | RAE, HARRY G | 01/25/2001 | JX | 60 | 14.19 | 6.00 | 4000 | 8.19 | |
| 718024 | 2 | 00093035001 | ACETAMINOPHEN/COD #4 TABLET | RAE, HARRY G | 02/22/2001 | DB | 60 | 19.50 | 6.00 | 4000 | 13.50 | |
| 720660 | 0 | 59011010310 | OXYCONTIN 20MG TABLET SA.PUR | EHRENTHAL, SUSAN | 02/06/2001 | AC | 120 | 253.07 | 15.00 | 4000 | 238.07 | |
| 720669 | 0 | 00830150910 | ACETAMINOPHEN/COD #3 TABLET | EHRENTHAL, SUSAN | 02/06/2001 | AC | 40 | 27.46 | 6.00 | 4000 | 1.46 | |
| 725643 | 0 | 59011010510 | OXYCONTIN 40MG TABLET SA.PUR | RAE, HARRY G | 03/22/2001 | J5 | 60 | 224.75 | 15.00 | 4000 | 209.75 | |
| 725918 | 0 | 00283063301 | CLONAZEPAM 1MG TABLET TEV | RAE, HARRY G | 03/20/2001 | AC | 60 | 11.69 | 6.00 | 4000 | 5.69 | |
| 725918 | 1 | 00283063301 | CLONAZEPAM 1MG TABLET TEV | RAE, HARRY G | 04/04/2001 | WB | 60 | 11.69 | 6.00 | 4000 | 5.69 | |
| 728626 | 0 | 00093316905 | AMOXICILLIN 500MG CAPSULE TEV | MCCARTHY, JOSEPH C | 03/20/2001 | AC | 4 | 3.03 | 3.03 | 4000 | 0.00 | |
| 728626 | 1 | 00093316905 | AMOXICILLIN 500MG CAPSULE TEV | MCCARTHY, JOSEPH C | 04/21/2001 | BL | 4 | 3.03 | 3.03 | 4000 | 0.00 | |
| 728626 | 2 | 00093316905 | AMOXICILLIN 500MG CAPSULE TEV | MCCARTHY, JOSEPH C | 05/31/2001 | DB | 4 | 3.03 | 3.03 | 4000 | 0.00 | |
| 728626 | 3 | 00093316905 | AMOXICILLIN 500MG CAPSULE TEV | MCCARTHY, JOSEPH C | 08/15/2001 | AX | 4 | 2.99 | 2.99 | 4000 | 0.00 | |
| 728248 | 0 | 00781176201 | IMIPRAMINE HCL 10MG TABLET GEN | RAE, HARRY G | 03/22/2001 | WB | 90 | 13.76 | 6.00 | 4000 | 7.76 | |
| 728248 | 1 | 00781176201 | IMIPRAMINE HCL 10MG TABLET GEN | RAE, HARRY G | 04/21/2001 | BL | 90 | 13.76 | 6.00 | 4000 | 7.76 | |
| 728248 | 2 | 00781176201 | IMIPRAMINE HCL 10MG TABLET GEN | RAE, HARRY G | 05/18/2001 | BL | 90 | 13.76 | 6.00 | 4000 | 7.76 | |
| 728248 | 3 | 00781176201 | IMIPRAMINE HCL 10MG TABLET GEN | RAE, HARRY G | 06/15/2001 | JR | 45 | 13.76 | 6.00 | 4000 | 9.12 | |
| 728249 | 0 | 00093035001 | ACETAMINOPHEN/COD #4 TABLET | RAE, HARRY G | 03/22/2001 | DB | 45 | 15.12 | 6.00 | 4000 | 9.12 | |
| 728249 | 1 | 00093035001 | ACETAMINOPHEN/COD #4 TABLET | RAE, HARRY G | 04/21/2001 | BL | 45 | 15.12 | 6.00 | 4000 | 9.12 | |

*I Have This was for description people* (handwritten note)

