MINUTE ENTRY
FALLON, J.
JULY 24, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS　　　　　　　　　CIVIL ACTION
　　　　　LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　NO. 05-MD-1657

　　　　　　　　　　　　　　　　　　　　　　SECTION: L

**This document relates to: 09-7218 Sherill Herke, Individually and on behalf of all others similarly situated**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances: Elizabeth Cabraser, Esq., Dawn Barrios, Esq., for Plaintiffs
　　　　　　　Richard Getty, Esq. for Kentucky Plaintiffs
　　　　　　　Russ Herman, Esq., (by phone) for Plaintiffs
　　　　　　　Doug Marvin, Esq. and John Beisner, Esq. for Merck Sharp & Dohme Corp.

Motion of plaintiff Sherill Herke, individually and on behalf of a proposed class of those similarly situated, for Preliminary Approval of Class Settlement (64487)

After hearing argument, the Court indicated it will grant the Movants' motion for the reasons provided at the hearing.

The Court instructed counsel for the Movants and counsel for James Ratliff, who has brought suit in Kentucky state court on behalf of himself and those similarly situated, to meet and confer to set dates within the proposed order. (Rec. Doc. 64487-1). If unable to agree, counsel are instructed to submit dates individually and the Court will make a determination.

The Court further instructed the Movants to resubmit the proposed order with the agreed-upon or Court-determined dates, so that the Court may conditionally certify the proposed class, preliminarily approve the proposed class settlement, approve the form and content of the notice, authorize dissemination of the notice, and set dates and procedures for a fairness hearing.

JS10:　1:00