UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Larry Smith v. Merck Sharp & Dohme Corp., 08-4639*

**ORDER**

Before the Court is Plaintiff Larry L. Smith's motion to extend his expert report deadline. (Rec. Doc. 64493). Defendant Merck Sharp & Dohme Corp. ("Merck") responds that it does not oppose an extension of the Plaintiff's expert report deadline, provided the deadline is extended until August 9, 2013, and its own expert report deadline is extended until September 6, 2013. (Rec. Doc. 64503). Merck concedes that such an extension "will moot its motion for summary judgment . . . and its motion to file certain documents under seal." (Rec. Doc. 64503 at 1 n.1).

IT IS ORDERED that the Plaintiff's motion (Rec. Doc. 64493) is GRANTED, insofar as the Plaintiff's expert report deadline is CONTINUED until August 9, 2013.

IT IS FURTHER ORDERED that the Defendant's expert report deadline is CONTINUED until September 6, 2013.

IT IS FURTHER ORDERED that the Defendant's motion for summary judgment (Rec. Doc. 64490) is DENIED as moot, but without prejudice as to its right to file a similar motion in the future.

IT IS FURTHER ORDERED that the Plaintiff's motion for an extension of time to

1

respond to the Defendant's motion of summary judgment (Rec. Doc. 64507) is DENIED as moot.

New Orleans, Louisiana, this 25th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE