**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**Case No. 05-MD-01657**
**MDL Docket No. 1657**

| | | |
|---|---|---|
| In Re:  VIOXX | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

**NOTICE OF FILING OF INTERESTED PARTY JAMES RATLIFF'S**
**PROPOSED CHANGES TO PROPOSED CLASS NOTICE**

James Ratliff, on behalf of himself and all others similarly situated ("Ratliff"), by and

through counsel, and as an individual and representative of a previously certified class interested

in the Consent Motion for Preliminary Approval Of Class Settlement filed by Plaintiffs on July

17, 2013 [DE 64487], respectfully provides the Court with Notice that Ratliff's Proposed

Changes To Proposed Class Notice, which are attached as Exhibit A, have been provided to the

Court and counsel in this matter as directed by the Court during the July 24, 2013 Status

Conference.

Respectfully submitted,

/s/ Richard A. Getty
RICHARD A. GETTY
          and
JESSICA K. CASE

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507
Telephone:  (859) 259-1900
Facsimile:   (859) 259-1909

COUNSEL FOR JAMES RATLIFF,
ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing Notice of Filing Of Interested Party James Ratliff's

Proposed Changes To Proposed Class Notice has been served upon all parties by electronically

uploading the same to LexisNexis File and Serve Advance in accordance with Pre-Trial Order

No. 8C, and e-mailing and mailing same, postage prepaid, to the individuals listed below, and

that the foregoing was electronically filed with the Clerk of Court of the United States District

Court for the Eastern District of Louisiana by using the CM/ECF system which will send a

Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this the

26th day of July, 2013.

Russ M. Herman, Esq. (Bar No. 6819)
    and
Leonard A. Davis, Esq. (Bar No. 14190)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana  70113
E-Mail:  rherman@hhklawfirm.com
E-Mail:  ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel

Phillip A. Wittmann, Esq. (Bar No. 13625)
    and
Dorothy H. Wimberly, Esq. (Bar No. 18509)
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130-3588
E-Mail:  pwittmann@stonepigman.com
E-Mail:  dwimberly@stonepigman.com
Defendants' Liaison Counsel

Ann B. Oldfather, Esq. (KY Bar No. 52553)
Oldfather Law Firm
1330 South Third Street
Louisville, Kentucky  40208
E-Mail:  aoldfather@oldfather.com
Liaison And Lead Counsel For Ineligible
Or Non-Enrolled Cases And Certain
Other Remaining PI Claims

John H. Beisner, Esq.
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
E-Mail:  John.Beisner@skadden.com
Counsel for Merck & Co., Inc.

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, Louisiana  70139
E-Mail:  barrios@bkc-law.com
Government Action Liaison Counsel

Elizabeth J. Cabraser, Esq.
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
E-Mail:  ecabraser@lchb.com
Co-Lead Class Settlement Counsel

   /s/ Richard A. Getty
   COUNSEL FOR JAMES RATLIFF, ET AL.

jkcpld0728