**INTERESTED PARTY JAMES RATLIFF'S**
**PROPOSED CHANGES TO PROPOSED CLASS NOTICE**

## I.   THE PROPOSED LONG FORM VIOXX NOTICE – SECTIONS TO BE MODIFIED

- Page 1, "Exclude Yourself" option, suggested addition: **"Kentucky Consumers: Excluding yourself is the only option that will allow you to participate in the Kentucky class action that may be proceeding in Kentucky state court. Ratliff, et al. v. Merck & Co., Inc., 20012-SC-000162 (Ky. S. Ct.) involves consumer claims against Merck arising from the sale and marketing of Vioxx. The claims were certified by the Kentucky trial court as a class action consisting of Kentucky consumers and that certification, which was reversed by the Kentucky Court of Appeals, is now on appeal to the highest court in Kentucky – the Kentucky Supreme Court. That court will determine whether the Kentucky case can be properly certified as a separate class action, which may provide you with an alternative to participating in these class action settlement proceedings. However, a ruling by the Kentucky Supreme Court is not expected until, at the earliest, September 2013. See Question 14."**

- Question 4, suggested language in bold: "If the Court approves the proposed Settlement, then Merck will no longer be legally responsible for the consumer economic injury claims made in this lawsuit to any member of the Class **unless such class member opts out of the Settlement as set forth in Question 14.**"

- Question 6, fix error in last bullet point of this section. It should refer to Question 14, not Question 13.

**EXHIBIT A**

- Question 7,  suggested language: **"Kentucky residents: You may be eligible for participation in a Kentucky class action asserting claims against Merck relating to its VIOXX marketing and sale practices.  You will only be eligible to participate in the Kentucky class action if you exclude yourself from this Settlement pursuant to the procedures outlined in Question 14.  <u>Ratliff, et al. v. Merck & Co., Inc.</u>, 20012-SC-000162 (Ky. S. Ct.) involves consumer claims as well as other claims against Merck arising from the sale and marketing of Vioxx.  The claims were certified by the trial court as a class action consisting of Kentucky consumers and that certification is now on appeal to the highest court in Kentucky – the Kentucky Supreme Court.  The Kentucky Supreme Court will determine whether the Kentucky case was properly certified as a separate class action.  However, a ruling is not expected until, at the earliest, September, 2013.  "**

- Question 12, suggested language in bold: "If the settlement is approved, generally speaking you give up any right you may otherwise have to sue Merck for money damages or other relief related to any consumer *economic* injury claims made or that could have been made in this lawsuit **unless you opt out of the Settlement by following the procedures outlined in Question 14."**

- Question 14, suggest addition of online form for those opting out of the proposed class, rather than opt out only being available by mail.

## II.    <u>SUGGESTED CHANGES TO SHORT FORM NOTICE</u>

- The Section "Who's Included", suggested language in bold:  "Generally, you are included if you paid (or were required to pay) for all or part of the purchase price of Vioxx (for personal or family use) before October 1, 2004, **and you do not opt out in**

**accordance with the procedures set out in the long form Notice available at the Settlement Website**.”  This sentence should be added:  **“Kentucky Consumers:  If you exclude yourself from this action, you may be eligible for participation in a separate class of Kentucky consumers asserting claims against Merck arising from their Vioxx sales and marketing practices.  The status of the Kentucky Class, and your rights in connection with the Kentucky litigation, are set forth more fully on the Settlement Website” and is discussed on page 1 and in Question 7 above.**

- The Section, “Your Other Rights”, suggested addition: **“You must exclude yourself from this Settlement to retain your right to sue Merck individually, or as part of the purported Kentucky class.”**

jkcpld0729