# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>*<br>*<br>* | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:**<br><br>*Rosemary Holobosky, et al. v. Merck Sharp & Dohme Corp.*, 2:05-cv-01091-EEF-DEK<br>**(Plaintiffs AnnMarie and Joseph Mannino)** | *<br>*<br>*<br>*<br>*<br>* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT MERCK SHARP & DOHME CORP.'S
## MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Pursuant to L.R. 5.6 and Pretrial Order No. 13, Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, hereby requests that the Court order that Exhibits A, B, C, D, E, F, G, H, and I to Merck's Statement of Material Facts as to Which There Is No Dispute in the above-captioned case be filed under seal.

In support of this motion, Defendant states that these exhibits contain medical records or summaries of medical records that are Confidential under Pretrial Order No. 13.

Dated: July 29, 2013                    Respectfully submitted,

                                                        By: */s/ Dorothy H. Wimberly*
                                                            Phillip A. Wittmann, 13625
                                                            Dorothy H. Wimberly, 18509
                                                            STONE PIGMAN WALTHER
                                                           WITTMANN L.L.C.
                                                           546 Carondelet Street
                                                           New Orleans, Louisiana 70130
                                                           Phone: 504-581-3200
                                                           Fax:    504-581-3361
                                                           Defendants' Liaison Counsel

—and—

Douglas R. Marvin
M. Elaine Horn
Jonathan L. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

1133769v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to File Certain Documents Under Seal has been served on AnnMarie Mannino and Joseph Mannino by Federal Express at the following address:

>64 Columbus Ave.
>Staten Island, NY 10304

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of July, 2013.

>/s/ Dorothy H. Wimberly
>Dorothy H. Wimberly, 18509
>STONE PIGMAN WALTHER
>WITTMANN L.L.C.
>546 Carondelet Street
>New Orleans, Louisiana  70130
>Phone:  504-581-3200
>Fax:     504-581-3361
>dwimberly@stonepigman.com
>
>Defendants' Liaison Counsel

1133769v1