# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| *Rosemary Holobosky, et al. v. Merck Sharp &* | * | |
| *Dohme Corp.,* **2:05-cv-01091-EEF-DEK** | * | |
| **(Plaintiffs AnnMarie and Joseph Mannino)** | * | |
| | * | |

*************************************************************************

# FILED UNDER SEAL

Exhibits A-I to Defendant Merck Sharp & Dohme Corp.'s LR 56.1

Statement of Material Facts as to Which There is No Dispute

1133775v1