UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Rosemary Holobosky, et al. v. Merck Sharp & Dohme Corp.,* 2:05-cv-01091-EEF-DEK<br>**(Plaintiffs AnnMarie and Joseph Mannino)** | *   MDL DOCKET NO. 1657<br>*   SECTION L<br>*<br>*   JUDGE FALLON<br>*   MAGISTRATE JUDGE KNOWLES<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

*************************************************************************

**ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S
MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Considering the foregoing Motion To File Certain Documents Under Seal

**IT IS HEREBY ORDERED** that Exhibits A, B, C, D, E, F, G, H, and I to Merck Sharp & Dohme Corp.'s Statement of Material Facts as to Which There Is No Dispute in the above-captioned case are to be filed under seal.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2013.

                                                        _____
                                                        ELDON E. FALLON
                                                        UNITED STATES DISTRICT JUDGE

1133771v1