**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**Case No. 05-MD-01657**
**MDL Docket No. 1657**

| | | |
|---|---|---|
| **In Re:  VIOXX** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION "L"** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |

**ORDER**

Interested Party, James Ratliff, through counsel, having filed a Motion To Intervene for the purpose of objecting to the Proposed Settlement [DE 64487] and the Court having reviewed the record and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion is granted and Ratliff and the Kentucky Class are permitted to intervene for the purposes of objecting to the Proposed Settlement, seeking discovery and obtaining sealed documents relevant to the question of the fairness of the Proposed Settlement, seeking exclusion from the Proposed Settlement, and seeking a stay of dissemination of any notice of the Proposed Settlement pending a final decision from the Kentucky Supreme Court with respect to the certification of the Kentucky Class.

Done this _____ day of August, 2013.

_____
JUDGE,UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SUBMITTED BY:

/s/ Richard A. Getty
RICHARD A. GETTY
        and
JESSICA K. CASE

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507
Telephone:  (859) 259-1900
Facsimile:   (859) 259-1909

COUNSEL FOR JAMES RATLIFF,
ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

amspld0068