**Kellie Lambert**

| | |
|---|---|
| **From:** | Jessica Case |
| **Sent:** | Thursday, July 25, 2013 3:56 PM |
| **To:** | ecabraser@lchb.com; Dawn Barrios |
| **Cc:** | Richard Getty |
| **Subject:** | Edits to proposed class notice |

Richard wanted me to email to let you k now that we are dealing with an emergency situation with a client today and tomorrow and it will be next week before we can get back to you with our edits.
Thanks,
Jessica

***Please note new firm name and e-mail address***

Jessica K. Case, Of Counsel
THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900, Ext. 36
Facsimile: (859) 259-1909
jcase@gettylawgroup.com

This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.

**Kellie Lambert**

| | |
|---|---|
| **From:** | Dawn Barrios <barrios@bkc-law.com> |
| **Sent:** | Thursday, July 25, 2013 4:06 PM |
| **To:** | Jessica Case; ecabraser@lchb.com |
| **Cc:** | Richard Getty |
| **Subject:** | RE: Edits to proposed class notice |

Jessica-  It is our understanding that Judge Fallon's wants the revised notice language and proposed order by Monday.  Hopefully, you or Richard will be able to find a few minutes to review the language before the close of business tomorrow.  Thanks.  Dawn

Dawn M. Barrios



BARRIOS
KINGSDORF
& CASTEIX, L.L.P.

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Jessica Case [mailto:jcase@gettylawgroup.com]
**Sent:** Thursday, July 25, 2013 2:56 PM
**To:** ecabraser@lchb.com; Dawn Barrios
**Cc:** Richard Getty
**Subject:** Edits to proposed class notice

Richard wanted me to email to let you k now that we are dealing with an emergency situation with a client today and tomorrow and it will be next week before we can get back to you with our edits.
Thanks,
Jessica

***Please note new firm name and e-mail address***

Jessica K. Case, Of Counsel
THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone:  (859) 259-1900, Ext. 36

Facsimile:  (859) 259-1909
jcase@gettylawgroup.com

This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.

**Kellie Lambert**

| | |
|---|---|
| **From:** | Russ Herman <RHERMAN@hhklawfirm.com> |
| **Sent:** | Thursday, August 01, 2013 12:38 PM |
| **To:** | Jessica Case |
| **Cc:** | Cabraser, Elizabeth J.; Dawn Barrios; Richard Getty; Douglas Marvin; Lenny Davis; Joyce Romano; Andy D. Birchfield Jr. (PSC); Christopher Seeger (PSC) |
| **Subject:** | Re: Vioxx Consumer Preliminary Approval Order |

YES THE COURT DIRECTED RICHARD TO MEET WITH ELIZABETH. HE IGNORED THE SUGGESTION AND INSTEAD FILED A SUBSTITUTE NOTICE ! Unfortunately we can no longer accept this pattern of delay and will move forward Yours Truly Russ Herman

Sent from my iPhone

On Aug 1, 2013, at 11:32 AM, "Jessica Case" <jcase@gettylawgroup.com> wrote:

> Once again, I refer you to the Court's Order [DE 64511] and his statement at the end of the hearing on the 24[th]. In response to Ms. Cabraser's comment at the end of the hearing to the effect of "We'd like to be able to fill in dates for the proposed order and resubmit that to you. They need to go into the notice as well," Judge Fallon stated: "Why don't you do that. And meet with Richard, Elizabeth, and get his input. See if there is such a notice that can be fashioned that satisfies his concern about confusion." Absolutely no attempt has been made on your part to meet or confer with us about any of the concerns raised in the July 24[th] hearing. We fully intend to share your cavalier rejection of our good faith attempts to confer with the Judge in the event you move forward in this manner.

> ***Please note new firm name and e-mail address***

> Jessica K. Case, Of Counsel
> THE GETTY LAW GROUP, PLLC
> 1900 Lexington Financial Center
> 250 West Main Street
> Lexington, Kentucky 40507
> Telephone: (859) 259-1900, Ext. 36
> Facsimile: (859) 259-1909
> jcase@gettylawgroup.com

> This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Thursday, August 01, 2013 12:28 PM
**To:** Jessica Case
**Cc:** Cabraser, Elizabeth J.; Richard Getty; Kate Danahay; dmarvin@wc.com; Dawn Barrios; Lenny Davis
**Subject:** Re: Vioxx Consumer Preliminary Approval Order

Too bad !! We have schedules also and have been at a settlement process which benefits the class we represent for more than 18 months . We will not accept any further delays. We intend to ask the Court to move forward with dates proposed by notice expert this week Regards Russ Herman

Sent from my iPhone

On Aug 1, 2013, at 10:35 AM, "Jessica Case" <jcase@gettylawgroup.com> wrote:

> Elizabeth – The Court specifically directed the parties via written Order to meet and confer re: dates. I am sorry, but Richard's schedule does not permit responding to you immediately. Please let us know when you will be available for a telephone conference tomorrow to discuss. Thank you.
> Jessica

> ***Please note new firm name and e-mail address***

> Jessica K. Case, Of Counsel
> THE GETTY LAW GROUP, PLLC
> 1900 Lexington Financial Center
> 250 West Main Street
> Lexington, Kentucky 40507
> Telephone: (859) 259-1900, Ext. 36
> Facsimile: (859) 259-1909
> jcase@gettylawgroup.com

> This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.

