UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 05-MD-01657
MDL Docket No. 1657

| | |
|---|---|
| In Re: VIOXX  *<br>PRODUCTS LIABILITY LITIGATION  *<br>  *<br>  *<br>  *<br>  *<br>  * | SECTION "L"<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

Interested Party, James Ratliff, through counsel, having filed a Motion Stay Dissemination Of Notice And Modify Dates Contained In The Proposed Class Notice And Incorporated Memorandum Of Law, and the Court having reviewed the record and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion is granted and dissemination of the Proposed Class Notice is STAYED pending a final ruling on the question of the certification of the Kentucky Class by the Kentucky Supreme Court.

.

Done this _____ day of August, 2013.


_____
JUDGE,UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA




SUBMITTED BY:

/s/ Richard A. Getty
RICHARD A. GETTY
    and
JESSICA K. CASE

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507
Telephone:  (859) 259-1900
Facsimile:   (859) 259-1909

COUNSEL FOR JAMES RATLIFF,
ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

Jkcpld0733