UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: SHERRILL HERKE, INDIVIDUALLY AND ON BEHALF OF A PROPOSED CLASS OF THOSE SIMILARLY SITUATED**

## ORDER

The Court has received and considered James Ratliff's Motion to Intervene for the purpose of objecting to the Proposed Settlement, pursuant to Federal Rule of Civil Procedure 24. (Rec. Doc. 64487). Ratliff seeks to intervene in order to object to the Proposed Class Settlement (See Rec. Doc. 64487-1), discover and obtain documents relevant to the Proposed Class Settlement's fairness, seek exclusion from the Proposed Class Settlement, and request that the Court stay dissemination of notice of the Proposed Class Settlement pending a decision by the Kentucky Supreme Court on the issue of certification of a Kentucky class action.

Rule 23 provides an opportunity for "[a]ny class member [to] object to a [proposed class settlement] . . . ." Fed. R. Civ. P. 23(e)(5). The Court finds that Rule 23, not Rule 24, provides the appropriate mechanism for Ratliff and others similarly situated to object to the Proposed Class Settlement. The Court further finds that Ratliff's motion to intervene fails to meet Rule 24's mandate that it "be accompanied by a pleading that sets out the claim or defense for which intervention is sought." Fed. R. Civ. P. 24(c).

**IT IS ORDERED** that Ratliff's Motion to Intervene is **DENIED** without prejudice.

2

New Orleans, Louisiana, this 2nd day of August, 2013.

                                                               */s/ Eldon E. Fallon*
                                                              UNITED STATES DISTRICT JUDGE