UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx § | | MDL Docket No. 1657 |
| § | | |
| PRODUCTS LIABILITY § | | SECTION L |
| LITIGATION § | | |
| § | | JUDGE FALLON |
| Genoveva Villarreal v. Merck § | | |
| 2006-63396 (TX) § | | MAGISTRATE JUDGE |
| VCN: 1059237 § | | KNOWLES |

**PLAINTIFF'S MOTION TO RELEASE FUNDS**
**HELD BY THE REGISTRY OF THE COURT**

Plaintiff, Genoveva Villarreal ("Plaintiff"), through its undersigned counsel, moves the Court for entry of an Order releasing funds due to Plaintiff from Vioxx Products Liability Litigation, MDL Docket No. 1657 that have remained with the Court registry due to unresolved estate issues. All estate issues have been resolved and the Vioxx Settlement Portal established by Brown Greer labels the plaintiff as having no current deficiencies. Plaintiff requests that the award of $31,581.70 as determined by the Vioxx Settlement Plan be released from the Court Registry to the plaintiff.

1. Plaintiff brought claim against Merck & Co., Inc. (Defendant) in 2006 in the 280th District Court in Harris County, Texas, and was later transferred to the 157th District Court in Harris County, Texas.

2. On November 9, 2007, Defendant and other parties in this litigation announced the establishment of the Vioxx Resolution Program. The requirements of that Program are set out in the Master Settlement Agreement (MSA). By submitting an enrollment form, claimants and their enrolling counsel agree to be bound by all of the terms and conditions of the Agreement.

3. Under the terms of the MSA, participating claimants were required to provide executed form releases and form stipulations of dismissal (where applicable) to the Claims

Administrator. The MSA provides that the Claims Administrator retains control of the Release and Stipulations for any individual claimant until a final settlement payment is made to that claimant, and then the release and stipulations are delivered to Defendant.

4.  As of June 6, 2011, Defendant had payed 50,000 claims through the Vioxx Resolution Program. *See* **Exhibit 1**, **Defendants Motion to Tender Releases and Stipulations.** A number of claims remained open though due to problems in producing adequate releases or stipulations. The Claims Administrator was not been able to issue final payments to these remaining claimants, and continued to retain possession of the releases and stipulations.

5.  Defendant moved to have the remaining releases and stipulations delivered to it in return from distributing the remaining undisbursed amounts for outstanding claims to the Court Registry. **Exhibit 1**. The Court Registry continues to hold onto these deposited amounts for claims that have not resolved issues regarding releases and stipulations.

6.  Under the established settlement program, Plaintiff was awarded 21.13 IS points. *See* **Exhibit 2**, **IS Payment Summary**. Each point in the breakdown is awarded $1,833.32, so Plaintiff's total final award was $38,738.05. *See* **Exhibit 2**. Amounts were subtracted out to cover Common Costs and Benefits Fees ($2,905.35) and a Federal Medicare Lien ($4,251.00), leaving a final payment amount of $31,581.70. *See* **Exhibit 2.**

7.  Plaintiff had enrollment deficiencies because there remained unidentified heirs and interest to the claim. Plaintiff's funds remained undistributed due to these unresolved issues with her estate.

8.  Those heirs were identified, and a small estate affidavit was created and approved at the County Court at Law #2 in Ector County, Texas. *See* **Exhibit 3, Small Estate Affidavit**. The heirs were properly identified, and include Plaintiff's husband, her two surviving children, and five

grandchildren of deceased children.  *See* **Exhibit 3**.  This small estate affidavit was approved by the Judge of the Probate Court on September 30, 2011.  *See* **Exhibit 4**, **Order and Approval of Judge for Affidavit of Distributees - Small Estates**.

9. With the necessary stipulations for dismissal satisfied, the enrollment deficiencies were removed and the Vioxx Settlement Portal has now been updated to show Plaintiff's current standing.  *See* **Exhibit 5 Copy of Enrollment Status from Vioxx Settlement Portal**.  The Enrollment Page on the Vioxx Settlement Portal provides access to the current status of each plaintiff.  *See* **Exhibit 5**.  Plaintiff's status of her release and stipulation are currently listed as No Current Deficiencies (NCD).  *See* **Exhibit 5**.

10. Plaintiff has satisfied all requirements established by the MSA that have previously remained unresolved due to issues with her estate.  Because Plaintiff has provided the proper and necessary releases and stipulations to the Claims Administrator, the Plaintiff is now entitled to distribution of her award from the Court Registry.

11. Plaintiff requests the Court Grant Plaintiff's motion to release funds and order distribution from the Registry in the amount of $31,581.70 that is the final calculated award due Plaintiff in accordance with the Vioxx Settlement Plan from the Court Registry.

Respectfully submitted,
**HOUSSIERE, DURANT & HOUSSIERE, L.L.P.**

BY: /s/ Monica C. Vaughan
Monica C. Vaughan
State Bar No. 00794784
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056-3812
Telephone: (713) 626-3700
Facsimile: (713) 626-3709

ATTORNEY FOR PLAINTIFF