UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Lists* | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MERCK & CO., INC.'S MOTION, RULE AND INCORPORATED
MEMORANDUM TO SHOW CAUSE WHY
REMAINING SETTLEMENT PROGRAM RELEASES AND STIPULATIONS
SHOULD NOT BE TENDERED TO MERCK**

Defendant Merck & Co., Inc. ("Merck"), through its undersigned counsel, moves the Court for entry of an Order requiring claimants identified in the attached exhibit to show cause why the releases and stipulations currently being held by the Claims Administrator for the Vioxx Resolution Program should not be tendered to Merck without any additional delay. Merck has fully complied with all of its obligations under the Master Settlement Agreement ("MSA") with respect to these claimants. Funds for payment of these cases have been provided by Merck. The Claims Administrator, however, has been impeded from disbursing the funds due to administrative issues unaddressed by plaintiffs. Therefore, Merck requests that the Court order that the Claims Administrator deliver the releases and stipulations of dismissal to Merck to bring these remaining claims to closure, and set a final deadline for the claimants' resolution of these issues with the Claims Administrator after which funds for unresolved claim will be deposited in the registry of the Court. In support of this motion, Merck states as follows:



1. On November 9, 2007, the parties in this litigation announced the establishment of the Vioxx Resolution Program. The requirements of that Program are set out in the MSA. By submitting an enrollment form, claimants and their enrolling counsel agree to be bound by all of the terms and conditions of the Agreement. See MSA § 1.2.4.

2. The opportunity to enroll in the Settlement Program was extended to Eligible Claimants, as defined in the Agreement, including qualifying plaintiffs in lawsuits pending against Merck and claimants who executed a Tolling Agreement as referenced in the Notice of Filing of Tolling Agreement which was filed in the MDL Court on June 9, 2005 and amended pursuant to the Notice of Amendment to Tolling Agreement filed in the MDL Court on March 7, 2007. See M.S.A. § 1.2.1; § 17.1.22.

3. As part of the Resolution Program, Merck provided $4.85 Billion to be distributed to qualifying claimants in settlement funds. The process for evaluating claims is set out in the MSA, and was further refined through protocols established by the Claims Administrator. Ultimately, more than 50,000 claims were processed through the Program, and all of the settlement funds were fully allocated. See July 27, 2010 Final Report of Claims Administrator.

4. Although all of the settlements have been allocated, approximately $6 million remains undisbursed. These undisbursed funds relate to 50 (fifty) claimants and consist of unpaid claims ranging from $605 to $388,000. Of these 50 claims, 47 remain open because the claimants are deceased and there are unresolved estate issues. The other claims remain open because of unresolved lien issues – specifically, the amount that the Claims Administrator is required to retain for payment of mandatory liens exceeds the amount of funds allocated to that claim.

5. Under the terms of the MSA, participating claimants were required to provide executed form releases and form stipulations of dismissal (where applicable) to the Claims Administrator. The MSA provides that the Claims Administrator retains control of the Release and Stipulations for any individual claimant until a final settlement payment is made to that claimant, and then the release and stipulation are delivered to Merck. *See* M.S.A. § 7.3. Because the Claims Administrator has not been able to issue final payments to these remaining claimants, the Claims Administrator has continued to retain possession of the releases and stipulations. Thus, even though Merck has paid every dollar it was required to pay under the MSA and has taken all other steps it was required to take, it nonetheless does not have finality as to these 50 claims.

6. The claimants and their counsel identified on the attached exhibits have had numerous opportunities and ample time to address the outstanding estate and lien issues. Accordingly, Merck respectfully requests that this Court (a) direct the Claims Administrator to provide all remaining releases and stipulations to Merck by *August 5, 2011,* (b) direct the Claims Administrator to provide the Court on that same date with a report as to each plaintiff who still remains unresolved identifying the unresolved issues that preclude payment; and (c) issue an Order directing counsel for the remaining claimants to provide an explanation to the Court within 30 days (i.e. September 6, 2011) as to why the issues remain unresolved; (d) and set a date after which funds still held by the Claims Administrator for these claimants are deposited in the registry of the Court.

## CONCLUSION

For the foregoing reasons, Merck respectfully asks the court to enter an order to show cause as set forth above.

