*Confidential Information*

| V4201 | IS PAYMENT SUMMARY (Data as of: 7/11/13 ) |
|---|---|

### I. CLAIMANT INFORMATION

| Claimant Name | Villarreal, Genoveva | | | VCN | 1059237 |
|---|---|---|---|---|---|
| Law Firm | Houssiere Durant & Houssiere LLP | | | Enrollment Status | IP Enrolled |
| Primary Injury: | IS | Date of Injury: 5/16/01 | Secondary Injury: | | Date of Injury: |

### II. PAYMENT SUMMARY

This is an official communication from the Vioxx Claims Administrator that provides a summary of all Payments and withholdings regarding the claim you filed in the Vioxx Settlement Program. The Final IS Point Value that forms the basis of the gross settlement payment is $1,833.32 per point. The following accounting provides a breakdown of all payments and withholdings.

#### A. Final Award

| 21.13 Points x $1,833.32 per Point | $38,738.05 |
|---|---|

#### B. Payments Issued to Claimant

| | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|
| 1. | IS Final | $31,581.70 | |
| 2. | Subtotal of Payments to Claimant | $31,581.70 | |

#### C. Deductions from Final Award

This section provides the status of any liens or court-ordered amounts withheld at the time the Final payment was issued.

| | Withholding Type | Current Withheld Amounts | Withheld Date |
|---|---|---|---|
| 1. | Federal Medicare Lien - Withheld | | |
| 2. | State Medicaid Lien - Withheld | | |
| 3. | Other Govt Lien - Withheld | | |
| 4. | PLRP Lien - Withheld | | |
| 5. | 1% Common Benefit Costs Withheld | $387.38 | 9/19/11 |
| 6. | 8% Common Benefit Fees Withheld | $2,517.97 | 9/19/11 |
| 7. | PTO 50 - Withheld | | |
| 8. | Other Private Lien - Withheld | | |
| 9. | Subtotal of Withholdings | $2,905.35 | |

| | Other Transactions | Amount | Transfer Date |
|---|---|---|---|
| 1. | Federal Medicare Lien - Paid | $4,251.00 | 6/7/12 |
| 2. | Subtotal of Other Transactions | $4,251.00 | |

#### D. Current Status of LRA Lien Withholdings

| | Lien Type | Amount | Status | Status Date |
|---|---|---|---|---|
| 1. | Federal Medicare | $4,251.00 | COMPLETE | |
| 2. | State Medicaid | $0.00 | N/A | |
| 3. | "Other Government" Liens | $0.00 | N/A | |
| 4. | Private Lien Resolution Program ("PLRP") Liens | $0.00 | N/A | |

**EXHIBIT 2**

*Confidential Information*

| III. EXPLANATION OF DEDUCTIONS AND LIEN WITHHOLDINGS |
|---|
| The data in Section II.D reflects current LRA data as of the date of this Payment Summary report. "Complete" means that the lien has been finalized, and the amount listed is what is being paid to satisfy the obligation. "Pending" or "TBD" means that the lien amount has not been finalized and may be reduced. If it is reduced, the Claims Administrator will instruct the Escrow Agent to issue a payment to you for the difference between the amount withheld and the amount due. "N/A" means that there is no lien associated with your claim for that specific program. |
| IV. COMMON BENEFIT FEES AND ATTORNEYS' FEES |
| The Points award displayed in Section II.A above has been assessed an 8% deduction for Common Benefit Fees pursuant to Section 9.2.1 of the Settlement Agreement. The Claims Administrator set aside the 8% before remitting payment to your attorney on your behalf. Because the Court has ordered that the total for attorneys' fees cannot exceed 32%, your attorney may only withhold another 24% from your award, even if your individual retainer agreement was greater than or equal to 32%. If the retainer agreement was less than 32% your attorney may only withhold the difference between that percentage and 8%. Fixed Payment claims will not be assessed the 8% |
| V. COMMON BENEFIT COSTS |
| The Points award displayed in Section II.A above has been assessed a 1% deduction for Common Benefit expenses pursuant to Section 9.2.2 of the Settlement Agreement and Pretrial Order 51. The Claims Administrator set aside the 1% before remitting payment to your attorney on your behalf. Unlike the 8% Common Benefit Fee that comes out of your individual attorneys' fees, the 1% deduction for reimbursement of the Common Benefit Attorneys' |
| VI. DELIVERY OF RELEASE AND STIPULATION OF DISMISSAL TO MERCK |
| As provided in Section 7.3 of the Settlement Agreement, the Claims Administrator will deliver the Release and the Stipulation of Dismissal with Prejudice, if applicable, that you submitted when you Enrolled in the Settlement Program. Merck shall be free to file or cause to be filed such Stipulation of Dismissal with Prejudiced and/or Release in any relevant action or proceeding. |