NO. _____398_____

| | | |
|---|---|---|
| IN RE: | § | COUNTY COURT AT LAW #2 |
| ESTATE OF GENOVEVA | § | IN THE ~~PROBATE COURT OF~~ |
| VILLARREAL, DECEASED | § | |
| | § | ECTOR COUNTY, TEXAS |
| | § | |
| | § | PROBATE COURT NO. ___ |

## SMALL ESTATE AFFIDAVIT

This, the affidavit of all of the distributees of the estate of Genoveva G. Villarreal , deceased, is respectfully submitted and shows:

1.    That Genoveva G. Villarreal died on or about the 5th day of January, 2008, without leaving a will, at Houston, Harris County, Texas.

2.    That the domicile of the decedent at the time of death was Ector County, Texas.

3.    That no petition for the appointment of a personal representative of the decedent's estate is pending nor has been granted.

4.    That more than thirty days have elapsed since the death of the decedent.

5.    That the value of the entire estate, not including homestead and exempt property, does not exceed fifty thousand dollars ($50,000.00).

6.    That the assets of the decedent are as follows:

| Description (including account numbers, VIN numbers, etc., where applicable) | Community or Separate | Value |
|---|---|---|
| Cause No. 2006-63396; *Genoveva Villarreal v. Merck & Co, Inc.,* In the 280th Judicial District Court of Harris County, Texas | Separate | $38,738.05 |

7.    That all the known liabilities of the decedent's estate are as follows:    <u>None</u>

8.    That the names, addresses and telephone numbers of all distributees, and their right to receive money or property, or to have such evidences of money, property or other rights, to the extent that the assets, exclusive of homestead and exempt property, exceed the known liabilities of the estate are as follows:

EXHIBIT

tabbies

3

TRUE AND CORRECT COPY
OF THE ORIGINAL FILED
IN THE OFFICE OF THE
COUNTY CLERK, ECTOR COUNTY
PAGE _1_ OF _12_ PAGES

| Names, addresses and telephone numbers of distributees (inheritors) | Capacity in which claim is made (relationship to decedent) | Portion of Estate to which entitled (to be completed by Court) | |
|---|---|---|---|
| | | *Community Share* | *Separate Share* |
| Reducindo Villarreal, Jr. 6317 W. 29th Street Odessa, TX 79764 432-381-3060 | Spouse | $12,912.67 Separate Share | |
| Salvador Ector Villarreal 6317 W. 29th Street Odessa, Texas 79764 432-381-3060 | Son | $6,456.34 Separate Share | |
| Monica Ornelas 3105 Merrill Odessa, TX 79764-6634 432-456-8769 | Daughter of Deceased Son, Jose Alejandro Villarreal, deceased | $3,228.17 Separate Share | |
| Joe A. Villarreal 810 Lake Carolyn Parkway Apartment 227 Irving, TX 75039 214-300-8409 | Son of Son of Deceased, Jose Alejandro Villarreal, deceased | $3,228.17 Separate Share | |
| Irma V. Sifuentes 6329 W. 29th Street Odessa, Texas 79764 432-385-0496 | Daughter | $6,456.34 Separate Share | |
| Veronia Chavez 1019 E. Hillmont Road Odessa, TX 79765 432-559-5148 | Daughter of Deceased Son, Ediberto Villarreal, deceased | $2,152.12 Separate Share | |



TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN THE OFFICE OF THE COUNTY CLERK, ECTOR COUNTY PAGE 2 OF 2 PAGES

| Names, addresses and telephone numbers of distributees (inheritors) | Capacity in which claim is made (relationship to decedent) | Portion of Estate to which entitled (to be completed by Court) | |
|---|---|---|---|
| | | Community Share | Separate Share |
| Valorie Villarreal<br>4327 Clover Street<br>Odessa, Texas 79762<br>432-425-5495 | Daughter of Deceased Son, Ediberto Villarreal, deceased | $2,152.12 Separate Share | |
| Vanessa Villarreal<br>1020 Yellowstone<br>Odessa, TX 79765<br>432-889-9880 | Daughter of Deceased Son, Ediberto Villarreal, deceased | $2,152.12 Separate Share | |

9.    The legal description of the decedent's homestead is:    **None**

10.    **§ 137 of the Texas Probate Code does not affect the disposition of property under the terms of a Will or other testamentary document, nor does it transfer title to real property other than the decedent's homestead.**

Wherefore, the distributees of the estate pray that the Court enter an order and approve the distribution of that part of the estate to which each distributee is entitled without awaiting the appointment of a personal representative.

TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN THE OFFICE OF THE COUNTY CLERK, ECTOR COUNTY PAGE 3 OF 13 PAGES

Signature of Distributees:

X _[signature]_
Reducindo Villarreal, Jr.

THE STATE OF TEXAS          §

COUNTY OF ECTOR            §

Before me, the undersigned authority, on this day personally appeared Reducindo Villarreal, Jr., who being by me duly sworn upon oath states that the foregoing affidavit is true and correct in every respect. Sworn and subscribed to by the named distributee on the _27th_ day of _July_, 2011.

