NO. 398

IN RE: ESTATE OF GENOVEVA § COUNTY COURT AT LAW #2
VILLARREAL, DECEASED § IN THE PROBATE COURT OF
 § ECTOR COUNTY, TEXAS
 § PROBATE COURT NO. _____

ORDER AND APPROVAL OF JUDGE FOR
AFFIDAVIT OF DISTRIBUTEES - SMALL ESTATES

The foregoing affidavit of the Distributees of the Estate of Genoveva Villarreal, deceased, is found to conform to Probate Code § 137, has been examined, and is approved by the Court on the 30 day of September, 2011.

_____
Judge of Probate Court No. ___

CERTIFICATE OF RECORD

I, the clerk of the Probate Court No. ___ of Ector County, Texas, do hereby certify that the foregoing instrument, Film Code No. _____ through Film Code No. _____, is a true and correct record of said instrument as filed and recorded in the Probate Records of Ector County, as approved by the Judge of said Court for recording in the "Small Estate" Records of Ector County, Texas.

_____
Linda Haney
County Clerk, Ector County, Texas

DEPARTMENT HEAD

FILED
ECTOR COUNTY TEXAS
2011 OCT -3 AM 9:28
LINDA HANEY, COUNTY CLERK
BY _____ DEPUTY

ORDER AND APPROVAL OF JUDGE FOR
AFFIDAVIT OF DISTRIBUTEES-SMALL ESTATES

EXHIBIT 4

TRUE AND CORRECT COPY
OF THE ORIGINAL FILED
IN THE OFFICE OF THE
COUNTY CLERK, ECTOR COUNTY
PAGE /0 OF /2 PAGES

# CERTIFICATE
\* \* \* \* \*

THE STATE OF TEXAS

COUNTY OF ECTOR

I, LINDA HANEY, County Clerk in and for Ector County, Texas hereby certify that the above and foregoing are true and correct copies of the following papers in Probate Cause No. 398; Styled: IN RE: ESTATE OF GENOVEVA VILLARREAL, DECEASED in County Court at Law #2, as the same appears of record and on file in the office of the County Clerk of Ector County, Texas, to wit:

1. SMALL ESTATE AFFIDAVIT
2. ORDER AND APPROVAL OF JUDGE FOR AFFIDAVIT OF DISTRIBUTEES-SMALL ESTATE

WITNESS my hand and seal of office this 3rd day of October, 2011.

                              LINDA HANEY, COUNTY CLERK
                              COUNTY COURT AT LAW #2
                              ECTOR COUNTY, TEXAS

                              BY _____
                                    Amy Matta   DEPUTY