**BROWNGREER || PLC - VIOXX SETTLEMENT**

## Enrollment Status

This section provides information on the Enrollment Status on each of your Claimants and the Enrollment Documents submitted on their behalf.

To see this information, execute one of the Search types below. Use Specific Claimant Search to search for Claimants by VCN or Last Name. To move to a portion of your Claimant list by alphabetical order, you may search by the first letter of a Last Name. For example, a search for "S" will take you to the first Last Name beginning with "S". Click Search All to display all your Claimants. Use Document Status Search to pull up documents that are NCD, Deficient or Pending. Use ALL to retrieve all those statuses. In Document Type, you can limit the search to Releases, Stipulations, MA or EA, or select All to see all of them for the Claimant. In Notified On, insert the date of which you received notice from the Claims Administrator of a posting. Click on the Calendar icon to pick a date.

[<< Back to Search]     [Print Options]

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed on March 6, 2009. If you still have Deficiencies posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive notice of a new Deficiency after March 6, you should try to cure it by sending us whatever Cure Action is required immediately. We will continue to post on the Enrollment portion of your Vioxx Portal any findings we receive from Merck on cure materials you submitted before or after the March 6, 2009 deadline. Because the deadline itself has not been moved, that date will still appear as the deadline to cure any Deficiency even if we have to post the Deficiency after March 6, 2009, because of when the materials were submitted. Merck is filing Motions with the federal MDL Court as to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking the Claimant/Claimant's Primary Counsel to show cause as to why the Claimant's claim should not be dismissed or closed for failure to Enroll fully. You should act as soon as possible to cure all Enrollment document Deficiencies outstanding as to any Claimants, regardless of when the Deficiency is posted. Claimants subject to a Motion who were on a Motion for an estate-related Deficiency only and have since become CAP 2008-1 Compliant similarly are removed from the Motions.

Some Claimants now have Deficiencies posted in a Release or Stipulation, but because these arose after the preparation of the filed Motions to Show Cause or deal with Stipulations only, the Claimant was not subject to any of those Motions. All Primary Counsel should submit materials to cure such Deficiencies as soon as possible. We anticipate that within the next 30 days Merck will file additional Motions to Show Cause as to any Deficiencies that remain uncured.

○ Search All Claimants

● Specific Claimant Search By Name or VCN

---

- Home
- News and Developments
- Primary Counsel Profile
- NPC Disbursement Schedule
- Upload Files
- Download Files
- Claimant Search
- Extraordinary Injury Program
- Enrollment
- Claims
- Payment
- Liens
- Overlap Claimants
- FAQ
- Sign Out

**EXHIBIT 5**

VCN : 1059237

Last Name : 

[ Search ]

## Document Status

A list of the Claimants matching your search criteria appears below.

**Enrollment Status.** The column labeled "Status" shows you the current Enrollment Status of each Claimant. Claimants are either **Interim Payment Enrolled** (shown as "IP Enrolled"), **Enrolled** , **Not Enrolled** or **Ineligible**. To view an explanation of each of these, place your cursor over the status you wish to learn more about.

The status determinations posted here are not final. They are subject to all the terms of the Settlement Agreement, including the submission of a timely Certification of Final Enrollment, Merck's right under Section 1.2.6 of the Settlement Agreement to reject any or all Enrollment Forms submitted by counsel, and review of all Enrollment Documents for completeness.

**Enrollment Documents.** The four types of Claimant Enrollment Documents are listed below for each Claimant: Release; Stipulation; Medical Record Authorization ("MA"); and Employment Record Authorization ("EA"). This is what the list below means:

If the space for a document is blank, the Claims Administrator has not received that document for the Claimant. Otherwise, the document will have one of the following statuses:
**Received** , **Deficiency** , **Pending** , **NCD** , **CAP 2008-1 Compliant** or **Not Required**.

For any Deficiencies shown for a Document as to which you previously received notice of this same Deficiency and submitted materials in an attempt to cure the Deficiency, the current status of **Deficiency** shown below means your attempted cure materials have been reviewed and did not correct the problem. As a result, read the Cure Action provided and try again.

Click **Print Options** to specify the criteria to include in a printed report on Deficiency Notices. If you prefer, you can also print individual Deficiency Notices when viewing them on screen.

The deadline to cure all Deficiencies in Releases and Stipulations of Dismissal passed on March 6, 2009. If you still have Deficiencies posted as to a Release or Stipulation of Dismissal for a Claimant or if you now receive notice of a new Deficiency after March 6, you should try to cure it by sending us whatever Cure Action is required immediately. We will continue to post on the Enrollment portion of your Vioxx Portal any findings we receive from Merck on cure materials you submitted before or after the March 6, 2009 deadline. Because the deadline itself has not been moved, that date will still appear as the deadline to cure any Deficiency even if we have to post the Deficiency after March 6, 2009, because of when the materials were submitted. Merck is filing Motions with the federal MDL Court as to any Claimant with any Deficiency in a Release and/or Stipulation of Dismissal asking the Claimant/Claimant's Primary Counsel to show cause as to why the Claimant's claim should not be dismissed or closed for failure to Enroll fully. You should act as soon as possible to cure any Deficiencies outstanding as to any Claimants, regardless of when the Deficiency is posted. Claimants subject to a Motion who cure all Enrollment document Deficiencies (*i.e.*, their documents have become NCD) are thereby removed from the

Motions. Claimants who were on a Motion for an estate-related Deficiency only and have since become CAP 2008-1 Compliant similarly are removed from the Motions.

Some Claimants now have Deficiencies posted in a Release or Stipulation, but because these arose after the preparation of the filed Motions to Show Cause or deal with Stipulations only, the Claimant was not subject to any of those Motions. All Primary Counsel should submit materials to cure such Deficiencies as soon as possible. We anticipate that within the next 30 days Merck will file additional Motions to Show Cause as to any Deficiencies that remain uncured.

Search Results:- You may sort each column by clicking on the header for that column.

| VCN | Name | Enroll. Status | Release | Stipulation | MA | EA |
|---|---|---|---|---|---|---|
| 1059237 | Villarreal, Genoveva | IP Enrolled | NCD | NCD | Received | |