UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| Genoveva Villarreal v. Merck | § | |
| 2006-63396 (TX) | § | MAGISTRATE JUDGE |
| VCN: 1059237 | § | KNOWLES |

ORDER TO RELEASE FUNDS FROM COURT
REGISTRY TO PLAINTIFF, GENOVEVA VILLARREAL

**IT IS ORDERED** that the amount of $31,581.70 currently held by the Court Registry be immediately released to Houssiere, Durant and Houssiere, LLP as counsel for Plaintiff, Genoveva Villarreal in accord with the Vioxx Settlement Plan.

NEW ORLEANS, LOUISIANA, this _____ day of August, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE