UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx § | | MDL Docket No. 1657 |
| § | | |
| PRODUCTS LIABILITY § | | SECTION L |
| LITIGATION § | | |
| § | | JUDGE FALLON |
| Genoveva Villarreal v. Merck § | | |
| 2006-63396 (TX) § | | MAGISTRATE JUDGE |
| VCN: 1059237 § | | KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SUBMISSION

TO:    ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Release Funds Held by the Registry of the Court is hereby set for submission on the 21st day of August, 2013, at 11:00 a.m.

>    Respectfully submitted,
>    **HOUSSIERE, DURANT & HOUSSIERE, L.L.P.**
>
>    BY: /s/ Monica C. Vaughan
>         Monica C. Vaughan
>         State Bar No. 00794784
>         Federal Bar No. 19540
>    1990 Post Oak Blvd., Suite 800
>    Houston, Texas 77056-3812
>    Telephone: (713) 626-3700
>    Facsimile: (713) 626-3709
>    Email: mvaughan@hdhtex.com
>
>    ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record in accordance with Federal Rules of Civil Procedure on August 6, 2013.

>    /s/ Monica C. Vaughan
>    Monica C. Vaughan