# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS　　　　　　　　　　MDL No. 1657
LIABILITY LITIGATION　　　　　　　　　　　Section: L

**This document applies to:**
*Poole v. Eichholz Law Firm, P.C., et al.*　　　Judge Eldon E. Fallon
*E.D. La., Case No. 2:11-cv-1546*　　　　　　Mag. Judge Knowles

## <u>DECLARATION OF JOSEPH COOMES</u>

Pursuant to 28 U.S.C. § 1746, I, Joseph Coomes, declare as follows:

1.　　　My name is Joseph Coomes. I am an attorney licensed in Georgia and am counsel for Defendant The Eichholz Law Firm, P.C. ("TELF"). I make this declaration based on my personal knowledge.

2.　　　On May 17, 2013, this Court entered an Order Preliminarily Approving Settlement, Conditionally Certifying a Settlement Class, Approving the Form of Notice and Authorizing the Dissemination of the Notice, Scheduling a Fairness Hearing, and Staying the Litigation ("Preliminary Approval Order"). In such Order, the Court specifically approved the form and method of dissemination of Class Notice as proposed by the parties.

3.　　　Pursuant to that Order, I, as counsel for TELF, arranged to provide copies of the approved Class Notice to the 25 potential members of the class in this case. To effect such notice, TELF conducted searches for the current (or last known) addresses of the 25 potential members of the class using three separate database search engines: Accurint, Intelius and PeopleSmart. I personally reviewed the search results for all three search engines. A spreadsheet reflecting the results of those searches is attached hereto as Exhibit A.

4.      On May 23, 2013, I sent the approved Class Notice (which included the approved claim form) by first class United States Mail to each of the complete addresses reflected in Exhibit A. (A true and correct copy of the Class Notice, with Claim Form, as mailed is attached hereto as Exhibit B.) That is, where the searches produced different addresses for a particular potential class member, a separate Class Notice was mailed to each complete address for that potential class member.

5.      Consistent with the Preliminary Approval Order, the Class Notice specified the deadline of July 22, 2013 (60 days after the mailing of Notice) for any potential class member to submit a claim, assert an objection to the class settlement, or submit a request to opt out of the settlement.

6.      As an additional form of notice, on or about May 20, 2013, this Court posted on its Vioxx Product Liability MDL website the Preliminary Approval Order and Class Settlement Agreement, as well as an announcement that a Fairness Hearing was scheduled for August 27, 2013 at 9:00 a.m.

7.      Subsequent to the Class Notice being sent, 17 of the 25 members of the proposed class timely submitted claim forms to the undersigned or to Plaintiff's counsel, a list of whom is attached hereto as Exhibit C. No claim forms were received after the July 22, 2013 claim deadline. Also, no potential class members submitted objections to the class settlement and no potential class members have provided the required notice of an intention to appear at the Fairness Hearing for the purpose of objecting to the Settlement.  Also, no potential class members have requested to opt out of the class settlement.

8.      On April 4, 2013, I also provided notice of the class settlement in conformance with

28 U.S.C. § 1715(a) and (b) of the Class Action Fairness Act to the U.S. Attorney General, as well as the respective Attorneys General for the states of Georgia, Kentucky, Louisiana, South Carolina and North Carolina, comprising the states in which the potential class members reside. Such notice letters were sent by first class, certified United States Mail, return receipt requested. Attached as Exhibit D hereto is a copy of the notice letter sent to the U.S. Attorney General (omitting exhibits), which is identical in all material respects to the letters I sent to the state Attorneys General. As of the date of this Declaration, I have received no response or objection from any of these offices.

9.     I personally conducted and participated in significant formal (including both written discovery and depositions) and informal discovery in this case and participated in extensive negotiations with the other parties in this case to achieve a settlement agreement. The litigation and negotiation processes were arms-length, hard-fought in good faith and completely devoid of collusion. The considerable number of factual and legal disputes which bore directly on the issue of liability, and the uncertainty regarding the ultimate determination of those disputes, directly contributed to the parties' willingness and ability to achieve a settlement in this case. The resulting settlement is fair to all parties, including all members of the Class.

