UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. **1657** <br> Section: L |
| This document applies to: <br> *Poole v. Eichholz Law Firm, P.C., et al.* <br> E.D. La., Case No. 2:11-cv-1546 | Judge Eldon E. Fallon <br> Mag. Judge Knowles |

## DECLARATION OF MARK A. TATE

**COMES NOW** Mark A. Tate, being of sound mind and lawful age, and subject to the penalties for perjury deposes and states as follows:

1. I am an attorney duly licensed to practice law in the State of Georgia and the owner of Tate Law Group, LLC located in Savannah, Georgia.

2. My career spans more than 20 years as a trial lawyer.

3. I have personal knowledge of the matters declared herein.

4. I submit this declaration in support of the *Motion for Final Approval of Class Settlement* in the above-styled action.

5. I previously executed an Affidavit in support of the proposed settlement in this action and I reaffirm that Affidavit and incorporate those statements herein, it toto, in support of Plaintiff's request for final approval of the proposed class settlement in this action.

### Qualifications and Experience as Class Counsel

6. Tate Law Group, LLC has ample resources and extensive experience in complex,

document intensive litigation including class action litigation.

7. I personally have extensive experience pursuing class actions on behalf of Georgia, Florida, and Arkansas consumers. I have litigated class actions and mass torts and pursued all to successful conclusions. Most recently, I was involved in the Fleet Phospho-Soda litigation, MDL 2066, and served on the Executive Committee. My firm represented the single largest group of clients in the country, to a successful resolution.

8. I represented the largest group of victims and their families in the Imperial Sugar Refinery Explosion in Savannah, Georgia. Litigation resolved the bulk of their claims against most Defendants.

9. Over the course of my practice, I have represented thousands of clients in asbestos mass tort litigation, which is ongoing, and my recently represented fifty (50) plaintiffs in lawsuits against King America Finishing, Inc., regarding pollution of the Ogeechee River in southeast Georgia.

10. Additionally, I have represented Plaintiffs in the Tryptophan litigation and I currently have cases pending against the maker of several drugs or other products, including NuvaRing, POM Wonderful, DePuy, and Actos.

11. I have received many awards and honors, including but not limited to: the F. Scott Baldwin Award for the Most Outstanding Young Trial Lawyer, I am the four time recipient of Weidemann Wysocki Citation of Excellence; and in 2003, I was

elected to the Outstanding Lawyers of America Association.

12. I have attained an AV rating by Martindale-Hubbell and a Superb professional rating from AVVO.com.

13. I have worked on the coordinated prosecution of the Wal-Mart Wage and Hour Litigation since 2004.

**Relevant and Significant Factors Concerning Certification of a Class Settlement**

14. I am familiar with the factual and legal issues involved in this litigation and have specific familiarity with all aspects of the proposed Settlement.

15. During the course of this litigation, the Parties have completed significant amounts of discovery, including numerous depositions; multiple sets of interrogatories, requests for production, expert work; and production of several thousands of pages of documents.

16. Class Counsel has advanced expenses in this litigation in excess of $12,000 to date and separate trials for each of the putative Class Members would have greatly increased the costs of litigation and would take many months, if not years, to accomplish. In the event of an unfavorable ruling on her motion for class certification or trial outcome, Plaintiff planned to appeal.

17. Plaintiff identified an expert witness, who was deposed by Defendants, and Plaintiff was poised to take the depositions of a number of employees of Defendants, file appropriate pre-trial motions, and incur significant trial-related

time and expenses.

18. I am aware of no conflict of interest between the proposed Class and proposed Class Representative or Class Counsel.

19. Class Representative Verie Poole has willingly and actively participated in this litigation and was always available to discussed this case. She and Class Counsel engaged in several meetings in which the strategy of this case was discussed. She also provided her deposition, which lasted over 4 hours.

20. I believe that the proposed settlement, as to the plaintiff class members, is fair and reasonable and adequate in light of the strong possibility of limited recovery, great expense and delay, and the risks of proceeding to trial and would be in the best interests of the plaintiff class, and accordingly should be approved by this Court.

21. I believe that continued litigation of the claims brought against Defendants would be, as to the plaintiff Class Members, expensive and protracted.

22. The proposed Settlement and the negotiations that produced it were the results of hard-fought litigation and the parties agreed to resolve all claims in this litigation after arms-length negotiations that were devoid of collusion.

23. I believe that the requirements set forth in Rule 23 of the Federal Rules of Civil Procedure for certification of a settlement class and approval of a class settlement have been met herein.

### Objections and Opt-Outs

24. Pursuant to the Court's Preliminary Approval Order, any Class Member wishing to object to the proposed Settlement was required to send such objection postmarked no later than July 22, 2013. Tate Law Group, LLC has received no objections to date.

25. Pursuant to the Court's Preliminary Approval Order, any putative Class Member wishing to opt out of the Class was required to mail the request for exclusion, to be postmarked no later than July 22, 2013. Tate Law Group, LLC has received no requests for exclusion from the Class from any putative Class Members.

Respectfully submitted this 5th day of August, 2013.

_____
Mark A. Tate
(Georgia Bar No. 698820)

TATE LAW GROUP, LLC
P.O. Box 9060
Savannah, GA 31412
Phone: (912) 234-3030
Fax: (912) 234-9700
marktate@tatelawgroup.com

Sworn to before me and
subscribed in my presence
this 8th day of August, 2013.

_____
NOTARY PUBLIC
My Commission Expires: 3/25/17



KATIE M. KINDRED
Notary Public, Georgia
Chatham County
My Commission Expires
March 25, 2017

-5-