<u>U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA</u>

# If you entered into a litigation funding transaction with Pacific Legal Funding, LLC whereby you received an advance relative to a Vioxx settlement obtained by a client of The Eichholz Law Firm in Savannah, Georgia and you paid to Pacific Legal Funding some fee, interest or other charges, exclusive of the repayment of the principal amount of the advance, a Lawsuit and Settlement may affect you.

*A Federal Court authorized this notice. This is not a solicitation from a lawyer.*

- Please read this notice carefully. Your legal rights are affected whether you act or don't act.

- There is a lawsuit involving damages claimed by individuals who received and paid fees for an advance from Pacific Legal Funding related to settlement proceeds of Vioxx claims obtained for clients of The Eichholz Law Firm in Savannah, Georgia.

- The lawsuit was filed on June 6, 2011 against Defendants The Eichholz Law Firm and Pacific Legal Funding, who have denied all of the claims in the lawsuit.

- A Settlement has been reached with the Defendants for a total Settlement Amount of ninety-five thousand dollars ($95,000).

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT AND SETTLEMENT ||
|---|---|
| **EXCLUDE YOURSELF** | You will not be included in the ongoing lawsuit or Settlement. You will receive no benefits, but you will retain any rights you may currently have against The Eichholz Law Firm or Pacific Legal Funding about the claims in this case. |
| **DO NOTHING** | You will be included in the litigation and be eligible to file a claim for a payment under the Settlement (if you qualify) at a later date. You will give up any rights you may have against the Defendants about the claims in this case. |
| **OBJECT TO SETTLEMENT** | If you do not exclude yourself, you can write to the Court explaining why you disagree with the Settlement. |
| **GO TO THE HEARING** | Ask to speak in Court about your opinion of the Settlement. |

[1]

These rights and options – and the deadlines to exercise them – are explained in this Notice.

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**..................................................................................................Page 3
    1. What is this Notice about?
    2. What is the lawsuit about?
    3. What is a class action?

**WHO IS INCLUDED**....................................................................................................Page 3
    4. Who are the Defendants?
    5. How do I know if I am in the Class?

**THE SETTLEMENT'S BENEFITS** ...............................................................................Page 4
    6. What does the Settlement provide?
    7. How much money can I get?
    8. When will I get a payment?

**REMAINING IN THE CLASS**......................................................................................Page 5
    9. What am I giving up if I stay in the lawsuit?

**EXCLUDING YOURSELF FROM THE CLASS**............................................................Page 5
    10. How do I get out of the Class?
    11. If I don't exclude myself, can I sue for the same thing later?
    12. If I exclude myself, can I still get benefits?

**OBJECTING OR COMMENTING ON THE SETTLEMENT**..........................................Page 6
    13. How do I object or comment on the Settlement?
    14. What is the difference between excluding myself from the Class or objecting to the Settlement?

**THE LAWYERS REPRESENTING YOU**......................................................................Page 7
    15. Do I have a lawyer representing me?
    16. How will the lawyers be paid?

**THE FAIRNESS HEARING**........................................................................................Page 7
    17. When and where will the Court decide whether to approve the Settlement?
    18. Do I have to come to the hearing?
    19. May I speak at the hearing?

**GET MORE INFORMATION**.....................................................................................Page 8
    20. Where can I get more information?

## BASIC INFORMATION

### 1. What is this Notice about?

This Notice is to inform you about the status and settlement of ongoing litigation which may affect your rights. You have the right to know about the lawsuit and about your legal rights and options before the Court or a jury decides whether the claims being made against the Defendants on your behalf are correct, and whether to approve the Settlement.

### 2. What is this lawsuit about?

This litigation arises out of settlement advances made by Defendant Pacific Legal Funding to individuals, where such advances were made relative to settlements of Vioxx claims obtained by clients of Defendant The Eichholz Law Firm. The Plaintiff contends that the advances were improper and that the Defendants failed to disclose important information concerning the advances.

This case was filed in 2011 in the United States District Court for the Southern District of Georgia and was styled *Verie Poole v The Eichholz Law Firm, P.C. and Pacific Legal Funding, LLC*, Case No. 2:11-cv-1546 (hereafter referred to as the "Action"). The Action was subsequently transferred to the United States District Court for the Eastern District of Louisiana before the Honorable Judge Fallon to be included as part of the multidistrict litigation titled *In re: Vioxx Products Liability Litigation*, MDL No. 1657, where many Vioxx-related cases had previously been consolidated.

