# CAFA Service List

The following were provided notice of the Class Settlement in this case in conformance with 28 U.S.C. § 1715(a) and (b) of the Class Action Fairness Act:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Honorable Alan Wilson
Attorney General of South Carolina
Office of the Attorney General
1000 Assembly St., Room 519
Columbia, South Carolina  29201

Jack Conway, Esq.
Attorney General of Kentucky
Office of the Attorney General
700 Capitol Avenue
Suite 118
Frankfort, Kentucky  40601

Attorney General of North Carolina
Office of the Attorney General
Attn: Legal Services Division
9001 Mail Service Center
Raleigh, North Carolina  27699-9001

Attorney General of Georgia
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia  30334

James D. "Buddy" Caldwell, Esq.
Attorney General of Louisiana
Office of the Attorney General
1885 North 3rd Street
Baton Rouge, LA 70802