UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | |
| *Maurice Robinson, et al vs. Merck & Co Inc,  2:08-cv-01406* | * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### EX PARTE MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Maurice Robinson, who respectfully moves this Honorable Court for an Order enrolling Justin I. Woods of the firm of Woods, Bowers & Woods, as counsel of record for plaintiff in the captioned matter.

Respectfully submitted,

WOODS, BOWERS & WOODS, LLC

BY:    s/Justin I. Woods
**JUSTIN I. WOODS (#24713)**
1610 Oretha Castle Haley Boulevard
Suite B
New Orleans, Louisiana  70113
Tel.: (504) 309 – 4177
Fax:  (504) 309 – 4377
E-mail:  jwoods@wbw-law.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2013, I electronically filed the foregoing by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      s/ Justin I. Woods_____
           JUSTIN I. WOODS