August 6, 2013

**VIA FEDERAL EXPRESS**

[Class Member]
[Address]

      Re:    <u>Verie Poole, et al. v. The Eichholz Law Firm, P.C., et al.</u>
             Eastern District of Louisiana
             2:05-md-01657-EEF-DEK

Dear [Class Member]:

      This notice is being sent to you due to the fact that you recently returned a claim form in the above-styled lawsuit stemming from one or more advances you received from Pacific Legal Funding pertaining to Vioxx claims being handled by The Eichholz Law Firm in Savannah, Georgia. Please read the enclosed Motion for Award of Attorney's Fees, Reimbursement of Costs and Incentive Payment. With this motion, we, as lawyers for you and the other class members are asking the Court for attorneys' fees and reimbursement of costs in the total amount of $43,867.43. We are also asking that Verie Poole, as the person who brought this case as a class action, be awarded an amount of $1,000 in addition to her class settlement. <u>If approved, these amounts will not have any effect on the amount of your settlement and you will not pay any portion of these amounts from your settlement</u>.

      If you have comments about, or disagree with, any aspect of this motion, you may express your views by writing to the addresses below. The written comments or objections must include your name, mailing address, e-mail address, if any, telephone number, the case name and number (In re: Vioxx Products Liability Litigation, MDL No. 2047: relating to Verie Poole v. The Eichholz Law Firm, P.C., et al.,), a brief explanation of your reasons for objecting, including any written material on which your objection is based on, and your signature (any request made verbally or signed by your counsel, alone, will not count). The response should be postmarked no later than August 20, 2013 and mailed to:

                           Clerk of Court
United States District Court for the Eastern District of Louisiana
                       500 Poydras Street
                  New Orleans, Louisiana 70130

                           Mark A. Tate
                       Tate Law Group, LLC
                     2 East Bryan Street
                           Suite 600
                   Savannah, Georgia 31401



EXHIBIT A

If you have any questions, feel free to contact me.

Sincerely,

C. Dorian Britt
Attorney for Plaintiff Verie
Poole and the Class

cc: Joseph Coomes, Esq.
    Jonah Flynn, Esq.
    Mark A. Tate, Esq.