UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No. **1657**
Section: L

This document applies to:
*Poole v. Eichholz Law Firm, P.C., et al.*
E.D. La., Case No. 2:11-cv-1546

Judge Eldon E. Fallon
Mag. Judge Knowles

## DECLARATION OF MARK A. TATE

**COMES NOW** Mark A. Tate, being of sound mind and lawful age, and subject to the penalties for perjury deposes and states as follows:

1. I am an attorney duly licensed to practice law in the State of Georgia and the owner of Tate Law Group, LLC located in Savannah, Georgia.

2. My career spans more than 20 years as a trial lawyer.

3. I have personal knowledge of the matters declared herein.

4. I submit this declaration in support of the *Motion for Award of Attorneys' Fees, Reimbursement of Costs, and Incentive Payment* in the above-styled action.

5. I previously executed two declarations in support of the proposed settlement in this action and I reaffirm those declarations and incorporate those statements herein, in toto, in support of Plaintiff's request for attorneys' fees, reimbursement of costs, and incentive payment in this action.

6. I am very familiar with the factual and legal issues involved in this litigation and have specific familiarity with all aspects of the proposed Settlement and how it


EXHIBIT B

was achieved.

7. As Class Counsel and founder of Tate Law Group, LLC, I am also very familiar with the work that was performed by employees in my office in this case.

8. The following hourly rates are what Tate Law Group, LLC routinely charges for legal work:

   | Partner | - | $400/hr |
   |---|---|---|
   | Senior Associate | - | $250/hr |
   | Junior Associate | - | $175/hr |
   | Paralegal/Assistant | - | $75/hr |

9. During the course of this litigation, the Parties have completed significant amounts of discovery, including numerous depositions; multiple sets of interrogatories, requests for production, expert work; and production of several thousands of pages of documents.

10. Class Counsel has advanced expenses in this litigation in the amount of $12,201.08 to date. Attached hereto as Exhibit 1 is a breakdown of Tate Law Group, LLC's expenses advanced in this case.

11. While Tate Law Group, LLC did not maintain hourly records of the time its employees spent working on this case, I can reasonably estimate that the following amount of time was spent by each type of employee:

    | Partner | - | 30 hours |
    |---|---|---|

    Senior Associate  -  60 hours

    Junior Associate  -  20 hours

    Paralegal/Assistant  -  25 hours

12. Applying the applicable hourly rate to the time spent by each type of employee, Tate Law Group, LLC spent approximately $32,375 worth of time pursuing this case on behalf of the Class.

13. Class Representative Verie Poole has willingly and actively participated in this litigation and was always available to discuss this case. She assisted with (1) providing evidence and gathering facts for this case, as well as assisting in the preparation of the Complaint that was filed; (2) collecting her documents, and providing responses to Defendants' discovery requests; (3) meeting with Class Counsel in preparation for her deposition; (4) appearing for deposition for over four hours; and (5) staying abreast of the litigation and settlement negotiations.

Respectfully submitted this _____ day of August, 2013.

                                            Mark A. Tate
                                            (Georgia Bar No. 698820)

**TATE LAW GROUP, LLC**
P.O. Box 9060
Savannah, GA 31412
Phone: (912) 234-3030
Fax: (912) 234-9700
marktate@tatelawgroup.com

Sworn to before me and
subscribed in my presence
this  6th  day of August, 2013.

_Katie M. Kindred_
NOTARY PUBLIC
My Commission Expires: 3/25/17

```
KATIE M. KINDRED
Notary Public, Georgia
Chatham County
My Commission Expires
March 25, 2017
```

Case 2:05-md-01657-EEF-DEK   Document 64531-2   Filed 08/09/13   Page 5 of 5

10:52 AM
08/05/13

# Tate Law Group
## Client Expenses Ledger For:
## Poole, Verie

| Date | Memo | Amount |
|---|---|---:|
| **Poole, Verie** | | |
| 5/20/2011 | Travel to Leesburg | 118.70 |
| 6/6/2011 | USDC Court Filing Fee | 350.00 |
| 6/15/2011 | Attorneys Personal Service | 120.00 |
| 6/29/2011 | Ortiz & Associates | 85.00 |
| 8/18/2011 | Witness Fee/Mileage | 163.24 |
| 8/18/2011 | Witness Fee/Mileage | 47.88 |
| 8/24/2011 | Oritz & Associates, Inc. | 195.00 |
| 9/13/2011 | Attorneys Personal Service | 120.00 |
| 9/30/2011 | Lexis Nexis Research | 340.01 |
| 10/12/2011 | Prints to the Copier | 26.00 |
| 10/12/2011 | Color prints to the copier | 140.00 |
| 10/12/2011 | Scans | 62.50 |
| 10/12/2011 | Color Copies | 175.00 |
| 10/12/2011 | Color Scans | 21.25 |
| 10/4/2012 | Thomas Taggart, Esq. | 1,000.00 |
| 10/23/2012 | Thomas Taggart, Esq. Expert Fees | 1,000.00 |
| 11/1/2012 | LexisNexis File & Serve | 29.50 |
| 11/1/2012 | Martin County Sheriff's Department | 40.00 |
| 11/4/2012 | Martin County Sheriff | 18.66 |
| 11/15/2012 | Dougherty County Law Library | 75.00 |
| 11/16/2012 | Albany Quality Cab | 100.50 |
| 11/16/2012 | The Cookie Shoppe - Albany - Meals | 7.49 |
| 11/21/2012 | Poole, Verie | -30.00 |
| 11/22/2012 | Fedex to Verie Poole | 23.39 |
| 11/29/2012 | Airplane to/from Stuart Florida | 1,035.00 |
| 11/29/2012 | Pilot to/from Stuart, Florida | 805.00 |
| 11/29/2012 | Carey Limo | 174.25 |
| 11/29/2012 | Delta - Airfare for Nikki Shipley from West Palm Beach to S... | 363.59 |
| 11/29/2012 | Carey Limo | 653.49 |
| 11/29/2012 | Signature Aviation - Fuel | 1,067.59 |
| 12/1/2012 | Marriott - Stuart, FL | 196.82 |
| 12/3/2012 | File & ServeXpress LLC | 41.50 |
| 12/6/2012 | Fedex from client | 37.80 |
| 12/31/2012 | Postage & Delivery | 59.68 |
| 12/31/2012 | Copies | 337.50 |
| 12/31/2012 | Scans | 1,224.00 |
| 1/2/2013 | File & ServeXpress LLC | 88.00 |
| 1/10/2013 | Mixon Reporting Service, Inc. | 319.38 |
| 1/15/2013 | Thomas Taggart, Esq. Expert Fee | 1,250.00 |
| 1/24/2013 | Tom Crites & Associates | 250.00 |
| 1/31/2013 | Postage & Delivery | 15.48 |
| 2/1/2013 | File & ServeXpress, LLC | 29.50 |
| 2/21/2013 | Fedex to US District Court | 18.46 |
| 2/28/2013 | Fax charges | 4.00 |
| 6/30/2013 | Postage & Delivery | 0.92 |
| **Total Poole, Verie** | | **12,201.08** |
| **TOTAL** | | **12,201.08** |

Page 1