UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * | | |

THIS DOCUMENT RELATES TO:

Plaintiff's Name:   Larry L. Smith

Case Name:   Larry L. Smith vs. Merck & Company, Inc.

Case Number:   8:08-cv-1655-T-30MAP

## NOTICE OF SERVICE OF EXPERT DISCLOSURES

Plaintiff, Larry L. Smith ("Plaintiff"), by and through undersigned counsel, hereby serves this Notice of Service of Expert Disclosures to the following individuals via e-mail and U.S. Mail on August 9, 2013:

> Patricia E. Lowry, Esquire
> Maria Jose Moncada, Esquire
> Squire, Sanders & Dempsey, LLP
> 900 Phillips Point West
> 777 South Flagler Drive
> West Palm Beach, FL   33401-6198
> BLitten@ssd.com
>
> Sean P. Brennan, Esquire
> Goldman Ismail Tomaselli Brennan & Baum LLP
> 2828 N. Harwood Suite 1730
> Dallas, Texas 75201
> sbrennan@goldmanismail.com
> www.goldmanismail.com

Phillip Wittman, Esquire
Dorothy H. Wimberly, Esquire
Stone Pigmann Walther Wittman LLC
546 Carondelet Street
New Orleans, LA   70130
pwittmann@stonepigman.com
dwimberly@stonepigman.com

Eva Petko Esber, Esquire
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC   20005-5901
eesber@wc.com

_____
JOHN D. GOLDSMITH
Fla. Bar No. 444278
jdgoldsmith@trenam.com
AMY L. DRUSHAL
Fla. Bar No. 546895
aldrushal@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, Florida   33602
Tel:  (813) 223-7474
Fax:  (813) 229-6553
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of August, 2013, a true and correct copy of the foregoing Notice of Service of Expert Disclosures has been served via E-mail and U.S. Mail to the following:

Patricia E. Lowry, Esquire
Maria Jose Moncada, Esquire
Squire, Sanders & Dempsey, LLP
900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL   33401-6198
BLitten@ssd.com

Sean P. Brennan, Esquire
Goldman Ismail Tomaselli Brennan &
Baum LLP
2828 N. Harwood Suite 1730
Dallas, Texas 75201
sbrennan@goldmanismail.com
www.goldmanismail.com

2

| | |
|---|---|
| Phillip Wittman, Esquire<br>Dorothy H. Wimberly, Esquire<br>Stone Pigmann Walther Wittman LLC<br>546 Carondelet Street<br>New Orleans, LA   70130<br>pwittmann@stonepigman.com<br>dwimberly@stonepigman.com | Eva Petko Esber, Esquire<br>Williams & Connolly, LLP<br>725 Twelfth Street, N.W.<br>Washington, DC   20005-5901<br>eesber@wc.com |

_____
Attorney

7816386v1