United States Court of Appeals
Fifth Circuit

UNITED STATES COURT OF APPEALS

**F I L E D**

June 25, 2013

FOR THE FIFTH CIRCUIT

Lyle W. Cayce
Clerk

No. 12-31075
Summary Calendar

D.C. Docket No. 2:05-MD-1657
D.C. Docket No. 2:07-CV-906

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

-------------------------------------------------------------------

ELENA STRUJAN,

       Plaintiff - Appellant

v.

MERCK AND COMPANY, INCORPORATED,

       Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before SMITH PRADO, and OWEN, Circuit Judges.

JUDGMENT

     This cause was considered on the record on appeal and the briefs on
file.

     It is ordered and adjudged that the appeal is dismissed as frivolous.

     IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-
appellee the costs on appeal to be taxed by the Clerk of this Court.

A True Copy
Attest

ISSUED AS MANDATE: AUGUST 7, 2013

Clerk, U.S. Court of Appeals, Fifth Circuit

By: Sabrina B Short

         Deputy AUGUST 7, 2013

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

New Orleans, Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   AUG - 9 2013

WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 25, 2013

Lyle W. Cayce
Clerk

No. 12-31075
Summary Calendar

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------------------------

ELENA STRUJAN,

Plaintiff-Appellant

v.

MERCK AND COMPANY, INCORPORATED,

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:05-MD-1657
USDC No. 2:07-CV-906

Before SMITH, PRADO, and OWEN, Circuit Judges.

PER CURIAM:*

Elena Strujan, a nonprisoner, filed a civil complaint against Merck and
Company, Incorporated (Merck), for damages based on her use of the drug Vioxx.
Because she failed to disclose her potential claim against Merck in a prior
bankruptcy petition, the district court found that the doctrine of judicial estoppel

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

applied and granted Merck's summary judgment motion. The district court also denied Strujan's motion for leave to proceed in forma pauperis (IFP) on appeal.

Strujan now moves in this court for leave to proceed IFP on appeal. An IFP movant must demonstrate that she is a pauper and that she will raise nonfrivolous issues on appeal. *Carson v. Polley*, 689 F.2d 562, 586 (5th Cir. 1982). Strujan has not demonstrated that she has a nonfrivolous argument for appeal regarding the district court's judicial estoppel finding and grant of summary judgment. *See Love v. Tyson Foods, Inc.*, 677 F.3d 258, 261-62 (5th Cir. 2012); *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). Accordingly, her motion for leave to proceed IFP is DENIED, and the appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2.