# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 07, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG -9 2013
WILLIAM W. BLEVINS
CLERK

**No. 12-31075   In Re: Vioxx Prod Liability**
USDC No. 2:05-MD-1657
USDC No. 2:07-CV-906

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: Sabrina B. Short
Sabrina B. Short, Deputy Clerk
504-310-7817

cc: (letter only)
    Honorable Eldon E. Fallon
    Ms. Vilia B Hayes
    Ms. Elena Strujan

P.S. to Judge Fallon:  A copy of the opinion was sent to your office via email the day it was filed.

