Frederick S. Longer, Esquire (Bar#:46653)
Levin, Fishbein, Sedran & Berman
510 Walnut Steet, STe. 500
Philadelphia, PA 19106
215-592-1500

## United States District Court
## Eastern District of Pennsylvania

In Re: Vioxx Products Liability Litigation

V.

Relates to: Commonwealth of PA v. Merck (EDLA No. 09-2861)

Case No.: MDL 1657

AFFIDAVIT OF SERVICE

Commonwealth of Pennsylvania
County of Philadelphia      ss.

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

On **07/23/2013** at **9:45 AM**, I served the within **Subpoena** on **Cohen, Placitella & Roth, P.C., c/o Christopher M. Placitella**, Respondent. Said service was effected at **2001 Market Street, Suite 2900, Philadelphia, PA 19103** in the following manner:

By delivering thereat a true copy to **Lolita Hagen, Legal Assistant** of the above named corporation/business entity and informing him/her of the contents.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Black** - Age: **30** - Weight: **150**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

X_____
**William Alexander**
Dennis Richman Services for the Professional, Inc.
1500 JFK Boulevard, Suite 1706
Philadelphia, PA 19102
215.977.9393

*73887*