IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) *Ratliff v. Merck & Co., Inc.*, ) No. 04-CI-01493 (Pike Cir. Ct.) ) | |

## MOTION TO STAY VIOXX-RELATED CONSUMER-PROTECTION CLAIMS IN KENTUCKY STATE COURT AND ENJOIN FURTHER PROSECUTION OF SUCH CLAIMS

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves the Court to stay further proceedings in James Ratliff's case in Kentucky state court and enjoin further efforts by Mr. Ratliff's counsel to prosecute that action pending final approval of the MDL class action settlement.

As set forth in the attached memorandum, Mr. Ratliff's efforts to advance competing state-court litigation and destabilize the MDL settlement threaten to compromise the Court's efforts to oversee a global resolution.

WHEREFORE, Merck respectfully requests that its motion be granted, and the Court issue an order pursuant to the All Writs Act staying further proceedings in Mr. Ratliff's case in Kentucky state court and enjoining Mr. Ratliff's counsel from further prosecution of that action.

1135094v1

Dated:  August 12, 2013               Respectfully submitted,

                By: */s/ Dorothy H. Wimberly*
                    Phillip A. Wittmann, 13625
                    Dorothy H. Wimberly, 18509
                    STONE PIGMAN WALTHER WITTMANN L.L.C.
                    546 Carondelet Street
                    New Orleans, Louisiana 70130
                    Phone: 504-581-3200
                    Fax:     504-581-3361

                    Defendants' Liaison Counsel

                    —and—
                    Douglas R. Marvin
                    M. Elaine Horn
                    Jonathan L. Williams
                    WILLIAMS & CONNOLLY LLP
                    725 Twelfth Street, N.W.
                    Washington, D.C. 20005
                    Phone: 202-434-5000
                    Fax:     202-434-5029


                    John H. Beisner
                    Jessica Davidson Miller
                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                    1440 New York Avenue, N.W.
                    Washington, DC 20005

                    ATTORNEYS FOR MERCK SHARP & DOHME CORP.

1135094v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion to Stay Vioxx Related Consumer-Protection Claims in Kentucky State Court and Enjoin Further Prosecution of Such Claims* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of August, 2013.

> */s/ Dorothy H. Wimberly*
> Dorothy H. Wimberly, 18509
> STONE PIGMAN WALTHER
> WITTMANN L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana  70130
> Phone:  504-581-3200
> Fax:     504-581-3361
> dwimberly@stonepigman.com
>
> Defendants' Liaison Counsel

1135094v1