IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL NO. 1657 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | |
| *Ratliff v. Merck & Co., Inc.*, ) | |
| No. 04-CI-01493 (Pike Cir. Ct.) ) | |
| ) | |

### [PROPOSED] ORDER ON DEFENDANT'S MOTION TO STAY VIOXX-RELATED CONSUMER-PROTECTION CLAIMS IN KENTUCKY STATE COURT AND ENJOIN FURTHER PROSECUTION OF SUCH CLAIMS

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and it is **FURTHER ORDERED** that Mr. Ratliff's case in state court is Kentucky is hereby **STAYED** pending final approval by this Court of the MDL class action settlement. It is **FURTHER ORDERED** that Mr. Ratliff's counsel is hereby **ENJOINED** from further prosecution of the above-captioned case pending final approval by this Court of the MDL class action settlement.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE