UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SHERILL HERKE, individually and on behalf of a proposed class of those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>No. 2:09-cv-07218 |

**CLASS COUNSEL'S MOTION FOR AN ORDER ENJOINING JAMES RATLIFF, HIS COUNSEL, AND ANY OTHER CLASS MEMBER FROM PROSECUTING A COMPETING AND OVERLAPPING CONSUMER CLASS ACTION AND INTERFERING WITH THIS COURT'S CONTINUING JURISDICTION OVER THIS LITIGATION AND THE NATIONWIDE VIOXX CONSUMER CLASS SETTLEMENT PRELIMINARILY APPROVED BY THIS COURT**

**NOW INTO COURT**, come Co-Lead Class Settlement Counsel seeking an Order enjoining Plaintiff James Ratliff, his counsel Richard Getty, and any other class member from prosecuting a competing and overlapping consumer class action, including the Kentucky action, *Ratliff v. Merck & Co.*, No. 04-CI-01493 (Pike Cir. Ct.), and interfering with this Court's continuing jurisdiction over this litigation and the nationwide Vioxx consumer class settlement preliminarily approved by this Court.

This motion is supported by the accompanying memorandum of law, filed herewith.

1123021.1                  -1-

                                        Respectfully submitted,

Dated: August 12, 2013

                                        /s/ Russ M. Herman
                                        Russ M. Herman, Esquire
                                        Leonard A. Davis, Esquire
                                        HERMAN, HERMAN & KATZ, L.L.C.
                                        820 O'Keefe Avenue
                                        New Orleans, Louisiana 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        ldavis@hhklawfirm.com
                                        *Plaintiffs' Liaison Counsel*
                                        *MDL 1657 and*
                                        *Co-Lead Class Settlement Counsel*

                                        Elizabeth J. Cabraser, Esquire
                                        LIEFF CABRASER HEIMANN & BERNSTEIN, L.L.P.
                                        275 Battery Street, 29th Floor
                                        San Francisco, CA 94111
                                        Phone:  (415) 956-1000
                                        Fax:  (415) 956-1008
                                        ecabraser@lchb.com
                                        *Co-Lead Class Settlement Counsel*

                                        Arnold Levin (On the Brief)
                                        Sandra L. Duggan (On the Brief)
                                        LEVIN, FISHBEIN, SEDRAN AND BERMAN
                                        510 Walnut Street, Suite 500
                                        Philadelphia, PA  19106
                                        Phone:  (215) 592-1500
                                        Fax:  (215) 592-4663
                                        alevin@lfsblaw.com
                                        *Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, and on Richard Getty (counsel for James Ratliff) by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of August, 2013.

                                         /s/ *Leonard A. Davis*
                                         Leonard A. Davis