UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SHERILL HERKE, individually and on behalf of a proposed class of those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>No. 2:09-cv-07218 |

**O R D E R**

　　Considering the Class Counsel's Motion for an Order Enjoining James Ratliff, His Counsel, and Any Other Class Member from Prosecuting a Competing and Overlapping Consumer Class Action and Interfering with this Court's Continuing Jurisdiction Over this Litigation and the Nationwide Vioxx Consumer Class Settlement Preliminarily Approved by this Court;

　　IT IS ORDERED BY THE COURT that the motion is GRANTED.

　　New Orleans, Louisiana, this _____ day of _____, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge