UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SHERILL HERKE, individually and on behalf of a proposed class of those similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>       Defendant. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>No. 2:09-cv-07218 |

## **MOTION FOR EXPEDITED HEARING**

**NOW INTO COURT**, come Co-Lead Class Settlement Counsel who respectfully requests an expedited hearing on their Motion for an Order Enjoining James Ratliff, His Counsel, and Any Other Class Member from Prosecuting a Competing and Overlapping Consumer Class Action and Interfering with this Court's Continuing Jurisdiction Over this Litigation and the Nationwide Vioxx Consumer Class Settlement Preliminarily Approved by this Court [Rec. Doc. 64539]. The Consumer Class Settlement has been preliminarily approved by this Court and an expeditious ruling on this motion would be beneficial.

1123021.1 -1-

Respectfully submitted,

Dated: August 12, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657 and*
*Co-Lead Class Settlement Counsel*

Elizabeth J. Cabraser, Esquire
LIEFF CABRASER HEIMANN & BERNSTEIN, L.L.P.
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone:  (415) 956-1000
Fax:  (415) 956-1008
ecabraser@lchb.com
*Co-Lead Class Settlement Counsel*

Arnold Levin (On the Brief)
Sandra L. Duggan (On the Brief)
LEVIN, FISHBEIN, SEDRAN AND BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, and on Richard Getty (counsel for James Ratliff) by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of August, 2013.

                                                /s/ *Leonard A. Davis*
                                                Leonard A. Davis