UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SHERILL HERKE, individually and on behalf of a proposed class of those similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>       Defendant. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>No. 2:09-cv-07218 |

**O R D E R**

Considering the Motion for Expedited Hearing filed by Class Counsel;

IT IS ORDERED BY THE COURT that an expedited hearing on Class Counsel's Motion for an Order Enjoining James Ratliff, His Counsel, and Any Other Class Member from Prosecuting a Competing and Overlapping Consumer Class Action and Interfering with this Court's Continuing Jurisdiction Over this Litigation and the Nationwide Vioxx Consumer Class Settlement Preliminarily Approved by this Court [Rec. Doc.64539] is set on the ___ day of _____, 2013, at ____ o'clock ___.m.

IT IS FURTHER ORDERED BY THE COURT that all responses to the motion be filed by _____ o'clock \_\_\_.m. on or before _____, 2013.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge