UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

**MEMORANDUM IN SUPPORT OF
MOTION TO ESTABLISH QUALIFIED SETTLEMENT FUND
AND TO APPOINT FUND ADMINISTRATOR AND DEPOSITORY BANK
(VIOXX CONSUMER SETTLEMENT FUND)**

**MAY IT PLEASE THE COURT:**

This memorandum is submitted in support of the Motion to Establish Qualified Settlement Fund and to Appoint Fund Administrator and Depository Bank (Vioxx Consumer Settlement Fund) filed by Co-Class Counsel, Elizabeth Cabraser and Russ M. Herman.

On August 2, 2013, the Court entered an Order Preliminarily Certifying a Class for purposes of Settlement and Preliminarily Approval of Class Settlement, Class Notice and Related Matters [Rec. Doc. 64526].

The settlement provides that funds from the Settlement shall be deposited and held in accordance with specific provisions of the Settlement.  Paragraph 19 of the August 2, 2013 Order "…directs and approves the establishment and maintenance of a

1

Common Fund Escrow Account pursuant to the terms of the proposed Settlement pending a decision on final approval, which Common Fund Escrow Account shall be under the jurisdiction of this Court and which is approved as a Qualified Settlement Fund pursuant to Treas. Reg. § 1.468B-1."

It is in the best interest of all parties, for the Court to authorize the establishment of a Qualified Settlement Fund (the "Fund") in accord with the attached Exhibit "A". The Fund shall be subject to the continuing jurisdiction of this Court.  The Fund shall be placed at Esquire Bank[1], a financial institution doing business in New York.  Information regarding Esquire Bank and its credentials to act as the Depository Bank are set forth in the attached Exhibit "B".  Esquire Bank shall be the Depository Bank for the QSF and will hold and invest the monies in accordance with Orders of the Court.  Statements for each account shall be issued and provided on a routine basis to Class Counsel, the Administrator and Philip Garrett, the Court Appointed CPA.  BrownGreer, PLC shall be the Administrator of the Fund pursuant to Treas. Reg. Section 1.468B-2.

This Court has jurisdiction over this matter under Treas. Reg. Section 1.468B-1(c)(1), which states in relevant part that a QSF "is established pursuant to an order of, or is approved by, the United States, any state (including the District of Columbia), territory, possession, or political subdivision thereof, or any agency or instrumentality (including a court of law) . . . and is subject to the continuing jurisdiction of that governmental authority."

---

[1]   Class Counsel discloses and informs the Court that members of the Plaintiffs' Steering Committee cumulatively own less than 5% of the issued and outstanding stock in this financial institution.  Any member of the Plaintiffs' Steering Committee is available to the Court for further disclosure of information should the Court desire any additional information.

Until such time that Claimants are entitled to settlement monies under the Settlement Agreement, no settlement monies shall be set apart for any Claimant, or otherwise made available so that he or she may draw upon or otherwise control said settlement monies. The Fund, by and through the Administrator, shall only make payments to or for the benefit of Claimants pursuant to the Settlement Agreement.

The settlement monies will be the sole property of the Fund. No portion of such monies shall be made available to Claimants except as specifically set forth in the Settlement Agreement. Until such time as monies are distributed, Claimants shall not possess any rights to demand or receive any portion of the monies or to mortgage, pledge, or encumber the same in any manner. To the extent possible, the terms of the Court's Order shall be construed so as to prevent Claimants from being in constructive receipt, as determined under federal income tax principles, of any amounts held by the Fund.

The monies deposited at the Depository Bank are to be invested with third parties in instruments/securities comprised of (a) United States Agency, Government Sponsored Enterprises or Treasury debt securities or obligations (maturities not to exceed five years at time of purchase) or mutual funds invested solely in such instruments (average maturity not to exceed 5 years); and/or (b) cash equivalent securities including SEC registered money market funds and collateralized money market accounts, and/or (c) in checking accounts up to current FDIC insurance limits; and/or (d) Certificates of Deposit that are fully insured by the FDIC through use of the Cedars Deposit Placement Agreement with Esquire; and/or (e) insured Cash Sweep Services, all as is more fully set forth in Exhibit "A" attached to the proposed Order attached hereto as Exhibit "A".

Class Counsel requests that the Court issue the appropriate Orders establishing the Qualified Settlement Fund.

Respectfully submitted,

Dated: August 13, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657 and*
*Co-Lead Class Settlement Counsel*

Elizabeth J. Cabraser, Esquire
LIEFF CABRASER HEIMANN & BERNSTEIN, L.L.P.
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
*Co-Lead Class Settlement Counsel*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of August, 2013.

/s/ *Leonard A. Davis*
Leonard A. Davis