# EXHIBIT "B"

**Executive Summary**
Esquire Financial Holdings, Inc., the holding company for Esquire Bank (collectively "Esquire"), is the premier finance and payment processing company for the trial bar. It is estimated that the trial bar settles between $300 billion to $600 billion in funds every year. The trial bar represents a multi-dimensional market for business (law firms, mass torts and non-bank trustees or third party administrators) and consumer (partners, employees of firms and plaintiffs/claimants) financial products funded with low cost core deposits. This is currently a fragmented market with banks providing commercial depository services and finance companies providing lending products. Payment processing services to the claimant has been ignored by the industry and is currently being fulfilled through the tradition "check" process. Over the past several years, Esquire Bank has become a unique provider of financial services and products to the trial bar, developing a strong brand and reputation with attorneys and their law firms. We have some of the most well respected and best known law firms and attorneys on our Board of Directors, Advisory Board and within our investor and client base. Esquire Bank has received endorsements from state and national trial associations with estimated membership exceeding 45,000 trial bar attorneys. These board members, advisory members, investors, clients and endorsements have and will continue to increase the profile and importance of Esquire throughout the trial bar community. Our goal is to position Esquire Bank as the premier "one stop" financial services and payment processing firms for the trial bar while limiting the need for traditional "brick and mortar" through the use of technology.

Esquire Bank understands the unique needs and cash flow issues of the trial bar, developing innovative products and services geared to meet their needs. Our flagship product is our Case Cost Line-of-Credit ("Attorney Loan"), allowing law firms to charge their interest and finance charges associated with the loan as well as their own out-of-pocket case cost against the settlement proceeds of the case. We developed a secured Qualified Settlement Loan ("QSF Loan") product, giving law firms financial flexibility and allowing us the potential to attract and manage low cost core mass tort settlements while offering electronic payment processing through Keeps America. Our secured consumer Post Settlement ("Early Access") and Structured Settlement loan products provide plaintiffs with low cost alternatives to finance company offerings.

One of our most innovative products is our Settlement Card solution offered through Keeps America, a secure and efficient mechanism for distributing settlement funds electronically to a law firm's client. The Keeps card is co-branded with the law firm's logo, representing a viral marketing opportunity for all touch points. Keeps is a settlement and benefit payment solution designed for the specific needs of disability, mass tort, personal injury and workers compensation law practices as well as third party administrators. It can increase a firm's revenue, improve its operations and help their clients. This payment processing solution increases Esquire's deposit base and fee based revenue based on a proposed ownership structure and related agent depository relationship with Keeps.

Esquire has also entered into the Merchant Processing business as an acquiring bank in 2012. Payment processing is a valuable source of non-interest income as well as merchant and ISO operating deposit accounts.

In addition to our focus on the trial bar, we are a full-service institution available to all potential customers. Our marketing efforts also focus on other professional service firms, small to mid-sized businesses and individuals in the local community surrounding our branches and offices in the New York boroughs. We offer a full range of traditional banking products and services including checking, savings, money market and time deposits, a wide range of commercial and consumer loans, including commercial real estate loans (multi-family, commercial mortgages, construction), commercial loans and residential real estate loans, as well as other customary banking services including debit cards. You may review our product and service offerings on our website at www.Esquirebank.com.

Esquire Bank has a strong focus on safety and soundness of the institution. The bank maintains a Tier 1 Leverage Ratio above 9.25% at all times.  As of June 30, 2013 the Banks Capital ratios were as follows;
Tier 1 Leverage Ratio 9.98%
Tier 1 Risk-Based Capital Ratio 17.78%
Total Risk Based Capital Ratio 19.03%
Also, as of June 30, 2013 Esquire Banks Non-Performing Loans to Total Assets totaled .01%.

### I.     QSF Banking Program

Esquire Bank has developed a Qualified Settlement Fund ("QSF") banking program with an innovative and well secured qualified settlement loan product.  Esquire Bank is a unique provider of financial services and products to the legal community, developing a strong brand and reputation as the "Bank of Choice" for attorneys and their firms.

The Bank's dedicated QSF Team is compromised of members from our Senior Management Team. These individual have multiple years of banking experience and assist our clients to fulfill their fiduciary responsibilities. They provide the following services needed to our Attorney Trustees and TPA clients.

In-depth understanding of QSF and legal documents required to establish and administer the QSF.

