# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| | * | |
| *Maurice Robinson, et al vs. Merck & Co* | * | |
| *Inc,  2:08-cv-01406* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# O R D E R

**CONSIDERING** the foregoing motion,

**IT IS ORDERED** that Justin I. Woods of the law firm of Woods, Bowers & Woods, LLC be and is hereby enrolled as counsel of record for plaintiff, Maurice Robinson.

NEW ORLEANS, LOUISIANA, this 15th day of August, 2013.

_____

**HONORABLE ELDON E. FALLON, JUDGE**
U.S. District Court for the Eastern District of Louisiana