UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GOLDHABER RESEARCH ASSOCIATES, LLC, | VIOXX MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION |
| Plaintiff, | |
| -against- | MDL NO. 1657 |
| TOMMY JACKS, P.C. d/b/a THE JACKS LAW FIRM and BLIZZARD, MCCARTHY & NABERS, LLP, | CASE NO. 07-2062 |
| | Submission Date: September 3, 2013 |
| Defendants. | |

**PLAINTIFF GOLDHABER RESEARCH ASSOCIATES, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 3, 2013, Plaintiff GOLDHABER RESEARCH ASSOCIATES, LLC ("Plaintiff" will, through counsel, move this Court, pursuant to Federal Rules of Civil Procedure 37 and 34, for an order compelling Defendants Tommy Jacks, P.C. ("Jacks") and Blizzard, McCarthy & Nabers, LLP ("Blizzard")(collectively, "Defendants") to produce documents and for sanctions.

This Motion is based upon the grounds set forth in the attached memorandum, the Declaration of Michael D. Steger, attached exhibits, all prior pleadings in this action, and any argument which the Court may hear on this matter.

Plaintiff also requests that this Court award Plaintiff its expenses and attorneys' fees incurred in the bringing of this Motion in accordance with Rule 37(a)(4) of the Federal Rules of Civil Procedure.

1

Respectfully submitted,

Dated: August 16, 2013

By: _____
Michael D. Steger (MS 2009)
STEGER KRANE LLP
1601 Broadway
12th Floor
New York, NY 10019
(212) 736-6800
(845) 689-2155 (fax)
msteger@skattorney.com
Attorneys for Plaintiff
GOLDHABER RESEARCH ASSOCIATES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2013, I served a true and correct copy of Plaintiff Goldhaber Research Associates, LLC's Notice of Motion and Motion to Compel Production of Documents and for Sanctions on counsel for Defendants Tommy Jacks, P.C. d/b/a The Jacks Law Firm and Blizzard, McCarthy and Nabers LLP electronically by ECF:

> Christopher A. Seeger, Esq.
> 77 Water Street
> New York, NY 10005
> (212) 584-0700
> cseeger@seegerweiss.com

Michael D. Steger