UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GOLDHABER RESEARCH ASSOCIATES, LLC, | VIOXX MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION |
| Plaintiff, | |
| -against- | MDL NO. 1657 |
| TOMMY JACKS, P.C. d/b/a THE JACKS LAW FIRM and BLIZZARD, MCCARTHY & NABERS, LLP, | CASE NO. 07-2062 |
| | Submission Date: September 3, 2013 |
| Defendants. | |

**PLAINTIFF GOLDHABER RESEARCH ASSOCIATES, LLC'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**

Plaintiff GOLDHABER RESEARCH ASSOCIATES, LLC hereby submits its Memorandum of Law in support of its Motion to Compel Production of Documents and for Sanctions against Defendants Tommy Jacks, P.C. ("Jacks") and Blizzard, McCarthy & Nabers, LLP ("Blizzard")(collectively, "Defendants").

Plaintiff filed this case in 2007, seeking payment for expert witness services that Plaintiff provided at the Defendants' request. Since 2007, this case has wandered like the Israelites in the desert, having been transferred to two different courts. Plaintiff's current counsel took over the case earlier this year and learned that discovery had not even commenced.

On May 17, 2013, Plaintiff's counsel served its First Requests for Production of Documents on both Jacks and Blizzard. Declaration of Michael D. Steger ("Steger Decl."), ¶¶ 2-3 and Exhibits 1 and 2. Defendants' responses and document production were due on June 21, 2013. Steger Decl., ¶ 4. Defendants did not respond to the document production and have not

served any responses. Steger Decl., ¶¶ 5-6. Accordingly, Defendants have waived any objections to Plaintiff's requests pursuant to Federal Rule of Civil Procedure 34(b)(2).

Plaintiff's counsel contacted Defendants' counsel in an attempt to resolve Defendants' failure or refusal to produce documents, but those efforts were to no avail. Steger Decl., ¶¶ 5-6; Exhibit 3. As of today, Defendants still have not responded to the document request and have produced no documents, leaving Plaintiff unable to pursue this action, take depositions or otherwise prepare this case for trial.

Because of Defendants' consistent failure and refusal to provide discovery as requested, even after Plaintiff attempted to meet-and-confer, Plaintiff also requests that this Court award Plaintiff its expenses and attorneys' fees incurred in the bringing of this Motion in accordance with Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure.

Accordingly, Plaintiff respectfully requests that the Court order Defendants to:

(1) Produce the requested documents immediately pursuant to Rule 34; and

(2) Reimburse Plaintiff's counsel for all expenses incurred in bringing this Motion, as sanctions for Defendants' refusal to cooperate in discovery pursuant to Rule 37.

Respectfully submitted,

Dated: August 16, 2013

By: /s/ Michael D. Steger
Michael D. Steger (MS 2009)
STEGER KRANE LLP
1601 Broadway
12th Floor
New York, NY 10019
(212) 736-6800
(845) 689-2155 (fax)
msteger@skattorney.com
Attorneys for Plaintiff
GOLDHABER RESEARCH ASSOCIATES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2013, I served a true and correct copy of Plaintiff Goldhaber Research Associates, LLC's Memorandum of Law in Support of Motion to Compel Production of Documents and for Sanctions on counsel for Defendants Tommy Jacks, P.C. d/b/a The Jacks Law Firm and Blizzard, McCarthy and Nabers LLP electronically by ECF:

> Christopher A. Seeger, Esq.
> 77 Water Street
> New York, NY 10005
> (212) 584-0700
> cseeger@seegerweiss.com

Michael D. Steger