UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GOLDHABER RESEARCH ASSOCIATES, LLC, SALES, PRODUCTS<br><br>Plaintiff,<br><br>-against-<br><br>TOMMY JACKS, P.C. d/b/a THE JACKS LAW FIRM and BLIZZARD, MCCARTHY & NABERS, LLP, 2013<br><br>Defendants. | VIOXX MARKETING,<br>PRACTICES AND<br>LIABILITY LITIGATION<br><br>MDL NO. 1657<br><br>CASE NO. 07-2062<br><br>Submission Date: September 3, |

**DECLARATION OF MICHAEL D. STEGER IN SUPPORT OF PLAINTIFF GOLDHABER RESEARCH ASSOCIATES, LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**

I, MICHAEL D. STEGER, hereby declare as follows:

1. I am counsel for Plaintiff Goldhaber Research Associates, LLC in this matter. I make this declaration in support of Plaintiff's Motion to Compel Depositions. The facts set forth herein are personally known by me to be true and correct and, if called as a witness, I could and would testify competently thereto.

2. On May 17, 2013, I served Plaintiff's First Requests for Production of Documents to Defendant Tommy Jacks, P.C. ("Jacks") on Defendants' counsel by first class mail, postage prepaid, a true and correct copy of which is attached hereto as Exhibit 1.

3. On May 17, 2013, I served Plaintiff's First Requests for Production of Documents to Defendant Blizzard, McCarthy & Nabers, LLP ("Blizzard") on Defendants' counsel by first class mail, postage prepaid, a true and correct copy of which is attached hereto as Exhibit 2.

4. Defendants' responses to the requests for production were due on June 21, 2013.

5. On July 31, 2013, having received no documents or responses from Defendants' counsel, I sent a meet and confer letter to Defendants' counsel, Christopher Seeger. A true and correct copy of this letter is attached hereto as Exhibit 3.

6. On August 7, 2013, an attorney from Mr. Seeger's office, Moshe Horn, left me a message. We spoke the next day, and Mr. Horn said that he would look into the matter and "get back to you." I have not heard further from Mr. Horn, and Defendants' counsel have not produced any documents or served any responses to the document requests.

7. On May 28, 2013, I wrote to the Court to request a scheduling order or case management conference. In that letter, a true and correct copy of which is attached hereto as Exhibit 4, I informed the Court that Defendants' counsel had failed and refused to confer or otherwise communicate regarding scheduling discovery for the case.

8. My regular hourly rate is $425 per hour. I spent two hours preparing the attached Motion and Memorandum of Law and accompanying exhibits.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this 16th day of May, 2013 at Orangeburg, New York.

_____
MICHAEL D. STEGER

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2013, I served a true and correct copy of the attached exhibits and foregoing Declaration of Michael D. Steger in support of Plaintiff Goldhaber Research Associates, LLC's Motion to Compel Production of Documents and for Sanctions on counsel for Defendants Tommy Jacks, P.C. d/b/a The Jacks Law Firm and Blizzard, McCarthy and Nabers LLP electronically by ECF:

> Christopher A. Seeger, Esq.
> 77 Water Street
> New York, NY 10005
> (212) 584-0700
> cseeger@seegerweiss.com

_____
Michael D. Steger