**EXHIBIT 3**

# STEGER KRANE LLP

| 1601 Broadway, 12th Floor | 30 Ramland Road, Suite 201 |
| New York, NY 10019 | Orangeburg, NY 10962 |
| (212) 736-6800 | (845) 359-4600 |
| msteger@skattorney.com | (845) 689-2155 (fax) |

www.skattorney.com

**VIA FACSIMILE AND U.S. MAIL**

July 31, 2013

Mr. Christopher A. Seeger
Seeger Weiss LLP
77 Water Street, 26th Floor
New York, NY 10005

Re: *Goldhaber Research Associates, LLC v. Jacks, et al.*; Case No. 2:07-cv-2062

Dear Mr. Seeger:

As you know, this firm represents Goldhaber Research Associates, LLC in the matter referenced above.

On May 9th we served your office with Plaintiff's First Requests for Production of Documents addressed to each of the defendants in this matter. To date we have not received your responses or the documents requested. Nor have we received any communication from your office, such as a request for an extension of time to respond. You have waived any objections to the requests by failing to timely respond.

Please provide all requested documents within ten days of the date of this letter. If we do not receive the requested documents within ten days, we will file a motion to compel production and we will seek sanctions for your failure to comply with your discovery obligations.

This letter is a good faith attempt to meet-and-confer in an attempt to resolve this dispute. Since you have not returned any of my telephone calls in this case I can only communicate with you in writing, but feel free to call me if you would like to discuss your document productions.

Sincerely yours,

Michael D. Steger

cc: Steven Krane