# EXHIBIT 4

# STEGER KRANE LLP

| 1601 Broadway, 12th Floor | 30 Ramland Road, Suite 201 |
| New York, NY 10019 | Orangeburg, NY 10962 |
| (212) 736-6800 | (845) 359-4600 |
| www.skattorney.com | (845) 689-2155 (fax) |

May 28, 2013

**VIA FACSIMILE**

Hon. Eldon E. Fallon
United States District Judge
United States District Court for the Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

Re: Goldhaber Research Associates, LLC v. Tommy Jacks, et al.; Case No. 07-CV-2062

Dear Judge Fallon:

This firm represents plaintiff Goldhaber Research Associates, LLC ("GRA") in the matter referenced above, which was transferred to Your Honor as part of the Vioxx MDL. Our firm recently substituted as counsel of record for Robert Cohen. Mr. Cohen has been disbarred.

From our review of the file, it appears that no action has been taken on this matter since the Court denied GRA's motion for summary judgment in February 2012. It also appears that none of the parties had taken discovery, and that there is no case management schedule or other scheduling order. (GRA has served initial document requests on the defendants).

I have attempted to contact counsel for the defendants several times, by telephone and letter, in an attempt to reach an agreement for scheduling this case. Except for a cursory email, I have not received any substantive reply to my requests from defense counsel.

On behalf of GRA, we respectfully request that the Court issue a scheduling order or case management order so that this case may proceed. In the alternative, we respectfully request that the Court hold a scheduling conference with counsel to set deadlines for discovery and a pretrial order. Since defense counsel and I are both in New York, we request a telephone conference.

Thank you for your consideration of this matter.

Sincerely yours,

Michael D. Steger

cc: Christopher Seeger, Esq. Counsel for Defendants
Stephen S. Krane, Esq.