UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   *Dennis Richard Harrison v. Merck & Co., Inc.,*
No. 07-905

## ORDER

IT IS ORDERED that a telephone status conference will be held in this matter on Friday, August 23, 2013, at 10:30 a.m. The call-in number is 877-336-1839. The access code is 4227405 and the security code is 082313.

New Orleans, Louisiana, this 16th day of August, 2013.

*(signature)*
UNITED STATES DISTRICT JUDGE

1