UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Larry Smith v. Merck Sharp & Dohme Corp.,* | * | |
| *2:08-cv-04639-EEF-DEK* | * | |
| | * | |

**************************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S
### UNOPPOSED MOTION TO SET PRETRIAL DEADLINES

On, July 26, 2013, the Court granted Plaintiff Larry Smith an extension of his deadline to designate experts and provide expert reports, setting his deadline on August 9, 2013, and Merck's deadline to do the same on September 6, 2013. The Court's order set no further deadlines. On August 9, Mr. Smith provided three expert reports, in accordance with the Court's order. Merck respectfully requests a short extension of 21 days to designate its experts and submit expert reports and that the Court set additional deadlines consistent with the Court's prior practice in cases under Pretrial Order 58.

Merck proposed the following deadlines to Mr. Smith's counsel, who indicated that she agreed to the proposed deadlines.

- Designation of Experts and Submission of Written Expert Reports by Defendant – September 27, 2013

- Completion of Expert Discovery – November 8, 2013

- *Daubert* and Dispositive Motions due – December 6, 2013

- Oppositions to *Daubert* and Dispositive Motions due – January 10, 2014

1135873v1

- Reply briefs due – January 31, 2014

- *Daubert* hearing – T/B/A

    The proposed deadlines will allow the parties sufficient time to conduct expert discovery and takes into account the winter holidays.  Accordingly, Merck respectfully requests that the Court enter deadlines in accordance with those requested herein.

Dated:  August 20, 2013                  Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:    504-581-3361

    Defendants' Liaison Counsel

    —and—

    Douglas R. Marvin
    M. Elaine Horn
    Jonathan L. Williams
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    Phone: 202-434-5000
    Fax:    202-434-5029

    Attorneys for Merck Sharp & Dohme Corp.

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Set Pretrial Deadlines has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of August, 2013.

      */s/ Dorothy H. Wimberly*
      Dorothy H. Wimberly, 18509
      STONE PIGMAN WALTHER
      WITTMANN L.L.C.
      546 Carondelet Street
      New Orleans, Louisiana  70130
      Phone:  504-581-3200
      Fax:    504-581-3361
      dwimberly@stonepigman.com

      Defendants' Liaison Counsel