UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>  PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *Poole v. Eichholz Law Firm, P.C., et al.,*
                            *No. 11-1546*

## ORDER

IT IS ORDERED that the formal Fairness Hearing in this matter (Rec. Doc. 64411 at 7), which is scheduled for August 27, 2013, at 9:00 a.m., will be conducted telephonically. The call-in number for the hearing is 877-336-1839. The access code is 4227405 and the security code is 082713.

New Orleans, Louisiana, this 16th day of August, 2013.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

1