"Certification of Funds in the Registry"

PRINCIPAL: $ 31,581.70

Financial Deputy: _____ Date: 8.6.13

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| Genoveva Villarreal v. Merck | § | |
| 2006-63396 (TX) | § | MAGISTRATE JUDGE |
| VCN: 1059237 | § | KNOWLES |

### ORDER TO RELEASE FUNDS FROM COURT REGISTRY TO PLAINTIFF, GENOVEVA VILLARREAL

**IT IS ORDERED** that the clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $31,581.70 plus all interest earned less the assessment fee for the administration of funds, payable to Houssiere, Durant & Houssiere, LLP as attorneys for Genoveva Villarreal, and mail the check to Monica C. Vaughan, Houssiere, Durant & Houssiere, LLP, 1990 Post Oak Blvd, Suite 800, Houston, Texas 77056. The taxpayer identification number for Houssiere, Durant & Houssiere, LLP is 76-0123634.

NEW ORLEANS, LOUISIANA, this 22nd day of August, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE