UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Larry Smith v. Merck Sharp & Dohme Corp.,* 2:08-cv-04639-EEF-DEK | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

### ORDER GRANTING MERCK SHARP & DOHME CORP.'S UNOPPOSED MOTION TO SET PRETRIAL DEADLINES

Considering Merck Sharp & Dohme Corp.'s Unopposed Motion To Set Pretrial Deadlines in the above-captioned case, and upon consideration of the issues, the record in this case, and the applicable law,

**IT IS HEREBY ORDERED** that all further proceedings in the above-captioned case are to be conducted in accordance with the following schedule:

- Designation of Experts and Submission of Written Expert Reports by Defendant – September 27, 2013

    o Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Completion of Expert Discovery – November 8, 2013

- *Daubert* and Dispositive Motions due – December 6, 2013

- Oppositions to *Daubert* and Dispositive Motions due – January 10, 2014

- Reply briefs due – January 31, 2014

- *Daubert* hearing – T/B/A

1135875v1

*Dispositive Motions*

Dispositive motions in individual cases may be filed at any time. The opposing party will have 21 days to respond. The moving party will have 10 days to reply.

**NEW ORLEANS, LOUISIANA**, this __22nd__ day of ____August____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE