MINUTE ENTRY
FALLON, J.
AUGUST 23, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| *Dennis Richard Harrison v. Merck & Co.,* : | JUDGE FALLON |
| *Inc.*, No. 07-905 : | MAG. JUDGE KNOWLES |
| : | |

On this date, a telephone status conference was held with Judge Eldon E. Fallon. Plaintiff Dennis Harrison participated on his own behalf. Russ Herman and Andrew Birchfield participated on behalf of the Plaintiffs' Steering Committee. Doug Marvin, Dorothy Wimberly, and Emily Pistilli participated on behalf of the Defendant Merck Sharp & Dohme Corp. ("Merck"). Megan Hastings also participated at the Plaintiff's request.

The parties discussed the status of the case. Although ongoing discovery issues were addressed, the gravamen of the telephone status conference was the Defendant's pending motion for summary judgment. (Rec. Doc. 64510). The Plaintiff noted that he has been recovering from several recent falls and requested additional time to respond to the motion.

For these reasons, **IT IS ORDERED** that the Plaintiff be allowed to file his response to the Defendant's motion for summary judgment (Rec. Doc. 64510) anytime on or before September 23, 2013, at which time the Court will take the motion under submission.

JS10(00:18)