UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Sherrill Herke, individually and on behalf of a proposed class of those similarly situated*

## ORDER

With regard to the motions set for oral argument in this matter on September 11, 2013, at 3:30 p.m., (Rec. Docs. 64537, 64539), **IT IS ORDERED** that any response must to be filed on or before September 4, 2013, and that any reply to a response must be filed on or before September 8, 2013.

New Orleans, Louisiana, this 23rd day of August, 2013.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

1