IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL 1657 |
| IN RE: VIOXX | : |  |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| ……………………………………………………: |  |  |

**THIS DOCUMENT RELATES TO: CASE NO. 2:05-cv-06755**

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL
MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REMAND**

---

**NOW INTO COURT,** by and through undersigned counsel, comes the State of Mississippi ("State"), which hereby states as follows:

**1.**

On November 22, 2005, the State filed its motion to remand this action to the Chancery Court of Hinds County.

**2.**

This motion has remained unheard in this court until the present date, a period which stands 7 years and 9 months.

**3.**

The state filed a supplemental memorandum in support of its motion to remand on May 31, 2013. Attached as an exhibit to this filing is an additional memorandum of authorities in support of the State's motion to remand.

4.

This filing would not prejudice Merck in any material way.  Merck has not yet responded or opposed the State's motion to remand; there remains over a month between the present date and the hearing on the State's motion presently set for October 2; and, the authority discussed within the State's memorandum has been discussed in other filings in support of the other states' motions to remand their cases.  In short, the proposed memorandum raises no matters that Merck is not already or should not already be prepared to address.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully requests Leave of Court to file *State of Mississippi's Second Supplemental Memorandum of Law in Support of Motion to Remand*.

RESPECTFULLY SUBMITTED, this the 26th day of August, 2013.

BY: /s/ *William M. Quin II*
William M. Quin II (LA Bar No. 25219)

**Special Assistant Attorney General, for
JIM HOOD, ATTORNEY GENERAL, *ex rel.*
THE STATE OF MISSISSIPPI**

**OF COUNSEL:**

Jim Hood
*Attorney General of the State of Mississippi*
P.O. Box 220
Jackson, Mississippi 39205
P: 601.359.3680

Shane F. Langston
Rebecca M. Langston
Jessica E. Murray
*Langston & Langston, PLLC*
201 North President Street
Jackson, Mississippi 39201
P: 601.969.1356

Sheila Bossier
*Bossier & Associates, PLLC*
1520 North State Street
Jackson, Mississippi 39202
P: 601.352.5450

William M. Quin II
*McCraney Montagnet Quin & Noble, PLLC*
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
P: 601.707.5725

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been filed with the Clerk of Court and served on Liaison Counsel using the CM/ECF system and upon all parties by electronically uploading the same to LexisNexis File and Service Advance this 26th day of August 2013.

/s/ *William M. Quin II*
William M. Quin II