IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: CASE NO. 2:05-cv-06755**

## ORDER

On the *Plaintiff's Motion for Leave to File Second Supplemental Memorandum of Law in Support of Motion to Remand* this Court finds that the motion is well-taken.

IT IS HEREBY ORDERED that the Plaintiff is granted leave to file its Second Supplemental Memorandum of Law in Support of Motion to Remand.

THIS the _____ DAY of _____ 2013.

_____
HONORABLE ELDON FALLON