MINUTE ENTRY
FALLON, J.
AUGUST 27, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>NO. 05-MD-1657<br><br>SECTION: L |

**This document relates to: 11-1546**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances: Mark Tate, Esq., and C. Dorian Britt, Esq., for Plaintiffs
 Andrew Coomes, Esq. for Eichholz Law Firm P.C.
 Jonah Flynn, Esq. for Pacific Legal Funding, LLC

FAIRNESS HEARING regarding Joint Motion for Final Approval of Class Settlement. (64529)

After argument - Motion Granted with Court's written reasons to follow

JS10:  :23