UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Poole v. Eichholz Law Firm, P.C., et al.,*
                                *No. 11-1546*

## ORDER

**IT IS ORDERED** that the Court will hear oral argument on Class Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Costs, and Incentive Payment (Rec. Doc. 64531) on Tuesday, September 3, 2013, at 10:30 a.m. in the Courtroom of Judge Eldon E. Fallon.

**IT IS FURTHER ORDERED** that the aforementioned hearing will be conducted telephonically. The call-in number for the hearing is 877-336-1839. The access code is 4227405 and the security code is 090313.

New Orleans, Louisiana, this 27th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE

1