UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Akosua Akyaamaa v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| 2:07-cv-08080-EEF-DEK | * | |
| | * | |

************************************************************************

## ORDER TO SHOW CAUSE WHY CASE
## SHOULD NOT BE DISMISSED WITH PREJUDICE

Considering Defendant's Motion to Show Cause (Rec. Doc. 64478):

IT IS ORDERED that plaintiff in the above-numbered case show cause on the 9th day of October, 2013, at 9:00 a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiff in the above-numbered case file and serve upon Liaison Counsel any oppositions to the Rule on or before the 26th day of September, 2013.

**IT IS FURTHER ORDERED** that defendant Merck Sharpe & Dohme Corp. file and serve upon Plaintiffs' Liaison Counsel and plaintiff's counsel in the above-numbered case any replies to the oppositions on or before the 4th day of October, 2013.

**NEW ORLEANS, LOUISIANA**, this 28th day of August, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE