UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION L |
| This Document Relates to:  All Actions | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**PRETRIAL ORDER 6(F)**
**(Philip Garrett, Court Appointed CPA)**

This Order amends and supplements Pre-Trial Order No. 6, as amended to date, by relieving and dismissing the accounting firm of Wegman-Dazet & Company and by substituting in its place Philip A. Garrett, CPA to assist and provide accounting services to Plaintiffs' Liaison Counsel, the Plaintiffs' Steering Committee and the Court in MDL 1657.  Except as set forth herein, this Order does not otherwise alter or amend Pre-Trial Order No. 6, as amended to date.

Philip Garrett, CPA, previously was associated with the accounting firm of Wegman-Dazet & Company.  He is no longer associated with Wegman-Dazet & Company.  The Court hereby relieves and dismisses Wegman-Dazet & Company from all functions and replaces it with Philip A. Garrett, CPA.

New Orleans, Louisiana, this  28th  day of        August        , 2013.

BY THE COURT:

_____
THE HONORABLE ELDON E. FALLON