## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  VIOXX®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENTS RELATES TO:**

Plaintiff's Name:        Jo Levitt

Case Name:              Levitt v. Merck

Case Number:           2:06-cv09757

## ORDER

Before the Court is the Plaintiff's unopposed motion (Rec. Doc. 64495) to modify the schedule in the above-captioned case.

WHEREUPON, the Court being well versed in the premises:

1.      Since January of 2012, Plaintiff has been litigating her case on a *pro se* basis.

2.      During that time, Plaintiff has had an extraordinarily difficult time identifying and retaining expert witnesses consistent with this Court's prior scheduling orders.

3.      Plaintiff's claim presents complex issues of medicine, law and science.

4.      On July 16, 2013, the law offices of Humphrey, Farrington & McClain, P.C. entered appearance on behalf of Plaintiff in this matter.

5.      In the days that followed, counsel for both parties agreed to the following proposed Amended Scheduling Order at Plaintiff's request:

    a.       September 16, 2013:       Designation of Experts and Submission of Written Expert Reports by Plaintiff;

    b.       October 18, 2013:       Designation of Experts and Submission of Written Expert Reports by Defendant;

    c.       December 6, 2013:       Completion of Expert Depositions;

    d.       January 10, 2014:       All Daubert and Dispositive Motions are due;

    e.       February 10, 2014:       Oppositions do Daubert and Dispositive Motions are due; and

    f.       February 24, 2014:       Replies relating to Daubert and Dispositive Motions are due.

    g.       Daubert hearing to be determined at a later date.

6.    The above proposal does not represent an extended modification of the Court's Amended Scheduling Order.

7.    The Court finds good cause is shown for the proposed amendments to the Scheduling Order and that the motion should be GRANTED.

8.    IT IS THEREFORE ORDERED that Plaintiff's Motion to Modify the Scheduling Order is GRANTED and the amended deadlines are as follows:

    a.       September 16, 2013:       Designation of Experts and Submission of Written Expert Reports by Plaintiff;

    b.       October 18, 2013:       Designation of Experts and Submission of Written Expert Reports by Defendant;

    c.       December 6, 2013:       Completion of Expert Depositions;

    d.       January 10, 2014:       All Daubert and Dispositive Motions are

due;

e.      February 10, 2014:          Oppositions do Daubert and Dispositive

Motions are due; and

f.      February 24, 2014:          Replies relating to Daubert and Dispositive

Motions are due.

g.      Daubert hearing to be determined at a later date.


IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE