UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *  MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *  SECTION L |
| LITIGATION | * |
| | *  JUDGE FALLON |
| *This document relates to* | * |
| | *  MAGISTRATE JUDGE |
| *Kenneth Novick v. Merck & Co., Inc.,* | *  KNOWLES |
| 2:07-cv-07756-EEF-DEK | * |

*************************************************************************

### ORDER REGARDING EXTENSION OF DEADLINES UNDER PTO 58

Considering the parties' joint request for an extension of deadlines in the above-captioned case, and upon consideration of the issues, the record in these cases, and the applicable law,

**IT IS ORDERED** that the deadlines in the above-captioned cases set forth under Pretrial Order 58, entered by this Court on May 15, 2012, as amended, shall be extended by approximately two months, and all further proceedings conducted in accordance with the following schedule:

- Completion of All Fact Discovery– November 27, 2013

- Designation of Experts and Submission of Written Expert Reports by Plaintiffs – December 18, 2013

    o Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Designation of Experts and Submission of Written Expert Reports by Defendant – January 17, 2014

    o Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

1136652v1

- Completion of Expert Depositions – February 20, 2014

- *Daubert* and Dispositive Motions due – March 17, 2014

- Opposition to *Daubert* and Dispositive Motions due – April 14, 2014

- Reply briefs due – April 28, 2014

- *Daubert* hearing – T/B/A

*Dispositive Motions*

Dispositive motions in individual cases may be filed at any time. The opposing party will have 21 days to respond. The moving party will have 10 days to reply.

**NEW ORLEANS, LOUISIANA**, this __29th__ day of _____August_____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1136652v1