UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 05-MD-01657
MDL Docket No. 1657

| | | |
|---|---|---|
| In Re:  VIOXX | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

**INTERESTED PARTY JAMES RATLIFF'S
AMENDED MOTION TO STAY PENDING APPEAL**

James Ratliff, on behalf of himself and all others similarly situated ("Ratliff"), by and through counsel, and as an individual and representative of a previously certified class interested in the Order For Preliminary Certification Of A Class For Purposes Of Settlement And Preliminary Approval Of Class Settlement, Class Notice And Related Matters (the "Preliminary Approval Order") [DE 64526], respectfully Moves the Court to Stay the operation of that Order pending resolution of the Appeal filed by Ratliff with the Fifth Circuit, in which Ratliff seeks review of this Court's Order denying Ratliff's Motion to Intervene entered on August 2, 2013 [DE 64525].

Ratliff has filed contemporaneously herewith, as additional support for and incorporated herein as part of this Motion, a Memorandum in Support of Amended Motion To Stay Pending Appeal. Ratliff states that if his Appeal is successful and he is allowed to intervene, such intervention will have no purpose unless a stay is imposed to suspend the time for objections to the settlement and participate in the Fairness Hearing scheduled for later this year.  Ratliff respectfully requests that the Court grant the Motion, and suspend the dates relating to the opt-out deadline and the Fairness Hearing as set forth in the Preliminary Approval Order pending resolution of Ratliff's Appeal to the Fifth Circuit.

Respectfully submitted,


 /s/ Richard A. Getty
RICHARD A. GETTY
    and
JESSICA K. CASE

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507
Telephone:  (859) 259-1900
Facsimile:   (859) 259-1909

COUNSEL FOR JAMES RATLIFF,
ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Interested Party James Ratliff's Amended Motion To Stay Pending Appeal has been served upon all parties by e-mailing and mailing same, postage prepaid, to the individuals listed below, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this the 4th day of September, 2013.

Russ M. Herman, Esq. (Bar No. 6819)
    and
Leonard A. Davis, Esq. (Bar No. 14190)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana  70113
E-Mail:  rherman@hhklawfirm.com
E-Mail:  ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel

Phillip A. Wittmann, Esq. (Bar No. 13625)
    and
Dorothy H. Wimberly, Esq. (Bar No. 18509)
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130-3588
E-Mail:  pwittmann@stonepigman.com
E-Mail:  dwimberly@stonepigman.com
Defendants' Liaison Counsel

Ann B. Oldfather, Esq. (KY Bar No. 52553)
Oldfather Law Firm
1330 South Third Street
Louisville, Kentucky  40208
E-Mail:  aoldfather@oldfather.com
Liaison And Lead Counsel For Ineligible
Or Non-Enrolled Cases And Certain
Other Remaining PI Claims

John H. Beisner, Esq.
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
E-Mail:  John.Beisner@skadden.com
Counsel for Merck & Co., Inc.

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, Louisiana  70139
E-Mail:  barrios@bkc-law.com
Government Action Liaison Counsel

Elizabeth J. Cabraser, Esq.
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
E-Mail:  ecabraser@lchb.com
Co-Lead Class Settlement Counsel

        /s/ Richard A. Getty
       COUNSEL FOR JAMES RATLIFF, ET AL.

jkcpld0747