UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 05-MD-01657
MDL Docket No. 1657

| | |
|---|---|
| In Re:  VIOXX                                    * | |
| PRODUCTS LIABILITY LITIGATION    * | SECTION "L" |
| * | |
| * | JUDGE FALLON |
| * | |
| * | MAGISTRATE JUDGE KNOWLES |
| * | |

NOTICE OF SUBMISSION DATE

PLEASE TAKE NOTICE that the Interested Party, James Ratliff, on behalf of himself and all other similarly situated, by and through counsel, having filed an Amended Motion To Stay Pending Appeal and a Memorandum in support thereof respectfully gives notice that September 19, 2013 is the Submission Date for the Motion pursuant to Local Rule 7.2.  Copies of the Amended Motion To Stay Pending Appeal and supporting Memorandum are served with this Notice in compliance with Local Rule 7.2.

          Respectfully submitted,

           /s/ Richard A. Getty
          RICHARD A. GETTY
              and
          JESSICA K. CASE

          THE GETTY LAW GROUP, PLLC
          1900 Lexington Financial Center
          250 West Main Street
          Lexington, Kentucky  40507
          Telephone:  (859) 259-1900
          Facsimile:   (859) 259-1909

          COUNSEL FOR JAMES RATLIFF,
          ON BEHALF OF HIMSELF AND ALL
          OTHERS SIMILARLY SITUATED

## **CERTIFICATE OF SERVICE**

        I hereby certify that the foregoing Interested Party James Ratliff's Amended Motion To Stay Pending Appeal has been served upon all parties by e-mailing and mailing same, postage prepaid, to the individuals listed below, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this the 4th day of September, 2013.

Russ M. Herman, Esq. (Bar No. 6819)
      and
Leonard A. Davis, Esq. (Bar No. 14190)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana  70113
E-Mail:  rherman@hhklawfirm.com
E-Mail:  ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel

Phillip A. Wittmann, Esq. (Bar No. 13625)
      and
Dorothy H. Wimberly, Esq. (Bar No. 18509)
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130-3588
E-Mail:  pwittmann@stonepigman.com
E-Mail:  dwimberly@stonepigman.com
Defendants' Liaison Counsel

Ann B. Oldfather, Esq. (KY Bar No. 52553)
Oldfather Law Firm
1330 South Third Street
Louisville, Kentucky  40208
E-Mail:  aoldfather@oldfather.com
Liaison And Lead Counsel For Ineligible
Or Non-Enrolled Cases And Certain
Other Remaining PI Claims

John H. Beisner, Esq.
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
E-Mail:  John.Beisner@skadden.com
Counsel for Merck & Co., Inc.

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, Louisiana  70139
E-Mail:  barrios@bkc-law.com
Government Action Liaison Counsel

Elizabeth J. Cabraser, Esq.
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
E-Mail:  ecabraser@lchb.com
Co-Lead Class Settlement Counsel

 /s/ Richard A. Getty
COUNSEL FOR JAMES RATLIFF, ET AL.