IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 1657<br>Section L |

### COUNSEL FINANCIAL SERVICES, LLC'S ADVISORY TO THE COURT

TO THE HONORABLE U.S. DISTRICT COURT JUDGE ELDON E. FALLON:

NOW COMES Counsel Financial Services, LLC ("**CFS**") and files this Advisory to the Court, respectfully showing as follows:

1. This Advisory relates to an attorney fee dispute involving CFS, on one hand, and David Leibowitz and David Leibowitz, P.C. (the "**Attorney Debtors**"). The following pleadings are relevant to this Advisory: (1) Doc. No. 53883; (2) Doc. No. 54124; (3) Doc. No. 54278; (4) Doc. No. 55158; and (5) Doc. No. 55243.

2. The Attorney Debtors represented some plaintiffs in the VIOXX MDL. CFS holds a judgment against the Attorney Debtors in an amount well in excess of $5 million. CFS has a security interest in attorneys' fees due to the Attorney Debtors. Pursuant to NY UCC 9-607 and/or TEX. BUS. & COM. CODE § 9.607, CFS requested that any attorneys' fees due to the Attorney Debtors from the VIOXX representation be remitted directly to CFS.

3. The attorney-fee dispute was initially referred to Special Master Patrick A. Juneau for resolution. In accordance with the instructions of the Special Master, the parties submitted memoranda, and a hearing was scheduled for October 25, 2010.

4. On October 14, 2010, however, the Attorney Debtors filed a Motion to Abstain from Consideration of Attorney Fee Lien Claim, or in the Alternative, Motion to Dismiss or Abate the Attorney Fee Lien Claim. *See* Doc. No. 53883 (the "**Motion to Abstain**"). On October 21, 2010, the Court entered an order staying the hearing scheduled before the Special Master. *See* Doc. No.

54124.  On or about October 26, 2010, CFS filed its Memorandum in Opposition to the Motion to Abstain.  *See* Doc. No. 54278.  The Attorney Debtors sought and were granted leave (Doc. Nos. 55158 & 55243) to file a reply, which they did on November 9, 2010.  *See* Doc. 55249.

5. The purpose of this Advisory is to update the Court regarding the status of the dispute between CFS and the Attorney Debtors.  CFS still holds an unsatisfied New York judgment in excess of $5 million.  CFS has domesticated that judgment in Texas and Louisiana.

6. Most recently, the Thirteenth Court of Appeals (Corpus Christi) issued two opinions rejecting the Attorney Debtors' attack on the security agreement giving rise to CFS' security interest in fees due to the Attorney Debtors, including the fees in dispute related to the VIOXX MDL.  The Texas court also determined that a forum-selection clause requires the dismissal of the Attorney Debtors' claims against CFS.  Copies of these appellate decisions are attached for reference as Exhibits A and B.  The Attorney Debtors have motions pending with the Thirteenth Court of Appeals (Corpus Christi) asking for reconsideration.

    Respectfully submitted,

    Elliott S. Cappuccio
    Texas State Bar No. 24008419
    ecappuccio@pulmanlaw.com
    **PULMAN, CAPPUCCIO,**
    **PULLEN, BENSON & JONES, LLP**
    2161 NW Military Highway, Suite 400
    San Antonio, Texas  78213
    www.pulmanlaw.com
    (210) 222-9494 Telephone
    (210) 892-1610 Facsimile

    **ATTORNEY-IN-CHARGE FOR CFS**

        **PULMAN, CAPPUCCIO,**
        **PULLEN, BENSON & JONES, LLP**
        201 Main Street, Suite 600
        Fort Worth, Texas  76102
        www.pulmanlaw.com
        (817) 289-9494 Telephone
        (817) 870-9852 Facsimile

By: /s/ Lance H. "Luke" Beshara
     Lance H. "Luke" Beshara
     Texas State Bar No. 24045492
     lbeshara@pulmanlaw.com

**ATTORNEY FOR CFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September, 2013, a true and correct copy of the above and foregoing Advisory to the Court was transmitted in accordance with the requirements of the FEDERAL RULES OF CIVIL PROCEDURE, addressed as follows:

*Via CM/ECF & USPS First-Class Mail:*
Mr. Peter J. Stanton
Law Offices of Peter J. Stanton
111 Soledad, Suite 1350
San Antonio, Texas 78205

*Via CM/ECF & USPS First-Class Mail:*
Mr. David McQuade Leibowitz
Law Offices of David McQuade Leibowitz, PC
6243 IH 10 West, Suite 1000
San Antonio, Texas 78201

        /s/ Lance H. "Luke" Beshara
        Lance H. "Luke" Beshara