UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>   PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: ALL CASES

### ORDER

The Court received and reviewed the attached correspondence and enclosure from Mary Turner. **IT IS ORDERED** that this correspondence and enclosure be filed into the record. **IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel review the correspondence and take further appropriate action, if any.

New Orleans, Louisiana, this 6th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

CC:   Mary Turner
      2012 Taylor Street
      Detroit, MI 48206

1