Date 8/26/13

Dear Judge Fallon,

On hearing from my ~~attorney~~ attorneys, the doctors sent my husband home to die, I haven't had the time to write back.

They sent me $1,884.00. ~~Entomby~~ Enclosed, you will find a totally different amount. I want to know how is it that they can get more money than me? I'm not satisfied with the amount of money they sent me, they didn't intended to send me this enclose sheet. I can't ~~bet~~ tell if they are telling me the truth. Maybe you need to do some more investigation. They had no intention of sending me a thing. I can't trust them, so I'm trusting in you.
Please ~~forgive~~ forgive the bad writing, I had a stroke.

Thank you
Mary Turner
313-244-8245

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| 15477-06 | | Lanier Law Firm, PC | | | | BCBSFL |
| 200638460 | | Lanier Law Firm, PC | | | | |
| 02228-06 et. al. | 02228-06 4/1/2006 Mary J. Turner | Lanier Law Firm, PC | MARY | TURNER | $662,046.14 | BCBSFL |
| 200636143 | | Lanier Law Firm, PC | | | | JbsFL |
| 02235-06 et. al. | | Lanier Law Firm, PC | | | | BCBSNC |
| 01193-06 | | Lanier Law Firm, PC | | | | |
| 20066261 | INC | Lanier Law Firm, PC | | | | SNC |
| 200625055 | EV, | | | | | |
| 01815-06 | et. al. | Lanier Law Firm, PC | | | | C |
| 10212-06 | noble | Lanier Law Firm, PC | St. | | | |
| 10227-06 | | | | | | |
| 10240-06 | 10. | | | | | |
| 02228-06 et. al. | 02228-06 4/1/2006 Mary J. Turner | Lanier Law Firm, PC | MARY | TURNER | $9,036.69 | BCBSNC |
| 10227-06 | | | | | | |
| 01833-06 | et. al. | Lanier Law Firm, PC | | | | |
| 10212-06 | Noble | Lanier Law Firm, PC | | | | |
| 200643975 | AS PERSON MERCK & CO INC | Law Firm, PC | | | | Healthcare |
| 200655860 | | Lanier Law Firm, PC | | DAVIS | | Healthcare |
| 08979-06 | Graha | Lanier Law Firm, PC | | | | Healthcare |

Mary Jr. Turner
2012 Taylor St.
Detroit, Michigan 48206

METROPLEX MI 480
27 AUG 2013 PM 14 L

7013 0331 1599

Hon. Elden Fallen
United States District Court - Eastern District
500 Poydras Street - RM - 456
New Orleans, La. - 20130