UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL No. 1657 |
|     *Products Liability Litigation* | * | |
| This Document Relates to: | * | SECTION L |
|     *State of Alaska v. Merck & Co., Inc.,* | * | JUDGE ELDON E. FALLON |
|     3:06-CV-00018 | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATE OF ALASKA RENEWED/SUPPLEMENTAL MOTION TO REMAND

Michael C. Geraghty
Attorney General

Clyde E. Sniffen, Jr.
Senior Assistant Attorney General
Alaska Law Department
1031 West 4th Avenue #200
Anchorage, Alaska 99501
Telephone: 907/269-5100

Scott A. Powell, Esquire
Don McKenna, Esquire
Matthew C. Minner, Esquire
Brian M. Vines, Esquire
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Telephone: 205/328-5330

James E. Fosler, Esquire
Fosler Law Group, Inc.
737 West 5th Avenue; Suite 205
Anchorage, Alaska  99501
Telephone: 907/277-1557

The State of Alaska ("Alaska") files this Renewed/Supplement Motion to Remand its claim under the Alaska Unfair Trade Practices and Consumer Protection Act ("Alaska UTPA") to the Superior Court for the State of Alaska, Third Judicial District at Anchorage.  In support thereof, the State of Alaska states as follows:

1. Alaska filed its Original Complaint in the Superior Court for the State of Alaska Third Judicial District at Anchorage on December 23, 2005.

2. On January 18, 2006, Merck filed its Notice of Removal attempting to satisfy its burden of establishing federal jurisdiction by arguing that Alaska's Original Complaint raised a federal question giving rise to jurisdiction pursuant to 23 U.S.C. § 1331.

3. Alaska filed its Motion to Remand on January 31, 2006.

4. Pursuant to PTO39C, Alaska files this renewed Motion to Remand.

5. For the reasons argued in Alaska's Original Motion to Remand and the Memorandum of Law filed in support of this Motion to Remand, Merck cannot carry its burden to establish federal jurisdiction because neither the Original nor Amended Complaint raises a federal issue sufficient to confer federal-question jurisdiction.

Accordingly, the State of Alaska respectfully requests this Court remand Alaska's claim to the Superior Court for the State of Alaska Third Judicial District at Anchorage.

Respectfully submitted this 9th day of September, 2013.

/s/ Brian M. Vines
Brian M. Vines
Attorney for Plaintiff

OF COUNSEL:

Scott A. Powell, Esquire
Don McKenna, Esquire
Matthew C. Minner, Esquire
Brian M. Vines, Esquire

Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Telephone: 205/328-5330
James E. Fosler, Esquire
Fosler Law Group, Inc.
737 West 5th Avenue; Suite 205
Anchorage, Alaska 99501
Telephone: 907-277-1557

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Plaintiff's, State of Alaska, Renewed Motion to Remand has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 9th day of September, 2013.

                                        /s/ Brian M. Vines
                                        Brian M. Vines
                                        ASB-4419-R77V
                                        Attorney for Plaintiff
                                        Hare, Wynn, Newell & Newton, LLP
                                        2025 3rd Avenue North; Suite 800
                                        Birmingham, Alabama 35203
                                        Telephone: 205/328-5330
                                        Facsimile: 205/324-2165
                                        bvines@hwnn.com