UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re:  VIOXX | * | MDL No. 1657 |
| Products Liability Litigation | * |  |
|  | * |  |
| This Document Relates to: | * | SECTION L |
|  | * |  |
| *State of Alaska v. Merck & Co., Inc.,* | * | JUDGE ELDON E. FALLON |
| 3:06-CV-00018 | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the State of Alaska will bring the attached Supplemental/Renewed Motion for Remand for submission before the Honorable Judge Eldon Fallon on the 2nd day of October, 2013 at 9:00 a.m.

Respectfully submitted this 9th day of September, 2013.

/s/ Brian M. Vines
Brian M. Vines
Attorney for Plaintiff

OF COUNSEL:

Scott A. Powell, Esquire
Don McKenna, Esquire
Matthew C. Minner, Esquire
Brian M. Vines, Esquire
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Telephone: 205/328-5330

James E. Fosler, Esquire
Fosler Law Group, Inc.
737 West 5th Avenue; Suite 205
Anchorage, Alaska  99501
Telephone: 907-277-1557

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiff's, State of Alaska, Notice of Submission has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 9th day of September, 2013.

      /s/ Brian M. Vines
      Brian M. Vines
      ASB-4419-R77V
      Attorney for Plaintiff
      Hare, Wynn, Newell & Newton, LLP
      2025 3rd Avenue North; Suite 800
      Birmingham, Alabama  35203
      Telephone: 205/328-5330
      Facsimile: 205/324-2165
      bvines@hwnn.com