UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL No. 1657 |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| *State of Alaska v. Merck & Co., Inc.,* | * | JUDGE ELDON E. FALLON |
| 3:06-CV-00018 | * | MAGISTRATE JUDGE KNOWLES |

## ORDER

On the State of Alaska's Renewed/Supplemental Motion to Remand seeking this Court remand its cause of action against Merck in the Vioxx Product Liability Litigation to state court for lack of this Court's jurisdiction, this Court finds that the Motion is well-taken.

IT IS HEREBY ORDERED that this cause be remanded to the Superior Court for the State of Alaska, Third Judicial District at Anchorage for further proceedings.

THIS _____ DAY OF _____, 2013.

_____
HONORABLE ELDON FALLON