UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re:  VIOXX | * | MDL No. 1657 |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| *State of Montana v. Merck & Co., Inc.,* | * | JUDGE ELDON E. FALLON |
| 2:06-CV-04302 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATE OF MONTANA RENEWED/SUPPLEMENTAL MOTION TO REMAND

Tim Fox
Attorney General
State of Montana

Kelley L. Hubbard, Esquire
Assistant Attorney General
Post Office Box 201401
Helena, Montana 59620-1401
Telephone: 406/444-2026

Scott A. Powell, Esquire
Don McKenna, Esquire
Matthew C. Minner, Esquire
Brian M. Vines, Esquire
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Telephone: 205/328-5330

William A. Rossbach, Esquire
Rossbach Hart, PC
401 North Washington Street
Missoula, Montana 59807
Telephone: 406/543-5156

The State of Montana ("Montana") files this Renewed/Supplemental Motion to Remand its claim under the Montana Unfair Trade Practices and Consumer Protection Act ("CPA") to the First Judicial Court, Lewis & Clark County.  In support thereof, the State of Montana states as follows:

1.      Montana filed its original complaint in the Montana First Judicial District Court, Lewis & Clark County on December 28, 2005.

2.      On March 1, 2006, Merck filed its Notice of Removal attempting to satisfy its burden of establishing federal jurisdiction by arguing that Montana's Original Complaint raised a federal question giving rise to jurisdiction pursuant to 28 U.S.C. § 1331.

3.      Montana filed its Motion to Remand on March 2, 2006.

4.      Pursuant to PTO39C, Montana files this renewed Motion to Remand.

5.      For the reasons argued in Montana's Original Motion to Remand and the memorandum of law filed in support of this Renewed/Supplemental Motion to Remand, Merck cannot carry its burden to establish federal jurisdiction because neither the Original nor Amended Complaint raises a federal issue sufficient to confer federal-question jurisdiction.

Accordingly, the State of Montana respectfully requests this Court remand Montana's claim to the First Judicial District Court, Lewis & Clark County.

Respectfully submitted this 9th day of September, 2013.

/s/ Brian M. Vines
Brian M. Vines
Attorney for Plaintiff

OF COUNSEL:

Kelley L. Hubbard, Esquire
Assistant Attorney General
Post Office Box 201401
Helena, Montana 59620-1401
Telephone: 406/444-2026

Scott A. Powell, Esquire
Don McKenna, Esquire
Matthew C. Minner, Esquire
Brian M. Vines, Esquire
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Telephone: 205/328-5330

William A. Rossbach, Esquire
Rossbach Hart, PC
401 North Washington Street
Missoula, Montana 59807
Telephone: 406/543-5156

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's, State of Montana, Renewed/Supplemental Motion to Remand has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 9th day of September, 2013.

/s/ Brian M. Vines
Brian M. Vines
ASB-4419-R77V
Attorney for Plaintiff
Hare, Wynn, Newell & Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama  35203
Telephone: 205/328-5330
Facsimile: 205/324-2165
bvines@hwnn.com