UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
|     *State of Montana v. Merck & Co., Inc.,* | * | JUDGE ELDON E. FALLON |
|     2:06-CV-04302 | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the State of Montana will bring the attached Supplemental/Renewed Motion for Remand for Submission before the Honorable Judge Eldon Fallon on the 2nd day of October, 2013 at 9:00 a.m.

Respectfully submitted this 9th day of September, 2013.

                                                         /s/ Brian M. Vines
                                                       Brian M. Vines
                                                       Attorney for Plaintiff

OF COUNSEL:

Kelley L. Hubbard, Esquire
Assistant Attorney General
Post Office Box 201401
Helena, Montana 59620-1401
Telephone: 406/444-2026

Scott A. Powell, Esquire
Don McKenna, Esquire
Matthew C. Minner, Esquire
Brian M. Vines, Esquire
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Telephone: 205/328-5330

William A. Rossbach, Esquire
Rossbach Hart, PC
401 North Washington Street
Missoula, Montana 59807
Telephone: 406/543-5156

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Plaintiff's, State of Montana, Notice of Submission has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 9th day of September, 2013.

    /s/ Brian M. Vines
    Brian M. Vines
    ASB-4419-R77V
    Attorney for Plaintiff
    Hare, Wynn, Newell & Newton, LLP
    2025 3rd Avenue North; Suite 800
    Birmingham, Alabama  35203
    Telephone: 205/328-5330
    Facsimile: 205/324-2165
    bvines@hwnn.com