UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| *State of Montana v. Merck & Co., Inc.,* | * | JUDGE ELDON E. FALLON |
| 2:06-CV-04302 | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

On the State of Montana's Renewed/Supplemental Motion to Remand seeking this Court remand its cause of action against Merck in the Vioxx Product Liability Litigation to state court for lack of this Court's jurisdiction, this Court finds that the motion is well-taken.

IT IS HEREBY ORDERED that this case be remanded to the First Judicial Court, Lewis & Clark County for further proceedings.

THIS _____ DAY OF _____, 2013.

_____
HONORABLE ELDON FALLON