UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCT LIABILITY LITIGATION | * | SECTION L |
| This Document relates to: | * | HONORABLE JUDGE FALLON |
| Dennis Harrison Pro Se 2:07-cv-00905-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

*********************************************************************

## MOTION TO EXTEND TIME TO FILE PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S SUMMARY MOTION, AND SEND CONTACT INFORMATION AND MEDICAL RECORDS TO PLAINTIFF'S PARALEGAL JAMES DUGGAN

**Plaintiff was served Defendant's Motion** on or about July 22, 2013 and required to answer by September 18th, 2013.

**Plaintiff Pro Se', a qualified American with Disabilities**, has been ill and unable to advance his cause for the last month.

**Merck has acknowledged Plaintiff's issues** and suggests that it is *willing to work with Plaintiff as stated in their Summary Motion.*

**Plaintiff is now able to start work** on the answer, and estimates that he will need at least 2 months extension, and by that Plaintiff is now requesting that the date that he must file his answer by be extended until November 18th, 2013.

**In order to hold to the schedule of filing** by November 18th, 2013, Plaintiff has contracted with James Duggan as a paralegal to aide, in doing this work.

**Plaintiff now asks that all parties receiving this motion, when signed by the Court, also send to James Duggan an email giving him a contact person**, a telephone number, and an email address for correspondence. James Duggan may be contacted as follows:

> James Duggan: 916-283-6555, renojimduggan@hotmail.com,
> 860 Greg Thatch Cir., Sacramento, Ca 95835.

**There are medical documents** that were obtained by Defendant Merck that Plaintiff does not have and Merck is allowing Plaintiff to gain access to, that James Duggan will require to do his assigned work. Plaintiff now asks Merck to provide those documents to James Duggan. If Merck can transfer these files by email, Plaintiff requests Merck to do so. If Duggan must download from a site that Merck directs him to, please send logon info via email.

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing:

**MOTION TO EXTEND TIME TO FILE PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S SUMMARY MOTION, AND SEND CONTACT INFORMATION AND MEDICAL RECORDS TO PLAINTIFF'S PARALEGAL JAMES DUGGAN**

has been served on Defense Laison Counsel (DLC) Dorothy H. Wimberly by electronic email as PDF attachment, Emily Pistilli of Merck by electronic email as PDF attachment, and Doug Marvin of Merck by electronic email as PDF attachment on this 26th day of February, 2013.

Further I hereby note utilizing the same electronic PDF method to Plaintiff Steering Committee PSC-I Russ Herman and Leonard Davis, and Plaintiff Steering Committee PSC-II Ann B. Oldfather and Megan Hastings.

I have also sent the above and the foregoing to the Clerk of Court of the United States District Court for the Eastern District of Louisiana via the same electronic email/PDF method and hard copy, on this 26th day of February, 2013.

/s/Dennis R. Harrison
Dennis R. Harrison

Dennis R. Harrison
Plaintiff
601 W. Brown Street
Iron Mountain, MI 49801
Phone: Cell 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
badbonehealing@gmail.com

August 30, 2013

Re: Hard copy of Motion and commentary in re to the Motion

Andrew:

Enclosed please find the HARD COPY of my Motion. In this communication, I am also pleading with the Court to allow the date of November 18, 2013 for submittal of the Motion

While of course I appreciate any additional time, it seems that there is a communication issue from the meeting last week. *Judge Fallon clearly indicated that he would allow one additional month, several individuals I checked with did hear that.* While discussing the issue, Judge Fallon first gave two weeks, then he changed that to one additional month which would be October 18, 2013. Judge Fallon requested that I submit a motion very quickly, and I did.

The understanding at the meeting was thus *October 18, 2013.*

While I may be able to meet that date (Oct. 18, 2013), in order to be absolutely sure I would have my best effort submitted, I am asking in my Motion for November 18, 2013. This case has had a very long history and we are just now beginning to make measurable progress. Providing a date of November 18th, to ensure I am able to provide my best, certainly does not seem unreasonable.

I'd like to point out that Merck itself has acknowledged that I likely would need more time (per the quote below) which is consistent with my request of November 18th, 2013.

> **From Merck's Motion for Summary Judgment:**
>
> ..."**we appreciate that, given the state of his health, Mr. Harrison may need additional time to respond to this motion, well beyond the normal timetable for briefing that has governed this MDL proceeding**"..

I'd also like to indicate that the Discovery process had, and has several issues which very much impacted this case for the worse. The meeting's topic, in fact, was to address those issues. I had been following Judge Fallon's directions from the February 26th, 2013 Hearing, and I had expected that the issues would be addressed. Instead of ensuring a proper Discovery process, we have jumped to a Summary Judgment. While the parties can enter a Summary Judgment Motion at any time, with the many issues in this case, it would seem fair to allow a reasonable extension of the time to respond as my efforts are now redirected from Discovery to the Summary Judgment.

It is well known that my health issues, and the two falls, have substantially impacted my efforts for several years. I won't rehash the detail, but I do ask that the Court not cast aside that very important handicap in which I have worked in.

I'll conclude by indicating October 18, 2013 would be helpful; however the Motion is requesting November 18, 2013. My future depends on the fair conclusion of this case. I have also been patient with many aspects of this litigation, and I am grateful for some latitude by the Court. **I need the date of November 18, 2013 to absolutely ensure my best effort, especially under the circumstances will be possible.**

Thank you,

Dennis Harrison

cc: PSC-2; PSC-1; Merck legal; J. Duggan

TENDERED FOR FILING

SEP - 3 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Dennis R. Harrison
601 W. Brown Street
Iron Mountain, MI  49801
906-221-5906

August 27, 2013

**Via Electronic mail/PDF**

DOROTHY **H. WIMBERLY**
A PROFESSIONAL CORPORATION
DIRECT DIAL:  (504) 593-0849
DIRECT FAX:  (504) 596-0849
E-Mail: dwimberly@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
COUNSELLORS AT LAW
546 CARONDELET STREET NEW ORLEANS
LOUISIANA  **70130-3588**

Re:  In Re Vioxx Products Liability Litigation, MDL No. 1657
*Harrison, Dennis R. v. Merck & Co., Inc., 2:07-cv-00905-EEF-DEK*

Dear Dorothy:

I enclose a copy of the:

### MOTION TO EXTEND TIME TO FILE PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S SUMMARY MOTION, AND SEND CONTACT INFORMATION AND MEDICAL RECORDS TO PLAINTIFF'S PARALEGAL JAMES DUGGAN

Sincerely,

*Dennis R. Harrison* (signature)

Dennis Richard Harrison
MBA/BGS

DHW/cr Enclosures

cc:   all via email/PDF
      D.Marvin, E. Pistilli, A. Oldfather, M. Hastings, R. Herman, L. Davis

      via email/PDF and hard copy
      Clerk of Court of the United States District Court for the Eastern District of Louisiana

TENDERED FOR FILING

SEP - 3 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk