UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: *Dennis Richard Harrison v. Merck & Co, Inc.,*
Case No. 07-905

### ORDER

Before the Court is the Plaintiff's motion for additional time to file a response memorandum to the Defendant's motion for summary judgment. The Defendant's motion for summary judgment (Rec. Doc. 64510) was initially set for submission on September 18, 2013, which meant that, by default, the Plaintiff's response memorandum was be due on September 10, 2013. *See* L.R. 7.5 ("Each party opposing a motion must file and serve a memorandum in opposition to the motion with citations of authorities no later than eight days before the noticed submission date."). However, during its August 23, 2013, telephone status conference with the parties, the Court ordered that the Plaintiff be given a month from the date of the conference to file his response memorandum. In doing so, it effectively extended the deadline by approximately two weeks from September 10, 2013, until September 23, 2013. (Rec. Doc. 64556).

While the Court recognizes that the Plaintiff's illness and injuries have necessitated accommodations, it notes that after factoring in the previous 13-day continuance, the Plaintiff will have had 60 days to respond to the Defendant's July 25, 2013 motion. For this reason, the Court finds that providing an additional extension of 56 days, until November 18, 2013, is not

1

appropriate, particularly in light of the fact that this particular matter has been pending before this Court for over six years. For these reasons, **IT IS ORDERED** that the Plaintiff's motion to extend time to file a response memorandum is **DENIED**.

**IT IS FURTHER ORDERED** that the Defendant respond directly to the Plaintiff's request that it provide certain documents to Mr. Duggan.

New Orleans, Louisiana, this 4th day of September, 2013.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CC:　　　Mr. Dennis R. Harrison
　　　　　601 W. Brown Street
　　　　　Iron Mountain, MI 49801

　　　　　Mr. James Duggan
　　　　　860 Greg Thatch Circle
　　　　　Sacramento, CA 95835



Clerk of Court
United States District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Dennis Harrison
601 W Brown St.
Iron Mountain, MI 49801