UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX<br>           PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     **ALL CASES**

### ORDER

The Court has received and reviewed the attached correspondence from Lawrence William Fitzgerald. **IT IS ORDERED** that this correspondence be entered into the record and that *Pro Se* Curator Robert Johnson respond as necessary.

New Orleans, Louisiana, this 9th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

CC: Mr. Robert M. Johnson
*Pro Se* Currator
400 Poydras Street, Suite 2450
New Orleans, LA 70170
*Telephone*: 504-561-7799

Mr. Lawrence William Fitzgerald
c/o Mr. Ken Hayter
3085 Mill Vista Road, Apartment 2107
Littleton, CO 80219

Mr. Lawrence William Fitzgerald
5535 Worchester Street
Denver, CO 80239

1