

RECEIVED

AUG 09 2013

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LAWRENCE  WILLIAM  FITZGERALD, Pro Se

C/O Ken Hayter

3085 Mill Vista Road Apt 2107

Littleton Colorado 80219

Civil Action

**VERUS**                                                                                          05-6616

Section "L" (3)

MANUFACTURE OF VIOXX

MERCK &.,INC

## MOTION TO REOPEN VIOXX CLAIM FOR RELEASED PRISONER

        Comes Now Lawrence W. Fitzgerald, being Pro Se an in good faith requesting this
Honorable Court to allow the Clamant to readdressed his life threatening medical condition he
has and just recently again released from a hospital for his heart troubles caused by the Vioxx
product he took for over a year while he was incarcerated in the Colorado Department of
Corrections from 1991 to 20012 as follows:

        This Honorable Court has on file all the information concerning this case and the
claimant is requesting the firm of Herman an Herman an Katz LLC to with Regina Velente

To help me with the issues of being able to be part of the litigation settlement of the vioxx
claim which this Honorable Court is the over seer of this very important matter which needed
to be addressed for me by this law firm with me coming in an out of the hospital because of the
damage the vioxx product done to me in the past.

        Wherefore it is prayed upon this Honorable Court will allow this Claimant in the Interest
of Justice the help to properly bring his Claim before this Honorable Court as prisoner who was
released after being harmed by the vioxx product owned by the Merck Corporation.

Dated this August 4, 2013

Sincerely

_____

## CERTIFICATE OF MAILING

I Lawrence W. Fitzgerald placed this Motion in the United States Mail postage prepaid on this 4 day of August 2013 and addressed to the following bellow:

Clerk of Court

United States District Court

Eastern District Louisiana

500 Poydras Street Room C-151

New Orleans, LA 70130


Herman & Herman Katz

Attorneys at law

Regina Velente

820 Okeefe Ave

New Orleans, LA 70113

M.J. Fitzgerald D st.
5735 Winchester st.
Denver Colo 80239

U S MARSHALS

DENVER CO 802
07 AUG 2013 PM 8 L

70 1 30 $ 7303

United States District Court
clerk of's office Sallon
Eastern District Louisana
500 Reynolds street Room C-151
New Orleans, LA 70/30