UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

PLAINTIFFS' LIAISON COUNSEL'S
MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT
REIMBURSEMENT OF EXPENSES

   NOW INTO COURT, comes Russ M. Herman, Plaintiffs' Liaison Counsel, who upon suggesting to the court that, as is more fully set forth in the attached memorandum with accompanying exhibits, and reimbursement of additional common benefit expenses should be ordered in this matter.

Respectfully submitted,

Date:  September 11, 2013

By: /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman & Katz, L.L.C.*
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
ldavis@hhklawfirm.com

**PLAINTIFFS' LIAISON COUNSEL**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 11th day of September, 2013.

    /s/ Leonard A. Davis
    Leonard A. Davis (Bar No. 14190)
    ***Herman, Herman & Katz, L.L.C.***
    820 O'Keefe Avenue
    New Orleans, LA  70113
    PH:    (504) 581-4892
    FAX:   (504) 561-6024
    ldavis@hhklawfirm.com