MINUTE ENTRY
FALLON, J.
SEPTEMBER 3, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | NO. 05-MD-1657 |
| | SECTION: L |

**This document relates to: 11-1546**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances: Mark Tate, Esq., and C. Dorian Britt, Esq., for Plaintiffs (by phone)
Andrew Coomes, Esq. for Eichholz Law Firm P.C. (by phone)
Jonah Flynn, Esq. for Pacific Legal Funding, LLC (by phone)

Motion for Award of Attorneys' Fess, Reimbursement of Costs, and Incentive Payment regarding Joint Motion for Final Approval of Class Settlement   (64531)

After argument -   Matter TAKEN UNDER SUBMISSION

JS10:   :25