# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Akosua Akyaamaa v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| 2:07-cv-08080-EEF-DEK | * | |
| | * | |

*************************************************************************

## ORDER WITHDRAWING MOTION AND RULE TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE

Considering the foregoing, `(Rec. Doc. 64568)`,

**IT IS ORDERED** that Defendant Merck Sharp & Dohme Corp.'s Motion and Rule to Show Cause Why Case Should Not Be Dismissed With Prejudice for Failure to Prosecute, Rec. Doc. 64478, be and it hereby is withdrawn, reserving all rights to defendant to refile if necessary.

**NEW ORLEANS, LOUISIANA**, this 5th day of September, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1136655v1