UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *State of Alaska v. Merck & Co., Inc.*, **06-0018**
*State of Montana v. Merck & Co., Inc.*, **06-4302**
*State of Utah v. Merck & Co., Inc.*, **06-9336**
*State of Mississippi v. Merck & Co., Inc.*, **05-6755**

## ORDER

Before the Court are renewed and/or supplemental motions to remand by the State of Mississippi (Rec. Doc. 64430), the State of Alaska (Rec. Doc. 64582), the State of Montana (Rec. Doc. 64583), and the State of Utah (Rec. Doc 64587). The Court has also received correspondence from counsel regarding hearing and/or submission dates for these motions.

**IT IS ORDERED** that a telephone status conference will be held in the above-listed matters on September 17, 2013, at 2:30 p.m., to set dates. The call-in number for the conference is 877-336-1839. The access code is 4227405 and the security code is 091713.

New Orleans, Louisiana, this 12th day of September, 2013.

_Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE

1