MINUTE ENTRY
FALLON, J.
SEPTEMBER 11, 2013

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>       LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L |

**This document relates to: James Ratliff**
                      **Kentucky State Court Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances:  Russ Herman, Esq., Dawn Barrios, Esq., Elizabeth Cabraser, Esq., and Lenny
               Davis, Esq., for Plaintiffs
              Doug Marvin, Esq., John Beisner, Esq., and Dorothy Wimberly, Esq., for Merck
              Richard Getty, Esq., and Jessica Case, Esq., for Kentucky Plaintiffs

1. Motion of defendant Merck, Sharp & Dohme Corp.,  to stay further proceedings in James Ratliff's case in Kentucky state court and enjoin  further efforts by  Mr. Ratliff's counsel to prosecute that action pending final approval of the MDL class action settlement   (64537)

After argument -   Motion TAKEN UNDER SUBMISSION

2. Motion of Class Counsel, seeking an Order enjoining Plaintiff James Ratliff, his counsel Richard Getty, and any other class member from prosecuting a competing and overlapping consumer class action, including the Kentucky action (64539)

After argument - Motion TAKEN UNDER SUBMISSION


JS10:  1:15