IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: VIOXX LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP 12 2013
WILLIAM W. BLEVINS
CLERK

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana  SEP 10 2013

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 10, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 13-30930,   In Re: Vioxx Prod Liability
                USDC No. 2:05-MD-1657

Enclosed is an order entered in this case.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Cindy M. Broadhead, Deputy Clerk
                        504-310-7707

Mr. John H. Beisner
Mr. William W. Blevins
Ms. Jessica K. Case
Mr. Richard A. Getty
Ms. Dorothy Hudson Wimberly

**P. S. to All Counsel: The joint designation of record is due for filing in the District Court within 14 days from the date of this order, or, by not later than September 24, 2013. A copy of the designation should be served on this court upon filing.**