UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX                                    MDL Docket No. 1657
     PRODUCTS LIABILITY LITIGATION

SECTION L

JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

## REPORT TO THE COURT

In an Order dated September 9, 2013, the Court ordered that correspondence from Lawrence William Fitzgerald be entered into the record, and that undersigned curator Robert M. Johnston respond as necessary.

I have reviewed a file in my office covering a four year period from early 2009 to the present with pleadings and correspondence from Mr. Fitzgerald, this Court, and the Fifth Circuit Court of Appeals.  Included in the file are Orders of this Court denying Mr. Fitzgeralds request for appointment of counsel and the right to proceed in forma pauperis. Also included is this Court's Order dated May 7, 2012 stating that Mr. Fitzgeralds case was dismissed in 2006 for failure to pay the filing fee.  The Order further denied Mr. Fitzgeralds motion for reinstatement of his case against Merck, which motion also requested relief under the Vioxx settlement program for the plaintiff.

Among the other documents in the file is a letter to Mr. Fitzgerald from Diann Bates, Pro Se Coordinator in the Vioxx Claims Administrators office at BrownGreer, dated May 29, 2009 in response to his request to enroll in the Vioxx settlement program.  In that letter,

Mr. Fitzgerald was told that "you are not eligible to participate in the Program, for you were not a party to a pending lawsuit or a Tolling Agreement with Merck as of November 9, 2007, which is a requirement to participate in the Program."

Finally, my file contains a Per Curiam Opinion from the Fifth Circuit Court of Appeals filed March 17, 2011, which affirms the Judgment of this Court which denied Mr. Fitzgerald's motion to file an amended complaint.

Attached the Court's September 9, 2013 Order asking that I "respond as necessary" to Mr. Fitzgerald's motion to reopen Vioxx claim for released prisoner, which the Court in its Order describes as being "correspondence." My review of the extensive unsuccessful attempts by Mr. Fitzgerald to assert a Vioxx claim or participate in the Vioxx settlement program shows that there is no need for me to respond to Mr. Fitzgerald concerning his latest attempt to make a Vioxx claim. If the Court does not agree and wishes me to make direct contact with Mr. Fitzgerald, I will certainly comply if so requested.

Respectfully submitted,

ROBERT M. JOHNSTON (7339)
*Pro Se Curator*
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
Tele:  (504) 561-7799
Fax:   (504) 525-1488