Generated: 11/01/200

| | | |
|---|---|---|
| Commonwealth of Kentucky<br>AOC - S - 050   (NDLP)<br>Court of Justice | <br>Notice to Dismiss for<br>Lack of Prosecution | Case: 04-CI-01493<br>Court: CIRCUIT<br>County: PIKE |

Pursuant to CR 77.02(2), notice is hereby given to the parties listed below to show cause on December 1, 2006  9:15 am wh the action listed herein should not be dismissed at the cost of the plaintiff for the reason that no pretrial step has been taken in tl past year.

**RATLIFF, JAMES   VS. MERCK & COMPANY INC,**

| | |
|---|---|
| GETTY, RICHARD A.,<br>1900 VINE CENTER TOWER<br>250 WEST MAIN STREET<br>LEXINGTON        KY 40507 | ATTORNEY FOR PLAINTIFF |
| MERCK & COMPANY INC,<br>A FOREIGN CORPORATION | DEFENDANT / RESPONDENT |
| POPE, SUSAN<br>FROST BROWN & TODD<br>400 W MARKET ST, 32ND FLOOR<br>LOUISVILLE KY 40202 | ATTORNEY FOR DEFENDANT (CIVIL) |
| RATLIFF, JAMES<br>ON BEHALF OF HIMSELF & OTHERS SIMILARLY | PLAINTIFF / PETITIONER |

Date: NOV 1 2006 , 20 _____

Circuit/District Clerk, DAVID DESKINS
By ___K. Hopkins___, DC

******

I hereby certifiy that I have served a true copy of this notice on all parties listed herein by mailing a copy to their attorneys of record, postage prepaid.

```
FILED
Date: NOV 1 2006
Circuit/District Clerk,
DAVID DESKINS
By  K. Hopkins      , DC
```

PIKE CIRCUIT CLERK'S OFFICE
P.O BOX 1002
PIKEVILLE, KY 41502

TO WHOM IT MAY CONCERN,

THE SHOW CAUSE HEARING THAT IS SET FORTH IN THIS CASE FOR 12-01-06 @ 9:15 A.M. YOU DO NOT NEED TO APPEAR. IF YOU WISH TO KEEP THIS CASE ON THE COURT'S ACTIVE DOCKET YOU MAY SIMPLY FILE A RESPONSE ASKING THE COURT FOR THIS MATTER TO REMAIN ON THE COURT'S ACTIVE DOCKET.

IF YOU WISH FOR THE CASE TO BE DISMISSED YOU DO NOT NEED TO APPEAR OR SEND ANYTHING IN WRITING. WITH NO RESPONSE BY EITHER SIDE THE CASE WILL SIMPLY BE DISMISSED.

THANK YOU FOR YOUR TIME,

W. DAVID DESKINS, CLERK

M0098284405