PIKE CIRCUIT COURT
HON. STEVEN D. COMBS
DIVISION NO. II
ACTION NO. 04-CI-01493


MERCK & COMPANY, INC.,                                          APPELLANT


VS                          ORIGINAL RECORD OF PIKE CIRCUIT COURT


JAMES RATLIFF, ET AL                                            APPELLEES


VOLUME I OF VIII


HON. SUSAN J. POPE
FROST BROWN TODD LLC
250 W. MAIN STREET, SUITE 2800
LEXINGTON, KY  40507-1749

HON. RICHARD A. GETTY
GETTY & CHILDERS, PLLC
250 WEST MAIN STREET, SUITE 1900
LEXINGTON, KY  40507


HONORABLE:  STEVEN D. COMBS
PIKE CIRCUIT COURT

STATE OF KENTUCKY)<br>
)<br>
) SCT<br>
)<br>
COUNTY OF PIKE )

I, W. DAVID DESKINS, CLERK OF THE PIKE CIRCUIT COURT, DO HEREBY CERTIFY THAT THE FOREGOING IS THE ENTIRE ORIGINAL CASE HISTORY IN THE, MERCK & COMPANY INC., VS JAMES RATLIFF, ET AL IN CIVIL ACTION NO. 04-CI-01493 RECORD ON FILE IN THIS OFFICE.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, THIS THE ________ DAY OF ________________, 2011.

W. DAVID DESKINS

PIKE CIRCUIT COURT CLERK

BY:___________________, d.c.

Generated: 05/24/2011 1:52:32PM

# Case History

## RATLIFF, JAMES VS. MERCK & COMPANY INC,

## Case# 04-CI-01493

**County** PIKE
**Court** CIRCUIT Court
**Opening Judge** HON. STEVEN DANIEL COMBS
**Current Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| Date | Entry | Page # |
|---|---|---|
| 10/22/2004 | **Case Filed**<br>OTHER<br>*CLASS ACTION COMPLAINT/JURY FEE PD /ORDER OF DISMISSAL SET ASIDE 1-04 -07/ APPEAL FILED 2/4/11* | |
| 10/22/2004 | **Document Filed**<br>COMPLAINT / PETITION<br>AP | |
| 10/22/2004 | **Summons Filed - MERCK & COMPANY INC,** @00000007104<br>RETURNED TO ATTORNEY/PETITIONER | |
| 10/27/2004 | **Document Filed**<br>AMENDED COMPLAINT BEG. VOL. I<br>AP<br>*CLASS ACTION* | 1 - 14 |
| 10/29/2004 | **Summons Served/Recalled - MERCK & COMPANY INC,** @00000007104<br>RETURNED TO ATTORNEY/PETITIONER | |
| 11/29/2004 | **Document Filed**<br>ANSWER<br>AD<br>*DEFENSES, REQ FOR RELIEF AND JURY DEMAND OF DEF MERCK & CO., INC./FI LED BY SUSAN POPE WITH FROST BROWN & TODD* | 15 - 28 |
| 03/07/2005 | **Document Filed**<br>MISCELLANEOUS<br>*COPY FROM US DISTRICT COURT, MEMOR ANDUM OPINION & ORDER* | |
| 06/01/2005 | **Document Filed**<br>INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS<br>AP | |
| 06/01/2005 | **Document Filed**<br>RESPONSE<br>AD<br>*TO MOTION TO COMPEL* | |
| 06/09/2005 | **Document Filed**<br>ORDER - AGREED<br>*PROTECTIVE ORDER* | |
| 06/09/2005 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*PROTECTIVE ORDER* | |
| 07/26/2005 | **Document Filed**<br>NOTICE TO TAKE DEPOSITION<br>AD<br>*MERCK & CO., INC.'S CROSS-NOTICE O F DEPOSITION OF CHARLOTTE MCKINES* | |
| 11/01/2006 | **Document Filed**<br>NOTICE TO DISMISS FOR LACK OF PROSECUTION | |



