PIKE CIRCUIT COURT
35TH JUDICIAL CIRCUIT
DIVISION II

Case No. 04-CI-01493

JAMES RATLIFF, On Behalf Of Himself
And All Others Similarly Situated                                              PLAINTIFFS

V.            **PLAINTIFF'S RESPONSE TO NOTICE TO DISMISS
              FOR LACK OF PROSECUTION**

MERCK & COMPANY, INC., A Foreign
Corporation                                                                    DEFENDANT

* * * * * * * *

The Plaintiff, James Ratliff, individually and on behalf of all others similarly situated, through counsel, for his Response to the Notice To Dismiss For Lack of Prosecution, respectfully represents as follows:

The matter before the Court is a class action lawsuit seeking damages for various violations of the Kentucky Consumer Protection Act, fraud, negligence, and unjust enrichment related to Merck's misleading and fraudulent advertising and marketing of Vioxx to consumers in Kentucky. The Complaint was filed on October 22, 2004 and amended on October 27, 2004. Following the removal of the action to the United States District Court for the Eastern District of Kentucky and subsequent remand to this Court, the Plaintiffs served Interrogatories and Requests for Production of Documents on the Defendant, Merck. In response, Merck has provided nearly seven million electronic documents stored on three computer hard drives. Counsel for the Plaintiff have been unable to review the documents produced in their entirety because of the volume of the production and counsels' additional obligations in other matters.

Moreover, similar but distinct actions for personal injury (not at issue here) are ongoing before the United States District Court for the Eastern of Louisiana in a multi-district litigation format. The MDL is designed to reduce discovery costs by providing uniform discovery to the parties to each action for personal injury filed against Merck related to its produce, Vioxx. The uniform discovery being taken in that action will provide additional evidence which will benefit the Court and the litigants in this matter. Counsel for the Plaintiff in this action are also involved in the multi-district litigation and evidence developed in those proceedings is highly relevant to certain of the issues joined herein. Thus, the lack of activity indicated in the record, herein, does not accurately depict the development of discovery by the Plaintiff in support of his claims. Accordingly, dismissal for lack of prosecution is inappropriate because discovery remains active and ongoing, both in this action and in related actions.

## CONCLUSION

For the foregoing reasons, the Plaintiff, James Ratliff, respectfully requests that this Court refrain from dismissing his cause of action for lack of prosecution and that it not be stricken from the Court's docket.

Respectfully submitted,

_____
RICHARD A. GETTY
and
SETH J. JOHNSTON

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507
(859) 259-1900
(859) 259-1909 (fax)

COUNSEL FOR PLAINTIFF,
JAMES RATLIFF

2

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Response To Notice To Dismiss For Lack Of Prosecution was served by mailing a true copy of same to the following on this the 29th day of November, 2006:

Susan J. Pope, Esq.
Frost Brown Todd LLC
2700 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Phone: (859) 231-0000
Fax: (859) 231-0011

Winston E. Miller, Esq.
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
Phone: (502) 589-5400
Fax: (502) 581-1087

_____
COUNSEL FOR PLAINTIFF,
JAMES RATLIFF

sjjpld0377