**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 17, 2013**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *State of Alaska v. Merck & Co., Inc.*, 06-0018
*State of Montana v. Merck & Co., Inc.*, 06-4302
*State of Utah v. Merck & Co., Inc.*, 06-9336
*State of Mississippi v. Merck & Co., Inc.*, 05-6755

On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon. Leonard Davis participated on behalf of the Plaintiffs' Steering Committee. Scott Powell participated on behalf of Plaintiffs State of Alaska and State of Missisippi. Sheila Bossier particpated on behalf of Plaintiff State of Montana. David Stallard and Kenneth Lougee participated on behalf of Plaintiff State of Utah. John Beisner particpated on behalf of Defendant Merck. The parties discussed continuing the hearing date for the renewed and/or supplemental motions to remand by Plaintiff State of Mississippi (Rec. Doc. 64430), Plaintiff State of Alaska (Rec. Doc. 64582), Plaintiff State of Montana (Rec. Doc. 64583), and Plaintiff State of Utah (Rec. Doc 64587).

JS10(00:15)

1