UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:    *Sherrill Herke, individually and on behalf of a proposed class of those similarly situated*

## ORDER

**IT IS ORDERED** that a status conference will be held in this matter on Wednesday, September 18, 2013, at 2:30 p.m., in the Chambers of Judge Eldon E. Fallon with class counsel, counsel for James Ratliff, on behalf of himself and others similarly situated, and counsel for the defendant. Out-of-town counsel may participate via telephone by calling 877-336-1839. The access code is 4227405 and the security code is 091813.

New Orleans, Louisiana, this 16th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

1