SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111
———
TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

DIRECT DIAL
(202) 371-7410
DIRECT FAX
(202) 393-5760
EMAIL ADDRESS
JOHN.BEISNER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VI¶¶ENNA

August 30, 2013

**VIA E-MAIL**

Honorable Eldon E. Fallon
United Stated District Court
500 Poydras Street, Room C-456
New Orleans, LA 70130

RE:   Vioxx AG Cases – Remand Briefing Schedule

Dear Judge Fallon:

Counsel for plaintiffs in the Vioxx AG cases have requested that the Court set oral argument dates for their respective motions for remand or transfer that are due to be filed on or before September 3, 2013. (PTO 39C ¶ 6.) While Merck has no objection to briefing remand/transfer issues on the schedule provided in PTO 39C, we respectfully submit that setting oral argument on plaintiffs' motions in the October timeframe would be premature under the terms of PTO 39C because the expert segment of case-specific trial preparation specified in that scheduling order has barely begun.

PTO 39C contemplates that at the point the Court considers remand and transfer issues, the parties will have completed expert depositions in each of the remaining AG actions. (*See* PTO 39C ¶¶ 2-5.) However, notwithstanding Merck's best efforts to keep the process moving, the expert depositions have only just begun and will likely not be completed until sometime in November.

Pursuant to an agreed extension, plaintiffs provided their expert designations and reports on July 17, 2013. At that point, Merck requested that Utah provide dates on which Merck could depose the two experts who are appearing exclusively in the

Honorable Eldon E. Fallon
August 30, 2013
Page 2

Utah case. Nonetheless, despite repeated requests, Utah has still not provided any proposed dates. Merck also requested dates for depositions of the six experts who are testifying on behalf of all four remaining states, but so far, the AGs have only set a deposition date for *one* of these four experts. Accordingly, Merck believes these depositions will likely extend well into October. In addition, pursuant to agreement of the parties, Merck will disclose experts on September 6. These experts will need to be deposed after plaintiffs' experts' depositions are complete. Thus, Merck believes that the remaining discovery related to its experts will continue until sometime in November.

PTO 39C reflects an agreement among the parties and the Court about how matters related to the remaining AG actions would proceed. That deal should be honored. Accordingly, any oral arguments on the AGs' remand and/or transfer motions should await fulfillment of the parties' obligations – including expert discovery. More specifically, Merck suggests that the Court should pause on setting dates for these oral arguments until firm dates for the remaining expert depositions contemplated by PTO 39C have been set. Once that step is accomplished, the Court could then select oral argument dates that will fall after the expert depositions are complete, as contemplated by the scheduling order. Merck believes that this approach will encourage the parties to be more responsive in arranging depositions and otherwise promptly completing their remaining pre-trial obligations under PTO 39C.

We are available for a conference on this subject at the Court's convenience.

Sincerely,

*/s/ John H. Beisner*

John H. Beisner

Honorable Eldon E. Fallon
August 30, 2013
Page 3

cc: Dawn Barrios
Russ Herman
Leonard Davis
Eric H. Weinberg
Mitch Jensen
Kenneth Lougee
David Stallard
James Fosler
Matt Minner
Don McKenna
Brian Vines
Scott Powell
William Rossbach
Sheila Bossier
Shane Langston