**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 18, 2013**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Sherrill Herke, individually and on behalf of a proposed class of those similarly situated*

On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon. Russ Herman and Elizabeth Cabraser participated on behalf of the Plaintiffs' Steering Committee ("PSC") and as class counsel. Leonard Davis participated on behalf of the PSC. Doug Marvin and John Beisner participated on behalf of Defendant Merck. Richard Getty appeared on behalf of Objector James Ratliff, and others similarly situated. The parties discussed the disposition of this and the matter in Kentucky state court.

JS10(01:40)

1