UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO ALL CASES

### ORDER

**IT IS ORDERED** that the next monthly status conference, currently set for **Wednesday, October 9, 2013, at 9:00 a.m. (CST)**, is **CONTINUED** until **Friday, October 25, 2013, at 9:00 a.m. (CST)**. This conference will be held in the Courtroom of Judge Eldon E. Fallon, Room C-468. Any interested persons unable to attend in person may listen in via telephone by dialing (877) 336-1839. The participant access code is 4227405, and the security code is 102513.

New Orleans, Louisiana, this 19th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE