UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 05-MD-01657
MDL Docket No. 1657

| | |
|---|---|
| In Re:  VIOXX                                       * | |
| PRODUCTS LIABILITY LITIGATION   * | SECTION "L" |
| * | |
| * | JUDGE FALLON |
| * | |
| * | MAGISTRATE JUDGE KNOWLES |
| * | |

## NOTICE OF FILING TRANSCRIPT ORDERS

PLEASE TAKE NOTICE that the Interested Party, James Ratliff, on behalf of himself and all other similarly situated, by and through counsel, having filed three Transcript Order forms for hearings before Judge Fallon on July 24, 2013, August 14, 2013 and September 11, 2013.  Counsel has sent the requested Transcript Orders to the appropriate Court Reporter as listed on each form.  Copies of the Transcript Orders are attached as Exhibit A.

Respectfully submitted,

 /s/ Richard A. Getty
RICHARD A. GETTY
          and
JESSICA K. CASE

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507
Telephone:  (859) 259-1900
Facsimile:   (859) 259-1909

COUNSEL FOR JAMES RATLIFF,
ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

## CERTIFICATE OF SERVICE

   I hereby certify that the foregoing Interested Party James Ratliff's Notice of Filing Transcript Orders has been served upon all parties by e-mailing and mailing same, postage prepaid, to the individuals listed below, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system in accord with the procedures established in MDL 1657, on this the 23rd day of September, 2013.

Russ M. Herman, Esq. (Bar No. 6819)
   and
Leonard A. Davis, Esq. (Bar No. 14190)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana  70113
E-Mail:  rherman@hhklawfirm.com
E-Mail:  ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel

Phillip A. Wittmann, Esq. (Bar No. 13625)
   and
Dorothy H. Wimberly, Esq. (Bar No. 18509)
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130-3588
E-Mail:  pwittmann@stonepigman.com
E-Mail:  dwimberly@stonepigman.com
Defendants' Liaison Counsel

Ann B. Oldfather, Esq. (KY Bar No. 52553)
Oldfather Law Firm
1330 South Third Street
Louisville, Kentucky  40208
E-Mail:  aoldfather@oldfather.com
Liaison And Lead Counsel For Ineligible
Or Non-Enrolled Cases And Certain
Other Remaining PI Claims

John H. Beisner, Esq.
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
E-Mail:  John.Beisner@skadden.com
Counsel for Merck & Co., Inc.

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, Louisiana  70139
E-Mail:  barrios@bkc-law.com
Government Action Liaison Counsel

Elizabeth J. Cabraser, Esq.
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
E-Mail:  ecabraser@lchb.com
Co-Lead Class Settlement Counsel

 /s/ Richard A. Getty
COUNSEL FOR JAMES RATLIFF, ET AL.

amspld0095