UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| JAMES RATLIFF, | * | SECTION L |
| | * | |
| Interested Party, | * | JUDGE ELDON E. FALLON |
| | * | |
| versus | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Case No. 2:05-cv-1657-EEF-DEK, | * | |
| Court of Appeals No. 13-30930. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT DESIGNATION OF RECORD ON APPEAL**

Appellant James Ratliff, Defendant/Appellee Merck Sharp & Dohme Corp., f/k/a Merck & Co., Inc. ("Merck") and Co-Class Counsel for the MDL 1657 Consumer Class hereby submit this Joint Designation of Record on Appeal for the following case:

Case No: 2:05-md-1657 (E.D. La.).

The parties request that the following items be included in the record for this appeal:

## U. S. District Court
### Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-md-01657-EEF-DEK

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2013 | 64289 | PRELIMINARY NOTICE of OBJECTION by James Ratliff . (Attachments: # 1 Exhibit A Ratliff Class Action Complaint, # 2 Exhibit B April 2, 2010 Order denying summary judgment and Order of Class Certification, # 3 |

1138850v1

| Date Filed | # | Docket Text |
|---|---|---|
| | | Exhibit C KY Ct. of Appeals Opinion reversing Class Certification, # 4 Exhibit D KY Supreme Ct motion for discretionary review, # 5 Exhibit E KY Supreme Ct granting Discretionary Review, # 6 Exhibit F USDC Judge Hood Opinion, # 7 Exhibit G KY Ct. of Appeals denying writ of mandamus, # 8 Exhibit H KY Supreme Ct. Order affirming Ct. of Appeals denial Writ of Mandamus, # 9 Exhibit I Amended Class Certification Order, # 10 Exhibit J Ratliff Appellant Brief KY Supreme Court, # 11 Exhibit K Amicus Brief KY Supreme Court, # 12 Exhibit L Ratliff motion seeking 2nd Amended Class Certification Order, # 13 Exhibit M Pike Circuit Court Order denying Ratliff motion seeking 2nd Amended Class Certification Order, # 14 Exhibit N Plubell v. Merck Opinion)(Reference: all)(Getty, Richard) Modified on 3/5/2013 (cms, ). (Entered: 03/04/2013) |
| 03/05/2013 | 64290 | Response/Reply by Defendant to 64289 Notice (Other),,,,, Response to Notice of Objection (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Reference: Consumer Class Action Cases)(Wimberly, Dorothy) (Entered: 03/05/2013) |
| 07/17/2013 | 64487 | EXPARTE/CONSENT MOTION for Preliminary Approval of Class Settlement by Plaintiff. (Attachments: # 1 Proposed Pleading Order re Preliminary Approval of Class Settlement, # 2 Proposed Pleading Exhibit A to Order, # 3 Proposed Order)(Reference: 09-07218)(Davis, Leonard) (Entered: 07/17/2013) |
| 07/17/2013 | 64488 | RESPONSE to Motion filed by Defendant re 64487 MOTION for Preliminary Approval of Class Settlement (Merck's Statement in Support of Plaintiff's Motion). (Reference: 09-07218)(Wimberly, Dorothy) (Entered: 07/17/2013) |
| 07/18/2013 | 64491 | ORDERED that the Plaintiffs' MOTION to set their Motion for Preliminary Approval of Class Settlement for Hearing is GRANTED and the 64487 MOTION for Preliminary Approval of Class Settlement is set for hearing on 7/24/2013 at 9:00 AM before Judge Eldon E. Fallon. IT IS FURTHER ORDERED that responses to the motion must be filed on or before the 20th day of July, 2013, and that replies to responses must be filed on |

