UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Dennis Richard Harrison v. Merck & Co, Inc.*,
Case No. 07-905

## ORDER

**IT IS ORDERED** that the deadline for Plaintiff's response memorandum to Defendant's motion for summary judgment (Rec. Doc. 64510) is **CONTINUED** until October 4, 2013.

New Orleans, Louisiana, this 23rd day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

CC:   Mr. Dennis R. Harrison
601 W. Brown Street
Iron Mountain, MI 49801

Mr. James Duggan
860 Greg Thatch Circle
Sacramento, CA 95835

1