Exhibit A

# David Madigan

david.madigan@columbia.edu

http://www.stat.columbia.edu/~madigan

Tel: (212) 851-2131

## Curriculum Vitae
## June 1, 2013

## Education

Trinity College Dublin, Ph.D., Statistics, 1990. Dissertation "An investigation of weights of evidence in the context of probabilistic expert systems." K. R. Mosurski, Advisor.

Trinity College Dublin, B.A. (Mod.), Mathematical Sciences, 1984, First Class Honours.

## Employment History

2013: Interim Executive Vice-President for Arts and Sciences, Columbia University

2007- :  Professor, Chair (2008-2014), Department of Statistics, Columbia University.

2005-2007: Dean, Physical and Mathematical Sciences, Rutgers University

2003-2004: Director, Institute of Biostatistics, Rutgers University

2001-2007: Professor, Department of Statistics, Rutgers University.

2000-2001: Vice President, Data Mining, Soliloquy, Inc.

1999-2000: Principal Technical Staff Member, AT&T Labs-Research.

1990-1999: Assistant/Associate Professor, Department of Statistics, University of Washington.

1989-1990: Information Technology Consultant, KPMG, Ireland.

1986-1989: Technology Manager, Peregrine Expert Systems Ltd., Ireland.

1985-1986: Expert System Consultant, SkillSoft, Ireland.

1984-1985: Actuarial Associate, Hibernian Life Assurance, Ireland.

## Honors

2012: Elected Fellow of the American Association for the Advancement of Science.

2009: Institute of Mathematical Statistics Medallion Lecturer.

2006: Elected Fellow of the Institute of Mathematical Statistics.

2005: 36th Most Cited Mathematician in the World, 1995-2005, ISI Thomson.

1999: Elected Fellow of the American Statistical Association.

1995: University of Washington Distinguished Teaching Award.

1984: Gold medal awarded by the board of Trinity College Dublin.

1980: Trinity College Dublin, Entrance Scholarship in Mathematics.

## Research Grants:

Principal Investigator on FNIH/Observational Medical Outcomes Partnership grant to Columbia University, "Methods for Active Drug Safety Surveillance," 2009-2013.

Co-Principal Investigator on National Instutes of Health grant "Improving Pediatric Trauma Triage Using High Dimensional Data Analysis," R01 GM87600-01, 2010-2013.

Principal Investigator on sub-contract from FDA Award HHSF223200910006I to Harvard Pilgrim Healthcare, "Mini-sentinel," 2010-2011.

Investigator on Department of Homeland Security grant "Center for Dynamic Data Mining" to Center for Discrete Mathematics and Theoretical Computer Science (DIMACS), Rutgers University, 2006-2009, $2,400,000 total.

Principal Investigator on National Science Foundation grant "Bayesian Methods for Large-Scale Applications" to Columbia University, DMS-0505599, 2005-2009, $150,000 total.

Principal Investigator (with Shlomo Argamon) on National Science Foundation grant "Community resources for author identification" to Rutgers University, CNS-0454126, 2005, $56,019 total.

Principal Investigator on Knowledge Discovery and Dissemination (KD-D) grant to DIMACS "Author Identification," 2004, $250,000 total.

Co-Principal Investigator on National Science Foundation grant "Monitoring Message Streams" to DIMACS, Rutgers University, KDI-0087022, 2002-2008, $1,500,000 total (annual renewal).

Investigator on National Science Foundation grant "Computational and Mathematical Epidemiology" to DIMACS, Rutgers University, ITR-0205116, 2002-2007, $2,750,000 total.

Principal Investigator on National Science Foundation grant "Bayesian Data Analysis for Digital Traces" to Rutgers University, DMS-0113236, 2001-2004, $245,000 total.

Principal Investigator (with Steen Andersson and Michael Perlman) on National Science Foundation grant "Graphical Markov Models" to the University of Washington, DMS-9704573, 1997-2000, $313,722 total.

Principal Investigator (with Steven Tanimoto) on grant from National Science Foundation to University of Washington: "Use of Online Assessment in Forming and Coaching Learning Groups," 1996-1999, $600,501, CRLT-9616532.

Principal Investigator on National Science Foundation grant "Computing Environments for Graphical Models" to the University of Washington, DMS-92111629, 1992-1996, $65,000 total.

Principal Investigator on Subcontract to the University of Washington under National Institutes for Health Phase II SBIR grant "TALARIA: Multimedia tools for cancer pain education" to Mathsoft, Inc., 1995-1997, $750,000 total (UW Subcontract, $231,652).

Principal Investigator on Subcontract to the University of Washington under National Institutes for Health Phase I SBIR grant "An intelligent tutoring system for biostatistics" to Statistical Sciences, Inc., 1994-5, $80,853.

Principal Investigator on National Institutes for Heath SBIR Phase I grant "A Multimedia Teaching and Reference Tool for Cancer Pain" to Statistical Sciences, Inc., 1993-1994, $50,000 total.

Investigator (20%) on Quantum Health Resources Grant "Knowledge-based Systems for Bone Marrow Transplant Long Term Follow-up" to the Fred Hutchinson Cancer Research Center, 1993-94, $1m (C. Richard Chapman, P.I.).

Investigator (and author) on Department of Energy Phase I SBIR grant "An intelligent tutoring system for statistics" to Statistical Sciences, Inc., 1993-4, $75,000.

Investigator (10%) on Robert Wood Johnson Foundation grant to the Department of Family Medicine, University of Washington (Sharon Dobie, PI), 1995-1999.

Investigator (5%) on American College of Clinical Pharmacy grant to the Department of Family Medicine, University of Washington (Allan Ellsworth, PI), 1995-1996.

## Refereed Publications:

1. Schuemie, M., Ryan, P., DuMouchel, W., Suchard, M.A., and Madigan, D. (2013). Interpreting observational studies - why empirical calibration is needed to correct p-values. *Statistics in Medicine*, to appear.

2. Simpson, S., Madigan, D., Zorych, I., Schuemie, M.J., Ryan, P.B., and Suchard, M. (2013). Multiple self-controlled case series for large-scale longitudinal observational databases. *Biometrics*, to appear.

3. Price, K. L., Xia, H.A., Lakshminarayanan, M., Madigan, D., Manner, D., Scott, J., Stamey, J., Thompson, L. (2013). Bayesian Methods for Design and Analysis of Safety Trials. *Pharmaceutical Statistics*, to appear.

4. Letham, B., Rudin, C., McCormick, T.H., and Madigan, D. (2013). An interpretable stroke prediction model with using rules using Bayesian analysis. *Twenty-Seventh AAAI Conference on Artificial Intelligence (AAAI-13) Late Breaking Paper*, to appear.

5. Letham, B., Rudin, C., and Madigan, D. (2013). A supervised ranking approach to sequential event prediction. *Machine Learning*, 10.1007/s10994-013-5356-5.

6. Ryan, P., Suchard, M.A., Schuemie, M., and Madigan, D. (2013). Learning from epidemiology: Interpreting observational studies for the effects of medical products. *Statistics in Biopharmaceutical Research*, DOI:10.1080/19466315.2013.791638.

7. Mittal, S., Madigan, D., Cheng, J., and Burd, R. (2013). Large-scale Bayesian parametric survival analysis. *Statistics in Medicine*, to appear, DOI: 10.1002/sim.5817.

8. Madigan, D., Ryan, P., Schuemie, M., Stang, P., Overhage, M., Hartzema, A., Suchard, M.A., DuMouchel, W., and Berlin, J. (2013). Evaluating the impact of database heterogeneity on observational studies. *American Journal of Epidemiology*, DOI: 10.1093/aje/kwt010..

9. Madigan, D., Ryan, P.B., and Schuemie, M.J. (2012). Does design matter? Systematic evaluation of the impact of analytical choices on effect estimates in observational studies. *Therapeutic Advances in Drug Safety*, 4, 53-62.

10. Ryan, P.B., Madigan, D., Stang, P.E., Overhage, J.M., Racoosin, J.A., Hartzema, A.G. (2012). Empirical Assessment of Analytic Methods for Risk Identification in Observational Healthcare

Data: Results from the Experiments of the Observational Medical Outcomes Partnership. *Statistics in Medicine*, **30**, 4401-4415.

11. Suchard, M., Simpson, S.E., Zorych, I., Ryan, P., and Madigan, D. (2013). Massive parallelization of serial inference algorithms for generalized linear models. *ACM Transactions on Modeling and Computer Simulation*, 23:1-17.

12. Madigan, D., Sigelman, D., Mayer, J.W., Furberg, C.D., Avorn, J. (2012). Under-reporting of cardiovascular events in the rofecoxib Alzheimer studies. *American Heart Journal*, doi:10.1016/j.ahj.2012.05.002.

13. Harpaz, R., DuMouchel, W., Shah, N.H., Madigan, D., Ryan, P., and Friedman, C. (2012). Novel data mining methodologies for adverse drug event discovery and analysis. *Clinical Pharmacology & Therapeutics*, doi:10.1038/clpt.2012.50.

14. Maclure, M., Fireman, B., Nelson, J.C., Hua, W., Shoaibi, A., Paredes, A., and Madigan, D. (2012). When should a distributed system for active medical product surveillance use case-based designs for safety monitoring?. *Pharmacoepidemiology and Drug Safety*, **21**, 50-61.

15. McCormick, T., Madigan, D., Raftery, A.E., and Burd, R.S. (2012). Dynamic model averaging for logistic regression. *Biometrics*, **68**:23-30.

16. McCormick, T., Rudin, C., and Madigan, D. (2012). A hierarchical model for association rule mining of sequential events: an approach to automated medical symptom prediction. *Annals of Applied Statistics*, **6**, 652-658.

17. Oquendo, M.A., Baca-Garcia, E., Artes, A., Perez-Cruz, F, Galfalvy H.C., Blasco-Fontecilla, H., Madigan, D., Duan, N. (2011). Hypothesis Generation in the 21st Century. *Molecular Psychiatry*, to appear.

18. Smith, R.T., Merriam, J.E., Sohrab, M.A., Pumariega, N.M., Barile, G., Blonska, A.M., Haans, R, Madigan, D., and Allikmets, R. (2011). Complement Factor H 402H Variant and Reticular Macular Disease. *Archives of Ophthalmology* 129(8):1061-1066.

19. Madigan, D., Mittal, S., and Roberts, F. (2011). Efficient sequential decision making algorithms for container inspection operations. *Naval Research Logistics*, **58**, 637-654.

20. Zorych, I., Madigan, D., Ryan, P., and Bate, A. (2011). Disproportionality methods for pharmacovigilance in longitudinal observational databases. *Statistical Methods in Medical Research*, doi: 10.1177/0962280211403602.

21. Rudin, C., Salleb-Aouissi, A., Kogan, E. and Madigan, D. (2011). Sequential Event Prediction with Association Rules. *Proceedings of the 2011 Conference on Learning Theory (COLT)* (30%).

22. Madigan, D. and Ryan, P. (2011). What can we really learn from observational studies? The need for empirical assessment of methodology for active drug safety surveillance and comparative effectiveness research. *Epidemiology*, 22 (5), 629-631.

23. Balakrishnan, S. and Madigan, D. (2010). Priors on the variance in sparse Bayesian learning: the demi-Bayesian lasso. In: *Frontiers of Statistical Decision Making and Bayesian Analysis: In Honor of James O. Berger* by Ming-Hui Chen, Peter Müller, Dongchu Sun, and Keying Ye.

24. Caster, O., Noren, G.N., Madigan, D., and Bate, A. (2010). Large-Scale Regression-Based Pattern Discovery: The Example of Screening the WHO Global Drug Safety Database. *Statistical Analysis and Data Mining*, **3**, 197-208.

25. Ross, J.S., Madigan, D., Konstam, M.A., Egilman, D.S., and Krumholz, H.M. (2010). Does Rofecoxib cardiovascular risk persist after discontinuation? *Archives of Internal Medicine*, **170**, 2035-2036.

26. Cheng, J. and Madigan, D. (2010). Bayesian Approaches to Aspects of the Vioxx Trials: Non-ignorable Dropout and Sequential Meta-Analysis. In: *Handbook of Applied Bayesian Analysis*, Oxford University Press, 51-68.

27. Ross, J.S., Madigan, D., Hill, K.P., Egilman, D.S., Wang, Y., Krumholz, H.M. (2009). Pooled analysis of Rofecoxib placebo-controlled clinical trial data: Lessons for post-market pharmaceutical safety surveillance. *Archives of Internal Medicine*, **169**, 1976-1985.

28. Burd, R. and Madigan, D. (2009). An evaluation of the impact of injury coding schemes on mortality prediction in pediatric trauma. *Academic Emergency Medicine*, **16**, 639-645.

29. Pearson, R.K., Hauben, M., Goldsmith, D., Gould, A.L., Madigan, D., O'Hara, D.J., Reisinger, S., and Hochberg, A. (2009). Influence of the MEDDRA hierarchy on pharmacovigilance data mining results. *International Journal of Medical Informatics*, 78, e97-e103.

30. Hochberg, A., Hauben, M., Pearson, R.K., O'Hara, D., Reisinger, S., Goldsmith, D.I., Gould, A.L., and Madigan, D. (2009). An Evaluation of Three Signal Detection Algorithms Using a Highly Inclusive Reference Event Database. *Drug Safety*, 32, 509-525.

31. Burd, R.S., Ouyang, M., and Madigan, D. (2008). Bayesian logistic injury severity score (BLISS): A method for predicting mortality using ICD-9 codes. *Academic Emergency Medicine*, 15(5), 466-475.

32. Caster, O., Noren, G.N., Madigan, D., and Bate, A. (2008). Large-scale regression-based pattern discovery: The example of the WHO drug safety database. *KDD Workshop on Mining Medical Data,* to appear.

33. Naik, P., Wedel, M., Bacon, L., Bodapati, A., Bradlow, E., Kamakura, W., Kreulen, J., Lenk, P., Madigan, D., and Montgomery, A. (2008). Challenges and Opportunities in High-Dimensional Choice Data Analysis." *Marketing Letters*, 19 (3), 201-213.

34. Balakrishnan, S. and Madigan, D. (2007). Algorithms for Sparse Linear Classifiers in the Massive Data Setting. *Journal of Machine Learning Research,* 9, 313-337, 2007.

35. Balakrishnan, S. and Madigan, D. (2007). LAPS: Lasso with Partition Search. *Proceedings of the IEEE International Conference on Data Mining,* 415-420, 19% acceptance rate.

36. Hauben, M., Madigan, D., Reisinger, S., Hochberg, A., and O'Hara, D. (2007). Data Mining in Pharmacovigilence: Computational Cost as a Neglected Performance Parameter. *International Journal of Pharmaceutical Medicine*, **21**, 319-323.

37. Hauben, M., Reich, L., Gerrits, C.M., and Madigan, D. (2007). Spontaneous Reporting of Hyperkalemia and The Randomized Aldactone Evaluation Study. *Drug Safety*, 30, 1143-1149.

38. Eyheramendy, D. and Madigan, D. (2007). A Bayesian feature selection score based on Naive Bayes models. In: *Computational Methods of Feature Selection*, H. Liu and H. Motoda, Editors, 277-294.

39. Madigan, D., Mittal, S., and Roberts, F. (2007). Sequential decision making algorithms for port of entry inspection: overcoming computational challenges. *Proceedings of 2007 Intelligence and Security Informatics Conference*, 1-7.

40. Rolka, H., Burkom, H., Cooper, G.F., Kulldorff, M., Madigan, D., and Wong, W-K. (2006). Issues in Applied Statistics for Public Health Bioterrorism Surveillance using Multiple Data Streams: Research needs. *Statistics in Medicine*, **26**, 1834-1856.

41. Eyheramendy, S. and Madigan, D. (2007). A Flexible Bayesian Generalized Linear Model for Dichotomous Response Data with an Application to Text Categorization. In: IMS Lecture Notes - Monograph Series, Volume 54, *Complex datasets and inverse problems: tomography, networks and beyond*. Regina Liu, William Strawderman & Cun-Hui Zhang, Editors, 76-91.

