```
 1                IN THE UNITED STATES DISTRICT COURT FOR

 2                   THE EASTERN DISTRICT OF LOUISIANA

 3                              AT NEW ORLEANS

 4

 5   IN RE:  VIOXX PRODUCTS              ) Case No. 11-CV-1546 "L"
     LIABILITY LITIGATION                ) August 27, 2013
 6                                       ) Telephonic Hearing
     _____) Final Fairness Hearing
 7

 8

 9
                         TRANSCRIPT OF PROCEEDINGS
10
                BEFORE THE HONORABLE ELDON E. FALLON
11
                     UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19   SUSAN A. ZIELIE, RPR, FCRR
     Official Court Reporter
20   HB 406
     500 Poydras Street
21   New Orleans, Louisiana 70130
     susan_zielie@laed.uscourts.gov
22   504.589.7781

23

24   Proceedings Recorded by Computer-aided Stenography.

25
```

```
 1   APPEARANCES:

 2

 3   For the Plaintiff:         C. DORIAN BRITT, ESQ.
                                Tate Law Group, LLC
 4                              2 East Bryan Street
                                Ste 600
 5                              Savannah GA 31412
                                912.234.3030
 6                              dbritt@tatelawgroup.com

 7
     For the Defendant:         ANDREW JOSEPH COOMES, ESQ.
 8                              McConnell Sneed & Cohen
                                990 Hammond Drive
 9                              Ste 840
                                Atlanta GA 30328
10

11   For Defendant PLF:         JONAH ALLEN FLYNN, ESQ.
                                Flynn Law Firm, LLC
12                              945 East Paces Ferry Road
                                Ste 2525
13                              Atlanta GA 30326
                                404.835.9660
14                              jflynn@flynnfirm.com

15

16

17

18

19

20

21

22

23

24

25
```

```
1              NEW ORLEANS, LOUISIANA; TUESDAY, AUGUST 27, 2013           08:53:3
2                              9:00 A.M.                                  08:53:3
3         THE COURT:  Good morning, ladies and gentlemen.  Can            09:02:2
4    you hear me on the phone?  This is Judge Fallon.  Let me hear        09:02:2
5    from the parties on the line.                                        09:02:3
6              First, for the plaintiffs, who is representing the         09:02:3
7    plaintiff?                                                           09:02:3
8         MR. BRITT:  Judge, Dorian Britt in Savannah.                    09:02:3
9         THE COURT:  All right.                                          09:02:4
10             And for McConnell Sneed.                                   09:02:4
11        MR. COOMES:  Yes, sir.  This is Joe Coomes on behalf of         09:02:5
12   the Eichholz law firm.  I'm here in Atlanta.                         09:02:5
13        THE COURT:  Okay.                                               09:03:0
14             And how about the Flynn law firm?                          09:03:0
15        MR. FLYNN:  This is Jonah Flynn here in Atlanta for             09:03:0
16   Pacific Legal Funding.                                               09:03:0
17        THE COURT:  We are here today for a final fairness              09:03:0
18   hearing.                                                             09:03:1
19             Just by way of background, let me say the                  09:03:1
20   following.  To put this matter in perspective, we should make a     09:03:1
21   brief review of the litigation.                                      09:03:2
22             This is a multi-district products liability                09:03:2
23   litigation which involved the drug VIOXX, known generically as      09:03:3
24   rofecoxib, which was manufactured by Merck, a New Jersey            09:03:3
25   corporation.  It was designed to relieve musculoskeletal pain.      09:03:4
```

1  But, in the process of developing the drug, it was found that it
2  also increased the risk of cardiovascular thrombotic events,
3  such as myocardial infarction and also ischemic stroke.
4           There was some evidence that this was known or
5  could have been known or should have been known.  This was not
6  specifically concisely placed on the warning label so that the
7  parties, the individuals who consumed the drug, would be aware
8  of it.  As a result, thousands of lawsuits and numerous class
9  actions were filed against Merck, in both state and federal
10 courts and throughout the country, alleging product liability
11 claims.
12          About five million prescriptions of VIOXX were
13 written.  There were eventually some 50,000 claims from every
14 state in the union.  This was declared a multi-district
15 litigation case, and the case was transferred to this Court on
16 February 16, 2005.
17          After committees were appointed, discovery rapidly
18 progressed.  In about two years, there were six bellwether
19 trials and over 90 million documents distributed.  The parties
20 began negotiating settlement.  And, in about six months after
21 negotiations began, a settlement was perfected.  About 98
22 percent of the people involved agreed to the settlement and the
23 distribution process proceeded.
24          This particular case involves plaintiff Verie
25 Poole.  She's the sister of Kathryn Hunt, who died in 2001 as a

| | | |
|---|---|---|
| 1 | result of taking the drug VIOXX. | 09:06:1 |
| 2 | The plaintiff on behalf of her sister employed the | 09:06:1 |
| 3 | defendant, Eichholz law firm, in 2004 to assert all the claims | 09:06:2 |
| 4 | against the manufacturer, VIOXX.  It was consolidated and | 09:06:3 |
| 5 | transferred to this Court.  The defendant associated the firm of | 09:06:3 |
| 6 | Gary Williams Perenti Watson & Gary in Florida to assist with | 09:06:4 |
| 7 | the prosecution of its VIOXX claims. | 09:06:4 |
| 8 | As I mentioned, after about two years of | 09:06:5 |
| 9 | litigation, the plaintiffs were informed by the Gary firm in | 09:06:5 |
| 10 | February of 2009 that her sister's estate was awarded | 09:06:5 |
| 11 | approximately $1,155,281.  Although, the timing of the | 09:07:0 |
| 12 | settlement and receiving the funds at that time was not certain. | 09:07:1 |
| 13 | The plaintiff contends that, prior to receiving | 09:07:1 |
| 14 | any settlement funds, she was contacted by agents or employees | 09:07:2 |
| 15 | of the defendant TELF and informed of the availability of a | 09:07:2 |
| 16 | lender who could provide her with an advanced portion of the | 09:07:3 |
| 17 | VIOXX settlement.  The plaintiff contends that at the time she | 09:07:4 |
| 18 | was contacted by the defendant about an advance, she was not | 09:07:4 |
| 19 | told that payment of the VIOXX settlement funds was implemented. | 09:07:4 |
| 20 | The plaintiff further contends that, on March 23, | 09:07:5 |
| 21 | 2009, she ultimately agreed to accept an advance of some $20,000 | 09:07:5 |
| 22 | based in part upon her belief which she formulated from the | 09:08:0 |
| 23 | information given to her that receipt of the funds might not | 09:08:0 |
| 24 | occur for quite some time. | 09:08:0 |
| 25 | The plaintiff also asserts that she was not | 09:08:1 |

