UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX<br>         PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *State of Alaska v. Merck & Co., Inc.*, **06-0018**
*State of Montana v. Merck & Co., Inc.*, **06-4302**
*State of Utah v. Merck & Co., Inc.*, **06-9336**
*State of Mississippi v. Merck & Co., Inc.*, **05-6755**

## ORDER

Before the Court are renewed and/or supplemental motions to remand by the State of Mississippi (Rec. Doc. 64430), the State of Alaska (Rec. Doc. 64582), the State of Montana (Rec. Doc. 64583), and the State of Utah (Rec. Doc 64587). On September 17, 2013, the Court met with the parties to discuss whether the submission date for the motions should be continued. (Rec. Doc. 64600). In declining to continue the date, the Court stated that it would withhold its ruling until certain obligations under Pre-Trial Order 39C (Rec. Doc. 64223) had been completed.

**IT IS ORDERED** that oral argument will be heard on the above-listed motions on October 2, 2013, at 9:00 a.m. The call-in number for out-of-town counsel is 877-336-1839. The access code is 4227405 and the security code is 100213. **IT IS FURTHER ORDERED** that parties may request leave to file additional memoranda following oral argument.

New Orleans, Louisiana, this 27th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

1