UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**MOTION TO DISBURSE SETTLEMENT FUNDS
FOR PAYMENT TO KINSELLA MEDIA, LLC
(VIOXX CONSUMER SETTLEMENT FUND)**

NOW COMES, Co-Lead Settlement Class Counsel, Russ M. Herman and Elizabeth Cabraser, who move this court for an Order, in connection with the Vioxx Consumer Settlement, authorizing the Depository Bank, Esquire Bank, to wire funds to Kinsella Media, LLC in payment for media services, including Class Notice, out of the court established Vioxx Consumer Settlement Fund, all as is more fully shown in the accompanying memorandum in support.

1

Respectfully submitted,

Dated: September 30, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657 and*
*Co-Lead Class Settlement Counsel*

Elizabeth J. Cabraser, Esquire
LIEFF CABRASER HEIMANN & BERNSTEIN, L.L.P.
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone:  (415) 956-1000
Fax:  (415) 956-1008
ecabraser@lchb.com
*Co-Lead Class Settlement Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of September, 2013.

/s/ *Leonard A. Davis*
Leonard A. Davis