# EXHIBIT "A"



**INVOICE #**     4627

**Bill To:**

*In re Vioxx Products Liability Litigation*

Dawn Barrios
Barrios Kingsdorf & Casteix, LLP
**Job:**     2510                 701 Poydras Street
**Invoice Date:**   8/2/2013       One Shell Square, Suite 3650
**Due Date:**     8/9/2013       New Orleans, LA 70139

### Paid Media Components

| | |
|---|---:|
| **Print Media** | **Insertions** |
| **Magazine(s)** | |
|     Jet | 1 |
|     National Geographic | 1 |
| **Newspaper Supplement(s)** | |
|     Parade | 1 |
|     USA Weekend | 1 |
| **Broadcast Media** | **Estimated Frequency** |
| **TV** | |
|     National Network & Cable TV | 2 Weeks |
| **Online Media** | **Estimated Impressions** |
| **Web** | |
|     AOL Media Network | 11,100,000 |
|     AARP Online | 11,500,000 |
|     Google Display Network | |
|     Keyword Search Campaign | |
| **Paid Media Components Total:** | **$1,611,290.09** |

### Other Program Components

**Earned Media**

| | |
|---|---:|
| National Multimedia News Release (MNR) includes: | $34,800.00 |

Extensive distribution to reporters and consumers, alert sent to major broadcast outlets nationally, photo and video distribution, distribution to custom blog list, and posting on social networks.

Media pitching to appropriate national print, broadcast, and online outlets.

**Production & Distribution**

| | |
|---|---:|
|     Print Ad | $1,050.00 |
|     Web Ad | $8,000.00 |
|     TV Spot & Video | $12,000.00 |
| **Other Program Components Total:** | **$55,850.00** |

### Current Total Due

                                                     **$1,667,140.09**

### Payment Instructions

