UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | MAG. JUDGE KNOWLES |

## **O R D E R**

Considering the Motion to Disburse Settlement Funds for Payment to Kinsella Media, LLC (Vioxx Consumer Settlement Fund) filed by Co-Lead Settlement Class Counsel, Russ M. Herman and Elizabeth Cabraser;

IT IS ORDERED BY THE COURT that the Depository Bank, Esquire Bank, is authorized to wire funds to Kinsella Media, LLC, in the total amount of $1,667,140.09, for total payment of its invoice regarding services rendered, including Class Notice.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge