UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received the attached correspondence from Douglas Lyman. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel and Pro Se Curator Robert Johnson review the correspondence and take further appropriate action, if any.

New Orleans, Louisiana, this 12th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

CC: Mr. Douglas L. Lyman
5821 Old Pascagoula Road
Apartment 209
Mobile, AL 36619

Mr. Robert M. Johnson
400 Poydras Street
Suite 2450
New Orleans, LA 70130