Douglas L. Lyman
5821 Old Pascagoula Road Apt. 209
Mobile, Alabama 36619



U.S. District Court Eastern District of Louisiana
500 Poydras Street Room C157
New Orleans, Louisiana  70130


September 5, 2013


Re:   Vioxx Products Liability Litigation
      Case # MBL1657 Section L


Dear Judge Fallon:


It was brought to my attention that a letter was supposedly mailed out to me in which I did not receive. Therefore, I am requesting that another letter be mailed to my correct address.


Sincerely,

*Douglas L Lyman*

Douglas L. Lyman



Douglas L Lyman
5831 Old Pascagoula Rd #2(
Mobile AL 36619

ATT: Judge Fallon
U.S. District Court
Eastern District of Louisiana
500 Poydras Street Room C-151
New Orleans, LA 70130

U.S. MARSHALS