MINUTE ENTRY
FALLON, J.
OCTOBER 2, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L |

**This document relates to: 06-4302, 05-6755, 06-3132 and 06-9336**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Arlene Movahed

Appearances:  William M. Quin, II. Esq. and Sheila Bossier, Esq. (by phone)  for Plaintiff
   Attorney General for the State of Mississippi
   Scott Powell, Esq. and Brian Vines, Esq. for Plaintiffs, Attorney General of the
   State of Alaska and Montana
   Kelly Hubbard, Esq. for Plaintiff Attorney General for the State of Montana
   Matthew Minner, Esq. and William Rossbach, Esq. (both by phone) for Plaintiff
   Attorney General for the State of Montana
   Steve Behnke, Esq., and Kenneth Lougee, Esq. (by phone) for Plaintiff Attorney
   General of the State of Utah
   Leonard Davis, Esq., Dawn Barrios, Esq., and Russ Herman, Esq. (by phone) for
   Plaintiffs' Steering Committee
   John Beisner, Esq. and Jeff White, Esq. for Merck

1. Renewed/Supplemental Motion of Plaintiff, Attorney General for the State of Mississippi, to Remand  (64430)

After argument -  Motion taken under submission

2. Renewed/Supplemental Motion of Plaintiff, Attorney General for the State of Alaska, to Remand (64582)

After argument - Motion taken under submission

In Re: Vioxx - MDL 1657  Page 2
Ref: 06-4302, 05-6755, 06-3132 and 06-9336  October 2, 2013

3. Renewed/Supplemental Motion of Plaintiff, Attorney General for the State of Montana, to Remand   (64583)

After argument - Motion taken under submission

4. Renewed Motion of Plaintiff, Attorney General of the State of Utah, to Remand   (64587)

After argument - Motion taken under submission


JS10:   1:02