UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   *Poole v. Eichholz Law Firm, P.C., et al.,*
   *No. 11-1546*

## ORDER

Before the Court is a motion for reconsideration by Defendant Eichholz Law Firm, P.C. (Rec. Doc. 64626). **IT IS ORDERED** that Class Counsel respond to this motion on or before October 14, 2013.

New Orleans, Louisiana, this 3rd day of October, 2013.

                                                UNITED STATES DISTRICT JUDGE

1