UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX<br>            PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Dennis Richard Harrison v. Merck & Co, Inc.*,
Case No. 07-905

## ORDER

The Court acknowledges receipt of correspondence from Dennis Harrison dated October 2, 2013, and entitled "Plaintiff Dennis Harrison's Motion Requesting Advice Prior to Plaintiff Permitting His Investigator James Duggan to Send Letter to Assistant U.S. Attorney General [*sic*] Office." Mr. Harrison's correspondence seeks permission from this Court to contact the United States Attorney's Office for the District of Massachusetts. This request is outside of the Court's competence and therefore a response is unnecessary.

New Orleans, Louisiana, this 3rd day of October, 2013.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

CC:   Mr. Dennis R. Harrison
      601 W. Brown Street
      Iron Mountain, MI 49801

      Mr. James Duggan
      860 Greg Thatch Circle
      Sacramento, CA 95835

1