UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Rosemary Holobosky, et al. v. Merck Sharp & Dohme Corp.*, **05-1091** (**Plaintiffs AnnMarie and Joseph Mannino**)

## ORDER

The Court received and reviewed the attached e-mail correspondence from Plaintiff AnnMarie Mannino dated October 3, 2013, at 1:30 p.m. and 1:32 p.m., which references Defendant Merck's Motion for Summary Judgment. (Rec. Doc. 64514). **IT IS ORDERED** that the e-mail correspondence be filed into the record as a response to the aforementioned motion.

New Orleans, Louisiana, this 4th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:   Ms. AnnMarie Mannino
64 Columbus Avenue
Staten Island, NY 10304