

**FW: AnnMarie & Joseph Mannino Vioxx Deadline - Room C456**

Staten Island.DOS   to: 'Andrew_Kingsley@laed.uscourts.gov'   10/03/2013 01:30 PM

Cc: "Williams, Jonathan (JonathanWilliams@wc.com)", "Ann Oldfather (aoldfather@oldfather.com)", "Megan J. Hastings (mjh@oldfather.com)"

History:        This message has been replied to.

```
Good Afternoon Mr. Kingsley,

   Ive forwarded my response to Ms. Preston last evening, to ensure I made the
deadline of my response, but It kept getting kicked back and I could not
understand why.. It has taken me all day, But I have finally received your
information.
I would greatly appreciate you forwarding my response to Judge Fallon.

Thank you,

AnnMarie Mannino

-----Original Message-----
From: Staten Island.DOS
Sent: Thursday, October 03, 2013 12:25 AM
To: cms@oldfather.com; Katy_preston@laed.uscourts.gov
Subject: FW: AnnMarie & Joseph Mannino Vioxx Deadline - Room C456


_____
From: Mail Delivery System [MAILER-DAEMON@smtp2.asbn.gtwy.dcn]
Sent: Thursday, October 03, 2013 12:24 AM
To: katy_preston@laed.uscourts.gov
Subject: Undeliverable: AnnMarie & Joseph Mannino Vioxx Deadline - Room C456

Delivery has failed to these recipients or distribution lists:

katy_preston@laed.uscourts.gov<mailto:katy_preston@laed.uscourts.gov>
An error occurred while trying to deliver this message to the recipient's
e-mail address. Microsoft Exchange will not try to redeliver this message for
you. Please try resending this message, or provide the following diagnostic
text to your system administrator.

The following organization rejected your message: [156.119.83.7].




Diagnostic information for administrators:

Generating server: smtp2.asbn.gtwy.dcn

katy_preston@laed.uscourts.gov
[156.119.83.7] #<[156.119.83.7] #5.0.0 smtp; 5.1.0 - Unknown address error
550-'katy_preston@laed.uscourts.gov... No such user' (delivery attempts: 0)>
#SMTP#
```

```
Original message headers:

Authentication-Results: mail1.uscourts.gov; dkim=neutral (message not signed)
header.i=none
Received-SPF: None (mail1.uscourts.gov: no sender authenticity
  information available from domain of
  Ann.Mannino@sunriseseniorliving.com) identity=pra;
  client-ip=216.82.243.203; receiver=mail1.uscourts.gov;
  envelope-from="Ann.Mannino@sunriseseniorliving.com";
  x-sender="Ann.Mannino@sunriseseniorliving.com";
  x-conformance=sidf_strict
Received-SPF: None (mail1.uscourts.gov: no sender authenticity
  information available from domain of
