# EXHIBIT B

AnnMarie Mannino

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- - -

IN RE: VIOXX PRODUCTS        MDL DOCKET NO. 1657
LIABILITY LITIGATION         SECTION L

THIS DOCUMENT RELATES TO:
Holobosky, et al. v. Merck Sharp & Dohme Corp.
2:05-cv-01091-EEF-DEK

- - -

Monday, April 22, 2013

- - -

Deposition of ANNMARIE MANNINO held

at Hughes Hubbard & Reed LLP, One Battery Park

Plaza, New York, New York, on the above date,

beginning at 1:33 p.m., before Kimberly A.

Overwise, a Certified Realtime Reporter and

Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

AnnMarie Mannino

Page 30

1    the dates, but he was there for a good six

2    weeks.

3        Q    You said earlier that you'd had some

4    real estate classes that you've taken.  Have

5    you had any medical training?

6        A    No.

7        Q    Any legal training?

8        A    No.

9        Q    Has anybody in your family or do you

10   have close friends with medical training?

11       A    I have a cousin that's a physician's

12   assistant.

13       Q    How about legal training?

14       A    No.

15       Q    Have you ever been in the military?

16       A    No.

17       Q    You said you worked for your

18   father's business at some point before you

19   were a real estate broker.  What was that job?

20       A    Really filing, making out bills for

21   jobs -- it was a security firm -- onboarding

22   new personnel, giving them their paperwork and

23   things like that.

24       Q    Is that business still active?