UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GOLDHABER RESEARCH ASSOCIATES, LLC,<br><br>                      Plaintiff,<br><br>-against-<br><br>TOMMY JACKS, P.C. d/b/a THE JACKS LAW FIRM and BLIZZARD, MCCARTHY & NABERS, LLP,<br><br>                      Defendants. | VIOXX MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>MDL NO. 1657<br><br>CASE NO. 07-2062<br><br>Submission Date: September 3, 2013 |

**PLAINTIFF GOLDHABER RESEARCH ASSOCIATES, LLC'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff GOLDHABER RESEARCH ASSOCIATES, LLC ("Plaintiff") hereby withdraws its Motion to Compel Production of Documents from Defendants Tommy Jacks, P.C. ("Jacks") and Blizzard, McCarthy & Nabers, LLP ("Blizzard")(collectively, "Defendants") for sanctions. Plaintiff and Defendants have resolved the outstanding discovery issues.

Accordingly, Plaintiff withdraws its motion and requests that the Court take no action on the motion.

1

Respectfully submitted,

Dated: September 23, 2013          By:  /s/ Michael D. Steger
                                   Michael D. Steger (MS 2009)
                                   STEGER KRANE LLP
                                   1601 Broadway
                                   12th Floor
                                   New York, NY 10019
                                   (212) 736-6800
                                   (845) 689-2155 (fax)
                                   msteger@skattorney.com
                                   Attorneys for Plaintiff
                           GOLDHABER RESEARCH ASSOCIATES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2013, I served a true and correct copy of Plaintiff Goldhaber Research Associates, LLC's Notice of Withdrawal of Motion to Compel Production of Documents and for Sanctions on counsel for Defendants Tommy Jacks, P.C. d/b/a The Jacks Law Firm and Blizzard, McCarthy and Nabers LLP electronically by ECF and by first class mail, postage prepaid, addressed to:

Christopher A. Seeger, Esq.
77 Water Street
New York, NY 10005
(212) 584-0700
cseeger@seegerweiss.com

                                              __/s/ Michael D. Steger_____
                                              Michael D. Steger