UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GOLDHABER RESEARCH ASSOCIATES, LLC, | VIOXX MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION |
| Plaintiff, | |
| -against- | MDL NO. 1657 |
| TOMMY JACKS, P.C. d/b/a THE JACKS LAW FIRM and BLIZZARD, MCCARTHY & NABERS, LLP, | CASE NO. 07-2062 |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL**

This matter having come before the Court on Plaintiff Goldhaber Research Associates, LLC's Motion to Withdraw Plaintiff's Motion to Compel, the parties having consented to the withdrawal, and it appearing to the Court that good cause for the Motion exists, the Court grants Plaintiff's Motion. Plaintiff's Motion to Compel, filed August 16, 2013, is hereby withdrawn.

IT IS SO ORDERED.

Dated: _____          _____
                                    Hon. Eldon Fallon
                                    United States District Judge