UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**   *Goldhaber Research Associates, LLC v. Jacks, et al.*, 07-2062

## ORDER

**IT IS ORDERED** that a telephone status conference will be held in this matter on Wednesday, October 23, 2013, at 3:30 p.m. The call-in number for the conference is 877-336-1839. The access code is 4227405 and the security code is 102313.

New Orleans, Louisiana, this 8th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE