UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:     ALL CASES

## ORDER

The Court has received and reviewed the attached correspondence from Mary Turner dated September 11, 2013, which requests an accounting of her settlement claim. On July 16, 2013, and September 9, 2013, the Court ordered that the Plaintiffs' Liaison Counsel take appropriate action in response to correspondence it had received from Ms. Turner. (Rec. Docs. 64481, 64581). Plaintiffs' Liaison Counsel then contacted the Lanier Law Firm. On July 22, 2013, and September 13, 2013, the Lanier Law Firm contacted Ms. Turner via letter, copying the Court. The Court has closely reviewed the correspondence it has received from Ms. Turner and the Lanier Law Firm, as well as the attached statement from Claims Administrator BrownGreer. It finds no error in the information the Lanier Law Firm provided to Ms. Turner.

**IT IS ORDERED** that the most recent correspondence from Ms. Turner, the correspondence from the Lanier Law Firm, and the statement from BrownGreer be filed into the record as attachments to this order.

New Orleans, Louisiana, this 7th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:     Ms. Mary J. Turner
2012 Taylor Street
Detroit, MI 48206