UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2013 OCT -7 PM 3: 35
WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL DOCKET NO. 1657 |
| | ) | |
| Products Liability Litigation | ) | SECTION L |
| | ) | |
| State of South Carolina ex rel | ) | JUDGE FALLON |
| v. Merck, et al. | ) | MAG. JUDGE KNOWLES |
| Civil Action #2:10-cv-00319 | ) | |

## REQUEST BY ATTORNEY TO
## WITHDRAW FROM ELECTRONIC NOTIFICATION

Request is hereby made by Eugene C. Covington, Jr., counsel for Henry McMaster in his

capacity as Attorney General of the State of South Carolina in the above-captioned matter, to

withdraw from electronic notification in the within case, and it is represented that the within civil

complaint has been dismissed as to my client.

> NOTE: Your withdrawal from electronic notification in this matter does
> not constitute your withdrawal as counsel for your client in this matter.

Covington, Patrick, Hagins, Stern & Lewis, P.A.

_____/s/Eugene C. Covington, Jr._____
Eugene C. Covington, Jr.

Dated: October 3, 2013

Eugene C. Covington, Jr.
Covington, Patrick, Hagins, Stern & Lewis, P.A.
P.O. Box 2343
Greenville, SC 29602
(864) 242-9000
gcovington@covpatlaw.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# COVINGTON, PATRICK, HAGINS, STERN & LEWIS, P.A.

Eugene C. Covington, Jr.
Douglas F. Patrick
John A. Hagins, Jr.*
T. S. Stern, Jr.
Stephen R. H. Lewis

*Of Counsel

211 Pettigru Street (29601)
P. O. Box 2343
Greenville, SC  29602
www.covpatlaw.com

RECEIVED
DISTRICT COURT
DISTRICT OF LO...   864.242.9000
                    864.233.9777 Fax
2013 OCT -7  PM 3: 35   1.800.849.2988

WILLIAM W. BLEVINS
CLERK

October 3, 2013

U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130
Attention: Carolyn

Re:   **State of South Carolina Ex Rel Henry McMaster in his capacity**
      **as Attorney General of the State of South Carolina**
      **v. Merck & Co., Inc., #2:10-cv-00319**
      **MDL Docket #1657**

Dear Carolyn:

Enclosed please find a Request by Attorney to Withdraw from Electronic Notification filed on
behalf of Eugene C. Covington, Jr.

Thank you.

Very truly yours,

Mary Kelly, Paralegal to
Eugene C. Covington, Jr.
Direct Dial: 864-240-5504
Direct Fax: 864-240-5535
mkelly@covpatlaw.com
/mkk
Encl.