UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GOLDHABER RESEARCH ASSOCIATES, LLC,<br><br>                            Plaintiff,<br><br>      -against-<br><br>TOMMY JACKS, P.C. d/b/a THE JACKS LAW FIRM and BLIZZARD, MCCARTHY & NABERS, LLP,<br><br>                            Defendants. | VIOXX MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>MDL NO. 1657<br><br>CASE NO. 07-2062 |

## ORDER

This matter having come before the Court on Plaintiff Goldhaber Research Associates, LLC's Motion to Withdraw Plaintiff's Motion to Compel (Rec. Doc. 64632), the parties having consented to the withdrawal, and it appearing to the Court that good cause for the Motion exists, IT IS ORDERED that the Motion to Withdraw is GRANTED and Plaintiff's Motion to Compel (Rec. Doc. 64545), filed August 16, 2013, is hereby withdrawn.

_____
UNITED STATES DISTRICT JUDGE