## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®PRODUCTS LIABILITY             MDL 1657
LITIGATION                                   SECTION L
                                             JUDGE FALLON
                                             MAG. JUDGE KNOWLES


THIS DOCUMENT RELATES TO:                    **Case Number:  2:06cv00781**


**Donna C. Russel and**                      PLAINTIFFS
**Robert E. Russel (h/w)**
**v.**

**Merck & Co., Inc.**                        DEFENDANTS

### F.R.C.P. 26(a)(2)(a) DISCLOSURE OF
### POTENTIAL EXPERT OPINION TESTIMONY

* * * * * * *

Come Plaintiffs, by counsel, and provide the following information pursuant to

Interrogatories served herein and/or F.R.C.P. 26(a)(2), as the case may be.

### Experts for Whom Written Reports Were Filed

**The following experts retained by other parties in the litigation and their reports were
disclosed in compliance with PreTrial Order 58, Section IV on June 13, 2012:**

1.  Jerry Avorn, M.D.
    Professor of Medicine
    Division Chief, Pharmacoepidemiology and Pharmacoeconomics
    Brigham and Women's Hospital
    Harvard Medical School
    1620 Tremont Street, Suite 3030
    Boston, MA 02120

2.  Edward Feldmann, M.D.
    Director, Clinical Research
    Tufts Medical Center
    800 Washington Street, Suite 314
    Boston, MA 02111

3.  Benedict Lucchesi, M.D., Ph.D., M.S., F.A.H.A.
    Department of Pharmacology
    A220 Medical Science Research Building III
    The University of Michigan Medical School
    Ann Arbor, MI 48109-0632

4. Russell Luepker, M.D., M.S.
Mayo Professor
Division of Epidemiology and Community Health
School of Public health
Universityo f Minnesota
1300 S. Second St., Suite 300
Minneapolis, MN 55454

**The following expert was retained in this matter and his report has been previously provided on June 21, 2013:**

5. Hal Corwin, M.D.
Neuroscience Associates, PSC
3900 Kresge Way, Suite 56
Louisville, KY 40207

## Experts for Whom Written Reports Have Not Been Filed

The following persons are Donna Russel's treating physicians and professional care providers. It is expected that they will testify on the subject matter of whether Donna had a neurological event and further on the subject matter of their care and treatment of Donna. It is expected that their testimony will be consistent with their records and that they will opine that Donna Russel in all likelihood had some sort of neurological event, or they will testify to symptoms that are consistent with a neurological event, on November 20, 2001. None of the following potential witnesses are retained experts. None have been hired by Plaintiffs. The addresses of the persons named below have been provided in Plaintiff Donna Russel's Plaintiff Profile Form.

1. Ajmal Bangash, M.D.

2. Bhanu Thaker, M.D., Thaker & Brahmbhatt, P.C.

3. Raymond Shea, M.D., Shea Orthopaedic Group

4. Jonathan Grief, M.D., Family Physicians of Southern Indiana

5. Arthur Malkani, M.D., Shea Orthopaedic Group

6. Welby Winstead, M.D., University Surgical Associates

7. John Petrey, M.D.

8.      Thomas Harris, M.D., Floyd Emergency Medicine Associates

9.      Thomas Sonne, M.D.

10.     Jesse E. Adams, M.D., Medical Center Cardiologists

11.     Pradeep Modur, M.D., University Neurologists

12.     Stephen Baldwin, M.D., OB-Gyn Associates of Southern Indiana

13.     Whitney Jones, M.D., Midwest Gastro Associates

14.     Brent Murphy, M.D.

15.     Mark Bickers, M.D., Premier Cardiology LLC

16.     George Goldsmith, M.D.

17.     Brian Hawkins, M.D., Community Ear Nose Throat & Allergy

18.     Eugene Fletcher, M.D.

19.     William Dukes, M.D.

20.     Physicians and staff
        Floyd Memorial Hospital
        1850 State St.
        New Albany, IN 47150

21.     Physicians and staff,
        Jewish Hospital
        217 E. Chestnut St.
        Louisville, KY 40202

22.     University Hospital
        530 S. Jackson
        Louisville, KY 40202

Plaintiff reserves the right to call any expert witnesses identified by Defendants as experts at the trial of this matter.

Respectfully submitted,

s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com
*Counsel for Donna Russel and Robert Russel*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of October, 2013.

s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com
*Counsel for Donna Russel and Robert Russel*