# MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S SUMMARY MOTION PART 2

# EXHIBITS

**Exhibit A:**   *WARNING LETTER from the FDA;* inadequate safety warnings; WARNING LETTER on, or about September 17, 2000; dosage for rheumatoid arthritis patients were not the same as for osteoarthritis;   receiving dosages at 2 to 4 times the indicated safe dosage... by virtue of off-label promotions of Vioxx.

**Exhibit C:**   *UNITED STATES OF AMERICA v. MERCK SHARP DOHME, INC.;* use of Vioxx for the treatment of RA was an unapproved use of Vioxx.

**Exhibit F:**   *Ankylosing Spondylitis (AS),* Defendant Merck had never specifically applied for that to be an approved use, however AS is normally treated in the practice of Rheumatology and Plaintiff had rheumatoid arthritis in addition to AS, see Plaintiff's Exhibit F & G, Blavatsky Declaration paragraph 11 & 12, and thereby became exposed to the false promotion of Vioxx, continuously between on or about April 1999 and April 2002 and even until October 2004, and was prescribed Vioxx at dosage and duration that became to be known to be four times (4X) greater than recommended by the labeling change issued in April 2002 at a point in time where the Spinal Fusion he had undergone had already failed.

**Exhibit G:**   *Ankylosing Spondylitis (AS),* Defendant Merck had never specifically applied for that to be an approved use, however AS is normally treated in the practice of Rheumatology and Plaintiff had rheumatoid arthritis in addition to AS, see Plaintiff's Exhibit F & G, Blavatsky Declaration paragraph 11 & 12, and thereby became exposed to the false promotion of Vioxx, continuously between on or about April 1999 and April 2002 and even until October 2004, and was prescribed Vioxx at dosage and duration that became to be known to be four times (4X) greater than recommended by the labeling change issued in April 2002 at a point in time where the Spinal Fusion he had undergone had already failed.

**Exhibit O:**   *IND 897;* and then negotiated with the FDA and then applied for IND 897, See IND application dated April 20, 2001, see plaintiff Exhibit O, ...

**Exhibit EE:**   *new label;* on or about April 20, 2002,; approximately 500 days after it had received notice; issues of public safety had arisen; obligated to react; failure to react; rise to negligence and even gross negligence under New York State Law; New York State Laws apply.

**Exhibit FF:**   ... Merck applied for the approval for the treatment of RA in its IND 897 application of April 20 2001, see Plaintiff's Exhibit O, which was later approved in April 2002, see Press Announcement Plaintiff's Exhibit EE, and the new 2002 Label Plaintiff's Exhibit FF, the issue of safety of Vioxx with regards to this case, still remains because the promotions prior to the approval were 50 mg with no limit of duration and the approved use after April 2002 had been lowered to just 12.5mg for chronic use, and Plaintiff was thusly taking 4x (four Times) the approved dosage, and he received no warning from Vioxx to change his formulary, and thereby he continued to be greatly injured by Defendant Merck & Co. regards to

1

**EXHIBIT A:** Re: In Re Vioxx Products Liability Litigation, MDL No. 1657
*Dennis R. Harrison v. Merck Sharp & Dohme Corp.,* **2:07-cv-00905-EEF-DEK**

 **DEPARTMENT OF HEALTH & HUMAN** SERVICES

Public Health Service

≤1751d

Food and Drug Administration
Rockville, MD  20857

**TRANSMITTED BY FACSIMILE**

Raymond V. Gilmartin
President and CEO
Merck & Co., Inc.
P.O. Box 1000, UG3BC-10
North Wales, PA  19454-1099

SEP 1 7 2001

**RE:**   NDA 21-042
        Vioxx (rofecoxib) tablets
        MACMIS ID # 9456

# WARNING LETTER

Dear Mr. Gilmartin:

This Warning Letter concerns Merck & Co. Inc.'s (Merck) promotional activities and materials for the marketing of Vioxx (rofecoxib) tablets. Specifically, we refer to promotional audio conferences given on behalf of Merck by Peter Holt, MD, a press release, and oral representations made by Merck sales representatives to promote Vioxx.  As part of its routine monitoring and surveillance program, the Division of Drug Marketing, Advertising, and Communications (DDMAC) has reviewed your promotional activities and materials and has concluded that they are false, lacking in fair balance, or otherwise misleading in violation of the Federal Food, Drug, and Cosmetic Act (the Act) and applicable regulations.  See 21 U.S.C. §§ 331(a) and (b), 352(a), (f), and (n), and 355 (a).

You have engaged in a promotional campaign for Vioxx that minimizes the potentially serious cardiovascular findings that were observed in the Vioxx Gastrointestinal Outcomes Research (VIGOR) study, and thus, misrepresents the safety profile for Vioxx.  Specifically, your promotional campaign discounts the fact that in the VIGOR study, patients on Vioxx were observed to have a four to five fold increase in myocardial infarctions (MIs) compared to patients on the comparator non-steroidal anti-inflammatory drug (NSAID), Naprosyn (naproxen).

Although the exact reason for the increased rate of MIs observed in the Vioxx treatment group is unknown, your promotional campaign selectively presents the following hypothetical explanation for the observed increase in MIs.  You assert that Vioxx does not increase the risk of MIs and that the VIGOR finding is consistent with naproxen's ability to block platelet aggregation like aspirin.  That is a possible explanation, but you fail to disclose that your explanation is hypothetical, has not been demonstrated by substantial evidence, and that there is another reasonable explanation, that Vioxx may have pro-thrombotic properties.

Raymond V. Gilmartin                                          Page 2
Merck & Co., Inc.
NDA 21-042

You have also engaged in promotional activities that minimize the Vioxx / Coumadin (warfarin) drug interaction, omit important risk information, make unsubstantiated superiority claims against other NSAIDs, and promote Vioxx for unapproved uses and an unapproved dosing regimen. In addition, in misrepresenting the Vioxx / warfarin drug interaction you also misrepresent Vioxx's safety profile by minimizing the potentially serious risk of significant bleeding that can result from using Vioxx and warfarin concomitantly.

Your minimizing these potential risks and misrepresenting the safety profile for Vioxx raise significant public health and safety concerns. Your misrepresentation of the safety profile for Vioxx is particularly troublesome because we have previously, in an untitled letter, objected to promotional materials for Vioxx that also misrepresented Vioxx's safety profile.

## Background

Vioxx is a NSAID with selective cyclooxygenase 2 (COX-2) inhibitory properties. It was approved on May 20, 1999, for the treatment of primary dysmenorrhea, for the management of acute pain in adults, and for relief of the signs and symptoms of osteoarthritis.

Prior to approval, endoscopy studies were submitted to the original NDA database demonstrating that treatment with Vioxx 25 mg or 50 mg daily was associated with a significantly lower percentage of endoscopically apparent gastroduodenal ulcers than treatment with ibuprofen 2400 mg daily. Because the correlation between findings of endoscopic studies and the relative incidence of clinically serious upper gastrointestinal (GI) events was unknown, after approval, Merck sponsored the VIGOR study to obtain information regarding clinically meaningful upper GI events and to develop a large controlled database for overall safety assessment.

The VIGOR study included approximately 4000 patients per treatment arm (Vioxx 50 mg a day or naproxen 1000 mg a day) treated for a median time of 9 months. The primary endpoint of the study was the relative risk of confirmed PUBs (perforations, symptomatic ulcers, and GI bleeds) in patients with rheumatoid arthritis taking Vioxx 50 mg daily (two to four times the approved dosing regimen for Vioxx in osteoarthritis), compared to patients taking naproxen, 1000 mg daily. The study also compared the safety and tolerability of the two treatments in patients with rheumatoid arthritis. The results of the study demonstrated that patients on Vioxx had a significantly lower cumulative incidence of PUB's compared to patients on naproxen (2.08% and 4.49% for Vioxx and naproxen, respectively).

Other important results from the VIGOR study included the unexpected findings that investigator reported serious cardiovascular events occurred in 101 patients (2.5%) in the Vioxx treatment group compared to 46 patients (1.1 %) in the naproxen treatment group, and MIs occurred in 20 patients among 4047 in the Vioxx treatment group (0.5%), compared to four patients among 4029 in the naproxen treatment group (0.1%). These unexpected findings were extensively discussed at the FDA Arthritis Advisory Committee Meeting on February 8, 2001. Although, the reason for these differences is not clear, possible explanations include both an ability of naproxen to function as a cardioprotective agent and a pro-thrombotic property of Vioxx.

Raymond V. Gilmartin                                                                                    Page 3
Merck & Co., Inc.
NDA 21-042

## Promotional Audio Conferences

We are aware of six promotional audio conferences, presented on behalf of Merck by Peter Holt, MD that are in violation of the Act and its implementing regulations. These audio conferences were held on June 8, 2000, June 13, 2000, June 16, 2000, and three on June 21, 2000, and were moderated by Merck employees.

On December 12, 2000, we sent you a written inquiry about your involvement with and influence on the initiation, preparation, development, and publication of audio conferences given by Dr. Holt. We also asked you to describe the nature of the relationship between you and Dr. Holt. In your response dated January 5, 2001, you stated that, "Dr. Holt entered into a speaker contract with Merck on June 22, 1999." You also stated that, "Merck has determined that we arranged for Dr. Holt to speak at ten audio conferences in 2000. Merck Business Managers provided him with the topic for the audio conferences and, for two of the audio conferences, asked him to address the safety profiles of Vioxx and other NSAIDs."

The promotional audio conferences identified above, arranged by, and presented on behalf of, Merck were false or misleading in that they minimized the MI results of the VIGOR study, minimized the Vioxx / Coumadin drug interaction, omitted important risk information, made unsubstantiated superiority claims, and promoted Vioxx for unapproved uses and an unapproved dosing regimen. Our specific objections follow.

### Minimization of MI Results

Statements made during the promotional audio conferences identified above minimize the potentially serious MI risk that may be associated with Vioxx therapy. For example, in your June 21, 2000, audio conference you begin your discussion of the MI rates observed in the VIGOR study by stating, "When you looked at the MI rate the rate was different for the two groups. The MI rate for Vioxx was 0.4 percent and if you looked at the Naprosyn arm it was 0.1 percent, so there was a reduction in MIs in the Naprosyn group." You then present your explanation as to why the Vioxx treatment arm had an increased rate of MIs compared to the naproxen treatment arm. Specifically, you state that,

> Vioxx is a wonderful, effective, selective COX-2 inhibitor that inhibits COX-2 but at the doses used does not inhibit COX-1. So therefore without the COX-1 inhibition you don't inhibit platelets, you don't prolong bleeding time and therefore it cannot be used as a cardiovascular protective drug. Naprosyn on the other hand is a wonderful platelet inhibitor, prolongs bleeding time and inhibits platelets identically to aspirin. Obviously the binding with Naprosyn is reversible and with aspirin is irreversible, but the effect on platelets and bleeding time is identical in terms of its effect and therefore functions as a wonderful drug for cardiovascular prophylaxis. So basically the MI rates are in sync with what we know about Vioxx and what we know about Naprosyn.

In fact, the situation is not at all clear. There are no adequate and well-controlled studies of naproxen that support your assertion that naproxen's transient inhibition of platelet aggregation is pharmocodynamically comparable to aspirin or clinically effective in decreasing the risk of MIs. Therefore, your representation that naproxen prolongs bleeding time and inhibits platelets identically to aspirin is misleading, and minimizes the potential seriousness of this finding. As you know, the

Raymond V. Gilmartin                                                      Page 4
Merck & Co., Inc.
NDA 21-042

reason for the difference between Vioxx and naproxen has not been determined; it is also possible that
Vioxx has pro-thrombotic properties. Also, the MI rate that you report for Vioxx is inaccurate; the MI
rate for Vioxx in the VIGOR study was 20 MIs among 4047 patients (0.5%), not 0.4%, as you stated.

Your minimization of the seriousness of the MI rates observed in the Vioxx treatment arm of the
VIGOR trial is further reinforced in your audio conferences by your discussion of a retrospective
analysis of this trial. For example, in your June 21, 2000, audio conference, you state that,

> ...Merck went and pulled out those patients that again were enrolled in VIGOR and asked the
> question, who were those patients that really needed secondary cardiovascular prophylaxis
> from the get go, and that ended up being four percent of the study group in VIGOR based on
> whether there was a prior MI, stroke, TIA, angina, CABG or PTCA....Now if you look at the
> remaining part of VIGOR, which is 96 percent of the VIGOR population, and once again
> looked for the MI rate between Naprosyn and Vioxx, there's no statistically significant
> difference in the MI rate between Naprosyn and Vioxx.  In fact, Naprosyn is 0.2 percent and
> Vioxx is 0.1 percent.

Your claim that the MI rate for naproxen was 0.2 percent and for Vioxx was 0.1 percent is again
inaccurate.  Contrary to your claim that there was a higher rate of MIs in the naproxen group compared
to the Vioxx group, the MI rate for Vioxx in this subpopulation was 12 MIs among 3877 patients
(0.3%) as compared to 4 MIs among 3878 patients (0.1%) for naproxen.

Moreover, you again minimize the Vioxx MI rate observed in the VIGOR study by your comparison of
this rate to the rate of MIs observed for Celebrex (celecoxib) in the Celebrex Long-Term Arthritis
Safety Study (CLASS).  For example, in your June 21, 2000, audio conference you state, "Now if you
remember the crude MI rate of Vioxx in VIGOR that number was 0.4 percent which is basically the
same or in fact a little bit less then the crude MI rate of Celebrex in CLASS which is 0.5 percent."
Your claim that the MI rates of Vioxx compared to Celebrex were basically the same, "or in fact a little
bit less" is misleading.  You are comparing MI rates from two different trials with different patient
populations.  For example, patients who had angina or congestive heart failure with symptoms that
occurred at rest or minimal activity and patients taking aspirin, including low-dose (325 mg or less,
daily or every other day) or other antiplatelet agents (e.g., ticlopidine) were excluded from the VIGOR
trial. The CLASS trial in contrast, did not exclude patients of this type. The CLASS trial thus may
have included patients at a higher risk for MIs.

<u>Minimization of Vioxx / Coumadin Interaction</u>

Statements made during your promotional audio conferences also minimize the risk of Vioxx therapy
in patients who are taking warfarin. For example, in your June 16, 2000, audio conference you stated
that, "...if you look at the thromboembolic events it's very clear that these selective COX-2 inhibitors
have the benefit of not having platelet aggregation and bleeding time, and therefore, can be used safely
in terms of post-op and with Coumadin." Your statement that Vioxx can be used safely with warfarin
minimizes the precaution in the PI that states that "...in post-marketing experience, bleeding events
have been reported, predominately in the elderly, in association with increases in prothrombin time in
patients receiving Vioxx concurrently with warfarin." Your promotion minimizing the risk of using
Vioxx and warfarin concurrently is particularly troublesome because Merck was aware of this
potentially dangerous drug interaction in 1999, well before these audio conferences occurred.  In fact,

Raymond V. Gilmartin                                                    Page 5
Merck & Co., Inc.
NDA 21-042

Merck began disseminating a revised PI in October 1999, which included new information about this risk.

The seriousness of this interaction is further minimized by your suggestion that COX-2 inhibitors, including Vioxx, can be used safely with warfarin because it "has the benefit of not having platelet aggregation and bleeding time." This claim implies that Vioxx is safer than other NSAIDS used in combination with warfarin. However, Vioxx has not been studied in head-to-head trials prospectively designed to assess this specific endpoint. Your superiority claim is therefore misleading.

We note that earlier in your June 16, 2000, promotional audio conference you state, "It can be used in people with Coumadin, although with Coumadin you've got to check their INR three and four days after you add the Cox inhibitor to the Coumadin because there may be a bump in the INR." This disclosure does not correct the overall misleading message, however, nor does it correct your suggestion that Vioxx is safer than other NSAIDs in patients taking warfarin.

<u>Omission of Important Risk Information</u>

Your promotional audio conferences fail to present serious and significant risks associated with Vioxx therapy. For example, your promotional audio conferences fail to state that Vioxx is contraindicated in patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs. You also fail to present the gastrointestinal (GI) warning about the possibility of serious GI toxicity such as bleeding, ulceration, or perforation in patients taking Vioxx. Moreover, you fail to present Vioxx's precautions for use in patients who have liver and kidney disease, information about patient populations in which Vioxx's use is not recommended, such as women in late pregnancy, and information about Vioxx's most common adverse events.

<u>Unsubstantiated Superiority Claims</u>

You make several unsubstantiated superiority claims for Vioxx throughout your promotional audio conferences. For example, in your June 16, 2000, audio conference, you claim that, "The importance of [VIGOR and CLASS] is that the data is going to really help change I believe the package inserts for [Vioxx and Celebrex] down the road because it really shows once again that they are safer than non-steroidals." Your suggestion that COX-2 inhibitors, including Vioxx, have an overall safety profile that is superior to other NSAIDs is misleading because such an advantage has not been demonstrated. In fact, in the VIGOR study the incidence of serious adverse events was higher in the Vioxx treatment group than in the naproxen treatment group (9.3% and 7.8% for Vioxx and naproxen, respectively). The results of safety analyses that were pre-specified in the protocol for the VIGOR trial, such as CHF-related adverse events and discontinuations due to edema-related adverse events, hepatic-related adverse events, hypertension-related adverse events, and renal-related adverse events were all numerically higher (in some cases statistically significantly higher) in the Vioxx treatment group than in the naproxen treatment group. Furthermore, your claim that the VIGOR and CLASS trials "show once again that they are safer than non-steroidals" is also misleading because it implies that the results of the VIGOR trial (i.e., patients on Vioxx had a significantly lower cumulative incidence of PUBs than patients on naproxen) can be applied to the entire class of NSAIDs.

In your June 16, 2000, audio conference you state, "...if you look at the thromboembolic events it's very clear that these selective COX-2 inhibitors have the benefit of not having platelet aggregation and

Raymond V. Gilmartin                                                                    Page 6
Merck & Co., Inc.
NDA 21-042

bleeding time, and therefore, can be used safely in terms of post-op and with Coumadin." This claim
suggests that Vioxx is safer, or has fewer side effects, than other NSAIDs used in the post-operative
setting because COX-2 inhibitors do not affect platelet aggregation and bleeding time. Vioxx has not
been studied, however, in head-to-head trials prospectively designed to assess its safety compared to
other NSAIDS in the post-operative setting. Your superiority claim is therefore misleading.

Further examples of your unsubstantiated superiority claims include your claim that, "In terms of half
life Vioxx has a half life of 17 hours and is truly a once a day drug, whereas Celebrex has a half life of
11 hours and is a BID (twice a day) drug," stated in your June 16, 2000, audio conference. This claim
is misleading because it suggests that Celebrex must be dosed twice a day for all of its approved
indications. In fact, Celebrex is approved for use either twice a day, or once a day, for the treatment of
osteoarthritis. Therefore, your claim that Celebrex is a "BID drug" is misleading.

<u>Promotion of Unapproved Uses</u>

Your audio conferences are misleading because they promote Vioxx for unapproved uses. For
example, in your June 21, 2000, conference, you claim that in the VIGOR study, "...the Vioxx 50
milligrams a day and the Naprosyn, a gram a day, were absolutely equally effective in terms of treating
the patients with rheumatoid arthritis." Your claim is misleading because it suggests that Vioxx is
effective for the treatment of rheumatoid arthritis when this has not been demonstrated. The VIGOR
study was not designed to assess the efficacy of Vioxx for the treatment of rheumatoid arthritis. Your
claim that Vioxx is "absolutely equally effective" to naproxen in treating patients with rheumatoid
arthritis is also misleading because this has not been demonstrated by adequate and well-controlled
clinical studies, and because the VIGOR study was not capable of assessing their comparative
effectiveness.

