UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCT LIABILITY LITIGATION | * | SECTION L |
| This Document relates to: | * | HONORABLE JUDGE FALLON |
| Dennis Harrison Pro Se 2:07-cv-00905-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

*********************************************************

## ORDER IN SUPPORT OF
## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - THE MOVING PARTY MUST FOLLOW THE FEDERAL RULES OF CIVIL PROCEDURE FOR SUMMARY JUDGMENT, RULE 56, AND DEFENDANT MERCK HAS FAILED TO DO SO

**IT IS HEREBY ORDERED:**

DEFENDANT HAS FAILED TO ASSERT A PRIMA FACIA CASE ON THE MERITS.

DEFENDANT MERCK'S MOTION FOR SUMMARY JUDGMENT IS DENIED.

DEFENDANT HAS FILED MOTION IN BAD FAITH AND HERE ORDERS:

    DEFENDANT TO PAY $25,000 AS A SANCTIONED LEVIED BY THE COURT AND THIS SUM IS TO BE PAID TO PLAINTIFF DENNIS R. HARRISON AS PUNISHMENT FOR BAD FAITH.

Also, So ordered.

    NEW ORLEANS, LOUISIANA, this _____ day of October, 2013.

 

_____
**ELDON E. FALLON**
UNITED STATES DISTRICT JUDGE

16