UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS  				MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION

                                              SECTION: L

                                              JUDGE FALLON

                                              MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Elena Strujan v. Merck & Co. Inc., No. 07-906

### JUDGMENT

In light of the U.S. Court of Appeals for the Fifth Circuit's August 9, 2013 Judgment, which dismisses the above named plaintiff's appeal, and considering the Court's Orders entered on July 25, 2012, and September 19, 2012, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, Elena Strujan, dismissing said plaintiff's claims with prejudice and costs.

New Orleans, Louisiana, this 17th day of October, 2013.

                                              ELDON E. FALLON
                                              UNITED STATES DISTRICT JUDGE