UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

**************************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION FOR CLARIFICATION OF EXPERT DEADLINES AND INCORPORATED MEMORANDUM OF LAW

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves this Court for an Order setting a final deadline for Plaintiff Jo Levitt to produce a Rule 26(a)(2) expert report on the issue of causation. In support of this motion, Merck further states as follows:

1. This Court issued PTO No. 58 on May 15, 2012, which established a scheduling order applicable to this case. Under that Order, Plaintiff's expert reports were due February 18, 2012, and all motions practice regarding experts would be concluded by July 15, 2013. *See* Rec. Doc. 63842.

2. Because of scheduling issues concerning completing the deposition of one of Ms. Levitt's treating physicians, this Court issued an Order extending the deadline for the submission of Plaintiff's expert reports to May 31, 2013, and an extension of subsequent dates that resulted in the completion of motions briefing by October 30, 2013. *See* Rec. Doc. 64333.

3. On May 30, 2013, the day before her expert reports were due, Ms. Levitt contacted defense counsel requesting consent to additional time to serve her reports. Merck

agreed that it would not oppose her request for an extension until June 27, 2013 to designate her experts and submit reports.  *See* Rec. Doc. 64464.

4. The deadline of June 27, 2013 passed without the production of any reports or any other communication from Plaintiff.

5. More than two weeks after the deadline passed, on July 16, 2013, Daniel A. Thomas from the law firm of Humphrey, Farrington & McClain notified Merck's counsel that his firm was entering an appearance for Ms. Levitt and would be seeking a two-month extension to identify experts and serve reports.

6. Merck consented to an extension of the expert deadline to September 16, 2013, and Plaintiff's counsel filed an appropriate motion with the Court.

7. The Court issued an order granting the consent motion on August 28, 2013.  *See* Rec. Doc. 64565.

8. The deadline of September 16, 2013 passed without the production of any reports or any other communication from Plaintiff.

9. Three weeks after the September 16, 2013 deadline, Mr. Thomas contacted defense counsel on October 4, 2013 and indicated that he had not received any electronic notice that the Court had entered the August 28 Order.  He further noted that he would be seeking an additional extension of the expert deadline, and, for the first time, that he would also be seeking to re-open fact discovery.

10. On October 10, 2013, Plaintiff's counsel sent defense counsel a draft motion that provided more detail regarding his plans.  Specifically, he seeks to re-open the depositions that have already concluded so that he can re-depose those witnesses.  He also wants to have fact discovery remain open for more than three months, until February 1, 2014, so that he can take

new depositions, and he wants Plaintiffs' expert deadline extended until April 1, 2014.  Under that proposal, briefing on any expert motions would be concluded October 15, 2014.

11. Defense counsel informed Plaintiff's counsel that Merck would not agree to his proposal and that Merck would oppose the motion if it were filed.

12. Although Plaintiff has not yet filed a motion, Merck respectfully asks that this Court issue an Order establishing and/or clarifying the dates that will govern this case going forward.  Under the Court's prior scheduling order, Merck's expert designations would be due October, 18, 2013.  Merck has retained an expert who will testify that Vioxx did not cause or contribute to the injuries alleged by Ms. Levitt.  Plaintiff, however, bears the burden of proof on the issue of causation.  Given the failure, to date, to satisfy that burden by designating a causation expert, as well as Plaintiff's announced intention to request additional open-ended discovery, Merck has deferred serving Plaintiff with its opposing expert report at this time.

13. Merck requests that the Court enter an Order establishing the following deadlines for the parties:

- Designation of Plaintiff's Experts and Production of Reports – December 2, 2013
- Designation of Defendant's Experts and Production of Reports – January 6, 2014
- Completion of Expert Depositions – February 14, 2014
- *Daubert* Motions and Dispositive Motions – March 3, 2014
- Oppositions/Responses to *Daubert*/Dispositive Motions – March 17, 2014
- Reply Briefs for *Daubert*/Dispositive Motions – March 24, 2014

1141129v1

## CONCLUSION

For the reasons stated above, the Court should grant Defendant's Motion.

Dated:  October 18, 2013

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

—and—

Douglas R. Marvin
M. Elaine Horn
Jonathan L. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

1141129v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Defendant Merck & Co., Inc. Motion for Clarification of Deadlines and Incorporated Memorandum of Law** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of October, 2013.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1141129v1