UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck & Co., Inc.*, | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

**********************************************************************

### [PROPOSED] ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION FOR CLARIFICATION OF EXPERT DEADLINES

Upon consideration of Merck Sharp & Dohme Corp.'s Motion for Clarification of Expert Deadlines, the record in this case and the applicable law, it is hereby

**ORDERED** that the all further proceedings in the above-captioned case shall be conducted in accordance with the following schedule:

- Designation of Experts and Submission of Written Expert Reports by Plaintiffs – December 2, 2013

    o Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Designation of Experts and Submission of Written Expert Reports by Defendant – January 6, 2014

    o Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Completion of Expert Depositions – February 14, 2014

- *Daubert* and Dispositive Motions due – March 3, 2013, 2013

- Opposition to *Daubert* and Dispositive Motions due – March 17, 2013

- Reply briefs due – March 24, 2014
- *Daubert* hearing – T/B/A

<u>Dispositive Motions</u>

Dispositive motions in individual cases may be filed at any time. The opposing party will have 21 days to respond. The moving party will have 10 days to reply.

**SO ORDERED.**

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE