UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>      PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     *Antonio Denson*

## ORDER

The Court has received and reviewed documents provided by Anthony Denson, which are attached to this order. The Court has repeatedly stated that it does not have jurisdiction over claims arising from the injuries of Antonio Denson, Anthony Denson's brother. (*See* Rec. Docs. 62697, 64516). This Court has "original jurisdiction of all civil actions where the matter . . . is between . . . citizens of *different* States." 28 U.S.C. § 1332(a) (emphasis added). Antonio Denson, a citizen of New Jersey, originally brought suit against Merck, also a citizen of New Jersey, in a state court in New Jersey. (Rec. Doc. 64516). Thus, this Court does not have jurisdiction over those claims. (Rec. Doc. 64516). It does not matter that those claims are now being asserted by his brother, Anthony Denson. Even if Anthony Denson were a citizen of Louisiana or any state other than New Jersey, the law still does not allow this Court to exercise jurisdiction because "the legal representative of the estate of a decedent *shall be deemed to be a citizen only of the same State as the decedent . . . .*" 28 U.S.C. § 1332(c)(2) (emphasis added). The claims arising from Antonio Denson's injuries cannot be brought in this Court; they belong in the state courts of New Jersey.

1

**IT IS ORDERED** that the documents provided by Anthony Denson be filed into the record and that no further action be taken.

New Orleans, Louisiana, this 17th day of October, 2013.

UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:          Anthony D. Denson
                         804 Lyons Street
                         New Orleans, LA 70115