UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**    *Antonio Denson*

## ORDER

    The Court has received and reviewed the attached documents from Anthony Denson. The Court reiterates that it does not have jurisdiction over claims arising from the injuries of Antonio Denson, Anthony Denson's brother. (*See* Rec. Docs. 62697, 64516, 64644).

    **IT IS ORDERED** that no further action be taken.

    New Orleans, Louisiana, this 22nd day of October, 2013.

UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:    Anthony D. Denson
                804 Lyons Street
                New Orleans, LA 70115

1