UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | |
|---|---|
| IN RE: VIOXX | MDL NO: 1657 |
|     PRODUCT LIABILITY LITIGATION | SECTION: L |
|     CIVIL CASE | |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| On Behalf of the Estate of: | |
| Antonio D. Denson Deceased | |
|         Plaintiff(s) | |
| v. | |
| MERCK & CO., INC. | |
|         Defendant(s) | |
| | EXPEDITED MOTION FOR |
| | SUMMARY JUDGEMENT |

## MOTION

On behalf of the estate of deceased claimant Antonio D. Denson the estate request the following motion based on the report from liaison counsel, Ms. Ann Oldfather, Esq. in reference to the injuries suffered as a result of the ingestion of vioxx medicine. The following claims asserted in the Master Compliant and the allegations with regard thereto in the Master Complaint are herein adopted by reference:

___X___ Count I: Product Liability – Defective Design

___X___ Count II: Product Liability – Failure to Warn

___x___ Count III: Louisiana Consumer Fraud Act

___X___ Count IV: Breach of Express Warranty

___X___ Count V: Punitive Damages Under Common Law & Products Liability Act

**TENDERED FOR FILING**

**OCT 21 2013**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

__X__  Count VI: Wrongful Death

__x__  Count VII: Survival Action

Please refer to Dean Oser, the Court's Case Manager, all of Mr. Denson's fillings and other matters pertaining to Mr. Denson record in this action, specifically: Rec. Docs. 40832, 51200, 54507, 59693, 59699, 60497, 62697, 62722, 62728, 62897, 62898, 62899, 62923, 63072, 63675, and 63755, a disc containing Mr. Denson's claim materials as filed with Brown Greer, and certain documents from Mr. Denson. Also refer to reports from liaison counsel Ms. Ann Oldfather. Also refer to the latest filing dated October 17, 2013.

Demand is made for the sum of $47,500,000 based on precedence law which represents the amount paid to vioxx claimant Fredrick Mike Humeston awarded in the case of Humeston vs Merck & Co., Inc. ordered on June 8, 2005; Case No. 619, ATL-L-2272-03, judgment award of $47,500,000.

### EXPEDITED MOTION FOR SUMMARY JUDGMENT

Demand is hereby made for an expedited motion for summary judgment.

Anthony D. Denson, Pro Se on behalf of
Estate of Deceased Antonio D. Denson
804 Lyons Street
New Orleans, Louisiana 70115
(504) 800-2132

Served:

Clerk U.S. District Court, by hand

Dorothy H. Wimberly,
Stone Pigman Walther Wittmann, LLC
Via certified mail

**CERTIFICATE OF SERVICE**

Oct 21, 2013 /AD

I hereby certify that on ~~September~~ 21, 2013, a copy of the foregoing Expedited Motion for Summary Judgment was served by certified mail delivery on the following:

Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, Louisiana  70130

I also certify that on the same date, the Expedited Motion for Summary Judgment was hand delivered to the Clerk of the Court for the United States District Court Eastern District of Louisiana

_/s/ Anthony D. Denson_
Anthony D. Denson
Pro Se on behalf of
Estate of Deceased Antonio D. Denson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | |
|---|---|
| IN RE: VIOXX | MDL NO: 1657 |
|    PRODUCT LIABILITY LITIGATION | SECTION: L |
|      CIVIL CASE : | |
| : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| On Behalf of the Estate of: : | |
| Antonio D. Denson Deceased : | |
|          Plaintiff(s) : | |
| : | |
| v. : | |
| : | |
| MERCK & CO., INC. : | |
|       Defendant(s) : | |
| .... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... | STIPULATION OF DISMISSAL WITH PREDJUDICE AS TO ALL DEFENDANTS |

### SETTLEMENT STIPULATION

Pursuant to the wrongful death case of deceased Antonio D. Denson the estate hereby stipulate that all claims against the defendant Merck and all other named defendants be dismissed in there entirety with prejudice after the sum of $47,500,000 is paid to the estate which will represent an end to this matter, each party to bear its own costs. Please review all court filings in US District Court Eastern District of Louisiana filed under Antonio D. Denson

_____
Anthony D. Denson, Pro Se on behalf of
Estate of Deceased Antonio D. Denson
804 Lyons Street
New Orleans, Louisiana 70115
(504) 800-2132

_____
Dorothy H. Wimberly
Stone Pigman Walther Wittman, LLC
546 Carondelet Street
New Orleans, Louisiana 70130

Date: 10/21/2013

Date:_____

Anthony D. Denson
804 Lyons Street
New Orleans, Louisiana 70115

September 21, 2013

Dorothy H. Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, Louisiana 70130

      Re:    <u>Expedited Motion for Summary Judgment</u>

Dear Ms. Wimberly:

    I enclosed a copy of the Expedited Motion for Summary Judgment which I have filed with the Court today.

