UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| IN RE: VIOXX PRODUCT LIABILITY LITIGATION | CIVIL ACTION |
| ON BEHALF OF THE ESTATE OF ANTONIO D. DENSON | |
| VERSUS | NO: MDL 1657 |
| MERCK & CO., INC. | |
| | SECTION: L(3) |

ATTACHMENTS TO DOCUMENT NO. 64648

    DESCRIPTION: Medical Records

    FILED BY:   Anthony Denson

    FILE DATE:   10/23/2013

ARE LOCATED IN THE CLERK'S OFFICE.