**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 23, 2013**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Goldhaber Research Associates, LLC v. Jacks, et al.*, 07-2062

## ORDER

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Michael D. Steger participated on behalf of the Plaintiff. Moshe Horn participated on behalf of the Defendants. The parties discussed the status of the case.

**IT IS ORDERED** that the parties meet and confer to set discovery deadlines and that they then file a proposed scheduling order with those deadlines on or before October 31, 2013.

JS10(00:10)