UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   *Cheryl Sample (as administrator for the deceased Michael Wodowski), et al. v. Merck & Co., Inc., et al.,* **08-4559**

## ORDER

The Court has received the Defendant's motion for summary judgment. (Rec. Doc. 64402). The Defendant provides evidence that Plaintiffs have not disclosed an expert in accordance with Federal Rule of Civil Procedure 26(a)(2) who will testify that Vioxx caused the injury for which Plaintiffs seek to recover. The Defendant argues that, as a result, the Plaintiffs cannot meet their burden of proof with respect to causation on any count alleged in their complaint. The motion was set for submission July 10, 2013, and no memorandum in opposition has been submitted either before (or after) that date. The motion, which appears to be grounded in law and fact, is accordingly deemed to be unopposed.

**IT IS ORDERED** that the Defendant's motion for summary judgment (Rec. Doc. 64402) is **GRANTED** and that the Plaintiffs' claims against the Defendant are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 24th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE