# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| *This document relates to* | * |
| | *   MAGISTRATE JUDGE |
| *Catherine Holt Singleton et al. v. Merck Sharp &* | *   KNOWLES |
| *Dohme Corp.*, **No. 2:09-cv-02413-EEF-DEK** | * |
| **(Plaintiff Velma Dunn)** | * |

******************************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S
### MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Pursuant to L.R. 5.6 and Pretrial Order No. 13, Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, hereby requests that the Court order that Exhibits A, B, C, D, E, F, and G to Merck's Statement of Material Facts as to Which There Is No Dispute in the above-captioned case be filed under seal.

In support of this motion, Defendant states that these exhibits contain medical records or summaries of medical records that are Confidential under Pretrial Order No. 13.

Dated:  October 24, 2013               Respectfully submitted,

                                       By: */s/ Dorothy H. Wimberly*
                                            Phillip A. Wittmann, 13625
                                            Dorothy H. Wimberly, 18509
                                            STONE PIGMAN WALTHER
                                            WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, Louisiana 70130
                                            Phone: 504-581-3200
                                            Fax:    504-581-3361
                                            Defendants' Liaison Counsel

1141434v1

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of October, 2013.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1141434v1