UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Allen Atkinson, et al.  v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| No. 2:05-cv-4130-EEF-DEK  (Plaintiff Todd Jelden) | * | |
| | * | |

*************************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Pursuant to L.R. 5.6 and Pretrial Order No. 13, Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, hereby requests that the Court order that Exhibits A, B, C, D, E, and F and to Merck's Statement of Material Facts as to Which There Is No Dispute in the above-captioned case be filed under seal.

In support of this motion, Defendant states that these exhibits contain medical records or summaries of medical records that are Confidential under Pretrial Order No. 13.

Dated:  October 24, 2013                Respectfully submitted,

                                                   By: */s/ Dorothy H. Wimberly*
                                                   Phillip A. Wittmann, 13625
                                                   Dorothy H. Wimberly, 18509
                                                   STONE PIGMAN WALTHER
                                                   WITTMANN L.L.C.
                                                   546 Carondelet Street
                                                   New Orleans, Louisiana 70130
                                                   Phone: 504-581-3200
                                                   Fax:    504-581-3361
                                                   Defendants' Liaison Counsel

1141447v1

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

1141447v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Seal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of October, 2013.

                                                      */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1141447v1