# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Allen Atkinson, et al.  v. Merck Sharp & Dohme Corp.*, No. 2:05-cv-04130-EEF-DEK  (Plaintiff Todd Jelden) | * * * | |

**************************************************************************

## ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion To File Certain Documents Under Seal

IT IS HEREBY ORDERED that Exhibits A, B, C, D, E, and F to Merck Sharp & Dohme Corp.'s Statement of Material Facts as to Which There Is No Dispute in the above-captioned case are to be filed under seal.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE