# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| *This document relates to* | * |
| | *   MAGISTRATE JUDGE |
| *Allen Atkinson, et al.  v. Merck Sharp & Dohme Corp.*, | *   KNOWLES |
| **No. 2:05-cv-4130-EEF-DEK  (Plaintiff Todd Jelden)** | * |
| | * |

*************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion for Summary Judgment in the above-captioned case will be brought for hearing on November 20, 2013, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  October 24, 2013　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Dorothy H. Wimberly*
　　　　　　　　　　　　　　　　　　　　　　Phillip A. Wittmann, 13625
　　　　　　　　　　　　　　　　　　　　　　Dorothy H. Wimberly, 18509
　　　　　　　　　　　　　　　　　　　　　　STONE PIGMAN WALTHER
　　　　　　　　　　　　　　　　　　　　　　WITTMANN L.L.C.
　　　　　　　　　　　　　　　　　　　　　　546 Carondelet Street
　　　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70130
　　　　　　　　　　　　　　　　　　　　　　Phone: 504-581-3200
　　　　　　　　　　　　　　　　　　　　　　Fax:    504-581-3361
　　　　　　　　　　　　　　　　　　　　　　Defendants' Liaison Counsel

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of October, 2013.

      /s/ Dorothy H. Wimberly
      Dorothy H. Wimberly, 18509
      STONE PIGMAN WALTHER WITTMANN L.L.C.
      546 Carondelet Street
      New Orleans, Louisiana 70130
      Phone: 504-581-3200
      Fax:    504-581-3361
      dwimberly@stonepigman.com

      Defendants' Liaison Counsel

1141451v1