## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| ***Rita B. Barker, et al. v. Merck Sharp & Dohme Corp.,*** | * | KNOWLES |
| **Civ. A. No. 2:05-6535-EEF-DEK (Plaintiff Mabell** | * | |
| **Dumbell)** | * | |

******************************************************************

## ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S
## MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion To File Certain Documents Under Seal

IT IS HEREBY ORDERED that Exhibits A, B, C, D, and E to Merck Sharp &

Dohme Corp.'s Statement of Material Facts as to Which There Is No Dispute in the

above-captioned case are to be filed under seal.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1141508v1