UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Rita B. Barker, et al. v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| Civ. A. No. 2:05-6535-EEF-DEK (Plaintiff Mabell | * |
| Dumbell) | * |

*************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion for Summary Judgment in the above-captioned case will be brought for hearing on November 20, 2013, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  October 24, 2013                    Respectfully submitted,

                                            By: */s/ Dorothy H. Wimberly*
                                               Phillip A. Wittmann, 13625
                                               Dorothy H. Wimberly, 18509
                                               STONE PIGMAN WALTHER
                                               WITTMANN L.L.C.
                                               546 Carondelet Street
                                               New Orleans, Louisiana 70130
                                               Phone: 504-581-3200
                                               Fax:    504-581-3361
                                               Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of October, 2013.

                                                              */s/ Dorothy H. Wimberly*
                                                              Dorothy H. Wimberly, 18509
                                                              STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                              546 Carondelet Street
                                                              New Orleans, Louisiana  70130
                                                              Phone:  504-581-3200
                                                              Fax:     504-581-3361
                                                              dwimberly@stonepigman.com

                                                              Defendants' Liaison Counsel