UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Dennis Richard Harrison v. Merck & Co, Inc.,*
                                  07-905

## ORDER

The Court is in receipt of e-mail correspondence from the Plaintiff dated October 21, 2013. In this correspondence, the Plaintiff requests that he be given until October 29, 2013, to supplement his memoranda in response to the Defendant's motion for summary judgment. (*See* Rec. Doc. 64510). The Plaintiff's response was initially due on September 10, 2013, (*See* Rec. Doc. 64585). At the request of the Plaintiff, the deadline has been extended on several occasions: by 13 days until September 23, 2013, (Rec. Doc. 64556), by another 11 days until October 4, 2013, (Rec. Doc. 64611), and most recently, via e-mail message, by 4 days until October 8, 2013.  The Court is also in receipt of the following materials from the Plaintiff:

1. a document entitled "Plaintiff's Statement that He Has Now Completed All Material for Plaintiff's Defense of Defendant Merck Sharp & Doheme Corp's Motion for Summary Judgment and Incorporated Memorandum of Law";

2. a document entitled "Amendment To Plaintiff's Motion In Opposition To Defendant's Motion For Summary Judgment—The Moving Party Must Follow The Federal Rules Of Civil Procedure For Summary Judgment, Rule 56, And Defendant Merck Has Failed To Do So";

3. both a list of exhibits "to be added" because "they were . . . not in first package" and the exhibits themselves; and

4. a document entitled "Merck Sharp & Dohme Corp.'s Responses and Objections to Plaintiff Dennis Harrison's First Set of Interrogatories" and a document entitled "Plaintiff Dennis Harrison's First Set of Interrogatories to Defendant Merck Sharp & Dohme Corp."

**IT IS ORDERED** that the above-listed materials, which reference the Defendant's motion for summary judgment (Rec. Doc. 64510), be filed into the record as a supplemental and/or amended response to that motion and that the Plaintiff may not further supplement and/or amend his response.

**IT IS FURTHER ORDERED** that any reply to the Plaintiff's response (Rec. Docs. 64640, 64641) to the Defendant's motion for summary judgment (Rec. Doc. 64510) be filed on or before November 4, 2013; that any response to the Plaintiff's cross motion for summary judgment (Rec. Doc. 64639) be filed on or before November 4, 2013, and that any reply to such a response be filed on or before November 11, 2013.

**IT IS FURTHER ORDERED** that any such response or reply must be made as a *single filing* and that any supplement and/or amendment must be made by a motion for leave to file.

New Orleans, Louisiana, this 24th day of October, 2013.

UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:   Mr. Dennis R. Harrison
601 W. Brown Street
Iron Mountain, MI 49801

Mr. James Duggan
860 Greg Thatch Circle
Sacramento, CA 95835

2