UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCT LIABILITY LITIGATION | * | SECTION L |
| This Document relates to: | * | HONORABLE JUDGE FALLON |
| Dennis Harrison Pro Se 2:07-cv-00905-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

**********************************************************************

## PLAINTIFF STATEMENT THAT HE HAS NOW COMPLETED ALL MATERIAL FOR PLAINTIFF'S DEFENSE OF DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW

Plaintiff Dennis Harrison now states to the court that on October 10, 2013 he has submitted his last brief that being **PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT MERCK et al. DESIGNED TO HOIST DEFENDANT UPON ITS OWN PETARD & DENUDE IT OF ALL DEFENSES.**

The Court now, as of this date, has all of the briefs and exhibits that Plaintiff has developed for his response of **DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW.**

In that there was great inconvenience in being unable to electronically submit the exhibits, Plaintiff now submits, to the Court, the few ones that were inadvertently not included and have now been submitted. It is Plaintiff's understanding that the Court will upload the hard copy of the briefs and the exhibits so that in one place, Pacer, all of the exhibits will be contained and this will ensure that the Court and all parties have access to exactly the same set of briefs and

TENDERED FOR FILING

OCT 23 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

exhibits in due course, thusly lifting the previous procedure of email distribution, which was duplicitous and confusing. The Court upload will then notify via the system recepients on record

**This case is now submitted.**

*Dennis R. Harrison* (signature)

Dennis Harrison
Pro Se 2:07-cv-00905-EEF-DEK

October 22, 2013