*Andrew — circled ones are to be Added, They were mistakenly not in first package, Please call if any ? Thank you Deron Harris 906-221-598*

*Included here - please Add*

- Martijn Conclusions exonerating Merck.pdf
- P Ex A    (FDA Warning letter 09-17-2001).pdf
- P Ex AA   (Posterolateral fusion for isthmic spondylolisthesis 12-98).pdf
- P Ex B    (USDOJ-Merck Tolling Agreement Stat of Limations 02-24-2006).pdf
- P Ex BB   (Effects of NSAID on spinal fusion).pdf
- P Ex E    (Pharmacy records).pdf
- P Ex EE   (Label change 4-11-02; Q-A Press Conference).pdf
- P Ex F    (Dr. Trice - Rheumatalogist; New Hampshire; 07-25-2001).pdf
- P Ex FF   (LABEL yr 2002; NDA 21-042S-026).pdf
- P Ex G    (Surgical Neurology Assoc. Faille 03-28-02).pdf
- P Ex GG   (Rheumatoid Study OCT 98 Withdrawn).pdf
- P Ex H    (James Wise; Kingston; NY; 11-20-2003).pdf
- P Ex HH   (S. Reuben; high dose NSAID compromise sp-inal fusion).pdf
- P Ex I    (S. Reuben; eff cos-2 inh. on analgesia & spinal fusion).pdf
- P Ex J    (S. Reuben; Massive Faud 20 studies fabricated;sun Orthopaedics).pdf
- P Ex M.   (S. Reuben; Disqualification Proceedings-oppty to expl; 03-17-10).pdf
- P Ex N    (S. Reuben; DHHS denies appeal of 5 yr excl bcause conv felony fraud;.pdf
- P Ex O    (Peri-Operative Analgesis; IND 46894; 04-20-2010.pdf
- P Ex P    (Effect of Celebrex-Vioxx; PGIM; Thromb; Prostragyclin).pdf
- P Ex PP   (S. Reuben; appears on OIG Exclusions for Med malpractice).pdf
- P Ex Q    (Potential risks of Cox-2).pdf
- P Ex Q    (Wound healing; bone metabolism; Pot risks upon Cox-2 inhibitors.pdf
- P Ex QQ   (Office of Ethics; Meck establishes a Fisclosure porogram)..pdf

*BY Part 1 & Part 2 Interpreted as 1= Answer 2= From Pt Discharged The Pt*

*P Ex K  Dr. Can Jones Fabricated — Hospital Says*

*P Ex ZZ) A Patients Guide To Hip Fractures*

**TENDERED FOR FILING**

**OCT 23 2013**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

P Ex PP   (S. Reuben; appears on OIG Exclusions for Med malpractice).pdf

P Ex Q    (Wound healing; bone metabolism; Pot risks upon Cox-2 inhibitors.pdf

P Ex QQ  (Office of Ethics; Meck establishes a Fisclosure porogram)..pdf

P Ex R    (Clinical safety; clinical documentation).pdf

P Ex T    (draft label; 05-07-99).pdf

P Ex U    (Academics and Doctors threats if speaking against Vioxx).pdf

P Ex UU  (Reuben Sentencing Memo).pdf

P Ex V    (Scolnick - A Scientific Review).pdf

P Ex W    (Capital Regiojn Orthopaedic Group - Dept of Rheumatalogy .pdf

P Ex X    (NE Baptist Radiology 04-14-99).pdf

P Ex XX   (REUBEN Preliminary allegations - United States vs REUBEN).pdf

P Ex XX   (REUBEN; Govt Sentencing Memorandum 06-22-10).pdf

P Ex Y    (USA DOJ; MERCK & Unlawful Promotion Office of Public Affairs announce...

P Ex Z    (USA DOJ; in re to MERCK Civil Division announces plea bargain).pdf

P. EX. WW (REUBEN - Sentencing Memorandum includes partial UU).pdf

Page 4 (DEXA scan 05-08-98).pdf

REUBEN Preliminary allegations.pdf

REUBEN Sentencing Memorandum.pdf

Reuters - Fed case.pdf

Vioxx RA.pdf

x Dont print or partial 20111114025058057PLEA agreeement.pdf

x!!! Drugs and Fracture Repair-2.pdf

xDECLARATION OF BLATVASKY Ex HH.pdf

xPage 4 (DEXA scan 05-08-98).pdf

xt Dont print or partial 20111114025058057PLEA agreeement.pdf

Orthopedics. 2005 Mar;28(3):299-303; quiz 304-5.

## The effect of nonsteroidal anti-inflammatory agents on spinal fusion.

Thaller J, Walker M, Kline AJ, Anderson DG.

**Source**

University of Virginia School of Medicine, Charlottesville, Va 22908, USA.

**Abstract**

A large body of information suggests NSAIDS have a negative impact on the healing of bone. Although each clinical healing scenario presents a slightly different level of challenge, the healing of a posterolateral spinal fusion is one of the most difficult challenges in bony healing. Clinically, this results in a relatively high rate of nonunions using traditional fusion techniques. Spinal fusion models have confirmed NSAIDS have a definite inhibitory effect on healing of the fusion. Although data are limited, it appears this effect is most severe when NSAIDS are administered in the early postoperative period. Moreover, the effect may be worse with certain types initial inflammatory, subsequent reparative, and final remodeling phases. Because of the anti-inflammatory activity of NSAIDS, one might assume their effects would be worse when administered in the inflammatory phase. Indeed, the study by Riew et al suggests the inhibitory effects are more significant when NSAIDS are administered earlier following fusion. Other studies conducted with non-spinal models also suggest early administration of NSAIDS results in greater inhibition of bone formation (Goodman et al). Unfortunately, the length of the inflammatory phase in humans is not well known. This leaves the clinician unsure about the safe time to allow resumption of NSAID usage clinically. It appears likely NSAID use following a spinal fusion procedure will increase the rate of pseudarthrosis. The literature suggests that avoidance of NSAIDS in the postoperative period may avoid nonunion. Additionally, we propose that chronic NSAID usage should be addressed in a similar manner to cigarette smoking. While neither are absolute contraindications to elective spinal fusion, patients should be counseled to discontinue the use of NSAIDS in the peri- and postoperative period to maximize their chance for a successful fusion.

Essentials in Total Hip Arthroplasty
Lou Fee IV, Lou Fee, MI

# ORTHOPEDICS

Orthopedics

REVIEW ARTICLE

# The Effect of Nonsteroidal Anti-Inflammatory Agents on Spinal Fusion

Matthew Walker, BS; John Thaller, MD; Alex J. Kline, BS; D. Greg Anderson, MD

Orthopedics
March 2005 · Volume 28 · Issue 3

APDL                                        Get Citation

Spinal arthrodesis has become an increasingly common procedure in the United States, with more than 185,000 such cases performed each year.[1] Despite the generally beneficial results of spinal arthrodesis, a significant number of cases fail to achieve the desired outcome. Often this is the result of poor patient selection or the presence of a surgical complication.

Among the various surgical complications, nonunion or pseudarthrosis is one of the most difficult to overcome. Pseudarthrosis occurs in 5% to 35% of single-level fusions and may be the source of continued spinal symptoms requiring revision surgery.[3,4] The nonunion rates for multilevel procedures are even higher.[7,8] Although the use of internal fixation has decreased the rate of pseudarthrosis for some procedures, this complication has not been eradicated.

Many factors are believed to contribute to pseudarthrosis, including host factors such as advanced age, chronic disease, and tobacco usage, and technical factors such as the type, quality, and quantity of bone graft used to perform the fusion. Other factors such as the mechanical stability of the fusion site and the use of postoperative medications, including corticosteroids and nonsteroidal anti-inflammatory drugs (NSAIDS), can play a role in this vexing process. While some aspects are uncontrollable, any factors contributing to pseudarthrosis can be altered to diminish the risk of fusion failure.

Continuing the use of some medications such as corticosteroids for severe asthma is necessary in the postoperative period following spinal fusion despite a potential detrimental effect on the healing of the fusion. Likewise, NSAIDS may be useful for patients with debilitating symptoms of osteoarthritis, which can limit postoperative rehabilitation and diminish the quality of life.

Nonsteroidal anti-inflammatory drugs are an effective non-narcotic analgesic and can be useful in controlling postoperative pain. In some cases, patients may experience an "arthritic flair" postoperatively when chronic NSAID therapy is withdrawn. Therefore, it is reasonable to consider the risk:benefit ratio with regard to NSAID therapy in selected patients following spinal fusion.

This article reviews the literature relating to the effects of NSAIDS on spinal fusion. With a better understanding of the physiologic effects of NSAIDS, surgeons will be better armed to make decisions about when NSAIDS are appropriate in the postoperative period following spinal arthrodesis.

## Basic Science

The primary effect of NSAIDS is to inhibit the enzyme cyclo-oxygenase (COX), which is active in the process of forming prostaglandins, leukotrienes, and thromboxanes from their precursor, arachidonic acid (Figure). There are two distinct isoforms of the COX enzyme: COX-1 is ubiquitous and found in nearly every tissue in the body, notably in the stomach, small intestine, and platelets,

while COX-2 is restricted to certain tissues including bones and joints.



**Figure:** Diagram shows the process of forming prostaglandins, leukotrienes, and thromboxanes from their precursor, arachidonic acid.

Cyclo-oxygenase-1 is a regulatory "housekeeping" enzyme involved in homeostasis, while COX-2 is inducible, increasing more than 20-fold in macrophages, monocytes, synoviocytes, chondrocytes, and osteoblasts when stimulated by an inflammatory stimuli such as interleukin-1, tumor necrosis factor, or platelet-derived growth factor.[9-13] Both COX isoenzymes are inhibited by traditional NSAIDS. However, because the musculoskeletal inflammatory effects are mostly attributable to the action of COX-2, selective inhibitors of this enzyme have been developed in an effort to avoid the negative side effects (such as gastric breakdown) linked to COX-1 inhibition.

Due in large part to the potential decrease in unwanted side effects from COX-1 inhibition, COX-2 selective inhibitors have rapidly become popular for musculoskeletal conditions. It is, however, important to note that none of the commercially available COX-2 inhibitors are purely selective for the COX-2 isoenzyme. In addition, the biologic activity of the COX system is more complicated than simply interpreting the effects of COX-2 inhibition as favorable and COX-1 inhibition as unfavorable.

The role of COX enzymes in bone metabolism is interesting as prostaglandins play an essential role in the processes of both bone formation and resorption. A number of factors can act on osteoblasts and osteoclasts including hormones, cytokines, prostaglandins, and mechanical factors.[14] The major prostaglandins involved in bone metabolism are prostaglandin E, and prostaglandin E$_2$.[15-19] Because these molecules are involved in both the formation and resorption of bone, the net bone gain or loss depends on the environment and the type of bone on which the prostaglandins act.

