**OFFICIAL NOTICE**
**13TH COURT OF APPEALS**
Case 2:05-md-01657-EEF-DEK   Document 64670-1   Filed 10/31/13   Page 1 of 1
**100 E CANO ST 5TH FLOOR**
**EDINBURG TX 78539**

FILE COPY

October 29, 2013
Case No. 13-12-00151-CV
Style: IN RE COUNSEL FINANCIAL SERVICES, L.L.C.


Real party in interest's motion for rehearing in the above cause was this day DENIED by this Court.


T.C. Case# C-856-06-G                                    DORIAN E. RAMIREZ, CLERK

MAIL TO:
RYAN CLINTON
HANKINSON, LLP
750 NORTH ST. PAUL STREET, SUITE 1800
DALLAS, TX  75201


**Exhibit A, Page 1 of 13**

October 29, 2013
Case No. 13-12-00151-CV
Style: IN RE COUNSEL FINANCIAL SERVICES, L.L.C.


Real party in interest's motion for rehearing in the above cause was this day DENIED by this Court.

| | |
|---|---|
| T.C. Case# C-856-06-G | DORIAN E. RAMIREZ, CLERK |

MAIL TO:
ELLIOTT S. CAPPUCCIO
PULMAN, CAPPUCCIO, PULLEN
2161 NW MILITARY HIGHWAY, SUITE 400
SAN ANTONIO, TX 78213

**Exhibit A, Page 2 of 13**

**OFFICIAL NOTICE**
**13TH COURT OF APPEALS**
Case 2:05-md-01657-EEF-DEK   Document 64670-1   Filed 10/31/13   Page 3 of 13
**13TH COURT OF APPEALS**
**100 E CANO ST 5TH FLOOR**
**EDINBURG TX 78539**

FILE COPY

October 29, 2013
Case No. 13-12-00151-CV
Style: IN RE COUNSEL FINANCIAL SERVICES, L.L.C.


Real party in interest's motion for rehearing in the above cause was this day DENIED by this Court.

T.C. Case# C-856-06-G                                    DORIAN E. RAMIREZ, CLERK

MAIL TO:
DAVID MCQUADE LEIBOWITZ
ATTORNEY AT LAW
6243 IH - 10 WEST, SUITE 1000
SAN ANTONIO, TX  78201

**Exhibit A, Page 3 of 13**

**OFFICIAL NOTICE**
**13TH COURT OF APPEALS**
**13TH COURT OF APPEALS**
**100 E CANO ST 5TH FLOOR**
**EDINBURG TX 78539**

FILE COPY

October 29, 2013
Case No. 13-12-00151-CV
Style: IN RE COUNSEL FINANCIAL SERVICES, L.L.C.


Real party in interest's motion for rehearing in the above cause
was this day DENIED by this Court.

T.C. Case# C-856-06-G                              DORIAN E. RAMIREZ, CLERK

MAIL TO:
LANCE H. BESHARA
PULMAN, CAPPUCCIO, PULLEN
2161 NW MILITARY HIGHWAY, SUITE 400
SAN ANTONIO, TX 78213

**Exhibit A, Page 4 of 13**

**OFFICIAL NOTICE**
**13TH COURT OF APPEALS**
**13TH COURT OF APPEALS**
**100 E CANO ST 5TH FLOOR**
**EDINBURG TX 78539**

Case 2:05-md-01657-EEF-DEK   Document 64670-1   Filed 10/31/13   Page 5 of 13

FILE COPY

October 29, 2013
Case No. 13-12-00151-CV
Style: IN RE COUNSEL FINANCIAL SERVICES, L.L.C.


Real party in interest's motion for rehearing in the above cause was this day DENIED by this Court.

T.C. Case# C-856-06-G                                       DORIAN E. RAMIREZ, CLERK

MAIL TO:
RICK THOMPSON
HANKINSON LLP
750 NORTH ST. PAUL ST., SUITE 1800
DALLAS, TX  75201

**Exhibit A, Page 5 of 13**

October 29, 2013
Case No. 13-12-00151-CV
Style: IN RE COUNSEL FINANCIAL SERVICES, L.L.C.


Real party in interest's motion for rehearing in the above cause
was this day DENIED by this Court.


