**OFFICIAL NOTICE**
**13TH COURT OF APPEALS**
**100 E CANO ST 5TH FLOOR**
**EDINBURG TX 78539**

October 29, 2013
Case No. 13-12-00103-CV
Style: COUNSEL FINANCIAL SERVICES, LLC v. DAVID MCQUADE LEIBOWITZ
AND DAVID MCQUADE LEIBOWITZ, P.C.

Appellee's motion for rehearing in the above cause was this day
DENIED by this Court.

T.C. Case# C-856-06-G(A)                                DORIAN E. RAMIREZ, CLERK

MAIL TO:
HON. MELANIE L. FRY
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, STE. 1800
SAN ANTONIO, TX  78205

**Exhibit B, Page 1 of 10**

October 29, 2013
Case No. 13-12-00103-CV
Style: COUNSEL FINANCIAL SERVICES, LLC v. DAVID MCQUADE LEIBOWITZ
AND DAVID MCQUADE LEIBOWITZ, P.C.

Appellees' motion for rehearing in the above cause was this day
DENIED by this Court.

T.C. Case# C-856-06-G(A)                                   DORIAN E. RAMIREZ, CLERK

MAIL TO:
HON. PETER J. STANTON
ATTORNEY AT LAW
111 SOLEDAD, STE. 1350
SAN ANTONIO, TX 78205

**Exhibit B, Page 2 of 10**

October 29, 2013
Case No. 13-12-00103-CV
Style: COUNSEL FINANCIAL SERVICES, LLC v. DAVID MCQUADE LEIBOWITZ
AND DAVID MCQUADE LEIBOWITZ, P.C.

Appellees' motion for rehearing in the above cause was this day
DENIED by this Court.

T.C. Case# C-856-06-G(A)                                  DORIAN E. RAMIREZ, CLERK

MAIL TO:
HON. FERNANDO G. MANCIAS
LAW OFFICE OF FERNANDO G. MANCIAS
4428 S. MCCOLL
EDINBURG, TX  78539

**Exhibit B, Page 3 of 10**

October 29, 2013
Case No. 13-12-00103-CV
Style: COUNSEL FINANCIAL SERVICES, LLC v. DAVID MCQUADE LEIBOWITZ
AND DAVID MCQUADE LEIBOWITZ, P.C.

Appellees' motion for rehearing in the above cause was this day
DENIED by this Court.

T.C. Case# C-856-06-G(A)  DORIAN E. RAMIREZ, CLERK

MAIL TO:
HON. ELLIOTT S. CAPPUCCIO
PULMAN, CAPPUCCIO, PULLEN
2161 NW MILITARY HIGHWAY, SUITE 400
SAN ANTONIO, TX 78213

**Exhibit B, Page 4 of 10**

**OFFICIAL NOTICE**
**13TH COURT OF APPEALS**
**100 E CANO ST 5TH FLOOR**
**EDINBURG TX 78539**

Case 2:05-md-01657-EEF-DEK   Document 64670-2   Filed 10/31/13   Page 5 of 10

FILE COPY

October 29, 2013
Case No. 13-12-00103-CV
Style: COUNSEL FINANCIAL SERVICES, LLC v. DAVID MCQUADE LEIBOWITZ
AND DAVID MCQUADE LEIBOWITZ, P. C.

Appellees' motion for rehearing in the above cause was this day
DENIED by this Court.

T.C. Case# C-856-06-G(A)                                    DORIAN E. RAMIREZ, CLERK

MAIL TO:
HON. LANCE H. BESHARA
PULMAN, CAPPUCCIO, PULLEN
2161 NW MILITARY HIGHWAY, SUITE 400
SAN ANTONIO, TX  78213

**Exhibit B, Page 5 of 10**

October 29, 2013
Case No. 13-12-00103-CV
Style: COUNSEL FINANCIAL SERVICES, LLC v. DAVID MCQUADE LEIBOWITZ AND DAVID MCQUADE LEIBOWITZ, P. C.

Appellees' motion for rehearing in the above cause was this day DENIED by this Court.

T.C. Case# C-856-06-G(A)                                DORIAN E. RAMIREZ, CLERK

MAIL TO:
HON. RYAN CLINTON
HANKINSON, LLP
750 NORTH ST. PAUL STREET, SUITE 1800
DALLAS, TX   75201

**Exhibit B, Page 6 of 10**

**OFFICIAL NOTICE**
**13TH COURT OF APPEALS**
Case 2:05-md-01657-EEF-DEK   Document 64670-2   Filed 10/31/13   Page 7 of 10
**13TH COURT OF APPEALS**
**100 E CANO ST 5TH FLOOR**
**EDINBURG TX 78539**

FILE COPY

October 29, 2013
Case No. 13-12-00103-CV
Style: COUNSEL FINANCIAL SERVICES, LLC v. DAVID MCQUADE LEIBOWITZ
AND DAVID MCQUADE LEIBOWITZ, P. C.

Appellees' motion for rehearing in the above cause was this day
DENIED by this Court.

T.C. Case# C-856-06-G(A)                               DORIAN E. RAMIREZ, CLERK

|  |  |
|---|---|
| MAIL TO: | HON. CARL CECERE<br>HANKINSON LLP<br>750 N. ST. PAUL STREET, SUITE 1800<br>DALLAS, TX  75201 |

**Exhibit B, Page 7 of 10**

October 29, 2013
Case No. 13-12-00103-CV
Style: COUNSEL FINANCIAL SERVICES, LLC v. DAVID MCQUADE LEIBOWITZ
AND DAVID MCQUADE LEIBOWITZ, P. C.

Appellees' motion for rehearing in the above cause was this day
DENIED by this Court.

T.C. Case# C-856-06-G(A)                              DORIAN E. RAMIREZ, CLERK

MAIL TO:
HON. RICK THOMPSON
HANKINSON LLP
750 NORTH ST. PAUL ST., SUITE 1800
DALLAS, TX  75201

**Exhibit B, Page 8 of 10**

October 29, 2013
Case No. 13-12-00103-CV
Style: COUNSEL FINANCIAL SERVICES, LLC v. DAVID MCQUADE LEIBOWITZ
AND DAVID MCQUADE LEIBOWITZ, P.C.

Appellees' motion for rehearing in the above cause was this day
DENIED by this Court.

T.C. Case# C-856-06-G(A)                         DORIAN E. RAMIREZ, CLERK

MAIL TO:
HON. ELLEN B. MITCHELL
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

**Exhibit B, Page 9 of 10**

October 29, 2013
Case No. 13-12-00103-CV
Style: COUNSEL FINANCIAL SERVICES, LLC v. DAVID MCQUADE LEIBOWITZ
AND DAVID MCQUADE LEIBOWITZ, P.C.

Appellees' motion for rehearing in the above cause was this day
DENIED by this Court.

T.C. Case# C-856-06-G(A)                              DORIAN E. RAMIREZ, CLERK

MAIL TO:
HON. DEBORAH G. HANKINSON
HANKINSON LLP
750 NORTH ST. PAUL STREET, SUITE 1800
DALLAS, TX 75201

**Exhibit B, Page 10 of 10**