Dennis Richard Harrison

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX ) | MDL DOCKET NO. |
| ) | 1657 |
| PRODUCTS LIABILITY LITIGATION ) | Section L |
| ) | |
| ) | Judge Fallon |
| ) | |
| ) | Magistrate Judge |
| ) | Knowles |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| Dennis R.  Harrison v. ) | |
| Merck Sharp & Dohme Corp. ) | |
| 2:07-cv-00905-EEF-DEK ) | |

The videotaped deposition of

DENNIS RICHARD HARRISON, called by the Defendant

for examination, taken pursuant to the Federal

Rules of Civil Procedure of the United States

District Courts pertaining to the taking of

depositions, taken before CORINNE T. MARUT, C.S.R.

No. 84-1968, a Notary Public within and for the

County of DuPage, State of Illinois, and a

Certified Shorthand Reporter of said state, at the

Country Inn & Suites, 2005 South Stephenson Avenue,

Iron Mountain, Michigan, on October 23, 2012,

commencing at 9:39 a.m.

Golkow Technologies, Inc. - 1.877.370.DEPS

Dennis Richard Harrison

Page 2

1  PRESENT:
2    DENNIS R. HARRISON
3      appeared pro se;
4
5    WILLIAMS & CONNOLLY LP
     725 Twelfth Street, N.W.
6    Washington, D.C.  20005
     202-434-5000
7    BY:  EMILY RENSHAW PISTILLI, ESQ.
        epistilli@wc.com
8
        appeared on behalf of Defendant
9       Merck Sharp & Dohme Corp.
10
11
12  VIDEOTAPED BY:  TIM TOEPEL
13
14  REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968

Page 3

1       THE VIDEOGRAPHER:  We are now on the record.
2  My name is Tim Toepel.  I'm a videographer with
3  Golkow Technologies.
4       Today's date is October 23, 2012 and the
5  time is approximately 9:39 Central Standard --
6  Central Daylight Time.
7       The video deposition is being held in
8  Iron Mountain, Michigan in the matter of
9  Harrison vs. Merck.
10      The deponent today is Dennis Harrison
11  and the Court Reporter is Corinne Marut.
12      The Court Reporter will now swear the
13  witness.  Or you have a stipulation I think you
14  want to put on the record, don't you, court
15  reporter?
16      THE COURT REPORTER:  I would ask counsel,
17  since I am an Illinois Certified Shorthand
18  Reporter, if you will stipulate that pursuant to
19  Michigan Rule 2.302(F)(1) that I am -- have the
20  power to administer oaths, take testimony, and do
21  all other acts necessary to take a deposition.
22      MS. PISTILLI:  I so stipulate.
23      THE REPORTER:  Okay.  Thank you.
24      And, Mr. Harrison, would you raise your

Page 4

1  right hand, please.
2       THE WITNESS:  Okay.  I accept too.
3       THE REPORTER:  Thank you.
4       THE WITNESS:  I'd like to point out that I'm
5  pro se.  So I'm the lawyer and the client.
6  Litigant I mean.
7          (WHEREUPON, the witness was duly
8           sworn.)
9       MS. PISTILLI:  All set?
10      DENNIS RICHARD HARRISON,
11  called as a witness herein, having been first duly
12  sworn, was examined and testified as follows:
13         EXAMINATION
14  BY MS. PISTILLI:
15      Q.   Good morning again, Mr. Harrison.  I'll
16  just introduce myself for the record.  I'm Emily
17  Pistilli from Williams & Connolly.  I'm here
18  participating in this deposition representing Merck
19  in a lawsuit that you filed regarding your Vioxx
20  usage.
21      We are here at a video deposition today.
22  So, even though it's a little bit different than if
23  we were in the same room together, the basic rules
24  are the same and it's actually even more important

Page 5

1  that we try very hard to follow the guidelines for
2  depositions, which are just generally you need to
3  give oral answers.
4       And so it's important for the Court
5  Reporter's purpose that if you're answering yes or
6  if you're answering no, you actually verbalize
7  those answers instead of just nodding your head or
8  shaking your head as we might do in ordinary
9  conversation.
10      And then, similarly, in ordinary
11  conversation sometimes people overlap, one person
12  is finishing their thought as the other person is
13  answering.  And it's important for the Court
14  Reporter's benefit to let me get my whole question
15  out and then I will let you get your whole answer
16  out.
17      And if I jump the gun on that because I
18  mistakenly think you're finished speaking, you can
19  let me know that you weren't finishing speaking and
20  I'll do the same.
21      Okay?  Do you understand that?
22      A.   Yes, that's fine.
23      Q.   And also, as you know, you just took an
24  oath and that oath is the same oath to tell the

