```
 1

 2                    IN THE UNITED STATES DISTRICT COURT FOR

 3                      THE EASTERN DISTRICT OF LOUISIANA

 4                               AT NEW ORLEANS

 5

 6   IN RE:  VIOXX PRODUCTS              ) Case No. 05-md-1657 "L"
     LIABILITY LITIGATION               ) October 24, 2013
 7                                       ) Monthly Status Conference
     _____)  & Motions
 8

 9

10

11                        TRANSCRIPT OF PROCEEDINGS

12              BEFORE THE HONORABLE ELDON E. FALLON

13                     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20   SUSAN A. ZIELIE, RPR, FCRR
     Official Court Reporter
21   HB 406
     500 Poydras Street
22   New Orleans, Louisiana 70130
     susan_zielie@laed.uscourts.gov
23   504.589.7781

24

25   Proceedings Recorded by Computer-aided Stenography.
```

```
 1    APPEARANCES:

 2    Special Master:              LYNN C. GREER, ESQ.
                                   BrownGreer, PLC
 3                                 250 Rocketts Way
                                   Richmond VA 23231
 4                                 804.521.7299

 5    For the AG:                  DAWN M. BARRIOS, ESQ.
                                   Barrios Kingsdorf & Casteix LLP
 6                                 One Shell Square
                                   701 Poydras Street, Suite 3650
 7                                 New Orleans LA 70139-3650
                                   barrios@bkc-law.com
 8                                 504.524.3300

 9    For the Plaintiff:          RUSS M. HERMAN, ESQ.
                                   LEONARD A. DAVIS, ESQ.
10                                 Herman Herman & Katz, LLC
                                   820 O'Keefe Avenue
11                                 New Orleans LA 70113
                                   504.581.4892
12
      For the Defendant:         KERRY J. MILLER, ESQ.
13                                 Frilot, LLC
                                   Energy Centre
14                                 1100 Poydras Street
                                   Suite 3700
15                                 New Orleans LA 70163-3700
                                   504.599.8000
16                                 kmiller@frilot.com

17                                 DANIEL E. BECNEL, III
                                   Becnel Law Firm, LLC
18                                 106 West Seventh Street
                                   PO Drawer H
19                                 Reserve LA 70084
                                   985.536.1186
20                                 becket@becnellaw.com

21    Arbitrator:                 ROBERT MURRAY JOHNSTON, ESQ.
                                   Law Offices of
22                                   Robert M. Johnston, LLC
                                   400 Poydras Street
23                                 Suite 2450
                                   New Orleans LA 70130
24                                 504.561.7799
                                   rmj@ahhelaw.com

25
```

| | | |
|---|---|---|
| 1 | NEW ORLEANS, LOUISIANA; THURSDAY, OCTOBER 24, 2013 | 08:50AM |
| 2 | 9:00 A.M. | 08:50AM |
| 3 | THE COURT:  Have a seat.  Good morning, ladies and | 09:09AM |
| 4 | gentlemen. | 09:09AM |
| 5 | Call the case, please. | 09:09AM |
| 6 | CASE MANAGER:  Case No. MDL 2047, in re:  Chinese | 09:09AM |
| 7 | Drywall Manufacturers Liability Litigation. | 09:09AM |
| 8 | THE COURT:  Counsel, note your appearance for the | 09:09AM |
| 9 | record. | 09:09AM |
| 10 | MR. MILLER:  Good morning, Your Honor.  Kerry Miller on | 09:09AM |
| 11 | behalf of Knauf and the Defense Steering Committee. | 09:09AM |
| 12 | MR. HERMAN:  May it please the Court, good morning, | 09:09AM |
| 13 | Judge Fallon.  Russ Herman on behalf of plaintiffs. | 09:09AM |
| 14 | THE COURT:  We're today for our monthly status | 09:09AM |
| 15 | conference.  We have a number of people on the phone so please | 09:09AM |
| 16 | use the microphone. | 09:09AM |
| 17 | I met with liaison/lead counsel to discuss the | 09:09AM |
| 18 | agenda with them.  We'll take them in the orders proposed. | 09:09AM |
| 19 | Pretrial Orders, No. 1, is the first item. | 09:09AM |
| 20 | Anything on that? | 09:09AM |
| 21 | MR. HERMAN:  No, Your Honor. | 09:09AM |
| 22 | But, may it please the Court, I'd like to report | 09:09AM |
| 23 | on the new depository for the record. | 09:10AM |
| 24 | The new depository has accommodations for trial | 09:10AM |
| 25 | prep, for mock juries.  It is 8,627 square feet.  It's within | 09:10AM |

OFFICIAL TRANSCRIPT
SUSAN A. ZIELIE, CRR, RMR, FCRR

| | | |
|---|---|---|
| 1 | four blocks of the courthouse.  It's $14 and -- excuse me -- $17 | 09:10AM |
| 2 | per square foot, which is below market.  Market right now for | 09:10AM |
| 3 | similar space in the central district is $20 per square foot. | 09:10AM |
| 4 | The term of the lease is 42 months beginning | 09:10AM |
| 5 | November 1st.  However, we were able to negotiate an opt-out | 09:10AM |
| 6 | after 18 months, figuring that hopefully Chinese Drywall and | 09:11AM |
| 7 | VIOXX will be resolved by then, or at least the need will be | 09:11AM |
| 8 | resolved. | 09:11AM |
| 9 | We've purchased a new server based upon activities | 09:11AM |
| 10 | that I'm not going to recite in both Drywall and in VIOXX. | 09:11AM |
| 11 | And we plan to move into that space the first week | 09:11AM |
| 12 | in November. | 09:11AM |
| 13 | THE COURT:  Let's make sure that's Bull Garret, CPA, | 09:11AM |
| 14 | understands what the arrangements are so that he can keep the | 09:11AM |
| 15 | records as to how much is charged to VIOXX and how much is | 09:11AM |
| 16 | charged to Drywall. | 09:11AM |
| 17 | MR. HERMAN:  Yes, Your Honor.  I had one conference | 09:11AM |
| 18 | with Mr. Garrett about that previously.  We're going to meet | 09:11AM |
| 19 | after this conference. | 09:11AM |
| 20 | Presently, the recommendation, subject to his | 09:12AM |
| 21 | review, is that the initial cost be divided 50/50 because of | 09:12AM |
| 22 | ongoing activities in both, but it be revisited in three months. | 09:12AM |
| 23 | And, depending upon what rulings there are in the Fifth Circuit, | 09:12AM |
| 24 | what happens with the ongoing administration of settlement in | 09:12AM |
| 25 | Drywall and in VIOXX, attorney generals' matters, what I'll term | 09:12AM |

| | |
|---|---|
| 1 | as the Oldfather matters and consumer settlement issues, it may | 09:12AM |
| 2 | be that this has to be adjusted at the end of about three | 09:12AM |
| 3 | months, depending on what Your Honor's orders are.  But we will | 09:12AM |
| 4 | meet today. | 09:12AM |
| 5 | Initially, the recommendation because of activity | 09:12AM |
| 6 | ongoing in both cases, is -- | 09:12AM |
| 7 | THE COURT:  The interesting thing to me in this | 09:12AM |
| 8 | situation is, this is the first time we put a number of cases | 09:13AM |
| 9 | into the same cost sharing facility, and I'm interested in | 09:13AM |
| 10 | seeing how that works.  Because there is some interest in even | 09:13AM |
| 11 | having different judges participate in that type of an | 09:13AM |
| 12 | arrangement.  And, if it works well, that can be done.  If it | 09:13AM |
| 13 | doesn't, then it's going to be difficult. | 09:13AM |
| 14 | What about employees for the facility? | 09:13AM |
| 15 | MR. HERMAN:  All those -- there's only one full-time | 09:13AM |
| 16 | employee and one administrator, and those costs are divided. | 09:13AM |
| 17 | THE COURT:  Okay.  Great. | 09:13AM |
| 18 | MR. HERMAN:  Just one other footnote based upon Your | 09:13AM |
| 19 | Honor's interest and concern.  The joint depository was in | 09:13AM |
| 20 | effect necessitated by Katrina/Rita, and has virtually worked | 09:13AM |
| 21 | well since 2006.  Even though the costs are shared, the | 09:14AM |
| 22 | information is kept separately and can only be accessed | 09:14AM |
| 23 | separately. | 09:14AM |
| 24 | There is some crossover between the two | 09:14AM |
| 25 | court-appointed plaintiff steering committees.  But the | 09:14AM |

```
 1   committees are different, they operate differently.        09:14AM

 2              And we can accommodate a meeting of up to 40     09:14AM

 3   lawyers in one place in this new depository.  And, the     09:14AM

 4   depository's also set up for the latest in video conferencing, 09:14AM

 5   which we have not had to pay extra for.                     09:14AM

 6              The projected cost, once -- it's a net-net-net   09:14AM

 7   lease, which is usually about $4,300 a month with the extras. 09:14AM

 8              And so, we'll make a report, we'll meet with Mr. 09:15AM

 9   Garrett today and we will we'll be prepared at each status  09:15AM

10   conference meeting in Drywall and each status conference meeting 09:15AM

11   in VIOXX to give separate reports to Your Honor as to what is 09:15AM

12   going on on a monthly basis.                                09:15AM

13        THE COURT:  The big problem historically in these cases 09:15AM

14   -- and it's true not only in these cases but throughout the 09:15AM

15   country in a similar cases -- is cost.  And attention really has 09:15AM

16   to be focused on methods of minimizing the costs because they 09:15AM

17   just get out of hand.  And that has some bad situations not only 09:15AM

18   for the litigants but the lawyers, and it excludes certain  09:15AM

19   lawyers who cannot maybe participate in those costs.        09:15AM

20              So, all of those devices, I know I've talked or  09:15AM

21   people have talked to me from Virginia and a couple of other 09:15AM

22   places, that they're interested in seeing whether or not    09:16AM

23   depositories can be jointly used even in different cases if  09:16AM

24   there's some sort of wall that can be technologically done so 09:16AM

25   that they can have some confidence that their case is different 09:16AM
```

```
 1    than the other and nobody knows what's happening and so forth.    09:16AM
 2    So I'm interested in seeing what happens in this one.             09:16AM
 3            MR. HERMAN:  The primary additional cost is, what we've    09:16AM
 4    learned is we need a much bigger server.  But, when you divide    09:16AM
 5    that cost, it really isn't particularly significant.              09:16AM
 6            And we frankly looked at maybe a sharing with the         09:17AM
 7    BP PSC, but the volume there is so great that it just wasn't      09:17AM
 8    practical.                                                        09:17AM
 9            THE COURT:  I understand.                                 09:17AM
10            State court trial settings, anything on that?            09:17AM
11            MR. HERMAN:  At page 5, II --                            09:17AM
12            THE COURT:  I think Dawn is getting up.                  09:17AM
13            MS. BARRIOS:  Good morning, Your Honor.  Dawn Barrios    09:17AM
14    to report on state court cases.                                  09:17AM
15            As far as Virginia goes, the Ramirez and Torres         09:17AM
16    settlements have all been disbursed.                             09:17AM
17            We're now working on the class settlement.  And         09:17AM
18    before you is a motion to approve the real property claim form   09:17AM
19    and to set the deadlines.  And we'd appreciate if that could be  09:17AM
20    issued as soon as possible because we want to get those claim    09:18AM
21    forms to go out.                                                 09:18AM
22            We also have trials in both Virginia, and Mr.           09:18AM
23    Victor Diaz has an ongoing trial.                                09:18AM
24            THE COURT:  When is the trial in Florida?               09:18AM
25            MR. MILLER:  Your Honor, I think -- Kerry Miller for     09:18AM
```

1   Knauf.                                                                    09:18AM

2             They picked a jury late yesterday afternoon.  So I   09:18AM

3   think they're doing openings today, this morning.            09:18AM

4        THE COURT:  Okay.  Anything about the class actions   09:18AM

5   under this?                                                            09:18AM

