UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Catherine Holt Singleton et al. v. Merck Sharp &* | * | KNOWLES |
| *Dohme Corp.*, No. 2:09-cv-02413-EEF-DEK | * | |
| (Plaintiff Velma Dunn) | * | |

*************************************************************************

## ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion To File Certain Documents Under Seal

IT IS HEREBY ORDERED that Exhibits A, B, C, D, E, F, and G to Merck Sharp & Dohme Corp.'s Statement of Material Facts as to Which There Is No Dispute in the above-captioned case are to be filed under seal.

New Orleans, Louisiana, this  1st  day of  November , 2013.

_____
UNITED STATES DISTRICT JUDGE