UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Allen Atkinson, et al. v. Merck Sharp & Dohme Corp.*, No. 2:05-cv-04130-EEF-DEK (Plaintiff Todd Jelden) | * * * | |

*************************************************************************

### ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion To File Certain Documents Under Seal

IT IS HEREBY ORDERED that Exhibits A, B, C, D, E, and F to Merck Sharp & Dohme Corp.'s Statement of Material Facts as to Which There Is No Dispute in the above-captioned case are to be filed under seal.

New Orleans, Louisiana, this  1st  day of   November  , 2013.

UNITED STATES DISTRICT JUDGE