## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| *This document relates to* | * |
| | *   MAGISTRATE JUDGE |
| ***Bill Black et al. v. Merck Sharp & Dohme Corp.***, No. | *   KNOWLES |
| **2:05-cv-04452-EEF-DEK** | * |
| **(Plaintiff Lynell Major)** | * |

************************************************************************

### ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S
### MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion To File Certain Documents Under Seal

IT IS HEREBY ORDERED that Exhibits A, B, C, D, E, F, and G to Merck Sharp

& Dohme Corp.'s Statement of Material Facts as to Which There Is No Dispute in the

above-captioned case are to be filed under seal.

New Orleans, Louisiana, this __1st__ day of __November__, 2013.

_____
UNITED STATES DISTRICT JUDGE

1141488v1