# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Vioxx                                    *    MDL Case No. 1657
                                                *
PRODUCTS LIABILITY                              *    SECTION L
LITIGATION                                      *
                                                *    JUDGE FALLON
*This document relates to*                      *
                                                *    MAGISTRATE JUDGE
*Valerie A. Silva v. Merck Sharp & Dohme Corp.*, No.   *    KNOWLES
**2:05-cv-01768-EEF-DEK**                       *
                                                *

*****************************************************************

## ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S
## MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion To File Certain Documents Under Seal

IT IS HEREBY ORDERED that Exhibits A, B, C, D, E, and F to Merck Sharp &

Dohme Corp.'s Statement of Material Facts as to Which There Is No Dispute in the

above-captioned case are to be filed under seal.

New Orleans, Louisiana, this ___1st___ day of ___November___, 2013.

_____
UNITED STATES DISTRICT JUDGE

1141500v1