UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY LITIGATION | *   SECTION L |
| | * |
| | *   JUDGE FALLON |
| *This document relates to* | * |
| | *   MAGISTRATE JUDGE KNOWLES |
| *Rita B. Barker, et al. v. Merck Sharp & Dohme Corp.*, Civ. A. No. 2:05-6535-EEF-DEK (Plaintiff Mabell Dumbell) | * |

**********************************************************************

### ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion To File Certain Documents Under Seal

IT IS HEREBY ORDERED that Exhibits A, B, C, D, and E to Merck Sharp & Dohme Corp.'s Statement of Material Facts as to Which There Is No Dispute in the above-captioned case are to be filed under seal.

New Orleans, Louisiana, this  1st  day of  November , 2013.

_____
UNITED STATES DISTRICT JUDGE

1141508v1