UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     *Levitt v. Merck & Co., Inc.*, **06-9757**

## ORDER

**IT IS ORDERED** that a telephone status conference will be held in this matter on November 14, 2013, at 3:30 p.m., to discuss scheduling. (*See* Rec. Docs. 64643, 64668). The call-in number for the conference is 877-336-1839. The access code is 4227405 and the security code is 111413.

New Orleans, Louisiana, this 4th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE