UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| | * | |
| *Maurice Robinson, et al vs. Merck & Co* | * | |
| *Inc,  2:08-cv-01406* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' MOTION FOR LEAVE
TO FILE A SUPPLEMENTAL AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Maurice Robinson, pursuant to Rule 15 of the Federal Rules of Civil Procedure, who respectfully moves this Honorable Court for an Order allowing him to amend his Complaint for Damages.  Counsel for Plaintiffs contacted counsel for defendant, pursuant to Local Rule 7.6, and has been notified that defendant opposes this motion.

Respectfully submitted,

WOODS, BOWERS & WOODS, LLC

BY:   s/Justin I. Woods_____
   **JUSTIN I. WOODS (#24713)**
   1610 Oretha Castle Haley Boulevard
   Suite B
   New Orleans, Louisiana  70113
   Tel.: (504) 309 – 4177
   Fax:  (504) 309 – 4377
   E-mail:  jwoods@wbw-law.com
   **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2013, I electronically filed the foregoing by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

 s/ Justin I. Woods_____
JUSTIN I. WOODS