UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| | * | |
| *Maurice Robinson, et al vs. Merck & Co* | * | |
| *Inc,  2:08-cv-01406* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE A SUPPLEMENTAL AND
<u>AMENDED COMPLAINT FOR DAMAGES</u>**

MAY IT PLEASE THE COURT:

Plaintiffs request leave to supplement and amend their complaint in the above-referenced case to properly add Maurice Robinson on behalf of Danielle P. Robinson as a plaintiff and to address additional matters not addressed in the *pro se* civil complaint of Plaintiffs.

I.      <u>INTRODUCTION</u>

Plaintiff, Maurice Robinson filed a civil complaint alleging damages sustained after the ingestion of the drug Vioxx by his wife, Bobbie Jean Robinson (deceased).  Mr. Robinson filed his civil complaint as a *pro se* litigant in the United States District Court for the District of Kansas.

Mr. Robinson is the legal guardian of his daughter, Danielle Patrice Robinson, who is the sole surviving child of his wife.

II.     ARGUMENT AND AUTHORITIES

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182. Plaintiff seeks to supplement and amend the *pro se* civil complaint to properly identify his disabled daughter as a plaintiff. Mr. Robinson refers to his daughter in the body of his *pro se* complaint in his prayer for relief (Section IV) but neglected to list her as an additional plaintiff in Section I of his *pro se* civil complaint. Additionally, Mr. Robinson wishes to supplement and amend his Statement of Claim (Section III) by supplementing/correcting the time period wherein his deceased wife ingested the drug Vioxx and by adding allegations of fault of defendant and statement regarding the death of Bobbie Jean Robinson. In this case, justice requires leave to file their supplemental and amended complaint to cure certain deficiencies and allow them to test their claims on the merits. Leave to amend Plaintiffs' complaint should therefore be granted. See *Id.*

As residents of the state of Kansas, their state law allows for causes of action as alleged in the original civil complaint and the proposed supplemental and amended complaint. The proposed supplemental and amended complaint states substantive causes of action and therefore leave should be granted to file same.

III.     CONCLUSION

For all of the above reasons, Plaintiffs respectfully request this Court grant their Motion for Leave to file their Supplemental and Amended Complaint.

Respectfully submitted,

WOODS, BOWERS & WOODS, LLC

BY:	s/Justin I. Woods_____
**JUSTIN I. WOODS (#24713)**
1610 Oretha Castle Haley Boulevard
Suite B
New Orleans, Louisiana  70113
Tel.: (504) 309 – 4177
Fax:  (504) 309 – 4377
E-mail:  jwoods@wbw-law.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2013, I electronically filed the foregoing by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

 s/ Justin I. Woods_____
JUSTIN I. WOODS