UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| | * | |
| *Maurice Robinson, et al vs. Merck & Co* | * | |
| *Inc, 2:08-cv-01406* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED
COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Maurice Robinson, who supplements and amends his original Complaint for Damages in the following respects and otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein:

1.

By adding the following paragraph in section I.A to reflect the addition of Maurice Robinson on behalf of Danielle Patrice Robinson as a plaintiff:

I.A.(b) Plaintiff, Maurice Robinson on behalf of Danielle Patrice Robinson (the sole-surviving child of Bobbie Jean Robinson). Maurice Robinson appears on behalf of Danielle P. Robinson as her legal guardian. Plaintiff is a resident of and is domiciled in the State of Kansas. Maurice Robinson and Maurice Robinson o/b/o Danielle P. Robinson make claims herein as the surviving spouse and sole surviving child of Bobbie Jean Robinson.

2.

By supplementing the following for section I.B:

B.  Defendant, Merck Sharp & Dohme Corp., formerly known as Merck and Co., Inc. ["Merck"] is a New Jersey corporation which maintains its principal place of business in New Jersey.

3.

By amending section II as follows:

The Court has supplemental jurisdiction over any residual state law claims, pursuant to 28 U.S.C. § 1367.

4.

By supplementing the first sentence of Section III as follows:

Bobbie Jean Robinson ingested the drug Vioxx from 1999 until 2003.

By amending Section III as follows:

On April 10, 2003, Bobbie Jean Robinson suffered a full cardiac arrest which resulted in her death.  On September 30, 2004, Defendant voluntarily withdrew Vioxx from the market after further research data concluded that Vioxx produced cardiovascular risks at twice the rate of individuals who had taken a placebo.

As a direct and proximate result of the Defendant's liability as a manufacturer, the manufacturing, distribution, testing, labeling, marketing, and selling of the prescription drug Vioxx, and the ingestion of Vioxx by Bobbie Jean Robinson, Plaintiffs have suffered considerable damages as well as all such other damages as are proven and found reasonable in the premises.

5.

WHEREFORE, Plaintiffs pray that the Original Civil Complaint be amended in the respects as enumerated above, and that, after due proceedings:

1. There be a judgment herein in favor of Maurice Robinson and Maurice Robinson on behalf of Danielle P. Robinson and against the Defendant, Merck, for all compensatory damages together with legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. All other general, equitable, and further relief as the Court may deem just and proper.

Respectfully submitted,

WOODS, BOWERS & WOODS, LLC

BY:    s/Justin I. Woods_____
**JUSTIN I. WOODS (#24713)**
1610 Oretha Castle Haley Boulevard
Suite B
New Orleans, Louisiana  70113
Tel.: (504) 309 – 4177
Fax:  (504) 309 – 4377
E-mail:  jwoods@wbw-law.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2013, I electronically filed the foregoing by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

 s/ Justin I. Woods_____
JUSTIN I. WOODS