UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| | * | |
| *Maurice Robinson, et al vs. Merck & Co* | * | |
| *Inc,  2:08-cv-01406* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF SUBMISSION

TO:     ALL COUNSEL OF RECORD

Plaintiffs' Motion for Leave to File a Supplemental and Amended Complaint is hereby set for submission on the 4th day of December, 2013, at 9:00 a.m.

Respectfully submitted:

WOODS, BOWERS & WOODS, LLC

BY:     s/Justin I. Woods_____
**JUSTIN I. WOODS (#24713)**
1610 Oretha Castle Haley Boulevard
Suite B
New Orleans, Louisiana  70113
Tel.: (504) 309 – 4177
Fax:  (504) 309 – 4377
E-mail:  jwoods@wbw-law.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2013, I electronically filed the foregoing by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    s/ Justin I. Woods_____
          JUSTIN I. WOODS