UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE KNOWLES |

*********************************************************************************

THIS DOCUMENT RELATES TO: THIRD PARTY PAYOR COMMON BENEFIT FEES

### REVISED SCHEDULING PROTOCOL FOR
### THIRD PARTY PAYOR COMMON BENEFIT FEES

TO:    Leonard Davis  
Herman, Herman, Katz & Cotlar  
820 O'Keefe Avenue  
New Orleans, LA 70113  
Email: ldavis@hhklawfirm.com  

Ms. Margaret E. Woodward  
Attorney at Law  
3701 Canal Street, Suite C  
New Orleans, LA 70119  
Email: mewno@aol.com  

Mr. Andy D. Birchfield, Jr.  
Beasley, Allen, Crow, Methvin,  
Portis & Miles, P.C.  
218 Commerce Street  
Montgomery, AL 36104  
Email: andy.birchfield@beasleyallen.com  

Mr. Robert T. Dassow  
Hovde, Dassow & Deets  
Meridian Tower  
201 W. 103rd Street, Suite 500  
Indianapolis, IN 46290  
Email: rdassow@hovdelaw.com  

Mr. Christopher A. Seeger  
Seeger Weiss, LLP  
77 Water Street  
New York, NY 10005  
Email: cseeger@seegerweiss.com  

      The Special Master has reviewed the documents and briefs that were sent to him, but unfortunately, he is not with any degree of clarity able to make a report to the Court without further information. In that regard he has determined that he will need to question the following individuals:

1. Eric Weinberg
2. Chris Seeger
3. Andy Birchfield
4. Robert Dassow


EXHIBIT 2

The revised protocol will require a hearing at 9:00 a.m. on Thursday, June 20, 2013 at Courtroom C468 of the Federal Courthouse in New Orleans, Louisiana. At the hearing, the Special Master will address questions to Eric Weinberg, Chris Seeger, Andy Birchfield and Robert Dassow.

At the conclusion of the hearing, the entire matter, including prior submissions, will be considered by the Special Master in rendering a report and recommendation to the Court.

Lafayette, Louisiana, this 10th day of June, 2013.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com