## SPECIAL MASTER'S ANALYSIS OF WEINBERG'S TIME

| Date | Hours | Partial TPP? | Partial Hours |
|---|---|---|---|
| 11/20/2007 | 7.5 | Y | 7.5 |
| 2/12/2008 | 0.5 | | 0 |
| 2/13/2008 | 1.0 | | 0 |
| 2/20/2008 | 2.0 | | 0 |
| 3/1/2008 | 3.0 | | 0 |
| 3/17/2008 | 1.0 | | 0 |
| 3/18/2008 | 2.5 | | 0 |
| 3/24/2008 | 2.5 | | 0 |
| 3/25/2008 | 2.0 | | 0 |
| 4/4/2008 | 1.0 | | 0 |
| 4/15/2008 | 8.0 | | 0 |
| 4/24/2008 | 1.0 | | 0 |
| 4/25/2008 | 1.5 | | 0 |
| 5/27/2008 | 1.0 | | 0 |
| 5/28/2008 | 8.0 | | 0 |
| 7/9/2008 | 4.0 | | 0 |
| 7/23/2008 | 2.5 | | 0 |
| 9/3/2008 | 1.0 | | 0 |
| 9/5/2008 | 8.0 | | 0 |
| 9/18/2008 | 1.5 | | 0 |
| 9/22/2008 | 1.0 | | 0 |
| 9/24/2008 | 8.0 | | 0 |
| 9/25/2008 | 2.0 | | 0 |
| 10/28/2008 | 2.5 | Y | 2.5 |
| 1/22/2009 | 2.0 | | 0 |
| 2/7/2009 | 3.0 | | 0 |
| 2/8/2009 | 6.0 | | 0 |
| 2/9/2009 | 1.5 | | 0 |
| 2/11/2009 | 4.0 | | 0 |
| 2/13/2009 | 4.5 | | 0 |
| 2/13/2009 | 0.5 | | 0 |
| 2/18/2009 | 0.5 | | 0 |
| 2/23/2009 | 0.5 | | 0 |
| 2/26/2009 | 4.0 | | 0 |
| 2/27/2009 | 4.0 | Y | 4 |
| 3/3/2009 | 2.0 | | 0 |
| 3/20/2009 | 3.0 | | 0 |
| 3/26/2009 | 8.0 | | 0 |
| 3/30/2009 | 8.0 | Y | 8 |
| 4/1/2009 | 8.0 | Y | 8 |
| 4/13/2009 | 0.5 | | 0 |
| 6/11/2009 | 4.0 | | 0 |
| 6/16/2009 | 1.5 | | 0 |
| 6/18/2009 | 1.5 | | 0 |
| 6/19/2009 | 5.0 | | 0 |
| 6/20/2009 | 1.0 | | 0 |
| 6/30/2009 | 2.0 | | 0 |
| 7/15/2009 | 1.0 | | 0 |
| 7/27/2009 | 8.0 | | 0 |
| 7/28/2009 | 8.0 | | 0 |
| 7/30/2009 | 1.0 | | 0 |
| Total: | 166.0 | | 30.0 |



EXHIBIT 3