UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br> PRODUCTS LIABILITY LITIGATION <br> This document relates to: <br><br> *Donna Gebhart, Individually and as Trustee for the Estate of Vernon Webster* <br><br> v. <br><br> *Merck & Co., Inc., and Merck Frosst Canada, Ltd.* | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:08-cv-00326 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST MERCK FROSST CANADA, LTD., ONLY** |

Pursuant to Fed. R. Civ. Pro. 41 (a) (1) (A) (i), please take notice that plaintiff Donna Gebhart, by and through her undersigned attorney, hereby voluntarily dismisses this action with prejudice, as against Defendant MERCK FROSST CANADA, LTD., only.

_____
Brian A. Goldstein, Esq.
Michael J. Williams, Esq.
Cellino & Barnes, P.C.
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202

*Counsel for Plaintiffs*

Dated: 11-12-13

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST MERCK FROSST CANADA, LTD., ONLY,** has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this __12__ day of November, 2013.

                                       /s/ Brian A. Goldstein
                                       Brian A. Goldstein
                                       New York State Bar No. 2715019
                                       Attorneys for Plaintiff Donna Gebhart, Individually
                                              And as Trustee for the Estate of Vernon
                                              Webster
                                       Cellino & Barnes, P.C.
                                       2500 Main Place Tower
                                       350 Main Street
                                       Buffalo, New York 14202-3725
                                       (716) 854-2020
                                       Fax: (716) 854-6291
                                       brian.goldstein@cellinoandbarnes.com