# EXHIBIT A

## Williams, Jonathan

| | |
|---|---|
| **From:** | Williams, Jonathan |
| **Sent:** | Tuesday, January 29, 2013 11:00 AM |
| **To:** | jo levitt |
| **Subject:** | RE: Levitt v. Merck |
| **Attachments:** | Merck Sharp & Dohme Corp.'s Notice of Deposition of Dr. Arnold Katz (Lev....pdf |

Jo,

As set out in the notice of deposition, the deposition will take place at 9:00 a.m. at Dr. Katz's office 10550 Quivira Rd., Ste. 320, Lenexa, KS 66215.

Best,

Jonathan

---

**From:** jo levitt [mailto:chocolatesoup.jo@gmail.com]
**Sent:** Tuesday, January 29, 2013 10:56 AM
**To:** Williams, Jonathan
**Subject:** Re: Levitt v. Merck

Jonathan.....where and what time is Dr Katz deposition,,,,,THanks

On Tue, Jan 15, 2013 at 3:59 PM, Williams, Jonathan <JonathanWilliams@wc.com> wrote:

Jo:


Please see the attached notice of deposition and correspondence.


Best,


Jonathan


**Jonathan L. Williams**

**Williams & Connolly LLP**

725 Twelfth Street, N.W., Washington, DC 20005

(P) 202-434-5742 | (F) 202-480-8434

jonathanwilliams@wc.com | www.wc.com/jonathanwilliams

1

2

---

NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.

2