# EXHIBIT B

TO: _____  DATE: 3/29/13  TIME: _____

Pt Jo Levitt  PHONE: (H) 816 444-1300 (W) _____

Wants to speak to Dr. Katz regarding the deposition

#1 Wanted Dr. Katz to know she is sorry for all the problems and inconvenince this has put on him.

She also said Dr. Katz may be depositioned again.

CS



Katz
EXHIBIT NO. 6
5-8-13 LC
Metropolitan