# EXHIBIT C

# Williams, Jonathan

| | |
|---|---|
| **From:** | jo levitt [chocolatesoup.jo@gmail.com] |
| **Sent:** | Wednesday, January 23, 2013 11:30 PM |
| **To:** | Williams, Jonathan |
| **Subject:** | deposition |

Hi Jonathan,

May I have the name and how to contact the stenographer

that took Mittlemans deposition?

I remember the Arizona Inn as delightful.

1