# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | ) | MDL DOCKET NO. 1657 |
| LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | MAGISTRATE JUDGE |
| JO LEVITT, | ) | KNOWLES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:06-cv-09757-EEF-DEK |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      DEPOSITION OF ROBERT D. BAZAN, a Witness, taken on behalf of the Defendant before Beverly A. Connell, CSR No. 834, CCR No. 768, RPR-RMR, CRR, pursuant to Notice on the 16th day of January, 2013, at the offices of Bryan Cave LLP, One Kansas City Place, 1200 Main Street, Suite 3500, Kansas City, Missouri.

Page 10

1  see if I had anything that was Chocolate Soup.  Got
2  online, looked to see if I still had anything that
3  would -- e-mails that pertain to this.  And, you
4  know, really didn't have anything at this point.
5          Q.    Do you have any e-mails with Jo or Jim
6  Levitt that you didn't think related to this lawsuit?
7          A.    Not that I have, no.
8          Q.    We can set this aside then.
9                Aside from collecting the papers that
10 you brought today, did you do anything else to
11 prepare for the deposition?
12         A.    Like what?
13         Q.    Did you talk to Jo or Jim Levitt?
14         A.    I talked to Jim last Friday.
15         Q.    Can you tell me what you talked about
16 with him?
17         A.    Well, he called Thursday night about
18 8:30 and I was already in bed.  So I called him back
19 sometime Friday.  And he wanted to know if we were
20 still doing the deposition, when and where.  I said
21 yeah.  And then he apologized that I got drug in the
22 middle of this.  And he asked me how my daughter was.
23 I really did not want to discuss anything.  So, you
24 know.