UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

## PLAINTIFFS' LIAISON COUNSEL'S MOTION FOR PARTIAL AWARD OF COMMON BENEFIT REIMBURSEMENT OF EXPENSES

Ann B. Oldfather, Plaintiffs' Lead Counsel and Liaison Counsel for the PSC for Ineligible and Not Enrolled Claims, hereby moves the Court for partial reimbursement of common benefit expenses incurred for the retention of services of certain expert witnesses. A Memorandum in Support of this Motion and accompanying Order is filed herewith.

## NOTICE OF SUBMISSION

Please take notice that the undersigned's Motion for Partial Award of Common Benefit Reimbursement of Expenses will be brought for hearing on December 4, 2013, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

/s/ Ann B. Oldfather

Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Certain Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Liaison Counsel's Motion for Partial Award of Reimbursement of Common Benefit Expenses has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of November, 2013.

/s/ Ann B. Oldfather

Ann B. Oldfather