UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER

The Court has before it a Motion for Partial Award of Plaintiff's Common Benefit Reimbursement of Expenses.

IT IS ORDERED BY THE COURT that the sum of $257,204.90 is hereby awarded to Ann B. Oldfather, Oldfather Law Firm, for expenses incurred for retention and services of certain expert witnesses, to be paid from the Common Benefit Expense Fund.

This Order is without prejudice to such other expenses as may be submitted hereafter.

New Orleans, Louisiana, this ____ day of _____, 2013.

Eldon E. Fallon
United States District Judge