UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to | * | JUDGE FALLON |
| Cases Listed on Exhibit A | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION FOR BRIEFING SCHEDULE FOR DEFENDANT MERCK, SHARP & DOHME CORP.'S MOTIONS FOR SUMMARY JUDGMENT BASED ON FUTURE EVIDENCE STIPULATIONS**

On October 24, 2013, Defendant Merck, Sharp & Dohme Corp. ("Merck") filed six Motions for Summary Judgment in the following cases: *Velma Dunn* [Rec. Doc. 64654], *Todd Jelden* [Rec. Doc. 64656], *Elizabeth Garner* [Rec. Doc. 64658], *Lynell Major* [Rec. Doc. 64660], *Val Silva*, [Rec. Doc. 64662], and *Mabel Dumbell* [Rec. Doc. 64664].

At the Court's request, Plaintiffs and Merck conferred regarding an extension to respond to Merck's Motions and a briefing schedule. Plaintiffs proposed the following deadlines to Merck's counsel, and Merck's counsel agreed to the proposed deadlines.

- Opposition to Motions for Summary Judgment – to be filed by December 6, 2013
- Reply briefs – to be filed by January 3, 2014
- The issue of sur-reply briefs and oral arguments shall be addressed as appropriate.

The proposed deadlines will allow Plaintiffs the opportunity to fully explore the issues Merck presents in its Motions for Summary Judgment and appropriate time for responses from Merck. Accordingly, Plaintiffs respectfully request that the Court enter deadlines in accordance with those requested herein.

Respectfully submitted,

/s/ Ann B. Oldfather

Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Certain Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff's Motion For Briefing Schedule For Defendant Merck, Sharpe & Dohme Corp.'s Motions for Summary Judgment Based on Future Evidence Stipulations has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of November, 2013.

/s/ Ann B. Oldfather

Ann B. Oldfather