UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to | * | JUDGE FALLON |
| Cases Listed on Exhibit A | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * *

### ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT MERCK, SHARP & DOHME CORP.'S MOTIONS FOR SUMMARY JUDGMENT BASED ON FUTURE EVIDENCE STIPULATIONS

In light of the parties' agreement to a briefing schedule for the Motions for Summary Judgment as set forth above, and upon consideration of the issues, the record in these cases, and the applicable law,

IT IS HEREBY ORDERED that the briefing schedule for the Motions for Summary Judgment in the above-captioned cases shall be as follows:

- Opposition to Motions for Summary Judgment – to be filed by December 6, 2013

- Reply briefs – to be filed by January 3, 2014

The issue of sur-reply briefs and oral arguments shall be address as appropriate.

SO ORDERED.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE