MINUTE ENTRY
FALLON, J.
NOVEMBER 14, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**          *Levitt v. Merck & Co., Inc.*, 06-9757

On this date, a telephone status conference was held in this matter in the Chambers of Judge Eldon E. Fallon. Danny Thomas participated on behalf of the Plaintiff. Doug Marvin, Elaine Horn, Jonathan Williams, and Dorothy Wimberly participated on behalf of the Defendant. Megan Hastings also participated. The parties discussed the status of the case.

**IT IS ORDERED** that the following dates will apply in this matter:

| | |
|---|---|
| Designation of Plaintiff's Experts and Production of Reports | December 13, 2013 |
| Designation of Defendant's Experts and Production of Reports | January 6, 2014 |
| Completion of Expert Depositions | March 14, 2014 |
| *Daubert*/Dispositive Motions | April 3, 2014 |
| Oppositions/Responses to *Daubert*/Dispositive Motions | April 17, 2014 |
| Replies to Oppositions/Responses to *Daubert*/Dispositive Motions | June 24, 2014 |

**IT IS FURTHER ORDERED** that the Defendant's and Plaintiff's respective motions pertaining to schedule adjustments (Rec. Docs. 64643, 64668) are **DENIED** as moot.

JS10(00:10)