# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:**<br>**2:06-cv-09757** |
| **Jo Levitt** | PLAINTIFF |
| **v.** | |
| **Merck & Co., Inc.** | DEFENDANT |

## ORDER

Upon due consideration of Plaintiff's counsel's Motion to Withdraw as Counsel of Record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted. (See Rec. Doc. 63618).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorney Ann B. Oldfather of the Oldfather Law Firm is withdrawn as counsel of record for Plaintiff Jo Levitt.

New Orleans, Louisiana, this 14th day of November, 2013.

*[Signature]*
UNITED STATES DISTRICT JUDGE