UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 1657 |
| | | SECTION L |
| This Document Relates To: | ) ) ) | JUDGE ELDON E. FALLON MAG. JUDGE KNOWLES |
| *County of Santa Clara v. Merck & Co., Inc.*, Docket No. 06-09382 | ) ) ) | |

STIPULATION OF VOLUNTARY DISMISSAL

893124_1

THE PARTIES,[1] BY AND THROUGH THEIR COUNSEL OF RECORD, agree as follows:

WHEREAS, on February 16, 2005, the Judicial Panel on Multidistrict Litigation ("MDL") conferred MDL status on Vioxx lawsuits filed in various federal courts throughout the country and transferred all such cases to this Court to coordinate discovery and to consolidate pretrial matters pursuant to 28 U.S.C. §1407.  *See In re Vioxx Prods. Liab. Litig.*, 360 F. Supp. 2d 1352 (J.P.M.L. 2005).  Plaintiff, the County of Santa Clara, California, filed a complaint against Defendant Merck & Co., Inc., in the Superior Court of New Jersey on July 21, 2006.  The case was removed to federal court and transferred to this MDL;

WHEREAS, on February 1, 2011, Plaintiff filed an Amended Complaint in the above-captioned class action;

WHEREAS, on September 26, 2011, Defendant filed a Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c).

WHEREAS, on March 20, 2012, this Court granted Defendant's Motion for Judgment on the Pleadings dismissing Plaintiff's claims under the NJCFA and for unjust enrichment and granting Plaintiff leave to file a motion to amend its Complaint.  After careful review and deliberation of all controlling issues, Plaintiff declined to file an amended complaint.

WHEREAS, Plaintiff and its counsel have now determined, after careful review and deliberation, to voluntarily dismiss this action;

WHEREAS, Defendant has agreed and stipulated to this dismissal;

WHEREAS, at present, this matter has not been certified as a class action;

WHEREAS, under Fed. R. Civ. P. 41(a)(1), Plaintiff is permitted to dismiss this action upon stipulation of the Parties;

---

[1]  The "Parties" are collectively the County of Santa Clara, California ("Plaintiff") and Merck & Co., Inc. ("Defendant").

- 1 -

893124_1

- 2 -

WHEREAS, neither Plaintiff nor its counsel have received or will receive any consideration for dismissing this action from Defendant or otherwise; and

WHEREAS, because a class has not been certified, Fed. R. Civ. P. 23(e) does not apply and no prejudice to absent putative class members will result from dismissing the Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and through the Parties and their respective counsel, and subject to the Court's approval, that this action shall be dismissed under the following terms and conditions:

1. The Parties agree that Plaintiff shall dismiss their claims under Fed. R. Civ. P. 41 and this dismissal is with prejudice.

2. No Party to this stipulation or his or its counsel shall contend or assert that any other Party, or his or its counsel, has violated Fed. R. Civ. P. 11 or otherwise acted imprudently or improperly in regard to this action.

3. The Parties agree to bear their own costs in connection with this matter.

4. No Party to this stipulation or his or its counsel shall seek reimbursement from or pursue any action or claim against any other Party or his or its counsel for any fees, costs, expenses, damages or otherwise of any sort in connection with the filing, prosecution, defense or dismissal of this action or the events that are the subject of this action and that the Parties and their counsel finally and forever release, relinquish and discharge each other for all claims arising out of, in any way relating to, or in connection with this case.

IT IS SO STIPULATED.

DATED: November 15, 2013                ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        CHRISTOPHER COLLINS


                                        _____s/ CHRISTOPHER COLLINS_____

        655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

KLAFTER OLSEN & LESSER, LLP
SETH R. LESSER
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone:  914-934-9200
914-934-9220 (fax)

OFFICE OF SANTA CLARA COUNTY
  COUNSEL
GRETA S. HANSEN
Lead Deputy County Counsel
70 West Heading Street - 9th Floor East Wing
San Jose, CA  95111
Telephone:  408/299-5900
408/292-7240 (fax)

Attorneys for County of Santa Clara

DATED:  November 15, 2013       SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
JOHN H. BEISNER


                s/ JOHN H. BEISNER
                  JOHN H. BEISNER

1440 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:  202/371-7000
202/393-5760 (fax)

Attorneys for Defendant Merck & Co., Inc.

- 3 -

Case 2:05-md-01657-EEF-DEK   Document 64690   Filed 11/15/13   Page 5 of 5

## DECLARATION OF SERVICE BY LEXISNEXIS FILE & SERVE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on November 15, 2013, declarant served by LexisNexis File & Serve the STIPULATION OF VOLUNTARY DISMISSAL to the parties listed thereon.

3. I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of November 15, 2013, at San Diego, California.

                                                s/ KATHY SCOVILLE
                                                KATHY SCOVILLE

893124_1