UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 1657 |
| | | SECTION L |
| This Document Relates To: | ) ) ) | JUDGE ELDON E. FALLON MAG. JUDGE KNOWLES |
| *County of Santa Clara v. Merck & Co., Inc.*, Docket No. 06-09382 | ) ) ) | |

ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Voluntary Dismissal with Prejudice,

IT IS ORDERED that the claims of Plaintiff, the County of Santa Clara, California in the above-captioned case be and they are hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE
ELDON E. FALLON

893126_1