IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) *ALL ECONOMIC LOSS CLASS ACTION CASES* ) | |

**JOINT MOTION TO SET BRIEFING SCHEDULE FOR FINAL APPROVAL OF CLASS SETTLEMENT**

Defendant Merck Sharp & Dohme Corp. and plaintiffs' Co-Lead Class Settlement Counsel hereby jointly respectfully move the Court to set a briefing schedule for final approval of the MDL class action settlement. The parties propose the following schedule:

- Opening briefs shall be due **November 22, 2013;**
- Any responses shall be due **November 29, 2013;** and
- Any replies shall be due **December 6, 2013.**

As previously announced, the Fairness Hearing, at which this motion will be heard, will be held on December 13, 2013, at 8:30 AM.

Dated: November 15, 2013                          Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

1143426v1

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.


Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel*
*MDL 1657 and*
*Co-Lead Class Settlement Counsel*

Elizabeth J. Cabraser, Esquire
LIEFF CABRASER HEIMANN &
BERNSTEIN, L.L.P.
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
*Co-Lead Class Settlement Counsel*