IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) *ALL ECONOMIC LOSS CLASS ACTION* ) *CASES* ) | |

**[PROPOSED] ORDER ON JOINT MOTION TO SET BRIEFING SCHEDULE FOR FINAL APPROVAL OF CLASS SETTLEMENT**

Considering the foregoing Joint Motion to Set Briefing Schedule for Final Approval of Class Settlement,

**IT IS ORDERED** that the parties' motion be and it hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that the following schedule shall govern briefing regarding final approval of the MDL class action settlement:

- Opening briefs shall be due **November 22, 2013;**
- Any responses shall be due **November 29, 2013;** and
- Any replies shall be due **December 6, 2013.**

As previously announced, the Court will hold a Fairness Hearing regarding final approval of the settlement on December 13, 2013, at 8:30 AM..

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1143399v1