UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GOLDHABER RESEARCH ASSOCIATES, LLC, | : : : | VIOXX MARKETING, SALES, PRACTICES AND PRODUCTS |
| Plaintiff, | : : | LIABILITY LITIGATION |
| -against- | : : | MDL NO. 1657 |
| TOMMY JACKS, P.C. d/b/a THE JACKS LAW FIRM and BLIZZARD, MCCARTHY & NABERS, LLP, | : : : : | CASE NO. 07-2062 |
| Defendants. | : : | |

NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff GOLDHABER RESEARCH ASSOCIATES, LLC ("Plaintiff") hereby appears in this action by and through its attorneys, Michael D. Steger and Steven S. Krane, Steger Krane LLP.

Respectfully submitted,

Dated: November 18, 2013

By: /s/ Michael D. Steger
Michael D. Steger (MS 2009)
STEGER KRANE LLP
1601 Broadway
12th Floor
New York, NY 10019
(212) 736-6800
(845) 689-2155 (fax)
msteger@skattorney.com
Attorneys for Plaintiff
GOLDHABER RESEARCH ASSOCIATES, LLC

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2013, I served a true and correct copy of Plaintiff Goldhaber Research Associates, LLC's Notice of Appearance on counsel for Defendants Tommy Jacks, P.C. d/b/a The Jacks Law Firm and Blizzard, McCarthy and Nabers LLP electronically by ECF and by first class mail, postage prepaid, addressed to:

Christopher A. Seeger, Esq.
Moshe Horn, Esq.
77 Water Street
New York, NY 10005
(212) 584-0700
cseeger@seegerweiss.com

   /s/ Michael D. Steger_____
Michael D. Steger