UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GOLDHABER RESEARCH ASSOCIATES, LLC,<br><br>    Plaintiff,<br><br>-against-<br><br>TOMMY JACKS, P.C. d/b/a THE JACKS LAW FIRM and BLIZZARD, MCCARTHY & NABERS, LLP,<br><br>    Defendants. | VIOXX MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>MDL NO. 1657<br><br>CASE NO. 07-2062<br><br>Submission Date: November 18, 2013 |

## [PROPOSED] SCHEDULING ORDER

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff GOLDHABER RESEARCH ASSOCIATES, LLC ("Plaintiff") and Defendants Tommy Jacks, P.C. ("Jacks") and Blizzard, McCarthy & Nabers, LLP ("Blizzard")(collectively, "Defendants") jointly propose the following discovery schedule:

All written discovery to be served: December 9, 2013

All responses to written discovery to be served: January 9, 2014

Completion of depositions: January 31, 2014

1

Respectfully submitted,

Dated: November 18, 2013

By: /s/ Michael D. Steger
Michael D. Steger (MS 2009)
STEGER KRANE LLP
1601 Broadway
12th Floor
New York, NY 10019
(212) 736-6800
(845) 689-2155 (fax)
msteger@skattorney.com
Attorneys for Plaintiff
GOLDHABER RESEARCH ASSOCIATES, LLC

By: /s/ Moshe Horn

SEEGER WEISS LLP

SO ORDERED:

_____
Hon. Eldon Fallon, U.S.D.J.