UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Rita B. Barker v. Merck & Co., Inc.*, 05-6535
*Catherine Singleton v. Merck & Co., Inc.*, 09-2413
*Bill Black v. Merck & Co., Inc.*, 05-4452
*Allen Atkinson v. Merck & Co. Inc.*, 05-4130
*Valerie A. Silva v. Merck & Co., Inc.*, 05-1768.

## ORDER

In light of the parties' proposed briefing schedule (Rec. Doc. 64687), and upon consideration of the issues, the record in these cases, and the applicable law, **IT IS ORDERED** that any responses to the motions for summary judgment (Rec. Docs. 64654, 64656, 64660, 64662, 64664) must be filed on or before December 6, 2013, and any replies to such responses must be filed on or before January 3, 2014:

New Orleans, Louisiana, this 18th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE