UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br> MAG. JUDGE KNOWLES |
| This Document Relates To: *County of Santa Clara v. Merck & Co., Inc.*, Docket No. 06-09382 | | |

ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Voluntary Dismissal with Prejudice (Rec. Doc. 64690);

IT IS ORDERED that the claims of Plaintiff, the County of Santa Clara, California in the above-captioned case be and they are hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 18th day of November, 2013.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE