# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001



Scott S. Harris
Clerk of the Court
(202) 479-3011

November 18, 2013

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Elena Strujan
    v. Merck and Company, Incorporated
    No. 13-6591
    (Your No. 12-31075)

MDL 05-1657 - L

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. Justice Alito took no part in the consideration or decision of this petition.

Sincerely,

*Scott S. Harris*

Scott S. Harris, Clerk

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 18, 2013

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

       No. 12-31075    In Re: Vioxx Prod Liability  
                       USDC No. 2:05-MD-1657  
                       USDC No. 2:07-CV-906

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

Charlene A. Vogelaar

By: _____  
Charlene A. Vogelaar, Deputy Clerk  
504-310-7648