UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **VIOXX**<br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Sherrill Herke, individually and on behalf of a proposed class of those similarly situated v. Merck & Co., Inc.*; Case No. 2:09-cv-07218 | **MDL NO. 1657**<br><br>**SECTION "L"**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

## CO-LEAD CLASS SETTLEMENT COUNSEL'S MOTION TO FILE INTO THE RECORD A LETTER FROM PATRICIA A. SCHISLER

Co-Lead Class Settlement Counsel, Russ M. Herman and Elizabeth J. Cabraser, hereby move to file into the record a letter from Patricia A. Schisler dated October 28, 2013, a copy of which is attached as Exhibit A, reserving all rights to challenge the impact and effect of the letter, including but not limited to whether Ms. Schisler is a class member, whether the letter constitutes an objection to the Settlement and whether the letter was properly and timely sent in accordance with the requirements of the Notice.

DATED:  November 21, 2013	Respectfully submitted,


By: */s/ Russ M. Herman*
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA  70113
Phone: (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*
*Co-Lead Class Settlement Counsel*

Elizabeth J. Cabraser, Esquire
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax:  (415) 956-1008
*Co-Lead- Class Settlement Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 21st day of November, 2013.

/s/ Leonard A. Davis
Leonard A. Davis