# EXHIBIT A

Copy

10-28-13

If I could speak at the final Hearing I would say this. I had No trouble with my heart until I took Vioxx. Now, I have to keep Nitrostat on hands for chest pain as Needed.

Merk should be held responsible in these cases. I know the Lord is going to hold these people accountable, that seat in high places for their actions. I pray that this is done right for the people. Our Lives has changed because of Vioxx.

Thanks
Patricia A. Schisler

Phone #

523 W. Adams St
Greenview Ill.
62642

COPY

| | | | MEDICAL EXPENSES | | | | |
|---|---|---|---|---|---|---|---|
| Patient:<br>Resp. Party: | SCHISLER, PATRICIA A.<br>523 W. ADAMS<br>GREENVIEW IL-62642 | | NABP: | | | Birthdate:<br>Wal-Mart Pharmacy<br>1501 WOODLAWN ROAD<br>LINCOLN IL-62656<br>ID: | |
| Last Fill | Rx # | Drug Name | | Qty | DAW | Physician Name | Patient Paid |
| Written | Fill ID | NDC/DIN | DS | Refill # | | | TP Ref # |
| 01/25/2000 | | VIOXX 25MG TAB | | 30 | 0 | LAYA,MARIA(LINCOLN) | $78.46 |
| 01/25/2000 | | 00006-0110-68 | 15 | 0 | | | |

*Copy*

**MALOU FADER LAYA, M.D.**
FAMILY MEDICAL CENTER
515 NORTH COLLEGE
LINCOLN, IL 62656
(217) 732-9681
(217) 482-3226
DEA #
LIC # 036-090685 (IL)

NAME: Patricia Sch____
ADDRESS:
DATE: 3/16/01

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Vioxx samples given:

11/2/99
3/21/00
6/12/00
7/31/00

☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE

MAY REFILL _____ TIMES

(Signature)

6GFP5085173

P. Schiller
523 W. Adams St
Greenview Ill. 62642

SPRINGFIELD IL 625
28 OCT 2013 PM 1 T

FOREVER USA
PURPLE HEART
ENERGY

Douglas R. Marvin
Counsel for Merck
Williams + Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

20005455101