## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®PRODUCTS LIABILITY LITIGATION      MDL 1657
     SECTION L
     JUDGE FALLON
     MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:      **Case Number:  2:05-cv-01768-EEF-DEK**

**Valerie A. Silva**      PLAINTIFF
**v.**

**Merck & Co., Inc.**      DEFENDANTS

\* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL AND MOTION TO SUBSTITUTE COUNSEL

    Craig K. Vernon, Wes S. Larsen and James, Vernon & Weeks, P.A. request leave of this Court to withdraw as counsel of record in this matter.  Additionally, Plaintiff, Valerie A. Silva, moves this Court to substitute Ann B. Oldfather and the Oldfather Law Firm as counsel for Plaintiff.  Pleadings related to this matter should be served on Ms. Oldfather and the OLDFATHER LAW FIRM at:

    Ann B. Oldfather
    OLDFATHER LAW FIRM
    1330 South Third Street
    Louisville, KY  40208
    (502) 637-7200

    Respectfully submitted,

    /s/ Ann B. Oldfather

    Ann B. Oldfather
    KBA Bar #52553
    OLDFATHER LAW FIRM
    1330 S. Third Street
    Louisville, KY  40208
    502.637.7200
    502.637.3999  (fax)
    aoldfather@oldfather.com

/s/ Wes S. Larsen (w/permission)
Craig K. Vernon
Wes S. Larsen
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur D'Alenie, ID 83814
208.667.0683
208.664.1684 (fax)
cvernon@jvwlaw.net
wes@jvwlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Entry of Appearance has been served upon Liaison Counsel, Phillip Wittmann, and Russ Herman, by U.S. Mail, an upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of November, 2013.

/s/ Ann B. Oldfather
_____
Ann B. Oldfather