UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>     **PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**          *Bill Black v. Merck & Co., Inc.*, **05-4452**

## ORDER

In light of the parties' proposed briefing schedule (Rec. Doc. 64687), and upon consideration of the issues, the record in this case, and the applicable law, **IT IS ORDERED** that any response to the motion for summary judgment (Rec. Doc. 64658) must be filed on or before December 6, 2013, and any replies to such responses must be filed on or before January 3, 2014:

New Orleans, Louisiana, this 21st day of November, 2013.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE