IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| SHERRILL HERKE, individually and on behalf of a proposed class of those similarly situated, Plaintiffs, | No. 2:09-cv-07218 |
| | Hearing Date: December 13, 2013 |
| | Time: 8:30 a.m. |
| v. | |
| MERCK & CO., INC., Defendant. | |

## PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

NOW COME Plaintiffs, through Co-Lead Class Settlement Counsel, Russ M. Herman and Elizabeth J. Cabraser, who respectfully submit they are filing herewith a Motion for Final Approval of Vioxx Consumer Class Settlement and that the accompanying Memorandum in Support is in excess of the page limits directed by the Court. Accordingly, movers request leave of court to file the attached Motion for Final Approval of Vioxx Consumer Class Settlement, Memorandum in Support, with attached exhibits, which exceeds the page limitation.

DATED: November 22, 2013        Respectfully submitted,

*/s/ Russ M. Herman*                                   */s/ Elizabeth J. Cabraser*
Russ M. Herman, Esquire                         Elizabeth J. Cabraser, Esquire
Leonard A. Davis, Esquire                        LIEFF, CABRASER, HEIMANN &
HERMAN, HERMAN & KATZ, L.L.C.    BERNSTEIN, LLP
820 O'Keefe Avenue                                  275 Battery Street, 30th Floor
New Orleans, Louisiana 70113                 San Francisco, CA 94111-3339
Phone: (504) 581-4892                              Telephone: (415) 956-1000
Fax: (504) 561-6024                                   Facsimile: (415) 956-1008
ldavis@hhklawfirm.com                           ecabraser@lchb.com

*Settlement Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of November, 2013.

I hereby further certify that copies have been forwarded to the following via U.S. Mail, postage pre-paid and properly addressed:

1. Patricia A. Schisler
   523 W. Adams Street
   Greenview, IL  62642

2. Geneva Meloy
   c/o Endeman, Lincoln, Turek & Heater
   600 B Street
   #2400
   San Diego, CA  92101

3. James P. Lyle, Esq.
   1116 Second Street, NW
   Albuquerque, NM  87102

   */s/ Leonard A. Davis*
   LEONARD A. DAVIS