**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| SHERRILL HERKE, individually and on behalf of a proposed class of those similarly situated, Plaintiffs, | No. 2:09-cv-07218 |
| | Hearing Date: December 13, 2013 |
| | Time: 8:30 a.m. |
| v. | |
| MERCK & CO., INC., Defendant. | |

**O R D E R**

Considering the Motion for Leave to Exceed Page Limitation filed by Plaintiffs;

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave to exceed page limitation and the attached Motion for Final Approval of Vioxx Consumer Class Settlement and Memorandum in Support, with attached exhibits, be and are hereby filed into the record.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge