# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **VIOXX**<br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Sherrill Herke, individually and on behalf of a proposed class of those similarly situated v. Merck & Co., Inc.*; Case No. 2:09-cv-07218 | **MDL NO. 1657**<br><br>**SECTION "L"**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

STATE OF LOUISIANA

PARISH OF ORLEANS

### DECLARATION OF DAWN M. BARRIOS, ESQ.

I, Dawn M. Barrios, declare as follows:

1. I am an attorney duly licensed to practice law in the state of Louisiana and as Federal-State Liaison Counsel make this Declaration based upon my personal knowledge.

2. I have reviewed all objections and correspondence which have been received pursuant to the Court's Notice and Order For Preliminary Certification of a Class for Purposes of Settlement and Preliminary Approval of Class Settlement, Class Notice and Related Matters (Rec. Doc. 64526) and have prepared the spreadsheet attached hereto as Exhibit 1, which spreadsheet lists: 1) the name, address, telephone number of the writer; 2) the date of receipt of the objections and correspondence; 3) identity of those receiving the objections and correspondence; 4) the ground for objection/reason for correspondence; (5) a statement of intent to make appearance at Final Approval Hearing; and (6) whether a description of documents, witness list and expert identification were attached.

3. The information set forth on Exhibit A was gathered by Declarant through interviews with and correspondence from the Court's Clerk and Law Clerk, Mr. Leonard Davis, Mr. John Beisner and Mr. Marvin.

4. The spreadsheet attached as Exhibit 1 is current as of the date of this Declaration and will be supplemented when, and if, additional information is received by Declarant.

5. I declare under penalty of perjury that the foregoing is true and correct.

_____
Dawn M. Barrios

SWORN AND SUBSCRIBED
BEFORE ME, THIS 22nd DAY OF NOVEMBER, 2013.

_____
NOTARY PUBLIC

| Name, Address and Telephone Number | Received by and date of Receipt | Ground for objection | Statement of Appearance | Attachments of documentation, witness list or expert identification |
|---|---|---|---|---|
| Geneva Meloy<br>1490 Arcadia Road<br>Kent, Ohio 44240<br>330-678-7527 | Herman received on 11/7/13.<br><br>Marvin received on 11/11/13.<br><br>Clerk received 11/7/13. | Amount of attorney's fees being paid with reservation of right to add additional objections | No plans to attend at time of objection. | No |
| Patricia A. Schisler<br><br>(217) 968-7017 | Marvin received 11/1/13. | No specified objection. | None | No |
| Debbie Pace and Patricia Archuleta, on behalf of all New Mexico Purchasers and Consumers (NM)<br>Counsel- James P. Lyle<br>1116 Second Street N.W.<br>Albuquerque, New Mexico 87102 | Brown Greer received on 11/12/2013.<br><br>Chambers received faxed copy on 11/8/13. | Counsel (James P. Lyle) requested of Liaison Counsel a list of putative NM class members to whom notice was being sent, the proposed settlement agreement and exhibits, and the exhibits to the Order. Counsel advised if he didn't get the information, he would file objections. Counsel understands that the total proposed nationwide settlement is $95,000, and wants the specific breadown and distribution to NM consumers or information regarding how the settlement will affect NM consumers. | None | No |

