# EXHIBIT 3

**PIKE CIRCUIT COURT**
**35TH JUDICIAL CIRCUIT**
**DIVISION II**



ENTERED
ANNA G. PINSON, CLERK
NOV 14 2013
BY: _____ D.C.

Civil Action No. 04-CI-01493

**JAMES RATLIFF, On Behalf Of Himself**                                **PLAINTIFFS**
**And All Others Similarly Situated**

                    **STIPULATION AND AGREED ORDER OF**
V.              **DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

**MERCK & COMPANY, INC.**                                              **DEFENDANT**

\* \* \* \* \* \* \* \*

The Plaintiff, James Ratliff ("Ratliff"), and the Defendant, Merck Sharp & Dohme Corp., formerly known as Merck & Company, Inc. ("Merck"), having entered into a Settlement Agreement with respect to the claims asserted by Ratliff in this action, and having agreed that Ratliff may also file a claim for reimbursement of the costs of Vioxx prescribed for him in the Multi-District Litigation proceedings styled In Re Vioxx Product Liability Litigation, Case No. 05-MD-01657/MDL Docket No. 1657 (E.D. La.), and having agreed that this action should be dismissed with prejudice, and the Court being duly and sufficiently advised,

IT IS ORDERED AND ADJUDGED that the Complaint of Ratliff herein should be, and hereby is, dismissed with prejudice, all matters between Ratliff and Merck having been settled; and

IT IS FURTHER ORDERED AND ADJUDGED that each party shall bear their own costs of these proceedings.

Done this 14th day of November, 2013.

_____
STEVEN D. COMBS, JUDGE
PIKE CIRCUIT COURT

STIPULATED AND AGREED TO:

*[signature]*

RICHARD A. GETTY
    and
JESSICA K. CASE

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909

COUNSEL FOR PLAINTIFFS
JAMES RATLIFF, On Behalf Of
Himself And All Others Similarly
Situated

*[signature]*

SUSAN J. POPE

FROST BROWN TODD, LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507-1749
Telephone: (859) 231-0000
Facsimile: (859) 231-0011

and

JOHN H. BEISNER
    and
JESSICA D. MILLER

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

COUNSEL FOR DEFENDANT
MERCK & COMPANY, INC.

## CLERK'S CERTIFICATE OF SERVICE

A copy of the foregoing Stipulation And Agreed Order Of Dismissal Of All Claims With Prejudice was mailed, postage prepaid, to the following on this the ____ day of _____, 2013:

Richard A. Getty, Esq.
    and
Jessica K. Case, Esq.
The Getty Law Group, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507
Counsel for Plaintiffs

Susan J. Pope, Esq.
Frost Brown Todd, LLC
250 West Main Street, Suite 2800
Lexington, Kentucky  40507-1749

John H. Beisner, Esq.
    and
Jessica D. Miller, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC  20005
Counsel for Defendants

_____
CLERK, PIKE CIRCUIT COURT

ragpld3592