# EXHIBIT 4

COPY

10-28-13

If I could speak at the final Hearing I would say this. I had No trouble with my heart until I took Vioxx. Now, I have to keep Nitrostat on hands for chest pain as Needed. Merk should be held responsible in these cases. I know the Lord is going to hold these people accountable, that seat in high places for their actions. I pray that this is done right for the people. Our lives has changed because of Vioxx.

Thanks
Patricia A. Schisler

Phone #
(217) 968-7017

523 W. Adams St
Greenview Ill.
62642

COPY

## MEDICAL EXPENSES

Patient:
Resp. Party: SCHISLER, PATRICIA A.

523 W. ADAMS

GREENVIEW IL-62642     NABP:1459507

Birthdate: 4/27/1945

Wal-Mart Pharmacy
1501 WOODLAWN ROAD
LINCOLN IL-62656

ID:BW2457768

| Last Fill | Rx # | Drug Name | | Qty | DAW | Physician Name | Patient Paid |
|---|---|---|---|---|---|---|---|
| Written | Fill ID | NDC/DIN | DS | Refill # | | | TP Ref # |
| 01/25/2000 | 6770432 | VIOXX 25MG TAB | | 30 | 0 | LAYA,MARIA(LINCOLN) | $78.46 |
| 01/25/2000 | 1409936 | 00006-0110-68 | 15 | 0 | | | |

*Copy*

**MALOU FADER LAYA, M.D.**
FAMILY MEDICAL CENTER
515 NORTH COLLEGE
LINCOLN, IL 62656
(217) 732-9681
(217) 482-3226
DEA #
LIC.# 036-090685 (IL)

NAME: Patricia Schuler    AGE: 4/27/45
ADDRESS: _____    DATE: 3/16/01

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Vioxx Samples given:
11/2/99
3/21/00
6/12/00
7/31/00

☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE
MAY REFILL ____ TIMES

(Signature)
6GFP5085173

P. Schüler
523. W. Adams St
Greenview Ill. 62642



SPRINGFIELD IL 625
28 OCT 2013 PM 1 T

Douglas R. Marvin
Counsel for Merck
Williams + Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

20005+55901