# EXHIBIT 6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to All Cases | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

*****************************************  *

## NOTICE OF OBJECTION TO PROPOSED PURCHASE CLAIMS AND CONSUMER CLAIMS SETTLEMENT

COME NOW Plaintiffs Debbie Pace and Patricia Archuleta, As Class Representatives on behalf of all New Mexico Purchasers and Consumers and offer the following as their objections to the proposed Purchase Claims And Consumer Claims Settlement reached in this matter. These Plaintiffs object to the proposed settlement because:

1. Plaintiff Debbie Pace filed her lawsuit in New Mexico State Court on October 14, 2004. Plaintiff Patricia Archuleta filed her lawsuit in New Mexico State Court on February 17, 2005. These Complaints are docketed in this action as NDL Docket Nos. 05-1078 and 05-3159.

2. The Complaints were removed to the United States District Court for the District of New Mexico on December 3, 2004 (USDNM Cause No. CIV 04-1356 MCA/ACT) and April 6, 2005 (USDNM Case No. CIV 05-388 JH/WDS).

3. These Plaintiffs filed Motions To Remand because the amount in controversy did not meet the requirements of 28 U.S.C. §1332. Specifically, the claim for relief must exceed the sum or value of $75,000 exclusive of interest, costs and attorney's fees.

4. Plaintiffs' Motions To Remand were never considered by the United States

District Court for the District of New Mexico before these cases were transferred to this Court as part of the Multi-District Litigation at issue.

5. During the pendency of this case, Plaintiffs' Liaison Counsel has communicated has communicated twice with counsel for the New Mexico Class Representatives. The first communication was on or about February, 2008, when liaison counsel asked for more details regarding the New Mexico litigation, and specifically, regarding any pending and unresolved motions which had been filed in New Mexico. At this time, Liaison Counsel was informed that both cases were subject to unresolved Motion To Remand for failure to satisfy the amount in controversy requirements of 28 U.S.C. §1332(a).

6. More recently, Plaintiffs' Liaison Counsel provided counsel for these Defendants with a "settlement package" which contained certain information regarding the proposed settlement. The settlement package did not contain a list of putative New Mexico class members to whom notice was being sent, did not contain the proposed settlement agreement and exhibits, and did not provide the class certification exhibits attached to the Order granting preliminary class certification (Document No. 64,526).

7. On October 17, 2013, counsel for the New Mexico Plaintiffs sent a fax to Plaintiffs' Liaison Counsel advising them of the deficiencies with the materials received as part of the settlement package and asking for additional information. The fax also advised Liaison Counsel that if these materials were not received, the New Mexico Plaintiffs would file objections to the proposed settlement.

8. As of this writing, the materials requested have not been received. This attorney understands that the total proposed settlement of all of the Purchase and Consumer claims, nationwide, is Ninety-Five Thousand Dollars ($95,000.00), although this amount has not been

confirmed by Liaison Counsel. The specific breakdown and distribution of the paltry amount to the affected New Mexico consumers and purchasers has not been provided. In fact, Liaison Counsel has not provide any specific information or justification regarding how the proposed settlement will benefit affected New Mexico consumers.

For all of the above reasons, these Plaintiffs object on behalf of all affected New Mexico consumers to the proposed settlement. These Plaintiffs ask the Court promptly and timely resolve the Motions To Remand they filed many years ago, and that the Court grant such further relief as it deems just and proper under the circumstances.

Respectfully submitted,

LAW OFFICES OF JAMES P. LYLE, P.C.

/s/ James P. Lyle, Attorney At Law
James P. Lyle
**Counsel for New Mexico Plaintiffs & Class**
1116 Second Street N.W.
Albuquerque, New Mexico 87102
(505) 843-8000 - Telephone
(505) 843-8043 - Facsimile

I hereby certify that a true copy of the foregoing pleading was served upon all counsel of record via CM/ECF filing of this pleading with the United States District Court For the District Of New Mexico this 8th day of November, 2013.

/s/   James P. Lyle, Attorney
James P. Lyle



Law Offices of *James P. Lyle, P.C.*
1116 2nd Street NW • Albuquerque, NM 87102



RECEIVED
NOV 12 2013
Brown Greer PLC
Richmond

Vioxx Consumer Claims Administrator
P.O. Box 26882
Richmond, VA  23261

UNITED STATES POSTAGE
$ 000.46⁰
PITNEY BOWES
02 1P
0003169912   NOV 08 2013
MAILED FROM ZIP CODE 87102