# EXHIBIT 7

**Sheila Martin**
P.O. Box 701583
Dallas, TX 75370
214-789-3196

November 9, 2013

Attention:   Vioxx Consumer Claims Administrator

I am writing to with the intent to:

1) Opt out of the offer for a one-time payment settlement of $50 to $75. It is my understanding that opting out of the one-time payment does not prevent me from pursuing a future claim.

Signed:

*[signature: Sheila Martin]*

Sheila Martin

Cc:   Regina Volenta, Attorney
      Herman, Herman, and Katz Law Firm

P.O. Box 701583
Dallas, TX 75370

Vioxx Consumer Claims Administrator
P.O. Box 26882
Richmond, VA 23261

BrownGreer PLC
Richmond

RECEIVED
NOV 12 2013



U.S. POSTAGE PAID
DALLAS, TX 75287
NOV 09, '13
AMOUNT
$3.56
0004710G-10

7012 3460 0002 6776 3482