# EXHIBIT 8

Dear Sir

I am asking to be excluded from In re Vioxx Products Liability Litigation No. 05-md-01657 (E.D.LA.)

Henrietta L. Marvin
4188 Howerton Rd
Dunnsville, VA. 2245

804-443-5106

H. Morris
4188 Howerton Rd
Dunnsville, VA 22454



RICHMOND VA 230
23 SEP 2013 PM 2 L

Vioxx Consumer Claims Administrator
P.O. Box 26882
Richmond, VA. 23261



RECEIVED
SEP 2 4 2013

BrownGreer PLC
Richmond

2326158B282