# EXHIBIT 9

I want to be excluded from....
"In re Vioxx Products Liability Litigation No. 05-md-01657 (E.D. La.)."

could not find supporting paperwork

Thanks!

Wardell Harris Jr.
3403 Nottinghill Ct.
Bowie, Md. 20716
(301) 218-4363

Wardell Harris Jr.
3403 Nottinghill Ct.
Bowie, Md. 20716

Vioxx Consumer Claims
P.O. Box 2688
Richmond, Va. 23261

BrownGreer PLC
Richmond
RECEIVED SEP 25 2013