# EXHIBIT 10




**VCS 100A** — **Status of Claimant Activity (As of 11/11/13)**   *Claim Filing Deadline: 5/6/14*

| Row | Item | Non-KY | KY | Total | Change Since Last Report |
|---|---|---|---|---|---|
| 1. | **Portal and Telephone Request Activity** | | | | |
| 2. | Registered Portal Users | 5,846 | 71 | 5,917 | +127 |
| 3. | Requests for Paper Claim Form | 5,457 | 89 | 5,546 | +62 |
| 4. | **Totals** | **11,303** | **160** | **11,463** | **+189** |
| 5. | **Claim Form Activity** | | | | |
| 6. | Submitted Electronic Claim Forms | 983 | 11 | 994 | +69 |
| 7. | Submitted Paper Claim Forms | 1,172 | 4 | 1,176 | +130 |
| 8. | **Total Submitted Claim Forms (Row 6 + Row 7)** | **2,155** | **15** | **2,170** | **+199** |
| 9. | Electronic Claim Forms in Progress | 595 | 9 | 604 | -17 |




| VCS 100B | Status of Claimant Activity (As of 11/11/13) | | | Claim Filing Deadline: 5/6/14 | |
|---|---|---|---|---|---|
| Row | Item | Claim Forms | Percentage | Require W-9 (>$600) | Amount Claimed |
| 1. | **Claims Forms with Option 1** | **325** | **15%** | **61** | **$136,055.80** |
| 2. | Option 1a Only | 288 | 13% | 60 | $132,156.54 |
| 3. | Option 1b Only[1] | 1 | <1% | 0 | $275.00 |
| 4. | Both[1] | 36 | 2% | 1 | $3,624.26 |
| 5. | **Claim Forms with Option 2** | **1,713** | **79%** | **N/A** | **$85,650.00** |
| 6. | **Claim Forms with Options 1 and 2**[2] | **107** | **5%** | **19** | **$163,908.11** |
| 7. | **Claim Forms without Option 1 or 2** | **25** | **1%** | **N/A** | **N/A** |
| 8. | **Totals** | **2,170** | **100%** | **80** | **$385,613.91** |

[1] The totals for Option 1b claims in this report reflect totals of the claimed amount of Post-Withdrawal Medical Consultation expenditures, where a number of such claims impermissibly seek more than $75 for this type of loss. Capping the claimed Option 1b losses at $75 per claim results in a reduced total amount of $382,275.51.

[2] Row 6 includes one hard copy claim form where the claimant wrote $100,000 under the Option 1a Amount Claimed.