UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Dennis Richard Harrison v. Merck & Co, Inc.,*
07-905

### ORDER

The Court has received the Plaintiff's "STATEMENT THAT HE IS NOW ABLE TO GAIN AN EXPERT WITNESS," in which he requests leave to use the testimony of an expert witness. **IT IS ORDERED** that these materials be filed into the record. **IT IS FURTHER ORDERED** that the Defendant file a response to this request on or before December 6, 2013.

New Orleans, Louisiana, this 20th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:   Mr. Dennis R. Harrison
601 W. Brown Street
Iron Mountain, MI 49801

Mr. James Duggan
860 Greg Thatch Circle
Sacramento, CA 95835

1