UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL Docket No. 1657 |
| PRODUCT LIABILITY LITIGATION | SECTION L |
| This Document relates to: EEF-DEK | HONORABLE JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

*********************************************************************

## PLAINTIFF STATEMENT THAT HE IS NOW ABLE TO GAIN AN EXPERT WITNESS

Plaintiff Dennis Harrison now states to the court that he is now able to get an Expert Witness. This has been made possible as a result of a more in depth the understanding of all of the known issues which have served as impediments.

Plaintiff pleads with the Court to allow the admittance of an Expert Witness he has acquired. The CV is attached. The Expert Witness will be available in approximately 1-2 weeks.

*[signature: Dennis R. Harrison]*

**Dennis Harrison**
**Pro Se 2:07-cv-00905-EEF-DEK**

November 11, 2013

TENDERED FOR FILING

NOV 1 2 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

## CERTIFICATE OF SERVICE

## PLAINTIFF'S REPLY TO DEFENDANT MERCK'S REPLY

has been served "hard copy" to the Clerk of the Court, United States District Court, 500 Poydras Street, Room C-151, New Orleans, LA 70130 via Federal Express on this 11th day of November, 2013.

/s/Dennis R. Harrison
Dennis R. Harrison
Plaintiff
601 W. Brown Street
Iron Mountain, MI 49801
Phone: Cell 906-221-5906
badbonehealing@gmail.com

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| **PRODUCT LIABILITY LITIGATION** | * | SECTION L |
| This Document relates to: | * | HONORABLE JUDGE FALLON |
| Dennis Harrison Pro Se 2:07-cv-00905-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

*************************************************************************

## PLAINTIFF'S MOTION TO REDACT THE EFFECT OF FRAUD FROM THIS CASE AND SET UP BARS TO PREVENT its FUTURE ENTRY INTO EVIDENCE

   **IT IS HEREBY ORDERED** that Plaintiff Dennis Harrison is permitted to utilize the Expert Witness he has referred to.

   So ordered.

**NEW ORLEANS, LOUISIANA,** this _____ day of September, 2013.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

TENDERED FOR FILING

NOV 12 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

3

## CERTIFICATE OF SERVICE

### PLAINTIFF'S REPLY TO DEFENDANT MERCK'S REPLY

has been served "hard copy" to the Clerk of the Court, United States District Court, 500 Poydras Street, Room C-151, New Orleans, LA 70130 via Federal Express on this 11th day of November, 2013.

/s/Dennis R. Harrison
Dennis R. Harrison
Plaintiff
601 W. Brown Street
Iron Mountain, MI 49801
Phone: Cell 906-221-5906
badbonehealing@gmail.com

**LEWIS H. ROSENBAUM, M.D.**
**4384 PINEHURST DRIVE**
**WEST BLOOMFIELD, MI 48322**

**HOSPITAL ADDRESS:**
William Beaumont Hospital
3601 West 13 Mile Road
Royal Oak, MI 48073
(248) 551-0307

**MEDICAL OFFICE ADDRESS:**
William Beaumont Medical Office Building
Academic Internal Medicine Associates P.L.C.
3535 West 13 Mile Road, Suite 635
Royal Oak, MI 48073
(248) 551-7009

**EDUCATION:**
University of Michigan (Botany) 1971
University of Michigan (M.D.) 1975

**TRAINING:**
Postgraduate: Internship-Residency
Department of Internal Medicine
Vanderbilt University Hospital 1975-1978

**FELLOWSHIP:** Rheumatology
University of Pittsburgh-Presbyterian Hospital

**FACULTY APPOINTMENTS:**
Clinical Associate Professor-Wayne State University
Department of Internal Medicine 1998 to present
Clinical Assistant Professor-Oakland University-William Beaumont School of Medicine
2011 to present

**WILLIAM BEAUMONT HOSPITAL/PROFESSIONAL APPOINTMENTS:**
Royal Oak, Michigan

Vice-Chief Medical Services 1992 to present
Director, Beaumont Executive Health Services
Chairman, Medical Quality Assurance Committee 1994 to present
Internal Medicine Management Committee 1998 to present
Multidisciplinary Service Review Committee 2011-present
Multidisciplinary Quality Assessment Committee 2010-present
Cardiology Quality Assessment Committee 2000 to 2008

- 1 -

Advisory Committee, ABIM Committee 2000 to 2011
Assistant Director, Physical Diagnosis (WSU-Medical Students) – 1993
Multidisciplinary, Quality Assessment Committee, 2010-present
Division Directors Committee 1998 to present
Consultant to Dow-Corning, re: Breast Implant Litigation, 2009-present

