UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Dennis Richard Harrison v. Merck & Co, Inc.,*
07-905

## ORDER

The Court has received the Plaintiff's reply to the Defendant's combined reply and opposition (Rec. Doc. 64671), which the Court will view as motion for leave to file a combined sur-reply to the Defendant's motion for summary judgment (Rec. Doc. 64510) and reply to his own cross-motion for summary judgment (Rec. Doc. 64639).

**IT IS ORDERED** that the Plaintiff's motion for leave to file is **GRANTED** and that the Plaintiff's combined sur-reply to the Defendant's motion for summary judgment (Rec. Doc. 64510) and reply to his own cross-motion for summary judgment (Rec. Doc. 64639) be filed into the record.

New Orleans, Louisiana, this 20th day of November, 2013.

UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:   Mr. Dennis R. Harrison
601 W. Brown Street
Iron Mountain, MI 49801

Mr. James Duggan
860 Greg Thatch Circle
Sacramento, CA 95835

1