# EXHIBIT

# A

*Plaintiff Reply*

*Exhibit A*

### ALBANY MEDICAL CENTER HOSPITAL
### NEW SCOTLAND AVENUE
### ALBANY, NY 12208

#### REPORT OF OPERATION

**NAME:** HARRISON, DENNIS       **MED. REC#:** 1879639
**DATE OF BIRTH:**      **CHART LOCATION:** _____
**SURGEON:** PAUL HOSPODAR, M.D.      **OPERATION DATE:** 02/28/03

**ASSISTANT:** SRIDHAR DURBHAKULA, M.D.
    J.MARTIN LELAND, M.D.

**PREOPERATIVE DIAGNOSIS:** Infected nonunion of right hip periprosthetic fracture, right femur.

**POSTOPERATIVE DIAGNOSIS:** Infected nonunion of right hip periprosthetic fracture, right femur. 

**OPERATION:** 1. Removal of infected total hip replacement. 2. Takedown of nonunion, right femur. 3. Removal of hardware, right femur. 4. Open reduction internal fixation, right femur. 5. Insertion of antibiotic cemented spacer, right femur.

**ANESTHESIA:**

**PROCEDURE:** The patient was taken to the operating room and placed in supine position. General anesthesia was then induced. The patient was then carefully positioned in the left lateral decubitus position, care was taken to pad the neck in its position since the patient has ankylosing spondylitis and is fused from the cervical spine to his lumbar spine. After he was placed in the left lateral decubitus position, right hip was prepped and draped in usual sterile fashion. Foley was placed prior to the start of the case.

At this point the incision was opened up directly over the previous incision, carried down through the subcutaneous tissues. The fascia was split in the direction of its fibers. It should be noted that a large pocket of pus and fluid was then encountered. This was sent for culture. Tissue samples were also sent for pathology and for culture.

At this point the wound was thoroughly irrigated and debrided. Once this was performed the fracture was encountered. All loose hardware was removed from the femur proximally and distally with the plate, wires and screws being removed. At this point the cement in intramedullary was removed using the Oscar device as well as backcutting backbiters, curets and splitting curets. At this point the femoral hip component was removed and the cement was removed from the proximal part of the femur as well. The cup which was found to be well fixed was removed using the circumferential bone cutting device. Once the cup was circumferentially cut, it was the easily removed with minimal bone loss. At this point the entire wound was thoroughly irrigated. Once this was performed, all the devitalized bone was removed. At this point, in a custom made mold, an antibiotic spacer was made with a Rush rod and three packs of cement. The fracture was then held reduced and the Rush rod and cement spacer were impacted into place. This gave good fixation of the fracture. Two cerclage titanium wires, Zimmer, were tightened around the bone to give an open reduction internal fixation to the bone. This was found to give excellent support and alignment of the bone. At this point the wound was thoroughly irrigated again and drains were placed deep, carried out proximally and laterally. The wound was then closed in layers. The vastus lateralis was tacked down back over its posterior attachment. 

03/04/2003 10:39 AM  chart copy                    1 of 2

**ALBANY MEDICAL CENTER HOSPITAL**
**NEW SCOTLAND AVENUE**
**ALBANY, NY 12208**

**TRANSFER DISCHARGE SUMMARY**

**NAME:** HARRISON, DENNIS

**MED. REC#:** 1879639

**ATTENDING MD:** PAUL HOSPODAR, M.D.
**DATE OF BIRTH:** 11/19/1952

**ADMISSION DATE:** 02/25/2003
**DISCHARGE DATE:** 03/05/2003

**ADMISSION DIAGNOSIS:** Right periprosthetic femur fracture.

**DISCHARGE DIAGNOSIS:** Status post removal of hardware, antibiotic spacer placement, as well as cerclage wying _____ of right prosthetic femur fracture.

