UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:     *Sherrill Herke, individually and on behalf of a proposed class of those similarly situated*

## ORDER

On November 8, 2013, the Court received the attached correspondence, including a Notice of Objection to Proposed Purchase Claims and Consumer Claims Settlement, from James Lyle. **IT IS ORDERED** that the Notice of Objection to Proposed Purchase Claims and Consumer Claims Settlement be entered into the record.

New Orleans, Louisiana, this 21st day of November, 2013.

UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:     Mr. James P. Lyle
116 2nd NW
Albuquerque, NM 87102




# Law Offices of James P. Lyle, P.C.

James P. Lyle, Esquire
Judith M. Seff, Paralegal

## facsimile
## TRANSMITTAL

| | | |
|---|---|---|
| To: | Honorable Eldon E. Fallon | Fax #: (504) 589-7697 |
| | Elizabeth Cabraser, Esquire | Fax #: (415) 956-1008 |
| From: | James Lyle, Esquire | |
| Date: | November 8, 2013 | |
| Re: | *Vioxx Litigation* | |
| Pages: | Four (4), including cover sheet | |
| Our File No. | 204.0028 - Pace, et al. | |

REMARKS: Judge Fallon: I understand that the Local Rules of this Court do not permit submission of documents for filing by e-mail or fax. Nonetheless, for the reasons set forth in these objections to the proposed Class Settlement in the Vioxx litigation, I am left with no choice but to fax these objections to the Court. Plaintiffs' Liaison Counsel has been completely unresponsive to numerous phones calls and requests for information, and the Court's CM/ECF - Pacer service will not allow me to file anything on behalf of my client's despite the fact that I have a valid Pacer User Name and Password which I have used in multiple federal district courts. Given the importance of the issues raised in the attached objections, it is my sincere hope that the Court and Plaintiffs' Liaison Counsel will take heed of these objections and give us the opportunity to present them at the fairness hearing.

James P. Lyle, Esq.

Please notify us immediately if not properly received.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.

From the desk of...

Judi Seff