UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   *Sherrill Herke, individually and on behalf of a proposed class of those similarly situated*

## ORDER

On November 7, 2013, the Court received the attached Notice of Objection to Class Settlement and Motion for Attorney's Fees, from Geneva Meloy. **IT IS ORDERED** that the Notice of Objection to Class Settlement and Motion for Attorney's Fees be entered into the record.

New Orleans, Louisiana, this 21st day of November, 2013.

UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:   Ms. Geneva Meloy
1490 Arcadia Road
Kent, OH 44240