OBJECTOR:

Geneva Meloy
1490 Arcadia Road
Kent, Ohio 44240
(330) 678-7527

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | X : MDL No. 1657 : : SECTION L |
| SHERRILL HERKE, individually and on behalf of a Proposed class of those similarly situated, Plaintiffs, | X : JUDGE FALLON : MAG. JUDGE KNOWLES : : |
| v. | : No. 2:09-cv-07218 |
| MERCK & CO., INCL., Defendant. | : X |

## NOTICE OF OBJECTION TO CLASS SETTLEMENT AND MOTION FOR ATTORNEY'S FEES

I am a member of the class because I purchased Vioxx prior to October 1, 2004. I just learned of the proposed settlement and I object to the amount of attorney's fees being paid. Although there may be other things I may find objectionable about the settlement, I wanted to register my objection about fees now so I don't missing the filing deadline. I reserve the right to supplement or amend my Notice of Objection after I meet with a lawyer to learn all of my rights. I have no plans to attend the fairness hearing at this time.

**TENDERED FOR FILING**

NOV - 7 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

Sincerely,

*Geneva Meloy*
Geneva Meloy

## Certificate of Service

I hereby certify that a copy of my Notice of Objections and Motion for Attorney's Fees was mailed on November 5, 2013 to the following:

Russ Herman, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Co-Lead Settlement Class Counsel for Plaintiffs

Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Co-Counsel for Merck

*Geneva Meloy*
Geneva Meloy

ENDEMAN, LINCOLN, TUREK & HEATER
ATTORNEYS AT LAW
600 "B" STREET, SUITE 2400
SAN DIEGO, CALIFORNIA 92101-4508

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130