UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Valerie A. Silva v. Merck & Co., Inc.*, **05-1768**

## ORDER

**IT IS ORDERED** that the motion to withdraw Craig Vernon and Wes Larsen of James, Vernon & Weeks, P.A. and to substitute Ann Oldfather of the Oldfather Law Firm as counsel of record for Plaintiff Valerie Silva (Rec. Doc. 64701) is **GRANTED**.

New Orleans, Louisiana, this 22nd day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE