UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **VIOXX**<br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Sherrill Herke, individually and on behalf of a proposed class of those similarly situated v. Merck & Co., Inc.*; Case No. 2:09-cv-07218 | **MDL NO. 1657**<br><br>**SECTION "L"**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

## ORDER

Considering the foregoing Motion to File into the Record a Letter from Patricia A. Schisler filed by Co-Lead Class Settlement Counsel, Russ M. Herman and Elizabeth J. Cabraser:

IT IS ORDERED that the letter from Patricia A. Schisler is hereby filed into the record, with a reservation of all rights to challenge the impact and effect of the letter, including, but not limited to, whether Ms. Schisler is a class member, whether the letter constitutes an objection to the Settlement and whether the letter was properly and timely sent in accordance with the requirements of the Notice. This filing does not constitute a determination of the merits of the letter.

New Orleans, Louisiana, this 22nd day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE