# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Goldhaber Research Associates, LLC v. Jacks, et al.*, 07-2062

## ORDER

Considering the proposed scheduling order (Rec. Doc. 64693) jointly filed by Plaintiff Goldhaber Research Associates, LLC and by Defendants Tommy Jacks, P.C. and Blizzard, McCarthy & Nabers, LLP, **IT IS ORDERED** that the following schedule will apply to this matter: all written discovery must be served on or before December 9, 2013; all responses to written discovery must be served on or before January 9, 2014; and depositions must be completed on or before January 31, 2014.

New Orleans, Louisiana, this 22nd day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE