A CERTIFIED TRUE COPY

MAR 21 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 21 2008
LORETTA G. WHYTE
UNITED STATES JUDICIAL PANEL
MULTIDISTRICT LITIGATION CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 5 2008

FILED
CLERK'S OFFICE

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

**FILED** MDL No. 1657

APR - 1 2008

(SEE ATTACHED SCHEDULE)

Clerk, U.S. District Court
By: _____ Deputy Clerk

**CONDITIONAL TRANSFER ORDER (CTO-131)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,672 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 21 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
MAR 28 2008
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION           MDL No. 1657

### SCHEDULE CTO-131 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **ARIZONA** | | |
| AZ 4 08-108 | William J. Hardy v. Merck & Co., Inc. | 08-1403 |
| **FLORIDA MIDDLE** | | |
| FLM 2 08-97 | Virginia Borden v. Merck & Co., Inc. | 08-1404 |
| FLM 2 08-122 | Joseph T. Kovack v. Merck & Co., Inc. | 08-1405 |
| **KANSAS** | | |
| KS 2 08-2070 | Maurice Robinson, etc. v. Vioxx Manufactory Merck | 08-1406 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 2 08-32 | Fred L. Anglin, et al. v. Merck & Co., Inc. | 08-1407 |
| MSS 3 08-68 | Clara Dampier v. Merck & Co., Inc., et al. | 08-1408 |
| MSS 3 08-69 | Faye Hathorn v. Merck & Co., Inc., et al. | 08-1409 |
| MSS 3 08-71 | Ruby Brown v. Merck & Co., Inc., et al. | 08-1410 |
| MSS 3 08-88 | Edward P. Warren, III v. Merck & Co., Inc. | 08-1411 |
| MSS 3 08-89 | Dan Myers v. Merck & Co., Inc. | 08-1412 |
| MSS 4 08-7 | McArthur Jones, et al. v. Merck & Co., Inc., et al. | 08-1413 |
| MSS 4 08-8 | Clifton Gavin, etc. v. Merck & Co., Inc., et al. | 08-1414 |
| MSS 5 08-14 | Ola Mae Taylor v. Merck & Co., Inc., et al. | 08-1415 |
| MSS 5 08-15 | Peggy Wimberly v. Merck & Co., Inc., et al. | 08-1416 |
| **NORTH CAROLINA EASTERN** | | |
| NCE 5 08-41 | Janet Lennon, et al. v. Merck & Co., Inc. | 08-1417 |
| **NEW YORK NORTHERN** | | |
| NYN 5 08-146 | Lois A. Kriesberg, et al. v. Merck & Co., Inc. | 08-1418 |
| **NEW YORK WESTERN** | | |
| NYW 6 08-6052 | Karen Lynn Hensley, etc. v. Merck & Co., Inc., et al. | 08-1419 |
| NYW 6 08-6053 | Donna M. Kerl, etc. v. Merck & Co., Inc., et al. | 08-1420 |
| **TEXAS NORTHERN** | | |
| TXN 4 08-96 | Jesus Castillo Perez v. Merck & Co., Inc. | 08-1421 |
| **TEXAS SOUTHERN** | | |
| TXS 4 08-501 | Emmanuel Iwobi, et al. v. Merck & Co., Inc. | 08-1422 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES**

**PRETRIAL ORDER NO. 14**
**NOTICE TO COUNSEL IN ALL CASES**

I. **APPLICABILITY OF ORDER**

    This Order shall govern all cases (1) transferred to this Court by the Judicial Panel on Multidistrict Litigation, pursuant to its Order of February 16, 2005; (2) any tag-along actions subsequently transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to Rule 7.4 of the Rules of Procedure of that Panel; and (3) all related cases originally filed in this Court or transferred or removed to this Court.

II. **FILING OF PRE-TRIAL ORDER NO. 14**

    A copy of this Order shall be filed in each case transferred to this District and shall apply to all such cases removed to, or transferred to, this Court and cases filed in this Court that are within the subject matter of this MDL. In cases subsequently filed, a copy will be provided by the Clerk to each Plaintiff at the time of filing the complaint. In cases subsequently removed or transferred to this Court, a copy will be provided by the Clerk to each new party upon removal or transfer.

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

### III. LEXIS NEXIS FILE & SERVE

The Court has been informed that a number of counsel have not complied with the registration provisions of paragraph 2 of Pretrial Order No. 8, which was entered on April 8, 2005. Lexis Nexis File & Serve was activated and utilized for all service in this litigation on Wednesday, May 11, 2005 at 9:00 a.m. As of that date, all service is to be accomplished by uploading filings to File & Serve in accordance with Pretrial Order No.8. Liaison Counsel has continued to serve documents on the non-registered attorneys on their respective service lists to accommodate late registrants. Effective June 1, 2005, PLC and DLC will discontinue such service and all service shall be by Lexis Nexis File & Serve. Further the Court's Orders and Minute Entries shall be uploaded by DLC to File & Serve for access by all registered users. It is the responsibility of all counsel to register with File & Serve in order to receive the Court's Orders and Minute Entries and service of pleadings in this case. *See* PreTrial Order No. 8, which can be found on the Court's MDL 1657 website located at http://vioxx.laed.uscourts.gov . Accordingly,

IT IS ORDERED that effective June 1, 2005, all service shall be by Lexis Nexis File & Serve. Attorneys who fail to register will no longer receive service of documents filed in the MDL. PLC shall continue to serve any non-represented institutionalized plaintiffs.

IT IS FURTHER ORDERED that all counsel shall immediately update and notify PLC and DLC whenever the contact information required by PreTrial Order 5A changes.

IV. **NOTICE TO ALL COUNSEL**

Copies of all Pretrial Orders entered in this case, copies of some of the Court's Minute Entries and other important information, are or will be posted on the Court's MDL 1657 website located at http://vioxx.laed.uscourts.gov. It is the responsibility of all counsel to regularly check the website and to familiarize themselves and comply with all orders governing this case. These orders apply to all cases presently filed as well as all subsequently filed. Further,

IT IS ORDERED that Paragraph 10 of Pretrial Order No. 1 regarding DOCKETING is hereby AMENDED as follows:

DOCKETING -- When an action that properly belongs as part of In Re: VIOXX Products Liability Litigation is hereinafter filed in the Eastern District of Louisiana or transferred here from another court, the Clerk of this Court shall:

a. Place a copy of this Order (Pretrial Order No. 14) in the separate file for such action;

b. Make an appropriate entry on the master docket sheet;

c. Mail or e-mail to all counsel in the newly filed or transferred case a copy of this Order (Pretrial Order No. 14).

NEW ORLEANS, this 26th day of May, 2005.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE