U.S. DIST[...]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

08 FEB 12 PM 12:25

[...] COURT
BY ___tjc___ DEPUTY
[...] KS

MAURICE ROBINSON )
BOBBIE ROBINSON )
)
_____ )
(Enter above the full name of the Plaintiff(s) )
)
vs. )
)
(1) Vioxx Manufactory Merck )
Name )
1 Merck Drive  P.O. Box 100 )   Case Number: 08-CV-2070 CM/DJW
Street and number )
)
Whitehouse Station New Jersey 08889-0100 )
City            State           Zip Code

(Enter above the full name and address of the
Defendant in this action - list the name and address
of any additional defendants on the back side of
this sheet).

**CIVIL COMPLAINT**

I. Parties to this civil action:

(In item A below, place your name in the first blank and place
your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side
of this sheet).

A. Name of plaintiff  MAURICE ROBINSON
   Address  P.O. Box 2749
   Olathe KS 66063
   Deceased wife the same

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

    B.    Defendant _Vioxx Manufactory Merck_ is

          employed at _____

    C.    Additional Defendants _____

II.    Jurisdiction: (Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

    A.    (If Applicable) Diversity of citizenship and amount:

        1.    Plaintiff is a citizen of the State of _KS_.

        2.    The first-named defendant above is either

            a.    a citizen of the State of _____; or

            b.    a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

        3.    The second-named defendant above is either

            a.    a citizen of the State of _____; or

            b.    a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.  (If applicable) Jurisdiction founded on grounds other than diversity(Check any of the following which apply to this case).

    \_\_\_\_\_ 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article\_\_\_\_, Section\_\_\_\_;
Statute, US Code, Title\_\_\_\_, Section\_\_\_\_.

    \_\_\_\_\_ 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

    \_\_\_\_\_ 3.  Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Bobbie Robinson Started ingesting this Drug Vioxx From 1995-2001 Under Care of her Doctor For Arthritis Doing the time She was talking this Drug She had Shortness of Breathe And Faitin Doing this Time Could not walk more than 15 Feet without talking A Puff of her Vinkent Pump by Hand to Get Air in her Lungs to Funtion From day to day and Could no do Mulch Activeaty with her Famaly For 3 years P.S. My Pass Away In the year of 2003 And She Suffer Why She was on this Drug. Merck Pulled Vioxx off the Market After Researcher Determined that the USE of the Prescription Drug Call HuRMto people.

3

IV. Relief: (State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

I would like for the Court to Award Mr. Robinson & My Douster a Million Dollar for Mrs Robinson Sufferen Doing the 3years She was on Vioxx

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X] No [ ] I think About her Sufferen to this day

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [X] No [ ]

VII. Do you claim punitive monetary damages? Yes [X] No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

I AM Sueing the Vioxx Manufactory Menck For One Million Dollar For Phesumption of that drug Ingested for 3 years And Sufferen Mrs Robinson When thought Takeing this Drug And in Sept 30, 2004 Menck Pulled Vioxx OFF the Market After Researcher Determined that the USE of the Prescription Drug Call hurm to people.

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ ] No [X]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____
_____
_____

4

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

*I Started looking At This and Mrs Robinson Medical Record After Merck pulled Vioxx off the Market*

*Maurice Robinson*
Signature of Plaintiff

*MAURICE Robinson*
Name (Print or Type)

*P.O. Box 2744*
Address

*Olathe KS 66063*
City   State   Zip Code

*913 901 8780*
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, (Kansas City) or Topeka ), Kansas as the location for the (circle one location)

trial in this matter.

*Maurice Robinson*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ((yes) or no ).
(circle one)

*Maurice Robinson*
Signature of Plaintiff

Dated:_____
(Rev. 9/04)

