LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EVA PETKO ESBER
(202) 434-5106
eesber@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 8, 2008

<u>BY FIRST CLASS MAIL</u>

Mr. Maurice Robinson
P. O. Box 2744
Olathe, KS  66063

Subject:  <u>Re: In Re Vioxx Products Liability Litigation, MDL No. 1657</u>
<u>Robinson, Maurice v. Merck & Co., Inc.</u>
<u>2:08-cv-01406-EEF-DEK</u>
Pertaining to:  Bobbie Robinson

Dear Mr. Robinson:

  We represent defendant Merck & Co., Inc. ("Merck") in the action referenced above. Because this action was filed and/or transferred into MDL Docket No. 1657 on or after November 9, 2007, it is subject to the provisions of Pretrial Order No. 29 ("PTO 29"), entered by the Honorable Eldon E. Fallon on November 9, 2007.

  Among the requirements of PTO 29, Section II sets forth Discovery Requirements that must be met within forty-five (45) days of the filing of the complaint in the MDL, or the issuance of the transfer order from the Judicial Panel on Multidistrict Litigation, or the Notice of Removal to the MDL, whichever is applicable. Section II, requires, *inter alia*, the production of pharmacy and medical records, the plaintiff's affidavit attesting to the completeness of the records or the reasons why any of the required records no longer exist, an amended and Supplemental Plaintiff Profile Form, answers to interrogatories, and a case-specific expert report. The complete requirements are set forth in Section II, subsections A and B of the order.

  More than forty-five days have passed, as applicable to the above-referenced cases, and although you may have submitted some materials relating to the discovery requirements of Section II of PTO 29, you have failed to submit the required case-specific expert report.[1] Accordingly, notice is hereby given to cure the failure to comply with Section II of PTO 29 within thirty (30) days. If any failure to comply with PTO 29 is not cured, Merck will file a

---

[1] This letter only addresses your missing expert report(s). If we determine that the other materials you have submitted are materially deficient and/or that other required materials are missing, those deficiencies will be identified in a separate letter.

WILLIAMS & CONNOLLY LLP

Mr. Maurice Robinson
December 8, 2008
Page 2

Motion for Order to Show Cause why the complaint should not be dismissed with prejudice, in accordance with Section II.C of PTO 29.

                        Very Truly Yours,

                        Eva Petko Esber

cc:    Phillip A. Wittman, Esq. (via electronic mail)
        Russ M. Herman, Esq. (via electronic mail)
        Robert M. Johnston, Esq. (via electronic mail)