# STONE PIGMAN WALTHER WITTMANN L.L.C.

## COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

DOROTHY H. WIMBERLY
A PROFESSIONAL CORPORATION
DIRECT DIAL: (504) 593-0849
DIRECT FAX: (504) 596-0849
E-Mail: dwimberly@stonepigman.com

OUR FILE NUMBER

66.000

February 6, 2009

**VIA EXPRESS MAIL**

Maurice Robinson
P.O. Box 2744
Olathe, KS 66063

Re: *Maurice Robinson v. Merck & Co., Inc.*, No. 2:08-cv-1406 (as to plaintiff Bobbie Robinson)

Dear Mr. Robinson:

I enclose a copy of the Court's Order dated January 30, 2009 scheduling Defendant Merck & Co., Inc.'s Third Motion, Rule, and Incorporated Memorandum to Show Cause Why Case Should Not Be Dismissed With Prejudice for Failure to Comply With the *Lone Pine* Requirements of PTO 29 for hearing on March 5, 2009. The motion was filed with the Court on January 20, 2009 and served via Lexis Nexis File & Serve at that time. Additionally, the signed Order was served via Lexis Nexis File & Serve on February 3, 2009, after the Order was received from the Court. However, since you do not have an attorney and are proceeding *pro se*, you are not eligible to register for Lexis Nexis File & Serve. Accordingly, I also am enclosing a copy of the Motion. Please note than any opposition is due on or before February 26, 2009.

If you have any questions about this matter, you should contact the *Pro Se* Curator's office. The *Pro Se* Curator was appointed by the Court to assist *pro se* plaintiffs. In the *Pro Se* Curator's office, you should speak to either Robert Johnson at 504-561-7799 or Claudia Santoyo at 504-581-2606.

Sincerely,

Dorothy H. Wimberly

DHW/jad
Enclosures

cc: Russ Herman, Esq./Lenny Davis, Esq. (via e-mail)
    Robert M. Johnston, Esq./Claudia Santoya, Esq. (via e-mail)

963755v.1

M012A20866