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 12/03/2009
PHARMACY # 1021

PAGE: 4
RUN DATE: 12/03/2008 TIME: 12:33:28
REQUEST NBR: 1624864

PHARMACY NAME: CVS PHARMACY #1021
ADDRESS: RTE 134, PATRIOT SQUARE S/C
CITY, ST, ZIP: SOUTH DENNIS MA 02660

PATIENT KEY: 1021511571
PATIENT NAME: HARRISON DENNIS
ADDRESS: 114 GAGES WAY
CITY, ST, ZIP: SOUTH DENNIS MA 02660

TELEPHONE: 508-394-8191
BIRTHDATE: 11/19/1952

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | TOTA PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 729250 | 0 | 0006010631 | PRINIVIL 10MG TABLET MSD | RAE, HARRY G | 03/22/2001 | WB | 30 | 27.48 | 16.00 | 4000 | 12.46 | |
| 729250 | 1 | 0006010631 | PRINIVIL 10MG TABLET MSD | RAE, HARRY G | 04/21/2001 | BL | 30 | 27.48 | 16.00 | 4000 | 12.46 | |
| 729250 | 2 | 0006010631 | PRINIVIL 10MG TABLET MSD | RAE, HARRY G | 08/16/2001 | AX | 30 | 28.71 | 16.00 | 4000 | 13.71 | |
| 729251 | 0 | 0054046101 | PREDNISONE 10MG TABLET SHN | RAE, HARRY G | 03/22/2001 | WB | 30 | 4.27 | 4.27 | 4000 | 0.00 | |
| 729251 | 1 | 0054046101 | PREDNISONE 10MG TABLET SHN | RAE, HARRY G | 04/21/2001 | BL | 30 | 4.27 | 4.27 | 4000 | 0.00 | |
| 729251 | 2 | 0054046101 | PREDNISONE 10MG TABLET SHN | RAE, HARRY G | 05/18/2001 | BL | 30 | 4.27 | 4.27 | 4000 | 0.00 | |
| 731873 | 0 | 59011010510 | OXYCONTIN 40MG TABLET SA PUR | RAE, HARRY G | 04/04/2001 | DB | 90 | 224.75 | 15.00 | 4000 | 209.75 | |
| 735236 | 0 | 59930157003 | CLOTRIMAZOLE 1% CREAM WAR | RAE, HARRY G | 04/25/2001 | LB | 45 | 12.74 | 6.00 | 4000 | 6.74 | |
| 735236 | 1 | 59930157003 | CLOTRIMAZOLE 1% CREAM WAR | RAE, HARRY G | 06/07/2001 | JS | 45 | 9.17 | 6.00 | 4000 | 3.17 | |
| 735237 | 0 | 0093314701 | CEPHALEXIN 500MG CAPSULE TEV | RAE, HARRY G | 04/25/2001 | LB | 45 | 14.84 | 6.00 | 4000 | 8.84 | |
| 735311 | 0 | 0006010958 | VIOXX 25MG TABLET MSD | RAE, HARRY G | 05/04/2001 | BL | 60 | 140.51 | 15.00 | 4000 | 125.51 | |
| 735311 | 1 | 0006010958 | VIOXX 25MG TABLET MSD | RAE, HARRY G | 06/07/2001 | JG | 60 | 140.51 | 15.00 | 4000 | 125.51 | |
| 738520 | 0 | 0093083301 | CLONAZEPAM 1MG TABLET TEV | RAE, HARRY G | 05/05/2001 | AC | 60 | 11.69 | 6.00 | 4000 | 5.69 | |
| 741913 | 0 | 0054036001 | ACETAMINOPHEN/COD #4 TABLET | WOODS, JAMES M | 05/21/2001 | DB | 60 | 10.81 | 6.00 | 4000 | 4.81 | |
| 743848 | 0 | 59011010510 | OXYCONTIN 40MG TABLET SA PUR | RAE, HARRY G | 05/29/2001 | DB | 34 | 128.23 | 15.00 | 4000 | 113.23 | |
| 743849 | 0 | 0093035001 | ACETAMINOPHEN/COD #4 TABLET | VRAE, HARRY G | 05/29/2001 | BL | 60 | 19.32 | 6.00 | 4000 | 13.32 | |
| 745979 | 0 | 0093083301 | CLONAZEPAM 1MG TABLET TEV | RAE, HARRY G | 06/06/2001 | MR | 60 | 11.48 | 6.00 | 4000 | 6.48 | |
| 745985 | 0 | 0054046101 | PREDNISONE 10MG TABLET SHN | RAE, HARRY G | 06/09/2001 | LB | 30 | 9.59 | 9.99 | 4000 | 0.00 | |
| 747377 | 0 | 59011010510 | OXYCONTIN 40MG TABLET SA PUR | RAE, HARRY G | 06/14/2001 | BL | 90 | 336.13 | 15.00 | 1 | 321.13 | |
| 747378 | 0 | 0002231450 | AXID 150MG PULVULE LIL | RAE, HARRY G | 06/14/2001 | BL | 60 | 118.41 | 15.00 | 4000 | 103.41 | |
| 747836 | 0 | 0093035001 | ACETAMINOPHEN/COD #4 TABLET | VRAE, HARRY G | 06/16/2001 | WZ | 60 | 20.61 | 6.00 | 4000 | 14.61 | |

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 12/03/2008
PHARMACY # 1021

PAGE:        5
RUN DATE: 12/03/2008  TIME: 12:33:29
REQUEST NBR:          1624864

PHARMACY NAME:   CVS PHARMACY #1021
ADDRESS:         RTE 134, PATRIOT SQUARE S/C
CITY, ST, ZIP:   SOUTH DENNIS  MA 02660

PATIENT KEY:     102151571
PATIENT NAME:    HARRISON DENNIS
ADDRESS          114 GAGES WAY
CITY, ST, ZIP:   SOUTH DENNIS  MA 02660

TELEPHONE:  508-394-8181
BIRTHDATE:  11/18/1852

SCRIPT COUNT:  139          TOTAL AMOUNT:  6382.12          TOTAL PATIENT PAID: 1176.13          TOTAL AGENCY PAID:   5205.99

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 12/03/2006
PHARMACY # 3102

PAGE: 1
RUN DATE: 12/03/2006   TIME: 12:33:29
REQUEST NBR: 1624864

PHARMACY NAME: CVS PHARMACY #3102
ADDRESS: 60 MILL HILL RD.
CITY, ST, ZIP: WOODSTOCK   NY 12498

PATIENT KEY: 3102230901
PATIENT NAME: HARRISON DENNIS
ADDRESS 313 STATION RD
CITY, ST, ZIP: HURLEY NY 12443

TELEPHONE: 845-331-3272
BIRTHDATE: 11/19/1952

ALLERGIES: None communicated by the patient.
CONDITIONS: None communicated by the patient.