> **From:** Cabraser, Elizabeth J. [mailto:ECABRASER@lchb.com]
> **Sent:** Thursday, August 01, 2013 11:29 AM
> **To:** Jessica Case; Richard Getty; kdanahay@hhklawfirm.com; dmarvin@wc.com; Dawn Barrios; Russ Herman
> **Subject:** RE: Vioxx Consumer Preliminary Approval Order

> Richard/Jessica-
> If you are proposing different dates, please send us these for consideration. The dates we propose are consistent with the schedule we described to the Court at the hearing. We wish to submit to the Court this week to avoid further delay in the settlement approval process.
> Thanks

> <image001.gif>      **Elizabeth J. Cabraser**
> ecabraser@lchb.com
> t 415.956.1000
> m 415.806.2100
> f 415.956.1008
> Lieff Cabraser Heimann & Bernstein, LLP
> 275 Battery Street, 29th Floor
> San Francisco, CA 94111-3339
> www.lieffcabraser.com

**From:** Jessica Case [mailto:jcase@gettylawgroup.com]
**Sent:** Thursday, August 01, 2013 11:20 AM
**To:** Richard Getty; kdanahay@hhklawfirm.com; dmarvin@wc.com; Dawn Barrios; Cabraser, Elizabeth J.; Russ Herman
**Subject:** RE: Vioxx Consumer Preliminary Approval Order

Richard is in deposition, but I wanted to respond to say that we received the attachment and are reviewing re: dates. I should note that the Court's July 24th order directed the parties to "meet and confer to set dates within the proposed order." Please let us know whether you are available tomorrow or early next week for a conference call during which we can discuss the proposed dates.
Best,
Jessica

### ***Please note new firm name and e-mail address***

Jessica K. Case, Of Counsel
THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900, Ext. 36
Facsimile: (859) 259-1909
jcase@gettylawgroup.com

This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.


**From:** Richard Getty
**Sent:** Wednesday, July 31, 2013 5:40 PM
**To:** Jessica Case
**Subject:** FW: Vioxx Consumer Preliminary Approval Order


**From:** Kate Danahay [mailto:kdanahay@hhklawfirm.com]
**Sent:** Wednesday, July 31, 2013 5:27 PM
**To:** Richard Getty
**Cc:** Lenny Davis; Russ Herman; DMarvin@wc.com; Dawn Barrios (barrios@bkc-law.com) (barrios@bkc-law.com); Lillian Flemming
**Subject:** Vioxx Consumer Preliminary Approval Order

FROM LEONARD A. DAVIS:

Attached is a Preliminary Approval Order with revised dates inserted that have been provided by Kinsella who will be assisting with notice. The date of the final approval hearing is to be set by the court. Just wanted you to be aware of this.

3

**Kate Danahay**
Legal Assistant to Leonard A. Davis,
Jeremy S. Epstein and Adam H. Weintraub
Herman, Herman & Katz, LLC
Herman Gerel, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (fax)
kdanahay@hhklawfirm.com
www.hhklawfirm.com

**PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED.  PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.**

## CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

Please consider the environment before printing this e-mail

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or
disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message
back to us and
deleting it from your system.  Thank you.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

**Kellie Lambert**

| | |
|---|---|
| **From:** | Russ Herman <RHERMAN@hhklawfirm.com> |
| **Sent:** | Thursday, August 01, 2013 12:47 PM |
| **To:** | Jessica Case |
| **Cc:** | Cabraser, Elizabeth J.; Dawn Barrios; Richard Getty; Douglas Marvin; Lenny Davis; Andy D. Birchfield Jr. (PSC); Christopher Seeger (PSC); Joyce Romano |
| **Subject:** | Re: Vioxx Consumer Preliminary Approval Order |

At this juncture I feel necessary to Reply to the implied and a stated threat in your last communication. Frankly we have provided Richard every professional courtesy for many months and do not treat any matters entrusted to us in a"cavalier " manner . Take whatever action you feel warranted and we will respond in a factual and professional manner . Because of the tone  and content of your last communication I am requesting co-class counsel ,the PSC and State Liaison to have no further communication until such time as mr Getty responds directly to Elizabeth And Me . Yours truly Russ Herman

Sent from my iPhone

On Aug 1, 2013, at 11:32 AM, "Jessica Case" <jcase@gettylawgroup.com> wrote:

> Once again, I refer you to the Court's Order [DE 64511] and his statement at the end of the hearing on the 24th.  In response to Ms. Cabraser's comment at the end of the hearing to the effect of "We'd like to be able to fill in dates for the proposed order and resubmit that to you.  They need to go into the notice as well," Judge Fallon stated: "Why don't you do that. And meet with Richard, Elizabeth, and get his input.  See if there is such a notice that can be fashioned that satisfies his concern about confusion." Absolutely no attempt has been made on your part to meet or confer with us about any of the concerns raised in the July 24th hearing.  We fully intend to share your cavalier rejection of our good faith attempts to confer with the Judge in the event you move forward in this manner.
>
> ***Please note new firm name and e-mail address***
>
> Jessica K. Case, Of Counsel
> THE GETTY LAW GROUP, PLLC
> 1900 Lexington Financial Center
> 250 West Main Street
> Lexington, Kentucky 40507
> Telephone:  (859) 259-1900, Ext. 36
> Facsimile:  (859) 259-1909
> jcase@gettylawgroup.com
>
> This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Thursday, August 01, 2013 12:28 PM