Dated: June 2, 2011

        Respectfully submitted,

        By: /s/ Dorothy H. Wimberly
           Phillip A. Wittmann, 13625
           Dorothy H. Wimberly, 18509
           STONE PIGMAN WALTHER
           WITTMANN L.L.C.
           546 Carondelet Street
           New Orleans, Louisiana 70130
           Phone: 504-581-3200
           Fax:   504-581-3361

        Defendants' Liaison Counsel

        —and—

           Douglas R. Marvin
           Eva Petko Esber
           M. Elaine Horn
           WILLIAMS & CONNOLLY LLP
           725 Twelfth Street, N.W.
           Washington, D.C. 20005
           Phone: 202-434-5000
           Fax:   202-434-5029

        Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Rule to Show Cause has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of June, 2011.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

Case 2:05-md-01657-EEF-DEK Document 63015-2 Filed 06/02/11 Page 1 of 3

Exhibit A

| | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|---|---|---|---|---|---|
| 1. | 1004491 | Webb, Debra A. | MDL Claimant | TOLLING | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | 1053456 | Rothberger, Ellen | Carol Allen, et al. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK | Branch Law Firm |
| 3. | 1053498 | Samuels, Phyllis M. | Lonnie Allen, Jr., et al. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK | Branch Law Firm |
| 4. | 1096042 | Robinson, Joyce L. | Joseph Squillace, et al v. Merck & Co., Inc., et al | 2:05-cv-02931-EEF-DEK | Carey & Danis, LLC |
| 5. | 1096360 | Tiberio, Shirley | Albert Tiberio, et al v. Merck & Co., Inc. | 2:06-cv-01418-EEF-DEK | Carey & Danis, LLC |
| 6. | 1078636 | St. Jean, Wilfrid | Wilfrid St. Jean and Elza St. Jean v. Merck & Co., Inc. | ATL-L-6802-05-MT (NJ) | Dankner & Milstein, PC |
| 7. | 1089150 | Miller, Annie | Amanda Evans, as Testatrix of the Estate of Annie Miller a/k/a Annie Louise Miller v. Merck & Co., Inc. | 2:05-cv-06761-EEF-DEK | Dinkes & Schwitzer, P.C. |
| 8. | 1104441 | Comer, Ruby | Alberto Benitez, et al vs. Merck & Co., Inc. | 2005-59470 (TX) | Gallagher Law Firm (TX) |
| 9. | 1104480 | Epler, Patricia | Nona Adams, et al vs. Merck & Co. Inc. | 2:07-cv-07518-EEF-DEK | Gallagher Law Firm (TX) |
| 10. | 1104501 | Gallego, Margaret | William Berry, et al vs. Merck & Co., Inc. | 2006-62683 (TX) | Gallagher Law Firm (TX) |
| 11. | 1104601 | Hughes, Thomas | MDL Claimant | TOLLING | Gallagher Law Firm (TX) |
| 12. | 1104641 | Miller, Todd | William Berry, et al vs. Merck & Co., Inc. | 2006-62709 (TX) | Gallagher Law Firm (TX) |
| 13. | 1104669 | O'Brien, Naomi | Leo Calcavecchia, et al vs. Merck & Co., Inc. | 2:06-cv-07090-EEF-DEK | Gallagher Law Firm (TX) |
| 14. | 1104503 | Rivera, Maria De Jesus | MDL Claimant | TOLLING | Gallagher Law Firm (TX) |
| 15. | 1059237 | Villarreal, Genoveva | Genoveva Villarreal v. Merck | 2006-63396 (TX) | Houssiere Durant & Houssiere LLP |
| 16. | 1064591 | Horton, Estate Of Joan | Joan Horton v. Merck & Co., Inc. | 2006-62620 (TX) | Laminack, Pirtle & Martines |
| 17. | 1097516 | Young, Louise | Janet Avant, et al. v. Merck & Company, Inc. | 2:08-cv-00882-EEF-DEK | Langston & Langston, PLLC |
| 18. | 1072243 | Goodman, Ralph E. | MDL Claimant | TOLLING | Lopez, Hodes, Restaino, Milman & Skikos |
| 19. | 1092407 | Dane, Clayton, Jr. | Merry DeLorenzo and Clayton Dane, III, as | ATL-L-2227-06 (NJ) | Lopez, McHugh LLP |