> **VANESSA RENEE VILLARREAL**
> Notary Public, State of Texas
> My Commission Expires
> **May 25, 2015**

Notary Public, State of Texas

> TRUE AND CORRECT COPY
> OF THE ORIGINAL FILED
> IN THE OFFICE OF THE
> COUNTY CLERK, ECTOR COUNTY
> PAGE _4_ OF _12_ PAGES

**Signature of Distributees:**

_Salvador Ector Villarreal_ (signature)

Salvador Ector Villarreal

THE STATE OF TEXAS      §

COUNTY OF ECTOR      §

    Before me, the undersigned authority, on this day personally appeared Salvador Ector Villarreal, who being by me duly sworn upon oath states that the foregoing affidavit is true and correct in every respect. Sworn and subscribed to by the named distributee on the _27th_ day of _July_, 2011.

VANESSA RENEE VILLARREAL
Notary Public, State of Texas
My Commission Expires
May 25, 2015

Notary Public, State of Texas

TRUE AND CORRECT COPY
OF THE ORIGINAL FILED
IN THE OFFICE OF THE
COUNTY CLERK, ECTOR COUNTY
PAGE _5_ OF _12_ PAGES

Signature of Distributees:

Monica Ornelas

THE STATE OF TEXAS          §

COUNTY OF ECTOR             §

Before me, the undersigned authority, on this day personally appeared Monica Ornelas, who being by me duly sworn upon oath states that the foregoing affidavit is true and correct in every respect. Sworn and subscribed to by the named distributee on the 27th day of July, 2011.

> VANESSA RENEE VILLARREAL
> Notary Public, State of Texas
> My Commission Expires
> May 25, 2015

Notary Public, State of Texas

TRUE AND CORRECT COPY
OF THE ORIGINAL FILED
IN THE OFFICE OF THE
COUNTY CLERK, ECTOR COUNTY
PAGE 6 OF 12 PAGES

Signature of Distributee:

_Joe A. Villarreal_ (signature)

Joe A. Villarreal

THE STATE OF TEXAS        §

COUNTY OF ECTOR          §

    Before me, the undersigned authority, on this day personally appeared Joe A. Villarreal, who being by me duly sworn upon oath states that the foregoing affidavit is true and correct in every respect. Sworn and subscribed to by the named distributee on the 3RD day of AUGUST, 2011.

_____
Notary Public, State of Texas

AARON BARBARA
Notary Public
STATE OF TEXAS
Commission Expires 06/10/2013

SUBSCRIBED AND SWORN BEFORE ME
THIS 3RD DAY OF August 20 11
_____
NOTARY PUBLIC

TRUE AND CORRECT COPY
OF THE ORIGINAL FILED
IN THE OFFICE OF THE
COUNTY CLERK, ECTOR COUNTY
PAGE 7 OF 12 PAGES

Signature of Distributees:

*Irma V. Sifuentes*

Irma V. Sifuentes

THE STATE OF TEXAS        §

COUNTY OF ECTOR          §

    Before me, the undersigned authority, on this day personally appeared Irma V. Sifuentes, who being by me duly sworn upon oath states that the foregoing affidavit is true and correct in every respect. Sworn and subscribed to by the named distributee on the 27th day of July, 2011.

VANESSA RENEE VILLARREAL
Notary Public, State of Texas
My Commission Expires
May 25, 2015

Notary Public, State of Texas

TRUE AND CORRECT COPY
OF THE ORIGINAL FILED
IN THE OFFICE OF THE
COUNTY CLERK, ECTOR COUNTY
PAGE 8 OF 12 PAGES

**Signature of Distributees:**

_Veronica Chavez_
Veronica Chavez

THE STATE OF TEXAS          §

COUNTY OF ECTOR             §

    Before me, the undersigned authority, on this day personally appeared Veronica Chavez, who being by me duly sworn upon oath states that the foregoing affidavit is true and correct in every respect. Sworn and subscribed to by the named distributee on the ___ day of August, 2011.

_____
Notary Public, State of Texas



CRUZ L. DIAZ
My Commission Expires
August 03, 2013

TRUE AND CORRECT COPY
OF THE ORIGINAL FILED
IN THE OFFICE OF THE
COUNTY CLERK, ECTOR COUNTY
PAGE 9 OF 12 PAGES

**Signature of Distributees:**

_Valorie Villarreal_

Valorie Villarreal

THE STATE OF TEXAS      §

COUNTY OF ECTOR      §

    Before me, the undersigned authority, on this day personally appeared Valorie Villarreal, who being by me duly sworn upon oath states that the foregoing affidavit is true and correct in every respect. Sworn and subscribed to by the named distributee on the ___9___ day of ___August___ 2011.



Notary Public, State of Texas

CRUZ L. DIAZ
My Commission Expires
August 03, 2013

TRUE AND CORRECT COPY
OF THE ORIGINAL FILED
IN THE OFFICE OF THE
COUNTY CLERK, ECTOR COUNTY
PAGE _10_ OF _12_ PAGES

**Signature of Distributees:**

Vanessa Villarreal

THE STATE OF TEXAS     §

COUNTY OF ECTOR     §

Before me, the undersigned authority, on this day personally appeared Vanessa Villarreal, who being by me duly sworn upon oath states that the foregoing affidavit is true and correct in every respect. Sworn and subscribed to by the named distributee on the 9 day of August 2011.

Notary Public, State of Texas



CRUZ L. DIAZ
My Commission Expires
August 03, 2013

FILED
ECTOR COUNTY TEXAS
2011 OCT -3 AM 9:28
LINDA HAREY COUNTY CLERK
BY _____ DEPUTY

SMALL ESTATE AFFIDAVIT

TRUE AND CORRECT COPY
OF THE ORIGINAL FILED
IN THE OFFICE OF THE
COUNTY CLERK, ECTOR COUNTY
PAGE 11 OF 12 PAGES