10.     If this case had not settled, my client would have appealed any certification of a class on the merits. Further assuming that such appeal was denied and my client ultimately suffered an adverse judgment, my client would very likely have appealed any such judgment (of course depending on the specific course of trial and the terms of such judgment).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of August, 2013.

_____

Joseph Coomes
Georgia Bar No. 184999
*Counsel for Defendant The Eichholz Law Firm, P.C.*

McConnell & Sneed, LLC
990 Hammond Drive
Suite 840
Atlanta, Georgia 30328
Tel: (404) 220-9994
Fax: (404) 665-3476
Email: ajc@mcconnellsneed.com

# EXHIBIT "A"

| Name | Accurint | Intelius | PeopleSmart |
|---|---|---|---|
| Column1 | Column2 | Column3 | Column4 |
| Altman, Susan | 126 McLaws Rd., Guyton, GA 31312 | 126 McLaws Rd., Guyton, GA 31312 -- (912) 772-4225) | 126 McLaws Rd., Guyton, GA 31312 |
| Bernard, Patricia | 239 Melius Drive, Reserve, LA 70084 | 241 Diane Ave., New Orleans, LA 70123 | 239 Melius Dr., Reserve, LA 70084 |
| Clifton, Tina | 1195 Summerset Drive, Jamesville, NC 27846 | "Grovetown, GA 30813" | 1196 Summerset Dr., Jamesville, NC 27970 |
| Dillon, Joshua | 734 Mimosa Dr., Gaston, SC 29053 | 11400 White Bluff Rd., Savannah, GA 31419 | 734 Mimosa Dr., Gaston, SC 29053 |
| Fleming, Tara | 101 Needle Pointe Dr., Guyton, GA 31312 | 2402 Temple Ave., Albany, GA 31707-- (229) 420-6924 | 229 Sylvania Rd., Savannah, GA 31419 |
| Foots, Angela | P.O. Box 2078, Swainsboro, GA 30401 --or-- 203 Oak Grove Church Rd., Swainsboro, GA 30401 | 203 Oak Grove Church Rd., Swainsboro, GA 30401-- (478) 237-2817 or (478) 237-6125 | P.O. Box 2078, Swainsboro, GA 30401 |
| Green, Priscilla | 141 Cranberry Way, Troy, NC 27371 --or-- 2114 N. Woodland Rd., Henderson, NC | 2114 N. Woodland Rd., Henderson, NC-- (919) 492-3129 | 2114 N. Woodland Rd., Henderson, NC 27536 |
| Greene, Alphagia | 1865 Oglesby Pl., Macon, GA 31204 | 468 Hall St., Macon, GA 31217 | 247 Schell Ave., Macon, GA 31217 |
| Greene, Gary | 982 Schaeffer Pl., Macon, GA 31217 | 4079 Yancey Rd., Douglasville, GA 30135-- (910) 281-4390 | 1452 Calhoun St., Macon, GA 31201-1834 |
| Horsley, Jeanette | 2710 Newcastle Lane, Albany, GA 31701 | 2710 Newcastle Lane, Albany, GA 31701-- (229) 376-0999 | 2710 Newcastle Lane, Albany, GA 31701 |
| Kennedy, Mary | 416 Inglewood Drive, Savannah, GA 31406 | 416 Inglewood Drive, Savannah, GA 31406-- (912) 927-3123 | 416 Inglewood Drive, Savannah, GA 31406 |