The Action was filed as a proposed class action and seeks relief on behalf of all those who received and paid fees or charges for advances from Pacific Legal Funding where such advances were made relative to settlements of Vioxx claims obtained by clients of Defendant The Eichholz Law Firm.

### 3. What is a class action?

In a class action, people called class representatives sue on behalf of a group or a "class" of people who have similar claims. In a class action, the court resolves the issues for all class members except those who exclude themselves from the class.

## WHO IS INCLUDED

### 4. Who are the Defendant companies?

The Defendants are The Eichholz Law Firm, P.C. based in Savannah, Georgia and Pacific Legal Funding, LLC, a litigation funding company based in New York.

### 5. How do I know if I am in the Class?

You are a member of the Class if you are a person who entered into a litigation funding transaction with Pacific Legal Funding whereby you received an advance relative to a Vioxx settlement obtained by a client or clients of The Eichholz Law Firm and, further, where you paid to Pacific Legal Funding some fee, interest or other charges, exclusive of the repayment of the principal amount of the advance.

Excluded from the Class is any person, firm, trust, corporation, or other entity related or affiliated with Defendants including, without limitation, persons who are officers, directors, employees, associates or partners of the Defendants.

## THE SETTLEMENT'S BENEFITS

### 6. What does the settlement provide?

The Settlement, which includes the creation of a Settlement Fund totaling $95,000 to be paid by Defendants over six months, is being presented to the Court for approval. The Settlement Fund will be used to resolve the claims of the members of the above-described Class who received and paid for advances from Pacific Legal Funding. The attorneys' fees and expenses of Class Counsel will also be paid out of the Settlement Fund (*see* Question 15).

### 7. How much money can I get?

If you qualify as a member of the Class and choose to remain a member of the Class without filing an objection, you will receive 75% of the charges and fees you paid in connection with your advance from Pacific Legal Funding, which amount has been determined in advance by the parties in this case. This does **not** include the principal amount of the advance.

**In order to receive a payment you will need to submit a valid claim form when the claims period begins. A copy of the claim form is included with this Notice. You must mail your Claim Form no later than July 22, 2013 to:**

>Mark A. Tate
>Tate Law Group, LLC
>2 East Bryan Street
>Suite 600
>Savannah, Georgia 31401

### 8. When will I get a payment?

No money will be distributed until the Settlement is approved by the Court. If the Settlement is approved, the Court will enter a Final Order and Judgment approving the Settlement, dismissing the Action and discharging Defendants from all claims which were, or could have been, asserted by you or on your behalf related to the subject matter of the Action.

If the Court approves the Settlement and the Court's Final Order and Judgment becomes final (meaning no appeals are filed or, if filed, are not granted), each Class Member who did not opt out from the Class will receive a payment from the Settlement Fund. Such payments will commence approximately 30 days after the Final Order and Judgment become final and will be paid in the order the claims were received, as Settlement Funds become available.

## REMAINING IN THE CLASS

### 9. What am I giving up if I stay in the lawsuit?

You will give up your right to sue the Defendants on your own for any claims you may have related to the subject matter of the Action unless you exclude yourself from the Class. You will also be bound by any decision by the Court relating to the Action and the Settlement.

In return for paying the Settlement amount, the Defendants will be released from all claims relating to the facts underlying the Action, as more fully described in the Settlement Agreement. The Settlement Agreement describes the released claims in detail, so read it carefully since those descriptions are binding on you. If you have any questions, you can talk to Class Counsel for free, or you can, of course, talk to your own lawyer if you have questions about what this means. The Settlement Agreement and other relevant documents are available for review at http://vioxx.laed.uscourts.gov/.

## EXCLUDING YOURSELF FROM THE CLASS

### 10. How do I get out of the Class?

To exclude yourself from the Class, you must send a request, in writing, that you wish to be excluded from this Settlement. Your request for exclusion *must* include your name, your mailing address, your email address, if any, your telephone number and your signature (it must be signed by you, any request made verbally or signed by your counsel will not count). **You must mail your exclusion request no later than July 22, 2013 to**:

> Mark A. Tate
> Tate Law Group, LLC
> 2 East Bryan Street
> Suite 600
> Savannah, Georgia 31401
>
> OR
>
> Joseph Coomes, Esq.
> McConnell, Sneed & Cohen, LLC
> 990 Hammond Drive
> Suite 840
> Atlanta, Georgia 30328

### 11. If I don't exclude myself, can I sue the Defendants for the same thing later?

No. Unless you exclude yourself, you give up any right to sue the Defendants for any claims you may have related to the subject matter of the Action.