- Understanding of the Master Settlement Agreements and related confidentiality and non-disclosure elements of MSA.
- Customized QSF Account Application.
- Customized QSF Investment Agreements.
- In-depth understanding of Blocking Agreements & related Release Documents Coordinate document between TPA, Defense Attorney & Plaintiff Attorney.
- Understanding of Release Documents protocol.
- Online Banking and Positive Pay services
- Dedicated QSF Team available 24/7

Understanding the importance of principles of preservation of capital and fiduciary responsibilities of the Trustee is the key to our successful program.  We have partnered with

industry leaders to offer products that fulfill the investment requirements issued to the trustees by the courts for both on and off balance sheet products.

- <u>CDARS</u> – The Certificate of Deposit Account Registry Service is the most convenient way to access FDIC insurance on multi-million dollar CD deposits.

- <u>ICS</u> – The Insured Cash Sweep Service provides access to multi-million dollar FDIC insurance for funds placed into money market accounts, providing enhances flexibility for funding needs.

- <u>Federated Investment Funds</u> - Since 1955, millions of investors in the United States and around the globe have relied on Federated Investors for world-class investment management. Federated has grown to become one of the nation's largest investment managers with $377.3 billion in assets under management. Federated's diversified product line is distributed through approximately 5,500 financial intermediaries and institutions who assist investors in meeting their unique objectives. The Bank offers numerous investment solutions, including but not limited to, Treasury Funds, Money Market Funds, Commercial Paper Funds (CP) and Corporate Bond funds to meet our customers' needs and risk appetites.

## II. <u>Board of Directors</u>

The support, time, and dedication of the Board of Directors is paramount to the company's success.

**Tony Coelho, Director**

Mr. Coelho has served as Chair of the Advisory Board for Bender Consulting Services since 2002. He is currently serving as Chair of the American Association of People with Disabilities. Mr. Coelho was a prominent member of the U.S. House of Representatives from 1978 – 1989. While in the House, he authored the Americans with Disabilities Act, widely recognized as the most important piece of civil rights legislation in the last 40 years. Mr. Coelho's former and current business affiliations include service on a number of corporate boards and private investment funds.

**Christopher E. Diamantis, Director**

Mr. Diamantis is Chairman of Integrated Financial Settlements, Inc., a financial services holding company headquartered in Tallahassee, Florida that owns structured settlement consulting firms. Mr. Diamantis is also Chairman of The Gabor Agency, Inc., a 63-year old Florida-based

company specializing in investments and insurance planning for public employers and universities.

**Marc D. Grossman, Director**

As a Founding and Senior partner of The Sanders Law Firm, Mr. Grossman is an innovator and leader in the mass settlement of medical claims and mass torts. Mr. Grossman's deep-rooted commitment to his clients and practice has led to his being a frequent speaker and national advocate for victim's rights. Marc currently serves on The Board of Directors of the New York State Trial Lawyers Association, The Executive Committee of ATLA, and is a member of the Mass Tort Trial Lawyers Association, the Million Dollar Advocates Forum and the leaders Forum of the American Association of Justice.

**Russ M. Herman, Director**

Mr. Herman is a senior partner of the law firm Herman, Herman & Katz, LLC, a national law firm headquartered in New Orleans, Louisiana. Mr. Herman is the past president of the Civil Justice Foundation, Roscoe Pound Foundation and the American Association of Justice. He is an author, frequent speaker at law schools and national legal seminars and conventions. Mr. Herman is a member of the National Trial Lawyers Hall of Fame.

**Harvey Hirschfeld, Director**

Mr. Hirschfeld is the President and Director of Lawcash since inception in 2000. Mr. Hirschfeld is Chairman of the American Legal Finance Association, a national trade association for the pre settlement funding industry from 2004 to the Present. Mr. Hirschfeld had served as Senior Vice President, Chief Operating Officer and a Director of HealthShield Capital Corporation from June 1996 to August 2002. HealthShield Capital Corporation provided financing, billing, collection and collateral management services to the healthcare industry on a nationwide basis. From 1989 to 1996 Mr. Hirschfeld was Senior Vice President, Chief Operating Officer and Director of Franklin Credit Management Corporation, a publically traded company specializing in real estate mortgage and portfolio acquisitions. He was previously associated with Ingersoll-Rand Financial Corporation for over 7 years, holding various executive positions including Director of Special Finance.