**RATLIFF, JAMES VS. MERCK & COMPANY INC,**

**Case# 04-CI-01493**

**County** PIKE
**Court** CIRCUIT Court
**Opening Judge** HON. STEVEN DANIEL COMBS
**Current Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| Date | Entry | Page # |
|---|---|---|
| 11/01/2006 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>NOTICE TO DISMISS FOR LACK OF PROSECUTION<br>FIRST CLASS MAIL | |
| 12/01/2006 | **Scheduled Event** Dec 1 2006 at 09:15 AM<br>SHOW CAUSE HEARING<br>HON. STEVEN DANIEL COMBS | |
| 12/04/2006 | **Case Disposed** 773 Days<br>DISMISSED : 77:02(2)<br>*CLASS ACTION COMPLAINT/JURY FEE PD /ORDER OF DISMISSAL SET ASIDE 1-04 -07/ APPEAL FILED 2/4/11* | |
| 12/04/2006 | **Document Filed**<br>ORDER DISMISSING FOR LACK OF PROSECUTION | |
| 12/04/2006 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER DISMISSING FOR LACK OF PROSECUTION<br>FIRST CLASS MAIL | |
| 12/14/2006 | **Document Filed**<br>ORDER SETTING TRIAL / HEARING<br>*DEC 22* | |
| 12/14/2006 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER SETTING TRIAL / HEARING<br>FIRST CLASS MAIL<br>*DEC 22* | |
| 12/15/2006 | **Scheduled Event** Dec 15 2006 at 09:00 AM<br>MOTION HOUR<br>HON. STEVEN DANIEL COMBS<br>*TO SET ASIDE ORDER DISMISSING FOR LACK OF PROSECUTION DATED 12-4-06* | |
| 12/22/2006 | **Scheduled Event** Dec 22 2006 at 10:00 AM<br>OTHER HEARING<br>HON. STEVEN DANIEL COMBS | |
| 01/04/2007 | **Document Filed**<br>ORDER SUSTAINING<br>*PL'S MOTION TO SET ASIDE THE COURT 'S ORDER OF 12-13-06 DISMISSING AC TION, CASE TO BE PLACED ON ACTIVE DOCKET* | |
| 01/04/2007 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER SUSTAINING<br>FIRST CLASS MAIL<br>*PL'S MOTION TO SET ASIDE THE COURT 'S ORDER OF 12-13-06 DISMISSING AC TION, CASE TO BE PLACED ON ACTIVE DOCKET* | |
| 01/04/2007 | **Case Reopened**<br>RE-OPENED<br>*ORDER OF DISMISSAL SET ASIDE* | |
| 06/22/2007 | **Document Filed**<br>NOTICE - OTHER<br>ATT<br>*OF WITHDRAWAL OF COUNSEL/ SETH J OHNSTON W/ RICHARD GETTY* | |



**RATLIFF, JAMES VS. MERCK & COMPANY INC,**

**Case# 04-CI-01493**

**County** PIKE
**Court** CIRCUIT Court
**[Op]ening Judge** HON. STEVEN DANIEL COMBS
**[Cu]rrent Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| Date | Entry | | Page # |
|---|---|---|---|
| 07/30/2008 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY FOR PLAINTIFF<br>*TO CERTIFY CLASS PURSUANT TO CR 23 .01 & CR 23.02 (C)* | | 29 - 131 |
| 07/30/2008 | **Document Filed**<br>MEMORANDUM<br>*APPENDIX / MOTION TO CERTIFY CLASS CLASS PURSUANT TO CR 23.01 (C)* | END VOL. I<br>BEG. VOL. II | 132 - 150<br>151 - 187 |
| 07/30/2008 | **Document Filed**<br>MEMORANDUM<br>*IN SUPPORT OF PL., MOTION TO CERTI FY CLASS PURSUANT TO CR 23.02(C)* | | 188 - 232 |
| 07/31/2008 | **Document Filed**<br>ORDER SETTING TRIAL / HEARING<br>*8-8-08 @ 10:30 AM* | | |
| 07/31/2008 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER SETTING TRIAL / HEARING<br>FIRST CLASS MAIL<br>*8-8-08 @ 10:30 AM* | | |
| 08/01/2008 | **Scheduled Event**<br>MOTION HOUR<br>HON. STEVEN DANIEL COMBS | Aug 1 2008 at 09:00 AM | |
| 08/04/2008 | **Document Filed**<br>REQUEST FOR PRODUCTION OF DOCUMENTS<br>AD<br>*MERCK & CO* | | |
| 08/04/2008 | **Document Filed**<br>INTERROGATORIES<br>AD<br>*TO PL JAMES RATLIFF* | | |
| 08/05/2008 | **Document Filed**<br>ORDER - AGREED<br>*REGARDING BRIEFING SCHEDULE* | | |
| 08/05/2008 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*REGARDING BRIEFING SCHEDULE* | | |
| 08/08/2008 | **Scheduled Event**<br>OTHER HEARING<br>HON. STEVEN DANIEL COMBS | Aug 8 2008 at 10:30 AM | |
| 09/08/2008 | **Document Filed**<br>NOTICE - OTHER<br>*OF DEPOSITION OF JAMES RATLIFF* | | |
| 09/10/2008 | **Document Filed**<br>NOTICE TO TAKE DEPOSITION<br>*AMENDED/JAMES RATLIFF* | | |