| Date Filed | # | Docket Text |
|---|---|---|
| | | or before the 21st day of July, 2013. Signed by Judge Eldon E. Fallon on 7/18/13. (Reference: 09-7218)(dno, ) (Entered: 07/18/2013) |
| 07/19/2013 | 64494 | ORDER - The Court has received an objection 64289 from James Ratliff to the proposed class action settlement involving all Vioxx purchasers within the United States who allege economic loss as a result of alleged misrepresentation by Defendant Merck Sharp & Dohme Corp. ("Merck"). Defendant Merck and Plaintiffs' Liaison Counsel are instructed to briefly respond to this objection on or before Monday, July 22, 2013. Signed by Judge Eldon E. Fallon on 7/19/13. (Reference: SHERRILL HERKE, INDIVIDUALLY AND ON BEHALF OF A PROPOSED CLASS OF THOSE SIMILARLY SITUATED)(dno, ) (Entered: 07/19/2013) |
| 07/20/2013 | 64496 | RESPONSE to Motion filed by James Ratliff re 64487 MOTION for Preliminary Approval of Class Settlement . (Attachments: # 1 Exhibit A Amended Class Certification Order, # 2 Exhibit KY Court of Appeals Opinion, # 3 Exhibit C KY Supreme Court Order Granting Discretionary Review, # 4 Exhibit D KY Supreme Court Order setting Oral Argument)(Reference: all)(Getty, Richard) (Entered: 07/20/2013) |
| 07/22/2013 | 64497 | RESPONSE/MEMORANDUM in Support filed by Plaintiff re 64487 MOTION for Preliminary Approval of Class Settlement *Plaintiffs' Reply to Preliminary Notice of Objection and Response to Consent Motion for Preliminary Approval of Class Settlement Filed by James Ratliff (Reply filed in accordance with Order issued by Court - Rec. Doc. 64494)*. (Reference: 09-07218)(Davis, Leonard) (Entered: 07/22/2013) |
| 07/22/2013 | 64498 | AMENDED ORDER re 64494 - The Court issues this Amended Order to remove text inadvertently included in the previous order. No substantive change has been made to the original Order. Signed by Judge Eldon E. Fallon on 7/22/13.(Reference: SHERRILL HERKE, INDIVIDUALLY AND ON BEHALF OF A PROPOSED CLASS OF THOSE SIMILARLY SITUATED)(dno, ) (Entered: 07/22/2013) |
| 07/22/2013 | 64500 | REPLY to Response to Motion filed by Defendant re |

| Date Filed | # | Docket Text |
|---|---|---|
| | | 64487 MOTION for Preliminary Approval of Class Settlement *(Response to James Ratliff's Objection)*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: 09-7218)(Wimberly, Dorothy) (Entered: 07/22/2013) |
| 07/22/2013 | 64501 | EXPARTE/CONSENT MOTION to Substitute *Exhibit "A" to Plaintiffs' Motion for Preliminary Approval of Class Settlement* by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Proposed Pleading Exhibit A)(Reference: 09-07218)(Davis, Leonard) (Entered: 07/22/2013) |
| 07/22/2013 | 64502 | EXPARTE/CONSENT MOTION for Leave to File *Dr. Shannon Wheatman's Declaration in Support of Plaintiffs' Motion for Preliminary Approval of Class Settlement* by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Declaration of Shannon Wheatman)(Reference: 09-07218)(Davis, Leonard) (Entered: 07/22/2013) |
| 07/23/2013 | 64505 | ORDER granting 64502 Motion for Leave to File Declaration of Dr. Shannon Wheatman. Signed by Judge Eldon E. Fallon on 7/23/2013. (Reference: 09-7218)(cms, ) (Entered: 07/23/2013) |
| 07/23/2013 | 64506 | ORDER granting 64501 Motion to Substitute Exhibit A.. Signed by Judge Eldon E. Fallon on 7/23/2013. (Reference: 09-7218)(cms, ) (Entered: 07/23/2013) |
| 07/24/2013 | 64511 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Hearing held on 7/24/13 regarding Class Counsel's 64487 MOTION for Preliminary Approval of Class Settlement . After hearing argument, the Court indicated it will grant the Movants' motion for the reasons provided at the hearing. The Court instructed counsel for the Movants and counsel for James Ratliff, who has brought suit in Kentucky state court on behalf of himself and those similarly situated, to meet and confer to set dates within the proposed order. (Rec. Doc. 64487-1). If unable to agree, counsel are instructed to submit dates individually and the Court will make a determination. The Court further instructed the Movants to resubmit the proposed order with the agreed-upon or Court-determined dates, so that the Court may conditionally certify the proposed class, preliminarily approve the proposed class settlement, approve the form |