42. Balakrishnan, S. and Madigan, D. (2006). Decision Trees for Functional Variables. *Proceedings of the IEEE International Conference on Data Mining*, 798-802, 20% acceptance rate.

43. Genkin, A., Lewis, D.D., and Madigan, D. (2007). Large-scale Bayesian logistic regression for text categorization. *Technometrics*, **49**, 291-304.

44. Dayanik, A., Lewis, D.D., Madigan, D., Menkov, V., and Genkin, A. (2006). Constructing Informative Prior Distributions from Domain Knowledge in Text Classification, *Proceedings of the 29th Annual International ACM SIGIR conference*, 493-500 (18.5% acceptance rate).

45. Anand, S., Madigan, D., Mammone, R., Pathak, S. and Roberts, F. (2006). Experimental Analysis of Sequential Decision Making Algorithms for Port of Entry Inspection Procedures. In S. Mehrotra, D. Zeng, H. Chen, B. Thuraisingham, and F-X Wang (eds.), Intelligence and Security Informatics, *Proceedings of ISI-2006, Lecture Notes in Computer Science #3975*, Springer-Verlag, New York, 2006.

46. Balakrishnan, S. and Madigan, D. (2006). A One-Pass Sequential Monte Carlo Method for Bayesian Analysis of Massive Datasets. *Bayesian Analysis*. **1**, 345-362.

47. Madigan, D., Ju, W., Krishnan, P., and Krishnakumar, A.S. (2006). Location estimation in wireless networks: A Bayesian approach. *Statistica Sinica*, **16**, 495-522.

48. Madigan, D., Vardi, Y., and Weissman, I. (2006). Extreme value theory applied to document retrieval from large collections. *Information Retrieval*, **9**, 273-294.

49. Hauben, M., Madigan, D., Gerrits, C., and Meyboom, R. (2005). The role of data mining in pharmacovigilance. *Expert Opinion in Drug Safety*., 4(5), 929-948.

50. Madigan, D., Genkin, A., Lewis, D.D., and Fradkin, D. (2005). Bayesian multinomial logistic regression for author identification. *Proceedings of the 25th International Workshop on Bayesian inference and Maximum Entropy Methods in Science and Engineering (MaxEnt 05)*, 509-516.

51. Madigan, D., Genkin, A., Argamon, S., Fradkin, D., and Ye, L. (2005). Author identification. *Proceedings of CSNA/Interface 05*.

52. Eyheramendy, S. and Madigan, D. (2005). A Novel Feature Selection Score for Text Categorization. *International Workshop on Feature Selection for Data Mining*, 1-8, 24% acceptance rate.

53. Madigan, D. (2005). Statistics and Data Mining. In: *AMS-DIMACS Discrete Methods in Epidemiology*, James Abello and Graham Cormode (Editors), 21-24.

54. Hanks, S. and Madigan, D. (2005). Probabilistic temporal reasoning. In: *Handbook of Temporal Reasoning in Artificial Intelligence*, M. Fisher, D. Gabbay, and L. Vila, Editors, Elsevier B.V., 315-342.

55. Madigan, D., Elnahrawy, E., Martin, R.P., Ju, W., Krishnan, P. and Krishnakumar, A.S. (2004). Bayesian Indoor Positioning Systems. *Proceedings of IEEE Infocom*, 1217-1227 (17% acceptance rate)

56. Madigan, D. (2005). Bayesian data mining for surveillance. In: *Spatial and Syndromic Surveillance for Public Health* (Andrew Lawson and Ken Kleinman, Editors), 203-221.

57. Madigan, D. (2004). Statistics and the war on spam. In: *Statistics: A Guide to the Unknown*, Deb Nolan (Editor), 135-147.

58. Fradkin, D. and Madigan, D.. (2003). Experiments with random projections for machine learning. In *Proceedings of KDD-03, The Ninth International Conference on Knowledge Discovery and Data Mining*, 517-522.

59. Ridgeway, G. and Madigan, D. (2003). A sequential Monte Carlo Method for Bayesian analysis of massive datasets. *Journal of Knowledge Discovery and Data Mining*, **7**, 301-319.

60. Eyheramendy, S., Lewis, David D., and Madigan, David (2003). On the naïve bayes model for text classification. In *Proceedings of The Ninth International Workshop on Artificial Intelligence and Statistics*, C.M. Bishop and B.J. Frey (Editors), 332-339.

61. Madigan, D., Vardi, Y., and Weissman, I. (2003). On retrieval properties of samples of large collections. In *Proceedings of The Ninth International Workshop on Artificial Intelligence and Statistics*, C.M. Bishop and B.J. Frey (Editors), 265-270.

62. Madigan, D. and Ridgeway, G. (2003). Bayesian data analysis for data mining. In *Handbook of Data Mining*, N. Ye (Ed.), 103-132..

63. Cohen, A., Madigan, D., and Sackrowitz, H.B. (2003). Effective directed tests for models with ordered categorical data. *Australian and New Zealand Journal of Statistics*, **45**, 285-200. 2003 Best Paper Award.

64. Mangione, S., Yuen, E., and Madigan, D. (2003). Asthma in Philadelphia schools. *Chest*, **124** (4): 141S.

65. Mangione, S., Yuen, E., and Madigan, D. (2003). Asthma and tobacco: A survey of 65 Philadelphia middle schools. *Chest*, **124** (4): 141S-142S.

66. Dunbar, P.J., Madigan, D., Grohskopf, L.A., Revere, D., Woodward, J., Minstrell, J., Frick, P.A., Simoni, J.M., and Hooton, T.M. (2003). A two-way messaging system to enhance antiretroviral adherence. *Journal of The American Medical Informatics Association*, **10**, 11-15.

67. Ridgeway, G. and Madigan, D. (2002). Bayesian analysis of massive datasets via particle filters In *Proceedings of KDD-02, The Eighth International Conference on Knowledge Discovery and Data Mining*, 5-13.

68. Madigan, D., Raghavan, N., DuMouchel, W., Nason, M., Posse, C., and Ridgeway, G. (2002). Likelihood-based data squashing: A modeling approach to instance construction. *Journal of Data Mining and Knowledge Discovery*, **6**, 173-190.

69. Tanimoto, S., Carlson, A., Husted, J., Hunt, E.B., Larsson, J., Madigan, D., and Minstrell, J. (2002). Text Forum Features for Small Group Discussions with Facet-Based Pedagogy. *Proceedings of CSCL2002, Computer Supported Cooperative Learning*.

70. Hoeting, J., Raftery, A.E., and Madigan, D. (2002). A method for simultaneous variable and transformation selection in linear regression. *Journal of Computational and Graphical Statistics*, **11**, 485-507.

71. Liu, R., Madigan, D., and Eyheramendy, S. (2002). Text classification for mining aviation inspection reports. In: *Statistical Data Analysis based on the L1-norm and Related methods*. Birkhauser Statistics for Industry and technology, Y. Dodge editor, 379-392.

72. da Silva, C.Q., Zeh, J., Madigan, D., Laake, J., Rugh, D., Baraff, L., Koski, W., and Miller, G. (2001). Capture-recapture estimation of bowhead whale population size estimation using photo-identification data. *Journal of Cetacean Research and Management*, **2**, 45-61.

73. Levitz, M., Perlman, M.D., and Madigan, D. (2001). Separation and Completeness Properties for AMP Chain Graph Markov Models. *Annals of Statistics*, **29**, 1751–1784.

74. Church, L., Oliver, L., Dobie, S., Madigan, D., and Ellsworth, A. (2001). Analgesia for colposcopy: A double-blind, randomized comparison of ibuprofen and benzocaine gel for colposcopic analgesia. *Obstetrics and Gynecology*, **97**, 5-10.

75. Andersson, S.A., Madigan, D., and Perlman, M.D. (2001). An alternative Markov property for chain graphs. *Scandinavian Journal of Statistics*, **28**, 33-85.

76. Glusker, A.I., Dobie, S.A., Madigan, D., Rosenblatt, R.A., Larson, E.H. (2000). Differences in fertility patterns between urban and rural women in Washington state, 1983-1984 to 1993-1994. *Women and Health*, **31**, 55-70.

77. Kanungo, T., Haralick, R. M., Baird, H. Stuetzle, W., and Madigan, D. (2000). A statistical, nonparametric methodology for document degradation models validation. *IEEE Transactions on Pattern Analysis and Machine Intelligence*, **22**, 1209-1223.

78. Dobie, S.A., Hart, G., Glusker, A., Rosenblatt, R., and Madigan, D. (2000). Reproductive health services in rural Washington state: Scope of practice and the potential of medical abortions. *American Journal of Public Health.*, **90**, 624-626.

79. Madigan, D. and Nason, M. (2000). Statistics perspectives on data and knowledge. *Handbook of Knowledge Discovery and Data Mining*, Oxford University Press.

80. Nason, M. and Madigan, D. (2000). Sampling. *Handbook of Knowledge Discovery and Data Mining*, Oxford University Press.

81. Madigan, D., Raghavan, N., DuMouchel, W., Nason, M., Posse, C., and Ridgeway, G. (2000). Instance construction via likelihood-based data squashing. *Instance Selection and Construction, A Data Mining Perspective*, H. Motoda and H. Liu (Eds.), Kluwer, 209-226.

82. Hoeting, J.A., Madigan, D., Raftery, A.E., and Volinsky, C.T. (1999). Bayesian model averaging – a tutorial. *Statistical Science*, **14**, 382-401.

83. Dobie, S.A., Hart, G., Glusker, A., Madigan, D., Larsen, E.B., and Rosenblatt, R. (1999). Abortion services in rural Washington State, 1983-1984 to 1993-1994: availability and outcomes. *Family Planning Perspectives*, **31**, 241-245.

84. Condliff, M.K., Lewis, D.D., Madigan, D., and Posse, C. (1999). Bayesian mixed-effects models for recommender systems. *Proceedings of SIGIR-99 Workshop on Recommender Systems*.

85. Madigan, D. (1999). Bayesian Graphical Models, Intention-to-Treat, and the Rubin Causal Model. In *Proceedings of Uncertainty-99, The Seventh International Workshop on Artificial Intelligence and Statistics*, 123-132.

86. Golinelli, D., Madigan, D., and Consonni, G. (1999). Relaxing the local independence assumption for quantitative learning in acyclic directed graphical models through hierarchical

partition models. In *Proceedings of Uncertainty-99, The Seventh International Workshop on Artificial Intelligence and Statistics*, 203-208.

87. Ridgeway, G., Madigan, D., and Richardson, T. (1999). Boosting Methodology for Regression Problems. In *Proceedings of Uncertainty-99, The Seventh International Workshop on Artificial Intelligence and Statistics*, 152-161.

88. Ridgeway, G., Madigan, D., Richardson, T., and O'Kane, K. (1998). Interpretable Boosted Naïve Bayes Classification  In *Proceedings of KDD-98, The Fourth International Conference on Knowledge Discovery and Data Mining*, 101-104.

89. Andersson, S.A., Madigan, D., Perlman, M.D., and Richardson, T. (1998). Graphical Markov Models in multivariate analysis. In *Multivariate Analysis, Design of Experiments, and Survey Sampling*, Subir Ghosh (Ed.), Marcel Dekker Inc.

90. Draper, D. and Madigan, D. (1997). The scientific value of Bayesian statistical methods. *IEEE Intelligent Systems and their Applications*, **12**, 18-21.

91. Madigan, D. and York, J. (1997). Bayesian methods for estimating the size of a closed population. *Biometrika*, **84**, 19-31.

92. Glymour, C., Madigan, D., Pregibon, D., and Smyth, P. (1997). Statistical themes and lessons for data mining. *Journal of Data Mining and Knowledge Discovery*, **1**, 11-28.

93. Volinsky, C.T., Madigan, D., Raftery, A.E., and Kronmal, R.A. (1997). Bayesian Model Averaging in Proportional Hazard Models: Predicting Strokes. *Applied Statistics* 46, 433-448.

94. Andersson, S.A., Madigan, D., Perlman, M.D., and Triggs, C.M. (1997). A graphical characterization of lattice conditional independence models. *Annals of Mathematics and Artificial Intelligence*, **21**, 27-50.

95. Madigan, D., Mosurski, K., and Almond, R.G. (1997). Explanation in belief networks. *Journal of Computational and Graphical Statistics*, 6, 160-181.

96. Andersson, S.A., Madigan, D., and Perlman, M.D., (1997). A characterization of Markov equivalence classes for acyclic digraphs. *Annals of Statistics*, **25**, 505-541.

97. Raftery, A.E., Madigan, D., and Hoeting, J. (1997). Accounting for model uncertainty in linear regression. *Journal of the American Statistical Association*, **92**, 179-191.

98. Madigan, D., Keim, M, and Lewis, D.D. (1997). Bayesian information retrieval. *Proceedings of the Sixth International Workshop on Artificial Intelligence and Statistics*, 303-310.

99. Andersson, S.A., Madigan, D., and Perlman, M.D. (1997). On the Markov equivalence of chain graphs, undirected graphs, and acyclic digraphs. *Scandinavian Journal of Statistics*, 24, 81-102.

100. Madigan, D., Raftery, A.E., Volinsky, C.T., and Hoeting, J.A. (1996). Bayesian model averaging. In*: Integrating Mulitple Learned Models (IMLM-96)*, P. Chan, S. Stolfo, and D. Wolpert (Eds.), 77-83.

101. Raftery, A.E., Madigan, D., and Volinsky, C.T. (1996). Accounting for model uncertainty in survival analysis improves predictive performance. In: Bernardo, J. M., Berger, J. O., Dawid, A. P. and Smith A. F. M., (eds.), *Bayesian Statistics V*, Oxford University Press, 323-350.

102. Andersson, S.A., Madigan, D., and Perlman, M.D. (1996). An alternative Markov property for chain graphs. In *Proceedings of the Twelfth Annual Conference on Uncertainty in Artificial Intelligence*, Eric Horvitz and Finn Jensen (Eds.), Morgan Kaufmann Publishers, Inc., San Mateo.

103. Schaffner, A., Madigan, D., Hunt, E., Graf, E., Minstrell, J., and Nason, M. (1996). Benchmark lessons and the world wide web: Tools for teaching statistics. In: D. Edelson and E. Domeshek (Eds.) *Proceedings of ICLS 96. Association for the Advancement of Computing in Education,* 480-484.

104. Madigan, D. and Almond, R.G. (1996). On test selection strategies for belief networks. In *Learning from Data: Artificial Intelligence and Statistics V*, D. D. Fisher and H. Lenz (Eds.), Springer Verlag, 89-98 (20% acceptance rate for plenary papers).

105. Glymour, C., Madigan, D., Pregibon, D., and Smyth, P., and (1996). Statistical inference and data mining. *Communications of the ACM*, **39**, 35-41.

106. Madigan, D., Andersson, S.A., Perlman, M.D, and Volinsky, C.T. (1996). Bayesian model averaging and model selection for Markov equivalence classes of acyclic digraphs. *Communications in Statistics - Theory and Methods*, **25**, 2493-2519.

107. Hoeting, J.A., Madigan, D., and Raftery, A.E. (1996). A Method for Simultaneous Variable Selection and Outlier Identification in Linear Regression, *Journal of Computational Statistics and Data Analysis*, **22**, 251-270.

108. Madigan, D., Chapman, C.R, Gavrin, J., Villumsen, O., and Boose, J.H. (1995). Repertory hypergrids for large-scale hypermedia linking. *International Journal of Human-Computer Studies*, 43, 465-481.

109. Madigan, D., Gavrin, J., and Raftery, A.E. (1995). Eliciting prior information to enhance the predictive performance of Bayesian graphical models. *Communications in Statistics - Theory and Methods*, 24, 2271-2292.

110. Madigan, D. and York, J. (1995). Bayesian graphical models for discrete data. *International Statistical Review*, 63, 215-232.

111. Andersson, S.A., Madigan, D., Perlman, M.D., and Triggs, C.M., (1995). On the relation between conditional independence models determined by finite distributive lattices and by directed acyclic graphs. *Journal of Statistical Planning and Inference,* **46**, 25-46.