1  informed of the close familial and business relationship between
2  the employees of the defendant TELF and the defendant Pacific
3  Legal Funding from whom she received the advance.
4  　　　　　Of course, the defendants deny that aspect of it
5  and claim that she was so informed.
6  　　　　　The plaintiff received her initial installment of
7  VIOXX settlements a few weeks later.  She repaid her advance to
8  the defendant, along with some $3,500 of interest and costs.
9  　　　　　The plaintiff subsequently filed a class action
10 lawsuit against the defendants in the Southern District of
11 Florida, plaintiffs individually and on behalf of all other
12 VIOXX clients of the defendant TELF who accepted advances from
13 the defendant PLF asserted claims.
14 　　　　　The notices were sent out.  The settlement class
15 at first was thought to be about 200 people, but it turns out
16 that it's about 25 people total.  In any event, the notices were
17 sent out by the parties after the Court approved the preliminary
18 approval, gave preliminary approval of the settlement.
19 　　　　　I should say that, before that happened, rather
20 extensive discovery was conducted in the Pool case and various
21 depositions were taken, documents exchanged, and then the
22 parties began negotiating a settlement.
23 　　　　　They arrived at a settlement of some $95,000.  As
24 I say, originally it looked like there was to be about 200
25 claimants.  Turns out, there's about 25 in the claim.  In any

1  event, the total amount paid to those individuals was some                09:10:2
2  $75,369.53.                                                                09:10:2
3           So the $95,000, which does include attorneys fees                 09:10:3
4  and costs, did look like it was going to result in the parties             09:10:3
5  receiving 100 percent of the amounts that they were charged, and           09:10:4
6  it seemed to the Court at least in a preliminary review of the             09:10:4
7  matter to be an appropriate settlement.  I considered all the              09:10:5
8  various factors that I needed to consider for the preliminary              09:10:5
9  approval and I found that it was a fair and appropriate amount,            09:11:0
10 and I approved notice going out.                                           09:11:0
11          I posted a notice on the Court's website, which I                 09:11:1
12 constructed early on in this litigation, and the parties                   09:11:1
13 prepared notices from the various notice facilities.  They also            09:11:2
14 notified various attorney generals of the states involved of               09:11:3
15 this settlement and posted notices.                                        09:11:3
16          We're here today for the final approval of that                   09:11:4
17 settlement.  I'm advised that there are no objections to the               09:11:4
18 settlement.                                                                09:11:5
19          Let me hear from the plaintiffs as to their                       09:11:5
20 position, please.                                                          09:12:0
21      MR. BRITT:  Judge, Dorian Britt on behalf of plaintiff.               09:12:0
22          And I just want to thank the Court for allowing                   09:12:0
23 us -- I'm sure I speak on behalf of Mr. Coomes and Mr. Flynn as            09:12:1
24 well, and Mr. Tate, and we appreciate the opportunity to appear            09:12:1
25 before the Court telephonically for this final approval hearing.           09:12:1

1            I think the Court did a very good summary
2  obviously of what has led us up to this point.  Just a few other
3  high points, if I may.
4            The notices were sent out on May 23rd to the 25
5  identified class members that we believe were affected by the 17
6  claim forms that were returned.  And, as the Court pointed out,
7  there were no objections, there have been no opt-outs.  We did
8  receive some phone calls here at the plaintiffs' law firm, just
9  some questions and whatnot.  But no objections or no other
10 concerns.
11           We filed a motion for final approval with the
12 Court in a timely manner on August the 6th.  The settlement, I
13 think the Court also touched on, would consist of $95,000 in
14 total settlement funds, put into escrow, that would be payable
15 or would be funded in installments.  The first payment of
16 $16,000 would be made on 30 days of final approval of the
17 settlement, assuming it's approved by the Court.  And $15,800
18 can be funded over the following five months.  And class members
19 or claimants would be paid 75 percent interest in charges that
20 they paid in connection with their advances in the order in
21 which their claim forms were received by either here at this
22 office or I think were actually received by Mr. Coomes as well.
23           Of the 17 claim forms, those did actually include
24 two of the largest claimants.  The payouts are going to range
25 from a few hundred dollars to a thousand dollars.

| | | |
|---|---|---|
| 1 | The total fees and interest and charges that were | 09:14:0 |
| 2 | paid by the 17 claimants in connection with their VIOXX advance | 09:14:0 |
| 3 | was $62,148.24.  Under the terms of the settlement agreement, | 09:14:1 |
| 4 | they received 75 percent of that back, which represented a total | 09:14:1 |
| 5 | payout to those 17 claimants of $46,611.18.  And that leaves | 09:14:2 |
| 6 | $48,388.82 in the settlement funds, if my math is right. | 09:14:3 |
| 7 | We asked for an incentive award, Judge, for Ms. | 09:14:3 |
| 8 | Pool of $1,000.  This was mentioned in the preliminary approval | 09:14:4 |
| 9 | motion as well.  Ms. Pool, as the named class representative, | 09:14:4 |
| 10 | was very helpful in assisting us with the case; she sat for her | 09:14:5 |
| 11 | deposition.  We're simply asking that she be paid $1,000 for her | 09:14:5 |
| 12 | time and effort and willingness to help the case.  We believe | 09:15:0 |
| 13 | the settlement, as the Court has already found in the | 09:15:0 |
| 14 | preliminary approval order, is fair, reasonable and adequate. | 09:15:0 |
| 15 | It was negotiated at arm's length and in good faith and without | 09:15:1 |
| 16 | collusion between the parties, and we'd ask that it be approved | 09:15:1 |
| 17 | final by the Court and the funds be filled and the payments be | 09:15:1 |
| 18 | made to the claimants. | 09:15:2 |
| 19 | One other thing that we need to address with Your | 09:15:2 |
| 20 | Honor is the issue of attorney fees.  We did file a motion for | 09:15:2 |
| 21 | attorney fees and costs in a timely manner on August the 6th. | 09:15:3 |
| 22 | There is, we're asking for something a little bit different than | 09:15:3 |
| 23 | what we had asked for in the preliminary approval motion.  I | 09:15:4 |
| 24 | could address that now if you'd like, Judge.  Or, if you want to | 09:15:4 |
| 25 | hear from the defendants as far as the actual class action | 09:15:5 |