  Ann.Mannino@sunriseseniorliving.com) identity=mailfrom;
  client-ip=216.82.243.203; receiver=mail1.uscourts.gov;
  envelope-from="Ann.Mannino@sunriseseniorliving.com";
  x-sender="Ann.Mannino@sunriseseniorliving.com";
  x-conformance=sidf_strict
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-Anti-Spam-Result:
AqABAPLwTFLYUvPLm2dsb2JhbABQCYJmWVKuZJJYgR8WDgEBAQEBBgsLCRQhB4IlAQEBAQMSQzQCAQ
gRAwEBAQ8ZBzIUBwEBBQMCBAoJCAYUh1IDDwELoTGFUoNSAQGTEReBDotYCYEgCYEIBhcDDAwCBIMZ
gQQDmTCUEIFVOQ
Received: from mail1.bemta8.messagelabs.com ([216.82.243.203])  by
mail1.uscourts.gov with ESMTP; 03 Oct 2013 00:10:42 -0400
Return-Path: <Ann.Mannino@sunriseseniorliving.com>
Received: from [216.82.241.100:22385] by server-11.bemta-8.messagelabs.com id
87/46-14217-771FC425; Thu, 03 Oct 2013 04:24:23 +0000
X-Env-Sender: Ann.Mannino@sunriseseniorliving.com
X-Msg-Ref: server-13.tower-220.messagelabs.com!1380774263!4049828!1
X-Originating-IP: [199.107.64.249]
X-StarScan-Received:
X-StarScan-Version: 6.9.12; banners=-,-,-
X-VirusChecked: Checked
Received: (qmail 29928 invoked from network); 3 Oct 2013 04:24:23 -0000
Received: from abexisa-02.sunriseseniorliving.com (HELO
mail.sunriseseniorliving.com) (199.107.64.249)
  by server-13.tower-220.messagelabs.com with RC4-SHA encrypted SMTP; 3 Oct
2013 04:24:23 -0000
Received: from ABEXHUB01.enterprise.sunrise.root ([10.96.0.214]) by
mail.sunriseseniorliving.com over TLS secured channel with Microsoft
SMTPSVC(6.0.3790.4675);
         Thu, 3 Oct 2013 00:24:27 -0400
Received: from NAEX07MLBX02.enterprise.Sunrise.Root ([::1]) by
ABEXHUB01.enterprise.sunrise.root ([::1]) with mapi; Thu, 3 Oct 2013 00:24:21
 -0400
From: Staten Island.DOS <Ann.Mannino@sunriseseniorliving.com>
To: "katy_preston@laed.uscourts.gov" <katy_preston@laed.uscourts.gov>
Date: Thu, 3 Oct 2013 00:24:04 -0400
Subject: FW: AnnMarie & Joseph Mannino Vioxx Deadline - Room C456
Thread-Topic: AnnMarie & Joseph Mannino Vioxx Deadline - Room C456
Thread-Index: AQHOv/A0O12DhIug00yXPLr8vOUqIZniYKuRgAAAPtg=
Message-ID:
<4656A2D7C142CD4ABE30849CC32F89EA4783ABCD8B@NAEX07MLBX02.enterprise.sunrise.ro
ot>
References: <60474e$mr5nq@smtp1.sndg.gtwy.uscourts.gov>
In-Reply-To: <60474e$mr5nq@smtp1.sndg.gtwy.uscourts.gov>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
```

```
X-MS-TNEF-Correlator:
acceptlanguage: en-US
Content-Type: text/plain
MIME-Version: 1.0
X-OriginalArrivalTime: 03 Oct 2013 04:24:27.0785 (UTC)
FILETIME=[72B51790:01CEBFF0]
```