Your promotional audio conferences are also misleading because they suggest that Vioxx is safe and
effective for other unapproved uses such as the prevention of cancer and invasive cancer, and for the
treatment of Alzheimer's disease and gout. Examples of claims that promote Vioxx for unapproved
uses, include, but are not limited to, your claims in your June 16, 2000 audio conference that,
"...COX-2 seems to be able to interfere with...programmed cell death. Therefore, you get this
increased cell growth which allows polps to form, cancer and then invasive cancer. And by blocking
COX-2 you can actually prevent the development of colon polyps, cancer and invasive cancer."
Additional examples include your claims that "So we tried it [Vioxx] after Vioxx was released and
really within one or two pills acute attacks of gout were being shut down," and "Specifically, if you
looked at potential uses of these drugs, the most exciting right now I guess in two areas, one is
Alzheimer's disease...."

**Press Release**

We have identified a Merck press release entitled, "Merck Confirms Favorable Cardiovascular Safety
Profile of Vioxx," dated May 22, 2001, that is also false or misleading for similar reasons stated above.
Additionally, your claim in the press release that Vioxx has a "favorable cardiovascular safety profile,"
is simply incomprehensible, given the rate of MI and serious cardiovascular events compared to
naproxen. The implication that Vioxx's cardiovascular profile is superior to other NSAIDs is
misleading; in fact, serious cardiovascular events were twice as frequent in the VIOXX treatment
group (101 events, 2.5%) as in the naproxen treatment group (46 events, 1.1%) in the VIGOR study.

Raymond V. Gilmartin                                              Page 7
Merck & Co., Inc.
NDA 21-042

## Oral Representations

Merck sales representatives have engaged in false or misleading promotional activities that also
minimize the potentially serious MI results observed in the VIGOR trial. Specifically, Merck sales
representatives made false or misleading statements to DDMAC reviewers at two different
professional meetings. At your exhibit booth during the 119th Annual Meeting of the Maryland
Pharmacists Association (MPhA), in Ocean City, Maryland, June 9 - June 12, 2001, your
representative stated that the increased MI rate seen in patients on Vioxx in the VIGOR study is due to
the fact that naproxen works just like aspirin (i.e., inhibits clotting and platelet aggregation). In
addition, during the Annual Meeting of the American Society of Health-Systems Pharmacists (ASHP),
in Los Angeles, California, June 3 - June 6, 2001, your representative stated that Vioxx had a greater
MI rate in the VIGOR trial because naproxen is cardioprotective, having platelet effects similar to
aspirin. These statements made by your sales representatives are misleading for the reasons stated
above.

## Conclusions and Requested Actions

The promotional activities and materials described above minimize the potentially serious
cardiovascular findings that were observed in the VIGOR study, minimize the Vioxx / Coumadin drug
interaction, omit crucial risk information associated with Vioxx therapy, contain unsubstantiated
comparative claims, and promote unapproved uses. On December 16, 1999, we also objected to your
dissemination of promotional materials for Vioxx that misrepresented Vioxx's safety profile, contained
unsubstantiated comparative claims, and lacked fair balance.

Due to the seriousness of these violations, and the fact that your violative promotion of Vioxx has
continued despite our prior written notification regarding similar violations, we request that you
provide a detailed response to the issues raised in this Warning Letter on or before October 1, 2001.
This response should contain an action plan that includes a comprehensive plan to disseminate
corrective messages about the issues discussed in this letter to the audiences that received these
misleading messages. This corrective action plan should also include:

1. Immediately ceasing all violative promotional activities, and the dissemination of violative
   promotional materials for Vioxx.

2. Issuing a "Dear Healthcare provider" letter to correct false or misleading impressions and
   information. This proposed letter should be submitted to us for review prior to its release. After
   agreement is reached on the content and audience, the letter should be disseminated by direct mail
   to all healthcare providers who were, or may have been exposed to the violative promotion.

3. A written statement of your intent to comply with "1" and "2" above.

Your written response should be received no later than October 1, 2001. If you have any questions or
comments, please contact Lesley Frank, Ph.D., JD, by facsimile at (301) 594-6771, or at the Food and
Drug Administration, Division of Drug Marketing, Advertising and Communications, HFD-42, Rm.
17B-20, 5600 Fishers Lane, Rockville, MD 20857. We remind you that only written communications
are considered official.

Raymond V. Gilmartin                                              Page 8
Merck & Co., Inc.
NDA 21-042

In all future correspondence regarding this particular matter, please refer to MACMIS ID #9456 in addition to the NDA number.

The violations discussed in this letter do not necessarily constitute an exhaustive list. We are continuing to evaluate other aspects of your promotional campaign for Vioxx, and may determine that additional remedial messages will be necessary to fully correct the false or misleading messages resulting from your violative conduct.

Failure to respond to this letter may result in regulatory action, including seizure or injunction, without further notice.


                              Sincerely,

                              {See appended electronic signature page}

                              Thomas W. Abrams, R.Ph., MBA
                              Director
                              Division of Drug Marketing,
                                Advertising, and Communications

EXHIBIT C: Re: In Re Vioxx Products Liability Litigation, MDL No. 1657
*Dennis R. Harrison v. Merck Sharp & Dohme Corp., 2:07-cv-00905-EEF-DEK*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | |
| | ) | |
| MERCK SHARP & DOHME CORP. | ) | VIOLATION: |
| | ) | |
| | ) | 21 U.S.C. §§ 331(a), 333(a)(1), 352(f)(1) |
| Defendant | ) | (misbranding) |
| | ) | |

## INFORMATION

The United States Attorney charges that:

## PRELIMINARY ALLEGATIONS

At all times material hereto, unless otherwise alleged:

### The Defendant

1.     Between May 1999 and September 2004, Merck & Co., Inc. was a New Jersey corporation headquartered in Whitehouse Station, New Jersey, and was the operating company for Merck's pharmaceutical business in the United States. As a result of a reverse merger with another pharmaceutical company in 2009, Merck & Co., Inc. became a wholly-owned subsidiary of the acquiring company and was renamed **MERCK SHARP & DOHME CORP.** The acquiring company was renamed Merck & Co., Inc. The new Merck & Co., Inc. is a holding company for **MERCK SHARP & DOHME CORP.** and other corporate entities. Currently, **MERCK SHARP & DOHME CORP. ("MERCK")** is the operating company in the United States for the pharmaceutical business formerly conducted by Merck & Co. Inc. **MERCK** was publicly traded (NYSE ticker symbol MRK).

1

2.      MERCK was engaged in, among other things, the development, manufacture, promotion, sale and distribution of prescription drugs intended for human use nationwide and in the District of Massachusetts.  MERCK sold billions of dollars of pharmaceutical products each year.

3.      One prescription drug that was developed, manufactured, promoted, and sold by MERCK was Vioxx, a pain relief medication.  Vioxx was distributed by MERCK into interstate commerce in the United States, including specifically into Massachusetts, from in or about May 1999 through in or about September 2004, when MERCK withdrew Vioxx from the market.

### The FDA and the FDCA

4.      The United States Food & Drug Administration ("FDA") was the federal agency of the United States responsible for protecting the health and safety of the public by enforcing the Federal Food, Drug & Cosmetic Act ("FDCA") and ensuring, among other things, that drugs intended for use in humans were safe and effective for their intended uses and that the labeling of such drugs bore true and accurate information.

5.      The FDCA and its implementing regulations required that before a new drug was legally distributed in interstate commerce, the sponsor of a new drug was required to submit a New Drug Application ("NDA") to the FDA.

6.      The FDCA required that the NDA include proposed labeling for the proposed intended uses of the drug which included, among other things, the conditions for therapeutic use. The NDA was required to provide, to the satisfaction of FDA, data generated in adequate and well-controlled clinical investigations that demonstrated that the drug was safe and effective when used in accordance with the proposed labeling.

2

7.      An NDA sponsor was not permitted to promote or market the drug until the FDA had approved an NDA, including approval of the proposed labeling.  Moreover, if approved by the FDA, the sponsor of the NDA was permitted to promote and market the drug only for the medical conditions of use specified in the approved labeling.  Uses not approved by the FDA were known as "unapproved"or "off-label" uses.

8.      The FDCA, and its implementing regulations, required the sponsor to file a new NDA, or amend the existing NDA, in order to label or promote a drug for uses different from the conditions for use specified in the approved labeling.  The new or amended NDA was required to include a description of the newly proposed indications for use and evidence, in adequate and well-controlled clinical investigations, sufficient to demonstrate that the drug was safe and effective for the newly proposed therapeutic use or uses.  Only upon approval of the new NDA, or supplement, could the sponsor promote the drug for the new intended use.

9.      Under the FDCA, a drug was "misbranded" if its labeling did not contain "adequate directions for use."  21 U.S.C. § 352(f)(1).  "Adequate directions for use" meant directions under which a layperson could use a drug safely and effectively for the purposes for which it was intended. 21 C.F.R § 201.5.  A prescription drug, by definition, could not bear adequate directions for use by a layperson, but an FDA-approved prescription drug, bearing the FDA-approved labeling, could be exempt from the adequate directions for use requirement if it was sold for an FDA-approved use.  A prescription drug that was marketed for non-approved, off-label uses, did not qualify for this exemption and therefore was misbranded.  21 C.F.R. § 201.100.

3

10.    The FDCA prohibited, among other things, the distribution in interstate commerce of a misbranded drug.

### The Vioxx Approval Process

11.    On or about November 23, 1998, MERCK submitted an NDA for approval of a drug called Vioxx (chemical name: rofecoxib), which was a new drug within the meaning of 21 U.S.C. §321(p) and 21 C.F.R. §310.3(h)(4) and (5). In that application, MERCK sought to demonstrate the drug's safety and efficacy for, and sought approval for, use for relief of the signs and symptoms of osteoarthritis, management of pain and treatment of primary dysmenorrhea *menstruation* (the "Approved Uses"). On or about May 20, 1999, the FDA approved Vioxx for those uses and approved a label on that same date. Vioxx was not then approved for any use or condition other than the Approved Uses.

12.    From at least May of 1999 through in or about April 2002, unapproved or off-label uses for Vioxx included the treatment of the signs and symptoms of rheumatoid arthritis.

13.    In 1999, MERCK initiated a clinical trial, known as Vioxx Gastrointestinal Outcomes Research ("VIGOR"), designed to determine whether Vioxx was safer for the gastrointestinal tract than traditional pain relievers. The VIGOR trial was a prospective, randomized, double blind comparison of 50 mg of Vioxx and 1000 mg of naproxen in over 8,000 patients with rheumatoid arthritis.   The VIGOR results were made public by MERCK and provided to the FDA in March 2000.

14.    In February 2001, MERCK submitted a supplemental NDA seeking FDA approval of rheumatoid arthritis as an indication for use for Vioxx.

15.    On or about April 11, 2002, the FDA approved Vioxx for the treatment of rheumatoid arthritis.

16.    Between May 1999 and April 11, 2002, **MERCK** promoted Vioxx to physicians for the treatment of rheumatoid arthritis, an unapproved use, before there was an FDA approved indication for rheumatoid arthritis.

17.    On September 17, 2001, the FDA sent **MERCK** a Warning Letter regarding **MERCK's** improper promotional practices in connection with its marketing of Vioxx.  In that Warning Letter, among other things, the FDA stated that **MERCK** was promoting Vioxx for unapproved uses, including rheumatoid arthritis.  In particular, the FDA's Warning Letter stated:

> Your [**MERCK's**] audio conferences are misleading because they promote Vioxx for unapproved uses.  For example, in your June 21, 2000, conference, you claim that in the VIGOR study ". . . the Vioxx 50 milligrams a day and the Naprosyn, a gram a day, were absolutely equally effective in terms of treating the patients with rheumatoid arthritis."  Your claim is misleading because it suggests that Vioxx is effective for the treatment of rheumatoid arthritis when this has not been demonstrated.

18.    Both before and after receipt of the Warning Letter, **MERCK** through its representatives promoted Vioxx for rheumatoid arthritis without any FDA approved indication for rheumatoid arthritis.  For example, various **MERCK** sales representatives recorded in their call notes instances of promoting Vioxx for rheumatoid arthritis, including the following:

- March 20, 2000 – Representative A recorded as an "accomplishment" that he was able to "gain agreement on use of Vioxx for Ra [rheumatoid arthritis]" with Physician 1.

- March 24, 2000 – Representative B noted as a "strategy" with Physician 2 that he would "Continue to push Vioxx past Celebrex.  Build on story of RA pat[ient]

5

given 12.5 mg Vioxx."

- September 5, 2000 - Representative C noted as a "next call strategy" that she urged that Physician 3 "use [Vioxx] first line in OA and RA pts."

- September 15, 2000 - Representative D noted as an accomplishment in his interaction with Physician 4 that he had an "in depth talk on RA and OA and how Vioxx helps during a lunch tutorial."

- October 16, 2000 – Representative E noted as a "strategy" with Physician 5 that he would "reinforce efficacy of Vioxx vs Celebrex for RA and pain."

- June 27, 2001 – Representative F noted as an "accomplishment" that "v[ioxx] is eff[ective] in ra" in conversation with Physician 6.

- June 28, 2001 - Representative G noted as an "accomplishment" that she had "discussed" with Physician 7 "additional uses/benefits of V[ioxx]" which included rheumatoid arthritis.

- September 25, 2001 – Representative H noted as an "accomplishment" in a conversation with Physician 8 that he had "discussed Vioxx excellent efficacy and off-label use in RA."

- November 15, 2001 – Representative I noted as a "strategy" for his interaction with Physician 9 that he would "gain agreement that Vioxx can be used for RA."

## COUNT ONE

**(Distribution of a Misbranded Drug: Inadequate Directions for Use
21 U.S.C. §§331(a), 333(a)(1) & 352(f)(1))**

19.    The allegations in paragraphs 1 through 18 are realleged and incorporated by reference herein.

20.    Beginning as early as May 1999, and continuing thereafter until on or about April 11, 2002, in the District of Massachusetts and elsewhere, the defendant,

### MERCK SHARP & DOHME CORP.

did introduce and cause the introduction, and did deliver for introduction and cause for delivery for introduction into interstate commerce, quantities of Vioxx, a drug within the meaning of the Federal Food, Drug and Cosmetic Act, 21 U.S.C. §321(g), for an unapproved use, namely the treatment of rheumatoid arthritis, which drug was misbranded within the meaning of 21 U.S.C. §352(f)(1), in that Vioxx's labeling lacked adequate direction for such use.

All in violation of 21 U.S.C. §§331(a), 333(a)(1), and 352(f)(1).

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By:    *Susan Winkler*

JEREMY M. STERNBERG
SUSAN G. WINKLER
ZACHARY A. CUNHA
ASSISTANT U.S. ATTORNEYS

JILL P. FURMAN
ASSISTANT DIRECTOR
OFFICE OF CONSUMER LITIGATION

EXHIBIT F In Re Vioxx Products Liability Litigation, MDL No. 1657

*Dennis R. Harrison v. Merck Sharp & Dohme Corp.*, 2:07-cv-00905-EEF-DEK

MAR-26-02 12:14 RM   JAMES.M.RICE                          503 226 9523        P.00

**HARRISON, DENNIS**                                                    July 25, 2001

49-year-old white male who comes in for evaluation of ankylosing spondylitis.

**HPI:**  This 49-year-old white male tells me that he was first diagnosed with ankylosing
spondylitis in his early 20's and it has been a very aggressive disease since onset. He
had severe spine disease and actually had problems with subluxation of the upper spine
into the occiput to the point that he needed a cervical fusion done in 1999. He has also
had bilateral hip replacements done in 1995. He has ongoing problems with pain and
swelling in his shoulders, his knees, and in his hands and right wrist. He tells me he
has lost about 15 lbs. in the last six months. He has also had problems with iritis in
the past although he is not aware of any trouble with cardiac or lung difficulties. He
has also had problems with osteoporosis, anemia, and sleep apnea. Because of his spinal
problem the question has been raised as to whether he might actually have in addition to
the ankylosing spondylitis RA.

**ROS** is otherwise unremarkable.

**PMH:**  Surgeries:  Status post the cervical fusion and hip procedures as mentioned above.
Lumbar fusion was also done in January of this year. Allergies:  Indocin causes problems.
His current medications include Axid, Vioxx, Fosamax, Prinivil, Amoxicillin, Imipramine,
Tylenol 4, Clonazepam, Oxycontin, and Prednisone. His only other medical problem has
been hypertension.

**SOCIAL HISTORY:**  He is a non-smoker, non-drinker.

**FAMILY HISTORY:**   His brother has spondylitis. He has retired from AT&T  and

**EXAM:**  On PE he is a frail appearing white male who looks much other than his chronological
age who is in no distress. His BP was 120/70 in the right arm seated. Pulse was 90 per
minute and regular. Skin revealed no significant rash. HEENT exam unremarkable. Lungs
were clear to auscultation. Heart: Regular rate and rhythm. There is a II over VI
systolic murmur at the left sternal border, no diastolic murmur was noted. Abdomen not
examined. The neurovascular exam was normal. Joint Exam: He had no swelling or pain in
the DIP joints. There is 2+ swelling and tenderness in the IP joint of the right thumb.
The rest of the IP joints reveal no swelling or pain. There is 2+ swelling and tenderness
in the right first MCP joint. The rest of the MCP joints reveal no swelling or pain.
There is 3+ synovial thickening and 2+ tenderness in the right wrist. The right wrist
reveals 60 degrees of flexion and 40 degrees of extension. Left wrist revealed 80 degrees
of flexion and extension without pain. Elbows revealed full ROM without pain. The
shoulders were markedly abnormal with only 50 degrees of abduction, 30 degrees of external
rotation, 20 degrees of internal rotation. Hips revealed full ROM without pain. The
knees revealed 20 degree flexion contractures with further flexion to 100 degrees. There
is quite a bit of proliferative synovitis and effusions in the knees. The ankles, midfoot
and MTP joints are non-tender. There was some fusiform swelling of the left second toe.
His cervical and lumbar spine revealed no significant motion.

**IMPRESSION:**   1)  Ankylosing spondylitis.
            2)  Peripheral joint arthropathy. The degree of synovitis is surprising
here and certainly raises the possibility of rheumatoid disease as does his cervical
spine subluxation into the foramen magnum which required decompressive surgery.
            3)  Hypertension.
            4)  Weight loss.  I suspect this is probably secondary to his active
arthropathy.

**PLAN:**  Screening lab studies are pending including HIV, hepatitis B and C serologies and
thyroid profile. Provided these were negative or normal, we will start him on Metho-
trexate 10 mg. a week, folic acid 2 mg. a day. I refilled his Oxycontin 40 mg. tabs one
q.12.h., #60, and Klonopin 100 tabs, 1 mg., two at bedtime. That one had 5 refills.
Follow up with me will be in eight weeks.

                                                            JMT/asw

8/22/01 Tlc pt. reguy oxycontin 40 mgs. + h. #60 ang.
                                                      Jones

EXHIBIT G: Re: In Re Vioxx Products Liability Litigation, MDL No. 1657
Dennis R. Harrison v. Merck Sharp & Dohme Corp., 2:07-cv-00905-EEF-DEK

 

Sur    al Neurology Professional Assoc    tion

Ronald J. Fallis, M.D.
Theodore R. Jacobs, M.D.
N. Ross Jenkins, M.D.
Jennifer C. Kearns, M.D.

Brian E. Seaw, PA-C
David C. Motind, PA-C
Joseph T. Kearns, PA-C

*Main Office*

8 Prospect Street        4 Elliot Way, Suite 393        246 Pleasant Street
North Two Specialty Suite                                Memorial Bldg., S-107
Nashua, NH 03060         Manchester, NH 03103           Concord, NH 03301
(603) 882-1300          (603) 669-3838                 (603) 225-6674
fax (603) 882-3625      fax (603) 626-0103             fax (603) 225-2140

March 28, 2002

RE: Harrison, Dennis R.
DOB: 11/19/52

**Chief Complaint:** Neck and back pain

**History of Present Illness:** This is a very pleasant right-hand-dominant 49-year-old male patient seen in consultation at the request of his rheumatologist Dr. Trice. Patient describes history of back pain and neck pain over many years secondary to his ankylosing spondylitis. On February 10, 2002 he was a restrained rear-seat passenger in a vehicle hit to the right front and since that time has had return of some of his neck pain and stiffness and low back pain and stiffness which was relieved to a great degree through surgery approximately 5-6 years ago when he underwent a "total cervical fusion". He has also undergone a lumbar and lower thoracic fusion both secondary to his ankylosing spondylitis.