                                Sincerely,

                                Anthony D. Denson
                                Pro Se on behalf of
                                Estate of Deceased Antonio D. Denson

Enclosure

**TENDERED FOR FILING**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**OCT 17 2013**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

IN RE: VIOXX

PRODUCT LIABILITY LITIGATION

MDL NO: 1657

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

On Behalf of the Estate of:
Antonio D. Denson Deceased
         Plaintiff(s)

v.

MERCK & CO., INC.
         Defendant(s)

ABBREVIATED SHORT FORM
COMPLIANT FOR VIOXX
LITIGATION

EXPEDITED JURY TRIAL
DEMANDED

## ABBREVIATED ESTATE COMPLIANT FOR VIOXX LITIGATION AND ADOPTION BY REFERENCE

1. On behalf of the estate of deceased claimant Antonio D. Denson claims against the defendant states and alleges as follows and incorporates by reference the relevant portions of the Master Compliant on file entitled: In Re: Vioxx Product Liability Litigation, now pending in the United States District Court Eastern District of Louisiana before the Honorable Judge Eldon Fallon.

The Estate selects and indicates by checking off the appropriate boxes, those claims that are specific to it's case. Where claims require, pursuant to Louisiana law, specific pleading or case specific facts and individual information, estate shall add and include them herein.

2. Plaintiff, Estate of deceased claimant Antonio D. Denson (hereinafter referred to as "Plaintiff), are the legal heirs of deceased claimant Antonio D. Denson who resides at 804 Lyons Street, New Orleans, Louisiana, 70115.

*[Signature: Anthony Denson]*

804 Lyons St
N.O. LA. 70115     504 800-2832

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
   PRODUCT LIABILITY LITIGATION

MDL NO: 1657
SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

On Behalf of the Estate of:
Antonio D. Denson Deceased
            Plaintiff(s)

v.

MERCK & CO., INC.
            Defendant(s)

ABBREVIATED SHORT FORM
COMPLIANT FOR VIOXX
LITIGATION

EXPEDITED JURY TRIAL
DEMANDED

## ABBREVIATED ESTATE COMPLIANT FOR VIOXX LITIGATION AND ADOPTION BY REFERENCE

1.    On behalf of the estate of deceased claimant Antonio D. Denson claims against the defendant states and alleges as follows and incorporates by reference the relevant portions of the Master Compliant on file entitled: In Re: Vioxx Product Liability Litigation, now pending in the United States District Court Eastern District of Louisiana before the Honorable Judge Eldon Fallon.

      The Estate selects and indicates by checking off the appropriate boxes, those claims that are specific to it's case. Where claims require, pursuant to Louisiana law, specific pleading or case specific facts and individual information, estate shall add and include them herein.

2.    Plaintiff, Estate of deceased claimant Antonio D. Denson (hereinafter referred to as "Plaintiff), are the legal heirs of deceased claimant Antonio D. Denson who resides at 804 Lyons Street, New Orleans, Louisiana, 70115.

**TENDERED FOR FILING**

SEP 11 2013

U.S. DISTRICT COURT
Eastern District of Louisiana

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCT LIABILITY LITIGATION | MDL NO: 1657<br>SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| On Behalf of the Estate of:<br>Antonio D. Denson Deceased<br>Plaintiff(s) | |
| v. | ABBREVIATED SHORT FORM<br>COMPLIANT FOR VIOXX<br>LITIGATION |
| MERCK & CO., INC.<br>Defendant(s) | |
| | EXPEDITED JURY TRIAL<br>DEMANDED |

## ABBREVIATED ESTATE COMPLIANT FOR VIOXX LITIGATION AND ADOPTION BY REFERENCE

1.      On behalf of the estate of deceased claimant Antonio D. Denson claims against the defendant states and alleges as follows and incorporates by reference the relevant portions of the Master Compliant on file entitled: In Re: Vioxx Product Liability Litigation, now pending in the United States District Court Eastern District of Louisiana before the Honorable Judge Eldon Fallon.

The Estate selects and indicates by checking off the appropriate boxes, those claims that are specific to it's case. Where claims require, pursuant to Louisiana law, specific pleading or case specific facts and individual information, estate shall add and include them herein.

2.      Plaintiff, Estate of deceased claimant Antonio D. Denson (hereinafter referred to as "Plaintiff), are the legal heirs of deceased claimant Antonio D. Denson who resides at 804 Lyons Street, New Orleans, Louisiana, 70115.

TENDERED FOR FILING

SEP 1 0 2013

U.S. DISTRICT COURT
Eastern District of Louisiana

## SETTLEMENT AGREEMENT

SETTLEMENT AGREEMENT, dated as of November 9, 2007 (the "Execution Date"), between (i) Merck & Co., Inc., a New Jersey corporation (together with its successors and assigns, "Merck"), and (ii) the counsel listed in the signature pages hereto under the heading "Negotiating Plaintiffs' Counsel" (collectively, the "NPC"; the NPC and Merck, each a "Party" and collectively the "Parties").