The effects of prostaglandins in bone were recognized in an early review by Norrdin et al[19] who noted prostaglandins were potent mediators of bone resorption at sites of inflammation. Others have shown bone resorption at sites of inflammation can be inhibited by the administration of an NSAID.[20-22] In cell cultures, prostaglandins lead to the inhibition of osteoclastic activity.[15-20] Nonsteroidal anti-inflammatory drugs inhibit bone formation clinically and are used by hip surgeons to diminish heterotopic ossification.[23]

Infants exposed to infusions of prostaglandin E$_1$ to maintain patency of the ductus arteriosus are known to undergo accelerated periosteal long bone formation for approximately 4 weeks following treatment.[24-26] Prostaglandins also have been implicated in bone formation during myositis ossificans and osteoid osteoma.[27-29] Prostaglandin E$_2$ appears to play a key role in the adaptive response of bone to stress.[30-33]

In a study of weanling rats, the administration of NSAIDS resulted in increased metaphyseal bone and decreased numbers of osteoclasts.[34] Nonsteroidal anti-inflammatory drugs also have been used to block the resorption of bone by osteoclast and prevent disuse osteopenia.[35,36] However, when combined with estradiol, NSAIDS may lead to reduced cancellous bone volume.[37] Work in animal models confirms NSAIDS have a significant detrimental effect on the healing of fractures and osteotomies.[38-48]

These studies serve to underscore the complex effects of NSAIDS and prostaglandins in bone metabolism. In addition, it appears likely NSAIDS act via mechanisms in addition to cyclo-oxygenase inhibition. For instance, Ho et al[5] found both prostaglandins and NSAIDS had similar inhibitory effects on osteoblasts in culture, suggesting the NSAIDS were acting via a prostaglandin-independent

mechanism. Others have suggested NSAIDS can affect the cell cycle, thus inhibiting cell proliferation via a pathway independent of prostaglandins.[17]

**Table**

Traditional Nonselective COX and Selective COX-2 Inhibitors

| Traditional Nonselective COX Inhibitors | Selective COX-2 Inhibitors |
|---|---|
| Salicylic acid derivatives | Diaryl-substituted furanones |
| Aspirin | Rofecoxib |
| Sodium salicylate | Diaryl-substituted pyrazoles |
| Salsalate | Celecoxib |
| Diflunisal | Indoleacetic acids |
| Sulfasalazine | Etodolac |
| Olsalazine | Sulfonanilides |
| Indoleacetic and indene acetic acids | Nimesulide |
| Indomethacin | |
| Sulindac | |
| Heteroaryl acetic acids | |
| Tolmetin | |
| Diclofenac | |
| Ketorolac | |
| Arylpropionic acids | |
| Ibuprofen | |
| Naproxen | |
| Flurbiprofen | |
| Ketoprofen | |
| Fenoprofen | |
| Oxaprozin | |
| Anthraniic acids (fenamates) | |
| Mefenamic acid | |
| Meclofenamic acid | |
| Enolic acids | |
| Oxicams (piroxicam, meloxicam) | |
| Alkanones | |
| \Nabumetone | |

Abbreviation: COX=cyclo-oxygenase

## Spinal Fusion in the Animal Model

The model used to study spinal fusion is important to consider when evaluating the results of animal studies. In general, the more challenging healing environments involve the posterolateral spine (intertransverse fusion) as opposed to the interbody space. The stability of the construct is also important to consider with uninstrumented fusions presenting a more difficult healing challenge. Finally, there are significant species differences in the healing of spinal fusions, with higher animals, particularly primates, representing the greatest healing challenge. To be a valid model for the challenging biologic environment in humans, an appropriate animal model should demonstrate a significant rate of pseudarthrosis when subjected to an uninstrumented intertransverse fusions.[49-52]

Lebwohl et al[53] presented an early study using orally-administered ibuprofen in a rabbit fusion model. While their data failed to reach statistical significance, a trend toward increased nonunion was observed.

Case 2:05-md-01657-EEF-DEK   Document 64666-2   Filed 10/25/13   Page 7 of 42
9/5/13
The Effect of Nonsteroidal Anti-Inflammatory Agents on Spinal Fusion | Orthopedics

Dimar et al[54] used a rat model to investigate the effects of orally administered indomethacin on spinal fusion. The animals received indomethacin 1 week preoperatively and 12 weeks postoperatively. Using manual palpation, the rate of nonunion was 90% in the NSAID group compared to 55% for the control group (P<.001). qualitative="" histology="" demonstrated="" significant="" resorption="" of="" bone="" graft="" in="" the="" indomethacin="" group="" in="" contrast="" to="" the="" control="">

Boden et al[51] used a rabbit intertransverse model to study fusion. This is an attractive model with a nonunion rate for autograft fusion similar to humans. Using this model, Martin et al[52] found the postoperative administration of ketorolac (infused via a subcutaneous pump) increased the nonunion rate from 25% to 65% (P=.037). They also reported the use of bone morphogenetic protein-2 for spinal fusion overcame the inhibitory effects of ketorolac and yielded a fusion rate of 100%.

Long et al[53] were the first to compare a COX-2 inhibitor to a nonselective NSAID in a spinal fusion model. Using the same rabbit fusion model as Boden et al,[51] the authors compared the effects of 8 weeks of orally administered indomethacin and celecoxib (a COX-2 selective drug). This study confirmed the deleterious effects of the nonselective NSAID, which reduced the fusion rate from 64% in the control animals to 18% in the indomethacin-treated animals (P=.002). The COX-2 treated animals demonstrated a 45% fusion rate, which was not statistically different from the control group (P=.224), but may show a trend toward poorer healing that could have been seen with larger numbers of animals.

Riew et al[56] reported on a study designed to evaluate the time course following fusion when NSAIDs exerted their detrimental effects. With a hypothesis that NSAIDs must act during the initial inflammatory phase to prevent early osteogenesis, the authors examined the effects of indomethacin when initiated at 2 and 4 weeks post fusion surgery.

In rabbits given indomethacin 2 weeks postoperatively, the rate of successful fusion was 21%. When the indomethacin was delayed until 4 weeks, the rate of successful fusion increased to 48%. The control group received saline starting at the 2-week time point and achieved a fusion rate of 65%. Statistically significant differences were noted when comparing the 2-week indomethacin group with the control group (P<.002) and="" when="" comparing="" the="" 2-="" and="" 4-week="" indomethacin="" groups="">P=.05).[56] These data seem to confirm an initial inhibitory effect that may diminish with time.

## Spinal Fusion in Humans

Glassman et al[57] studied the effects of NSAIDs in humans. They reported on a retrospective series of 288 patients undergoing posterolateral intertransverse fusions with a minimum of 2 years of follow-up. One hundred twenty-one patients received no NSAIDs postoperatively, while 167 received ketorolac in the early postoperative period for pain control. Nonunions were defined as failure of fusion noted on the basis of surgical exploration, broken hardware, or tomograms.

The nonunion rate was 4% in the group without NSAIDs and 17% in the ketorolac group. This difference was statistically significant (P<.001) and="" suggests="" an="" approximately="" five="" times="" greater="" likelihood="" of="" developing="" pseudarthrosis="" following="" the="" administration="" of="" ketorolac.="" an="" additive="" effect="" was="" noted="" for="" smokers="" who="" received="" ketorolac,="" with="" a="" 25%="" rate="" of="" nonunion.="" more="" doses="" of="" ketorolac="" appeared="" to="" increase="" the="" risk="" of="" nonunion,="" up="" to="" the="" range="" of="" 9="" to="" 12="" doses="" per="">

## Summary

A large body of information suggests NSAIDs have a negative impact on the healing of bone. Although each clinical healing scenario presents a slightly different level of challenge, the healing of a posterolateral spinal fusion is one of the most difficult challenges in bony healing. Clinically, this results in a relatively high rate of nonunions using traditional fusion techniques.

Spinal fusion models have confirmed NSAIDs have a definite inhibitory effect on healing of the fusion. Although data are limited, it appears this effect is most severe when NSAIDs are administered in the early postoperative period. Moreover, the effect may be worse with certain types of NSAIDs.

Bone healing classically has been divided into three phases consisting of initial inflammatory, subsequent reparative, and final remodeling phases.[58] Because of the anti-inflammatory activity of NSAIDs, one might assume their effects would be worse when administered in the inflammatory phase. Indeed, the study by Riew et al[56] suggests the inhibitory effects are more significant when NSAIDs are administered earlier following fusion.

Other studies conducted with nonspinal models also suggest early administration of NSAIDs results in greater inhibition of bone formation (Goodman et al). Unfortunately, the length of the inflammatory phase in humans is not well known. This leaves the clinician unsure about the safe time to allow resumption of NSAID usage clinically.

It appears likely NSAID use following a spinal fusion procedure will increase the rate of pseudarthrosis. The literature suggests that avoidance of NSAIDS in the postoperative period may avoid nonunion.[57] Additionally, we propose that chronic NSAID usage should be addressed in a similar manner to cigarette smoking. While neither are absolute contraindications to elective spinal fusion, patients should be counseled to discontinue the use of NSAIDS in the peri- and postoperative period to maximize their chance for a successful fusion.

## References

Boden S. Overview of the biology of lumbar spine fusion and principles for selecting a bone graft substitute. *Spine*. 2002; 27(16 suppl 1):S26-S31.

Brantigan JW. Pseudoarthrosis rate after allograft posterior lumbar interbody fusion with pedicle screw and plate fixation. *Spine*. 1994; 19:1271-1279.

DePalma AF, Rothman RH. The nature of pseudoarthrosis. *Clin Orthop*. 1968; 59:113-118.

Hutter CG. Posterior intervertebral body fusion: a 25 year study. *Clin Orthop*. 1983; 179:86-96.

Prothero SR, Parks JC, Stinchfield FE. Complications after low back fusion in 1000 patients: a comparison of two series one decade apart. *Clin Orthop*. 1994; 306:5-11.

Steinman JC, Herkowitz HN. Pseudoarthrosis of the spine. *Clin Orthop*. 1992; 284:80-90.

Cleveland M, Bosworth DM, Thompson FR. Pseudoarthrosis in the lumbosacral spine. *J Bone Joint Surg*. 1948; 30:301-312.

Jackson RK, Boston DA, Edge AJ. Lateral mass fusion: a prospective study of a consecutive series with long term follow-up. *Spine*. 1985; 10:828-832.

Fiorucci S, Antonelli E, Burgaud JL, Morelli A. Nitric oxide-releasing NSAIDs: a review of their current status. *Drug Saf*. 2001; 24:801-811.

van't Hof RJ, Dal Soldato P, Ralston SH. NO-NSAIDS: a novel class of osteoclast inhibitors. *Mediators of Inflamm*. 1999; 8(suppl 1):S128.

Ralston SH, Torbergsen A, van't Hof RJ, et al. New NO-NSAIDS and bone. Presented at: 11th International Conference on Advances in Prostaglandin and Leukotriene Research: Basic Science and New Clinical Applications; June 20-22, 2000; Florence, Italy.

Yoshida K, Oida H, Kobayashi T, et al. Stimulation of bone formation and prevention of bone loss by prostaglandin E EP4 receptor activation. *Proc Nat Acad Sci USA*. 2002; 99:4580-4585.

Narumiya S, Sugimoto Y, Ushikubi F. Prostanoid receptors: structures, properties, and functions. *Physiol Rev*. 1999; 79:1193-1226.

Ganong WF. Hormonal control of calcium metabolism and the physiology of bone. In: Ganong WF, ed. *Review of Medical Physiology*. 18th ed. Stamford, Conn: Appleton and Lange; 1997:359-371.

Raisz LG. Potential impact of selective cyclooxygenase-2 inhibitors on bone metabolism in health and disease. *Am J Med*. 2001; 110(supple 3A):43S-45S.

Raisz LG, Martin TJ. Prostaglandins in bone and mineral metabolism. In: Peck WA, ed. *Bone and Mineral Research, Annual 2*. New York, NY: Elsevier Science Publishers; 1984:286.

Harvey W, Bennett A. *Prostaglandins in Bone Resorption*. Boca Raton, Fla: CRC Press; 1988.

Dietrich JW, Goodson JM, Raisz LG. Stimulation of bone resorption by various prostaglandins in organ culture. *Prostaglandins*, 1975; 10:231-240.

Norrdin RW, Jee WSS, High WB. The role of prostaglandins in bone in vivo. *Prostaglandins Leukot Essent Fatty Acids*. 1990; 41:139-149.

Chambers TJ, McSheehy PM, Thomson BM, Fuller K. The effect of calcium-regulating hormones and prostaglandins on bone resorption by osteoclasts desegregated from neonatal rabbit bones. *Endocrinology*. 1985; 116:234-239.

Corbett M, Dekel S, Puddle B, Dickson RA, Francis MJO. The production of prostaglandins in response to experimentally-induced osteomyelitis in rabbits. *Prostaglandins Med*. 1979; 2:403-412.

Dekel S, Francis MJ. The treatment of osteomyelitis of the tibia with sodium salicylate, an experimental study in rabbits. *J Bone Joint Surg Br*. 1981; 63:178-184.