T.C. Case# C-856-06-G                                    DORIAN E. RAMIREZ, CLERK

|         | PETER J. STANTON<br>ATTORNEY AT LAW<br>111 SOLEDAD, STE. 1350<br>SAN ANTONIO, TX  78205 |
|---|---|
| MAIL TO: | |

**Exhibit A, Page 6 of 13**

October 29, 2013
Case No. 13-12-00151-CV
Style: IN RE COUNSEL FINANCIAL SERVICES, L.L.C.

Real party in interest's motion for rehearing in the above cause
was this day DENIED by this Court.

T.C. Case# C-856-06-G                              DORIAN E. RAMIREZ, CLERK

MAIL TO:
ELLEN B. MITCHELL
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX  78205

**Exhibit A, Page 7 of 13**

October 29, 2013
Case No. 13-12-00151-CV
Style: IN RE COUNSEL FINANCIAL SERVICES, L.L.C.

Real party in interest's motion for rehearing in the above cause was this day DENIED by this Court.

T.C. Case# C-856-06-G                                    DORIAN E. RAMIREZ, CLERK

MAIL TO:
DEBORAH G. HANKINSON
HANKINSON LLP
750 NORTH ST. PAUL STREET, SUITE 1800
DALLAS, TX  75201

**Exhibit A, Page 8 of 13**

October 29, 2013
Case No. 13-12-00151-CV
Style: IN RE COUNSEL FINANCIAL SERVICES, L.L.C.

Real party in interest's motion for rehearing in the above cause was this day DENIED by this Court.

T.C. Case# C-856-06-G                                    DORIAN E. RAMIREZ, CLERK

MAIL TO:
FERNANDO G. MANCIAS
LAW OFFICE OF FERNANDO G. MANCIAS
4428 S. MCCOLL
EDINBURG, TX 78539

**Exhibit A, Page 9 of 13**

**OFFICIAL NOTICE**
**13TH COURT OF APPEALS**
**100 E CANO ST 5TH FLOOR**
**EDINBURG TX 78539**

FILE COPY

Case 2:05-md-01657-EEF-DEK   Document 64670-1   Filed 10/31/13   Page 10 of 13

October 29, 2013
Case No. 13-12-00151-CV
Style: IN RE COUNSEL FINANCIAL SERVICES, L.L.C.


Real party in interest's motion for rehearing in the above cause
was this day DENIED by this Court.


T.C. Case# C-856-06-G                               DORIAN E. RAMIREZ, CLERK

MAIL TO:
HON. LAURA  HINOJOSA
DISTRICT CLERK
100 N CLOSNER - 1ST FLOOR
EDINBURG, TX  78539


**Exhibit A, Page 10 of 13**

**OFFICIAL NOTICE**
**13TH COURT OF APPEALS**
**100 E CANO ST 5TH FLOOR**
**EDINBURG TX 78539**

Case 2:05-md-01657-EEF-DEK  Document 64670-1  Filed 10/31/13  Page 11 of 13

FILE COPY

October 29, 2013
Case No. 13-12-00151-CV
Style: IN RE COUNSEL FINANCIAL SERVICES, L.L.C.

Real party in interest's motion for rehearing in the above cause was this day DENIED by this Court.

T.C. Case# C-856-06-G                               DORIAN E. RAMIREZ, CLERK

MAIL TO:
CARL CECERE
HANKINSON LLP
750 N. ST. PAUL STREET, SUITE 1800
DALLAS, TX  75201

**Exhibit A, Page 11 of 13**

**OFFICIAL NOTICE**
**13TH COURT OF APPEALS**
**100 E CANO ST 5TH FLOOR**
**EDINBURG TX 78539**

October 29, 2013
Case No. 13-12-00151-CV
Style: IN RE COUNSEL FINANCIAL SERVICES, L.L.C.

Real party in interest's motion for rehearing in the above cause was this day DENIED by this Court.

T.C. Case# C-856-06-G                                    DORIAN E. RAMIREZ, CLERK

MAIL TO:
MELANIE L. FRY
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, STE. 1800
SAN ANTONIO, TX  78205

**Exhibit A, Page 12 of 13**

October 29, 2013
Case No. 13-12-00151-CV
Style: IN RE COUNSEL FINANCIAL SERVICES, L.L.C.


Real party in interest's motion for rehearing in the above cause was this day DENIED by this Court.

| | |
|---|---|
| T.C. Case# C-856-06-G | DORIAN E. RAMIREZ, CLERK |

MAIL TO:
HON. NOE GONZALEZ
370TH DISTRICT COURT
100 N CLOSNER - 2ND FLOOR
EDINBURG, TX 78539

**Exhibit A, Page 13 of 13**