Page 78

1   Q.   When was this, approximately?
2   A.   It started a little bit after my hips I
3   think, yeah.  A little bit after my hips.
4   Q.   In 1990s?
5   A.   Yeah.  In the mid to late 1990s.  It
6   wasn't severe.  I did many things, but nowadays I
7   can't pick my hands up.
8   Q.   Okay.  And you had mentioned rheumatoid
9   arthritis.  Is that something that you had ever
10  been diagnosed with?
11  A.   What did you say, rheumatoid?
12  Q.   Yes, rheumatoid arthritis.
13  A.   No, I've never been diagnosed with.
14  And, in fact, a couple of times doctors tried to
15  say it was rheumatoid arthritis but they said it
16  doesn't look like rheumatoid.
17       So, you know, they actively tried to but
18  they...
19  Q.   Okay.
20  A.   And ankylosing spondylitis wasn't -- was
21  approved by the FDA after rheumatoid and towards
22  the end I think of Vioxx's life.  So, you know,
23  what happened in Boston and I kind of wonder if
24  there is an issue there of criminality.

Page 79

1   Q.   So, the rheumatoid arthritis, as far as
2   you know, is not something that you've ever been
3   diagnosed with?
4   A.   No.  They tried.
5   Q.   Okay.
6   A.   And they can't.
7   Q.   And I have seen references in your
8   records to anemia.  Is that something you've been
9   diagnosed with over time?
10  A.   Yeah.  They say that's from the
11  ankylosing spondylitis also.
12  Q.   Okay.
13  A.   Yeah.  And it's just actually getting
14  better nowadays.
15  Q.   Oh, okay.  Well, I'm happy to hear that.
16       I have seen reference in your records to
17  anemia being an issue as far back as the 1980s.  Is
18  that consistent with your --
19  A.   Yeah, yeah.  It started in the mid-'80s,
20  I believe.  Day before I went to Montreal, I got a
21  call from the doctor, "You're very anemic."  Before
22  vacation.  Yes.  Although I felt fine.  Your body
23  adjusts to anemia.
24  Q.   That was my question.  Was that -- did

Page 80

1   the anemia have physical symptoms or was it more
2   based on blood work that that diagnosis --
3   A.   More based on blood work.
4   Q.   Okay.
5   A.   Yeah.  Your body adjusts to it and you
6   feel, you know, fine.  If it happens suddenly, then
7   you could feel it easily.
8   Q.   Okay.  And you mentioned that the anemia
9   is improving these days, is that right?
10  A.   Yeah.  When I say it's improving,
11  clinically, in the blood, like you just mentioned.
12  The counts have gone up from an average of 9-1/2 to
13  10-1/2 and 11, which is pretty good for me, normal
14  being 14 to 17.
15  Q.   That's in recent years or what time
16  frame are you talking about?
17  A.   That's in the recent couple of years.
18  That's in the recent couple of years, yeah.
19  Q.   Okay.  And I've seen references in your
20  records to osteoporosis.  Is osteoporosis something
21  that you've been diagnosed with in the past?
22  A.   I can't say a yes or a no on this
23  because it's in the records, but the tests don't --
24  the tests don't show it that I had.  They show

Page 81

1   osteopenia, which is a disease that Merck made up.
2   Not made up.  But, you know, Merck tried to
3   describe to facilitate, to encourage the use of
4   Fosamax.
5        But it never showed up in any tests.  I
6   had tests in the wrist.  That was a mild to
7   mid-osteopenia.
8        So, when they diagnosed me, you know,
9   essentially that's what they did by putting -- by
10  speculating in the records.  That's what it is.
11  It's speculation based upon blood work, a little
12  extra calcium in the blood.  But that's what they
13  used to use when they didn't have a way to describe
14  it.  And that's why they put me on Fosamax.
15       But I never -- I never got a bone scan
16  and Merck was supplying bone scan machines to
17  people.  But I never got one.  And started putting
18  in osteoporosis.  But I was never firmly tested and
19  diagnosed for it, and I don't believe I had it.
20       And to this day I might -- I might have
21  it today.  Now I'm 60.  I wasn't 50 or 49 or
22  whatever.  I don't think I had it.  I think I had
23  osteopenia.
24  Q.   Okay.  So, let me take this piece by