6        MR. HERMAN:  No, Your Honor.  There's a full report on   09:18AM

7   those, but nothing new to add.                                  09:18AM

8             THE COURT:  Anything on the motions to establish   09:18AM

9   the litigation expense fund?                                      09:18AM

10        MR. HERMAN:  Nothing new on that, Your Honor.       09:18AM

11        THE COURT:  Anything to report on the pilot program?   09:18AM

12        MR. MILLER:  Yes, Your Honor.  Kerry Miller for Knauf.   09:18AM

13            On the pilot program which is evolved into the   09:19AM

14   remediation program under the class action settlement, homes   09:19AM

15   continue to be remediated on a regular basis.            09:19AM

16            Your Honor, we have in court with us today Joe   09:19AM

17   Harris and Phil Adams from Moss that have appeared several times   09:19AM

18   before.  At the last status conference, we met over at Herman,   09:19AM

19   Herman & Katz with Russ and Lenny and Arnold and Fred and other   09:19AM

20   involved lawyers.  And, to the extent that there are issues with   09:19AM

21   homeowners that are in the pilot program or were in the pilot   09:19AM

22   program or want to be in the pilot program and the homeowners   09:19AM

23   and counsel can benefit, from speaking with Moss, they're here   09:19AM

24   today for the next couple hours.  They're available.  Someone   09:19AM

25   wants to walk outside after the conference is over and discuss   09:19AM

1   issues, they can set up calls, set up meetings.  Whatever it    09:19AM

2   takes.  Because, as Your Honor pointed out in chambers, dealing    09:20AM

3   with these homes and home repairs, early communication is the    09:20AM

4   key.    09:20AM

5         THE COURT:  Yeah.  First, let me thank Moss's people    09:20AM

6   for being here.  As I mentioned at the earlier conference, I've    09:20AM

7   gotten a lot of good letters from people saying that they're    09:20AM

8   satisfied with the work and the work's being done well.    09:20AM

9         You have to remember that you're dealing with    09:20AM

10  people's homes; and, next to their families, probably their    09:20AM

11  homes are their most valuable possession, and they have a lot of    09:20AM

12  emotional attachment to it.  It's not just looked upon by    09:20AM

13  families as a couple of bricks and sticks.  It's their memories    09:20AM

14  and everything else.  So they're very, very sensitive about it.    09:20AM

15  And I think it would be helpful to have periodic meetings    09:20AM

16  arranged so that, if anybody has any issue, they know they can    09:20AM

17  talk with somebody about them.  And communication in this    09:20AM

18  situation is probably more significant or as significant as    09:20AM

19  fixing your home so that they know what's happening.  So I urge    09:21AM

20  you all to do that.    09:21AM

21        MR. MILLER:  Your Honor, I think what we're going to    09:21AM

22  try to do, because the monthly status conferences provide a    09:21AM

23  regular opportunity -- and we'll probably build this into the    09:21AM

24  report -- is either the afternoon before a conference or the    09:21AM

25  morning and afternoon after a conference, we'll have those folks    09:21AM

```
 1   available.  And they can even meet here they courthouse or Russ   09:21AM
 2   can host or I can host over at my office.                          09:21AM
 3           THE COURT:  Right.  And I'll put that in the website so    09:21AM
 4   that everybody knows that they can at least come to the people     09:21AM
 5   who are doing the work.                                            09:21AM
 6              All right.  INEX, Banner, Knauf global                  09:21AM
 7   settlements, anything on that?                                     09:21AM
 8           MR. MILLER:  One more thing, Your Honor, on this issue,    09:21AM
 9   on the issue of remediations.  The ombudsman has also played a     09:21AM
10   role.  We met with Moss and the ombudsman at the last status       09:21AM
11   conference.  We're in touch.  And that's right part of this        09:21AM
12   overall process in terms of communication, early communication     09:21AM
13   and getting issues straight.  So it's really working well, I       09:22AM
14   think.                                                             09:22AM
15           THE COURT:  That's fine.                                   09:22AM
16              All right.  Shared --                                   09:22AM
17           MR. BECNEL:  I want to compliment Moss, after we had       09:22AM
18   the initial meeting in your office with Russ and others, when we   09:22AM
19   had some problems, they changed up.  And, now, the last 120        09:22AM
20   homes that our office has done, we've assigned two of my           09:22AM
21   lawyers, they go meet with not only the homeowner but Moss         09:22AM
22   representatives at least five times, during the beginning,         09:22AM
23   middle and end, to make sure there's no problems.  And Moss has    09:22AM
24   been magnificent, and I'd like the Court to know that.             09:22AM
25           THE COURT:  Good.  Thank you.                              09:22AM
```

```
 1              And I think you're right, Danny, from the        09:22AM

 2    standpoint of keeping in touch with them, I think it's very    09:22AM

 3    helpful.                                                      09:22AM

 4              MR. HERMAN:  I want to compliment Danny and his firm.  09:23AM

 5    Early on, when we were asked where are these claims, Danny's  09:23AM

 6    office was assigned, with a gentleman from my office, to assist  09:23AM

 7    lawyers and homeowners in making inspections.  And I believe   09:23AM

 8    they've made perhaps 60, 70 inspections early in this case,    09:23AM

 9    which showed the eventual numbers of what we were dealing with.  09:23AM

10              Your Honor, I believe the next matter is No. 7,      09:23AM

11    INEX, Banner, Knauf, L&W and global settlements, all those     09:23AM

12    representatives are in the courtroom or on the phone.          09:23AM

13              The deadline for submission of claims is tomorrow,   09:23AM

14    October 25th, 2013.  BrownGreer is here.  Lynn Greer will make a  09:24AM

15    report fully to Your Honor.  And I'm going to recommend that the  09:24AM

16    PowerPoint, which BrownGreer has developed and will be shown in  09:24AM

17    the courtroom with Your Honor's permission, be made part of the  09:24AM

18    website because the deadline is tomorrow.                      09:24AM

19              There are two new CAP orders and a Knauf Fourth      09:24AM

20    Amendment order pending.                                       09:24AM

21              And I'd like to at this time introduce to someone    09:24AM

22    very familiar to the Court and everyone in the courtroom, Lynn  09:24AM

23    Greer from BrownGreer, to make her report.                     09:24AM

24              MS. GREER:  Good morning, Your Honor.  Lynn Greer from  09:25AM

25    BrownGreer, and we are honored to sever have as the            09:25AM
```

```
 1   administrator in this case.                                    09:25AM

 2              Your Honor, this is our monthly report.  And, as    09:25AM

 3   Mr. Herman said tomorrow, tomorrow is the claims filing        09:25AM

 4   deadline.  And what I'd like to do is to show Your Honor and to 09:25AM

 5   those present, and for those on the phone I'll read the numbers, 09:25AM

 6   where we are in terms of claims that have been registered and  09:25AM

 7   also those that have been submitted.                           09:25AM

 8              So, as of yesterday -- we updated the data last     09:25AM

 9   night because there's been a lot of activity over the last few 09:25AM

10   days, particularly in terms of claims submitted.  As of last  09:25AM

11   night, there were 10,298 claimants who are registered in the  09:25AM

12   program.  The breakdown of 8,533 represented by counsel, 1,765 09:25AM

13   pro se claimants.                                              09:26AM

14              The properties that those claimants are registered  09:26AM

15   are greater than the number of claimants registered.  18,501   09:26AM

16   properties have been registered.  And then the claims, because 09:26AM

17   there's yet again more claims that can be registered per       09:26AM

18   complainant and property, 26,376 claims that have been         09:26AM

19   registered so far.                                             09:26AM

20              The claims that have been filed as of yesterday     09:26AM

21   are 11,017 claims, and these are claims that have actually been 09:26AM

22   submitted either in hard copy claim form or electronically by  09:26AM

23   the portal.  And these are ones that have been submitted.      09:26AM

24              We encourage people -- obviously, with tomorrow's   09:26AM

25   deadline, it is very important that claims go ahead and be     09:26AM
```

```
1   submitted.  We understand that there is so much paperwork and       09:26AM
2   documentation that needs to be submitted to make a complete         09:26AM
3   claim, but we want everybody to get the claims in.  And there       09:26AM
4   are procedures in place where we will work with claimants whose     09:27AM
5   claims are incomplete to give them notice of exactly what is        09:27AM
6   missing and also give them an opportunity to cure.  So, if          09:27AM
7   anyone at this point is holding out for that last document don't    09:27AM
8   wait, they need to go ahead and get it to us.                       09:27AM
9               There are another 1,461 claims that are currently       09:27AM
10  being worked.  We can tell in the database when a claim has been    09:27AM
11  started and when it is being worked.  So a total of 12,478          09:27AM
12  claims have either already been submitted or are in progress.       09:27AM
13              Since the last status conference, Your Honor can        09:27AM
14  see a great deal of activity.  There have been over 9,000 new       09:27AM
15  claims submitted since September the 17th.  Another 127 started.    09:27AM
16  You'll see some negative numbers in the column of In Progress       09:27AM
17  Claims.  And that is because we've sort of hit the ultimate         09:27AM
18  limit of claims that have been started and then those have moved    09:27AM
19  over into the submitted column.  So there are activity on           09:27AM
20  another 9,346 claims since the last status conference.             09:27AM
21              And that is, Your Honor, very typical.  As a            09:28AM
22  deadline approaches, you do see an uptick in the activity.          09:28AM
23          THE COURT:  What is miscellaneous?                          09:28AM
24          MS. GREER:  Miscellaneous, there is a provision in the      09:28AM
25  settlement agreement that is just a catch-all.  A lot of what       09:28AM
```

1   we're seeing in that category are with personal property damage                09:28AM

2   claims.  It's a very vague category.  What we're going to look                 09:28AM

3   at as soon as the deadline passes is a way to bucket these                     09:28AM

4   claims by subject matter and work with the parties to try to                   09:28AM

5   assess how best to review those.  Some of those will be excluded               09:28AM

6   claims under the settlement agreement.  But the majority of                    09:28AM

7   those, from what we're seeing so far, are personal property                    09:28AM

8   damage claims.                                                                 09:28AM

9           This slide, Your Honor, shows in terms of                              09:28AM

10  percentages where we are with submissions in progress and                      09:28AM

11  remaining claims.  So we start with the numbers that I began                   09:28AM

12  with, 10,298 registered claimants.  Of those claimants, we have                09:28AM

13  submissions from 42 percent.  Another 6 percent of claims are in               09:28AM

14  progress.  And the other 45 percent of the claimants are                       09:29AM

15  remaining; they have not either begun claims or submitted them.                09:29AM

16  Registered affected properties, 18,501.  38 percent of the                     09:29AM

17  property or 7,178 properties have been submitted.  6 percent                   09:29AM

18  again in progress, with about 55 percent of the properties                     09:29AM

19  remaining to be submitted.                                                     09:29AM

20          The registered claims, 26,376, 42 percent of those                     09:29AM

21  claims have been submitted, another 6 percent in progress, and                 09:29AM

22  47 percent remaining.                                                          09:29AM

23          So, Your Honor, you'll see, there are still high                       09:29AM

24  percentage of claims that have not even been started.  So,                     09:29AM

25  again, it is not uncommon even, in the last 48 hours before a                  09:29AM

```
 1   deadline, to see the numbers shift significantly.  So we would      09:29AM
 2   anticipate that these number percent will increase greatly.         09:29AM
 3            I also want to mention, the deadline is midnight           09:29AM
 4   Central Time tomorrow night.  So it's not close of business; it     09:30AM
 5   is midnight Central Time tomorrow.                                  09:30AM
 6            Just as a general summary, most of our focus has           09:30AM
 7   been on intake and getting the claim into the system, talk to       09:30AM
 8   claimants who have questions.  But we have begun the review         09:30AM
 9   process.  We have already looked at 68 percent of the              09:30AM
10   remediation claims that have been submitted to figure out if        09:30AM
11   there's documentation that is enough to make them eligible for      09:30AM
12   remediation.  We have begun the reviews on the global Banner        09:30AM
13   INEX repair relocation expense claims and we have begun the         09:30AM
14   process where we are issuing notices to claimants.  We have         09:30AM
15   developed, as we have in other cases, Your Honor, electronic        09:30AM
16   notices that are realtime notices that go to the claimants who      09:30AM
17   are represented by counsel and those who are pro se as well that    09:30AM
18   tells them if they are incomplete, tells them if they are           09:30AM
19   denied.  And they can respond to that also electronically on the    09:30AM
20   portal.                                                             09:30AM
21            We've issued 99 denial notices.  And those have            09:30AM
22   gone exclusively to claimants who we can tell from the database     09:31AM
23   have already participated in the pilot program or have also self    09:31AM
24   -remediated.  And that's data that we have and those are --         09:31AM
25   everyone was very good about submitting all of their claims and     09:31AM
```

1    yet there are some that have already been taken care of.  And so      09:31AM

2    we've issued denial notices on some of those that we've reviewed       09:31AM

3    so far.                                                                09:31AM

4              We've gone ahead and issued 106 incomplete notices          09:31AM

5    because any were submitted either with no documentation or             09:31AM

6    indica of Chinese drywall, no proof of class membership, no            09:31AM

7    evidence of ownership, or a combination of these reasons.              09:31AM

8              And the notices that we issue, Your Honor, tell              09:31AM

9    the complainant what is missing and what they need to do fix it.       09:31AM

10   So we try to be very specific.  We are open obviously for              09:31AM

11   suggestions if there are ways that the notice can be made even         09:31AM

12   more specific.  But our goal is to tell people what to do; not         09:31AM

13   just tell them what is wrong and without a solution.                   09:31AM

14             Claimants have begun responding to notices, so               09:31AM

15   that the system seems to be working.                                   09:31AM

16             Again, we are available if someone has a question            09:32AM

17   about what they need to do in response to a notice.                    09:32AM

18             Since the last status conference, we have worked             09:32AM

19   with the parties to establish two additional claims                    09:32AM

20   administration procedures.                                             09:32AM

21             CAP 2013-4 set a time -- we were seeing and Knauf            09:32AM

22   was seeing instances whose homeowners whose claims had been            09:32AM

23   remediated were waiting a very long to voice concerns about            09:32AM

24   specific pieces of their remediation.  So this CAP 2013-4 sets a       09:32AM

25   time where a claimant who has a remediated claim can come              09:32AM

1   forward and voice concerns about the work that was done.   09:32AM

2            CAP 2013-5 sets forth the appeal procedure, which   09:32AM

3   basically gives claimants 30 days after they receive a denial   09:32AM

4   notice or an eligibility notice, if there's something wrong with   09:32AM

5   that notice from their standpoint, to appeal that decision.  And   09:32AM

6   then we will look at it, see if there's anything that we missed   09:32AM

7   or that has been clarified.  Claimants are given an opportunity   09:33AM

8   to submit whatever documentation they want.   09:33AM

9            And, if we're not able to resolve it, then it will   09:33AM

10  go to the Special Master for resolution.   09:33AM

11           Your Honor, this slide, which we will make   09:33AM

12  available and this presentation we will make available on our   09:33AM

13  website, and I know that this will also be available on the   09:33AM

14  Court's website -- this slide details the various ways that   09:33AM

15  claimants and their attorneys can call us with questions.   09:33AM

16           We do provide updates.  The website is   09:33AM

17  www3.browngreer.com/drywall.   09:33AM

18           We have an in-box that is   09:33AM

19  cdwquestions@browngreer.com.  We have answered over 3,500   09:33AM

20  questions so far that have come to this question in-box email.   09:33AM

21           We do offer online claims tutorials if there is   09:33AM

22  anyone at this point who has questions about how to actually   09:33AM

23  file a claim.  These tutorials will walk anyone through that to   09:33AM

24  be able to clarify how to submit a.   09:33AM

25           Claim posting of CAPS is also on the website.  We   09:33AM

1    have all of the CAPS listed.                                    09:34AM

2              The telephone number a toll-free number if anyone     09:34AM

3    is having problems today or tomorrow in terms of submission of  09:34AM

4    claims should call 866-866-1729.                                09:34AM

5              And the other things that we do for outreach, Your    09:34AM

6    Honor, is send email blasts whenever there's an important       09:34AM

7    development.  We send out notices.  And then we also work with  09:34AM

8    Mr. Johnston, the pro se curator, to help with outreach for the 09:34AM

9    pro se claimants.                                               09:34AM

10             And this last slide, Your Honor, just summarizes      09:34AM

11   the contact information.                                        09:34AM

12             And I did just want to repeat, if anyone is having    09:34AM

13   a problem over the next two days, if there's something about a  09:34AM

14   claim that is making it hard to submit, a question that they    09:34AM

15   can't answer so the system isn't allowing them to move forward, 09:34AM

16   for example, they should just call us and we will be working    09:34AM

17   with them.  We have people standing by to be able to address    09:34AM

18   those questions on the eve of this deadline.                    09:34AM

19             THE COURT:  Do you have any feel for where the claims 09:34AM

20   are coming from, which state or states?                         09:34AM

21             MS. GREER:  We really haven't done that analysis.  We 09:35AM

22   can certainly do that and provide that to the Court.            09:35AM

23             THE COURT:  Okay.  We've got to make sure that        09:35AM

24   somebody's beating the bushes and shaking the tree from the     09:35AM

25   plaintiffs' committee.  So let's get together some group that is 09:35AM

1   able to make the necessary calls and see if we can get as many      09:35AM

2   people into this program as possible.      09:35AM

3              Thank you very much.  Appreciate your work.      09:35AM

4         MR. HERMAN:  Your Honor, may it please the Court, in      09:35AM

5   connection and supplementary to this report, Mr. Davis reminds      09:35AM

6   me that late registrations will be accepted until midnight      09:35AM

7   tomorrow night, CSD.  So if there are registrants that haven't      09:35AM

8   registered past the registration date, they still will be      09:35AM

9   allowed by all parties to register before the deadline.  And      09:35AM

10   that the October 25th deadline is for all deadlines.      09:36AM

11              Also, Your Honor, I wanted to make sure the record      09:36AM

12   was clear on the lease.  It's actually $17.52 a square foot.      09:36AM

13   And the base rent is $3,710.      09:36AM

14              In addition, we did request in a meeting with      09:36AM

15   BrownGreer within the last two weeks that at a point when the      09:36AM

16   registration is over, to give all of us, particularly the Court,      09:36AM