## MAJOR PROFESSIONAL SOCIETIES:
Fellow in American College of Physicians
Fellow in American College of Rheumatology

## LICENSURE & BOARD CERTIFICATIONS:
State of Michigan 1978
Board Certified Internal Medicine 1978
Board Certified Rheumatology 1982
Board Certified Geriatric Medicine 1990, re-certified 2012

Private Practice – Internal Medicine, Rheumatology & Geriatrics
William Beaumont Hospital, Royal Oak, Michigan

## TEACHING:
Harper Hospital, 1979 - 1980
Area Coordinator, William Beaumont Hospital, 1982 - 2005
Rheumatology Rounder, 1985 - 2002
In-service Examination Director, 1975 - 1988
Physical Diagnosis for 2nd year Wayne State University Medical Students 1985-1998

## RESEARCH PROJECTS:
1. Identification of a spontaneously crystallizing cryoimmunoglobulin and investigation of its phlogistic properties.
2. Characterization of a new rheumatic syndrome associated with erythema elevatum diutinum.
3. Presentation at Southeastern Rheumatism Association: Rheumatic illness related to upper cervical spinal cord tumor.
4. Co-investigator of relationship with anti-DNA antibodies and estrogen receptor.
5. Protocol designed for management of digital ulceration associated with Raynaud's phenomenon and scleroderma.
6. Investigation of the relationship between malignant *Myositis ossificans* and gamma-glutaryl transpeptidase
7. The therapeutic effect of magnesium on leg cramps. 2012

## ABSTRACTS:
1. Gowda S, Band J, Rosenbaum L, Blumenkrantz M, Chorioretinitis responsive to acyclovir three months following varicella infection. Regional ACP Meeting, 1987.
2. Mierendorf S, Rosenbaum L. Relapsing polychondritis in a patient with Multiple Sclerosis. Regional ACP Meeting, Michigan 1988.

3. Schroeder S, Rosenbaum L. Nosocomial *Legionella pneumoniae* complication, pneumococcal pneumonia and bacteremia. Regional ACP Meeting, Michigan 1989.
4. Rosenbaum L. Treatment of symptomatic spinal stenosis with nortriptyline. American Geriatric Society, New Orleans, LA, November 1992.

5. Hendrickson K, Vanhecke T, Frank B, Janjua M, Abidov A, James J, Rosenbaum L. Predictors of computed tomographic-documented coronary artery disease during an Executive Health physical 2009.

**BIBLIOGRAPHY:**
1. Rosenbaum LH, Thurman Percent, Krantz S. Upper airway obstruction as a complication of oral anticoagulation therapy. Arch Intern Med 1978, 199:1151-1153.
2. Rosenbaum LH, Rosenbaum H. Chlorpromide-induced hypoglycemia: A dramatic presentation of celiac disease. JAMA 1982, 247:818-819.
3. Rosenbaum LH, Nicholas JJ. Early Diagnosis of cervical spinal meningioma. JAMA 1983, 249:1475-1476.
4. Obley DL, Slasky BS, Peel RL, Rosenbaum LH, et al. Muscle-computed tomographic demonstration of ossifying metastases. J Computed Tomo 1983, 7:129-134.
5. Rosenbaum LH, Nicholas JJ, Slasky BS, et al. Malignant *Myositis ossificans*: Ossifying skeletal muscle metastases rheumatic syndrome. Ann Rheum Dis 1984, 43:95-97.
6. Kelly RH, Ostergren KA, Rosenbaum LH. Effect of agents which block steroid receptor: DNA interaction on anti-DNA antibody titers in sera of patients with systemic lupus erythematosus. Int Arch Appl Immunol 1983, 71(1):15-22.
7. Rosenbaum LH, Swartz Wm Medsger T, et al. Wrist drop: complete rupture of the extensor tendon mechanism in a patient with scleroderma. Arthritis and Rheum 1985, 28:586-589.
8. Noel J, Rosenbaum LH, Gangadharan V, Stewart J, Galens G. Serum sickness-like illness and leukocytoclastic vasculitis following intracoronary arterial streptokinase. Amer Hrt J 1987, 113(2):395-397.
9. Armin A, Rosenbaum L, Chapman-Winokur R, Hawkins ET. Intravascular immunoglobulin crystalloids in monoclonal cryoglobulinemia-associated dermatitis; ultrastructural findings. J Cutan Path 1993, 20:74-78.