**HISTORY OF PRESENT ILLNESS:** The patient is a 50-year-old gentleman with a long history of ankylosing spondylitis with multiple orthopedic surgeries. The patient previously had three procedures in his right hip region. He has also had bilateral total hip arthroplasties as well. He had some spine surgery.

**PAST MEDICAL HISTORY:** Significant for ankylosing spondylitis as well as osteoporosis and osteoarthritis and anemia.

**PAST SURGICAL HISTORY:** Bilateral total hip arthroplasties in 1995, cervical fusion in 1999, lumbar fusion in 2000, open reduction internal fixation of the right femur two months ago.

**MEDICATIONS:** Include:
1. Vioxx.
2. Oxycontin.
3. Klonopin.
4. Imipramine.
5. Celexa.

**ALLERGIES:** Indocin.

**PHYSICAL EXAMINATION:** At time of admission is documented in his chart. *HEENT:* Left eye with some slight ptosis. HEART: Regular rate and rhythm. S1, S2. CHEST: Clear to auscultation bilaterally. ABDOMEN: Positive bowel sounds. Soft, nontender, nondistended. EXTREMITIES: Pain with range of motion of his right fib deformity and the right hip as well. Sensation was intact throughout upper as well as lower extremities and there is no pain with any range of motion of any other joints other than his right hip.

**HOSPITAL COURSE:** The patient was admitted to the Orthopedic Surgery Service. He was seen by the Nutrition Service in order to optimize his nutrition. He was taken to the Operating Room on 2/28/03 and underwent removal of hardware and open reduction internal fixation and placement of antibiotic spacer. The patient tolerated the procedure well without any complications at all. At the time of surgery there was noticed to be some grossly purulent fluid near the site of his fracture and there was some loose femoral components as well noted. The patient therefore underwent removal of hardware as well as I&D and the patient had the placement of an antibiotic spacer. He was seen by Dr. Ellis Tobin's Infectious Diseases Service and was started on Ancef awaiting full culture data. The culture showed good enterococcus as



# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

March 12, 2003

**HARRISON, DENNIS**
**DOB: 11/19/52**
**SS# 136486634**
**CHART # 37939**

He was brought back from Albany County Nursing Home for us to review. His white count came back 13,800. He is in a fair amount of pain. He has erythema and redness up and down the right thigh into the leg.

Dr. Hospodar is out of town and I have not seen this wound before, but with the elevated white count and erythema the safest thing is to admit the patient back into the hospital for appropriate IV antibiotics and probably aspiration under fluoroscopic control for cultures. We will discuss this with the residents and let them know he is coming.

Jeffrey Lozman, M.D.

JL:cjb

HarrisonD-CapitalROGMR-    00013

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

April 17, 2003

**HARRISON, DENNIS**
**DOB: 11/19/52**
**SS# 136486634**
**CHART # 220951**

He is now almost six weeks out from removal of his total hip with pathologic fracture.

He has on x-ray what appear to be some signs of healing of the fracture although minimal.

We just aspirated his hip.  We are waiting culture results. I will see him back in two weeks. At that point we will make a determination on when we are going to reimplant him.

Paul P. Hospodar, M.D.

PPH:cjb

cc:     Paul Donovan, M.D.

HarrisonD-CapitalROGMR-    00015

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

**HARRISON, DENNIS**
**DOB: 11/19/52**
**CHART#: 220951**
**SS#: 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**

<u>May 16, 2003</u>

At this point, it looks like he has cleared his infection.

We are going to send him for a sed rate and one more aspiration. If this is negative, we will set him up for revision surgery including a 10 inch solution and a bipolar acetabular component and most likely cables. We will set him up for surgery sometime next month.

Paul P. Hospodar, M.D.

PPH: wcs

cc:    Paul Donovan, M.D.