5

```
SUPER D #19                          C U S T O M E R   H I S T O R Y                              PAGE    2
1800 UNION AVE                         01/01/99 THRU 10/20/04
MEMPHIS, TN 38104


ROBINSON,BOBBIE                CUST #      BIRTHDAY  SEX  S.S. NUMBER      PLAN
2484 LOCKMEADE DR              607907-01   06/29/58   F   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      PCS PLANS         414044064
MEMPHIS, TN 38127


              DATE                                                                          RX      CUSTOMER
RPH   RX #   REFILL  FILLED  PLAN    NDC #        DRUG NAME AND STRENGTH    DOCTOR NAME     QTY  DAYS  AMT   PAID AMT

RW  247281    4    08/18/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27   28.27
RW  252184         08/21/00  PCS P  00085-0431-02  PROVENTIL RE TAB  4MG ER  HEADLEY,A S       20   10  16.48   16.48
RW  247281    5    08/31/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27   28.27
WM  247281    6    09/11/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27   28.27
RW  247281    7    09/25/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27   28.27
BP  256884         10/06/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27   28.27
RW  257548         10/13/00  PCS P  00074-2586-60  BIAXIN TAB      500MG     WILONS,MICHEAL     8    4  28.70   28.70
RW  257549         10/13/00  PCS P  50111-0535-02  GUAIFENESIN TAB 600MG ER  WILONS,MICHEAL    40   10   7.04    7.04
RW  256884    1    10/19/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27   28.27
BP  258985         10/30/00  PCS P  00006-0110-68  VIOXX TAB       25MG      CHAMSUDDIN,A      15    7  35.46   35.46
BP  256884    2    11/04/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27   28.27
BP  256884    3    11/20/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.77   28.77
RW  261506         11/27/00  PCS P  00091-7036-23  COLYTE/FLAVR SOL PACKS    LEVINSON,MICHAE 4000    1  18.16   18.16
BP  262193         12/01/00  PCS P  00069-1530-72  NORVASC TAB     5MG       WOMACK,CATHERINE  15   15  19.96   19.96
RW  262500         12/05/00  PCS P  00093-1177-01  NEOMYCIN TAB    500MG     PATTERSON,C RICHARD 6   1   5.20    5.20
RW  262501         12/05/00  PCS P  00074-6316-13  ERYTHROCIN TAB  500MG     PATTERSON,C RICHARD 6   1   3.87    3.87
RW  262502         12/05/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.77   28.77
RW  258985    1    12/11/00  PCS P  00006-0110-68  VIOXX TAB       25MG      CHAMSUDDIN,A      15    7  36.73   36.73
BP  262193    1    12/12/00  PCS P  00069-1530-72  NORVASC TAB     5MG       WOMACK,CATHERINE  15   15  19.96   19.96
BP  263517         12/15/00  PCS P  52544-0424-05  TRIAMT/HCTZ TAB 37.5-25   WOMACK,CATHERINE  30   30  11.22   11.22
BP  263532         12/15/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  WILONS,MICHEAL    17   15  28.77   28.77
BP  264052         12/20/00  PCS P  00069-1530-72  NORVASC TAB     5MG       WOMACK,CATHERINE  15    7  19.96   19.96
BP  258985    2    12/21/00  PCS P  00006-0110-68  VIOXX TAB       25MG      CHAMSUDDIN,A      15    7  36.73   36.73
RW  264361         12/23/00  PCS P  63304-0657-05  CEPHALEXIN CAP  500MG     FLEMING,MARTIN D  30   10   5.94    5.94
RW  264052    1    12/27/00  PCS P  00069-1530-72  NORVASC TAB     5MG       WOMACK,CATHERINE  15    7  19.96   19.96
BP  263532    1    12/29/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  WILONS,MICHEAL    17   15  28.77   28.77
RW  264930         01/02/01  PCS P  52544-0349-05  HYDROCO/APAP TAB 5-500MG  PATTERSON,R.      30    3   4.54    4.54
BP  264492         01/03/01  PCS P  00069-1540-68  NORVASC TAB     10MG      WOMACK,CATHERINE  30   30  59.25   15.00
BP  265246         01/04/01  PCS P  00088-1798-42  CARDIZEM CD CAP 300MG/24  THURMAN,F W       30   30  76.62   15.00
RW  263517    1    01/08/01  PCS P  52544-0424-05  TRIAMT/HCTZ TAB 37.5-25   WOMACK,CATHERINE  30   30  11.22    5.00
RW  265934         01/10/01  PCS P  55953-0084-70  CEPHALEXIN CAP  250MG     THURMAN,F W       28    7   6.23    5.00
BP  258985    3    01/12/01  PCS P  00006-0110-68  VIOXX TAB       25MG      CHAMSUDDIN,A      25   12  59.55   15.00
BP  263532    2    01/13/01  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  WILONS,MICHEAL    17   15  28.77   15.00
RW  267332         01/24/01  PCS P  00025-5421-31  AMBIEN TAB      10MG      JONES,C. MICHAEL  14   14  29.82   25.00
BP  264492    1    01/26/01  PCS P  00069-1540-68  NORVASC TAB     10MG      WOMACK,CATHERINE  30   30  59.25   15.00
BP  268568         02/05/01  PCS P  00088-1798-42  CARDIZEM CD CAP 300MG/24  THURMAN,F W       30   30  76.62   15.00
BP  263532    3    02/07/01  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  WILONS,MICHEAL    17   15  28.77   15.00
RW  269228         02/12/01  PCS P  00185-0024-10  DIPHEN/ATROP TAB 2.5MG    JONES,C. MICHAEL  30    4  13.14    5.00
RW  269627         02/15/01  PCS P  59772-6910-02  POT CHLORIDE TAB 10MEQ SR JONES,C. MICHAEL  18    7   6.02    5.00
RW  263517    2    03/03/01  PCS P  52544-0424-05  TRIAMT/HCTZ TAB 37.5-25   WOMACK,CATHERINE  30   30  11.22    5.00
RW  263532    4    03/03/01  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  WILONS,MICHEAL    17   15  28.77   15.00
```

```
SUPER D #19                              C U S T O M E R   H I S T O R Y                                      PAGE   1