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | TOTAL PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 173933 | 0 | 68774016301 | OXYCODONE HCL ER 40 MG TABLDAVDONOVAN, PAUL B | | 02/21/2007 | PL | 90 | 242.02 | 10.00 | 4000 | 232.02 | 099P3NK |
| 173936 | 0 | 00093035001 | ACETAMINOPHEN/COD #4 TABLETTEVDONOVAN, PAUL B | | 02/22/2007 | PL | 250 | 77.13 | 10.00 | 4000 | 67.13 | OQLNXA3 |
| 176122 | 0 | 00093035001 | ACETAMINOPHEN/COD #4 TABLETTEVDONOVAN, PAUL B | | 03/21/2007 | PL | 250 | 77.13 | 10.00 | 4000 | 67.13 | RTLCDDL |
| 176123 | 0 | 68774016301 | OXYCODONE HCL ER 40 MG TABLDAVDONOVAN, PAUL B | | 03/21/2007 | PL | 90 | 382.76 | 10.00 | 4000 | 372.76 | F8LX31X |

HarrisonD-WinMedInfo-     00011
HarrisonD-WinMedInfo-     00011

PAGE:          2
RUN DATE: 12/03/2008  TIME: 12:33:29
REQUEST NBR:          16/24864

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 12/03/2008
PHARMACY #   3102

PHARMACY NAME:   CVS PHARMACY #3102
ADDRESS:         60 MILL HILL RD.
CITY, ST, ZIP:   WOODSTOCK    NY  12498

PATIENT KEY:     3102230601
PATIENT NAME:    HARRISON DENNIS
ADDRESS          313 STATION RD
CITY, ST, ZIP:   HURLEY NY 12443

TELEPHONE:   845-331-3272
BIRTHDATE:   11/19/1952

SCRIPT COUNT:   4

TOTAL AMOUNT:   778.04

TOTAL PATIENT PAID:   40.00

TOTAL AGENCY PAID:   739.04

HarrisonD-WinMedInfo-          00012
  HarrisonD-WinMedInfo-        00012

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 12/03/2008
PHARMACY # 323

PAGE: 1
RUN DATE: 12/03/2008  TIME: 12:33:29
REQUEST NBR: 1624864

PHARMACY NAME: CVS/pharmacy #00323
ADDRESS: 1 GRAND UNION PLAZA
CITY, ST, ZIP: SAUGERTIES    NY 12477

PATIENT KEY: 323396681
PATIENT NAME: HARRISON DENNIS
ADDRESS: 4A SHORT STREET
CITY, ST, ZIP: CATSKILL NY 12414

TELEPHONE: 845-231-3272
BIRTHDATE: 11/19/1952

ALLERGIES: None communicated by the patient.
CONDITIONS: None communicated by the patient.

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | TOTAL PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 820993 | 0 | 00093035001 | ACETAMINOPHEN-COD #4 TABLETTE\DONOVAN, PAUL B | | 07/14/2008 | DT | 250 | 77.13 | 10.00 | 4000 | 67.13 | 7FPMWO1 |

HarrisonD-WinMedInfo-       00013
HarrisonD-WinMedInfo-       00013

PAGE:          2
RUN DATE: 12/03/2008  TIME:12:33:29
REQUEST NBR:          1624864

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 12/03/2008
PHARMACY #   323

PHARMACY NAME:   CVS/pharmacy #00323
ADDRESS:         1 GRAND UNION PLAZA,
CITY, ST, ZIP:   SAUGERTIES    NY 12477

PATIENT KEY:     32339851
PATIENT NAME:    HARRISON DENNIS
ADDRESS          6A SHORT STREET
CITY, ST, ZIP:   CATSKILL  NY 12414

TELEPHONE:   845-231-3272
BIRTHDATE:   11/18/1952

SCRIPT COUNT:    1

TOTAL AMOUNT:    77.13

TOTAL PATIENT PAID:   10.00

TOTAL AGENCY PAID:    67.13

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 12/03/2008
PHARMACY # 428

PAGE:     1
RUN DATE: 12/03/2008  TIME: 12:33:29
REQUEST NBR:      1624864

PHARMACY NAME:  CVS/pharmacy #00428
ADDRESS:        1301 ULSTER AVE.
CITY, ST, ZIP:  KINGSTON      NY 12401

PATIENT KEY:    428393861
PATIENT NAME:   HARRISON DENNIS
ADDRESS         313 STATION ROAD
CITY, ST, ZIP:  HURLEY NY 12443

TELEPHONE:  845-331-3272
BIRTHDATE:  11/19/1952

ALLERGIES:
99

CONDITIONS:   None communicated by the patient.