**To:** Jessica Case
**Cc:** Cabraser, Elizabeth J.; Richard Getty; Kate Danahay; dmarvin@wc.com; Dawn Barrios; Lenny Davis
**Subject:** Re: Vioxx Consumer Preliminary Approval Order

Too bad !! We have schedules also and have been at a settlement process which benefits the class we represent for more than 18 months . We will not accept any further delays. We intend to ask the Court to move forward with dates proposed by notice expert this week Regards Russ Herman

Sent from my iPhone

On Aug 1, 2013, at 10:35 AM, "Jessica Case" <jcase@gettylawgroup.com> wrote:

> Elizabeth – The Court specifically directed the parties via written Order to meet and confer re: dates. I am sorry, but Richard's schedule does not permit responding to you immediately. Please let us know when you will be available for a telephone conference tomorrow to discuss. Thank you.
> Jessica
>
> ***Please note new firm name and e-mail address***
>
> Jessica K. Case, Of Counsel
> THE GETTY LAW GROUP, PLLC
> 1900 Lexington Financial Center
> 250 West Main Street
> Lexington, Kentucky 40507
> Telephone: (859) 259-1900, Ext. 36
> Facsimile: (859) 259-1909
> jcase@gettylawgroup.com
>
> This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.
>
>
>
> **From:** Cabraser, Elizabeth J. [mailto:ECABRASER@lchb.com]
> **Sent:** Thursday, August 01, 2013 11:29 AM
> **To:** Jessica Case; Richard Getty; kdanahay@hhklawfirm.com; dmarvin@wc.com; Dawn Barrios; Russ Herman
> **Subject:** RE: Vioxx Consumer Preliminary Approval Order
>
> Richard/Jessica-
> If you are proposing different dates, please send us these for consideration. The dates we propose are consistent with the schedule we described to the Court at the hearing. We wish to submit to the Court this week to avoid further delay in the settlement approval process.
> Thanks
>
> <image001.gif>     **Elizabeth J. Cabraser**
>                     ecabraser@lchb.com
>                     t 415.956.1000
>                     m 415.806.2100

f 415.956.1008
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** Jessica Case [mailto:jcase@gettylawgroup.com]
**Sent:** Thursday, August 01, 2013 11:20 AM
**To:** Richard Getty; kdanahay@hhklawfirm.com; dmarvin@wc.com; Dawn Barrios;
Cabraser, Elizabeth J.; Russ Herman
**Subject:** RE: Vioxx Consumer Preliminary Approval Order

Richard is in deposition, but I wanted to respond to say that we received the attachment
and are reviewing re: dates.  I should note that the Court's July 24th order directed the
parties to "meet and confer to set dates within the proposed order." Please let us know
whether you are available  tomorrow or early next week for a conference call during
which we can discuss the proposed dates.
Best,
Jessica

***Please note new firm name and e-mail address***

Jessica K. Case, Of Counsel
THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507
Telephone:  (859) 259-1900, Ext. 36
Facsimile:  (859) 259-1909
jcase@gettylawgroup.com

This electronic message transmission contains information from The Getty Law Group, PLLC,
which may be confidential or privileged. The information is intended to be for the use of the
individual or entity addressee named above. If you are not the intended recipient, be aware that
any disclosure, copying, distribution or use of the contents of this information is prohibited. If you
have received this electronic transmission in error, please notify us by reply email or by calling
(859) 259-1900.

**From:** Richard Getty
**Sent:** Wednesday, July 31, 2013 5:40 PM
**To:** Jessica Case
**Subject:** FW: Vioxx Consumer Preliminary Approval Order

**From:** Kate Danahay [mailto:kdanahay@hhklawfirm.com]
**Sent:** Wednesday, July 31, 2013 5:27 PM
**To:** Richard Getty
**Cc:** Lenny Davis; Russ Herman; DMarvin@wc.com; Dawn Barrios (barrios@bkc-law.com)
(barrios@bkc-law.com); Lillian Flemming
**Subject:** Vioxx Consumer Preliminary Approval Order

FROM LEONARD A. DAVIS:

Attached is a Preliminary Approval Order with revised dates inserted that have been provided by Kinsella who will be assisting with notice. The date of the final approval hearing is to be set by the court. Just wanted you to be aware of this.

**Kate Danahay**
Legal Assistant to Leonard A. Davis,
Jeremy S. Epstein and Adam H. Weintraub
Herman, Herman & Katz, LLC
Herman Gerel, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (fax)
kdanahay@hhklawfirm.com
www.hhklawfirm.com

**PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED. PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.**

# CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

Please consider the environment before printing this e-mail

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or
disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us

(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

**Kellie Lambert**

| | |
|---|---|
| **From:** | Jessica Case |
| **Sent:** | Thursday, August 01, 2013 12:48 PM |
| **To:** | Russ Herman |
| **Cc:** | Cabraser, Elizabeth J.; Dawn Barrios; Richard Getty; Douglas Marvin; Lenny Davis; Joyce Romano; Andy D. Birchfield Jr. (PSC); Christopher Seeger (PSC) |
| **Subject:** | RE: Vioxx Consumer Preliminary Approval Order |

I feel the need to point out that Ms. Barrios insisted, despite being informed that our small office was dealing with a client emergency, that we respond to you with our proposed changes to the notice by the close of business Friday – <u>two days</u> after the hearing on the proposal. We went to great lengths to comply with your unilateral and unreasonable deadline, and were within reason to file the notice of our compliance and suggested changes with the Court. On Tuesday we sent a follow-up email requesting a conversation regarding the proposed changes and our thoughts regarding dates. We received no response until today, when we hear that you will be filing what you originally suggested, without any input on our part. It is apparent that we are attempting to work with you in good faith and are by no means trying to unreasonably delay this process. On the other hand, your attempt to railroad our Kentucky Class on the eve of us obtaining a decision from our Supreme Court is apparent.