1

| | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|---|---|---|---|---|---|
| 20. | 1092424 | Effinger, Ernest | Personal Representatives of the Estate of Clayton A. Dane, Jr v. Merck & Co., Inc. | | Lopez, McHugh LLP |
| 21. | 1092627 | Pierce, Lionel L. | MDL Claimant | TOLLING | Lopez, McHugh LLP |
| 22. | 1084038 | Bekier, Robert P. | Frank Ackenback, et al vs. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | Matthews & Associates |
| 23. | 1082674 | Campbell, Patricia | Thelma L. Curtis, et al vs. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK | Matthews & Associates |
| 24. | 1083821 | Crowder, Betty G. | Clara E. Clark, et al vs. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | Matthews & Associates |
| 25. | 1084165 | Jimenez Frean, Maria D. | Edgardo Rivera Marieti, Individually and on behalf of the Estate of Julio Rivera Olivieri, et al. v. Merck & Co., Inc. | 2:06-CV-07041-EEF-DEK | Matthews & Associates |
| 26. | 1083752 | Gordon, Joann | Joann Gordon v. Merck & Co., Inc. | 2006-61135 (TX) | Matthews & Associates |
| 27. | 1083098 | Harbold, Mary L. | Lucille Ballard, et al vs. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK | Matthews & Associates |
| 28. | 1083985 | McCune, Joe L. | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | Matthews & Associates |
| 29. | 1083660 | Myers, Mattie | Karen A. Montalto, et al vs. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | Matthews & Associates |
| 30. | 1083227 | Rhodes, Catherine L. | Linda M. Cable, et al vs. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | Matthews & Associates |
| 31. | 1084135 | Robertson, Tammy S. | Karen A. Montalto, et al vs. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | Matthews & Associates |
| 32. | 1056117 | Moore, Karen S. | Karen Sue Moore and Richard Moore v. Merck and Co., Inc. | 2:06-cv-05783-EEF-DEK | Meshbesher and Spence, Ltd. |
| 33. | 1009416 | Nash, Harold C. | Harold Nash and Shirley Nash v. Merck & Co., Inc. | ATL-L-3656-06-MT (NJ) | Morelli Ratner PC |
| 34. | 1026669 | Monroe, Lessie (dec.) | Allian Craft as Proposed Administrator for the Estate of Lessie Monroe v. Merck & Co., Inc. | ATL-L-15946-06 (NJ) | Motley, Rice LLC |
| 35. | 1024765 | Struble, Shirley J. | Josephine Evans, et al vs Merck & Co, Inc | 2:06-cv-06469-EEF-DEK | Myler, Brad & Associates |
| 36. | 1113935 | Bezio, Norman V. | MDL Claimant | TOLLING | Pro - Se |
| 37. | 1113795 | Chisley, Joseph Sylvester | MDL Claimant | TOLLING | Pro - Se |

2

Case 2:05-md-01657-EEF-DEK Document 63015-2 Filed 06/02/11 Page 3 of 3

|     | VCN     | Claimant Name        | Case Name                                                                                                                                      | Case No.              | Primary Counsel                        |
|-----|---------|----------------------|------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------|----------------------------------------|
| 38. | 1080726 | Caeser, Rachel A.    | Racheal Ceaser vs. Merck & Co., Inc.                                                                                                           | 1:05cv0276 (MDL-1657) | Reaud, Morgan & Quinn L.L.P.           |
| 39. | 1021184 | Donaldson, Esther A. | Carole Dawson, Individually and as Personal Representative of the Estate of Esther A. Donaldson, Deceased v. Merck & Co., Inc.                 | ATL-L-8872-06-MT (NJ) | Seeger Weiss LLP                       |
| 40. | 1021469 | McClure, Drucilla R. | Drucilla R Mcclure v. Merck & Co., Inc.                                                                                                        | ATL-L-11304-06-MT (NJ) | Seeger Weiss LLP                      |
| 41. | 1070592 | Labasano, Elsia P.   | MDL Claimant                                                                                                                                   | TOLLING               | The Law Group, Ltd.                    |
| 42. | 1059557 | Marshall, William A. | William A. Marshall and Marsha Marshall vs. Merck and Co.                                                                                      | ATL-L-953-05MT (NJ)   | Weinberg, Eric H., Law Firm of         |
| 43. | 1032000 | Lauber, Esther       | Faigie Schwartz as Proposed Administrator of the Estate of Esther Lauber deceased v. Merck & Co., Inc., Pfizer, Inc. and Pharmacia Corp.       | ATL L 15786 06 MT (NJ) | Weitz & Luxenberg, P.C.               |
| 44. | 1032638 | Pearsall, Margery S. | MDL Claimant                                                                                                                                   | TOLLING               | Weitz & Luxenberg, P.C.                |
| 45. | 1094607 | Fletcher, Wilma      | Daryl Hill, et al v. Merck & Co., Inc.                                                                                                         | 2:05-cv-04325-EEF-DEK | Carey & Danis, LLC                     |
| 46. | 1104427 | Carter, Barbara Ann  | Nona Adams, et al vs. Merck & Co. Inc.                                                                                                         | 2:07-cv-07518-EEF-DEK | Gallagher Law Firm (TX)                |
| 47. | 1028113 | Lammers, Karla R.    | Danny Slates, Individually and OBO Karla Lammers, deceased, v. Merck & Co., Inc.                                                               | 2:07-cv-01487 EEF-DEK | Bartimus, Frickleton, Robertson & Gorny |

*Claimants with lien issues*

|    | VCN     | Jurisdiction | Claimant Name    | Case Name                                          | Case No.              | Primary Counsel                                     |
|----|---------|--------------|------------------|----------------------------------------------------|-----------------------|-----------------------------------------------------|
| 1. | 1002852 | Tolling      | Gortney, Earcle  | MDL Claimant                                       | TOLLING               | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | 1021505 | NJ           | Walker, Freda S. | Freda Walker and Elwin Walker v. Merck & Co., Inc. | ATL-L-5139-06-MT      | Seeger Weiss LLP                                    |
| 4. | 1061644 | MDL          | Vaughn, Jack E.  | Jack Vaughn v. Merck & Co., Inc.                   | 2:06-cv-03008-EEF-DEK | Goldenberg & Johnson, PLLC                          |

3