| Lee, Demetrius | 5275 Greenpoint Dr., Stone Mountain, GA 30088 | 5275 Greenpoint Dr., Stone Mountain, GA 30088-- (770) 676-7416 | 5275 Greenpoint Dr., Stone Mountain, GA 30088 |
| Morgan, Steve | 338 Wilderness Rd., Mammoth Cave, KY 42259 | 338 Wilderness Rd., Mammoth Cave, KY 42259 | 338 Wilderness Rd., Mammoth Cave, KY 42259 |
| Morris, Norma | 1295 Brown Rd., Hephzibah, GA 30815 | 1295 Brown Rd., Hephzibah, GA 30815 | 1930 Augusta Hwy., Lincolnton, GA 30817 |
| Poole, Verie | 157 Cherokee Ave., Leesburg, GA 31763 | 157 Cherokee Ave., Leesburg, GA 31763-- (229) 432-0416 | 157 Cherokee Ave., Leesburg, GA 31763 |
| Robinson, Maria | 20 Packinghouse Road, #12, Statesboro, GA 30458 | 21 Groover Home, Statesboro, GA 30458 --or-- 20 Packinghouse Rd., Statesboro, GA 30458-- (912) 489-3251 | 20 Packinghouse Rd., Apt. 12, Statesboro, GA 30458 |
| Sims, Christopher | 114 Pecan Circle, Plains, GA 31780 | 584 Smallpiece Rd., Plains, GA 31780-- (229)824-5395 | 723 Tom Gailey Pl., Americus, GA 31719 |
| Sims, Diane | 248 W. Lester St., Americus, GA 31719 | 249 Mockingbird Dr., Americus, GA 31719-- (229) 924-5677 | P.O. Box 596, Plains, GA 31780 |
| Sims, George | 508 Pineview Dr., Americus, GA 31709 | 508 Pineview Dr., Americus, GA 31709 --or-- 121 S. Village Dr., Americus, GA 31719-- (229)924-0885 | 508 Pineview Dr., Americus, GA 31709 |
| Sims, Kelvin | 114 Pecan Circle, Plains, GA 31780 | P.O. Box 223, Plains, GA 31780 --or-- 210 Peggy Ann Drive, Americus, GA 31709 | P.O. Box 223, Plains, GA 31780 |
| Sims, Leann | 114 Pecan Circle, Plains, GA 31780 | 643 2nd Ave., Columbus, GA 31901-- (706) 221-5273 | 114 Pecan Cir., Plains, GA 31780 |
| Tillman, Abby | 3024 Lawhorne Rd., Thomasville, GA 31757 | 3024 Lawhorne Rd., Thomasville, GA 31757-- 228-7006 | 3024 Lawhorne Rd., Thomasville, GA 31757 |
| Tookes, Patricia | 915 Ridge St., Americus, GA 31709 | 915 Ridge St., Americus, GA 31709 --or-- 210 Peggy Ann Dr., Americus, GA 31709-- (229) 928-4195 | 904 Ridge St., Americus, GA 31709-3271 |
| White, Dorothy | P.O. Box 4450, Louisville, GA 30434 | 1367 Brown Terrace Rd., Louisville, GA 30434-- (478) 625-7342 | 1367 Brown Terrace Rd., Louisville, GA 30434 |
| Williams, Katherine | 320 Castleberry St. NW, Pelham, GA 31779 | 1879 Rocky Rd., Pelham, GA 31779 --or-- 290 Castleberry St. NW, Pelham, GA 31779-- (229) 213-9408) | 1879 Rocky Rd., Pelham, GA 31779 |