### 12. If I exclude myself, can I still get benefits?

No. If you exclude yourself, you will not get any benefit as a result of the Settlement, if it is approved by the Court.

[5]

## OBJECTING OR COMMENTING ON THE SETTLEMENT

### 13. How do I object or comment on the Settlement?

If you have comments about, or disagree with, any aspect of the Settlement, you may express your views by writing to the addresses below. The written comments or objections must include your name, mailing address, e-mail address, if any, telephone number, the case name and number (*In re: Vioxx Products Liability Litigation*, MDL No. 2047: relating to *Verie Poole v. The Eichholz Law Firm, P.C., et al.*,), a brief explanation of your reasons for objecting, including any written material on which your objection is based on, and your signature (any request made verbally or signed by your counsel, alone, will not count). **The response must be postmarked no later than July 22, 2013 and mailed to**:

Clerk of Court
United States District Court for the Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

WITH COPIES TO EACH OF THE FOLLOWING:

Mark A. Tate, Esq.
Tate Law Group, LLC
2 East Bryan Street
Suite 600
Savannah, Georgia 31401

Joseph Coomes, Esq.
McConnell, Sneed & Cohen, LLC
990 Hammond Drive
Suite 840
Atlanta, Georgia 30328

Jonah Flynn, Esq.
Flynn Law Firm, LLC
945 East Paces Ferry Road
Suite 2525
Atlanta, Georgia 30326

### 14. What's the difference between excluding myself (from the Class) or objecting to the Settlement?

If you exclude yourself from the Class, you are telling the Court that you do not want to be a part of this case and, therefore, you will not receive any benefits from it. Objecting simply means telling the Court that you don't like something about the Settlement. You can object only if you remain in the Class. If you exclude yourself, you have no basis to object to the Settlement because the case no longer affects you.

[6]

## THE LAWYERS REPRESENTING YOU

### 15. Do I have a lawyer representing me?

The Court has appointed Mark A. Tate and C. Dorian Britt of Tate Law Group, LLC as Class Counsel for the Class. You do not have to pay Class Counsel separately. The attorneys will be paid by asking the Court for a share of the Settlement proceeds or recovery obtained. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

### 16. How will the lawyers be paid?

At a later date, Class Counsel will ask the Court for attorneys' fees and the reimbursement of expenses for their work in the Action, such amount not to exceed one-third of the $95,000 Settlement Fund. Any payment to the attorneys will be subject to Court approval and the Court may award less than the requested amount. The fees, costs, expenses and awards that the Court orders will come out of the Settlement Fund.

## THE FAIRNESS HEARING

### 17. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Fairness Hearing at 9:00 a.m. on August 27, 2013 at the United States District Court for the Eastern District of Louisiana, Courtroom C-468, Fourth Floor, 500 Poydras Street, New Orleans, LA 70130. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check http://vioxx.laed.uscourts.gov/Orders/Orders.htm. At this hearing the Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections or comments, the Court will consider them at this time. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

### 18. Do I have to come to the hearing?

No. Class Counsel will answer any questions the Court may have. But you are welcome to come at your own expense. If you send an objection or comment, you don't have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay another lawyer to attend, but it's not required.

### 19. May I speak at the hearing?

If you would like to speak at the hearing, you must send a notice of intent to appear. This letter must state whether you or your lawyer intends to appear at the Fairness Hearing. It must also identify any witnesses you intend to call, the subject area of the witnesses' testimony, and all documents to be used or offered into evidence, at the Fairness Hearing. Be sure to include your name, mailing address, e-mail address, if any, telephone number, the case name and (*In re: Vioxx Products Liability Litigation*, MDL No. 2047: relating to *Verie Poole v. The Eichholz Law Firm, P.C., et al.*,), and your signature.

Your Notice of Intent to Appear **must be postmarked no later than July 22, 2013**, and must be sent to the addresses listed in Question 13. You cannot speak at the hearing if you exclude yourself from the Class.