**Robert J. Mitzman, Director**

Mr. Mitzman is President and Chief Executive Officer of Quick International Courier, a worldwide-customized transportation, warehousing and fulfillment company with offices in the United States, England and Singapore. Mr. Mitzman has over 30 years experience in the worldwide courier and international mail industry.

**Angelicque Moreno, Director**

Ms. Moreno is a partner in the Brooklyn law firm of Avanzino & Moreno PC. She is a member of the American Association for Justice, Brooklyn Bar Association, New York State Trial Lawyers Association and the New York State Bar Association Executive Committee. She is on the Board of Directors of Luminous Visions, a volunteer organization dedicated to developing and producing theater, television and film projects that will benefit needy children and the Brooklyn Bridge Rotary Club. Ms. Moreno has also lectured at the New York State Bar Association, New York State Trial Lawyers Association, the Brooklyn Bar Association, the New York City Trial Lawyers Association, Benjamin N. Cardozo School of Law's Intensive Trail Advocacy Program and presented at The Melvin M. Belli Society. Ms. Moreno is a founding organizer of Esquire Bank.

**Richard T. Powers, Director**

Mr. Powers had served as Esquire Bank's President and Chief Executive Officer since Esquire Bank's pre-opening organizational stage beginning in 2005 through December 31, 2008. Most recently, prior to joining Esquire Bank, Mr. Powers was President, U.S. Direct Services for Fiserv CBS. Mr. Powers has over 30 years experience in all areas of the financial services industry, both banking and brokerage. He has served as President and Chief Operating Officer of Waterhouse National Bank and Executive Vice President and Chief Operations Officer of North Fork Bank, among other banking positions. Mr. Powers is a founding organizer of Esquire Bank.

**Andrew C. Sagliocca, President, Chief Executive Officer, and Director**

Mr. Sagliocca served as Esquire Bank's Chief Financial Officer when he joined the Bank in February 2007. He became the bank's Chief Executive Officer in January 2009. Prior to joining Esquire Bank, Mr. Sagliocca was Senior Vice President and Corporate Controller of North Fork Bank from 1999 to 2007. Mr. Sagliocca has more than 20 years of experience in the financial service industry.

**Christopher A. Seeger, Director**

A founding member of Seeger Weiss LLP, Christopher A. Seeger is one of the nation's most versatile, respected and accomplished attorneys in the area of complex and mass tort actions. Mr. Seeger has served as lead attorney and in other significant leadership roles in many of the country's most newsworthy and groundbreaking federal and state actions involving consumer fraud and negligence.

**Dennis Shields, Chairman of the Board**

Since its inception in 2000, Mr. Shields has served as Chief Executive Officer of Plaintiff Funding Holding, Inc. (dba LawCash), a Brooklyn, New York-based national specialty finance company that provides a variety of non-recourse funding options to plaintiffs with pending lawsuits. Mr. Shields is a founding organizer of Esquire Bank.

**Michael J. Skoler, Director**

Michael J. Skoler is Chief Executive Officer of Sokolove Law, the largest marketer of legal services in the country. Mike brings an experienced view regarding the forces reshaping the 21st Century delivery of legal services. He is a frequent and in-demand speaker in both the legal and business communities. Prior to joining Sokolove Law, Mike was a founding member and Sr. Director of Arthur Andersen's Global Corporate Finance Group, the investment banking arm of Arthur Andersen, LLP. Prior to Andersen, he was an Associate with Riverside Partners, a leveraged buyout firm headquartered in Boston

**Kevin Waterhouse, Director**

Mr. Waterhouse is Vice President and Investment Advisor of L.M. Waterhouse & Company, a Tarrytown, New York-based registered investment advisory firm. Mr. Waterhouse previously served as First Vice President – Operations & Product Development of Waterhouse National Bank. Mr. Waterhouse is a founding organizer of Esquire Bank.

**Selig Zises, Director**

Mr. Zises was elected to the board in January 2009. Since its inception in 2000, Mr. Zises has served as Chairman of Plaintiff Funding Holding, Inc. (dba LawCash), a Brooklyn, New York-

based national specialty finance company that provides a variety of non-recourse funding options to plaintiffs with pending lawsuits. Mr. Zises is a founding organizer of Esquire Bank.