**RATLIFF, JAMES VS. MERCK & COMPANY INC,**

**Case# 04-CI-01493**

**County** PIKE
**Court** CIRCUIT Court
**Opening Judge** HON. STEVEN DANIEL COMBS
**Current Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| | | Page # |
|---|---|---|
| 09/16/2008 | **Document Filed**<br>ORDER - AGREED<br>*AMENDED/REGARDING BRIEFING SCHEDUL E/REGARDING MOT. TO CERTIFY CLASS- MERCK HAS TO 12-12-08 TO SERVE RES PONSE TO PET. MOT. PET. HAS TO 1-1 2-09 TO SERVE REPLY TO RESPONSE....* | |
| 09/16/2008 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*AMENDED/REGARDING BRIEFING SCHEDUL E/REGARDING MOT. TO CERTIFY CLASS- MERCK HAS TO 12-12-08 TO SERVE RES PONSE TO PET. MOT. PET. HAS TO 1-1 2-09 TO SERVE REPLY TO RESPONSE....* | |
| 10/06/2008 | **Document Filed**<br>AMENDED NOTICE TO TAKE DEPOSITION<br>AD<br>*SECOND / JAMES RATLIFF* | |
| 11/12/2008 | **Motion Filed**<br>MOTION TO COMPEL<br>ATTORNEY FOR DEFENDANT (CIVIL)<br>*MEMORANDUM & NOTICE* | |
| 11/13/2008 | **Document Filed**<br>ORDER - OTHER<br>*MERCK'S MOTION TO COMPEL PL IS ORD ERED TO FULLE ANSWER THE INT WITHO UT OBJECTION AND SIGNED UNDER OATH AND TO DELICER THEM TO COUNSEL FO R MERCK BY 11-21-08* | |
| 11/13/2008 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - OTHER<br>FIRST CLASS MAIL<br>*MERCK'S MOTION TO COMPEL PL IS ORD ERED TO FULLE ANSWER THE INT WITHO UT OBJECTION AND SIGNED UNDER OATH AND TO DELICER THEM TO COUNSEL FO R MERCK BY 11-21-08* | |
| 11/14/2008 | **Scheduled Event** Nov 14 2008 at 09:00 AM<br>MOTION HOUR<br>HON. STEVEN DANIEL COMBS | |
| 12/08/2008 | **Document Filed**<br>ORDER - AGREED<br>JUD<br>*AMENDED REGARDING BRIEFING SCHE DULE* | |
| 12/08/2008 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*AMENDED REGARDING BRIEFING SCHE DULE* | |
| 12/08/2008 | **Document Filed**<br>ORDER - AGREED<br>JUD<br>*AMENDED AGREED ORDER REGARDING BRI EFING SCHEDULE* | |
| 12/08/2008 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*AMENDED AGREED ORDER REGARDING BRI EFING SCHEDULE* | |



**RATLIFF, JAMES VS. MERCK & COMPANY INC,**

**Case# 04-CI-01493**

**County** PIKE
**Court** CIRCUIT Court
**...ening Judge** HON. STEVEN DANIEL COMBS
**...rrent Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| Date | Entry | Page # |
|---|---|---|
| 01/13/2009 | **Document Filed**<br>NOTICE - OTHER<br>*RENOTICE OF DEPOSITION* | |
| 01/27/2009 | **Motion Filed**<br>MOTION TO APPEAR PRO HOC VICE<br>ATTORNEY FOR DEFENDANT (CIVIL)<br>*SCOTT M VOELZ* | |
| 01/27/2009 | **Document Filed**<br>RETURN OF SUBPOENA<br>*KD GIBSON* | |
| 01/29/2009 | **Document Filed**<br>ORDER - AGREED<br>JUD<br>*AMENDED AGREED ORDER REGARDING BRI EFING SCHEDULE* | |
| 01/29/2009 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*AMENDED AGREED ORDER REGARDING BRI EFING SCHEDULE* | |
| 01/29/2009 | **Document Filed**<br>ORDER GRANTING | |
| 01/29/2009 | **Document Filed**<br>ORDER GRANTING<br>*PRO HAC VICE ADMISSION* | |
| 01/29/2009 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER GRANTING<br>FIRST CLASS MAIL<br>*PRO HAC VICE ADMISSION* | |
| 01/30/2009 | **Scheduled Event** Jan 30 2009 at 09:00 AM<br>MOTION HOUR<br>HON. STEVEN DANIEL COMBS | |
| 01/30/2009 | **Scheduled Event** Jan 30 2009<br>MOTION NOT REQUIRING HEARING<br>HON. STEVEN DANIEL COMBS | |
| 01/30/2009 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY FOR PLAINTIFF<br>*OF PL JAMES RATLIFF FOR ROTECTIVE ORDER* | |
| 01/30/2009 | **Document Filed**<br>NOTICE - OTHER<br>AD<br>*OF WITHDRAW OF MOTION OF PL JAMES RATLIFF FOR PROTECTIVE ORDER* | |
| 02/02/2009 | **Document Filed**<br>NOTICE - OTHER<br>*OF WITHDRAWAL OF MOTION PL., JAMES RATLIFF, FOR PROTECTIVE ORDER* | |
| 02/02/2009 | **Document Filed**<br>NOTICE TO TAKE DEPOSITION<br>*2ND AMENDED VIDEO DEP/JAMES RATLIF F* | |