| Date Filed | # | Docket Text |
|---|---|---|
| | | and content of the notice, authorize dissemination of the notice, and set dates and procedures for a fairness hearing. (Court Reporter Susan Zielie.) (Reference: 09-7218) (dno, ) (Entered: 07/25/2013) |
| 07/26/2013 | 64513 | NOTICE by James Ratliff *Of Filing Proposed Changes To Proposed Class Notice*. (Attachments: # 1 Exhibit A Ratliff's Proposed Changes to Proposed Class Notice)(Reference: all)(Getty, Richard) (Entered: 07/26/2013) |
| 08/01/2013 | 64518 | Response/Reply by Defendant *in Opposition to James Ratliff's Proposed Changes to Proposed Class Notice* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: 09-7218)(Wimberly, Dorothy) (Entered: 08/01/2013) |
| 08/01/2013 | 64519 | Response/Reply by Plaintiff *in Opposition to James Ratliff's Proposed Changes to Proposed Class Notice* (Attachments: # 1 Exhibit 1)(Reference: 09-07218)(Davis, Leonard) (Entered: 08/01/2013) |
| 08/01/2013 | 64520 | MOTION to Intervene *and Incorporated Memorandum of Law* by James Ratliff. (Attachments: # 1 Exhibit A Plubell Settlement Agreement, # 2 Exhibit B 7/24/13 Transcript of hearing, # 3 Proposed Order)(Reference: all)(Getty, Richard) (Entered: 08/01/2013) |
| 08/01/2013 | 64521 | MOTION to Stay *Dissemination Of Notice and Modify Dates Contained in the Proposed Class Notice with Incorporated Memorandum of Law* by James Ratliff. (Attachments: # 1 Exhibit A Email exchanges between counsel, # 2 Exhibit B Notice and Claims Process Checklist, # 3 Proposed Order)(Reference: all)(Getty, Richard) (Entered: 08/01/2013) |
| 08/02/2013 | 64522 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 64521 MOTION to Stay *Dissemination Of Notice and Modify Dates Contained in the Proposed Class Notice with Incorporated Memorandum of Law*, 64520 MOTION to Intervene *and Incorporated Memorandum of Law* . (Reference: 09-07218)(Davis, Leonard) (Entered: 08/02/2013) |
| 08/02/2013 | 64523 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 64520 MOTION to Intervene *and Incorporated Memorandum of Law* . (Reference: 09- |

1138850v1

| Date Filed | # | Docket Text |
|---|---|---|
| | | 07218)(Wimberly, Dorothy) (Entered: 08/02/2013) |
| 08/02/2013 | 64524 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 64521 MOTION to Stay *Dissemination Of Notice and Modify Dates Contained in the Proposed Class Notice with Incorporated Memorandum of Law* . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Reference: 09-07218)(Wimberly, Dorothy) (Entered: 08/02/2013) |
| 08/02/2013 | 64525 | ORDER denying w/o prej. 64520 Motion to Intervene. Signed by Judge Eldon E. Fallon on 8/2/2013. (Reference: Sherrill Herke, Individually and on Behalf of a Proposed Class of Those Similarly Situated)(cms, ) (Entered: 08/02/2013) |
| 08/02/2013 | 64526 | ORDER denying 64521 Motion to Stay Dissemination of Notice and Modify Dates Contained in the Proposed Class Notice. The Court sets forth the dates within and language of the Order as stated in document. Signed by Judge Eldon E. Fallon on 8/2/2013. (Reference: Sherrill Herke, Individually and on Behalf of a Proposed Class of Those Similarly Situated)(cms, ) (Entered: 08/02/2013) |
| 08/12/2013 | 64537 | MOTION to Stay re 64526 Order on Motion to Stay, by Defendant. Motion set for 8/21/2013 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Notice of Submission, # 9 Proposed Order)(Reference: 05md1657)(Wimberly, Dorothy) (Entered: 08/12/2013) |
| 08/12/2013 | 64539 | MOTION for an Order Enjoining James Ratliff, His Counsel, and Any Other Class Member from Prosecuting a Competing and Overlapping Consumer Class Action and Interfering with this Court's Continuing Jurisdicition Over the Litigation and the Nationwide Vioxx Consumer Class Settlement Preliminarily Approved by this Court by Plaintiff. Motion set for 9/4/2013 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Notice of Submission)(Reference: 09-07218)(Davis, Leonard) (Entered: 08/12/2013) |
| 08/12/2013 | 64540 | EXPARTE/CONSENT MOTION to Expedite Hearing on Class Counsel's Motion for an Order Enjoining James |