112. York, J., Madigan, D., Heuch, I., and Lie, R.T. (1995). Estimation of the proportion of congenital malformations using double sampling: Incorporating covariates and accounting for model uncertainty. *Applied Statistics*, **44**, 227–242.

113. Madigan, D., and Chapman, C.R. (1995). Multimedia tools for cancer pain education. In: *Medical Multimedia*, C. Ghaoui and R. Rada (Eds.), Intellect, Oxford, 121–136.

114. Haynor, D. and Madigan, D. (1995). Bayesian approach to differential diagnosis with use of Monte Carlo technique. *Radiology*, **197**, 425S.

115. Hanks, S., Madigan, D., and Gavrin, J. (1995). Temporal reasoning in probabilistic knowledge-based systems. In *Proceedings of the Eleventh Annual Conference on Uncertainty in Artificial Intelligence*, Philippe Besnard and Steve Hanks (Eds.), Morgan Kaufmann Publishers, Inc., San Mateo, 111-119.

116. Madigan, D., Chapman, C.R., Gavrin, J., Villumsen, O., and Boose, J.H. (1994). Repertory Hypergrids: An Application to Clinical Practice Guidelines. *Proceedings of  the ACM European Conference on Hypermedia Technology*, 117–125.

117. Almond, R, Bradshaw, J.M., and Madigan, D. (1994). Reuse and sharing of graphical belief network components. In *Selecting Models from Data: Artificial Intelligence and Statistics IV*, P. Cheeseman and W. Oldford (Eds.), Springer Verlag, 113-122.

118. Madigan, D., York, J.C., Bradshaw, J.M., and Almond, R.G. (1994). Bayesian graphical models for predicting errors in databases. In *Selecting Models from Data: Artificial Intelligence and Statistics IV*, P. Cheeseman and W. Oldford (Eds.), Springer Verlag, 123-132.

119. Madigan, D., Raftery, A.E., York, J.C., Bradshaw, J.M., and Almond, R.G. (1994). Strategies for graphical model selection. In *Selecting Models from Data: Artificial Intelligence and Statistics IV*, P. Cheeseman and W. Oldford (Eds.), Springer Verlag, 91-100.

120. York, J.C. and Madigan, D. (1994). Markov chain Monte Carlo methods for hierarchical Bayesian expert systems. In *Selecting Models from Data: Artificial Intelligence and Statistics IV*, P. Cheeseman and W. Oldford (Eds.), Springer Verlag.

121. Madigan, D., Chapman, C.R., Gavrin, J., Villumsen, O., and Boose, J.H. (1994). Modularized Maintenance for Hyperlinking: An Application to Clinical Practice Guidelines. *Proceedings of the AAAI-94 Workshop on Indexing and Reuse in Multimedia Systems*, 126–140.

122. Kanungo, T., Haralick, R. M., Stuetzle, W., and Madigan, D. (1994). Document Degradation Models: Parameter Estimation and model validation. In *Proc. of Int. Workshop on Machine Vision Applications*, Kawasaki, Japan, 552-557.

123. Madigan, D. and Raftery, A.E. (1994). Model Selection and accounting for model uncertainty in graphical models using Occam's window. *Journal of the American Statistical Association*, **89**, 1535–1546.

124. Madigan, D. (1993). A note on equivalence classes of directed acyclic independence graphs. *Probability in the Engineering and Informational Sciences*, **7**: 409–412.

125. Bradshaw, J.M., Chapman, C.R., Sullivan, K.M., Almond, R.G., Madigan, D., Zarley, D., Gavrin, J., Nims, J., and Bush, N. (1993). KS-3000: Applying DDUCKS to bone-marrow transplant patient support. *Proceedings of the Sixth Annual Florida AI Research Symposium (FLAIRS '93)*, Ft. Lauderdale, FL, April, 78–83.

126. Bradshaw, J.M., Madigan, D., Richards, T., and Boy, G.A. (1993). Emerging technology and concepts for computer-based training. *Proceedings of the Sixth Annual Florida AI Research Symposium (FLAIRS '93)*, Ft. Lauderdale, FL, April, 89–95.

127. Bradshaw, J.M., Richards, T., Fairweather, P., Buchanan, C., Guay, R., Madigan, D.,and Boy, G.A. (1993). New directions in computer-based training in aerospace. *Proceedings of the Fourth International Conference on Human Machine Interactions and Artificial Intelligence in Aerospace*. Toulouse, France.

128. Bradshaw, J.M., Chapman, C.R., Sullivan, K.M., Boose, J.H., Almond, R.G., Madigan, D., Zarley, D., Gavrin, J., Nims, J. and Bush, N. (1993). KS-3000: An application of DDUCKS to bone-marrow transplant patient support. *Proceedings of the Seventh European Knowledge Acquisition for Knowledge-Based Systems Workshop (EKAW-93)*. Toulouse and Caylus, France, 57-74.

129. E.A. Kiely, Madigan, D., P.C. Ryan and M.R. Butler (1991). Ultrasonic imaging for extracorporeal shockwave lithotripsy: Analysis of factors in successful treatment. *British Journal of Urology*, **66**: 127–131.

130. Madigan, D. and Mosurski, K. (1991). An extension of the results of Asmussen and Edwards on collapsibility in contingency tables. *Biometrika*, **77**: 315–319.


## Refereed Publications–Submitted:

131. Schuemie, M.J., Trifirò, G., Coloma, P.M., Ryan, P.B. and Madigan, D. (2012). Detecting long-term adverse drug reactions in longitudinal observational data. *Epidemiology*, submitted.

132. McCormick, T.H., Rudin, C. and Madigan, D. (2011). Predicting medical conditions with Bayesian hierarchical rule modeling. Proceedings of the 6th INFORMS Workshop on Data Mining and Health Informatics (DM-HI 2011. P. Qian, Y. Zhou, C. Rudin, eds.

133. Rudin, C., Letham, B., Kogan, E. and Madigan, D. (2011). A learning theory framework for association rules and sequential event. *JMLR*, under revision.

134. Brookhart, M.A., Ryan, P., Madigan, D., Sturmer, T. (2011). An Empirical Comparison of Different Implementations of a Standardized New User Design For Drug Safety Surveillance. *Pharmacoepidemiology and Drug Safety*. Under revision.

135. Simpson, S., Madigan, D., Zorych, I., Schuemie, M.J., Ryan, P.B., and Suchard, M. (2012). Multiple self-controlled case series for large-scale longitudinal observational databases. *Biometrics*, under revision.

136. Pickering, W.H., Madigan, D., McCarter, R.J., and Burd, R.S. (2009). Evaluating relative importance of injury groupings on in-hospital mortality.

137. Madigan, D., Hauben, M., Vallarino, C., Patadia, V., Gerrits, C., and Simpson, S. (2011). The self-controlled case series method applied to a claims database for detection of signals in pharmacovigilance: A pilot study. Submitted.

138. Ryan, P.B., Reich, C., Welebob, E., Overhage, J.M., Stang, P.E., Hartzema, A.G., Racoosin, J.A., Scarnecchia, T., Madigan, D. (2011). Managing data quality for an active surveillance system. *Medical Care*, Submitted.

## Patents:

139. Ju, W., Krishnakumar, A.S., Krishnan, P., and Madigan, D. (2008). Method and apparatus for positioning a set of terminals in an indoor wireless environment. US PTO # 7403784.

## Other Publications:

140. Caster, O., Noren, N., Madigan, D., and Bate, A. (2013). Logistic regression in signal detection: another piece added to the puzzle. Clinical Pharmacology & Therapeutics, to appear.

141. Schuemie, M.J., Ryan, P.B., Suchard, M., Shahn, Z., and Madigan, D. (2013). Discussion of "An estimate of the science-wise false discovery rate and application to the top medical literature" by Jager and Leek, *Biostatistics*.

142. Caster, O., Noren, N., Madigan, D., and Bate, A. (2013). Logistic regression in signal detection: another piece added to the puzzle (letter). *Clinical Pharmacology & Therapeutics*, to appear.

143. Ryan PB, Madigan D, Stang PE, Marc Overhage J, Racoosin JA, Hartzema AG. (2013) Response to Comment on 'Empirical assessment of methods for risk identification in healthcare data'. *Statistics in Medicine*, Mar 15;32(6):1075-7. doi: 10.1002/sim.5725.

144. Hauben, M., Madigan, D., Reisinger, S., Hochberg, A., and O'Hara, D. (2008). Effects of Stratification on Three Pharmacovigilance Data Mining Algorithms.

145. Madigan, D., Ryan, P., Simpson, S.E., and Zorych, I. (2010). Bayesian methods in pharmacovigilance (with discussion). In: J. M. Bernardo, M. J. Bayarri, J. O. Berger, A. P. Dawid, D. Heckerman, A. F. M. Smith and M. West (eds), Bayesian Statistics 9, Oxford University Press, 421-438.

146. Hauben, M., Madigan, D., Patadia, V., Sakaguchi, M., van Puijenbroek, E. (2010). Quantitative signal detection for vaccines. *Human Vaccines*, 6, 1.

147. Madigan, D. and Gelman, A. (2009). Comment on "What is Statistics," *American Statistician*, **63**, 114.

148. Madigan, D. (2007). Introduction to the LARS chapter. Volume celebrating Efron's 60th birthday.

149. Bilker, W., Gogolak, V., Goldsmith, D., Hauben, M., Herrera, G., Hochberg, A., Jolley, S., Kulldorff, M., Madigan, D., Nelson, R., Shapiro, A., Shmueli, G. (2006). Accelerating Statistical Research in Drug Safety, Letter to the Editor (peer-reviewed), *Pharmacoepidemiology and Drug Safety*, **15**, 687-688.

150. Dayanik, A., Genkin, A., Kantor, P., Lewis, D.D., and Madigan, D. (2005). DIMACS at the TREC 2005 Genomics Track. TREC 2005.

151. Madigan, D. and Stuetzle, W. (2004). Statistics graduate education. Discussion of "The future of statistics" *Statistical Science*, **19**, 3, 408.

152. Madigan, D. (2003). Sparse Bayesian classifiers for text categorization. *Proceedings of the International Statistical Institute.*

153. Madigan, D. and Ridgeway, G. (2003). Discussion of "Least Angle Regression" by Efron, Hastie, Johnstone, and Tibshirani. *Annals of Statistics.*

154. Madigan, D. and Ridgeway, G. (2002). Discussion of "Chain graph models and their causal interpretations" by Lauritzen and Richardson. *Journal of the Royal Statistical Society (Series B).*

155. Chaudhuri, S., Madigan, D., and Fayyad, U.M. (2000). KDD-99: The Fifth ACM SIGKDD International Conference on Knowledge Discovery and Data Mining. *SIGKDD Explorations*, 1, 49-51.

156. Madigan, D. (1999). Discussion of "Bayesian data mining in large frequency tables" by Bill DuMouchel. *The American Statistician*, **53**, 198-200.

157. Richardson, T., Ridgeway, G., and Madigan, D. (1999). Discussion of Bump Hunting in High-Dimensional Data by Jerome Friedman, *Statistics and Computing*, 9, 150-152..

158. J.W. O'Kane, G. Ridgeway, and D. Madigan (1999). Statistical Analysis of Clinical Variables to Predict the Outcome of Surgical Intervention in Patients with Knee Complaints.

159. Higdon, D. and Madigan, D. (1998). Discussion of paper by Lavine in *Bayesian Statistics, VI*, 381-382.

160. Nakamura, Y., Chabal, C., Chapman, C.R., Dunbar, P.J., Madigan, D., and Minstrell, J. (1997). FABLE: A computer-based tool for teaching geriatric pain management skills. In *Proceedings of the Annual Conference of the American Pain Society.*

161. Madigan, D., Perlman, M.D, and Volisnky, C.T. (1995). Bayesian model averaging and model selection for Markov equivalence classes of acyclic digraphs. *Proceedings of Workshop on Model Robustness and Model Uncertainty*, Bath, England, http://www.isds.duke.edu:80/conferences/bath/abstracts.html.

162. York, J. and Madigan, D. (1993). Discussion of the paper by Smith and Roberts, *Journal of the Royal Statistical Society (Series B)*, **55**, 88.

163. Madigan, D. (1993). What's next? Contribution to *Statistical Science* discussion of two papers on graphical models, 8:261–263.

164. Madigan, D. (1995). Discussion of the paper by Draper *Journal of the Royal Statistical Society (Series B)*, **57**, 85..

165. Madigan, D. (1995). Discussion of the paper by Chatfield *Journal of the Royal Statistical Society (Series A)*, **158**, 458-459.

166. Madigan, D. (1995). Editorial for special issue of the *International Journal of Human-Computer Studies* on Knowledge-Based Hypermedia, **43**, 279.

167. Clarkson, D.B., Donnell, D., Minstrell, J., Hunt, E., Madigan, D., and Traynor, C. (1994). Vital: An intelligent tutoring system for statistics. *American Statistical Association, Proceedings of Section on Statistical Education*, 88-93.

168. Dunbar, P.J., Madigan, D., Lam, A.M., and Matta, B.F. (1994). A hypermedia instruction tool for teaching retrograde jugular venous cannulation. Multimedia Scientific Exhibit at the 1994 Meeting of the American Society of Anesthesiologists, San Francisco, CA.

169. Madigan, D. (1989). Microcomputer research at the Meath hospital. *Irish Medical Times*, **21** (34), 14-15.

170. Madigan, D. (1989). Expert systems in government. *Irish Computer*, 22-24.

## Book and Software Reviews:

171. Madigan, D. (2002). A review of "Principles of Data Mining" by Hand, Mannila, and Smyth. *SIAM Review*, 44, 501-502.

172. Madigan, D. (2001). A review of "Probabilistic Networks and Expert Systems" by Cowell, Dawid, Lauritzen, and Spiegelhalter. *Journal of the American Statistical Association*, **96**, 1524.

173. Madigan, D. (1994). A review of MIM: graphical modelling software. *Statistics and Computing*, 4, 33–39.

174. Madigan, D. (1994). A review of "Graphical models in applied multivariate statistics" by Joe Whittaker. *Networks*, **24**,125.

## Unpublished Technical Reports:

175. Egilman, D., Madigan, D., and Druar, N.M. (2011). A Drug Trial Gone Wrong: Excess Death and Injury Among Study Volunteers in an Unmonitored Alzheimer's Drug Study.

176. Eyheramendy, S., Genkin, A., Ju, W-H., Lewis, D.D., and Madigan, D. (2003). Sparse Bayesian classifiers for text categorization. *JICRD*.

177. Ju, Wen-Hua, Madigan, David, and Scott, Steven (2002). On Bayesian learning of sparse classifiers.

178. Madigan, D. (1998). Combining probability distributions: A Review. Statistical Sciences Inc. Research Report.

179. Schaffner, A., Madigan, D., Clarkson, D.B., Donnell, D., Hunt, E.B., Keim, M., Minstrell, J., Nason, M., and Volinsky, C.T. (1996). Facet-based learning for statistics.

180. Schaffner, A., Madigan, D., Hunt, E.B., and Minstrell, J. (1996). Virtual benchmark instruction.

181. Madigan, D., Hunt, E., Levidow, B., and Donnell, D. (1995). Bayesian graphical models for intelligent tutoring systems.

182. Madigan, D. (1992). Temporal Reasoning with Probabilities: A Review. Statistical Sciences Inc. Research Report Number 7.

183. Madigan, D. (1992). Approaches to Explanation in Bayesian Networks. Statistical Sciences Inc. Research Report Number 8.

184. Carlsen, J.C., Madigan, D. and Bradshaw, D. (1992). Music expectancy and its measurement. UW Department of Music Technical Report.

## Selected Invited Presentations:

IMA New Directions Summer School, University of Minnesota, June 2013.

McGill University, Department of Epidemiology, Biostatistics & Occupational Health, "Are Observational Studies Any Good?" February 2013.

Brown University, Department of Biostatistics, "Are Observational Studies Any Good?" November 2012.

Pfizer Inc., New York, "Are Observational Studies Any Good?" November 2012.

Yale University, Department of Biostatistics, "Are Observational Studies Any Good?" November 2012.

University of Montreal, Canada, "Are Observational Studies Any Good?" October 2012.