1   settlement, we can do that.
2           THE COURT:  Let's do that, and I'm not going to make
3   any -- I will deal with the class action settlement first, and
4   then I'll give you an opportunity to set -- I don't know whether
5   I need a hearing or anything, but I would like to separate the
6   fees from the approval of the settlement.
7           Let me ask you first:  What's the procedure for
8   paying it out?  How are you going to go about paying the
9   plaintiffs, the litigants?
10          MR. BRITT:  Dorian Britt, Judge.
11          As the fund is funded over that six month period,
12  we're going to pay out the claims in the order in which we
13  received them.
14          THE COURT:  Who is going to be doing that?
15          MR. BRITT:  First-come-first-serve basis.
16          THE COURT:  Who is going to be doing that?  An
17  administrator?
18          MR. BRITT:  We have agreed to put the funds into Mr.
19  Coomes' account.  He will act as the escrow agent.  We have
20  every confidence in him to do that.
21          THE COURT:  How about the costs of the disbursement,
22  who is going to do that?
23          MR. BRITT:  That will all be borne by the defendants,
24  Your Honor.
25          THE COURT:  And is there any agreement in the event the

```
 1   funds exceed the payouts?  It's not going to go back to the         09:17:1
 2   defendant; is it?                                                   09:17:2
 3           MR. BRITT:  That's correct.  Under the term of the          09:17:2
 4   settlement agreement, Judge, the Cy Pres would go, divided          09:17:2
 5   equally between the United Way, the Savannah Jewish Federation      09:17:3
 6   and the Rambam Day School, which is here in town.                   09:17:3
 7           THE COURT:  If there is any.                                09:17:4
 8           MR. BRITT:  If there is any, correct.                       09:17:4
 9           THE COURT:  Okay.  We may have to look at that, too,        09:17:4
10   because that's a little more complicated in the Fifth Circuit      09:17:5
11   than it is in your area.                                            09:17:5
12           All right.  Let me hear from the defendants.                09:17:5
13           MR. COOMES:  Judge, this is Joe Coomes on behalf of the    09:18:0
14   Eichholz Law Firm.                                                  09:18:0
15           And I certainly want to reiterate Mr. Britt's               09:18:0
16   comments about the appreciation for allowing us to appear           09:18:1
17   telephonically.                                                     09:18:1
18           With regard to the settlement, Judge, I would               09:18:1
19   concur obviously with the assessment that Mr. Britt gave the        09:18:1
20   Court with respect to the fairness of this settlement.  We did,    09:18:2
21   as Your Honor noted, engage in significant discovery in this        09:18:2
22   case.  Numerous depositions were taken, factual witness, even an  09:18:3
23   expert witness.  Quite a volume of documents were reviewed in       09:18:3
24   order to get a handle on exactly what the size of this potential   09:18:4
25   class would be.  And, as you noted, Judge, it turned out it was    09:18:4
```

1  a class of 25 people.                                                09:18:5

2            I think it does bear a quick reference, Judge, the         09:18:5

3  extent to which my clients were desiring to defend this case on      09:19:0

4  the merits.  They very strongly objected to the factual              09:19:0

5  allegations that there was anything improper done in this case.      09:19:1

6  But, in the spirit of resolving this matter for the benefit of       09:19:1

7  everyone and for the economies that it afforded, we agreed to        09:19:2

8  resolve this matter on the terms that's reflected in the             09:19:2

9  settlement agreement.                                                09:19:2

10           With that said, Judge, I just do want to reserve           09:19:3

11 obviously the opportunity to address the issue of attorney fees      09:19:3

12 that has been mentioned.  That does directly affect frankly what     09:19:3

13 was just referred to as the Cy Pres amount.  The matter at this      09:19:4

14 point, given that the number of claims have been determined, the     09:19:4

15 actual payout amount is known.  All the payout amounts would be      09:19:5

16 known at this point, subject to the Court's determination of an      09:19:5

17 appropriate fee.  The payout to the class and incentive payment      09:20:0

18 to Ms. Pool are a known amount at this point.  So that means         09:20:0

19 that we can determine and I can advise the Court exactly what        09:20:1

20 amount would go to the Cy Pres charities.  But we can address        09:20:1

21 that in the context of the attorney fees or however the Court        09:20:2

22 would like to handle that.                                           09:20:2

23           THE COURT:  Yes.  What I'd like to do is to deal with      09:20:2

24 the approval, final approval, but divorce that to some extent        09:20:3

25 from the attorneys fees.  I'll deal with the attorneys fees --       09:20:4

```
 1   I'll give you all an opportunity to address the attorney fees at        09:20:4
 2   another time.  I'll set another telephonic hearing.                     09:20:4
 3           MR. COOMES:  This is Joe Coomes again.                          09:20:5
 4             I very much apologize to the Court, but I seem to             09:20:5
 5   be having some difficulty telephonically hearing.  Would the            09:20:5
 6   Court allow me to terminate this call and dial back in on a             09:21:0
 7   different line?                                                         09:21:0
 8           THE COURT:  Yes.  I think we can accommodate that.  Go          09:21:0
 9   ahead.                                                                  09:21:1
10           MR. COOMES:  It should hopefully literally take me 30           09:21:1
11   seconds here.  I will call right back in.                               09:21:1
12           THE COURT:  Okay.                                               09:21:1
13           MR. COOMES:  My apologies.                                      09:21:1
14           THE COURT:  It's all right.                                     09:21:2
15               (Pause in Proceedings.)                                     09:21:2
16           MR. COOMES:  This is Joe Coomes.  I'm back on.                  09:22:3
17           THE COURT:  Is everybody else still on?                         09:22:3
18             All right.  What I was saying is that I'll deal               09:22:3
19   with the final approval first and then I'll set something up for        09:22:4
20   the attorney fees at a later time.                                      09:22:4
21             Are there any other comments about the settlement?            09:22:5
22   Any other defendant?                                                    09:22:5
23           MR. FLYNN:  Have nothing add to add, Your Honor.  This          09:22:5
24   is Jonah Flynn for Pacific Funding.                                     09:23:0
25           THE COURT:  I find that the notice was appropriate.  It        09:23:0
```