Sunrise Senior Living offers the finest senior living and care options to seniors and their families. Learn more about Sunrise at http://www.sunriseseniorliving.com

This communication contains information from Sunrise Senior Living that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender any person who receives this information is prohibited from disclosing, copying, distributing and or using it. If you have received this communication in error, please immediately delete it and all copies and promptly notify the sender.

Message from Staten Island.DOS <Ann.Mannino@sunriseseniorliving.com> on Thu, 3 Oct 2013 ---------- 0400- 00:24:04

To: "katy_preston@laed.uscourts.gov" <katy_preston@laed.uscourts.gov>

Subject: FW: AnnMarie & Joseph Mannino Vioxx Deadline - Room C456



FW: AnnMarie & Joseph Mannino Vioxx Deadline - Room C456
Staten Island.DOS   to: Andrew_Kingsley@laed.uscourts.gov          10/03/2013 01:32 PM
Cc: "Megan J. Hastings (mjh@oldfather.com)", "Williams, Jonathan (JonathanWilliams@wc.com)", "Ann Oldfather (aoldfather@oldfather.com)"

History:          This message has been replied to.

Good Afternoon Mr. Kingsley,

    I've forwarded my response to Ms. Preston last evening, to ensure I made the deadline of my response, but It kept getting kicked back and I could not understand why.. It has taken me all day, But I have finally received your information.
I would greatly appreciate you forwarding my response to Judge Fallon.

Thank you very much,,

AnnMarie Mannino
347-231-4708
64 Columbus Ave.
Staten Island, NY 10304
_____
From: Staten Island.DOS
Sent: Thursday, October 03, 2013 12:23 AM
To: katy_preston@laed.uscourts.gov; cms@oldfather.com; mjh@oldfather.com; dmarvin@wc.com
Cc: ammannino@aol.com
Subject: AnnMarie & Joseph Mannino Vioxx Deadline - Room C456

Katie Preston for Judge Fallon,

    This I hope can serve as my response to the deadline set for My husband and myself. I want to begin by letting you know that I sought out to find an attorney to represent me at this late stage in the game and that was an unaffordable option for our family. I sought legal advise because once I took on the responsibility of defending ourselves , everything began to change, Mr Williams from Williams and Connelly, while he was very respectful of our time , I was bombarded with legal terminology consistantly, legal matters, letters, emails, etc none of which I could understand and While I understand Mr, Williams was limited in advising me on what he was presenting me with. I felt like my character was being questioned and I felt uncomfortable with what Mr. Williams was leading up to.  I would not be in this position had it not been for the dismissal of my attorney Mr. Ronald Benjamin. I apologize for anyone left out, but the contact associated with all previous emails are not populating for me to add.

My response ( if thats what it is called) to the Factual and Procedural backround  A. Mr Williams  mentions that I had a long history of hypertension, he goes on to list the antihyperactive medications that I was prescribed for blood pressure. Mr Williams goes on to explain the gap in Doctor visits.
M.r Williams also explains that Ms. Mannino has a genetic mutation C677T associated with elevated homocystine levels and difficulty managing her weight.
Most all that is described in this area talks about how my life and my lifestyle could have caused my TIA..
Is Mr. williams insinuating that my medical history caused the TIA and not the Vioxx  product he represents? Where can I see the actual proof that my

occassional high blood pressure, depression and stress over my familys life situations caused the TIA and NOT vioxx?
  I am requesting a copy of the deposition with Dr. Idan Sharon in which Mr. Williams was told that by my Doctor?
  I was invited to the first date, but not the next, so maybe I missed it I would assume? I am entitled to read the notes on his meeting with my Doctor, no? He was the doctor that ordered tests, diagnoed and treated me.
   If there is any other Physician (medical expert)  studying my history on behalf of Merck, I feel I am entitled to see their findings?

No I can not recall how may samples I was given, when they give you a little bag filled with samples, I dont tend to remember how many pills or packages I recvd. In the future, Pharmacutical companies should monitor what they hand out to patients in bunches, because me knowing exactly all these years later would be something I would say is pretty remarkable..

Mr Williams goes on to talk of my antihypertension medication prescribed to me and my not taking the medication. It seems that Mr. Williams leaves out that VALIUM and XANEX were the Drs wishes for me, every four hours to keep me calm and anxiety free. As I explained taking care of four children, driving them to and from school and activities prevents me and continues to prevent me from taking those medications that make me drowsy, drugged etc.

Mr Williams now digging into my present health, requesting medical records that i did not sign for him to request. I find it a bit much, lawyers from my current doctors calling me questioning his requests for my current records under different doctors. Mr. Williams NO TIA was ever diagnosed except the one in question in March of 2004. NONE. When this began, and you telling me you are entitled to my current medical and there is nothing I can do to stop you from obtaining them, how and when did you recieve my current medical records from my current physicians that I did not even begin to see until 2012.

PROCEDURAL HISTORY

I do not understand anything in this area.. hence one of the reasons i attempted to seek representation.