**Past Medical History** is also significant for rheumatoid arthritis, osteoporosis, bilateral total hip arthroplasties, chronic microcytic anemia.

**Review of Systems:** He complains of neck pain and stiffness. He denies any weakness, paresthesias or radiation of pain to his upper or lower extremities. He denies any changes in bowel or bladder control. He denies any Valsalva effect. He denies any headaches but does describe occasional lancinating pain along his left scalp and just superior to his left ear.

**Medications:** Include Procrit injection weekly, prednisone 20 mg. q.o.d., Vioxx 25 mg. b.i.d., Axid 150 mg. b.i.d., Fosamax 10 mg. q.d., Prinivil 10 mg. q.d., imipramine 10 mg. tablets 3 p.o. q.h.s., OxyContin 40 mg. b.i.d., clonazepam 2 mg. q.h.s.

**Allergies:** To Indocin (anaphylaxis).

retirement disability, lives at home with his wife and plans on

Re:  Harrison, Dennis R.                    March 28, 2002      2
DOB: 11/19/52

moving to New York in the next few months where he is originally
from.  His surgeries have taken place at hospitals in New York and
New Jersey and New England Baptist.

Physical Exam:  Vital signs are as follows:  BP 120/85, pulse
80, respirations 16.  This gentleman has a somewhat cachectic
appearance with severe kyphosis of the C-spine and upper T-spine
and flattening of the lumbar lordosis, severely limited C-spine
ROM. both rotation and flexion/extension.  Cranial nerves II-XII
are intact. HEENT:  No abnormalities are noted.  There is a well-
healed posterior cervical scar approximately 15 cm. in length.
Upper extremities:  Strength is 5/5 over the left upper extremity,
4+ to 5/5 on the right upper extremity.  He complains of right
elbow and right wrist pain which is long-standing and unchanged.
Sensation is intact throughout.  DTRs are 2+ with spread
throughout.  Negative Hoffmann's.  Lower extremity strength is 5/5
throughout.  DTRs are 2-3+/4 at the knees, 2+/4 at the ankles;
negative clonus.  Toes are downgoing to Babinski.  Patient is able
to rise, stand on his toes and his heels.  Examination of the
lumbar area is remarkable for approximately 35-40 cm. long lower
thoracic lumbar wound which is well-healed and once again
flattening of the lumbar lordosis.  No other abnormalities are
noted.  No SI joint discomfort is noted.  Romberg is negative.
Finger-to-nose is intact. Lungs are clear to auscultation.  Heart:
Regular rate and rhythm.

Assessment:  Ankylosing spondylitis, chronic degenerative
changes.

Plan:  Patient was evaluated by Dr. Faille who recommended
that it would be more appropriate for the patient to continue to
seek his care in a major medical center given his multiple chronic
medical issues and lack of focal extremity complaints at this time,
and the fact that his symptoms have been actually improving since
his MVA back in February.  He is to call with any questions or
problems.

Joseph T. Kearns, PA-C

Ronald J. Faille, M.D.

JTK/msr
wp46675.001
cc:  James Trice, M.D.

HarrisonD-NHNeuroSpineInt-      00006

EXHIBIT O:  Re: In Re Vioxx Products Liability Litigation, MDL No. 1657
*Dennis R. Harrison v. Merck Sharp & Dohme Corp.*, 2:07-cv-00905-EEF-DEK

April 20, 2001

 MERCK

Jonca Bull, M.D., Acting Director
Division of Anti-Inflammatory, Analgesic and
Ophthalmologic Drug Products
HFD-550, Room N314
Office of Drug Evaluation V (CDER)
Food and Drug Administration
9201 Corporate Blvd.
Rockville, MD 20850                                    Serial No.  697

Dear Dr. Bull:

IND 46,894: VIOXX™ (Rofecoxib)

Background Information
(Peri-Operative Analgesia)

Reference is made to the above Investigational New Drug Application (IND).

Merck Research Laboratories (MRL), a Division of Merck & Co., Inc., is planning to initiate a clinical development program to support a new indication for VIOXX™ for the "peri-operative management of post-operative pain". MRL believes that this potential use of VIOXX™ represents an important therapeutic advance that is not included in the current product remind. This specific indication, we believe, has not previously been registered by any assignee, nor is there publically available guidance from the Agency on the development of drugs for this indication. MRL would like to discuss our development program to solicit the Agency's concurrence with the plan prior to the initiation of pivotal trials.

By this letter, therefore, MRL is requesting a meeting with the FDA to discuss our peri-operative analgesia program. Enclosed is a Background Package that contains; a proposed agenda for the meeting, a list of MRL participants; a set of questions or issues for discussion, a brief report on the background, rationale and outline of the proposed clinical program; and a draft clinical protocol for use of the pivotal trials.

MRL will also be submitting within the next few weeks, a Background Package and a meeting request to discuss our proposed clinical program to support a "chronic pain" indication for VIOXX™. MRL is amenable to merging the discussions of peri-operative analgesia and chronic pain into a single meeting with the Agency at the Agency's discretion.

To facilitate the scheduling of the meeting(s), Dr. Silverman will contact Ms. Felicndt within the next two weeks. MRL looks forward to the discussion with the FDA.

e-mail - Subject To Protective Order                                    MRK-NJ0749025

Jonca Bull, M.D., Acting Director
IND 46.894: VIOXX™ (Rofecoxib)
Page 2

We consider the information included in this submission to be a confidential matter, and request that the Food and Drug Administration not make its content, nor any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

If you have any questions or need additional information please contact Robert E. Silverman, M.D., Ph.D. (610) 397-2944 or, in my absence, Bonnie J. Goldmann, M.D. (610) 397-2383.

Sincerely,

Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs

Federal Express #1

Attachment

Desk Copies (15).          Ms. Sandra Falkendt, HFD-550, Room N322

q:/acld/vioxx/background/perio/covltr

Confidential - Subject To Protective Order  MRK-NJ0169023

MRK-NJ0169022
MRK-NJ0169226
MRK-NJ0169021
MRK-NJ0169226
04/20/2001
IND 46,894 Vioxx (Rofecoxib) / background information / (peri - operative analgesia) [12/00/1993 - 04/20/2001]
Silverman, Robert E
Bull, Jonca
Folkendt, Sandra
Letter
Gertz, Barry
NO
YES

Robert E Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs
April 20, 2001
Jonca Bull, M.D., Acting Director
Division of Anti-Inflammatory, Analgesic and
Ophthalmologic Drug Products
HFD-550, Room N314
Office of Drug Evaluation V (CDER)
Food and Drug Administration
9201 Corporate Blvd.
Rockville, MD 20850
Dear Dr. Bull:
Merck & Co., Inc.
P.O. Box 4
West Point PA 19486
Tel 610 397 2944

215652 5000
Fax 610 397 2516
MERCK
Research Laboratories
Serial No. 897
IND 46,894: VIOXXTm (Rofecoxib)
Background Information
(Peri-Operative Analgesia)
Reference is made to the above Investigational New Drug Application (IND). ZD
Merck Research Laboratories (MRL), a Division of Merck & Co., Inc., is planning to initiate a
clinical development program to support a new indication for VIOXXI'm for the "peri-operative
management of post-operative pain". MRL believes that this potential use of VIOXXI'11
represents an important therapeutic advance that is not included in the current product circular.
This specific indication, we believe, has not previously been registered by any analgesic nor is
there publically available guidance from the Agency on the development of drugs for this
indication. MRL would like to discuss our development program to solicit the Agency's
concurrence with the plan prior to the initiation of pivotal trials.

By this letter, therefore, MRL is requesting a meeting with the FDA to discuss our peri-operative
analgesia program. Enclosed is a Background Package that contains: a proposed agenda for the
meeting; a list of MRL participants; a set of questions or issues for discussion; a brief report on
the background, rationale and outline of the proposed clinical program; and a draft clinical
protocol for one of the pivotal trials.

MRL will also be submitting within the next few weeks, a Background Package and a meeting
request to discuss our proposed clinical program to support a "chronic pain" indication for
VJOY,XTIM. MRL is amenable to merging the discussions of peri-operative analgesia and chronic
pain into a single meeting with the Agency at the Agency's discretion.
To facilitate the scheduling of the meeting(s), Dr. Silverman will contact Ms. Folkendt within the
next two weeks. MRL looks forward to the discussion with the FDA.
Confidential - Subject To Protective Order MRK-NJO169022

###1|||Page MRK-NJ0169022^^^

Jonca Bull, M.D., Acting Director
I'ND 46,894: VIOXXTM (Rofecoxib)
Page 2
We consider the information included in this submission to be a confidential matter, and request
that the Food and Drug Administration not make its content, nor any future comi-nunications in
regard to it, public without first obtaining the written permission of Merck & Co., Inc.
If you have any questions or need additional information please contact Robert E. Silverman,
M.D., Ph.D. (610) 397-2944 or, in my absence, Bonnie J. Goldmann, M.D. (610) 397-2383.
Sincerely,
Robert E. Silverman, M.D., PH-D.
Senior Director
Regulatory Affairs
Federal Express #1

Attachment
    Desk Copies (15): Ms. Sandra Folkendt, HFD-550, Room N322
    q: f:ackd/vioxxY.background/perio/covltr
    Confidential - Subject To Protective Order
    MRK-NJO189023

###2|||Page MRK-NJ0169023^^^

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION
**INVESTIGATIONAL NEW DRUG APPLICATION (IND)**
(TITLE 21, CODE OF FEDERAL REGULATIONS (CFR) PART 312)

Form Approved: OMB No.
Expiration Date: September 30, 2002
See OMB Statement on Reverse

NOTE: No drug may be shipped or clinical investigation begun until an IND for that investigation is in effect (21 CFR 312.40)

1. OF SPONSOR
...k & Co., Inc.

2. DATE OF SUBMISSION
April 30 2001

3. ADDRESS (Number, Street, City, State and Zip Code)
Sumneytown Pike
P.O. Box 4, BLA-20
West Point, PA  19486

4. TELEPHONE NUMBER (Include Area Code)
(610) 397-2944

5. NAME(S) OF DRUG (Include all available names: Trade, Generic, Chemical, Code)
VIOXX™ (Rofecoxib), L-748751, MK-0966

6. IND NUMBER (If previously assigned)
46,894

7. INDICATION(S) (Covered by this submission)
Treatment of osteoarthritis, rheumatoid arthritis, acute pain, primary dysmenorrhea

8. PHASE(S) OF CLINICAL INVESTIGATION TO BE CONDUCTED   ☐ PHASE 1   ☐ PHASE 2   ☐ PHASE 3   ☐ OTHER   (Specify)

9. LIST NUMBERS OF ALL INVESTIGATIONAL NEW DRUG APPLICATIONS (21 CFR Part 312), NEW DRUG OR ANTIBIOTIC APPLICATIONS (21 CFR 314), DRUG MASTER FILES (21 CFR Part 314.420), AND PRODUCT LICENSE APPLICATIONS (21 CFR Part 601) REFERRED TO IN THIS APPLICATION

10. IND submission should be consecutively numbered. The initial IND should be numbered "Serial number 000." The next submission (e.g., amendment, report, or correspondence) should be numbered "Serial Number 001." Subsequent submissions should be numbered consecutively in the order in which they are submitted.

SERIAL NUMBER
897

THIS SUBMISSION CONTAINS THE FOLLOWING: (Check all that apply)
☐ INITIAL INVESTIGATIONAL NEW DRUG APPLICATION (IND)   ☐ RESPONSE TO CLINICAL HOLD

PROTOCOL AMENDMENT(S):
☐ NEW PROTOCOL
☐ CHANGE IN PROTOCOL
☐ NEW INVESTIGATOR

INFORMATION AMENDMENT(S):
☐ CHEMISTRY/MICROBIOLOGY
☐ PHARMACOLOGY/TOXICOLOGY
☐ CLINICAL

IND SAFETY REPORT(S):
☐ INITIAL WRITTEN REPORT
☐ FOLLOW-UP TO A WRITTEN REPORT

☐ RESPONSE TO FDA REQUEST FOR INFORMATION   ☐ ANNUAL REPORT   ☐ GENERAL CORRESPONDENCE

☐ REQUEST FOR REINSTATEMENT OF IND THAT IS WITHDRAWN, INACTIVATED, TERMINATED, OR DISCONTINUED   ☑ OTHER   Background Package - Peri Operative Analgesia

12. CONTENTS OF APPLICATION

This application contains the following items: (Check all that apply)

- [x] 1. Form FDA 1571 [21 CFR 312.23(a)(1)]
- [ ] 2. Table of Contents [21 CFR 312.23(a)(2)]
- [ ] 3. [illegible] [21 CFR 312.23(a)(3)]
- [ ] 4. General investigational plan [21 CFR 312.23(a)(3)]
- [ ] 5. Investigator's brochure [21 CFR 312.23(a)(5)]
- [ ] 6. Protocol(s) [21 CFR 312.23(a)(6)]
  - [ ] a. Study protocol(s) [21 CFR 312.23(a)(6)]
  - [ ] b. Investigator data [21 CFR 312.23(a)(6)(iii)(b)] or completed Form(s) FDA 1572
  - [ ] c. Facilities data [21 CFR 312.23(a)(6)(iii)(b)] or completed Form(s) FDA 1572
  - [ ] d. Institutional Review Board data [21 CFR 312.23(a)(6)(iii)(b)] or completed Form(s) FDA 1572
- [ ] 7. Chemistry, manufacturing, and control data [21 CFR 312.23(a)(7)]
  - [ ] Environmental assessment or claim for exclusion [21 CFR 312.23(a)(7)(iv)(e)]
- [ ] 8. Pharmacology and toxicology data [21 CFR 312.23(a)(8)]
- [ ] 9. Previous human experience [21 CFR 312.23(a)(9)]
- [ ] 10. Additional information [21 CFR 312.23(a)(10)]

13. [illegible] ☐ YES ☐ NO

IF YES, WILL ANY SPONSOR OBLIGATIONS BE TRANSFERRED TO THE CONTRACT RESEARCH ORGANIZATION? ☐ YES ☐ NO

IF YES, ATTACH A STATEMENT CONTAINING THE NAME AND ADDRESS OF THE CONTRACT RESEARCH ORGANIZATION, IDENTIFICATION OF THE CLINICAL STUDY, AND A LISTING OF THE OBLIGATIONS TRANSFERRED.

14. [illegible]

[illegible] RESPONSIBLE FOR REVIEW AND EVALUATION OF INFORMATION RELEVANT TO THE SAFETY OF THE DRUG

I agree not to begin clinical investigations until 30 days after FDA's receipt of the IND unless I receive earlier notification by FDA that the studies may begin. I also agree not to begin or continue clinical investigations covered by the IND if those studies are placed on clinical hold. I agree that an Institutional Review Board (IRB) that complies with the requirements set forth in 21 CFR Part 56 will be responsible for initial and continuing review and approval of each of the studies in the proposed clinical investigation. I agree to conduct the investigation in accordance with all other applicable regulatory requirements.

| 16. NAME OF SPONSOR OR SPONSOR'S AUTHORIZED REPRESENTATIVE | 17. SIGNATURE OF SPONSOR OR SPONSOR'S AUTHORIZED REPRESENTATIVE | |
|---|---|---|
| Robert E. Silverman, M.D., Ph.D.<br>Senior Director, Regulatory Affairs | Robert E. Silverman (signature) | |
| 18. ADDRESS (Number, Street, City, State and Zip Code)<br>Sumneytown Pike<br>P.O. Box 4, BL A-30<br>West Point, PA 19486 | 19. TELEPHONE NUMBER (Include Area Code)<br>(610) 397-2944 | 20. DATE<br>April 20, 2001 |

(WARNING: A willfully false statement is a criminal offense. U.S.C. Title 18, Sec. 1001.)

[illegible]

Food and Drug Administration [illegible]

Food and Drug Administration [illegible]

"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."

Please DO NOT RETURN this application to this address.

FORM FDA 1571 [illegible] PAGE 2 OF 2

Confidential - Subject To Protective Order [illegible]

| EXHIBIT EE: Re: In Re Vioxx Products Liability Litigation, MDL No. 1657 *Dennis R. Harrison v. Merck Sharp & Dohme Corp., 2:07-cv-00905-EEF-DEK* | Merck announcement Press Notes |

**VIOXX® Label Change**
**Questions & Answers**
***For internal use only in response to media inquiries***

**FINAL: 4/11/02**

### LABEL CHANGES

**Q1.** Tell me about this label change for Vioxx approved by the FDA.

**A1.** The label changes approved by the FDA include the addition of the findings from VIGOR, including GI and cardiovascular results, along with cardiovascular results from a placebo-controlled database; and the addition of an expanded indication for a new use of Vioxx 25 mg in adult rheumatoid arthritis.

**Q2.** Why did it take so long to receive this approval? Why didn't you include the cardiovascular findings from VIGOR in your label sooner?

**A2.** Merck first announced the preliminary results of the VIGOR study in March 2000. Since that time, the results have been presented at major medical meetings, published in the *New England Journal of Medicine*, discussed at a public meeting of the FDA advisory committee, and debated in both the medical and lay press. We believe the results have been broadly disseminated and widely known.

Since we filed the sNDA for VIGOR in June 2000, we have worked diligently with the FDA to include the results of VIGOR in the labeling for Vioxx. We are pleased to bring that process to closure and to have the results of the study included in the labeling.

**Q3.** What is Merck's take on why the label for Vioxx still carries the traditional NSAID warning?

**A3.** The GI warning has been modified in the label for Vioxx to say: "Although the risk of GI toxicity is not completely eliminated with Vioxx, the results of the Vioxx GI Outcomes Research (VIGOR) study demonstrate that in patients treated with Vioxx, the risk of GI toxicity with Vioxx 50 mg once daily is significantly less than with naproxen 500 mg twice daily."

Merck worked with the FDA to update the label for Vioxx to reflect the findings of VIGOR, a study designed to evaluate whether Vioxx at twice its highest chronic dose would significantly reduce the risk of serious GI side effects compared to the NSAID naproxen.

With this important modification, Vioxx is the first and only medicine that selectively inhibits the COX-2 enzyme proven to reduce the risk of developing clinically important GI side effects compared to the commonly used NSAID naproxen, and to have such risk reductions cited in the label.

MRK-ADS0000216


NO. 693

**Q4.** What is Merck's reaction to having the cardiovascular data added to the Precautions section?

**A4.** Merck first announced the preliminary results of the VIGOR study in March 2000. Since that time, the results have been presented at major medical meetings, published in the *New England Journal of Medicine*, discussed at a public meeting of the FDA advisory committee, and debated in both the medical and lay press. We believe the results have been broadly disseminated and widely known.

Since we filed the sNDA for VIGOR in June 2000, we have worked diligently with the FDA to include the results of VIGOR in the labeling for Vioxx. We are pleased to bring that process to closure and to have the results of the study included in the labeling.

MRK-ADS0000217

### GI-specific language

**Q5.** **What were the key changes to the label as they relate to GI findings from VIGOR?**

**A5.** The label now cites the results from VIGOR which showed that Vioxx 50 mg -- at twice the highest chronic dose -- significantly reduced the risk of serious GI side effects by 54 percent compared to naproxen and that the reduction in risk seen with Vioxx was maintained in patients with or without risk factors for developing symptomatic ulcers, perforations, obstructions and bleeds. Risk factors included prior history of a PUB, age of 65 or older, *Helicobacter pylori* infection or concomitant use of corticosteroids.

The GI advantage of Vioxx vs. naproxen proven in VIGOR has resulted in a modification to the GI Warning section.

While the warning remains in the label for Vioxx, it has been modified to say: "Although the risk of GI toxicity is not completely eliminated with Vioxx, the results of the Vioxx GI Outcomes (VIGOR) study demonstrate that in patients treated with Vioxx, the risk of GI toxicity with Vioxx 50 mg once daily is significantly less than with naproxen 500 mg twice daily."