Certain terms used in this *Agreement* are defined in Article 17. These terms are italicized the first time that they appear in the text of this Agreement.

## PREAMBLE

This is an agreement between (i) Merck and (ii) the NPC, which includes all counsel appointed to the Executive Committee of the Plaintiffs' Steering Committee in In re VIOXX Products Liability Litigation, MDL No. 1657, a federal multi-district litigation which is venued in the United States District Court for the Eastern District of Louisiana (such court, the "MDL Court", and such steering committee, the "PSC") and representatives of plaintiffs' counsel in the *Coordinated Proceedings* in the state courts of New Jersey, California, and Texas. This Agreement establishes a program to resolve the actions, disputes and claims that these, and other, plaintiffs' counsel have asserted against Merck on behalf of their clients related to their clients' alleged use of *VIOXX*.

## RECITALS

A. Merck voluntarily withdrew VIOXX from the market on September 30, 2004.

B. As of October 1, 2007, there were approximately 26,000 active VIOXX personal-injury actions filed against Merck nationwide, representing approximately 47,000 claimant groups.

C. Approximately 14,500 additional claimants asserted direct claims against Merck but agreed to refrain from filing suit while their claims were tolled. Approximately 13,250 of those agreements remain in effect.

D. More than 95% of the active plaintiffs are presently coordinated in one of the following four "Coordinated Proceedings":

    a.    In re VIOXX Products Liability Litigation, Federal MDL No. 1657, venued in the MDL Court;

    b.    In re VIOXX Coordinated Cases, JCCP No. 4247, venued in the Superior Court of California, County of Los Angeles;

    c.    In re VIOXX Litigation, Cases No. 619 and 273, venued in the Superior Court of New Jersey, Law Division, Atlantic County; and

d.  <u>In re Texas State VIOXX Litigation</u>, Master Docket No. 2005-59499, venued in the District Court of Harris County, Texas, 157th Judicial District.

E.  The NPC and Merck have agreed to establish a pre-funded, structured private settlement program, as set forth herein, to resolve pending or tolled (and certain previously tolled) VIOXX claims against Merck involving heart attacks, ischemic strokes and sudden cardiac deaths for an overall amount of $4,850,000,000 (the "<u>Program</u>").

F.  The Program is intended to resolve, in lieu of further litigation, the claims of all *Eligible Claimants* (including both Eligible Claimants within the Coordinated Proceedings and Eligible Claimants with pending lawsuits against Merck in any District of Columbia court, any Puerto Rico court or any court or tribunal of the United States outside the Coordinated Proceedings) who participate in the Program (except only as otherwise set forth in Section 2.7.3.1).

G.  A key objective of the Program is that, with respect to any counsel with an *Interest* in the claims of any *Enrolled Program Claimant*, all other Eligible Claimants in which such counsel has an Interest shall be enrolled in the Program.

H.  No claims brought against Merck after the date of this Agreement will be eligible to participate in the Program or receive any payment under the Program.

I.  The Program will not be construed as evidence of, or as an admission by, Merck or any *Released Party* of any fault, *Liability*, wrongdoing or damages whatsoever or as admission by any Enrolled Program Claimant of any lack of merit in their claims.

Merck and the NPC hereby agree as follows:

## Article 1
## Required Submissions

Section 1.1.  <u>Registration</u>

The Parties agree to apply jointly in each of the Coordinated Proceedings for an order, substantially in the form of Exhibit 1.1 (the "<u>Registration Order</u>"). According to the terms of the Registration Order, all counsel of record in cases filed in any of the Coordinated Proceedings must take such steps as are necessary to ensure that all *Claims* asserted on behalf of a *Person* asserting a personal injury Claim (either in a pending action or the subject of a *Tolling Agreement*), and all Claims derivative thereof, *Connected With VIOXX* in which such counsel had an Interest as of October 1, 2007 (subject to the updating requirements set forth therein) are registered and all counsel with an Interest in any such Claim are identified. Such registration requirement will apply regardless of (i) whether such Claims are Eligible Claims, (ii) whether such counsel intend to enroll any such Claims in the Program, and (iii) whether such Claims are filed in any court other than the Coordinated Proceedings. Counsel shall register such Claims by filing and serving in accordance with the Registration Order a *Registration Affidavit* no later than January 15, 2008 covering each Plaintiff and Tolling Claimant (as such terms are defined in the Registration Order) asserting such Claims. Pro se claimants must also file and serve a

Agreement i

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| IN RE: VIOXX | | MDL NO: 1657 |
|    PRODUCT LIABILITY LITIGATION | | SECTION: L |
|    CIVIL CASE | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| On Behalf of the Estate of: | : | |
| Antonio D. Denson Deceased | : | |
|       Plaintiff(s) | : | |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC. | : | |
|       Defendant(s) | : | |

Order

Order Brown Greer To Pay Judgment For injuries in Juries Suffered And wrongful Death. ASAP!! The Sum of $47,500,000

Judge

Anthony Denson
Pro-Se