Almesbakk KH, Roysland P. Does indomethacin prevent postoperative ectopic ossification in total hip replacement? *Acta Orthop Scand*. 1977; 48:566.

Ueda K, Saito A, Nakano H, et al. Brief clinical and laboratory observations. Cortical hyperostosis following long-term administration of prostaglandin E1 in infants with cyanotic congenital heart disease. *J Pediatr.* 1980; 97:834-836.

Sone K, Tashiro M, Fujinaga T, Tomomasa T, Tokuyama K, Kuroume T. Long-term low-dose prostaglandin E1 administration. *J Pediatr.* 1980; 97:866-867.

Ringel RE, Brenner JI, Haney PJ, Burns JE, Moulton AL, Berman MA. Prostaglandin-induced periostitis: a complication of long-term PGE, infusion in an infant with congenital heart disease. *Radiology.* 1982; 142:657-658.

Maxwell WA, Halushka PV, Miller RL, Spicer SS, Westphal MC, Penny LD. Elevated prostaglandin production in cultured cells from a patient with fibrodysplasia ossificans progressive. *Prostaglandins.* 1978; 15:123-129.

Healey JH, Ghelman B. Osteoid osteoma and osteoblastoma: current concepts and recent advances. *Clin Orthop.* 1986; 204:76-85.

Wold LE, Pritchard DJ, Bergert J, Wilson DM. Prostaglandin synthesis by osteoid osteoma and osteoblastoma. *Mod Pathol.* 1989; 1:129-131.

Rodan GA, Bournet LA, Harvey A, Mensi T. Cyclic AMP and cyclic GMP: mediators of the mechanical effects on bone remodeling. *Science.* 1975; 189:467-469.

Davidovitch Z, Shanfeld JL. Cyclic AMP levels in alveolar bone of orthodontically-treated cats. *Arch Oral Biol.* 1975; 20:567-574.

Davidovitch Z, Montgomery PC, Gustafson GT, Eckerdal O. Cellular localization of cyclic AMP in periodontal tissue during experimental tooth movement in cats. *Calcif Tissue Res.* 1976; 18:317-329.

Somjen D, Binderman I, Berger E, Harell A. Bone remodelling induced by physical stress is prostaglandin E2 mediated. *Biochim Biophys Acta.* 1980; 627:91-100.

Jee WSS, Li XJ, Li YL. Flurbiprofen-induced stimulation of periosteal bone formation and inhibition of bone resorption in older rats. *Bone.* 1988; 9:381-389.

Thompson DD, Rodan GA. Indomethacin inhibition of tenotomy-induced bone resorption in rats. *J Bone Miner Res.* 1988; 3:409-414.

Waters DJ, Caywood DD, Trachte GJ, Turner RT, Hodgson SF. Effect of aspirin treatment on bone mass and bone prostaglandin E in canine immobilization osteoporosis. *J Bone Miner Res.* 1989; 4:S187.

Samuels A, Perry MJ, Tobias JH. High-dose estrogen-induced osteogenesis in the mouse is partially suppressed by indomethacin. *Bone.* 1999; 25:675-680.

Allen HL, Wase A, Bear WT. Indomethacin and aspirin: effect of nonsteroidal anti-inflammatory agents on the rate of fracture repair in the rat. *Acta Orthop Scand.* 1980; 51:595-600.

Bo J, Sudmann E, Marton PF. Effect of indomethacin on fracture healing in rats. *Acta Orthop Scand.* 1976; 47:588-599.

Elves MW, Bayley I, Roylance PJ. The effect of indomethacin upon experimental fractures in the rat. *Acta Orthop Scand.* 1982; 53:35-41.

Tornkvist H, Lindholm TS. Effect of ibuprofen on mass and composition of fracture callus and bone. An experimental study on adult rat. *Scand J Rheumatol.* 1980; 9:167-171.

Akman S, Gogus A, Sener N, Bilgic B, Aksoy B, Seckin F. Effect of diclofenac sodium on union of tibial fractures in rats. *Adv Ther.* 2002; 19:119-125.

Altman RD, Latta LL, Keer R, et al. Effect of nonsteroidal anti-inflammatory drugs on fracture healing: a laboratory study in rats. *J Orthop Trauma.* 1995; 9:392-400.

Endo K, Sairyo K, Komatsubara S, et al. Cyclooxygenase-2 inhibitor inhibits the fracture healing. *J Physiol Anthropol Appl Human Sci.* 2002; 21:235-238.

Ho ML, Chang JK, Wang GJ. Antiinflammatory drug effects on bone repair and remodeling in rabbits. *Clin Orthop.* 1995; 313:270-278.

Hogevold HE, Grogaard B, Reikeras O. Effects of short-term treatment with corticosteroids and indomethacin on bone healing: a mechanical study of osteotomies in rats. *Acta Orthop Scand.* 1992; 62:607-611.

Bo J, Sudmann E, Marton PF. Effect of indomethacin on fracture healing in rats. *Acta Orthop Scand.* 1976; 47:588-589.

Tornkvist H, Lindholm TS, Netz P, Stromberg L, Lindholm TC. Effect of ibuprofen and indomethacin on bone metabolism reflected in bone strength. *Clin Orthop.* 1984; 187:255-259.

Boden S. Evaluation of carriers of bone morphogenetic protein for spinal fusion. *Spine.* 2001; 26:850.

Martin GJ Jr, Boden SD, Marone MA, Marone MA, Moskovitz PA. Posterolateral intertransverse process spinal arthrodesis with rhBMP-2 in a nonhuman primate: important lessons learned regarding dose, carrier, and safety. *J Spinal Disord.* 1999; 12:179-186.

Boden SD, Schimandle JH, Hutton WC. An experimental lumbar intertransverse process spinal fusion model. Radiographic, histologic, and biomechanical healing characteristics. *Spine.* 1995; 20:412-420.

Martin GJ Jr, Boden SD, Titus L. Recombinant human bone morphogenetic protein-2 overcomes the inhibitory effect of ketorolac, a nonsteroidal anti-inflammatory drug (NSAID), on posterolateral lumbar intertransverse process spine fusion. *Spine*. 1999; 24:2188-2193.

Lebwohl NH, Starr JK, Milne EL, Latta LL, Malinin TI. *Inhibitory Effect of Ibuprofen on Spinal Fusion in Rabbits*. Rosemont, Ill: American Academy of Orthopaedic Surgeons. Abstract.

Dimar JR, Ante WA, Zhang YP, Glassman SD. The effects on nonsteroidal anti-inflammatory drugs on posterior spinal fusions in the rat. *Spine*. 1996; 21:1870-1876.

Long J, Lewis S, Kuklo T, et al. The effect of cyclooxygenase-2 inhibitors on spinal fusion. *J Bone Joint Surg Am*. 2002; 84:1763-1768.

Riew KD, Long J, Rhee J, et al. Time-dependent inhibitory effects of indomethacin on spinal fusion. *J Bone Joint Surg Am*. 2003; 85:632-634.

Glassman SD, Rose SM, Dimar JR, et al. The effect of postoperative nonsteroidal anti-inflammatory drug administration on spinal fusion. *Spine*. 1998; 23:834-838.

Einhorn TA. The cell and molecular biology of fracture healing. *Clin Orthop*. 1998; 335(suppl):S7-S21.

Authors

From the University of Virginia School of Medicine, Charlottesville, Va.

The authors have no industry relationships to declare.

Reprint requests: D. Greg Anderson, MD, University of Virginia, Dept of Orthopedic Surgery, 400 Ray C Hunt Dr, Charlottesville, VA 22908.



Recommend    Be the first of your friends to
              recommend this.

Tweet    Share    Share                    Email    Print

Comments (5)                                                       Login

Sort by: Date   Rating   Last Activity

**Jennifer** · 70 weeks ago                                        0

This is an interesting study. I recently had a partial meniscectomy (medial left knee) and my recovery has gone so much slower than the surgeon said it would. I also developed a blood clot in my calf that was discovered 9 days post operation and am currently being treated with coumadin and lovenox injections. Was just curious if any patients in this study developed blood clots. It certainly slows recovery. I have not been able to start my physical therapy because of it. My surgery was on April 16th, so I am 13 days out.

Reply    1 reply · active 69 weeks ago

**lhcung** · 69 weeks ago                                          0

Dear Jennifer
There were 8.6% (62/724) DVT developed in the study. You may do more ankle pumping and gentle massage over your calf. Regular follow-up in OPD is important. Wish you an early recovery.

Reply

**Jolenie** · 69 weeks ago                                         0

When will the Biolox Delta be FDA approved for both the femoral head and liner? It would certainly make sense to use the same ceramic material as they do elsewhere in the world.

Reply    1 reply · active 69 weeks ago

**wyanoke** 6p · 69 weeks ago                                     +1

Publish?

Reply

**Dr. A. Talukdar** · 68 weeks ago                                 0

Sir,
The article was useful and interesting. I would like to share our experience with this flap. We have three such flaps. Two flaps have taken on well, but in the third flap for posterior heel defect post melanoma excision we had tip necrosis. I wanted feedback: a. how broad do you keep skin bridge? b. if you have necrosis do you wait and watch or actively intervene?

Reply

| Enter text right here! |
| |

Comment as a Guest, or login:

| Name | Email | Website (optional) |
| | | |
| Displayed next to your comments. | Not displayed publicly. | If you have a website, link to it here. |

Subscribe to None

Submit Comment

Healio is intended for health care provider use and all comments will be posted at the discretion of the editors. We reserve the right not to post any comments with unsolicited information about medical devices or other products. At no time will Healio be used for medical advice to patients.

Search All NYTimes.com
**The New York Times**

# Doctor's Pain Studies Were Fabricated, Hospital Says

By GARDINER HARRIS

Published: March 10, 2009

**Correction Appended**

In what may be among the longest-running and widest-ranging cases of academic fraud, one of the most prolific researchers in anesthesiology fabricated much of the data underlying his research, said a spokeswoman for the hospital where he works.

The researcher, Dr. Scott S. Reuben, an anesthesiologist in Springfield, Mass., who practiced at Baystate Medical Center, fabricated data in some or all of the 21 journal articles dating from at least 1996, said Jane Albert, a spokeswoman for Baystate Health.

The reliability of dozens more articles he wrote is uncertain, and the common practice — supported by his studies — of giving patients aspirinlike drugs and neuropathic pain medicines after surgery instead of narcotics is now being questioned.

Paul Cirel, a lawyer for Dr. Reuben, said that he could not discuss the case because Baystate had investigated it as part of a confidential peer-review process. Baystate officials "were aware of extenuating circumstances," Mr. Cirel said.

The drug giant Pfizer underwrote much of Dr. Reuben's research from 2002 to 2007. Many of his trials found that Celebrex and Lyrica, Pfizer drugs, were effective against postoperative pain.

"Independent clinical research advances disease treatments and improves the lives of patients," said Raymond F. Kerins Jr., a Pfizer spokesman. "As part of such research, we count on independent researchers to be truthful and motivated by a desire to advance care for patients. It is very disappointing to learn about Dr. Scott Reuben's alleged actions."

Drug companies routinely hire community physicians to conduct studies of already-approved medicines. In some cases, prosecutors have charged companies with underwriting studies of little scientific merit in hopes of persuading doctors to prescribe the medicines more often.

"When researchers are beholden to companies for much of their income, there is an incredible tendency to get results that are favorable to the company," said Dr. Jerome Kassirer, a former editor of The New England Journal of Medicine and the author of a book about conflicts of interest.

Dr. Reuben's activities were spotted by Baystate after questions were raised about two study abstracts that he filed last spring, Ms. Albert said. The health system determined that he had not received approval to conduct human research, Ms. Albert said.

Baystate investigators determined that Dr. Reuben had concocted data for 21 studies, and the health system asked the journals in which those studies were published to withdraw them.