21 (Pages 78 to 81)

Dennis Richard Harrison

Page 174

1  A. No, just sounds familiar but I don't
2  know.
3  Q. Okay. And specifically -- specifically
4  what was the condition that Vioxx was prescribed
5  for? Was it for your AS?
6  A. It was for AS, yes. Specifically for
7  AS. And it was not approved by the FDA for AS.
8      So, I know that's the issue in Boston
9  for rheumatoid. So, makes me question that this
10 case doesn't have more to it from a criminal point
11 of view.
12 Q. And do you always take the same amount
13 of Vioxx or would you sometimes take less if your
14 pain wasn't as bad on a given day?
15 A. No, I always took the same amount.
16 Q. Was all the Vioxx that you took obtained
17 by prescription, meaning was any of that Vioxx
18 given to you by any physician in the form of a
19 sample?
20 A. No. Only prescription. I never had
21 samples.
22 Q. And prior to first taking Vioxx, do you
23 remember seeing any advertisements relating to
24 Vioxx?

Page 175

1  A. No. I don't at that particular time. I
2  wasn't watching TV much I guess or something
3  because I do know there was a $500 million
4  marketing campaign.
5  Q. But you don't remember yourself seeing
6  Vioxx?
7  A. No.
8  Q. Do you remember reading any articles
9  about Vioxx during the time that you were taking it
10 or before the time you were taking it?
11 A. Nope. None. I wasn't -- may I clarify
12 something?
13 Q. Yes.
14 A. At that time -- and I want to be careful
15 here relative to I'm not a know-it-all. I mean, I
16 don't -- in fact, everybody in life needs to know
17 that. Nobody's a know-it-all. I'm stupid in my
18 own different ways I guess.
19     But when we're talking about these
20 things, the incredible amount of research that I've
21 done in the last six years, because it's been six
22 years, and the amount of subjects I've gone into
23 has been absolutely astounding. You know, being my
24 own lawyer, I had to do that.

Page 176

1      So, I've discussed here, oh, this
2  happens this way from this drug and stuff, it's
3  only things I've learned in the last six years. I
4  wasn't really into basically trying to understand
5  how this drug works, how that drug works, six --
6  more than six years ago and that's only been
7  recent.
8      So, I don't know. I just felt a need
9  somehow to clarify that. I'm not a know-it-all on
10 these drugs. But the last six years, you bet, I've
11 really tried to learn a lot.
12     Okay. I'm sorry.
13 Q. When you filled your prescription for
14 Vioxx, do you remember -- well, let me back up.
15     Can you just generally tell me what
16 pharmacies you used to fill your Vioxx
17 prescriptions?
18 A. Oh, yes. That's all in -- every
19 pharmacy I know of is in the records there except
20 there might be -- let me think.
21     Did I ever get one -- no, I think it's
22 all. I think you have every pharmacy.
23 Q. And you're referring to the prescription
24 records that you have produced in this litigation?

Page 177

1  A. That's correct.
2  Q. Okay. Do you ever get any Vioxx from
3  any mail order pharmacies?
4  A. No.
5  Q. And when you would fill your
6  prescriptions for Vioxx, did any paperwork or
7  materials come with Vioxx?
8  A. Yes. The typical thing that gets
9  stapled on a bag.
10 Q. And did you take a look at that?
11 A. Yes, I did. And I generally find them
12 to be so general that they're useless, and I
13 believe that's the way they want it to be.
14 Q. Do you recall anything specific about
15 the information that was contained in that Vioxx
16 paperwork that came with your prescriptions?
17 A. Yes. The one thing that gets me, and
18 there is something on Fosamax, too, that really
19 bothers me, but the one thing on Vioxx, and this
20 was after the fact, though, was the wrist fracture.
21     It didn't pop up in my mind right away
22 because it happened so slowly over a year or two.
23 I never associated it. But it did say in there
24 wrist fracture I believe. Celebrex says something

45 (Pages 174 to 177)