17   some idea, if they're able to, as to how many of these claims by      09:36AM

18   percentage are probably repetitive or duplicate filings, how      09:36AM

19   many are mixed as between Taishan and Knauf, and how many claims      09:36AM

20   really have no relationship to this program.      09:37AM

21              Right now, the projection is approximately 12,000      09:37AM

22   properties including the pilot program.  That's a substantial      09:37AM

23   number, in excess of what we originally thought would be the      09:37AM

24   product of the settlement.      09:37AM

25         MR. LEVIN:  Mr. Davis not only speaks to Mr. Herman but      09:37AM

1    he also speaks to me.                                          09:37AM

2              With regard to the late registrants, Your Honor, I   09:37AM

3    don't know if you should do it by the bench or we should give  09:37AM

4    you an order just to formally extend it to October 25th.       09:37AM

5         THE COURT:  Let's do an order so that we have it in the   09:37AM

6    record.                                                        09:37AM

7         MR. LEVIN:  Thank you, sir.                               09:37AM

8         THE COURT:  Anything on the shared costs of Taishan?      09:37AM

9         MR. MILLER:  Your Honor, before we move in that          09:37AM

10   direction, I'd just like to offer a brief comment.  Kerry Miller 09:37AM

11   on behalf of Knauf.                                            09:38AM

12             Mr. Herman's commented about October 25th being      09:38AM

13   the deadlines of all deadlines.  I think that's an appropriate 09:38AM

14   way to put it.                                                 09:38AM

15             With respect to the Knauf settlement, as Your        09:38AM

16   Honor is aware, we had a pilot program and then a class        09:38AM

17   settlement.  And then, earlier this year in the summertime, we 09:38AM

18   agreed to the new claims settlement, and those were claims that 09:38AM

19   popped up between December 2011 and August I think of this year. 09:38AM

20   A big chunk of them came from Bob Johnston.  They were claims  09:38AM

21   from pro ses that he had been collecting for the last 18 months. 09:38AM

22   And so it's about 300, 325 of those.                          09:38AM

23             And those have been inspected, reviewed and         09:38AM

24   they're getting into the remediation pipeline now.  Moss is out 09:38AM

25   doing some field visits, cost estimate, things of that nature. 09:38AM

```
1    So it's being folded in the overall remediation program.        09:38AM

2             But, October 25th -- I just want to be clear           09:38AM

3    because sometimes we get calls from plaintiff's counsel as to   09:38AM

4    whether or not Knauf is going to take any new claims because    09:38AM

5    that might be a factor into whether or not that particular      09:39AM

6    counsel takes on a new case.  And I just want to be fair and    09:39AM

7    open with everyone, Your Honor, and the answer is no.  As of    09:39AM

8    October 25th, Knauf is not going to entertain new claims.  And  09:39AM

9    so that's the answer.  That's the answer from me, that's been   09:39AM

10   communicated over to Herman and Herman & Katz and Arnold's firm. 09:39AM

11   SO that's the answer that they're going to get from lead and    09:39AM

12   liaison counsel.  So I just wanted to be clear so that it's     09:39AM

13   known on the record, Knauf is not going to entertain voluntarily 09:39AM

14   any claims that pop up after October 25th.                      09:39AM

15             THE COURT:  Okay.                                      09:39AM

16             MR. BECNEL:  Judge, we have a couple of clients, and   09:39AM

17   our office talked to Lenny yesterday about them.  And I'm       09:39AM

18   concerned only because they have Knauf non-reactive drywall.    09:40AM

19   They self-remediated prior to this program starting.  But, now, 09:40AM

20   because they have to disclose, trying to sell their house, that 09:40AM

21   they had Knauf, nobody will buy it.  So what we need to try to  09:40AM

22   come up with is some sort of certification from Knauf or even   09:40AM

23   from Moss that this is non-toxic drywall, that had has nothing  09:40AM

24   to do with the Chinese Drywall.  But, the minute you say Chinese 09:40AM

25   Drywall, you become tainted.                                    09:40AM
```

1       So I don't know what to do about that.  But, if we    09:40AM

2   dismiss it, I don't want people like that to be in a catch-22    09:40AM

3   because they didn't know it was non-destructive reactive.  And    09:41AM

4   we need to do something to clear them and other people that    09:41AM

5   might be in the same boat that they are.  Some certification.    09:41AM

6       THE COURT:  That ought to be able to be done.  Because    09:41AM

7   we did that once in another similar issue, that that's what the    09:41AM

8   person got.    09:41AM

9       With the contaminated drywall, part of the program    09:41AM

10  is to give a certification.  With non-contaminated drywall,    09:41AM

11  there's some sort of stigma, issue.  Particularly we find that    09:41AM

12  in the cases where it's a condominium and one of condominiums    09:41AM

13  doesn't have any problems, no problem drywall, and all the other    09:41AM

14  condominiums have been repaired and replaced, and it's sometimes    09:41AM

15  an issue.    09:42AM

16      That ought to be done.  Kerry, I know you can work    09:42AM

17  with Danny on that and figure out some program.    09:42AM

18      MR. BECNEL:  And it shouldn't be very many of them.  I    09:42AM

19  know of two.    09:42AM

20      THE COURT:  The same inspecting group should be able to    09:42AM

21  go through it and say it's certified, it's okay.  We ought to be    09:42AM

22  able to do that.    09:42AM

23      Get with Moss, Danny, after this conference and    09:42AM

24  get their input on it.    09:42AM

25      MR. BECNEL:  Yes.    09:42AM

```
1        MR. MILLER:  The issue is, if there are known claims as    09:42AM

2   of tomorrow -- and sounds like Danny knows the addresses of the   09:42AM

3   plaintiff's he's taking about -- get those to us.  I think    09:42AM

4   what's talking about is either a lower case KTP issue or    09:42AM

5   something that's analogous to it.    09:42AM

6        THE COURT:  I think he's talking about KTP that is not    09:42AM

7   contaminated.    09:42AM

8        MR. MILLER:  We had an issue like that in Alabama; they    09:42AM

9   are actually in the settlement, they are part of the INEX    09:42AM

10  settlement because INEX did no have that reactive component.  So   09:43AM

11  there's a place for them somewhere.    09:43AM

12       MR. BECNEL:  They are looking for certificates so they    09:43AM

13  can give to their real estate people to sell their homes.    09:43AM

14       MR. MILLER:  We had some folks in Alabama.    09:43AM

15       MR. BECNEL:  They filed suit in the one of the Omni    09:43AM

16  complaints.  They self-remediated, and then they discovered it    09:43AM

17  was nonreactive.  And so they even took their air conditioning    09:43AM

18  coils and sent them off to take a look, see what's going on.    09:43AM

19       MR. MILLER:  Like I say, I think there's place for    09:43AM

20  them.  We dealt with this in Alabama.    09:43AM

21            So I think Kyle can give you the template and give    09:43AM

22  you the certification that the home is free of all Chinese    09:43AM

23  Drywall, reactive Chinese Drywall.    09:43AM

24       MR. BECNEL:  That's correct.    09:43AM

25       THE COURT:  All right.  Let's go to the next one.    09:43AM
```

| | | |
|---|---|---|
| 1 | MR. HERMAN:  Your Honor, page 14, VIII. | 09:43AM |
| 2 | Nothing new. | 09:43AM |
| 3 | THE COURT:  About Taishan defendants? | 09:43AM |
| 4 | MR. HERMAN:  With Taishan, there was an oral argument | 09:44AM |
| 5 | before the Fifth Circuit.  What the Fifth Circuit will do, I | 09:44AM |
| 6 | don't think would be fair to predict. | 09:44AM |
| 7 | But I can say, for Arnold and myself and for Tom, | 09:44AM |
| 8 | Owen, that it was a panel well versed in the briefs, the | 09:44AM |
| 9 | arguments.  And we would expect an opinion hopefully by January. | 09:44AM |
| 10 | And we'll just have to wait on that. | 09:44AM |
| 11 | As regards other appeals which are pending, we're | 09:44AM |
| 12 | working on those briefs, as I'm sure the defendants are.  We | 09:44AM |
| 13 | don't have a date.  There's a pending motion for consolidation | 09:44AM |
| 14 | that has not been acted upon. | 09:44AM |
| 15 | And, of course, if anything should occur in any of | 09:45AM |
| 16 | those cases, we'll immediately report to Your Honor and then to | 09:45AM |
| 17 | the body of attorneys. | 09:45AM |
| 18 | With respect to -- | 09:45AM |
| 19 | THE COURT:  Venture supply. | 09:45AM |
| 20 | MR. HERMAN:  There's nothing new.  There's a full | 09:45AM |
| 21 | report regarding Venture Supply and for Porter Blaine, who are | 09:45AM |
| 22 | principally in Virginia, imported Taishan Chinese Drywall. | 09:45AM |
| 23 | THE COURT:  And the Hobbie issue is gone, page 11. | 09:45AM |
| 24 | MR. HERMAN:  Yes, Your Honor.  You've issued an order | 09:45AM |
| 25 | and the QSF has been filed. | 09:45AM |

```
 1              MR. MILLER:  Excuse me, Russ.                    09:45AM

 2              On that point, Your Honor, Hobbie, we spoke did in  09:45AM

 3    chambers prior to the meeting.                             09:45AM

 4              One of the issues that we have there in terms of  09:45AM

 5    being able to do the remediation now that we have the settlement  09:45AM

 6    funds being available by virtue of Your Honor's order and the  09:46AM

 7    establishment of the QSFs.  There are a handful of absentee  09:46AM

 8    owners and we're going to need to have a receiver appointed to  09:46AM

 9    provide access through the association to those units.  Because  09:46AM

10    there's no underlying state court case, we'd like to file the  09:46AM

11    receivership papers before Your Honor, and will do so promptly  09:46AM

12    so it doesn't hold up the remediation.                    09:46AM

13              THE COURT:  Let's do that, and I'll issue that order  09:46AM

14    for appointing a receiver for that purpose.               09:46AM

15              MR. MILLER:  Thank you, Judge.                   09:46AM

16              MR. HERMAN:  Your Honor, at this juncture, I'd like to  09:46AM

17    thank counsel for INEX, L&W for insurers and Banner, also  09:46AM

18    liaison for the homeowners who have cooperated fully in   09:46AM

19    resolving any matters arising out of the settlement and have  09:46AM

20    participated in the settlement.                           09:46AM

21              THE COURT:  Okay.  Plaintiff profile forms, anything on  09:46AM

22    that?                                                     09:46AM

23              MR. HERMAN:  There's nothing new on that.        09:46AM

24              THE COURT:  Frequently asked questions, I know we need  09:47AM

25    to do a review of that because the whole texture of the   09:47AM
```

```
 1   litigation has changed.                                    09:47AM

 2           MR. HERMAN:  We'll talk to Bob Johnston, we'll talk to   09:47AM

 3   the various liaison counsel, BrownGreer.                   09:47AM

 4           THE COURT:  Get me some suggestions and I'll add to it,   09:47AM

 5   because we're in a different mode now than we were originally.   09:47AM

 6           We have some matters set for hearing which I'll    09:47AM

 7   have to deal with later.  There's a motion in a couple of areas.   09:47AM

 8           MR. SIVYER:  Yes, Your Honor.  You wanted us to go into   09:47AM

 9   your chambers to address the Farly matter.                 09:47AM

10           THE COURT:  Right.                                 09:47AM

11           MR. SIVYER:  Neal Sivyer, by the way.              09:47AM

12           Mr. Magdish is here somewhere presumably, and I'll   09:47AM

13   direct him over to your chambers.                          09:47AM

14           MR. MILLER:  Kerry Miller for Knauf.               09:47AM

15           One of the other matters that we had, motions that   09:47AM

16   we had set for today, was the approval of the Fourth Amendment   09:48AM

17   to the Knauf/PSC settlement agreement.                     09:48AM

18           THE COURT:  I didn't get in objection to that.     09:48AM

19           Is there any?                                      09:48AM

20           (No response.)                                     09:48AM

21           THE COURT:  I'll grant that motion.                09:48AM

22           MR. MILLER:  Thank you, Judge.                     09:48AM

23           THE COURT:  Anything on the pro se?                09:48AM

24           MR. MILLER:  Bob Johnston is here to make a report.   09:48AM

25           MR. JOHNSTON:  Good morning, Your Honor.  Bob Johnston,   09:48AM
```