HarrisonD-CapitalROGMR-    00016

# CAPITAL REGION ORTHOPAEDIC GROUP

1367 Washington Ave. • Suite 200 • Albany, New York • 12206
(518) 489-2666 • Fax (518) 489-5933/2080

**HARRISON, DENNIS**
**DOB: 11/19/52**
**CHART#: 220951**
**SS#: 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**

June 5, 2003

He apparently came into the office very upset about his Medicare situation. Apparently he states that it has run out. My medical assistant explained to him that we had nothing to do with this situation. He needs to be set up for an aspiration, which was given to the nursing home and the patient to be set up at a local hospital. This was never done. The patient comes in now claiming we do the aspiration here which we do not. This needs to be done at a hospital. It needs to be arranged.

He has been quite belligerent to our staff and we are going to see him back on a p.r.n. basis. He is seeking a second opinion this week. We will send him notes and also a letter to Mr. Harrison giving him the names of two other orthopaedic surgeons in the area that he can seek help from for his difficult problem. I will see him back on a p.r.n. basis. We will continue to treat him for at least the next 30 days or until he transfers his care to someone else.

Paul P. Hospodar, M.D.

PPH: wcs

cc:    Paul Donovan, M.D.

HarrisonD-CapitalROGMR-    00017

THE VALLEY HOSPITAL
OPERATIVE RECORD
SURGEON: JOSEPH PIZZURRO, M.D.
SURGEON ASSISTANT: JAMES PEDICANO, M.D.
DATE OF SURGERY: JUNE 27, 2003
PATIENT: DENIS HARRISON
MR# M 493383
ROOM#6
COPIES TO: CHART AND DR. PIZZURRO

TYPE OF OPERATION: Removal of an antibiotic impregnated methyl methacrylate
prosthetic spacer with revision right total hip arthroplasty with a 64 mm Trident two-
piece cup with a Constrained liner, a Proximal Module Replacement Stem with a HNR
proximal body, 80 mm mid body, and a 13 mm X 127th millimeter stem with antibiotic
impregnated methylmethacrylate, Standard [22 mm] head, Dall Miles cables.
ANESTHETIST: HENRY ZHOU, M.D.
ANESTHESIA: GENERAL ENDOTRACHEAL
PRE- OPERATIVE DIAGNOSIS: Status post removal of total hip prosthesis, fixation
plate, screws, and methyl methacrylate for an infected periprosthetic fracture right
femur.
POST- OPERATIVE DIAGNOSIS: Status post removal of total hip prosthesis, fixation
plate, screws, and methyl methacrylate for an infected periprosthetic fracture right
femur.

GROSS FINDINGS:
This patient had a hybrid total hip arthroplasty in 1995 and sustained a periprosthetic
fracture in February, 2003. He underwent an open reduction and plate, screw, and
cable fixation which became infected and was subsequently removed, debrided, with
insertion of an antibiotic impregnated methylmethacrylate prosthetic spacer. There
was marked scarring of all tissues about the hip joint with a comminuted nonunited
fracture of the shaft of the femur with poor quality bone. The acetabular bone was
reasonably good. Cultures were taken prior to the administration of antibiotics and a
gram stain was negative for organisms. Due to the deformity of the fracture, but
comminution of the fracture, and the quality of bone, it was decided to use a Proximal
Module Femoral Replacement stem. Due to the patient's overall disease in the type of
prosthesis used for the femur it was decided to use a Constrained liner. Aside from
scarring the many soft tissues were not remarkable.

PROCEDURE:
The patient was brought operating room number 6, which is a clean air room where
laminar flow filters have been functioning for several hours. The operative team wore
General endotracheal anesthesia was administered. When adequate level of
anesthesia was obtained, a today catheter was inserted. The patient was placed in the
lateral position and was held in position by inserting the appropriate pegs in the
appropriate holes.

The patient was draped in the usual manner, with sterile paper drapes. After all
appropriate draping had been completed, utilizing a previous long curvilinear scar a
curvilinear incision was mapped out and made over the greater trochanter, extended
down the femoral shaft approximately 10 cm and proximally 30 cm. The procedure was
carried down by sharp dissection through the subcutaneous tissues to the fascia lata.
The fascia lata was developed and divided along the femur and the posteriorly into the
muscle fibers of the gluteus maximis. The two layers were developed and a large self-
retaining Charnley C retractor was inserted.