1800 UNION AVE                              01/01/99 THRU 10/20/04
MEMPHIS, TN 38104


ROBINSON,BOBBIE                      CUST #    BIRTHDAY  SEX  S.S. NUMBER       PLAN
2484 LOCKMEADE DR                   607907-01  06/29/58   F   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       PCS PLANS         414044064
MEMPHIS, TN 38127


                      DATE                                                                              RX      CUSTOMER
RPH   RX #   REFILL  FILLED  PLAN      NDC #       DRUG NAME AND STRENGTH    DOCTOR NAME       QTY  DAYS AMT     PAID AMT

CB   215649    6    09/29/99  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  HEADLEY,A S       17   15  28.02    28.02
WM   215649    7    10/18/99  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  HEADLEY,A S       17   15  28.27    28.27
WM   224642         10/28/99  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  HEADLEY,A S       17   15  28.27    28.27
WM   224642    1    11/08/99  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  HEADLEY,A S       17   15  28.27    28.27
WM   224642    2    11/17/99  CASH   00173-0321-98  VENTOLIN AER    90MCG RF  HEADLEY,A S       17   15  35.12    35.12
WM   227577         12/02/99  PCS P  00093-0088-01  SMZ-TMP TAB     400-80MG  WILONS,MICHEAL    20   10   4.87     4.87
WM   227578         12/02/99  PCS P  50111-0535-02  GUAIFENESIN TAB 600MG ER  WILONS,MICHEAL    40   10   6.00     6.00
WM   224642    3    12/06/99  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  HEADLEY,A S       17   15  28.27    28.27
WM   224642    4    12/16/99  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  HEADLEY,A S       17   15  28.27    28.27
WM   229070         12/20/99  PCS P  00006-0110-68  VIOXX TAB       25MG      MAYS,KIT          10    5  23.59    23.59
WM   224642    5    12/29/99  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  HEADLEY,A S       17   15  28.27    28.27
CB   224642    6    01/14/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  HEADLEY,A S       17   15  28.27    28.27
WM   229070    1    01/22/00  PCS P  00006-0110-68  VIOXX TAB       25MG      MAYS,KIT          12    5  27.81    27.81
WM   224642    7    01/27/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  HEADLEY,A S       17   15  28.27    28.27
WM   232667         01/27/00  PCS P  00045-0659-70  ULTRAM TAB      50MG      KENNEDY,A FRANKLIN 20    3  15.98    15.98
WM   201796    4    02/05/00  PCS P  00085-0431-02  PROVENTIL RE TAB 4MG ER   HEADLEY,A S       15   15  12.63    12.63
WM   233543         02/05/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
WM   233545         02/05/00  PCS P  00069-3060-75  ZITHROMAX TAB   250MG     CHINN,HARRY        6    5  37.77    37.77
WM   233564         02/05/00  PCS P  00364-0461-05  PREDNISONE TAB  10MG      WILONS,MICHEAL    30   22   4.24     4.24
WM   233543    1    02/14/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
PL   229070    2    02/25/00  PCS P  00006-0110-68  VIOXX TAB       25MG      MAYS,KIT          12    5  27.81    27.81
PL   233543    2    02/25/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
WM   233543    3    03/04/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
WM   233543    4    03/17/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
WM   233543    5    03/27/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
CB   239377         04/07/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
WM   239377    1    04/19/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
RW   239377    2    05/01/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
WM   242002         05/05/00  PCS P  00008-0212-01  PHENERGAN SUP   25MG      CHAMSUDDIN,A      12   32  40.84    40.84
WM   242003         05/05/00  PCS P  00045-1520-50  LEVAQUIN TAB    250MG     CHAMSUDDIN,A      10    5  66.07    66.07
WM   242004         05/05/00  PCS P  60951-0602-85  ENDOCET TAB     5-325MG   CHAMSUDDIN,A      20    3   5.29     5.29
WM   242083         05/08/00  PCS P  52544-0838-01  KETOROLAC TAB   10MG      CHAMSUDDIN,A       6    2   6.72     6.72
WM   242288         05/09/00  PCS P  60951-0602-85  ENDOCET TAB     5-325MG   COLAK,KAYA        20    3   5.29     5.29
WM   242987         05/16/00  PCS P  00006-0110-68  VIOXX TAB       25MG      CHAMSUDDIN,A       7   30  17.26    17.26
RW   239377    3    05/26/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
RW   239377    4    06/06/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
WM   246214         06/20/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
WM   247281         07/03/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
RW   247281    1    07/13/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
RW   247281    2    07/26/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
RW   247281    3    08/07/00  PCS P  00173-0321-98  VENTOLIN AER    90MCG RF  CHINN,HARRY       17   15  28.27    28.27
```

```
JPER D #19                          C U S T O M E R   H I S T O R Y                                    PAGE   5
300 UNION AVE                          01/01/99 THRU 10/20/04
EMPHIS, TN 38104


OBINSON,BOBBIE            CUST #    BIRTHDAY   SEX   S.S. NUMBER       PLAN
184 LOCKMEADE DR         607907-01  06/29/58    F   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       PCS PLANS              414044064
EMPHIS, TN 38127
```