Notified:   03/21/2007        Deactivated:

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | TOTAL PRICE | PATIENT PD AMT | PAYER # | PAYER PD AMT | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 217838 | 0 | 00093035001 | ACETAMINOPHEN-COD #4 TABLETTE | DONOVAN, PAUL B | 04/07/2008 | SR | 250 | 77.13 | 10.00 | Z2950 | 67.13 | NOWPNEM |

HarrisonD-WinMedInfo-     00015
HarrisonD-WinMedInfo-     00015

PAGE:     2
RUN DATE: 12/03/2008   TIME: 12:33:29
REQUEST NBR:          1624864

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 04/01/2000 AND 12/03/2008
PHARMACY #  428

PHARMACY NAME:   CVS/pharmacy #00428
ADDRESS:         1301 ULSTER AVE.
CITY, ST, ZIP:   KINGSTON      NY 12401

PATIENT KEY:     42839361
PATIENT NAME:    HARRISON DENNIS
ADDRESS          313 STATION ROAD
CITY, ST, ZIP:   HURLEY NY 12443

TELEPHONE:   845-331-3272
BIRTHDATE:   11/19/1952

SCRIPT COUNT:    1     TOTAL AMOUNT:   77.13     TOTAL PATIENT PAID:   10.00     TOTAL AGENCY PAID:   67.13

HarrisonD-WinMedInfo-    00016
HarrisonD-WinMedInfo-    00016

**17**



# RHCI
### Rehabilitation Hospital
### of the Cape and Islands

*Expert Care, Exceptional Caring*

## HISTORY AND PHYSICAL

PATIENT:  HARRISON, Dennis          MR #011320

PHYSICIAN: Susan Ehrenthal, M.D.          Admitted: 2/3/01

HISTORY OF PRESENT ILLNESS:  The patient is a 48 year old man with ankylosing spondylitis who underwent a lumbar fusion at New England Baptist Hospital on 1/29/01. The surgery was performed by Dr. Rand. The patient has severe ankylosing spondylosis which required him to ambulate with his back flexed forward, causing him to lose 8 inches of height. He also had severe back pain which had been progressing over the past few months limiting his mobility. A year and a half ago he underwent a successful cervical fusion. Dr. Rand performed an osteotomy of L3-L4, laminectomy of L3-L4, spinal manipulation, and posterior spinal fusion from T8 to the sacrum. This surgery lasted over 12 hours. He has been doing quite well postoperatively. He developed a blister over his chest during the surgery, but this has been healing. His lumbar pain is much better. He had been ambulating preoperatively with his trunk flexed forward so he was looking towards the ground, with his knees flexed, and toe walking on the left. Since surgery, he has been able to ambulate standing erect. His knee range has been increasing. He has been instructed to avoid any flexion of the trunk. He is log rolling for transfers. A TLSO has been ordered but has not yet been received.

The patient was brought to RHCI by his wife from New England Baptist Hospital. He was requesting a private room as he likes privacy.

REVIEW OF SYSTEMS: The patient denies chest pain or shortness of breath. He denies difficulty urinating. He had a bowel movement yesterday. He denies significant pain in the back or the neck. He has essentially no rotation or flexion/extension of his neck.

PAST MEDICAL HISTORY:  His past medical history is significant for ankylosing spondylitis diagnosed when the patient was in his 30s. It began with sciatic pain. He also has a history of anemia, hypertension, depression, and sleep apnea. He had been using an old CPAP machine which has broken. His breathing has improved since the surgery. It is unclear if he will continue to require CPAP.  He has a history of  rheumatoid arthritis and osteoarthritis. His PCP is Dr. Harry Rae.

PAST SURGICAL HISTORY:  He is status post C1-C6 cervical fusion 1 ½ years ago, and bilateral total hip replacements.

ALLERGIES: No known drug allergies

311 Service Road, East Sandwich, Massachusetts 02537 • Tel. (508) 833–4000 • Fax (508) 833–4195

*A non-profit hospital providing comprehensive rehabilitation care. Managed by Spaulding Rehabilitation Hospital.*

HarrisonD-SpauldingRehabH–          00004

PATIENT:   HARRISON, Dennis          MR #011320          Admitted: 2/3/01

CURRENT MEDICATIONS:   Heparin 5000 units subcu b.i.d. until the patient is ambulating. Prednisone 20 mg PO q.o.d., Vioxx 25 mg b.i.d., Tylenol #4 one PO q4-6h, Fosamax 10 mg q.o.d., Axid 150 mg PO b.i.d., Prinivil 10 mg PO q.a.m., Imipramine 30 mg PO q.h.s., Klonopin 1.5 mg PO q.h.s., multivitamins one PO q.d., iron 325 mg PO t.i.d. with meals, Pericolace one PO b.i.d., Vitamin C 1000 mg PO b.i.d., Calcium 600 mg PO q.d.

SOCIAL HISTORY:  The patient lives with his wife in South Dennis. They moved to Cape Cod from New Jersey. They are planning on moving to New Hampshire in the near future. They have a five year old daughter. He had been a product manager for AT&T but has not worked in two years. He enjoys using a computer. He drives.

PHYSICAL EXAMINATION: He is alert. He is accompanied by his wife. Cognitively he appears intact. He likes privacy. HEENT – EOMI. Mouth is moist. Neck reveals that his cervical scar is well healed. He has essentially no flexion, extension, or rotation in either direction. Chest examination reveals two large oval shaped red rashes overlying each side of his chest. They are dry with no active weeping. Lungs are clear to auscultation. Heart has a regular rate and rhythm with no murmur appreciated. He has an oblique incision in his left upper quadrant with steristrips intact. There is no drainage.  His abdomen is soft and nontender with normal active bowel sounds. He has a long incision along his back which is covered with DSD. There is a minimal amount of yellow drainage on the bandage, but no active drainage.  He lacks approximately 5 degrees of full extension of his left knee. His hamstrings are very tight. He is able to wiggle his toes and perform bilateral ankle pumps. He is able to do a straight leg raise on the right but not on the left. His hips can be flexed to 90 degrees, but no further secondary to tightness. Bilateral calves are soft and nontender.