### ***Please note new firm name and e-mail address***

Jessica K. Case, Of Counsel
THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900, Ext. 36
Facsimile: (859) 259-1909
jcase@gettylawgroup.com

This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Thursday, August 01, 2013 12:38 PM
**To:** Jessica Case
**Cc:** Cabraser, Elizabeth J.; Dawn Barrios; Richard Getty; Douglas Marvin; Lenny Davis; Joyce Romano; Andy D. Birchfield Jr. (PSC); Christopher Seeger (PSC)
**Subject:** Re: Vioxx Consumer Preliminary Approval Order

YES THE COURT DIRECTED RICHARD TO MEET WITH ELIZABETH. HE IGNORED THE SUGGESTION AND INSTEAD FILED A SUBSTITUTE NOTICE ! Unfortunately we can no longer accept this pattern of delay and will move forward Yours Truly Russ Herman

Sent from my iPhone

On Aug 1, 2013, at 11:32 AM, "Jessica Case" <jcase@gettylawgroup.com> wrote:

Once again, I refer you to the Court's Order [DE 64511] and his statement at the end of the hearing on the 24th. In response to Ms. Cabraser's comment at the end of the hearing to the effect of "We'd like to be able to fill in dates for the proposed order and resubmit that to you. They need to go into the notice as well," Judge Fallon stated: "Why don't you do that. And meet with Richard, Elizabeth, and get his input. See if there is such a notice that can be fashioned that satisfies his concern about confusion." Absolutely no attempt has been made on your part to meet or confer with us about any of the concerns raised in the July 24th hearing. We fully intend to share your cavalier rejection of our good faith attempts to confer with the Judge in the event you move forward in this manner.

### ***Please note new firm name and e-mail address***

Jessica K. Case, Of Counsel
THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900, Ext. 36
Facsimile: (859) 259-1909
jcase@gettylawgroup.com

This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Thursday, August 01, 2013 12:28 PM
**To:** Jessica Case
**Cc:** Cabraser, Elizabeth J.; Richard Getty; Kate Danahay; dmarvin@wc.com; Dawn Barrios; Lenny Davis
**Subject:** Re: Vioxx Consumer Preliminary Approval Order

Too bad !! We have schedules also and have been at a settlement process which benefits the class we represent for more than 18 months . We will not accept any further delays. We intend to ask the Court to move forward with dates proposed by notice expert this week Regards Russ Herman

Sent from my iPhone

On Aug 1, 2013, at 10:35 AM, "Jessica Case" <jcase@gettylawgroup.com> wrote:

> Elizabeth – The Court specifically directed the parties via written Order to meet and confer re: dates. I am sorry, but Richard's schedule does not permit responding to you immediately. Please let us know when you will be available for a telephone conference tomorrow to discuss. Thank you.
> Jessica
>
> ### ***Please note new firm name and e-mail address***
>
> Jessica K. Case, Of Counsel
> THE GETTY LAW GROUP, PLLC
> 1900 Lexington Financial Center

250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900, Ext. 36
Facsimile: (859) 259-1909
jcase@gettylawgroup.com

This electronic message transmission contains information from The Getty Law Group, PLLC,
which may be confidential or privileged. The information is intended to be for the use of the
individual or entity addressee named above. If you are not the intended recipient, be aware that
any disclosure, copying, distribution or use of the contents of this information is prohibited. If you
have received this electronic transmission in error, please notify us by reply email or by calling
(859) 259-1900.


**From:** Cabraser, Elizabeth J. [mailto:ECABRASER@lchb.com]
**Sent:** Thursday, August 01, 2013 11:29 AM
**To:** Jessica Case; Richard Getty; kdanahay@hhklawfirm.com; dmarvin@wc.com; Dawn
Barrios; Russ Herman
**Subject:** RE: Vioxx Consumer Preliminary Approval Order

Richard/Jessica-
If you are proposing different dates, please send us these for consideration. The dates
we propose are consistent with the schedule we described to the Court at the
hearing. We wish to submit to the Court this week to avoid further delay in the
settlement approval process.
Thanks

&lt;image001.gif&gt;      **Elizabeth J. Cabraser**
ecabraser@lchb.com
t 415.956.1000
m 415.806.2100
f 415.956.1008
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com


**From:** Jessica Case [mailto:jcase@gettylawgroup.com]
**Sent:** Thursday, August 01, 2013 11:20 AM
**To:** Richard Getty; kdanahay@hhklawfirm.com; dmarvin@wc.com; Dawn Barrios;
Cabraser, Elizabeth J.; Russ Herman
**Subject:** RE: Vioxx Consumer Preliminary Approval Order

Richard is in deposition, but I wanted to respond to say that we received the attachment
and are reviewing re: dates. I should note that the Court's July 24th order directed the
parties to "meet and confer to set dates within the proposed order." Please let us know
whether you are available tomorrow or early next week for a conference call during
which we can discuss the proposed dates.
Best,
Jessica

***Please note new firm name and e-mail address***

Jessica K. Case, Of Counsel
THE GETTY LAW GROUP, PLLC

3

1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900, Ext. 36
Facsimile: (859) 259-1909
jcase@gettylawgroup.com

This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.