# EXHIBIT "B"

<u>U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISANA</u>

**If you entered into a litigation funding transaction with Pacific Legal Funding, LLC whereby you received an advance relative to a Vioxx settlement obtained by a client of The Eichholz Law Firm in Savannah, Georgia and you paid to Pacific Legal Funding some fee, interest or other charges, exclusive of the repayment of the principal amount of the advance, a Lawsuit and Settlement may affect you.**

*A Federal Court authorized this notice. This is not a solicitation from a lawyer.*

- Please read this notice carefully. Your legal rights are affected whether you act or don't act.

- There is a lawsuit involving damages claimed by individuals who received and paid fees for an advance from Pacific Legal Funding related to settlement proceeds of Vioxx claims obtained for clients of The Eichholz Law Firm in Savannah, Georgia.

- The lawsuit was filed on June 6, 2011 against Defendants The Eichholz Law Firm and Pacific Legal Funding, who have denied all of the claims in the lawsuit.

- A Settlement has been reached with the Defendants for a total Settlement Amount of ninety-five thousand dollars ($95,000).

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT AND SETTLEMENT | |
|---|---|
| **EXCLUDE YOURSELF** | You will not be included in the ongoing lawsuit or Settlement. You will receive no benefits, but you will retain any rights you may currently have against The Eichholz Law Firm or Pacific Legal Funding about the claims in this case. |
| **DO NOTHING** | You will be included in the litigation and be eligible to file a claim for a payment under the Settlement (if you qualify) at a later date. You will give up any rights you may have against the Defendants about the claims in this case. |
| **OBJECT TO SETTLEMENT** | If you do not exclude yourself, you can write to the Court explaining why you disagree with the Settlement. |
| **GO TO THE HEARING** | Ask to speak in Court about your opinion of the Settlement. |

[1]

These rights and options – and the deadlines to exercise them – are explained in this Notice.

---

### WHAT THIS NOTICE CONTAINS

---

**BASIC INFORMATION**.................................................................................…......Page 3
    1. What is this Notice about?
    2. What is the lawsuit about?
    3. What is a class action?

**WHO IS INCLUDED**...............................................................................….......Page 3
    4. Who are the Defendants?
    5. How do I know if I am in the Class?

**THE SETTLEMENT'S BENEFITS** .................................................................…Page 4
    6. What does the Settlement provide?
    7. How much money can I get?
    8. When will I get a payment?

**REMAINING IN THE CLASS**..........................................................................Page 5
    9. What am I giving up if I stay in the lawsuit?

**EXCLUDING YOURSELF FROM THE CLASS**...................................................... Page 5
    10. How do I get out of the Class?
    11. If I don't exclude myself, can I sue for the same thing later?
    12. If I exclude myself, can I still get benefits?

**OBJECTING OR COMMENTING ON THE SETTLEMENT**............................................…Page 6
    13. How do I object or comment on the Settlement?
    14. What is the difference between excluding myself from the Class or objecting to the
    Settlement?

**THE LAWYERS REPRESENTING YOU**...............................................................Page 7
    15. Do I have a lawyer representing me?
    16. How will the lawyers be paid?

**THE FAIRNESS HEARING**.............................................................................Page 7
    17. When and where will the Court decide whether to approve the Settlement?
    18. Do I have to come to the hearing?
    19. May I speak at the hearing?

**GET MORE INFORMATION**............................................................…......... Page 8
    20. Where can I get more information?

## BASIC INFORMATION

### 1.   What is this Notice about?

This Notice is to inform you about the status and settlement of ongoing litigation which may affect your rights. You have the right to know about the lawsuit and about your legal rights and options before the Court or a jury decides whether the claims being made against the Defendants on your behalf are correct, and whether to approve the Settlement.

### 2.   What is this lawsuit about?

This litigation arises out of settlement advances made by Defendant Pacific Legal Funding to individuals, where such advances were made relative to settlements of Vioxx claims obtained by clients of Defendant The Eichholz Law Firm.  The Plaintiff contends that the advances were improper and that the Defendants failed to disclose important information concerning the advances.

This case was filed in 2011 in the United States District Court for the Southern District of Georgia and was styled *Verie Poole v The Eichholz Law Firm, P.C. and Pacific Legal Funding, LLC*, Case No. 2:11-cv-1546 (hereafter referred to as the "Action"). The Action was subsequently transferred to the United States District Court for the Eastern District of Louisiana before the Honorable Judge Fallon to be included as part of the multidistrict litigation titled *In re: Vioxx Products Liability Litigation*, MDL No. 1657, where many Vioxx-related cases had previously been consolidated.

The Action was filed as a proposed class action and seeks relief on behalf of all those who received and paid fees or charges for advances from Pacific Legal Funding where such advances were made relative to settlements of Vioxx claims obtained by clients of Defendant The Eichholz Law Firm.

### 3.   What is a class action?

In a class action, people called class representatives sue on behalf of a group or a "class" of people who have similar claims. In a class action, the court resolves the issues for all class members except those who exclude themselves from the class.

## WHO IS INCLUDED

### 4.   Who are the Defendant companies?

The Defendants are The Eichholz Law Firm, P.C. based in Savannah, Georgia and Pacific Legal Funding, LLC, a litigation funding company based in New York.