[7]

## GET MORE INFORMATION

| 20. Where can I get more information? |

The Notice summarizes the Action and the Settlement. You can get more information about the lawsuit and Settlement at http://vioxx.laed.uscourts.gov/Default.htm, by calling Tate Law Group, LLC at (912) 234-3030, or writing to Tate Law Group, LLC at 2 East Bryan Street, Suite 600, Savannah, Georgia 31401.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS  
LIABILITY LITIGATION  
*Poole v. Eichholz Law Firm, P.C., et al.*  
E.D. La., Case No. 2:11-cv-1546

MDL No. 1657  
Section: L  
Judge Eldon E. Fallon  
Mag. Judge Knowles

## CLAIM FORM INSTRUCTIONS

In order for you to qualify to receive a payment in the above-referenced case as described in the Notice of this Settlement (the "Class Notice"), you must file a Claim Form in the attached form.

### Requirements for Filing a Claim Form

Your claim will be considered only upon compliance with all of the following conditions:

1. You must accurately complete all required portions of the attached Claim Form.

2. You must **sign** the Claim Form, which includes the Certification. You must sign it yourself – your attorney of other representative may not sign on your behalf. (The only exception to the foregoing shall be in the event of death or disability of the Claimant – in which event, an appropriately appointed representative may sign on the Claimant's behalf and shall identify themselves accordingly below.)

3. By signing and submitting the Claim Form, you are certifying that you entered into a litigation funding transaction with Pacific Legal Funding, LLC ("PLF") whereby you received an advance related to a Vioxx settlement award and you paid to PLF some fee, interest or other charges for such advance, exclusive of the repayment of the principal amount of the advance.

4. You must MAIL the completed and **signed** Claim Form and Certification by First-Class U.S. Mail, postage prepaid, **postmarked no later than July 22, 2013**, to:

    Mark A. Tate  
    Tate Law Group, LLC  
    2 East Bryan Street  
    Suite 600  
    Savannah, Georgia 31401

Your failure to complete and submit the Claim Form postmarked by July 22, 2013, will preclude you from receiving any payments in this Settlement. So that you will have a record of the date of your mailing of the Claim Form and its receipt by the Claims Administrator, you are advised to use (but are not required to use) Certified Mail, Return Receipt Requested.

## CLAIM FORM

Please print or type:

FIRST NAME _____

LAST NAME _____

Current Address: _____
                     Street

_____
City                State                Zip Code

Telephone Number: _____

Email Address (if any): _____

## CERTIFICATION

I have read and am familiar with the contents of the Instructions accompanying this Claim Form and I certify that the information I have set forth in the foregoing Claim Form is correct and complete to the best of my knowledge.

By signing below, I certify that I entered into a litigation funding transaction with Pacific Legal Funding, LLC ("PLF") whereby I received an advance related to a Vioxx settlement award and paid to PLF some fee, interest or other charges for such advance, exclusive of the repayment of the principal amount of the advance.

I am not an officer, director, agent, servant or employee of Pacific Legal Funding, LLC or The Eichholz Law Firm, P.C., or any related entity thereof; a judge in this lawsuit or an immediate family member of such persons; and I have not requested exclusion from the Settlement.

I certify that the foregoing information supplied by the undersigned is true and correct to the best of my knowledge and that this Claim Form was executed by me on the date set forth below.

Signature: _____

Type/Print Name: _____

Date: _____

If the person completing and signing this Claim Form is doing so in a representative capacity for a Claimant who is unable to do so due to death or disability, the following must also be provided:

Name of person completing form:_____

Signing Capacity of Person:_____
                                (e.g., Executor, Administrator, Trustee, Attorney in Fact, etc.)

Date of Claimant death or disability:_____

Current Address:_____
                 Street

               City             State           Zip Code

Telephone Number:_____

Email Address (if any):_____

REMINDER CHECKLIST:

1. Please sign the above Claim Form.

2. Keep a copy of your Claim Form and supporting documentation for your records.

3. If you desire an acknowledgment of receipt of your Claim Form, please mail this Claim Form via Certified Mail, Return Receipt Requested.

4. If you move or your name changes, please send your new address, new name or contact information to Mark Tate, Tate Law Group, LLC, 2 East Bryan St., Suite 600, Savannah, Georgia 31401 via First-Class U.S. Mail.

**ACCURATE CLAIMS PROCESSING MAKE TAKE SOME TIME. THANK YOU FOR YOUR PATIENCE.**