**RATLIFF, JAMES VS. MERCK & COMPANY INC,**

**Case# 04-CI-01493**

**County** PIKE
**Court** CIRCUIT Court
**[Op]ening Judge** HON. STEVEN DANIEL COMBS
**[Cu]rrent Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| | | Page # |
|---|---|---|
| 02/02/2009 | **Document Filed**<br>NOTICE TO TAKE DEPOSITION<br>*AMENDED/VIDEO DEP/JAYALAKSHMI PAMP ATI, MD.* | |
| 02/02/2009 | **Motion Filed**<br>MOTION FOR PROTECTIVE ORDER<br>ATTORNEY FOR PLAINTIFF<br>*OF PLAINTIFF JAMES RATLIFF* | |
| 02/04/2009 | **Document Filed**<br>ORDER - AGREED<br>JUD<br>*PRO HAC ADMISSION* | |
| 02/04/2009 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*PRO HAC ADMISSION* | |
| 02/04/2009 | **Document Filed**<br>NOTICE TO TAKE DEPOSITION<br>*RENOTICE/K.D. GIBSON, D.O.* | |
| 02/04/2009 | **Document Filed**<br>NOTICE TO TAKE DEPOSITION<br>*3RD AMENDED/VIDEO DEP/JAMES RATLIF F* | |
| [0]2/06/2009 | **Scheduled Event** Feb 6 2009 at 09:00 AM<br>MOTION HOUR<br>HON. STEVEN DANIEL COMBS | |
| 02/20/2009 | **Document Filed**<br>NOTICE OF VIDEO DEPOSITION<br>*SECOND AMENDED OF JAYALAKSHMI PAMP ATI* | |
| 02/20/2009 | **Document Filed**<br>NOTICE OF VIDEO DEPOSITION<br>*FOURTH AMENDED OF JAMES RATLIFF* | |
| 02/26/2009 | **Document Filed**<br>ORDER - AGREED<br>*AMENDED/REGARDING BRIEFING SCHEDUL E* | |
| 02/26/2009 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*AMENDED/REGARDING BRIEFING SCHEDUL E* | |
| 03/24/2009 | **Motion Filed**<br>MOTION FOR SUMMARY JUDGMENT<br>ATTORNEY FOR PLAINTIFF<br>*AND NOTICE* | |
| 03/24/2009 | **Document Filed**<br>MEMORANDUM<br>AD<br>*IN SUPPORT OF MOTION* | |



**RATLIFF, JAMES VS. MERCK & COMPANY INC,**

**Case# 04-CI-01493**

**County** PIKE
**Court** CIRCUIT Court
**Opening Judge** HON. STEVEN DANIEL COMBS
**Current Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| Date | Entry | | Page # |
|---|---|---|---|
| 03/25/2009 | **Document Filed**<br>ORDER SETTING TRIAL / HEARING<br>JUD | | |
| 03/25/2009 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER SETTING TRIAL / HEARING<br>FIRST CLASS MAIL | | |
| 03/27/2009 | **Scheduled Event**<br>MOTION HOUR<br>HON. STEVEN DANIEL COMBS | Mar 27 2009 at 09:00 AM | |
| 03/31/2009 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY FOR DEFENDANT (CIVIL)<br>*ADMISSION PRO HAC VICE* | | |
| 04/03/2009 | **Scheduled Event**<br>MOTION HOUR<br>HON. STEVEN DANIEL COMBS | Apr 3 2009 at 09:00 AM | |
| 04/08/2009 | **Document Filed**<br>ORDER GRANTING<br>JUD<br>*PRO HAC VICE ADMISSION* | | |
| 04/08/2009 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER GRANTING<br>FIRST CLASS MAIL<br>*PRO HAC VICE ADMISSION* | | |
| 04/08/2009 | **Document Filed**<br>ORDER - OTHER<br>JUD<br>*REGARDING BRIEFING SCHEDULES* | | |
| 04/08/2009 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - OTHER<br>FIRST CLASS MAIL<br>*REGARDING BRIEFING SCHEDULES* | | |
| 04/08/2009 | **Document Filed**<br>ORDER SETTING TRIAL / HEARING<br>JUD | | |
| 04/08/2009 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER SETTING TRIAL / HEARING<br>FIRST CLASS MAIL | | |
| 04/09/2009 | **Document Filed**<br>ORDER SETTING TRIAL / HEARING<br>JUD | | |
| 04/09/2009 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER SETTING TRIAL / HEARING<br>FIRST CLASS MAIL | | |