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | Ratliff, His Counsel, and Any Other Class Member from Prosecuting a Competing and Overlapping Consumer Class Action and Interfering with This Court's Continuing Jurisdiction Over This Litigation and the Nationwide Vioxx Consumer Class Settlement Preliminarily Approved by the Court [Rec. Doc. 64539] by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 09-07218)(Davis, Leonard) (Entered: 08/12/2013) |
| 08/13/2013 | 64542 | RESPONSE/MEMORANDUM in Opposition filed by James Ratliff re 64540 MOTION to Expedite Hearing on Class Counsel's Motion for an Order Enjoining James Ratliff, His Counsel, and Any Other Class Member from Prosecuting a Competing and Overlapping Consumer Class Action and Interfering with This Court's Contin . (Reference: all)(Getty, Richard) (Entered: 08/13/2013) |
| 08/13/2013 | 64543 | EXPARTE/CONSENT MOTION to Establish Qualified Settlement Fund and to Appoint Fund Administrator and Depository Bank (Vioxx Consumer Settlement Fund) by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order Exhibit A, # 3 Exhibit B)(Reference: ALL ACTIONS)(Davis, Leonard) (Entered: 08/13/2013) |
| 08/19/2013 | 64546 | ORDER granting the 64543 Motion to Establish Qualified Settlement Fund and to Appoint Fund Administrator and Depository Bank Signed by Judge Eldon E. Fallon on 8/19/2013.(Reference: ALL CASES)(cms, ) (Entered: 08/19/2013) |
| 08/14/2013 | 64547 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Monthly Status Conference held on 8/14/2013. Next Status Conference set for 10/9/2013 09:00 AM before Judge Eldon E. Fallon. ORDERED that 64537 MOTION to Stay Vioxx-Related Consumer-Protection Claims in Kentucky State Court and Enjoin Further Prosecution of Such Claims and 64539 MOTION for an Order Enjoining James Ratliff, His Counsel, and Any Other Class Member is CONTINUED until 9/11/2013 03:30 PM, with oral argument. FURTHER ORDERED that 64540 MOTION to Expedite Hearing on Class Counsel's Motion for an Order Enjoining James Ratliff, His Counsel, and Any Other Class Member is DENIED. (Court Reporter David Zarek.) (Reference: ALL |

| Date Filed | # | Docket Text |
|---|---|---|
| | | CASES)(cms, ) (Entered: 08/20/2013) |
| 08/23/2013 | 64557 | ORDER re 64537 MOTION to Stay, 64539 MOTION for an Order Enjoining James Ratliff set for 9/11/2013 03:00 PM with oral argument before Judge Eldon E. Fallon. Deadlines as stated herein. Signed by Judge Eldon E. Fallon on 8/23/2013. (Reference: Sherrill Herke)(cms, ) (Entered: 08/26/2013) |
| 08/30/2013 | 64569 | NOTICE OF APPEAL by James Ratliff of Order entered in this action on August 2, 2013 denying Ratliff's Motion to Intervene. 64525 (Filing fee $ 455, receipt number 053L-4125952.) (Reference: Kentucky Class)(Getty, Richard) Modified on 9/3/2013 (dno, ). (Entered: 08/30/2013) |
| 08/30/2013 | 64570 | DEFICIENT DOCUMENT - MOTION to Stay Pending Appeal by James Ratliff. (Reference: ALL)(Getty, Richard) Modified on 9/3/2013 (dno, ). (Entered: 08/30/2013) |
| 09/03/2013 | 64572 | RESPONSE/MEMORANDUM in Opposition filed by James Ratliff re 64537 MOTION to Stay re 64526 Order on Motion to Stay, , 64539 MOTION for an Order Enjoining James Ratliff, His Counsel, and Any Other Class Member from Prosecuting a Competing and Overlapping Consumer Class Action and Interfering with this Court's Continuing Jurisdicition Over the Litigation and the Nationw . (Reference: all)(Getty, Richard) (Entered: 09/03/2013) |
| 09/04/2013 | 64576 | MOTION to Stay Pending Appeal by James Ratliff. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission)(Reference: Kentucky Claims)(Getty, Richard) (Entered: 09/04/2013) |
| 09/08/2013 | 64579 | REPLY to Response to Motion filed by Defendant re 64537 MOTION to Stay re 64526 Order on Motion to Stay, . (Reference: Ratliff Case)(Wimberly, Dorothy) (Entered: 09/08/2013) |
| 09/08/2013 | 64580 | REPLY to Response to Motion filed by Plaintiff re 64537 MOTION to Stay re 64526 Order on Motion to Stay, . (Reference: Ratliff Case)(Barrios, Dawn) (Entered: 09/08/2013) |
| 09/12/2013 | 64593 | Minute Entry. Proceedings held before Judge Eldon E. |