Rutgers University, Department of Statistics, "Are Observational Studies Any Good?" October 2012.

Carnegie Mellon University, Department of Statistics, "Are Observational Studies Any Good?" October 2012.

Yale University, Department of Statistics, "Are Observational Studies Any Good?" October 2012.

SAMSI Opening Workshop on Data-Driven Decisions in Healthcare, "A Predictivist Approach to Observational Analyses in Healthcare," SAMSI, August 2012.

Atlantic Causal Inference Conference, "Big-Data-Driven Medicine," Baltimore, May 2012.

Interface 2012, "Massive Parallelization of Serial Inference Algorithms for a Complex Generalized Linear Model," Houston, TX, May 2012.

IMA Meeting on User-Centered Modeling, "Big-Data-Driven Medicine," Minneapolis, May 2012.

New York City Center for Innovation Through Data Intelligence, "Big-Data-Driven Medicine," New York City, April 2012.

University of Texas at Austin, "High-Dimensional Pharmacoepidemiology," Austin TX, April 2012.

ENAR Spring Meeting, "High-Dimensional Pharmacoepidemiology," Washington DC, April 2012.

Institute of Medicine Meeting on Healthcare Data, "High-Dimensional Pharmacoepidemiology," Washington DC, March 2012.

Wharton Business School, "Statistical Methods for Drug Safety Surveillance: Big Data to the Rsscue?" Philadelphia, December 2011.

New Paradigms in Clinical Trial Methodology Symposium, "Medicine meets Big Data," Research Triangle Park, NC, November 2011.

Drug Information Association Annual Meeting, "OMOP – A Summary of the Findings," Chicago, June 2011.

Drug Safety Research Unit 6th Biennial Conference - Signal Detection & Interpretation in Pharmacovigilance, London, "Signal Detection Methods," June 2011.

New York Machine Learning Meet-up, New York, "Bayesian model averaging – new tricks for an old dog," May 2011.

Café Science public lecture, New York, "How safe are your prescription drugs?" May 2011.

PhRMA/FDA Statistical Leaders Conference, Washington DC, "Bayesian methods in active surveillance," April 2011.

AcademyHealth, Electronic Data Methods Forum Symposium, Washington, DC, "OMOP Initial Findings," April 2011.

North Carolina State University, "Drug Safety", April 2011

DIA Computational Science Meeting, Washington DC, "Self-controlled methods for analyzing recurrent events in large-scale longitudinal data," March 2011.

Department of Mathematics and Statistics, Bowling Green State University, "Active Surveillane for Drug Safety," Bowling Green, OH, December 2010.

Second Annual Princeton Day of Statistics, "Active Surveillane for Drug Safety," Princeton, NJ, October 2010.

Workshop on Recent Advances in Bayesian Computation, "Big Bayesian Logistic Regression," Singapore, Septmeber 2010.

Joint Statistical Meetings, "The Observational Medical Outcomes Partnership," Vancouver, Canada, August 2010.

Sparsity Workshop, University of Bristol, "Sparse methods in drug safety," Bristol, U.K., June 2010.

Valencia 9 International Meeting on Bayesian Statistics, "Bayesian methods in pharmacovigilance," Benidorm, Spain, June 2010

CRiSM Workshop on Model Uncertainty, "Sequential Bayesian Model Averaging," Warwick, U.K., May 2010

Data Mining and Nonparametric Statistics conference, "Active Surveillane for Drug Safety," Columbus, OH, May 2010.

International Society for Pharmacoepidemiology, mid-year meeting, "Observational Medical Outcomes Partnership: Methods Update," Raleigh, NC, April 2010.

Department of Statistics, Harvard University, "Active Surveillane for Drug Safety," Cambridge, MA, March 2010.

Frontiers of Statistical Decision Making and Bayesian Analysis (in honor of Jim Berger), "Active Surveillance for Drug Safety," San Antonio, March, 2010.

American Society for Microbiology Biodefense Meeting, "A cross-species analysis of the CDC anthrax vaccie safety data," Baltimore, February, 2010.

DIMACS 20th Anniversary Conference, "Drug safety, port security, and anthrax: A DIMACS medley." New Jersey, November, 2009.

DIA 2nd Annual Conference on Signal Detection and Data Mining, "The OMOP Project." New York, November 2009.

Keynote Speaker at 11th Annual Johnson & Johnson Statistics Conference, "Post-marketing drug safety surveillance: new developments," New Jersey, October, 2009.

CDC Annual Anthrax Vaccine Research Meeting, "Correlates of protection, the bridge from animals to humans." September 2009.

Joint Statistical Meetings, "Sequential Bayesian Model Selection," Washington, DC, August 2009

IMS Medalion Lecture, WNAR Conferece, "High Dimensional Bayesian Classifiers," Portland, Oregon, June 2009.

Quality and Productivity Research Conferece, "High Dimensional Bayesian Classifiers," IBM Watson, June 2009.

Taft Competitive Lecture, University of Cincinatti, "How safe are your drugs?." May, 2009

Department of Biomedical Informatics, Columbia University, "Shrinkage methods for drug safety," New York, March 2009.

Roche Global Safety Science Meeting, "Logistic regression for drug safety," Vienna, Austria, February 2009.

Department of Statistics, Rice University, "Shrinkage methods for drug safety," Houston, TX, January 2009.

Department of Statistics, University of Illinois, "Shrinkage methods for drug safety," Champaign, IL, December 2008.

Drug Information Association Signal Detection and Data Mining workshop, "Shrinkage methods for drug safety," Washington DC, November 2008.

DIMACS Port Security Wokshop, "Efficient sequential decision making algorithms for container inspection operations," New Jersey, November 2008.

Psychiatry Institute, Columbia University, "Data mining and the drug development process: Safety," New York, September 2008.

Institute of Mathematical Statistics Annual Meeting, "High Dimensional Bayesian Classifiers," Singapore, July 2008.

International Conference on Machine Learning and Data Mining, half day tutorial, "Text Mining," Beijing, China, June 2008.

International Conference on Machine Learning and Data Mining, "Data mining and the drug development process: Safety," Beijing, China, June 2008.

International Indian Statistical Association Annual Meeting. "Data mining and the drug development process: Safety," University of Connecticut, May 2008.

10th Annual Symposium on Statistics in Psychiatry, "High-dimensional Bayesian classifiers," New York University, May 2008.

Brooklyn Law School, "Secrets of Vioxx: Lessons for Drug Safety," April 2008.

Columbia University, Department of Applied Mathematics, "High-dimensional Bayesian classifiers," April 2008.

NIH/NIAID, "Secrets of Vioxx: Lessons for Drug Safety," March 2008.

CDC Anthrax Vaccine Correlate of Protection Meeting, "Predictive modeling building for correlates of protection, " March 2008.

Tenth Annual Winter Workshop, Bayesian Model Selection and Objective Methods, University of Florida, "High-Dimensional Bayesian Classifiers," January 2008.

University of Pennsylvannia Wharton Business School, "Secrets of Vioxx: Lessons for Drug Safety in the Drug Development Process," December 2007.

University of Washington Department of Biostatistics, "Secrets of Vioxx: Lessons for Drug Safety in the Drug Development Process," November 2007.

Annual meeting of the International Society of Pharmacovigilance, Bournemouth, UK, "How to Shrink in Pharmacovigilance." October, 2007.

SIAM Conference on Mathematics for Industry, Philadelphia, PA, "Pharmacovigilance: new methods needed." October, 2007.

U. Penn Invitational Choice symposium, Philadelphia, PA,  "Statistical Analysis: Bigger and Bigger," June 2007.

Midwest Biopharmaceutical Statistics Workshop, Muncie IN, "Bayesian post-marketing drug safety surveillance," May 2007.

Yale University, "Lasso Logistic Regression: Recent Developmentsm" April, 2007.

ENAR Annual Meeting, Atlanta GA, "Bayesian post-marketing drug safety surveillance," March 2007.

Duke University, "Lasso Logistic Regression: Recent Developments" November, 2006.

CDC Anthrax Vaccine Research Program Seventh Annual Investigator's Meeting, "Non-Human Primate Study," Atlanta, GA, October 2006.

UCLA Undergraduate Statistics Program, "Localization in Wireless Networks", two-day practicum, June 2006, Los Angeles.

Classification Society of North America Annual Meeting, "The Power of the Prior," May 2006, New Jersey.

Workshop on The Science of Learning and the Teaching of Math and Science, "Facet-Based Learning," May, 2006, Rutgers University.

Data Mining in Pharmacovigilence, April 2006, Pfizer, New York City

Data Mining in Pharmacovigilence, March 2006, DIA Meeting, Washington, DC

University of Chicago, "Sparse Bayesian Classification", February 2006.

Data Mining in Drug Safety, February 2006, DIMACS Workshop

Bayesian Statistics VIII, June 2006, Valencia, Invited talk. (declined due to conflict)

Drug Information Association Tutorial on Data Mining for Pharmacovigilence, Washington D.C., January 2006.

CDC Anthrax Vaccine Research Program Sixth Annual Investigator's Meeting, "Non-Human Primate Study: Interim Report," Atlanta, GA, October 2005.

NISS Workshop in Honor of Jon Kettenring, Better Data Analysis with Prior Knowledge, September 2005.

SAMSI Workshop on Homeland Scurity and National Defence, Statistical Methods for Authorship Attribution, SAMSI, September 2005.

Mitre Workshop on the Significance of Bioinformatics to National Security, Washington D.C., June 2005

Plenary Address, Graybill Conference, "Text Mining," Colorado, June 2005.

Google, New York, "Text mining," April 2005

Princeton University, "Online logistic regression," March 2005

American Statistical Association, Florida Chapter, Annual Meeting, "From Sewage to Guns: 20 Years of Statistical Consulting", February 2005.

Florida State Unversity, "The statistical analysis of text data", February 2005

MCMSki Workshop, Bormio, Italy, "Text categorization", January 2005.

M2004 SAS Data Mining Conference, "Text mining", October, 2004

Pacific Northwest National Laboratory, "Bayesian Model Selection", October, 2004

Bell Labs, "Bayesian Location Estimation", October, 2004

JSM, Toronto, "Bayesian Location Estimation", August, 2004

Bertinoro, Italy, Workshop on the Mathematics of Web Search, "Statistical Analysis of text Data", June 2004.

Wharton Business School, "Bayesian text categorization," April 2004.

DIMACS Workshop on Data Mining and Epidemiology, "Data Mining: An Overview", March 2004.

Columbia University, "Statistical methods for the analysis of textual data", September 2003.

University of Aalborg, Denmark, "Bayesian graphical models for location determination", September 2003

SAMSI, "Statistical methods for the analysis of textual data", September 2003.

ISI, Berlin, "Text Categorization", August 2003.

DIMACS Working Group on Data Mining and Epidemiology, "Analysis of Hospital Discharge Data", May 2003.

Johns Hopkins University, "Text categorization", May 2003

North Carolina State University, "Text Categorization", May 2003

Cleveland Clinic, "Graphical Markov Models", December, 2002.

IBM TJ Watson, "Text Categorization", November, 2002

Educational Testing Service, "Sequential Monte Carlo Methods for Massive Datasets", November, 2002

University of Connecticut, "Text Categorization", September, 2002

IMS Annual Meeting, Banff, Canada, "Retrieval properties of large collections," July, 2002.

IMS Annual Meeting, Banff, Canada, "Bayesian analysis of hidden Markov models," July, 2002.

Keynote Speaker, 22nd International Symposium on Forecasting, Dublin, "Bayesian analysis of hidden Markov models", June 2002.

Bayesian Statistics VII, June 2002, Valencia, Invited discussion.

Duke University, "Text Categorization", May 2002.

University of California, Irvine, "Text Categorization", April 2002.

University of Southern California, "Text Categorization", April 2002.

New York University, "Bayesian analysis of hidden Markov models", April 2002.

DIMACS Epidemiology Workshop, "Some aspects of adverse events detection." March 2002.

Temple University, "Text Categorization", April 2002.

Haifa Winter Workshop on Computer Science and Statistics, Technion, Haifa, Israel, "Bayesian Analysis of Hidden Markov Models." December, 2001.

Haifa Winter Workshop on Computer Science and Statistics, University of Haifa, Israel, "Likelihood-based Data Squashing." December, 2001.

Columbia University, Graphical Models and Bayesian Networks: A History. October, 2001.

SCILS, Rutgers University, Bayesian statistical methods for digital traces, April, 2001.

Bell Labs, Data warehousing and reporting: a case study, January, 2001.

Rutgers University, Graphical Markov Models, December, 2000.

University of Washington. Data squashing. November 2000.

Royal Statistical Society Annual Meeting, University of Reading. Graphical Models and Bayesian Networks: A History. September, 2000.

University of Chicago Business School. Data squashing. November 1999.

Joint Statistical Meetings, August 1999, Baltimore. "Bayesian data mining in large frequency tables."

UW Mathday Plenary Speaker. Data in-Garbage out: How to twist the truth with statistics. March 1999.

Bell Labs, Bayesian Model Selection. January 1999.

Seventh International Workshop on AI and Statistics, Florida. Bayesian Graphical Models, Intention-to-Treat, and the Rubin Causal Model. January, 1999.

Bayesian Statistics VI, June 1998, Valencia, Invited discussion.

Bellcore, "Bayesian Collaborative Filtering" June 1998.

Cambridge University, Statistical Laboratory, "Noncompliance in clinical trials," October 1997.

Isaac Newton Institute for Mathematical Sciences, Cambridge, UK "Bayesian model averaging," October 1997.

Trinity College Dublin, "Bayesian model averaging," October 1997.

UW/Microsoft Data Mining Institute, "Bayesian model averaging," July 1997.

KDD-97, "Graphical models," August 1997.

"The World-Wide Web as a Statistical Producer," Derry, Northern Ireland, "Statistical Analysis of Web-Generated Data," April 1997.

International Association for Statistical Computing, Pasadena, CA, "Graphical Markov Models for Chain Graphs," February 1997.

Sixth International Workshop on AI and Statistics, Florida, "Bayesian Information Retrieval," January, 1997.

Royal Statistical Society, Special Session sponsored by the Research Section, Invited Talk, "Dealing with model uncertainty," September, 1996.

ETS, Princeton, New Jersey, August 1996, "Bayesian model averaging."

Joint Statistical Meetings, August 1996, Chicago. "Bayesian information retrieval."

First European Conference on Highly Structured Stochastic Systems, Rebild, Denmark, May 1996.

INFORMS (formerly ORSA-TIMS) meeting, May 1996, Washington DC, "New developments in Bayesian model averaging."

Departments of Philosophy and Statistics, Carnegie-Mellon University, Invited talks, May 1996.

ENAR meetings, Richmond, VA, and ISDS, Duke University, "Model Selection and Averaging with Biostatistics applications," March 1996, invited.

Department of Mathematical Sciences, University of Alaska at Fairbanks, February 1996, invited.

NIPS Conference, Vail, Colerado December 1995, "Bayesian model averaging and model selection for Markov equivalence classes of acyclic digraphs"

Model Uncertainty Workshop, Bath, England, June 1995, "New developments in Bayesian model averaging."

Algebraic Methods in Multivariate Statistics, Oberwolfach, Germany, July 1995.

Workshop on Maximum Entropy and Bayesian Methods, Sante Fe, July 1995, "New developments in Bayesian model averaging."

Department of Psychology, UW, Facet-based Learning for Statistics, April, 1995

Fifth International Workshop on Artificial Intelligence and Statistics, Florida, Plenary Talk, "Test selection for graphical models," January 1995.

Department of Statistics, UW, Facet-based Learning for Statistics, December, 1994

European Conference on Hypermedia Technology, Edinburgh, Scotland, September 1994, "Repertory hypergrids: An application to clinical practice guidelines."

Bell Communications Research, August 1994, "Repertory hypergrids for hypermedia."

Bell Laboratories, August 1994, "Model Uncertainty" .

IMS Meeting, June 1994, Chapel Hill, "Computations for Bayesian graphical models."

Bayesian Statistics V, June 1994, Valencia, "Improving the predictive performance of Bayesian graphical models."

The Seventh Annual Florida Artificial Intelligence Research Symposium, May 1994. "Building Bayesian models for intelligent tutoring systems."