| | | |
|---|---|---|
| 1 | also involved a CAFA notice that was appropriate.  The | 09:23:0 |
| 2 | representation of the settlement class, I found to also be | 09:23:1 |
| 3 | appropriate, and the amount of settlement seems to me to be | 09:23:2 |
| 4 | fair.  It was certainly at arm's length that the parties | 09:23:3 |
| 5 | proceeded.  At first, there was some case that the defendant | 09:23:4 |
| 6 | wished it to be back in Georgia state court.  I denied that | 09:23:4 |
| 7 | motion so the parties would be at arm's length, and dealt with | 09:23:5 |
| 8 | it accordingly. | 09:23:5 |
| 9 | The amounts in the settlement seem to me to be | 09:24:0 |
| 10 | fair and appropriate.  So I'm going to grant final approval to | 09:24:0 |
| 11 | it.  I'll issue my order of final approval opinion, and then | 09:24:0 |
| 12 | I'll set a hearing in the next couple of days or maybe a week on | 09:24:1 |
| 13 | the attorney fees.  I just received the question for attorney | 09:24:2 |
| 14 | fees and also breakdown of the hours. | 09:24:2 |
| 15 | Anybody has any response to that and wishes to | 09:24:3 |
| 16 | give me their thoughts in writing, that would be fine. | 09:24:3 |
| 17 | Otherwise, I will just conduct a hearing and deal with it | 09:24:3 |
| 18 | accordingly. | 09:24:4 |
| 19 | Anything further from anyone? | 09:24:4 |
| 20 | I'll issue my order in the next day dealing with | 09:24:4 |
| 21 | the final approval. | 09:24:5 |
| 22 | All right, folks, thank you very much. | 09:24:5 |
| 23 | (9:25 a.m., proceedings concluded.) | 09:24:5 |
| 24 | | |
| 25 | | |

CERTIFICATE

I, Susan A. Zielie, Official Court Reporter, do hereby certify that the foregoing transcript is correct.