LEGAL STANDARD

I think this states that I have no genuine issue as to any material fact? It also states that expert testiomony is necessary to prove an element of a plaintiffs cause of action and fails to designante an expert capable of providing admissible testimony on the element.
Is Merck asking me to hire an expert medical professional to put before a jury? Do they think with four kids, working two jobs that I could afford to hire a medical expert, but not an attorney willing to go up against Merck at this late date? I was never asked to hire a medical expert? I hired my doctors that took care of me, Dr. sharon in particular, where was his deposition?

ARGUMENT
Again, I am a sales rep for a senior living company not an attorney, but this seems to read basically that this dark period in our lives, what WE lived though, and what hurt and scarred our marriage, is not really true unless Merck says so, and only if I hire a medical expert to say that?
I would prefer taking the stand and telling the Judge and  jury myself my side.  Because as I mentioned in the introduction and the Legal Standard paragraph above, that is unaffordable to me.

This goes to explain that We bear the burden of providing all proof and medical experts to say what we are telling you is the truth? wouldnt a

polygraph have been easier? wouldnt asking the medical professionals that diagnoes and treated me be effective?
We, who are defending ourselves, because we can not afford or find an attorney to take on Merck at this stage with our measly annual salaries, 4 kids, 2 mortgages , college tuitions etc. etc. ?

Judge Fallon, I will make it my business to be present in Lousianna when I am needed to testify on my behalf, I am sorry I can not afford Medical experts. My Family has told me they will support me and chip in for my airline and hotel so I can finish this chapter in my life and move on.

I would also like to, If i am allowed, to see the results of the MEDICAL EXPERTS Merck hired to say that Vioxx was absolutely 100% not the cause of my TIA, (that i never expierienced again after the VIOXX issue in 2004.) I think that is important, how many of the other clients if any at this point, were provided or afforded to opportunity to see the medical experts testimony that we did not in their opinion suffer any life altering medical situations due to VIOXX and they testified that my depression, occasional HBP and stress was the cause of my TIA?

Here is the best medical information I could personally supply you with I am 41 years old, I am 150 pounds, 5'4. My blood pressure has not been high in quite some time and runs typically 125/80.
My cholesterol is approxiametly 164. and I am in the best shape of my life. I have since 2004 suffered more heartache as a mom in regards to stress , My Mother in Law died after a battle with cancer at 56, that was overwhelmingly stressfull for me.  I have overcome the descion to have my son placed in a medical school setting in PA, after years of trying to parent and not shove samples and medications down his throat, Weve been robbed of all that we own, Credit cards stolen and maxed out, $18,000 we paid after tax time a couple of years ago, My daughter suddenly at 14 developed Epilepsy and suffers Grand Mal Seizures at least twice a month, hospitalizing her everytime, taking me out of work to care for her, We have finally succumb to a medication that may prevent my daughter from ever having children, my daughter who has only ever wanted to be a mom. I am currently working two jobs and my oldest son has suddenly enlisted in the navy and is leaving in two weeks. Through all is this over 9 years I have not suffered any TIA.. Not one..

Judge Fallon,

   I am in no way attempting to waste your time, I am trying to the best of my ability to defend my self, my statements and my character. As long as I can have a few days notice, I can and will fly to you in Louisianna to testify, state my facts . even just to sit with you and answer any questions you or anyone on your behalf, or a courtroom would request of me. I very graciously appreciate your time.

Please excuse any errors in spelling and Grammer, I am attempting a midnight deadline..

Thank you for your time and patience,
especially in my ignorance where legal terminology is not understandable to me.

AnnMarie Mannino
64 Columbus Ave.
Staten Island ,NY 10304
347*231*4708

Sunrise Senior Living offers the finest senior living and care options to seniors and their families. Learn more about Sunrise at http://www.sunriseseniorliving.com

This communication contains information from Sunrise Senior Living that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender any person who receives this information is prohibited from disclosing, copying, distributing and or using it. If you have received this communication in error, please immediately delete it and all copies and promptly notify the sender.