With this important modification, Vioxx is the first and only medicine that selectively inhibits the COX-2 enzyme proven to reduce the risk of developing clinically important GI side effects compared to naproxen, a commonly used NSAID, and to have such risk reductions cited in the label.

**Q6.** **Does having the language on fewer GI events offset the NSAID warning language?**

**A6.** While the GI warning still remains in the label for Vioxx, it has now been modified to reflect the GI results from VIGOR. Vioxx is the first and only medicine that selectively inhibits the COX-2 enzyme proven to reduce the risk of developing clinically important GI side effects compared to naproxen. We believe the modification of the NSAID Warning to reflect the GI safety advantage of Vioxx vs. naproxen will be viewed by physicians as an important differentiator for Vioxx and will be well received in the marketplace.

**Q7.** **Is Merck conducting additional studies with Vioxx to further assess GI benefits?**

**A7.** As with all our products, Merck continues to study Vioxx in order to advance the scientific knowledge of the product. Specific information on our research and development program is proprietary.

**Q8.** **Will Merck be conducting studies to assess the actual risk of GI events with Vioxx in order to remove the GI NSAID warning?**

**A8.** As with all our products, Merck continues to study Vioxx in order to advance the scientific knowledge of the product. Specific information on our research and development program is proprietary.

We are pleased that the label for Vioxx now contains a modification to the GI NSAID warning based on the results of VIGOR, which showed that Vioxx significantly reduced the risk of serious GI events by 54 percent compared to naproxen.

MRK-ADS0000218

**Q9.** **Is Merck conducting studies to demonstrate the effect on the GI tract of combining Vioxx plus low dose aspirin?**

**A9.** Yes. We have a study under way to look at concomitant use of Vioxx and low-dose aspirin. Results will be presented in a scientific forum once they become available. Specific information on the study is proprietary.

**VIGOR AEs/Discontinuations**

Q10.   What were the incidences of serious adverse events and discontinuations from the VIGOR study and how do they compare to your current label?

A10.   Rates of serious adverse events and discontinuations due to clinical adverse experiences were higher in studies with Vioxx 50 mg compared to studies with either 12.5 or 25 mg.  Chronic use of 50 mg is not recommended.

MRK-ADS0000220

## Cardiovascular

**Q11.** Don't you have a new cardiovascular warning in the label?

**A11.** No.  The new cardiovascular language in our label is not a "warning;" it is a precaution. A warning is intended to describe serious adverse reactions and potential safety hazards.  A precaution describes "any special care to be exercised by the practitioner for the safe and effective use of the product"[1].  The only warning that has been modified in the label is the GI warning, which now reflects the GI advantage seen with Vioxx vs. naproxen in VIGOR.

*(If pressed, refer to news release.)*

**Q12.** Do you believe there is a tradeoff between a reduction in GI risk with Vioxx versus a cardiovascular risk?

**A12.** When physicians decide which medicine – if any – to prescribe for their patients, they need to consider the benefits and risks of the medicine, as well as their patients' medical condition and history and then make a decision about which medicine to prescribe.  We believe that when physicians do that, they will continue to believe that Vioxx is an appropriate choice for many of their patients with osteoarthritis, acute pain, and now adult rheumatoid arthritis.

**Q13.** What is the exact mechanism for why there was a higher incidence of heart attacks with Vioxx?

**A13.** The labeling for Vioxx includes the cardiovascular results of VIGOR and the cardiovascular results from two placebo-controlled studies.  It does not take a position on the cause of the difference in cardiovascular events in VIGOR.  It does make a point of emphasizing that Vioxx is not a substitute for aspirin for cardiovascular prophylaxis and that all of this information – the results of VIGOR, the placebo studies, and that Vioxx is not a substitute for aspirin – should be considered by prescribers and that Vioxx should be used with caution in patients with a history of ischemic heart disease.  Merck will promote Vioxx in accordance with this labeling.  Scientifically, we recognize that there are two possible alternate explanations for the results in VIGOR – one that Vioxx caused the difference and one that naproxen caused the difference.  Merck scientists continue to believe that the weight of the evidence indicates that the difference is a result of an effect of naproxen.

**Q14.** Do the rates of cardiovascular events change over time?

**A14.** The labeling does not take a position on this question.  I can tell you that we did a number of statistical tests to evaluate this question.  In these statistical tests, we saw no evidence that the rates changed over time.

---

[1] FDA CDER handbook from FDA website.

**Q15.** Is there a relationship between the incidence of hypertension/edema and the incidence of heart attacks?

**A15.** There was no correlation between hypertension/edema and cardiovascular events in VIGOR or any of our studies with Vioxx.

**Q16.** It appears some of the data/event rates in the new label specific to VIGOR are different from data previously published in NEJM. Can you explain?

**A16.** Merck first announced the preliminary results of the VIGOR study in March 2000. At that time, we released the "crude" rates of cardiovascular events, which represented the absolute incidence of patients who had events. Since that time, these results have been presented in many peer-reviewed, public forums in that way and also in terms of rates per 100 patient-years. These results have been presented at major medical meetings, published in *The New England Journal of Medicine*, discussed at a public meeting of the FDA advisory committee, and debated in both the medical and lay press. The labeling presents these same data by providing the number of events [Table 3]; and for overall thrombotic adverse events, it provides the cumulative rate at certain time points [Table 2].

Although there are different ways in which the data have been presented, the publications, presentations and labeling all make the same point – that the rate of cardiovascular events in the VIGOR study was higher in patients taking Vioxx than in patients taking naproxen and that this difference was largely due to a difference in the incidence of myocardial infarction.

**Q17.** What happened to your naproxen theory? It's not addressed in your news release. Do you still believe the findings were because of a cardiovascular benefit of naproxen?

**A17.** The labeling for Vioxx includes the cardiovascular results of VIGOR and the cardiovascular results from two placebo-controlled studies. It does not take a position on the cause of the difference in cardiovascular events in VIGOR. It does make a point of emphasizing that Vioxx is not a substitute for aspirin for cardiovascular prophylaxis and that all of this information – the results of VIGOR, the placebo studies, and that Vioxx is not a substitute for aspirin – should be considered by prescribers and that Vioxx should be used with caution in patients with a history of ischemic heart disease. Merck will promote Vioxx in accordance with this labeling. Scientifically, we recognize that there are two possible alternate explanations for the results in VIGOR – one that Vioxx caused the difference and one that naproxen caused the difference. Merck scientists continue to believe that the weight of the evidence indicates that the difference is a result of an effect of naproxen.

**Q18.** What is the status of the CV outcomes study with Vioxx? With Arcoxia?

**A18.** We are planning to conduct appropriate large-scale studies to further assess the cardiovascular profile of our COX-2 medicines. Specific details of those studies are proprietary.

MRK-ADS0000222

### Renal-Specific

**Q23.** What were the rates of hypertension and edema with Vioxx in VIGOR and how did they relate to your overall safety findings in VIGOR?

**A23.** The incidences of hypertension and edema reported in VIGOR were consistent with those reported in the Phase III studies [*NOTE:* these were mostly from the OA endoscopy studies] that evaluated the chronic use of Vioxx 50 mg in osteoarthritis patients. In VIGOR, hypertension was reported in 8.5 percent of patients and lower extremity edema was reported in 4.0 percent of patients taking Vioxx 50 mg – a dose two times the highest approved chronic dose for osteoarthritis and rheumatoid arthritis. In VIGOR, there was no correlation between these renal vascular effects and cardiovascular events. As stated in the label, chronic use of Vioxx 50 mg is not recommended.

[*If directly asked:* The incidence of hypertension reported with naproxen 500 mg twice daily in VIGOR was 5.0 percent and the incidence of edema was 2.6 percent.]

**Q24.** How do the rates of hypertension and edema seen in VIGOR with Vioxx 50 mg compare to the current Vioxx label? To those seen in CLASS with Celebrex?

**A24.** First, it's important to remember that all NSAIDs work by inhibiting COX-2 and all have effects on the kidney, as is reflected in the prescribing information for these medicines, including Vioxx and Celebrex as well as ibuprofen, diclofenac and naproxen.

In VIGOR, the incidences of edema and hypertension with were consistent with those seen in the Phase III studies of osteoarthritis patients with Vioxx 50 mg, a dose two times the highest approved dose for chronic use.
→ With chronic dosing of 50 mg in the Phase III osteoarthritis studies, the incidence of hypertension was 8.2 percent, and the incidence of lower extremity edema was 6.3 percent.
→ In VIGOR, incidences for 50 mg were similar: hypertension was reported in 8.5 percent of patients and lower extremity edema in 4.0 percent.
Per the label, chronic use of Vioxx 50 mg is not recommended.

As for the hypertension and edema rates seen in the CLASS study, we cannot make direct comparisons across studies. This is particularly true here because of differences in the length of the studies, methodologies, adverse event definitions and investigators.

[*For Background:* In the osteoarthritis studies that were conducted over a six-week to six-month duration, the combined incidence of hypertension was 3.0 percent for ibuprofen 2400 mg and 1.6 percent for diclofenac 150 mg; and the combined incidence of lower extremity edema was 3.8 percent for ibuprofen and 3.4 percent for diclofenac.]

MRK-ADS0000224

**Q19.** When will the placebo-controlled studies mentioned under the cardiovascular effects section be completed?  What did they intend to show?

**A19.** The placebo-controlled studies are studies evaluating Vioxx in elderly patients with Alzheimer's disease and mild cognitive impairment.  One of the studies, which has been completed, evaluated the effect of Vioxx 25 mg in slowing the progression of Alzheimer's disease.  This study did not show evidence of efficacy.  The finding is not unexpected given new data which suggests that if NSAIDs were to be effective, they need to be given several years prior to the treatment of Alzheimer's disease. [*Note*:  a replicate study of the completed study mentioned above was subsequently stopped early with no analysis of efficacy undertaken.]  Another study, which is currently ongoing, is evaluating the effects of Vioxx 25 mg in preventing the progression of Alzheimer's disease in patients with mild cognitive impairment.  Preliminary results were obtained and included in the database for evaluation of cardiovascular thrombotic events and deaths related to those events as noted in the label.

**Q20.** Have the Alzheimer's data been made public prior to it being added to your label?

**A20.** Yes.  These data were discussed during the FDA Advisory Committee meeting that reviewed the results of VIGOR and were included in the cardiovascular pooled-analysis presented at the European League Against Rheumatism (EULAR) and American College of Rheumatology (ACR) annual meetings last year, and subsequently published in *Circulation*, October 2001.

**Q21.** Tell me about the difference in the death rates with Vioxx and placebo that your label cites from the placebo-controlled studies.

**A21.** First, the number of events was small: 8 vs 3.  Second, this difference was not statistically significant and third, the number of events in VIGOR was similar: 7 vs 6.

**Q22.** What were the cardiovascular findings in the Phase III RA studies with Vioxx?

**A22.** In the Phase IIb/III rheumatoid arthritis studies that evaluated Vioxx 25 mg once daily with naproxen 500 mg twice daily, the difference between the two groups was generally similar to what was observed in VIGOR.  These data were included in the cardiovascular pooled-analysis presented at the EULAR and ACR annual meetings last year, and subsequently published in *Circulation*, October 2001.

Q25.   Why was there a two-fold higher incidence of hypertension seen with Vioxx 25 mg in the RA studies?  Why does this differ from the results seen in your osteoarthritis studies?

A25.   It's important to remember that all NSAIDs work by inhibiting COX-2 and all have effects on the kidney, as is reflected in the prescribing information for these medicines, including Vioxx and Celebrex as well as ibuprofen, diclofenac and naproxen.  Therefore, increases in the incidence of hypertension are not unexpected.

As our label states, clinical trials with Vioxx at daily doses of 12.5 mg and 25 mg in patients with osteoarthritis have shown effects on hypertension and edema similar to those observed with comparator NSAIDs; these occurred with an increased frequency with chronic use of 50 mg.  Chronic use of 50 mg is not recommended.  These Phase III clinical trials involved more than 4,000 patients.

It is not known why there were differing incidences of hypertension in the osteoarthritis and rheumatoid arthritis studies.  It is difficult to make comparisons across trials as the rheumatoid arthritis and osteoarthritis studies involved various NSAID comparators to Vioxx, and they examined different types of patients, with different investigators, and at different time periods.

[For Background:  In the osteoarthritis studies that were conducted over a six-week to six-month duration, the combined incidence of hypertension was 3.5 percent for Vioxx 12.5 mg or 25 mg compared to 3.0 percent for ibuprofen 2400 mg and 1.6 percent for diclofenac 150 mg.]

MRK-ADS0000225

**RA-efficacy**

**Q26.** **Is your RA indication coming later than expected?**

**A26.** No. Merck announced the filing for the rheumatoid arthritis indication in April 2001. The actual filing date was March 1, 2001. In December 2001, Merck received an approvable letter from the FDA for our rheumatoid arthritis application.

**Q27.** **Was the patient population in the Phase III RA studies different/same as the RA population in VIGOR?**

**A27.** The patient populations for the Phase III studies and the VIGOR study were similar in that all patients had rheumatoid arthritis. However, specific inclusion and exclusion criteria varied, reflective of the different study endpoints that were specified (VIGOR – GI safety and RA – efficacy).

[*For Background*: In the Phase III studies designed to evaluate the efficacy of Vioxx in treating the signs and symptoms of rheumatoid arthritis, patients had to be at least 18 years of age or older (mean age 54) and diagnosed with rheumatoid arthritis for at least 6 months. Only patients previously on chronic therapy with NSAIDs were enrolled, and only those who, following a washout of prestudy NSAIDs and demonstration of flare, were then randomized to Vioxx, naproxen or placebo. Patients were allowed to take methotrexate or low-dose corticosteroids; and in one of the pivotal studies, patients were allowed to take aspirin (less than 5 percent did).

In VIGOR, which was designed to be a rigorous evaluation of the GI profile of Vioxx at twice its highest chronic dose, patients included those with rheumatoid arthritis who were at least 50 years of age (or 40 years of age and receiving long-term glucocorticoid therapy) and who were expected to require NSAIDs for at least one year. Patients were allowed to take disease-modifying drugs (e.g. methotrexate, corticosteroids) to control their rheumatoid arthritis. The study was designed to exclude patients requiring aspirin for cardiovascular protection.]

**Q28.** **When will the results of your two Phase III studies for RA be published?**

**A28.** We consider our publication plans proprietary.

**Q29.** **Will you seek an indication for juvenile rheumatoid arthritis? If so, when?**

**A29.** Our sNDA for Vioxx was for adult rheumatoid arthritis only. Details on our regulatory filings are considered proprietary.

**Q30.** **Do you have studies under way for juvenile RA?**

**A30.** Pharmacokinetic studies (e.g. studies examining the effects on absorption, metabolism and excretion) with Vioxx in children with juvenile rheumatoid arthritis have been conducted. Results of these studies were presented last year at the European League Against Rheumatism (EULAR) and American College of Rheumatology (ACR) annual meetings. Larger studies are needed to confirm these findings. Additional information on our research program is proprietary.

MRK-ADS0000226

### Drug Interactions

**Q31.** How has the methotrexate and other drug interaction language in the label changed? What was the basis for these changes?

**A31.** Three changes were made to the section on Drug Interactions:

1) Additional language for <u>aspirin</u>: in patients taking Vioxx, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. Prospective, long-term studies on concomitant administration of Vioxx and naproxen have not been conducted.

2) Updated language for <u>methotrexate</u>: the approved doses of Vioxx – 12.5 mg, 25 mg and 50 mg – each administered once daily for seven days, had no effect on the plasma concentration of methotrexate.

3) The addition of an interaction with <u>theophylline</u>: Vioxx 12.5 mg, 25 mg and 50 mg administered once daily for seven days increased plasma concentration levels of theophylline. As a result, adequate monitoring is recommended when Vioxx is initiated or changed in patients receiving theophylline.

**Q32.** What is theophylline? Is the interaction with the drug serious?

**A32.** Theophylline is a bronchodilator indicated for the treatment of chronic asthma and chronic lung diseases. As stated in the prescribing information for Vioxx, adequate monitoring of theophylline plasma concentrations should be considered when therapy with Vioxx is initiated or changed in patients receiving theophylline.

**Q33.** What is the market impact of this new interaction? Are there other similar drugs that Vioxx could have an interaction with?

**A33.** We do not expect this interaction to have an impact on the market for Vioxx.

MRK-ADS0000227

### Aspirin

**Q34.**   Were there changes to the label specific to concomitant use of Vioxx with aspirin?

**A34.**   Yes, new language was added to the *Drug Interactions, Aspirin* section, which included:

- language informing physicians that in patients taking Vioxx, antiplatelet therapies (such as aspirin) should not be discontinued and should be considered for those with an indication for cardiovascular prophylaxis; and
- a statement that prospective, long-term studies on concomitant administration of Vioxx and aspirin have not been conducted.

Other information on the concomitant use of aspirin and Vioxx that was already in the labeling included:

- the statement that use of low-dose aspirin with Vioxx may result in an increased rate of GI ulceration or other complications, compared to Vioxx alone; and
- the statement that Vioxx is not a substitute for aspirin for cardiovascular prophylaxis because it lacks an effect on platelets.

**Q35.**   To what percentage of Vioxx users does the new precaution apply?  What proportion of patients who take Vioxx for arthritis have ischemic heart disease?

**A35.**   We estimate that 10 percent of the total arthritis patient population in the U.S. has existing ischemic heart disease.[2]

**Q36.**   Does your new labeling recommend that patients prescribed Vioxx take aspirin?

**A36.**   The labeling for Vioxx does not direct that patients taking Vioxx must be put on aspirin. It states – as it always has since the original FDA approval of the medicine in May 1999 – that Vioxx is not a substitute for aspirin for cardiovascular prophylaxis because of its lack of effect on platelets.  The labeling reminds physicians that, because of this lack of effect on platelets, in patients taking Vioxx, antiplatelet therapies should not be discontinued and should be considered for those with an indication for cardiovascular prophylaxis.

**Q37.**   Would patients benefit more from taking naproxen than Vioxx because heart disease is so common?

**A37.**   Aspirin continues to be the gold standard for cardiovascular prophylaxis.  There are not sufficient data to warrant a change in that practice.

---

[2] ORM analysis of NHANES and Medstat databases looking at patients within the OA database age 40+ and present with ICD-9 codes for CHD or CVD.

MRK-ADS0000228

Q38.  **Will Merck conduct a trial to evaluate the effects of Vioxx on the antiplatelet effects of aspirin?**

A38.  We know Vioxx does not interfere with the antiplatelet effects of low-dose aspirin. In fact, that statement is in our labeling, and has recently been confirmed by others. (*Catella-Lawson F., Reilly MP, Kapoor SC, Cucchiara AJ, De Marco S., Glisson J., Tournier B., Vyas SN, FitzGerald G.A. Ibuprofen, but not rofecoxib or acetaminophen, antagonizes the irreversible antiplatelet effect of aspirin. Arthr Rheum 2000; 43: S298*). However, prospective long-term studies on concomitant administration of Vioxx and aspirin have not been conducted. Our plans in that respect are proprietary.

Q39.  **The JAMA paper by Mukherjee and Topol raised the question that use of aspirin with COX-2 inhibitors may diminish their proven GI benefit. Is that true?**

A39.  As our labeling for Vioxx has always indicated, concomitant use of low-dose aspirin with Vioxx may increase the risk of GI side effects compared to the use of Vioxx alone. A study is currently underway to look at concomitant use of Vioxx and low-dose aspirin. Results will be presented in a scientific forum once they become available. Specific information on the study is proprietary.

MRK-ADS0000229

## OTHER

**Q40.**  What parts of this label do you expect will be "class" labeling for COX-2s?

**A40.**  We can't speculate on FDA actions.  We can say that Vioxx is the only COX-2 to have met its primary and secondary endpoints in a large GI outcomes study.

**Q41.**  Can you comment on the FDA's recent report from its AE Surveillance report noting that the number of AEs reported for Vioxx were much higher than those reported for Celebrex even though the total number of prescriptions for Celebrex were higher than for Vioxx?