Dr. Steve Shafer, the editor in chief of Anesthesia & Analgesia, which published many of the papers, said he was considering withdrawing any study in which Dr. Reuben served a pivotal role.

"He was one of the most prolific investigators in the area of postoperative pain management," Dr. Shafer said. His fraud "sets back our knowledge in the field tremendously."

*Correction: March 19, 2009*

*An article on March 11 about an academic fraud case against Dr. Scott S. Reuben, an anesthesiologist in Springfield, Mass., paraphrased incorrectly from a comment by a spokeswoman for Baystate Medical Center, where he formerly practiced. The spokeswoman, Jane Albert, said in an interview that an investigating committee concluded that Dr. Reuben fabricated data underlying much of his research, and she added that he had cooperated with the investigation. She did not comment on whether he himself admitted fabricating data.*

*This article has been revised to reflect the following correction:*

*Correction: March 24, 2009*

*An article on March 11 about an academic fraud case against Dr. Scott S. Reuben, an anesthesiologist in Springfield, Mass., paraphrased incorrectly from a comment by a spokeswoman for Baystate Medical Center, where he formerly practiced. And a correction*

*in this space on Thursday failed to correct the headline and another comment by the spokeswoman that was paraphrased incorrectly.*

*The spokeswoman, Jane Albert, said in an interview that an investigating committee concluded that Dr. Reuben fabricated data underlying much of his research, and she added that he had cooperated with the investigation. She did not say that he himself admitted fabricating data. (This error in the article was repeated in the headline.)*

*In addition, Ms. Albert said in the interview that the hospital found that Dr. Reuben fabricated data in some or all of 21 journal articles; she did not say that he did not conduct the clinical trials described in those articles.*

A version of this article appeared in print on March 11, 2009  on page A22 of the New York edition.

V D

### VIOXX: A Scientific Review

Edward M. Scolnick, M.D.

Many media reports have appeared regarding Vioxx since Merck & Co., Inc. reported the results of the APPROVe trial and withdrew Vioxx from clinical use. Some reports cited e-mails from me to Merck Research Laboratory scientists after the VIGOR trial data became available. This document is intended to chronicle the history of the discovery and development of Vioxx in a more complete way than discussed in these media reports.

Nothing has been more important to the Merck Research Laboratories or to me than the safety of patients who take our medicines. Anyone who has worked with me during my time as President of MRL knows that to be a fact. Media reports have questioned the integrity of those physicians and scientists who worked on the discovery and development of VIOXX. I feel compelled to bring to light the data we relied on in making our decisions and how our actions were consistent with the data available at the time. This paper will review the scientific thinking of MRL scientists and many scientists in the academic community who published papers on the subject throughout the course of the VIOXX project from its inception. The paper reviews: (1) why a COX-2 selective inhibitor was made; (2) how clinical studies addressed its development; (3) the thought process behind the VIGOR trial; (4) MRL's immediate response to the data from VIGOR; (5) the rapid public dissemination of the data; (6) the FDA approved label for VIOXX incorporating the data from the VIGOR trial; (7) the scientific data and debate between the release of the VIGOR data and the APPROVE trial that led to the withdrawal of VIOXX, a decision made nearly two years after I stepped down from being President of MRL.

In 1993, after a scientific meeting in Keystone, Colorado, the Merck Research Laboratories began a program to make a selective inhibitor of COX-2. Scientific reports at that meeting had revealed that there were two isoforms of cyclooxygenase. COX-1 was present normally in the gastrointestinal tract and COX-2 was induced in inflammatory cells at sites of inflammation. Although all the mechanisms by which traditional NSAIDs caused gastrointestinal ulcers were not known, inhibition of COX-1 in the stomach and duodenum was the prevailing scientific thought on how traditional NSAIDs caused gastrointestinal ulcers in humans. The new information suggested that a

1

selective COX-2 inhibitor would have enhanced safety for the GI tract compared to traditional NSAIDs and retain the efficacy of traditional NSAIDs. The project proceeded rapidly due to the dedication of scientists at the Merck Frosst Laboratories and in 18 months we had development candidates. One of these turned out to be VIOXX.

In initial clinical studies, VIOXX was shown to alleviate dental pain, thus showing for the first time in humans that a COX-2 selective inhibitor had efficacy. Initial gastrointestinal endoscopy studies demonstrated that as much as 250 mg of VIOXX once a day for 7 days in 51 subjects produced many fewer ulcers than 2400 mg of ibuprofen. 2400 mg/day is the highest dose of ibuprofen approved in its label. At the time we thought the clinical dose of VIOXX might need to be as high as 100 mg. When we learned later than the usual dose was 12.5 mg, we were clearly excited and looked forward to future endoscopy studies after longer exposure to VIOXX at lower clinical doses.

We performed clinical efficacy dose finding studies with great care. Since we now had data in humans to suggest enhanced safety on the GI tract, we paid particular attention to VIOXX's effect on kidney function. Traditional NSAIDs can adversely affect salt and water balance and elevate blood pressure in patients, and it was not known in humans what effect selective inhibition of COX-2 would have on renal physiology and blood pressure. If VIOXX did, in fact, have enhanced GI safety vs. traditional NSAIDs, we did not want physicians to try higher doses than were also safe for kidney function and blood pressure in patients whose pain and inflammation were difficult to treat. We determined the clinical dose for osteoarthritis would be 12.5 mg, with some patients gaining extra benefit from the  maximum dose of 25 mg. 50 mg was found to be an optimal dose for relief of acute pain and primary dysmenorrhea. Studies on salt and water balance indicated 12.5 mg and 25 mg were appropriate for chronic use. When the drug was initially approved, the label for osteoarthritis stated clearly the "recommended starting dose of VIOXX is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily. The maximum recommended daily dose is 25 mg."

During the Phase III development program, studies were performed to assess and prove in humans that the doses to be used chronically (12.5 mg and 25 mg) were actually safer with regards to gastrointestinal ulcers. Special studies were also done to assess safety for the small intestine since it was known that NSAIDs historically could also cause small intestinal problems in humans. The

2

studies on the small intestine were carefully done and were consistent with our hypothesis that this drug would not cause small intestinal ulcers.

The endoscopy studies were especially demanding and extensive. The data were obtained from two replicative studies with 689 patients in one study and 738 patients in another study. This data was included in the initial approved label for VIOXX. The results indicated a clear and large difference between the highest approved chronic dose of VIOXX (25 mg) and the highest allowed chronic dose of ibuprofen (2400 mg) over three time intervals (1) a 6-week period which included placebo; (2) a 3-month period which included placebo, and (3) a 6-month period. Because the study was conducted in patients with osteoarthritis, we could not maintain a placebo arm for the second 3 months since osteoarthritis is a painful condition. Not only did the study show the large difference from ibuprofen, but VIOXX was not detectably different in these studies from placebo for ulcers after 3 months of continuous use. Clearly one could not conclude that VIOXX had no risk of causing ulcers. Proving a negative result is always difficult in science. Nevertheless, the enhanced safety for the gastrointestinal tract was clear.

An interesting scientific discussion ensued among scientists and FDA regulatory personnel. It was often said there is no relationship between GI ulcers and the serious complications of NSAIDs such as perforations, obstructions, and bleeding. Thus for MRL to prove that this constellation of complications was reduced in patients taking VIOXX, an outcomes study measuring these events would be needed and required.

I have always thought that that issue should be more clearly articulated. A more accurate statement might have been that no simple quantitative relationship existed between ulcers detected by endoscopy and the triad of serious complications that arise in long clinical use. However, it was inconceivable to me that the pathophysiology process that leads to ulcers detected by endoscopy could not be integrally related to the processes that lead to the triad of more serious complications. To contend that the extensive 6 month endoscopy studies would not predict better long term gastrointestinal safety was simply not scientifically logical.

The next question was how to do such a study. Given the endoscopy data in patients with osteoarthritis, we asked ourselves, "was it ethical to do an outcomes study in such patients comparing

3

25 mg VIOXX to any NSAIDs?" The FDA wanted the outcomes study done at 50 mg. Was it ethical to do an outcomes study at 50 mg in patients with osteoarthritis vs. any other NSAID given that the highest recommended dose for which Merck sought approval for osteoarthritis was 25 mg once a day? At the time, the studies for rheumatoid arthritis were not completed although data existed that VIOXX had efficacy in RA. We believed the dose was going to be 50 mg although subsequent data showed that 25 mg was the correct dose. Thus it was decided to test 50 mg dose at the insistence of the FDA and to do that in patients with RA where we thought at the time 50 mg would be the dose for this indication. In planning the GI outcomes study, MRL scientists on the project team faced many unknowns and scientific conundrums. Which NSAID to compare to VIOXX was the first question. Ibuprofen was considered but I recall that it was a drug taken 4x day and that compliance in a long term study would therefore be difficult. Diclofenac was considered but I knew it had an incidence of liver function abnormalities and was concerned that such abnormalities might compromise the eventual number of patients in the trial. Eventually, the decision was made to compare VIOXX to naproxen.

Given that the FDA wanted the outcomes study done with 50 mg of VIOXX, MRL scientists pondered what patient population the study could be performed in. At the time available data suggested that 50 mg would be the dose for patients with rheumatoid arthritis, although the clinical trials in patients with RA were not yet complete. It was decided that the only ethical way 50 mg could be studied was in patients with rheumatoid arthritis. (When the trials in RA were completed in 2001, in fact the correct dose was determined to be 25 mg also in the patients with RA.)

The study was begun, and based on the completed large Phase III program, VIOXX was approved on May 20, 1999. Celebrex had already been approved with data from endoscopic studies that showed it produced fewer GI ulcers than comparator NSAIDs but with data far less convincing than the data in the FDA approved VIOXX label. VIOXX was well received in the market as Merck tried to gain market share from Celebrex which had been approved 6 months earlier.

Merck was competing well and gaining market share but had not surpassed Celebrex in early 2000. I was eager to see the data from the GI outcomes study. Not because I was worried about the result, but hoping it would be the data Merck needed to show how much better VIOXX was than Celebrex. I asked the Merck statistician designated to oversee the trial to allow me to see the data the very minute the study was completed. The scientist strongly reminded me that I was not allowed to be

4

the first and that there was a process and an order as to who would see the data based on prespecified rules. I retreated from my request and fully complied with the process with that reminder and awaited to be called. No one at Merck besides the statistician predesignated by the study protocol had any knowledge of any unblinded data in VIGOR before the study was fully completed.

On March 9, 2000, I was called and was told the results: both the GI outcomes data and the cardiovascular outcomes data. Although clearly pleased at the GI outcomes, I was stunned at the CV data and stated there was a clear effect. I, in fact, thought VIOXX had elevated the CV event rate. Despite my initial thought, I wanted to buoy the spirits of a team that had worked so diligently for so long on this program. My first comments were intended to encourage them to perform an in depth analysis of all the data in the trial since in many past trials first impressions of the interpretation of new data, I knew often were not accurate. 

What was the scientific background for my first reaction?

In 1997, in a study sponsored by Merck, there was the surprising discovery that VIOXX, a COX-2 specific inhibitor, reduced the urinary excretion of a prostacyclin metabolite. A separate study had demonstrated similar effects with Celecoxib another COX-2 inhibitor. Prostacyclin is a major product of arachadonic acid metabolism and was considered to be an antiplatelet factor that inhibits platelet aggregation. These metabolite results were totally unexpected; previous studies of vascular tissue, isolated cells and immunohistochemistry suggested that COX-1 was responsible for prostacyclin production. The new finding was interpreted as indicating that COX-2 had a role in systemic prostacyclin synthesis. Both the nonselective NSAIDs and the COX-2 inhibitors may inhibit this pathway. Because selective COX-2 inhibitors do not affect platelet function whereas standard NSAIDs do, it was hypothesized that selective COX-2 inhibitors might alter the balance between the platelet derived thromboxane and the systemic prostacyclin and thereby increase the risk of cardiovascular events. These data were published in 1999. It is important to emphasize that the effect of prostacyclin was only a partial reduction as measured by a metabolite of prostacyclin in the urine. It is also important to realize that the in vivo importance of the reduction in the urinary metabolite was not known but a hypothesis. Studies conducted at Merck Frosst were not able to determine the source in animals of this prostacyclin metabolite. Around this time, data were also emerging that inflammation was a risk factor for athero-thrombosis (CRP levels) and it was postulated that anti-

5

inflammatory therapies might diminish the risk of cardiovascular events. Thus it was possible that partial reduction in systemic prostacyclin might be a risk factor for patients with cardiovascular disease and also possible that an anti-inflammatory drug might benefit such at risk patients. No data existed to resolve these two alternatives.