1    curator for pro se plaintiffs.                                    09:48AM

2              I have provided the Court with.                         09:48AM

3              THE COURT:  I have received it.                         09:48AM

4              MR. JOHNSTON:  -- status Report No. 20.                 09:48AM

5              That's a lot, but we've covered an awful lot of         09:48AM

6    distance in terms of that.                                        09:48AM

7              THE COURT:  You have.                                   09:48AM

8              MR. JONSTON:  With regard to the extension by the Court 09:48AM

9    to October 25th for the claim filing that you've heard so much    09:48AM

10   about and certainly know very well, I had talked to Russ Herman   09:48AM

11   and my office sent out -- and also BrownGreer -- and we received  09:48AM

12   from BrownGreer on or just before October 9 a list of 720 pro se  09:49AM

13   plaintiffs who had not gotten into or completed the claim filing  09:49AM

14   form.                                                             09:49AM

15             And so what I did was to send out 720                   09:49AM

16   communications to them that, a copy of which is attached to the   09:49AM

17   status report, the first sentence telling them about the         09:49AM

18   extension and the second essentially says if you do not submit   09:49AM

19   your claim form to BrownGreer by October 25th, quote:  You will   09:49AM

20   not be able to pursue Chinese Drywall claims.  And I felt it was  09:49AM

21   very important to make it as strong as possibly I could.          09:49AM

22             As a result of that and as the result of a             09:49AM

23   communication that BrownGreer sent out with my name saying call   09:49AM

24   Bob Johnston if you have questions, in the last 30 days, we've    09:50AM

25   had in excess of 400 calls.  And we've handled them.  I've        09:50AM

```
 1   handled quite a significant number of them.  And I think it's        09:50AM
 2   been very beneficial.                                                 09:50AM
 3           THE COURT:  I think it has been very successful.              09:50AM
 4           JUDGE JONES:  I just wrote the Court's comments down          09:50AM
 5   about the strong emotional attachment that homeowners have with       09:50AM
 6   regard to the Chinese Drywall being in their property.  And           09:50AM
 7   that's a factor in our communications back, to get them able to       09:50AM
 8   go from A to Z.  And we've done our best to beat the bushes and       09:50AM
 9   shake the trees, as you say.                                          09:50AM
10           I've just had a brief conversation with Kerry                 09:50AM
11   Miller.  Since the Bean settlement on August 12th, I've had at        09:50AM
12   least half a dozen or thereabouts individuals who had just found      09:51AM
13   out that they have Knauf, and we've done what we've done over         09:51AM
14   the long period of time that I've been the curator plaintiff          09:51AM
15   profile form and inspection reports.  And, it's been pretty           09:51AM
16   clear to me that October 25th is in stone now, and we will just       09:51AM
17   deal accordingly with the pro ses that we've received                 09:51AM
18   communications with.  And I think it's been a beneficial              09:51AM
19   situation all the way around.  But it has been a significant          09:51AM
20   uptick in that.                                                       09:51AM
21           THE COURT:  Thanks very much.  Thanks for your help.          09:51AM
22   You have a done yoman's service.                                      09:51AM
23           Anything on the physical evidence?                           09:51AM
24           MR. HERMAN:  Judge Fallon, from time to time, we get          09:51AM
25   requests infrequently regarding the destruction of evidence.         09:51AM
```

```
 1   We've been reluctant to say anything other than there's a        09:52AM
 2   Pretrial Order in effect, please read it, because of the         09:52AM
 3   complexity of this case.  And, until we see what the mixed board 09:52AM
 4   is and what the Fifth Circuit may rule, we've uniformly said we   09:52AM
 5   think you ought to maintain -- except in a couple of instances    09:52AM
 6   where everyone agrees -- the physical evidence of whatever the    09:52AM
 7   defective drywall is.  Other than that, there's nothing to say.   09:52AM
 8             As regards the entry of preliminary defaults at         09:52AM
 9   page 22, Article 17, lead counsel Arnold Levin will address the   09:52AM
10   Court.                                                            09:52AM
11        MR. LEVIN:  As you know, you've entered preliminary          09:52AM
12   defaults in several of the Chinese drywall cases and at least     09:52AM
13   one of the parent corporations of the Taishan defendants.         09:53AM
14             We are continuing to invest in service.  Because        09:53AM
15   of the nature of personal jurisdiction and at least some          09:53AM
16   believing that it's individually linked to each jurisdiction, we  09:53AM
17   now have lawsuits in every jurisdiction where Taishan came in.    09:53AM
18   We've intervened every plaintiff in every case in every one of    09:53AM
19   those jurisdictions, and we continue to make service.  Despite    09:53AM
20   the fact that the Chinese defendants are attempting to avoid       09:53AM
21   service, like longshoreman who are subpoena by running down the    09:53AM
22   stairs, and they think they're doing a very effective job.  They   09:53AM
23   will not accept service.  If ink has had a period in it, instead   09:53AM
24   of no period, they change addresses on us.  And these are major    09:53AM
25   corporations.  And counsel says they're very concerned about       09:54AM
```

```
 1   these litigants when they speak to the Fifth Circuit.  They          09:54AM
 2   don't seem to be as concerned over in China.                         09:54AM
 3                I just want to state on the record that this is          09:54AM
 4   going on, it's an ongoing process and there will be several          09:54AM
 5   motions filed before Your Honor.                                     09:54AM
 6        THE COURT:  That's a continuing process.  And just, not         09:54AM
 7   only is it a difficult, but it's very, very expensive.  I mean,      09:54AM
 8   you're looking at six figures every time you serve something.        09:54AM
 9   Something has to be done with that, legislatively, I'm sure.         09:54AM
10        MR. HERMAN:  Your Honor, a matter did come up as sort           09:54AM
11   of a collateral issue, cost issue, before the Fifth Circuit, and     09:54AM
12   it's briefed somewhere, that the PSC spent approximately $1          09:54AM
13   million on a default.  Probably the most expensive default in        09:54AM
14   all the jurisprudence.  And this $100,000 that it takes every        09:55AM
15   time to serve through the Hague and then ignoring the Hague is       09:55AM
16   so contradictory that I don't know if we're ever going to get it     09:55AM
17   remedied.  But it's very frustrating.                                09:55AM
18                The next --                                             09:55AM
19        THE COURT:  Remediated homes, anything?                         09:55AM
20        MR. MILLER:  Just briefly, Your Honor.  Kerry Miller on         09:55AM
21   that point.                                                          09:55AM
22                As we reported at the last conference, we had a         09:55AM
23   process this fall with Lenny Davis where he got involved because     09:55AM
24   we a certain portion of already remediated homes that weren't        09:55AM
25   complete files.  They lacked some of the documentation.             09:55AM
```

1        So we met with counsel and I think had productive        09:55AM

2   sessions, identifying what was lacking, showing a model file,   09:55AM

3   showing how we keep the binders organized in terms of various   09:55AM

4   sections, the board composition, the contractor quote, the      09:55AM

5   pictures, the cancelled checks, so on and so forth.  So that    09:56AM

6   process seems to be working a little bit better.                09:56AM

7        In connection with my earlier statements about            09:56AM

8   Moss being available for monthly meetings on remediation, Moss  09:56AM

9   also gives us, Knauf, some guidance on construction cost issues 09:56AM

10  and whether or not, for an already remediated home, if the      09:56AM

11  drywall remediation protocol was followed.  So these monthly    09:56AM

12  meetings with Moss is also an opportunity for Moss to speak with 09:56AM

13  us about the stages of the deficiencies in the construction     09:56AM

14  documents or disputes regarding whether or not a protocol was   09:56AM

15  followed.  It would also be an opportunity maybe not to resolve 09:56AM

16  the claim but to advance the process in making that resolution. 09:56AM

17           THE COURT:  All right.  Fine.                          09:56AM

18           Anything on the Lafarge entities?                      09:56AM

19        MR. HERMAN:  Not at this time, Your Honor.                09:57AM

20           We'd like to again, with regard to counsel for         09:57AM

21  Banner, INEX, L&W and insurers, just indicate that they've been 09:57AM

22  cooperative.  And, in the event some issue comes up once these  09:57AM

23  settlements proceed, I have every feeling that, with Knauf, we  09:57AM

24  can, just in a telephone conference, resolve whatever the issues 09:57AM

25  are.                                                            09:57AM

```
 1              I appreciate the fact that in something this      09:57AM

 2   complex that all counsel, all liaison counsel and all counsel  09:57AM

 3   representing these various parties, have acted so professionally  09:57AM

 4   and in such way as they represented, as they should, very       09:57AM

 5   tenaciously their client's interests but at the same time were  09:57AM

 6   instrumental in getting us where we are today, Your Honor.      09:57AM

 7              THE COURT:  Well, you've heard me say that before, but  09:58AM

 8   these cases are challenging, MDLs are particularly challenging,  09:58AM

 9   but the reason they work is because of the quality and          09:58AM

10   professionalism of the lawyers involved in these types of cases.  09:58AM

11   Otherwise, they wouldn't work at all.  You've got a case like    09:58AM

12   this where we have over 20,000 claimants, but we have over 1,000  09:58AM

13   defendants in this case, insurance agents from all over the      09:58AM

14   world.  And it really takes a skill to handle them, and the      09:58AM

15   lawyers have provided that in this case.                         09:58AM

16              The next meeting is the November meeting, which is   09:58AM

17   November the 21st.                                               09:58AM

18              The December date available would be December         09:58AM

19   19th.  But, if we can't do that, some time in January would be   09:58AM

20   the next one for me.  December 19th, is there any problem?       09:58AM

21              MR. LEVIN:  It's not available for me, but perhaps    09:58AM

22   Russ.                                                            09:59AM

23              MR. HERMAN:  It's not available for me, but I'm certain  09:59AM

24   that Mr. Davis will make himself available.  If they don't send  09:59AM

25   him to Russia, he should be available.                           09:59AM
```

1          THE COURT:  Anything for December 19th from the          09:59AM

2  defendants?                                                      09:59AM

3              November 21st, I'll see you all then.  And then      09:59AM

4  December 19th.                                                   09:59AM

5              Court's in recess.                                   09:59AM

6              (10:00 a.m., proceedings concluded.)                 09:59AM

7

8

9                          CERTIFICATE

10

11

12        I, Susan A. Zielie, Official Court Reporter, do hereby
   certify that the foregoing transcript is correct.

13

14                          /S/ SUSAN A. ZIELIE, FCRR

15                          _____
                                 Susan A. Zielie, FCRR

16

17

18

19

20

21

22

23

24

25

## $

**$100,000** [1] - 30:14
**$14** [1] - 4:1
**$17** [1] - 4:1
**$17.52** [1] - 19:12
**$20** [1] - 4:3
**$3,710** [1] - 19:13
**$4,300** [1] - 6:7

## /

**/S** [1] - 33:14

## 0

**08-CR-140** [1] - 1:6

## 1

**1** [2] - 3:19, 30:12
**1,000** [1] - 32:12
**1,461** [1] - 13:9
**1,765** [1] - 12:12
**10,298** [2] - 12:11, 14:12
**106** [2] - 2:18, 16:4
**10:00** [1] - 33:6
**11** [1] - 24:23
**11,017** [1] - 12:21
**1100** [1] - 2:14
**12,000** [1] - 19:21
**12,478** [1] - 13:11
**120** [1] - 10:19
**127** [1] - 13:15
**12th** [1] - 28:11
**14** [1] - 24:1
**17** [1] - 29:9
**17th** [1] - 13:15
**18** [2] - 4:6, 20:21
**18,501** [2] - 12:15, 14:16
**19th** [4] - 32:19, 32:20, 33:1, 33:4
**1st** [1] - 4:5

## 2

**20** [1] - 27:4
**20,000** [1] - 32:12
**2006** [1] - 5:21
**2011** [1] - 20:19
**2013** [3] - 1:6, 3:1, 11:14
**2013-4** [2] - 16:21, 16:24
**2013-5** [1] - 17:2
**2047** [1] - 3:6
**21st** [2] - 32:17, 33:3
**22** [1] - 29:9

**23231** [1] - 2:3
**24** [2] - 1:6, 3:1
**2450** [1] - 2:23
**250** [1] - 2:3
**25th** [10] - 11:14, 19:10, 20:4, 20:12, 21:2, 21:8, 21:14, 27:9, 27:19, 28:16
**26,376** [2] - 12:18, 14:20

## 3

**3,500** [1] - 17:19
**30** [2] - 17:3, 27:24
**300** [1] - 20:22
**325** [1] - 20:22
**3650** [1] - 2:6
**3700** [1] - 2:14
**38** [1] - 14:16

## 4

**40** [1] - 6:2
**400** [2] - 2:22, 27:25
**406** [1] - 1:21
**42** [3] - 4:4, 14:13, 14:20
**45** [1] - 14:14
**47** [1] - 14:22
**48** [1] - 14:25

## 5

**5** [1] - 7:11
**50/50** [1] - 4:21
**500** [1] - 1:21
**504.524.3300** [1] - 2:8
**504.561.7799** [1] - 2:24
**504.581.4892** [1] - 2:11
**504.589.7781** [1] - 1:23
**504.599.8000** [1] - 2:15
**55** [1] - 14:18

## 6

**6** [3] - 14:13, 14:17, 14:21
**60** [1] - 11:8
**68** [1] - 15:9

## 7

**7** [1] - 11:10
**7,178** [1] - 14:17
**70** [1] - 11:8

**70084** [1] - 2:19
**701** [1] - 2:6
**70113** [1] - 2:11
**70130** [2] - 1:22, 2:23
**70139-3650** [1] - 2:7
**70163-3700** [1] - 2:10, 20:16
**720** [2] - 27:12, 27:15

## 8

**8,533** [1] - 12:12
**8,627** [1] - 3:25
**804.521.7299** [1] - 2:4
**820** [1] - 2:10
**866-866-1729** [1] - 18:4

## 9

**9** [1] - 27:12
**9,000** [1] - 13:14
**9,346** [1] - 13:20
**985.536.1186** [1] - 2:19
**99** [1] - 15:21
**9:00** [1] - 3:2

## A

**a.m** [1] - 33:6
**A.M** [1] - 3:2
**able** [12] - 4:5, 17:9, 17:24, 18:17, 19:1, 19:17, 22:6, 22:20, 22:22, 25:5, 27:20, 28:7
**absentee** [1] - 25:7
**accept** [1] - 29:23
**accepted** [1] - 19:6
**access** [1] - 25:9
**accessed** [1] - 5:22
**accommodate** [1] - 6:2
**accommodations** [1] - 3:24
**accordingly** [1] - 28:17
**acted** [2] - 24:14, 32:3
**action** [1] - 8:14
**actions** [1] - 8:4
**activities** [2] - 4:9, 4:22
**activity** [5] - 5:5, 12:9, 13:14, 13:19, 13:22
**Adams** [1] - 11:8
**add** [2] - 8:7, 26:4
**addition** [1] - 19:14
**additional** [2] - 7:3, 16:19
**address** [3] - 18:17,