Attention was then placed to the back of the trochanter where scarred soft tissues and capsule were opened in one layer by coagulation and cutting cautery. A aerobic and anaerobic cultures were taken. Whatever capsule was left was removed with cutting cautery. The hip joint was dislocated. The soft tissues were cleared out of the proximal femur and the antibiotic prosthetic cement spacer was removed.

A capsulotomy incision was made on the superior and anterior capsule. A large anterior retractor was inserted. A capsulotomy was performed also inferiorly and posteriorly. A large inferior retractor was inserted with a pad behind it. The soft tissue around the acetabulum were cleared. With the use of an acetabular gourge and curette the granulation tissue in the acetabulum was removed. The acetabulum was reamed to a 63 mm with concentric reamers at every 2mm.

A 63 mm and 64 mm acetabular expanders were then used. The 64 mm was left in place. The acetabular was irrigated. At this time, the femoral head was reamed into a cancellous paste.
The expander was removed and the acetabulum was irrigated and impacted with cancellous paste from the acetabular morsl reamings. The outer shell, of a 64 mm Trident 2 piece cup was the aligned and impacted. When this was completed the holder was removed. A central screw was inserted and a Constrained polyethylene Attention was placed to the femoral shaft. The surgical incision was extended distally. With the use of cautery the vastus lateralis was peeled off the lateral cortex of the femur and the distal end of the fracture was visualized. All soft tissues were removed about the entire femur in this area and retractors were inserted. With the use of an oscillating saw are an osteotomy was carried out at the distal ends of the femoral shaft fracture. The remaining proximal femur was osteotomized along its length from posteriorly to anteriorly and opened. All soft tissues were removed with the use of a Midas Rex.

Attention was then placed on the distal femur. The belly retractor was inserted. The The above-mentioned stem was configured and assembled on the back table. Two packages of methylmethacrylate containing Tobramycin was then fixed in a Stryker cement mixer end of The aqueous epinephrine soaked tail pads were removed from the canal. The canal was then filled with methyl methacylate using a Stryker cement gun and pressurizer and a Proximal Modula Femoral Replacement stem was inserted. Excess cement was curetted away. Various sized head and neck units were tried. It was decided to go with a Standard [22 mm] head. This head size gave us an excellent range of stable motion and the length as desired.

A Standard [22 mm] head was impacted on the Proximal Modular Femoral Replacement stem. It was tested and brought through an excellent range of motion. The patient's proximal femoral fragments with then wrapped around this femoral prosthesis and held in place with 3 2.0 mm Dall Miles cables. These were inserted in the usual fashion, tightened, crimped, and cut. The wound was then irrigated with copious amounts of saline.

After considering irrigation, the fascia lata was approximated with #1 Vicryl interrupted sutures and then a running #1 Vicryl. The deep subcutaneous tissues were closed in layers with running sutures of 0 PDS and interrupted sutures of 2-0 Monacryl. The skin edges were approximated with skin staples. The wound was dressed with Xeroform gauze, 4x8s, ABDs, sterile ace bandage.

This was a clean case. The patient had sequential compression devices to both lower

The patient was then placed back into the hospital bed.  The estimated blood loss was 1500 cc.  Blood administered -735 cc cell saver plus one unit of bank blood.  The patient received Vancomycin 1.0 g at the intraoperative cultures.

Condition of patient: see anesthesia recovery room notes.