| PH | RX # | REFILL | DATE FILLED | PLAN | NDC # | DRUG NAME AND STRENGTH | | DOCTOR NAME | QTY | DAYS | RX AMT | CUSTOMER PAID AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 310351 | 4 | 04/23/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | 25.00 |
| | 290587 | 3 | 04/29/02 | PCS P | 00006-0110-68 | VIOXX TAB | 25MG | JONES,C. MICHAEL | 30 | 30 | 74.32 | 15.00 |
| | 317285 | | 05/01/02 | PCS P | 00591-5216-10 | FOLIC ACID TAB | 1MG | JONES,C. MICHAEL | 30 | 30 | 3.15 | 3.15 |
| | 317286 | | 05/01/02 | CASH | 00677-0070-10 | FERROUS SULF TAB | 5GR | JONES,C. MICHAEL | 90 | 30 | 5.54 | 4.99 |
| | 310351 | 5 | 05/06/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | 25.00 |
| | 293134 | 3 | 05/07/02 | PCS P | 00069-1540-68 | NORVASC TAB | 10MG | WOMACK,CATHERINE | 60 | 30 | 116.00 | 15.00 |
| | 318030 | | 05/08/02 | PCS P | 00069-3060-75 | ZITHROMAX TAB | 250MG | JONES,C. MICHAEL | 6 | 5 | 39.99 | 15.00 |
| | 277975 | 5 | 05/20/02 | PCS P | 00056-0169-70 | COUMADIN TAB | 1MG | JONES,C. MICHAEL | 30 | 30 | 21.17 | 21.17 |
| | 293136 | 4 | 05/20/02 | PCS P | 00088-1798-42 | CARDIZEM CD CAP | 300MG/24 | WOMACK,CATHERINE | 30 | 30 | 79.59 | 25.00 |
| | 310351 | 6 | 05/20/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | 25.00 |
| | 320241 | | 05/29/02 | PCS P | 00451-0398-50 | VOLMAX TAB | 4MG ER | WILONS,MICHEAL | 30 | 30 | 31.00 | 25.00 |
| | 310351 | 7 | 05/30/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | 25.00 |
| | 293135 | 5 | 06/04/02 | PCS P | 00591-0424-05 | TRIAMT/HCTZ TAB | 37.5-25 | WOMACK,CATHERINE | 30 | 30 | 10.24 | 5.00 |
| | 310351 | 8 | 06/13/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | 25.00 |
| | 313741 | 1 | 06/15/02 | PCS P | 00378-0186-10 | CLONIDINE TAB | 0.2MG | WOMACK,CATHERINE | 60 | 30 | 12.73 | 5.00 |
| | 323625 | | 06/28/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | 25.00 |
| | 293136 | 5 | 07/06/02 | PCS P | 00088-1798-42 | CARDIZEM CD CAP | 300MG/24 | WOMACK,CATHERINE | 30 | 30 | 86.01 | 25.00 |
| | 323625 | 1 | 07/06/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | 25.00 |
| | 324896 | | 07/11/02 | PCS P | 00056-0169-70 | COUMADIN TAB | 1MG | JONES,C. MICHAEL | 30 | 30 | 21.17 | 6.11 |