IMPRESSION:
1.  Ankylosing spondylitis, status post thoracolumbar fusion. The patient underwent a cervical fusion 1 ½ years ago.
2.  Hypertension
3.  Sleep apnea. Respiratory therapy will evaluate him to see if he will need another CPAP. He may not need this as a result of the improvement in his posture from the surgery.
4.  Anemia.

PLAN:  The patient will be admitted to RHCI for orthopedic rehabilitation. He will follow the restrictions as per Dr. Rand. When he wants to be elevated, a reverse Trendelenberg should be used. His head can be flexed approximately 20 degrees. Once the TLSO is obtained, then he is to use it when out of bed. He will continue on his current medications. Heparin will be discontinued once the patient is ambulating on a regular basis. Respiratory therapy will evaluate him for CPAP and check O2 sats overnight. His program will consist of Physical Therapy and Occupational Therapy as well as supportive counseling.

SE/man
D: 2/3/01
T: 2/5/01
cc-Dr. Rand
cc-Dr. Rae

Susan Ehrenthal, M.D.

2

18

**18**

## OFFICE NOTE

**HARRISON, DENNIS**
**DOB: 11-19-1952**

### DATE OF SERVICE: 06-28-2012

**DIAGNOSES/TREATMENT MODALITIES:**
1. Anemia secondary to chronic inflammation.
   a. Observation.
2. IgG kappa monoclonal gammopathy of unknown significance diagnosed in 12-2009.

**REASON FOR VISIT:**
Followup.

**INTERIM HISTORY:**
Mr. Harrison is a very pleasant 59-year-old white gentleman who has a long history of ankylosing spondylitis. He developed anemia of chronic inflammatory conditions, which has been stable to improving over the last several months. His markers of chronic inflammation, however, have remained elevated.

Mr. Harrison also has a monoclonal gammopathy of unknown significance. He has 2 spikes on immunofixation, a monoclonal IgA kappa, as well as a monoclonal IgA lambda. These 2 spikes together are less than 0.5 g/dL.

Mr. Harrison's septic arthritis has improved significantly according to him with alternative treatment.

**PAST MEDICAL/SURGICAL HISTORY:**
1. Ankylosing spondylitis.
2. Pancreatitis.
3. Hypertension.
4. Surgery for spinal fusion of the cervical and lumbar spine.
5. Bilateral hip replacement.
6. Osteomyelitis of the right femur.
7. Septic arthritis.
8. Suspected trigeminal neuralgia.

**MEDICATIONS:**
Reviewed and listed in the chart.

**REVIEW OF SYSTEMS:**
CONSTITUTIONAL: No fever or night sweats. He has not lost any weight.
HEENT: No changes in vision or hearing.
CARDIOVASCULAR: No chest pain or palpitations.
PULMONARY: No cough or hemoptysis.
GI: No diarrhea, constipation.
GU: No dysuria or frequency.
NEURO: No headaches or seizures.

**PHYSICAL EXAMINATION:**
GENERAL: Mr. Harrison is a middle-aged white gentleman, not in acute respiratory distress.
VITAL SIGNS: BP: 168/88. P: 88. T: 98.8. Wt: 189 pounds.
SKIN: No bruises or petechiae. Mild pallor is noticed.
HEAD: Normocephalic.
EYES: Pupils are equal, reactive to light and accommodation.
ENT: No oral thrush or exudates.

HarrisonD-MorelGPMD-          00007

OCT-10-2012 WED 03:19 PM NORTH COUNTRY MED SPEC        FAX NO. 19067748390           P. 17/28

**HARRISON, DENNIS**
**PAGE 2, CONTINUED**
**OFFICE NOTE OF 06-28-2012**

NECK: Supple. No JVD. No thyromegaly.
LYMPH NODES: None are felt.
CHEST: Clear to percussion and auscultation.
CARDIOVASCULAR: Heart rate is normal. Rhythm is regular. No murmurs or gallops.
ABDOMEN: Soft, nontender. No organomegaly or masses.
EXTREMITIES: There is no edema, cyanosis, or clubbing.
NEURO: The patient is alert, oriented x3. No focal findings.
MUSCULOSKELETAL: The left knee is now normal.

**LABORATORY DATA:**
A CBC on 06-28-2012 shows a WBC count of 10.7, hemoglobin 12.5 g, MCV 78.9, platelet count
410,000. Sedimentation rate is 87 mm/hr. A chemistry panel shows a glucose of 89, BUN 21,
creatinine 0.87, sodium 141, potassium 4.7. LFTs are within normal limits. C-reactive protein is
54.9 mg/L.

**ASSESSMENT/PLAN:**
**ANEMIA OF CHRONIC INFLAMMATORY DISEASE:**

Mr. Harrison is a patient who has anemia of chronic inflammatory disease. His hemoglobin has been
around 10-11 g/dL. No intervention is needed at this point.