**From:** Richard Getty
**Sent:** Wednesday, July 31, 2013 5:40 PM
**To:** Jessica Case
**Subject:** FW: Vioxx Consumer Preliminary Approval Order

**From:** Kate Danahay [mailto:kdanahay@hhklawfirm.com]
**Sent:** Wednesday, July 31, 2013 5:27 PM
**To:** Richard Getty
**Cc:** Lenny Davis; Russ Herman; DMarvin@wc.com; Dawn Barrios (barrios@bkc-law.com) (barrios@bkc-law.com); Lillian Flemming
**Subject:** Vioxx Consumer Preliminary Approval Order

FROM LEONARD A. DAVIS:

Attached is a Preliminary Approval Order with revised dates inserted that have been provided by Kinsella who will be assisting with notice. The date of the final approval hearing is to be set by the court. Just wanted you to be aware of this.

**Kate Danahay**
Legal Assistant to Leonard A. Davis,
Jeremy S. Epstein and Adam H. Weintraub
Herman, Herman & Katz, LLC
Herman Gerel, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (fax)
kdanahay@hhklawfirm.com
www.hhklawfirm.com

**PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED. PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.**

# CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have

4

received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

Please consider the environment before printing this e-mail

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message
back to us and
deleting it from your system.  Thank you.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

## Kellie Lambert

| | |
|---|---|
| **From:** | Russ Herman <RHERMAN@hhklawfirm.com> |
| **Sent:** | Thursday, August 01, 2013 1:38 PM |
| **To:** | Jessica Case |
| **Cc:** | Cabraser, Elizabeth J.; Dawn Barrios; Richard Getty; Douglas Marvin; Lenny Davis; Joyce Romano; Andy D. Birchfield Jr. (PSC); Christopher Seeger (PSC) |
| **Subject:** | Re: Vioxx Consumer Preliminary Approval Order |

DEAR MS CASE I AM NOT GOING TO ACCEPT ANY MISCHARACTERIZATION OF MY COLLEAGUE DAWN BARRIOS WHO HAS EXHIBITED GREAT PATIENCE IN THIS MATTER . Unfortunately you embarked on the litigation train many , many months after it left the station . There were numerous meetings with Richard Getty face to face and some by phone . He has been given and will receive additional opportunity to present his case by opposing the universal consumer class settlement and to opt out Kentucky consumers who do not desire to accept the benefits of the settlement . We Federal Court appointees act for all consumers affected , including Kentucky folks who choose benefits negotiated at arms Length over many months . At this juncture it is in the best interest of those we are charged to represent to agree to NO MORE DELAYS which could mal- affect their opportunities to recover for their losses . Though the train left the station before you jumped on , Richard has been on this slow moving train for sometime . No one has been railroaded . From our coign of vantage , having had the benefit of discovery , motion practice , trials , research and investigation .. It is now time for this train to reach its destination and be placed before the Court . Yours truly Russ Herman

Sent from my iPhone

On Aug 1, 2013, at 11:48 AM, "Jessica Case" <jcase@gettylawgroup.com> wrote:

> I feel the need to point out that Ms. Barrios insisted, despite being informed that our small office was dealing with a client emergency, that we respond to you with our proposed changes to the notice by the close of business Friday – two days after the hearing on the proposal. We went to great lengths to comply with your unilateral and unreasonable deadline, and were within reason to file the notice of our compliance and suggested changes with the Court. On Tuesday we sent a follow-up email requesting a conversation regarding the proposed changes and our thoughts regarding dates. We received no response until today, when we hear that you will be filing what you originally suggested, without any input on our part. It is apparent that we are attempting to work with you in good faith and are by no means trying to unreasonably delay this process. On the other hand, your attempt to railroad our Kentucky Class on the eve of us obtaining a decision from our Supreme Court is apparent.
>
> ***Please note new firm name and e-mail address***
>
> Jessica K. Case, Of Counsel
> THE GETTY LAW GROUP, PLLC
> 1900 Lexington Financial Center
> 250 West Main Street
> Lexington, Kentucky 40507
> Telephone: (859) 259-1900, Ext. 36
> Facsimile: (859) 259-1909
> jcase@gettylawgroup.com
>
> This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Thursday, August 01, 2013 12:38 PM
**To:** Jessica Case
**Cc:** Cabraser, Elizabeth J.; Dawn Barrios; Richard Getty; Douglas Marvin; Lenny Davis; Joyce Romano; Andy D. Birchfield Jr. (PSC); Christopher Seeger (PSC)
**Subject:** Re: Vioxx Consumer Preliminary Approval Order