### 5.   How do I know if I am in the Class?

You are a member of the Class if you are a person who entered into a litigation funding transaction with Pacific Legal Funding whereby you received an advance relative to a Vioxx settlement obtained by a client or clients of The Eichholz Law Firm and, further, where you paid to Pacific Legal Funding some fee, interest or other charges, exclusive of the repayment of the principal amount of the advance.

[3]

Excluded from the Class is any person, firm, trust, corporation, or other entity related or affiliated with Defendants including, without limitation, persons who are officers, directors, employees, associates or partners of the Defendants.

## THE SETTLEMENT'S BENEFITS

### 6.   What does the settlement provide?

The Settlement, which includes the creation of a Settlement Fund totaling $95,000 to be paid by Defendants over six months, is being presented to the Court for approval. The Settlement Fund will be used to resolve the claims of the members of the above-described Class who received and paid for advances from Pacific Legal Funding. The attorneys' fees and expenses of Class Counsel will also be paid out of the Settlement Fund (*see* Question 15).

### 7.   How much money can I get?

If you qualify as a member of the Class and choose to remain a member of the Class without filing an objection, you will receive 75% of the charges and fees you paid in connection with your advance from Pacific Legal Funding, which amount has been determined in advance by the parties in this case. This does not include the principal amount of the advance.

**In order to receive a payment you will need to submit a valid claim form when the claims period begins. A copy of the claim form is included with this Notice. You must mail your Claim Form no later than July 22, 2013 to:**

> Mark A. Tate
> Tate Law Group, LLC
> 2 East Bryan Street
> Suite 600
> Savannah, Georgia  31401

### 8.   When will I get a payment?

No money will be distributed until the Settlement is approved by the Court.  If the Settlement is approved, the Court will enter a Final Order and Judgment approving the Settlement, dismissing the Action and discharging Defendants from all claims which were, or could have been, asserted by you or on your behalf related to the subject matter of the Action.

If the Court approves the Settlement and the Court's Final Order and Judgment becomes final (meaning no appeals are filed or, if filed, are not granted), each Class Member who did not opt out from the Class will receive a payment from the Settlement Fund.  Such payments will commence approximately 30 days after the Final Order and Judgment become final and will be paid in the order the claims were received, as Settlement Funds become available.

## REMAINING IN THE CLASS

### 9.   What am I giving up if I stay in the lawsuit?

You will give up your right to sue the Defendants on your own for any claims you may have related to the subject matter of the Action unless you exclude yourself from the Class. You will also be bound by any decision by the Court relating to the Action and the Settlement.

In return for paying the Settlement amount, the Defendants will be released from all claims relating to the facts underlying the Action, as more fully described in the Settlement Agreement. The Settlement Agreement describes the released claims in detail, so read it carefully since those descriptions are binding on you. If you have any questions, you can talk to Class Counsel for free, or you can, of course, talk to your own lawyer if you have questions about what this means. The Settlement Agreement and other relevant documents are available for review at http://vioxx.laed.uscourts.gov/.

## EXCLUDING YOURSELF FROM THE CLASS

### 10. How do I get out of the Class?

To exclude yourself from the Class, you must send a request, in writing, that you wish to be excluded from this Settlement. Your request for exclusion *must* include your name, your mailing address, your email address, if any, your telephone number and your signature (it must be signed by you, any request made verbally or signed by your counsel will not count). **You must mail your exclusion request no later than July 22, 2013 to**:

Mark A. Tate
Tate Law Group, LLC
2 East Bryan Street
Suite 600
Savannah, Georgia  31401

OR

Joseph Coomes, Esq.
McConnell, Sneed & Cohen, LLC
990 Hammond Drive
Suite 840
Atlanta, Georgia 30328

### 11. If I don't exclude myself, can I sue the Defendants for the same thing later?

No. Unless you exclude yourself, you give up any right to sue the Defendants for any claims you may have related to the subject matter of the Action.