**RATLIFF, JAMES VS. MERCK & COMPANY INC,**

**Case# 04-CI-01493**

**County** PIKE
**Court** CIRCUIT Court
**Opening Judge** HON. STEVEN DANIEL COMBS
**Current Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| Date | Entry | Page # |
|---|---|---|
| 04/10/2009 | **Scheduled Event** Apr 10 2009 at 10:30 AM<br>OTHER HEARING<br>HON. STEVEN DANIEL COMBS | |
| 05/20/2009 | **Document Filed**<br>ORDER - AGREED<br>*AMENDED;REGARDING BRIEFING SCHEDUL ES* | |
| 05/20/2009 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*AMENDED;REGARDING BRIEFING SCHEDUL ES* | |
| 05/26/2009 | **Document Filed**<br>ORDER AMENDING<br>*AGREED ORDER REGARDING BRIEFING SC HEDULES* | |
| 05/26/2009 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER AMENDING<br>FIRST CLASS MAIL<br>*AGREED ORDER REGARDING BRIEFING SC HEDULES* | |
| 06/03/2009 | **Document Filed**<br>RESPONSE<br>AP<br>*MEMORANDUM OF PL JAMES RATLIFF TO MOTION OF DEF MERCK FOR SUMMARY JU DGMENT* | |
| 06/03/2009 | **Document Filed**<br>MISCELLANEOUS<br>*DEF MERCK AND CO INC OPPOSITION TO PL MOTION FOR CLASS CERT.*<br>END VOL. II<br>BEG. VOL. III END VOL.III<br>BEG. VOL. IV END VOL. IV<br>BEG. VOL. V END VOL V | 233 - 301<br>302 - 452<br>453 - 603<br>604 - 754 |
| 06/17/2009 | **Document Filed** CONT. FROM 6/3/09 MIS. BEG. VOL. VI<br>REPLY<br>*DEF MERCK & CO INC'S REPLY IN SUPP ORT OF MOTION FOR SUMMARY JUDGMENT* | 755 - 800 |
| 07/06/2009 | **Document Filed**<br>REPLY<br>AP<br>*MEMORANDUM OF PL JAMES RATLIFF IN SUPPORT OF MOTION TO CERTIFY CLASS PURSUANT TO CR 23.01 AND CR 23.02 C* | 801 - 821 |
| 07/10/2009 | **Document Filed**<br>ORDER - AGREED<br>*AMENDED/REGARDING BRIEFING SCHEDUL ES...* | |
| 07/10/2009 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*AMENDED/REGARDING BRIEFING SCHEDUL ES...* | |
| 08/20/2009 | **Document Filed**<br>ORDER - AGREED<br>*RESETTING HR. TO 11-13-09 @ 2;00 P M, ON MOT. FOR SUM. JUD. & MOT. TO CERTIFY* | |
| 08/20/2009 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*RESETTING HR. TO 11-13-09 @ 2;00 P M, ON MOT. FOR SUM. JUD. & MOT. TO CERTIFY* | |

**RATLIFF, JAMES VS. MERCK & COMPANY INC,**

**Case# 04-CI-01493**

**County** PIKE
**Court** CIRCUIT Court
**Opening Judge** HON. STEVEN DANIEL COMBS
**Current Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| | | | Page # |
|---|---|---|---|
| 08/28/2009 | **Scheduled Event**<br>OTHER HEARING<br>HON. STEVEN DANIEL COMBS | Aug 28 2009 at 2:00 PM | |
| 08/28/2009 | **Scheduled Event**<br>OTHER HEARING<br>HON. STEVEN DANIEL COMBS | Aug 28 2009 at 2:00 PM | |
| 11/13/2009 | **Scheduled Event**<br>OTHER HEARING<br>HON. STEVEN DANIEL COMBS<br>*Del Sch Event 11/13/2009 1400 PM 2* | Nov 13 2009 at 2:00 PM | |
| 11/13/2009 | **Document Filed**<br>ORDER - AGREED<br>*RESCHEDULING HR 11-13-09 TO 1-15-1 0 @ 2;00 PM* | | |
| 11/13/2009 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*RESCHEDULING HR 11-13-09 TO 1-15-1 0 @ 2;00 PM* | | |
| 11/19/2009 | **Document Filed**<br>NOTICE - OTHER<br>*OF NAME CHANGE* | | |
| 01/13/2010 | **Document Filed**<br>ORDER - AGREED<br>*RESEDULING HEARING FOR 1-15-2010 A ND RESET FOR 2-25-2010 @2PM* | | |
| 01/13/2010 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*RESEDULING HEARING FOR 1-15-2010 A ND RESET FOR 2-25-2010 @2PM* | | |
| 01/15/2010 | **Scheduled Event**<br>OTHER HEARING<br>HON. STEVEN DANIEL COMBS | Jan 15 2010 at 2:00 PM | |
| 02/25/2010 | **Document Filed**<br>BRIEF<br>ATT<br>*COPIES OF BRIEFS FILED BY RICHARD GETTY, INCLUDES 4 FOLDERS & THIS C OVER LETTER* | | |
| 02/26/2010 | **Scheduled Event**<br>OTHER HEARING<br>HON. STEVEN DANIEL COMBS | Feb 26 2010 at 2:00 PM | |
| 03/02/2010 | **Document Filed**<br>SUPPLEMENTAL FILING<br>AD<br>*SUPPLEMENTAL SUPPORT FOR MRECK'S O PPOSITION TO PL'S MOTION FOR CLASS CERTIFICATION* | | |
| 04/02/2010 | **Document Filed**<br>ORDER OVERRULING<br>*MOT. OF DEF. FOR SUMMARY JUDG. OF MERCK DENIED* | | |