1138850v1

| Date Filed | # | Docket Text |
|---|---|---|
| | | Fallon: Motion Hearing held on 9/12/2013 re 64537 MOTION to Stay re 64526 Order on Motion to Stay filed by Defendant, 64539 MOTION for an Order Enjoining James Ratliff, His Counsel, and Any Other Class Member from Prosecuting a Competing and Overlapping Consumer Class Action and Interfering with this Court's Continuing Jurisdiction Over the Litigation filed by Plaintiff. After argument - Motions TAKEN UNDER SUBMISSION (Court Reporter Susan Zielie.) (Reference: Kentucky State Court Cases)(cms, ) (Entered: 09/12/2013) |
| 09/16/2013 | 64596 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 64576 MOTION to Stay Pending Appeal. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Reference: 09-7218)(Wimberly, Dorothy) (Entered: 09/16/2013) |
| 09/17/2013 | 64597 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 64576 MOTION to Stay Pending Appeal. (Attachments: # 1 Exhibit A)(Reference: 09-07218)(Davis, Leonard) (Entered: 09/17/2013) |
| 09/18/2013 | 64602 | ORDERED that a status conference will be held in this matter on Wednesday,September 18, 2013, at 2:30 p.m., in the Chambers of Judge Eldon E. Fallon with class counsel, counsel for James Ratliff, on behalf of himself and others similarly situated, and counsel for the defendant. Signed by Judge Eldon E. Fallon on 9/16/2013.(Reference: Sherrill Herke)(cms, ) (Entered: 09/18/2013) |
| 09/18/2013 | 64607 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Telephone Status Conference held on 9/18/2013. (Reference: Sherrill Herke)(cms, ) (Entered: 09/20/2013) |
| 09/23/2013 | 64609 | NOTICE by James Ratliff Of Filing Transcript Orders. (Attachments: # 1 Exhibit A Transcript Orders)(Reference: all)(Getty, Richard) (Entered: 09/23/2013) |

1138850v1

WHEREFORE, the parties respectfully request that these documents be included in the record in this appeal.

        Respectfully Submitted,

        s/Richard A. Getty
        Getty Law Group, P.L.L.C.
        1900 Lexington Financial Center
        250 W. Main Street
        Lexington, KY 40507

        ATTORNEY FOR JAMES RATLIFF

        and

        s/Dorothy H. Wimberly
        Phillip A. Wittmann, 13625
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER
        WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, LA 70130

        John H. Beisner
        Jessica Davidson Miller
        Geoffrey M. Wyatt
        SKADDEN, ARPS, SLATE, MEAGHER &
        FLOM LLP
        1440 New York Avenue, N.W.
        Washington, DC 20005

        Douglas R. Marvin
        WILLIAMS & CONNOLLY LLP
        725 Twelfth St., N.W.
        Washington, DC 20005

        ATTORNEYS FOR MERCK SHARP &
        DOHME CORP.

        and

<u>s/Russ M. Herman</u>
Russ M. Herman
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111

CO-CLASS COUNSEL FOR MDL 1657
CONSUMER CLASS

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Joint Designation of Record on Appeal has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of September, 2013.

                                                     */s/ Dorothy H. Wimberly*
                                                     Dorothy H. Wimberly, 18509
                                                     STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                     546 Carondelet Street
                                                     New Orleans, LA  70130
                                                     Phone:  504-581-3200
                                                     Fax:     504-581-3361
                                                     dwimberly@stonepigman.com

                                                     Defendants' Liaison Counsel

1138850v1