Joint Statistical Meetings, August 1993, San Francisco. "Accounting for Model Uncertainty."

First ACM Workshop on Multimedia in Medical Education, August 1993, Anaheim. "Multimedia tools for Cancer Pain Education."

Bayes Factors and Sensitivity Analysis Workshop, Febuary 1993, UCLA. "Bayesian graphical models."

Society for Medical Decision Making, October 1992, Portland, Oregon. "Bayesian Statistics."

Joint Statistical Meetings, August, 1992, Boston. "Model Selection and Accounting for Model Uncertainty in Graphical Models using Occam's Window."

The Second International Conference on Music Perception and Cognition, February, 1992, Los Angeles. "Development of a Data-based Expectancy Model."

## Scholarly Service Activities:

### Scholarly Journals

Editor, *Statistical Science*, 2011-2013.

Editor-in-Chief, *Statistical Analysis and Data Mining*, 2013-2015.

Editor-in-Chief, *Statistical Science*, 2008-2010 (Impact Factor 3.523, highest in Statistics).

Editorial Board, *Therapeutic Innovation and Regulatory Science*, 2013-

Editorial Board, *International Journal of Occupational and Environmental Health*, 2012-

Advisory Board, Wiley Interscience Review Series (WIRES) On Data Mining And Knowledge Discovery, 2008-

Editorial Board, *Foundations and Trends in Machine Learning*, 2007-

Senior Associate Editor, *Advances in Disease Surveillance*, 2005-.

Advisory Board, *Bayesian Analysis,* 2004-2006.

Action Editor, *Journal of Machine Learning Research*, 2003-2006.

Associate Editor, *Journal of Computational and Graphical Statistics*, 1997-2002.

Associate Editor, *Journal of the Royal Statistical Society (Series B)*, 1995-1999.

Editor of special issue of the *International Journal of Human-Computer Studies*: "Knowledge-based hypermedia," 1995.

Editorial Board for the *Handbook of Knowledge Discovery and Data Mining,* 1997-2000.

Editorial Board for the *Journal of Data Mining and Knowledge Discovery,*1996-2004.

### Professional Societies

Chair, Ad-Hoc IMS Committee to select the editor-in-chief of the *Statistical Science*, 2012.

IMS representative to the steering committee for the International Year of Statistics, 2013.

Program Chair, Statistical Learning and Data Mining Section, American Statistical Association, 2009-2010.

Chair, ISBA Constitution and Bylaws Committee, 2009-2014

Program Chair, Institute of Mathematical Statistics, 2005.

Member, Ad-Hoc IMS Committee to select the editor of the *Annals of Applied Statistics*, 2006.

Member, Ad-Hoc ISBA Committee to select the editor of *Bayesian Analysis*, 2006.

Elected Member of the ISBA Board (International Society Bayesian Analysis), 2005-2006.

Program Chair, Statistical Computing Section, American Statistical Association, 2003-2004.

### Conferences

Chair, Organizing Committee for International Year of Statistics Capstone Workshop, 2012-13.

Member, Senior Program Committee, KDD-2011.

Member, Program Committee, 2nd International Conference on Algorithmic Decision Theory, DIMACS, 2011

Co-Chair, BioSurveillance 2007: NSF BioSurveillance Workshop: Systems and Case Studies.

Student Awards Chair, KDD-2004, *The ACM SIGKDD International Conference on Knowledge Discovery and Data Mining*.

Member of the Organizing Committee for the National Syndromic Surveillance Conference, 2003, 2004.

Member of the KDD-2003, *The ACM SIGKDD International Conference on Knowledge Discovery and Data Mining*, Best Paper Award Committee, 2003.

Program Chair, KDD-1999, *The ACM SIGKDD International Conference on Knowledge Discovery and Data Mining*.

Program Chair, AISTATS-07, *Sixth International Workshop on Artificial Intelligence and Statistics*, 1997.

Member of the program committee for Association for Computing Machinery Special Interest Group on Infromation Retrieval Annual Conference (ACM SIGIR)-2002, 03, 04.

Member of the program committee for KDD-95, 96, 97, 98, 99, 00, 01, 02, & 2004 Knowledge Discovery in Databases.

Member of the program committee for UAI-95, 96, 97, 98, 99, 02, 03 & 04, the Annual Conference on Uncertainty in Artificial Intelligence.

Member of the program committee for AISTATS-95, 97, 99, 01, 03 & 05, the International Workshop on Artificial Intelligence and Statistics.

Member of the program committee for IDA-01, Intelligent Data Analysis.

Co-organizer, Worskhop on Learning in Graphical Models, NIPS, Colorado, December, 1995.

Co-Chair for Institute of Mathematical Statistics/National Science Foundation Graphical Models Summer Workshop, 1997.

Member of the program committee for Florida Artificial Intelligence Research Symposium (FLAIRS) 1996 & 1997 Uncertain Reasoning in Artificial Intelligence Track, Florida.

### Government

Member, FDA Advisory Committee on Drug Safety and Risk Management, 2011-2014.

NIH Panel member, Special Emphasis Panel/Scientific Review Group 2012/10 ZRG1 PSE-B (02) M, May 2012.

Member, NAS-NRC Committee on Massive Data, 2010-2011.

Member, FDA Science Board -- CDER sub-committee, 2010-2011.

Science Foundation Ireland Mathematics Review Panel, March, 2005, October 2005, February 2006, November 2006, March 2007.

National Science Foundation Artificial Intelligence and Cognitive Science Review Panel, 2004

National Science Foundation Statistics Review Panel, 2003, 2004, 2007

Member of the Institute of Medicine Committee to Review the CDC Anthrax Vaccine Safety and Efficacy Research Program, 2000-2002.

### Other

External Review Committee for Statistics (Chair), Carnegie Mellon University, 2013.

Member, DIMACS Advisory Board, 2013-

Member, Advisory Board, University of Maryland "Development and Evaluation of Search Technology for Discovery of Evidence in Civil Litigation." 2011-2014.

Co-Organizer of Summer 2011 Undergraduate "Explorations in Statistics" camp, 30 students.

Member, Advisory Board, Command, Control, and Interoperability Center for Advanced Data Analysis, A Department of Homeland Security Center of Excellence, 2010-

External Review Committee for Biostatistics, Columbia University, May 2012

External Review Committee for Statistics, Harvard University, April 2010.

External Review Committee for Statistics (Chair), Duke University, 2009.

External Review Committee for Statistics, University of North Carolina, 2008.

Editorial Board, ASA-SIAM Series on Statistics and Applied Probability, 2006-2008.

Series Editor, Chapman and Hall Computer Science and Data Analysis Series, 2002-present

External Examiner for PhD Dissertation of Susanne Bottcher, Aalborg University, Denmark, June 2004.

External Examiner for PhD Dissertation of Bo Thieson, Aalborg University, Denmark, September 1996.

## Recent Consulting Activities:

Consultant, Aris Global, 2012.

Consultant, Emergent Biosolutions, 2012-2013.

Consultant, Pharmaceutical Development Group, Inc., 2012.

Consultant, DaVita Inc., 2010.

Consultant, Boehringer Ingelheim, 2010.

Consultant, Foundation for the NIH, OMOP, 2009-

Consultant, CDC Anthrax Vaccine Research program, 2005-2010.

Consultant, Skarven Enterprises/Boeing, 2003-2012.

Consultant, Wyeth Pharmaceutical, 2006, 2008-09.

Consultant, Novartis Inc., 2006-2008.

Consultant, Takeda Inc., 2008, 2011.

Consultant, Pfizer Inc., 2007-2008.

Consultant, Adready Inc., 2008.

Consultant, Jarvik Heart Inc., 2009-.

Consultant, GSK Inc., 2009.

Advisory Board, mediGuard/Quintiles, 2007-2011.

Consultant in litigation related to Actos, Celebrex, Depakote, Fosamax, Ibuprofen, Pradaxa, Raptiva, Silzone, Seroquel, Texaco versus Ecuador, Tysabri, Vioxx, Vytorin, Yaz/Yasmin.

## PhD Committee Chairmanships:

1. Jeremy C. York, Dissertation Title: " Bayesian Methods for the Analysis of Misclassified or Incomplete Multivariate Discrete Data." PhD Awarded 1992. Winner of the Savage Outstanding Dissertation Award. Currently employed at amazon.com, Seattle.

2. Jennifer Hoeting, Dissertation Title: "Accounting for Model Uncertainty in Linear Regression." PhD Awarded 1994 (joint with Adrian Raftery). Currently Professor at Colorado State University.

3. Chris Volinsky, Dissertation Title: " Bayesian Model Averaging in Censored Survival Models." PhD Awarded 1997 (joint with Adrian Raftery). Currently employed at AT&T Laboratories - Research.

4. Andrew Schaffner, Dissertation Title: "Tools for the Advancement of Undergraduate Statistics Education." PhD Awarded 1997. Currently Associate Professor at California Polytechnic State University, San Luis Obispo.

5. Michelle Keim, Dissertation Title: "Bayesian Information Retrieval." PhD Awarded 1997. Currently employed at Detectent, San Diego.

6. Cibele daSilva, Capture-recapture methodology for bowhead whales. PhD Awarded 1999.

7. Greg Ridgeway, Learning Massive Bayesian Networks. PhD Awarded 1999. Currently employed at National Insitute of Justice.

8. Susana Eyheramendy, Text categorization. PhD Awarded 2003. Currently Assistant Professor, Department of Statistics, Pontificia Universidad Catolica de Chile.

9. Ivan Zorych, Location estimation in wireless networks, PhD Awarded 2005 (NJIT/Rutgers). Currently Research Scientist at Columbia University.

10. Aimin Feng, Bayesian methods for post-marketing drug safety surveillance, PhD Awarded 2006 Currently employed at Novartis.

11. Denise Chang, Individualized hospital report cards, PhD Awarded 2006. Currently employed at Sanofi-Aventis.

12. Suhrid Balakrishnan, Algorithms and Applications for Classifiers of Massive and Structured Data Problems, PhD Awarded 2007. Currently employed at AT&T Labs Research.

13. Jerry Cheng, Bayesian Methods for Non-Standard Missing Data Probems, PhD Awarded 2010. Currently Assistant Professor, UMDNJ/Rutgers.

14. Shouhou Zhou, Bayesian Predictive Model Selection Criteria, PhD Awarded 2010. MD Anderson.

15. Shawn Simpson, Self-controlled methods for postmarketing drug safety surveillance in large-scale longitudinal data, PhD Awarded 2011. Currently Assistant Professor at Columbia University

Current: Ed Cheng, Zach Shahn

## PhD Committee Memberships:

### UW PhD Reading Committees
Mayumi Adachi, Department of Music
Denise Draper, Department of Computer Science
Geof Givens, Department of Statistics
Steven Lewis, Department of Statistics
Heike Blossey, Department of Statistics
Jeremy York, Department of Statistics (Chair)
Jennifer Hoeting, Department of Statistics (Chair)
David Bradshaw, Department of Music
Craig Donovan, SIPhD
Dan Hershman, Department of Music
Tapas Kanungo, Department of Electrical Engineering

### UW PhD Committees
Carlos Diaz Avalos, Department of Statistics
Lang Wu, Department of Statistics
Renato Assuncao, Department of Statistics
Dave Higdon, Department of Statistics
Brian Hopkins, Department of Mathematics
Shili Lin, Department of Statistics
Brian Lockyear, Department of Computer Science
Badr al Badr, Department of Electrical Engineering
Tapas Kanungo, Department of Electrical Engineering
Michael Heeley, Business School
Kyung-Im Sung, Department of Electrical Engineering

### Rutgers PhD Committees
William McLoughlin, Department of Chemistry
Francis Mendez, Business School, RU Newark
Qi Xia, Department of Statistics

Pai-Hsi Huang, Department of Computer Science
Yihua Wu, Department of Computer Science
Aynur Dayanik, Department of Computer Science
Dmitriy Fradkin, Department of Computer Science
Ying Sun, School of Communication, Information and Library Studies
Jun Li, Department of Statistics
Yong Wang, Department of Genetics

### Rutgers MS Committees
Saumitr Pathak, Department of Electrical and Computer Engineering

### Columbia PhD Committees
Lucy Robinson, Department of Statistics
Jane Paik, Department of Statistics
Mladen Laudanovic, Department of Statistics
Ragna Haraldsdottir, Department of Statistics
Tyler McCormick, Department of Statistics
Kamiar Rahnama Rad, Department of Statistics
Pannaga Shivaswamy, Department of Computer Science
Xiaoyan Wang, Department of Biomedical Informatics
Anil Raj, Department of Applied Physics and Applied Mathematics
Ivor Cribben, Department of Statistics
Ying Liu, Department of Statistics


## Teaching:

### Columbia University
Applied Statistical Methods (W2025), Spring 2012, Spring 2013
Introduction to Statistical Methods (W3005), Fall 2012
Statistical Consulting, Fall 2008, Spring 2009, Fall 2009, Spring 2010, Fall 2010, Spring 2011
Data Mining, Fall 2008
Applied Statistics (G6101-2): Fall 2007 - Spring 2008.
Introduction to Statistical Reasoning (W1001): Spring 2010, Fall 2010.

### Rutgers University
Bayesian Data Analysis: Fall 2002, Spring 2003, Spring 2004, Spring 2006
Data Mining: Spring 2001, Spring 2002, Fall 2003, Fall 2004.
Computing and Graphics in Applied Statistics (486): Fall 2001.
Mathematical Statistics (583): Spring 2003.
Mathematical Statistics (384): Spring 2007.

### University of Washington
Introductory Statistics (311): Spring 1992, Fall 1992, Winter 1994, Spring 1995, Fall 1995, Spring 1997
Mathematical Statistics (341): Fall 1991, Winter 1991
Mathematical Statistics (342): Spring 1991

Introductory Statistics for Social Scientists (361-2): Fall-Winter 1998-9
Statistics for Engineers (390): Fall 1990, Spring 1993, Fall 1994, Winter 1995, Spring 1996
Stochastic Processes (396): Spring 1992
Mathematical Statistics (481): Fall 1993
Scientific Computing (535): Winter 1996, Winter 1997
Graphical Models (592): Fall 1991, Winter 1994, Spring 1995 (overload)
Statistical Consulting (598): Winter 1991, Fall 1992, Spring 1993

## University Service:

### Columbia Service Activities

Chair, Provost's Faculty Committee on Online Learning, 2013-
Chair, Columbia Shared Research Computing Policy Advisory Committee, 2011-
Executive Committee, Columbia Institute for Data Sciences and Engineering, 2012-
Member, Search Committee for Biostatistics Chair, 2012.
Member, Advisory Committee, Institute for Statistics and the Brain, 2012-
Member, Review Committee for Biostatistics Department, 2011.
Executive Committee, School of Continuing Education, 2011-2014
Chair, Arts and Science Committee on Classroom Technology, 2011-2
Member, Task Force on Benefits, 2010-2011.
Member, Provost's Committee on Retirement, 2011-2.
Member, Arts and Sciences Space Committee, 2009-
Chair, Search Committee for Dean of the School of Continuing Education, 2008.
Ad-hoc promotion committees (2)

### Rutgers Service Activities

Lecturer in workshop for high school teachers on Mathematics in Homeland Security, DIMACS, 2007.
Member of the Faculty of Arts and Sciences Transition Team, 2006.
Member of the Faculty of Arts and Sciences Budget Reduction Committee, 2005-06.
Member of the Faculty of Arts and Sciences Appointments and Promotions Committee, 2003-04.
Member of Organizing Committee for DIMACS Special Focus on Data Mining, 2001-.
Member of Organizing Committee for DIMACS Special Focus on Epidemiology, 2002-.
Co-Organizer of the DIMACS Working Group on Adverse Event and Disease Reporting, Surveillance, and Analysis.
Chair, DIMACS Associate Director Search Committee, 2005-06.
Member, Rutgers University Computer Coordinating Council, 2005-

### UW Service Activities

Chair of the Department Computing Committee, 1994-1999.
MS Applied Exam Committee, 1991-1999 (chair in 1993)
PhD Applied Exam Committee, 1993 (reader in other years)
Graduate Program Director, 1998-1999
UW Advisory Board on Accountability, 1998-1999
Seminar Series on Graphical Models, 1990-1991 (with Russell Almond)

Multivariate Analysis and Graphical Models of Association (MAGMA) Seminar Series, 1993-1994, 1996 (with Michael Perlman)

Seminar Co-ordinator, 1991-1992 (including PNWSM)

Director of Consulting, 1993-1994

Mathday Lecture, 1994, 1995, 1997, & 1998

College of Arts and Sciences Distance Learning/Instructional Technology Task Force, 1996

College of Arts and Sciences Graduation Committee, 1996-1998.