/S/ SUSAN A. ZIELIE, FCRR
_____
Susan A. Zielie, FCRR

| $ | 504.589.7781 [1] - 1:22 | agent [1] - 10:19 | 14:13 | charges [2] - 8:19, 9:1 |
|---|---|---|---|---|
| $1,000 [2] - 9:8, 9:11 | | agents [1] - 5:14 | attorneys [3] - 7:3, 12:25 | charities [1] - 12:20 |
| $1,155,281 [1] - 5:11 | 6 | agreed [4] - 4:22, 5:21, 10:18, 12:7 | August [3] - 1:5, 8:12, 9:21 | Circuit [1] - 11:10 |
| $15,800 [1] - 8:17 | 600 [1] - 2:4 | agreement [4] - 9:3, 10:25, 11:4, 12:9 | AUGUST [1] - 3:1 | claim [5] - 6:5, 6:25, 8:6, 8:21, 8:23 |
| $16,000 [1] - 8:16 | 6th [2] - 8:12, 9:21 | ahead [1] - 13:9 | availability [1] - 5:15 | claimants [6] - 6:25, 8:19, 8:24, 9:2, 9:5, 9:18 |
| $20,000 [1] - 5:21 | | aided [1] - 1:24 | award [1] - 9:7 | |
| $3,500 [1] - 6:8 | 7 | allegations [1] - 12:5 | awarded [1] - 5:10 | claims [7] - 4:11, 4:13, 5:3, 5:7, 6:13, 10:12, 12:14 |
| $46,611.18 [1] - 9:5 | 70130 [1] - 1:21 | alleging [1] - 4:10 | aware [1] - 4:7 | |
| $48,388.82 [1] - 9:6 | 75 [2] - 8:19, 9:4 | ALLEN [1] - 2:11 | | class [12] - 4:8, 6:9, 6:14, 8:5, 8:18, 9:9, 9:25, 10:3, 11:25, 12:1, 12:17, 14:2 |
| $62,148.24 [1] - 9:3 | | allow [1] - 13:6 | B | |
| $75,369.53 [1] - 7:2 | 8 | allowing [2] - 7:22, 11:16 | background [1] - 3:19 | clients [2] - 6:12, 12:3 |
| $95,000 [3] - 6:23, 7:3, 8:13 | 840 [1] - 2:9 | amount [7] - 7:1, 7:9, 12:13, 12:15, 12:18, 12:20, 14:3 | based [1] - 5:22 | close [1] - 6:1 |
| | | | basis [1] - 10:15 | Cohen [1] - 2:8 |
| / | 9 | amounts [3] - 7:5, 12:15, 14:9 | bear [1] - 12:2 | collusion [1] - 9:16 |
| /S [1] - 15:6 | 90 [1] - 4:19 | ANDREW [1] - 2:7 | BEFORE [1] - 1:10 | comments [2] - 11:16, 13:21 |
| | 912.234.3030 [1] - 2:5 | apologies [1] - 13:13 | began [3] - 4:20, 4:21, 6:22 | committees [1] - 4:17 |
| 1 | 945 [1] - 2:12 | apologize [1] - 13:4 | behalf [6] - 3:11, 5:2, 6:11, 7:21, 7:23, 11:13 | complicated [1] - 11:10 |
| 100 [1] - 7:5 | 98 [1] - 4:21 | appear [2] - 7:24, 11:16 | belief [1] - 5:22 | Computer [1] - 1:24 |
| 11-CV-1546 [1] - 1:5 | 990 [1] - 2:8 | APPEARANCES [1] - 2:1 | bellwether [1] - 4:18 | Computer-aided [1] - 1:24 |
| 16 [1] - 4:16 | 9:00 [1] - 3:2 | appointed [1] - 4:17 | benefit [1] - 12:6 | concerns [1] - 8:10 |
| 17 [4] - 8:5, 8:23, 9:2, 9:5 | 9:25 [1] - 14:23 | appreciate [1] - 7:24 | between [3] - 6:1, 9:16, 11:5 | concisely [1] - 4:6 |
| | | appreciation [1] - 11:16 | bit [1] - 9:22 | concluded [1] - 14:23 |
| 2 | A | appropriate [7] - 7:7, 7:9, 12:17, 13:25, 14:1, 14:3, 14:10 | borne [1] - 10:23 | concur [1] - 11:19 |
| 2 [1] - 2:4 | A.M [1] - 3:2 | approval [17] - 6:18, 7:9, 7:16, 7:25, 8:11, 8:16, 9:8, 9:14, 9:23, 10:6, 12:24, 13:19, 14:10, 14:11, 14:21 | breakdown [1] - 14:14 | conduct [1] - 14:17 |
| 200 [2] - 6:15, 6:24 | a.m [1] - 14:23 | | brief [1] - 3:21 | conducted [1] - 6:20 |
| 2001 [1] - 4:25 | accept [1] - 5:21 | | BRITT [9] - 2:3, 3:8, 7:21, 10:10, 10:15, 10:18, 10:23, 11:3, 11:8 | confidence [1] - 10:20 |
| 2004 [1] - 5:3 | accepted [1] - 6:12 | | | connection [2] - 8:20, 9:2 |
| 2005 [1] - 4:16 | accommodate [1] - 13:8 | | Britt [3] - 3:8, 7:21, 10:10 | consider [1] - 7:8 |
| 2009 [2] - 5:10, 5:21 | accordingly [2] - 14:8, 14:18 | approved [4] - 6:17, 7:10, 8:17, 9:16 | britt [1] - 11:19 | considered [1] - 7:7 |
| 2013 [2] - 1:5, 3:1 | account [1] - 10:19 | area [1] - 11:11 | Britt's [1] - 11:15 | consist [1] - 8:13 |
| 23 [1] - 5:20 | act [1] - 10:19 | arm's [3] - 9:15, 14:4, 14:7 | Bryan [1] - 2:4 | consolidated [1] - 5:4 |
| 23rd [1] - 8:4 | action [3] - 6:9, 9:25, 10:3 | | business [1] - 6:1 | constructed [1] - 7:12 |
| 25 [4] - 6:16, 6:25, 8:4, 12:1 | actions [1] - 4:9 | arrived [1] - 6:23 | | consumed [1] - 4:7 |
| 2525 [1] - 2:12 | actual [2] - 9:25, 12:15 | aspect [1] - 6:4 | C | contacted [2] - 5:14, 5:18 |
| 27 [2] - 1:5, 3:1 | add [2] - 13:23 | assert [1] - 5:3 | CAFA [1] - 14:1 | contends [3] - 5:13, 5:17, 5:20 |
| | address [5] - 9:19, 9:24, 12:11, 12:20, 13:1 | asserted [1] - 6:13 | cardiovascular [1] - 4:2 | context [1] - 12:21 |
| 3 | adequate [1] - 9:14 | asserts [1] - 5:25 | case [10] - 4:15, 4:24, 6:20, 9:10, 9:12, 11:22, 12:3, 12:5, 14:5 | COOMES [7] - 2:7, 3:11, 11:13, 13:3, 13:10, 13:13, 13:16 |
| 30 [2] - 8:16, 13:10 | administrator [1] - 10:17 | assessment [1] - 11:19 | | |
| 30326 [1] - 2:13 | advance [5] - 5:18, 5:21, 6:3, 6:7, 9:2 | assist [1] - 5:6 | Case [1] - 1:5 | Coomes [6] - 3:11, 7:23, 8:22, 11:13, 13:3, 13:16 |
| 30328 [1] - 2:9 | advanced [1] - 5:16 | assisting [1] - 9:10 | certain [1] - 5:12 | |
| 31412 [1] - 2:5 | advances [2] - 6:12, 8:20 | associated [1] - 5:5 | certainly [2] - 11:15, 14:4 | Coomes' [1] - 10:19 |
| | advise [1] - 12:19 | assuming [1] - 8:17 | CERTIFICATE [1] - 15:1 | corporation [1] - 3:25 |
| 4 | advised [1] - 7:17 | AT [1] - 1:3 | | correct [3] - 11:3, 11:8, 15:4 |
| 404.835.9660 [1] - 2:13 | affect [1] - 12:12 | Atlanta [4] - 2:9, 2:13, 3:12, 3:15 | certify [1] - 15:4 | costs [4] - 6:8, 7:4, 9:21, 10:21 |
| 406 [1] - 1:20 | affected [1] - 8:5 | attorney [9] - 7:14, 9:20, 9:21, 12:11, 12:21, 13:1, 13:20, | charged [1] - 7:5 | country [1] - 4:10 |
| | afforded [1] - 12:7 | | | |
| 5 | | | | |
| 50,000 [1] - 4:13 | | | | |
| 500 [1] - 1:20 | | | | |

**couple** [1] - 14:12
**course** [1] - 6:4
**COURT** [18] - 1:1, 3:3, 3:9, 3:13, 3:17, 10:2, 10:14, 10:16, 10:21, 10:25, 11:7, 11:9, 12:23, 13:8, 13:12, 13:14, 13:17, 13:25
**court** [1] - 14:6
**Court** [20] - 1:19, 4:15, 5:5, 6:17, 7:6, 7:22, 7:25, 8:1, 8:6, 8:12, 8:13, 8:17, 9:13, 9:17, 11:20, 12:19, 12:21, 13:4, 13:6, 15:3
**Court's** [2] - 7:11, 12:16
**courts** [1] - 4:10
**Cy** [3] - 11:4, 12:13, 12:20

**D**

**days** [2] - 8:16, 14:12
**dbritt@tatelawgroup.com** [1] - 2:6
**deal** [5] - 10:3, 12:23, 12:25, 13:18, 14:17
**dealing** [1] - 14:20
**dealt** [1] - 14:7
**declared** [1] - 4:14
**defend** [1] - 12:3
**Defendant** [2] - 2:7, 2:11
**defendant** [12] - 5:3, 5:5, 5:15, 5:18, 6:2, 6:8, 6:12, 6:13, 11:2, 13:22, 14:5
**defendants** [5] - 6:4, 6:10, 9:25, 10:23, 11:12
**denied** [1] - 14:6
**deny** [1] - 6:4
**deposition** [1] - 9:11
**depositions** [2] - 6:21, 11:22
**designed** [1] - 3:25
**desiring** [1] - 12:3
**determination** [1] - 12:16
**determine** [1] - 12:19
**determined** [1] - 12:14
**developing** [1] - 4:1
**dial** [1] - 13:6
**died** [1] - 4:25
**different** [2] - 9:22, 13:7
**difficulty** [1] - 13:5
**directly** [1] - 12:12