**A41.**  The FDA provides the following caveat within its quarterly reports of the Adverse Event Reporting System (AERS) database:

With respect to the summaries of post-marketing adverse experience reports, which have been prepared by FDA's Division of Drug Risk Evaluation I (Office of Post-Marketing Drug Risk Assessment), please note that these summaries provide qualitative and descriptive information about reports that have been received for individual drugs. These summaries should not be interpreted as supporting conclusions about the comparative safety of the different drugs.  Variations in adverse event reporting practices make quantitative safety comparisons of different drugs problematic.  Sources of variation may include manufacturer reporting practices, time on market, calendar year, and publicity.  These and other factors may result in substantial variations in the types and numbers of reports for individual drugs in the spontaneous Adverse Event Reporting System.

**Q42.**  How many adverse events – CV, renal GI – have you seen in post-marketed use of Vioxx?

**A42.**  Based on our most recent public presentation of these data – at the FDA Advisory Committee meeting in February 2001 – there were 118 thrombotic events, including 40 myocardial infarctions; 482 serious GI events; and 212 serious renal events had been reported between May 1999 through October 2000.

**Q43.**  How do post-marketing reports for Vioxx compare with NSAIDs such as naproxen?

**A43.**  Direct comparisons cannot be made.  The medicines have been on the market for different lengths of time, have been used by different patients in different settings with different concomitant medications, and the two companies may have different tracking and reporting mechanisms.

As caveated by the FDA within its quarterly reports of the Adverse Event Reporting System (AERS) database:

With respect to the summaries of post-marketing adverse experience reports, which have been prepared by FDA's Division of Drug Risk Evaluation I (Office of Post-Marketing Drug Risk Assessment), please note that these summaries provide qualitative and descriptive information about reports that have been received for individual drugs.

SCIENCE Q&A —  15

MRK-ADS0000230

These summaries should not be interpreted as supporting conclusions about the comparative safety of the different drugs. Variations in adverse event reporting practices make quantitative safety comparisons of different drugs problematic. Sources of variation may include manufacturer reporting practices, time on market, calendar year, and publicity. These and other factors may result in substantial variations in the types and numbers of reports for individual drugs in the spontaneous Adverse Event Reporting System.

Q44.   How reliable are post-marketing event reports in judging the safety profile of a medicine?

A44.   Post-marketing reporting certainly plays an important role in on-going monitoring of the safety of a prescription medicine. However, it's important to keep in mind that just because someone was taking a medicine when they had an event does not mean that the medicine was the cause. As caveated by the FDA within its quarterly reports of the Adverse Event Reporting System (AERS) database:

With respect to the summaries of post-marketing adverse experience reports, which have been prepared by FDA's Division of Drug Risk Evaluation I (Office of Post-Marketing Drug Risk Assessment), please note that these summaries provide qualitative and descriptive information about reports that have been received for individual drugs. These summaries should not be interpreted as supporting conclusions about the comparative safety of the different drugs. Variations in adverse event reporting practices make quantitative safety comparisons of different drugs problematic. Sources of variation may include manufacturer reporting practices, time on market, calendar year, and publicity. These and other factors may result in substantial variations in the types and numbers of reports for individual drugs in the spontaneous Adverse Event Reporting System.

MRK-ADS0000231

**FOR BACKGROUND ONLY:**

Specific changes to the label around VIGOR included:

- Addition of GI safety and cardiovascular findings detailed under the *Clinical Studies* section of the label;
- Modification of the *Gastrointestinal Warning* section carried by all NSAIDs to reflect the GI safety advantage of Vioxx 50 mg (approximately 50 percent reduction in risk of serious GI events) compared to naproxen;
- Deletion of language that stated "the correlation between findings of endoscopic studies, and the relative incidence of clinically serious upper GI events that may be observed with different products, has not been fully established," which was replaced with language that includes "...the results of outcomes studies, such as VIGOR, are more clinically relevant than the results of endoscopy studies";
- Addition of bolded statement under *Clinical Studies, Platelets*: "Because of its lack of platelet effects, Vioxx is not a substitute for aspirin for cardiovascular prophylaxis." (This statement is not new; was in the prior label for Vioxx.)
- Update to *Precautions* section to include new subsection titled *Cardiovascular Effects* that includes CV thrombotic results and related CV deaths from VIGOR and CV thrombotic results and related CV deaths from two placebo-controlled studies with a reference that the clinical significance of these three studies is unknown and that prospective studies comparing the incidence of serious CV events have not been performed. The paragraph also includes a bolded reference to "Because of its lack of effect on platelets, Vioxx is not a substitute for aspirin" and that "in patients taking Vioxx, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for CV prophylaxis." The paragraph begins with the statement "the information below should be taken into consideration and caution should be exercised when Vioxx is used in patients with a medical history of ischemic heart disease."
- Update to *Precautions* section *Information for Patients* to add references to the location with the label for additional information on GI safety and for additional information for CV safety information. The statement "Vioxx is not a substitute for aspirin for CV prophylaxis because of its lack of effect on platelets" was also added here;
- Additional language to *Drug Interaction, Aspirin* [located under *Precautions* section] that states "antiplatelet therapies should not be discontinued in patients taking Vioxx and should be considered in patients with an indication for CV prophylaxis";
- Revised paragraph under *Adverse Events* now titled "*Clinical Studies in OA and RA with Vioxx 50 mg*" that provides side effects of the 50 mg dose; and
- Clarification under *Dosage and Administration* for management of *Acute Pain* that states "Chronic use of Vioxx 50 mg once daily is not recommended."

Specific changes to the label for Rheumatoid Arthritis included:

- Addition of efficacy data from the Phase III rheumatoid arthritis studies to the *Clinical Studies* section;
- Addition of safety data from the Phase III studies to the *Adverse Events* section;
- Brief mention of results from a comparative endoscopy study in rheumatoid arthritis patients in the *Clinical Studies* section (results consistent with findings from osteoarthritis endoscopy studies);
- An update to the *Precautions* section under *Fluid retention, edema and hypertension* to include hypertension results from the RA studies; and
- Addition of data under *Drug Interactions, Methotrexate* that showed there was no effect on plasma concentrations of methotrexate with recommended doses of Vioxx.

MRK-ADS0000232

Other changes included:

- Deletion of two data tables from the osteoarthritis endoscopy trials for editorial reasons; the overall data from these trials remain in the label;

- Removal of references to "no safety data is available" under *Warning for Advanced Renal Disease* based on availability of post-marketing data. (Recommendations remain the same.)

- Addition of new *Drug Interaction* with *Theophylline*, a medicine used to treat asthma. Adequate monitoring of therapy is now recommended when Vioxx is used with theophylline;

- Addition of the statement "As with other NSAIDs, including those that selectively inhibit COX-2, there have been more spontaneous post-marketing reports of fatal GI events and acute renal failure in the elderly than in younger patients" to the section *Geriatric Use* under *Precautions*;

- Addition of *Hepatic Insufficiency* to the *Dosage and Administration* section that recommends patients with moderate hepatic impairment should be treated with the lowest possible dose. This is based on pharmacokinetic data that have been added to the *Clinical Pharmacology, Special Populations, Hepatic Insufficiency* section of the label; and

- Update to *Precautions* section *Information for Patients* that includes a statement encouraging physicians to have their patients read the patient package insert for Vioxx before starting therapy and to reread it each time the prescription is renewed.

### #

MRK-ADS0000233

EXHIBIT FF : Re: In Re Vioxx Products Liability Litigation, MDL No. 1657

*Dennis R. Harrison v. Merck Sharp & Dohme Corp., 2:07-cv-00905-EEF-DEK*

NDA 21-042/S-026
NDA 21-052/S-019
Page 1

# VIOXX ®
## (rofecoxib tablets and oral suspension)

### DESCRIPTION

VIOXX* (rofecoxib) is described chemically as 4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone. It has the following chemical structure:



Rofecoxib is a white to off-white to light yellow solid powder. It is sparingly soluble in acetone, slightly soluble in methanol and isopropyl acetate, very slightly soluble in ethanol, practically insoluble in octanol, and insoluble in water. The empirical formula for rofecoxib is $C_{17}H_{14}O_4S$, and the molecular weight is 314.36.

Each tablet of VIOXX for oral administration contains either 12.5, 25 mg, or 50 mg of rofecoxib and the following inactive ingredients: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide. The 50 mg tablets also contain red ferric oxide.

Each 5 mL of the oral suspension contains either 12.5 or 25 mg of rofecoxib and the following inactive ingredients: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, and purified water. Added as preservatives are sodium methylparaben 0.13% and sodium propylparaben 0.02%.

### CLINICAL PHARMACOLOGY

*Mechanism of Action*

VIOXX is a nonsteroidal anti-inflammatory drug (NSAID) that exhibits anti-inflammatory, analgesic, and antipyretic activities in animal models. The mechanism of action of VIOXX is believed to be due to inhibition of prostaglandin synthesis, via inhibition of cyclooxygenase-2 (COX-2). At therapeutic concentrations in humans, VIOXX does not inhibit the cyclooxygenase-1 (COX-1) isoenzyme. Studies to elucidate the mechanism of action of VIOXX in the acute treatment of migraine have not been conducted.
*Pharmacokinetics*
*Absorption*

The mean oral bioavailability of VIOXX at therapeutically recommended doses of 12.5, 25, and 50 mg is approximately 93%. The area under the curve (AUC) and peak plasma level ($C_{max}$) following a single 25-mg dose were 3286 (±843) ng•hr/mL and 207 (±111) ng/mL, respectively. Both $C_{max}$ and AUC are roughly dose proportional across the clinical dose range. At doses greater than 50 mg, there is a less than proportional increase in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous media. The plasma concentration-time profile exhibited multiple peaks. The median time to maximal concentration ($T_{max}$), as assessed in nine pharmacokinetic studies, is 2 to 3 hours. Individual $T_{max}$ values in these studies ranged between 2 to 9 hours. This may not reflect rate of absorption as $T_{max}$ may occur as a secondary peak in some individuals. With multiple dosing, steady-state conditions are reached by Day 4. The $AUC_{0-24hr}$ and $C_{max}$ at steady state after multiple doses of 25 mg rofecoxib was 4018 (±1140) ng•hr/mL and 321 (±104) ng/mL, respectively, in healthy adults. The accumulation factor

*Registered trademark of MERCK & CO., Inc., Whitehouse Station, New Jersey, USA
COPYRIGHT © MERCK & CO., Inc., 1998, 2002
All rights reserved

2002

1

NDA 21-042/S-026
NDA 21-052/S-019
Page 2

based on geometric means was 1.67. The $AUC_{0-24hr}$ and $C_{max}$ at steady state after multiple doses of 25 mg rofecoxib was 6934 (±2158) ng•hr/mL and 519 (±163) ng/mL, respectively, in adult RA patients (N=12, mean body weight 82 kg).

VIOXX Tablets 12.5 mg and 25 mg are bioequivalent to VIOXX Oral Suspension 12.5 mg/5 mL and 25 mg/5 mL, respectively.

*Food and Antacid Effects*

Food had no significant effect on either the peak plasma concentration ($C_{max}$) or extent of absorption (AUC) of rofecoxib when VIOXX Tablets were taken with a high fat meal. The time to peak plasma concentration ($T_{max}$), however, was delayed by 1 to 2 hours. The food effect on the suspension formulation has not been studied. VIOXX tablets can be administered without regard to timing of meals.

There was a 13% and 8% decrease in AUC when VIOXX was administered with calcium carbonate antacid and magnesium/aluminum antacid to elderly subjects, respectively. There was an approximate 20% decrease in $C_{max}$ of rofecoxib with either antacid.

*Distribution*

Rofecoxib is approximately 87% bound to human plasma protein over the range of concentrations of 0.05 to 25 mcg/mL. The apparent volume of distribution at steady state ($V_{dss}$) is approximately 91 L following a 12.5-mg dose and 86 L following a 25-mg dose.

Rofecoxib has been shown to cross the placenta in rats and rabbits, and the blood-brain barrier in rats.

*Metabolism*

Metabolism of rofecoxib is primarily mediated through reduction by cytosolic enzymes. The principal metabolic products are the cis-dihydro and trans-dihydro derivatives of rofecoxib, which account for nearly 56% of recovered radioactivity in the urine. An additional 8.8% of the dose was recovered as the glucuronide of the hydroxy derivative, a product of oxidative metabolism. The biotransformation of rofecoxib and this metabolite is reversible in humans to a limited extent (<5%). These metabolites are inactive as COX-1 or COX-2 inhibitors.

Cytochrome P450 plays a minor role in metabolism of rofecoxib. Inhibition of CYP 3A activity by administration of ketoconazole 400 mg daily does not affect rofecoxib disposition. However, induction of general hepatic metabolic activity by administration of the non-specific inducer rifampin 600 mg daily produces a 50% decrease in rofecoxib plasma concentrations. (Also see *Drug Interactions*.)

*Excretion*

Rofecoxib is eliminated predominantly by hepatic metabolism with little (<1%) unchanged drug recovered in the urine. Following a single radiolabeled dose of 125 mg, approximately 72% of the dose was excreted into the urine as metabolites and 14% in the feces as unchanged drug.

The plasma clearance after 12.5- and 25-mg doses was approximately 141 and 120 mL/min, respectively. Higher plasma clearance was observed at doses below the therapeutic range, suggesting the presence of a saturable route of metabolism (i.e., non-linear elimination). The effective half-life (based on steady-state levels) was approximately 17 hours.

*Special Populations*

*Gender*

The pharmacokinetics of rofecoxib are comparable in men and women.

*Geriatric*

After a single dose of 25 mg VIOXX in elderly subjects (over 65 years old) a 34% increase in AUC was observed as compared to the young subjects. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

*Pediatric*

The steady state pharmacokinetics of rofecoxib was evaluated in patients ≥ 2 years to ≤ 17 years of age who weigh more than 10 kg with pauciarticular and polyarticular course Juvenile Rheumatoid Arthritis (JRA). The apparent clearance after oral administration of rofecoxib in patients ≥ 12 years to ≤ 17 years of age was similar to that of healthy adults and higher than that of adult RA patients. The apparent clearance after oral administration of rofecoxib in patients ≥ 2 years to ≤ 11 years of age was less than that of adults and increased with age. The apparent oral clearance of rofecoxib increases with body weight (and body surface area). (See Table 1.)

NDA 21-042/S-026
NDA 21-052/S-019
Page 3

## Table 1
### Rofecoxib Apparent Oral Clearance (CL/F, mean ± SD) in JRA Patients* and Adults.

| Group | JRA patients | | | Adults | |
|---|---|---|---|---|---|
| | 2- to 5-year-old (N=21) | 6- to 11-year-old (N=13) | 12- to 17-year-old (N=11) | Healthy Age range: 20-48 (N=26) | RA Patients Age range: 31-64 (N=12) |
| Body Weight (kg)(mean ± SD) | 17 ± 2 | 29 ± 6 | 57 ± 13 | 77 ± 13 | 62 ± 11 |
| CL/F (mL/min) | 37 ± 15 | 52 ± 13 | 87 ± 21 | 96 ± 30 | 65 ± 20 |

* Pauciarticular and Polyarticular Course JRA

A dose of 0.6 mg/kg to a maximum of 25 mg once daily in patients ≥ 2 years to ≤ 11 years of age and body weight 10 kg or above and a dose of 25 mg once daily in patients ≥ 12 years to ≤ 17 years of age would yield an AUC slightly higher than that of the 25-mg tablet once daily in healthy adults (AUC Geometric Mean Ratio, 1.12) and slightly lower than that in adult RA patients (AUC GMR, 0.77).

*Race*

Meta-analysis of pharmacokinetic studies has suggested a slightly (10-15%) higher AUC of rofecoxib in Blacks and Hispanics as compared to Caucasians. No dosage adjustment is necessary on the basis of race.

*Hepatic Insufficiency*

A single-dose pharmacokinetic study in mild (Child-Pugh score ≤6) hepatic insufficiency patients indicated that rofecoxib AUC was similar between these patients and healthy subjects. A pharmacokinetic study in patients with moderate (Child-Pugh score 7-9) hepatic insufficiency indicated that mean rofecoxib plasma concentrations were higher (mean AUC: 55%; mean $C_{max}$: 53%) relative to healthy subjects. Since patients with hepatic insufficiency are prone to fluid retention and hemodynamic compromise, the maximum recommended chronic dose of VIOXX for patients with moderate hepatic insufficiency is 12.5 mg daily. (See PRECAUTIONS, *Hepatic Effects* and DOSAGE AND ADMINISTRATION, *Hepatic Insufficiency*.) Patients with severe hepatic insufficiency have not been studied.

*Renal Insufficiency*

In a study (N=6) of patients with end stage renal disease undergoing dialysis, peak rofecoxib plasma levels and AUC declined 18% and 9%, respectively, when dialysis occurred four hours after dosing. When dialysis occurred 48 hours after dosing, the elimination profile of rofecoxib was unchanged. While renal insufficiency does not influence the pharmacokinetics of rofecoxib, use of VIOXX in advanced renal disease is not recommended. (See WARNINGS, *Advanced Renal Disease*.)

*Drug Interactions* (Also see PRECAUTIONS, *Drug Interactions*.)

*General*

In human studies the potential for rofecoxib to inhibit or induce CYP 3A4 activity was investigated in studies using the intravenous erythromycin breath test and the oral midazolam test. No significant difference in erythromycin demethylation was observed with rofecoxib (75 mg daily) compared to placebo, indicating no induction of hepatic CYP 3A4. A 30% reduction of the AUC of midazolam was observed with rofecoxib (25 mg daily). This reduction is most likely due to increased first pass metabolism through induction of intestinal CYP 3A4 by rofecoxib. *In vitro* studies in rat hepatocytes also suggest that rofecoxib might be a mild inducer for CYP 3A4.

Drug interaction studies with the recommended doses of rofecoxib have identified potentially significant interactions with rifampin, theophylline, and warfarin. Patients receiving these agents with VIOXX should be appropriately monitored. Drug interaction studies do not support the potential for clinically important interactions between antacids or cimetidine with rofecoxib. Similar to experience with other nonsteroidal anti-inflammatory drugs (NSAIDs), studies with rofecoxib suggest the potential for interaction with ACE inhibitors. The effects of rofecoxib on the pharmacokinetics and/or pharmacodynamics of ketoconazole, prednisone/prednisolone, oral contraceptives, and digoxin have been studied *in vivo* and clinically important interactions have not been found.

NDA 21-042/S-026
NDA 21-052/S-019
Page 4

## CLINICAL STUDIES

### *Adults*

*Osteoarthritis (OA)*

VIOXX has demonstrated significant reduction in joint pain compared to placebo. VIOXX was evaluated for the treatment of the signs and symptoms of OA of the knee and hip in placebo- and active-controlled clinical trials of 6 to 86 weeks duration that enrolled approximately 3900 patients. In patients with OA, treatment with VIOXX 12.5 mg and 25 mg once daily resulted in improvement in patient and physician global assessments and in the WOMAC (Western Ontario and McMaster Universities) osteoarthritis questionnaire, including pain, stiffness, and functional measures of OA. In six studies of pain accompanying OA flare, VIOXX provided a significant reduction in pain at the first determination (after one week in one study, after two weeks in the remaining five studies); this continued for the duration of the studies. In all OA clinical studies, once daily treatment in the morning with VIOXX 12.5 and 25 mg was associated with a significant reduction in joint stiffness upon first awakening in the morning. At doses of 12.5 and 25 mg, the effectiveness of VIOXX was shown to be comparable to ibuprofen 800 mg TID and diclofenac 50 mg TID for treatment of the signs and symptoms of OA. The ibuprofen studies were 6-week studies; the diclofenac studies were 12-month studies in which patients could receive additional arthritis medication during the last 6 months.

*Rheumatoid Arthritis (RA)*

VIOXX has demonstrated significant reduction of joint tenderness/pain and joint swelling compared to placebo. VIOXX was evaluated for the treatment of the signs and symptoms of RA in two 12-week placebo- and active-controlled clinical trials that enrolled a total of approximately 2,000 patients. VIOXX was shown to be superior to placebo on all primary endpoints (number of tender joints, number of swollen joints, patient and physician global assessments of disease activity). In addition, VIOXX was shown to be superior to placebo using the American College of Rheumatology 20% (ACR20) Responder Index, a composite of clinical, laboratory, and functional measures of RA. VIOXX 25 mg once daily and naproxen 500 mg twice daily showed generally similar effects in the treatment of RA. A 50-mg dose once daily of VIOXX was also studied; however, no additional efficacy was seen compared to the 25-mg dose.