The prostaglandin metabolite results had became available to us as we neared completion of the initial development program which evaluated the safety and efficacy of VIOXX in the treatment of patients with osteoarthritis and acute pain (before the VIGOR trial was even started). The data prompted our team to conduct an immediate retrospective review of the cardiovascular thrombotic events in the Phase II and Phase III osteoarthritis studies. This was done first on a blinded basis and again when we had the unblinded data. These studies included 5435 osteoarthritis patients who participated in 8 double-blind, placebo-controlled and active comparator studies. In these studies, there were similar rates of thrombotic cardiovascular adverse events among patients taking VIOXX, placebo, and comparator NSAIDs (ibuprofen, diclofenac, or nabumetone). Thus, the first major studies conducted with VIOXX found no difference in cardiovascular thrombotic risks when comparing VIOXX with placebo or the NSAIDs ibuprofen, diclofenac, or nabumetone, even with a careful retrospective analysis. Nevertheless, we decided to prospectively collect and adjudicate all cardiovascular thrombotic events in all future trials of VIOXX to carefully monitor data on the question. This decision was made even before the VIGOR trial was designed. The Phase II and Phase III data were submitted to the United States Food & Drug Administration as part of the New Drug Application for VIOXX, specifically reviewed at a public meeting of the FDA Arthritis Advisory Committee, and later published in Konstam, et al., "Cardiovascular Thrombotic Events in Controlled Clinical Trials of Rofecoxib," *Circulation*.[1]

Thus, when I first saw the VIGOR data, my initial thought was the prostacyclin metabolite data and thus my reaction. The project team then subsequently explained to me that there was another plausible explanation, that naproxen had been cardioprotective. This was a theory based on naproxen's ability to inhibit COX-1. Despite the rationale for this theory, no one had ever before shown naproxen was cardioprotective. Why? Aspirin could be shown to be cardioprotective with relatively low doses because of two features (1) ASA irreversibly attaches itself to COX-1 in platelets, (2) to generate more platelets with active COX-1, new platelets need to populate the circulation from bone marrow precursor cells, a process which takes considerable time. Platelets existing in the circulation lack

6

nuclei and cannot simply make new templates for new COX-1 enzyme after residual ASA is cleared rapidly from the bloodstream. This is in contrast to stomach cells which can remake COX-1 rapidly from existing cells after short exposure times to low dose ASA. Thus, ASA can be relatively selective in its effect for platelet COX-1 vs. stomach COX-1. Naproxen taken at 500 mg b.i.d. could also block platelet COX-1 relatively completely because of its potency and long half life in the circulation. But because naproxen inhibits platelet COX-1 reversibly and not irreversibly like ASA, naproxen could not be expected to <u>selectively</u> inhibit platelet COX-1 for a 24 hr period without also inhibiting stomach COX-1 for a 24 hour period, and therefore produce many serious GI side effects. Thus, naproxen could not have been previously studied in a cardiovascular outcomes study like the ones in which ASA had been shown to be cardioprotective. One could speculate on whether Naproxen could be cardioprotective with good logic, but no clinical evidence existed at the time.

In telling me about the naproxen hypothesis, the team cited a paper in which flurbiprofen, a long acting NSAID, had been shown in fact to prevent rethrombosis after cardiac angioplasty and showed me the paper and the data.[ii] I did not readily accept that explanation. In the next few minutes I asked them to review up to date <u>all other</u> available data from ongoing trials of VIOXX, against all other NSAIDs and placebo. I was disturbed that so little comparison to placebo existed although copious data vs. other NSAIDs was available, none of which showed any CV events for VIOXX different from other non-naproxen NSAIDS. At my intense questioning of the relative paucity of placebo vs. VIOXX data, I was reminded we were studying VIOXX in osteoarthritis and that we could not keep such patients on placebo for long trials because osteoarthritis is a painful condition. Then during that discussion, a team member recalled an ongoing trial in patients with Alzheimer's Disease.

Another hypothesis was extant at the time: Alzheimer's disease had an inflammatory pathological component. If one could block that component, it was hypothesized that one might slow the progression of the disease. (This hypothesis has never been proven to this day in clinical trials.) Thus, we were in the midst of a study in elderly patients with Alzheimer's Disease, some of whom undoubtedly had underlying heart disease. The study design was 25 mg VIOXX, as an anti-inflammatory vs. placebo, an ethical study, since no drug had been shown to arrest or retard the Alzheimer's disease process. A relatively large patient database was available with only 2 arms to the trial, group A and group B. I was told we had blinded records of all adverse experiences which were always reported and promptly recorded during the course of any clinical trial. We could look at CV

7

events in group A vs. group B. If an imbalance were found, we would totally unblind the data and see if there was evidence vs. placebo that VIOXX was prothrombotic. The team worked incessantly in the next 24-48 hours and they were instructed to call me as soon as the data collection and tabulation was done. We all fully agreed if an imbalance were observed, we would determine if it were in the VIOXX arm or the placebo arm. On a Sunday night at 8:30 p.m., I received a call and was told all the data for total CV events and all available subcategories. There was no difference or pattern of differences between group A or group B. There was no evidence in any trial except VIOXX vs. naproxen in VIGOR that the CV event rate was different for VIOXX vs. placebo or other NSAIDs.

In the next few days, we queried an additional data source. In 1999, we were given a preprint of a case report of a patient with Lupus Erythematosis, an autoimmune disease where excess platelet activation was known to occur. This patient had been switched from a traditional NSAID to Celebrex and had a venous thromboembolism. The prostacyclin data on Celebrex in man was known at this time and the author speculated on a possible role for Celebrex in the patient's venous clot. Thus, we looked at available databases for the number of prescriptions written for VIOXX in patients with Lupus. I was told that despite the fact that there were 30,000 patients for whom VIOXX prescriptions had been written, we had no spontaneous reports of CV events in such patients. Being persistent, I then instructed the team to call a few leading rheumatologists to inquire if any of them had an experience with VIOXX like the case report above. No one had such an experience.

Given the available data, the team and I concluded that it was likely that naproxen had been cardioprotective. Alternative explanations could not be formally excluded, but the explanation appeared to explain all the available data. Flurbiprofen had set the precedent, the group that raised the speculation had, in fact, been prescient, even though to this point in time in March 2000, I had not recalled or was not familiar with their prior deliberations. No clinical data gathered in clinical trials with VIOXX except in the VIGOR trial came to my attention that caused me any concern about CV risk of VIOXX (Additionally, preclinical MRL scientists continued to study VIOXX and were instructed to look for a prothrombotic effect in an animal model that might reveal such. Such studies were later conducted in a subhuman primate complete with positive and negative controls and revealed no prothrombotic effect of either VIOXX or Celebrex.)

8

What did MRL do with the VIGOR results? We promptly told the FDA of our data and requested an expedited review. Despite the fact that VIGOR was a large trial involving 8,000 patients, we worked as rapidly as possible to submit fully validated data. We did that in just 3 months.

We also wanted to make physicians and patients aware of the results immediately. The naproxen cardioprotective effect appeared to us to be the explanation based on all available data as noted above, and we had excluded the use of ASA from all our trials up to this point in time.

If naproxen had been cardioprotective, then it was important to allow low dose ASA use in patients taking VIOXX in our trials and to make people aware of this in patients taking VIOXX since ASA had been excluded from all our ongoing trials as it had in VIGOR. Such trials including VIGOR, of course, had exclusions for enrolling patients with underlying heart disease. We decided that the fastest way to make all the available data known was to issue a press release and to send a letter to every investigator conducting any trial with VIOXX or Arcoxia. This would occur immediately and thus be broadly known while an FDA submission was prepared and eventually was reviewed. The press release was issued and the investigator letters sent March 27. The documents stated all data from all available trials, pointed out the VIGOR data, put forth the Naproxen cardioprotective hypothesis, stated clearly that such an effect of Naproxen had not been previously observed, changed the trial guidelines now to allow ASA use in patients doctors chose to use ASA in, and explained again the lack of effect of VIOXX on platelet COX-1. Thus, there was wide dissemination with all available data 18 days from the time I knew the data. The FDA had been notified earlier consistent with regulatory requirements.

During this time and continually thereafter, we evaluated the VIGOR data and continued to consider all possible options. In the meantime, the VIGOR results received extensive coverage and were widely debated in the scientific community, in the financial community, and in the press. Merck participated in these scientific discussions by making the data widely and quickly available and explaining the basis for our conclusions. Merck presented the data at Digestive Diseases Week in May and published the study in *The New England Journal of Medicine* in November (Bombardier 2000). An application to include the results in prescribing information was submitted to FDA in June 2000, followed by a public Advisory Committee meeting in February 2001. The prescribing information for

9

VIOXX was subsequently changed in the United States and around the world to reflect the cardiovascular results of VIGOR.

## PRECAUTIONS          * * *

*Cardiovascular Effects*

The information below should be taken into consideration and caution should be exercised when VIOXX is used in patients with a medical history of ischemic heart disease.

In VIGOR, a study in 8076 patients (mean age 58; VIOXX n=4047, naproxen n=4029) with a median duration of exposure of 9 months, the risk of developing a serious cardiovascular thrombotic event was significantly higher in patients treated with VIOXX 50 mg once daily (n=45) as compared to patients treated with naproxen 500 mg twice daily (n=19). In VIGOR, mortality due to cardiovascular thrombotic events (7 vs 6, VIOXX vs naproxen, respectively) was similar between the treatment groups. (See CLINICAL STUDIES, *Special Studies, VIGOR, Other Safety Findings: Cardiovascular Safety.*) In a placebo-controlled database derived from 2 studies with a total of 2142 elderly patients (mean age 75; VIOXX n=1067, placebo n=1075) with a median duration of exposure of approximately 14 months, the number of patients with serious cardiovascular thrombotic events was 21 vs 35 for patients treated with VIOXX 25 mg once daily versus placebo, respectively. In these same 2 placebo-controlled studies, mortality due to cardiovascular thrombotic events was 8 vs 3 for VIOXX versus placebo, respectively. The significance of the cardiovascular findings from these 3 studies (VIGOR and 2 placebo-controlled studies) in unknown. Prospective studies specifically designed to compare the incidence of serious CV events in patients taking VIOXX versus NSAID comparators or placebo have not been performed.

**Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis.** Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, *Special Studies, Platelets*; PRECAUTIONS, *Drug Interactions, Aspirin.*) Prospective, long-term studies on concomitant administration of VIOXX and aspirin evaluating cardiovascular outcomes have not been conducted.

*Fluid Retention, Edema, and Hypertension*

Fluid retention, edema, and hypertension have been reported in some patients taking VIOXX. In clinical trials of VIOXX at daily doses of 25 mg in patients with rheumatoid arthritis the incidence of hypertension was twice as high in patients treated with VIOXX as compared to patients treated with naproxen 1000 mg daily. Clinical trials with VIOXX at daily doses of 12.5 and 25 mg in patients with osteoarthritis have shown effects on hypertension and edema similar to those observed with comparator NSAIDs; these occurred with an increased frequency with chronic use of VIOXX at daily doses of 50 mg. (See ADVERSE REACTIONS.) VIOXX should be used with caution, and should be introduced at the lowest recommended dose in patients with fluid retention, hypertension, or heart failure.