26:9, 29:9
**addresses** [2] - 23:2, 29:24
**adjusted** [1] - 5:2
**administration** [2] - 4:24, 16:20
**administrator** [2] - 5:16, 12:1
**advance** [1] - 31:16
**affected** [1] - 14:16
**afternoon** [3] - 8:2, 9:24, 9:25
**AG** [1] - 2:5
**agenda** [1] - 3:18
**agents** [1] - 32:13
**agreed** [1] - 20:18
**agreement** [3] - 13:25, 14:6, 26:17
**agrees** [1] - 29:6
**ahead** [3] - 12:25, 13:8, 16:4
**aided** [1] - 1:25
**air** [1] - 23:17
**Alabama** [3] - 23:8, 23:14, 23:20
**allowed** [1] - 19:9
**allowing** [1] - 18:15
**Amendment** [2] - 11:20, 26:16
**analogous** [1] - 23:5
**analysis** [1] - 18:21
**answer** [5] - 18:15, 21:7, 21:9, 21:11
**answered** [1] - 17:19
**anticipate** [1] - 15:2
**appeal** [2] - 17:2, 17:5
**appeals** [1] - 24:11
**appearance** [1] - 3:8
**APPEARANCES** [1] - 2:1
**appeared** [1] - 8:17
**appointed** [2] - 5:25, 25:8
**appointing** [1] - 25:14
**appreciate** [3] - 7:19, 19:3, 32:1
**approaches** [1] - 13:22
**appropriate** [1] - 20:13
**approval** [1] - 26:16
**approve** [1] - 7:18
**Arbitrator** [1] - 2:21
**areas** [1] - 26:7
**argument** [1] - 24:4
**arguments** [1] - 24:9
**arising** [1] - 25:19
**Arnold** [3] - 8:19, 24:7, 29:9

**Arnold's** [1] - 21:10
**arranged** [1] - 9:16
**arrangement** [1] - 5:12
**arrangements** [1] - 4:14
**Article** [1] - 29:9
**assess** [1] - 14:5
**assigned** [2] - 10:20, 11:6
**assist** [1] - 11:6
**association** [1] - 25:9
**AT** [1] - 1:4
**attached** [1] - 27:16
**attachment** [2] - 9:12, 28:5
**attempting** [1] - 29:20
**attention** [1] - 6:15
**attorney** [1] - 4:25
**attorneys** [2] - 17:15, 24:17
**August** [2] - 20:19, 28:11
**available** [13] - 8:24, 10:1, 16:16, 17:12, 17:13, 25:6, 31:8, 32:18, 32:21, 32:23, 32:24, 32:25
**Avenue** [1] - 2:10
**avoid** [1] - 29:20
**aware** [1] - 20:16
**awful** [1] - 27:5

## B

**bad** [1] - 6:17
**Banner** [5] - 10:6, 11:11, 15:12, 25:17, 31:21
**BARRIOS** [2] - 2:5, 7:13
**Barrios** [2] - 2:5, 7:13
**barrios@bkc** [1] - 2:7
**barrios@bkc-law. com** [1] - 2:7
**base** [1] - 19:13
**based** [2] - 4:9, 5:18
**basis** [2] - 6:12, 8:15
**Bean** [1] - 28:11
**beat** [1] - 28:8
**beating** [1] - 18:24
**becket@becnellaw. com** [1] - 2:20
**BECNEL** [8] - 2:17, 10:17, 21:16, 22:18, 22:25, 23:12, 23:15, 23:24
**Becnel** [1] - 2:17
**become** [1] - 21:25
**BEFORE** [1] - 1:11

**began** [1] - 14:11
**beginning** [2] - 4:4, 10:22
**begun** [5] - 14:15, 15:8, 15:12, 15:13, 16:14
**behalf** [3] - 3:11, 3:13, 20:11
**below** [1] - 4:2
**bench** [1] - 20:3
**beneficial** [2] - 28:2, 28:18
**benefit** [1] - 8:23
**best** [2] - 14:5, 28:8
**better** [1] - 31:6
**between** [2] - 5:24, 19:19, 20:19
**big** [2] - 6:13, 20:20
**bigger** [1] - 7:4
**binders** [1] - 31:3
**bit** [1] - 31:6
**Blaine** [1] - 24:21
**blasts** [1] - 18:6
**blocks** [1] - 4:1
**board** [2] - 29:3, 31:4
**boat** [1] - 22:5
**Bob** [5] - 20:20, 26:2, 26:24, 26:25, 27:24
**body** [1] - 24:17
**box** [2] - 17:18, 17:20
**BP** [1] - 7:7
**breakdown** [1] - 12:12
**bricks** [1] - 9:13
**brief** [2] - 20:10, 28:10
**briefed** [1] - 30:12
**briefly** [1] - 30:20
**briefs** [2] - 24:8, 24:12
**BrownGreer** [11] - 2:2, 11:14, 11:16, 11:23, 11:25, 19:15, 26:3, 27:11, 27:12, 27:19, 27:23
**bucket** [1] - 14:3
**build** [1] - 9:23
**Bull** [1] - 4:13
**bushes** [2] - 18:24, 28:8
**business** [1] - 15:4
**buy** [1] - 21:21

## C

**cancelled** [1] - 31:5
**cannot** [1] - 6:19
**CAP** [4] - 11:19, 16:21, 16:24, 17:2
**CAPS** [2] - 17:25, 18:1
**care** [1] - 16:1
**case** [13] - 3:5, 3:6, 6:25, 11:8, 12:1,

21:6, 23:4, 25:10, 29:3, 29:18, 32:11, 32:13, 32:15
**Case** [1] - 1:6
**CASE** [1] - 3:6
**cases** [13] - 5:6, 5:8, 6:13, 6:14, 6:15, 6:23, 7:14, 15:15, 22:12, 24:16, 29:12, 32:8, 32:10
**Casteix** [1] - 2:5
**catch** [1] - 13:25
**catch-22** [1] - 22:2
**catch-all** [1] - 13:25
**category** [2] - 14:1, 14:2
**cdwquestions@ browngreer.com** [1] - 17:19
**Central** [2] - 15:4, 15:5
**central** [1] - 4:3
**Centre** [1] - 2:13
**certain** [3] - 6:18, 30:24, 32:23
**certainly** [2] - 18:22, 27:10
**CERTIFICATE** [1] - 33:9
**certificates** [1] - 23:12
**certification** [4] - 21:22, 22:5, 22:10, 23:22
**certified** [1] - 22:21
**certify** [1] - 33:12
**challenging** [2] - 32:8
**chambers** [4] - 9:2, 25:3, 26:9, 26:13
**change** [1] - 29:24
**changed** [2] - 10:19, 26:1
**charged** [2] - 4:15, 4:16
**checks** [1] - 31:5
**China** [1] - 30:2
**Chinese** [12] - 3:6, 4:6, 16:6, 21:24, 23:22, 23:23, 24:22, 27:20, 28:6, 29:12, 29:20
**chunk** [1] - 20:20
**Circuit** [6] - 4:23, 24:5, 29:4, 30:1, 30:11
**claim** [14] - 7:18, 7:20, 12:22, 13:3, 13:10, 15:7, 16:25, 17:23, 17:25, 18:14, 27:9, 27:13, 27:19, 31:16
**claimant** [1] - 16:25
**claimants** [18] - 12:11, 12:13, 12:14, 12:15, 13:4, 14:12, 14:14,

15:8, 15:14, 15:16, 15:22, 16:14, 17:3, 17:7, 17:15, 18:9, 32:12
**claims** [47] - 11:5, 11:13, 12:3, 12:16, 12:10, 12:16, 12:17, 12:18, 12:20, 12:21, 12:25, 13:3, 13:5, 13:9, 13:12, 13:15, 13:18, 13:20, 14:2, 14:4, 14:6, 14:8, 14:11, 14:13, 14:15, 14:20, 14:21, 14:24, 15:10, 15:13, 15:25, 16:19, 16:22, 17:21, 18:4, 18:19, 19:17, 19:19, 20:18, 20:20, 21:4, 21:8, 21:14, 23:1, 27:20
**Claims** [1] - 13:17
**clarified** [1] - 17:7
**clarify** [1] - 17:24
**class** [5] - 7:17, 8:4, 8:14, 16:6, 20:16
**clear** [5] - 19:12, 21:2, 21:12, 22:4, 28:16
**client's** [1] - 32:5
**clients** [1] - 21:16
**close** [1] - 15:4
**coils** [1] - 23:18
**collateral** [1] - 30:11
**collecting** [1] - 20:21
**column** [2] - 13:16, 13:19
**combination** [1] - 16:7
**coming** [1] - 18:20
**comment** [1] - 20:10
**commented** [1] - 20:12
**comments** [1] - 28:4
**Committee** [1] - 3:11
**committee** [1] - 18:25
**committees** [2] - 5:25, 6:1
**communicated** [1] - 21:10
**communication** [5] - 9:3, 9:17, 10:12, 27:23
**communications** [3] - 27:16, 28:7, 28:18
**complainant** [2] - 12:18, 16:9
**complaints** [1] - 23:16
**complete** [2] - 13:2, 30:25
**completed** [1] - 27:13
**complex** [1] - 32:2
**complexity** [1] - 29:3

**compliment** [2] - 10:17, 11:4
**component** [1] - 23:10
**composition** [1] - 31:4
**Computer** [1] - 1:25
**Computer-aided** [1] - 1:25
**concern** [1] - 5:19
**concerned** [3] - 21:18, 29:25, 30:2
**concerns** [2] - 16:23, 17:1
**concluded** [1] - 33:6
**conditioning** [1] - 23:17
**condominium** [1] - 22:12
**condominiums** [2] - 22:12, 22:14
**Conference** [1] - 1:7
**conference** [17] - 3:15, 4:17, 4:19, 6:10, 8:18, 8:25, 9:6, 9:24, 9:25, 10:11, 13:13, 13:20, 16:18, 22:23, 30:22, 31:24
**conferences** [1] - 9:22
**conferencing** [1] - 6:4
**confidence** [1] - 6:25
**connection** [2] - 19:5, 31:7
**consolidation** [1] - 24:13
**construction** [2] - 31:9, 31:13
**consumer** [1] - 5:1
**contact** [1] - 18:11
**contaminated** [3] - 22:9, 22:10, 23:7
**continue** [2] - 8:15, 29:19
**continuing** [2] - 29:14, 30:6
**contractor** [1] - 31:4
**contradictory** [1] - 30:16
**conversation** [1] - 28:10
**cooperated** [1] - 25:18
**cooperative** [1] - 31:22
**copy** [2] - 12:22, 27:16
**corporations** [2] - 29:13, 29:25
**correct** [2] - 23:24, 33:12
**cost** [9] - 4:21, 5:9, 6:6, 6:15, 7:3, 7:5, 20:25, 30:11, 31:9
**costs** [5] - 5:16, 5:21,

6:16, 6:19, 20:8
**Counsel** [1] - 3:8
**counsel** [16] - 3:17, 8:23, 12:12, 15:17, 21:3, 21:6, 21:12, 25:17, 26:3, 29:9, 29:25, 31:1, 31:20, 32:2
**country** [1] - 6:15
**couple** [6] - 6:21, 8:24, 9:13, 21:16, 26:7, 29:5
**course** [1] - 24:15
**COURT** [48] - 1:2, 3:3, 3:8, 3:14, 4:13, 5:7, 5:17, 6:13, 7:9, 7:12, 7:24, 8:4, 8:8, 8:11, 9:5, 10:3, 10:15, 10:25, 13:23, 18:19, 18:23, 20:5, 20:8, 21:15, 22:6, 22:20, 23:6, 23:25, 24:3, 24:19, 24:23, 25:13, 25:21, 25:24, 26:4, 26:10, 26:18, 26:21, 26:23, 27:3, 27:7, 28:3, 28:21, 30:6, 30:19, 31:17, 32:7, 33:1
**court** [5] - 5:25, 7:10, 7:14, 8:16, 25:10
**Court** [12] - 1:20, 3:12, 3:22, 10:24, 11:22, 18:22, 19:4, 19:16, 27:2, 27:8, 29:10, 33:11
**Court's** [3] - 17:14, 28:4, 33:5
**court-appointed** [1] - 5:25
**courthouse** [2] - 4:1, 10:1
**courtroom** [3] - 11:12, 11:17, 11:22
**covered** [1] - 27:5
**CPA** [1] - 4:13
**crossover** [1] - 5:24
**CSD** [1] - 19:7
**curator** [3] - 18:8, 27:1, 28:14
**cure** [1] - 13:6

## D

**damage** [2] - 14:1, 14:8
**DANIEL** [1] - 2:17
**Danny** [5] - 11:1, 11:4, 22:17, 22:23, 23:2
**Danny's** [1] - 11:5

**data** [2] - 12:8, 15:24
**database** [2] - 13:10, 15:22
**date** [3] - 19:8, 24:13, 32:18
**DAVIS** [1] - 2:9
**Davis** [4] - 19:5, 19:25, 30:23, 32:24
**Dawn** [2] - 7:12, 7:13
**DAWN** [1] - 2:5
**days** [4] - 12:10, 17:3, 18:13, 27:24
**deadline** [11] - 11:13, 11:18, 12:4, 12:25, 13:22, 14:3, 15:1, 15:3, 18:18, 19:9, 19:10
**deadlines** [4] - 7:19, 19:10, 20:13
**deal** [3] - 13:14, 26:7, 28:17
**dealing** [3] - 9:2, 9:9, 11:9
**dealt** [1] - 23:20
**December** [6] - 20:19, 32:18, 32:20, 33:1, 33:4
**decision** [1] - 17:5
**default** [2] - 30:13
**defaults** [2] - 29:8, 29:12
**defective** [1] - 29:7
**Defendant** [1] - 2:12
**defendants** [6] - 24:3, 24:12, 29:13, 29:20, 32:13, 33:2
**Defense** [1] - 3:11
**deficiencies** [1] - 31:13
**denial** [3] - 15:21, 16:2, 17:3
**denied** [1] - 15:19
**depositories** [1] - 6:23
**depository** [4] - 3:23, 3:24, 5:19, 6:3
**depository's** [1] - 6:4
**despite** [1] - 29:19
**destruction** [1] - 28:25
**destructive** [1] - 22:3
**details** [1] - 17:14
**developed** [2] - 11:16, 15:15
**development** [1] - 18:7
**devices** [1] - 6:20
**Diaz** [1] - 7:23
**different** [5] - 5:11, 6:1, 6:23, 6:25, 26:5
**differently** [1] - 6:1