Joseph P. Pizzurro, M.D., F.A.C.S.
Date dictated-June 27, 2003
Date transcribed-June 27, 2003

# EXHIBIT

# B



**1.7   Potential Risks Based Upon Specific Cyclooxygenase-2 Inhibition (Cont.)**

1.  Wound healing and inflammation are related processes that both involve the activity of prostaglandins, cytokines, and inflammatory cell types. Just as COX inhibition results in decreased inflammation, so it is theoretically possible that COX inhibition may impair wound healing. One model of wound healing is the repair of experimentally induced GI mucosal lesions in laboratory animals. COX-2 is expressed at the site of experimentally induced gastric erosions and ulcers in mice and rats [108; 222; 214; 223]. Both indomethacin (a nonspecific COX inhibitor) and the selective COX-2 inhibitor, NS-398, delay healing of these lesions [214; 222]. The impairment of ulcer healing by selective inhibition of COX-2 was not more severe than that produced by the nonspecific inhibitor [214]. Whether these preclinical model systems of experimentally induced erosions are relevant to human gastric erosion healing, or other clinical settings of wound repair, is unknown.

2.  Prostaglandins are likely to be important in bone metabolism. There is evidence that prostaglandins, including prostaglandin E2 (PGE-2), are produced by osteoblasts and osteoblast-like cells [289; 290; 291], and that they can stimulate both bone resorption and bone formation [203]. The relative contribution to bone formation versus resorption in vivo by prostaglandins is unknown. In addition, the roles of COX-1 versus COX-2 in the production of prostaglandins in bone has not been established. One report demonstrated that both indomethacin and NS-398, a selective COX-2 inhibitor,

MRK-OS420124108

MK-0966
Clinical Documentation
E. Clinical Safety
1. General Safety Overview

E-37

1.7   **Potential Risks Based Upon Specific Cyclooxygenase-2 Inhibition** (Cont.)

inhibit bone formation induced by mechanical loading in rats [202]. COX-2 expression was induced in an in vitro model of mechanical loading [201], suggesting a role for COX-2 derived prostanoids in mechanically induced bone formation.   Data in humans on NSAID effects on biochemical markers of bone metabolism are limited [292] and there are no long-term, prospective data of the effects of either NSAIDs or COX-2-specific inhibitors on either biochemical markers of bone turnover or bone mineral density.

3. A related area of concern is the effect of COX inhibitors on articular cartilage.   Preclinical studies and retrospective clinical studies have implicated NSAIDs in the acceleration of joint destruction in OA [256]. Results from well-designed and well-conducted randomized trials to address the question of whether NSAIDs affect the progression of OA in humans have yet to be reported.   If NSAIDs do affect the progression of OA, it is unknown whether this effect would be through COX-1 or COX-2.   It is expected that the effect of MK-0966 (a specific COX-2 inhibitor) on cartilage, if any, will be no different than with NSAIDs already in use since both classes of drugs inhibit prostaglandin production by COX-2 to a similar extent.

4. In summary, COX-2 is located in the kidney, reproductive tract, brain, and at the site of inflammation and bone turnover.   MK-0966 is a specific inhibitor of COX-2. Mechanism-based adverse experiences would derive directly from COX-2 inhibition. There is a wealth of

/MK-0966/WMA/RW1316.DOC   APPROVED

26OCT98

MRK-OS420124109

**1.7   Potential Risks Based Upon Specific Cyclooxygenase-2 Inhibition** (Cont.)

experience in humans with COX-2 inhibition during therapy with NSAIDs (nonspecific COX inhibitors). It is expected that the adverse experiences with MK-0966 will be similar to NSAIDs in the above-mentioned organs as both classes inhibit COX-2 to a similar degree. The lack of COX-1 inhibition by MK-0966 has the potential to eliminate the GI toxicity seen with NSAIDs. In addition, MK-0966 is expected to be free from platelet function inhibition that is COX-1 mediated.

**1.8   Potential Risks of Cyclooxygenase-1 Inhibition in Nonspecific Inhibitors of Cyclooxygenase**

1. The specificity of MK-0966 for COX-2, and lack of inhibition of COX-1, extends to oral dosing in humans. NSAIDs inhibit both the COX-1 and COX-2 isoforms. Prostaglandin synthesis in the GI tract and platelets depends on COX-1 [103]. It is expected that MK-0966 will have a toxicity profile similar to placebo in these areas.