| | 323625 | 2 | 07/27/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| | 293134 | 4 | 07/30/02 | PCS P | 00069-1540-68 | NORVASC TAB | 10MG | WOMACK,CATHERINE | 60 | 30 | 116.00 | .00 |
| | 293135 | 6 | 07/30/02 | PCS P | 00591-0424-05 | TRIAMT/HCTZ TAB | 37.5-25 | WOMACK,CATHERINE | 30 | 30 | 10.21 | .00 |
| | 293136 | 6 | 07/30/02 | PCS P | 00088-1798-42 | CARDIZEM CD CAP | 300MG/24 | WOMACK,CATHERINE | 30 | 30 | 86.01 | .00 |
| | 313741 | 2 | 07/30/02 | PCS P | 00378-0186-10 | CLONIDINE TAB | 0.2MG | WOMACK,CATHERINE | 60 | 30 | 12.48 | .00 |
| | 323625 | 3 | 08/01/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| | 327156 | | 08/01/02 | PCS P | 00185-0613-05 | HYDROXYZ PAM CAP | 25MG | JONES,C. MICHAEL | 120 | 30 | 15.72 | .00 |
| | 327157 | | 08/01/02 | PCS P | 63304-0203-01 | OPIUM TIN | 10% | JONES,C. MICHAEL | 30 | 30 | 16.37 | .00 |
| | 327809 | | 08/07/02 | PCS P | 00006-0110-68 | VIOXX TAB | 25MG | JONES,C. MICHAEL | 30 | 30 | 74.32 | .00 |
| | 294795 | 1 | 08/09/02 | PCS P | 00300-3046-13 | PREVACID CAP | 30MG DR | JONES,C. MICHAEL | 30 | 30 | 118.78 | .00 |
| | 323625 | 4 | 08/17/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| | 324896 | 1 | 08/20/02 | PCS P | 00056-0169-70 | COUMADIN TAB | 1MG | JONES,C. MICHAEL | 30 | 30 | 21.17 | .00 |
| | 323625 | 5 | 08/28/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| | 293135 | 7 | 09/05/02 | PCS P | 00591-0424-05 | TRIAMT/HCTZ TAB | 37.5-25 | WOMACK,CATHERINE | 30 | 30 | 10.21 | .00 |
| | 323625 | 6 | 09/10/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| | 331462 | | 09/11/02 | PCS P | 00026-8513-51 | CIPRO TAB | 500MG | JONES,C. MICHAEL | 14 | 7 | 65.33 | .00 |
| | 324896 | 2 | 09/23/02 | PCS P | 00056-0169-70 | COUMADIN TAB | 1MG | JONES,C. MICHAEL | 30 | 30 | 21.17 | .00 |
| | 332749 | | 09/24/02 | PCS P | 00173-0321-88 | VENTOLIN AER | 90MCG | WILONS,MICHEAL | 17 | 15 | 33.00 | .00 |
| | 332750 | | 09/24/02 | PCS P | 00088-1798-42 | CARDIZEM CD CAP | 300MG/24 | WOMACK,CATHERINE | 30 | 30 | 86.01 | .00 |
| | 293134 | 5 | 10/07/02 | PCS P | 00069-1540-68 | NORVASC TAB | 10MG | WOMACK,CATHERINE | 60 | 30 | 116.00 | .00 |
| | 313741 | 3 | 10/07/02 | PCS P | 00378-0186-10 | CLONIDINE TAB | 0.2MG | WOMACK,CATHERINE | 60 | 30 | 12.48 | .00 |
| | 320241 | 1 | 10/07/02 | PCS P | 00451-0398-50 | VOLMAX TAB | 4MG ER | WILONS,MICHEAL | 30 | 30 | 31.00 | .00 |