**MONOCLONAL GAMMOPATHY OF UNKNOWN SIGNIFICANCE:**

The patient has both an IgA kappa, as well as IgA lambda monoclonal spike on immunofixation.
There is no evidence of progression at this point. I will be rechecking his protein electrophoresis
with immunofixation when he comes back in 6 months.

GUSTAVO MOREL, MD
MEDICAL ONCOLOGY/HEMATOLOGY
GM:msf D: 06-28-12  T: 06-29-12

cc:    James A Batti, MD

HarrisonD-MorelGPMD-      00008

19

09/19/2003
02:02

**St Joseph's Wayne**
**224 Hamburg Turnpike**
**Wayne, New Jersey 07470**
**973-956-3300**

Page: 1

## Physician Notes

| Patient Name: HARRISON, DENNIS | Date of Service: 09/18/2003 | ED Physician: Shore |
|---|---|---|
| Date of Birth: 11/19/1952     Age: 50Yrs     Sex: M | Chart #: 90100341286 | PMD: |

PRESENTING PROBLEM: Headache, chest pain

Initial considerations based on the presenting problem include but are not limited to:   Subarachnoid hemorrhage, meningitis, trauma, hypertensive encephalopathy, acute myocardial ischemia,  pericarditis, pneumothorax, pneumonia, gastrointestinal disease, musculoskeletal pain, herpes zoster.

HISTORY OF PRESENT ILLNESS: Dennis Harrison is a 50-year-old male who reports abrupt onset of severe headache tonight, followed by severe "tightness" in the L-sided chest and posterior neck.  Otherwise: (+) chills, (+) dyspnea, (-) fever, (-) trauma, (-) subjective neurologic symptoms. Has no history of similar prior headache. Pt was to be discharged from nursing home today after 6-week stay.  He had originally been admitted for course of Vancomycin to treat sepsis and complications from hip/femur replacement surgery.  On arrival in ED pt reports both chest pain and headache have significantly improved.

REVIEW OF SYSTEMS: Other than the symptoms associated with the present events, the following is reported with regard to recent health: General: (-) prior fever. HENT: (-) congestion. Respiratory: (-) cough. Cardiovascular: (-) chest pain. GI: (-) abdominal pain. GU: (-) urinary complaints. Musculoskeletal: (+) other aches or pains. Endocrine: (-) generalized weakness. Neurological: (-) prior localized weakness. Psychiatric: (-) emotional stress.

PAST MEDICAL HISTORY: (-) DM, (-) asthma, (-) COPD, (+) heart disease: mild aortic valve calcification; s/p spinal fusion: C1-C5 secondary to osteoporosis/osteoarthritis/ankylosing spondylitis; s/p hip/partial femur replacement.
FAMILY/SOCIAL HISTORY: (-) smoking.
MEDICATIONS: Per nurse's note, reviewed by me:
ALLERGIES: Per nurse's note, reviewed by me

PHYSICAL EXAMINATION:
GENERALIZED APPEARANCE:  Patient is alert, awake, and in mild painful distress.
VITAL SIGNS: Per nurse's note, reviewed by me
SKIN: Warm, dry; (-) cyanosis; (-) rash.
HEAD: (-) scalp swelling or tenderness.
EYES: (-) conjunctival pallor, (-) scleral icterus.
ENMT: (-) sinus tenderness; mucous membranes moist.
NECK: Decreased ROM of neck secondary to spinal fusion.  (-) tenderness, (-) stiffness, (-) meningismus, (-) lymphadenopathy.
CHEST/RESPIRATORY: (-) rales, (-) rhonchi, (-) wheezes; breath sounds equal bilaterally.
HEART/CARDIOVASCULAR: (-) irregularity; (-) murmur, (-) gallop.
ABDOMEN/GI: Soft; (-) tenderness.
EXTREMITIES: (-) deformity.
NEURO/PSYCH: Mental status as above.  CNs: PERRL; EOMI; (-) facial asymmetry; tongue and uvula midline.  Strength and DTRs symmetric.

DIAGNOSTICS:
Pulse oximetry: 97%
EKG: Sinus tachycardia @ 107 bpm with (-) acute changes.
CT SCAN: atrophy no bleed
LABS: see attached
CXR: No infiltrate

EMERGENCY DEPARTMENT COURSE/TREATMENT: Appropriate cultures obtained.   Blood pressure controlled without medications. Case discussed with Dr Rappaport.  PT states that he does not feel comfortable returning to NH. Admission arrangements made.

HARRISON, DENNIS       Medrec #:      629837      Chart #: 90100341286

tchartfx

09/19/2003
02:02

**St Joseph's Wayne**
**224 Hamburg Turnpike**
**Wayne, New Jersey 07470**
**973-956-3300**

Page: 2

## Physician Notes

| Patient Name: HARRISON, DENNIS | | | Date of Service: 09/18/2003 | ED Physician: Shore |
|---|---|---|---|---|
| Date of Birth: 11/19/1952 | Age: 50Yrs | Sex: M | Chart #: 90100341286 | PMD: |

PLAN: Admit for further observation

Condition:   STABLE
Proc Codes: 10005 10091 10094
Diagnosis:   FEBRILE ILLNESS
             HEADACHE

_____          _____

PA:                                Physician: Robin Shore D.O.