YES THE COURT DIRECTED RICHARD TO MEET WITH ELIZABETH. HE IGNORED THE SUGGESTION AND INSTEAD FILED A SUBSTITUTE NOTICE ! Unfortunately we can no longer accept this pattern of delay and will move forward Yours Truly Russ Herman

Sent from my iPhone

On Aug 1, 2013, at 11:32 AM, "Jessica Case" <jcase@gettylawgroup.com> wrote:

> Once again, I refer you to the Court's Order [DE 64511] and his statement at the end of the hearing on the 24[th]. In response to Ms. Cabraser's comment at the end of the hearing to the effect of "We'd like to be able to fill in dates for the proposed order and resubmit that to you. They need to go into the notice as well," Judge Fallon stated: "Why don't you do that. And meet with Richard, Elizabeth, and get his input. See if there is such a notice that can be fashioned that satisfies his concern about confusion." Absolutely no attempt has been made on your part to meet or confer with us about any of the concerns raised in the July 24[th] hearing. We fully intend to share your cavalier rejection of our good faith attempts to confer with the Judge in the event you move forward in this manner.
>
>
> ***Please note new firm name and e-mail address***
>
> Jessica K. Case, Of Counsel
> THE GETTY LAW GROUP, PLLC
> 1900 Lexington Financial Center
> 250 West Main Street
> Lexington, Kentucky 40507
> Telephone: (859) 259-1900, Ext. 36
> Facsimile: (859) 259-1909
> jcase@gettylawgroup.com
>
>
> This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Thursday, August 01, 2013 12:28 PM
**To:** Jessica Case
**Cc:** Cabraser, Elizabeth J.; Richard Getty; Kate Danahay; dmarvin@wc.com; Dawn

Barrios; Lenny Davis
**Subject:** Re: Vioxx Consumer Preliminary Approval Order

Too bad !! We have schedules also and have been at a settlement process which benefits the class we represent for more than 18 months . We will not accept any further delays. We intend to ask the Court to move forward with dates proposed by notice expert this week Regards Russ Herman

Sent from my iPhone

On Aug 1, 2013, at 10:35 AM, "Jessica Case" <jcase@gettylawgroup.com> wrote:

> Elizabeth – The Court specifically directed the parties via written Order to meet and confer re: dates.  I am sorry, but Richard's schedule does not permit responding to you immediately.  Please let us know when you will be available for a telephone conference tomorrow to discuss.  Thank you.
> Jessica
>
> ***Please note new firm name and e-mail address***
>
> Jessica K. Case, Of Counsel
> THE GETTY LAW GROUP, PLLC
> 1900 Lexington Financial Center
> 250 West Main Street
> Lexington, Kentucky 40507
> Telephone:  (859) 259-1900, Ext. 36
> Facsimile:  (859) 259-1909
> jcase@gettylawgroup.com
>
> This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.

**From:** Cabraser, Elizabeth J. [mailto:ECABRASER@lchb.com]
**Sent:** Thursday, August 01, 2013 11:29 AM
**To:** Jessica Case; Richard Getty; kdanahay@hhklawfirm.com; dmarvin@wc.com; Dawn Barrios; Russ Herman
**Subject:** RE: Vioxx Consumer Preliminary Approval Order

Richard/Jessica-
If you are proposing different dates, please send  us these for consideration. The dates we propose are consistent with the schedule we described to the Court at the hearing.  We wish to submit to the Court this week to avoid further delay in the settlement approval process.
Thanks

<image001.gif>     **Elizabeth J. Cabraser**
ecabraser@lchb.com
t 415.956.1000
m 415.806.2100
f 415.956.1008
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** Jessica Case [mailto:jcase@gettylawgroup.com]
**Sent:** Thursday, August 01, 2013 11:20 AM
**To:** Richard Getty; kdanahay@hhklawfirm.com; dmarvin@wc.com; Dawn
Barrios; Cabraser, Elizabeth J.; Russ Herman
**Subject:** RE: Vioxx Consumer Preliminary Approval Order

Richard is in deposition, but I wanted to respond to say that we received
the attachment and are reviewing re: dates.  I should note that the
Court's July 24th order directed the parties to "meet and confer to set
dates within the proposed order." Please let us know whether you are
available  tomorrow or early next week for a conference call during
which we can discuss the proposed dates.
Best,
Jessica

### ***Please note new firm name and e-mail address***

Jessica K. Case, Of Counsel
THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone:  (859) 259-1900, Ext. 36
Facsimile:   (859) 259-1909
jcase@gettylawgroup.com

This electronic message transmission contains information from The Getty Law
Group, PLLC, which may be confidential or privileged. The information is
intended to be for the use of the individual or entity addressee named above. If
you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the contents of this information is prohibited. If you have
received this electronic transmission in error, please notify us by reply email or
by calling (859) 259-1900.

**From:** Richard Getty
**Sent:** Wednesday, July 31, 2013 5:40 PM
**To:** Jessica Case
**Subject:** FW: Vioxx Consumer Preliminary Approval Order

**From:** Kate Danahay [mailto:kdanahay@hhklawfirm.com]
**Sent:** Wednesday, July 31, 2013 5:27 PM
**To:** Richard Getty
**Cc:** Lenny Davis; Russ Herman; DMarvin@wc.com; Dawn Barrios

([barrios@bkc-law.com](barrios@bkc-law.com)) ([barrios@bkc-law.com](barrios@bkc-law.com)); Lillian Flemming
**Subject:** Vioxx Consumer Preliminary Approval Order

FROM LEONARD A. DAVIS:

Attached is a Preliminary Approval Order with revised dates inserted
that have been provided by Kinsella who will be assisting with
notice. The date of the final approval hearing is to be set by the
court. Just wanted you to be aware of this.