### 12. If I exclude myself, can I still get benefits?

No. If you exclude yourself, you will not get any benefit as a result of the Settlement, if it is approved by the Court.

## OBJECTING OR COMMENTING ON THE SETTLEMENT

| **13. How do I object or comment on the Settlement?** |
|---|

If you have comments about, or disagree with, any aspect of the Settlement, you may express your views by writing to the addresses below. The written comments or objections must include your name, mailing address, e-mail address, if any, telephone number, the case name and number (*In re: Vioxx Products Liability Litigation*, MDL No. 2047: relating to *Verie Poole v. The Eichholz Law Firm, P.C., et al.,*), a brief explanation of your reasons for objecting, including any written material on which your objection is based on, and your signature (any request made verbally or signed by your counsel, alone, will not count). **The response must be postmarked no later than July 22, 2013 and mailed to:**

Clerk of Court
United States District Court for the Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

WITH COPIES TO EACH OF THE FOLLOWING:

Mark A. Tate, Esq.
Tate Law Group, LLC
2 East Bryan Street
Suite 600
Savannah, Georgia 31401

Joseph Coomes, Esq.
McConnell, Sneed & Cohen, LLC
990 Hammond Drive
Suite 840
Atlanta, Georgia 30328

Jonah Flynn, Esq.
Flynn Law Firm, LLC
945 East Paces Ferry Road
Suite 2525
Atlanta, Georgia 30326

| **14. What's the difference between excluding myself (from the Class) or objecting to the Settlement?** |
|---|

If you exclude yourself from the Class, you are telling the Court that you do not want to be a part of this case and, therefore, you will not receive any benefits from it. Objecting simply means telling the Court that you don't like something about the Settlement. You can object only if you remain in the Class. If you exclude yourself, you have no basis to object to the Settlement because the case no longer affects you.

## THE LAWYERS REPRESENTING YOU

### 15. Do I have a lawyer representing me?

The Court has appointed Mark A. Tate and C. Dorian Britt of Tate Law Group, LLC as Class Counsel for the Class. You do not have to pay Class Counsel separately. The attorneys will be paid by asking the Court for a share of the Settlement proceeds or recovery obtained. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

### 16. How will the lawyers be paid?

At a later date, Class Counsel will ask the Court for attorneys' fees and the reimbursement of expenses for their work in the Action, such amount not to exceed one-third of the $95,000 Settlement Fund. Any payment to the attorneys will be subject to Court approval and the Court may award less than the requested amount. The fees, costs, expenses and awards that the Court orders will come out of the Settlement Fund.

## THE FAIRNESS HEARING

### 17. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Fairness Hearing at 9:00 a.m. on August 27, 2013 at the United States District Court for the Eastern District of Louisiana, Courtroom C-468, Fourth Floor, 500 Poydras Street, New Orleans, LA 70130. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check http://vioxx.laed.uscourts.gov/Orders/Orders.htm.  At this hearing the Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections or comments, the Court will consider them at this time. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

### 18. Do I have to come to the hearing?

No. Class Counsel will answer any questions the Court may have. But you are welcome to come at your own expense. If you send an objection or comment, you don't have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay another lawyer to attend, but it's not required.

### 19. May I speak at the hearing?

If you would like to speak at the hearing, you must send a notice of intent to appear. This letter must state whether you or your lawyer intends to appear at the Fairness Hearing. It must also identify any witnesses you intend to call, the subject area of the witnesses' testimony, and all documents to be used or offered into evidence, at the Fairness Hearing. Be sure to include your name, mailing address, e-mail address, if any, telephone number, the case name and (*In re: Vioxx Products Liability Litigation*, MDL No. 2047: relating to *Verie Poole v. The Eichholz Law Firm, P.C., et al.*,), and your signature.

Your Notice of Intent to Appear **must be postmarked no later than July 22, 2013**, and must be sent to the addresses listed in Question 13. You cannot speak at the hearing if you exclude yourself from the Class.