**RATLIFF, JAMES VS. MERCK & COMPANY INC,**

**Case# 04-CI-01493**

**County** PIKE
**Court** CIRCUIT Court
**Opening Judge** HON. STEVEN DANIEL COMBS
**Current Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| Date | Entry | Page # |
|---|---|---|
| 04/02/2010 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER OVERRULING<br>FIRST CLASS MAIL<br>*MOT. OF DEF. FOR SUMMARY JUDG. OF MERCK DENIED* | |
| 04/02/2010 | **Document Filed**<br>ORDER - OTHER<br>*CERTIFYING CLASS ACTION, MOT. TO C ERTIFY GRANTED....* | 822 – 824 |
| 04/02/2010 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - OTHER<br>FIRST CLASS MAIL<br>*CERTIFYING CLASS ACTION, MOT. TO C ERTIFY GRANTED....* | |
| 08/17/2010 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY FOR PLAINTIFF<br>*PL'S MOTION TO ISSUE CLASS NOTICE PURSUANT TO CR 23.03(2)* | |
| 08/19/2010 | **Document Filed**<br>ORDER SETTING TRIAL / HEARING<br>*HR 8-27-10 @ 10;30 AM* | |
| 08/19/2010 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER SETTING TRIAL / HEARING<br>FIRST CLASS MAIL<br>*HR 8-27-10 @ 10;30 AM* | |
| 08/20/2010 | **Scheduled Event** Aug 20 2010 at 09:00 AM<br>MOTION HOUR<br>HON. STEVEN DANIEL COMBS | |
| 08/25/2010 | **Document Filed**<br>ORDER - AGREED<br>*RESCHEDULING HR 8-27-10 TO 9-10-10 @ 10;30 AM* | |
| 08/25/2010 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*RESCHEDULING HR 8-27-10 TO 9-10-10 @ 10;30 AM* | |
| 08/27/2010 | **Scheduled Event** Aug 27 2010 at 10:30 AM<br>OTHER HEARING<br>HON. STEVEN DANIEL COMBS<br>*Del Sch Event 08/27/2010 1030 AM 2* | |
| 08/27/2010 | **Document Filed**<br>ORDER - AGREED<br>*RESCHEDULING HEARING SET FOR 8-27- 2010 IS REASSIGNED FOR 9-10-2010* | |
| 08/27/2010 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*RESCHEDULING HEARING SET FOR 8-27- 2010 IS REASSIGNED FOR 9-10-2010* | |



RATLIFF, JAMES VS. MERCK & COMPANY INC,

Case# 04-CI-01493

**County** PIKE
**Court** CIRCUIT Court
**Opening Judge** HON. STEVEN DANIEL COMBS
**Current Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| | | Page # |
|---|---|---|
| 09/03/2010 | **Document Filed**<br>MISCELLANEOUS<br>AD<br>*DEF.'S OPPOSITION TO PL' MOTION TO ISSUE CLASS NOTICE* | |
| 09/09/2010 | **Document Filed**<br>ORDER SETTING TRIAL / HEARING<br>*STIPULATION & AGREED ORDER RESETTI NG HR FROM 9-10-10 TO 10-08-10 @ 1 0;30 AM* | |
| 09/09/2010 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER SETTING TRIAL / HEARING<br>FIRST CLASS MAIL<br>*STIPULATION & AGREED ORDER RESETTI NG HR FROM 9-10-10 TO 10-08-10 @ 1 0;30 AM* | |
| 09/10/2010 | **Scheduled Event** Sep 10 2010 at 10:30 AM<br>OTHER HEARING<br>HON. STEVEN DANIEL COMBS<br>*Del Sch Event 09/10/2010 1030 AM 2* | |
| 10/01/2010 | **Document Filed**<br>ORDER - OTHER<br>*THE HEARING PREVIOOUSLY SCHEDULED FOR 10-8-10 IS CANCELED AND REASSI GNED FOR 10-22-10 @ 1030AM* | |
| 10/01/2010 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - OTHER<br>FIRST CLASS MAIL<br>*THE HEARING PREVIOOUSLY SCHEDULED FOR 10-8-10 IS CANCELED AND REASSI GNED FOR 10-22-10 @ 1030AM* | |
| 10/18/2010 | **Document Filed**<br>ORDER - AGREED<br>*STIPULATION & AGREED ORDER RESETTI NG HR FROM 10-22-10 TO 11-05-10 @ 10;30 AM* | |
| 10/18/2010 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - AGREED<br>FIRST CLASS MAIL<br>*STIPULATION & AGREED ORDER RESETTI NG HR FROM 10-22-10 TO 11-05-10 @ 10;30 AM* | |
| 10/22/2010 | **Scheduled Event** Oct 22 2010 at 10:30 AM<br>OTHER HEARING<br>HON. STEVEN DANIEL COMBS<br>*10-8-10 IS REASSIGNED FOR 10-22-10 Del Sch Event 10/22/2010 1030 AM 2* | |
| 11/05/2010 | **Document Filed**<br>ORDER - OTHER<br>*STIPULATION AND AGREED ORDER RESET TING HEARING HEARING FOR 11-5-10 I S RESCHEDULED TIL 11-19-10 @ 1030* | |
| 11/05/2010 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - OTHER<br>FIRST CLASS MAIL<br>*STIPULATION AND AGREED ORDER RESET TING HEARING HEARING FOR 11-5-10 I S RESCHEDULED TIL 11-19-10 @ 1030* | |