UW Distinguished Teaching Award Committee, 1996 and 1997.

Chair, Review Committee for UW Math Science Computing, 1996.

Exhibit B

EXHIBIT B

*Graeme Robert Peterson v. Merck*
Federal Court of Australia, Melbourne, Australia
Vioxx and Cardiovascular Risk
Trial Testimony: May 12-15, 2009

*Chevron v. The State of Ecuador*
Washington, D.C.
Comments on the Expert Report of Dr. George Easton'
International Arbitration Testimony; April 10, 2009

*Pfizer Securities Litigation.*
U.S. District Court, Southern District of New York,
No. 04 Civ. 09866
Celebrex and Cardiovascular Risk.
Deposition Testimony: June 11, 2009
Daubert Testimony: October 20-22, 2009

*Andersen v. St. Jude Medical, Inc.*
Ontario Superior Court of Justice,
No. 00-cv-195906CP
A Statistical Evaluation of the AVERT Silzone Heart Valve Study
Toronto, Canada
Trial Testimony: June 21-22, 2010

*Plaintiffs v. Astra Zeneca*
New York, NY
Seroquel and Weight Gain
Deposition Testimony: March 3, 2011

*Merck ERISA Litigation*
U.S. District Court, District of New Jersey
MDL 1658; 3:05 cv 01151-SRC-TJB;3:05 cv 02369-SRC-TJB
Vioxx and Cardiovascular Risk.
Deposition Testimony: May 11, 2011

*Plubell v. Merck & Co., Inc.,*
Circuit Court of Jackson County, Missouri No.
04-cv-235817
Vioxx and Cardiovascular Risk
Deposition Testimony: September 27 & 28, 2011 and January 10, 2012

*Plaintiffs v. Bayer*
Yasmin and YAZ
MDL Number 2100.
Deposition Testimony: October 13, 2011

*In re Schering Plough Corp. Sec. Litig/ENHANCE Securities Litig.*; *In re Merck & Co., Inc.*
*Vytorin/Zetia Sec. Litig.*
U.S. District Court, District of New Jersey
No. 08-397; No. 08-2177
Vytorin and the ENHANCE clinical trial
Deposition Testimony: November 22, 2011

*Raptiva Litigation*
Superior Court for the State of California for County of Alameda,
RG10-494957
Deposition Testimony: December 14, 2011

*Hunt v. McNeil Consumer Healthcare*
United States District Court for the Eastern District of Louisiana
No. 2:11-cv-00457-JTM-KWR
Ibuprofen Litigation
Deposition Testimony: June 22, 2012

*Fosamax Litigation*
United States District Court for the District of New Jersey,
No. 3:11-cv-05304
Deposition Testimony: December 7, 2012; Trial Testimony: April 15, 2013

*Kentucky v. Merck & Co., Inc.*
Franklin Circuit Court, Commonwealth of Kentucky,
No. 90-CI-1671
Vioxx and Cardiovascular Risk
Deposition Testimony: May 3, 2013

# Exhibit C

# Documents Relied Upon

## Exhibits

- PX 5, 7, 10, 12, 13-16, 25-29, 31, 33-35, 39, 40, 41, 50, 62, 80, 83, 85, 87, 95-96, 103, 105, 109, 114, 117, 124-127, 132-134, 136-138, 149, 218, 233, 236, 244, 251, 254, 258, 268-270, 276, 293-297, 298, 298A, 299-304, 305, 305A, 306-311, 317, 319, 320, 323-324, 329-330, 331, 332-337, 338, 339, 342, 347, 348, 349-350, 351, 352, 353, 356, 357, 358-360, 362-374, 376-377, 380, 383, 395, 410, 413, 415, 417-420, 423-426, 429, 431-433, 435-436, 438-446, 448, 452-455, 460-462, 466-468, 470-472, 475, 525-526, 532, 539-540, 545, 604-646, 665, 677-684, 695, 713, 721, 745, 749-750, 753, 763, 766, 795, 922, 936, 949

## Deposition and Other Transcripts

- Deposition Transcript of Joshua Chen dated March 1, 2013
- Deposition Transcript of Deborah Shapiro dated March 6, 2013
- Deposition Transcript of Raymond Bain dated March 21, 2013
- Deposition Transcript of Garret FitzGerald dated April 23, 2013
- Deposition Transcript of James Bolognese dated May 8, 2013
- Deposition Transcript of John Oates dated May 16, 2013
- Deposition Transcript of Eliav Barr dated May 21, 2013
- Deposition Transcript of Alise Reicin dated June 7, 2013
- Deposition Transcript of Block, 160:18 to 161:2, 116:19 to 23, 118:16 to 119:20
- Deposition of Reines, 54:19 to 55:21
- Deposition of Lines, 73:11 to 18; 131:11 to 24

## News

- News articles including, but not limited to:

  - Elyse Tanouye & Robert Langreth, *Time's Up: With Patents Expiring on Big Prescriptions, Drug Industry Quakes – Top Firms Gird for Onslaught From Generics, Scramble to Develop New Products*, THE WALL STREET JOURNAL, August 12, 1997

  - Kristine Conner, *Garret FitzGerald, Renaissance Man*, PENN MED., Spring 2001

  - Interview:  Merck CEO Ray Gilmartin (PBS NewsHour broadcast October 29, 2004) (transcript)

- o Heather A. Davis, *When Good Drugs Turn Bad*, PENN CURRENT, November 4, 2004

- o *Results Mixed on Merck's New Painkiller* (Fox News broadcast November 13, 2006)

- o *Science and Mission at Risk:  FDA's Self Assessment: Hearing Before Subcommittee on Oversight and Investigations of the H. Comm. on Energy and Commerce,* 110th Cong. (January 29, 2008) (Testimony of Dr. Garret A. FitzGerald)

- o Press Release, NSAIDs and Cardiovascular Risk Explained, According to Studies from the Perelman School of Medicine, (May 2, 2012), http://www.uphs.upenn.edu/news/News_Releases/2012/05/risk/

- o *Merck Statement on Article in The Archives of Internal Medicine Involving VIOXX* (November 23, 2009), http://www.evaluategroup.com/Universal/View.aspx?type=Story&id=200709

## Bates Stamped Documents

- CAL0000432
- FDACDER008400
- FITZG-000387
- FITZG-001778
- FITZG-002319
- FITZG-002563
- FITZG-002566
- GFITZ-1658 000001
- GFITZ-1658 000002
- GFITZ-1658 000040
- GFITZ-1658 000086
- GFITZ-1658 000088
- GFITZ-1658 000093
- GFITZ-1658 000106
- GFITZ-1658 000126
- GFITZ-1658 000322
- GFITZ-1658 000334
- GFITZ-1658 000374
- GFITZ-1658 000388
- GFITZ-1658 000431

- GFITZ-1658 000434
- GFITZ-1658 000438
- GFITZ-1658 000792
- GFITZ-1658 000976
- GFITZ-1658 001100
- GFITZ-1658 001144
- GFITZ-1658 001200
- GFITZ-1658 001247
- GFITZ-1658 001277
- GFITZ-1658 001432
- GFITZ-1658 001485
- GFITZ-1658 001518
- GFITZ-1658 001899
- GFITZ-1658 002172
- GFITZ-1658 002181
- GFITZ-1658 002226
- GFITZ-1658 002245
- GFITZ-1658 002341
- GFITZ-1658 002351
- GFITZ-1658 002383
- GFITZ-1658 002402
- GFITZ-1658 002425
- GFITZ-1658 002429
- GFITZ-1658 002431
- GFITZ-1658 002465
- GFITZ-1658 002484
- GFITZ-1658 002488
- GFITZ-1658 002494
- GFITZ-1658 002533
- GFITZ-1658 002613
- JDN02378
- MAD000001
- MAD000215
- MAD002057-2074
- MAD002075-2076
- MAD002077-2078
- MAD002047-2056
- MAK00300
- MRK- ACF0002700
- MRK- ACF0003791
- MRK-00420000774
- MRK-00420012526
- MRK-00420018237
- MRK-00420018254

- MRK-01420115559
- MRK-1420167097
- MRK-1420167265
- 2000 NEMJ 000028
- MRK-420013584
- MRK-99420024841
- MRK-99420025460
- MRK-AAA0000862
- MRK-AAA0002509
- MRK-AAA0002566
- MRK-AAA0002593
- MRK-AAA0002688
- MRK-AAA0002756
- MRK-AAA0003306
- MRK-AAA0017198
- MRK-AAA0017214
- MRK-AAA0017231
- MRK-AAA0017381
- MRK-AAA0017391
- MRK-AAA0017611
- MRK-AAA0033476
- MRK-AAA0056487
- MRK-AAB0000821
- MRK-AAB0000975
- MRK-AAB0006080
- MRK-AAB0010561
- MRK-AAB0016187
- MRK-AAB0023576
- MRK-AAB0032751
- MRK-AAB0056491
- MRK-AAB0059397
- MRK-AAB0059492
- MRK-AAB0059510
- MRK-AAB0059993
- MRK-AAB0060021
- MRK-AAB0060252
- MRK-AAB0060258
- MRK-AAB0060340
- MRK-AAB0060447
- MRK-AAB0060638
- MRK-AAB0060658
- MRK-AAB0060919
- MRK-AAB0061643
- MRK-AAB0061716

- MRK-AAB0061800
- MRK-AAB0062117
- MRK-AAB0063672
- MRK-AAB0063679
- MRK-AAB0064361
- MRK-AAB0069342
- MRK-AAB0079297
- MRK-AAB0085871
- MRK-AAB0095638
- MRK-AAB0101594
- MRK-AAB0103832
- MRK-AAB0120451
- MRK-AAB0123125
- MRK-AAC0001654
- MRK-AAC0001663
- MRK-AAC0009608
- MRK-AAC0010092
- MRK-AAC0010273
- MRK-AAC0014464
- MRK-AAC0022439
- MRK-AAC0023819
- MRK-AAC0025973
- MRK-AAC0041016
- MRK-AAC0043604
- MRK-AAC0046594
- MRK-AAC0046632
- MRK-AAC0046675
- MRK-AAC0046677
- MRK-AAC0046712
- MRK-AAC0046713
- MRK-AAC0046714
- MRK-AAC0046860
- MRK-AAC0053171
- MRK-AAC0053835
- MRK-AAC0055638
- MRK-AAC0055642
- MRK-AAC0056638
- MRK-AAC0067677
- MRK-AAC0069659
- MRK-AAC0074588
- MRK-AAC0081214
- MRK-AAC0084661
- MRK-AAC0088387
- MRK-AAC0095534

- MRK-AAC0095651
- MRK-AAC0097104
- MRK-AAC0097495
- MRK-AAC0104891
- MRK-AAC0106849
- MRK-AAC0107269
- MRK-AAC0107975
- MRK-AAC0114291
- MRK-AAC0131504
- MRK-AAC0131829
- MRK-AAC0140348
- MRK-AAC0142751
- MRK-AAC0143004
- MRK-AAC0155109
- MRK-AAC0163386
- MRK-AAC0164402
- MRK-AAC0164883
- MRK-AAC0164902
- MRK-AAC0165144
- MRK-AAC0165507
- MRK-AAC0165510
- MRK-AAC0165545
- MRK-AAC0168688
- MRK-AAC0178440
- MRK-AAC0183599
- MRK-AAC0189816
- MRK-AAC0190076
- MRK-AAD0014229
- MRK-AAD0016931
- MRK-AAD0016942
- MRK-AAD0019572
- MRK-AAD0019783
- MRK-AAD0022288
- MRK-AAD0022987
- MRK-AAD0032864
- MRK-AAD0046029
- MRK-AAD0046104
- MRK-AAD0046109
- MRK-AAD0046595
- MRK-AAD0046618
- MRK-AAD0046654
- MRK-AAD0046671
- MRK-AAD0046671
- MRK-AAD0046709

- MRK-AAD0046731
- MRK-AAD0046787
- MRK-AAD0054994
- MRK-AAD0055039
- MRK-AAD0055169
- MRK-AAD0055387
- MRK-AAD0086535
- MRK-AAD0088708
- MRK-AAD0091118
- MRK-AAD0107004
- MRK-AAD0112627
- MRK-AAD0120092
- MRK-AAD0122952
- MRK-AAD012442
- MRK-AAD0137223
- MRK-AAD0153075
- MRK-AAD0163775
- MRK-AAD0175269
- MRK-AAD0197519
- MRK-AAD0201276
- MRK-AAD0207339
- MRK-AAD0213764
- MRK-AAD0239621
- MRK-AAD0274608
- MRK-AAD0283439
- MRK-AAD0356476
- MRK-AAD0384813
- MRK-AAD0405964
- MRK-AAD0405996
- MRK-AAD0421366
- MRK-AAD0421748
- MRK-AAD0441677
- MRK-AAD0492741
- MRK-AAD546625
- MRK-AAF0003308
- MRK-AAF0004103
- MRK-AAF0004103
- MRK-AAF0005350
- MRK-AAF0005536
- MRK-AAF0015398
- MRK-AAX0000710
- MRK-AAX0001417
- MRK-AAX0002587
- MRK-AAX0004170

- MRK-AAX0009059
- MRK-AAZ0004638
- MRK-AAZ0007066
- MRK-ABA0002988
- MRK-ABA0009600
- MRK-ABA0010768
- MRK-ABA0011178
- MRK-ABA0028222
- MRK-ABA0035605
- MRK-ABA0045057
- MRK-ABA0050046
- MRK-ABA0050161
- MRK-ABA0050403
- MRK-ABA0050408
- MRK-ABC000003
- MRK-ABC0000068
- MRK-ABC0002065
- MRK-ABC0002197
- MRK-ABC0006394
- MRK-ABC0006396
- MRK-ABC0006405
- MRK-ABC0006407
- MRK-ABC0006410
- MRK-ABC0006422
- MRK-ABC0013427
- MRK-ABC0016726
- MRK-ABC0016735
- MRK-ABC0022825
- MRK-ABC0024673
- MRK-ABC0026002
- MRK-ABC0026436
- MRK-ABC0026499
- MRK-ABC0027128
- MRK-ABC0027786
- MRK-ABC0034908
- MRK-ABC0037091
- MRK-ABC0050063
- MRK-ABC0052006
- MRK-ABC0052177
- MRK-ABC0052193
- MRK-ABC0052199
- MRK-ABD0001705
- MRK-ABD0001710
- MRK-ABD0001721

- MRK-ABD0001988
- MRK-ABF0001581
- MRK-ABH0014002
- MRK-ABH0014093
- MRK-ABH0014364
- MRK-ABH0016219
- MRK-ABH0016219
- MRK-ABH0016219
- MRK-ABH0017386
- MRK-ABH0017387
- MRK-ABH0017398
- MRK-ABH0017406
- MRK-ABH0017410
- MRK-ABH0017716
- MRK-ABH0017838
- MRK-ABH0017858
- MRK-ABH0017858
- MRK-ABH0017880
- MRK-ABH0022309
- MRK-ABH0022313
- MRK-ABH0024288
- MRK-ABH0026550
- MRK-ABI0002384
- MRK-ABK0002641
- MRK-ABK0011940
- MRK-ABK0025697
- MRK-ABK0026211
- MRK-ABK0073968
- MRK-ABK0074988
- MRK-ABK0080779
- MRK-ABK0100900
- MRK-ABK0104408
- MRK-ABK0108441
- MRK-ABK0159455
- MRK-ABK0187614
- MRK-ABK0205258
- MRK-ABK0280237
- MRK-ABK0297365
- MRK-ABK0307174
- MRK-ABK0311052
- MRK-ABK0317795
- MRK-ABK0333383
- MRK-ABK0363858
- MRK-ABK0428132
- MRK-ABK0428276