**disbursement** [1] - 10:21
**discovery** [3] - 4:17, 6:20, 11:21
**distributed** [1] - 4:19
**distribution** [1] - 4:23
**district** [2] - 3:22, 4:14
**DISTRICT** [3] - 1:1, 1:2, 1:11
**District** [1] - 6:10
**divided** [1] - 11:4
**divorce** [1] - 12:24
**documents** [3] - 4:19, 6:21, 11:23
**dollars** [2] - 8:25
**done** [1] - 12:5
**Dorian** [3] - 3:8, 7:21, 10:10
**DORIAN** [1] - 2:3
**Drive** [1] - 2:8
**drug** [4] - 3:23, 4:1, 4:7, 5:1

**E**

**early** [1] - 7:12
**East** [2] - 2:4, 2:12
**EASTERN** [1] - 1:2
**economies** [1] - 12:7
**effort** [1] - 9:12
**Eichholz** [3] - 3:12, 5:3, 11:14
**either** [1] - 8:21
**ELDON** [1] - 1:10
**employed** [1] - 5:2
**employees** [2] - 5:14, 6:2
**engage** [1] - 11:21
**equally** [1] - 11:5
**escrow** [2] - 8:14, 10:19
**ESQ** [3] - 2:3, 2:7, 2:11
**estate** [1] - 5:10
**event** [3] - 6:16, 7:1, 10:25
**events** [1] - 4:2
**eventually** [1] - 4:13
**evidence** [1] - 4:4
**exactly** [2] - 11:24, 12:19
**exceed** [1] - 11:1
**exchanged** [1] - 6:21
**expert** [1] - 11:23
**extensive** [1] - 6:20
**extent** [2] - 12:3, 12:24

**F**

**facilities** [1] - 7:13
**factors** [1] - 7:8
**factual** [2] - 11:22, 12:4
**fair** [4] - 7:9, 9:14, 14:4, 14:10
**Fairness** [1] - 1:6
**fairness** [2] - 3:17, 11:20
**faith** [1] - 9:15
**FALLON** [1] - 1:10
**Fallon** [1] - 3:4
**familial** [1] - 6:1
**far** [1] - 9:25
**FCRR** [3] - 1:19, 15:6, 15:7
**February** [2] - 4:16, 5:10
**federal** [1] - 4:9
**Federation** [1] - 11:5
**fee** [1] - 12:17
**fees** [13] - 7:3, 9:1, 9:20, 9:21, 10:6, 12:11, 12:21, 12:25, 13:1, 13:20, 14:13, 14:14
**Ferry** [1] - 2:12
**few** [3] - 6:7, 8:2, 8:25
**Fifth** [1] - 11:10
**file** [1] - 9:20
**filed** [3] - 4:9, 6:9, 8:11
**filled** [1] - 9:17
**final** [11] - 3:17, 7:16, 7:25, 8:11, 8:16, 9:17, 12:24, 13:19, 14:10, 14:11, 14:21
**Final** [1] - 1:6
**fine** [1] - 14:16
**Firm** [2] - 2:11, 11:14
**firm** [6] - 3:12, 3:14, 5:3, 5:5, 5:9, 8:8
**first** [9] - 3:6, 6:15, 8:15, 10:3, 10:7, 10:15, 13:19, 14:5
**first-come-first-serve** [1] - 10:15
**five** [2] - 4:12, 8:18
**Florida** [2] - 5:6, 6:11
**FLYNN** [3] - 2:11, 3:15, 13:23
**Flynn** [4] - 3:14, 3:15, 7:23, 13:24
**flynn** [1] - 2:11
**folks** [1] - 14:22
**following** [2] - 3:20, 8:18
**FOR** [1] - 1:1

**foregoing** [1] - 15:4
**forms** [3] - 8:6, 8:21, 8:23
**formulated** [1] - 5:22
**frankly** [1] - 12:12
**fund** [1] - 10:11
**funded** [3] - 8:15, 8:18, 10:11
**Funding** [3] - 3:16, 6:3, 13:24
**funds** [9] - 5:12, 5:14, 5:19, 5:23, 8:14, 9:6, 9:17, 10:18, 11:1

**G**

**GA** [3] - 2:5, 2:9, 2:13
**Gary** [3] - 5:6, 5:9
**generals** [1] - 7:14
**generically** [1] - 3:23
**gentlemen** [1] - 3:3
**Georgia** [1] - 14:6
**given** [2] - 5:23, 12:14
**grant** [1] - 14:10
**Group** [1] - 2:3

**H**

**Hammond** [1] - 2:8
**handle** [2] - 11:24, 12:22
**HB** [1] - 1:20
**hear** [5] - 3:4, 7:19, 9:25, 11:12
**hearing** [7] - 3:18, 7:25, 10:5, 13:2, 13:5, 14:12, 14:17
**Hearing** [2] - 1:6, 1:6
**help** [1] - 9:12
**helpful** [1] - 9:10
**hereby** [1] - 15:3
**high** [1] - 8:3
**Honor** [4] - 9:20, 10:24, 11:21, 13:23
**HONORABLE** [1] - 1:10
**hopefully** [1] - 13:10
**hours** [1] - 14:14
**hundred** [1] - 8:25
**Hunt** [1] - 4:25

**I**

**identified** [1] - 8:5
**implemented** [1] - 5:19
**improper** [1] - 12:5
**IN** [2] - 1:1, 1:5
**incentive** [2] - 9:7, 12:17

**include** [2] - 7:3, 8:23
**increased** [1] - 4:2
**individually** [1] - 6:11
**individuals** [2] - 4:7, 7:1
**infarction** [1] - 4:3
**information** [1] - 5:23
**informed** [4] - 5:9, 5:15, 6:1, 6:5
**initial** [1] - 6:6
**installment** [1] - 6:6
**installments** [1] - 8:15
**interest** [3] - 6:8, 8:19, 9:1
**involved** [4] - 3:23, 4:22, 7:14, 14:1
**involves** [1] - 4:24
**ischemic** [1] - 4:3
**issue** [4] - 9:20, 12:11, 14:11, 14:20