*Analgesia, including Dysmenorrhea*

In acute analgesic models of post-operative dental pain, post-orthopedic surgical pain, and primary dysmenorrhea, VIOXX relieved pain that was rated by patients as moderate to severe. The analgesic effect (including onset of action) of a single 50-mg dose of VIOXX was generally similar to 550 mg of naproxen sodium or 400 mg of ibuprofen. In single-dose post-operative dental pain studies, the onset of analgesia with a single 50-mg dose of VIOXX occurred within 45 minutes. In a multiple-dose study of post-orthopedic surgical pain in which patients received VIOXX or placebo for up to 5 days, 50 mg of VIOXX once daily was effective in reducing pain. In this study, patients on VIOXX consumed a significantly smaller amount of additional analgesic medication than patients treated with placebo (1.5 versus 2.5 doses per day of additional analgesic medication for VIOXX and placebo, respectively).

*Migraine with or without aura*

The efficacy of VIOXX in the acute treatment of migraine headaches was demonstrated in two double-blind, placebo-controlled, outpatient trials. Doses of 25 and 50 mg were compared to placebo in the treatment of one migraine attack. A second dose of VIOXX was not allowed in either trial. In these controlled short-term studies, patients were predominantly female (86%) and Caucasian (84%), with a mean age of 40 years (range 18 to 78). Patients were instructed to treat a moderate to severe headache. Headache relief, defined as a reduction in headache severity from moderate or severe pain to mild or no pain, was assessed up to 2 hours after dosing. Associated symptoms such as nausea, photophobia, and phonophobia were also assessed. Maintenance of relief was assessed for up to 24 hours postdose. Other medication, with the exception of NSAIDs (including COX-2 inhibitors) or combination medications that contained NSAIDs, was permitted from 2 hours after the dose of study medication. The frequency and time to use of additional medications were also recorded.

In both placebo-controlled trials, the percentage of patients achieving headache relief 2 hours after treatment was significantly greater among patients receiving VIOXX at all doses compared to those who received placebo (Table 2). There were no statistically significant differences between the 25- and the 50-mg dose groups in either trial.

NDA 21-042/S-026
NDA 21-052/S-019
Page 5

**Table 2**
**Percentage of Patients with Headache Relief (Mild or No Headache)**
**2 hours Following Treatment**

| Trial | VIOXX 25 mg | VIOXX 50 mg | Placebo |
|---|---|---|---|
| 1 | 54%* (n=176) | 57%* (n=187) | 34% (n=175) |
| 2 | 60%* (n=187) | 62%* (n=188) | 30% (n=187) |

*p<0.0001 vs. placebo

Note that, in general, comparisons of results obtained in different clinical studies conducted under different conditions by different investigators with different samples of patients are ordinarily unreliable for purposes of quantitative comparison.

The estimated probability of achieving initial headache relief within 2 hours following treatment is depicted in Figure 1.

**Figure 1**
**Estimated Probability of Achieving Initial Headache Relief within 2 Hours**



Figure 1 shows the Kaplan-Meier plot of the probability over time of obtaining headache relief (no or mild pain) following treatment with VIOXX or placebo. The plot is based on pooled data from the 2 placebo-controlled, outpatient trials in adults providing evidence of efficacy. Patients taking additional medication or not achieving headache relief prior to 2 hours were censored at 2 hours.

There was a decreased incidence of migraine-associated nausea, photophobia and phonophobia in VIOXX treated patients compared to placebo. The estimated probability of taking other medication for migraine over the 24 hours following initial dose of study treatment is summarized in Figure 2.

Estimated Probability of Patients Taking Additional Medication for Migraines
over the 24 Hours Following the Initial Dose of Study Treatment



This Kaplan-Meier plot is based on pooled data obtained in 2 placebo-controlled outpatient trials. Patients not using additional medications were censored at 24 hours. The plot includes both patients who had headache relief at 2 hours and those who had no response to the initial dose. Additional medication was not allowed within 2 hours postdose.

VIOXX was effective regardless of presence of aura, gender, race, age, presence of menses or dysmenorrhea. Similarly, the concomitant use of common migraine prophylactic drugs (e.g., beta-blockers, calcium channel blockers, tricyclic antidepressants) or oral contraceptives did not affect efficacy. VIOXX was also effective whether or not there was a history of prior response to NSAIDs.

*Special Studies*

The following special studies were conducted to evaluate the comparative safety of VIOXX.

*VIOXX GI Clinical Outcomes Research (VIGOR Study)*

*Study Design*

The VIGOR study was designed to evaluate the comparative GI safety of VIOXX 50 mg once daily (twice the highest dose recommended for chronic use in OA and RA) versus naproxen 500 mg twice daily (common therapeutic dose). The general safety and tolerability of VIOXX 50 mg once daily versus naproxen 500 mg twice daily was also studied. VIGOR was a randomized, double-blind study (median duration of 9 months) in 8076 patients with rheumatoid arthritis (RA) requiring chronic NSAID therapy (mean age 58 years). Patients were not permitted to use concomitant aspirin or other antiplatelet drugs. Patients with a recent history of myocardial infarction or stroke and patients deemed to require low-dose aspirin for cardiovascular prophylaxis were to be excluded from the study. Fifty-six percent of patients used concomitant oral corticosteroids. The GI safety endpoints (confirmed by a blinded adjudication committee) included:

PUBs-symptomatic ulcers, upper GI perforation, obstruction, major or minor upper GI bleeding.

Complicated PUBs (a subset of PUBs)-upper GI perforation, obstruction or major upper GI bleeding.

*Study Results*

*Gastrointestinal Safety in VIGOR*

The VIGOR study showed a significant reduction in the risk of development of PUBs, including complicated PUBs in patients taking VIOXX compared to naproxen (see Table 3).

NDA 21-042/S-026
NDA 21-052/S-019
Page 7

**Table 3**
**VIGOR-Summary of Patients with Gastrointestinal Safety Events[1]**
**COMPARISON TO NAPROXEN**

| GI Safety Endpoints | VIOXX 50 mg daily (N=4047)[2] n[3] (Cumulative Rate[4]) | Naproxen 1000 mg daily (N=4029)[2] n[3] (Cumulative Rate[4]) | Relative Risk of VIOXX compared to naproxen[5] | 95% CI[5] |
|---|---|---|---|---|
| PUBs | 56 (1.80) | 121 (3.87) | 0.46* | (0.33, 0.64) |
| Complicated PUBs | 16 (0.52) | 37 (1.22) | 0.43* | (0.24, 0.78) |

[1]As confirmed by an independent committee blinded to treatment, [2]N=Patients randomized, [3]n=Patients with events,
[4]Kaplan-Meier cumulative rate at end of study when at least 500 patients remained (approx. 10 1/2 months), [5]Based on Cox proportional hazard model
* p-value ≤0.005 for relative risk compared to naproxen

The risk reduction for PUBs and complicated PUBs for VIOXX compared to naproxen (approximately 50%) was maintained in patients with or without the following risk factors for developing a PUB (Kaplan-Meier cumulative rate of PUBs at approximately 10 1/2 months, VIOXX versus naproxen, respectively): with a prior PUB (5.12, 11.47); without a prior PUB (1.54, 3.27); age 65 or older (2.83, 6.49); or younger than 65 years of age (1.48, 3.01). A similar risk reduction for PUBs and complicated PUBs (approximately 50%) was also maintained in patients with or without *Helicobacter pylori* infection or concomitant corticosteroid use.

*Other Safety Findings: Cardiovascular Safety*

The VIGOR study showed a higher incidence of adjudicated serious cardiovascular thrombotic events in patients treated with VIOXX 50 mg once daily as compared to patients treated with naproxen 500 mg twice daily (see Table 4). This finding was largely due to a difference in the incidence of myocardial infarction between the groups. (See Table 5.) (See PRECAUTIONS, *Cardiovascular Effects*.) Adjudicated serious cardiovascular events (confirmed by a blinded adjudication committee) included: sudden death, myocardial infarction, unstable angina, ischemic stroke, transient ischemic attack and peripheral venous and arterial thromboses.

**Table 4**
**VIGOR-Summary of Patients with Serious Cardiovascular**
**Thrombotic Adverse Events[1] Over Time**
**COMPARISON TO NAPROXEN**

| Treatment Group | Patients Randomized | | 4 Months[2] | 8 Months[3] | 10 ½ months[4] |
|---|---|---|---|---|---|
| VIOXX 50 mg | 4047 | Total number of events | 17 | 29 | 45 |
| | | Cumulative Rate[*] | 0.46% | 0.82% | 1.81%* |
| Naproxen 1000 mg | 4029 | Total number of events | 9 | 15 | 19 |
| | | Cumulative Rate[†] | 0.23% | 0.43% | 0.60% |

[1]Confirmed by blinded adjudication committee, [*]Number of patients remaining after 4 months were 3405 and 3395 for VIOXX and naproxen respectively, [3]Number of patients remaining after 8 months were 2806 and 2798 for VIOXX and naproxen respectively, [4]Number of patients remaining were 531 and 514 for VIOXX and naproxen respectively.

[†]Kaplan-Meier cumulative rate.

* p-value <0.002 for the overall relative risk compared to naproxen by Cox proportional hazard model

NDA 21-042/S-026
NDA 21-052/S-019
Page 8

**Table 5**
**VIGOR- Serious Cardiovascular**
**Thrombotic Adverse Events [1]**

| | VIOXX 50 mg N[2]=4047 n[3] | Naproxen 1000 mg N[2]=4029 n[3] |
|---|---|---|
| Any CV thrombotic event | 45 * | 19 |
| Cardiac events | 28** | 10 |
|   Fatal MI/Sudden death | 5 | 4 |
|   Non-fatal MI | 18** | 4 |
|   Unstable angina | 5 | 2 |
| Cerebrovascular | 11 | 8 |
|   Ischemic stroke | 9 | 8 |
|   TIA | 2 | 0 |
| Peripheral | 6 | 1 |

[1]Confirmed by blinded adjudication committee, [2]N=Patients randomized, [3]n=Patients with events

\* p-value <0.002 and \*\* p-value ≤0.006 for relative risk compared to naproxen by Cox proportional hazard model

For cardiovascular data from 2 long-term placebo-controlled studies, see PRECAUTIONS, *Cardiovascular Effects.*

*Upper Endoscopy in Patients with Osteoarthritis and Rheumatoid Arthritis*
The VIGOR study described above compared clinically relevant outcomes. Several studies summarized below have utilized scheduled endoscopic evaluations to assess the occurrence of asymptomatic ulcers in individual patients taking VIOXX or a comparative agent. The results of outcomes studies, such as VIGOR, are more clinically relevant than the results of endoscopy studies (see CLINICAL STUDIES, *Special Studies, VIGOR*).

Two identical (U.S. and Multinational) endoscopy studies in a total of 1516 patients were conducted to compare the percentage of patients who developed endoscopically detectable gastroduodenal ulcers with VIOXX 25 mg daily or 50 mg daily, ibuprofen 2400 mg daily, or placebo. Entry criteria for these studies permitted enrollment of patients with active *Helicobacter pylori* infection, baseline gastroduodenal erosions, prior history of an upper gastrointestinal perforation, ulcer, or bleed (PUB), and/or age ≥65 years. However, patients receiving aspirin (including low-dose aspirin for cardiovascular prophylaxis) were not enrolled in these studies. Patients who were 50 years of age and older with osteoarthritis and who had no ulcers at baseline were evaluated by endoscopy after weeks 6, 12, and 24 of treatment. The placebo-treatment group was discontinued at week 16 by design.

Treatment with VIOXX 25 mg daily or 50 mg daily was associated with a significantly lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with ibuprofen 2400 mg daily. See Figures 3 and 4 for the results of these studies.

NDA 21-042/S-026
NDA 21-052/S-019
Page 9

### Figure 3

**COMPARISON TO IBUPROFEN**

**Life-Table Cumulative Incidence Rate of Gastroduodenal
Ulcers ≥ 3 mm** (Intention-to-Treat)**



| ▨ Placebo | (N=158) |
| --- | --- |
| ☐ Rofecoxib 25mg | (N=186) |
| ▦ Rofecoxib 50mg | (N=178) |
| ■ Ibuprofen 2400 mg | (N=167) |

\* $p < 0.001$ versus ibuprofen 2400 mg
\*\* Results of analyses using a 5.5mm gastroduodenal ulcer endpoint were consistent
\*\*\* The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks

NDA 21-042/S-026
NDA 21-052/S-019
Page 10

**Figure 4**

COMPARISON TO IBUPROFEN

Life-Table Cumulative Incidence Rate of Gastroduodenal
Ulcers ≥ 3 mm** (intention-to-Treat)





| | | |
|---|---|---|
| ▨▨▨ Placebo | (N=182) |
| ▢▢▢ Rofecoxib 25mg | (N=187) |
| ▢▢▢ Rofecoxib 50mg | (N=182) |
| ■■■ ibuprofen 2400 mg | (N=187) |

\*      p < 0.001 versus ibuprofen 2400 mg

\*\*     Results of analyses using a ≥ 3mm gastroduodenal ulcer endpoint were consistent.

\*\*\*    The primary endpoint was the cumulative incidence of gastroduodenal ulcers at 12 weeks.

In a similarly designed 12-week endoscopy study in RA patients treated with VIOXX 50 mg once daily (twice the highest dose recommended for chronic use in OA and RA) or naproxen 1000 mg daily (common therapeutic dose), treatment with VIOXX was associated with a significantly lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with naproxen.

A similarly designed 12-week endoscopy study was conducted in OA patients treated with low-dose enteric coated aspirin 81 mg daily, low-dose enteric coated aspirin 81 mg plus VIOXX 25 mg daily, ibuprofen 2400 mg daily, or placebo. There was no difference in the cumulative incidence of endoscopic gastroduodenal ulcers in patients taking low-dose aspirin plus VIOXX 25 mg as compared to those taking ibuprofen 2400 mg daily alone. Patients taking low-dose aspirin plus ibuprofen were not studied. (See PRECAUTIONS, *Drug Interactions, Aspirin.*)

Serious clinically significant upper GI bleeding has been observed in patients receiving VIOXX in controlled trials, albeit infrequently (see WARNINGS, *Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*).

*Assessment of Fecal Occult Blood Loss in Healthy Subjects*

Occult fecal blood loss associated with VIOXX 25 mg daily, VIOXX 50 mg daily, ibuprofen 2400 mg per day, and placebo was evaluated in a study utilizing $^{51}Cr$-tagged red blood cells in 67 healthy males. After 4 weeks of treatment with VIOXX 25 mg daily or VIOXX 50 mg daily, the increase in the amount of fecal blood loss was not statistically significant compared with placebo-treated subjects. In contrast, ibuprofen 2400 mg per day produced a statistically significant increase in fecal blood loss as compared with placebo-treated subjects and VIOXX-treated subjects. The clinical relevance of this finding is unknown.

NDA 21-042/S-026
NDA 21-052/S-019
Page 14

*Hematological Effects*

Anemia is sometimes seen in patients receiving VIOXX. In placebo-controlled trials, there were no significant differences observed between VIOXX and placebo in clinical reports of anemia. Patients on long-term treatment with VIOXX should have their hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or blood loss. VIOXX does not generally affect platelet counts, prothrombin time (PT), or partial thromboplastin time (PTT), and does not inhibit platelet aggregation at indicated dosages (see CLINICAL STUDIES, *Special Studies, Platelets*).

*Preexisting Asthma*

Patients with asthma may have aspirin-sensitive asthma. The use of aspirin in patients with aspirin-sensitive asthma has been associated with severe bronchospasm which can be fatal. Since cross reactivity, including bronchospasm, between aspirin and other nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients, VIOXX should not be administered to patients with this form of aspirin sensitivity and should be used with caution in patients with preexisting asthma.

*Information for Patients*

Physicians should instruct their patients to read the patient package insert before starting therapy with VIOXX and to reread it each time the prescription is renewed in case any information has changed.

VIOXX can cause discomfort and, rarely, more serious side effects, such as gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes. Although serious GI tract ulcerations and bleeding can occur without warning symptoms, patients should be alert for the signs and symptoms of ulcerations and bleeding, and should ask for medical advice when observing any indicative signs or symptoms. Patients should be apprised of the importance of this follow-up. For additional gastrointestinal safety information see CLINICAL STUDIES, *Special Studies, VIGOR* and WARNINGS, *Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding and Perforation*. Patients should be informed that VIOXX is not a substitute for aspirin for cardiovascular prophylaxis because of its lack of effect on platelets. For additional cardiovascular safety information see CLINICAL STUDIES, *Special Studies, VIGOR* and PRECAUTIONS, *Cardiovascular Effects*.

Patients should promptly report signs or symptoms of gastrointestinal ulceration or bleeding, skin rash, unexplained weight gain, edema or chest pain to their physicians.

Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g., nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-like" symptoms). If these occur, patients should be instructed to stop therapy and seek immediate medical therapy.

Patients should also be instructed to seek immediate emergency help in the case of an anaphylactoid reaction (see WARNINGS).

In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

*Laboratory Tests*

Because serious GI tract ulcerations and bleeding can occur without warning symptoms, physicians should monitor for signs or symptoms of GI bleeding.

*Drug Interactions*

*ACE inhibitors:* Reports suggest that NSAIDs may diminish the antihypertensive effect of Angiotensin Converting Enzyme (ACE) inhibitors. In patients with mild to moderate hypertension, administration of 25 mg daily of VIOXX with the ACE inhibitor benazepril, 10 to 40 mg for 4 weeks, was associated with an average increase in mean arterial pressure of about 3 mm Hg compared to ACE inhibitor alone. This interaction should be given consideration in patients taking VIOXX concomitantly with ACE inhibitors.

*Aspirin:* Concomitant administration of low-dose aspirin with VIOXX may result in an increased rate of GI ulceration or other complications, compared to use of VIOXX alone. In a 12-week endoscopy study conducted in OA patients there was no difference in the cumulative incidence of endoscopic gastroduodenal ulcers in patients taking low-dose (81 mg) enteric coated aspirin plus VIOXX 25 mg daily, as compared to those taking ibuprofen 2400 mg daily alone. Patients taking low-dose aspirin plus ibuprofen were not studied. (See CLINICAL STUDIES, *Special Studies, Upper Endoscopy in Patients with Osteoarthritis and Rheumatoid Arthritis*.)

At steady state, VIOXX 50 mg once daily had no effect on the anti-platelet activity of low-dose (81 mg once daily) aspirin, as assessed by ex vivo platelet aggregation and serum TXB2 generation in clotting blood. Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis. Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL

NDA 21-042/S-026
NDA 21-052/S-019
Page 11

*Platelets*

Multiple doses of VIOXX 12.5, 25, and up to 375 mg administered daily up to 12 days had no effect on bleeding time relative to placebo. There was no inhibition of *ex vivo* arachidonic acid- or collagen-induced platelet aggregation with 12.5, 25, and 50 mg of VIOXX.

**Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis. (See PRECAUTIONS,** *Cardiovascular Effects.***)**

*Pediatric Patients*

*Pauciarticular and Polyarticular Course Juvenile Rheumatoid Arthritis (JRA)*

In a 12-week, double-blind active-controlled, non-inferiority study, 310 patients, 2 years to 17 years of age with pauciarticular or polyarticular course JRA, received the following treatments: lower-dose VIOXX 0.3 mg/kg (to a maximum of 12.5 mg) once daily in patients ≥ 2 years to ≤ 11 years of age or VIOXX 12.5 mg once daily in patients ≥ 12 years to ≤ 17 years of age; higher-dose VIOXX 0.6 mg/kg (to a maximum of 25 mg) once daily in patients ≥ 2 years to ≤ 11 years of age or VIOXX 25 mg once daily in patients ≥ 12 years to ≤ 17 years of age; NSAID comparator targeted to an effective dose in patients ≥ 2 years to ≤ 17 years of age. The response rates were based upon the JRA Definition of Improvement ≥ 30% (JRA DOI 30) criterion, which is a composite of clinical, laboratory, and functional measures of JRA. The JRA DOI 30 response rates were 55% in both the VIOXX 0.6 mg/kg (to a maximum of 25 mg) and NSAID comparator treatment groups achieving the non-inferiority criterion. A single non-inferiority trial is not sufficient to support a conclusion of equivalence.