* * *

10

## DOSAGE AND ADMINISTRATION

### Osteoarthritis

The recommended starting dose of VIOXX is 12.5 mg once daily. Some patients receive additional benefit by increasing the dose to 25 mg once daily. The maximum recommended daily dose is 25 mg.

### Rheumatoid Arthritis

The recommended dose is 25 mg once daily. The maximum recommended daily dose is 25 mg.



### Management of Acute Pain and Treatment of Primary Dysmenorrhea

The recommended dose of VIOXX is 50 mg once daily. The maximum recommended daily dose is 50 mg. Use of Vioxx for more than 5 days is management of pain has not been studied. Chronic use of VIOXX 50 mg daily is not recommended. (See ADVERSE Reactions, Clinical Studies in OA and RA with VIOXX 50 mg).



### Patient Information about VIOXX

* * *

### What are the possible side effects of VIOXX?

Serious but rare side effect that have been reported in patients taking VIOXX or related medicines have included:

* * *

- Heart attacks and other serious events, such as blood clots in your body, have been reported in patients taking VIOXX.

***

On the advice of one of our consultants, to enhance the power and precision of our analyses, we also conducted a pooled analysis of the cardiovascular events from 23 studies involving more than 28,000 patients, representing more than 14,000 patient years. In this analysis, there was no evidence of an increased risk of cardiovascular thrombotic events for VIOXX compared to placebo or VIOXX compared to non-naproxen NSAIDs. There was, however, an increased risk of events on VIOXX compared with naproxen. Because of this difference in findings against the different comparators, we felt that it was inappropriate to combine all the comparator data into a single group even though doing so would have diminished the apparent difference from naproxen. We presented this analysis at major

11

medical meetings and published it in *Circulation* in October 2001. We provided up-dates to this analysis to regulatory authorities and published an up-dated analysis in the American Heart Journal.

Notwithstanding the extensive amount of clinical data detecting no difference in cardiovascular event rates between VIOXX at the maximum allowed chronic doses 12.5 mg and 25 mg and placebo and VIOXX and non-naproxen NSAIDs, MRL continued to study and monitor the cardiovascular safety of VIOXX. MRL also began evaluating different potential designs to gather CV outcomes data for VIOXX. In December 2001, I announced our intention to perform large outcome studies with VIOXX to further characterize CV risk. MRL was aware of recommendations that this study be performed in high-risk cardiovascular patients. However, this was felt to be problematic (1) because it was not clear what potential benefit to patients could be tested in such a study and (2) because all of the patients in such a study would have needed to take aspirin which could have potentially obscured a prothrombotic effect of VIOXX. After deliberations with numerous consultants, MRL finalized a protocol in 2002 which prespecified the analysis of adjudicated cardiovascular event data from placebo-controlled studies as a hypothesis-testing endpoint. These studies would enroll patients with a spectrum of CV risk, including patients taking and not-taking aspirin. Two of these studies, APPROVE and VICTOR, a 7000 patient study in patients with a history of colon cancer, had begun and the third, a 15,000 patient study in patients at risk for prostate cancer was initiated after consultation with regulatory agencies.

**Publications Appearing After Announcement of VIGOR Results in Chronological Order**

August 2001   A meta analysis was published in *JAMA* by Mukherjee et al.

The paper attempted a meta analysis of the VIGOR trial and the CLASS trial (for Celecoxib) to compare the relative risk for thrombotic cardiovascular events in these trials to an historical incidence of similar events in various secondary prevention trials testing ASA's effectiveness in reducing myocardial infarction. The comparison was between the historical control groups in the ASA trials to the treated groups in the coxib trials. The authors concluded that the annualized myocardial infarction rates in the coxib trials were significantly higher than in the historical placebo group.

It is noteworthy that the Mukherjee, et al. study used a historical control group to compare to patients using rofecoxib and Celebrex. In studies performed by drug

12

discovery companies submitted to FDA for approval for inclusion in drug labels, historical controls are simply not allowed. Historical controls are not considered valid in studies claiming new findings about prescription medicines, and meta analyses which use such control groups are not considered statistically valid by the statistical community.

(Mukherjee, D., Hissen, S.E. and Topol, E.J. Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors. JAMA, 286, 954-959, 2001.

### Timeline of Epidemiological Studies Involving VIOXX or NSAIDs

**Nov 2001**   The *Medical Letter* reviewed the cardiovascular safety of COX-2 inhibitors. That review concluded, "in one study, high doses of rofecoxib taken for months were associated with a 1.11% incidence of thrombotic cardiovascular events compared to 0.47% with naproxen. Taking aspirin with a selective COX-2 inhibitor could protect against any possible prothrombotic effect, but would probably also diminish the apparent advantage in gastrointestinal safety with these drugs. Until more prospective studies with and without low-dose aspirin are available, it would be premature to conclude that rofecoxib or celecoxib increase the risk of thrombotic cardiovascular disease."

**Jan 2002**   A retrospective cohort study by Ray et al is published in The Lancet. Objective was to measure the effects of non-aspirin NSAIDs, including naproxen, on risk of serious coronary heart disease (CHD). The adjusted RR (95% CI) for use of naproxen <1000 mg relative to non-use of any NSAID was 0.83 (0.64, 1.09), while that for ≥1000 mg was 1·00 (0·84–1·18). When use of naproxen was compared with use of ibuprofen, the RR was 0·83 (0·69–0·98). Study concludes that in a high-risk patient population of people 50 years and older, non-selective non-aspirin NSAIDs neither increased nor decreased risk of serious CHD compared with non-use. Analysis evaluated 6,362 cases from the Tennessee Medicaid program during 181,441 periods of new NSAID use in 128,002 people and the same number of periods of non-use of NSAIDs among 134,642 people.

Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet 2002; 359: 118-23.

**May 2002**   Three separate case-control studies are published in *Archives of Internal Medicine*. Each showed that use of naproxen reduced the risk of heart attacks. These studies were

13

first presented at the American College of Rheumatology meeting in 2001.

**Solomon et al:** Objective was to determine whether NSAIDs have a similar effect or whether they differ in their effects on the risk of acute myocardial infarction (AMI). Study concludes that the findings do not support a relationship between the use of NSAIDs as a group and risk of heart attacks. However, use of naproxen was associated with a significant reduction in the risk of AMI (adjusted odds ratio, 0.84; 95% confidence interval, 0.72-0.98; P =.03).   Analysis evaluated 4,425 cases from the N.J. Medicare/ Medicaid Program against a control group of 17,700 subjects.

Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Int Med 2002; 162: 1099-1104.

**Watson, et al:** Objective of the study was to examine the risk of acute thromboembolic cardiovascular events (heart attack, sudden death and stroke) with naproxen use among patients with rheumatoid arthritis.  The study concludes that patients with rheumatoid arthritis and a current prescription for naproxen had a reduced risk of acute major thromboembolic CV events relative to those who did not take naproxen in the past year. Analysis evaluated 809 cases from British General Practice Research Database against a control group of 2,285 subjects. Study sponsored by Merck.

Watson DJ, Rhodes, T, Cai B, Guess HA.  Lower Risk of Thromboembolic Cardiovascular Events with Naproxen Among Patients with Rheumatoid Arthritis. Arch Int Med 2002; 162: 1105-10.

**Rahme, et al:** Objective of the study was to compare the effect of naproxen to other NSAIDs in the prevention of acute myocardial infarction (AMI) in an elderly population. The study concludes that compared to other NSAIDs, concurrent use of naproxen has a protective effect against AMI.  Analysis evaluated 4,163 cases from Canadian RAMQ and Med-Echo databases against a control group of 14,160 subjects. Study sponsored by Merck.

Rahme E, Pilote L, LeLorier J.  Association between Naproxen Use and Protection Against Acute Myocardial Infarction. Arch Int Med 2002; 162: 1111-5.

**Editorial associated with the article:**  The good news for the millions of users of COX-2 inhibitors (and their manufacturers) is that there is no evidence that use of COX-2 inhibitors increases (or decreases) the risk of myocardial infarction. The findings in the VIGOR study and the findings in the report by Mukherjee et al are readily explicable by the beneficial effects of naproxen rather than a detrimental effect of COX-2 inhibitors.

Many users of NSAIDS and COX-2 inhibitors are in the age group that has or is at risk of having coronary artery disease.  Therefore, the concomitant use of low-dose aspirin (80 mg/d) should be strongly considered in patients with a history of coronary artery disease, stroke, transient ischemic attack, or peripheral vascular disease.  Aspirin should also be considered in patients older than 50 years who have 1 or more risk

14

factors for coronary artery disease. Although naproxen reduces the risk of myocardial infarction, it offers less protection than aspirin; therefore, aspirin should be considered in patients at risk of myocardial infarction who are taking naproxen.

**Sep. 2002**   **Schlienger et al.** published a case-control analysis using the United Kingdom-based General Practice Research Database (GPRD) in the *British Journal of Clinical Pharmacology*. The objective was to examined whether use of non-aspirin NSAIDs may be associated with a decreased risk of first-time acute MI. in patients treated between 1992 and 1997. There were 3319 cases and 13,139 controls. The overall adjusted RR for AMI in current NSAID users was 1.17 (95% CI 0.99, 1.37). The adjusted RRs for use of naproxen was 0.68 (0.42-1.13) based on 19 exposed cases and 105 exposed controls. The authors concluded that current NSAID exposure does not decrease the risk of AMI.

Schlienger RG, Jick H, Meier CR. Use of nonsteroidal anti-inflammatory drugs and the risk of first-time acute myocardial infarction. Br J Clin Pharmacol. 2002;54: 327–32

**Oct 2002**   A retrospective cohort study by **Ray et al** is published in *The Lancet*. Objective was to assess occurrence of serious coronary heart disease (CHD), specifically acute myocardial infarction (AMI) and cardiac death, in patients taking Vioxx, celecoxib or other NSAIDs. Study concludes use of Vioxx at doses greater than 25 mg could be associated with an increased risk of serious CHD (based on 12 exposed cases); in contrast, <u>there was no evidence of increased risk among users of Vioxx at doses of 25 mg or less, celecoxib, naproxen or ibuprofen</u>. Analysis evaluated 5,316 events from the Tennessee Medicaid program among 251,046 NSAID users and 202,916 non-users.

Ray WA, Stein CM, Daugherty JR, Hall K, Abrogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002; 360: 1071-3.

**Oct 2002**   A database cohort analysis by **Levy et al** is presented at the American College of Rheumatology meeting. Objective was to assess the correlation between COX-2 use and heart attacks among persons prescribed a COX-2 inhibitor, ibuprofen, or naproxen for at least 50 consecutive days. Study concludes long-term use of either of the COX-2 inhibitors (Vioxx and celecoxib) separately is not associated with an increased risk of heart attack compared with naproxen or ibuprofen. When users of COX-2 inhibitors were combined, there was an increased risk compared with users of ibuprofen or naproxen combined. Analysis evaluated 645 events from the Kaiser Permanente database among 172,260 subjects.

**Conclusion:** "Long term use of COX-2s in a large staff model HMO is not associated with a significant increased risk of MI when compared to naproxen or ibuprofen. An analysis of the combination of both COX-2s compared to a cohort of NSAIDs showed an OR of 1.3 (95% CI 1.1-1.6). Further analysis is planned to examine the effect of length of exposure, dose effects, OTC NSAID use, smoking and concomitant ASA use on MI risk."