**difficult** [2] - 5:13, 30:7
**direct** [1] - 26:13
**direction** [1] - 20:10
**disbursed** [1] - 7:16
**disclose** [1] - 21:20
**discovered** [2] - 23:16
**discuss** [2] - 3:17, 8:25
**dismiss** [1] - 22:2
**disputes** [1] - 31:14
**distance** [1] - 27:6
**district** [1] - 4:3
**DISTRICT** [3] - 1:2, 1:3, 1:12
**divide** [1] - 7:4
**divided** [2] - 4:21, 5:16
**document** [1] - 13:7
**documentation** [5] - 13:2, 15:11, 16:5, 17:8, 30:25
**documents** [1] - 31:14
**done** [13] - 5:12, 6:24, 9:8, 10:20, 17:1, 18:21, 22:6, 22:16, 28:8, 28:13, 28:22, 30:9
**down** [2] - 28:4, 29:21
**dozen** [1] - 28:12
**Drawer** [1] - 2:18
**drywall** [9] - 16:6, 21:18, 21:23, 22:9, 22:10, 22:13, 29:7, 29:12, 31:11
**Drywall** [13] - 3:7, 4:6, 4:10, 4:16, 4:25, 6:10, 21:24, 21:25, 23:23, 24:22, 27:20, 28:6
**duplicate** [1] - 19:18
**during** [1] - 10:22

## E

**early** [4] - 9:3, 10:12, 11:5, 11:8
**EASTERN** [1] - 1:3
**effect** [2] - 5:20, 29:2
**effective** [1] - 29:22
**either** [4] - 9:24, 12:22, 13:12, 14:15, 16:5, 23:4
**ELDON** [1] - 1:11
**electronic** [1] - 15:15
**electronically** [2] - 12:22, 15:19
**eligibility** [1] - 17:4
**eligible** [1] - 15:11
**email** [2] - 17:20, 18:6

**emotional** [2] - 9:12, 28:5
**employee** [1] - 5:16
**employees** [1] - 5:14
**encourage** [1] - 12:24
**end** [2] - 5:2, 10:23
**Energy** [1] - 2:13
**entered** [1] - 29:11
**entertain** [2] - 21:8, 21:13
**entities** [1] - 31:18
**entry** [1] - 29:8
**ESQ** [6] - 2:2, 2:5, 2:9, 2:9, 2:12, 2:21
**essentially** [1] - 27:18
**establish** [2] - 8:8, 16:19
**establishment** [1] - 25:7
**estate** [1] - 23:13
**estimate** [1] - 20:25
**eve** [1] - 18:18
**event** [1] - 31:22
**eventual** [1] - 11:9
**evidence** [4] - 16:7, 28:23, 28:25, 29:6
**evolved** [1] - 8:13
**exactly** [1] - 13:5
**example** [1] - 18:16
**except** [1] - 29:5
**excess** [2] - 19:23, 27:25
**excluded** [1] - 14:5
**excludes** [1] - 6:18
**exclusively** [1] - 15:22
**excuse** [2] - 4:1, 25:1
**expect** [1] - 24:9
**expense** [2] - 8:9, 15:13
**expensive** [2] - 30:7, 30:13
**extend** [1] - 20:4
**extension** [2] - 27:8, 27:18
**extent** [1] - 8:20
**extra** [1] - 6:5
**extras** [1] - 6:7

## F

**facility** [2] - 5:9, 5:14
**fact** [2] - 29:20, 32:1
**factor** [2] - 21:5, 28:7
**fair** [2] - 21:6, 24:6
**fall** [1] - 30:23
**FALLON** [1] - 1:11
**Fallon** [2] - 3:13, 28:24
**familiar** [1] - 11:22

**families** [2] - 9:10, 9:13
**far** [5] - 7:15, 12:19, 14:7, 16:3, 17:20
**Farly** [1] - 26:9
**FCRR** [3] - 1:20, 33:14, 33:15
**feet** [1] - 3:25
**felt** [1] - 27:20
**few** [1] - 12:9
**field** [1] - 20:25
**Fifth** [6] - 4:23, 24:5, 29:4, 30:1, 30:11
**figure** [2] - 15:10, 22:17
**figures** [1] - 30:8
**figuring** [1] - 4:6
**file** [3] - 17:23, 25:10, 31:2
**filed** [4] - 12:20, 23:15, 24:25, 30:5
**files** [1] - 30:25
**filing** [3] - 12:3, 27:9, 27:13
**filings** [1] - 19:18
**fine** [2] - 10:15, 31:17
**Firm** [1] - 2:17
**firm** [2] - 11:4, 21:10
**first** [5] - 3:19, 4:11, 5:8, 9:5, 27:17
**five** [1] - 10:22
**fix** [1] - 16:9
**fixing** [1] - 9:19
**Florida** [1] - 7:24
**focus** [1] - 15:6
**focused** [1] - 6:16
**folded** [1] - 21:1
**folks** [2] - 9:25, 23:14
**followed** [2] - 31:11, 31:15
**foot** [3] - 4:2, 4:3, 19:12
**footnote** [1] - 5:18
**FOR** [1] - 1:2
**foregoing** [1] - 33:12
**form** [5] - 7:18, 12:22, 27:14, 27:19, 28:15
**formally** [1] - 20:4
**forms** [2] - 7:21, 25:21
**forth** [3] - 7:1, 17:2, 31:5
**forward** [2] - 17:1, 18:15
**four** [1] - 4:1
**Fourth** [2] - 11:19, 26:16
**frankly** [1] - 7:6
**Fred** [1] - 8:19
**free** [2] - 18:2, 23:22

**frequently** [1] - 25:24
**Frilot** [1] - 2:13
**frustrating** [1] - 30:17
**full** [3] - 5:15, 8:6, 24:20
**full-time** [1] - 5:15
**fully** [2] - 11:15, 25:18
**fund** [1] - 8:9
**funds** [1] - 25:6

## G

**Garret** [1] - 4:13
**Garrett** [2] - 4:18, 6:9
**general** [1] - 15:6
**generals'** [1] - 4:25
**gentleman** [1] - 11:6
**gentlemen** [1] - 3:4
**given** [1] - 17:7
**global** [3] - 10:6, 11:11, 15:12
**goal** [1] - 16:12
**grant** [1] - 26:21
**great** [3] - 5:17, 7:7, 13:14
**greater** [1] - 12:15
**greatly** [1] - 15:2
**GREER** [4] - 2:2, 11:24, 13:24, 18:21
**Greer** [3] - 11:14, 11:23, 11:24
**group** [2] - 18:25, 22:20
**guidance** [1] - 31:9

## H

**Hague** [1] - 30:15
**half** [1] - 28:12
**hand** [1] - 6:17
**handful** [1] - 25:7
**handle** [1] - 32:14
**handled** [2] - 27:25, 28:1
**hard** [2] - 12:22, 18:14
**Harris** [1] - 8:17
**HB** [1] - 1:21
**heard** [2] - 27:9, 32:7
**hearing** [1] - 26:6
**help** [2] - 18:8, 28:21
**helpful** [2] - 9:15, 11:3
**hereby** [1] - 33:11
**HERMAN** [23] - 2:9, 3:12, 3:21, 4:17, 5:15, 5:18, 7:3, 7:11, 8:6, 8:10, 11:4, 19:4, 24:1, 24:4, 24:20, 24:24, 25:16, 25:23, 26:2, 28:24, 30:10, 31:19, 32:23

**herman** [1] - 2:10
**Herman** [9] - 2:10, 3:13, 8:18, 8:19, 12:3, 19:25, 21:10, 27:10
**Herman's** [1] - 20:12
**high** [1] - 14:23
**himself** [1] - 32:24
**historically** [1] - 6:13
**hit** [1] - 13:17
**Hobbie** [2] - 24:23, 25:2
**hold** [1] - 25:12
**holding** [1] - 13:7
**home** [4] - 9:3, 9:19, 23:22, 31:10
**homeowner** [1] - 10:21
**homeowners** [6] - 8:21, 8:22, 11:7, 16:22, 25:18, 28:5
**homes** [8] - 8:14, 9:3, 9:10, 9:11, 10:20, 23:13, 30:19, 30:24
**Honor** [46] - 3:10, 3:21, 4:17, 6:11, 7:13, 7:25, 8:6, 8:10, 8:12, 8:16, 9:2, 9:21, 10:8, 11:10, 11:15, 11:24, 12:2, 12:4, 13:13, 13:21, 14:9, 14:23, 15:15, 16:8, 17:11, 18:6, 18:10, 19:4, 19:11, 20:2, 20:9, 20:16, 21:7, 24:1, 24:16, 24:24, 25:2, 25:11, 25:16, 26:8, 26:25, 30:5, 30:10, 30:20, 31:19, 32:6
**Honor's** [4] - 5:3, 5:19, 11:17, 25:6
**HONORABLE** [1] - 1:11
**honored** [1] - 11:25
**hopefully** [2] - 4:6, 24:9
**host** [2] - 10:2
**hours** [2] - 8:24, 14:25
**house** [1] - 21:20

**I**

**idea** [1] - 19:17
**identifying** [1] - 31:2
**ignoring** [1] - 30:15
**II** [1] - 7:11
**III** [1] - 2:17
**immediately** [1] - 24:16

**important** [3] - 12:25, 18:6, 27:21
**imported** [1] - 24:22
**IN** [2] - 1:2, 1:6
**in-box** [2] - 17:18, 17:20
**including** [1] - 19:22
**incomplete** [3] - 13:5, 15:18, 16:4
**increase** [1] - 15:2
**indica** [1] - 16:6
**indicate** [1] - 31:21
**individually** [1] - 29:16
**individuals** [1] - 28:12
**INEX** [7] - 10:6, 11:11, 15:13, 23:9, 23:10, 25:17, 31:21
**information** [2] - 5:22, 18:11
**infrequently** [1] - 28:25
**initial** [2] - 4:21, 10:18
**ink** [1] - 29:23
**input** [1] - 22:24
**inspected** [1] - 20:23
**inspecting** [1] - 22:20
**inspection** [1] - 28:15
**inspections** [2] - 11:7, 11:8
**instances** [1] - 16:22, 29:5
**instead** [1] - 29:23
**instrumental** [1] - 32:6
**insurance** [1] - 32:13
**insurers** [2] - 25:17, 31:21
**intake** [1] - 15:7
**interest** [2] - 5:10, 5:19
**interested** [3] - 5:9, 6:22, 7:2
**interesting** [1] - 5:7
**interests** [1] - 32:5
**intervened** [1] - 29:18
**introduce** [1] - 11:21
**invest** [1] - 29:14
**involved** [3] - 8:20, 30:23, 32:10
**issue** [15] - 9:16, 10:8, 10:9, 16:8, 22:7, 22:11, 22:15, 23:1, 23:4, 23:8, 24:23, 25:13, 30:11, 31:22
**issued** [5] - 7:20, 15:21, 16:2, 16:4, 24:24
**issues** [7] - 5:1, 8:20, 9:1, 10:13, 25:4,

31:9, 31:24
**issuing** [1] - 15:14
**item** [1] - 3:19

**J**

**January** [2] - 24:9, 32:19
**job** [1] - 29:22
**Joe** [1] - 8:16
**JOHNSTON** [3] - 2:21, 26:25, 27:4
**Johnston** [7] - 2:22, 18:8, 20:20, 26:2, 26:24, 26:25, 27:24
**joint** [1] - 5:19
**jointly** [1] - 6:23
**JONES** [1] - 28:4
**JONSTON** [1] - 27:8
**judge** [1] - 21:16
**Judge** [4] - 3:13, 25:15, 26:22, 28:24
**JUDGE** [2] - 1:12, 28:4
**judges** [1] - 5:11
**juncture** [1] - 25:16
**juries** [1] - 3:25
**jurisdiction** [3] - 29:15, 29:16, 29:17
**jurisdictions** [1] - 29:19
**jurisprudence** [1] - 30:14
**jury** [1] - 8:2

**K**

**Katrina/Rita** [1] - 5:20
**Katz** [3] - 2:10, 8:19, 21:10
**keep** [2] - 4:14, 31:3
**keeping** [1] - 11:2
**kept** [1] - 5:22
**Kerry** [8] - 3:10, 7:25, 8:12, 20:10, 22:16, 26:14, 28:10, 30:20
**KERRY** [1] - 2:12
**key** [1] - 9:4
**Kingsdorf** [1] - 2:5
**kmiller@frilot.com** [1] - 2:16
**Knauf** [20] - 3:11, 8:1, 8:12, 10:6, 11:11, 11:19, 16:21, 19:19, 20:11, 20:15, 21:4, 21:8, 21:13, 21:18, 21:21, 21:22, 26:14, 28:13, 31:9, 31:23
**Knauf/PSC** [1] - 26:17
**known** [2] - 21:13, 23:1

**knows** [3] - 7:1, 10:4, 23:2
**KTP** [2] - 23:4, 23:6
**Kyle** [1] - 23:21

**L**

**L&W** [3] - 11:11, 25:17, 31:21
**LA** [5] - 2:7, 2:11, 2:15, 2:19, 2:23
**lacked** [1] - 30:25
**lacking** [1] - 31:2
**ladies** [1] - 3:3
**Lafarge** [1] - 31:18
**last** [16] - 8:18, 10:10, 10:19, 12:8, 12:9, 12:10, 13:7, 13:13, 13:20, 14:25, 16:18, 18:10, 19:15, 20:21, 27:24, 30:22
**late** [3] - 8:2, 19:6, 20:2
**latest** [1] - 6:4
**Law** [2] - 2:17, 2:21
**law.com** [1] - 2:7
**lawsuits** [1] - 29:17
**lawyers** [8] - 6:3, 6:18, 6:19, 8:20, 10:21, 11:7, 32:10, 32:15
**lead** [2] - 21:11, 29:9
**learned** [1] - 7:4
**lease** [3] - 4:4, 6:7, 19:12
**least** [6] - 4:7, 10:4, 10:22, 28:12, 29:12, 29:15
**legislatively** [1] - 30:9
**Lenny** [3] - 8:19, 21:17, 30:23
**LEONARD** [1] - 2:9
**letters** [1] - 9:7
**LEVIN** [2] - 19:25, 20:7, 29:11, 32:21
**Levin** [1] - 29:9
**Liability** [1] - 3:7
**LIABILITY** [1] - 1:6
**liaison** [4] - 21:12, 25:18, 26:3, 32:2
**liaison/lead** [1] - 3:17
**limit** [1] - 13:18
**linked** [1] - 29:16
**list** [1] - 27:12
**listed** [1] - 18:1
**litigants** [2] - 6:18, 30:1
**litigation** [2] - 8:9, 26:1
**LITIGATION** [1] - 1:6
**Litigation** [1] - 3:7