2. Prostaglandins have an important role in mucosal protection in the GI tract. Several mechanisms are involved including reducing acid secretion, stimulating mucous secretion, maintaining blood flow, and increasing bicarbonate secretion [198; 199]. The production of these cytoprotective prostaglandins in the GI tract is dependent on COX-1. In the normal GI tract of humans, COX-1 is the only isoform expressed [100; 30].

3. NSAID use in humans leads to the development of ulcers and their complications such as bleeding, perforation, and

MRK-OS420124110

# EXHIBIT

# C

# Dr. James Matthew Trice MD
## Rheumatologist

280 Pleasant St
Concord, NH 03301

Specialty & Clinical Interests
**Rheumatologist:** General Rheumatology
Education & Medical Training
George Washington University
Residency, Internal Medicine, 1977 - 1980
George Washington University School of Medicine and Health Sciences

American Board of Internal Medicine
Certified 2014 years in Internal Medicine

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| '29/01 | 375343 | | VIOXX 25 MG | 00006 0110 68 | 1 | TRICE | SM | $.00 | 09/27/0 |
| 26/01 | 375343 | | VIOXX 25 MG | 00005 0110 68 | 2 | TRICE | JC | $.00 | 09/27/01 |
| 26/01 | 375343 | | VIOXX 25 MG | 00006 0110 68 | 2 | TRICE | SM | $.00 | 09/27/01 |
| 26/02 | 375343 | | VIOXX 25 MG | 00006 0110 68 | 4 | TRICE | JC | $15.00 | 09/27/0 |
| '23/02 | 375343 | | VIOXX 25 MG | 00006 0110 68 | 5 | TRICE | SM | $15.00 | 09/27/0 |
| 26/01 | 375343 | | VIOXX 25 MG | 00006 0110 68 | 3 | TRICE | SM | $.00 | 09/27/0 |
| /26/02 | 375343 | | VIOXX 25 MG | 00006 0110 68 | 4 | TRICE | JC | $15.00 | 09/27/ |
| /23/02 | 375343 | | VIOXX 25 MG | 00006 0110 68 | 5 | TRICE | SM | $15.00 | 09/27/ |

Dr. Trice was in contact with Dr. Belson (below) and in discussions in re to the arthritic conditions Plaintiff Harrison had. Dr. Trice, a rheumatologist, had evaluated D. Harrison several times and diagnosed Rheumatoid Arthritis, as well as several rheumatalogists, and even the Merck Expert Witness himself – Dr. Blaventsky.

Dr. Trice and Dr. Belson shared responsibility in the management of both the anklyosing spondalitis and rheumatoid arthritis as is also represented in prescriptions for Vioxx being prescribed by both physicians.

f the 15 Rheumatologists in Burlington shown on this page:

- 14 Board certified
- 4 Award winners
- 30 Reviews
- Average rating is 3.2 stars
- Average wait time is 18.8 minutes

## Top Rheumatologists in Burlington, VT

**Dr. James Trice, MD**
(0) (0)

*Fletcher Allen*
*111 Colchester Ave*
*Burlington, VT 05401*

- Internal Medicine
- Rheumatology
- Pediatric Rheumatology
- **32 years experience**
- 4 star hospital

# Dr. Roger E. Belson, MD

## Internal Medicine

## <u>Board Certified</u>

http://www.healthgrades.com/physician/dr-roger-belson-38jmq

14 Bridge
St
Henniker,
NH
03242

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| '14/02 | 303285 | VIOXX 25 MG | 00006 0110 68 | 3 BELSON | SM | $14.31 | 01 |

**Dr. Belson was in contact with Dr. James Matthew Trice MD Rheumatologist as they jointly managed the Plaintiff ptient, especially for rheumatoid arthritis (diagnosed by Dr. James Trice – rheumatalogist) and anklyosing spondalitis.**