# CAMPBELL CLINIC
Orthopaedics

July 15, 1999

To Whom It May Concern

Re: Bobbie J. Robinson #512597

Ms. Robinson is a patient of mine who has arthritis in both of her hips, left greater than her right. Presently, she is ambulatory less than one block at a time and requires a cane to assist her with walking. Because of her severe arthritis, I feel that it is medically necessary that she not climb stairs on a daily basis at work, as it only aggravates her condition.

I hope this letter helps. Please let me know if I can be of further assistance.

Sincerely,

John R. Crockarell, Jr., M.D.
JRC/gmn

910 Madison Avenue, Suite 600  Memphis, Tennessee 38103-3433  Telephone (901) 759-3100  Fax (901) 759-3295

District of Kansas                                                                 Page 1 of 2
Case 2:05-md-01657-EEF-DEK Document 64716-2 Filed 11/26/13 Page 10 of 11
Case 2:08-cv-01456-EEF-DEK Document 1-3 Filed 04/01/08 Page 1 of 2

CLOSED

# U.S. District Court
## District of Kansas (Kansas City)
### CIVIL DOCKET FOR CASE #: 2:08-cv-02070-CM-DJW
### Internal Use Only

| | |
|---|---|
| Robinson v. Vioxx Manufactory Merck | Date Filed: 02/12/2008 |
| Assigned to: District Judge Carlos Murguia | Date Terminated: 04/01/2008 |
| Referred to: Magistrate Judge David J. Waxse | Jury Demand: Both |
| Demand: $1,000,000 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332 Diversity-Personal Injury | Jurisdiction: Diversity |

**Plaintiff**

**Maurice Robinson**     represented by **Maurice Robinson**
*and on behalf of Bobbie Robinson*                            P.O. Box 2744
*(Deceased)*                                                  Olathe, KS 66063
                                                              913-901-8780
                                                              PRO SE

V.

**Defendant**

**Vioxx Manufactory Merck**     represented by **George F. Verschelden**
                                               Stinson Morrison Hecker LLP- Walnut
                                               1201 Walnut, Suite 2900
                                               Kansas City, MO 64106-2150
                                               816-691-3382
                                               Fax: 816-691-3495
                                               Email: gverschelden@stinson.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2008 | 1 | COMPLAINT (No Summons Issued) with trial location of Kansas City, filed by Maurice Robinson.(ta) (Entered: 02/12/2008) |
| 02/12/2008 | 2 | **(NOTE: Access to document is restricted pursuant to the courts privacy policy.)** MOTION for Leave to Proceed in forma pauperis by Plaintiff Maurice Robinson(ta) (Entered: 02/12/2008) |
| | | |

District of Kansas — Page 2 of 2

Case 2:05-md-01657-EEF-DEK Document 64716-2 Filed 11/26/13 Page 11 of 11
Case 2:08-cv-01406-EEF-DEK Document 1-3 Filed 04/01/08 Page 2 of 2

| | | |
|---|---|---|
| 02/12/2008 | 3 | MOTION to Appoint Counsel by Plaintiff Maurice Robinson(ta) (Entered: 02/12/2008) |
| 02/12/2008 | 4 | **(NOTE: Access to document is restricted pursuant to the courts privacy policy.)**<br><br>AFFIDAVIT re 3 MOTION to Appoint Counsel by Plaintiff Maurice Robinson(ta) (Entered: 02/12/2008) |
| 02/14/2008 | 5 | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Signed by Magistrate Judge David J. Waxse on 2/14/08. (mh) (Entered: 02/14/2008) |
| 02/15/2008 | | Summons Issued (USM-285) and delivered to the U.S. Marshals for service as to Vioxx Manufactory Merck. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (ta) (Entered: 02/15/2008) |
| 02/15/2008 | 6 | ORDER granting 3 Motion to Appoint Counsel. SEE ORDER FOR DETAILS. Signed by Magistrate Judge David J. Waxse on 2/15/08. (mh) (Entered: 02/15/2008) |
| 03/14/2008 | 7 | ANSWER to 1 Complaint with Jury Demand by Vioxx Manufactory Merck. (Verschelden, George) (Entered: 03/14/2008) |
| 03/14/2008 | 8 | CORPORATE DISCLOSURE STATEMENT by Vioxx Manufactory Merck. (Verschelden, George) (Entered: 03/14/2008) |
| 03/14/2008 | 9 | MOTION to Stay Case *All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* by Defendant Vioxx Manufactory Merck (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Verschelden, George) (Entered: 03/14/2008) |
| 03/14/2008 | 10 | DEMAND for Trial by Jury by Vioxx Manufactory Merck. (Verschelden, George) (Entered: 03/14/2008) |
| 04/01/2008 | 11 | CONDITIONAL TRANSFER ORDER (CTO-131). Case transferred to the Eastern District of Louisiana. Copy of file emailed to Clerk of Eastern District of Louisiana per request. (mm) (Entered: 04/01/2008) |