HARRISON, DENNIS      Medrec #:   629837      Chart #: 90100341286                    tchartfx

HarrisonD-StJsphsWynHspMR-      00003

# ST. JOSEPH'S WAYNE HOSPITAL

PATIENT NAME:     Harrison, Dennis
HOSPITAL #:       629837
ADMISSION DATE:   09/19/2003
DISCHARGE DATE:   10/01/2003
PHYSICIAN:        Liviu Rappaport, MD

## DISCHARGE SUMMARY

**CHIEF COMPLAINT ON ADMISSSION:**  Fever and chills.

**HISTORY OF PRESENT ILLNESS:**  The patient is a 50-year-old male with history of ankylosing spondylitis who was admitted in Wayneview Convalescent Home for IV antibiotics after had septic hip prosthesis. Had multiple admissions for that, the hip was replaced, and had for periods of time antibiotic cemented in the right hip.  The patient did well.  One day after the antibiotic IV was discontinued, he developed fever, chills, and severe backache.

**PHYSICAL EXAMINATION:**  Vital Signs:  At admission, his temperature initially was 98 degrees, but after 2 hours increased to 104 degrees, heart rate of 100, respirations 24, and blood pressure 90/60.  Skin: Warm and dry.  HEENT:  Head was normocephalic and atraumatic.  Pupils reactive to light.  Neck:  Immobile secondary to previous neck surgery.  Chest:  Symmetrical.  Lungs:  Clear.  Heart:  Regular rate.  Normal S1 and S2.  Abdomen:  Soft, nontender, and nondistended.  Has normal bowel sounds.  Extremities:  No clubbing, no cyanosis, and no edema.  Neurologic:  He was alert.  Had no focal deficits.

**LABORATORY DATA:**  The white count was 4.5 with 26 bands, hemoglobin 9.9, and platelets 351,000.  The sodium was 138, potassium 4.5, chloride 103, bicarbonate 30, BUN 24, creatinine 1, and glucose 77.  The chest x-ray was negative for infiltrates.  The UA was negative for leukocyte esterase.

**HOSPITAL COURSE:**  The patient was admitted on the regular floor.  His PICC line was removed immediately.  The tip was cultured, but the cultures were negative.  The blood cultures that were done prior to starting antibiotics grew Serratia marcescens.  The patient was seen in consult by Infectious Disease who helped treating the patient with antibiotics.  The patient was on meropenem and now that was switched to IV Cipro.  His fever defervesced and overall condition improved.  He had an echocardiogram done to rule out vegetation and was negative for vegetation.  During the admission, the patient developed at one point an acute renal failure, which probably was secondary to sepsis, which resolved in 3 days.  The patient's condition overall improved and he will be discharged in stable condition on Cipro.

**FINAL DIAGNOSES:**
1. Sepsis with identified Serratia marcescens.
2. Ankylosing spondylitis.
3. Status post revision of the right hip.
4. Acute renal failure.

Liviu Rappaport, MD

DD:  10/01/2003 DT: 10/11/2003 NJPR MTS/jdf Job #:666820

## DISCHARGE SUMMARY

# ST. JOSEPH'S WAYNE HOSPITAL

*10/1*

**PATIENT NAME:**   Harrison, Dennis
**HOSPITAL #:**   629837
**ADMISSION DATE:**   8/19/03
**PHYSICIAN:**   Liviu Rappaport, MD

## PERSONAL HISTORY AND PHYSICAL EXAMINATION

**CHIEF COMPLAINT:**          Fever, chills.  Severe back pain.

**HISTORY OF PRESENT ILLNESS:**   The patient is a 50-year-old patient who
was transferred from Wayne View where he was admitted for IV antibiotics
for septic right hip.  The patient's antibiotic was discontinued one day
prior to his transfer here.  The patient developed during the night,
fever, chills and body aches.

**PAST MEDICAL HISTORY:**          Significant for ankylosing spondylitis,
bilateral hip replacement. Multiple surgeries with graft of his cervical
thoracolumbar spine.

**SOCIAL HISTORY:**          Negative for smoking or ETOH abuse.

**FAMILY HISTORY:**          Ankylosing spondylitis in his father.

**MEDICATIONS:**          Prior to admission, the patient was on
prednisone 5 mg a day, Oxycontin 40 mg t.i.d., oxycodone 10 mg t.i.d.
He was on Vioxx p.r.n.  He was on Protonix 40 mg a day.

**REVIEW OF SYSTEMS:**          The patient complains of headache.  He has
no dizziness, no chest pain, no shortness of breath, no cough, has
nausea, no vomiting.  No pain in the upper or lower extremities.  The
patient has difficulty ambulating secondary to weakness.

**PHYSICAL EXAMINATION:**

**GENERAL:**          A 50-year-old Caucasian male in moderate distress
secondary to shivers.

**VITAL SIGNS:**          Blood pressure 90/60.  Heart rate 100.  Respiratory
rate 24. Temperature 104.

**SKIN:**          Warm, diaphoretic.

**HEENT:**          Normocephalic, atraumatic.

**NECK:**          Immobile secondary to cervical vertebral slight
fixation.

**LUNGS:**          Clear.

**HEART:**          Regular rate.

continued..........

## PERSONAL HISTORY AND PHYSICAL EXAMINATION

Page 2
Patient:      Harrison, Dennis
Hospital #:      629837                    ST. JOSEPH'S WAYNE HOSPITAL

continued..........