**Kate Danahay**
Legal Assistant to Leonard A. Davis,
Jeremy S. Epstein and Adam H. Weintraub
Herman, Herman & Katz, LLC
Herman Gerel, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (fax)
[kdanahay@hhklawfirm.com](kdanahay@hhklawfirm.com)
[www.hhklawfirm.com](www.hhklawfirm.com)

**PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED. PLEASE
UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.**

# CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended
solely for the addressee. Please do not read, copy, or disseminate it unless you
are the addressee. If you have received it in error, please call us (collect)
immediately at (504) 581-4892 and ask to speak with the message
sender. Also, we would appreciate your forwarding the message back to us
and deleting it from your system. Thank you.

 Please consider the environment before printing this e-mail

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged
information intended
solely for the addressee. Please do not read, copy,
or disseminate it unless
you are the addressee. If you have received it in
error, please call us
(collect) immediately at (504) 581-4892 and ask to
speak with the message
sender. Also, we would appreciate your forwarding
the message back to us and
deleting it from your system. Thank you.

This message is intended for the named recipients only. It may
contain information protected by the attorney-client or work-

product privilege. If you have received this email in error, please
notify the sender immediately by replying to this email. Please do
not disclose this message to anyone and delete the message and
any attachments. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information
intended
solely for the addressee.  Please do not read, copy, or
disseminate it unless
you are the addressee.  If you have received it in error, please
call us
(collect) immediately at (504) 581-4892 and ask to speak with the
message
sender.  Also, we would appreciate your forwarding the message
back to us and
deleting it from your system.  Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

**Kellie Lambert**

| | |
|---|---|
| **From:** | Richard Getty |
| **Sent:** | Thursday, August 01, 2013 1:50 PM |
| **To:** | Russ Herman; Jessica Case |
| **Cc:** | Cabraser, Elizabeth J.; Kate Danahay; dmarvin@wc.com; Dawn Barrios; Lenny Davis |
| **Subject:** | RE: Vioxx Consumer Preliminary Approval Order |

What is your hurry Russ ? It has only been a year and a half – why the urgency now ? Judge Fallon said you should get our input and from what I am seeing you appear to just want to ignore what we have to say or any of our concerns and just push on without giving us that chance. I sure hope I am wrong in that regard and will see some cooperation forthcoming. RAG

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Thursday, August 01, 2013 12:28 PM
**To:** Jessica Case
**Cc:** Cabraser, Elizabeth J.; Richard Getty; Kate Danahay; dmarvin@wc.com; Dawn Barrios; Lenny Davis
**Subject:** Re: Vioxx Consumer Preliminary Approval Order

Too bad !! We have schedules also and have been at a settlement process which benefits the class we represent for more than 18 months . We will not accept any further delays. We intend to ask the Court to move forward with dates proposed by notice expert this week Regards Russ Herman

Sent from my iPhone

On Aug 1, 2013, at 10:35 AM, "Jessica Case" <jcase@gettylawgroup.com> wrote:

> Elizabeth – The Court specifically directed the parties via written Order to meet and confer re: dates. I am sorry, but Richard's schedule does not permit responding to you immediately. Please let us know when you will be available for a telephone conference tomorrow to discuss. Thank you.
> Jessica

> ***Please note new firm name and e-mail address***

> Jessica K. Case, Of Counsel
> THE GETTY LAW GROUP, PLLC
> 1900 Lexington Financial Center
> 250 West Main Street
> Lexington, Kentucky 40507
> Telephone: (859) 259-1900, Ext. 36
> Facsimile: (859) 259-1909
> jcase@gettylawgroup.com

> This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.

**From:** Cabraser, Elizabeth J. [mailto:ECABRASER@lchb.com]
**Sent:** Thursday, August 01, 2013 11:29 AM
**To:** Jessica Case; Richard Getty; kdanahay@hhklawfirm.com; dmarvin@wc.com; Dawn Barrios; Russ Herman
**Subject:** RE: Vioxx Consumer Preliminary Approval Order

Richard/Jessica-
If you are proposing different dates, please send us these for consideration. The dates we propose are consistent with the schedule we described to the Court at the hearing. We wish to submit to the Court this week to avoid further delay in the settlement approval process.
Thanks


<image001.gif>    **Elizabeth J. Cabraser**
                  ecabraser@lchb.com
                  t 415.956.1000
                  m 415.806.2100
                  f 415.956.1008
                  Lieff Cabraser Heimann & Bernstein, LLP
                  275 Battery Street, 29th Floor
                  San Francisco, CA 94111-3339
                  www.lieffcabraser.com


**From:** Jessica Case [mailto:jcase@gettylawgroup.com]
**Sent:** Thursday, August 01, 2013 11:20 AM
**To:** Richard Getty; kdanahay@hhklawfirm.com; dmarvin@wc.com; Dawn Barrios; Cabraser, Elizabeth J.; Russ Herman
**Subject:** RE: Vioxx Consumer Preliminary Approval Order

Richard is in deposition, but I wanted to respond to say that we received the attachment and are reviewing re: dates. I should note that the Court's July 24th order directed the parties to "meet and confer to set dates within the proposed order." Please let us know whether you are available tomorrow or early next week for a conference call during which we can discuss the proposed dates.
Best,
Jessica

*****Please note new firm name and e-mail address*****

Jessica K. Case, Of Counsel
THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900, Ext. 36
Facsimile: (859) 259-1909
jcase@gettylawgroup.com

This electronic message transmission contains information from The Getty Law Group, PLLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity addressee named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by reply email or by calling (859) 259-1900.