[7]

## GET MORE INFORMATION

| **20. Where can I get more information?** |
|---|

The Notice summarizes the Action and the Settlement. You can get more information about the lawsuit and Settlement at http://vioxx.laed.uscourts.gov/Default.htm, by calling Tate Law Group, LLC at (912) 234-3030, or writing to Tate Law Group, LLC at 2 East Bryan Street, Suite 600, Savannah, Georgia 31401.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION**
*Poole v. Eichholz Law Firm, P.C., et al.*
*E.D. La., Case No. 2:11-cv-1546*

MDL No. 1657
Section: L
Judge Eldon E. Fallon
Mag. Judge Knowles

## CLAIM FORM INSTRUCTIONS

In order for you to qualify to receive a payment in the above-referenced case as described in the Notice of this Settlement (the "Class Notice"), you must file a Claim Form in the attached form.

### Requirements for Filing a Claim Form

Your claim will be considered only upon compliance with all of the following conditions:

1. You must accurately complete all required portions of the attached Claim Form.

2. You must **sign** the Claim Form, which includes the Certification. You must sign it yourself – your attorney of other representative may not sign on your behalf. (The only exception to the foregoing shall be in the event of death or disability of the Claimant – in which event, an appropriately appointed representative may sign on the Claimant's behalf and shall identify themselves accordingly below.)

3. By signing and submitting the Claim Form, you are certifying that you entered into a litigation funding transaction with Pacific Legal Funding, LLC ("PLF") whereby you received an advance related to a Vioxx settlement award and you paid to PLF some fee, interest or other charges for such advance, exclusive of the repayment of the principal amount of the advance.

4. You must MAIL the completed and **signed** Claim Form and Certification by First-Class U.S. Mail, postage prepaid, **postmarked no later than July 22, 2013**, to:

Mark A. Tate
Tate Law Group, LLC
2 East Bryan Street
Suite 600
Savannah, Georgia  31401

Your failure to complete and submit the Claim Form postmarked by July 22, 2013, will preclude you from receiving any payments in this Settlement. So that you will have a record of the date of your mailing of the Claim Form and its receipt by the Claims Administrator, you are advised to use (but are not required to use) Certified Mail, Return Receipt Requested.

## **CLAIM FORM**

Please print or type:

FIRST NAME _____

LAST NAME _____

Current Address:_____
               Street

_____
      City            State          Zip Code

Telephone Number:_____

Email Address (if any):_____

### **CERTIFICATION**

I have read and am familiar with the contents of the Instructions accompanying this Claim Form and I certify that the information I have set forth in the foregoing Claim Form is correct and complete to the best of my knowledge.

By signing below, I certify that I entered into a litigation funding transaction with Pacific Legal Funding, LLC ("PLF") whereby I received an advance related to a Vioxx settlement award and paid to PLF some fee, interest or other charges for such advance, exclusive of the repayment of the principal amount of the advance.

I am not an officer, director, agent, servant or employee of Pacific Legal Funding, LLC or The Eichholz Law Firm, P.C., or any related entity thereof; a judge in this lawsuit or an immediate family member of such persons; and I have not requested exclusion from the Settlement.

I certify that the foregoing information supplied by the undersigned is true and correct to the best of my knowledge and that this Claim Form was executed by me on the date set forth below.

Signature:_____

Type/Print Name:_____

Date:_____

If the person completing and signing this Claim Form is doing so in a representative capacity for a Claimant who is unable to do so due to death or disability, the following must also be provided:

Name of person completing form:_____

Signing Capacity of Person:_____
                                             (e.g., Executor, Administrator, Trustee, Attorney in Fact, etc.)

Date of Claimant death or disability:_____

Current Address:_____
                             Street

       _____
                  City                              State                         Zip Code

Telephone Number:_____

Email Address (if any):_____

<u>REMINDER CHECKLIST:</u>

1.  Please sign the above Claim Form.

2.  Keep a copy of your Claim Form and supporting documentation for your records.

3.  If you desire an acknowledgment of receipt of your Claim Form, please mail this Claim Form via Certified Mail, Return Receipt Requested.

4.  If you move or your name changes, please send your new address, new name or contact information to Mark Tate, Tate Law Group, LLC, 2 East Bryan St., Suite 600, Savannah, Georgia 31401 via First-Class U.S. Mail.