**RATLIFF, JAMES VS. MERCK & COMPANY INC,**

**Case# 04-CI-01493**

**County** PIKE
**Court** CIRCUIT Court
**Opening Judge** HON. STEVEN DANIEL COMBS
**Current Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| Date | Entry | Page # |
|---|---|---|
| 11/09/2010 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY FOR PLAINTIFF<br>*TO ENTER AMENDED ORDER CERTIFING C LASS* | 825 – 856 |
| 11/10/2010 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY FOR PLAINTIFF<br>*TO ENTER AMENDED ORDER CERTIFING C LASS* | 857 – 890 |
| 11/12/2010 | **Scheduled Event** Nov 12 2010 at 09:00 AM<br>MOTION HOUR<br>HON. STEVEN DANIEL COMBS | |
| 11/17/2010 | **Document Filed**<br>MISCELLANEOUS<br>*MERCK AHAP & DOHME CORP. OPPOSITIO N TO PL., MOTION TO ENTER AMENDED ORDER CERTIFYING CLASS*<br>END VOL. VI<br>BEG. VOL. VII | 891 – 905<br>906 – 962 |
| 11/19/2010 | **Scheduled Event** Nov 19 2010 at 10:30 AM<br>OTHER HEARING<br>HON. STEVEN DANIEL COMBS | |
| 11/19/2010 | **Document Filed**<br>NOTICE - OTHER<br>AP<br>*OF SERVICE* | |
| 11/19/2010 | **Document Filed**<br>REPLY<br>AP<br>*IN SUPPORT OF MOT TO ENTER AMENDED ORDER CERTIFYING CLASS* | 963 – 967 |
| 11/19/2010 | **Document Filed**<br>REPLY<br>AP<br>*IN SUPPORT OF MOT TO ISSUE CLASS N OT PERSUANT TO CR 23.03(2)* | |
| 11/19/2010 | **Document Filed**<br>TENDERED DOCUMENT<br>AP | |
| 12/04/2010 | **Document Filed**<br>ORDER DENYING<br>*MOTION TO AMEND ORDER CERTIFYING C LASS* | 968 |
| 12/04/2010 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER DENYING<br>FIRST CLASS MAIL<br>*MOTION TO AMEND ORDER CERTIFYING C LASS* | |
| 12/20/2010 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY FOR PLAINTIFF<br>*PL'S MOTION TO RECONSIDER ORDER DE NYING PL'S MOTION TO ENTER AMENDED OREDER CERTIFYING CLASS* | 969 – 1014 |
| 12/22/2010 | **Document Filed**<br>ORDER SETTING TRIAL / HEARING<br>JUD<br>*1-21-11@2:30* | |



**RATLIFF, JAMES VS. MERCK & COMPANY INC,**

**Case# 04-CI-01493**

**County** PIKE
**Court** CIRCUIT Court
**Opening Judge** HON. STEVEN DANIEL COMBS
**Current Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| Date | Entry | Page # |
|---|---|---|
| 12/22/2010 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER SETTING TRIAL / HEARING<br>FIRST CLASS MAIL<br>*1-21-11@2:30* | |
| 12/23/2010 | **Document Filed**<br>RESPONSE<br>*AND OBJECTIONS OF MERCK SHARP & DO HME CORP. TO PLS SECOND SET OF INT AND REQUESTS FOR PRODUCTION DOCUM ENTS* | |
| 12/24/2010 | **Scheduled Event** Dec 24 2010 at 09:00 AM<br>MOTION HOUR<br>HON. STEVEN DANIEL COMBS | |
| 12/27/2010 | **Document Filed**<br>NOTICE OF FILING<br>*VERIFIED RESPONSES & OBJECTIONS OF MERCK SHARP & DOHME CORP. TO PL., SECOND SET OF INTERROGATORIES & R EQUESTS FOR PRODUCTION OF DOC.* | |
| 01/14/2011 | **Document Filed**<br>MISCELLANEOUS **END VOL. VII**<br>AP **BEG VOL. VIII**<br>*OPPOSITION TO PL., MOTION TO RECON SIDER ORDER DENYING PL., MOTION TO ENTER AMENDED ORDER CERTIFYING CL ASS* | **1015-1056**<br>**1057-1103** |
| 01/20/2011 | **Motion Filed**<br>MOTION FOR EXTENSION OF TIME<br>ATTORNEY FOR PLAINTIFF | |
| 01/20/2011 | **Document Filed**<br>REPLY<br>AP<br>*IN SUPPORT OF MOTION TO RECONSIDER ORDER DENYING MOTION TO ENTER AME NDED ORDER CERTIFYING CLASS* | **1104-1109** |
| 01/21/2011 | **Scheduled Event** Jan 21 2011 at 2:30 PM<br>OTHER HEARING<br>HON. STEVEN DANIEL COMBS | |
| 01/27/2011 | **Document Filed**<br>ORDER SUSTAINING<br>*PL'S MOTION FOR AN EXTENSION OF TI ME PL SHALL HAVE 30 DAYS FROM THIS DATE WITHIN WHICH TO SUBMIT A PRO POSED FINAL CLASS NOTICE TO THE CO URT* | |
| 01/27/2011 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER SUSTAINING<br>FIRST CLASS MAIL<br>*PL'S MOTION FOR AN EXTENSION OF TI ME PL SHALL HAVE 30 DAYS FROM THIS DATE WITHIN WHICH TO SUBMIT A PRO POSED FINAL CLASS NOTICE TO THE CO URT* | |
| 01/27/2011 | **Document Filed**<br>ORDER - OTHER<br>*COURT SHALL FILE SEPARATELY IN THE RECORD HEREIN AN AMENDED ORDER CE RTIFYING CLASS ACTION CONSISTENT W ITH ITS GRANT OF PLS MOTION TO REC ONSIDER* | **1110-1111** |