- MRK-ABK0448613
- MRK-ABK0460833
- MRK-ABK0460838
- MRK-ABK0463305
- MRK-ABK0468077
- MRK-ABK0494756
- MRK-ABO0000441
- MRK-ABS0146743
- MRK-ABS0295238
- MRK-ABS0369681
- MRK-ABS0388796
- MRK-ABS0449820
- MRK-ABS0461574
- MRK-ABT0000639
- MRK-ABT0015885
- MRK-ABT0022639
- MRK-ABT0022723
- MRK-ABT0068727
- MRK-ABT0079348
- MRK-ABW0001267
- MRK-ABW0003801
- MRK-ABW001257
- MRK-ABW0018026
- MRK-ABX0022685
- MRK-ABX0027010
- MRK-ABY0014109
- MRK-ABY0022511
- MRK-ABY0023690
- MRK-ABY0024769
- MRK-ABY0025039
- MRK-ABY0025119
- MRK-ABY0057471
- MRK-ABY0057552
- MRK-ABY0063251
- MRK-ABY0065686
- MRK-ABY0069293
- MRK-ABY0074496
- MRK-ABY0074496
- MRK-ABY0084294
- MRK-ABY0086773
- MRK-ABY0089911
- MRK-ABY0098274
- MRK-ABY0110954
- MRK-ABY0120497

- MRK-ABY0134849
- MRK-ABY0139633
- MRK-ABY0153362
- MRK-ABY0164123
- MRK-ABY0180065
- MRK-ABY0180952
- MRK-ABY0180955
- MRK-ABY0182922
- MRK-ABY0194317
- MRK-ABY0199805
- MRK-ABY0199807
- MRK-ABY0199809
- MRK-ABY0199813
- MRK-ABY0199813
- MRK-ABY0201465
- MRK-ABY0204860
- MRK-ABY0215490
- MRK-ACC0000027
- MRK-ACC0011150
- MRK-ACC0024645
- MRK-ACC0055701
- MRK-ACC0055703
- MRK-ACC0095512
- MRK-ACC0106934
- MRK-ACD0083809
- MRK-ACD0101888
- MRK-ACF0000097
- MRK-ACF0001772
- MRK-ACF0002607
- MRK-ACF0002685
- MRK-ACF0002700
- MRK-ACF0002808
- MRK-ACF0003784
- MRK-ACF0003791
- MRK-ACF0003955
- MRK-ACF0004015
- MRK-ACF0004015
- MRK-ACF0004768
- MRK-ACF0005697
- MRK-ACF0007104
- MRK-ACF0009163
- MRK-ACG0000827
- MRK-ACH0002676
- MRK-ACO0032130

- MRK-ACO0032232
- MRK-ACO0032300
- MRK-ACO0032310
- MRK-ACO0144804
- MRK-ACQ0000406
- MRK-ACR0007849
- MRK-ACR0007849
- MRK-ACR0009066
- MRK-ACR0009295
- MRK-ACR0014501
- MRK-ACR0015318
- MRK-ACR0040000
- MRK-ACS0000522
- MRK-ACS0004704
- MRK-ACT0000711
- MRK-ACT0008038
- MRK-ACT0017722
- MRK-ACV0015135
- MRK-ACV0020238
- MRK-ACV0020567
- MRK-ACV0020639
- MRK-ACV0021038
- MRK-ACW0002360
- MRK-ACW0007119
- MRK-ACW0014983
- MRK-ACW0046066
- MRK-ACW0047668
- MRK-ACX0012388
- MRK-ADF0001058
- MRK-ADF0005351
- MRK-ADF0006098
- MRK-ADF0010458
- MRK-ADF0017925
- MRK-ADF0022266
- MRK-ADG0027491
- MRK-ADG0035463
- MRK-ADI0006867
- MRK-ADI0009254
- MRK-ADI0010978
- MRK-ADI0011233
- MRK-ADJ0009895
- MRK-ADJ0033457
- MRK-ADJ0034668
- MRK-ADJ0037331

- MRK-ADJ0039026
- MRK-ADJ0041803
- MRK-ADJ0049376
- MRK-ADK0006157
- MRK-ADL0001533
- MRK-ADL0001545
- MRK-ADL0001554
- MRK-ADL0006458
- MRK-ADL0007853
- MRK-ADL0008857
- MRK-ADL0008978
- MRK-ADL0010049
- MRK-ADL0065211
- MRK-ADL0080841
- MRK-ADL0084685
- MRK-ADL0085558
- MRK-ADM0184223
- MRK-ADO0040848
- MRK-ADW0024695
- MRK-ADW0024695
- MRK-ADW0024699
- MRK-ADY0002029
- MRK-ADY0006153
- MRK-AEE0000793
- MRK-AEF0000465
- MRK-AEF0000653
- MRK-AEG0015642
- MRK-AEG0020372
- MRK-AEG0036484
- MRK-AEG0049189
- MRK-AEG0053166
- MRK-AEG0063933
- MRK-AEG0063961
- MRK-AEG0064968
- MRK-AEG0066210
- MRK-AEG0066323
- MRK-AEG0066797
- MRK-AEG0068172
- MRK-AEG0069124
- MRK-AEG0073395
- MRK-AEG0078785
- MRK-AEG0091998
- MRK-AEG0091998
- MRK-AEH0004316

- MRK-AEH0013189
- MRK-AEH0016465
- MRK-AEI0002734
- MRK-AFI0005045
- MRK-AFI0010754
- MRK-AFI0012664
- MRK-AFI0026120
- MRK-AFI0026227
- MRK-AFI0026239
- MRK-AFI0070814
- MRK-AFI0100058
- MRK-AFI0100392
- MRK-AFI0103123
- MRK-AFI0115639
- MRK-AFI0115899
- MRK-AFI0116225
- MRK-AFI0118168
- MRK-AFI0160205
- MRK-AFI0184898
- MRK-AFI0184899
- MRK-AFI0185980
- MRK-AFI0186607
- MRK-AFI0189725
- MRK-AFI0282895
- MRK-AFJ0000204
- MRK-AFJ0013414
- MRK-AFJ0017533
- MRK-AFK0050855
- MRK-AFK0085499
- MRK-AFK0085574
- MRK-AFK0175167
- MRK-AFK0177023
- MRK-AFK0179335
- MRK-AFK0179517
- MRK-AFK0181884
- MRK-AFK0181896
- MRK-AFK0198785
- MRK-AFK0198836
- MRK-AFK0198837
- MRK-AFK0198877
- MRK-AFK0224433
- MRK-AFK0230691
- MRK-AFL0003978
- MRK-AFL0003984

- MRK-AFL0004983
- MRK-AFL0004984
- MRK-AFL0004986
- MRK-AFL0024099
- MRK-AFL0060239
- MRK-AFL0110950
- MRK-AFN0006559
- MRK-AFN0029046
- MRK-AFN0029051
- MRK-AFN0029071
- MRK-AFN00116510
- MRK-AFO0007473
- MRK-AFO0007496
- MRK-AFO0015474
- MRK-AFO0015482
- MRK-AFO0021449
- MRK-AFO0023534
- MRK-AFO0034918
- MRK-AFO0042970
- MRK-AFO0059018
- MRK-AFO0059252
- MRK-AFO0060420
- MRK-AFO0060498
- MRK-AFO0097626
- MRK-AFO0102151
- MRK-AFO0102693
- MRK-AFO0115744
- MRK-AFO0115748
- MRK-AFO0115984
- MRK-AFO0116016
- MRK-AFO0180331
- MRK-AFO0189027
- MRK-AFO0189484
- MRK-AFO02373766
- MRK-AFO0240034
- MRK-AFO0258921
- MRK-AFO0260566
- MRK-AFO0260964
- MRK-AFO0263032
- MRK-AFO0263033
- MRK-AFO0266137
- MRK-AFO0266152
- MRK-AFO0266483
- MRK-AFO0266660

- MRK-AFO0269248
- MRK-AFO0273766
- MRK-AFO0274224
- MRK-AFO0275585
- MRK-AFO00279697
- MRK-AFO0289100
- MRK-AFO0289839
- MRK-AFO0298251
- MRK-AFO0299804
- MRK-AFQ0009865
- MRK-AFS0000619
- MRK-AFS0000930
- MRK-AFS0001987
- MRK-AFS0001987
- MRK-AFS0002831
- MRK-AFS0004081
- MRK-AFS0004182
- MRK-AFS0005860
- MRK-AFS0006374
- MRK-AFS0007386
- MRK-AFS0007558
- MRK-AFS0007974
- MRK-AFS0008795
- MRK-AFS0009330
- MRK-AFS0009341
- MRK-AFS0010598
- MRK-AFS0011338
- MRK-AFS0011532
- MRK-AFS0012258
- MRK-AFS0012269
- MRK-AFS0012595
- MRK-AFS0013678
- MRK-AFS0015546
- MRK-AFS0016097
- MRK-AFS0016142
- MRK-AFS0023342
- MRK-AFS0023778
- MRK-AFS0025693
- MRK-AFV0011823
- MRK-AFV0044029
- MRK-AFV0145961
- MRK-AFV0146080
- MRK-AFV0146123
- MRK-AFV0210573

- MRK-AFV0210573
- MRK-AFV0299008
- MRK-AFV0350813
- MRK-AFV0363599
- MRK-AFV0363600
- MRK-AFV0363607
- MRK-AFV0363845
- MRK-AFV0375884
- MRK-AFV0386848
- MRK-AFV0387741
- MRK-AFV0398311
- MRK-AFV0399546
- MRK-AFV0400668
- MRK-AFV0417410
- MRK-AFV0432613
- MRK-AFV0432698
- MRK-AFV0432727
- MRK-AFV0458860
- MRK-AFV0511304
- MRK-AFW0016006
- MRK-AFW0016058
- MRK-AGG0002185
- MRK-AGO0028236
- MRK-AGO0029504
- MRK-AGO0049734
- MRK-AGO0107791
- MRK-AGS0000567
- MRK-AGT0002774
- MRK-AGT0002776
- MRK-AGT0002784
- MRK-AGT0002789
- MRK-AGT0002793
- MRK-AGT0002794
- MRK-AGT0007108
- MRK-AGT0007403
- MRK-AGT0014385
- MRK-AGU0003336
- MRK-AGU0003701
- MRK-AGU0006292
- MRK-AGU0006480
- MRK-AGU0007003
- MRK-AGV0016564
- MRK-AGV0021318
- MRK-AGV0134450

- MRK-AGV0134459
- MRK-AGV0138562
- MRK-AHD0003811
- MRK-AHD0010489
- MRK-AHD0055888
- MRK-AHD0099494
- MRK-AHD0107911
- MRK-AHD0107969
- MRK-AHE0002920
- MRK-AHE0002964
- MRK-AHE0043602
- MRK-AHE0056009
- MRK-AHE0057143
- MRK-AHF0064930
- MRK-AHN0022317
- MRK-AHN0025599
- MRK-AHO0012016
- MRK-AHO0012173
- MRK-AHO0141155
- MRK-AHO0141159
- MRK-AHO0156444
- MRK-AHO0156451
- MRK-AHO0156568
- MRK-AHR0006393
- MRK-AHR0009546
- MRK-AHR0028084
- MRK-AHR0029815
- MRK-AHR0082479
- MRK-AHR0091702
- MRK-AHR0105708
- MRK-AHR0106266
- MRK-AHV0000635
- MRK-AHY0013746
- MRK-AHY0125281
- MRK-AHY0361017
- MRK-AHY0364511
- MRK-AHY0364795
- MRK-AHY0364796
- MRK-AID0000383
- MRK-AIN0001235
- MRK-AIP0014156
- MRK-AIU0224104
- MRK-AIU0283140
- MRK-AIX0003956

- MRK-AIY0001073
- MRK-AIY0003037
- MRK-AIY0086740
- MRK-AIY0088951
- MRK-AIY0126466
- MRK-AIZ0000972
- MRK-AJA0004061
- MRK-AJA0005240
- MRK-AJA0092876
- MRK-AJA0154162
- MRK-AJA0167404
- MRK-AJA0225688
- MRK-AJA0235523
- MRK-AJE0035363
- MRK-AJJ0084896
- MRK-AKO0002528
- MRK-AKO0006008
- MRK-AKO0010299
- MRK-AKO0019792
- MRK-AKU0078302
- MRK-AKU0078304
- MRK-AKU0129762
- MRK-ALU0024001
- MRK-AMN0005765
- MRK-AMX0051764
- MRK-AMX0052121
- MRK-AMX0056406
- MRK-ANG0007077
- MRK-ANK0035630
- MRK-ANK0039034
- MRK-ANR0001902
- MRK-ANR0006742
- MRK-ANR0012262
- MRK-AOG0008338
- MRK-AOJ0005778
- MRK-AOJ0006938
- MRK-AOJ0050935
- MRK-AOR0007745
- MRK-AOR0148191
- MRK-AOY0018357
- MRK-AOZ0000997
- MRK-APB0001138
- MRK-APE0016848
- MRK-APE0059774

- MRK-APS0035821
- MRK-APS0035848
- MRK-APS0038213
- MRK-APT0048674
- MRK-AQI0002496
- MRK-AQI0005925
- MRK-AQI0005928
- MRK-AQI0005928
- MRK-AQI0006159
- MRK-AQI0006414
- MRK-AQI0008418
- MRK-AQI0008465
- MRK-AQI0008466
- MRK-AQI0008895
- MRK-AQI0009944
- MRK-AQI0012778
- MRK-AQO0175497
- MRK-AQY0002539
- MRK-ARF0022940
- MRK-ARN0036769
- MRK-ARP0057946
- MRK-ARP0105927
- MRK-ARP0105927
- MRK-ASW0005746
- MRK-AUY0006801
- MRK-AVJ0005720
- MRK-AVJ0005720
- MRK-AVJ0005761
- MRK-AVJ0096850
- MRK-AVK0001949
- MRK-AVK0092723
- MRK-AWC0001803
- MRK-AWC0017802
- MRK-AWC0019572
- MRK-AWC0041861
- MRK-AWC0042145
- MRK-AWC0077767
- MRK-AWC0109670
- MRK-AWC0117249
- MRK-CORPORATE_002204
- MRK-FDACDER 003071
- MRK-FDACDER 008400
- MRK-FDACDER 008417
- MRK-FDACDER 010625

- MRK-GAR0022296
- MRK-GAR0022316
- MRK-GAR0023675
- MRK-GUE0017779
- MRK-I2690008544
- MRK-I2690008629
- MRK-I2690008662
- MRK-I8940096240
- MRK-IMKN0002463
- MRK-IMKN0002466
- MRK-JAB0000646
- MRK-JAF001787
- MRK-JAF0008957
- MRK-JAF0015491
- MRK-JAF0016264
- MRK-JAF0017856
- MRK-JAF0017857
- MRK-JAF0019099
- MRK-JAF0022121
- MRK-JAF0022127
- MRK-JAF0022132
- MRK-JAF0022134
- MRK-JAF0022149
- MRK-JAF0022164
- MRK-JAF0022395
- MRK-JAF0025848
- MRK-JAG0002112
- MRK-JAH0001339
- MRK-JAK0000965
- MRK-JAK0000973
- MRK-JAK0008113
- MRK-JAK0009709
- MRK-JAK0012553
- MRK-JAK0013198
- MRK-JAK0015947
- MRK-JAK0016070
- MRK-JAK0054349
- MRK-JAK0054365
- MRK-JAK0054368
- MRK-JJX0001935
- MRK-JRAA0000655
- MRK-JRAA0000690
- MRK-N0520018572