**J**

**Jersey** [1] - 3:24
**Jewish** [1] - 11:5
**jflynn@flynnfirm.com** [1] - 2:14
**Joe** [4] - 3:11, 11:13, 13:3, 13:16
**Jonah** [2] - 3:15, 13:24
**JONAH** [1] - 2:11
**JOSEPH** [1] - 2:7
**JUDGE** [1] - 1:11
**Judge** [10] - 3:4, 9:7, 9:24, 10:10, 11:4, 11:13, 11:18, 11:25, 12:2, 12:10
**judge** [2] - 3:8, 7:21

**K**

**Kathryn** [1] - 4:25
**known** [7] - 3:23, 4:4, 4:5, 12:15, 12:16, 12:18

**L**

**label** [1] - 4:6
**ladies** [1] - 3:3
**largest** [1] - 8:24
**Law** [3] - 2:3, 2:11, 11:14
**law** [4] - 3:12, 3:14, 5:3, 8:8
**lawsuit** [1] - 6:10
**lawsuits** [1] - 4:8
**least** [1] - 7:6
**leaves** [1] - 9:5

**led** [1] - 8:2
**Legal** [2] - 3:16, 6:3
**lender** [1] - 5:16
**length** [3] - 9:15, 14:4, 14:7
**LIABILITY** [1] - 1:5
**liability** [2] - 3:22, 4:10
**line** [2] - 3:5, 13:7
**literally** [1] - 13:10
**litigants** [1] - 10:9
**LITIGATION** [1] - 1:5
**litigation** [5] - 3:21, 3:23, 4:15, 5:9, 7:12
**LLC** [2] - 2:3, 2:11
**look** [2] - 7:4, 11:9
**looked** [1] - 6:24
**LOUISIANA** [2] - 1:2, 3:1
**Louisiana** [1] - 1:21

**M**

**manner** [2] - 8:12, 9:21
**manufactured** [1] - 3:24
**manufacturer** [1] - 5:4
**March** [1] - 5:20
**math** [1] - 9:6
**matter** [5] - 3:20, 7:7, 12:6, 12:8, 12:13
**McConnell** [2] - 2:8, 3:10
**means** [1] - 12:18
**members** [2] - 8:5, 8:18
**mentioned** [3] - 5:8, 9:8, 12:12
**Merck** [2] - 3:24, 4:9
**merits** [1] - 12:4
**might** [1] - 5:23
**million** [2] - 4:12, 4:19
**month** [1] - 10:11
**months** [2] - 4:20, 8:18
**morning** [1] - 3:3
**motion** [5] - 8:11, 9:9, 9:20, 9:23, 14:7
**MR** [16] - 3:8, 3:11, 3:15, 7:21, 10:10, 10:15, 10:18, 10:23, 11:3, 11:8, 11:13, 13:3, 13:10, 13:13, 13:16, 13:23
**multi** [2] - 3:22, 4:14
**multi-district** [2] - 3:22, 4:14
**musculoskeletal** [1] - 3:25
**myocardial** [1] - 4:3

**N**

**named** [1] - 9:9
**need** [2] - 9:19, 10:5
**needed** [1] - 7:8
**negotiated** [1] - 9:15
**negotiating** [2] - 4:20, 6:22
**negotiations** [1] - 4:21
**NEW** [2] - 1:3, 3:1
**New** [2] - 1:21, 3:24
**next** [2] - 14:12, 14:20
**noted** [2] - 11:21, 11:25
**nothing** [1] - 13:23
**notice** [5] - 7:10, 7:11, 7:13, 13:25, 14:1
**notices** [5] - 6:14, 6:16, 7:13, 7:15, 8:4
**notified** [1] - 7:14
**number** [1] - 12:14
**numerous** [2] - 4:8, 11:22

**O**

**objected** [1] - 12:4
**objections** [3] - 7:17, 8:7, 8:9
**obviously** [3] - 8:2, 11:19, 12:11
**occur** [1] - 5:24
**OF** [2] - 1:2, 1:9
**office** [1] - 8:22
**Official** [2] - 1:19, 15:3
**one** [1] - 9:19
**opinion** [1] - 14:11
**opportunity** [4] - 7:24, 10:4, 12:11, 13:1
**opt** [1] - 8:7
**opt-outs** [1] - 8:7
**order** [6] - 8:20, 9:14, 10:12, 11:24, 14:11, 14:20
**originally** [1] - 6:24
**ORLEANS** [2] - 1:3, 3:1
**Orleans** [1] - 1:21
**otherwise** [1] - 14:17
**outs** [1] - 8:7

**P**

**Paces** [1] - 2:12
**Pacific** [3] - 3:16, 6:2, 13:24
**paid** [5] - 7:1, 8:19, 8:20, 9:2, 9:11
**pain** [1] - 3:25
**part** [1] - 5:22

**particular** [1] - 4:24
**parties** [10] - 3:5, 4:7, 4:19, 6:17, 6:22, 7:4, 7:12, 9:16, 14:4, 14:7
**Pause** [1] - 13:15
**pay** [1] - 10:12
**payable** [1] - 8:14
**paying** [2] - 10:8
**payment** [3] - 5:19, 8:15, 12:17
**payments** [1] - 9:17
**payout** [4] - 9:5, 12:15, 12:17
**payouts** [2] - 8:24, 11:1
**people** [4] - 4:22, 6:15, 6:16, 12:1
**percent** [4] - 4:22, 7:5, 8:19, 9:4
**Perenti** [1] - 5:6
**perfected** [1] - 4:21
**period** [1] - 10:11
**perspective** [1] - 3:20
**phone** [2] - 3:4, 8:8
**placed** [1] - 4:6
**Plaintiff** [1] - 2:3
**plaintiff** [10] - 3:7, 4:24, 5:2, 5:13, 5:17, 5:20, 5:25, 6:6, 6:9, 7:21
**plaintiffs** [5] - 3:6, 5:9, 6:11, 7:19, 10:9
**plaintiffs'** [1] - 8:8
**PLF** [2] - 2:11, 6:13
**point** [4] - 8:2, 12:14, 12:16, 12:18
**pointed** [1] - 8:6
**points** [1] - 8:3
**Pool** [4] - 6:20, 9:8, 9:9, 12:18
**Poole** [1] - 4:25
**portion** [1] - 5:16
**position** [1] - 7:20
**posted** [2] - 7:11, 7:15
**potential** [1] - 11:24
**Poydras** [1] - 1:20
**preliminary** [7] - 6:17, 6:18, 7:6, 7:8, 9:8, 9:14, 9:23
**prepared** [1] - 7:13
**Pres** [3] - 11:4, 12:13, 12:20
**prescriptions** [1] - 4:12
**procedure** [1] - 10:7
**proceeded** [2] - 4:23, 14:5
**PROCEEDINGS** [1] - 1:9