In a 52-week open-label extension to the 12-week study, 160 patients received VIOXX 0.6 mg/kg to a maximum of 25 mg once daily (patients ≥ 2 years to ≤ 11 years of age) or 25 mg once daily (patients ≥ 12 years to ≤ 17 years of age) and 67 patients ≥ 2 years to ≤ 17 years of age received NSAID comparator targeted to an effective dose. There were no unexpected safety findings.

## INDICATIONS AND USAGE

VIOXX is indicated:
For relief of the signs and symptoms of osteoarthritis.
For relief of the signs and symptoms of rheumatoid arthritis in adults.
For relief of the signs and symptoms of pauciarticular or polyarticular course Juvenile Rheumatoid Arthritis (JRA) in patients 2 years and older and who weigh 10 kg (22 lbs) or more.
For the management of acute pain in adults.
For the treatment of primary dysmenorrhea.
For the acute treatment of migraine attacks with or without aura in adults.

The safety and effectiveness of VIOXX have not been established for cluster headache, which is present in an older, predominantly male, population.

## CONTRAINDICATIONS

VIOXX is contraindicated in patients with known hypersensitivity to rofecoxib or any other component of VIOXX.

VIOXX should not be given to patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs. Severe, rarely fatal, anaphylactic-like reactions to NSAIDs have been reported in such patients (see WARNINGS, *Anaphylactoid Reactions* and PRECAUTIONS, *Preexisting Asthma*).

## WARNINGS

*Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*

Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the stomach, small intestine or large intestine, can occur at any time, with or without warning symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs). Minor upper gastrointestinal problems, such as dyspepsia, are common and may also occur at any time during NSAID therapy. Therefore, physicians and patients should remain alert for ulceration and bleeding, even in the absence of previous GI tract symptoms. Patients should be informed about the signs and/or symptoms of serious GI toxicity and the steps to take if they occur. The utility of periodic laboratory monitoring has not been demonstrated, nor

has it been adequately assessed. Only one in five patients who develop a serious upper GI adverse event on NSAID therapy is symptomatic. It has been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year. These trends continue thus, increasing the likelihood of developing a serious GI event at some time during the course of therapy. However, even short-term therapy is not without risk.

Although the risk of GI toxicity is not completely eliminated with VIOXX, the results of the VIOXX GI outcomes research (VIGOR) study demonstrate that in patients treated with VIOXX, the risk of GI toxicity with VIOXX 50 mg once daily is significantly less than with naproxen 500 mg twice daily. (See CLINICAL STUDIES, *Special Studies, VIGOR*.)

NSAIDs should be prescribed with extreme caution in patients with a prior history of ulcer disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are in elderly or debilitated patients and therefore special care should be taken in treating this population. **To minimize the potential risk for an adverse GI event, the lowest effective dose should be used for the shortest possible duration.** For high risk patients, alternate therapies that do not involve NSAIDs should be considered.

Previous studies have shown that patients with a *prior history of peptic ulcer disease and/or gastrointestinal bleeding* and who use NSAIDs, have a greater than 10-fold higher risk for developing a GI bleed than patients with neither of these risk factors. In addition to a past history of ulcer disease, pharmacoepidemiological studies have identified several other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, older age, and poor general health status.

*Anaphylactoid Reactions*

As with NSAIDs in general, anaphylactoid reactions have occurred in patients without known prior exposure to VIOXX. In post-marketing experience, rare cases of anaphylactic/anaphylactoid reactions and angioedema have been reported in patients receiving VIOXX. VIOXX should not be given to patients with the aspirin triad. This symptom complex typically occurs in asthmatic patients who experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal bronchospasm after taking aspirin or other NSAIDs (see CONTRAINDICATIONS and PRECAUTIONS, *Preexisting Asthma*). Emergency help should be sought in cases where an anaphylactoid reaction occurs.

*Advanced Renal Disease*

Treatment with VIOXX is not recommended in patients with advanced renal disease. If VIOXX therapy must be initiated, close monitoring of the patient's kidney function is advisable (see PRECAUTIONS, *Renal Effects*).

*Pregnancy*

In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

## PRECAUTIONS

*General*

VIOXX cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency. Abrupt discontinuation of corticosteroids may lead to exacerbation of corticosteroid-responsive illness. Patients on prolonged corticosteroid therapy should have their therapy tapered slowly if a decision is made to discontinue corticosteroids.

The pharmacological activity of VIOXX in reducing inflammation, and possibly fever, may diminish the utility of these diagnostic signs in detecting infectious complications of presumed noninfectious, painful conditions.

*Cardiovascular Effects*

The information below should be taken into consideration and caution should be exercised when VIOXX is used in patients with a medical history of ischemic heart disease.

In VIGOR, in 8076 patients (mean age 58; VIOXX n=4047, naproxen n=4029) with a median duration of exposure of 9 months, the risk of developing a serious cardiovascular thrombotic event was significantly higher in patients treated with VIOXX 50 mg once daily (n=45) as compared to patients treated with naproxen 500 mg twice daily (n=19). In VIGOR, mortality due to cardiovascular thrombotic events (7 vs 6, VIOXX vs naproxen, respectively) was similar between the treatment groups. (See CLINICAL STUDIES, *Special Studies, VIGOR, Other Safety Findings: Cardiovascular Safety*.) In a

NDA 21-042/S-026
NDA 21-052/S-019
Page 13

placebo-controlled database derived from 2 studies with a total of 2142 elderly patients (mean age 75; VIOXX n=1067, placebo n=1075) with a median duration of exposure of approximately 14 months, the number of patients with serious cardiovascular thrombotic events was 21 vs 35 for patients treated with VIOXX 25 mg once daily versus placebo, respectively. In these same 2 placebo-controlled studies, mortality due to cardiovascular thrombotic events was 8 vs 3 for VIOXX versus placebo, respectively. The significance of the cardiovascular findings from these 3 studies (VIGOR and 2 placebo-controlled studies) is unknown. Prospective studies specifically designed to compare the incidence of serious CV events in patients taking VIOXX versus NSAID comparators or placebo have not been performed.

Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis. Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, *Special Studies, Platelets*; PRECAUTIONS, *Drug Interactions, Aspirin*.) Prospective, long-term studies on concomitant administration of VIOXX and aspirin evaluating cardiovascular outcomes have not been conducted.

*Fluid Retention, Edema, and Hypertension*
Fluid retention, edema, and hypertension have been reported in some patients taking VIOXX. In clinical trials of VIOXX at daily doses of 25 mg in patients with rheumatoid arthritis the incidence of hypertension was twice as high in patients treated with VIOXX as compared to patients treated with naproxen 1000 mg daily. Clinical trials with VIOXX at daily doses of 12.5 and 25 mg in patients with osteoarthritis have shown effects on hypertension and edema similar to those observed with comparator NSAIDs; these occurred with an increased frequency with chronic use of VIOXX at daily doses of 50 mg. (See ADVERSE REACTIONS.) VIOXX should be used with caution, and should be introduced at the lowest recommended dose in patients with fluid retention, hypertension, or heart failure.

*Renal Effects*
Long-term administration of NSAIDs has resulted in renal papillary necrosis and other renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins have a compensatory role in the maintenance of renal perfusion. In these patients, administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent reduction in prostaglandin formation and, secondarily, in renal blood flow, which may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed by recovery to the pretreatment state.

Caution should be used when initiating treatment with VIOXX in patients with considerable dehydration. It is advisable to rehydrate patients first and then start therapy with VIOXX. Caution is also recommended in patients with pre-existing kidney disease (see WARNINGS, *Advanced Renal Disease*).

*Hepatic Effects*
Borderline elevations of one or more liver tests may occur in up to 15% of patients taking NSAIDs, and notable elevations of ALT or AST (approximately three or more times the upper limit of normal) have been reported in approximately 1% of patients in clinical trials with NSAIDs. These laboratory abnormalities may progress, may remain unchanged, or may be transient with continuing therapy. Rare cases of severe hepatic reactions, including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic failure (some with fatal outcome) have been reported with NSAIDs, including VIOXX. In controlled clinical trials of VIOXX, the incidence of borderline elevations of liver tests at doses of 12.5 and 25 mg daily was comparable to the incidence observed with ibuprofen and lower than that observed with diclofenac. In placebo-controlled trials, approximately 0.5% of patients taking rofecoxib (12.5 or 25 mg QD) and 0.1% of patients taking placebo had notable elevations of ALT or AST.

A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver test has occurred, should be monitored carefully for evidence of the development of a more severe hepatic reaction while on therapy with VIOXX. The maximum recommended chronic daily dose in patients with moderate hepatic insufficiency is 12.5 mg daily. Use of VIOXX is not recommended in patients with severe hepatic insufficiency (see CLINICAL PHARMACOLOGY, *Special Populations* and DOSAGE AND ADMINISTRATION, *Hepatic Insufficiency*). If clinical signs and symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash, etc.), VIOXX should be discontinued.

STUDIES, *Special Studies, Platelets* and PRECAUTIONS, *Cardiovascular Effects.*) Prospective, long-term studies on concomitant administration of VIOXX and aspirin have not been conducted.

*Cimetidine:* Co-administration with high doses of cimetidine [800 mg twice daily] increased the $C_{max}$ of rofecoxib by 21%, the $AUC_{0-120hr}$ by 23% and the $t_{1/2}$ by 15%. These small changes are not clinically significant and no dose adjustment is necessary.

*Digoxin:* Rofecoxib 75 mg once daily for 11 days does not alter the plasma concentration profile or renal elimination of digoxin after a single 0.5 mg oral dose.

*Furosemide:* Clinical studies, as well as post-marketing observations, have shown that NSAIDs can reduce the natriuretic effect of furosemide and thiazides in some patients. This response has been attributed to inhibition of renal prostaglandin synthesis.

*Ketoconazole:* Ketoconazole 400 mg daily did not have any clinically important effect on the pharmacokinetics of rofecoxib.

*Lithium:* NSAIDs have produced an elevation of plasma lithium levels and a reduction in renal lithium clearance. In post-marketing experience there have been reports of increases in plasma lithium levels. Thus, when VIOXX and lithium are administered concurrently, subjects should be observed carefully for signs of lithium toxicity.

*Methotrexate:* VIOXX 12.5, 25, and 50 mg, each dose administered once daily for 7 days, had no effect on the plasma concentration of methotrexate as measured by $AUC_{0-24hr}$ in patients receiving single weekly methotrexate doses of 7.5 to 20 mg for rheumatoid arthritis. At higher than recommended doses, VIOXX 75 mg administered once daily for 10 days increased plasma concentrations by 23% as measured by $AUC_{0-24hr}$ in patients receiving methotrexate 7.5 to 15 mg/week for rheumatoid arthritis. At 24 hours postdose, a similar proportion of patients treated with methotrexate alone (94%) and subsequently treated with methotrexate co-administered with 75 mg of rofecoxib (88%) had methotrexate plasma concentrations below the measurable limit (5 ng/mL). Standard monitoring of methotrexate-related toxicity should be continued if VIOXX and methotrexate are administered concomitantly.

*Oral Contraceptives:* Rofecoxib did not have any clinically important effect on the pharmacokinetics of ethinyl estradiol and norethindrone.

*Prednisone/prednisolone:* Rofecoxib did not have any clinically important effect on the pharmacokinetics of prednisolone or prednisone.

*Rifampin:* Co-administration of VIOXX with rifampin 600 mg daily, a potent inducer of hepatic metabolism, produced an approximate 50% decrease in rofecoxib plasma concentrations. Therefore, a starting daily dose of 25 mg of VIOXX should be considered for the treatment of osteoarthritis when VIOXX is co-administered with potent inducers of hepatic metabolism.

*Theophylline:* VIOXX 12.5, 25, and 50 mg administered once daily for 7 days increased plasma theophylline concentrations ($AUC_{(0-\infty)}$) by 38 to 60% in healthy subjects administered a single 300-mg dose of theophylline. Adequate monitoring of theophylline plasma concentrations should be considered when therapy with VIOXX is initiated or changed in patients receiving theophylline.

These data suggest that rofecoxib may produce a modest inhibition of cytochrome P450 (CYP) 1A2. Therefore, there is a potential for an interaction with other drugs that are metabolized by CYP 1A2 (e.g., amitriptyline, tacrine, and zileuton).

*Warfarin:* Anticoagulant activity should be monitored, particularly in the first few days after initiating or changing VIOXX therapy in patients receiving warfarin or similar agents, since these patients are at an increased risk of bleeding complications. In single and multiple dose studies in healthy subjects receiving both warfarin and rofecoxib, prothrombin time (measured as INR) was increased by approximately 8% to 11%. In post-marketing experience, bleeding events have been reported, predominantly in the elderly, in association with increases in prothrombin time in patients receiving VIOXX concurrently with warfarin.

*Carcinogenesis, Mutagenesis, Impairment of Fertility*

Rofecoxib was not carcinogenic in mice given oral doses up to 30 mg/kg (male) and 60 mg/kg (female) (approximately 5- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) and in male and female rats given oral doses up to 8 mg/kg (approximately 6- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) for two years.

Rofecoxib was not mutagenic in an Ames test or in a V-79 mammalian cell mutagenesis assay, nor clastogenic in a chromosome aberration assay in Chinese hamster ovary (CHO) cells, in an *in vitro* and an *in vivo* alkaline elution assay, or in an *in vivo* chromosomal aberration test in mouse bone marrow.

NDA 21-042/S-026
NDA 21-052/S-019
Page 16

Rofecoxib did not impair male fertility in rats at oral doses up to 100 mg/kg (approximately 20- and 7-fold human exposure at 25 and 50 mg daily based on the $AUC_{0-24}$) and rofecoxib had no effect on fertility in female rats at doses up to 30 mg/kg (approximately 19- and 7-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$).

*Pregnancy*

*Teratogenic effects: Pregnancy Category C.*

Rofecoxib was not teratogenic in rats at doses up to 50 mg/kg/day (approximately 28- and 10-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$). There was a slight, non-statistically significant increase in the overall incidence of vertebral malformations only in the rabbit at doses of 50 mg/kg/day (approximately 1- or <1-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$). There are no studies in pregnant women. VIOXX should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

*Nonteratogenic effects*

Rofecoxib produced peri-implantation and post-implantation losses and reduced embryo/fetal survival in rats and rabbits at oral doses ≥10 and ≥75 mg/kg/day, respectively (approximately 9- and 3-fold [rats] and 2- and <1-fold [rabbits] human exposure based on the $AUC_{0-24}$ at 25 and 50 mg daily). These changes are expected with inhibition of prostaglandin synthesis and are not the result of permanent alteration of female reproductive function. There was an increase in the incidence of postnatal pup mortality in rats at ≥5 mg/kg/day (approximately 5- and 2-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$). In studies in pregnant rats administered single doses of rofecoxib, there was a treatment-related decrease in the diameter of the ductus arteriosus at all doses used (3-300 mg/kg: 3 mg/kg is approximately 2- and <1-fold human exposure at 25 or 50 mg daily based on $AUC_{0-24}$). As with other drugs known to inhibit prostaglandin synthesis, use of VIOXX during the third trimester of pregnancy should be avoided.

*Labor and delivery*

Rofecoxib produced no evidence of significantly delayed labor or parturition in females at doses 15 mg/kg in rats (approximately 10- and 3-fold human exposure as measured by the $AUC_{0-24}$ at 25 and 50 mg). The effects of VIOXX on labor and delivery in pregnant women are unknown.

Merck & Co., Inc. maintains a registry to monitor the pregnancy outcomes of women exposed to VIOXX while pregnant. Healthcare providers are encouraged to report any prenatal exposure to VIOXX by calling the **Pregnancy Registry at (800) 986-8999.**

*Nursing mothers*

Rofecoxib is excreted in the milk of lactating rats at concentrations similar to plasma. There was an increase in pup mortality and a decrease in pup body weight following exposure of pups to milk from dams administered VIOXX during lactation. The dose tested represents an approximate 18- and 6-fold human exposure at 25 and 50 mg based on $AUC_{0-24}$. It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from VIOXX, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

*Pediatric Use*

The use of VIOXX in patients with pauciarticular or polyarticular course JRA ≥ 2 years to ≤ 17 years of age was studied in pharmacokinetic studies and a 12-week, double-blind active-controlled study with a 52-week open-label extension. (See CLINICAL PHARMACOLOGY, *Pediatric*; CLINICAL STUDIES, *Pediatric Patients, Pauciarticular and Polyarticular Course Juvenile Rheumatoid Arthritis (JRA);* ADVERSE REACTIONS, *Pauciarticular and Polyarticular Course JRA.)*

Rofecoxib has not been studied in patients under the age of 2 years, with body weight less than 10 kg (22 lbs.), or in children with systemic type JRA.

*Geriatric Use*

Of the patients who received VIOXX in osteoarthritis clinical trials, 1455 were 65 years of age or older. This included 460 patients who were 75 years or older, and in one of these studies, 174 patients who were 80 years or older. No substantial differences in safety and effectiveness were observed between these subjects and younger subjects. Greater sensitivity of some older individuals cannot be ruled out. As with other NSAIDs, including those that selectively inhibit COX-2, there have been more spontaneous post-marketing reports of fatal GI events and acute renal failure in the elderly than in younger patients.

NDA 21-042/S-026
NDA 21-052/S-019
Page 17

Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

## ADVERSE REACTIONS

### Osteoarthritis

Approximately 3600 patients with osteoarthritis were treated with VIOXX; approximately 1400 patients received VIOXX for 6 months or longer and approximately 800 patients for one year or longer. The following table of adverse experiences lists all adverse events, regardless of causality, occurring in at least 2% of patients receiving VIOXX in nine controlled studies of 6-week to 6-month duration conducted in patients with OA at the therapeutically recommended doses (12.5 and 25 mg), which included a placebo and/or positive control group.

| Clinical Adverse Experiences occurring in ≥ 2.0% of Patients Treated with VIOXX in OA Clinical Trials | | | |
|---|---|---|---|
| | Placebo | VIOXX 12.5 or 25 mg daily | Ibuprofen 2400 mg daily | Diclofenac 150 mg daily |
| | (N = 783) | (N = 2829) | (N = 847) | (N = 498) |
| **Body As A Whole/Site Unspecified** | | | | |
| Abdominal Pain | 4.1 | 3.4 | 4.6 | 5.8 |
| Asthenia/Fatigue | 1.0 | 2.2 | 2.0 | 2.6 |
| Dizziness | 2.2 | 3.0 | 2.7 | 3.4 |
| Influenza-Like Disease | 2.1 | 2.9 | 1.5 | 3.2 |
| Lower Extremity Edema | 1.1 | 3.7 | 3.8 | 3.4 |
| Upper Respiratory Infection | 7.8 | 8.5 | 5.8 | 8.2 |
| **Cardiovascular System** | | | | |
| Hypertension | 1.3 | 3.5 | 3.0 | 1.6 |
| **Digestive System** | | | | |
| Diarrhea | 6.8 | 6.5 | 7.1 | 10.6 |
| Dyspepsia | 2.7 | 3.5 | 4.7 | 4.0 |
| Epigastric Discomfort | 2.8 | 3.8 | 9.2 | 5.4 |
| Heartburn | 3.6 | 4.2 | 5.2 | 4.6 |
| Nausea | 2.9 | 5.2 | 7.1 | 7.4 |
| **Eyes, Ears, Nose, And Throat** | | | | |
| Sinusitis | 2.0 | 2.7 | 1.8 | 2.1 |
| **Musculoskeletal System** | | | | |
| Back Pain | 1.9 | 2.5 | 1.4 | 2.8 |
| **Nervous System** | | | | |
| Headache | 7.5 | 4.7 | 6.1 | 8.0 |
| **Respiratory System** | | | | |
| Bronchitis | 0.8 | 2.0 | 1.4 | 2.2 |
| **Urogenital System** | | | | |
| Urinary Tract Infection | 2.2 | 2.8 | 2.6 | 3.6 |

In the OA studies, the following spontaneous adverse events occurred in >0.1% to 1.9% of patients treated with VIOXX regardless of causality:

*Body as a Whole:* abdominal distension, abdominal tenderness, abscess, chest pain, chills, contusion, cyst, diaphragmatic hernia, fever, fluid retention, flushing, fungal infection, infection, laceration, pain, pelvic pain, peripheral edema, postoperative pain, syncope, trauma, upper extremity edema, viral syndrome.