# EXHIBIT YY

<u>For use in</u>:

**PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - THE MOVING PARTY MUST FOLLOW THE FEDERAL RULES OF CIVIL PROCEDURE FOR SUMMARY JUDGMENT, RULE 56, AND <u>DEFENDANT MERCK HAS FAILED TO DO SO</u>**

**PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT MERCK et al. DESIGNED TO HOIST DEFENDANT UPON ITS <u>OWN PETARD & DENUDE IT OF ALL DEFENSES</u>**

<u>Refers to</u>:

MEDICAL OFFICER REVIEW

DIVISION OF ANTI-INFLAMMATORY, ANALGESIC AND OPTHALMIC DRUG PRODUCTS—HFD-550

sNDA #21042/s012

| | |
|---|---|
| Submission date: | 2/28/2001 |
| Submission type: | NDA supplement |
| | |
| Review date: | 12/15/2001 |
| Drug name: | rofecoxib (Vioxx) |
| Applicant: | Merck |
| Pharmacologic category: | anti-inflammatory |
| Proposed indications: | signs and symptoms of RA |
| Dosage form and route: | oral tablets, 25mg, daily |

Opposition To Defendant's Motion For Summary Judgment

<u>With regards to the issue of causation of the femur fracture.</u>

Plaintiff broke his femur while walking his daughter to the school bus one wintery morning. Plaintiff knows that his spinal fusion was in the process of collapsing, as described in Plaintiff's Ex. NN and MM, and Plaintiff now believes that he miss stepped due to a lessoned ability to walk properly at that time, and that has been his experience since that time as well; however, Plaintiff also believes that his taking of Vioxx also contributed to the fracture, and that the fracture had occurred due to the adverse effect Vioxx had been damaged the integrity of his bones, even in the absence of the fall, and the fracture took place simply due to the weight of his body bearing down on the femur.

The scientific evidence of this causation is contained in a document found on the FDA web site, and is now submitted as Plaintiff's Ex. YY, and on page 10, in the last paragraph it states as follows:

> **"A second area of concern is that there were more fractures in the rofecoxib 50 mg group as compared to naproxen in this data set, and this is consistent with the VIGOR study (also in a population of patients with RA) in which there were 41 (1%) and 29 (0.7%) fractures (all sites) in the rofecoxib and naproxen groups, respectively. The RA population is at high risk of osteoporosis because of the chronic use of steroids. The background fracture rate for this population is unknown. A recent study from Finland suggests that the risk of hip fracture is increased by three fold in patients with RA, as compared with that of non-RA patients. Since COX-2 is involved in regulation of bone metabolism, concerns have been raised regarding the long term bone effects of COX-2 inhibitors"***

**\* *page 11 - Unresolved safety issue;* CENTER FOR DRUG EVALUATION AND RESEARCH; APPLICATION NUMBER: 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and 21-052/S-004, S-005, S-006, S007, S-008, S-009**

This statement clearly shows that Vioxx increased the risk of fracture by in patients with rheumatoid arthritis by a factor of 41% in patients who had taken Vioxx for approximately one year. Plaintiff had rheumatoid arthritis and had been taking Vioxx for approx. 2 .65 years  (32 months) at the time of his fracture.  These material facts stand in stark contrast with Dr. Blavatsky's conclusions his declaration, see Defendant's Ex. 7 at paragraph 29, and had no reliance whatsoever on questionable or inadmissible evidence.

The fraud comes into play because Defendant Merck had marketed Vioxx for the unapproved use of treatment of rheumatoid arthritis (RA) which Plaintiff has, even before the Vigor study had been completed in or about March of 2000, and prior to the data of the Vigor study being made available to the FDA on or about March 27, 2001, and before even the review of the clinical study for safety had been submitted to the FDA on or about December 2001, and prior to the new label in or about April 2002; and defendant Merck gave no warning to the patients who had been taking Vioxx while being treated for Rheumatoid Arthritis (RA) even though the FDA had sent them a Warning Letter, see Plaintiff's Ex. A., and the material fact that  taking Vioxx had shown a dramatic increase in fractures when taking Vioxx as compared to the standard treatment with naproxen, and thereby endangering the Plaintiff with the increased risk of fracture which he did suffer in or about January of 2003., but the reference also contained in the review that  "Since COX-2 is involved in regulation of bone metabolism, concerns have been raised regarding the long term bone effects of COX-2 inhibitors, it gives further strength to Plaintiff's argue ment that the presumption that Vioxx is not safe in Post-Orthopedic Surgery based on the previously cited rat studies, is much more than a scintilla's worth of proof.



> "A second area of concern is that there were more fractures in the rofecoxib 50 mg group as compared to naproxen in this data set, and this is consistent with the VIGOR study (also in a population of patients with RA) in which there were 41 (1%) and 29 (0.7%) fractures (all sites) in the rofecoxib and naproxen groups, respectively. The RA population is at high risk of osteoporosis because of the chronic use of steroids. The background fracture rate for this population is unknown. A recent study from Finland suggests that the risk of hip fracture is increased by three fold in patients with RA, as compared with that of non-RA patients. Since COX-2 is involved in regulation of bone metabolism, concerns have been raised regarding the long term bone effects of COX-2 inhibitors"*

*\* page 11 - Unresolved safety issue;* CENTER FOR DRUG EVALUATION AND RESEARCH; APPLICATION NUMBER: 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and 21-052/S-004, S-005, S-006, S007, S-008, S-009

This statement clearly shows that Vioxx increased the risk of fracture by in patients with rheumatoid arthritis by a factor of 41% in patients who had taken Vioxx for approximately one year. Plaintiff had rheumatoid arthritis and had been taking Vioxx for approx. 2 .65 years (32 months) at the time of his fracture. These material facts stand in stark contrast with Dr. Blavatsky's conclusions his declaration, see Defendant's Ex. 7 at paragraph 29, and had no reliance whatsoever on questionable or inadmissible evidence.

The fraud comes into play because Defendant Merck had marketed Vioxx for the unapproved use of treatment of rheumatoid arthritis (RA) which Plaintiff has, even before the Vigor study had been completed in or about March of 2000, and prior to the data of the Vigor study being made available to the FDA on or about March 27, 2001, and before even the review of the clinical study for safety had been submitted to the FDA on or about December 2001, and prior to the new label in or about April 2002; and defendant Merck gave no warning to the patients who had been taking Vioxx while being treated for Rheumatoid Arthritis (RA) even though the FDA had sent them a Warning Letter, see Plaintiff's Ex. A., and the material fact that taking Vioxx had shown a dramatic increase in fractures when taking Vioxx as compared to the standard treatment with naproxen, and thereby endangering the Plaintiff with the increased risk of fracture which he did suffer in or about January of 2003., but the reference also contained in the review that "Since COX-2 is involved in regulation of bone metabolism, concerns have been raised regarding the long term bone effects of COX-2 inhibitors, it gives further strength to Plaintiff's argue ment that the presumption that Vioxx is not safe in Post-Orthopedic Surgery based on the previously cited rat studies, is much more than a scintilla's worth of proof.

# EXHIBIT YY

<u>For use in</u>:

**PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - THE MOVING PARTY MUST FOLLOW THE FEDERAL RULES OF CIVIL PROCEDURE FOR SUMMARY JUDGMENT, RULE 56, AND**
<u>**DEFENDANT MERCK HAS FAILED TO DO SO**</u>

**PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT MERCK et al. DESIGNED TO HOIST DEFENDANT UPON ITS**
<u>**OWN PETARD & DENUDE IT OF ALL DEFENSES**</u>

<u>Refers to</u>:

MEDICAL OFFICER REVIEW

DIVISION OF ANTI-INFLAMMATORY, ANALGESIC AND OPTHALMIC DRUG PRODUCTS—HFD-550

sNDA #21042/s012

| | |
|---|---|
| Submission date: | 2/28/2001 |
| Submission type: | NDA supplement |
| | |
| Review date: | 12/15/2001 |
| Drug name: | rofecoxib (Vioxx) |
| Applicant: | Merck |
| Pharmacologic category: | anti-inflammatory |
| Proposed indications: | signs and symptoms of RA |
| Dosage form and route: | oral tablets, 25mg, daily |

Opposition To Defendant's Motion For Summary Judgment

<u>With regards to the issue of causation of the femur fracture.</u>

Plaintiff broke his femur while walking his daughter to the school bus one wintery morning. Plaintiff knows that his spinal fusion was in the process of collapsing, as described in Plaintiff's Ex. NN and MM, and Plaintiff now believes that he miss stepped due to a lessoned ability to walk properly at that time, and that has been his experience since that time as well; however, Plaintiff also believes that his taking of Vioxx also contributed to the fracture, and that the fracture had occurred due to the adverse effect Vioxx had been damaged the integrity of his bones, even in the absence of the fall, and the fracture took place simply due to the weight of his body bearing down on the femur.

The scientific evidence of this causation is contained in a document found on the FDA web site, and is now submitted as Plaintiff's Ex. YY, and on page 10, in the last paragraph it states as follows:



# Hip Fractures

## A Patient's Guide to <u>Hip</u> Fractures

### Introduction

As the population ages, the number of hip fractures that occur each year rises. A fracture of the hip in an aging adult is not simply a broken bone. It is a life-threatening illness. The hip fracture itself is rarely a difficult problem to solve. But once the fracture occurs, it brings with it all the potential medical complications that can arise when aging patients are confined to bed. The complications are what can turn a simple break into a life-threatening illness.

Hip fractures in children and young adults are much different. The information in this document applies only to hip fractures in the elderly.

This guide will help you understand

- how hip fractures happen
- how doctors diagnose the problem
- what treatment options are available

### Anatomy

How does the hip work?

The <u>hip joint</u> is one of the true ball-and-socket joints of the body. The hip socket is called the *acetabulum* and forms a deep cup that surrounds the ball of the upper thighbone, or *femoral head*. The femoral head is attached to the rest of the femur by a short section of bone called the *femoral neck*. The bump on the outside of the femur just below the femoral neck is called the *greater trochanter*. This is where the large muscles of the buttock attach to the femur.

Thick muscles of the buttock at the back and the thick muscles of the thigh in the front surround the hip. The surface of the femoral head and the inside of the acetabulum are covered with *<u>articular cartilage</u>*. This material is about one-quarter of an inch thick in most large joints. Articular cartilage is a tough, slick material that allows the surfaces to slide against one another without damage.

All of the blood supply to the femoral head (the ball portion of the hip) comes through the neck of the femur. If this blood supply is damaged, there is no backup. One of the problems with hip fractures is that damage can occur to these blood vessels when the hip breaks. This can lead to the bone of the femoral head actually dying. Once this occurs, the bone is no longer able to maintain itself. This can lead to one of the complications of a hip fracture called *avascular necrosis* (AVN).

Related Document: A Patient's Guide to Avascular Necrosis of the Hip

Related Document: A Patient's Guide to Hip Anatomy

## Causes

Why do I have this problem?

Injury is an obvious cause of hip fractures. In the elderly population, an injury can result from something as simple losing one's balance and falling to the ground. While many hip fractures probably occur this way, it is also true that the fall may have happened as a result of fracturing the hip. The hip actually breaks first, causing the person to fall.

*Osteoporosis* can weaken the neck of the femur to the point that any increased stress may cause the neck of the femur to break suddenly. An uncertain step may result in a twist to the hip joint that places too much stress across the neck of the femur. The femoral neck breaks, and the patient falls to the ground. It happens so quickly that it is unclear to the patient whether the fall or the break occurred first.

Related Document: A Patient's Guide to Osteoporosis

## Symptoms

What does a hip fracture feel like?

A hip fracture, like any broken bone, causes pain. The fracture makes putting weight on the leg extremely difficult. When a hip fracture occurs in an aging adult who lives alone, it may be hours before anyone finds the patient. The patient sometimes cannot get to the phone to alert anyone. This is the first life-threatening situation. This situation can result in dehydration, or if the fracture occurs outside in a cold environment, the patient may develop hypothermia. Both of these conditions can be deadly.

## Diagnosis

How do doctors identify the problem?

The diagnosis of a hip fracture usually occurs in the emergency room. The diagnosis begins with a history and physical examination. It is important that the doctor be advised of any other medical problems the patient has so that treatment of the hip fracture can be planned. Most of the information from the history and physical examination will be used to try to evaluate the overall physical condition of the patient. Tests such as chest X-rays, blood work, and electrocardiograms may be ordered to assess the patient's overall condition.