**LLC** [4] - 2:10, 2:13, 2:17, 2:22
**LLP** [1] - 2:5
**longshoreman** [1] - 29:21
**look** [3] - 14:2, 17:6, 23:18
**looked** [3] - 7:6, 9:12, 15:9
**looking** [2] - 23:12, 30:8
**LOUISIANA** [2] - 1:3, 3:1
**Louisiana** [1] - 1:22
**lower** [1] - 23:4
**Lynn** [3] - 11:14, 11:22, 11:24
**LYNN** [1] - 2:2

**M**

**magdish** [1] - 26:12
**magnificent** [1] - 10:24
**maintain** [1] - 29:5
**major** [1] - 29:24
**majority** [1] - 14:6
**MANAGER** [1] - 3:6
**Manufacturers** [1] - 3:7
**market** [2] - 4:2
**Master** [2] - 2:2, 17:10
**matter** [4] - 11:10, 14:4, 26:9, 30:10
**matters** [5] - 4:25, 5:1, 25:19, 26:6, 26:15
**MDL** [1] - 3:6
**MDLs** [1] - 32:8
**mean** [1] - 30:7
**meet** [5] - 4:18, 5:4, 6:8, 10:1, 10:21
**meeting** [8] - 6:2, 6:10, 10:18, 19:14, 25:3, 32:16
**meetings** [4] - 9:1, 9:15, 31:8, 31:12
**membership** [1] - 16:6
**memories** [1] - 9:13
**mention** [1] - 15:3
**mentioned** [1] - 9:6
**met** [4] - 3:17, 8:18, 10:10, 31:1
**methods** [1] - 6:16
**microphone** [1] - 3:16
**middle** [1] - 10:23
**midnight** [2] - 15:3, 15:5, 19:6
**might** [2] - 21:5, 22:5
**Miller** [7] - 3:10, 7:25, 8:12, 20:10, 26:14,

28:11, 30:20
**MILLER** [17] - 2:12, 3:10, 7:25, 8:12, 9:21, 10:8, 20:9, 23:1, 23:8, 23:14, 23:19, 25:1, 25:15, 26:14, 26:22, 26:24, 30:20
**million** [1] - 30:13
**minimizing** [1] - 6:16
**minute** [1] - 21:24
**miscellaneous** [2] - 13:23, 13:24
**missed** [1] - 17:6
**missing** [2] - 13:6, 16:9
**mixed** [2] - 19:19, 29:3
**mock** [1] - 3:25
**mode** [1] - 26:5
**model** [1] - 31:2
**month** [1] - 6:7
**Monthly** [1] - 1:7
**monthly** [6] - 3:14, 6:12, 9:22, 12:2, 31:8, 31:11
**months** [5] - 4:4, 4:6, 4:22, 5:3, 20:21
**morning** [8] - 3:3, 3:10, 3:12, 7:13, 8:3, 9:25, 11:24, 26:25
**Moss** [12] - 8:17, 8:23, 10:10, 10:17, 10:21, 10:23, 21:23, 22:23, 31:8, 31:12
**moss** [1] - 20:24
**Moss's** [1] - 9:5
**most** [3] - 9:11, 15:6, 30:13
**motion** [4] - 7:18, 24:13, 26:7, 26:21
**Motions** [1] - 1:7
**motions** [3] - 8:8, 26:15, 30:5
**move** [3] - 4:11, 18:15, 20:9
**moved** [1] - 13:18
**MR** [54] - 3:10, 3:12, 3:21, 4:17, 5:15, 5:18, 7:3, 7:11, 7:25, 8:6, 8:10, 8:12, 9:21, 10:8, 10:17, 11:4, 19:4, 19:25, 20:7, 20:9, 21:16, 22:18, 22:25, 23:1, 23:8, 23:12, 23:14, 23:15, 23:19, 23:24, 24:1, 24:4, 24:20, 24:24, 25:1, 25:15, 25:16, 25:23, 26:2, 26:8, 26:11, 26:14, 26:22,

26:24, 26:25, 27:4, 27:8, 28:24, 29:11, 30:10, 30:20, 31:19, 32:21, 32:23
**MS** [4] - 7:13, 11:24, 13:24, 18:21
**MURRAY** [1] - 2:21

# N

**name** [1] - 27:23
**nature** [2] - 20:25, 29:15
**Neal** [1] - 26:11
**necessary** [1] - 19:1
**necessitated** [1] - 5:20
**need** [9] - 4:7, 7:4, 13:8, 16:9, 16:17, 21:21, 22:4, 25:8, 25:24
**needs** [1] - 13:2
**negative** [1] - 13:16
**negotiate** [1] - 4:5
**net** [3] - 6:6
**net-net-net** [1] - 6:6
**NEW** [2] - 1:4, 3:1
**new** [15] - 3:23, 3:24, 4:9, 6:3, 8:7, 8:10, 11:19, 13:14, 20:18, 21:4, 21:6, 21:8, 24:2, 24:20, 25:23
**New** [5] - 1:22, 2:7, 2:11, 2:15, 2:23
**next** [8] - 8:24, 9:10, 11:10, 18:13, 23:25, 30:18, 32:16, 32:20
**night** [4] - 12:9, 12:11, 15:4, 19:7
**nobody** [2] - 7:1, 21:21
**non** [4] - 21:18, 21:23, 22:3, 22:10
**non-contaminated** [1] - 22:10
**non-destructive** [1] - 22:3
**non-reactive** [1] - 21:18
**non-toxic** [1] - 21:23
**nonreactive** [1] - 23:17
**note** [1] - 3:8
**nothing** [9] - 8:7, 8:10, 21:23, 24:2, 24:20, 25:23, 29:7
**notice** [6] - 13:5, 16:11, 16:17, 17:4, 17:5
**notices** [9] - 15:14,

15:16, 15:21, 16:2, 16:4, 16:8, 16:14, 18:7
**November** [5] - 4:5, 4:12, 32:16, 32:17, 33:3
**number** [8] - 3:15, 5:8, 12:15, 15:2, 18:2, 19:23, 28:1
**numbers** [5] - 11:9, 12:5, 13:16, 14:11, 15:1

# O

**O'Keefe** [1] - 2:10
**objection** [1] - 26:18
**obviously** [2] - 12:24, 16:10
**occur** [1] - 24:15
**OCTOBER** [1] - 3:1
**October** [12] - 1:6, 11:14, 19:10, 20:4, 20:12, 21:2, 21:8, 21:14, 27:9, 27:12, 27:19, 28:16
**OF** [2] - 1:3, 1:10
**offer** [2] - 17:21, 20:10
**office** [7] - 10:2, 10:18, 10:20, 11:6, 21:17, 27:11
**Offices** [1] - 2:21
**Official** [1] - 1:20, 33:11
**Oldfather** [1] - 5:1
**ombudsman** [2] - 10:9, 10:10
**Omni** [1] - 23:15
**once** [3] - 6:6, 22:7, 31:22
**One** [1] - 2:6
**one** [15] - 4:17, 5:15, 5:16, 5:18, 6:3, 7:2, 10:8, 22:12, 23:15, 23:25, 25:4, 26:15, 29:13, 29:18, 32:20
**ones** [1] - 12:23
**ongoing** [5] - 4:22, 4:24, 5:6, 7:23, 30:4
**online** [1] - 17:21
**open** [2] - 16:10, 21:7
**openings** [1] - 8:3
**operate** [1] - 6:1
**opinion** [1] - 24:9
**opportunity** [5] - 9:23, 13:6, 17:7, 31:12, 31:15
**opt** [1] - 4:5
**opt-out** [1] - 4:5
**oral** [1] - 24:4

**order** [6] - 11:20, 20:4, 20:5, 24:24, 25:6, 25:13
**Order** [1] - 29:2
**orders** [3] - 3:18, 5:3, 11:19
**Orders** [1] - 3:19
**organized** [1] - 31:3
**originally** [2] - 19:23, 26:5
**ORLEANS** [2] - 1:4, 3:1
**Orleans** [5] - 1:22, 2:7, 2:11, 2:15, 2:23
**otherwise** [1] - 32:11
**ought** [4] - 22:6, 22:16, 22:21, 29:5
**outreach** [2] - 18:5, 18:8
**outside** [1] - 8:25
**overall** [2] - 10:12, 21:1
**Owen** [1] - 24:8
**owners** [1] - 25:8
**ownership** [1] - 16:7

# P

**page** [4] - 7:11, 24:1, 24:23, 29:9
**panel** [1] - 24:8
**papers** [1] - 25:11
**paperwork** [1] - 13:1
**parent** [1] - 29:13
**part** [4] - 10:11, 11:17, 22:9, 23:9
**participate** [2] - 5:11, 6:19
**participated** [2] - 15:23, 25:20
**particular** [1] - 21:5
**particularly** [5] - 7:5, 12:10, 19:16, 22:11, 32:8
**parties** [4] - 14:4, 16:19, 19:9, 32:3
**passes** [1] - 14:3
**past** [1] - 19:8
**pay** [1] - 6:5
**pending** [3] - 11:20, 24:11, 24:13
**people** [12] - 3:15, 6:21, 9:5, 9:7, 10:4, 12:24, 16:12, 18:17, 19:2, 22:2, 22:4, 23:13
**people's** [1] - 9:10
**per** [3] - 4:2, 4:3, 12:17
**percent** [11] - 14:13,

14:14, 14:16, 14:17, 14:18, 14:20, 14:21, 14:22, 15:2, 15:9
**percentage** [2] - 14:24, 19:18
**percentages** [1] - 14:10
**perhaps** [2] - 11:8, 32:21
**period** [3] - 28:14, 29:23, 29:24
**periodic** [1] - 9:15
**permission** [1] - 11:17
**person** [1] - 22:8
**personal** [3] - 14:1, 14:7, 29:15
**Phil** [1] - 8:17
**phone** [3] - 3:15, 11:12, 12:5
**physical** [2] - 28:23, 29:6
**picked** [1] - 8:2
**pictures** [1] - 31:5
**pieces** [1] - 16:24
**pilot** [8] - 8:11, 8:13, 8:21, 8:22, 15:23, 19:22, 20:16
**pipeline** [1] - 20:24
**place** [4] - 6:3, 13:4, 23:11, 23:19
**places** [1] - 6:22
**Plaintiff** [1] - 2:9
**plaintiff** [4] - 5:25, 25:21, 28:14, 29:18
**plaintiff's** [2] - 21:3, 23:3
**plaintiffs** [3] - 3:13, 27:1, 27:13
**plaintiffs'** [1] - 18:25
**plan** [1] - 4:11
**played** [1] - 10:9
**PLC** [1] - 2:2
**PO** [1] - 2:18
**point** [5] - 13:7, 17:22, 19:15, 25:2, 30:21
**pointed** [1] - 9:2
**pop** [1] - 21:14
**popped** [1] - 20:19
**portal** [2] - 12:23, 15:20
**Porter** [1] - 24:21
**portion** [1] - 30:24
**possession** [1] - 9:11
**possible** [2] - 7:20, 19:2
**possibly** [1] - 27:21
**posting** [1] - 17:25
**PowerPoint** [1] - 11:16
**Poydras** [4] - 1:21,

2:6, 2:14, 2:22
**practical** [1] - 7:8
**predict** [1] - 24:6
**preliminary** [2] - 29:8, 29:11
**prep** [1] - 3:25
**prepared** [1] - 6:9
**present** [1] - 12:5
**presentation** [1] - 17:12
**presently** [1] - 4:20
**presumably** [1] - 26:12
**Pretrial** [1] - 29:2
**pretrial** [1] - 3:19
**pretty** [1] - 28:15
**previously** [1] - 4:18
**primary** [1] - 7:3
**principally** [1] - 24:22
**pro** [9] - 12:13, 15:17, 18:8, 18:9, 20:21, 26:23, 27:1, 27:12, 28:17
**problem** [4] - 6:13, 18:13, 22:13, 32:20
**problems** [4] - 10:19, 10:23, 18:3, 22:13
**procedure** [1] - 17:2
**procedures** [2] - 13:4, 16:20
**proceed** [1] - 31:23
**proceedings** [1] - 33:6
**PROCEEDINGS** [1] - 1:10
**Proceedings** [1] - 1:25
**process** [8] - 10:12, 15:9, 15:14, 30:4, 30:6, 30:23, 31:6, 31:16
**product** [1] - 19:24
**productive** [1] - 31:1
**PRODUCTS** [1] - 1:6
**professionalism** [1] - 32:10
**professionally** [1] - 32:3
**profile** [2] - 25:21, 28:15
**program** [16] - 8:11, 8:13, 8:14, 8:21, 8:22, 12:12, 15:23, 19:2, 19:20, 19:22, 20:16, 21:1, 21:19, 22:9, 22:17
**progress** [5] - 13:12, 14:10, 14:14, 14:18, 14:21
**Progress** [1] - 13:16
**projected** [1] - 6:6

**projection** [1] - 19:21
**promptly** [1] - 25:11
**proof** [1] - 16:6
**properties** [6] - 12:14, 12:16, 14:16, 14:17, 14:18, 19:22
**property** [6] - 7:18, 12:18, 14:1, 14:7, 14:17, 28:6
**proposed** [1] - 3:18
**protocol** [2] - 31:11, 31:14
**provide** [4] - 9:22, 17:16, 18:22, 25:9
**provided** [2] - 27:2, 32:15
**provision** [1] - 13:24
**PSC** [2] - 7:7, 30:12
**purchased** [1] - 4:9
**purpose** [1] - 25:14
**pursue** [1] - 27:20
**put** [3] - 5:8, 10:3, 20:14

**Q**

**QSF** [1] - 24:25
**QSFs** [1] - 25:7
**quality** [1] - 32:9
**questions** [7] - 15:8, 17:15, 17:20, 17:22, 18:18, 25:24, 27:24
**quite** [1] - 28:1
**quote** [2] - 27:19, 31:4