ABDOMEN:            Soft and nontender, nondistended. Normal bowel
sounds.

EXTREMITIES:            No clubbing, cyanosis or edema.

NEUROLOGICAL:            Alert. He has no focal deficits.

LABORATORY DATA:            White count 4.5, with hemoglobin 9.9,
platelets 251.   Segments 54, 26 bands 17 lymphocytes.   Sodium 138,
potassium 4.5, chloride 103, bicarbonate 30, BUN 24, creatinine 1,
glucose 77.   SGOT 59, CPK 35, LDH 238.

ASSESSMENT:            1.   Sepsis, most probably line sepsis
                       2.   Status post right hip revision.
                       3.   Ankylosing spondylitis.

The patient will be admitted to the regular floor. Blood culture, urine
culture were done. The patient will be started on antibiotics, broad
spectrum, Vancomycin, meropenem, and gentamycin.   The patient will be
seen in consult by infectious disease. Will continue his pain management
with Oxycontin and OxyCodone with Tylenol p.r.n. for fever.   The pic
line will be removed immediately.

                       _____
                       Liviu Rappaport, MD

DD:      10/1/2003
DT:      10/2/2003
NJPR MTS/ms
Job #:      666827


# PERSONAL HISTORY AND PHYSICAL EXAMINATION

435-1

# ST. JOSEPH'S WAYNE HOSPITAL

PATIENT NAME:      Harrison, Dennis
HOSPITAL #:        0629837
DATE OF CONSULT:   9/19/03
ATTENDING MD:

## CONSULTATION RECORD

**REASON FOR CONSULTATION:**      Sepsis.

**HISTORY OF PRESENT ILLNESS:**   This is a 50-year-old male with a long-standing history of ankylosing spondylitis, and he has had previous joint replacements, more recently has had a hip replacement and had developed an infection requiring removal of the prosthesis and implantation of cement spacer. The patient had been on intravenous Vancomycin at a subacute facility through a pic line in his left upper extremity when he apparently developed fever with rigors and he was sent to the emergency room for evaluation. I was asked to see the patient today regarding source of his sepsis and antibiotic guidance. Currently, the patient is seen with rigors and severe agitation. He has been given a dose of Demerol. He is not complaining of any headache or neck pain. He is not complaining of any chest congestion or productive cough. He has no urinary symptomatology. There is a healing wound in the right hip area with no evidence of redness or fluctuants.

**PAST MEDICAL HISTORY:**      This is obtained from review of the patient's chart given his significant agitation at this point and rigors. The patient does have a history of heart disease, status post spinal fusion C1 through C5, secondary to osteoporosis and osteoarthritis, ankylosing spondylitis, as discussed previously. He is status post hip and partial hip femur replacement. The patient also has no known history of diabetes or chronic obstructive pulmonary disease.

**PAST SURGICAL HISTORY:**      As discussed above.

**ALLERGIES:**      Salicylates.

**CURRENT MEDICATIONS:**      Vancomycin.

**SOCIAL HISTORY:**      Nonsmoker, nondrinker.

**FAMILY HISTORY:**      Noncontributory.

**REVIEW OF SYSTEMS:**      As outlined in the history of present illness, also no chest congestion, no sore throat, no headache. He has currently rigors and fever. There is no redness or fluctuant areas along the hip. The pic line in his left upper extremity does not appear overtly infected, and as well there is no swelling of his upper extremity. Neurological: Grossly nonfocal.

**LABORATORY DATA:**      White blood cells 4.5, hemoglobin 9.9, hematocrit 30.8, platelet count 350,000. There are 26 bands and 54 segs. BUN and creatinine are 24 and 1.0. Potassium 4.5.   LDH 238, CK

continued.........

## CONSULTATION RECORD

Page 2
Patient:        Harrison, Dennis
Hospital #:     0629837                          ST. JOSEPH'S WAYNE HOSPITAL

continued..........

35, AST 59. On discussion with Dr. Rappaport, there is no focal
infiltrate on a chest x-ray.

IMPRESSION/PLAN:            A 50-year-old male with severe
ankylosing spondylitis, status post spinal fusion and hip replacement
with more recent hip replacement resulting in infection and removal of
the infected hip.

The patient is receiving intravenous Vancomycin, postoperative when he
is now readmitted to the hospital with sepsis, and it appears at least
point that his sepsis is more than likely due to an infected pic line or
vascular device.  I would recommend at this point, a full septic workup
including removal of the pic line and culture of the tip of the
catheter.  An empiric broad spectrum antibiotic combination including
Vancomycin as well as gram negative agent, i.e., meropenem for expanded
gram negative spectrum coverage.  Would hydrate and watch closely.
Should the patient's clinical status deteriorate, would then consider SA
adjunct addition of vigorous Xigris in the event that a septic state
develops.  The antibiotics will be continued empirically until further
guidance and result of cultures.  Further workup including other sources
of sepsis other than the catheter are not excluded at least at this
point, but will be determined as the clinical picture evolves.

Thank you very much for the consultation. I did discuss the plan with
Dr. Rappaport.

                        _____
                        Philip J. Filippis, MD

DD:     9/19/2003
DT:     9/22/2003
NJPR MTS/ms
Job #:  6597581

# CONSULTATION RECORD