**From:** Richard Getty
**Sent:** Wednesday, July 31, 2013 5:40 PM

**To:** Jessica Case
**Subject:** FW: Vioxx Consumer Preliminary Approval Order

**From:** Kate Danahay [mailto:kdanahay@hhklawfirm.com]
**Sent:** Wednesday, July 31, 2013 5:27 PM
**To:** Richard Getty
**Cc:** Lenny Davis; Russ Herman; DMarvin@wc.com; Dawn Barrios (barrios@bkc-law.com) (barrios@bkc-law.com); Lillian Flemming
**Subject:** Vioxx Consumer Preliminary Approval Order

FROM LEONARD A. DAVIS:

Attached is a Preliminary Approval Order with revised dates inserted that have been provided by Kinsella who will be assisting with notice. The date of the final approval hearing is to be set by the court. Just wanted you to be aware of this.

**Kate Danahay**
Legal Assistant to Leonard A. Davis,
Jeremy S. Epstein and Adam H. Weintraub
Herman, Herman & Katz, LLC
Herman Gerel, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (fax)
kdanahay@hhklawfirm.com
www.hhklawfirm.com

PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED. PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.

# CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

Please consider the environment before printing this e-mail

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee. Please do not read, copy, or disseminate it unless
you are the addressee. If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender. Also, we would appreciate your forwarding the message back to us and
deleting it from your system. Thank you.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please

notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

**Richard Getty**

| | |
|---|---|
| **From:** | Richard Getty |
| **Sent:** | Thursday, August 01, 2013 2:35 PM |
| **To:** | 'Russ Herman' |
| **Cc:** | Jessica Case; Cabraser, Elizabeth J.; Kate Danahay; dmarvin@wc.com; Dawn Barrios; Lenny Davis; Joyce Romano |
| **Subject:** | RE: Vioxx Consumer Preliminary Approval Order |

Russ, Seriously, would you not agree with me that it makes far more sense to wait and is clearly unfair to the Kentucky Class to rush ahead with dissemination of an MDL Notice of settlement when all these problems can be easily and simply be avoided by waiting just roughly a month or a month and a half, by which time we will likely have a ruling by the Kentucky Supreme Court. Only four months have passed since you first contacted me to thankfully alert me to what Merck was doing in the MDL proceedings. Why can't we wait just a bit longer before a Notice is sent out that creates confusion and raises problems that can be avoided by just a bit more patience. By agreeing with Merck to move forward now you are forcing us to take actions formally to oppose the Notice and perhaps the settlement itself. From day one we have wanted only to not be tangled up in these proceedings. But by agreeing to move forward now , after waiting so long, you force us to take actions that we hoped would never be necessary. Please reconsider what is really best for all of us (except perhaps Merck which has an obvious secondary agenda ) and best for the Court by just exercising more patience and avoiding a fight that should never have occurred. Feel free to call me to discuss these things directly. If we cannot agree on some alternative to the presently proposed deadline on sending the Notice we will be forced to formally oppose the Notice and other aspects of what is being proposed – all of which we truly want to avoid. I hope you will call and I hope we can avoid these unnecessary problems and disputes. Sincerely, Richard A. Getty

---

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Thursday, August 01, 2013 2:03 PM
**To:** Richard Getty
**Cc:** Jessica Case; Cabraser, Elizabeth J.; Kate Danahay; dmarvin@wc.com; Dawn Barrios; Lenny Davis; Joyce Romano
**Subject:** Re: Vioxx Consumer Preliminary Approval Order

Your concept of time and mine are considerably at odds Richard . The delays you have been accorded and those you seek appear transparent . You apparently need to have your Supreme Court rule before Federal MDL notice is published and that need governs your conduct. AT this juncture our responsibilities are different ( as we are fiduciaries for an entire nationwide consumer class .) We have spent considerable time and resource with notice experts and will abide By their direction as to notice , publication and timing . Any further delays will push the MDL settlement into mid 2014 and that is totally unacceptable . Regards Russ

Sent from my iPhone

On Aug 1, 2013, at 12:51 PM, "Richard Getty" <rgetty@gettylawgroup.com> wrote:

What is your hurry Russ ? It has only been a year and a half – why the urgency now ? Judge Fallon said you should get our input and from what I am seeing you appear to just want to ignore what we have to say or any of our concerns and just rush on without giving us that chance. I sure hope I am wrong in that regard and will see some cooperation forthcoming. RAG

---

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Thursday, August 01, 2013 12:28 PM
**To:** Jessica Case
**Cc:** Cabraser, Elizabeth J.; Richard Getty; Kate Danahay; dmarvin@wc.com; Dawn Barrios; Lenny Davis
**Subject:** Re: Vioxx Consumer Preliminary Approval Order