**ACCURATE CLAIMS PROCESSING MAKE TAKE SOME TIME.  THANK YOU FOR YOUR PATIENCE.**

# EXHIBIT "C"

# Claim Forms Returned

1. Abbie Tillman Rumph

2. Angela Foots

3. Chris Sims

4. Diane Sims

5. Dorothy White

6. George Sims, Jr

7. Jeanette Horsley

8. Katherine Williams

9. Kelvin Sims

10. Leanne Sims

11. Marie Robinson

12. Norma Morris

13. Patricia Benard

14. Patricia Tookes

15. Susan Altman

16. Tina Clifton

17. Verie Poole

# EXHIBIT "D"



**McConnell, Sneed & Cohen, llc**
ATTORNEYS AT LAW

990 Hammond Dr.
Suite 840
Atlanta, Georgia 30328

404.220.9994 tel
404.665.3476 fax
jcoomes@msclaw.net
**Joseph Coomes**

April 4, 2013

*Via U.S. Certified Mail, Return Receipt Requested*
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:   Notice of Class Settlement Pursuant to 28 U.S.C. § 1715 (CAFA)

 <u>Verie Poole, et al. v. Eichholz Law Firm, P.C., et al.</u>;   U.S. District Court
 for the E.D. of Louisiana, Case No. 11-1546

Dear Mr. Attorney General:

The undersigned counsel represent the Defendants in the matter of *Verie Poole v. The Eichholz Law Firm, P.C. and Pacific Legal Funding, LLC,* pending in the U.S. District Court for the Eastern District of Louisiana, Case No. 2:11-cv-1546 (the "Litigation"). This notice is provided to you in conformance with 28 U.S.C. § 1715(a) and (b) of the Class Action Fairness Act to advise you that the Parties in the Litigation have agreed upon the terms of a settlement whereby the claims of the 25 members of the proposed Settlement Class are resolved.

On March 26, 2013, the Parties filed with the Court a Joint Motion for an Order: (1) Preliminarily Approving the Proposed Class Settlement; (2) Conditionally Certifying a Settlement Class; (3) Approving the Form of Notice and Authorizing the Dissemination of the Notice; (4) Scheduling a Fairness Hearing; and (5) Staying the Litigation. As of the date of this notice, such motion remains pending awaiting consideration by the Court. No hearings have been scheduled.

Pursuant to 28 U.S.C. § 1715(b), the following are enclosed herewith:

1) A copy of the Class Action Complaint (Attachment 1);

2) A copy of the Class Settlement Agreement (Attachment 2);

3) A copy of the proposed Order Preliminarily Approving Settlement, Conditionally Certifying a Settlement Class, Approving the Form of Notice and Authorizing the Dissemination of the Notice, Scheduling a Fairness Hearing, and Staying the Litigation (the "Preliminary Order") which has been submitted to the Court for consideration (Attachment 3);

4) A copy of the proposed notice to the Settlement Class Members (Attachment 4);

5) A copy of the proposed Final Order and Judgment (Exhibit 2 to Attachment 2); and

6) A list of the Settlement Class Members, including the states in which they reside and the proportionate share of their claim amount relative to the total settlement (Attachment 5).

There are no other contemporaneous agreements between Class Counsel and the settling Defendants. Other than the proposed Orders included herewith, there are no orders or judicial opinions concerning this class settlement.

Please contact us with any inquiries regarding the foregoing.

MCCONNELL, SNEED & COHEN, LLC               FLYNN LAW FIRM, LLC

Joseph Coomes                                Jonah Flynn
*Counsel for Defendant The Eichholz*         *Counsel for Defendant Pacific Legal*
*Law Firm, P.C.*                             *Funding, Inc.*

                                             945 East Paces Ferry Road
                                             Suite 2525
                                             Atlanta, GA 30326
                                             Tel: (404) 835-9660
                                             Fax: (404) 835-6005
                                             Email: jflynn@flynnfirm.com

cc: David Eichholz, Esq. (via email)
    Mark Tate, Esq. (via email)