**RATLIFF, JAMES VS. MERCK & COMPANY INC,**

**Case# 04-CI-01493**

**County** PIKE
**Court** CIRCUIT Court
**Opening Judge** HON. STEVEN DANIEL COMBS
**Current Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| Date | Entry | Page # |
|---|---|---|
| 01/27/2011 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER - OTHER<br>FIRST CLASS MAIL<br>*COURT SHALL FILE SEPARATELY IN THE RECORD HEREIN AN AMENDED ORDER CE RTIFYING CLASS ACTION CONSISTENT W ITH ITS GRANT OF PLS MOTION TO REC ONSIDER* | |
| 01/27/2011 | **Document Filed**<br>ORDER AMENDING<br>*CERTIFYING CLASS ACTION* | 1112–1130 |
| 01/27/2011 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER AMENDING<br>FIRST CLASS MAIL<br>*CERTIFYING CLASS ACTION* | |
| 01/28/2011 | **Scheduled Event** Jan 28 2011 at 09:00 AM<br>MOTION HOUR<br>HON. STEVEN DANIEL COMBS | |
| 02/04/2011 | **Document Filed**<br>NOTICE OF APPEAL<br>AAPT<br>*HON. SUSAN J. POPE/ HON.* | 1131–1153 |
| 02/04/2011 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>NOTICE OF APPEAL<br>FIRST CLASS MAIL<br>*HON. SUSAN J. POPE/ HON.* | |
| 02/04/2011 | **Document Filed**<br>AMENDED NOTICE OF APPEAL | 1154–1174 |
| 02/07/2011 | **Document Filed**<br>REQUEST / APPLICATION<br>*EXHIBITS AND TAPES FROM BENCH CLER K* | |
| 02/07/2011 | **Document Filed**<br>TAPE<br>*1 CD FROM BENCH CLERK* | FILED SEP. |
| 02/15/2011 | **Document Filed**<br>ORDER - OTHER<br>*ABATING APPEAL/ FROM COA/* | |
| 03/03/2011 | **Document Filed**<br>NOTICE - OTHER<br>*OF PL OF FILING OF AMENDED CLASS A CTION NOTICE* | |
| 03/21/2011 | **Document Filed**<br>CORRESPONDENCE<br>*DEF'S OPPOSITION TO PL'S REQUEST F OR APPROVAL OF PROPOSED FINAL CLAS S NOTICE* | |
| 04/29/2011 | **Motion Filed**<br>MOTION - OTHER<br>ATTORNEY FOR PLAINTIFF<br>*FOR STATUS CONF.* | |

**RATLIFF, JAMES VS. MERCK & COMPANY INC,**

**Case# 04-CI-01493**

**County** PIKE
**Court** CIRCUIT Court
**Opening Judge** HON. STEVEN DANIEL COMBS
**Current Judge**
**Closing Judge** HON. STEVEN DANIEL COMBS

| Date | Entry | Page # |
|---|---|---|
| 05/03/2011 | **Document Filed**<br>ORDER - OTHER<br>*FROM COA/ EXPEDITING APPEAL* | |
| 05/04/2011 | **Document Filed**<br>ORDER SETTING TRIAL / HEARING<br>JUD<br>*6-3-11!@2:30* | |
| 05/04/2011 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>ORDER SETTING TRIAL / HEARING<br>FIRST CLASS MAIL<br>*6-3-11!@2:30* | |
| 05/06/2011 | **Scheduled Event** May 6 2011 at 09:00 AM<br>MOTION HOUR<br>HON. STEVEN DANIEL COMBS | |
| 05/12/2011 | **Document Filed**<br>DESIGNATION OF RECORD<br>AAPT<br>*OF DOCUMENTS AND INCLUSION IN THE RECORD ON APPEAL ON BEHALF OF DEFE NDANT-APPELLANT MERCK SHARP & DOHM E CORP.* | |
| 05/16/2011 | **Document Filed**<br>TAPE<br>*1 CD FROM BENCH CLERK* | **FILED SEP.** |
| 05/17/2011 | **Document Filed**<br>RESPONSE<br>*TO PL., MOTION FOR STAUS CONFERENC E & CROSS-MOTION FOR STAY OF NOTIC E* | |
| 05/24/2011 | **Document Filed**<br>CERTIFICATE<br>*CLERKS* | **1175** |
| 05/24/2011 | **Document Filed**<br>NOTICE OF CERTIFICATION OF RECORD ON APPEAL **END VOL. VIII** | **1176** |
| 05/24/2011 | **NOE to All Counsel of Record and Parties Not Represented by Counsel.**<br>NOTICE OF CERTIFICATION OF RECORD ON APPEAL<br>FIRST CLASS MAIL | |
| 06/03/2011 | **Scheduled Event** Jun 3 2011 at 2:30 PM<br>STATUS HEARING<br>HON. STEVEN DANIEL COMBS | |