- MRK-N0520018573
- MRK-NJ0017794
- MRK-NJ0120258
- MRK-NJ0121088
- MRK-NJ0124436
- MRK-NJ0127596
- MRK-NJ0179628
- MRK-NJ0180248
- MRK-NJ0190204
- MRK-NJ0190944
- MRK-NJ0272460
- MRK-NJ0315892
- MRK-NJ0350300
- MRK-NJ0363443
- MRK-NJ0382450
- MRK-PKLBAA0005943
- MRK-PLBAU0000999
- MRK-PRL0000122
- MRK-PRL0000246
- MRK-PUBLIC0000590
- MRK-PUBLIC0000865
- MRK-SAC0137151
- MRK-SAG0003284
- MRK-SHAA0161377
- MRK-SHAA0482801
- MRK-SHAA0493852
- MRK-SHAA0493928
- MRK-SHAA0493937
- MRK-SHAA0493959
- MRK-SHAA0493973
- MRK-SHAA0494035
- MRK-SHAA0494816
- MRK-SHAA0494966
- MRK-SHAA0498564
- MRK-SHAA0525027
- MRK-SHAA0536086
- MRK-SHAA0541069
- MRK-SHAA0541700
- MRK-SHAA0542558
- MRK-SHAA0543937
- MRK-SHAA0544745
- MRK-SHAA0544994
- MRK-SHAA0545084
- MRK-SHAA0558564

- MRK-SHAA0568855
- MRK-SHAA0568911
- MRK-SHAA0569085
- MRK-SHAA0569117
- MRK-SHAA0571914
- MRK-SHAA0572268
- MRK-SHAA0572302
- MRK-SHAA0572308
- MRK-SHAA0572320
- MRK-SHAA0572344
- MRK-SHAA0572403
- MRK-SHAA0572473
- MRK-SHAA0572522
- MRK-SHAA0572525
- MRK-SHAA0572541
- MRK-SHAA0572543
- MRK-SHAA0572554
- MRK-SHAA0572555
- MRK-SHAA0572582
- MRK-SHAA0572599
- MRK-SHAA0572963
- MRK-SHAA0573065
- MRK-SHAA0573068
- MRK-SHAA0573408
- MRK-SHAA0573412
- MRK-SHAA0573422
- MRK-SHAA0573517
- MRK-SHAA0573584
- MRK-SHAA0573694
- MRK-SHAA0573712
- MRK-SHAA0573714
- MRK-SHAA0573765
- MRK-SHAA0573818
- MRK-SHAA0611246
- MRK-SHAA0636047
- MRK-SHAA0638073
- MRK-SHAA0638505
- MRK-SHAA0639099
- MRK-SHAA0639167
- MRK-SHAA0639651
- MRK-SHAA0640172
- MRK-SHAA0640485
- MRK-SHAA0640491
- MRK-SHAA0640668

- MRK-SHAA0642993
- MRK-SHAA0654100
- MRK-SHAA0799987
- MRK-SHAA0803896
- MRK-SHAA0813314
- MRK-SHAA0819994
- MRK-SHAA0821804
- MRK-SHAA0821893
- MRK-SHAA0829402
- MRK-SHAA0833527
- MRK-SHAA0837771
- MRK-SHAA0838808
- MRK-SHAA0839079
- MRK-SHAA0839162
- MRK-SHAA0839208
- MRK-SHAA0853941
- MRK-SHAA0854009
- MRK-SHAA0854117
- MRK-SHAA0857638
- MRK-SHAA0881726
- MRK-SHAA1216201
- MRK-SHAA1251996
- MRK-SHAA1253013
- MRK-SHAA1253250
- MRK-SHAA1253273
- MRK-SHAA1253297
- MRK-SHAA1253370
- MRK-SHAA1253373
- MRK-SHAA1253377
- MRK-SHAA1253381
- MRK-SHAA1253382
- MRK-SHAA1253506
- MRK-SHAA1253509
- MRK-SHAA1253515
- MRK-SHAA1253518
- MRK-SHAA1253519
- MRK-SHAA1253523
- MRK-SHAA1253550
- MRK-SHAA1253606
- MRK-SHAA1256163
- MRK-SHAA1503785
- MRK-SHAA1504169
- MRK-SHAA1536879
- MRK-SHAA1596832

- MRK-SHAA1660003
- MRK-SHAA1691317
- MRK-SHAA1754201
- MRK-SHAA1755081
- MRK-SHAA1818672
- MRK-SHAA1816472
- MRK-SHAA1832553
- MRK-SHAA1839474
- MRK-SHAA1848396
- MRK-SHAA1849905
- MRK-SHAA1858981
- MRK-SHAA1925362
- MRK-SHAA1947699
- MRK-SHAA1948548
- MRK-SHAA1974587
- MRK-SHAA1978957
- MRK-SHAA1979888
- MRK-SHAA1983316
- MRK-SHAA1984012
- MRK-SHAA1984123
- MRK-SHAA1984202
- MRK-SHAA1985012
- MRK-SHAA1997784
- MRK-SHAA2011723
- MRK-SHAA2013217
- MRK-SHAA2013259
- MRK-SHAA2013390
- MRK-SHAA2013410
- MRK-SHAA2013442
- MRK-SHAA2014252
- MRK-SHAA2014259
- MRK-SHAA2018011
- MRK-SHAA2018688
- MRK-SHAA2039895
- MRK-SHAA2039898
- MRK-SHAA2041302
- MRK-SHAA2088024
- MRK-SHAA2139426
- MRK-SHAA2300552
- MRK-SHAA2301459
- MRK-SHAA2308837
- MRK-SHAA2308837
- MRK-SHAA2313185
- MRK-SHAA2357566

- MRK-SHAA2357571
- MRK-SHAA2508616
- MRK-SHAA2540802
- MRK-SHAA2541626
- MRK-SHAA25451065
- MRK-SHAA2587936
- MRK-SHAA2592642
- MRK-SHAA2597610
- MRK-SHAA2697674
- MRK-SHAA2722247
- MRK-SHAA2917891
- MRK-SHAA2925350
- MRK-SHAA2993045
- MRK-SHAA3205716
- MRK-SHAA3205977
- MRK-SHAA3205979
- MRK-SHAA3209842
- MRK-SHAA3322531
- MRK-SHAA3558968
- MRK-SHAAM0103436
- MRK-SHAAM0103437
- MRK-SHAAM0103443
- MRK-SHAAM0103449
- MRK-SHAAM0103454
- MRK-SHAAM0110499
- MRK-SO11938-952
- MRK-SO420050655
- MRK-YAC0000508
- MRK-YAD0000603
- MRK-ZAF0000194
- MRK-ZAF0000198
- MRK-ZAF0001088
- MRK-ZAF0001251
- MRK-ZIR0002716
- MRK-ZIR0002819
- OATES-000505-624
- OATES-001510-530
- OATES-1658 000032
- OATES-1658 000625
- OATES-1658 000882
- OATES-1658 000887
- OATES-1658 000967
- OATES-1658 001080
- OATES-1658 001226

- OATES-1658 001230
- OATES-1658 001245
- OATES-1658 001300
- OATES-1658 001332
- OATES-1658 001362
- OATES-1658 001365
- OATES-1658 001369
- OATES-1658 001385
- OATES-1658 001389
- OATES-1658 001458
- Ogilvy00509
- STI0021430-573
- TRANS 000016
- TRANS 0000116
- TRANS 0002975
- TRANS 0003052
- TRANS 0005035
- zaf0001088.rtf
- zaf0000194.rtf
- zaf0000198.rtf
- MRK-APE0016848
- MRK-ARP0133951
- MRK-I2220004818
- MRK-AAC0139936
- MRK-AHD0055888
- MRK-AHD0022761
- MRK-I2690008225
- MRKI2690008230
- MRK-I2690008544
- MRK-AAD0384813
- MRK-AAF0015398
- MRK-AFV0449748
- AAF0017452
- MRK-AAF0017362
- MRK-AAF0017366
- MRK-ARP0006819
- MRK-ARP0105927
- MRK-AHD0101257
- MRK-0140029802
- MRK-AHD0101257
- MRK-ACR0014501

- MRK-I2690008544
- MRK-AFV0043956
- MRK-AFV0043960
- MRKAFV0140104 at 110
- MRK-ARP0137370
- MRK-AFV0297727
- MRK-NJ0136865
- MRK-I2220004818
- MRK-AHD0001996
- MRK-I2690000512
- MRK-I2690000517
- MRK-ABP0003541-614
- MRK-ABP0003859-939
- MRK-AHF0072575-690
- MRK-ABP0008950-9158
- MRK-ABK0329511-696
- MRK-ABP0018562-741
- MRK-ACM0000386
- MRK-AAF0012268
- FDACDER003071
- MRK-AFW0023615

## Academic Articles/Texts

- Baron, et al., *Cardiovascular events associated with rofecoxib: final analysis of the APPROVe trial*, 372 The Lancet 1756-1764 (2008)

- Bauer, et al., *Upper Gastrointestinal Tract Safety Profile of Alendronate*, 160 Archives of Internal Medicine 517-525 (2000)

- Bhala, et al., *Vascular and upper gastrointestinal effects of non-steroidal anti-inflammatory drugs: meta-analyses of individual participant data from randomised trials*, The Lancet, doi:10.1016/S0140-6736(13)60900-9 (2013)

- Black, et al., *Randomized Trial of Effect of Alendronate on Risk of Fracture in Women with Existing Vertebral Fractures*, 348 The Lancet 1535-42 (1996)

- Bombardier, et al., *Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis*. 343 N Engl J. Med 1520-1528 (2000)

- Bresalier, et al., *Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial*, 352 (11) N Engl J. Med 1092-1102 (2005)

- Burleigh, et al., *Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in LDL Receptor-Deficient Mice*, 105 Circulation 1816-1823 (2002)

- Chalmers, et al., *A Method for Assessing the Quality of a Randomized Control Trial*, 2 Controlled Clinical Trials 31-49 (1981)

- Cheng, et al., *Role of Prostacyclin in the Cardiovascular Response to Thromboxane A2*, 296 Science 539-541 (2002)

- Chow (Ed.), Encyclopedia of Biopharmaceutical Statistics, p. 245.

- Curfman et al, *Expression of Concern: Bombardier et al., Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000;343:1520-8*, 353 N Engl J. Med 2813-2814 (2005)

- Curfman et al., *Expression of Concern Reaffirmed*, N Engl J. Med 10.1056 (2006)

- DeVeaux, et al., *Stats, Data, and Models*, 3d ed. 513 (2011).

- Feldman, et al., *Effects of Vesnarinone on Morbidity and Mortality in Patients with Heart Failure*, 329 No. 3 N Engl. J Med. 149-155

- FitzGerald, et al., *Analysis of Prostacyclin and Thromboxane Biosynthesis in Cardiovascular Disease*, 67 No. 6 Circulation 1174-1177 (1983)

- Friedman, et al., Fundamentals of Clinical Trials (4th edition). Springer, p. 281.

- Gardner and D.G. Altman, *Confidence Intervals Rather than P Values: Estimation Rather than Hypothesis Testing*, 292 British Medical Journal 746-750 (1986)

- Hermann, et al., *To the Heart of the Matter: Coxibs, Smoking, and Cardiovascular Risk,"* 112 Circulation 941-945 (2005)

- Juni, et al., *Correspondence Author's Reply*, 365 The Lancet 26-27 (2005)

- Juni, *Risk of cardiovascular events and rofecoxib: cumulative meta-analysis*, The Lancet (2004)

- Konstam, et al., *Cardiovascular thrombotic events in controlled clinical trials of rofecoxib*, 104 Circulation, 2280-2288 (2001)

- Lachin, *Statistical Considerations in the Intent-to-Treat Principle*, 21 Controlled Clinical Trials 167-189 (2000)

- Liu, *Rethinking Statistical Approaches to Evaluating Drug Safety*, 48 No. 6 Yonsei Med Journal 895-900 (2007)

- Madigan, *Bayesian Graphical Models, Intent-to-Treat, and the Rubin Causal Model*, (1999)

- Madigan, et al., *Does design matter? Systematic evaluation of the impact of analytical choices on effect estimates in observational studies*, Therapeutic Advances in Drug Safety 1-10 (2013)

- Madigan, et al., *Under reporting of cardiovascular events in the rofecoxib Alzheimer Disease Studies,* 164 American Heart Journal 186-193 (2012)

- Martin and H. Austin, *An efficient program for computing conditional maximum likelihood estimates and exact confidence limits for a common odds ratio*, 2 Epidemiology 359-362 (1991)

- McAdam, et al., *Systemic biosynthesis of prostacyclin by cyclooxygenase (COX-2): The human pharmacology of a selective inhibitor of COX-2*, 96 PNAS 272-277 (1999)

- Oates, *Cardiovascular Risk Marker and Mechanisms in Targeting the COX Pathway for Colorectal Cancer Prevention*, 4 Cancer Prev Res. 1145-1148 (2011)

- Pedersen, et al., *Follow-Up Study of Patients Randomized in the Scandinavian Simvastatin Survival Study (4S) of Cholesterol Lowering*, 86 Am J Cardiol 257-262 (2000)

- Reicin, et al., *Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs*, 89 American Journal of Cardiology 204-209 (2002)

- Rosner, *Fundamentals of Biostatistics* (7th ed.)

- Ross, Editor's Correspondence: *Persistence of Cardiovascular Risk After Rofecoxib Discontinuation,*" 170, No. 22 Arch Intern Med. 2035-2036 (2010)

- Ross, et. al., *Pooled Analysis of Rofecoxib Placebo-Controlled Clinical Trial Data: Lessons for Post-Market Pharmaceutical Safety Surveillance*, 169(21) Arch Intern Med. 1976–1985 (2009)

- Rothman and S. Greenland, *Modern Epidemiology*, Lippincott Williams & Wilkins, , 2nd edition 254-5 (1998)

- Stevenson, *Diagnosis, prevention, and treatment of adverse reactions to aspirin and nonsteroidal anti-inflammatory drugs*, J Allergy Clin. Immunol., 617-622 (1984)

- Thal, *A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment*, 30 Neuropsychopharmacology 1204 (2005)

- Tonino, et al., *Skeletal Benefits of Alendronate: 7-Year Treatment of Postmenopausal Osteoporotic Women*, 85, No. 9 The Journal of Clinical Endocrinology & Metabolism 3109-115 (2000)

- Velentgas, et al. *Cardiovascular Risk of Selective Cyclooxygenase-2 Inhibitors and other Non-Aspirin Non-Steroidal Anti-Inflammatory Medications*, 15 Pharmacoepidemiology and Drug Safety 641-652 (2006)

- Watson and P. M. Shenoi, *Drug-induced epistaxis*?, 83 Journal of the Royal Society of Medicine 162-164 (1990)

- Watson, *Lower Risk of Thromboembolic Cardiovascular Events With Naproxen Among Patients With Rheumatoid Arthritis*, 162 Arch Intern Med 1105 (2002)

- Weir, et al., *Selective COX-2 inhibition and cardiovascular effects: A review of the rofecoxib development program.* 146 American Heart Journal 591-604 (2003)

- Winer, et al., *Statistical Principles in Experimental Design*, 3d ed. (1991)

- Thal et als; Aisen P, Thal L, Ferris S., et al., *Rofecoxib in Patients with Mild Cognitive Impairment: Further Analyses of Data from a Randomized, Double-Blind Trial. Current Alzheimer Research*, 2008, 5, 73-82

**Other Documents**

- NCI Dictionary of Cancer Terms, http://www.cancer.gov/dictionary?cdrid=522956

- NIH POLICY FOR DATA AND SAFETY MONITORING,
  http://grants.nih.gov/grants/guide/notice-files/not98-084.html

- Statement by Merck & Co., Inc., Regarding the Fracture Intervention Trial (FIT) with
  FOSAMAX (alendronate sodium) and Incidence of Atrial Fibrillation,
  http://www.webwire.com/ViewPressRel.asp?aId=34866#.UdV8sD5gZ4k

- Cochrane Individual Participant Data (IPD) Meta-analysis Methods Group (see
  http://ipdmamg.cochrane.org/about-ipd-meta-analyses)

- What is a Serious Adverse Event? (see
  http://www.fda.gov/safety/medwatch/howtoreport/ucm053087.htm)

- Hearing before the Committee on Finance, United States Senate, November 18, 2004

- NHIS Arthritis Surveillance, CDC.GOV, http://www.cdc.gov/arthritis/data_statistics/
  national_nhis.htm

- Dennis Tolley Analysis