**proceedings** [1] - 14:23
**Proceedings** [2] - 1:24, 13:15
**process** [2] - 4:1, 4:23
**product** [1] - 4:10
**PRODUCTS** [1] - 1:5
**products** [1] - 3:22
**progressed** [1] - 4:18
**prosecution** [1] - 5:7
**provide** [1] - 5:16
**put** [3] - 3:20, 8:14, 10:18

**Q**

**questions** [1] - 8:9
**quick** [1] - 12:2
**quite** [2] - 5:24, 11:23

**R**

**Rambam** [1] - 11:6
**range** [1] - 8:24
**rapidly** [1] - 4:17
**rather** [1] - 6:19
**RE** [1] - 1:5
**reasonable** [1] - 9:14
**receipt** [1] - 5:23
**receive** [1] - 8:8
**received** [7] - 6:3, 6:6, 8:21, 8:22, 9:4, 10:13, 14:13
**receiving** [3] - 5:12, 5:13, 7:5
**Recorded** [1] - 1:24
**reference** [1] - 12:2
**referred** [1] - 12:13
**reflected** [1] - 12:8
**regard** [1] - 11:18
**reiterate** [1] - 11:15
**relationship** [1] - 6:1
**relieve** [1] - 3:25
**repaid** [1] - 6:7
**Reporter** [2] - 1:19, 15:3
**representation** [1] - 14:2
**representative** [1] - 9:9
**represented** [1] - 9:4
**representing** [1] - 3:6
**reserve** [1] - 12:10
**resolve** [1] - 12:8
**resolving** [1] - 12:6
**respect** [1] - 11:20
**response** [1] - 14:15
**result** [3] - 4:8, 5:1, 7:4
**returned** [1] - 8:6

**review** [2] - 3:21, 7:6
**reviewed** [1] - 11:23
**risk** [1] - 4:2
**Road** [1] - 2:12
**rofecoxib** [1] - 3:24
**RPR** [1] - 1:19

**S**

**sat** [1] - 9:10
**Savannah** [3] - 2:5, 3:8, 11:5
**School** [1] - 11:6
**seconds** [1] - 13:11
**seem** [2] - 13:4, 14:9
**sent** [3] - 6:14, 6:17, 8:4
**separate** [1] - 10:5
**serve** [1] - 10:15
**set** [4] - 10:4, 13:2, 13:19, 14:12
**settlement** [32] - 4:20, 4:21, 4:22, 5:12, 5:14, 5:17, 5:19, 6:14, 6:18, 6:22, 6:23, 7:7, 7:15, 7:17, 7:18, 8:12, 8:14, 8:17, 9:3, 9:6, 9:13, 10:1, 10:3, 10:6, 11:4, 11:18, 11:20, 12:9, 13:21, 14:2, 14:3, 14:9
**settlements** [1] - 6:7
**significant** [1] - 11:21
**simply** [1] - 9:11
**sister** [2] - 4:25, 5:2
**sister's** [1] - 5:10
**six** [3] - 4:18, 4:20, 10:11
**size** [1] - 11:24
**Sneed** [2] - 2:8, 3:10
**Southern** [1] - 6:10
**specifically** [1] - 4:6
**spirit** [1] - 12:6
**state** [3] - 4:9, 4:14, 14:6
**STATES** [2] - 1:1, 1:11
**states** [1] - 7:14
**Ste** [3] - 2:4, 2:9, 2:12
**Stenography** [1] - 1:24
**still** [1] - 13:17
**Street** [2] - 1:20, 2:4
**stroke** [1] - 4:3
**strongly** [1] - 12:4
**subject** [1] - 12:16
**subsequently** [1] - 6:9
**summary** [1] - 8:1
**Susan** [2] - 15:3, 15:7
**SUSAN** [2] - 1:19, 15:6

susan_zielie@laed.uscourts.gov [1] - 1:21

### T

Tate [2] - 2:3, 7:24
telephonic [1] - 13:2
Telephonic [1] - 1:6
telephonically [3] - 7:25, 11:17, 13:5
TELF [3] - 5:15, 6:2, 6:12
term [1] - 11:3
terminate [1] - 13:6
terms [2] - 9:3, 12:8
THE [20] - 1:1, 1:2, 1:10, 3:3, 3:9, 3:13, 3:17, 10:2, 10:14, 10:16, 10:21, 10:25, 11:7, 11:9, 12:23, 13:8, 13:12, 13:14, 13:17, 13:25
thoughts [1] - 14:16
thousand [1] - 8:25
thousands [1] - 4:8
thrombotic [1] - 4:2
throughout [1] - 4:10
timely [2] - 8:12, 9:21
timing [1] - 5:11
today [2] - 3:17, 7:16
total [5] - 6:16, 7:1, 8:14, 9:1, 9:4
touched [1] - 8:13
town [1] - 11:6
transcript [1] - 15:4
TRANSCRIPT [1] - 1:9
transferred [2] - 4:15, 5:5
trials [1] - 4:19
TUESDAY [1] - 3:1
turned [1] - 11:25
turns [2] - 6:15, 6:25
two [3] - 4:18, 5:8, 8:24

### U

ultimately [1] - 5:21
under [2] - 9:3, 11:3
union [1] - 4:14
UNITED [2] - 1:1, 1:11
United [1] - 11:5
up [2] - 8:2, 13:19

### V

various [4] - 6:20, 7:8, 7:13, 7:14
Verie [1] - 4:24

VIOXX [11] - 1:5, 3:23, 4:12, 5:1, 5:4, 5:7, 5:17, 5:19, 6:7, 6:12, 9:2
volume [1] - 11:23

### W

warning [1] - 4:6
Watson [1] - 5:6
website [1] - 7:11
week [1] - 14:12
weeks [1] - 6:7
whatnot [1] - 8:9
Williams [1] - 5:6
willingness [1] - 9:12
wished [1] - 14:6
wishes [1] - 14:15
witness [2] - 11:22, 11:23
writing [1] - 14:16
written [1] - 4:13

### Y

years [2] - 4:18, 5:8

### Z

ZIELIE [2] - 1:19, 15:6
Zielie [2] - 15:3, 15:7