*Cardiovascular System:* angina pectoris, atrial fibrillation, bradycardia, hematoma, irregular heartbeat, palpitation, premature ventricular contraction, tachycardia, venous insufficiency.

*Digestive System:* acid reflux, aphthous stomatitis, constipation, dental caries, dental pain, digestive gas symptoms, dry mouth, duodenal disorder, dysgeusia, esophagitis, flatulence, gastric disorder,

gastritis, gastroenteritis, hematochezia, hemorrhoids, infectious gastroenteritis, oral infection, oral lesion, oral ulcer, vomiting.

*Eyes, Ears, Nose, and Throat:* allergic rhinitis, blurred vision, cerumen impaction, conjunctivitis, dry throat, epistaxis, laryngitis, nasal congestion, nasal secretion, ophthalmic injection, otic pain, otitis, otitis media, pharyngitis, tinnitus, tonsillitis.

*Immune System:* allergy, hypersensitivity, insect bite reaction.

*Metabolism and Nutrition:* appetite change, hypercholesterolemia, weight gain.

*Musculoskeletal System:* ankle sprain, arm pain, arthralgia, back strain, bursitis, cartilage trauma, joint swelling, muscular cramp, muscular disorder, muscular weakness, musculoskeletal pain, musculoskeletal stiffness, myalgia, osteoarthritis, tendinitis, traumatic arthropathy, wrist fracture.

*Nervous System:* hypesthesia, insomnia, median nerve neuropathy, migraine, muscular spasm, paresthesia, sciatica, somnolence, vertigo.

*Psychiatric:* anxiety, depression, mental acuity decreased.

*Respiratory System:* asthma, cough, dyspnea, pneumonia, pulmonary congestion, respiratory infection.

*Skin and Skin Appendages:* abrasion, alopecia, atopic dermatitis, basal cell carcinoma, blister, cellulitis, contact dermatitis, herpes simplex, herpes zoster, nail unit disorder, perspiration, pruritus, rash, skin erythema, urticaria, xerosis.

*Urogenital System:* breast mass, cystitis, dysuria, menopausal symptoms, menstrual disorder, nocturia, urinary retention, vaginitis.

The following serious adverse events have been reported rarely (estimated <0.1%) in patients taking VIOXX, regardless of causality. Cases reported only in the post-marketing experience are indicated in italics.

*Cardiovascular:* cerebrovascular accident, congestive heart failure, deep venous thrombosis, *hypertensive crisis,* myocardial infarction, *pulmonary edema,* pulmonary embolism, transient ischemic attack, unstable angina.

*Gastrointestinal:* cholecystitis, colitis, colonic malignant neoplasm, *duodenal perforation,* duodenal ulcer, esophageal ulcer, gastric perforation, gastric ulcer, gastrointestinal bleeding, *hepatic failure, hepatitis,* intestinal obstruction, *jaundice,* pancreatitis.

*Hemic and lymphatic:* agranulocytosis, aplastic anemia, leukopenia, lymphoma, pancytopenia, thrombocytopenia.

*Immune System:* anaphylactic/anaphylactoid reaction, angioedema, bronchospasm, hypersensitivity vasculitis.

*Metabolism and nutrition:* hyponatremia.

*Nervous System:* aseptic meningitis, epilepsy aggravated.

*Psychiatric:* confusion, hallucinations.

*Skin and Skin Appendages: photosensitivity reactions, severe skin reactions, including Stevens-Johnson syndrome and toxic epidermal necrolysis.*

*Urogenital System:* acute renal failure, breast malignant neoplasm, *hyperkalemia, interstitial nephritis,* prostatic malignant neoplasm, urolithiasis, *worsening chronic renal failure.*

In 1-year controlled clinical trials and in extension studies for up to 86 weeks (approximately 800 patients treated with VIOXX for one year or longer), the adverse experience profile was qualitatively similar to that observed in studies of shorter duration.

**Rheumatoid Arthritis**

Approximately 1,100 patients were treated with VIOXX in the Phase III rheumatoid arthritis efficacy studies. These studies included extensions of up to 1 year. The adverse experience profile was generally similar to that reported in the osteoarthritis studies. In studies of at least three months, the incidence of hypertension in RA patients receiving the 25 mg once daily dose of VIOXX was 10.0% and the incidence of hypertension in patients receiving naproxen 500 mg twice daily was 4.7%.

**Analgesia, including primary dysmenorrhea**

Approximately one thousand patients were treated with VIOXX in analgesia studies. All patients in post-dental surgery pain studies received only a single dose of study medication. Patients in primary dysmenorrhea studies may have taken up to 3 daily doses of VIOXX, and those in the post-orthopedic surgery pain study were prescribed 5 daily doses of VIOXX.

NDA 21-042/S-026
NDA 21-052/S-019
Page 19

The adverse experience profile in the analgesia studies was generally similar to those reported in the osteoarthritis studies. The following additional adverse experience, which occurred at an incidence of at least 2% of patients treated with VIOXX, was observed in the post-dental pain surgery studies: post-dental extraction alveolitis (dry socket).

*Migraine with or without aura*

Approximately 750 patients were treated with a single dose of VIOXX 25 mg or 50 mg in two single-attack migraine studies. Approximately 480 patients in the 3-month extension phase of one study experienced up to 8 (average 3) migraine attacks per month. In single attack studies, the following adverse events were more frequent in the VIOXX treatment groups (25 mg and 50 mg) compared to the placebo group, and occurred at an incidence of at least 2% of patients treated: dizziness, nausea, somnolence and dyspepsia. In the 3-month extension phase of one study, the following adverse events occurred at an incidence of at least 2% of patients treated in the VIOXX treatment groups (25 mg and 50 mg): dizziness, dry mouth, nausea, and vomiting.

*Clinical Studies in OA and RA with VIOXX 50 mg (Twice the highest dose recommended for chronic use)*

In OA and RA clinical trials which contained VIOXX 12.5 or 25 mg as well as VIOXX 50 mg, VIOXX 50 mg QD was associated with a higher incidence of gastrointestinal symptoms (abdominal pain, epigastric pain, heartburn, nausea and vomiting), lower extremity edema, hypertension, serious adverse experiences and discontinuation due to clinical adverse experiences compared to the recommended chronic doses of 12.5 and 25 mg (see DOSAGE AND ADMINISTRATION).

*Pauciarticular and Polyarticular Course Juvenile Rheumatoid Arthritis*

In a 12-week study, 209 JRA patients, ≥ 2 years to ≤ 17 years of age, were treated with rofecoxib; 109 and 100 patients were treated with lower-dose rofecoxib and higher-dose rofecoxib, respectively. In a 52-week open-label extension, 160 JRA patients, ≥ 2 years to ≤ 17 years of age, were treated with higher-dose rofecoxib for up to 15 months. No new adverse experiences were identified other than a single case of pseudoporphyria (a photo-induced blistering reaction), an adverse event that has been seen in patients with JRA treated with non-selective NSAIDs. In this 12-week study, the most common adverse experiences (at 0.6 mg/kg dose) were upper abdominal pain, nasopharyngitis, diarrhea, upper respiratory tract infection, abdominal pain, headache and rhinitis. Rash was also reported.

**OVERDOSAGE**

No overdoses of VIOXX were reported during clinical trials. Administration of single doses of VIOXX 1000 mg to 6 healthy volunteers and multiple doses of 250 mg/day for 14 days to 75 healthy volunteers did not result in serious toxicity.

In the event of overdose, it is reasonable to employ the usual supportive measures, e.g., remove unabsorbed material from the gastrointestinal tract, employ clinical monitoring, and institute supportive therapy, if required.

Rofecoxib is not removed by hemodialysis; it is not known whether rofecoxib is removed by peritoneal dialysis.

**DOSAGE AND ADMINISTRATION**

VIOXX is administered orally. The lowest dose of VIOXX should be sought for each patient.

*Osteoarthritis*

The recommended starting dose of VIOXX is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily. The maximum recommended daily dose is 25 mg.

---

*adverse experience that resulted in death, permanent or substantial disability, hospitalization, congenital anomaly, or cancer, was immediately life threatening, was due to an overdose, or was thought by the investigator to require intervention to prevent one of the above outcomes

NDA 21-042/S-026
NDA 21-052/S-019
Page 20

*Rheumatoid Arthritis*
     The recommended dose is 25 mg once daily. The maximum recommended daily dose is 25 mg.
*Pauciarticular and Polyarticular Course Juvenile Rheumatoid Arthritis*

| Pediatric Patients | Daily Dose |
|---|---|
| ≥ 2 years to ≤ 11 years of age and ≥ 10 to < 42 kg | 0.6 mg/kg to a maximum of 25 mg* |
| ≥ 2 years to ≤ 11 years of age and ≥ 42 kg | 25 mg |
| ≥ 12 years to ≤ 17 years of age | 25 mg |

     *Oral suspension dosage form is recommended. To improve dosing accuracy in smaller weight children, the use of 12.5 mg/5 mL oral suspension (2.5 mg/mL) is recommended.
*Management of Acute Pain and Treatment of Primary Dysmenorrhea*
     The recommended dose of VIOXX is 50 mg once daily. The maximum recommended daily dose is 50 mg. Use of VIOXX for more than 5 days in management of pain has not been studied. Chronic use of VIOXX 50 mg daily is not recommended. (See ADVERSE REACTIONS, *Clinical Studies in OA and RA with VIOXX 50 mg*).
*Acute Treatment of Migraine Attacks with or without aura*
     The recommended starting dose of VIOXX is 25 mg once daily. Some patients may receive additional benefit with 50 mg as compared to 25 mg. The maximum recommended daily dose is 50 mg. The safety of treating more than 6 migraine attacks in any given month has not been established. Chronic daily use of VIOXX for the acute treatment of migraine is not recommended.
*Hepatic Insufficiency*
     Because of significant increases in both AUC and $C_{max}$ in patients with moderate hepatic impairment (Child-Pugh score: 7-9), the maximum recommended chronic daily dose is 12.5 mg. (See CLINICAL PHARMACOLOGY, *Special Populations*). The efficacy of 12.5 mg in rheumatoid arthritis patients with moderate hepatic insufficiency has not been studied.
     VIOXX Tablets may be taken with or without food.
*Oral Suspension*
     VIOXX Oral Suspension 12.5 mg/5 mL or 25 mg/5 mL may be substituted for VIOXX Tablets 12.5 or 25 mg, respectively, in any of the above indications. Shake before using.

**HOW SUPPLIED**

     No. 3810 — Tablets VIOXX, 12.5 mg, are cream/off-white, round, shallow cup tablets engraved MRK 74 on one side and VIOXX on the other. They are supplied as follows:
     **NDC** 0006-0074-31 unit of use bottles of 30
     **NDC** 0006-0074-28 unit dose packages of 100
     **NDC** 0006-0074-68 bottles of 100
     **NDC** 0006-0074-82 bottles of 1000
     **NDC** 0006-0074-80 bottles of 8000.
     No. 3834 — Tablets VIOXX, 25 mg, are yellow, round tablets engraved MRK 110 on one side and VIOXX on the other. They are supplied as follows:
     **NDC** 0006-0110-31 unit of use bottles of 30
     **NDC** 0006-0110-28 unit dose packages of 100
     **NDC** 0006-0110-68 bottles of 100
     **NDC** 0006-0110-82 bottles of 1000
     **NDC** 0006-0110-80 bottles of 8000.
     No. 3835 — Tablets VIOXX, 50 mg, are orange, round tablets engraved MRK 114 on one side and VIOXX on the other. They are supplied as follows:
     **NDC** 0006-0114-31 unit of use bottles of 30
     **NDC** 0006-0114-28 unit dose packages of 100
     **NDC** 0006-0114-68 bottles of 100
     **NDC** 0006-0114-74 bottles of 500
     **NDC** 0006-0114-81 bottles of 4000.
     No. 3784 — Oral Suspension VIOXX, 12.5 mg/5 mL, is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
     **NDC** 0006-3784-64 unit of use bottles containing 150 mL (12.5 mg/5 mL).

NDA 21-042/S-026
NDA 21-052/S-019
Page 21

   No. 3785 — Oral Suspension VIOXX, 25 mg/5 mL, is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
   NDC 0006-3785-64 unit of use bottles containing 150 mL (25 mg/5 mL).

*Storage*
*VIOXX Tablets:*
   Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]
*VIOXX Oral Suspension:*
   Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]

Rx only

---

**MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

Issued
Printed in USA

NDA 21-042/S-026
NDA 21-052/S-019
Page 1

<center>

**Patient Information about**
**VIOXX® (rofecoxib tablets and oral suspension)**
**VIOXX® (pronounced "VI-ox")**
**for Osteoarthritis, Rheumatoid Arthritis, Juvenile Rheumatoid Arthritis, Pain and Migraine Attacks**
**Generic name: rofecoxib ("ro-fa-COX-ib")**

</center>

You should read this information before you or your child start taking VIOXX*. Also, read the leaflet each time you refill a prescription, in case any information has changed. This leaflet provides only a summary of certain information about VIOXX. The doctor or pharmacist can give you an additional leaflet that is written for health professionals that contains more complete information. This leaflet does not take the place of talking with your doctor about your condition or treatment. If you have questions about VIOXX ask your doctor or pharmacist.

**What is VIOXX?**

VIOXX is a prescription medicine called a COX-2 selective, nonsteroidal anti-inflammatory drug (NSAID). (See section "What is VIOXX used for?")

**Who should not take VIOXX?**

Do not take VIOXX if you or your child:
- have had an allergic reaction such as asthma attacks (wheezing), hives, or swelling of the throat and face to aspirin or other medicines called non-steroidal anti-inflammatory drugs (NSAIDs). There are many NSAID medicines. Ask the doctor or pharmacist for a list of medicines that contain NSAIDs if you are not sure.
- are allergic to rofecoxib, the active ingredient of VIOXX, or to any other ingredients in VIOXX. See the end of this leaflet for a complete list of ingredients in VIOXX.

**What are the possible side effects of VIOXX?**

Serious but rare and potentially life-threatening side effects that have been reported in patients taking VIOXX include:
- Serious stomach problems, such as stomach and intestinal bleeding, can happen with or without warning symptoms. These problems, if serious, could lead to hospitalization or death. Although this does not happen often, you should watch for the signs and symptoms (for instance, stomach burning, vomiting blood, or if there is blood in the bowel movement or it is black and sticky like tar). Call your doctor right away if you or your child have any of these serious side effects.

- Serious allergic reactions include the symptoms and signs of swelling of the face, lips, tongue; trouble breathing such as chest tightness or shortness of breath; trouble swallowing; hives; wheezing; or shock (loss of blood pressure and consciousness). Get emergency help right away if you get any of these symptoms or signs. Serious skin reactions have also been reported.

*Registered trademark of MERCK & CO., Inc.
COPYRIGHT © MERCK & CO., Inc., 1998, 2002
All rights reserved

<center>1</center>

NDA 21-042/S-026
NDA 21-052/S-019
Page 2

- Heart attacks and other serious cardiovascular events, such as blood clots in your body have been reported in patients taking VIOXX.

- Serious kidney problems can happen, including acute (sudden) kidney failure and worsening of chronic kidney failure.

- Severe liver problems, including hepatitis, jaundice and liver failure, can occur. Call your doctor if you or your child gets any of these symptoms of liver problems. These include: nausea; itching; pain in the right upper abdomen; yellow skin or eyes; or flu-like symptoms.

Your doctor may do blood tests and check you or your child for problems that may happen during treatment with VIOXX.

More common, but less serious side effects reported with VIOXX have included the following:

- Respiratory infections
- Headache
- Dizziness
- Diarrhea
- Nausea, vomiting and upset stomach
- Heartburn
- Stomach pain
- Swelling of the legs and/or feet
- High blood pressure
- Back pain
- Tiredness
- Urinary tract infection.

In addition, the following side effects have been reported: anxiety, blurred vision, colitis, confusion, constipation, decreased levels of sodium in the blood, depression, fluid in the lungs, hair loss, hallucinations, increased levels of potassium in the blood, insomnia, low blood cell counts, menstrual disorder, palpitations, pancreatitis, ringing in the ears, severe increase in blood pressure, skin reactions caused by sunlight, tingling sensation, unusual headache with stiff neck (aseptic meningitis), vertigo, worsening of epilepsy.

These are not all the side effects reported with VIOXX. Do not use this leaflet alone for information about side effects. Your doctor or pharmacist can talk to you about other side effects. Any time you or your child have a medical problem you think may be related to VIOXX, talk to your doctor.

**What is VIOXX used for?**

VIOXX is used in adults for:

- relief of the pain and inflammation (swelling and soreness) of osteoarthritis (arthritis from wear and tear on your bones and your joints)

NDA 21-042/S-026
NDA 21-052/S-019
Page 3

- relief of the pain and inflammation of rheumatoid arthritis in adults (arthritis caused by a condition where your immune system attacks your joints)
- management of short-term pain
- treatment of menstrual pain (pain during women's monthly periods)
- treatment of migraine headache attacks with or without aura.

VIOXX is used in children and adolescents, of at least 2 years of age and who weigh at least 10 kg (22 lbs.) to help relieve:

- the signs and symptoms of pauciarticular or polyarticular Juvenile Rheumatoid Arthritis (JRA). VIOXX has not been studied in children with systemic type JRA.

VIOXX has not been studied in children less than 2 years old or with body weight less than 10 kg (22 lbs.).

**What should I tell the doctor before and during treatment with VIOXX?**

Tell your doctor about all your or your child's medical conditions including if you or your child have or have had:
- an allergic reaction to aspirin or other NSAIDs
- asthma (a small number of patients with asthma have reactions to aspirin or other NSAIDs)
- stomach problems such as ulcers or bleeding
- kidney disease
- liver disease
- angina (for instance, chest, arm, or jaw pain), a heart attack, or a blocked artery in the heart
- heart failure
- high blood pressure

Tell your doctor if you or your child are:
- pregnant or plan to become pregnant. VIOXX may harm your unborn baby if you take it in late pregnancy. If you take VIOXX while you are pregnant, ask your doctor how you can be on the VIOXX Pregnancy Registry.
- breast-feeding or plan to breast-feed. It is not known if VIOXX passes into your milk and if it can harm your baby. You should discuss with your doctor whether or not to take VIOXX if you are breast-feeding.

Tell your doctor about:
- any other medical problems or allergies you or your child have now or have had.
- all the medicines you or your child take including prescription and non-prescription medicines, vitamins, and herbal supplements.

Tell your doctor right away if you or your child develop:
- serious stomach problems such as ulcer or bleeding symptoms (for instance, stomach burning, vomiting blood, or if there is blood in the bowel movement or it is black and sticky like tar.
- unexplained weight gain or swelling of the legs, feet, and/or hands.

NDA 21-042/S-026
NDA 21-052/S-019
Page 5

Medicines are sometimes prescribed for conditions other than those described in patient information leaflets. Do not use VIOXX for a condition for which it was not prescribed. Do not give VIOXX to other people even if they have the same symptoms you have. It may harm them.

### What are the ingredients in VIOXX?

Active Ingredient: rofecoxib

Inactive Ingredients:

Oral suspension: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, sodium methylparaben, sodium propylparaben.

Tablets: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide.

**Rx Only**

Issued

MERCK & CO., Inc.
Whitehouse Station, NJ 08889, USA