X-rays are typically used to determine if a hip fracture has occurred and, if so, what type of fracture it is. The orthopedic surgeon will use the X-rays to determine if a surgical procedure will be necessary and to decide what type of procedure to suggest.

In a few cases, X-rays may not show the fracture. If the hip continues to hurt and the doctor is suspicious that a hip fracture is present, *magnetic resonance imaging* (MRI) may be suggested. The MRI scanner uses magnetic waves rather than radiation to take multiple pictures of the hip bones. The MRI machine is very sensitive and can show fractures that do not show up on regular X-rays.

This test is done to be certain there is no fracture before allowing the patient to put weight on the leg. Walking on a fractured hip may cause the two sides of the fracture to *displace*, or move apart, so that they no longer line up correctly. A fracture that has not displaced is much easier to treat than one that has. A displaced fracture also increases the risk of damaging the blood supply to the femoral head, causing AVN (discussed earlier).

## Treatment

What can be done for the problem?

The treatment for a hip fracture begins immediately by making sure the patient is medically stable. Once the doctor is sure that the patient is stable, decisions concerning the treatment of the fracture can be made.

## Nonsurgical Treatment

Rarely is a fracture considered *stable*, meaning that it will not displace if the patient is allowed to sit in a chair. But if the fracture does seem stable, the patient may be treated without surgery if the doctor feels that the patient will be able to get out of bed within several days.

Most hip fractures would actually heal without surgery, but the problem is that the patient would be in bed for eight to 12 weeks. Doctors have learned over the years that placing an aging adult in bed for this period of time has a far greater risk of creating serious complications than the surgery required to fix a broken hip. This is the main reason that surgery is recommended to nearly all patients with fractured hips.

## Surgery

Nearly all hip fractures in the elderly are treated with some type of surgical operation to fix the fractured bones. If possible, the surgery is normally done within 24 hours of admission to the hospital.

The goal of any surgical procedure to treat a fractured hip is to hold the broken bones securely in position, allowing the patient to get out of bed as soon as possible. Many methods have been invented to treat the different types of fractures. Most hip fractures are treated in one of three ways: with metal pins, with a metal plate and screws, or replacing the broken femoral head with an artificial implant.

**Metal Pins**

Fractures that occur through the neck of the femur, if they are still in the correct position, may require only two or three metal pins to hold the two pieces of the fracture together. This procedure, called *, is fairly simple and allows patients to begin putting weight down right after surgery.*

*Related Document: A Patient's Guide to Hip Pinning Surgery for a Fractured Hip*

**Metal Plate and Screws**

*Some hip fractures occur below the femoral neck in the area called the intertrochanteric region. These fractures are called intertrochanteric hip fractures. These hip fractures are usually truly the result of a fall and often are the hardest type of fracture to treat. They often involve more than one break. As a result, several pieces of broken bone must be held together.*

*Surgeons usually try to fix this type of fracture using a metal plate and compression hip screw. This approach helps align the bones and relies on the force of the muscles to compress the fractured bones together so they will heal.*

*Related Document: A Patient's Guide to Compression Fixation for a Fractured Hip*

**Artificial Replacement of the Femoral Head (Hemiarthroplasty)**

*When the hip fracture occurs through the neck of the femur and the ball is completely displaced, there is a very high chance that the blood supply to the femoral head has been damaged. This makes it very likely that AVN of the femoral head will occur as a complication of this type of hip fracture.*

4

As mentioned earlier, AVN causes the bone of the femoral head to die. The femoral head begins to collapse weeks later, causing more problems in the months to come. This will most likely result in a second operation several months later to replace the hip due to the AVN. The likelihood of this is so great that most surgeons will recommend removing the femoral head immediately and replacing it with an artificial femoral head made of metal. This operation is called a hemiarthroplasty. (Hemi means half, and arthroplasty means artificial joint.) The procedure is called hemiarthroplasty because only half of the joint is replaced. The socket of the hip joint is left intact.

Related Document: _A Patient's Guide to Hemiarthroplasty of the Hip_

## Complications

What might go wrong?

The complications that can develop after a hip fracture are what make the injury a life-threatening problem. Some complications can result from surgery, but many can occur whether the fracture is treated with surgery or not.

Most of the complications that occur after a hip fracture result from having to put an aging adult on bed rest. In general, this seems to make all the medical problems the patient has worse. Some of the more common problems that a hip fracture can increase the likelihood of include

- anesthesia
- pneumonia
- pressure ulcers
- thrombophlebitis
- mental confusion

Getting the patient out of bed and moving can reduce the risk of developing all these complications. If an operation is necessary to stabilize the fracture and get the patient out of bed quickly, this will actually reduce the overall risk of developing these complications. That doesn't mean that the complications may not still occur after surgery, but they are far easier to treat if the patient can be mobilized.

### Anesthesia

Most surgical procedures require that some type of anesthesia be done before surgery. A very small number of patients have problems with anesthesia. These problems can be reactions to the drugs used, problems related to other medical complications, and problems due to the anesthesia. Be sure to discuss the risks and your concerns with your anesthesiologist.

### Pneumonia

Bed rest can increase the risk of developing pneumonia in older patients. If anesthesia is required for surgery, the risk is even greater. After any injury that requires bed rest, you will need to do several things to keep your lungs working their best. Your nurse will coach you to take deep breaths and cough frequently. Getting out of bed, even upright in a chair, allows the lungs to work much better. As soon as possible, you will be allowed to sit in a chair.

The hospital's respiratory therapists have several tools to help maintain optimal lung function. The incentive spirometer is a small device that measures how hard you are breathing and gives you a tool to improve your deep breathing. If you have any other lung disease, such as asthma, the respiratory therapist may also use medications that are given through breathing treatments to help open the air pockets in the lungs.

### Pressure Ulcers (Bedsores)

Hip fractures cause pain when you move, even in bed. As a result, you stop moving around to shift your weight from time to time as you normally would. When you are lying down, there is pressure on the skin in certain areas. This pressure actually stops the blood flow to the skin by closing off the blood vessels that go to that area. Usually this isn't a problem because you soon shift your weight, moving the pressure to another area. This shifting of the pressure allows the blood flow to return to the area of skin and prevents any damage.

But if something prevents you from shifting and the pressure stays constant in one area, that area of skin may eventually become damaged due to lack of blood flow. This damage is called a pressure ulcer or bedsore. The pressure causes the skin to actually die, similar to skin that has been burned with heat. First the area hurts, then it begins to blister, and then it turns into an open sore. These sores are difficult to heal if they are large. They may actually require a skin graft. They can become infected, causing other problems.

The best treatment is to prevent bedsores in the first place. Hospitals use special mattresses and special water beds to help distribute weight evenly in people who must be confined to bed. Nurses also routinely move patients in bed to make sure the skin is not getting too much pressure in one area. Still, the best way to prevent pressure ulcers is to get you out of bed and moving.

### Thrombophlebitis (Blood Clots)

*View animation of pulmonary embolism*

Thrombophlebitis, sometimes called deep venous thrombosis (DVT), can result from bed rest and inactivity. DVT occurs when blood clots form in the large veins of the leg. This may cause the leg to swell and become warm to the touch and painful. If the blood clots break apart, they can travel to the lungs, where they lodge in the capillaries (smallest blood vessels in the body) and cut off the blood supply to a portion of the lungs. This is called a pulmonary embolism. (Pulmonary means lung, and embolism refers to a

*fragment of something traveling through the blood vessels.) Most surgeons take
preventing DVT very seriously. There are many ways to reduce the risk of DVT, but
probably the most effective is getting you moving as soon as possible. Two other
commonly used preventative measures include*

- *pressure stockings to keep the blood in the legs moving*
- *medications that thin the blood and prevent blood clots from forming*

### Mental Confusion

*Aging adults who suffer a hip fracture and go to the hospital are under a lot of stress.
Unfamiliar surroundings, pain medications, and the stress of the injury can lead to
changes in a patient's behavior. This is sometimes called the sundowner syndrome
because it seems to get worse at night. This can be very frightening to both patients and
their families. Fortunately, it is almost always temporary. It can cause problems because
patients can become difficult to handle and won't follow instructions. They may try to get
out of bed and can damage the hip further.*

*The best treatment for mental confusion is usually to get patients moving and out of the
hospital. Familiar surroundings, familiar faces, and activity are the best treatments.
Medications are used when necessary, and it may be necessary to restrain patients
during this period so that they will not hurt themselves further. Other medical conditions
can cause confusion, and the doctor will make sure that these are not present. But, again,
usually the mental confusion is temporary and will go away in a matter of days.*

### Rehabilitation

*What should I expect following treatment?*

### Nonsurgical Rehabilitation

*Hip fractures usually require surgery. Nonsurgical rehabilitation is only used in a few
instances after a hip fracture in an aging adult. A patient with other complicating
illnesses who fractures a hip may be treated with traction. A traction pull on the injured
limb is a means, other than surgery, of helping the bone fragments to line up.*

*Patients who have a stable fracture (mentioned earlier) may also receive nonsurgical
rehabilitation. These patients may require a few days' bed rest before getting assistance
to stand and walk. When the doctor determines that the fracture has healed, a formal
program of physical therapy lasting four to six weeks may be prescribed.*

### After Surgery

*The aim of most surgical procedures for a fractured hip is to help people get moving and
walking as quickly as possible. This helps them avoid dangerous complications that can*

7

*arise from being immobilized in bed, such as pneumonia, blood clots, joint stiffness, and pain.*

*A physical therapist usually works with patients in the hospital soon after surgery. You'll be assisted from your bed to a chair several times each day. You'll begin walking with a walker or crutches, practice accessing the bathroom, and start doing exercises to tone the muscles around the hip and thigh and to prevent the formation of blood clots.*

*The amount of weight that can be placed on the operated leg depends on the type of surgery performed. Most patients are able to start weight bearing right away after surgery. Depending on the severity of the fracture, patients may only be able to place partial weight down right away.*

*Patients who require hemiarthroplasty follow a different treatment plan. This surgery is more involved and requires the surgeon to open up the hip joint during surgery. This puts the hip at some risk for dislocation after surgery. To prevent <u>hip dislocation</u> after surgery, patients follow strict guidelines about which hip positions they must avoid, called <u>hip precautions</u>. Patients follow these precautions at all times for at least six weeks after surgery, until the soft tissues gain enough strength to keep the joint from dislocating. Patients may be instructed to use their walker or crutches to limit the amount of weight they place on the operated leg.*

*Related Document: <u>A Patient's Guide to Artificial Hip Dislocation Precautions</u>*

*After you return home from the hospital, your surgeon may have you work with a physical therapist for two to four in-home visits. This is to ensure you are safe in and about the home and getting in and out of a car. Your therapist will make recommendations about your safety, review your hip precautions, and make sure you are placing a safe amount of weight on your <u>foot</u> when standing or walking. Home therapy visits end when you are safe to get out of the house.*

*Additional visits to outpatient physical therapy may be needed for patients who have problems walking or who need to get back to physically heavy work or activities.*

*The therapist's goal is to help you maximize hip strength, restore a normal walking pattern, and help you do your activities without risking further injury. When you are well under way, regular visits to the therapist's office will end. Your therapist will continue to be a resource, but you will be in charge of doing your exercises as part of an ongoing home program.*

*Purchasable PDF:*
*<u>Hip Fractures PDF</u>*
*<u>AuraWave - Instant Pain Relief</u>*

**Disclaimer**

8

*The information on this website is not intended to replace the advice or care from a healthcare provider. The information on this website is compiled from a variety of sources. It may not be complete or timely. It does not cover all diseases, physical conditions, ailments, or treatments. The information should NOT be used in place of visiting with your healthcare provider, nor should you disregard the advice of your healthcare provider because of any information you obtain on this website. Discuss any activities presented in this website with your healthcare provider before engaging in the activity.*

*All materials from eORTHOPOD® are the sole property of Medical Multimedia Group, L.L.C. and are used herein by permission. eORTHOPOD® is a registered trademark of Medical Multimedia Group, L.L.C.*