**R**

**Ramirez** [1] - 7:15
**RE** [1] - 1:6
**re** [1] - 3:6
**reactive** [4] - 21:18, 22:3, 23:10, 23:23
**read** [2] - 12:5, 29:2
**real** [2] - 7:18, 23:13
**really** [6] - 6:15, 7:5, 10:13, 18:21, 19:20, 32:14
**realtime** [1] - 15:16
**reason** [1] - 32:9
**reasons** [1] - 16:7
**receive** [1] - 17:3
**received** [3] - 27:3, 27:11, 28:17
**receiver** [2] - 25:8, 25:14
**receivership** [1] - 25:11
**recess** [1] - 33:5
**recite** [1] - 4:10
**recommend** [1] -

11:15
**recommendation** [2] - 4:20, 5:5
**record** [6] - 3:9, 3:23, 19:11, 20:6, 21:13, 30:3
**Recorded** [1] - 1:25
**records** [1] - 4:15
**regard** [4] - 20:2, 27:8, 28:6, 31:20
**regarding** [3] - 24:21, 28:25, 31:14
**regards** [2] - 24:11, 29:8
**register** [1] - 19:9
**registered** [11] - 12:6, 12:11, 12:14, 12:15, 12:16, 12:17, 12:19, 14:12, 14:16, 14:20, 19:8
**registrants** [2] - 19:7, 20:2
**registration** [2] - 19:8, 19:16
**registrations** [1] - 19:6
**regular** [2] - 8:15, 9:23
**relationship** [1] - 19:20
**relocation** [1] - 15:13
**reluctant** [1] - 29:1
**remaining** [4] - 14:11, 14:15, 14:19, 14:22
**remediated** [9] - 8:15, 15:24, 16:23, 16:25, 21:19, 23:16, 30:19, 30:24, 31:10
**remediation** [10] - 8:14, 15:10, 15:12, 16:24, 20:24, 21:1, 25:5, 25:12, 31:8, 31:11
**remediations** [1] - 10:9
**remedied** [1] - 30:17
**remember** [1] - 9:9
**reminds** [1] - 19:5
**rent** [1] - 19:13
**repair** [1] - 15:13
**repaired** [1] - 22:14
**repairs** [1] - 9:3
**repeat** [1] - 18:12
**repetitive** [1] - 19:19
**replaced** [1] - 22:14
**report** [14] - 3:22, 6:8, 7:14, 8:6, 8:11, 9:24, 11:15, 11:23, 12:2, 19:5, 24:16, 24:21, 26:24, 27:17
**Report** [1] - 27:4

**reported** [1] - 30:22
**Reporter** [2] - 1:20, 33:11
**reports** [2] - 6:11, 28:15
**representatives** [1] - 10:22, 11:12
**represented** [3] - 12:12, 15:17, 32:4
**representing** [1] - 32:3
**request** [1] - 19:14
**requests** [1] - 28:25
**Reserve** [1] - 2:19
**resolution** [2] - 17:10, 31:16
**resolve** [3] - 17:9, 31:15, 31:24
**resolved** [2] - 4:7, 4:8
**resolving** [1] - 25:19
**respect** [2] - 20:15, 24:18
**respond** [1] - 15:19
**responding** [1] - 16:14
**response** [2] - 16:17, 26:20
**result** [2] - 27:22
**review** [4] - 4:21, 14:5, 15:8, 25:25
**reviewed** [2] - 16:2, 20:23
**reviews** [1] - 15:12
**revisited** [1] - 4:22
**Richmond** [1] - 2:3
**rmj@ahhelaw.com** [1] - 2:24
**ROBERT** [1] - 1:20
**Robert** [1] - 2:22
**Rocketts** [1] - 2:3
**role** [1] - 10:10
**RPR** [1] - 1:20
**rule** [1] - 29:4
**rulings** [1] - 4:23
**running** [1] - 29:21
**Russ** [7] - 3:13, 8:19, 10:1, 10:18, 25:1, 27:10, 32:22
**RUSS** [1] - 2:9
**Russia** [1] - 32:25

**S**

**satisfied** [1] - 9:8
**se** [7] - 12:13, 15:17, 18:8, 18:9, 26:23, 27:1, 27:12
**seat** [1] - 3:3
**second** [1] - 27:18
**sections** [1] - 31:4

**see** [10] - 13:14, 13:16, 13:22, 14:23, 15:1, 17:6, 19:1, 23:18, 29:3, 33:3
**seeing** [7] - 5:10, 6:22, 7:2, 14:1, 14:7, 16:21, 16:22
**seem** [1] - 30:2
**self** [3] - 15:23, 21:19, 23:16
**self-remediated** [2] - 21:19, 23:16
**sell** [2] - 21:20, 23:13
**send** [4] - 18:6, 18:7, 27:15, 32:24
**sensitive** [1] - 9:14
**sent** [3] - 23:18, 27:11, 27:23
**sentence** [1] - 27:17
**separate** [1] - 6:11
**separately** [2] - 5:22, 5:23
**September** [1] - 13:15
**serve** [2] - 30:8, 30:15
**server** [2] - 4:9, 7:4
**service** [5] - 28:22, 29:14, 29:19, 29:21, 29:23
**ses** [2] - 20:21, 28:17
**sessions** [1] - 31:2
**set** [7] - 6:4, 7:19, 9:1, 16:21, 26:6, 26:16
**sets** [2] - 16:24, 17:2
**settings** [1] - 7:10
**settlement** [17] - 4:24, 5:1, 7:17, 8:14, 13:25, 14:6, 19:24, 20:15, 20:17, 20:18, 23:9, 23:10, 25:5, 25:19, 25:20, 26:17, 28:11
**settlements** [4] - 7:16, 10:7, 11:11, 31:23
**Seventh** [1] - 2:18
**sever** [1] - 11:25
**several** [3] - 8:17, 29:12, 30:4
**shake** [1] - 28:9
**shaking** [1] - 18:24
**shared** [3] - 5:21, 10:16, 20:8
**sharing** [2] - 5:9, 7:6
**Shell** [1] - 2:6
**shift** [1] - 15:1
**show** [1] - 12:4
**showed** [1] - 11:9
**showing** [2] - 31:2, 31:3
**shown** [1] - 11:16
**shows** [1] - 14:9

**significant** [5] - 7:5, 9:18, 28:1, 28:19
**significantly** [1] - 15:1
**similar** [3] - 4:3, 6:15, 22:7
**situation** [3] - 5:8, 9:18, 28:19
**situations** [1] - 6:17
**SIVYER** [2] - 26:8, 26:11
**Sivyer** [1] - 26:11
**six** [1] - 30:8
**skill** [1] - 32:14
**slide** [4] - 14:9, 17:11, 17:14, 18:10
**SO** [1] - 21:11
**solution** [1] - 16:13
**someone** [3] - 8:24, 11:21, 16:16
**sometimes** [2] - 21:3, 22:14
**somewhere** [3] - 23:11, 26:12, 30:12
**soon** [2] - 7:20, 14:3
**sort** [5] - 6:24, 13:17, 21:22, 22:11, 30:10
**sounds** [1] - 23:2
**space** [2] - 4:3, 4:11
**speaking** [1] - 8:23
**speaks** [2] - 19:25, 20:1
**Special** [1] - 17:10
**special** [1] - 2:2
**specific** [3] - 16:10, 16:12, 16:24
**spent** [1] - 30:12
**square** [4] - 3:25, 4:2, 4:3, 19:12
**Square** [1] - 2:6
**stages** [1] - 31:13
**stairs** [1] - 29:22
**standing** [1] - 18:17
**standpoint** [2] - 11:2, 17:5
**start** [1] - 14:11
**started** [4] - 13:11, 13:15, 13:18, 14:24
**starting** [1] - 21:19
**state** [5] - 7:10, 7:14, 18:20, 25:10, 30:3
**statements** [1] - 31:7
**states** [1] - 18:20
**STATES** [2] - 1:2, 1:12
**status** [11] - 3:14, 6:9, 6:10, 8:18, 9:22, 10:10, 13:13, 13:20, 16:18, 27:4, 27:17
**Status** [1] - 1:7
**steering** [1] - 5:25

**Steering** [1] - 3:11
**Stenography** [1] - 1:25
**sticks** [1] - 9:13
**stigma** [1] - 22:11
**still** [2] - 14:23, 19:8
**stone** [1] - 28:16
**straight** [1] - 10:13
**Street** [5] - 1:21, 2:6, 2:14, 2:18, 2:22
**strong** [2] - 27:21, 28:5
**subject** [2] - 4:20, 14:4
**submission** [2] - 11:13, 18:3
**submissions** [2] - 14:10, 14:13
**submit** [4] - 17:8, 17:24, 18:14, 27:18
**submitted** [15] - 12:7, 12:10, 12:22, 12:23, 13:1, 13:2, 13:12, 13:15, 13:19, 14:15, 14:17, 14:19, 14:21, 15:10, 16:5
**submitting** [1] - 15:25
**subpoena** [1] - 29:21
**substantial** [1] - 19:22
**successful** [1] - 28:3
**suggestions** [2] - 16:11, 26:4
**suit** [1] - 23:15
**Suite** [3] - 2:6, 2:14, 2:23
**summarizes** [1] - 18:10
**summary** [1] - 15:6
**summertime** [1] - 20:17
**supplementary** [1] - 19:5
**supply** [1] - 24:19
**Supply** [1] - 24:21
**Susan** [2] - 33:11, 33:15
**SUSAN** [2] - 1:20, 33:14
**susan_zielie@laed. uscourts.gov** [1] - 1:22
**system** [3] - 15:7, 16:15, 18:15

## T

**tainted** [1] - 21:25
**Taishan** [7] - 19:19, 20:8, 24:3, 24:4, 24:22, 29:13, 29:17

**technologically** [1] - 6:24
**telephone** [2] - 18:2, 31:24
**template** [1] - 23:21
**tenaciously** [1] - 32:5
**term** [2] - 4:4, 4:25
**terms** [8] - 10:12, 12:6, 12:10, 14:9, 18:3, 25:4, 27:6, 31:3
**texture** [1] - 25:25
**THE** [50] - 1:2, 1:3, 1:11, 3:3, 3:8, 3:14, 4:13, 5:7, 5:17, 6:13, 7:9, 7:12, 7:24, 8:4, 8:8, 8:11, 9:5, 10:3, 10:15, 10:25, 13:23, 18:19, 18:23, 20:5, 20:8, 21:15, 22:6, 22:20, 23:6, 23:25, 24:3, 24:19, 24:23, 25:13, 25:21, 25:24, 26:4, 26:10, 26:18, 26:21, 26:23, 27:3, 27:7, 28:3, 28:21, 30:6, 30:19, 31:17, 32:7, 33:1
**thereabouts** [1] - 28:12
**they've** [2] - 11:8, 31:21
**three** [2] - 4:22, 5:2
**throughout** [1] - 6:14
**THURSDAY** [1] - 3:1
**today** [9] - 3:14, 5:4, 6:9, 8:3, 8:16, 8:24, 18:3, 26:16, 32:6
**together** [1] - 18:25
**toll** [1] - 18:2
**toll-free** [1] - 18:2
**Tom** [1] - 24:7
**tomorrow** [9] - 11:13, 11:18, 12:3, 15:4, 15:5, 18:3, 19:7, 23:2
**tomorrow's** [1] - 12:24
**took** [1] - 23:17
**Torres** [1] - 7:15
**total** [1] - 13:11
**touch** [2] - 10:11, 11:2
**toxic** [1] - 21:23
**TRANSCRIPT** [1] - 1:10
**transcript** [1] - 33:12
**tree** [1] - 18:24
**trees** [1] - 28:9
**trial** [4] - 3:24, 7:10, 7:23, 7:24
**trials** [1] - 7:22

**true** [1] - 6:14
**try** [4] - 9:22, 14:4, 16:10, 21:21
**trying** [1] - 21:20
**tutorials** [2] - 17:21, 17:23
**two** [7] - 5:24, 10:20, 11:19, 16:19, 18:13, 19:15, 22:19
**type** [1] - 5:11
**types** [1] - 32:10
**typical** [1] - 13:21

## U

**ultimate** [1] - 13:17
**uncommon** [1] - 14:25
**under** [3] - 8:5, 8:14, 14:6
**underlying** [1] - 25:10
**uniformly** [1] - 29:4
**UNITED** [2] - 1:2, 1:12
**units** [1] - 25:9
**up** [12] - 6:2, 6:4, 7:12, 9:1, 10:19, 20:19, 21:14, 21:22, 25:12, 30:10, 31:22
**updated** [1] - 12:8
**updates** [1] - 17:16
**uptick** [2] - 13:22, 28:20
**urge** [1] - 9:19

## V

**VA** [1] - 2:3
**vague** [1] - 14:2
**valuable** [1] - 9:11
**various** [4] - 17:14, 26:3, 31:3, 32:3
**venture** [1] - 24:19
**Venture** [1] - 24:21
**versed** [1] - 24:8
**Victor** [1] - 7:23
**video** [1] - 6:4
**VIII** [1] - 24:1
**VIOXX** [6] - 1:6, 4:7, 4:10, 4:15, 4:25, 6:11
**Virginia** [4] - 6:21, 7:15, 7:22, 24:22
**virtually** [1] - 5:20
**virtue** [1] - 25:6
**visits** [1] - 20:25
**voice** [2] - 16:23, 17:1
**volume** [1] - 7:7
**voluntarily** [1] - 21:13

## W

**wait** [2] - 13:8, 24:10
**waiting** [1] - 16:23
**walk** [2] - 8:25, 17:23
**wall** [1] - 6:24
**wants** [1] - 8:25
**ways** [2] - 16:11, 17:14
**website** [6] - 10:3, 11:18, 17:13, 17:14, 17:16, 17:25
**week** [1] - 4:11
**weeks** [1] - 19:15
**West** [1] - 2:18
**whole** [1] - 25:25
**work's** [1] - 9:8
**works** [2] - 5:10, 5:12
**world** [1] - 32:14
**wrote** [1] - 28:4
**www3.browngreer. com/drywall** [1] - 17:17

## Y

**year** [2] - 20:17, 20:19
**yesterday** [4] - 8:2, 12:8, 12:20, 21:17
**yoman's** [1] - 28:22

## Z

**ZIELIE** [2] - 1:20, 33:14
**Zielie** [2] - 33:11, 33:15